Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on January 8, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **REPLY IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 784 FILED BY BINFORD MEDICAL DEVELOPERS LLC**<br>**(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**<br>Date: January 17, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

USA Commercial Mortgage Company ("USACM"), by and through its counsel, hereby files its Reply (the "Reply") on its "Objection to Proof of Claim No. 784 Filed by Binford Medical Developers LLC" (the "Objection"), and states as follows:

1. On April 13, 2006 ("Petition Date"), USACM, USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF" and together with DTDF, the "Funds"), and USA Securities, LLC ("USA Securities") (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Management duties of USACM are conducted by Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow") who serves as the President and Chief Restructuring Officer.

2. Claimant Binford Medical Developers LLC ("Binford") filed its Proof of Claim No. 784 on November 9, 2006, claiming an unsecured debt of $3,502,383 for "Breach of Contract, Intentional Misrepresentation and other theories in attached Complaint" ("Claim"). The complaint attached to the Claim ("Complaint") was filed in Adversary Proceeding No. 06-1212 commenced against USACM on November 7, 2006 (Docket No. 1752).

3. USACM filed its Objection (the "Objection") to the Binford Proof of Claim on December 11, 2006, as Docket No. 2033.

4. Binford filed its "Opposition to USA Commercial Mortgage Company's Objection to Proof of Claim No. 784 Filed by Binford Medical Developers LLC" (the "Opposition") on December 29, 2006, as Docket No. 2329.

5. In its Opposition, Binford concedes that the amount of its claim for allowance purposes under 11 U.S.C. § 502(b) is subject to further Court proceedings, and is subject to disputes of fact. Opposition at p. 2. While it is undisputed that Binford has no claim against the Direct Lenders for the Binford Loan, USACM agrees that there are disputes concerning the allegations of breach of contract that Binford asserts as support for its Proof of Claim against USACM, and USACM asserts as support for rejection of Binford's right to a claim against USACM under the Binford Proof of Claim. Moreover, in its Opposition, Binford concedes that its damages are unliquidated and contingent and need to be estimated under 11 U.S.C. § 502(c).

Opposition at p. 4.

6. USACM asserts that USACM's Objection and Binford's Opposition have given rise to a contested matter under Bankruptcy Rule 9014, and that all of the Bankruptcy Rules on discovery as outlined in Bankruptcy Rule 9014(c) should be made applicable in this contested matter. USACM requests that a scheduling conference be scheduled for this contested matter. USACM also requests that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 8th day of January, 2007.

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

908252