Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on January 8, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**REPLY IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 155 FILED BY GATEWAY STONE ASSOCIATES, LLC**<br>**(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**<br><br>Date: January 17, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                  Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                  Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1  USA Commercial Mortgage Company ("USACM"), by and through its counsel, hereby files its Reply (the "Reply") on its "Objection to Proof of Claim No. 155 Filed by Gateway Stone Associates, LLC" (the "Objection"), and states as follows:

1. On April 13, 2006 ("Petition Date"), USACM, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Management duties of USACM are conducted by Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow") who serves as the President and Chief Restructuring Officer.

2. Gateway Stone Associates, LLC ("Gateway") filed its Claim on August 28, 2006, claiming an unsecured debt owed to it for "Additional loan to borrower" in the amount of $3,630,000. Attached to the Claim is a copy of an agreement between Gateway and USACM ("Agreement") whereby USACM arranged for a loan between Gateway and a group of direct lenders ("Gateway Direct Lenders"). This loan was arranged by USACM and evidenced by a Loan Agreement dated November 18, 2005, between Gateway and the Gateway Direct Lenders.

3. USACM filed its Objection (the "Objection") to the Gateway Proof of Claim on December 11, 2006 [Docket No. 2036].

4. Gateway filed its "Opposition to USA Commercial Mortgage Company's Objection to Proof of Claim No. 155 Filed by Gateway Stone Associates, LLC" (the "Opposition") on December 27, 2006 [Docket No. 2281].

5. USACM asserts that USACM's Objection and Gateway's Opposition have given rise to a contested matter under Bankruptcy Rule 9014, and that all of the Bankruptcy Rules on discovery as outlined in Bankruptcy Rule 9014(c) should be made applicable in this contested matter. USACM requests that a scheduling conference be scheduled for this contested matter.

/ / /
/ / /
/ / /
/ / /

1  USACM also requests that the Court grant such other and further relief as it deems just and
2  proper.
3      Respectfully submitted this 8th day of January, 2007.

       /s/   *Lenard E. Schwartzer, Esq.*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

908281