# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by MICHAEL D. WARNER and the appointment of MICHELLE L. ABRAMS as designated Nevada Counsel in this case is approved.

Dated: 1/9/07                                              BY THE COURT

*(signature)*

Patricia Gray
Clerk of the Bankruptcy Court