Entered on Docket
January 10, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and  tbw@jonesvargas.com

Attorneys for Bruce H. Corum, Trustee
of the Credit Shelter Trust and
Juanita N. Carter

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS BRUCE H. CORUM, TRUSTEE OF THE CREDIT SHELTER TRUST and JUANITA N. CARTER** (Affects All Debtors) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | No Hearing Required. |

1

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Corum and Carter).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter, direct lenders in these cases, consents to the substitution of Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter as their own counsel, in the above-entitled matter in her place and stead.

DATED this 29 day of December, 2006.

JANET L. CHUBB, ESQ.

Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Bruce H. Corum, Trustee of the
Credit Shelter Trust and
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864
Phone: 916-487-4756
Email: thecorumhouse@yahoo.com

DATED this 29 day of December, 2006.

BRUCE H. CORUM, TRUSTEE OF THE
CREDIT SHELTER TRUST

JUANITA N. CARTER

IT IS SO ORDERED.

# # #

2

H:\Pal Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Corum and Carter).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter, direct lenders in these cases, consents to the substitution of Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter as their own counsel, in the above-entitled matter in her place and stead.

DATED this 29 day of December, 2006.

_____
JANET L. CHUBB, ESQ.

Bruce H. Corum, Trustee of the Credit Shelter Trust and Juanita N. Carter do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Bruce H. Corum, Trustee of the
Credit Shelter Trust and
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864
Phone: 916-487-4766
Email: thecorumhouse@yahoo.com

DATED this 29 day of December, 2006.

_____
BRUCE H. CORUM, TRUSTEE OF THE
CREDIT SHELTER TRUST

X _____
JUANITA N. CARTER

**IT IS SO ORDERED.**

# # #