

Entered on Docket
January 10, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Copper Sage Commerce Center, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>Debtor | Chapter 11<br>Jointly Administered Under<br><br>ORDER TO TEMPORARILY ALLOW CLAIM FOR VOTING PURPOSES |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>Debtor | Date of Hearing: 12.15.2006<br>Time of Hearing: 0930 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>Debtor | Affects:<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

In re:

USA SECURITIES, LLC,

　　　　　Debtor

☐ USA Securities, LLC
☐ USA Realty Advisors, LLC
☐ All Debtors

**...TEMPORARILY ALLOW CLAIM FOR VOTING PURPOSES**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the general unsecured claim of Copper Sage Commerce Center, LLC, be and the same hereby is temporarily allowed, for voting purposes only, in the amount of $3,500,000.00.

Submitted by:

DEANER, DEANER, SCANN,
MALAN & LARSEN

By _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Copper Sage Commerce Center, LLC

APPROVED AS TO FORM AND CONTENT

_____
LENARD SCHWARTZER, ESQ.

_____
UNITED STATES TRUSTEE

2