**Entered on Docket
January 10, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com

Attorneys for Joseph & Loretta Donnolo
and Mark Donnolo

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS JOSEPH AND LORETTA DONNOLO and MARK DONNOLO (Affects All Debtors)** |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>□ USA Commercial Mortgage Company<br>□ USA Capital Realty Advisors, LLC<br>□ USA Capital Diversified Trust Deed Fund, LLC<br>□ USA Capital First Trust Deed Fund, LLC<br>□ USA Securities, LLC | No Hearing Required. |

1

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Donnolos).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Joseph and Loretta Donnolo and Mark Donnolo, direct lenders in these cases, consents to the substitution of Joseph and Loretta Donnolo and Mark Donnolo as their own counsel, in the above-entitled matter in her place and stead.

DATED this 22 day of December, 2006.

_____
JANET L. CHUBB, ESQ.

Joseph and Loretta Donnolo and Mark Donnolo do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Joseph & Loretta Donnolo
3120 Highland Falls Drive
Las Vegas, NV 89134
Phone: 702-242-4631
Fax: 702-240-0223

Mark Donnolo
6413 Hillside Brook Avenue
Las Vegas, NV 89130
Phone: 702-655-9547

DATED this 22 day of December, 2006.

_____
JOSEPH DONNOLO

_____
LORETTA DONNOLO

_____
MARK DONNOLO

**IT IS SO ORDERED.**

# # #

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Donnolos).doc