J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

**ELECTRONICALLY FILED January 10, 2007**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY
Debtor.
/

In re:

USA CAPITAL REALTY ADVISORS, LLC
Debtor.
/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
Debtor.
/

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC
Debtor.
/

In re:

USA SECURITIES, LLC
Debtor.
/

Bankruptcy No. BK-S-06-10725-LBR
Bankruptcy No. BK-S-06-10726-LBR
Bankruptcy No. BK-S-06-10727-LBR
Bankruptcy No. BK-S-06-10728-LBR
Bankruptcy No. BK-S-06-10729-LBR

(Jointly Administered)
Chapter 11

**ROLLAND P. WEDDELL'S RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO HIS PROOF OF CLAIM**

Roland P. Weddell ("Weddell") hereby responds, pursuant to LR 3007(b), to the Objection by debtor USA Commercial Company ("USA") to Weddell's Proof of Claim in this matter.

/ / /

/ / /

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

As provided in LR 3007, Weddell has provided to USA written documentation in support of its Proof of Claim. Specifically, on January 10, 2007, Weddell forwarded to USA his Declaration in Support of his Proof of Claim (the "Declaration"). Weddell's Declaration sets forth the factual basis of his Proof of Claim, and attaches five exhibits as further documentation. Specifically, Weddell attached to his declaration: (1) a Debt Restructuring Agreement, dated April 20, 2000, between USA, Spectrum Financial Group, LLC ("Spectrum"), Weddell, Housing Partners, Principle Centered, Inc., American Communities, Inc., Robert Porter and Cheryl Porter; (2) an Order from the Bankruptcy Court authorizing Spectrum to purchase the claims of Principle Centered, Inc. and its subsidiaries against USA; (3) pro forma profit projections of PCI and its subsidiaries, demonstrating the lost profits suffered by those entities due to the actions of USA and others; (4) a note evidencing the money lent by Weddell to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others; and (5) an accounting ledger evidencing the total amount of $2,907,932.51 loaned by Weddell to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others.

A copy of Weddell's Declaration has been filed concurrently herewith.

Pursuant to LR 3007(b), Weddell respectfully requests a trial on the merits of his Proof of Claim filed in this matter. Weddell expects that, after he has had the opportunity to take discovery regarding his Proof of Claim, he will supplement his filing with additional documentation. Weddell will use any such additional documentation, as well as the documents enclosed with his Declaration, at the evidentiary hearing or trial on his Proof of Claim.

DATED this 10th day of January, 2007.

*/s/ Matthew J. Kreutzer*

J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

**CERTIFICATE OF MAILING**

I certify that on the 10th day of January, 2006, I served a copy of the **ROLLAND P. WEDDELL'S RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO HIS PROOF OF CLAIM** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows: See attached list.

**Electronic notice to:**

- MICHELLE L. ABRAMS mabrams@mabramslaw.com
- FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- KERIANN M ATENCIO ATENCIOK@GTLAW.COM
- BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN yvette@ccfirm.com
- KEVIN B. CHRISTENSEN kbchrislaw@aol.com
- JANET L. CHUBB tbw@jonesvargas.com
- JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE cope_guerra@yahoo.com
- CICI CUNNINGHAM bankruptcy@rocgd.com
- GEORGE DAVIS george.davis@weil.com
- LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com
- THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
- GERALD M GORDON bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY vgourley@lvcm.com
- TALITHA B. GRAY bankruptcynotices@gordonsilver.com
- JAMES D. GREENE bknotice@schrecklaw.com
- MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
- XANNA R. HARDMAN xanna.hardman@gmail.com
- STEPHEN R HARRIS noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN notices@bankruptcyreno.com

- BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER JHindera@LRL.com
- RICHARD F. HOLLEY rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
- RANDOLPH L. HOWARD rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS ajarvis@rqn.com
- TY E. KEHOE TyKehoeLaw@aol.com
- ROBERT R. KINAS rkinas@swlaw.com, jlustig@swlaw.com; jmath@swlaw.com; imccord@swlaw.com
- DEAN T. KIRBY dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
- ZACHARIAH LARSON ecf@lslawnv.com
- JOHN J. LAXAGUE jlaxague@caneclark.com
- GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- PATRICIA A. MARR jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com; mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL , dturetsky@reedsmith.com; aleonard@reedsmith.com
- REGINA M. MCCONNELL rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON bkfilings@s-mlaw.com
- SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA jmurtha@woodburnandwedge.com
- ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
- BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
- DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN aparlen@stutman.com
- DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY info@johnpeterlee.com
- CHRISTINE A ROBERTS bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER bkfilings@s-mlaw.com
- JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU ecf@lslawnv.com
- JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- DAVID A. STEPHENS dstephens@lvcm.com
- PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE , lleverett@kkbrf.com
- AMY N. TIRRE atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH GWalch@Nevadafirm.com
- RUSSELL S. WALKER rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com
- WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

/s/ Cyndy Arnold
Employee of Hale Lane Peek Dennison and Howard

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169