**Entered on Docket
January 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:   December 15, 2006<br>Time:   9:30 a.m. |

**INTERIM ORDER GRANTING:
(1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES;
(2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; AND
(3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR ALL DEBTORS**

The Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the Debtors and the Employment of Certain Temporary Employees (the "Mesirow Application," Docket No. 6), the Application by Debtor and Debtor-In-Possession for Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under General Retainer (the "S&M Application," Docket No. 21), and the Application to Employ Ray Quinney & Nebeker P.C. as Counsel for the Debtors (the "RQN Application," Docket No. 23) (collectively, the "Employment Applications"), having come on for hearing before this Court on December 15, 2006 pursuant to the Orders previously entered by the Court (Docket Nos. 26, 474, 475, 890, 1137, and 1708); the Debtors, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, "Debtors"), appearing by and through their counsel, Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the Court having considered the objections on file and the oral objections having been made in Court; the Court having made its findings of fact and conclusions of law on the record and good cause appearing, it is hereby

**ORDERED** that the Employment Applications are granted through January 31, 2007; and it is further

**ORDERED** that the Court will consider an extension of the Employment Applications on January 31, 2007 at 9:30 a.m.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved / Disapproved by:
SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

/ / /

/ / /

The Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the Debtors and the Employment of Certain Temporary Employees (the "Mesirow Application," Docket No. 6), the Application by Debtor and Debtor-In-Possession for Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under General Retainer (the "S&M Application," Docket No. 21), and the Application to Employ Ray Quinney & Nebeker P.C. as Counsel for the Debtors (the "RQN Application," Docket No. 23) (collectively, the "Employment Applications"), having come on for hearing before this Court on December 15, 2006 pursuant to the Orders previously entered by the Court (Docket Nos. 26, 474, 475, 890, 1137, and 1708); the Debtors, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, "Debtors"), appearing by and through their counsel, Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the Court having considered the objections on file and the oral objections having been made in Court; the Court having made its findings of fact and conclusions of law on the record and good cause appearing, it is hereby

**ORDERED** that the Employment Applications are granted through January 31, 2007; and it is further

**ORDERED** that the Court will consider an extension of the Employment Applications on January 31, 2007 at 9:30 a.m.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved / Disapproved by:
SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: /s/
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

///
///

**INTERIM ORDER GRANTING: (1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES; (2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; AND (3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR ALL DEBTORS**

| **Approved**/Disapproved by: | **Approved**/Disapproved by: |
|---|---|
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: /s/ Rob Charles | By: /s/ Gregory Garman |
| SUSAN M. FREEMAN, ESQ. | GERALD M. GORDON, ESQ. |
| ROB CHARLES, ESQ. | GREGORY E. GARMAN, ESQ. |
| *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |

| Approved/Disapproved by: | Approved/Disapproved by: |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: | By: |
| MARC A. LEVINSON, ESQ. | FRANK A. MEROLA, ESQ. |
| ANNE M. LORADITCH, ESQ. | EVE KARASIK, ESQ. |
| BOB L. OLSON, ESQ. | CHRISTINE PAJAK, ESQ. |
| | CANDACE C. CARLYON, ESQ. |
| *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

# # #

1 INTERIM ORDER GRANTING: (1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS
2 CRISIS MANAGERS FOR THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR
3 THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES; (2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND
4 EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; AND (3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR
5 ALL DEBTORS

6 Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of*
*Unsecured Creditors of USA Commercial*
*Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.
By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of*
*Holders of Executory Contract Rights of*
*USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of*
*Equity Security Holders of USA Capital*
*Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of*
*Equity Security Holders of USA Capital*
*First Trust Deed Fund LLC*

# # #

Order Authorizing Interim Continued Employment (Mesirow SM and RQN) 121506          Page 3 of 3

**INTERIM ORDER GRANTING: (1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES; (2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; AND (3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR ALL DEBTORS**

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of*
    *Unsecured Creditors of USA Commercial*
    *Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.
  By:_____
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of*
    *Holders of Executory Contract Rights of*
    *USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
    MARC A. LEVINSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    BOB L. OLSON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ *(signature)*
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund LLC*

### # # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122