**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on January 11, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>    06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729<br><br>                              Debtors. | BK-S-06-10725-LBR<br>Chapter 11<br><br>BK-S-06-10726-LBR<br>Chapter 11<br><br>BKS-06-10727-LBR<br>Chapter 11<br><br>BK-S-06-10728-LBR<br>Chapter 11<br><br>BK-S-06-10729-LBR<br>Chapter 11 |
| **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:<br>Time:<br>Courtroom #2<br><br>Date:  January 31, 2007<br>Time: 9:30 a.m.<br>Courtroom #2 |

**JOINDER OF THE UNSECURED CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE CORPORATION IN THE OBJECTION TO APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED FILED BY CALLISTER & REYNOLDS (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

213013.1

**LEWIS AND ROCA LLP**
LAWYERS

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company joins in the Debtors' Objection (DE 2389) to Application for Compensation for Expenses and for Services Rendered filed by Callister & Reynolds (DE 2276).

Dated January 11, 2007.

                **LEWIS AND ROCA LLP**

                By /s/ RC (#006593)
                Susan M. Freeman, AZ 4199 (pro hac vice)
                Rob Charles, NV 6593
                *Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

213013.1