J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

ELECTRONICALLY FILED January 11, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| USA COMMERCIAL MORTGAGE COMPANY<br>            Debtor. | Bankruptcy No. BK-S-06-10725-LBR |
| In re: | Bankruptcy No. BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC<br>            Debtor. | Bankruptcy No. BK-S-06-10727-LBR |
| In re: | Bankruptcy No. BK-S-06-10728-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>            Debtor. | Bankruptcy No. BK-S-06-10729-LBR |
| In re: | (Jointly Administered)<br>Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC<br>            Debtor. | **SPECTRUM FINANCIAL GROUP, LLC'S AMENDED RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO ITS PROOF OF CLAIM** |
| In re:<br>USA SECURITIES, LLC<br>            Debtor. | Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |

Spectrum Financial Group ("Spectrum") hereby responds, pursuant to LR 3007(b), to the Objection by debtor USA Commercial Company ("USA") to Spectrum's Proof of Claim in this matter.

/ / /

/ / /

As provided in LR 3007, Spectrum has provided to USA written documentation in support of its Proof of Claim. Specifically, on January 10, 2007, Spectrum forwarded to USA a Declaration of William F. Schilz in Support of Spectrum's Proof of Claim. Mr. Schilz's declaration sets forth the factual basis of Spectrum's Proof of Claim, and attaches five exhibits as further documentation. Specifically, Mr. Schilz attached to his declaration: (1) a Debt Restructuring Agreement, dated April 20, 2000, between USA, Spectrum, Roland P. Weddell, Housing Partners, Principle Centered, Inc., American Communities, Inc., Robert Porter and Cheryl Porter; (2) an Order from the Bankruptcy Court authorizing Spectrum to purchase the claims of Principle Centered, Inc. and its subsidiaries against USA; (3) pro forma profit projections of PCI and its subsidiaries, demonstrating the lost profits suffered by those entities due to the actions of USA and others; (4) a note evidencing the money lent by Spectrum to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others; and (5) an accounting ledger evidencing the total amount of $6,785,175.87 loaned by Spectrum to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others.

A copy of Mr. Schilz' declaration has been filed concurrently herewith.

Pursuant to LR 3007(b), Spectrum respectfully requests a trial on the merits of its Proof of Claim filed in this matter. Spectrum expects that, after it has had the opportunity to take discovery regarding its Proofs of Claim, he will supplement its filing with additional documentation. Spectrum will use any such additional documentation, as well as the documents enclosed with Mr. Schilz's Declaration, at the evidentiary hearing or trial on its Proof of Claim.

DATED this 11th day of January, 2007.

/s/ Matthew J. Kreutzer
J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

# CERTIFICATE OF MAILING

I certify that on the 11th day of January, 2007, I served a copy of the **AMENDED SPECTRUM FINANCIAL GROUP, LLC'S RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO ITS PROOF OF CLAIM** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:  See attached list.

**Electronic notice to:**

- **MICHELLE L. ABRAMS**   mabrams@mabramslaw.com
- **FRANKLIN C. ADAMS**   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- **NANCY L ALLF**   nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- **FRANK A. ANDERSON**   anderson.frank@pbgc.gov, efile@pbgc.gov
- **OGONNA M. ATAMOH**   oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- **KERIANN M ATENCIO**   ATENCIOK@GTLAW.COM
- **BMC GROUP, INC.**   evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
- **GEORGANNE W. BRADLEY**   georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- **KELLY J. BRINKMAN**   kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**   tom@tombrooksbank.com, renee@tombrooksbank.com
- **ANDREW M. BRUMBY**   abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- **LOUIS M. BUBALA**   lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
- **MATTHEW Q. CALLISTER**   mqc@callister-reynolds.com, maggie@callister-reynolds.com
- **CANDACE C CARLYON**   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

1  bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

2  - ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

3  - MICHAEL W. CHEN    yvette@ccfirm.com

4  - KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

5  - JANET L. CHUBB    tbw@jonesvargas.com

6  - JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

7  - WILLIAM D COPE    cope_guerra@yahoo.com

8  - CICI CUNNINGHAM    bankruptcy@rocgd.com

9  - GEORGE DAVIS    george.davis@weil.com

10 - LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;
11   gbagley@lionelsawyer.com; ldavisesq@aol.com

12 - DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

13 - THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

14 - SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,
15   ecfvegas@halelane.com

16 - GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

17 - WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

18 - CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;
19   Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov

20 - GERALD M GORDON    bankruptcynotices@gordonsilver.com

21 - R. VAUGHN GOURLEY    vgourley@lvcm.com

22 - TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

23 - JAMES D. GREENE    bknotice@schrecklaw.com

24 - MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

25 - JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;
26   aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

