J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

ELECTRONICALLY FILED January 11, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | Bankruptcy No. BK-S-06-10725-LBR |
| In re: | Bankruptcy No. BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC<br>Debtor. | Bankruptcy No. BK-S-06-10727-LBR |
| In re: | Bankruptcy No. BK-S-06-10728-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Bankruptcy No. BK-S-06-10729-LBR |
| In re: | (Jointly Administered)<br>Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | **ROLLAND P. WEDDELL'S AMENDED RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO HIS PROOF OF CLAIM** |
| In re: | |
| USA SECURITIES, LLC<br>Debtor. | Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |

Roland P. Weddell ("Weddell") hereby responds, pursuant to LR 3007(b), to the Objection by debtor USA Commercial Company ("USA") to Weddell's Proof of Claim in this matter.

/ / /

/ / /

As provided in LR 3007, Weddell has provided to USA written documentation in support of its Proof of Claim. Specifically, on January 10, 2007, Weddell forwarded to USA his Declaration in Support of his Proof of Claim (the "Declaration"). Weddell's Declaration sets forth the factual basis of his Proof of Claim, and attaches five exhibits as further documentation. Specifically, Weddell attached to his declaration: (1) a Debt Restructuring Agreement, dated April 20, 2000, between USA, Spectrum Financial Group, LLC ("Spectrum"), Weddell, Housing Partners, Principle Centered, Inc., American Communities, Inc., Robert Porter and Cheryl Porter; (2) an Order from the Bankruptcy Court authorizing Spectrum to purchase the claims of Principle Centered, Inc. and its subsidiaries against USA; (3) pro forma profit projections of PCI and its subsidiaries, demonstrating the lost profits suffered by those entities due to the actions of USA and others; (4) a note evidencing the money lent by Weddell to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others; and (5) an accounting ledger evidencing the total amount of $2,907,932.51 loaned by Weddell to PCI and its subsidiaries as part of the Debt Restructuring Agreement and based on the fraudulent and wrongful actions of USA and others.

A copy of Weddell's Declaration has been filed concurrently herewith.

Pursuant to LR 3007(b), Weddell respectfully requests a trial on the merits of his Proof of Claim filed in this matter. Weddell expects that, after he has had the opportunity to take discovery regarding his Proof of Claim, he will supplement his filing with additional documentation. Weddell will use any such additional documentation, as well as the documents enclosed with his Declaration, at the evidentiary hearing or trial on his Proof of Claim.

DATED this 10th day of January, 2007.

/s/ Matthew J. Kreutzer
J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

# CERTIFICATE OF MAILING

I certify that on the 11th day of January, 2007, I served a copy of the **ROLLAND P. WEDDELL'S AMENDED RESPONSE TO USA COMMERCIAL GROUP'S OBJECTION TO HIS PROOF OF CLAIM** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows: See attached list.

**Electronic notice to:**

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

1. ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com
2. MICHAEL W. CHEN   yvette@ccfirm.com
3. KEVIN B. CHRISTENSEN   kbchrislaw@aol.com
4. JANET L. CHUBB   tbw@jonesvargas.com
5. JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
6. WILLIAM D COPE   cope_guerra@yahoo.com
7. CICI CUNNINGHAM   bankruptcy@rocgd.com
8. GEORGE DAVIS   george.davis@weil.com
9. LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
10. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com
11. THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM
12. SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
13. GREGORY E GARMAN   bankruptcynotices@gordonsilver.com
14. WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
15. CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
16. GERALD M GORDON   bankruptcynotices@gordonsilver.com
17. R. VAUGHN GOURLEY   vgourley@lvcm.com
18. TALITHA B. GRAY   bankruptcynotices@gordonsilver.com
19. JAMES D. GREENE   bknotice@schrecklaw.com
20. MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com
21. JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
22. XANNA R. HARDMAN   xanna.hardman@gmail.com
23. STEPHEN R HARRIS   noticesbh&p@renolaw.biz
24. JEFFREY L HARTMAN   notices@bankruptcyreno.com

1. BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
2. JOHN HINDERAKER    JHindera@LRL.com
3. RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
4. RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
5. DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
6. CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
7. EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
8. ANNETTE W JARVIS    ajarvis@rqn.com
9. TY E. KEHOE    TyKehoeLaw@aol.com
10. ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com; jmath@swlaw.com; imccord@swlaw.com
11. DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
12. ZACHARIAH LARSON    ecf@lslawnv.com
13. JOHN J. LAXAGUE    jlaxague@caneclark.com
14. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
15. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
16. ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
17. ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
18. PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com; mark@leelaw.lvcoxmail.com
19. JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com
20. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
21. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- DAVID A. STEPHENS     dstephens@lvcm.com
- PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING     ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE    , lleverett@kkbrf.com
- AMY N. TIRRE     atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH     GWalch@Nevadafirm.com
- RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com
- WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY     wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

                          /s/ Cyndy Arnold
                 Employee of Hale Lane Peek Dennison and Howard