American Communities
Value Schedule

| Project | Location | Mapped Lots | Values | Finished Lots | Values | Houses | Values | Models | Values | Total Inventory | Total Values |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Destination at Tierra De Las Palmas | North Las Vegas | 0 | $ - | 30 | $ 1,507,086 | 30 | $ 5,382,450 | 3 | $ 600,000 | 63 | $ 7,489,536 |
| Fairway Villas | North Las Vegas | 0 | $ - | 20 | $ 654,024 | 12 | $ 1,401,480 | 0 | $ - | 32 | $ 2,055,504 |
| Enchantment at Black Mountain | Henderson | 0 | $ - | 60 | $ 3,732,792 | 23 | $ 5,110,370 | 3 | $ 900,000 | 86 | $ 9,743,162 |
| Harmony | North Las Vegas | 104 | $ 1,966,141 | 51 | $ 1,907,665 | 39 | $ 5,210,010 | 5 | $ 750,000 | 199 | $ 9,833,816 |
| Imagination at Somerset | North Las Vegas | 185 | $ 4,669,622 | 69 | $ 3,328,643 | 0 | $ - | 3 | $ 516,870 | 257 | $ 8,515,135 |
| Inspiration at Green Valley Ranch | Henderson | 312 | $ 7,638,883 | 0 | $ - | 0 | $ - | 0 | $ - | 312 | $ 7,638,883 |
| The View at Black Mountain | Henderson | 102 | $ 2,195,162 | 90 | $ 3,736,908 | 26 | $ 3,855,540 | 6 | $ 1,100,000 | 224 | $ 10,887,610 |
| TOTALS | | 703 | $ 16,469,808 | 320 | $ 14,867,118 | 130 | $ 20,959,850 | 20 | $ 3,866,870 | 1173 | $ 56,163,646 |

WEDD000044

American Communities
Debt Schedule

| Project | A&D Loans Lender | Committed | Outstanding | Construction Loans Lender | Committed | Outstanding | Other Loans Lender | Committed | Outstanding | Total Debt Committed | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Destination | AMRESCO | $ 3,500,830 | $ 410,000 | AMRESCO | $ 7,500,000 | $ 4,036,838 | Barry Becker | $ 2,260,000 | $ 450,000 | $ 13,260,830 | $ 4,896,838 |
| Fairway Villas | Interstate Mtg. | $ 400,000 | $ 368,000 | AMRESCO | $ 1,696,000 | $ 1,051,110 | Kenny Black | $ 200,000 | $ 75,000 | $ 2,296,000 | $ 1,494,110 |
| Enchantment | AMRESCO | $ 7,136,179 | $ 3,300,000 | AMRESCO | $ 10,000,000 | $ 3,832,778 | N/A | $ - | $ - | $ 17,136,179 | $ 7,132,778 |
| Harmony | USA Capital | $ 2,650,000 | $ 1,165,000 | Commercial Federal | $ 3,000,000 | $ 1,502,888 | Tom Gonzales | $ 800,000 | $ 800,000 | $ 6,450,000 | $ 3,467,888 |
| | Christina Hixson | $ 950,000 | $ 1,150,000 | New South Federal | $ 2,200,000 | $ 2,200,000 | | | | $ 3,150,000 | $ 3,350,000 |
| Imagination | Samoth & Global | $ 4,135,000 | $ 3,135,000 | Washington Mutual | | | Cindy Barden | $ 1,925,000 | $ 2,017,000 | $ 6,060,000 | $ 5,152,000 |
| Inspiration at Green Valley Ranch | USA Capital | $ 3,250,000 | $ 3,250,000 | N/A | $ - | $ - | Tom Gonzales | $ 2,550,000 | $ 2,650,000 | $ 5,800,000 | $ 5,900,000 |
| | | | | AMRESCO | $ 8,000,000 | $ 2,300,000 | | $ - | $ - | | |
| The View at Black Mountain | USA Capital | $ 5,725,000 | $ 3,345,000 | USA Capital (Models) | $ 660,000 | $ 660,000 | USA Capital | $ 1,500,000 | $ 1,417,500 | $ 15,225,000 | $ 7,062,500 |
| | | | | | | | Waukegan Homes | $ 1,800,000 | $ 1,500,000 | $ 2,460,000 | $ 2,160,000 |
| Project Totals | | $ 27,747,009 | $ 16,123,000 | | $ 33,056,000 | $ 15,583,613 | | $ 11,035,000 | $ 8,909,500 | $ 71,838,009 | $ 40,616,113 |
| USA Capital Working Capital Loan | | | | | | | | $ 5,000,000 | $ 4,300,000 | $ 4,300,000 | |
| Vendor Obligations | | | | | | | | $ - | $ 2,500,000 | $ 2,500,000 | |
| | | | | | | | | | | $ 6,800,000 | |

