# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by ALEXANDRA P. OLENCZUK and the appointment of MICHELLE L. ABRAMS as designated Nevada Counsel in this case is approved.

Dated: 1/9/07                               BY THE COURT

                                                 Patricia Gray
                                                 Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Jan 09, 2007
Case: 06-10725                  Form ID: oaancbk           Total Served: 3

The following entities were served by first class mail on Jan 11, 2007.
aty          +MICHELLE L. ABRAMS,   MICHELLE L. ABRAMS, LTD.,   7201 W LAKE MEAD BLVD #210,
               LAS VEGAS, NV 89128-8360
ust          +U.S. TRUSTEE - LV - 11,   300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
             +ALEXANDRA P. OLENCZUK,   WARNER STEVENS, L.L.P.,   301 COMMERCE ST., #1700,
               FORT WORTH, TX 76102-4126

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2007**            **Signature:** _Joseph Speetjens_