**Entered on Docket**
**January 12, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER CONTINUING HEARING ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: December 15, 2006<br>Time: 9:30 a.m. |

Before the Court is the Motion to Exclude Debtors From Having to File Inter-Company Claims Against Each Other by the Bar Date, or Alternatively for the Approval of the Immediate Appointment of Special Counsel for Diversified Fund and FTD Fund to File and Pursue the Inter-Company Debtor Claims (the "Motion") filed October 5, 2006 (Docket No. 1454). The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, Official Committee of Unsecured Creditors, and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committees") filed a joint response to the Motion (Docket No. 1622), and the Debtors filed a Reply brief (Docket No. 1682). At the hearing on the Motion held December 15, 2006, appearances were made by Lenard E. Schwartzer, Esq. on behalf of the Debtors, and other appearances were noted on the record and arguments were made concerning the Motion.

The Court having reviewed and considered the Motion, the joint response to the Motion, the reply, and arguments made at the December 15, 2006 hearing, and other facts of record in these jointly administered cases, the Court having made its findings of fact and conclusions of law on the record,

THE COURT HEREBY ORDERS that the Court will consider setting a deadline for filing inter-company Proofs of Claim at a hearing on January 17, 2007 at 9:30 a.m.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

/ / /

/ / /

/ / /

Approved / Disapproved by:

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Before the Court is the Motion to Exclude Debtors From Having to File Inter-Company
2  Claims Against Each Other by the Bar Date, or Alternatively for the Approval of the Immediate
3  Appointment of Special Counsel for Diversified Fund and FTD Fund to File and Pursue the Inter-
4  Company Debtor Claims (the "Motion") filed October 5, 2006 (Docket No. 1454). The Official
5  Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, Committee of
6  Holders of Executory Contract Rights Through USA Commercial Mortgage Company, Official
7  Committee of Unsecured Creditors, and Official Committee of Equity Security Holders of USA
8  Capital Diversified Trust Deed Fund, LLC (the "Committees") filed a joint response to the Motion
9  (Docket No. 1622), and the Debtors filed a Reply brief (Docket No. 1682). At the hearing on the
10 Motion held December 15, 2006, appearances were made by Lenard E. Schwartzer, Esq. on behalf
11 of the Debtors, and other appearances were noted on the record and arguments were made
12 concerning the Motion.

13  The Court having reviewed and considered the Motion, the joint response to the Motion,
14 the reply, and arguments made at the December 15, 2006 hearing, and other facts of record in
15 these jointly administered cases, the Court having made its findings of fact and conclusions of law
16 on the record,

17  THE COURT HEREBY ORDERS that the Court will consider setting a deadline for filing
18 inter-company Proofs of Claim at a hearing on January 17, 2007 at 9:30 a.m.

19 Submitted by:                                    Approved / Disapproved by:

20 RAY QUINNEY & NEBEKER P.C. and                  SARA L. KISTLER
21 SCHWARTZER & MCPHERSON LAW FIRM                  ACTING UNITED STATES TRUSTEE
                                                    REGION 17
22
By: /s/                                             By: /s/
23 LENARD E. SCHWARTZER, ESQ.                       AUGUST B. LANDIS, ASST. U.S. TRUSTEE
   JEANETTE E. MCPHERSON, ESQ.                     United States Department of Justice
24 *Attorneys for Debtor and Debtor-In-Possession*
25 ///
26 ///
27 ///
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER CONTINUING HEARING ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS**

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ M. Levinson
MARC A. LEVINSON, ESQ.
JEFFERY HERMANN, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

**ORDER CONTINUING HEARING ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS**

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
JEFFERY HERMANN, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: __/s/ Frank A. Merola/_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER CONTINUING HEARING ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS**

| | |
|---|---|
| **Approved**/Disapproved by:<br>LEWIS AND ROCA, LLP | Approved/Disapproved by:<br>GORDON & SILVER, LTD. |
| By: /s/ Rob Charles<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By:<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | Approved/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By:<br>MARC A. LEVINSON, ESQ.<br>JEFFERY HERMANN, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>BOB L. OLSON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By:<br>FRANK A. MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**Failed to respond**
GORDON & SILVER, LTD.

# # #