ELECTRONICALLY FILED
January 12, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>          ekarasik@stutman.com<br>          aparlen@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:    jshea@sheacarlyon.com<br>          ccarlyon@sheacarlyon.com<br>          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

**NOTICE OF WITHDRAWAL OF THE OBJECTION OF THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST
DEED FUND, LLC TO CLAIM NO. 138 FILED BY JAMES W. SHAW IRA AGAINST
USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS <u>DEBTOR USA CAPITAL
FIRST TRUST DEED FUND, LLC</u>)**

407117v1

1. The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby withdraws its objection to claim number 138 filed against USA Capital First Trust Deed Fund, LLC by the James W. Shaw IRA in the amount of $84,662.00 on December 5, 2006 (the "Shaw IRA Claim").

2. On December 27, 2006, the FTDF Committee filed the "Second Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Misfiled Claims" (the "Objection") whereby the FTDF Committee objected to certain claims, including the Shaw IRA Claim, and sought to have such claims disallowed in whole or in part for the reasons set forth therein.

3. Based on further review, the FTDF Committee has elected to withdraw its objection to the Shaw IRA Claim without prejudice to the rights of the FTDF Committee or any other party in interest to file a timely objection(s) to the Shaw IRA Claim at a later date.

Respectfully submitted this 12th day of January, 2007.

/s/ *Andrew M. Parlen*

FRANK A. MEROLA,
EVE H. KARASIK, and
ANDREW M. PARLEN, Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
Shea & Carlyon, Ltd.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*