Case 06-10725-gwz   Doc 2419   Entered 01/12/07 13:59:27   Page 1 of 6

ELECTRONICALLY FILED
January 12, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  fmerola@stutman.com
        ekarasik@stutman.com
        aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | BK-S-06-10725-LBR Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | BK-S-06-10729-LBR Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

**JOINDER AND STATEMENT BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, IN SUPPORT OF USA CAPITAL FIRST TRUST DEED FUND, LLC'S OBJECTION TO CLAIM NOS. 83, 84 AND 85 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

406954v1

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Fund Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), files this statement (the "Statement") in support of the "USA Capital First Trust Deed Fund, LLC's Objection to Claim Nos. 83, 84 and 85 Filed By the Pension Benefit Guaranty Corporation" (the "Objection") and respectfully represents as follows:

## I.

## STATEMENT OF SUPPORT

The FTD Fund Committee supports the Objection and urges the Court to disallow Claim Nos. 83, 84 and 85 (the "PBGC Claims") in their entirety, with prejudice.

## II.

## BACKGROUND

Under provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), the sponsor of a defined benefit plan – commonly known as a pension plan – is required to fund the plan so that it can pay the benefits promised to employees under the terms of the plan.[1] Specifically, a plan sponsor is required to make minimum funding contributions to the plan[2] and, in addition, is required to pay certain statutory premiums to the Pension Benefit Guaranty Corporation ("PBGC").[3]

If a pension plan terminates and is underfunded at the time of termination, the sponsor of the pension plan is liable to the PBGC and/or the plan for unfunded benefit liabilities,[4] unpaid minimum funding contributions[5] and unpaid statutory premiums.[6] Liability

---

[1] ERISA § 302.

[2] ERISA § 302.

[3] ERISA § 4007.

[4] ERISA § 4062.

[5] ERISA § 302.

[6] ERISA § 4007.

extends not only to the plan sponsor but also to members of the sponsor's "controlled group."[7] A "controlled group" consists of two or more entities under common control as defined in the Treasury Regulations promulgated under Internal Revenue Code section 414(c).[8]

Entities are considered to be under common control for purposes of the Treasury Regulations promulgated under Internal Revenue Code section 414(c) if they consist of either a parent-subsidiary group or a brother-sister group. A parent-subsidiary group exists if a parent entity owns an 80 percent or greater equity interest in one or more subsidiary entities.[9] In the case of a subsidiary that is a corporation, equity interest is measured in terms of value of stock or voting power of stock. In the case of a subsidiary that is taxed as a partnership, equity interest is measured in terms of a percentage profits interest (i.e., a parent entity must own an 80 percent or greater profits interest in the subsidiary partnership).[10] A brother-sister group exists if the same 5 or fewer persons own 50 percent or more of the equity interests in two or more entities.[11] If an entity is a corporation, equity ownership is determined on the basis of voting power and value of stock. If an entity is a partnership, equity ownership is determined on the basis of profits interest in the partnership.[12]

Ownership of equity interests can be either direct or indirect[13]. For example, consider a case where Corporation A owns 100 percent of the stock of both Corporation B and Corporation C. Corporation B and Corporation C each own 50 percent of the stock of Corporation D. Corporations A, B, C and D are deemed to constitute a parent-subsidiary group because Corporation A indirectly owns 100 percent of Corporation D's stock. Corporation A is

---

[7] See, e.g., ERISA § 4062(a).

[8] ERISA § 4001(14).

[9] Treas. Regs. § 1.414(c)-2(b)(2).

[10] Treas. Regs. § 1.414(c)-2(b)(C).

[11] Treas. Regs. § 1.414(c)-2(c).

[12] Treas. Regs. § 1.414(c)-2(c)(2).

[13] Treas. Regs. § 1.414(c)-4.

treated as owning 50 percent of Corporation D's stock because of its 100 percent ownership of Corporation B and 50 percent because of its 100 percent ownership of Corporation C.

USA Commercial Mortgage Company ("USACM") is owned by Thomas A. Hantges, Joseph Milanowski, Paul S. Hamilton, and Red Granite, LLC.

