Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on January 12, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                   Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                   Debtor. | **STIPULATION CONTINUING HEARING ON USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 155 FILED BY GATEWAY STONE ASSOCIATES, LLC** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                   Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                   Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing<br>Date:     January 17, 2007<br>Time:    9:30 a.m.<br><br>New Date: March 2, 2007<br>New Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Gateway\Stip re Hearing on Obj Gateway Stone Claim 155.DOC

- 1 -

USA Commercial Mortgage Company ("USACM"), by and through its counsel, and Gateway Stone Associates, LLC ("Gateway"), by and through its counsel, hereby stipulate as follows:

1. The hearing on USACM's Objection To Proof of Claim No. 155 Filed By Gateway Stone Associates, LLC (Docket #2036) be continued to **March 2, 2007 at 9:30 a.m.**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Debtors and Debtors in Possession

Daniel D. White, Esq.
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660-7942

and

Vaughn Gourley, Esq.
Stephens Gourley & Bywater
3636 N. Rancho Drive
Las Vegas, NV 89130
Attorneys for Gateway Stone Associates, LLC

904434

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Gateway\Stip re Hearing on Obj Gateway Stone Claim 155.DOC

- 2 -