ELECTRONICALLY FILED
January 12, 2007

1  STUTMAN, TREISTER & GLATT, P.C.           SHEA & CARLYON, LTD.
   FRANK A. MEROLA                            JAMES PATRICK SHEA
2  (CA State Bar No. 136934                   (Nevada State Bar No. 000405)
   EVE H. KARASIK                             CANDACE C. CARLYON
3  (CA State Bar No. 155356)                  Nevada State Bar No. 002666)
   CHRISTINE M. PAJAK                         SHLOMO S. SHERMAN
4  (CA State Bar No. 217173), Members of      (Nevada State Bar No. 009688
   Stutman, Treister & Glatt P.C.             233 South Fourth Street, Second Floor
5  1901 Avenue of the Stars, 12th Floor       Las Vegas, Nevada  89101
   Los Angeles, California 90067              Telephone: (702) 471-7432
6  Telephone: (310) 228-5600                  Facsimile: (702) 471-7435
   Facsimile: (310) 228-5788
7  Email:      fmerola@stutman.com            Email:      jshea@sheacarlyon.com
               ekarasik@stutman.com                       ccarlyon@sheacarlyon.com
8              cpajak@stutman.com                          ssherman@sheacarlyon.com
   Counsel for the Official Committee Of
9  Equity Security Holders Of USA Capital First Trust
   Deed Fund, LLC
10

11                  **UNITED STATES BANKRUPTCY COURT**
                          **DISTRICT OF NEVADA**

12                                                   )    BK-S-06-10725-LBR
    In re:                                           )    Chapter 11
13  USA COMMERCIAL MORTGAGE COMPANY,                 )
                   Debtor.                           )
14  _____     )
    In re:                                           )    BK-S-06-10726-LBR
15  USA CAPITAL REALTY ADVISORS, LLC,                )    Chapter 11
                   Debtor.                           )
16  _____     )
    In re:                                           )    BK-S-06-10727-LBR
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,    )    Chapter 11
17                 Debtor.                           )
    _____     )
18  In re:                                           )    BK-S-06-10728-LBR
    USA CAPITAL FIRST TRUST DEED FUND, LLC,          )    Chapter 11
19                 Debtor.                           )
    _____     )
    In re:                                           )    BK-S-06-10729-LBR
20  USA SECURITIES, LLC,                             )    Chapter 11
                   Debtor.                           )
21  _____     )
    Affects                                          )    Date:  January 31, 2007
22                                                   )    Time:  9:30 a.m.
                                                     )
    ☐ All Debtors                                    )
23  ☐ USA Commercial Mortgage Co.                    )
    ☐ USA Securities, LLC                            )
24  ☐ USA Capital Realty Advisors, LLC              )
    ☐ USA Capital Diversified Trust Deed            )
25  ☒ USA First Trust Deed Fund, LLC                )
26
       **SUPPLEMENTAL CERTIFICATE OF SERVICE RE:  NOTICE OF WITHDRAWAL OF THE**
27  **OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL**
    **FIRST TRUST DEED FUND, LLC TO CLAIM NO. 138 FILED BY JAMES W. SHAW IRA AGAINST**
                  **USA CAPITAL FIRST TRUST DEED FUND, LLC**
28       **(AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

407209v1

1
2

    I HEREBY CERTIFY that on the 12th of January, 2007, I served the following document:

3
4
5

**NOTICE OF WITHDRAWAL OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIM NO. 138 FILED BY JAMES W. SHAW IRA AGAINST USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

6
7

    I served the above named document(s) by the following means to the persons as listed below:

8
9

    ☐   **a.   ECF System.**

10

    ☒   **b.   United States mail, postage full prepaid to the following:   See Attached Rider**

11
12

    ☐   **c.   Personal service.**

13

    I personally delivered the documents to the persons at these addresses:

14
15
16

    ☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

17
18

    ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

19

    ☐   **d   By direct email.**

20
21
22
23

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐   **e.   By fax transmission.**

24
25
26
27

    Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    ☐   **f.   By messenger.**

28

    I served the document(s) by placing them in an envelope or package addressed

407209v1                         2

to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of January, 2007.

Joanne C. Metcalf, an employee
of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

## R I D E R

USA Commercial Mortgage Co., et al
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV  89121

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Atty at Law
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146-5308

August B. Landis, Esq.
Office of the U.S. Trustee
300 Las Vegas Blvd., South, Suite 4300
Las Vegas, NV  89101

James W. Shaw IRA
c/o James W. Shaw
14225 Prairie Flower Court
Reno, NV  89511-6710