ELECTRONICALLY FILED
January 12, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
Stutman, Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: JOINDER AND STATEMENT BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, IN SUPPORT OF USA CAPITAL FIRST TRUST DEED FUND, LLC'S OBJECTION TO CLAIM NOS 83, 84 AND 85 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

407219v1

I HEREBY CERTIFY that on the 12th of January, 2007, I served the following document:

**JOINDER AND STATEMENT BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, IN SUPPORT OF USA CAPITAL FIRST TRUST DEED FUND, LLC'S OBJECTION TO CLAIM NOS 83, 84 AND 85 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION (AFFECTS <u>DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)</u>**

I served the above named document(s) by the following means to the persons as listed below:

☐ a.  **ECF System.**

☒ b.  **United States mail, postage full prepaid to the following:   See Attached Rider**

☐ c.  **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d  **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger.**

I served the document(s) by placing them in an envelope or package addressed

407209v1                                              2

1 | to the persons at the addresses listed below and providing them to a messenger for service.

2

3 | I declare under penalty of perjury that the foregoing is true and correct.

4 | DATED this 12th day of January, 2007.

5

6 | Joanne C. Metcalf, an employee
7 | of STUTMAN, TREISTER & GLATT
  | PROFESSIONAL CORPORATION

## **RIDER**

USA Commercial Mortgage Co., et al
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Atty at Law
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146-5308

August B. Landis, Esq.
Office of the U.S. Trustee
300 Las Vegas Blvd., South, Suite 4300
Las Vegas, NV 89101

Jeffrey B. Cohen
James Eggerman
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-426

Daniel G. Bogden
United States Attorney
333 La Vegas Blvd., South, Suite 5000
Las Vegas, NV 89101