Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 819 FILED BY SPECTRUM FINANCIAL GROUP, LLC AND CLAIM NO. 821 FILED BY ROLLAND P. WEDDELL**<br><br>Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m.<br><br>New Date: January 31, 2007<br>New Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Spectrum-Weddell\Stip Continuing Hrg re Obj Spectrum_Weddell Claim 819_821.DOC

- 1 -

1 USA Commercial Mortgage Company ("USACM"), by and through its counsel, Spectrum Financial Group LLC and Rolland P. Weddell, by and through their counsel, hereby stipulate as follows:

1. The hearing on USACM's Objection To Proof of Claim No. 819 Filed By Spectrum Financial Group, LLC And Claim No. 821 Filed By Rolland P. Weddell is continued to January 31, 2007 at 9:30 a.m.

Dated: January 12, 2007

*/s/ Lenard E. Schwartzer*

Lenard E. Schwartzer, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Dated: January 12th, 2007

*/s/ J. Stephen Reek*

J. Stephen Reek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
HALE LANE PEEK DENNISON and HOWARD
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

*Attorneys for Rolland P. Weddell and Spectrum Financial Group*

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Spectrum-Weddell\Stip Continuing Hrg re Obj Spectrum_Weddell Claim 819_821.DOC

- 2 -