Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-Filing January 15, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | **NOTICE OF ENTRY STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: 6/21/06<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Fee Application\COS and NOE Stip re Extending Time to File 2nd Interim Fee Apps.DOC

Page 1 of 7

1
2       TO ALL PARTIES IN INTEREST:
3       PLEASE TAKE NOTICE THAT a Stipulation And Order Re Modification Of
4 Administrative Order Establishing Procedures For Interim Compensation and Reimbursement Of
5 Expenses Of Professionals (Affects All Debtors) was entered on December 27, 2006, a copy of
6 which is attached hereto.
7       Dated: this 15th day of January 2007
8
9                                          */s/    Lenard E. Schwartzer, Esq*

                  Lenard E. Schwartzer, Nevada Bar No. 0399
                  Jeanette E. McPherson, Nevada Bar No. 5423
                  SCHWARTZER & MCPHERSON LAW FIRM
                  2850 South Jones Boulevard, Suite 1
                  Las Vegas, Nevada 89146

                  and

                  Annette W. Jarvis, Utah Bar No. 1649
                  RAY QUINNEY & NEBEKER P.C.
                  36 South State Street, Suite 1400
                  P.O. Box 45385
                  Salt Lake City, Utah 84145-0385

                  Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Fee Application\COS and NOE Stip re Extending Time to File 2nd Interim Fee Apps.DOC

Page 2 of 7

## CERTIFICATE OF SERVICE

1. On January 15, 2007, I served the following document(s):

   a. Notice of Entry of Stipulation and Order Re Modifcation Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Affects All Debtors)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒　a.　**By ECF System**:

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com!

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com,

JANET L. CHUBB     tbw@jonesvargas.com

JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

1    WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

2    CICI CUNNINGHAM    bankruptcy@rocgd.com

3    LAUREL E. DA! VIS    b! klsclv@l ionelsawyer.com,
4    ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

5    DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

6    THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

7    SCOTT D. FLEMING    sfleming@halelane.com,
8    dbergsing@halelane.com,ecfvegas@halelane.com

9    GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

10    WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

11    CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
12    Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

13    GERALD M GORDON    bankruptcynotices@gordonsilver.com

14    TALIT! HA B. GRAY    bankruptcynotices@gordonsilver.com

15    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
16

17    JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
18

19    XANNA R. HARDMAN    xanna.hardman@gmail.com,

20    STEPHEN R HARRIS    noticesbh&p@renolaw.biz

21    BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

22    DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
23

24    CHRISTOPHER D JAIME    ! cjaime@waltherkey.com, kbernhar@waltherkey.com

25    EVAN ! L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

26    ANNETTE W JARVIS    ,

27    TY E. KEHOE    TyKehoeLaw@aol.com

28    ROBERT R. KINAS    rkinas@swlaw.com,

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Fee Application\COS and NOE Stip re Extending Time to File 2nd Interim Fee Apps.DOC

Page 4 of 7

1  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

2  ZACHARIAH LARSON    ecf@lslawnv.com

3  JOHN J. LAXAGUE    jlaxague@caneclark.com

4  NILE LEATHAM    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

5

6  ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

7  ANNE M. LORADITCH !    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

8

9  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

10 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

11 RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

12

13 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

14 sheacarlyon.com

15 DAVID MINCIN &! nbsp   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dminc!
in@lawla svegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

16

17 JOHN F MURTHA    jmurtha@woodburnandwedge.com

18 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

19 VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@neva

20 dafirm.com

21
BOB L. OLSON    ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

22

23 DONNA M. OSBORN    jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.c

24 om

25
ANDREW M. PARLEN    aparlen@stutman.com,

26 DONALD T. POLEDNAK !    sandplegal@yahoo.com, spbankruptcy@yahoo.com
PAUL C RAY    info@johnpeterlee.com

27

28 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

2    SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
3    aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

4    AMBRISH S. SIDHU    ecf@lslawnv.com

5

6    JEFFREY G. SLOANE    gjklepel@y! ahoo.com, rmcconnell@kssattorneys.com

7    DAVID A. STEPHE! NS    dstephens@lvcm.com

8    PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

9    JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

10    CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

11

12    U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

13    WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

14    JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

15    MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

16    ☐    b.    **By United States mail, postage fully prepaid**:

17    ☐    c.    **By Personal Service**

18,19    I personally delivered the document(s) to the persons at these addresses:

20,21    ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

22,23,24    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

25    ☐    d.    **By direct email (as opposed to through the ECF System)**

26,27,28    Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

P:\USA Commercial Mortgage\Pleadings\Fee Application\COS and NOE Stip re Extending Time to File 2nd Interim Fee Apps.DOC

Page 6 of 7

1
2      Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.
3
4
☐    f.    **By messenger**
5
6      I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
7
**I declare under penalty of perjury that the foregoing is true and correct.**
8
Signed on:    January 15, 2007
9
| Christi Vanderlip | /s/    *Christi Vanderlip* |
| --- | --- |
| (Name of Declarant) | (Signature of Declarant) |

10
11
12
...
28

P:\USA Commercial Mortgage\Pleadings\Fee Application\COS and NOE Stip re Extending Time to File 2nd Interim Fee Apps.DOC

Page 7 of 7

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122