Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-Filing January 16, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED NOTICE OF ENTRY STIPULATION AND ORDER RE MODIFICATION OF** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)**<br><br>Date: 6/21/06<br>Time: 9:30 a.m. |



**Entered on Docket**
**December 27, 2006**

_/s/ Linda B. Riegle_
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: 6/21/06<br>Time: 9:30 a.m. |

Stip re Extending Time to File 2nd Interim Fee Apps    Page 1 of 4

1  IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by and through its attorneys, Gordon & Silver, Ltd.; the Official Unsecured Creditors Committee by and through its counsel, Lewis and Roca, LLP; the Official Committee of Equity Security Holders of USA First Trust Deed Fund, LLC by and through its counsel, Stutman, Treister & Glatt, L.P. and Shea & Carlyon, Ltd.; the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC by and through its counsel, Orrick Herrington & Sutcliffe LLP and Beckley Singleton, Chtd.; (collectively, the "Committees") and the Office of the United States Trustee, by and through August B. Landis, Esq. (the "Trustee"); as follows:

WHEREAS, the pursuant to the "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," entered on August 29, 2006 [Docket No. 1199] (the "Interim Compensation Order"), this Court has established certain procedures with respect to the interim compensation of professionals of the Debtors' estates;

WHEREAS, pursuant to the Interim Compensation Order, the second interim fee applications for the period of August 1, 2006 through November 30, 2006 is due on December 29, 2006 (the "Second Interim Fee Applications");

WHEREAS, on December 20, 2006, the Court made an oral ruling, confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" [Docket No. 1799] (the "Plan"), and the Debtors and the Committees are preparing a confirmation order and related findings to be lodged with the Court;

WHEREAS, pursuant to the Plan, the deadline for filing applications for final allowance of compensation and reimbursement of expenses by all professionals or other entities requesting compensation or reimbursement of expenses under sections 327, 328, 330, 331, 503(b) and/or 1103 of the Bankruptcy Code for services rendered (the "Final Fee Applications") prior to the

effective date of the Plan ("Effective Date") is no later than forty-five (45) days after the Effective Date;

WHEREAS, the Debtors and Committees anticipate that the Effective Date will occur in January 2007; and

WHEREAS, in an effort to minimize the costs to the Debtors' estates, the Debtors, the Committees and their respective professionals have agreed that (i) if the Effective Date occurs on or before January 31, 2007, professionals of the Debtors' estates need not file Second Interim Fee Applications and shall seek compensation for all periods prior to the Effective Date in their respective Final Fee Applications and (ii) to the extent the Effective Date does not occur on or before January 31, 2007, Second Interim Fee Applications shall be filed on or before February 15, 2007, and shall include the period of August 1, 2006 through December 31, 2006.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. If the Effective Date occurs on or before January 31, 2007, professionals of the Debtors' estates need not file Second Interim Fee Applications, and shall seek compensation for all periods prior to the Effective Date in their respective Final Fee Applications in accordance with the procedures set forth in the Plan.

2. If the Effective Date does not occur on or before January 31, 2007, Second Interim Fee Applications (i) shall be filed on or before February 15, 2007, (ii) shall include the period of August 1, 2006 through December 31, 2006, and (iii) any hearing thereon shall be scheduled for no earlier than March 12, 2007.

3. Professionals may continue to request monthly interim compensation and reimbursement of expenses in accordance with the Interim Compensation Order.

4. The undersigned parties may informally extend dates with regard to such monthly compensation procedures, including extensions of the date for presentation of interim requests and the deadlines for serving objections thereto.

5. Notwithstanding anything to the contrary herein, nothing in this Stipulation and Order shall prejudice the right of any party to seek a further extension of the deadline or the requirement to file the Second Interim Fee Applications.

DATED this 22nd day of December, 2006.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: /s/ Lenard E. Schwartzer<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: /s/ Augie Landis<br>August B. Landis, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: /s/ Gregory M. Garman<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: /s/ Marc A. Levinson<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: /s/ Christine Pajak<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: /s/ Rob Charles<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
    Lenard E. Schwartzer, Esq.
    Jeanette E. McPherson, Esq.
    Attorneys for the Debtors and Debtors in Possession

###

## CERTIFICATE OF SERVICE

1. On January 15, 2007, I served the following document(s):

   a. Notice of Entry of Stipulation and Order Re Modifcation Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Affects All Debtors)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com!

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

| | |
|---|---|
| 1 | WILLIAM D COPE     cope_guerra@yahoo.com, cope_guerra@yahoo.com |
| 2 | CICI CUNNINGHAM     bankruptcy@rocgd.com |
| 3-4 | LAUREL E. DA! VIS     b! klsclv@l ionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 5 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com, |
| 6 | THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 7-8 | SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 9 | GREGORY E GARMAN     bankruptcynotices@gordonsilver.com |
| 10 | WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 11-12 | CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 13 | GERALD M GORDON     bankruptcynotices@gordonsilver.com |
| 14 | TALIT! HA B. GRAY     bankruptcynotices@gordonsilver.com |
| 15-16 | MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 17-18 | JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 19 | XANNA R. HARDMAN     xanna.hardman@gmail.com, |
| 20 | STEPHEN R HARRIS     noticesbh&p@renolaw.biz |
| 21 | BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com, |
| 22-23 | DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net |
| 24 | CHRISTOPHER D JAIME     ! cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 25 | EVAN ! L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com |
| 26 | ANNETTE W JARVIS    , |
| 27 | TY E. KEHOE     TyKehoeLaw@aol.com |
| 28 | ROBERT R. KINAS     rkinas@swlaw.com, |

1. mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

2. ZACHARIAH LARSON    ecf@lslawnv.com

3. JOHN J. LAXAGUE    jlaxague@caneclark.com

4. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

5.

6. ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

7. ANNE M. LORADITCH !    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

8.

9. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

10. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

11. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

12.

13. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

14.

15. DAVID MINCIN &! nbsp    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dminc!in@lawla svegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

16.

17. JOHN F MURTHA    jmurtha@woodburnandwedge.com

18. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

19. VICTORIA L NELSON    bkecf@nevadafirm.com,

20. vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

21.

22. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

23. DONNA M. OSBORN    jinouye@marquisaurbach.com,

24. dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

25.

26. ANDREW M. PARLEN    aparlen@stutman.com, DONALD T. POLEDNAK !    sandplegal@yahoo.com, spbankruptcy@yahoo.com PAUL C RAY    info@johnpeterlee.com

27.

28. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,

ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@y!ahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHE!NS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    January 16, 2007

| Christi Vanderlip | /s/    *Christi Vanderlip* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   January 16, 2007

Christi Vanderlip                               /s/   *Christi Vanderlip*
(Name of Declarant)                         (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122