Marc A. Levinson (California Bar No. 57613)
Regina Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com; rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

E-filed January 16, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **STATUS REPORT ON MOTION<br>FOR PROTECTIVE ORDER** |

{00360613;}

Counsel for the Debtors, the USACM Unsecured Committee and the Diversified Trust Deed Fund, LLC Committee have worked with counsel for Investment Partners LLC and Joseph Milanowski to try to resolve disputes over the terms of a protective order that would resolve the Investment Partners LLC/Milanowski Motion for Endorsement of a Protective Order relating to the 144 boxes of documents that have been segregated at USACM and perhaps to other documents. The parties continue to communicate (having spoken at length this morning), and while they believe that they are close to reaching an agreement, they have not yet been able to do so. They will advise the Court at the January 17th hearing whether an agreement has been reached, and will submit a stipulated form of consent order if such a document has been negotiated among the parties by then. If the form of order has not been resolved by the hearing, the parties will request that the hearing be continued to January 31st, with the goal, though, of submitting a stipulated form of order no later than January 22nd.

DATED this 16th day of January 2007.

BECKLEY SINGLETON, CHTD.

By: /s/Anne M. Loraditch
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Marc A. Levinson (California Bar No. 57613)
Regina Ragni (California Bar No. 214061)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*



{00360613;}