| | | |
|---|---|---|
| 1 | JOAN C. WRIGHT<br>Nevada State Bar No. 1042 | ELECTRONICALLY FILED<br>JANUARY 16, 2006. |
| 2 | ALLISON, MacKENZIE, PAVLAKIS,<br>WRIGHT & FAGAN, LTD. | |
| 3 | 402 North Division Street<br>P.O. Box 646 | |
| 4 | Carson City, NV 89702<br>Telephone: (775) 687-0202 | |
| 5 | Facsimile: (775) 6\882-7918<br>E-Mail: jwright@allisonmackenzie.com | |
| 6 | Attorneys for Royal Vacation Suites, Inc. | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

        Debtor.
_____/

RELATED CASES
_____/

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR
Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725

<u>NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE AND REMOVAL FROM ECF</u>

      JOAN C. WRIGHT, of the law firm of ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGAN, LTD., hereby withdraws as the attorney of record for ROYAL VACATION SUITES, INC., in the above entitled matter.

      DATED this 16th day of January, 2007.

                              ALLISON, MacKENZIE, RUSSELL,
                              PAVLAKIS, WRIGHT & FAGAN, LTD.
                              402 North Division Street
                              P.O. Box 646
                              Carson City, NV  89702

                        By:    <u>/s/ JOAN C. WRIGHT</u>
                              JOAN C. WRIGHT attorney for
                              ROYAL VACATION SUITES, INC.