1 | CERT
MICHAEL C. VAN, ESQ.
2 | Nevada Bar No. 003876
MICHAEL C. VAN, CHTD.
3 | 4129 West Cheyenne Avenue, Suite A
North Las Vegas, Nevada 89032
4 | Telephone: (702) 215-4816

5 | Attorney for Dean Shackley

RECEIVED AND FILED

2007 JAN 12 P 3: 51

U.S. BANKRUPTCY COURT
        CLERK

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

* * *

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC, Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF MAILING OF<br>PROOF OF CLAIM FOR DEAN SHACKLEY** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

## CERTIFICATE OF MAILING OF PROOF OF CLAIM FOR DEAN SHACKLEY

I hereby certify that on the 12 day of January, 2007, I served the attached **PROOF OF CLAIM FOR DEAN SHACKLEY**, by mailing a copy of the same postage prepaid and addressed to the following:

| | |
|---|---|
| 1 | **GORDON & SILVER, LTD.** |
|  | GERALD M. GORDON, ESQ. |
| 2 | BRIGID M. HIGGINS, ESQ. |
|  | 3960 Howard Hughes Pkwy., 9th Floor |
| 3 | Las Vegas, Nevada 89169 |
| 4 | Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company |
| 5 | |
| 6 | **SCHWARTZER & MCPHERSON LAW FIRM** |
|  | LENARD E. SCHWARTZER, ESQ. |
|  | JEANETTE E. MCPHERSON, ESQ. |
| 7 | 2850 S. Jones Blvd., #1 |
|  | Las Vegas, Nevada 89146 |
| 8 | |
|  | Attorneys for Debtors |
| 9 | |
| 10 | **OFFICE OF THE UNITED STATES TRUSTEE** |
|  | AUGUST LANDIS, ESQ. |
|  | 300 Las Vegas Blvd., So. #4300 |
| 11 | Las Vegas, Nevada 89101 |
| 12 | |
|  | **LEWIS AND ROCA, LLP** |
| 13 | ROB CHARLES, ESQ. |
|  | SUSAN M. FREEMAN, ESQ. |
| 14 | 3993 Howard Hughes Pkwy, Suite 600 |
|  | Las Vegas, Nevada 89169 |
| 15 | Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| 16 | |
| 17 | |
|  | **BECKLEY SINGLETON, CHTD.** |
| 18 | BRETT A. AXELROD, ESQ. |
|  | ANNE M. LORDITCH, ESQ. |
| 19 | 530 Las Vegas Blvd. So. |
|  | Las Vegas, Nevada 89101 |
| 20 | Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| 21 | |
| 22 | |
|  | **SHEA & CARLYON, LTD.** |
| 23 | JAMES PATRICK SHEA, ESQ. |
|  | CANDACE C. CARLYON, ESQ. |
|  | 228 So. Fourth Street, 1st Floor |
| 24 | Las Vegas, Nevada 89101 |
| 25 | Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC |
| 26 | |
| 27 | |
| 28 | An Employee of MICHAEL C. VAN, CHTD. |

```
 1  POC
    MICHAEL C. VAN, ESQ.
 2  Nevada Bar No. 003876
    MICHAEL C. VAN, CHTD.
 3  4129 West Cheyenne Avenue, Suite A
    North Las Vegas, Nevada  89032
 4  (702) 215-4816

 5  Attorney for Dean Shackley
```

RECEIVED AND FILED
2007 JAN -9  P 3 27
U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | PROOF OF CLAIM FOR DEAN SHACKLEY |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

## PROOF OF CLAIM

1. The undersigned, whose office is located at 4129 West Cheyenne Avenue, Suite A North Las Vegas, Nevada  89032, is the agent of Dean Shackley, and is authorized to make this Proof of Claim on behalf of the claimant.

