

**Entered on Docket
January 17, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY | Bankruptcy No. BK-S-06-10726-LBR |
| Debtor. / | Bankruptcy No. BK-S-06-10727-LBR |
| In re: | Bankruptcy No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | |
| Debtor. / | Bankruptcy No. BK-S-06-10729-LBR |
| In re: | (Jointly Administered) Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | |
| Debtor. / | **STIPULATION TO CONTINUE HEARING ON ROLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP, LLC'S PROOFS OF CLAIM** |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | |
| Debtor. / | |
| In re: | Old hrg date: January 17, 2007 Old hrg time: 9:30 a.m. |
| USA SECURITIES, LLC | |
| Debtor. / | **New hrg date: January 31, 2007 New hrg time: 9:30 a.m.** |

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

The Stipulation Continuing Hearing on USA Commercial Mortgage Company's Objection to Proof of Claim No. 819 Filed by Spectrum Financial Group, LLC and Claim No. 821 Filed by Rolland P. Weddell having been filed on January 12, 2007;

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the stipulation be approved and the hearing on USA Commercial Mortgage Company's Objection to Proof of Claim No. 819 Filed by Spectrum Financial Group, LLC and Claim No. 821 Filed by Rolland P. Weddell shall be continued to January 31, 2007 at 9:30 a.m.

Submitted by:

    /s/ Matthew J. Krueutzer
J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada  89169
Telephone: (702) 222-2500
Facsimile:  (702) 365-6940
Email:  mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell*
*And Spectrum Financial Group*

###