Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JANUARY 17, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **AMENDED STATUS AND AGENDA FOR JANUARY 17, 2007 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  January 17, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

Hearing Status form for 011707 Hearings        - 1 –

1. **Motion For Approval of Procedures Regarding Assignment of Direct Lenders' Interests** (the "Assignment of Interests Motion," Docket No. 1805). USACM requests an order of this Court approving the proposed rules and procedures set forth in the Assignment of Interests Motion regarding USACM's and any Asset Purchaser's treatment and handling of notices of assignments of beneficial interests in deeds of trust received from third parties, requests to change account (aka legal vesting) names received from direct lenders, and similar situations involving transfers or assignments of direct lenders' interests in loans.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | December 4, 2006 | 1926 |
| Debt Acquisition Company of America V | December 5, 2006 | 1957 |
| Hall Financial Group, Ltd. | December 5, 2006 | 1993 |
| Dr. Stanley Alexander, et al. (Joinder in Opposition) | December 11, 2006 | 2019 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | December 11, 2006 | 2039 |
| **Response to Reply Filed By:** | **Date** | **Docket No.** |
| Compass Partners, LLC (Statement In Response) | January 16, 2007 | 2429 |

2. **Motion of USA Investment Partners, LLC and Joseph D. Milanowski For The Endorsement of A Protective Order** (the "Motion for Protective Order," docket no. 1837). The Motion for Protective Order requests the Court's endorsement of a protective order governing access to certain documents. An Addendum to the Motion for Protective Order was filed on December 14, 2006 (Docket No. 2105).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | December 6, 2006 | 1972 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Joinder in Opposition) | December 12, 2006 | 2055 |

3. **Motion to Quash Subpoenas And Strike 2004 Examination Orders Or In The Alternative For Protective Order Regarding USA Investment Partners, LLC, HMA Sales, LLC, USA Investors VI, LLC And Joseph D. Milanowski** (Docket No. 2107).

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors | January 9, 2007 | 2386 |

4. **Motion to Exclude Debtors From Having To File Inter-Company Claims Against Each Other By The Bar Date, Or Alternatively For The Approval of the Immedicate Appointment of Special Counsel To File And Pursue The Inter-Company Debtor Claim** (the "Inter-Company Claims Motion", Docket No. 1454/1469). The Inter-Company Claims Motion requests that the Court exclude the Debtors from having to file inter-company claims against each other by the Bar Date (or that the Bar Date be extended without date for the filing of these claims), subject to the Debtors reporting to the Court at the October 19, 2006 hearing that all of the intercompany claims have been fully resolved in a Plan with the full agreement of the Committees, or, alternatively, if all intercompany claims are not fully resolved by October 19, 2006 with the full agreement of the Committees, that the Court approve the immediate appointment of special counsel for the USACM, FTD Fund and the Diversified Fund to file the inter-company claims at the hearing set on this motion on October 30, 2006. The Inter-Company Claims Motion was heard on October 30, 2006. The Court set a status hearing on this Motion for December 15, 2006 and an

/ / /

/ / /

/ / /

/ / /

/ / /

Hearing Status form for 011707 Hearings    - 3 –

order continuing the hearing on this Motion to January 17, 2007 was entered on January 12, 2007 (Docket No. 2414).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | October 20, 2006 | 1622 |
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | | |
| Official Committee of Unsecured Creditors | | |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Joint Response) | | |

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | October 26, 2006 | 1682 |

5. **Motion of Jeffrey A. Cogan, Esq. To Withdraw As Attorney For R & N Real Estate Investments And Robert Verchota** (Docket No. 2227).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

6. **USA Commercial Mortgage Company's Objection To Proof of Claim No. 1660 Filed By Robert J. And Ruth Ann Kehl** (Docket No. 2139). The Objection requests an order sustaining its Objection and disallowing Claim No. 1660 Filed By Robert J. And Ruth Ann Kehl in its entirety because the Claim is not enforceable against USACM and is not prima facie evidence of amount or validity of the Claim under Bankruptcy Rule 3001. The Debtors will request that this Objection be continued and consolidated with the Kehl adversary 06-1247-lbr.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

