Jason G. Landess (NSB #0288)
3990 Vegas Drive
Las Vegas, NV 89108
Tel: (702) 232-3913
Attorney for Defendant Great
White Investments NV, Inc.

RECEIVED AND FILED
2007 JAN 11  A 11: 11
U.S. BANKRUPTCY COURT
PATRICIA GRAY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725<br>Case No. BK-S-06-10726<br>Case No. BK-S-06-10727 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728<br>Case No. BK-S-06-10729 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>**Jointly administered under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date of hearing: N/A<br>Time of hearing: N/A |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

**MOTION FOR LEAVE TO FILE PAPER**

COME NOW Great White Investments NV, Inc., a Nevada corporation ("Great White") and Craig P. Orrock ("Orrock") and hereby requests permission to file documents on paper because:

    X a..    Movants are not regular filers as the term is defined in LR 5005(a)(1)

    ___ b.    Movants claim an exemption under LR 5005(1)(4) because:

_____

_____

    ___ c.    Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

1

___(1).   Movant's Internet service is not available due to circumstances that cannot be prevented.
  (i).   Describe the nature and extent of the circumstances that have made the Internet service unavailable:

  _____
  _____
  _____
  _____

  (ii)   Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

  _____
  _____
  _____
  _____

___(2).   Other grounds exist for the exceptional circumstances motion:

  _____
  _____
  _____
  _____

___(3).   Movants have filed a prior exceptional circumstances motion.

  (i).   Number of prior motion(s):_____
  (ii).  Date of the prior motion(s):_____
  (iii). Reason for the prior motion(s):_____
  (iv).  Case number and disposition for each prior motion:

  _____
  _____

2.  The document(s) that movants want to file on paper are:

2

MOTION FOR PROTECTIVE ORDER and AFFIDAVIT OF CRAIG P. ORROCK

Based upon the foregoing, movants ask the court to grant this motion.

*[signature]*

Jason G. Landess, Attorney for Movants

c:\wpwin\orrockUSAcapitalbky\4.motionforleavetofilepaper