# JAMES W. SHAW

14225 Prairie Flower Ct.
Reno, NV 89511-6710
Ph. 775 851 7429
Fx. 775 851 3430

JUDGE RIEGLE
DATE: 1-09-07

jshawnv@charter.net

January 7, 2007

Hon. Linda B. Riegle
Court Room 1
Foley Federal Bldg.
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Your Honor,

I have received a document from Stutman, et al, representing the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC, informing me that my proof of claim for the First Trust Deed Fund should be disallowed in it's entirety due to it being a direct loan to Bethany Sunset project. I have researched my records from 2004 to present and found no record of an investment in Bethany Sunset. Additionally, I do not know how my investment was attached to Bethany Sunset. The enclosed documents from my records will show that I am an investor in the First Trust Deed Fund in the amount of $80,000.00 and an additional $4662.00 in unpaid interest from April, 2006 to the filing of PoC.

I will be unable to attend the hearing on this matter on Jan. 31, 2007. I trust and believe that the enclosed material will suffice to clarify my claim and resolve the issue to the satisfaction of the committee and this claimant. Furthermore, I entrust the court to consider this presentation in the hearing. Thank you for your attention in this matter.

Sincerely,

*James W. Shaw*

James W. Shaw

Sincerely,

# JAMES W. SHAW

14225 Prairie Flower Ct.
Reno, NV 89511-6710
Ph. 775 851 7429
Fx. 775 851 3430
jshawnv@sbcglobal.net

May 3, 2006

USA Capital
4484 S. Pecos Rd.
Las Vegas, NV 89121
attn: client services dept.

Services Dept.

I have been examining, on line, the lists of claimants shown for the various funds being carried by USA Capital, and I do not find my name nor my spouse's name any where on any list. This disturbs me. I am enclosing the latest statements for the various funds in which I / we are invested. Please verify and confirm to me that our names are included among the claimants listed for the investments shown in the documents included. I request that you confirm to me in writing your confirmation.

Sincerely,



**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement please contact us at 1-888-921-80(
or 702-734-24(

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Check (#87432) |

James W. Shaw
14225 Prairie Flower Ct
Reno, NV 89511

## Payment Summary

Account: First Savings Bank Custodian For James W. Shaw IRA

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 3 | $ 0.00 | $ 1,313.34 | $ 1,313.34 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: HFA- North Yonkers | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Margarita Annex | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Standard Property | | Original Investment: | $ 60,000.00 | IR: 12.00% | YTD Interest: $ 380.00 |
| Interest Payment | 02/10/2006 | 02/28/2006 | $ 60,000.00 | $ 60,000.00 | $ 380.00 |
| Totals: | | | $ 0.00 | $ 60,000.00 | $ 380.00 |

## Full Account Summary

Account: First Savings Bank Custodian For James W. Shaw IRA

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 160,000.00 | $ 160,000.00 | $ 3,380.02 |

**For a detailed breakdown of your statement or additional account information, please visit http://www.tdinvestments.com**

USA Capital First Trust Deed Fund
4484 S. Pecos Road
Las Vegas, NV 89121

## Account Transaction Summary

James W. Shaw IRA
14225 Prairie Flower Ct
Reno, NV 89511

First Savings Bank C/F
James W. Shaw IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
Account #: 6071

### Your Portfolio Summary As Of Wednesday, March 01, 2006:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port. |
|---|---|---|---|---|
| USA Cap 1st TR Deed Fund, LLC | 16.0000 | 5,000.0000 | 80,000.00 | 100.00% |
| | | Total | 80,000.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class B

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| | | | | | 16.0000 |
| 01-Feb-2006 | Starting Balance | | | | 16.0000 |
| 01-Feb-2006 | Daily Accrued Dividend Check | 666.67 | 0.0000 | 5,000.0000 | 16.0000 |
| 01-Mar-2006 | Daily Accrued Dividend Check | 666.67 | 0.0000 | 5,000.0000 | |

USA Capital Realty Advisors
4484 South Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

James Shaw And Sue D. Robison-Shaw
14225 Prairie Fl. Court
Reno, NV 89511

USA Dalton Maffett
5488 Reno Corporate Center #100
Reno, NV 89511
Account #: 16290

## Your Portfolio Summary As Of Wednesday, March 01, 2006:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port. |
|---|---|---|---|---|
| USA Capital Diversified Trust Deed Fund | 26,834.07 | 1.00 | 26,834.07 | 100.00% |
| | | Total | 26,834.07 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Capital Diversified Trust Deed Fund - Class N

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| | | | | | 27,381.31 |
| 01-Feb-2006 | Starting Balance | | | | |
| 01-Feb-2006 | Redemption | -547.24 | -547.24 | 1.00 | 26,834.07 |
| 01-Feb-2006 | Daily Accrued Dividend ACH | 207.85 | 0.00 | 1.00 | 26,834.07 |
| 01-Mar-2006 | Daily Accrued Dividend ACH | 208.43 | 0.00 | 1.00 | 26,834.07 |

This distribution does NOT include any return of capital.
This payment represents a return of cash paid interest of 9.32% per annum for the month of February, 2006.
The Fund also has accrued additional unpaid interest of 0.97%, which will be distributed as it is received.



