Dean T. Kirby, Jr.    Calif. Bar No. 090114
Leonard J. Ackerman  Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004
dkirby@kirbymac.com
lackerman@kirbymac.com

Michelle L. Abrams   Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
Telephone: (702) 233-5040 Facsimile (702) 233-2209
mabrams@mabramslaw.com

Attorneys for Creditor
Debt Acquisition Company of America V

**FILED ELECTRONICALLY January 17, 2007**

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST FUND, LLC<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>_____ Debtor.<br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>_____ Debtor.<br>Affects:<br>    ☒ All Debtors<br>    ☒ USA Commercial Mortgage Company<br>    ☒ USA Capital Realty Advisors, LLC<br>    ☒ USA Capital Diversified Trust Fund, LLC<br>    ☒ USA Capital First Trust Deed Fund, LLC<br>    ☒ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br><br>NOTICE OF APPEAL OF ORDER CONFIRMING THE "DEBTORS THIRD AMENDED JOINT PLAN OF REORGANIZATION" AS MODIFIED THEREIN |

Creditor Debt Acquisition Company of America V appeals under 28 U.S.C. § 158(a) or (b) from the Order Confirming the "Debtors Third Amended Joint Plan of Reorganization" as Modified Therein entered in the above-captioned bankruptcy cases on January 8, 2007. The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1   APPELLANT:

Debt Acquisition Company of America V

Represented by:

Dean T. Kirby, Jr.    Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000

and by:

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
Telephone: (702) 233-5040

2   THE DEBTORS:

USA Commercial Mortgage Company
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC

Represented by:

Annette W. Jarvis
Steven Strong
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, Ut 84145-0385
801-532-1500

and by:

Lenard E. Schwartzer
Jeanette E. Mcpherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146
Telephone: 702-228-7590

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 1

| | | |
|---|---|---|
| 1 | 3 | UNITED STATES DEPARTMENT OF JUSTICE<br>Sara L. Kistler, Acting U.S. Trustee, Region 17 |
| 2 | | Represented by: |
| 3 | | |
| 4 | | August B. Landis, Assistant United States Trustee<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, So., Suite 4300 |
| 5 | | Las Vegas, Nevada 89101<br>Telephone: (702) 388-6600 |
| 6 | | |
| 7 | 4 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>OF USA COMMERCIAL MORTGAGE COMPANY |
| 8 | | Represented by: |
| 9 | | Susan M. Freeman<br>Rob Charles |
| 10 | | LEWIS AND ROCA, LLP<br>3993 Howard Hughes Parkway, Ste 600 |
| 11 | | Las Vegas, NV 89109<br>Telephone: 702-949-8320 |
| 12 | | |
| 13 | 5 | OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY<br>CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY |
| 14 | | Represented by: |
| 15 | | Gerald M. Gordon<br>Gregory E. Garman |
| 16 | | GORDON & SILVER, LTD.<br>3960 Howard Hughes Pky 9th Flr |
| 17 | | Las Vegas, NV 89109<br>(702) 796-5555 |
| 18 | | |
| 19 | 6 | OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS<br>OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 20 | | Represented by: |
| 21 | | Marc A. Levinson<br>Jeffery Hermann |
| 22 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capital Mall, Suite 3000 |
| 23 | | Sacramento, CA 95814<br>(916) 329-7921 |
| 24 | | |
| 25 | | and by: |
| 26 | | Bob L. Olson<br>Anne M. Loraditch |
| 27 | | BECKLEY SINGLETON, CHTD.<br>530 Las Vegas Blvd., So. |
| 28 | | Las Vegas, NV 89101<br>Telephone: (702) 385-3373 |

7  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
   OF USA CAPITAL FIRST TRUST DEED FUND LLC

   Represented by:

   Frank A. Merola
   Eve Karasik
   Christine Pajak
   STUTMAN TREISTER & GLATT, P.C.
   1901 AVENUE OF THE STARS, 12TH FLR
   LOS ANGELES, CA 90067
   (310) 228-5600

   and by:

   Candace C. Carlyon
   SHEA & CARLYON, LTD.
   228 S 4th Street, First Floor
   Las Vegas, NV 89101
   (702) 471-7432

8  THE "LENDERS PROTECTION GROUP"

   Represented by:

   Alan Smith
   Law Offices of Alan R. Smith
   505 Ridge Street
   Reno, Nevada 89501
   (775) 786-4579

9  PENSION BENEFIT GUARANTY CORPORATION

   Represented by:

   Eric Field
   Assistant United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
   (702) 388-6336

10 THE ALEXANDER GROUP

   Represented by:

   Nancy Allf
   PARSONS BEHLE & LATIMER
   411 E Bonneville Ave, #100
   Las Vegas, Nevada 89101
   (702) 599-600

   and by:

