# EXHIBIT "J"

# EXHIBIT "J"

## FIRST MODIFICATION OF MORTGAGE DEED AND SECURITY AGREEMENT AND FIRST MODIFICATION OF PROMISSORY NOTE SECURED BY MORTGAGE DEED

This First Modification of Mortgage Deed and Security Agreement and First Modification of Promissory Note Secured by Mortgage Deed is made as of the 9th day of July, 2003 by and between **Colt Gateway, LLC** with an office at One O'Dell Plaza, Yonkers, New York 10701 ("Grantor") and **Fertitta Enterprises, Inc., USA Capital Diversified Trust Deed Fund, LLC, USA Commercial Mortgage Company** and **Daniel Tabas**, all with offices at 4484 South Pecos Road, Los Vegas, Nevada 89121 ("Grantee").

**WHEREAS,** Grantor and Grantee entered into a Mortgage Deed and Security Agreement dated December 22, 2002 (the "Mortgage") which is recorded in Volume 4693, Page 254 of the Hartford Land Records; and

**WHEREAS,** the Mortgage secures the obligations of the Borrower under a certain Promissory Note Secured by Mortgage dated December 22, 2002 in the original principal amount of Five Million Seven Hundred Thousand and No/100 Dollars ($5,700,000) (the "Note") from Grantor to Grantee; and

**WHEREAS,** Grantor and Grantee desire to amend the terms and conditions of the Mortgage and the Note.

**NOW, THEREFORE,** in consideration of the foregoing and in consideration of One Dollar ($1.00) and other valuable consideration and the mutual covenants herein contained, the receipt of which is acknowledged by the Grantor and the Grantee, the parties hereby agree as follows:

1.      The Note is modified by changing all references in such Note to "$5,700,000" and/or "Five Million Seven Hundred Thousand Dollars ($5,700,000)" to "$8,700,000" and/or "Eight Million Seven Hundred Thousand Dollars ($8,700,000)."

2.      The Mortgage is modified by deleting the first paragraph on page 2 thereof and substituting therefor the following:

"THE CONDITION OF THIS DEED is such, that whereas the Grantor has executed and delivered to Grantee its Promissory Note of even date herewith (Note) in the principal sum of Eight Million Seven Hundred Thousand Dollars ($8,700,000), a copy of which Note is attached hereto and made a part hereof as Exhibit B.

3.      Exhibit A to the Mortgage is deleted and the Exhibit A attached hereto is substituted therefore.

4.      Except as herein specifically modified and amended, said Mortgage and Note to remain in full force and effect.

5.      This Agreement shall be binding upon the parties hereto, their respective heirs, successors and assigns.

**IN WITNESS WHEREOF**, the parties hereto have hereunto set their hands and seals this _____ day of July, 2003.

**WITNESSES:**                              **GRANTOR:**

                                        **Colt Gateway LLC**
                                        **By:  Homes for America, Inc.,**
                                        **Member**

_____          By:  _____
                                             Robert A. MacFarlane
_____                    Its:  President

**WITNESSES:**                              **GRANTEE:**
                                        **USA Commercial Mortgage Company**

_____          By: _____
                                             Name:  Joseph D. Milanowski
_____                    Its:  President

**USA Capital Diversified Trust Deed Fund, LLC**
**By:  USA Capital Realty Advisors, LLC**
**Its Manager**
**By:  USA Investment Partners, LLC**
**Its: Manager**
**By: USA Commercial Mortgage Company**
**Its Manager**

By: _____
        Name: Joseph D. Milanowski
        Its:  President

**Fertitta Enterprises, Inc.**

By: _____
        Name: William Bullard
        Its:  CFO

**Daniel Tabas**
**By: USA Commercial Mortgage Company**
**Its Attorney in Fact**

By: _____
        Joseph D. Milanowski, President

STATE OF CONNECTICUT      )
                                           ) ss.

COUNTY OF HARTFORD       )

     Personally appeared before me on this _____ day of July, 2003, Robert A. MacFarlane, as President of Homes for America, Inc., as Manager of Colt Gateway LLC, who acknowledged the same to be his free act and deed and the free act and deed of such corporation and limited liability company.

