# EXHIBIT "P"

# EXHIBIT "P"

**Hilco Real Estate Appraisal, LLC**

*Presents*

*A COMPLETE APPRAISAL OF*

**Colt Gateway**
Huyshope, Van Dyke, Sequassen
Hartford, Connecticut

As of May 16, 2006

## INTRODUCTION

**Identification of Property**

The subject is a former arms factory complex in the process of redevelopment. The improvements consist of 10 buildings containing a total of 622,269 square feet of gross building area originally constructed between 1830 and 1930. As of the date of inspection, 3 buildings have been renovated and are occupied by office tenants. The remainder of the improvements were either under renovation or vacant.

The total land area of the subject property is 18.39 acres or 800,851 square feet. The land-to-building ratio is 1.28:1. The addresses and tax lot identification numbers based on Tax Assessment Records from the City of Hartford is presented in the following table.

| Parcel ID | Address | ACRES | BGA | Use |
|---|---|---|---|---|
| 436-001-001 | 151 Huyshope Avenue | 2.63 | 0 | vacant land |
| 436-003-012 | 51 Huyshope Avenue | 0.1 | 0 | vacant land |
| 436-003-013 | 55 Huyshope Avenue | 0.11 | 0 | vacant land |
| 436-004-001 | 36 Huyshope Avenue | 1.26 | 49,000 | CREC Office |
|  |  |  | 4,755 | CREC Gymnasium |
| 436-006-001 | 17 Van Dyke Avenue | 1.84 | 44,250 | Warehouse |
| 436-005-004 | 17 Van Dyke Avenue | 4.62 | 96,040 | Sawtooth Building/Office |
| 436-004-004 | 0 Van Dyke Avenue | 0.185 | 4,992 | Boiler Plant |
| 436-006-002 | 0 Van Dyke Avenue | 0.47 | 0 | vacant land |
| 436-005-003 | 0 Van Dyke Avenue | 0.71 | 0 | vacant land |
| 436-005-006 | 25 Van Dyke Avenue | 2.07 | 66,005 | Mixed use |
|  |  |  | 9,000 | Warehouse |
|  |  |  | 9,000 | Warehouse |
| 436-005-005 | 25 Van Dyke Avenue | 2.2 | 140,977 | East Armory |
|  |  |  | 11,554 | Mixed use |
| 436-005-002 | 25 Van Dyke Avenue | <u>2.19</u> | <u>187,056</u> | South Armory |
|  |  | 18.39 Acres | 622,629 GBA |  |

## RECONCILIATION AND FINAL VALUE ESTIMATE

The three approaches indicated the following values:

|  | CREC Building/ Gymnasium | Sawtooth Building | Colt Gateway Site (Remainder) |
|---|---|---|---|
| Cost Approach | Not Applicable | Not Applicable | Not Applicable |
| Sales Comparison Approach | $5,100,000 | $8,200,000 | $11,500,000 |
| Income Capitalization Approach | $5,200,000 | $7,300,000 | Not Applicable |
| **Concluded Value** | **$5,200,000** | **$7,500,000** | **$11,500,000** |

Due to the fact that the subject property represents an older building with a significant amount of accrued depreciation, the *Cost Approach* was not considered to be a reliable indicator of value and, therefore, was not used.

The *Sales Comparison Approach* is a reflection of what investors/users have been paying for similar office and mill buildings in the recent past. A sufficient amount of information regarding sales of comparable properties in the area provided the ability to formulate an opinion of value for the subject property. Therefore, we have considered this approach appropriate in this instance. We have relied on the Sales Comparison Approach to provide a value for the mill space at the site, which has not been renovated.

The *Income Capitalization Approach* supported the value indication established in the Sales Comparison Approach for the CREC Building and Gymnasium and provided insight on the impact of vacancy at the Sawtooth Building on value. The income approach incorporated current market conditions that are more relevant to income producing properties. Since buildings at the subject site are appropriate for conversion to multi-tenant facilities, we believe this approach to be appropriate.

Overall, both approaches are considered to have reliable data and are applicable to valuation of the CREC Building and Gymnasium and Sawtooth Building. Overall the Income Capitalization Approach has been given more weight in the valuation of these buildings. The Sales Comparison Approach has been used for the remaining mill buildings at the site.

