|   |   |
|---|---|
| JONATHAN J. BART, ESQ.<br>Admitted *Pro Hac Vice*<br>PA Identification No.: 49119<br>WILENTZ, GOLDMAN & SPITZER P.A.<br>Two Penn Center, Suite 910<br>Philadelphia, PA 19102<br>Telephone:    215-569-0000<br>Facsimile:    215-636-3999<br>E-mail:    jbart@wilentz.com<br><br>Attorneys for Estate of Tabas<br><br>JANET L. CHUBB, ESQ.<br>Nevada State Bar No. 176<br>LOUIS M. BUBALA III, ESQ.<br>Nevada State Bar No. 8974<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>Telephone: 775-786-5000<br>Fax: 775-786-1177<br>Email:  jlc@jonesvargas.com<br>   and  tbw@jonesvargas.com<br>   and  lbubala@jonesvargas.com<br><br>Attorneys for Fertitta Enterprises, Inc.,<br>and designated Nevada counsel for Estate of Tabas | *Electronically Filed on:*<br>*January 17, 2007* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor.<br><br>USA SECURITIES, LLC,<br>                                                                    Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter        11<br><br>**ATTORNEY INFORMATION SHEET RE MOTION FOR ORDER SHORTENING TIME ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC**<br>**(Affects USA CM ONLY)**<br><br>Hearing Date:<br>Hearing Time: |

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn, Stay Relief, 1.17.07\Attorney Information Sheet.doc

As required by the Court under LR 9006, we provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time. They agree or disagree to the time being shortened, as follows:

| Name<br>(Party Represented) | How & When<br>(Date of Notice) | Agree | Disagree |
|---|---|---|---|
| Annette W. Jarvis, Esq.<br>Douglas M. Monson, Esq.<br>Steven C. Strong, Esq.<br>Leonard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>For Debtors | 1/17/07<br>Email | | |
| August D. Landis, Esq.<br>For U.S. Trustee | 1/17/07<br>Email | X | |
| Rob Charles, Esq.<br>For Committee for Unsecured Creditors | 1/17/07<br>Email | | X |
| Gerald M. Gordon, Esq.<br>For Committee for Direct Lenders | 1/17/07<br>Email | X | |
| Frank A. Merola, Esq.<br>Eve H. Karasik, Esq.<br>Christine M. Pajak, Esq.<br>Shawn W. Miller, Esq.<br>Shlomo S. Sherman, Esq.<br>Candace C. Carlyon, Esq.<br>For Committee for First Trust Deed Fund | 1/17/07<br>Email | | |
| Marc A Levinson, Esq.<br>For Committee for Diversified Trust Deed Fund | 1/17/07<br>Email | | X |

/ / /

/ / /

/ / /

/ / /

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

2

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn, Stay Relief, 1.17.07\Attorney Information Sheet.doc

1  Comments re attempt to provide notice:

2  <u>Douglas Monson, one of the attorneys for Debtor, responded to the email that Ms. Jarvis was the best one to answer our request and she is not available today, but conditionally Debtor does not</u>

3  <u>agree.  No one else from the Debtor counsel responded. The email was sent at 4:00 p.m. with a request for response asap.</u>

4

5  <u>No one from the First Trust Deed Fund Committee counsel responded.</u>

6      DATED this 17th day of January, 2007.

7  WILENTZ GOLDMAN & SPITZER P.A.    JONES VARGAS

8  _//s//Jonathan J. Bart_____    _//s//Louis M. Bubala III_____

9  JONATHAN J. BART, ESQUIRE    JANET L. CHUBB, ESQUIRE
   Two Penn Center Plaza, Suite 910    LOUIS M. BUBALA III, ESQUIRE

10 Philadelphia, PA 19102    100 W. Liberty St., 12th Floor
   215-569-0000    P.O. Box 281

11     Reno, NV 89504-0281
       775-786-5000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn, Stay Relief, 1.17.07\Attorney Information Sheet.doc