UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>        Debtor<br>_____<br><br>SEE ATTACHED<br><br>        Appellant<br>vs<br><br>SEE ATTACHED<br><br>        Appellee | BK-S  06–10725–LBR<br><br>ADV<br><br>BAP No.<br><br>Appeal Ref   07–01 |

### NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES IN APPEAL:

YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed by SEE ATTACHED LIST OF APPELLANTS with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being hereto attached.

///
///
///
///

1 | For further information, you may contact the Clerk of the Bankruptcy Appellate
2 | Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

3 | DATED:    01/18/07

PATRICIA GRAY, CLERK

By    /S/ WILLIAM M. LAKAS
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 South Grand Ave.
Pasadena, CA 91105

U.S. TRUSTEE
LAS VEGAS, NV 89101
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

APPELLANTS:

LENDERS PROTECTION GROUP
RUTH ANN KEHL
ROBERT A. KEHL
CHRISTINA "TINA" M KEHL
KRYSTINA L. KEHL
DANIEL J. KEHL
CHRISTINA M. KEHL
KEHL DEVELOPMENT CORPORATION
CHARLES B. ANDERSON TRUST
RITA P. ANDERSON TRUST
ROBERT J. KEHL
KEVIN A. KEHL
BALTES COMPANY
MOJAVE CANYON INC.

9/04

- 2 -

Case 06-10725-gwz Doc 2465 Entered 01/18/07 07:23:10 Page 3 of 3

**LIST OF APPELLEES**

| | |
|---|---|
| August B. Landis, Esq.<br>Office of the U.S. Trustee<br>300 Las Vegas Blvd., S, Ste 4300<br>Las Vegas, NV 89101<br>(702) 388-6600 | Dean Kirby, Esq.<br>Kirby & McGuinn, A P.C.<br>600 B Street, Suite 1950<br>San Diego, Ca 92101<br>(619) 685-4000<br>Counsel for Debt Acquisition Corp. |
| Robert Le Pome, Esq.<br>10120 S. Eastern Ave. #200<br>Henderson, NV 89052<br>(702) 492-1271<br>Counsel for The Alexander Group | Janet Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>Reno, NV 89501<br>(775) 788-2205<br>Counsel for The Jones Vargas Direct Lenders |
| George Davis<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>Counsel for Compass Partners | David Cohen<br>Warner Stephens, LLP<br>301 Commerce Street, #1700<br>Fort Worth, TX 76102<br>(817)810-5250<br>Counsel for Sierra Liquidity Fund |
| Michael Schmahl, Esq.<br>1319 N. Wood Street, #3B<br>Chicago, Il. 60622<br>(773)278-5223<br>Counsel for Dr. Gary Kantor, Mrs. Cantor and Kantor Nephrology 401K plan | Eric Field, Esq.<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>(702) 388-6336<br>Counsel for Pension Benefit Guarantee Corporation |
| Russell Walker, Esq.<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111<br>(801) 364-1100<br>Counsel for USA Investment Partners, LLC, Joseph Milinowski and Thomas Hanges | Gregory Walch, Esq.<br>400 South Fourth Street, Third Floor<br>Las Vegas, NV 89101<br>(702) 791-0308<br>Counsel for Gregory J. Walch and Shauna M Walch Family Trust |
| Jeffrey Sylvester<br>Sylvester & Polednak, LTD<br>7371 Prairie Falcon, Suite 120<br>Las Vegas, NV 89128<br>(702) 952-5200<br>Counsel for USA Commercial Real Estate Group | Susan Scann, Esq.<br>Deaner, Deaner, Scann, Malan & Larsen<br>720 South Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>(702) 382-6911<br>Counsel for Copper Sage Commercial Center and Binford Medical Developers, LLC |
| Annette W. Jarvis, Esq.<br>Ray Quinney & Nebeker PC<br>36 South State St., Ste. 1400<br>Salt Lake City, UT 84145-0385<br>(801) 532-1500<br>Counsel For Debtors | Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law<br>2850 S. Jones Blvd., Ste. 1<br>Las Vegas, NV 89146-5408<br>(702) 228-7590<br>Counsel for the Debtors |
| Marc A. Levinson, Esq.<br>Orrick, Herrington & Sutcliffe<br>400 Capitol Mall, Ste. 3000<br>Sacramento, CA 95814<br>(916) 329-7921<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | Frank A. Merola, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>(310) 228-5600<br>Counsel for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC |
| Gerald M. Gordon, Esq.<br>Greg Garman, Esq.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy, 9th Fl<br>Las Vegas, NV 89109<br>(702)796-5555<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company | Rob Charles, Esq.<br>Lewis and Roca, LLP<br>LEWIS AND ROCA LLP<br>1 SOUTH CHURCH AVENUE #700<br>TUCSON, AZ 857011611<br>(520) 629-4427<br>Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| Andrew Brumby, Esq.<br>Shutts & Brown, LLP<br>300 South Orange Ave., Suite 1000<br>Orlando, FL. 32802<br>(407) 423-3200<br>Counsel for Standard Property Development | Wade Gochnour, Esq.<br>1117 South Rancho Drive<br>Las Vegas, NV 89102<br>(702) 474-7557<br>Counsel for Liberty Bank |