Received and
FILED AND ENTERED
ON DOCKET

JAN 18  6 53 AM '07

U.S. BANK____ ____
PATRICIA GRAY, CLERK

# TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME**  USA COMMERCIAL MORTGAGE COMPANY

**BANKRUPTCY NO**  BK-S  06-10725-LBR

**ADVERSARY NO**

**REFERENCE NO**  APPEAL REF  07-01

**BANKRUPTCY JUDGE**  LINDA B. RIEGLE

**DATE NOTICE OF APPEAL FILED**  01/16/07
**DATE AMENDED NOTICE OF APPEAL FILED**  01/17/07
**DATE OF ENTRY OF ORDER APPEALED**  EOD  1/8/07

**DATE BANKRUPTCY FILED**  4/13/06

**DATE NOTICE OF APPEAL AND NOTICE OF OBJECTION PERIOD MAILED TO PARTIES**  01/18/07

**DATE OF TRANSMITTAL**  01/18/07

WILLIAM M. LAKAS
**DEPUTY CLERK**