RECEIVED
AND FILED

JAN 16   8 52 AM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re                                    )
                                         )
USA COMMERCIAL MORTGAGE                  )
   COMPANY                               )
                                         )        BK-S  06–10725–LBR
                          Debtor         )
                                         )        ADV
_____  )
                                         )
DEBT ACQUISITION COMPANY                 )        BAP No.
   OF AMERICA V                          )
                          Appellant      )
                                         )        Appeal Ref    07–02
vs                                       )
                                         )
SEE ATTACHED                             )
                                         )
                          Appellee       )
_____  )

**NOTICE OF REFERRAL OF APPEAL TO**
**BANKRUPTCY APPELLATE PANEL**

TO ALL PARTIES IN APPEAL:

    YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed

by  DEBT ACQUISITION COMPANY              with the Clerk of the Bankruptcy Court.  By
        OF AMERICA V

virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this

district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of

the Ninth Circuit (BAP).

    Any party desiring to object to such referral must do so in conformity with the

foregoing orders and their provisions for reference to BAP, a copy thereof being hereto

attached.

/ / /

/ / /

/ / /

/ / /

1       For further information, you may contact the Clerk of the Bankruptcy Appellate

2 Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

3       DATED:   1/18/07

                               PATRICIA GRAY, CLERK

4

5

                         By      /S/ WILLIAM M. LAKAS

6                          Deputy Clerk

                         U.S. Bankruptcy Court

7                          300 Las Vegas Blvd., So.

                         Las Vegas, NV 89101

8 PARTIES:

9

BANKRUPTCY APPELLATE PANEL

10 125 South Grand Ave.

Pasadena, CA 91105

11

12 U.S. TRUSTEE

LAS VEGAS, NV 89101

13 300 LAS VEGAS BLVD S #4300

LAS VEGAS NV 89101

14

15

16

17

18

19

20

21

22

23

24

25

26

  9/04

27

28                     - 2 -

APPELLANT:

Debt Acquisition Company of America V

Represented by:

Dean T. Kirby, Jr.     Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000

and by:

Michelle L. Abrams     Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
Telephone: (702) 233-5040

THE DEBTORS:

USA Commercial Mortgage Company
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC

Represented by:

Annette W. Jarvis
Steven Strong
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, Ut 84145-0385
801-532-1500

and by:

Lenard E. Schwartzer
Jeanette E. Mcpherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146
Telephone: 702-228-7590

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No.   1

3    UNITED STATES DEPARTMENT OF JUSTICE
     Sara L. Kistler, Acting U.S. Trustee, Region 17

     Represented by:

     August B. Landis, Assistant United States Trustee
     Office of the United States Trustee
     300 Las Vegas Boulevard, So., Suite 4300
     Las Vegas, Nevada 89101
     Telephone: (702) 388-6600

4    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF USA COMMERCIAL MORTGAGE COMPANY

     Represented by:

     Susan M. Freeman
     Rob Charles
     LEWIS AND ROCA, LLP
     3993 Howard Hughes Parkway, Ste 600
     Las Vegas, NV 89109
     Telephone:  702-949-8320

5    OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY
     CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY

     Represented by:

     Gerald M. Gordon
     Gregory E. Garman
     GORDON & SILVER, LTD.
     3960 Howard Hughes Pky 9th Flr
     Las Vegas, NV 89109
     (702) 796-5555

6    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
     OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

     Represented by:

     Marc A. Levinson
     Jeffery Hermann
     ORRICK, HERRINGTON & SUTCLIFFE LLP
     400 Capital Mall, Suite 3000
     Sacramento, CA 95814
     (916) 329-7921

     and by:

     Bob L. Olson
     Anne M. Loraditch
     BECKLEY SINGLETON, CHTD.
     530 Las Vegas Blvd., So.
     Las Vegas, NV 89101
     Telephone:  (702) 385-3373

7    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
     OF USA CAPITAL FIRST TRUST DEED FUND LLC

     Represented by:

     Frank A. Merola
     Eve Karasik
     Christine Pajak
     STUTMAN TREISTER & GLATT, P.C.
     1901 AVENUE OF THE STARS, 12TH FLR
     LOS ANGELES, CA 90067
     (310) 228-5600

     and by:

     Candace C. Carlyon
     SHEA & CARLYON, LTD.
     228 S 4th Street, First Floor
     Las Vegas, NV 89101
     (702) 471-7432

