RECEIVED
AND FILED

JAN 18  8 51 AM '07

[BANKRUPTCY COURT
PATRICIA GRAY
CLERK]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**300 LAS VEGAS BLVD., SO.**
**LAS VEGAS, NV 89101**

**TO:**   SEE ATTACHED LIST

**FROM:**   WILLIAM M. LAKAS          , DEPUTY CLERK

**DATE:**   1/18/07

**RE:**   06-10725-LBR
          Notice of Appeal re    APPEAL REFERENCE NUMBER 07-02

The following items(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 10 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings & exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 10 days after filing the Notice of Appeal. The Appellee is allowed 10 days after service of the Appellant Statement of Issues & Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

1  APPELLANT:

Debt Acquisition Company of America V

Represented by:

Dean T. Kirby, Jr.   Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000

and by:

Michelle L. Abrams   Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
Telephone: (702) 233-5040

2  THE DEBTORS:

USA Commercial Mortgage Company
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC

Represented by:

Annette W. Jarvis
Steven Strong
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, Ut 84145-0385
801-532-1500

and by:

Lenard E. Schwartzer
Jeanette E. Mcpherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146
Telephone: 702-228-7590

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 1

| | |
|---|---|
| 3 | UNITED STATES DEPARTMENT OF JUSTICE<br>Sara L. Kistler, Acting U.S. Trustee, Region 17 |

Represented by:

August B. Landis, Assistant United States Trustee
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600

4 OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF USA COMMERCIAL MORTGAGE COMPANY

Represented by:

Susan M. Freeman
Rob Charles
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89109
Telephone: 702-949-8320

5 OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY
CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY

Represented by:

Gerald M. Gordon
Gregory E. Garman
GORDON & SILVER, LTD.
3960 Howard Hughes Pky 9th Flr
Las Vegas, NV 89109
(702) 796-5555

6 OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

Represented by:

Marc A. Levinson
Jeffery Hermann
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814
(916) 329-7921

and by:

Bob L. Olson
Anne M. Loraditch
BECKLEY SINGLETON, CHTD.
530 Las Vegas Blvd., So.
Las Vegas, NV 89101
Telephone: (702) 385-3373

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 2

| | | |
|---|---|---|
| 1 | 7 | OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC |
| 2 | | |
| | | Represented by: |
| 3 | | |
| | | Frank A. Merola |
| 4 | | Eve Karasik |
| | | Christine Pajak |
| 5 | | STUTMAN TREISTER & GLATT, P.C. |
| | | 1901 AVENUE OF THE STARS, 12TH FLR |
| 6 | | LOS ANGELES, CA 90067 |
| | | (310) 228-5600 |
| 7 | | |
| | | and by: |
| 8 | | |
| | | Candace C. Carlyon |
| 9 | | SHEA & CARLYON, LTD. |
| | | 228 S 4th Street, First Floor |
| 10 | | Las Vegas, NV 89101 |
| | | (702) 471-7432 |
| 11 | | |
| | 8 | THE "LENDERS PROTECTION GROUP" |
| 12 | | |
| | | Represented by: |
| 13 | | |
| | | Alan Smith |
| 14 | | Law Offices of Alan R. Smith |
| | | 505 Ridge Street |
| 15 | | Reno, Nevada 89501 |
| | | (775) 786-4579 |
| 16 | | |
| 17 | 9 | PENSION BENEFIT GUARANTY CORPORATION |
| 18 | | Represented by: |
| 19 | | Eric Field |
| | | Assistant United States Attorney |
| 20 | | 333 Las Vegas Blvd. South, Suite 5000 |
| | | Las Vegas, Nevada 89101 |
| 21 | | (702) 388-6336 |
| 22 | | |
| | 10 | THE ALEXANDER GROUP |
| 23 | | |
| | | Represented by: |
| 24 | | |
| | | Nancy Allf |
| 25 | | PARSONS BEHLE & LATIMER |
| | | 411 E Bonneville Ave, #100 |
| 26 | | Las Vegas, Nevada 89101 |
| | | (702) 599-600 |
| 27 | | |
| | | and by: |
| 28 | | |

