RECEIVED
AND FILED

JAN 18  8 52 AM '07

BANKRUPTCY
PATRICIA GRAY
CLERK

## TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME**    USA COMMERCIAL MORTGAGE COMPANY

**BANKRUPTCY NO**    BK-S  06-10725-LBR

**ADVERSARY NO**

**REFERENCE NO**    APPEAL REF  07-02

**BANKRUPTCY JUDGE**    LINDA B. RIEGLE

**DATE NOTICE OF APPEAL FILED**    1/17/07

**DATE OF ENTRY OF ORDER APPEALED**    EOD  1/8/07

**DATE BANKRUPTCY FILED**    4/13/06

**DATE NOTICE OF APPEAL AND NOTICE OF OBJECTION PERIOD MAILED TO PARTIES**    1/18/07

**DATE OF TRANSMITTAL**    1/18/07


/S/ WILLIAM M. LAKAS
**DEPUTY CLERK**