NOEJ
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorneys for Copper Sage Commerce Center, LLC

**E-Filed On** 1|18|07

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>         Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>         Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>         Debtor | **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO TEMPORARILY ALLOW CLAIM OF COPPER SAGE COMMERCE CENTER, LLC, FOR VOTING PURPOSES** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>         Debtor | Affects:<br>■USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>         Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

**Date of Hearing: 12/15/2006**
**Time of Hearing: 9:30 a.m.**

PLEASE TAKE NOTICE that on the 10ᵗʰ day of January, 2006, an Order Granting

Motion to Temporarily Allow Claim for Voting Purposes, to be heard on **DECEMBER 15, 2006**

/ / /

/ / /

1  at the hour of **9:30 a.m.** was entered upon the above entitled Court's docket.  A copy of said

2  Order is attached hereto.

3      DATED this 18th day of January, 2007.

4                              Respectfully Submitted,

5                              DEANER, DEANER, SCANN,
                               MALAN and LARSEN
6

7      By:

8                              SUSAN WILLIAMS SCANN, ESQ.
                               Nevada Bar No. 000776
                               PAUL R. CONNAGHAN, ESQ.
9                              Nevada Bar No.  003229
                               720 South Fourth Street, Suite 300
10                             Las Vegas, Nevada 89101
                               Attorneys for
11                             Copper Sage Commerce Center, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2



Entered on Docket
January 10, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Copper Sage Commerce Center, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                    Debtor

In re:

USA CAPITAL REALTY ADVISORS, LLC.

                    Debtor

In re:

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC.

                    Debtor

In re:

USA CAPITAL FIRST TRUST
DEED FUND, LLC.

                    Debtor

Case No.  BK-S-06-10725 LBR
Case No.  BK-S-06-10726 LBR
Case No.  BK-S-06-10727 LBR
Case No.  BK-S-06-10728 LBR
Case No.  BK-S-06-10729 LBR

Chapter 11
Jointly Administered Under

ORDER TO TEMPORARILY ALLOW
CLAIM FOR VOTING PURPOSES

Date of Hearing: 12.15.2006
Time of Hearing: 0930

Affects:
■ USA Commercial Mortgage Company
□ USA Capital Diversified Trust Deed Fund, LLC
□ USA Capital First Trust Deed Fund, LLC



In re:                                    ☐USA Securities, LLC
                                          ☐USA Realty Advisors, LLC
USA SECURITIES, LLC,                      ☐All Debtors

              Debtor

... ....... ......ORARILY ALLOW CLAIM FOR VOTING PURPOSES

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the general unsecured ...

of Copper Sage Commerce Center, LLC, be and the same hereby is temporarily allowed, for voting

purposes only, in the amount of $3,500,000.00.

Submitted by:

DEANER, DEANER, SCANN,
MALAN & LARSEN

By
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Copper Sage Commerce Center, LLC

APPROVED AS TO FORM AND CONTENT

LENARD SCHWARTZER, ESQ.

UNITED STATES TRUSTEE

F:\OTHER\CLIENT\Robert  Russell Perkins\Copper Sage II\Docs\Order on Motion.wpd        2

1

# CERTIFICATE OF MAILING

2    I hereby certify that service of the above and foregoing **NOTICE OF ENTRY OF**

3    **ORDER GRANTING MOTION TO TEMPORARILY ALLOW CLAIM OF COPPER SAGE**

4    **COMMERCE CENTER, LLC FOR VOTING PURPOSES** was made this 18th day of January,

5    2007, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-

6    prepaid, addressed to the following:

7    **DEBTOR AND COUNSEL**

8

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

9

10

11

12    USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

13

14

15

16    OFFICE OF THE U.S. TRUSTEE
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV 89101

Adib M. Al-Awar
1330 Burro Ct
Gardnerville, NV 89140

17

18

19    Byrne E. Falke, Sr.
P. O. Box 3774
Incline Village, NV 89450

Everett H. Johnson
P. O. Box 3605
Incline Village, NV 89450

20

21    August J. Amaral
P. O. Box 70097
Reno, NV 89570

Byrne E. Falke, Sr.
P. O. Box 3774
Incline Village, NV 89450

22

23    Susan M. Jones
2116 Sand Point Rd
Discovery Bay, CA 94514

Peter Bogart
P. O. Box 3663
Incline Village, NV

24

25    Allen K, Forbes
335 Brande Way
Carson City, NV 89704

Stewart Karlinsky
55 Hallmark Circle
Menlo Park, CA 94025

26

27

28

3

4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Michael T. Bridges
4235 Citrus Circle
Yorba Linda, CA 92886

