Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on January 18, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                 Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                 Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                 Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                 Debtor. | **DEBTORS-APPELLEES' STATEMENT OF ELECTION PURSUANT TO 28 U.S.C § 158(c)(1)(B) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(e) TO HAVE APPEAL HEARD BY THE DISTRICT COURT** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                 Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing: N/A<br>Hearing Time: N/A |

1   With reference to the Notice of Appeal filed on January 17, 2007 by Debt Acquisition
2   Company of America V [Docket No. 2452], Appellees USA Commercial Mortgage Company,
3   USA Capital First Trust Deed Fund, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA
4   Capital Realty Advisors, LLC and USA Securities, LLC, by and through undersigned counsel,
5   hereby elect pursuant to 28 U.S.C. § 158(c)(1)(B) to have the appeal heard by the United States
6   District Court for the District of Nevada.

7   DATED this 18th day of January, 2007.

   /s/   Jeanette E. McPherson
   Lenard E. Schwartzer (NV Bar No. 0399)
   Jeanette E. McPherson (NV Bar No. 5423)
   SCHWARTZER & MCPHERSON
   2850 South Jones Blvd., Suite 1
   Las Vegas, Nevada 89146
   Email: bkfilings@s-mlaw.com

   AND

   Annette W. Jarvis (Utah Bar No. 1649)
   Steven C. Strong (Utah Bar No. 6340)
   RAY QUINNEY & NEBEKER P.C.
   36 South State Street, 14th Floor
   P.O. Box 45385
   Salt Lake City, Utah 84145-0385
   Email: ajarvis@rqn.com
   Email: strong@rqn.com

   *Attorneys for Appellees*