1  Dean T. Kirby, Jr.     California Bar No.090114
   Leonard J. Ackerman    California Bar No. 204880
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4
   Michelle L. Abrams, Esq. Nevada Bar No. 5565
5  MICHELLE L. ABRAMS, LTD.
   7201 West Lake Mead Blvd., Suite 210
6  Las Vegas, Nevada 89128
   Telephone: (702)233-5040 Facsimile (702)233-2209
7  mabrams@mabramslaw.com
   Attorneys for Debt Acquisition Company of America
8

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S- 06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, *fka* USA Capital | PROOF OF SERVICE |
| Debtor | |

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On January 18, 2007 I served the following document(s):

- **NOTICE OF APPEAL OF ORDER CONFIRMING THE"DEBTORS THIRD AMENDED JOINT PLAN OF REORGANIZATION" AS MODIFIED THEREIN**

■ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per attached (ATTACHMENT A). I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

■ ECF Email system as per attached list (ATTACHMENT B)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 18, 2007

/s/ John Hebert
John Hebert