ATTACHMENT A - SPECIAL NOTICE LIST  VIA U. S. MAIL

| | |
|---|---|
| ANDREW K. ALPER<br>6500 WILSHIRE BLVD, 17TH FLOOR<br>LOS ANGELES, CA 90048 | C. RANDALL BUPP<br>2000 CROW CANYON PL., #330<br>SAN RAMON, CA 94583 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | ANGELO GORDON AND CO<br>C/O JED HART<br>245 PARK AVE, 26TH FL<br>NEW YORK, NY 10167 |
| EVAN BEAVERS<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89178 | FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 |
| JASPER BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 | JOSHUA D. BRYSK<br>LAW OFFICES OF JAMES G. SCHWATZ<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| ELISSA F CADISH<br>39310 HOWARD HUGHS PKWY, 4TH FLR<br>LAS VEGAS, NV 89169 | VINCE DANELIAN<br>P.O.BOX 97782<br>LAS VEGAS, NV 89193 |
| A. WILLIAM CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 |
| ROBERT A. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | SANDRA L.. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 |
| GEORGE DAVIS<br>WEIL GOTHAL & MANGES<br>767 FIFTH AVENUE<br>NEW YORK, NEW YORK 10153 | BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 |
| DAVID R.. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 | FOLEY & LARDNER LLP<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60610 |
| FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89193 | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 |

| | |
|---|---|
| RICHARD D. GREEN<br>3773 HOWARD HUGHES PKWY, STE 500 NO<br>LAS VEGAS, NV 89169 | DAVID R. GRIFFITH<br>3120 COHASSET ROAD, SUITE 6<br>PO BOX 720<br>CHICO, CA 95927 |
| ERNA D. GRUNDMAN<br>114 E. YOLO STREET<br>ORLAND, CA 95963 | JOANNE M. GRUNDMAN<br>1608 BROWN STREET<br>CARSON CITY, NV 89701 |
| PAUL A. JACQUES<br>810 SE 7th STREET, A-103<br>DEERFIELD BEACH, FL 33441 | ANNETTE W. JARVIS<br>POB 45385<br>SALT LAKE CITY, UT 84145 |
| ANNETTE W. JARVIS<br>PO BOX 45385<br>36 SOUTH STATE STREET, # 1400<br>SALT LAKE CITY, UT 84145 | HARRY JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 |
| HELEN B. JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 | RICHARD E. KAMMERMAN<br>RICHARD KAMMERMAN PC<br>7200 N MOPAC, SUITE 150<br>AUSTIN, TX 78731 |
| CONSTANTINE KARDIES<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022 | JASON G. LANDESS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 |
| LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 | RAY KETTERMAN<br>321 N. 19 TH STREET<br>ENID, OK 73701 |
| EDWARD KLINE<br>9932 ARBUCKLE DRIVE<br>LAS VEGAS, NV 89134 | MATTHEW J. KREUTZER<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| REID W. LAMBERT<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | MARC A. LEVINSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 CAPITAL MALL<br>SUITE 30000<br>SACRAMENTO, CA 95814-4497 |

| | |
|---|---|
| ELIZABETH R. LOVERIDGE<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP<br>1500 MIAMI CENTER<br>201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL 33131 |
| JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | TERRY MARKWELL<br>12765 SILVER WOLF ROAD<br>RENO, NV 89511 |
| RICHARD J. MASON<br>130 PINETREE LANE<br>RIVERWOODS, IL 60015 | BRECK E. MILDE<br>TERRA LAW LLP<br>60 SOUTH MARKET ST, SUITE 200<br>SAN JOSE, CA 95113 |
| JAY L. MICHAELSON, ESQ.<br>SUSI & MICHAELSON<br>7 W. FIGUEROA STREET, 2nd FLOOR<br>SANTA BARBARA, CA 93101-3191 | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 |
| STEVEN R. ORR<br>RICHARDS WATSON & GERSHON<br>355 S. GRAND AVENUE, 40th FLOOR<br>LOS ANGELES, CA 90071 | J. STEPHEN PEEK<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O.BOX 45385<br>SALT LAKE CITY, UT 84145 |
| GORDON C. RICHARDS<br>1850 EAST FLAMINGO ROAD, SUITE 204<br>LAS VEGAS, NV 89119 | JAMES SHAW<br>14225 PRAIRIE FLOWER COURT<br>RENO, NV 89511-6710 |
| R J ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | NICHOLAS J. SANTORO<br>400 S. FOURTH ST., 3rd FLOOR<br>LAS VEGAS, NV 89101 |
| MICHAEL M. SCHMAHL<br>MCGUIREWOODS LLP<br>77 W. WACHER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | JAMES G. SCHWARTZ<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 |

| | |
|---|---|
| SIERRA HEALTH SERVICES, INC<br>ATTN: FRANK COLLINS, ESQ<br>2724 N. TENYA WAY<br>PO BOX 15645<br>LAS VEGAS, NV 89114-5645 | SHEA & CARLYON, LTD.<br>228 S. 4TH STREET, 1ST FLOOR<br>LAS VEGAS, NV 89101 |
| SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 | WENDY SMITH, ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 |
| STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER, P.C.<br>36 SOUTH STATE ST., SUITE 1400<br>SAL LAKE CITY, UT 84145-0385 | MICHAEL C. VAN<br>4129 W. CHEYENNE, SUITE A<br>N. LAS VEGAS, NV 89032 |
| THOMAS W. STILLEY<br>1000 SW BROADWAY, 31400<br>PORTLAND, OR 97205 | DERRICK A. SPATORICO<br>THE WILDER BLDG<br>ONE EAST MAIN STREET, 3150<br>ROCHESTER, NY 14614 |
| PATRICIA K. SMOOTS<br>318 N. GROVE<br>OAK PARK, IL 60302 | BRADLEY J. STEVENS<br>3300 N. CENTRAL AVE., SUITE 1800<br>PHOENIX, AZ 85012 |
| STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>SALT LAKE CITY, UT 84145-0385 | STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, 12TH FLR<br>LOS ANGELES, CA 90067 |
| DEBRA TURETSKY, ESQ.<br>JAMES C. McCARROLL, ESQ.<br>REED SMITH, LLP<br>5999 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | AMY N. TIRRE, ESQ.<br>KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO<br>5585 KIETZKE LANE<br>RENO, NV 89511 |
| RUSSELL S. WALKER<br>265 EAST 100 SOUTH<br>SUITE 300<br>SALT LAKE CITY, UT 84111 | JOYCE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 |
| STEVE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 | WILLIAM E. WINFIELD<br>P.O. BOX 9100<br>OXNARD, CA 93031 |

| | |
|---|---|
| MARION E. WYNNE<br>WILKINS, BANKESTER, BILES<br>  & WYNNE, P.A.<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 | |