| ATTACHMENT B | Email Special Service List |
|---|---|
| Michelle L. Abrams<br>mabrams@mabramslaw.com | Georgeanne W. Bradley<br>georganne.bradley@bullivant.com<br>mary.opatrny@bullivant.com |
| Nancy L. Allf<br>nallf@parsonsbehle.com;<br>klawrence@parsonsbehle.com;<br>tthomas@parsonsbehle.com;<br>ecf@parsonsbehle.com | Frank Anderson<br>anderson.frank@pbge.gov;<br>efile@pbge.gov; |
| Ogonna M. Atamoh<br>oatamoh@nevadafirm.com;<br>bkeef@nevadafirm.com<br>paltstatt@nevadafirm.com;<br>liberio@nevadafirm.com | Keriann M. Atencio<br>atencio@gtlaw.com |
| Franklin C. Adams<br>franklin.adams@bbklaw.com;<br>arthur.johnson@bbklaw.com | BMC Group, Inc.<br>Evrato@bmcgroup.com;<br>ecf@bmcgroup.com;<br>jmiller@bmcgroup.com |
| Kelly J. Brinkman<br>kbrinkman@gooldpatterson.com | Thomas R. Brooksbank<br>tome@tombrooksbank.cm;<br>renee@tombrooksbank.com |
| Andrew M. Brumby<br>abrumby@shutts-law.com;<br>rhicks@shutts-law.com;<br>lmackson@shutts-law.com | lbubala@jonesvargas.com<br>tbw@jonesvargas.com<br>bjlingenfelter@jonesvargas.com |
| Matthew Q. Callister<br>mqc@callister-reynolds.com;<br>maggie@callister-reynolds.com | Michael W. Chen<br>yvette@ccfirm.com |
| Candace C. Carlyon<br>ltreadway@sheacarlyon.com;<br>carlyon@sheacarlyon.com;<br>bankruptcyfilings@sheacarlyon.com;<br>rmsmith@sheacarlyon.com; | Rob Charles<br>rcharles@lrlaw.com;<br>cjordan@lrlaw.com |
| B. Christensen<br>kbchrislaw@aol.com | Janet L. Chubb, Esq<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| Jeffrey A. Cogan<br>jeffrey@jeffreycogan.com;<br>sarah@jeffreycogan.com | William D. Cope<br>cope_guerra@yahoo.com |

| | |
|---|---|
| Laurel E. Davis<br>bklsclv@lionelsawyer.com;<br>ldavis@lionelsawyer.com;<br>gbagley@lionelsawyer.com;<br>ldavisesq@aol.com | Thomas H. Fell<br>THF@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com |
| Scott D. Fleming<br>sfleming@halelane.com;<br>dbergsing@halelane.com;<br>ecfvegas@halelane.com | Gregory E. Garman<br>bankruptcynotices@gordonsilver.com |
| Wade B. Gochnour<br>wgochnour@hwmlvlaw.com;<br>donnat@hwmlvlaw.com | Carlos A. Gonzalez<br>carlos.gonzalez2@usdoj.gov;<br>Darlene.Ruckard@usdoj.gov;<br>Eunice.Jones@usdoj.gov;<br>Sue.Knigh@usdoj.gov |
| Gerald M. Gordon<br>bankruptcynotices@gordonsilver.com | R. Vaughn Gourley<br>vgourley@lvcm.com |
| Talitha B. Gray<br>tbg@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com | James D. Greene<br>bknotice@schrecklaw.com |
| Marjorie A. Guymon<br>bankruptcy@goldguylaw.com;<br>ddias@goldguylaw.com | Jeffrey R. Hall<br>jhall@shecarlyon.com;<br>bankruptcyfilings@sheacralyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com |
| Xanna R. Hardman<br>xanna.hardman@gmail.com | Stephen R. Harris<br>steve@renolaw.biz;<br>noticesbh&p@renolaw.biz |
| Jeffrey L. Hartman<br>notices@bankruptcyreno.com | Brigid M. Higgins<br>bankrupcynotices@gordonsilver.com |
| John Hinderaker<br>Jhindera@LRL.com | Richard F. Holley<br>rholley@nevadafirm.com |
| David W. Huston<br>dwh@hustonlaw.net; swaits@hustonlaw.net | Christopher D. Jaime<br>cjaime@waltherkey.com;<br>kbernhar@waltherkey.com |

