E-filed on January 18, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | **OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☐　All Debtors<br>☒　USA Commercial Mortgage Company<br>☐　USA Securities, LLC<br>☐　USA Capital Realty Advisors, LLC<br>☒　USA Capital Diversified Trust Deed Fund, LLC<br>☐　USA First Trust Deed Fund, LLC | Date:　　　OST PENDING<br>Time:　　　OST PENDING<br>Courtroom:　1 |

{00361141;}
OHS West:260095880.3

Page 1 of 4

1  The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"), by and through its counsel, Orrick, Herrington & Sutcliffe LLP, hereby submits this Objection Of The Official Committee Of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC, To Motion For Order Shortening Time For Hearing On Estate Of Daniel Tabas' And Fertitta Enterprises, Inc.'s Motion For Relief From The Automatic Stay To Terminate The Loan Servicing Agreement For The Direct Loan To Colt Gateway, LLC ("Objection").

Moving parties, the Estate Of Daniel Tabas' And Fertitta Enterprises, Inc. ("Movants") seek to have their motion for relief from stay to terminate the servicer on the Colt Gateway loan heard on shortened time. The only stated reason for the emergency is that the "transition will take time. Movants would like to change the servicer while Debtor is still servicing the loan." Motion for Order Shortening Time, page 2, lines 6 and 7.

Movants proceed on the assumption that because the Colt Gateway loan was not sold to Compass, USA Commercial Mortgage Company ("USACM") will continue to service the loan. That assumption is entirely incorrect as the loan servicing rights to the Colt Gateway loan are transferred under the Plan of Reorganization to the post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), the holder of a 42.53% direct lender interest in the Colt Gateway loan. Movants are well aware of the fact that the Diversified Fund will become the loan servicer after the Effective Date of the Plan of Reorganization as many discussions about that fact have occurred, however, Movants chose not to inform the Court of this material fact.

The Diversified Committee opposes the motion to shorten time for the following reasons:

1. The Diversified Committee intends to oppose the underlying motion for relief from stay and needs adequate time to prepare such opposition.
2. Movants could have filed their motion for relief from stay at any time before now – procrastination of the part of the Movants should not constitute an emergency on the part of the Court.

{00361141;}
OHS West:260095880.3

Page 2 of 4

3. The underlying motion for relief from stay is highly dependent upon the many facts laid out in the motion (most of which are unsupported by evidence), many of which are disputed, and the Diversified Committee would like to have the opportunity to consult with the Debtors about a factual showing in opposition to the motion for relief from stay and to possibly conduct 2004 examinations bearing upon the motion for relief from stay.

4. Once the Plan of Reorganization becomes effective, Movants will no longer be constrained by the automatic stay and the motion for relief from stay will become moot. But for the stay upon appeal obtained on an ex-parte basis yesterday by counsel for the Movants, among others, the Plan of Reorganization would become effective in mid-February. Movants have shown no reason why the Court should have to consider the relief from stay motion in order to give Movants an additional week or two earlier than the Effective Date of the Plan of Reorganization to take action.

5. The Diversified Committee is informed by the Debtors that Mr. Allison is in active negotiations for repayment of the Colt Gateway loan. If the loan is repaid, the motion for relief from stay will become moot.

6. The Diversified Committee respectfully suggests that the true reason that Movants seek to have the matter heard before the Effective Date is that Movants would like to take action to remove USACM based upon the alleged failure of USACM to take action as the servicer, and Movants would like to avoid the additional arguments against termination of the servicer that the Diversified Fund would make when it becomes the servicer of the Colt Gateway loan. This is not a proper reason to shorten time.

//

//

//

{00361141;}
OHS West:260095880.3

1  For the reasons stated above, the Diversified Fund respectfully requests that the Court
2  deny Movants' motion to shorten time.
3  DATED this 18th day of January 2007.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Marc A. Levinson (California Bar No. 57613)
    Jeffery D. Hermann (California Bar No. 90445)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
    Sacramento, CA  95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*