Filed
1 - 18 - 2007
Electronically

1   STUTMAN, TREISTER & GLATT, P.C.    SHEA & CARLYON, LTD.
    FRANK A. MEROLA        JAMES PATRICK SHEA

2   (CA State Bar No. 136934)       (Nevada State Bar No. 000405)
    EVE H. KARASIK          CANDACE C. CARLYON

3   (CA State Bar No. 155356)       (Nevada State Bar No. 002666
    CHRISTINE M. PAJAK       SHLOMO S. SHERMAN

4   (CA State Bar No. 217173)       (Nevada State Bar No. 009688)
    1901 Avenue of the Stars, 12th Floor   233 South Fourth Street, Second Floor

5   Los Angeles, CA 90067        Las Vegas, Nevada 89101
    Telephone: (310) 228-5600      Telephone: (702) 471-7432

6   E-mail:   fmerola@stutman.com    E-mail:   jshea@sheacarlyon.com
7           ekarasik@stutman.com         ccarlyon@sheacarlyon.com
           cpajak@stutman.com          ssherman@sheacarlyon.com

8

9   *Counsel for the Official Committee of Equity Security Holders of*
    *USA Capital First Trust Deed Fund, LLC*

10 **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
|      Debtor | ) | |
| | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
|      Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
|      Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
|      Debtor. | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
|      Debtor. | ) | |
| Affects | ) | |
| ☐ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | Date: January 31, 2007 |
| ☐ USA Securities, LLC | ) | Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) | |
| ☐ USA Capital Diversified Trust Deed | ) | |
| ☒ USA Capital First Trust Deed Fund, LLC | ) | |

**DECLARATION OF MATT KVARDA IN SUPPORT OF: (1) SECOND OMNIBUS
OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF
USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS; AND (2)
OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS
SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT
CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED)**

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

I, Matt Kvarda, hereby declare and state as follows:

1.      On April 13, 2006, the following related entities filed for relief under Chapter 11 of the Bankruptcy Code: (1) USA Commercial Mortgage Company ("USACM"); (2) USA Capital First Trust Deed Fund, LLC ("FTDF"); (3) USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); (4) USA Securities, LLC; and (5) USA Capital Realty Advisors, LLC (collectively, the "Debtors").

2.      On May 10, 2006, the United States Trustee appointed the following official committees to represent the interests of their respective constituents in these bankruptcy cases: (1) the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders Committee"); (2) the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "UCC"); (3) the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"); and (4) the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee").

3.      I am a Managing Director of Alvarez & Marsal, LLC, the Court-approved financial advisor to the FTDF Committee since June 1, 2006.

4.      On October 16, 2006, the Court ordered FTDF to provide the FTDF Committee Professionals with the Debtor's records of the composition of the FTDF members and their respective investments in FTDF, which list ("the "FTDF Member List") was provided to the FTDF Committee Professionals shortly thereafter.

5.      I have reviewed the facts stated in the: (1) Second Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to

1  Misfiled Claims (the "Misfiled Claims Objection"); and the (2) Omnibus Objection of the

2  Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to

3  Claims Superseded by Compromise Contained In Debtors' Third Amended Joint Chapter 11

4

5  Plan of Reorganization (as Modified) (the "Compromised Claims Objection").

6        6.      With respect to the Misfiled Claims Objection, based upon my review of the

7  FTDF Member List, none of the claimants listed on Exhibit 1 to the Misfiled Claims

8  Objection are members of FTDF, with the exceptions of: (1) James W. Shaw IRA, from

9
   whose claim the Misfiled Claims Objection has been withdrawn; and (2) the Donnolo Family
10
   Trust   DTD 8/24/88 ("Donnolo"), as to whose claim the FTDF Committee requested
11

12  disallowance of the $9,951.70 of the claim which is not attributable to Donnolo's investment

13  in FTDF.

14        7.      With respect to the Compromised Claims Objection, based upon my review of

15  the FTDF Member List as well as the supporting documentation to the relevant proofs of
16
   claim, the six claims listed on Exhibit 1 to the Compromised Claims Objection are based upon
17
18  investments made by the claimants in DTDF, not FTDF.

19        8.      I declare, under penalty of perjury, that the foregoing statements are true and

20  correct to the best of my knowledge and belief.

21        DATED this 18th day of January, 2007.

22

23

24                                                    MATT KVARDA

25

26

27

28

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

3