LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on January 18, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10728** | Date:        January 31, 2007 requested<br>Time:        9:30 a.m. requested<br><br>**Affecting:**<br>¨  All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | ×  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>    **06-10729**<br>                          **Debtors.** | ¨   USA Capital First Trust Deed Fund, LLC<br>¨    USA Securities, LLC |

**APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

**TO THE HONORABLE LINDA B. RIEGLE, U.S. BANKRUPTCY JUDGE:**

The Official Unsecured Creditors' Committee for USA Commercial Mortgage

Company (the "Committee") respectfully requests that the Court approve the employment

1801959.2

LEWIS
AND
ROCA
LLP
L A W Y E R S

and retention of Diamond McCarthy Taylor Finley & Lee, LLP ("Diamond") as special litigation counsel to the Committee.  In support of this application, the Committee respectfully states as follows:

## I. BACKGROUND

1.      On April 13, 2006 (the "Petition Date") USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), USA Securities, LLC ("Securities"), USA Capital Realty Advisors, LLC ("Realty") and USA Capital First Trust Deed Fund, LLC  (First), ("USACM" and collectively with Diversified, Securities, Realty and First, the "Debtors") filed voluntary petitions for relief under chapter 11 of the U.S. Bankruptcy Code ("Bankruptcy Code").

2.      Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On May 10, 2006, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee along with three other committees in the Debtors' jointly administered Cases.

4.      On January 8, 2007 an Order Confirming Debtors' Third Amended Plan of Reorganization (the "Confirmation Order") was entered.

5.      In addition, the Confirmation Order approved the Liquidating Trust Agreement for USACM and Geoffrey L. Berman as Trustee (the "Trustee") of the USACM Liquidating Trust as successor to USACM upon the Effective Date of the Plan.

6.      The Trustee, subject to the Plan becoming effective, interviewed potential special litigation counsel to investigate and pursue litigation against the insiders and affiliates of Debtors, including without limitation former officers and directors Thomas Hantges, Joseph Milanowski and their affiliate USA Investment Partners, LLC.  Members of the USA Liquidating Trust Committee, including representatives of the Official

2

1801959.2

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC
2  participated in the interview process.

3       7.      After the interview, the Trustee selected Diamond as special litigation

4  counsel to the Trust on January 12, 2007, subject to the Plan becoming effective.

5       8.      The Committee believes it is imperative that special litigation counsel be

6  employed by the Committee as of January 12, 2007, on an interim basis, to investigate the

7  causes of action against various third parties.  Delaying that employment, and the work of

8  counsel, until the uncertain Effective Date of the Plan may delay the investigation and

9  prosecution of causes of action that are important sources of recovery for unsecured

10 creditors of USACM under the Plan.

11      9.      Diamond has agreed that it shall be compensated solely by the Trust.  In

12 other words, while Diamond will be employed by the Committee under the Effective Date

13 of the Plan, and then by the Trust, Diamond will look solely to the Trust for compensation.

14 Since no compensation is due from the estate or the Committee, we have not included

15 information about Diamond's rates or charges.  In fact, the Trustee believes that the targets

16 of Diamond's investigation have no need to know the terms of the Trust's retention

17 agreement with Diamond.

18 ## II.  JURISDICTION

19      10.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

20 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before

21 this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicate for the relief

22 sought herein is 11 U.S.C. §§ 327(e), 328 and 1103(a).

23 ## III.  RELIEF REQUESTED

24      11.     By this Application, the Committee seeks to employ and retain Diamond

25 pursuant to §§ 327(e), 328(a) and 1103(a) of the Bankruptcy Code as special litigation

26 counsel for the Committee in the Case as of January 12, 2007.

3                                                    1801959.2



12.     The Committee is familiar with the professional standing and reputation of Diamond.  The Committee understands and recognizes that Diamond has extensive experience in the following practice areas of:  Complex Business and Commercial Litigation; Insolvency and Professional Liability Litigation; Complex Bankruptcies, Reorganizations and Work-Outs; and International Litigation and Arbitration.  Diamond enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  It has successfully pursued similar causes of action, including on behalf of the post-confirmation entity in AgriBioTech, Inc. before this Court in connection with, among other things, officer and director breach of fiduciary duty claims involving more than $80 million in damages.

13.     The services of Diamond are deemed necessary to enable the Committee to investigate potential causes of action against various third parties whose actions caused loss to the Debtors' estates, particularly insiders and their affiliates.  Further, Diamond is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

## IV.  SCOPE OF SERVICES

14.     Diamond will provide such litigation services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee in the course of the Case, particularly investigation of claims against the insiders and their affiliates.  Until the Effective Date of the Plan, the Committee is, of course, limited in its standing to prosecute causes of action.

## V.  ELIGIBILITY FOR EMPLOYMENT

15.     Diamond has informed the Committee that, except as may be set forth in the affidavit of Allan B. Diamond (the "Diamond Affidavit") filed simultaneously herewith and incorporated for all purposes herein by this reference, Diamond does not represent or have any connection with any other entity having an interest adverse to the Debtor, the

4

1801959.2

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  estate or the Committee with respect to the matter on which Diamond is to be employed,

2  and therefore believes it is eligible to represent the Committee under 11 U.S.C. §§ 327(e),

3  328(a) and1103(b) of the Bankruptcy Code.

4        16.    Diamond will conduct an ongoing review of its files to ensure that no

5  conflicts or other disqualifying circumstances exist or arise.  If any new material facts or

6  relationships are discovered, Diamond will supplement its disclosure to the Court.

7        17.    Diamond has agreed not to share with any person or firm the compensation

8  to be paid for professional services rendered in connection with this case.

9  **VI.  <u>TERMS OF RETENTION</u>**

10        18.    Diamond did not represent any of the Debtors before the bankruptcy filings

11  and so is not owed any amounts with respect to pre-petition fees and expenses.

12        19.    The Committee understands that Diamond intends to look solely to the

13  USACM Liquidating Trust for compensation and reimbursement of its expenses for its

14  services in accordance with the applicable provisions of the confirmed Plan and the

15  USACM Liquidating Trust agreement.

16        20.    There is no agreement or understanding between Diamond and any other

17  entity for the sharing of compensation to be received for services rendered in or in

18  connection with the Case, except as permitted under Bankruptcy Code § 504(b)(1).

19  **VII.  <u>NO PRIOR REQUEST</u>**

20        21.    No prior Application for the relief requested herein has been made to this or

21  any other Court.

22

23

24

25

26

1801959.2



1

## VIII.  CONCLUSION

2      **WHEREFORE**, the Committee respectfully requests the Court to enter an Order

3 authorizing the Committee to employ and retain Diamond as special litigation counsel for

4 the Committee as of January 12, 2007 for the purposes set forth above, and grant such

5 further relief as is just and proper.

6      RESPECTFULLY SUBMITTED January 18, 2007.

7                              **LEWIS AND ROCA LLP**

8

9                    By    /s/ RC (#006593)

10                          Susan M. Freeman
                           Rob Charles
11                         *Attorneys for Official Unsecured Creditors*
                          *Committee for USA Commercial Mortgage*
12                        *Company*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

6                                                    1801959.2