# Exhibit 1

| | |
|---|---|
| Bauer, John | Joseph D. Milanowski (a NV resident) |
| Bonfiglio, James R. | Andrew Hantges (a NV resident) |
| Del Bunch | Thomas A. Hantges (a NV resident) |
| Hainsworth, Charles | Robert A. Hilson (a NV resident) |
| David W. Mounier | Victoria S. Loob (a NV resident) |
| Nounna, Annee | Richard Kropp (a NV resident) |
| Nounna, Suzanne | Salvatore Reale (a NV resident) |
| Larry L. Rieger | Thomas Rondeau (a NV resident) |
| Patsy R. Rieger | Kreg D. Rowe (a NV resident) |
| Russell, Robert A. | USA Investment Partners, LLC |
| Walker, Donald R. | Beadle McBride Evans & Reeves LLP |
| Yoder, Michael T. | Piercy Bowler Taylor & Kern, Certified Public Accountants & Business Advisors |
| USA Capital Realty Advisors, LLC | Goold Patterson Ales & Day |
| USA Capital Diversified Trust Deed Fund, LLC | Santoro, Driggs, Walch, Kearney, Johnson & Thompson |
| USA Capital First Trust Deed Fund, LLC | Robert Worthen |
| USA Commercial Mortgage Company | Katz 2000 Separate Property Trust |
| USA Securities, LLC | Thomas C. Lawyer Family Trust |
| William J. Bullard | Charles O. Nicols |
| Helms Homes, LLC | John H. Warner, Jr. |
| Terry R. Helms Living Trust 11/94 | Mary Ellen Moro |
| Homfeld II, LLC | Richard G. Woudstra Revocable Trust |
| Arthur Polacheck | Robert Worthen |
| Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87 | Wen Baldwin Separate Property Trust u/a/d/ 9/2/97 |
| Jim McCollum | Jerry T. McGimsey |
| John Goings | Roberty Hardy |
| Joseph S. Congress | Frank Weinman |
| Robert E. Taylor | *various other entities know or believed to be affiliated with the insiders* |