# Exhibit 2

None. The conflict checks undertaken by Diamond did not discover any relationship between the entities listed in Exhibit 1 and past or present clients of Diamond.