**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on January 18, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP AS SPECIAL LITIGATION COUSEL TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Securities, LLC**<br>    06-10729<br>                              Debtors. | |
| | Date:  January 31, 2007 requested<br>Time:  9:30 a.m. requested<br>**Affecting:**<br>¨  All Cases<br>**or Only:**<br>×  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC<br>¨  USA Securities, LLC |

**TO THE HONORABLE LINDA B. RIEGLE, U.S. BANKRUPTCY JUDGE:**

1803204.1



The Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee"), by and through its attorneys, Lewis and Roca LLP, has filed their Application pursuant To Fed. R. Bankr. P. 2014(A) For Order Under § 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Diamond McCarthy Taylor Finley & Lee, LLP ("Diamond") As Special Litigation Counsel To The Official Unsecured Creditors' Committee For USA Commercial Mortgage Company (the "Diamond Application").  This ex parte application is made and based upon Fed. R. Bankr. P. 9006, the following memorandum of points and authorities and Declaration of Rob Charles (the "Charles Declaration"), the Attorney Information Sheet filed contemporaneously herewith, and the papers and pleadings on file herein, judicial notice of which is respectfully requested.

Accordingly, the Committee respectfully requests that this Honorable Court grant this ex parte application and issue an order shortening time to hear the Diamond Application at the Omnibus Hearing on January 31, 2007 (the "Omnibus Hearing"), and for such other and further relief as the Court deems just and proper.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to the Amended Order Establishing Case Management Procedures [DE 274], all motions, pleadings, applications, other requests for relief, objections, responses and replies thereto, and all other matters shall not be considered by the Court unless it is filed and serve at least twenty-five days prior to the next Omnibus Hearing Date. Therefore, the Committee requests the period of notice be shortened and the hearing expedited.  Section 105, Title 11 U.S. Code (the "Bankruptcy Code") allows this Court to issue such orders as are necessary to carry out the provisions of this title.  Fed. R. Bankr. P. 9006(c)(I) generally permits a Bankruptcy Court, for cause shown and in its discretion,

LEWIS AND ROCA LLP
LAWYERS

to reduce the period during which any notice is given in accordance with the Bankruptcy Rules.  Bankruptcy Rule 9006(c)(I) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

11 U.S.C.§ 105.  Local Rule 9006 provides further authority for shortening the time for a hearing.  According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by an affidavit stating the reasons for an expedited hearing.  As set forth in the Diamond Declaration, there is a compelling reason for an expedited hearing.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provide with notice and how notice was provided or attempted to be provided.  An attorney Information Sheet was filed contemporaneously with this ex parte motion.

## DECLARATION OF ROB CHARLES

I, Rob Charles, declare under penalty of perjury:

1.  I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify in this matter, could and would do so.

2.  I am a partner with Lewis and Roca LLP, attorneys for the Committee described below.  This declaration is submitted in support of the Ex Parte Application by the Unsecured Creditors' Committee for USA Commercial Mortgage Company to shorten time for hearing the Diamond Application.

3.  On April 13, 2005 (the "Petition Date"), USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC

1803204.1

("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF" and, collectively with USACM, USA Securities, USA Realty, and DTDF, the "Debtors") filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code.

4. The Office of the U.S. Trustee filed a Notice of Appointment of Official Committee of Unsecured Creditors for USA Commercial Mortgage Company on May 16, 2006, and amended the Committee's composition thereafter.

5. On January 8, 2007 the Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "Confirmation Order") was entered.

6. In addition, the Confirmation Order approved the Liquidating Trustee agreement for the USACM Liquidating Trust and the nomination of Geoffrey L. Berman as Trustee (the "Trustee") of the USACM Liquidating Trust as successor to USACM upon the Effective Date of the Plan.

7. The Trustee, subject to the Plan becoming effective, interviewed potential special litigation counsel to investigate and pursue litigation against the insiders and affiliates of Debtors, including without limitation former officers and directors Thomas Hantges, Joseph Milanowski and their affiliate USA Investment Partners, LLC. Members of the USACM Liquidating Trust Committee, including representatives of the Official Committee of Equity Security Holders of DTDF participated in the interview process.

