1 WILLIAM L. McGIMSEY
A Professional Corp.
2 Nevada Bar No. 546
601 E. Charleston Blvd.          E-FILED -01/18/07
3 Las Vegas, NV 89104
(702) 382-9948
4

5 Attorney for Margaret B. McGimsey
Trust, Bruce McGimsey, Jerry
McGimsey, Sharon McGimsey and
6 Johnny Clark

7

8                UNITED STATES BANKRUPTCY COURT

9                     DISTRICT OF NEVADA

10

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No: BK-S-06-10726 LBR |
|  | Case No. BK-S-06-10727 LBR |
| Debtor. | Case No. BK-S-06-10728 LBR |
|  | Case No. BK-S-06-10729 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, |  |
| Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, |  |
| Debtor. |  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, |  |
|  | **CERTIFICATE OF SERVICE** |
| Debtor. |  |
| USA SECURITIES, LLC, |  |
| Debtor. |  |
| Affects: | Date: 01/31/07 |
| ☐ All Debtors | Time: 9:30 a.m. |
| ☐ USA Commercial Mortgage Company |  |
| ☐ USA Securities, LLC |  |
| ☐ USA Capital Realty Advisors, LLC |  |
| ■ USA Capital Diversified Trust Deed Fund, LLC |  |
| ☐ USA First Trust Deed Fund, LLC |  |

       On January 17, 2007, I served the following document:

Case 06-10725-gwz    Doc 2487    Entered 01/18/07 16:41:48    Page 2 of 2

POINTS AND AUTHORITIES RE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO CREDITOR CLAIMS OF JOHNNY CLARK, BRUCE McGIMSEY, JERRY AND SHARON McGIMSEY, AND MARGARET B. McGIMSEY TRUST

- ■ **a. ECF System** to the parties listed on the Notice of Electronic Filing attached hereto.

- ■ **b. United States mail, postage fully prepaid**

    - Bob L. Olson
      Anne M. Loraditch
      Beckley Singleton Chtd.
      530 Las Vegas Blvd. South
      Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of January, 2007.

s// Amber M. Tubbs

An Employee of William L. McGimsey, Esq.