**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on January 18, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Date:  January 31, 2007 requested<br>Time:  9:30 a.m. requested |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728** | **Affecting:**<br>¨ All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | **or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>**06-10729** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |
| **Debtors.** | |

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

1802400.1

**LEWIS AND ROCA LLP**
LAWYERS

Rob Charles, Esq., of Lewis and Roca LLP, attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee") declares under penalty of perjury:

1. An application by the Committee to Employ Diamond McCarthy Taylor Finley & Lee, LLP ("Diamond") as special litigation counsel for the Creditors' Committee was filed on January 18, 2007.

2. An Ex Parte Application for Order Shortening Time to Hear Application by the Committee to Employ Diamond [DE 2486] was filed on January 18, 2007.

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(I) and LR 9006(a).

4. A hearing is scheduled on this matter on January 31, 2007, at 9:30 a.m. to hear other motions and holding a hearing on the application at the same time would serve the interest of judicial economy.

5. No known party opposes hearing the motion on shortened time.

DATED January 18, 2007.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

1802400.1