LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on January 18, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>       **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>       **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>       **06-10728** | Date:   January 31, 2007 requested<br>Time:   9:30 a.m. requested<br>**Affecting:**<br>¨  All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>       **06-10728** | **or Only:**<br>✕  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>       **06-10729** | ¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨   USA Capital First Trust Deed Fund, LLC<br>¨   USA Securities, LLC |
| **Debtors.** | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE
APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION
PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION
1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT
AND RETENTION DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP
AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL UNSECURED
CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE
COMPANY**

As required by the Court's local rule, I have contacted the parties listed below

regarding the proposed Order Shortening Time for Order Authorizing the Employment

and Retention of Diamond McCarthy Taylor Finley & Lee, LLP as Special Litigation

1803322.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  Counsel to the Official Unsecured Creditors' Committee for USA Commercial Mortgage

2  Company.  They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis, Esq. Office of the U.S. Trustee | 1/18 | | |
| Gerald M. Gordon, Esq. Gordon & Silver, Ltd. Attorneys for Official Comm. of Holders of Executory Contract Rights of USA Commercial Mortgage Company | 1/18 | √ | |
| Eve H. Karisik, Esq. Stutman, Treister & Glatt Attorneys for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | 1/18 | √ | |
| Steven M. Strong Ray Quinney & Nebeker P.C. 36 South State St., Suite 1400 Salt Lake City, Utah  84111 Attorneys for Debtors | 1/18 | √ | |
| Marc A. Levinson, Esq. Orrick, Herrington & Sutcliffe, LLP 400 Capital Mall, Ste. 3000 Sacramento, CA  95814-4497 Counsel for USA Capital Diversified Trust Deed Fund LLC | 1/18 | √ | |

          DATED January 18, 2007.

                              **LEWIS AND ROCA LLP**


                              By  ___/s/ RC (#006593)_____
                                    Susan M. Freeman
                                    Rob Charles
                              *Attorneys for Official Committee of Unsecured*
                              *Creditors  for USA Commercial Mortgage*
                              *Company*

1803322.1