E-filed on January 18, 2007

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer (Nevada Bar No. 0399)
Jeanette E. McPherson (Nevada Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-in-Possession*

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |

|  |  |
|---|---|
| In re:<br>USA SECURITIES, LLC,<br><br>                                Debtor. | **AMENDED JOINT EX PARTE APPLICATION FOR ORDER REQUIRING CUSTODIAN OF DOCUMENTS FOR BYSYNERGY, LLC, TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |
| Affects:<br>☒　All Debtors<br>☐　USA Commercial Mortgage Company<br>☐　USA Securities, LLC<br>☐　USA Capital Realty Advisors, LLC<br>☐　USA Capital Diversified Trust Deed Fund, LLC<br>☐　USA First Trust Deed Fund, LLC |  |

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (hereinafter, the "Bankruptcy Rules"), USA Capital Diversified Trust Deed Fund, LLC (hereinafter, "Diversified"), and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (hereafter, the "Diversified Committee"), by and through their respective counsel noted above,[1] hereby apply to this Court for an order setting the examination of the Custodian of Documents for BySynergy, LLC, an Arizona limited liability company, under oath, under Bankruptcy Rule 2004. This Application is explained in the following Memorandum.

### MEMORANDUM

Diversified and the Diversified Committee are seeking information from the Custodian of Documents for BySynergy, LLC, an Arizona limited liability company, concerning documents related to the obligation owed to Diversified and others by BySynergy, LLC, collateral securing that obligation, the status of development of the collateral, and other liens on the collateral.

---

[1]　Diversified and the Diversified Committee make this Application jointly because counsel for the Diversified Committee will become counsel to the reorganized Diversified entity subsequent to the Effective Date under the Debtors' Third Amended Chapter 11 Plan, which was confirmed by the Court pursuant to its order entered January 8, 2007.

1    Diversified and the Diversified Committee seek this information to assist in the collection of the

2    assets and investigation of the liabilities of Diversified.

3         The requested discovery from the Custodian of Documents for BySynergy, LLC is well

4    within the scope of the examination permitted pursuant to Bankruptcy Rule 2004, which

5    includes:

6              [A]cts, conduct, or property or . . . the liabilities and financial condition of
               the debtor, or . . . any matter which may affect the administration of the
7              debtor's estate, or to the debtor's right to a discharge. In a . . .
               reorganization case under chapter 11 of the Code, . . . the examination
8              may also relate to the operation of any business and the desirability of its
9              continuance, the source of any money or property acquired or to be
               acquired by the debtor for purposes of consummating a plan and the
10             consideration given or offered therefore, and any other matter relevant to
               the case or to the formulation of a plan.
11

12   Fed.R.Bankr.P. 2004(b).

13        Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court

14   may order the examination of any entity."   Rule 2004 of the Local Rules of Bankruptcy

15   Procedure (hereinafter, the "Local Rules") provides, in pertinent part:

16             (b)      Order for examination.  Orders for examination may be signed by
               the clerk if the date set for examination is more than ten (10) business days
17             from the date such motion is filed....

18   LR 2004(b).
19

20        As required by the Local Rules, the date for the proposed examination is more than ten

21   (10) business days from the date of this Motion.

22                                    **CONCLUSION**

23        Accordingly, Diversified and the Diversified Committee respectfully request that the

24   Clerk of the Court docket the form of Order submitted herewith requiring the Custodian of

25   Records for BySynergy, LLC, to testify under oath on the matters outlined above and requiring

26   that the Custodian of Records for BySynergy, LLC, under Rule 30(b)(6) of the Federal Rules of

27   ///

28   ///

{00360524;}                                  - 3 -

1  Civil Procedure, be required to appear on February 16, 2007, at 9:00 o'clock a.m. Mountain

2  Standard Time at the Residence Inn By Marriott, 3440 North Country Club Dr., Flagstaff,

3  Arizona 86004.

4      Respectfully submitted this 18th day of January 2007.

5  BECKLEY SINGLETON, CHTD.                    RAY, QUINNEY & NEBEKER, P.C.

6      /s/ Anne M. Loraditch                        /s/ Steven C. Strong

7  _____          _____
8  Bob L. Olson (Nevada Bar No. 3783)          Annette W. Jarvis (Utah Bar No. 1649)
   Anne M. Loraditch (Nevada Bar No. 8164)     Steven C. Strong (Utah Bar No. 6340)
9  530 Las Vegas Boulevard South               RAY QUINNEY & NEBEKER P.C.
   Las Vegas, NV 89101                          36 South State Street, Suite 1400
                                                P.O. Box 45385
10 and                                         Salt Lake City, Utah 84145-0385

11 Marc A. Levinson (California Bar No. 57613)   and
12 Jeffery D. Hermann (California Bar No. 90445)
   ORRICK, HERRINGTON & SUTCLIFFE LLP          Lenard E. Schwartzer (Nevada Bar No. 0399)
13 400 Capitol Mall, Suite 3000                Jeanette E. McPherson (Nevada Bar No. 5423)
   Sacramento, CA  95814-4497                   SCHWARTZER & MCPHERSON LAW FIRM
14                                             2850 South Jones Boulevard, Suite 1
                                                Las Vegas, Nevada 89146-5308
15 *Attorneys for the Official Committee of Equity*
   *Security Holders of USA Capital Diversified* *Attorneys for Debtors and Debtors-in-Possession*
16 *Trust Deed Fund, LLC*

17

18

19

20

21

22                                             .

23

24

25

26

27

28