Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DEBTORS' JOINDER IN OBJECTION BY DIVERSIFIED COMMITTEE TO MOTION FOR ORDER SHORTENING TIME ON MOTION BY ESTATE OF DANIEL TABAS AND FERTITTA ENTERPRISES, INC. FOR RELIEF FROM STAY** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: OST PENDING<br>Time: OST PENDING |

P:\USA Commercial Mortgage\Pleadings\Motion to Lift Stay - Fertitta\Debtors' Joinder in Opposition.DOC - 1 -

USA Commercial Mortgage Company and USA Diversified Trust Deed Fund, LLC (collectively, the "Debtors"), two of the debtors in these jointly administered chapter 11 cases, hereby join in the *Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, to Motion for Order Shortening Time for Hearing on Estate of Daniel Tabas' and Fertitta Enterprises, Inc.'s Motion for Relief From the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway, LLC* (the "Committee's Objection") (docket no. 2479).

The Committee's Objection addresses the *Motion for Order Shortening Time* (the "Motion") filed by the Estate of Daniel Tabas and Fertitta Enterprises, Inc. (docket no. 2460) regarding their *Motion for Relief from Stay* (docket no. 2457). For the reasons set forth in the Committee's Objection, the Debtors oppose the Motion and request that it be denied.

Respectfully submitted this 19th day of January, 2007.

/s/ signature

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

909920v1