RECEIVED
AND FILED

JAN 19  11 01 AM '07

BANKRUPTCY
PATRICIA ...
CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**300 LAS VEGAS BLVD., SO.**
**LAS VEGAS, NV 89101**

**TO:** SEE ATTACHED LIST OF APPELLEES

**FROM:** WILLIAM M. LAKAS, DEPUTY CLERK

**DATE:** 1/19/07

**RE:** 06-10725-LBR
Notice of Appeal re APPEAL REFERENCE NUMBER 07-03

**The following items(s) are required for the above referenced appeal to proceed timely:**

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 10 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings & exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 10 days after filing the Notice of Appeal. The Appellee is allowed 10 days after service of the Appellant Statement of Issues & Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

LIST OF APPELLEES

| | |
|---|---|
| August B. Landis, Esq.<br>Office of the U.S. Trustee<br>300 Las Vegas Blvd., S, Ste 4300<br>Las Vegas, NV 89101<br>(702) 388-6600 | Dean Kirby, Esq.<br>Kirby & McQuinn, A.P.C<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>(619) 685-4000<br>Counsel for Debt Acquisition Corp. |
| Robert Le Pome, Esq.<br>10120 S. Eastern Ave. #200<br>Henderson, NV 89052<br>(702) 492-1271<br>Counsel for The Alexander Group | Janet Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>Reno, NV 89501<br>(775) 788-2205<br>Counsel for The Jones Vargas Direct Lenders |
| George Davis<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>Counsel for Compass Partners | David Cohen<br>Warner Stephens, LLP<br>301 Commerce Street, #1700<br>Fort Worth, TX 76102<br>(817) 810-5250<br>Counsel for Sierra Liquidity Fund |
| Michael Schmahl, Esq.<br>1319 N. Wood Street, #3B<br>Chicago, IL 60622<br>(773) 278-5223<br>Counsel for Dr. Gary Kantor, Mrs. Cantor and Kantor Nephrology 401K Plan | Eric Field, Esq.<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101<br>(702) 388-6336<br>Counsel for Pension Benefit Guarantee Corporation |
| Alan R. Smith, Esq.<br>Kevin A. Darby, Esq.<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, NV 89501<br>(775) 786-4579<br>Counsel for The Lenders Protection Group | Gregory Walch, Esq.<br>400 South Fourth Street, Third Floor<br>Las Vegas, NV 89101<br>(702) 791-0308<br>Counsel for Gregory J. Walch and Shauna M. Walch Family Trust |
| Jeffrey Sylvester<br>Sylvester & Polednak, LTD<br>7371 Prairie Falcon, Suite 120<br>Las Vegas, NV 89128<br>(702) 952-5200<br>Counsel for USA Commercial Real Estate Group | Susan Scann, Esq.<br>Deaner, Deaner, Scann, Malan & Larsen<br>720 South Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>(702) 382-6911<br>Counsel for Copper Sage Commercial Center and Binford Medical Developers |
| Andrew Brumby, Esq.<br>Shutts & Brown, LLP<br>300 South Orange Ave., Suite 1000<br>Orlando, FL 32802<br>(407) 423-3200<br>Counsel for Standard Property Development | Wade Gochnour, Esq.<br>1117 South Rancho Drive<br>Las Vegas, NV 89102<br>(702) 474-7557<br>Counsel for Liberty Bank |
| Annette W. Jarvis, Esq.<br>Ray Quinney & Nebeker PC<br>36 South State St., Ste. 1400<br>Salt Lake City, UT 84145-0385<br>(801) 532-1500<br>Counsel for Debtors | Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law<br>2850 S. Jones Blvd., Ste. 1<br>Las Vegas, NV 89146-5408<br>(702) 228-7590<br>Counsel for the Debtors |
| Marc A. Levinson, Esq.<br>Orrick, Herrington & Sutcliffe<br>400 Capitol Mall, Ste. 3000<br>Sacramento, CA 95814<br>(916) 329-7921<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | Frank A. Merola, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>(310) 228-5600<br>Counsel for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC |
| Gerald M. Gordon, Esq.<br>Greg Garman, Esq.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy, 9th Fl<br>Las Vegas, NV 89109 | Rob Charles, Esq.<br>Lewis & Roca, LLP<br>LEWIS AND ROCA LLP<br>1 SOUTH CHURCH AVENUE #700<br>TUCSON, AZ 857011611<br>(520) 629-4427 |