RECEIVED
AND FILED

JAN 19  11 03 AM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

# TRANSMITTAL FORM

TO: **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 South Grand Avenue, Pasadena, CA 91105

FROM: **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO         BK-S    06-10725-LBR

ADVERSARY NO

REFERENCE NO          APPEAL REF    07-03

BANKRUPTCY JUDGE      LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED     1/18/07

DATE OF ENTRY OF ORDER APPEALED    EOD  1/8/07

DATE BANKRUPTCY FILED   4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD      1/19/07
MAILED TO PARTIES

DATE OF TRANSMITTAL    1/19/07


/S/ WILLIAM M. LAKAS
**DEPUTY CLERK**