Jason G. Landess (NSB #0288)
3990 Vegas Drive
Las Vegas, NV 89108
Tel: (702) 232-3913
Attorney for Defendant Great White Investments NV, Inc.

**Entered on Docket
January 19, 2007**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,
                                Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                Debtor.

In re:
USA SECURITIES, LLC,
                                Debtor.

Case No. BK-S-06-10725
Case No. BK-S-06-10726
Case No. BK-S-06-10727
Case No. BK-S-06-10728
Case No. BK-S-06-10729

Chapter 11

**Jointly administered under
Case No. BK-S-06-10725 LBR**

Date of hearing: N/A
Time of hearing: N/A

### ORDER GRANTING LEAVE TO FILE PAPER

Good cause appearing,

IT IS ORDERED that movants Craig P. Orrock and Great White Investments NV, Inc., a Nevada corporation are allowed to file all documents connection with their MOTION FOR PROTECTIVE ORDER on paper. *[handwritten: Any pleadings filed after July 15, 200? must be done electronically]*

DATED this ____ day of January, 2007.

BY THE COURT:

Linda B. Riegel, US Bankruptcy Judge

c:\wpwin\orrockUSAcapitalbky\6.ordergraningleavetofilepaper

1