1  Jason G. Landess (NSB #0288)
   3990 Vegas Drive
2  Las Vegas, NV 89108
   Tel: (702) 232-3913
3  Attorney for Defendant Great
   White Investments NV, Inc.
4

**Entered on Docket**
**January 19, 2007**

5              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
6
   In re:
7  USA COMMERCIAL MORTGAGE COMPANY,            Case No. BK-S-06-10725
                                     Debtor.   Case No. BK-S-06-10726
8  _____         Case No. BK-S-06-10727
   In re:                                      Case No. BK-S-06-10728
9  USA CAPITAL REALTY ADVISORS, LLC,  Debtor.  Case No. BK-S-06-10729

10 _____         Chapter 11
   In re:
11 USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                     Debtor.   **Jointly administered under**
12 _____         **Case No. BK-S-06-10725 LBR**
   In re:
13 USA CAPITAL FIRST TRUST DEED FUND, LLC,     Date of hearing: N/A
                                     Debtor.   Time of hearing: N/A
14 _____
   In re:
15 USA SECURITIES, LLC,
                                     Debtor.
16 _____

17         ORDER ~~GRANTING~~ EX PARTE MOTION FOR LEAVE
                     TO FILE MOTION UNDER SEAL

18         Good cause appearing,

19         IT IS ORDERED that Great White Investments NV, Inc., a Nevada corporation

20 ("Great White") and Craig P. Orrock ("Orrock") are hereby *denied* ~~granted~~ leave to file their MOTION

21 FOR PROTECTIVE ORDER, MEMORANDUM IN SUPPORT THEREOF AND AFFIDAVIT

22 OF CRAIG P. ORROCK under seal.

23         DATED this ____ day of January, 2007.

24                                  BY THE COURT:

25

26 c:\wp12\clientfiles2006\orrockUSAcaptialbky\2.orderallingexpartemotiontofilemotionunderseal
                                    Linda B. Riegel, US Bankruptcy Judge

1