Entered on Docket
January 19, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In Re: | ) | Jointly Administered |
|---|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | ) ) ) ) | Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | ) ) ) | Date: January 31, 2007<br>Time: 9:30 a.m. |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | ) ) ) ) | **Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ) ) ) | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>Debtors. | ) ) ) ) ) | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1803331.1

**ORDER SHORTENING TIME AND NOTICE OF HEARING ON APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

This Court having considered the Application Pursuant To Fed. R. Bankr. P. 2014(A) For Order Under § 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Diamond McCarthy Taylor Finley & Lee as Special Litigation Counsel to the Official Unsecured Creditors' Committee For USA Commercial Mortgage Company (the "Diamond Application"), and good cause appearing therefore,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Diamond Application be, and the same will be heard by a United States Bankruptcy Judge on the **31st day of January, 2007 at 9:30 a.m**. A copy of the above-referenced Diamond Application may be obtained by accessing PACER through the U.S. Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or through the Bankruptcy Management Solutions Website www.usacapitalcorp.com/news.html and is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

**IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN** that parties in interest shall have up to and including the close of business at **5:00 p.m. PST on January 24, 2007** to file and serve responsive pleadings to the Diamond Application and shall deliver courtesy copies of said pleadings, if any, to the Court no later than **January 25, 2007.**

1803331.1

**IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN** that the Unsecured Creditors' Committee for USA Commercial Mortgage shall have up to and including **noon on January 29, 2007**, to file and serve a brief in reply to any opposition to the Sierra Application and shall deliver courtesy copies of said filing to the Court no later than **noon on January 30, 2007.**

**NOTICE IS FURTHER GIVEN** that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times of the above noticed hearing or any adjournment thereof.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company*

1803331.1