Entered on Docket
January 19, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ORDER DENYING MOTION FOR ORDER TEMPORARILY ALLOWING THE CLAIM OF DEL AND ERNESTINE BUNCH FOR VOTING PURPOSES |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 3, 2007<br>Time: 9:30 a.m. |

The Motion For Order Temporarily Allowing The Claim Of Del And Ernestine Bunch For Voting Purposes (the "Motion") having come before this Court for hearing after notice, USA Commercial Mortgage Company (the "Debtor") appearing by and through its counsel, Lenard E. Schwartzer of the Schwartzer & McPherson Law Firm and Del and Ernestine Bunch, appearing by and through their counsel, Richard Holley, Esq. of Santoro Driggs Walch Kearney Johnson & Thompson; the Court having reviewed the briefs on file, having heard the arguments and representations of counsel and having made its findings of fact and conclusions of law on the record, it is

ORDERED that the Motion be, and hereby is, denied.

Prepared by

**RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM**

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
*Attorneys for the Debtors and Debtors in Possession*

(Approved)/Disapproved

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON

By: _____
Richard F. Holley, Esq.
*Counsel for Del and Ernestine Bunch*

### #