LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on January 19, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund,**<br>**LLC**<br>**06-10728** | Date:    January 31, 2007 requested<br>Time:    9:30 a.m. requested |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | **Affecting:**<br>¨  All Cases<br>**or Only:**<br>☓  USA Commercial Mortgage Company |
| **USA Securities, LLC**<br>**06-10729** | ¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨  USA Capital First Trust Deed Fund, LLC<br>¨  USA Securities, LLC |

**NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR
APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR
ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
DIAMOND McCARTHY TAYLOR FINLEY & LEE, LLP AS
SPECIAL LITIGATION COUNSEL TO THE OFFICIAL
UNSECURED CREDITORS' COMMITTEE FOR USA
COMMERCIAL MORTGAGE COMPANY**

**PLEASE TAKE NOTICE** that an Order Shortening Time to Hear Application by

the Committee to Employ Diamond McCarthy Taylor Finley & Lee, LLP ("Diamond") as

1803606.1



special litigation counsel for the Unsecured Creditors' Committee for USA Commercial

Mortgage Company [DE 2505] at 9:30 a.m. on January 31, 2007, was entered on the 19th

day of January 2007, a true and correct copy of which is attached hereto as Exhibit A.

     RESPECTFULLY SUBMITTED January 19, 2007.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for Official Committee of Unsecured*
*Creditors of USA Commercial Mortgage*
*Company*

2

1803606.1