1  Jason G. Landess (NSB #0288)
   3990 Vegas Drive
2  Las Vegas, NV 89108
   Tel: (702) 232-3913
3  Attorney for Defendant Great **Entered on Docket**
   White Investments NV, Inc. **January 19, 2007**
4

5              UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF NEVADA
6
   In re:
7  USA COMMERCIAL MORTGAGE COMPANY,           Case No. BK-S-06-10725
                                      Debtor. Case No. BK-S-06-10726
                                              Case No. BK-S-06-10727
8  ─────────────────────────────────────      Case No. BK-S-06-10728
   In re:                                     Case No. BK-S-06-10729
9  USA CAPITAL REALTY ADVISORS, LLC,  Debtor.

10 ─────────────────────────────────────      Chapter 11
   In re:
   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
11                                    Debtor. **Jointly administered under**
                                              **Case No. BK-S-06-10725 LBR**
12 ─────────────────────────────────────
   In re:
   USA CAPITAL FIRST TRUST DEED FUND, LLC,    Date of hearing: N/A
13                                    Debtor. Time of hearing: N/A

14 ─────────────────────────────────────
   In re:
   USA SECURITIES, LLC,
15                                    Debtor.

16 ─────────────────────────────────────

17              **ORDER GRANTING LEAVE TO FILE PAPER**

18      Good cause appearing,

19      IT IS ORDERED that movants Craig P. Orrock and Great White Investments NV,

20 Inc., a Nevada corporation are allowed to file all documents connection with their MOTION

21 FOR PROTECTIVE ORDER on paper. [Any pleadings filed after July 15, 200_ must be done electronically]

22      DATED this ____ day of January, 2007.

23                                            BY THE COURT:

24

25                                            _____
                                              Linda B. Riegel, US Bankruptcy Judge
26
   c:\wpwin\orrockUSAcapitalbky\6.ordergraningleavetofilepaper
27

28                                 1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Jan 19, 2007
Case: 06-10725                  Form ID: pdf912            Total Served: 1

The following entities were served by first class mail on Jan 21, 2007.
aty          +JASON G LANDESS,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2007**                        **Signature:**        _Joseph Speetjens_