JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone: 215-569-0000
Facsimile: 215-636-3999
E-mail: jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
and tbw@jonesvargas.com
and lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc., and designated Nevada counsel for Estate of Tabas

***Electronically Filed on: January 22, 2007***

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY, Debtor.

USA CAPITAL REALTY ADVISORS, LLC, Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor.

USA SECURITIES, LLC, Debtor.

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**NOTICE OF HEARING ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC**

Hearing Date: February 15, 2007
Hearing Time: 9:30 a.m.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

PLEASE TAKE NOTICE that the Estate of Daniel Tabas and Fertitta Enterprises,, Inc., by and through their respective counsel Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed a Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway LLC on the grounds that USA Commercial has failed to satisfy the terms of its loan servicing agreement or its obligations under the Nevada Administrative Code. Debtor's past and continuing contractual breaches constitute cause necessary to terminate the automatic stay in this loan. Movants request this relief from the automatic stay in order to terminate USA Commercial as the servicing agent the Colt Gateway and hire a new servicing agent.

A hearing on this Motion will be held before a United States Bankruptcy Judge, in Bankruptcy Courtroom No. 1, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, at the date and time listed above.

Any opposition must be served on the undersigned counsel and filed with the Court pursuant to Local Rule 9013(e)(1):

> "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e)&(f), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

The relief requested may be granted without a hearing if timely objection is not filed and served as required by this rule.

A copy of the Motion is on file at the office of the Clerk, United States Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, and is available for inspection and copying.

DATED this 22nd day of January, 2007.

WILENTZ GOLDMAN & SPITZER P.A.

_//s//Jonathan J. Bart________________

JONATHAN J. BART, ESQUIRE
Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
215-569-0000

JONES VARGAS

_//s//Louis M. Bubala III____________

JANET L. CHUBB, ESQUIRE
LOUIS M. BUBALA III, ESQUIRE
100 W. Liberty St., 12th Floor
P.O. Box 281
Reno, NV 89504-0281
775-786-5000

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

1. On January 22, 2007, I served the following document(s):

**NOTICE OF HEARING ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS mabrams@mabramslaw.com
- FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO ATENCIOK@GTLAW.COM
- BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN yvette@ccfirm.com
- KEVIN B. CHRISTENSEN kbchrislaw@aol.com
- JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE cope_guerra@yahoo.com
- CICI CUNNINGHAM bankruptcy@rocgd.com
- LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com
- THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

- GREGORY E GARMAN bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY vgourley@lvcm.com
- TALITHA B. GRAY bankruptcynotices@gordonsilver.com
- JAMES D. GREENE bknotice@schrecklaw.com
- MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN xanna.hardman@gmail.com
- STEPHEN R HARRIS noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN notices@bankruptcyreno.com
- BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER JHindera@LRL.com
- RICHARD F. HOLLEY rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS ajarvis@rqn.com
- TY E. KEHOE TyKehoeLaw@aol.com
- ROBERT R. KINAS rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON ecf@lslawnv.com
- JOHN J. LAXAGUE jlaxague@caneclark.com
- GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

- SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA jmurtha@woodburnandwedge.com
- ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN aparlen@stutman.com
- DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY info@johnpeterlee.com
- CHRISTINE A ROBERTS bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER bkfilings@s-mlaw.com
- JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU ecf@lslawnv.com
- JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS dstephens@lvcm.com
- PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE , lleverett@kkbrf.com
- AMY N. TIRRE atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH GWalch@Nevadafirm.com
- RUSSELL S. WALKER rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

- ANTHONY A. ZMAILA azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

■ b. **United States mail, postage fully prepaid** (list persons and addresses):

THOMAS J. ALLISON
USA COMMERCIAL MORTGAGE ET AL.
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

U.S. SECURITIES &
EXCHANGE COMMISSION
ATTN: SANDRA W. LAVIGNA
5670 WILSHIRE BLVD., 11TH FLOOR
LOS ANGELES, CA 90036-3648

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

DEPARTMENT OF EMPLOYMENT
TRAINING & EMPLOYMENT SEC DIV.
CONTRIBUTIONS SECTION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0030

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0250

NV EMPLOYERS INSURANCE CO.
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO, NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

SECRETARY OF STATE
STATE OF NEVADA
202 N. CARSON ST.
CARSON CITY, NV 89701

NV DEPARTMENT OF TAXATION
REVENUE DIVISION

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

CAPITOL COMPLEX
CARSON CITY, NV 89710-0003

LABOR COMMISSIONER
555 E. WASHINGTON AVE., #4100
LAS VEGAS, NV 89101

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
P.O. BOX 683 – BEN FRANKLIN STATION
WASHINGTON, DC 20044

