**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on January 22, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>or Only: |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** 06-10729 **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

1.  I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A)  Notice of Entry of Order Shortening Time to Hear Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Diamond McCarthy Taylor Finley & Lee, LLP as Special Litigation Counsel to the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company [DE 2509].

1742363.1



2. I served the foregoing by the following means to the persons as listed below:

    A) ECF System to the persons listed on Exhibit A on January 19, 2007;

    B) Email on January 19, 2007 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.

    C) First Class, postage prepaid, US Mail on January 22, 2007 to all persons without email addresses listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of January 2007.

                                          /s/ Christine E. Laurel
                                          Christine E. Laurel

1742363.1