1

2

3

**Entered on Docket**
**January 22, 2007**

4

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

5

6

7

8

9

10

11

Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com;
          rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

12

13

_Attorneys for the Official Committee of Equity_
_Security Holders of USA Capital Diversified Trust_
_Deed Fund, LLC_

14

**UNITED STATES BANKRUPTCY COURT**

15

**DISTRICT OF NEVADA**

16

17

In re:
USA COMMERCIAL MORTGAGE COMPANY,
                                    Debtor.

18

19

In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                    Debtor.

20

21

In re:
USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,
                                    Debtor.

22

23

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                    Debtor.

24

25

In re:
USA SECURITIES, LLC,
                                    Debtor.

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725-LBR

**ORDER SUSTAINING OMNIBUS**
**OBJECTION OF THE OFFICIAL**
**COMMITTEE OF EQUITY**
**SECURITY HOLDERS OF USA**
**CAPITAL DIVERSIFIED TRUST**
**DEED FUND, LLC, TO WRONG**
**DEBTOR CLAIMS MISFILED**
**AGAINST USA CAPITAL**
**DIVERSIFIED TRUST DEED FUND,**
**LLC**

26

27

28

{00359125;2}

OHS West:260095880.3

Page - 1 - of 4

| | |
|---|---|
| Affects: | Date: January 3, 2007 |
| ☐ All Debtors | Time: 9:30 a.m. |
| ☐ USA Commercial Mortgage Company | Courtroom: 1 |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") to Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC, including claim nos. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 37, 38, 53, 116, and 125 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection, other than Karen Petersen Tyndall's Limited Reply To Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC, having been timely filed; with Debtor USA Capital Diversified Trust Deed Fund, LLC, having joined the Objection with respect to claim nos. 125 and 126; and for good cause appearing:

IT IS HEREBY ORDERED that the DTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A, attached hereto and made a part hereof, shall be disallowed, and the claimants shall not be entitled to any distribution from USA Capital Diversified Trust Deed Fund, LLC with respect to such claims.

IT IS FURTHER ORDERED that this order is not applicable to claim nos. 84, 85, 118, and 119, filed against USA Capital Diversified Trust Deed Fund, LLC by Karen Petersen Tyndall, and that the hearing on the Diversified Committee's objection to such claims shall be

///

///

///

///

///

1    continued until January 31, 2007, at 9:30 a.m., due to such claims being inadvertently omitted

2    from the Diversified Committee's Objection and instead included on the Diversified

3    Committee's Omnibus Objection to Claims on Equity Misfiled as Creditor Claims.

4    RESPECTFULLY SUBMITTED BY:

5    BECKLEY SINGLETON, CHTD.

6    _____

7    BOB L. OLSON, ESQ.
     ANNE M. LORADITCH, ESQ.

8    Nevada Bar No. 8164
     530 Las Vegas Boulevard South

9    Las Vegas, Nevada 89101
              and

10   Marc A. Levinson (California Bar No. 57613)

11   Rachel Ragni (California Bar No. 214061)
     ORRICK, HERRINGTON & SUTCLIFFE LLP

12   400 Capitol Mall, Suite 3000
     Sacramento, California  95814-4497

13

14   *Attorneys for the Official Committee of Equity Security
     Holders of USA Capital Diversified Trust Deed Fund, LLC*

15   APPROVED/DISAPPROVED:

16

17   OFFICE OF THE UNITED STATES TRUSTEE

18   _____

19   300 Las Vegas Boulevard, Suite 4300
     Las Vegas, Nevada 89101

20
     APPROVED/DISAPPROVED:                    APPROVED/DISAPPROVED:

21

22   SCHWARTZER & MCPHERSON              SHEA & CARLYON, LTD.

23   _____    _____

24   LENARD SCHWARTZER, ESQ.            JAMES PATRICK SHEA, ESQ.
     Nevada Bar No. 0399                CANDACE C. CARLYON, ESQ.

25   JEANETTE MCPHERSON, ESQ.           Nevada Bar No. 2666
     2850 South Jones Blvd, #1          228 South Fourth Street, 1st Floor

26   Las Vegas, Nevada 89146            Las Vegas, Nevada 89101

27   *Counsel for USA Capital Diversified        Counsel  the  Official  Committee  of  Equity
     Trust Deed Fund, LLC*                       Security  Holders  of  USA  Capital  First  Trust

28                                               Deed Fund, LLC*

{00359125;2}                                               Page - 3 - of 4

OHS West:260095880.3

# EXHIBIT A

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| 6-1 | Frieda Moon, Trustee of the Decedent's Trust | $37,860.24 |
| 7-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,033.34 |
| 8-1 | Frieda Moon and Sharon C. Van Ert | $51,033.34 |
| 9-1 | Frieda Moon FBO Sharon C. Van Ert | $35,583.34 |
| 10-1 | Frieda Moon FBO Sharon C. Van Ert | $17,538.18 |
| 11-1 | Frieda Moon and Sharon Van Ert | $51,076.38 |
| 12-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,076.38 |
| 13-1 | Frieda Moon, Trustee of the Decedent's Trust | $25,538.20 |
| 14-1 | Brenda Falvai | $50,933.34 |
| 15-1 | Brenda Falvai | $50,972.22 |
| 16-1 | Brenda Falvai | $50,933.34 |
| 17-1 | Brenda Falvai | $50,933.34 |
| 18-1 | Brenda Falvai | $50,933.34 |
| 19-1 | Brenda Falvai | $37,860.24 |
| 37-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 |
| 38-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 |
| 53-1 | Sandra O. Masters | $425,000.00 |
| 116-1 | Nancy Brauer | $25,000.00 |
| 125-1 | Law Offices of James J. Lee | $200,000.00 |
| 126-1 | James J. Lee, Esq. | $200,000.00 |
| 132-1 | William Chad Berry | $200,000.00 |

# # #