ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for The Lenders Protection Group

*ELECTRONICALLY FILED* - January 22, 2007

JANET L. CHUBB, ESQ.
Nevada Bar No. 1974
Jones Vargas
100 W. Liberty Street, 12th Floor
Reno, Nevada 89501
Telephone: (775) 788-2205
Facsimile: (775) 786-1177
Email: jlc@jonesvargas.com
Attorney for The Jones Vargas Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor.         /<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor.         /<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor.         /<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor.         /<br>In re:<br>USA SECURITIES, LLC,<br>                    Debtor.         /<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**NOTICE OF HEARING ON EMERGENCY MOTION FOR STAY PENDING APPEAL**<br><br>**Hearing Date: January 24, 2007**<br>**Hearing Time: 3:30 p.m.** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\NOH Mot Stay Pending Appeal 012207.wpd

1   **NOTICE IS HEREBY GIVEN** that on Wednesday, January 24, 2007 at 3:30 p.m., a hearing will be conducted by the Honorable Linda B. Riegle, Judge for the United States Bankruptcy Court, for the District of Nevada, at the Foley Federal Building, Courtroom 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada, to consider the *Emergency Motion For Stay Pending Appeal* (the "Motion") filed with the United States Bankruptcy Appellate Panel, Ninth Circuit, on January 17, 2007 by The Lenders Protection Group ("LPG"), through its counsel, Alan R. Smith, Esq., and Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company, Kehl Family Members and Mojave Canyon, Inc., through their counsel, Janet L. Chubb, Esq. A copy of the Motion may be obtained by email from the Law Offices of Alan R. Smith at the address above or may be obtained directly from the District Court's website at www.nvd.uscourts.gov (requires the establishment of a PACER account) (Case No. 2:07-CV-00072-RCJ-GWF), during the office hours of 9:00 a.m. to 4:00 p.m. weekdays.

All oppositions to the Motion must be filed and served no later than January 22, 2007. Any replies will be due no later than January 23, 2007.

**DATED** this 22nd day of January, 2007.

LAW OFFICES OF ALAN R. SMITH

By: */s/ Alan R. Smith*
ALAN R. SMITH, ESQ.
Attorney for The Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\NOH Mot Stay Pending Appeal 012207.wpd

2