1  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400                    **E-FILED ON JANUARY 22, 2007**
   P.O. Box 45385
3  Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  Lenard E. Schwartzer
   Nevada Bar No. 0399
7  Jeanette E. McPherson
   Nevada Bar No. 5423
8  Schwartzer & McPherson Law Firm
9  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada  89146-5308
10 Telephone:  (702) 228-7590
   Facsimile:  (702) 892-0122
11 E-Mail:  bkfilings@s-mlaw.com

12 *Attorneys for Debtors and Debtors-in-Possession*

13              **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**
14

| | |
|---|---|
| In re: | Case Nos. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case Nos. BK-S-06-10726 LBR |
| Debtor. | Case Nos. BK-S-06-10727 LBR |
| | Case Nos. BK-S-06-10728 LBR |
| In re: | Case Nos. BK-S-06-10729 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| Debtor. | Chapter 11 |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | Date: January 31, 2007 |
| In re: | Time:  10:00 a.m. |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | **CERTIFICATE OF SERVICE OF** |
| In re: | **DEBTORS' BRIEF IN OPPOSITION TO** |
| USA SECURITIES, LLC, | **USA COMMERCIAL REAL ESTATE** |
| Debtor. | **GROUP, INC.'S MOTION TO ENFORCE** |
| Affects: | **ORDER GRANTING DEBTORS' MOTION** |
| ☒ All Debtors | **TO DISTRIBUTE FUNDS** |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | **(AFFECTS ALL DEBTORS)** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing: January 31, 2007 |
| ☐ USA First Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |

*(left margin, rotated)* SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COS Brief in Opposition_to_motion_to_enforce_distribution 011807

1.   On January 18, 2007 I served the following document(s):

     a. Debtors' Brief In Opposition To USA Commercial Real Estate Group, Inc.'s Motion To Enforce Order Granting Debtors' Motion To Distribute Funds (Affects All Debtors)

2.   I served the above-named document(s) by the following means to the persons as listed below:

☒    a.      **By ECF System:**

 FRANKLIN C. ADAMS    franklin.adams@bbklaw.com,arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER  mqc@callister-reynolds.com,

maggie@callisterreynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB !   tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,

ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com,

dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GR! AY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COS Brief in Opposition_to_motion_to_enforce_distribution 011807

1  EDWARD J. HANIGAN        haniganlaw@earthlink.net, haniganlaw1@earthlink.net

2  XANNA R. HARDMAN        xanna.hardman@gmail.com,

3  CHRISTOPHER D JAIME        cjaime@waltherkey.com, kbernhar@waltherkey.com

4  EVAN L. JAMES        ejameslv@earthlink.net, kbchrislaw@aol.com

5  ANNETTE W JARVIS        ajarvis@rqn.com

6  ROBERT R. KINAS        rkinas@swlaw.com,

7  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

8  NILE LEATHAM   &nb! sp nleatham@klnevada.com,

9  ckishi@klnevada.com;bankruptcy@klnevada.com

10  ROBERT C. LEPOME        robert@robertlepome.com, susan@robertlepome.com

11  REGINA M. MCCONNELL        rmcconnell@kssattorneys.com,

12  WILLIAM L. MCGIMSEY        lawoffices601@lvcoxmail.com,

13  RICHARD MCKNIGHT        mcknightlaw@cox.net,

14  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

15  SHAWN W MILLER        bankruptcyfilings@sheacarlyon.com,

16  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi

17  th@sheacarlyon.com

18  DAVID MINCIN !        mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl

19  asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

20  JOHN F MURTHA        jmurtha@woodburnandwedge.com

21  DONNA M. OSBORN        jinouye@marquisaurbach.com,

22  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.

23  com;kgallegos@MarquisAurbach.com

24  DONALD T. POLEDNAK        sandplegal@yahoo.com, spbankruptcy@yahoo.com

25  PAUL C RAY        info@johnpeterlee.com

26  SUSAN WILLIAMS SCANN        sscann@deanerlaw.com, palexander@deanerlaw.com

27  SHLOMO S. SHERMAN        ssherman@sheacarlyon.com,

28  aboehmer@sheacarlyon.com;bank!

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COS Brief in Opposition_to_motion_to_enforce_distribution 011807

1  ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r

2  smith@sheacarlyon.com

3  JEFFREY G. SLOANE      gjklepel@yahoo.com, rmcconnell@kssattorneys.com

4  PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

5  CARYN S. TIJSSELING      cst@beesleyandpeck.com, aha@beesleyandpeck.com

6  U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov,

7  JOAN C WRIGHT      jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

8  MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

9

10  ☐    b.    **By United States mail, postage fully prepaid**

11

12  ☐    c.    **By Personal Service**
              I personally delivered the document(s) to the persons at these addresses:

13    ☐    For a party represented by an attorney, delivery was made by handing the
14  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
15  in the office.

16    ☐    For a party, delivery was made by handing the document(s) to the party or by
17  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
    suitable age and discretion residing there.

18

19  ☐    d.    **By direct email (as opposed to through the ECF System)**

20              Based upon the written agreement to accept service by email or a court order, I
21  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
    receive, within a reasonable time after the transmission, any electronic message or other indication
22  that the transmission was unsuccessful.

23

24  ☐    e.    **By fax transmission**

25              Based upon the written agreement of the parties to accept service by fax
    transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
26  below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
    transmission is attached.

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COS Brief in Opposition_to_motion_to_enforce_distribution 011807

☐      f.      **By messenger**

        I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: January 22, 2007

Christi Vanderlip                              /s/      *Christi Vanderlip*
(Name of Declarant)                           (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5
COS Brief in Opposition_to_motion_to_enforce_distribution 011807