Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JANUARY 22, 2007

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT FOR DECEMBER 2006 (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: USA Commercial Mortgage Company

Case No. 06-10725-LBR

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 12/31/06     **PETITION DATE:** 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|
| a. Current Assets | $69,369,665 | $64,077,528 | |
| b. Total Assets | $128,228,678 | $123,056,245 | $122,468,825 |
| c. Current Liabilities | $31,010,810 | $25,723,357 | |
| d. Total Liabilities | $92,836,531 | $87,549,078 | $61,634,630 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $4,541,880 | $3,298,542 | $13,173,054 |
| b. Total Disbursements | $391,336 | $2,932,540 | $6,059,148 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,150,544 | $366,002 | $7,113,906 |
| d. Cash Balance Beginning of Month | $3,539,594 | $3,173,592 | $576,231 |
| e. Cash Balance End of Month (c + d) | $7,690,138 | $3,539,594 | $7,690,138 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($115,020) | ($1,245,152) | ($3,615,746) |
| 5. **Account Receivables (Pre and Post Petition)** | $21,797,195 | $20,654,024 | |
| 6. **Post-Petition Liabilities** | $31,010,810 | $25,723,357 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $40,592 | $40,342 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | x | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes   X  ;   U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/22/2007 0:00

Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 12/31/06 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $1,285,471 | | $1,285,471 | 1 | Gross Sales | $13,710,435 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $1,285,471 | $0 | $1,285,471 | 3 | Net Sales | $13,710,435 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $1,285,471 | $0 | $1,285,471 | 5 | Gross Profit | $13,710,435 | $0 |
| $17,877 | | $17,877 | 6 | Interest | $61,875 | |
| | | $0 | 7 | Other Income: | $8,044 | |
| $7,000 | | $7,000 | 8 | Intercompany allocations | $327,467 | |
| | | $0 | 9 | | | |
| $1,310,348 | $0 | $1,310,348 | 10 | **Total Revenues** | $14,107,821 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $167,272 | | ($167,272) | 12 | Salaries | $1,236,422 | |
| | | $0 | 13 | Commissions | $140,833 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | $8,861 | |
| $48,908 | | ($48,908) | 16 | Real Property | $418,982 | |
| $1,385 | | ($1,385) | 17 | Insurance | $39,963 | |
| | | $0 | 18 | Management Fees | | |
| $16,288 | | ($16,288) | 19 | Depreciation | $160,136 | |
| | | | | Taxes: | | |
| $5,353 | | ($5,353) | 20 | Employer Payroll Taxes | $68,219 | |
| | | $0 | 21 | Real Property Taxes | | |
| $3,990 | | ($3,990) | 22 | Other Taxes | $36,859 | |
| $222 | | ($222) | 23 | Other Selling | $52,946 | |
| $133,131 | | ($133,131) | 24 | Other Administrative | $753,136 | |
| | | $0 | 25 | Interest | $4,556 | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $376,549 | $0 | ($376,549) | 35 | **Total Expenses** | $2,920,913 | $0 |
| $933,799 | $0 | $933,799 | 36 | **Subtotal** | $11,186,908 | $0 |
| | | | | **Reorganization Items:** | | |
| ($1,040,819) | | $1,040,819 | 37 | Professional Fees | ($14,784,654) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| ($8,000) | | $8,000 | 41 | U.S. Trustee Quarterly Fees | ($18,000) | |
| | | $0 | 42 | | | |
| ($1,048,819) | $0 | $1,048,819 | 43 | **Total Reorganization Items** | ($14,802,654) | $0 |
| ($115,020) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($3,615,746) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($115,020) | $0 | $0 | 46 | **Net Profit (Loss)** | ($3,615,746) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 12/31/06

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $972,146 |
| 2 | Cash and cash equivalents - restricted | | $6,717,992 |
| 3 | Accounts receivable (net) | A | $21,797,195 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $15,277 |
| 6 | Professional retainers | | |
| 7 | Other: Borrowers interest advances | | $23,905,303 |
| 8 | Funds held in Collection account | | $15,961,752 |
| 9 | **Total Current Assets** | | $69,369,665 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $143,278 |
| 13 | Office equipment | D | $283,823 |
| 14 | Leasehold improvements | D | $56,993 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $484,094 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Related Party loan | | $58,374,919 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $58,374,919 |
| 29 | **Total Assets** | | $128,228,678 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | $29,149 |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $507,932 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $10,698,283 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: Retirement plan | | $1,105,535 |
| 42 | Escrow deposit and other liabilities | | $6,712,890 |
| 43 | Adjustment for Loan Servicing transactions | | $11,957,021 |
| 44 | **Total Current Liabilities** | | $31,010,810 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $31,010,810 |

