Entered on Docket
January 23, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
333 North Rancho Drive, Suite 825
Las Vegas, NV 89106
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, R & N Real Estate Investments and
Interested Party, Robert Verchota

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                Debtor. | Case No.: BK-S-06-10725-LBR<br>             BK-S-06-10726-LBR<br>             BK-S-06-10727-LBR<br>             BK-S-06-10728-LBR<br>             BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                Debtor. | Date: **January 17, 2007**<br>Time:  **9:30 a.m.**<br><br>**ORDER GRANTING MOTION OF JEFFREY A. COGAN, ESQ. TO WITHDRAW AS ATTORNEY FOR R&N REAL ESTATE INVESTMENTS AND ROBERT VERCHOTA** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                Debtor. | |
| Affects:<br>☒    All Debtors | |

This matter having come on for hearing on January 17, 2007, on the Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for Creditor, R & N Real Estate and Interested Party, Robert Verchota, and being otherwise fully advised in the premises,

NOW THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Jeffrey A. Cogan's Motion to Withdraw as Attorney of Record for Creditor, R & N Real Estate and Interested Party, Robert Verchota is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all further notices to R & N Real Estate Investments and Robert Verchota may be made as follows:

    Robert Verchota, General Partner
    R & N Real Estate Investments
    8365 S. Bonita Vista St.
    Las Vegas, Nevada 89148

    Robert Verchota
    8365 S. Bonita Vista St.
    Las Vegas, Nevada 89148

Dated this 19th day of January, 2007.

Respectfully submitted by:

LAW OFFICES OF
JEFFREY A. COGAN, CHARTERED

By: /s/ Jeffrey A. Cogan, Esq.
    Jeffrey A. Cogan, Esq.
    Nevada Bar No. 4569
    333 North Rancho Drive, Suite 825
    Las Vegas, Nevada 89106

///

///

///

Alternative Method re: Rule 9021

_____    The court waived the requirements of LR 9021.

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    _____    approved the form of this order
    _____    waived the right to review the order and/or
    _____    failed to file and serve papers in accordance with LR 9021(c)

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

\_\_x\_\_    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

###