**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

Efiled on 23-Jan-07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br><br>USA Capital Realty Advisors, LLC<br><br>USA Capital Diversified Trust Deed Fund, LLC<br><br>USA Capital First Trust Deed Fund, LLC<br><br>USA Securities, LLC<br><div align="right">Debtors.</div> | BK 06-10725-lbr – (Lead Case Jointly Administered)<br><br>Hon. Linda B. Riegle |
| Lenders Protection Group, and The Jones Vargas Direct Lenders,<br><div align="right">Appellants,</div><br>v.<br><br>USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC,<br><div align="right">Appellees.</div> | **JOINDER IN RESPONSE TO EMERGENCY MOTION FOR STAY PENDING APPEAL**<br><br>Date:   January 24, 2007<br>Time:   3:30 p.m. |

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "USACM Committee") opposes the Emergency Motion For Stay Pending Appeal (the "Motion") of the Court's Judge Riegle's January 8, 2007 Order (the "Confirmation Order") confirming Debtors' Third Amended Joint Chapter 11 Plan of

213367.2



1  Reorganization, as modified (the "Plan"). The Committee joins in Debtors' responsive

2  papers (DE 2524).

3  Dated January 23, 2007.

4  **LEWIS AND ROCA LLP**

6  By /s/ RC (#006593)
   Susan M. Freeman, AZ 4199 (pro hac vice)
7  Rob Charles, NV 6593
8  *Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

2

213367.2