RECEIVED AND FILED

JAN 22  8 41 AM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

FILED

FILED   RECEIVED   JAN 17 2007
ENTERED   SERVED ON
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

2007 JAN 18  P 4: 17

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BAP No. NV-07-1021 |
| USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND; USA CAPITAL FIRST TRUST DEED FUND, LLC; USA SECURITIES, LLC, | Bk. Nos.  S-06-10725 LBR<br>S-06-10726 LBR<br>S-06-10727 LBR<br>S-06-10728 LBR<br>S-06-10729 LBR<br>(Jointly Administered) |
| Debtors. | |
| THE LENDERS PROTECTION GROUP; CHARLES B. ANDERSON TRUST; RITA P. ANDERSON TRUST; BALTES COMPANY; KEHL FAMILY MEMBERS; MOJAVE CANYON, INC., | |
| Appellants, | 2:07CV00072-RCH GWF |
| v. | ORDER GRANTING TEMPORARY STAY |
| USA COMMERCIAL MORTGAGE CO., et al., | |
| Appellees. | |

Before: KLEIN and PAPPAS, Bankruptcy Judges.

The Panel has received and considered appellants' emergency motion for a temporary stay to preserve the status quo long enough to allow briefing and consideration of a longer stay pending appeal.

This is an appeal from an order confirming the debtors' third amended joint plan of reorganization, entered January 8, 2007.

The request for a temporary stay contained in the motion is hereby ORDERED GRANTED to maintain the status quo while further briefing takes place, and while the Panel further considers the parties' papers. No bond shall be required for this temporary stay.

Absent further order of the Panel, this temporary stay will expire by its own terms at 11:59 p.m. PST on February 20, 2007.

Appellees shall file and serve a response to the stay motion so that it is **actually received** by the BAP Clerk's Office and by appellants no later than **5:00 p.m. on January 29, 2007**.

Appellants may file and serve a reply so that it is **actually received** by the BAP Clerk's Office and by appellees no later than **5:00 p.m. on February 5, 2007**.

In their papers, all parties should identify any reason why an expedited briefing schedule on the merits of this appeal should not be issued immediately.

Appellants shall as soon as practicable, but in no event later than 12:00 Noon, PST, January 18, 2007, serve all other parties listed in the amended notice of appeal with a copy of this order by facsimile, e-mail or other expedited means designed to give immediate notice. Appellants shall promptly file with the BAP a proof of service thereof.