U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
2007 JAN 18 P 4: 18

In Re: USA COMMERCIAL MORTGAGE COMPANY
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC

BAP No.: NV-07-1021

Bankruptcy No(s).: S-06-10725-LBR
S-06-10726-LBR
S-06-10727-LBR
S-06-10728-LBR
S-06-10729-LBR

2:07CV00072-RLH-GWF

Concerning: Notice of Appeal Filed on 01/16/07

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the United States District Court ------ Las Vegas, Nevada.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

RECEIVED AND FILED
JAN 23 8 41 AM '07
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
Deputy Clerk

Date: January 18, 2007

Please acknowledge receipt of the case file listed above.

Dated: ____________________

Signed: ____________________
District Court Deputy

Assigned District Court No.

____________________

cc: Bankruptcy Court
All Parties