**ELECTRONICALLY FILED**
**JANUARY 23, 2007**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |

E-mail:    fmerola@stutman.com
           ekarasik@stutman.com
           aparlen@stutman.com

E-mail:    jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security*
*Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY | ) Chapter 11 |
|     Debtor | ) |
| In re: | ) BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
|     Debtor | ) |
| In re: | ) BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
|     Debtor | ) |
| In re: | ) BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
|     Debtor. | ) |
| In re: | ) BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) Chapter 11 |
|     Debtor. | ) |
| Affects | ) |
| | ) |
| ☒ All Debtors | ) Date:   January 31, 2007 |
| ☐ USA Commercial Mortgage Co. | ) Time:  9:30 a.m. |
| ☐ USA Securities, LLC | ) |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☐ USA First Trust Deed Fund, LLC | ) |

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

**CERTIFICATE OF SERVICE**

1    I HEREBY CERTIFY that on the 23rd day of January, 2007 I served the following

2  document:

3    Joinder of Official Committee of Equity Security Holders of USA Capital First

4    Trust Deed Fund, LLC in Opposition to Motion for Stay Pending Appeal (Affects
     all Debtors)

5

6    I served the above document by the following means to the persons as listed below:

7    ☒ a.  **ECF System.  (See attached Notice of Electronic Filing)**

8    ☐ b.  **United States mail, postage full prepaid to the following:**

9    ☐ c.  **Personal service.**

10

11       I personally delivered the documents to the persons at these addresses:

12       ☐ For a party represented by an attorney, delivery was made by handing the
            document(s) at the attorney's office with a clerk or other person in

13          charge, or if no one is in charge, by leaving the document(s) in a
            conspicuous place in the office.

14

15       ☐ For a party, delivery was made by handing the document(s) to the party
            or by leaving the document(s) at the person's dwelling house or usual

16          place of abode with someone of suitable age and discretion residing
            there.

17   ☐ d.  **By direct email.**

18

19       Based upon the written agreement of the parties to accept service by email or
         a court order, I caused the document(s) to be sent to the persons at the email

20       addresses listed below.  I did not receive, within a reasonable time after the
         transmission, any electronic message or other indication that the transmission

21       was unsuccessful.

22   ☐ e.  **By fax transmission.**

23

24       Based upon the written agreement of the parties to accept serve by fax
         transmission or a court order, I faxed the document(s) to the persons at the

25       fax numbers listed below.  No error was reported by the fax machine that I
         used.  A copy of the record of the fax transmission is attached.

26

27

28

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of January, 2007.

Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from CARLYON, CANDACE C entered on 1/23/2007 at 8:40 AM PST and filed on 1/23/2007

**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 2528

**Docket Text:**
Joinder *of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC in Opposition to Motion for Stay Pending Appeal* Filed by CANDACE C CARLYON on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[2524] Opposition,, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Z:\USA Investors Committee #1500\Electronic Filing\Joinder in Oppos to Motion for Stay Pending Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/23/2007] [FileNumber=7706992-0] [7b25f0ccc5eac291b9c397b11f73aa801bb0b3418c7614a1b77225f6d22244d98df6 d09e94f0a9565eefcb97cc1e445566a406bb41e36550c331a9ae370fb223]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,

aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

## 06-10725-lbr Notice will not be electronically mailed to:

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,