ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

ELECTRONICALLY FILED 1/23/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>　　　　Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: n/a<br>Hearing Time: n/a<br><br>**NOTICE OF INTENT NOT TO FILE A MOTION FOR STAY PENDING APPEAL IN THE BANKRUPTCY COURT** |

H:\USA Lenders (Cangelosi)\Not no stay in bk.wpd

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

_____/

The Lenders Protection Group, as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., and joined by Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members and Mojave Canyon, Inc., represented by Janet L. Chubb, Esq., of Jones Vargas (the "Jones Vargas Direct Lenders") (the LPG and the Jones Vargas Direct Lenders shall collectively be referred to as "Appellants"), hereby provide notice that, based on the January 22, 2006, oral order of the United States District Court granting Appellees' *Joint Emergency Motion To Quash Stay Pending Appeal, Vacate Temporary Stay Order, And Refer Motion Stay Motion To The Bankruptcy Court* ("Quash Motion"), the Appellants will not be filing a motion for stay pending appeal in the Bankruptcy Court at this time.

**DATED** this 23rd day of January, 2007.

LAW OFFICES OF ALAN R. SMITH

  */s/ Alan R. Smith*
By_____
  ALAN R. SMITH, ESQ.
  Attorney for Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Not no stay in bk.wpd

- 2 -