Electronically filed on January 23, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:  malevinson@orrick.com;
        jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:  bolson@beckleylaw.com;
        aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | **JOINDER OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC IN OPPOSITION TO MOTION FOR STAY PENDING APPEAL** |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:       January 24, 2007<br>Time:       3:30 p.m.<br>Courtroom: 1 |

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"), by and through its counsel, Orrick, Herrington & Sutcliffe LLP and Beckley Singleton, Chtd., joins in the Opposition to Motion for Stay

{00362505;}
OHS West:260095880.3

Page - 1 - of 2

Pending Appeal [Docket No. 2524] filed by the debtors and debtors in possession in the above-captioned cases.

Respectfully submitted this 23rd day of January 2007.

                BECKLEY SINGLETON, CHTD.

                By:   /s/  Anne M. Loraditch
                     Bob L. Olson (Nevada Bar No. 3783)
                     Anne M. Loraditch (Nevada Bar No. 8164)
                     530 Las Vegas Boulevard South
                     Las Vegas, NV 89101

                         and

                     Marc A. Levinson (California Bar No. 57613)
                     Jeffery D. Hermann (California Bar No. 90445)
                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                     400 Capitol Mall, Suite 3000
                     Sacramento, CA  95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*