DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for United States

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>                                          Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor. | (No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | |
| Affects:<br>**X All Debtors**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

The United States of America, by and through the United States Attorney for the District of Nevada, and pursuant to LR 1A 10-3, respectfully requests that the Court permit Mr. Eric D.

1  Field to practice before the Court in all matters relating to the above-captioned case.

2  Mr. Field is an attorney with the Pension Benefit Guaranty Corporation, an agency of the federal government.

3  Mr. Field is a member in good standing of the bar of the state of Illinois (Bar No. 6255922).

4  Accordingly, the United States respectfully requests that an order be issued allowing Mr. Field to practice before the Court in this case.

DATED this 23rd day of January, 2007.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


"/s/" CARLOS A. GONZALEZ
Assistant United States Attorney

2