27 - XANNA R. HARDMAN    xanna.hardman@gmail.com

28 - STEPHEN R HARRIS    noticesbh&p@renolaw.biz

- **JEFFREY L HARTMAN**   notices@bankruptcyreno.com
- **BRIGID M. HIGGINS**   bankruptcynotices@gordonsilver.com
- **JOHN HINDERAKER**   JHindera@LRL.com
- **RICHARD F. HOLLEY**   rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
- **RANDOLPH L. HOWARD**   rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- **DAVID W. HUSTON**   dwh@hustonlaw.net, swaits@hustonlaw.net
- **CHRISTOPHER D JAIME**   cjaime@waltherkey.com, kbernhar@waltherkey.com
- **EVAN L. JAMES**   ejameslv@earthlink.net, kbchrislaw@aol.com
- **ANNETTE W JARVIS**   ajarvis@rqn.com
- **TY E. KEHOE**   TyKehoeLaw@aol.com
- **ROBERT R. KINAS**   rkinas@swlaw.com, jlustig@swlaw.com; jmath@swlaw.com; imccord@swlaw.com
- **DEAN T. KIRBY**   dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
- **ZACHARIAH LARSON**   ecf@lslawnv.com
- **JOHN J. LAXAGUE**   jlaxague@caneclark.com
- **GEORGE C LAZAR**   glazar@foxjohns.com, gclazar@sbcglobal.net
- **NILE LEATHAM**   nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- **ROBERT C. LEPOME**   rlepome@cox.net, smstanton@cox.net
- **ANNE M. LORADITCH**   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- **PATRICIA A. MARR**   jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com; mark@leelaw.lvcoxmail.com
- **JAMES C. MCCARROLL**   , dturetsky@reedsmith.com; aleonard@reedsmith.com
- **REGINA M. MCCONNELL**   rmcconnell@kssattorneys.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

1   - **WILLIAM L. MCGIMSEY**   lawoffices601@lvcoxmail.com
2   - **RICHARD MCKNIGHT**   mcknightlaw@cox.net, gkopang@lawlasvegas.com;
3   cburke@lawlasvegas.com
4   - **JEANETTE E. MCPHERSON**   bkfilings@s-mlaw.com
5   - **SHAWN W MILLER**   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
6   aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
7   - **DAVID MINCIN**   mcknightlaw@cox.net, gkopang@lawlasvegas.com;
8   dmincin@lawlasvegas.com,cburke@lawlasvegas.com
9   - **JOHN F MURTHA**   jmurtha@woodburnandwedge.com
10  - **ERVEN T. NELSON**   erv@rlbolick.com, susan@rlbolick.com
11  - **VICTORIA L NELSON**   bkecf@nevadafirm.com, vnelson@nevadafirm.com;
12  paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
13  - **BOB L. OLSON**   ecffilings@beckleylaw.com, bolson@beckleylaw.com;
14  dgriffis@beckleylaw.com
15  - **DONNA M. OSBORN**   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
16  tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
17  - **ANDREW M. PARLEN**   aparlen@stutman.com
18  - **DONALD T. POLEDNAK**   sandplegal@yahoo.com, spbankruptcy@yahoo.com
19  - **PAUL C RAY**   info@johnpeterlee.com
20  - **CHRISTINE A ROBERTS**   bankruptcy@rocgd.com
21  - **SUSAN WILLIAMS SCANN**   sscann@deanerlaw.com, palexander@deanerlaw.com
22  - **LENARD E. SCHWARTZER**   bkfilings@s-mlaw.com
23  - **JAMES PATRICK SHEA**   bankruptcyfilings@sheacarlyon.com,
24  ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com
25  - **SHLOMO S. SHERMAN**   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
26  bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com;
27  rmsmith@sheacarlyon.com
28  - **AMBRISH S. SIDHU**   ecf@lslawnv.com

- **JEFFREY G. SLOANE**     gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- **ALAN R SMITH**     mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- **DAVID A. STEPHENS**     dstephens@lvcm.com
- **PETER SUSI**     cheryl@msmlaw.com, msm@msmlaw.com
- **JEFFREY R. SYLVESTER**     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- **CARYN S. TIJSSELING**     ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- **AMY N. TIRRE**     atirre@kkbrf.com, lleverett@kkbrf.com
- **U.S. TRUSTEE - LV - 11**     USTPRegion17.lv.ecf@usdoj.gov
- **GREGORY J. WALCH**     GWalch@Nevadafirm.com
- **RUSSELL S. WALKER**     rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com
- **WHITNEY B. WARNICK**     wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- **WILLIAM J. WRAY**     wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- **JOAN C WRIGHT**     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**     bankruptcynotices@gordonsilver.com
- **ANTHONY A. ZMAILA**     azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

                          /s/ Cyndy Arnold
            Employee of Hale Lane Peek Dennison and Howard

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169