Total Obligations          $ 47,416,113

Imputed Equity          $ 8,747,534

WEDD000045

## American Destination II, LLC
### Asset Values

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Destination at Tierra De Las Palmas | 0 | 30 | 30 | 3 | 63 |
| Values | $ - | $ 1,507,086 | $ 5,382,450 | $ 600,000 | $ 7,489,536 |
| Average Sales Price | Note 1 | | $ 179,415 | | |
| Finished Lot Value at 28.0% | Note 2 | | $ 50,236 | | |
| Mapped Lot Value | Note 3 | | $ - | | |

Note 1          The average
               sales price is

Note 2          The finished
               lot value is
               assumed to be

Note 3          N/A.

## American Destination II, LLC
### Asset Values

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Fairway Villas | 0 | 20 | 12 | 0 | 32 |
| | | | | | |
| Value | $ - | $ 654,024 | $ 1,401,480 | $ - | $ 2,055,504 |
| | | | | | |
| Average Sales Price | Note 1 | | $ 116,790 | | |
| Finished Lot Value at 28.0% | Note 2 | | $ 32,701 | | |
| | | | | | |
| Mapped Lot Value | Note 3 | | $ - | | |

| | | |
|---|---|---|
| Note 1 | The average sales price is | |
| Note 2 | The finished lot value is assumed to be | |
| Note 3 | N/A. | |

WEDD000047

## American Enchantment II, LLC
## Asset Values

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Enchantment at Black Mountain | 0 | 60 | 23 | 3 | 86 |
| | | | | | |
| Value | $      - | $   3,732,792 | $   5,110,370 | $   900,000 | $   9,743,162 |
| | | | | | |
| Average Sales Price | Note 1 | | $   222,190 | | |
| Finished Lot Value at 28.0% | Note 2 | | $   62,213 | | |
| | | | | | |
| Mapped Lot Value | Note 3 | | $      - | | |

Note 1        The average
              sales price is

Note 2        The finished
              lot value is
              assumed to be

Note 3        N/A.

WEDD000048

**American Harmony II, LLC**
**Asset Values**

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Harmony | 104 | 51 | 39 | 5 | 199 |
| | | | | | |
| Value | 1,966,140.80 | $ 1,907,665 | $ 5,210,010 | $ 750,000 | $ 9,833,816 |
| Average Sales Price | Note 1 | | $ 133,590 | | |
| Finished Lot Value at 28.0% | Note 2 | | $ 37,405 | | |
| Mapped Lot Value | Note 3 | | $ 18,905 | | |

| | |
|---|---|
| Note 1 | The average sales price is |
| Note 2 | The finished lot value is assumed to be |
| Note 3 | The value of the mapped lots |

WEDD000049

**American Imagination, LLC**
**Asset Values**

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Imagination at Somerset | 185 | 69 | 0 | 3 | 257 |
| | | | | | |
| Value | $ 4,669,622 | $ 3,328,643 | $ - | $ 516,870 | $ 8,515,135 |
| | | | | | |
| Average Sales Price | Note 1 | | $ 172,290 | | |
| Finished Lot Value at 28.0% | Note 2 | | $ 48,241 | | |
| | | | | | |
| Mapped Lot Value | Note 3 | | $ 25,241 | | |

Note 1          The average
                sales price is
                derived from

Note 2          The finished
                lot value is
                assumed to be

Note 3          The value of
                the mapped lots

WEDD000050

**American Inspiration, LLC**
**Proforma Balance Sheet**

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| Inspiration at Green Valley Ranch | 312 | 0 | 0 | 0 | 312 |
| | | | | | |
| Value | $ 7,638,883 | $ - | $ - | $ - | $ 7,638,883 |
| | | | | | |
| Average Sales Price | Note 1 | | $ 158,870 | | |
| Finished Lot Value at 28.0% | Note 2 | | $ 44,484 | | |
| | | | | | |
| Mapped Lot Value | Note 3 | | $ 24,484 | | |