USA Capital First Trust Deed Fund, LLC ("FTDF") is owned by approximately 950 separate individuals and entities. USA Capital Realty Advisors, LLC ("USA Realty") is the manager of FTDF and owns less than one-tenth of one percent of the FTDF.

USA Realty is owned by USA Investment Partners, LLC ("USA Investment"), which, on information and belief, is owned by Joseph Milanowski, Paul Hamilton and TH Trust (the Hantges Separate Property Trust).

## III.

## APPLICATION OF ERISA CONTROLLED GROUP RULES UNEQUIVOCALLY DEMONSTRATE THAT FTDF IS NOT PART OF THE USACM CONTROLLED GROUP, AND THEREFORE NOT OBLIGATED FOR THE PBGC CLAIMS.

The PBGC has filed an <u>estimated</u> claim for unpaid minimum funding contributions, a <u>contingent</u> claim for unfunded benefits liability and an <u>unliquidated</u> claim for statutory premiums. It would appear from the PBGC's own description of its claims ("estimated", "contingent", "unliquidated") that the PBGC is not actually sure it is owed any money and is filing the claims on more or less a protective basis.

The PBGC's claims pertain to the USA Commercial Mortgage Defined Benefit Pension Plan (the "Pension Plan"). The Pension Plan is sponsored by USA Commercial Mortgage Company ("USACM"). Accordingly, the critical inquiry is whether FTDF and USACM are part of a parent-subsidiary group or a brother-sister group.

Neither USACM nor any other person or entity directly or indirectly owns 80 percent or more of the profits interests in FTDF. On the contrary, the profits interests in FTDF are widely held (there are approximately 950 members who own profits interests) and no single person or entity directly or indirectly owns as much as 25 percent of the profits interests. Consequently, USACM and FTDF are not part of a parent-subsidiary group.

A small overlap of <u>indirect</u> ownership exists between the owners of USACM and

406954v1                                                         4

FTDF. Specifically, as indicated in numbered paragraph 14 of the Declaration of Thomas J. Allison In Support of FTDF's Objection to Proofs of Claim No. 83, 84, and 85, and DTDF's Objection to Proofs of Claim No. 79, 80 and 81 Filed By the Pension Benefit Guaranty Corporation (the "Allison Declaration"), USACM's equity is owned by Joseph Malinowski and Thomas A. Hantges, Paul S. Hamilton and Red Granite, LLC. None of these entities or individuals owns a profits interest in FTDF directly.

As further set forth in the Allison Declaration, at paragraph 14, USA Realty owns less than one-tenth of one percent of the profits interests in FTDF. USA Realty is owned by USA Investment Partners, LLC ("USA Investment"), which, upon information and belief, in turn is owned by the TH Trust, Joseph D. Milanowski, and Paul Hamilton. Accordingly, under the indirect ownership rules discussed above, the same 5 or fewer persons (namely, Joseph D. Milanowski, Paul Hamilton, and arguably Thomas A. Hantges through the TH Trust (the Hantges Separate Property Trust)) are treated as owning less than one-tenth of one percent of the equity interests in USACM and FTDF for purposes of apply the brother-sister group rules. This tiny quantum of cross-ownership falls far short of the 50 percent threshold that is required for the existence of a brother-sister group. It follows that USACM and FTDF are not part of a brother-sister group.

In summary, FTDF is neither part of a parent-subsidiary group with USACM nor is it part of a brother-sister group with USCM. This leads to the conclusion that FTDF is not a member of USACM's controlled group and therefore is not liable for unfunded benefits liability, minimum funding contributions or statutory premiums with respect to the Pension Plan.

## IV.

## CONCLUSION

For the reasons set forth herein, as well as in the Objection, the FTD Fund

/ / /

/ / /

/ / /

406954v1

5

Committee requests that the Court grant the relief requested in the Objection and disallow the PBGC Claims against the FTDF.

Respectfully submitted this 12th day of January, 2007.

/s/ *Eve H. Karasik*

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*