1  2.  The Debtor was, at the time of the filing of the Petition initiating this case, and still is
2  indebted to this claimant in the following amount:   $284,784.73.
3  3.  The initial supporting documents for this debt are being provided herewith and
4  additional documents will be provided upon request.
5  4.  Judgment has not been rendered in this claim.
6  5.  The amounts of all payments on this claim have been credited or deducted for the
7  purpose of making this Proof of Claim.
8  6.  This claim is not subject to any setoff or counterclaim.
9  7.  This claim is filled as an UNSECURED claim.
10  8.  TOTAL AMOUNT CLAIMED:
11  $284,784.73 (Amount as of 01/09/2007)
12  9.75% (Interest at legal rate)
13  $312,551.24 Total, plus accruing interest, attorney's fees, and costs.
14  9.  NAME OF CREDITOR:   DEAN SHACKLEY
15  DATED this 9 day of January, 2007.

MICHAEL C. VAN, CHTD.

*/s/ Michael C. Van*
MICHAEL C. VAN, ESQ.
Nevada Bar No. 003876
4129 West Cheyenne Avenue, Suite A
North Las Vegas, Nevada 89032
Attorney for Dean Shackley

# Account Transaction Summary

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

Dean Shackley
3230 E Flamingo Rd # 8, PMB 271
Las Vegas, NV 89121

Tom Stewart
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 7484

## Your Portfolio Summary As Of Thursday, September 01, 2005:

| Fund | Number of Units | Current Value |
|---|---|---|
| USA Capital Diversified Trust Deed Fund Class N | 150,000.000 | $ 150,000.00 |
| | Totals | $ 150,000.00 |

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Interest To Date | Anniversary Date | Share Balance |
|---|---|---|---|---|---|
| 01-Aug-2005 | Starting Balance | | | | 150,000.00 |
| 01-Aug-2005 | Distribution Paid | $ 1,301.33 | $ 1,301.33 | | 150,000.00 |
| 01-Sep-2005 | Distribution Paid | $ 1,284.97 | $ 2,586.30 | | 150,000.00 |

## Your Maturity Date Summary As Of Thursday, September 01, 2005:

| Purchase Date | Purchase Amount | Anniversary Date |
|---|---|---|
| 16-Jan-2002 | $75,000.00 | 16-Jan-2006 |
| 16-Feb-2002 | $75,000.00 | 16-Feb-2006 |

The Fund paid a retunr of 10.28% for the month of August, 2005

# Account Transaction Summary

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

Dean F. Shackley IRA
3230 E Flamingo Rd # 8, PMB #271
Las Vegas, NV 89121

First Savings Bank C/F
Dean F. Shackley IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
**Account #: 9162**

## Your Portfolio Summary As Of Thursday, September 01, 2005:

| Fund | Number of Units | Current Value |
|---|---|---|
| USA Capital Diversified Trust Deed Fund Class N | 134,784.730 | $ 134,784.73 |
| | Totals | $ 134,784.73 |

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Interest To Date | Anniversary Date | Share Balance |
|---|---|---|---|---|---|
| 01-Aug-2005 | Starting Balance | | | | 132,490.48 |
| 01-Aug-2005 | Distribution Reinvested | $ 1,149.43 | $ 1,149.43 | | 133,639.91 |
| 01-Sep-2005 | Distribution Reinvested | $ 1,144.82 | $ 2,294.25 | | 134,784.73 |

## Your Maturity Date Summary As Of Thursday, September 01, 2005:

| Purchase Date | Purchase Amount | Anniversary Date |
|---|---|---|
| 01-May-2003 | $75,000.00 | 01-May-2006 |
| 16-Sep-2003 | $25,000.00 | 16-Sep-2005 |
| 16-Nov-2003 | $50,000.00 | 16-Nov-2005 |
| 01-Feb-2004 | $25,000.00 | 01-Feb-2006 |