Hearing Status form for 011707 Hearings    - 4 –

7. **Dayco Funding Corporation's Motion For Relief From The Automatic Stay** (Docket No. 2094). The Motion seeks an order modifying the automatic stay of §362(a) of the Bankruptcy Code to proceed with an action to foreclose on its Deeds of Trust on two parcels of undeveloped real property: 10325 Datura Road, Hesperia, California, 92345, Assessor's Parcel Nos. 0405-261-17-0-000, 0405-261-18-0-000, 0405-261-27-0-000, and 0405-261-29-0-00 and 10375 Baldy Lane, Hesperia, California 92345, Assessor's Parcel no. 0405-261-28.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | December 29, 2006 | 2333 |
| Official Committee of Unsecured Creditors (Response) | December 29, 2006 | 2335 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Dayco Funding Corporation | January 3, 2007 | 2361 |

8. **USA Commercial Mortgage Company's Objection To Proof of Claim No. 819 Filed By Spectrum Financial Group, LLC And Claim No. 821 Filed By Rolland P. Weddell** (Docket No. 2021). The Objection respectfully requests that the Court enter an order sustaining its Objection and disallowing Claim No. 819 filed by Spectrum and Claim No. 821 filed by Weddell in their entirety because they are not enforceable against USACM. A Stipulation continuing the hearing on this Objection to January 31, 2007 was filed on January 12, 2007 (Docket No. 2425).

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Spectrum Financial Group | January 10, 2007 | 2394 |
| Rolland P. Weddell | January 10, 2007 | 2398 |
| Spectrum Financial Group (Amended Response) | January 11, 2007 | 2404 |
| Rolland P. Weddell (Amended Response) | January 11, 2007 | 2406 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   9.  **USA Commercial Mortgage Company's Objection To The Claim No. 1099 Filed By Del And Ernestine Bunch** (Docket No. 2023). USACM requests an order sustaining its Objection and disallowing Claim No. 1099 filed by Del and Ernestine Bunch in its entirety because they are the recipients of fraudulent transfers.

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Bunch | January 5, 2007 | 2367 |
| Bunch (Supplemental Response) | January 12, 2007 | 2417 |
| Reply Filed By: | Date | Docket No. |
| USACM (Supplemental Brief) | January 16, 2007 | 2427 |

10.  **USA Commercial Mortgage Company's Objection To Proof of Claim No. 784 Filed By Binford Medical Developers, LLC** (Docket No. 2033). The Objection requests an order sustaining its Objection and disallowing Claim No. 784 filed by Binford in its entirety because it is not enforceable against USACM.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Binford Medical Developers, LLC | December 29, 2006 | 2329 |
| Reply Filed By: | Date | Docket No. |
| USACM | January 8, 2007 | 2378 |

11.  **USA Commercial Mortgage Company's Objection To Proof of Claim No. 155 Filed By Gateway Stone Associates, LLC** (Docket No. 2036). The Objection requests an order sustaining its Objection and disallowing Claim No. 155 filed by Gateway in its entirety because it is not enforceable against USACM. A Stipulation continuing this hearing to January 31, 2007 was filed on January 12, 2007 (Docket No. 2422).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Gateway Stone Associates | December 27, 2006 | 2281 |

Hearing Status form for 011707 Hearings        - 6 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| USACM | January 8, 2007 | 2379 |

12. **USA Commercial Mortgage Company's Objection To Proof of Claim No. 1383 Filed By Liberty Bank** (Docket No. 2138). A Notice of Withdrawal of Objection was filed on December 15, 2006 (Docket No. 2138).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

13. **Application Pursuant To Fed.R.Bankr.P. 2014(A) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves, LLP As "Ordinary Course Accountants" (Affects All Debtors)** (the "Beadle Application," docket no. 1974). The Beadle Application seeks authority to employ and retain Beadle, McBride, Evans & Reeves, LLP to provide tax and accounting services to the Debtors. The Debtors and relevant parties are attempting to reach a resolution with regard to the Beadle Application, and to the extent such resolution has not been finalized, the Debtors will request that the Beadle Application be continued until January 31, 2007 at 9:30 a.m.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | December 26, 2006 | 2272 |