## James W Shaw

**Account #: 9903123**      **Account Detail On: 07/31/2004**

| | Shares | Unit Price | Cost | Market Value |
|---|---:|---:|---:|---:|
| **Cash** | | | | |
| Cash | | | | 0.00 |
| Cash Total | | | | 0.00 |
| **Cash Equivalents** | | | | |
| **Money Market-Taxable** | | | | |
| Money Market | 2,699.34 | 1.0000 | 2,699.34 | 2,699.34 |
| Money Market-Taxable Total | 2,699.34 | | 2,699.34 | 2,699.34 |
| Cash Equivalents Total | 2,699.34 | | 2,699.34 | 2,699.34 |
| **Other** | | | | |
| **Real Estate** | | | | |
| American Realty Trust, Inc - Nashville | 48,785.12 | 1.0000 | 48,785.12 | 48,785.12 |
| South Meadows Commercial Property, LLC/SMCP | 18,092.11 | 1.0000 | 18,092.11 | 18,092.11 |
| Sandhill Business Campus, LLC | 3,706.35 | 1.0000 | 3,706.35 | 3,706.35 |
| Wellington Development, L.C. | 50,000.00 | 1.0000 | 50,000.00 | 50,000.00 |
| John & Carol King | 50,000.00 | 1.0000 | 50,000.00 | 50,000.00 |
| Real Estate Total | 170,583.58 | | 170,583.58 | 170,583.58 |
| Other Total | 170,583.58 | | 170,583.58 | 170,583.58 |
| Account Total | 173,282.92 | | 173,282.92 | 173,282.92 |

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: USA Capital First Trust Deed Fund, LLC | Case Number: 06-10728-LBR | YOUR INTEREST IS RECORDED AS: |

1. **Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

11321243041578

SHAW, JAMES W
14225 PRAIRIE FLOWER CT
RENO, NV 89511

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

Account ID: 6071
Class: B  Share Amt: 16.0000
Member Interest: $80,000.00

The amounts reflected above constitute your interest per the Debtor. If you agree with the number of shares set forth herein you do not need to file this proof of interest.

Telephone Number ( )

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Account or other number by which Interestholder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

3. Date Equity Interest was acquired:

Telephone Number ( )

4. Total amount of member interest:

5. Certificate number(s):

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

☐ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:
_____

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

| DATE | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): |
|---|---|

USA Securities, LLC
4484 S. Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

James W. Shaw IRA
14225 Prairie Flower Ct
Reno, NV 89511

First Savings Bank C/F
James W. Shaw IRA
2605 E. Flamingo Road
Las Vegas, NV 89121
**Account #: 6071**

## Your Portfolio Summary As Of Thursday, September 01, 2005:

| Fund | Number of Units | Current Value |
|---|---|---|
| USA Cap 1st TR Deed Fund, LLC Class B | 16.000 | $ 80,000.00 |
| | **Totals** | **$ 80,000.00** |

### USA Cap 1st TR Deed Fund, LLC - Class B

| Trade Date | Trade Type | Amount | Interest To Date | Anniversary Date | Share Balance |
|---|---|---|---|---|---|
| 01-Aug-2005 | Starting Balance | | | | 16.0000 |
| 01-Aug-2005 | Distribution Paid | $ 666.67 | $ 666.67 | | 16.0000 |
| 01-Sep-2005 | Distribution Paid | $ 666.67 | $ 1,333.34 | | 16.0000 |

## Your Maturity Date Summary As Of Thursday, September 01, 2005:

| Purchase Date | Purchase Amount | Anniversary Date |
|---|---|---|
| 15-Oct-2004 | $25,000.00 | 15-Oct-2006 |
| 15-Feb-2005 | $15,000.00 | 15-Feb-2007 |
| 15-Mar-2005 | $5,000.00 | 15-Mar-2007 |
| 01-Apr-2005 | $35,000.00 | 01-Apr-2007 |