In re USA Commercial Mortgage Company, et al.  
Notice of Appeal of Order Confirming Debtors' Third Amended Plan  
Bankruptcy Case No. BK-S-06-10729 LBR  
Page No. 3

| | | |
|---|---|---|
| 1 | | Robert Lepome |
| 2 | | 10120 S. Eastern Ave., #200 |
| | | Henderson, NV 89052 |
| 3 | | (702) 492-1271 |
| 4 | 11 | DR. GARY KANTOR, MRS. KANTOR |
| | | AND KANTOR NEPHROLOGY 401K PLAN |
| 5 | | |
| | | Represented by: |
| 6 | | |
| | | Michael Schmahl, Esq. |
| 7 | | 13191319 N. Wood Street, #3B |
| | | Chicago, Il. 60622 |
| 8 | | (773) 278-5223 |
| 9 | | and by: |
| 10 | | Jeffrey G. Sloane, Esq. |
| | | KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY |
| 11 | | 1389 Galleria Drive, Suite 200 |
| | | Henderson, NV 89014 |
| 12 | | (702) 362-6666 |
| 13 | 12 | JONES VARGAS DIRECT LENDERS |
| 14 | | Represented by: |
| 15 | | Janet Chubb |
| | | JONES VARGAS |
| 16 | | 100 W. Liberty St., 12th Floor |
| | | Reno, NV 89501 |
| 17 | | (775) 788-2205 |
| 18 | | |
| | 13 | COMPASS PARTNERS |
| 19 | | |
| | | Represented by: |
| 20 | | |
| | | George Davis |
| 21 | | WEIL, GOTSHAL & MNGES |
| | | 767 Fifth Avenue |
| 22 | | New York, New York 10153 |
| | | (212) 310-8000 |
| 23 | | |
| | | and by: |
| 24 | | |
| | | Peter Bernard |
| 25 | | BULLIVANT HOUSER BAILY |
| | | 3980 Howard Hughes Parkway, Suite 550 |
| 26 | | Las Vegas, Nevada 89069 |
| | | (702) 650-6565 |
| 27 | /// | |
| 28 | /// | |

14  SIERRA LIQUIDITY FUND

Represented by:

David Cohen
WARNER STEPHENS, LLP
301 Commerce Street, #1700
Fort Worth, TX 76102
(807) 810-5250

and by:

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
(702) 233-5040

15  GREGORY J. WALCH AND SHAUNA M. WALCH, TRUSTEES
OF THE GREGORY J. AND SHAUNA M. WALCH FAMILY TRUST

Represented by:
Gregory J. Walch
400 South Fourth Street, 3RD Floor
Las Vegas, Nevada 89101
(702) 791-0308

16  USA COMMERCIAL REAL ESTATE GROUP

Represented by:

Jeffrey Sylvester
SYLVESTER & POLEDNAK, LTD
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128
(702) 952-5200

17  COPPER SAGE COMMERCIAL CENTER
and BINFORD MEDICAL DEVELOPERS, LLC

Represented by:

Susan Scann
DEANER, DEANER, SCANN MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, NV 89101
(702) 382-6911

///

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 5

```
 1 | 18   USA INVESTMENT PARTNERS, LLC,
 2 |      JOSEPH MILANOWSKI and THOMAS HANTGES
   |      Represented by:
 3 |
 4 |      Russell Walker
   |      WOODBURY & KESLER, P. C.
 5 |      265 East 100 South, Suite 300
   |      Salt Lake City, Utah 84111
 6 |      (801) 364-1100
 7 |      and by:
 8 |      Joseph Huggins
   |      HUGGINS & ASSOCIATES
 9 |      1000 N. Green Valley Parkway, Suite 440-2
   |      Henderson, Nevada 89014
10 |      (702) 373-8664
11 |
   | 19   STANDARD PROPERTY DEVELOPMENT
12 |
   |      Represented by:
13 |
   |      Andrew Brumby
14 |      SHUTTS & BOWEN LLP
   |      PO Box 4956
15 |      Orlando, FL 32802-4956
   |      Telephone: (407) 423-3200
16 |
   |      and by:
17 |
   |      R. Vaughn Gourley
18 |      STEPHENS, GOURLEY & BYWATER
   |      3636 North Rancho Drive
19 |      Las Vegas, NV 89130
   |      (702) 656-2355
20 |
   | 20   LIBERTY BANK
21 |
   |      Represented by:
22 |
   |      Wade Gochnour
23 |      Aryn M. Fitzwater
   |      HANEY, WOLOSON & MULLINS
24 |      1117 South Rancho Drive
   |      Las Vegas, NV 89102
25 |      Telephone: (702) 474-7557
26 |
   | ///
27 |
   | ///
28 |
```

A copy of the Order appealed from is attached as Exhibit A hereto.

DATE: January 16, 2006

KIRBY & McGUINN, A.P.C.

By: /s/
Dean T. Kirby, Jr. Attorneys for
Debt Acquisition Company of America V