                                      _____
                                      Notary Public
                                      (My commission expires: _____ )

STATE OF NEVADA          )
                                ) ss.

COUNTY OF CLARK         )

     Personally appeared before me on this 2 1 day of July, 2003, Joseph D. Milanowski, President of USA Commercial Mortgage Company, Manager of USA Investment Partners, LLC, Manager of USA Capital Realty Advisors, LLC, Manager of USA Capital Diversified Trust Deed Fund, LLC, who acknowledged the same to be his free act and the free act and deed of such company and such limited liability companies.

```
AMANDA STEVENS
Notary Public, State of Nevada
Appointment No. 02729871
My Appt. Expires Jan. 16, 2006
```

                                 Notary Public
                                 (My commission expires: 1-16-06 )

STATE OF NEVADA          )
                                ) ss.

COUNTY OF CLARK         )

     Personally appeared before me on this ____ day of July, 2003, William Bullard, CFO of Fertitta Enterprises, Inc., who acknowledged the same to be his free act and the free act and deed of such company.

                                      _____
                                      Notary Public
                                   (My commission expires: _____ )

STATE OF NEVADA                      )
                                     ) ss.
COUNTY OF CLARK                      )

     Personally appeared before me on this ⎯21⎯ day of July, 2003, Joseph D. Milanowski, President of USA Commercial Mortgage Company, Attorney in Fact for Daniel Tabas, who acknowledged the same to be his free act and the free act and deed of such company and such individual.

                               *Amanda Stevens*
                        Notary Public
                        (My commission expires: ⎯1-16-06⎯ )



AMANDA STEVENS
Notary Public, State of Nevada
Appointment No. 02729871
My Appt. Expires Jan. 16, 2006

## EXHIBIT "A"

| NAMES | AMOUNT |
|---|---|
| Fertitta Enterprises, Inc. | $4,000,000.00 |
| Daniel Tabas | $1,000,000.00 |
| USA Commercial Mortgage | $1,000,000.00 |
| USA Capital Diversified Trust Deed Fund, LLC | $2,700,000.00 |
| TOTAL (Colt Gateway) | $8,700,000.00 |

I CERTIFY THIS TO BE A TRUE COPY
OF A DOCUMENT RECORDED IN THE
HARTFORD LAND RECORDS.

*August 1st 2023*

*Lydia Cora*
DEPUTY ASST. TOWN CLERK

## FIRST MODIFICATION OF MORTGAGE DEED AND
## SECURITY AGREEMENT AND FIRST
## MODIFICATION OF PROMISSORY NOTE SECURED BY MORTGAGE DEED

This First Modification of Mortgage Deed and Security Agreement and First Modification of Promissory Note Secured by Mortgage Deed is made as of the 9th day of July, 2003 by and between **Colt Gateway, LLC** with an office at One O'Dell Plaza, Yonkers, New York 10701 ("Grantor") and **Fertitta Enterprises, Inc., USA Capital Diversified Trust Deed Fund, LLC and USA Commercial Mortgage Company**, all with offices at 4484 South Pecos Road, Las Vegas, Nevada 89121 ("Grantee").

**WHEREAS**, Grantee has extended to Grantor a loan in the original principal amount of $5,700,000 (the "Loan"), which Loan is evidenced by that certain Promissory Note Secured By Mortgage Deed dated December 22, 2002 (the "Note"); and

**WHEREAS**, the Note is secured by, among other things, a Mortgage Deed and Security Agreement dated December 22, 2002 (the "Mortgage") on property located in Hartford, Connecticut, which Mortgage is recorded in Volume 4693 at Page 254 of the Hartford Land Records; and

**WHEREAS**, Grantor and Grantee desire to modify the terms and conditions of the Mortgage and the Note to reflect the current Grantees and the current beneficial interest of the Grantees and increase the principal amount of the Note.