Based on our analysis of the property as presented in this summary report, we have estimated the combined market value of the leased fee interest, as of May 16, 2006, at:

**TWENTY FOUR MILLION TWO HUNDRED THOUSAND DOLLARS**
**$24,200,000**

...

## ADDENDA

Copy of the Legal Description

Photographs of the Subject Property

Tax Map

Site Plan, Parking Plan

Flood Plain Map

Comparable Improved Sales

Qualifications of the Appraiser(s)

*Copy of the Legal Description*

VOL 4693 PG 251

2003 JAN 24 P 12: 08

000999

## STATUTORY FORM QUITCLAIM DEED

THE COLTSVILLE HERITAGE PARK, INC., a Connecticut corporation, having an address at 140 Hyshope Avenue, Hartford, Connecticut 06106 ("Grantor"), for consideration paid, grants to COLT GATEWAY LLC, a Connecticut limited liability company with a place of business at One Odell Plaza, Yonkers, New York 10701 ("Grantee"), all of Grantor's right title and interest in those certain pieces or parcels of land with buildings and/or improvements thereon and situated at 36 Huyshope Avenue, 151 Huyshope Avenue, 1-3 Vredendale Avenue and 17 Van Dyke Avenue all in the City of Hartford, County of Hartford and State of Connecticut and described more fully as shown on Schedule A attached hereto and made a part hereof.

SIGNED this 30th day of December, 2002.

Witnessed by:

THE COLTSVILLE HERITAGE PARK, INC.

Robert D. Kehley

By: John C. Mayo

Robert P. McKinney

Its: President

STATE OF North Carolina
COUNTY OF Mecklenburg } ss.

Before me, the undersigned, this 30th day of December, 2002, personally appeared John C. Mayo, as President, of THE COLTSVILLE HERITAGE PARK, INC., signer and sealer of the foregoing instrument, and acknowledged the same to be his/her free act and deed and the free act and deed of said corporation, before me.

Kandace Heintzelman
Notary Public Kandace Heintzelman
My Commission Expires: November 1, 2006

Grantee's Mailing Address:
Colt Gateway, LLC
One Odell Plaza
Yonkers, New York 10701

$16,377.35 State Conn. Tax Received
$2,573.54 Municipal Conn. Tax Received

Daniel M. Carey HARTFORD TOWN CLERK



VOL 4693 PG 252

## SCHEDULE A

### Property Description

*Parcel One*

All that certain parcel of land with buildings and/or improvements located thereon situated on the westerly side of Huyshope Avenue in the City of Hartford, County of Hartford and State of Connecticut, being more particularly bounded and described as follows:

Beginning at a point on the westerly line of Huyshope Avenue, which point is located at the intersection of the northerly line of Masseek Street and the westerly line of Huyshope Avenue and which point marks the southeasterly corner of the herein described parcel, the lines runs;

Thence S 49° - 37' – 36" W along the northerly line of Masseek Street, a distance of 230.42' to a point;

Thence N 40° - 24' – 57" W along the easterly line of Van Block Avenue, a distance of 498.91' to a point;

Thence N 49° - 31' - 06" E along the southerly line of Weehasset Street, a distance of 230.22' to a point;

Thence S 40° - 26' – 20" E along the westerly line of Huyshope Avenue, a distance of 499.35' to the point or place of beginning; said parcel contains 2.64 acres of land by computation.

*Parcel Two*

All that certain parcel of land with buildings and improvements located thereon situated on the westerly side of Van Dyke Avenue in the City of Hartford, County of Hartford and State of Connecticut, being more particularly bounded and described as follows:

Beginning at a point on the westerly line of Van Dyke Avenue, which point is located at the intersection of the southerly line of Sequassen Street and the westerly line of Van Dyke Avenue and which point marks the northeasterly corner of the herein described parcel, the lines runs;

Thence S 40° - 25' – 32" E along the westerly line of Van Dyke Avenue, a distance of 826.87' to a point;

Thence by a curve to the right have a delta angle of 05° -20' – 28" and a radius of 889.73' along a taking line of the State of Connecticut, an arc distance of 82.94' to a point;

Thence S 35° - 05' – 00" E along a taking line of the State of Connecticut, a distance of 24.21' to a point;

Thence S 49°- 33' – 28" W along land now or formerly of the State of Connecticut, a distance of 510.71' to a point;

Thence N 40° - 26' – 20" W along the easterly line of Huyshope Avenue, a distance of 934.00' to a point;

Thence N 49° - 33' – 28" E along the southerly line of Sequassen Street, a distance of 517.05' to the point or place of beginning; said parcel contains 11.08 acres of land by computation.