8    THE "LENDERS PROTECTION GROUP"

     Represented by:

     Alan Smith
     Law Offices of Alan R. Smith
     505 Ridge Street
     Reno, Nevada 89501
     (775) 786-4579

9    PENSION BENEFIT GUARANTY CORPORATION

     Represented by:

     Eric Field
     Assistant United States Attorney
     333 Las Vegas Blvd. South, Suite 5000
     Las Vegas, Nevada 89101
     (702) 388-6336

10   THE ALEXANDER GROUP

     Represented by:

     Nancy Allf
     PARSONS BEHLE & LATIMER
     411 E Bonneville Ave, #100
     Las Vegas, Nevada 89101
     (702) 599-600

     and by:

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No.   3

1    Robert Lepome
       10120 S. Eastern Ave., #200
2    Henderson, NV 89052
       (702) 492-1271
3

4   11   DR. GARY KANTOR, MRS. KANTOR
       AND KANTOR NEPHROLOGY 401K PLAN
5
       Represented by:
6
       Michael Schmahl, Esq.
7    13191319 N. Wood Street, #3B
       Chicago, Il. 60622
8    (773) 278-5223

9    and by:

10   Jeffrey G. Sloane, Esq.
      KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY
11   1389 Galleria Drive, Suite 200
      Henderson, NV 89014
12   (702) 362-6666

13  12   JONES VARGAS DIRECT LENDERS

14    Represented by:

15   Janet Chubb
      JONES VARGAS
16   100 W. Liberty St., 12th Floor
      Reno, NV 89501
17   (775) 788-2205

18
19  13   COMPASS PARTNERS

20    Represented by:

21   George Davis
      WEIL, GOTSHAL & MNGES
22   767 Fifth Avenue
      New York, New York 10153
23   (212) 310-8000

24   and by:

25   Peter Bernard
      BULLIVANT HOUSER BAILY
26   3980 Howard Hughes Parkway, Suite 550
      Las Vegas, Nevada 89069
27   (702) 650-6565

28  / / /

    / / /

---

14    SIERRA LIQUIDITY FUND

Represented by:

David Cohen
WARNER STEPHENS, LLP
301 Commerce Street, #1700
Fort Worth, TX 76102
(807) 810-5250

and by:

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
(702) 233-5040

15    GREGORY J. WALCH AND SHAUNA M. WALCH, TRUSTEES
OF THE GREGORY J. AND SHAUNA M. WALCH FAMILY TRUST

Represented by:
Gregory J. Walch
400 South Fourth Street, 3RD Floor
Las Vegas, Nevada 89101
(702) 791-0308

16    USA COMMERCIAL REAL ESTATE GROUP

Represented by:

Jeffrey Sylvester
SYLVESTER & POLEDNAK, LTD
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128
(702) 952-5200

17    COPPER SAGE COMMERCIAL CENTER
and BINFORD MEDICAL DEVELOPERS, LLC

Represented by:

Susan Scann
DEANER, DEANER, SCANN MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, NV 89101
(702) 382-6911

///

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No.  5

18    USA INVESTMENT PARTNERS, LLC,
      JOSEPH MILANOWSKI and THOMAS HANTGES

      Represented by:


      Russell Walker
      WOODBURY & KESLER, P. C.
      265 East 100 South, Suite 300
      Salt Lake City, Utah 84111
      (801) 364-1100

      and by:

      Joseph Huggins
      HUGGINS & ASSOCIATES
      1000 N. Green Valley Parkway, Suite 440-2
      Henderson, Nevada 89014
      (702) 373-8664


19    STANDARD PROPERTY DEVELOPMENT

      Represented by:

      Andrew Brumby
      SHUTTS & BOWEN LLP
      PO Box 4956
      Orlando, FL 32802-4956
      Telephone: (407) 423-3200

      and by:

      R. Vaughn Gourley
      STEPHENS, GOURLEY & BYWATER
      3636 North Rancho Drive
      Las Vegas, NV 89130
      (702) 656-2355

20    LIBERTY BANK

      Represented by:

      Wade Gochnour
      Aryn M. Fitzwater
      HANEY, WOLOSON & MULLINS
      1117 South Rancho Drive
      Las Vegas, NV 89102
      Telephone: (702) 474-7557


///

///

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No.  6