In re USA Commercial Mortgage Company, et al.  
Notice of Appeal of Order Confirming Debtors' Third Amended Plan  
Bankruptcy Case No. BK-S-06-10729 LBR  
Page No. 3

```
 1    Robert Lepome
      10120 S. Eastern Ave., #200
 2    Henderson, NV 89052
      (702) 492-1271
 3

 4  11  DR. GARY KANTOR, MRS. KANTOR
        AND KANTOR NEPHROLOGY 401K PLAN
 5
        Represented by:
 6
        Michael Schmahl, Esq.
 7      13191319 N. Wood Street, #3B
        Chicago, Il. 60622
 8      (773) 278-5223

 9      and by:

10      Jeffrey G. Sloane, Esq.
        KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY
11      1389 Galleria Drive, Suite 200
        Henderson, NV 89014
12      (702) 362-6666

13  12  JONES VARGAS DIRECT LENDERS

14      Represented by:

15      Janet Chubb
        JONES VARGAS
16      100 W. Liberty St., 12th Floor
        Reno, NV 89501
17      (775) 788-2205

18
    13  COMPASS PARTNERS
19
        Represented by:
20
        George Davis
21      WEIL, GOTSHAL & MNGES
        767 Fifth Avenue
22      New York, New York 10153
        (212) 310-8000
23
        and by:
24
        Peter Bernard
25      BULLIVANT HOUSER BAILY
        3980 Howard Hughes Parkway, Suite 550
26      Las Vegas, Nevada 89069
        (702) 650-6565
27
    ///
28
    ///
```

14    SIERRA LIQUIDITY FUND

Represented by:

David Cohen
WARNER STEPHENS, LLP
301 Commerce Street, #1700
Fort Worth, TX 76102
(807) 810-5250

and by:

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Meade Blvd., Suite 210
Las Vegas, NV 89128
(702) 233-5040

15    GREGORY J. WALCH AND SHAUNA M. WALCH, TRUSTEES
OF THE GREGORY J. AND SHAUNA M. WALCH FAMILY TRUST

Represented by:
Gregory J. Walch
400 South Fourth Street, 3RD Floor
Las Vegas, Nevada 89101
(702) 791-0308

16    USA COMMERCIAL REAL ESTATE GROUP

Represented by:

Jeffrey Sylvester
SYLVESTER & POLEDNAK, LTD
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128
(702) 952-5200

17    COPPER SAGE COMMERCIAL CENTER
and BINFORD MEDICAL DEVELOPERS, LLC

Represented by:

Susan Scann
DEANER, DEANER, SCANN MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, NV 89101
(702) 382-6911

///

| | | |
|---|---|---|
| 1 | 18 | USA INVESTMENT PARTNERS, LLC, JOSEPH MILANOWSKI and THOMAS HANTGES |

Represented by:

Russell Walker
WOODBURY & KESLER, P. C.
265 East 100 South, Suite 300
Salt Lake City, Utah 84111
(801) 364-1100

and by:

Joseph Huggins
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson, Nevada 89014
(702) 373-8664

19    STANDARD PROPERTY DEVELOPMENT

Represented by:

Andrew Brumby
SHUTTS & BOWEN LLP
PO Box 4956
Orlando, FL 32802-4956
Telephone: (407) 423-3200

and by:

R. Vaughn Gourley
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, NV 89130
(702) 656-2355

20    LIBERTY BANK

Represented by:

Wade Gochnour
Aryn M. Fitzwater
HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, NV 89102
Telephone: (702) 474-7557

///

///

In re USA Commercial Mortgage Company, et al.
Notice of Appeal of Order Confirming Debtors' Third Amended Plan
Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 6