Edward C. Fraser
14220 Sorrel Lane
Reno, NV 89511

Marcia J. Knox
1885 Vintners Place
Reno, NV 89509

William E. Buck
P. O. Box 5127
Reno, NV 89513

Paul L. Garcell
2013 Grouse Street
Las Vegas, NV 89134

Ryan Kurlinski
4335 Glen Lytle Road
Pittsburgh, PA 15217

Sher Ciaramitaro
10 Robinsdale Rd.
Martinez, CA 94553

James Paul Goode
300 John Thomas Lane
Reno, NV 89513

Terry Markwell
12765 Silver Wolf Rd.
Reno, NV 89511

Garth Neal Clifford
1648 Warrington Dr.
Henderson, NV 89052

Roberta K. Hatfield
2747 Crown Ridge Drive
Las Vegas, NV 89134

C/O FIRST SAVINGS BANK
2605 East Flamingo Road
Las Vegas, NV 89121

C/O CHUCK HEINRICHS
198 E. Pajaro
Newbury Park, CA 91320

JOHN H. WARNER, JR.
2048 North Chettro Trail
St. George, UT 84770

Mary E. and Matthew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA 90266

RICHARD G. WOUDSTRA REVOCABLE
TRUST
RICHARD G. WOUDSTRA, TTWW
P. O. Box 530025
Henderson, NV 89053

WEN BALDWIN SEPARATE PROPERTY
TRUST
365 Dooley Drive
Henderson, NV 89015

JERRY T. MCGIMSEY
3115 South El Camino Rd.
Las Vegas, NV 89146

RICHARD HOROWITZ
5 Fir Drive
Kingspoint, NY 11024

ROBERT G. WORTHEN
1112 Worthen Circle
Las Vegas, NV 89145

KATZ 2000 SEPARATE PROPERTY TRUST
SARA M. KATZ, MANAGING TRUSTEE
4250 Executive Square, #670
San Diego, CA 92037

THOMAS C. LAWYER FAMILY TRUST
45 Ventana Canyon Drive
Las Vegas, NV 89113

MARJAN RUTAR
4043 Chalfont Court
Las Vegas, NV 89121

CHARLES O. NICHOLS and FLORA A. NICOLS
2561 Seascape Drive
Las Vegas, NV 89128

ROBERT H. MANSFIELD
3611 Victory Avenue
Las Vegas, NV 89121

4

FERTITA ENTERPRISES, INC.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

WILLIAM J. BULLARD
FERTITA ENTERPRISES, INC.
P. O. Box 27555
Las Vegas, NV 89126

DENNIS FLIER, INC. DEFINED BENEFIT
TRUST
20155 Porto Vita Way #1803
Aventura, FL 33180

JAMES W. MCCOLLUM and
PAMELA P. MCCOLLUM
1011 F. Avenue
Coronado, CA 92118

C/O EDWARD W. HOMFELD
858 Bishop Road
Grosse Pointe Park, MI 48230

U. S. SECURITIES AND EXCHANGE
COMMISSION
ATTN: SANDRA W. LAVIGNA
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

DEPARTMENT OF EMPLOYMENT TRAINING
EMPLOYMENT SEC. DIV., CONTRIBUTIONS
500 East Third Street
Carson City, NV 89713-0030

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY DESK
9790 Gateway Drive
Reno, NV 89521-5906

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
Stop 5028 110 City Parkway
Las Vegas, NV 89106

NV DEPARTMENT OF TAXATION
REVENUE DIVISION
Capitol Complex
Carson City, NV 89701-0003