| | |
|---|---|
| Evan L. James<br>ejameslv@earthlink.net; kbchrislaw@aol.cm | Ty E. Kehoe<br>TyKehoeLaw@aol.com |
| Annette W. Jarvis<br>ajarvis@rqn.com | Patricia Marr<br>jjlaw@leelaw.ivcoxmail.com<br>lvlaw03@yahoo.com<br>mark@leelaw.lvcoxmail.com |
| Robert R. Kinas<br>rkinas@swlaw.com; jlustig@swlaw.com;<br>chaines@swlaw.com; imccord@swlaw.com | Zachariah Larson<br>ecf@lslawnv.com |
| John J. Laxague<br>jlaxague@caneclark.com | George C. Lazar<br>glazar@foxjohns.com; glazar@sbcglobal.net |
| Nile Leatham<br>nleatham@klnevada.com;<br>ckishi@klnevada.com;<br>bankruptcy@klnevada.com | Robert C. Lepome<br>robert@robertlepome.com;<br>susan@robertlepome.com |
| Anne M. Loraditch<br>ecffilings@beckleylaw.com;<br>aloraditch@beckleylaw.com;<br>pkois@beckleylaw.com | James c. McCarroll<br>dturesky@reedsmith.com;<br>aleonard@reedsmith.com |
| Regina M. McConnell<br>rmcconnell@kssattorneys.com | William L. McGimsey<br>lawoffices601@lvcoxmail.com |
| Richard McKnight<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>cburke@lawlasvegas.com | Jeanette E. McPherson<br>bkfilings@s-mlaw.com;<br>jmcpherson@s-mlaw.com |
| Shawn W. Miller<br>bankruptcyfilings@sheacarlyon.com;<br>smiller@sheacarlyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com | David Mincin<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>dmincin@lawlasvegas.com;<br>cburke@lawlasvegas.com |
| Douglas M. Monson<br>dmonson@rqn.com | John F. Murtha<br>jmurtha@woodburnandwedge.com |

| | |
|---|---|
| Erven T. Nelson<br>erv@rlbolick.com; susan@rlbolick.com | Victoria L. Nelson<br>bkeef@nevadafirm.com,<br>vnelson@nevadafirm.com;<br>paltstatt@nevadafirm.com;rholley@nevadafirm.com; sliberio@nevadafirm.com |
| Bob L. Olson<br>ecffilings@beckleylaw.com<br>bolson@beckleylaw.com; | Donna M. Osborn<br>ebaker@marquisaurbach.com;<br>dosborn@marquisaurbach.com;<br>Tszostek@marquisaurbach.com;<br>kgallegos@marquisaurbach.com; |
| Andrew M. Parlen<br>aparlen@stutman.com | Donald T. Polednak<br>sandplegal@yahoo.com;<br>spbankruptcy@yahoo.com |
| Paul C. Ray<br>info@johnpeterlee.com | Susan Williams Scann<br>sscann@deanerlaw.com;<br>palexander@deanerlaw.com |
| Christine A. Roberts<br>bankruptcy@rocgd.com | Alan R. Smith<br>mail@asmithlaw.com<br>turk@asmithlaw.com<br>marsh@asmithlaw.com<br>darby@asmith.com |
| Lenard E. Schwartzer<br>bkfilings@s-mlaw.com | James Patrick Shea<br>bankruptcyfilings@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rmsmith@sheacarlyon.com |
| Shlomo S. Sherman<br>ssherman@sheacarlyon.com | Ambrish S. Sidhu<br>ecf@lslawnv.com |
| Jeffrey G. Sloan<br>gjklepel@yahoo.com;<br>rmcconnell@kssattorneys.com | David A. Stephens<br>dstephens@lvcm.com |
| Steven C. Strong<br>sstrong@rqn.com | Peter Susi<br>cheryl@msmlaw.com;<br>msm@msmlaw.com |
| Jeffrey R. Sylvester<br>jeff@sylvesterpolednak.com;<br>David@sylvesterpolednak.com | Caryn S. Tijsseling<br>ctijsseling@beckleylaw.com;<br>aanthony@beckleylaw.com |

| | |
|---|---|
| Amy T. Tirre<br>atirre@kkbrf.com, ksims@kkbrf.com;<br>lleverett@kkbrf.com | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| Gregory J. Walch<br>GWalch@Nevadafirm.com | Whitney B. Warnick<br>wbw@albrightstoddard.com;<br>bstessel@albrightstoddard.com |
| Joan C. Wright<br>jwright@allisonmackenzie.com;<br>jbrooks@allisonmackenzie.com | Matthew C. Zirzow<br>bankruptcynotices@gordonsilver.com |
| Russell S. Walker<br>rwalker@wklawpc.com<br>eloveridge@wklawpc.com<br>lboynton@wklawpc.com<br>ckirk@wklawpc.com | William J. Wray<br>wjw@oreillylawgroup.com<br>rh@oreillylawgroup.com<br>be@oreillylawgroup.com<br>lc@oreillylawgroup.com<br>ddh@oreillylawgroup.com<br>mr@oreillylawgroup.com |
| Matthew C. Zirzow<br>bankruptcynotices@gordonsilver.com | Anthony A. Zmaila<br>azmaila@nevadafirm.com |