8. After the interview, the Trustee selected Diamond as special litigation counsel to the Trust on January 12, 2007, subject to the Plan becoming effective.

9. The Committee believes it is imperative that special litigation counsel be employed by the Committee as of January 12, 2007, on an interim basis, to investigate the causes of action against various third parties and preservation of documents and information. Delaying that employment, and the work of counsel, until the uncertain Effective Date of the Plan may delay the investigation of causes of action and preservation



of documents and information that are important sources of recovery for unsecured creditors of USACM under the Plan.

10. Diamond has agreed that it shall be compensated solely by the Trust. In other words, while Diamond will be employed by the Committee under the Effective Date of the Plan, and then by the Trust, Diamond will look solely to the Trust for compensation. Since no compensation is due from the estate or the Committee, we have not included information about Diamond's rates or charges. In fact, the Trustee believes that the targets of Diamond's investigation have no need to know the terms of the Trust's retention agreement with Diamond.

11. An omnibus hearing has been scheduled for January 31, 2007, at which time certain motions and applications are scheduled to be heard, including:

- DTDF's Objection to Claim Nos. 79, 80, & 81 filed by the Pension Benefit Guaranty Corp [DE 2251, 2252]

- FTDF's Objection to Claim Nos. 83, 84, & 85 filed by the Pension Benefit Guaranty Corp. [DE 2254, 2255]

- Application for Compensation for Expenses and Services Rendered by Matthew Q. Callister on behalf of Project Disbursement Group, Inc. [DE 2271, 2316, 2317]

- Official Committee of Equity Security Holders of FTDF's Omnibus Objection to Claim Misfiled against USACFTDF [DE 2285, 2286, 2288, 2289, 2290, 2294, 2296, 2298]

- Official Committee of Equity Security Holders of FTDF's Objection to Claim #120 of Standard Property Development, LLC [DE 2293, 2299]

- Official Committee of Equity Security Holders of FTDF's Omnibus Objection to: Claim #115 of Brian M. Adams; Claim #118 of Herman Adams, et al.; Claim #119 of Olympia Capital Management; Claim #123 of Kantor Nephrology Consultants, Ltd 401(k) PSP; Claim #124 of Dr. Gary Kantor; Claim #125 of Lynn M. Kantor; Claim #125 by Andrew M. Parlen [DE 2295, 2300]

- Motion to Enforce Order Granting Debtors' Motion to Distribute Funds filed by Jeffrey R. Sylvester on behalf of Joseph Milanowski, USA Commercial Real Estate Group [DE 1388, 1389, 1781, 2350]

1803204.1

- Omnibus Objections of the Official Committee of Equity Security Holders of USA Capital DTDF to Claims on Equity Misfiled as Creditor Claims (relates to DTDF only) [DE 1891, 1893, 1894, 1895, 1896, 1897, 1898, 1899, 1900, 1901, 1902, 2353]

- Adv. 06-1179 USACMC v. Standard Property Development LLC – Motion to Dismiss, Motion to Abstain and Motion to Dissolve Preliminary Injunction [DE 59, 62]

- Extension of Employment Application of: Mesirow Financial Interim Management; Designation of Thomas Allison of Mesirow; Schwartzer & McPherson; and Ray Quinney [DE 2402]

12. As this Court is well aware, the Chapter 11 Cases are moving forward at an extraordinary pace, and therefore it is critical that Diamond be employed as the Committee's special litigation counsel. As such, it is necessary that the Application be heard at the January 31, 2007 hearing. Notably, counsel for the above-captioned Debtors, and counsel for the Committees have agreed to have the Court consider the Application on shortened time (we await a response from the Office of the United States Trustee as of this writing).

I make this declaration under penalty of perjury of the laws of the United States of America.

DATED: January 18, 2007.

**LEWIS AND ROCA LLP**

/s/ RC (#006593)
Rob Charles



## CONCLUSION

The Committee respectfully requests that this Court grant this ex parte application and issue an order shortening time to hear the Diamond Application and for such other and further relief as the Court deems just proper.

DATED January 18, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1803204.1