DISTRICT COUNSEL
INTERNAL REVENUE SERVICE
110 CITY PARKWAY
LAS VEGAS, NV 89106

INTERNAL REVENUE SERVICE
OGDEN, UT 84201

FHA/HUD
DISTRICT OFFICE
300 S. LAS VEGAS BLVD., SUITE 2900
LAS VEGAS, NV 89101-5833

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE AND CLAIMS
3225 NORTH CENTRAL
PHOENIX, AZ 85012

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
P.O. BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

DON TOMLIN
C/O DAVID W. MOUNIER
15316 SKY HIGH ROAD
ESCONDIDO, CA 92025

MARYETTA BOWMAN
534 ENCHANTED LAKES DRIVE
HENDERSON, NV 89052

EDWARD W. HOMFELD
HOMFELD II, LLC
777 S. FEDERAL HIGHWAY, STE N-409
POMPANO BEACH, FL 33062

RJ ROCCO
12617 COTTAGEVILLE LANE

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

KELLER, TX 76248

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

JANNY CATHARINA BROUWER
2533 KINNARD AVE.
HENDERSON, NV 89074

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
P.O. BOX 18
FAIRBURY, IL 61739

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE, SUITE 300
TEMECULA, CA 92590

ATILLA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

VANCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

PAUL & DONNA JACQUES
810 SE 7TH ST., A103
DEERFIELD BEACH, FL 33441

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

GILBERT B. WEISMAN
BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HWY, SUITE A205
BOCA RATON, FL 33431

JAMES G. SCHWARTZ, ESQ.
JOSHUA D. BRYSK, ESQ.

7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
830 LAS VEGAS BLVD. S.
LAS VEGAS, NV 89101

JERROLD T. MARTIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

JONATHAN L. MILLS
SUGAR, FRIEDBERG &
FELSENTHAL LLP
30 N. LASALLE ST., #3000
CHICAGO, IL 60602

WADE B. BOCHNOUR
ARYN M. FITZWATER
HANEY, WOLOSON & MULLINS
1117 S. RANCHO DR.
LAS VEGAS, NV 89102

ANDREW DAUSCHER
ELLEN DAUSCHER
P.O. BOX 10031
ZEPHYR COVE, NV 89448

GARY A. SHEERIN, ESQ.
177 W. PROCTOR ST., #B
CARSON CITY, NV 89703

MR. ALLEN J. MAULT
2422 AQUASANTA
TUSTON, CA 92782

JAMES B. CORISON
5064 ROCKLEDGE DR.
RIVERSIDE, CA 92506

9 c. **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

9 For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

9 For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

**Nevada Mortgage Lending Division**
**Attn: Susan Eckhardt**
seckhardt@mld.nv.gov

**Stan Wolken**
bayareastan@yahoo.com

**Sean Najarian, Esq.**
sean@nlf.la

**Nicholas J. Santoro**
NSantoro@Nevadafirm.com

**Jed A. Hart**
jhart@angelogordon.com

**Bradley J. Stevens**
bstevens@jsslaw.com

**Richard Mason, Patricia K. Smoots, & Michael M. Schmahl**
rjmason@mcguirewoods.com; psmoots@mcguirewoods.com; mschmahl@mcguirewoods.com

**Robert Verchota c/o Jeffrey A. Cogan**
Jeffrey@jeffreycogan.com

**Scott K. Canepa**
scanepa@defectlawyers.com; gmuscari@dfectlawyers.com; scottcanepa@yahoo.com

**Howard Connell**
Howlor5@aol.com

**Thomas R. Stilley**
tom@susmanshank.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

**Russell James Zuardo**
rjzrph@cox.net
**Joseph Huggins**
joehuggins@sbcglobal.net

**Ken Bonnet**
Ken.bonnet@riversidecaseinoandresort.com

**Charles B. Anderson & Rita P. Anderson**
chasband@earthlink.net

**A. William and Ranee L. Ceglia**
awilliam@ceglia.name

**Bruce H. Corum & Juanita N. Carter**
thecorumhouse@yahoo.com

**Sierra Health Services**
Leg104@sierrahealth.com; caromi@sierrahealth.com

**David and Bonny Enrico**
Skypilot1@blomand.net

**Robert A. & Sandra L. Cowman**
spddcbob@aol.com

**Mojave Canyon Inc., J.B. Partain**
mcijb@swbell.net

**David W. & Pamela Sexton**
PamSexton@cox.net

**Steven R. Orr**
sorr@rwglaw.com

**Wendy Smith**
wendy@bindermalter.com

**Daniel D. White**
dan@ddwlaw.com

**Albert Daniel Andrade c/o David R. Griffith**
dgriffith@chicolaw.com

**James F. Lisowski, Sr.**
Lisowskilaw@aol.com

**Michael D. Warner**
mwarner@warnerstevens.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9 e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

9 f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 22nd day of January, 2007.

J. Englehart & Tawney Waldo
Name

//s// Tawney Waldo & J. Englehart
Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177