**Pre-Petition Liabilities (allowed amount)[1]**

| # | Item | | Amount |
|---|---|---|---|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $169,742 |
| 49 | General unsecured claims[1] | F | $61,655,979 |
| 50 | **Total Pre-Petition Liabilities** | | $61,825,721 |
| 51 | **Total Liabilities** | | $92,836,531 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $38,932,893 |
| 53 | Capital Stock | $75,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($3,615,746) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $35,392,147 |
| 60 | **Total Liabilities and Equity (Deficit)** | $128,228,678 |

**NOTE:**

1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $467,340 | |
| 31-60 Days | | $250 | |
| 61-90 Days | | $0 | $40,592 |
| 91+ Days | | $40,342 | |
| Total accounts receivable/payable | $0 | $507,932 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | |   Net purchase | |
|   Product for resale | |   Direct labor | |
| | |   Manufacturing overhead | |
| Distribution - | |   Freight in | |
|   Products for resale | |   Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | |   Inventory End of Month | |
| | |   Shrinkage | |
| Other - Explain | |   Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes ____    No ____
How often do you take a complete physical inventory?

    Weekly      ____
    Monthly     ____
    Quarterly   ____
    Semi-annually ____
    Annually    ____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost                ____
    LIFO cost                ____
    Lower of cost or market  ____
    Retail method            ____
    Other                    ____
      Explain

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | $123,916 | |
| Priority tax claims | $45,826 | |
| General unsecured claims | $61,655,979 | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Bank of America | Bank of America | Citibank | Bank of America | |
| Account Type | Analyzed Checking | Analyzed Checking | Business Account | Money Market | |
| Account No. | 3755532383 | 3755532419 | 500078217 | 3755547323 | |
| Account Purpose | General | Payroll | Citibank Interest | Escrow Account | Petty Cash |
| Balance, End of Month | $965,021 | $6,486 | $339 | $6,717,992 | $300 |
| Total Funds on Hand for all Accounts | $7,690,138 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 12/31/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $149,100 | $5,262,182 |
| 3 | Interest Received | $17,780 | $89,962 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $5,000 |
| 6 | Capital Contributions | | |
| 7 | Management Fees from USA Capital Realty Advisors, LLC | | $1,027,380 |
| 8 | Tax and Security Deposit Refund | | $5,698 |
| 9 | Principal Received on Notes Receivable | | $82,832 |
| 10 | Escrow Deposit | $4,375,000 | $6,700,000 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,541,880 | $13,173,054 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | $2,619 |
| 15 | Administrative | $45,173 | $520,775 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | $150,645 |
| 18 | Interest Paid | | $4,888 |
| | Rent/Lease: | | |
| 19 | Personal Property | | $9,963 |
| 20 | Real Property | $51,269 | $440,895 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $148,120 | $1,063,795 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | $16,192 | $154,680 |
| 29 | Employer Payroll Taxes | $5,044 | $71,443 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | $9,943 |
| 32 | Other Cash Outflows: | | |
| 33 | Professional Fees Paid in Connection with Chapter 11 Case | $125,538 | $3,619,502 |
| 34 | U.S. Trustee Quarterly Fees | | $10,000 |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $391,336 | $6,059,148 |
| 39 | **Net Increase (Decrease) in Cash** | $4,150,544 | $7,113,906 |
| 40 | **Cash Balance, Beginning of Period** | $3,539,594 | $576,231 |
| 41 | **Cash Balance, End of Period** | $7,690,138 | $7,690,138 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 12/31/06