Note 1    The average sales price is derived from

Note 2    The finished lot value is assumed to be

Note 3    The value of the mapped lots

WEDD000051

## The American Black Mountain L.P.
## Asset Values

| Project | Mapped Lots | Finished Lots | Houses | Models | Totals |
|---|---|---|---|---|---|
| The View at Black Mountain | 102 | 90 | 26 | 6 | 224 |
| | | | | | |
| Value | $  2,195,162 | $  3,736,908 | $  3,855,540 | $  1,100,000 | $  10,887,610 |
| | | | | | |
| Average Sales Price | Note 1 | | $  148,290 | | |
| Finished Lot Value at 28.0% | Note 2 | | $  41,521 | | |
| Mapped Lot Value | Note 3 | | $  21,521 | | |

Note 1                    The average
                         sales price is

Note 2                    The finished
                         lot value is
                         assumed to be

Note 3                    The value of
                         the mapped lots

WEDD000052

Destination at Tierra De Las Palmas
Pricing Strategy

10/9/2000

| | | | | | | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 10.0% | 20.0% | 25.0% | 25.0% | 20.0% | 100.0% | | |
| Total Number of Lots | 6 | 13 | 16 | 16 | 13 | 63 | 63 | |
| | | | | | | | | |
| Plan Number | 1 | 2 | 2.5 | 3 | 4 | | | |
| Plan Square Footage | 2,179 | 2,522 | 2,648 | 2,891 | 3,317 | 2,770 | | |
| | | | | | | | | |
| Base Sales Price Per Square Foot | $ 72.05 | $ 66.61 | $ 64.76 | $ 61.22 | $ 58.03 | $ 63.14 | | |
| Direct Construction Per Square Foot | $ 38.67 | $ 38.20 | $ 36.42 | $ 36.66 | $ 36.20 | $ - | | |
| | | | | | | | | |
| REVENUES: | | | | | | | | |
| Base Sales Price | $ 156,990 | $ 167,990 | $ 171,490 | $ 176,990 | $ 192,490 | $ 174,915 | 11,019,645 | |
| Average Options | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | 220,500 | |
| Average Lot Premiums | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 63,000 | |
| TOTAL REVENUES | $ 161,490 | $ 172,490 | $ 175,990 | $ 181,490 | $ 196,990 | $ 179,415 | 11,303,145 | 100.0% |

WEDD000053

**Destination at Tierra De Las Palmas**
**Pricing Strategy**

Calculations

174538.35

| | |
|---|---|
| $ | 11,019,645 |
| $ | 220,500 |
| $ | 63,000 |
| $ | 11,303,145 |

WEDD000054

**Fairway Villas**
**Pricing Strategy**

10/9/2000

| | | | | Averages | Totals | % | Calculations |
|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 20.0% | 40.0% | 40.0% | 100.0% | | | |
| Total Number of Lots | 6 | 13 | 13 | 32 | 32 | | |
| | | | | | | | |
| Plan Number | 1 | 2 | 2.5 | | | | |
| Plan Square Footage | 1,100 | 1,128 | 1,343 | 1,208 | | | 38668.8 |
| | | | | | | | |
| Base Sales Price Per Square Foot | $ 101.35 | $ 96.18 | $ 86.74 | $ 92.92 | | | |
| Direct Construction Per Square Foot | $ 38.67 | $ 38.20 | $ 36.42 | $ - | | | |
| | | | | | | | |
| REVENUES: | | | | | | | |
| Base Sales Price | $ 111,490 | $ 108,490 | $ 116,490 | $ 112,290 | 3,593,280 | | $ 3,593,280 |
| Average Options | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | 112,000 | | $ 112,000 |
| Average Lot Premiums | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 32,000 | | $ 32,000 |
| TOTAL REVENUES | $ 115,990 | $ 112,990 | $ 120,990 | $ 116,790 | 3,737,280 | 100.0% | $ 3,737,280 |