The Fund paid a return of 10.28% for the month of August, 2005

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

Dean Shackley
3230 E Flamingo Rd # 8, PMB 271
Las Vegas, NV 89121

Tom Stewart
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 7484

## Your Portfolio Summary As Of Saturday, October 01, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 150,000.00 | 1.00 | 150,000.00 | 100.00% |
| | | Total | 150,000.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Sep-2005 | Starting Balance | | | | 150,000.00 |
| 01-Sep-2005 | Daily Accrued Dividend ACH | 1,284.97 | 0.00 | 1.00 | 150,000.00 |
| 01-Oct-2005 | Daily Accrued Dividend ACH | 1,147.47 | 0.00 | 1.00 | 150,000.00 |

This distribution does NOT include any return of capital.
This payment represents a return of cash paid interest of 9.18% per annum for the month of September, 2005
The Fund also has accrued additional unpaid interest of 0.9%, which will be distributed as it is received.

*[Handwritten: Does this go to First Savings?]*

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

Dean F. Shackley IRA
3230 E Flamingo Rd # 8, PMB #271
Las Vegas, NV 89121

First Savings Bank C/F
Dean F. Shackley IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
Account #: 9162

Your Portfolio Summary As Of Saturday, October 01, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 134,784.73 | 1.00 | 134,784.73 | 100.00% |
| | | Total | 134,784.73 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Sep-2005 | Starting Balance | | | | 133,639.91 |
| 01-Sep-2005 | Daily Accrued Dividend Reinvest | 1,144.82 | 1,144.82 | 1.00 | 134,784.73 |
| 01-Oct-2005 | Daily Accrued Dividend Check | 1,031.08 | 0.00 | 1.00 | 134,784.73 |

This distribution does NOT include any return of capital.
This payment represents a return of cash paid interest of 9.18% per annum for the month of September, 2005
The Fund also has accrued additional unpaid interest of 0.9%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

## Account Transaction Summary

Dean Shackley
3230 E Flamingo Rd # 8, PMB 271
Las Vegas, NV 89121

Tom Stewart
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 7484

### Your Portfolio Summary As Of Tuesday, November 01, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 150,000.00 | 1.00 | 150,000.00 | 100.00% |
| | | Total | 150,000.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Oct-2005 | Starting Balance | | | | 150,000.00 |
| 01-Oct-2005 | Daily Accrued Dividend ACH | 1,147.47 | 0.00 | 1.00 | 150,000.00 |
| 01-Nov-2005 | Daily Accrued Dividend ACH | 1,148.94 | 0.00 | 0.00 | 150,000.00 |

This distribution does NOT include any return of capital.
This payment represents a return of cash paid interest of 9.19% per annum for the month of September, 2005
The Fund also has accrued additioanl unpaid interest of 0.94%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

Dean F. Shackley IRA
3230 E Flamingo Rd # 8, PMB #271
Las Vegas, NV 89121

First Savings Bank C/F
Dean F. Shackley IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
Account #: 9162

## Your Portfolio Summary As Of Tuesday, November 01, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 134,784.73 | 1.00 | 134,784.73 | 100.00% |
| | | Total | 134,784.73 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Oct-2005 | Starting Balance | | | | 134,784.73 |
| 01-Oct-2005 | Daily Accrued Dividend Check | 1,031.08 | 0.00 | 1.00 | 134,784.73 |
| 01-Nov-2005 | Daily Accrued Dividend Check | 1,032.40 | 0.00 | 0.00 | 134,784.73 |

This distribution does NOT include any return of capital.
This payment represents a return of cash paid interest of 9.19% per annum for the month of September, 2005
The Fund also has accrued additioanl unpaid interest of 0.94%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

Dean F. Shackley IRA
3230 E Flamingo Rd # 8, PMB #271
Las Vegas, NV 89121

First Savings Bank C/F
Dean F. Shackley IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
Account #: 9162

**Your Portfolio Summary As Of Thursday, December 01, 2005:**

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 134,067.54 | 1.00 | 134,067.54 | 100.00% |
| | | Total | 134,067.54 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