14. **USA Commercial Mortgage Company vs. Gateway Stone Associates, LLC, Adversary 06-1201**

    a.    Motion For Partial Summary Judgment. The Motion requests that the Court grant partial summary judgment in the form of declaratory relief which requests a determination that: (a) Any action by Gateway alleging a breach of the Loan Agreement or Promissory Note or Deed of Trust or Side Agreement must be brought in a court in Clark County, Nevada; (b) The Loan Agreement, Promissory Note, Deed of Trust and Side Agreement are governed by the laws

Hearing Status form for 011707 Hearings      - 7 –

of the State of Nevada (except provisions relating to foreclosure); (c) There is no obligation by the Direct Lenders to loan Gateway additional funds except in the Direct Lenders' sole and absolute discretion; (d) The Direct Lenders have the right but not the obligation to fund additional monies to Gateway to be secured by the Deed of Trust; (e) The failure to loan additional funds to Gateway is not a breach of the Loan Agreement or the Promissory Note or the Deed of Trust; (f) The failure of USACM to loan additional funds to Gateway under the Side Agreement is not the basis for any claim by Gateway against the Direct Lenders. A Stipulation has been lodged with the Court continuing the hearing on this motion to March 2, 2007.

      b.      Scheduling Conference

15. **Binford Medical Developers, LLC vs. USA Commercial Mortgage Company, et al., Adversary 06-1212**

      **a**.      Motion For Partial Summary Judgment On Counterclaim Re Declaratory Relief. The Motion requests that the Court grant partial summary judgment in the form of declaratory relief which requests a determination that: (a) Any action by Binford alleging a breach of the Loan Agreement or Promissory Note or Mortgage or Side Agreement must be brought in a court in Clark County, Nevada; (b) The Loan Agreement, Promissory Note, Mortgage and Side Agreement are governed by the laws of the State of Nevada (except provisions relating to foreclosure); (c) There is no obligation by the Direct Lenders to loan Binford additional funds except in the Direct Lenders' sole and absolute discretion; (d) The Direct Lenders have the right but not the obligation to fund additional monies to Binford to be secured by the Mortgage; (e) The failure to loan additional funds to Binford is not a breach of the Loan Agreement or the Promissory Note or the Mortgage; (f) The failure of USACM to loan additional funds to Binford under the Side Agreement is not the basis for any claim by Binford against the Direct Lenders.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Binford | December 29, 2006 | 32 |

Hearing Status form for 011707 Hearings    - 8 –

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| USACM | January 9, 2007 | 34 |

16. **USA Commercial Mortgage Company vs. Standard Property Development, LLC, Adversary 06-1179**

    a.    Motion For Partial Summary Judgment. USACM requests that the Court grant partial summary judgment in the form of declaratory relief which requests a determination that: 1) any action by Standard Property Development ("SPD") alleging a breach of the Construction Loan Agreement or Promissory Note must be brought in a court in Clark County, Nevada; 2) the Construction Loan Agreement and Promissory Note are governed by the laws of the State of Nevada (except provisions relating to foreclosure); 3) there is no obligation by USACM or the Direct Lenders to loan SPD additional funds except in USACM's and the Direct Lenders' sole and absolute discretion; 4) USACM and the Direct Lenders have the right but not the obligation to fund additional monies to SPD to be secured by the Mortgage; and 5) the failure to loan additional funds to SPD is not a breach of the Construction Loan Agreement or the Promissory Note or the Mortgage. USACM and SPD have agreed to continue the hearing on this Motion to March 15, 2007.

    b.    Scheduling Conference. USACM and SPD have agreed to continue the scheduling conference to March 29, 2007.

17. **In re Tree Moss Partners, 06-13758**

    a.    Application of Trustee For An Order Authorizing Employment of Real Estate Expert, Pursuant To 11 U.S.C. §327(a).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

18. **In re USA Investors VI, LLC, 06-13925**

    a.    Application of Trustee For An Order Authorizing Employment of Real Estate Expert, Pursuant To 11 U.S.C. §327(a).

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None. | | |

DATED: January 17, 2007

    /s/   Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Hearing Status form for 011707 Hearings    - 10 –