**NOW, THEREFORE**, in consideration of the foregoing and in consideration of One Dollar ($1.00) and other valuable consideration and the mutual covenants herein contained, the receipt of which is acknowledged by the Grantor and the Grantee, the parties hereby agree as follows:

1.    The Note is hereby modified as of July 9, 2003 as follows:

    a.    The Note is modified by changing all references in such Note from "$5,700,000" and/or "Five Million Seven Hundred Thousand Dollars ($5,700,000)" to "$8,700,000" and/or "Eight Million Seven Hundred Thousand Dollars ($8,700,000)."

    b.    <u>Exhibit A</u> to the Note is deleted and Exhibit A attached hereto is substituted therefore.

2.    The Mortgage is modified as of July 9, 2003 as follows:

    a.    The list of Grantees recited in the first paragraph of page one is amended by adding Daniel Tabas as a Grantee.

    b.    By deleting the first paragraph on page two thereof and substituting therefor the following:

    "THE CONDITION OF THIS DEED is such, that whereas the Grantor has executed and delivered to Grantee its Promissory Note of even date herewith (Note) in the principal sum of Eight Million Seven Hundred Thousand Dollars ($8,700,000).

3.    <u>Exhibit A</u> to the Mortgage is deleted and the Exhibit A attached hereto is substituted therefore.

2003 AUG -1 A 11:39    01 0459

RETURN TO:
BROWN RUDNICK BERLACK ISRAELS LLP
CITYPLACE I 185 ASYLUM STREET
HARTFORD, CT 06103-3402

4.      Except as herein specifically modified and amended, said Mortgage and Note to remain in full force and effect.

5.      This Agreement shall be binding upon the parties hereto, their respective heirs, successors and assigns.

**IN WITNESS WHEREOF**, the parties hereto have hereunto set their hands and seals this _30_ day of July, 2003.

**WITNESSES:**                                      **GRANTOR:**

**Colt Gateway LLC**
**By:  Homes for America, Inc.,**
**Member**

By: _____
_____             Robert A. MacFarlane
Karim Chowdhury                           Its:  President


**WITNESSES:**                                      **GRANTEE:**
                                                    **USA Commercial Mortgage Company**

Thomas Rondeau                            By: _____
_____             Name: Joseph D. Milanowski
                                          Its:  President

USA Capital Diversified Trust Deed Fund, LLC
By:  USA Capital Realty Advisors, LLC
Its Manager
By:  USA Investment Partners, LLC
Its: Manager
By: USA Commercial Mortgage Company
Its Manager

By: _____
Name: Joseph D. Milanowski
Its:  President

Fertitta Enterprises, Inc.

By: _____
Name: William Bullard
Its:  CFO

Daniel Tabas
By: USA Commercial Mortgage Company
Its Attorney in Fact

By: _____
Joseph D. Milanowski, President

STATE OF NEW YORK            )
                             ) ss.
COUNTY OF WESTCHESTER        )

    Personally appeared before me on this 30 day of July, 2003, Robert A. MacFarlane, as President of Homes for America, Inc., as Member of Colt Gateway LLC, who acknowledged the same to be his free act and deed and the free act and deed of such corporation and limited liability company.

                              *Lekhram Boodhoo*

                         LEKHRAM BOODHOO
                         Notary Public
                         (My commission expires: 03-16-06 )

                                    LEKHRAM BOODHOO
                            NOTARY PUBLIC, STATE OF NEW YORK
                                 NO. 03-4993375
                             QUALIFIED IN BRONX COUNTY
                       COMMISSION EXPIRES MARCH 16, 2006

        OFFICIAL SEAL
      LEKHRAM BOODHOO
        NOTARY PUBLIC
       STATE OF NEW YORK
   Comm. Expires March 16, 2006

STATE OF NEVADA              )
                            ) ss.
COUNTY OF CLARK             )

    Personally appeared before me on this $\underline{21}$ day of July, 2003, Joseph D. Malinowski, President of USA Commercial Mortgage Company, who acknowledged the same to be his free act and the free act and deed of such company.