A-1

VOL 4693 PG 253

*Parcel Three*
All that certain parcel of land with buildings and improvements located thereon situated on the westerly side of Vredendale Avenue in the City of Hartford, County of Hartford and State of Connecticut, being more particularly bounded and described as follows:
Beginning at a point on the westerly line of Van Dyke Avenue, which point is located at the intersection of the northerly line of Sequassen Street and the westerly line of Van Dyke Avenue and which point marks the southeasterly corner of the herein described parcel, the lines runs;
Thence S 49° - 33' – 28" W along the northerly line of Sequassen Street, a distance of 248.00' to a point;
Thence N 40° - 26' – 32" W along the easterly line of Vredendale Avenue, a distance of 490.61' to a point;
Thence S 76° - 51' – 16" E along the southwesterly line of Van Dyke Avenue, a distance of 417.80' to a point;
Thence S 40° - 26' – 32" E along the westerly line of Van Dyke Avenue, a distance of 154.38' to the point or place of beginning; said parcel contains 1.84 acres of land by computation.

*Parcel Four*
All that certain parcel of land with buildings and improvements located thereon situated on the westerly side of Huyshope Avenue in the City of Hartford, County of Hartford and State of Connecticut, being more particularly bounded and described as follows:
Beginning at a point on the easterly line of Huyshope Avenue, which point is located at the intersection of the northerly line of Sequassen Street and the westerly line of Huyshope Avenue and which point marks the southwesterly corner of the herein described parcel, the lines runs;
Thence N 40° - 26' – 32" W along the easterly line of Huyshope Avenue, a distance of 274.18' to a point;
Thence N 49° - 33' – 28" E along land now or formerly of Otto R. Ruppert, Trustee, a distance of 229.00' to a point;
Thence S 40° - 26' – 32" E along the westerly line of Vredendale Avenue, a distance of 274.18' to a point;
Thence S 49° - 33' – 28" W along the northerly line of Sequassen Street, a distance of 229.00' to the point or place of beginning; said parcel contains 1.44 acres of land by computation.

A-2

#40030201 v1 - ASMARMA - tr$1011.DOC - 1/5817

# EXHIBIT "Q"

# EXHIBIT "Q"

# Unofficial Property Record Card - City of Hartford, CT

## General Property Data

| | |
|---|---|
| Parcel Identification 436-004-001 | Property Location 0036 HUYSHOPE AV HARTFORD |
| Property Owner COLT GATEWAY LLC | Property Use OFF/MANUFAC |
| Mailing Address C/O HOMES FOR AMERICA HOLDINGS, INC | Most Recent Sale Date 1/24/2003 |
| 1 ODELL PLAZA | Legal Reference 04693-0251 |
| City YONKERS | Grantor COLTSVILLE HERITAGE PARK INC, |
| Mailing State NY   Zip 10701 | Sale Price 2,339,626 |
| ParcelZoning I2 | Land Area 1.260 acres |

## Current Property Assessment

| | |
|---|---|
| Fiscal Year 2005 | Total Value 2,525,110 |
| Land Value 76,860 | Building Value 2,434,810 |

## Building Description

| | | |
|---|---|---|
| Building Style OFFICE LO RI | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 0 | Frame Type Steel | Basement Floor CONCRETE |
| Year Built 1930 | Roof Structure FLAT | Heating Type Warm Air |
| Building Grade Good | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition Average | Siding Conc Block | Air Conditioning 100% |
| Finished Area (SF) 49000 | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 0 | Number Beds 0 | # of Full Baths 0 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

### Narrative Description of Property

This property contains 1.260 acres of land mainly classified as OFF/MANUFAC with a(n) OFFICE LO RI style building, built about 1930, having Conc Block exterior and Tar & Gravel roof cover, with 0 unit(s), 0 room(s), 0 bedroom(s), 0 bath(s), 0 half bath(s).

### Property Images



Disclaimer: This information is believed to be correct but is subject to change and is not warranteed.