HELMS HOMES, LLC
C/O TERRY HELMS
809 Upland Blvd.
Las Vegas, NV 89107

TERRY HELMS LIVING TRUST
809 Upland Blvd.
Las Vegas, NV 89107

ARTHUR POLACHECK and
GLORIANNE POLACHECK
2056 Wooklake Circle
Deerfield Beach, FL 33442

HOMFELD II, LLC
777 South Federal Highway
Suite –409
Pompano Beach, FL 33062

NEVADA MORTGAGE LENDING DIVISION
ATTN: SUSAN ECKHARDT
3075 East Flamingo #100
Las Vegas, NV 89121

PENSION BENEFIT GUARANTY
CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K. Street, N.W.
Washington, D.C. 20005-4026

DMV AND PUBLIC SAFETY RECORDS
SECTION
555 Wright Way
Carson City, NV 89711-0250

NV DEPT. OF TAXATION
BANKRUPTCY DIVISION
555 East Washington, #1300
Las Vegas, NV 89101

SECRETARY OF STATE
STATE OF NEVADA
202 North Carson Street
Carson City, NV 89701

OFFICE OF LABOR COMMISSIONER
555 East Washington Ave., Suite 4100
Las Vegas, NV 89101

5

1

2   U. S. ATTORNEY
    DISTRICT OF NEVADA
3   323 Las Vegas Blvd., So., #5000
    Las Vegas, NV 89101

4   DISTRICT COUNSEL
    INTERNAL REVENUE SERVICE
5   110 City Parkway
    Las Vegas, NV 89106

6   FHA/HUD
    300 Las Vegas Blvd., #2900
7   Las Vegas, NV 89101

8

9   CLARK COUNTY TREASURER
    C/O BANKRUPTCY CLERK
10  P. O. Box 551220
    Las Vegas, NV 89155-1220

11  DON TOMLIN
    C/O DAVID W. MOUNIER
12  15316 Sky High Road
    Escondido, CA 92055

13  EDWARD W. HOMFELD
    HOMFELD II LLC
14  777 South Federal Highway, Suite –409
    Pompano Beach, FL 33062

15  RJ ROCCO
16  12617 Cottageville Lane
    Keller, TX 76248

17  JANNY CATHARINA BROUWER
18  2533 Kinnard Avenue
    Henderson, NV 89074

19

20  MICHAEL R. SHULER
21  C/O JAY R. EATON
    Eaton & O'Leary, PLLC
22  115 Grove Avenue
    Phoenix, AZ 86301

23  MARTIN B. WEISS, ESQ.
    The Garrett Group, LLC
24  One Better World Circle, Suite 300
    Temecula, CA 92590
25

26

27

28

---

UNITED STATES DEPT. OF JUSTICE
TAX-DIVISION-WESTERN REGION
P. O. Box 683-Ben Franklin Station
Washington, D.C. 20044

Internal Revenue Service
Ogden, UT 84201

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE AND CLAIMS
3225 North Central
Phoenix, AZ 85012

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P. O. Box 551401
Las Vegas, NV 89155-1401

MARYETTA BOWMAN
534 Enchanted Lakes Drive
Henderson, NV 89052

RICHARD MCKNIGHT, ESQ.
Law Offices of Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101

MARGIE GANDOLFO
1724 Arrow Wood Drive
Reno, NV 89521

ROBERT R. KINAS, ESQ.
JENNIFER L. MCBEE, ESQ.
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy., #1000
Las Vegas, NV 89109

JANET L. CHUBB, ESQ.
Jones Vargas
100 West Liberty Street, 12th Floor
P. O. Box 281
Reno, NV 89504-0281

ATTILA JEFZENSZKY
1720 Colavita Way
Reno, NV 89521

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VINCE DANELIAN
C/O EDWARD J. HANIGAN, ESQ.
199 N. Arroyo Grande Blvd., #200
Henderson, NV 89074

PAUL & DONNA JACQUES
810 SE 7th Street, A103
Deerfield Beach, FL 33441

SEAN NAJARIAN, ESQ.
The Najarian Law Firm
283 S. Lake Avenue, Suite 205
Pasadena, CA 91101

NILE LEATHAM
JAMES B. MACROBBIE
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., Ste., 380
Las Vegas, NV 89102