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $149,100 | $5,262,182 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $17,780 | $89,962 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | $2,619 |
| 6 | Cash Paid for Administrative Expenses | $45,173 | $520,775 |
| | Cash Paid for Rents/Leases: | | |
| 7 |   Personal Property | | $9,963 |
| 8 |   Real Property | $51,269 | $440,895 |
| 9 | Cash Paid for Interest | | $4,888 |
| 10 | Cash Paid for Net Payroll and Benefits | $148,120 | $1,063,795 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |   Salaries | | |
| 12 |   Draws | | |
| 13 |   Commissions/Royalties | | |
| 14 |   Expense Reimbursements | | |
| 15 |   Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |   Employer Payroll Tax | $5,044 | $71,443 |
| 17 |   Employee Withholdings | $16,192 | $154,680 |
| 18 |   Real Property Taxes | | |
| 19 |   Other Taxes | | $9,943 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Management Fees from USA Capital Realty Advisors, LLC | | ($1,027,380) |
| 22 | Tax and Security Deposit Refund | | ($5,698) |
| 23 | Principal Received on Notes Receivable | | ($82,832) |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($98,918) | $4,189,053 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $125,538 | $3,619,502 |
| 30 | U.S. Trustee Quarterly Fees | | $10,000 |
| 31 | Escrow Deposit | ($4,375,000) | ($6,700,000) |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $4,249,462 | $3,070,498 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $4,150,544 | $7,259,551 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $5,000 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | $150,645 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | ($145,645) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $4,150,544 | $7,113,906 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $3,539,594 | $576,231 |
| 46 | **Cash and Cash Equivalents at End of Month** | $7,690,138 | $7,690,138 |

Revised 1/1/98

**USA Commercial Mortgage Company**
**Question 9 - Payments to Professionals**
**December 1, 2006 - December 31, 2006**

|  | Total Paid During Month |
|---|---|
| BMC Group | $ 125,538.48 |
| **Total Fees & Expenses** | **$ 125,538.48** |

## USA COMMERCIAL MORTGAGE COMPANY - COLLECTION ACCOUNT
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 12/31/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $174,146 | $1,562,401 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Cash Received - See Attachment A | $16,483,782 | $219,269,693 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $16,657,928 | $220,832,094 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Extension/Late Fees/Default Interest Collected on Behalf of USA CM | $43,809 | $678,230 |
| 34 | Service Fees Paid to USA Commercial Mortgage | | $2,713,210 |
| 35 | Payments to Investors | $22,723,105 | $169,433,878 |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $22,766,914 | $172,825,318 |
| 39 | **Net Increase (Decrease) in Cash** | ($6,108,986) | $48,006,776 |
| 40 | **Cash Balance, Beginning of Period** | $63,169,179 | $9,053,417 |
| 41 | **Cash Balance, End of Period** | $57,060,193 | $57,060,193 |

Revised 1/1/98

**USA COMMERCIAL MORTGAGE COMPANY - COLLECTION ACCOUNT**
**STATEMENT OF CASH FLOWS**
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   12/31/06

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $174,146 | $1,562,401 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Cash Received - See Attachment A | ($16,483,782) | ($219,269,693) |
| 22 | Extension/Late Fees/Default Interest Collected on Behalf of USA CM | $43,809 | $678,230 |
| 23 | Service Fees Paid to USA Commercial Mortgage | | $2,713,210 |
| 24 | Payments to Investors | $22,723,105 | $169,433,878 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($6,108,986) | $48,006,776 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($6,108,986) | $48,006,776 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($6,108,986) | $48,006,776 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $63,169,179 | $9,053,417 |
| 46 | **Cash and Cash Equivalents at End of Month** | $57,060,193 | $57,060,193 |

Revised 1/1/98

**USA Commercial Mortgage Company - Collections Account**
**Attachment A**
**December 1, 2006 - December 31, 2006**

| Borrowers | Receipts |
|---|---:|
| 5055 Collwood, LLC | $ 17,353.00 |
| Bundy Canyon $1,050,000 | 11,375.00 |
| Cabernet | 37,500.00 |
| Charlevoix Homes, LLC | 45,333.33 |
| Cloudbreak LV | 3,872,081.29 |
| Columbia Managing Partners | 23,941.67 |
| Cornman Toltec 160, LLC | 54,229.47 |
| Fiesta Development $6.6 | 6,707,249.95 |
| Fiesta Murrieta | 70,416.67 |
| Franklin - Stratford Investments, LLC | 52,506.14 |
| I-40 Gateway West | 25,610.97 |
| I-40 Gateway West, LLC 2nd | 14,200.00 |
| Interstate Commerce Center | 11,496.51 |
| Interstate Commerce Center Phase II | 15,366.66 |
| La Hacienda Estate, LLC | 62,550.00 |
| Palm Harbor One | 2,135,962.06 |
| Rio Rancho Executive Plaza, LLC | 2,117,151.75 |
| Roam Development Group | 581,114.08 |
| Southern California Land 2nd | 48,766.67 |
| The Gardens Timeshare | 68,250.00 |
| University Estates | 61,326.85 |
| Wasco Investments | 450,000.00 |
| **Total Receipts** | $ 16,483,782.07 |