WEDD000055

10/9/2000

## Enchantment at Black Mountain
### Pricing Strategy

| | | | | | | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 10.0% | 20.0% | 20.0% | 25.0% | 25.0% | 100.0% | | 100.0% |
| Total Number of Lots | 9 | 17 | 17 | 22 | 22 | 86 | 86 | |
| | | | | | | | | |
| Plan Number | 1 | 2 | 2.5 | 3 | 4 | | | |
| Plan Square Footage | 1,748 | 2,374 | 2,643 | 3,436 | 4,025 | 3,043 | | |
| | | | | | | | | |
| Base Sales Price Per Square Foot | $ 91.53 | $ 76.66 | $ 76.05 | $ 64.90 | $ 58.38 | $ 68.04 | | |
| Direct Construction Per Square Foot | $ 38.67 | $ 38.20 | $ 36.42 | $ 36.66 | $ 36.20 | $ - | | |
| | | | | | | | | |
| REVENUES: | | | | | | | | |
| Base Sales Price | $ 159,990 | $ 181,990 | $ 200,990 | $ 222,990 | $ 234,990 | $ 207,090 | $ 17,809,740 | |
| Average Options | $ 12,000 | $ 12,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 14,100 | $ 1,212,600 | |
| Average Lot Premiums | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 86,000 | |
| TOTAL REVENUES | $ 172,990 | $ 194,990 | $ 216,990 | $ 238,990 | $ 250,990 | $ 222,190 | $ 19,108,340 | 100.0% |

WEDD000056

Enchantment at Black Mountain
Pricing Strategy

Calculations

261736.7

$ 17,809,740
$  1,212,600
$     86,000
$ 19,108,340

WEDD000057

Harmony
Pricing Strategy

10/9/2000

| | 10.0% | 15.0% | 25.0% | 25.0% | 25.0% | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 10.0% | 15.0% | 25.0% | 25.0% | 25.0% | 100.0% | | |
| Total Number of Lots | 20 | 30 | 50 | 50 | 50 | 199 | 199 | |
| | | | | | | | | |
| Plan Number | 1 | 2 | 2.5 | 3 | 4 | | | |
| Plan Square Footage | 1,473 | 1,543 | 1,761 | 1,685 | 1,880 | 1,710 | | |
| | | | | | | | | |
| Base Sales Price Per Square Foot | $ 82.14 | $ 81.00 | $ 72.68 | $ 77.74 | $ 71.27 | $ 75.48 | | |
| Direct Construction Per Square Foot | $ 38.67 | $ 38.20 | $ 36.42 | $ 36.66 | $ 36.20 | $ - | | |
| | | | | | | | | |
| REVENUES: | | | | | | | | |
| Base Sales Price | $ 120,990 | $ 124,990 | $ 127,990 | $ 130,990 | $ 133,990 | $ 129,090 | $ 25,688,910 | |
| Average Options | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 696,500 | |
| Average Lot Premiums | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 199,000 | |
| TOTAL REVENUES | $ 125,490 | $ 129,490 | $ 132,490 | $ 135,490 | $ 138,490 | $ 133,590 | $ 26,584,410 | 100.0% |

WEDD000058

Harmony
Pricing Strategy

Calculations

340339.75

$ 25,688,910
$    696,500
$    199,000
$ 26,584,410

WEDD000059

10/9/2000

Imagination at Somerset
Pricing Strategy

| | Imagination North | | | Imagination South | | | | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 6.0% | 10.0% | 12.0% | 14.0% | 18.0% | 20.0% | 20.0% | | | |
| Total Number of Lots | 15 | 26 | 31      72 | 36 | 46 | 51 | 51      185 | 257 | 257 | 100.0% |
| | | | | | | | | | | |
| Plan Number | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | | |
| Plan Square Footage | 1,433 | 1,603 | 1,846 | 2,059 | 2,250 | 2,522 | 2,891 | 2244 | 576,621 | |
| | | | | | | | | | | |
| Base Sales Price Per Square Foot | $ 88.62 | $ 84.83 | $ 77.46 | $ 73.33 | $ 71.11 | $ 67.40 | $ 64.68 | $ 71.18 | | |
| Direct Construction Per Square Foot | $ 38.96 | $ 37.68 | $ 37.68 | $ 37.05 | $ 37.05 | $ 33.99 | $ 32.94 | $ - | | |
| REVENUES: | | | | | | | | | | |
| Base Sales Price | $ 126,990 | $ 135,990 | $ 142,990 | $ 150,990 | $ 159,990 | $ 169,990 | $ 186,990 | $ 159,710 | $ 41,045,470 | |
| Average Options | $ 3,500 | $ 3,500 | $ 5,000 | $ 8,000 | $ 10,000 | $ 20,000 | $ 20,000 | $ 12,080 | $ 3,104,560 | |
| Average Lot Premiums | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 128,500 | |
| TOTAL REVENUES | $ 130,990 | $ 139,990 | $ 148,490 | $ 159,490 | $ 170,490 | $ 190,490 | $ 207,490 | $ 172,290 | $ 44,278,530 | |