**USA Capital Diversified Trust Deed Fund - Class N**

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Nov-2005 | Starting Balance | | | | 134,784.73 |
| 01-Nov-2005 | Daily Accrued Dividend Check | 1,032.40 | 0.00 | 0.00 | 134,784.73 |
| 01-Dec-2005 | Redemption Normal Distribution | -717.19 | -717.19 | 1.00 | 134,067.54 |
| 01-Dec-2005 | Daily Accrued Dividend Check | 1,008.29 | 0.00 | 1.00 | 134,067.54 |

This distribution includes a 0.5321% return of capital.
This payment represents a return of cash paid interest of 8.98% per annum for the month of November, 2005.
The Fund also has accrued additional unpaid interest of 0.91%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

*Paul Hamilton*

## Account Transaction Summary

*P# Phil Dickinsen*
*734-2400*

Dean Shackley
3230 E Flamingo Rd # 8, PMB 271
Las Vegas, NV 89121

Tom Stewart
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 7484

### Your Portfolio Summary As Of Thursday, December 01, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 149,201.85 | 1.00 | 149,201.85 | 100.00% |
|  |  | Total | 149,201.85 |  |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Nov-2005 | Starting Balance |  |  |  | 150,000.00 |
| 01-Nov-2005 | Daily Accrued Dividend ACH | 1,148.94 | 0.00 | 0.00 | 150,000.00 |
| 01-Dec-2005 | Redemption | -798.15 | -798.15 | 1.00 | 149,201.85 |
| 01-Dec-2005 | Daily Accrued Dividend ACH | 1,122.11 | 0.00 | 1.00 | 149,201.85 |

This distribution includes a 0.5321% return of capital.
This payment represents a return of cash paid interest of 8.98% per annum for the month of November, 2005.
The Fund also has accrued additional unpaid interest of 0.91%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

Dean Shackley
3230 E Flamingo Rd # 8, PMB 271
Las Vegas, NV 89121

Tom Stewart
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 7484

## Your Portfolio Summary As Of Sunday, January 01, 2006:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 147,081.54 | 1.00 | 147,081.54 | 100.00% |
| | | Total | 147,081.54 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Dec-2005 | Starting Balance | | | | 150,000.00 |
| 01-Dec-2005 | Redemption | -798.15 | -798.15 | 1.00 | 149,201.85 |
| 01-Dec-2005 | Daily Accrued Dividend ACH | 1,122.11 | 0.00 | 1.00 | 149,201.85 |
| 01-Jan-2006 | Redemption | -2,120.31 | -2,120.31 | 1.00 | 147,081.54 |
| 01-Jan-2006 | Daily Accrued Dividend ACH | 1,162.81 | 0.00 | 1.00 | 147,081.54 |

This distribution includes a 1.4136% return of capital.
This payment represents a return of cash paid interest of 9.35% per annum for the month of December, 2005.
The Fund also has accrued additional unpaid interest of 0.956%, which will be distributed as it is received.

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

Dean F. Shackley IRA
3230 E Flamingo Rd # 8, PMB #271
Las Vegas, NV 89121

First Savings Bank C/F
Dean F. Shackley IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
Account #: 9162

### Your Portfolio Summary As Of Sunday, January 01, 2006:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 132,162.31 | 1.00 | 132,162.31 | 100.00% |
| | | Total | 132,162.31 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Dec-2005 | Starting Balance | | | | 134,784.73 |
| 01-Dec-2005 | Redemption Normal Distribution | -717.19 | -717.19 | 1.00 | 134,067.54 |
| 01-Dec-2005 | Daily Accrued Dividend Check | 1,008.29 | 0.00 | 1.00 | 134,067.54 |
| 01-Jan-2006 | Redemption Normal Distribution | -1,905.23 | -1,905.23 | 1.00 | 132,162.31 |
| 01-Jan-2006 | Daily Accrued Dividend Check | 1,044.86 | 0.00 | 1.00 | 132,162.31 |

This distribution includes a 1.4136% return of capital.
This payment represents a return of cash paid interest of 9.35% per annum for the month of December, 2005.
The Fund also has accrued additional unpaid interest of 0.956%, which will be distributed as it is received.