Notary Public
(My commission expires: $\underline{1\text{-}16\text{-}06}$ )

AMANDA STEVENS
Notary Public, State of Nevada
Appointment No. 02729871
My Appt. Expires Jan. 16, 2006

STATE OF CONNECTICUT )
                     ) ss.
COUNTY OF HARTFORD )

     Personally appeared before me on this _____ day of July, 2003, Robert A. MacFarlane, as President of Homes for America, Inc., as Manager of Colt Gateway LLC, who acknowledged the same to be his free act and deed and the free act and deed of such corporation and limited liability company.

OFFICIAL SEAL
LEKHRAM BOODHOO
NOTARY PUBLIC
STATE OF NEW YORK
Comm. Expires March 16, 2006

*Lekhram Boodhoo*
LEKHRAM BOODHOO
Notary Public
(My commission expires: 03-16-06 )

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

LEKHRAM BOODHOO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 03-4993375
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES MARCH 16, 2006

     Personally appeared before me on this 21 day of July, 2003, Joseph D. Milanowski, President of USA Commercial Mortgage Company, Manager of USA Investment Partners, LLC, Manager of USA Capital Realty Advisors, LLC, Manager of USA Capital Diversified Trust Deed Fund, LLC, who acknowledged the same to be his free act and the free act and deed of such company and such limited liability companies.



AMANDA STEVENS
Notary Public, State of Nevada
Appointment No. 02729871
My Appt. Expires Jan. 16, 2006

*Amanda*
Notary Public
(My commission expires: 1-16-06 )

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

     Personally appeared before me on this 21ST day of July, 2003, William Bullard, CFO of Fertitta Enterprises, Inc., who acknowledged the same to be his free act and the free act and deed of such company.



PEGGY S. NADEAU
Notary Public State of Nevada
No. 93-5004-1
My appt. exp. Nov. 10, 2005

*Peggy S Nadeau*
Notary Public
(My commission expires: 11/10/05 )

STATE OF NEVADA            )
                           ) ss.
COUNTY OF CLARK            )

Personally appeared before me on this ___21___ day of July, 2003, Joseph D. Milanowski, President of USA Commercial Mortgage Company, Attorney in Fact for Daniel Tabas, who acknowledged the same to be his free act and the free act and deed of such company and such individual.

Amanda Stevens

Notary Public
(My commission expires: ___1·16·06___ )



AMANDA STEVENS
Notary Public, State of Nevada
Appointment No. 02729871
My Appt. Expires Jan. 16, 2006

## EXHIBIT "A"

| NAMES | AMOUNT |
|---|---|
| Fertitta Enterprises, Inc. | $4,000,000.00 |
| Daniel Tabas | $1,000,000.00 |
| USA Commercial Mortgage | $1,000,000.00 |
| USA Capital Diversified Trust Deed Fund, LLC | $2,700,000.00 |
| | |
| TOTAL (Colt Gateway) | $8,700,000.00 |