GILBERT B. WEISMAN
Becket and Lee LLP
P. O. Box 3001
Malvern, PA 19355-0701

NICHOLAS J. SANTORO, ESQ.
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

BRADLEY J. STEVENS
Robbins & Green, P.A.
3300 North Central Avenue, Suite 1800
Phoenix, AZ 85012

GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109

JEFFREY G. SLOANE, ESQ.
REGINA M. MCCONNELL, ESQ
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy,
Chtd.
1389 Galleria Drive., Ste, 200
Henderson, NV 89014

WILLIAM L. MCGIMSEY, ESQ.
601 East Charleston Blvd.
Las Vegas, NV 89104

PETER BOLINO
17412 Serene Drive
Morgan Hill, CA 95037

SCOTT D. FLEMING
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169

LAUREL E. DAVIS
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101

CARYN S. TIJSSELING
Beesley, Peck & Matteoni, LTD
5011 Meadowood Mall Way, #300
Reno, NV 89502

JED A. HART
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

CICI CUNNINGHAM, ESQ.
JAMES A. KOHL, ESQ.
CHRISTINE ROBERTS, ESQ.
Rawlings, Olson, Cannon, Gormley & Desruisseaux
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

FRANKLIN C. ADAMS
Best Best & Kriefer, LLP
3750 University Ave.
P. O. Box 1028
Riverside, CA 92502-1028

KEVIN B. CHRISTENSEN
XANNA R. HARDMAN
7440 W. Sahara Ave.
Las Vegas, NV 89117

7

1

2

3

4

RICHARD MASON
PATRICIA K. SMOOTS
MICHAEL M. SCHMAHL
McGuire Woods, LLP
77 West Wacker Drive., Ste., 4100
Chicago, IL  60601

DONALD T. POLEDNAK, ESQ.
7371 Prairie Falcon, Ste., 120
Las Vegas, NV  89128

5

6

7

PETER SUSI
JAY L. MICHAELSON
Michaelson, Susi & Michaelson
Seven West Gigueroa St., 2nd Floor
Santa Barbara, CA  93101-3191

JOAN C. WRIGHT
Allison, Mackenzie, Russell, Pavlakis,
  Wright & Fagan, Ltd.
402 North Division Street
P. O. Box 646
Carson City, NV  89702

8

9

10

BAY COMMUNITIES
C/O CHRIS EL
4800 No. Federal Highway, Suite A205
Boca Raton, FL  33431

ERVEN T. NELSON
Bolick & Boyer
6060 W. Elton Avenue, Ste., A
Las Vegas, NV  89107

11

12

13

MATTHEW Q. CALLISTER
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, NV  89101

ANDREW WELCHER
C/O NORDMAN COMPANY
  HAIR & COMPTON LLP
ATTN:  WILLIAM E. WINFIELD, ESQ.
1000 Town Center Drive, 6th Floor
Oxnard, CA  93031

14

15

16

ROBERT VERCHOTA, GENERAL PARTNER
R & N REAL ESTATE INVESTMENTS, LP
C/O JEFFREY A. COGAN
3990 Vegas Drive
Las Vegas, NV  89108

LAW OFFICES OF JAMES G. SCHWARTZ
JOSHUA D. BRYSK, ESQ.
7901 Stoneridge Drive, Suite 401
Pleasanton, CA  94588

17

18

19

SCOTT K. CANEPA, ESQ.
Canepa, Reidy & Rubing
851 S. Rampart Blvd., #160
Las Vegas, NV  89145

JOHN F. MURTHA
Woodburn & Wedge
Sierra Plaza 6100 Neil Road, Ste., 500
P. O. Box 2311
Reno, NV  89505

20

21

THOMAS W. STILLEY
Sussman Shank LLP
1000 SW Broadway, Ste., 1400
Portland, OR  97205-3089

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
7371 Prairie Falcon, #120
Las Vegas, NV  89128

22

23

24

25

Employee of DEANER, DEANER, SCANN,
MALAN & LARSEN

26

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\NOEJTemp Allow Claim for voting purposes.wpd

27

28

8