## USA COMMERCIAL MORTGAGE COMPANY - INVESTOR ACCOUNT
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 12/31/06

|    |                                                         | Actual Current Month | Cumulative (Case to Date) |
|----|---------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                       |                      |                           |
| 1  | Rent/Leases Collected                                   |                      |                           |
| 2  | Cash Received from Sales                                |                      |                           |
| 3  | Interest Received                                       | $2,657               | $3,604                    |
| 4  | Borrowings                                              |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders    |                      |                           |
| 6  | Capital Contributions                                   |                      |                           |
| 7  | Return of Funds from Title Company                      |                      | $8,900,000                |
| 8  | Funding Assignments                                     |                      | $200,000                  |
| 9  |                                                         |                      |                           |
| 10 |                                                         |                      |                           |
| 11 |                                                         |                      |                           |
| 12 | **Total Cash Receipts**                                 | $2,657               | $9,103,604                |
|    | **Cash Disbursements**                                  |                      |                           |
| 13 | Payments for Inventory                                  |                      |                           |
| 14 | Selling                                                 |                      |                           |
| 15 | Administrative                                          |                      |                           |
| 16 | Capital Expenditures                                    |                      |                           |
| 17 | Principal Payments on Debt                              |                      |                           |
| 18 | Interest Paid                                           |                      |                           |
|    | Rent/Lease:                                             |                      |                           |
| 19 |     Personal Property                                   |                      |                           |
| 20 |     Real Property                                       |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                      |                      |                           |
| 21 |     Salaries                                            |                      |                           |
| 22 |     Draws                                               |                      |                           |
| 23 |     Commissions/Royalties                               |                      |                           |
| 24 |     Expense Reimbursements                              |                      |                           |
| 25 |     Other                                               |                      |                           |
| 26 | Salaries/Commissions (less employee withholding)        |                      |                           |
| 27 | Management Fees                                         |                      |                           |
|    | Taxes:                                                  |                      |                           |
| 28 |     Employee Withholding                                |                      |                           |
| 29 |     Employer Payroll Taxes                              |                      |                           |
| 30 |     Real Property Taxes                                 |                      |                           |
| 31 |     Other Taxes                                         |                      |                           |
| 32 | Other Cash Outflows:                                    |                      |                           |
| 33 |     Pre-Petition Check Cleared by Bank after Account Closed |                  | $100,000                  |
| 34 |     Principal Payments to Investors                     |                      | $9,475,000                |
| 35 |                                                         |                      |                           |
| 36 |                                                         |                      |                           |
| 37 |                                                         |                      |                           |
| 38 | **Total Cash Disbursements:**                           | $0                   | $9,575,000                |
| 39 | **Net Increase (Decrease) in Cash**                     | $2,657               | ($471,396)                |
| 40 | **Cash Balance, Beginning of Period**                   | $1,502,080           | $1,976,133                |
| 41 | **Cash Balance, End of Period**                         | $1,504,737           | $1,504,737                |

Note:
1 - Check cleared by Wells Fargo on April 19, 2006 and not returned to account by the bank.

Revised 1/1/98

**USA COMMERCIAL MORTGAGE COMPANY - INVESTOR ACCOUNT**
**STATEMENT OF CASH FLOWS**
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   12/31/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $2,657 | $3,604 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Pre-Petition Check Cleared by Bank after Account Closed | | $100,000 |
| 22 | Return of Funds from Title Company | | ($8,900,000) |
| 23 | Principal Payments to Investors | | $9,475,000 |
| 24 | Funding Assignments | | ($200,000) |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $2,657 | ($471,396) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $2,657 | ($471,396) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $2,657 | ($471,396) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $1,502,080 | $1,976,133 |
| 46 | **Cash and Cash Equivalents at End of Month** | $1,504,737 | $1,504,737 |

Note:
1 - Check cleared by Wells Fargo on April 19, 2006 and not returned to account by the bank.

Revised 1/1/98