WEDD000060

10/9/2000

## Inspiration at Green Valley Ranch
### Pricing Strategy

| | 8/mo INSPIRATION | | | | | 7/mo EXECUTIVE INSPIRATION | | | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 5.0% | 14.0% | 15.0% | 15.0% | 15.0% | 10.0% | 12.0% | 14.0% | 100.0% | | |
| Total Number of Lots | 16 | 44 | 47 | 47 | 47 | 31 | 37 | 44 | 312 | 312 | |
| | | | | | 200 | | | 112 | | | |
| Plan Number | 1 | 2 | 3A | 3B | 4 | 2 | 3 | 4 | | | |
| Plan Square Footage | 1,032 | 1,370 | 1,429 | 1,628 | 1,800 | 2,000 | 2,200 | 2,400 | 1,772 | | |
| | | | | | | | | | | | |
| Base Sales Price Per Square Foot | $ 125.96 | $ 102.18 | $ 99.36 | $ 89.67 | $ 85.55 | $ 78.00 | $ 72.72 | $ 69.16 | $ 84.90 | | |
| Direct Construction Per Square Foot | $ 43.00 | $ 42.00 | $ 41.00 | $ 40.00 | $ 39.00 | $ 37.00 | $ 36.00 | $ 36.00 | $ - | | |
| REVENUES: | | | | | | | | | | | |
| Base Sales Price | $ 129,990 | $ 139,990 | $ 141,990 | $ 145,990 | $ 153,990 | $ 155,990 | $ 159,990 | $ 165,990 | $ 150,430 | $ 46,934,160 | |
| Average Options | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 6,080 | $ 1,896,960 | |
| Average Lot Premiums | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 2,360 | $ 736,320 | |
| TOTAL REVENUES | $ 136,990 | $ 146,990 | $ 148,990 | $ 152,990 | $ 160,990 | $ 166,990 | $ 170,990 | $ 176,990 | $ 158,870 | $ 49,567,440 | 100.0% |

WEDD000061

Inspiration at Green Valley Ranch
Pricing Strategy

Calculations

552848.4

$  46,934,160
$   1,896,960
$     736,320

WEDD000062

## The View at Black Mountain
### Pricing Strategy

10/9/2000

| | Plan 1 | Plan 2 | Plan 2.5 | Plan 3 | Plan 4 | Averages | Totals | % |
|---|---|---|---|---|---|---|---|---|
| Product Mix (% of Total Lots) | 10.0% | 20.0% | 25.0% | 25.0% | 20.0% | 100.0% | | |
| Total Number of Lots | 22 | 45 | 56 | 56 | 45 | 224 | 224 | |
| | | | | | | | | |
| Plan Number | 1 | 2 | 2.5 | 3 | 4 | | | |
| Plan Square Footage | 1,032 | 1,370 | 1,429 | 1,628 | 1,800 | 1,501 | | |
| | | | | | | | | |
| Base Sales Price Per Square Foot | $ 122.08 | $ 99.99 | $ 96.56 | $ 87.22 | $ 82.77 | $ 93.10 | | |
| Direct Construction Per Square Foot | $ 38.67 | $ 38.20 | $ 36.42 | $ 36.66 | $ 36.20 | $ | | |
| | | | | | | | | |
| REVENUES: | | | | | | | | |
| Base Sales Price | $ 125,990 | $ 136,990 | $ 137,990 | $ 141,990 | $ 148,990 | $ 139,790 | $ 31,312,960 | |
| Average Options | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 784,000 | |
| Average Lot Premiums | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 1,120,000 | |
| TOTAL REVENUES | $ 134,490 | $ 145,490 | $ 146,490 | $ 150,490 | $ 157,490 | $ 148,290 | $ 33,216,960 | 100.0% |