# EXHIBIT "K"

# EXHIBIT "K"

Exhibit A

| Performance Evaluation (4-27-06)* | Loan Name | No of Investors | Origination Date | Outstanding Loan Amount | Unpaid Interest as of 3/31/2006 less April collections | DTF | CFT | CM | Total Held by Investors |
|---|---|---|---|---|---|---|---|---|---|
| Performing | 3885 San Fernando Road Partners | 83 | 8/2/05 | 7,350,000 | - | | 1.12% | | 98.54% |
| Performing | 5055 Collwood, LLC | 33 | 2/24/06 | 1,500,000 | | | | | 100.00% |
| Performing | 5252 Orange, LLC | 66 | 12/22/05 | 3,800,000 | | | | | 100.00% |
| Performing | 60th Street Venture, LLC | 49 | 12/22/05 | 3,700,000 | | | | | 100.00% |
| Non-Performing | 6425 Gess, LTD | 286 | 4/14/05 | 26,500,000 | 1,946,126 | 15.18% | 2.63% | 0.25% | 97.37% |
| Non-Performing | Amesbury/Hatters Point | 393 | 12/16/02 | 18,552,955 | 1,837,338 | | 1.72% | | 82.31% |
| Non-Performing | Anchor B, LLC | 50 | 5/31/05 | 5,835,422 | 578,273 | | 33.36% | | 66.64% |
| Non-Performing | Ashby Financial $7,200,000 | 73 | 5/3/04 | 7,200,000 | 1,665,600 | 2.08% | | | 97.92% |
| Non-Performing | B & J Investments¹ | | 9/29/99 | 653,125 | 477,034 | | | | 100.00% |
| Non-Performing | BarUSA/$15,300,000 | 221 | 11/24/03 | 15,300,000 | 544,617 | 0.47% | 1.20% | 0.07% | 100.00% |
| Non-Performing | Bay Pompano Beach | 407 | 6/20/05 | 16,285,686 | 20,413 | | | | 99.93% |
| Non-Performing | Beastar, LLC¹ | | | | | | | | 98.33% |
| Non-Performing | Beau RiVage Homes/$8,000,000 | 84 | 5/2/05 | 3,125,000 | 202,076 | | 5.93% | | 94.07% |
| Performing | Binford Medical Developers | 157 | 1/2/03 | 432,349 | - | | | | 99.38% |
| Performing | Boise/Gowen 93 | 92 | 8/31/05 | 7,450,000 | | | 17.25% | | 82.75% |
| Performing | Brookmere/Matteson $27,050,000 | 17 | 8/26/05 | 2,425,000 | | | | | 100.00% |
| Performing | Bundy Canyon $1,050,000 | 229 | 10/29/03 | 5,929,393 | | | 34.20% | | 65.80% |
| Performing | Bundy Canyon $2,500,000 | 1 | 1/6/06 | 1,050,000 | - | | | | 100.00% |
| Performing | Bundy Canyon $5,000,000 | 34 | 5/2/05 | 2,300,000 | | | | | 100.00% |