WEDD000063

The View at Black Mountain
Pricing Strategy

Calculations

336324.80

| | |
|---|---|
| $ | 31,312,960 |
| $ | 784,000 |
| $ | 1,120,000 |
| $ | 33,216,960 |

WEDD000064

# EXHIBIT 4

# PROMISSORY NOTE

$ 3,000,000.00                     Las Vegas, Nevada
                                                                        May 2, 2000

FOR VALUE RECEIVED, PRINCIPLE CENTERED, INC., a Nevada corporation, AMERICAN HARMONY II, LLC, a Nevada Limited Liability Company, AMERICAN IMAGINATION, LLC, a Nevada Limited Liability Company, AMERICAN INSPIRATION, LLC, a Nevada Limited Liability Company, AMERICAN DESTINATION II, LLC, a Nevada Limited Liability Company, AMERICAN ENCHANTMENT II, LLC, a Nevada Limited Liability Company, ("**Maker**"), jointly and severally, promises to pay to the order of ROLLAND P. WEDDELL or his successors and assigns ("**Holder**"), at 2271 Arrowhead Drive, Carson City, NV 89701, or at such other place as the Holder may designate in writing, the principal sum of up to  THREE MILLION DOLLARS ($3,000,000.00) (the "**Maximum Amount**") in lawful money of the United States of America, together with interest thereon at the rate of eight percent (8%) per annum. This Note is secured by that certain Security Agreement (Stock Pledge) dated as of May 2, 2000 between Robert C. and Cheryl Covey Porter, as pledgors, and Rolland P. Weddell and Spectrum Financial Group, LLC, a Delaware Limited Liability Company, Holder (as now or hereafter amended, the "**Security Agreement**").

The indebtedness evidenced by this Note is a revolving loan, and Maker may borrow, repay and re-borrow the loan evidenced hereby up to the Maximum Amount. Holder may, and is hereby authorized to, record on the schedule attached hereto, or to otherwise record in accordance with its usual practice, the date and amount of any advance of loan proceeds under this Note. Failure to record such amounts on the schedule attached hereto shall not affect Maker's obligation hereunder to repay the outstanding and unpaid principal amount of this Note in full when due.

The entire principal amount of $3,000,000.00, or so much thereof as may be then outstanding and unpaid, together with accrued interest, shall be due and payable in full on the earlier to occur of an "Event of Default" as defined in the Security Agreement, or May 2, 2001. Maker may prepay the remaining balance of principal and interest without penalty at any time. All payments hereunder shall be applied first to accrued unpaid interest, then to principal.

Time is of the essence of payment. Any amount not paid when due and payable hereunder thereafter shall bear interest at the rate of fifteen percent (15%) per annum until paid.

The makers and endorsers of this Note jointly and severally waive diligence, demand, presentment for payment, notice of dishonor, protest and notice of protest.

The makers and endorsers jointly and severally agree to pay all costs for collection. Costs of collection include, without limitation, reasonable attorneys' fees if this Note is placed in the hands of attorneys for collection or if suit is brought, together with all court costs and other expenses incurred in the prosecution of suit.

Notwithstanding any provision herein or in any document or instrument now or hereafter securing this Note, the total liability for payments in the nature of interest shall not exceed the limits imposed by the applicable laws of the State of Nevada. This Note shall be construed according to the laws of said State.

Pursuant to the agreement of the Maker and Holder, this Note is not dischargeable in

WEDD000065

Pursuant to the agreement of the Maker and Holder, this Note is not dischargeable in bankruptcy pursuant to 11 U.S.C. §523(a)(15).

IN WITNESS WHEREOF, this Promissory Note has been executed as of the date first hereinabove written.