| Non-Performing | Bundy Canyon $5,725,000 | 43 | 9/28/05 | 4,250,000 | | | | 0.71% | 99.29% |
| Performing | Bundy Canyon $7,500,000 | 53 | 1/14/05 | 5,725,000 | 60,282 | | | | 100.00% |
| Performing | Bundy Canyon $8.9 | 83 | 8/17/05 | 6,700,000 | | | | | 100.00% |
| Performing | BySynergy, LLC $4,434,446 | 117 | 4/5/06 | 8,900,000 | | | | | 100.00% |
| Performing | Cabernet | 3 | 2/3/06 | 4,434,446 | | 51.48% | 35.34% | 13.18% | |
| Non-Performing | Castaic Partners II, LLC | 65 | 2/17/05 | 3,000,000 | | | | | 100.00% |
| Performing | Castaic Partners III, LLC | 57 | 7/11/05 | 5,600,000 | 137,553 | | 7.59% | | 92.41% |
| Performing | Charlevoix Homes, LLC | 65 | 9/22/05 | 4,675,000 | | | 0.53% | 1.07% | 98.40% |
| Performing | Clear Creek Plantation | 40 | 4/3/06 | 3,400,000 | | | | | 100.00% |
| Performing | Cloudbreak LV | 36 | 3/15/05 | 2,900,000 | - | | 3.45% | | 96.55% |
| Non-Performing | Colt DIV added #1 | 2 | 12/17/03 | 3,800,000 | - | 0.49% | 99.51% | | 0.00% |
| Non-Performing | Colt DIV added #1 | 1 | Undetermined | 1,500,000 | 736,776 | 100.00% | | | 100.00% |
| Non-Performing | Colt DIV added #2 | 1 | Undetermined | 3,100,000 | 1,078,165 | 100.00% | | | 100.00% |
| Non-Performing | Colt Gateway | 3 | 1/17/03 | 3,514,069 | 3,220,735 | 42.53% | | | 57.47% |
| Non-Performing | Colt Second TD | 1 | 8/19/03 | 1,000,000 | 484,412 | | | 100.00% | |
| Performing | Columbia Managing Partners | 1 | 9/1/05 | 2,210,000 | - | | 100.00% | | |
| Performing | ComVest Capital | 56 | 1/11/06 | 4,125,000 | - | | 17.82% | | 82.18% |
| Performing | Copper Sage Commerce Center Phase II | 51 | 3/1/06 | 3,550,000 | - | | | 1.83% | 98.17% |
| Non-Performing | Copper Sage Commerce Center, LLC | 28 | 6/9/04 | 179,106 | - | | | | 99.38% |
| Performing | Comman Toltec 160, LLC | 96 | 6/24/02 | 6,375,000 | 9,226 | | | 0.08% | 99.92% |
| Non-Performing | Cotonwood Hills, LLC | 21 | 6/14/05 | 4,000,000 | 48,222 | | 25.00% | | 75.00% |
| Non-Performing | CREC Building Coll¹ | 1 | Undetermined | 3,718,777 | 1,650,349 | 100.00% | | | |