PRINCIPLE CENTERED, INC., a
Nevada corporation

By: _____
      Robert C. Porter, President

AMERICAN HARMONY II, LLC, a
Nevada Limited Liability Company

By: _____
      Robert C. Porter, President
      Principle Centered, Inc.
      Managing Member

AMERICAN INSPIRATION, LLC, a
Nevada Limited Liability Company

By: _____
      Robert C. Porter, President
      Principle Centered, Inc.
      Managing Member

AMERICAN DESTINATION II, LLC, a
Nevada Limited Liability Company

By: _____
      Robert C. Porter, President
      Principle Centered, Inc.
      Managing Member

AMERICAN ENCHANTMENT II, LLC, a
Nevada Limited Liability Company

By: _____
      Robert C. Porter, President
      Principle Centered, Inc.
      Managing Member

WEDD000066

# PROMISSORY NOTE

$ 7,000,000.00                           Las Vegas, Nevada
                                                                        May 2, 2000

FOR VALUE RECEIVED, PRINCIPLE CENTERED, INC., a Nevada corporation, AMERICAN HARMONY II, LLC, a Nevada Limited Liability Company, AMERICAN IMAGINATION, LLC, a Nevada Limited Liability Company, AMERICAN INSPIRATION, LLC, a Nevada Limited Liability Company, AMERICAN DESTINATION II, LLC, a Nevada Liability Company, AMERICAN ENCHANTMENT II, LLC, a Nevada Limited Liability Company, ("**Maker**"), jointly and severally, promises to pay to the order of SPECTRUM FINANCIAL GROUP, LLC, a Delaware Limited Liability Company or his successors and assigns ("**Holder**"), at 930 Tahoe Blvd. PMB #802-540, Incline Village, NV 89451, or at such other place as the Holder may designate in writing, the principal sum of up to SEVEN MILLION DOLLARS ($7,000,000.00) (the "**Maximum Amount**") in lawful money of the United States of America, together with interest thereon at the rate of eight percent (8%) per annum. This Note is secured by that certain Security Agreement (Stock Pledge) dated as of May 2, 2000 between Robert C. and Cheryl Covey Porter, as pledgors, and Rolland P. Weddell and Spectrum Financial Group, LLC, a Delaware Limited Liability Company, Holder (as now or hereafter amended, the "**Security Agreement**").

The indebtedness evidenced by this Note is a revolving loan, and Maker may borrow, repay and re-borrow the loan evidenced hereby up to the Maximum Amount. Holder may, and is hereby authorized to, record on the schedule attached hereto, or to otherwise record in accordance with its usual practice, the date and amount of any advance of loan proceeds under this Note. Failure to record such amounts on the schedule attached hereto shall not affect Maker's obligation hereunder to repay the outstanding and unpaid principal amount of this Note in full when due.

The entire principal amount of $7,000,000.00, or so much thereof as may be then outstanding and unpaid, together with accrued interest, shall be due and payable in full on the earlier to occur of an "Event of Default" as defined in the Security Agreement, or May 2, 2001. Maker may prepay the remaining balance of principal and interest without penalty at any time. All payments hereunder shall be applied first to accrued unpaid interest, then to principal.

Time is of the essence of payment. Any amount not paid when due and payable hereunder thereafter shall bear interest at the rate of fifteen percent (15%) per annum until paid.

The makers and endorsers of this Note jointly and severally waive diligence, demand, presentment for payment, notice of dishonor, protest and notice of protest.

The makers and endorsers jointly and severally agree to pay all costs for collection. Costs of collection include, without limitation, reasonable attorneys' fees if this Note is placed in the hands of attorneys for collection or if suit is brought, together with all court costs and other expenses incurred in the prosecution of suit.

Notwithstanding any provision herein or in any document or instrument now or hereafter securing this Note, the total liability for payments in the nature of interest shall not exceed the limits imposed by the applicable laws of the State of Nevada. This Note shall be construed according to the laws of said State.

Pursuant to the agreement of the Maker and Holder, this Note is not dischargeable in bankruptcy pursuant to 11 U.S.C. §523(a)(15).

IN WITNESS WHEREOF, this Promissory Note has been executed as of the date first hereinabove written.