* Preliminary Analysis as of 04/27/2006.

Prepare by MFIM, LLC

Exhibit A

| Performance Evaluation (4-27-06)* | Loan Name | No of Investors | Origination Date | Outstanding Loan Amount | Unpaid Interest as of 3/31/2006 less April collections | DTF | CFT | CM | Total Held by Investors |
|---|---|---|---|---|---|---|---|---|---|
| Performing | Del Valle - Livingston | 239 | 8/25/05 | 19,250,000 | - | | 0.67% | | 99.33% |
| Performing | Del Valle Isleton | 76 | 3/22/05 | 6,520,000 | - | | 2.90% | | 97.10% |
| Non-Performing | Eagle Meadows Development | 295 | 10/19/05 | 31,050,000 | 9,019 | | 11.76% | | 88.24% |
| Performing | Elizabeth May Real Estate | 147 | 2/24/06 | 10,050,000 | - | | 1.19% | | 98.81% |
| Non-Performing | EPIC Resorts¹ | 1 | Undetermined | 18,915,000 | undetermined | 100.00% | | | |
| Performing | Fiesta Development $6.6 | 1 | 11/14/05 | 6,600,000 | - | | 100.00% | | |
| Non-Performing | Fiesta Development McNaughton¹ | 1 | 1/10/05 | 6,000,000 | undetermined | 100.00% | | | |
| Performing | Fiesta Murrieta | 69 | 4/14/05 | 6,500,000 | - | | | | |
| Non-Performing | Fiesta Oak Valley | 227 | 6/15/04 | 20,500,000 | 3,597,750 | | | 1.46% | 98.54% |
| Non-Performing | Fiesta USA/Stoneridge | 100 | 9/22/03 | 10,000,000 | 2,376,004 | | | 0.05% | 99.95% |
| Performing | Fiesta/Beaumont $2.4m | 36 | 9/17/04 | 2,400,000 | - | | | | 100.00% |
| Performing | Foxhill 216, LLC | 300 | 2/23/06 | 25,980,000 | - | | | | 100.00% |
| Non-Performing | Franklin - Stratford Investments, LLC | 2 | 3/30/05 | 5,225,000 | 17,873 | | 0.10% | | 99.90% |
| Performing | Freeway 101¹ | 57 | 8/9/04 | 3,750,000 | 38,750 | 19.33% | 80.67% | | 0.00% |
| Non-Performing | Gateway Stone | 161 | 11/18/05 | 13,185,000 | - | | | | 100.00% |
| Non-Performing | Gilroy | 59 | 11/23/04 | 4,950,000 | 309,031 | | 0.76% | | 99.24% |
| Performing | Glendale Tower Partners | 95 | 6/9/05 | 6,500,000 | - | | 5.56% | | 94.44% |
| Non-Performing | Golden State Investments II | 37 | 6/27/05 | 2,850,000 | 95,032 | | 8.77% | 1.32% | 88.68% |
| Performing | Goss Road | 20 | 11/2/04 | 1,000,000 | - | | | | 91.23% |
| Non-Performing | Gramercy Court Condos | 332 | 6/25/04 | 34,884,500 | 749,341 | | 13.10% | 0.25% | 99.75% |
| Non-Performing | Harbor Georgetown | 103 | 8/16/04 | 8,800,000 | 333,402 | | 5.80% | | 86.90% |
| Non-Performing | Hasley Canyon | 114 | 3/3/04 | 11,700,000 | 1,287,450 | | | | 94.20% |
| Performing | Hespena II | 65 | 4/1/05 | 4,250,000 | - | | | | 100.00% |
| Non-Performing | HFA- Clear Lake | 207 | 1/6/05 | 16,050,000 | 2,404,286 | 0.88% | | | 100.00% |
| Non-Performing | HFA- North Yonkers | 298 | 1/11/05 | 24,000,000 | 3,710,069 | | 3.71% | | 98.81% |
| Non-Performing | HFA- Riviera 2nd | 99 | 4/29/04 | 8,000,000 | 2,478,060 | | | | 96.08% |
| Non-Performing | HFA- Windham | 74 | 11/15/04 | 5,550,000 | 883,767 | | | | 100.00% |
| Non-Performing | HFA-Clear Lake 2nd | 36 | 6/24/05 | 2,750,000 | 347,275 | | | 0.29% | 99.71% |
| Non-Performing | HFAH/Monaco | 1 | 12/19/03 | 4,000,000 | 1,236,000 | | 100.00% | | |
| Performing | Huntsville | 116 | 3/31/04 | 10,475,000 | 813,061 | 5.96% | 4.77% | | 89.27% |
| Performing | I-40 Gateway west | 46 | 1/11/05 | 4,530,000 | - | | | | 92.27% |
| Non-Performing | I-40 Gateway West, LLC 2nd | 23 | 3/1/06 | 1,065,000 | - | | | | 100.00% |
| Non-Performing | Interstate Commerce Center Phase II | 2 | 8/11/04 | 1,855,606 | 20,375 | 13.72% | 86.28% | | 0.00% |
| Performing | Interstate Commerce Center | 4 | 2/20/04 | 2,391,355 | 114,357 | 98.72% | | 1.28% | 0.00% |
| Performing | J. Jireh's Corporation | 105 | 9/2/05 | 8,825,000 | - | | 3.00% | | 97.00% |
| Non-Performing | La Hacienda Estate, LLC | 83 | 11/11/04 | 6,255,000 | - | | | 0.80% | 99.20% |
| Non-Performing | Lake Helen Partners | 35 | 12/7/04 | 3,129,499 | 38,953 | 7.26% | 27.56% | 0.90% | 64.28% |
| Non-Performing | Lenn Hills | 130 | 12/7/05 | 10,350,000 | 129,167 | | | | 100.00% |
| Non-Performing | Margarita Annex | 105 | 7/26/04 | 12,000,000 | 255,657 | | 25.67% | | 74.33% |