PRINCIPLE CENTERED, INC., a
Nevada corporation

By: _____
Robert C. Porter, President

AMERICAN HARMONY II, LLC, a
Nevada Limited Liability Company

By: _____
Robert C. Porter, President
Principle Centered, Inc.
Managing Member

AMERICAN INSPIRATION, LLC, a
Nevada Limited Liability Company

By: _____
Robert C. Porter, President
Principle Centered, Inc.
Managing Member

AMERICAN DESTINATION II, LLC, a
Nevada Limited Liability Company

By: _____
Robert C. Porter, President
Principle Centered, Inc.
Managing Member

AMERICAN ENCHANTMENT II, LLC, a
Nevada Limited Liability Company

By: _____
Robert C. Porter, President
Principle Centered, Inc.
Managing Member

WEDD000068

# EXHIBIT 5

SCHEDULE OF LOANS AND PAYMENTS OF PRINCIPAL
TO
PRINCIPLE CENTERED, INC.,
BY
RON WEDDELL
DATED JANUARY 11, 2001

| Date | Principal Amount of Advance | Principal Amount Paid | Unpaid Balance |
|---|---|---|---|
| 3/31/00 | $19,322.64 | | |
| 3/31/00 | $30,274.25 | | $19,322.64 |
| 4/13/00 | $34,405.49 | | $49,596.89 |
| 4/13/00 | $15,000.00 | | $84,002.38 |
| 4/26/00 | $145,744.25 | | $99,002.38 |
| 4/27/00 | $26,219.31 | | $244,746.63 |
| 5/2/00 | $314,700.00 | | $270,965.94 |
| 5/12/00 | $36,981.12 | | $585,665.94 |
| 5/12/00 | $195,000.00 | | $622,647.06 |
| 5/12/00 | $150,000.00 | | $817,647.06 |
| 5/12/00 | $51,000.00 | | $967,647.06 |
| 5/22/00 | $45,000.00 | | $1,018,647.06 |
| 5/22/00 | $45,000.00 | | $1,063,647.06 |
| 5/26/00 | $153,000.00 | | $1,108,647.06 |
| 5/31/00 | $28,218.56 | | $1,261,647.06 |
| 6/6/00 | $45,000.00 | | $1,289,865.63 |
| 6/14/00 | $30,922.84 | | $1,334,865.63 |
| 6/20/00 | $45,000.00 | | $1,365,788.47 |
| 6/21/00 | $15,900.00 | | $1,410,788.47 |
| 6/27/00 | $39,000.00 | | $1,426,688.47 |
| 6/28/00 | $28,978.99 | | $1,465,688.47 |
| 7/5/00 | $121,500.00 | | $1,494,667.46 |
| 7/17/00 | $31,244.80 | | $1,616,167.46 |
| 7/17/00 | $18,300.00 | | $1,647,412.26 |
| 7/25/00 | $30,000.00 | | $1,665,712.26 |
| 7/25/00 | $12,000.00 | | $1,695,712.26 |
| 7/25/00 | $27,448.21 | | $1,707,712.26 |
| 8/2/00 | $243,000.00 | | $1,735,160.47 |
| 8/30/00 | $29,113.91 | | $1,978,160.47 |
| 8/31/00 | $135,000.00 | | $2,007,274.38 |
| 9/14/00 | $39,406.86 | | $2,142,274.38 |
| 9/25/00 | $44,100.00 | | $2,181,681.24 |
| 9/25/00 | $36,420.00 | | $2,225,781.24 |
| 9/27/00 | $30,362.89 | | $2,262,201.24 |
| 10/2/00 | $3,000.00 | | $2,292,564.14 |
| 10/2/00 | $120,000.00 | | $2,295,564.14 |
| 10/12/00 | $28,575.28 | | $2,415,564.14 |
| 10/12/00 | $22,900.13 | | $2,444,139.41 |
| 10/24/00 | $15,000.00 | | $2,467,039.54 |
| 10/26/00 | $103,500.00 | | $2,482,039.54 |
| 10/31/00 | $28,121.18 | | $2,585,539.54 |
| 11/2/00 | $92,487.30 | | $2,613,661.72 |
| 11/3/00 | $52,800.00 | | $2,706,149.02 |
| 11/14/00 | $26,282.65 | | $2,758,949.02 |
| 11/28/00 | $25,468.56 | | $2,785,231.67 |
| 12/8/00 | $25,500.00 | | $2,810,700.23 |
| 12/14/00 | $31,214.98 | | $2,836,200.23 |
| 12/28/00 | $20,908.48 | | $2,867,415.21 |
| 1/11/01 | $19,608.83 | | $2,888,323.69 |
| Total | $2,907,932.51 | | $2,907,932.51 |

EXHIBIT 1

WEDD000069