* Preliminary Analysis as of 04/27/2006.

Prepare by MFIM, LLC

Exhibit A

| Performance Evaluation (4-27-06)* | Loan Name | No of Investors | Origination Date | Outstanding Loan Amount | Unpaid Interest as of 3/31/2006 less April collections | DTF | CFT | CM | Total Held by Investors |
|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Marlton Square | 272 | 8/11/05 | 30,000,000 | 975,000 | | 0.39% | 0.89% | 98.71% |
| Non-Performing | Marlton Square 2nd | 108 | 8/11/05 | 6,000,000 | 204,000 | | | | 100.00% |
| Non-Performing | Marquis Hotel | 169 | 3/29/05 | 13,500,000 | 2,515,500 | | | | 99.29% |
| Performing | Meadow Creek Partners, LLC | 103 | 2/23/06 | 8,250,000 | 205,298 | | 0.87% | 0.71% | 99.13% |
| Non-Performing | Midvale Marketplace, LLC | 49 | 6/30/05 | 4,075,000 | 205,298 | | 7.61% | | 92.39% |
| Non-Performing | Mountain House Business Park | 202 | 6/10/04 | 16,800,000 | | | 5.21% | | 94.33% |
| Performing | Oak Shores II | 176 | 6/6/05 | 12,150,000 | 132,907 | | 1.49% | 0.17% | 98.44% |
| Performing | Ocean Atlantic | 32 | 11/1/05 | 2,700,000 | | | | | 100.00% |
| Performing | Ocean Atlantic $9,425,000 | 105 | 1/23/06 | 8,925,000 | | | 14.61% | | 85.39% |
| Non-Performing | Opaque/Mt. Edge $7,350,000 | 95 | 11/5/03 | 4,827,970 | 813,163 | | | | 100.00% |
| Non-Performing | Palm Harbor One | 309 | 12/14/05 | 28,480,000 | 14,723 | | | | 94.40% |
| Non-Performing | Placer Vineyards | 343 | 12/10/04 | 31,500,000 | 1,587,682 | | 5.60% | | 100.00% |
| Non-Performing | Placer Vineyards 2nd | 118 | 12/10/04 | 6,500,000 | 349,556 | | | | 100.00% |
| Performing | Preserve at Gallena, LLC | 73 | 10/6/05 | 4,393,250 | | | | | 99.89% |
| Non-Performing | Redwood Properties $269,641[1] | 1 | 11/15/05 | 269,641 | undetermined | | | 0.11% | 100.00% |
| Performing | Rio Rancho Executive Plaza, LLC | 32 | 1/17/06 | 2,250,000 | | | 3.11% | | 96.89% |
| Non-Performing | Riviera - Homes for America Holdings, L.L.C. | 90 | 6/24/05 | 5,000,000 | 637,500 | | | | 100.00% |
| Non-Performing | Roam Development Group | 291 | 3/23/05 | 26,251,946 | 173,806 | | 2.37% | | 97.63% |
| Non-Performing | Saddleback[1] | 1 | Undetermined | 375,000 | 9,849 | | | | 0.00% |
| Non-Performing | Sharnrock Tower, LP | 87 | 8/5/04 | 10,500,000 | 1,590,927 | | 31.43% | | 68.57% |
| Non-Performing | Sheraton Hotel[1] | 1 | Undetermined | 6,845,000 | 896,084 | 100.02% | | | -0.02% |
| Performing | Slade Development | 40 | 12/5/05 | 3,525,000 | | | 1.42% | | 98.58% |
| Performing | Southern California Land 2nd | 33 | 8/3/05 | 2,800,000 | | | | 1.25% | 98.75% |
| Performing | Standard Property Development | 115 | 2/27/06 | 9,640,000 | | | 6.96% | | 93.04% |
| Performing | SVRB $4,500,000 | 67 | 4/27/05 | 1,424,082 | | | | | 100.00% |
| Performing | SVRB 2nd $2,325,000 | 25 | 4/27/05 | 2,325,000 | | | | | 90.32% |
| Non-Performing | Tapia Ranch | 179 | 9/26/04 | 22,000,000 | 595,433 | | 1.43% | | 98.57% |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000 | 18 | 12/30/02 | 4,150,000 | 1,775,764 | 20.48% | | | 79.52% |
| Non-Performing | Ten-Ninety[1] | 1 | Undetermined | 55,113,781 | undetermined | 100.00% | | | |
| Performing | The Gardens Phase II | 1 | 3/31/06 | 2,500,000 | | | 100.00% | | |
| Performing | The Gardens, LLC $2,425,000 | 34 | 8/15/05 | 1,961,000 | | | 1.52% | 4.01% | 94.47% |
| Non-Performing | The Gardens, LLC Timeshare | 51 | 3/24/04 | 5,300,000 | 250,458 | 5.43% | 31.03% | | 63.53% |
| Performing | Universal Hawaii[1] | 127 | 8/6/04 | 5,166,413 | | | | | 100.00% |
| Non-Performing | University Estates | 1 | 4/11/05 | 3,835,400 | undetermined | 100.00% | | | |
| Performing | Urban Housing Alliance - 435 Lofts | 110 | 7/13/05 | 8,150,000 | 1,763 | | 0.37% | 0.40% | 99.23% |
| Non-Performing | Wasco Investments | 86 | 11/23/04 | 6,450,000 | 407,535 | | 3.02% | | 96.98% |
| | | 10,546 | | $962,064,768 | $49,068,852 | | | | |

[1] Status of these loans is undetermined due to bankruptcy, foreclosures, change of ownership, etc. More research is being performed.

* Preliminary Analysis as of 04/27/2006.

Prepare by MFIM, LLC