

It appears from the docket that the appellants will not be filing a motion for stay, but to the extent they are and/ or the opposition has already been filed, the motion is granted.

**Entered on Docket
January 24, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.  
FRANK A. MEROLA  
(CA State Bar No. 136934)  
EVE H. KARASIK  
(CA State Bar No. 155356)  
CHRISTINE M. PAJAK  
(CA State Bar No. 217173)  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  
Telephone: (310) 228-5600  
E-mail:   fmerola@stutman.com  
          ekarasik@stutman.com  
          cpajak@stutman.com  

SHEA & CARLYON, LTD.  
JAMES PATRICK SHEA  
(Nevada State Bar No. 000405)  
CANDACE C. CARLYON  
(Nevada State Bar No. 002666)  
SHLOMO S. SHERMAN  
(Nevada State Bar No. 009688)  
228 South Fourth Street, First Floor  
Las Vegas, Nevada 89101  
Telephone: (702) 471-7432  
E-mail:   jshea@sheacarlyon.com  
          ccarlyon@sheacarlyon.com  
          ssherman@sheacarlyon.com  

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | DATE: January 24, 2007<br>TIME: 3:30 p.m. |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

## EX PARTE ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO FILE BRIEF(S) OPPOSING THE LENDERS PROTECTION GROUP'S EMERGENCY MOTION FOR STAY PENDING APPEAL IN EXCESS OF TWENTY (20) PAGES

The Court having considered the Ex Parte Motion for Leave of Court to File a Brief(s) in Opposition to the Lenders Protection Group's Emergency Motion for Stay Pending Appeal in Excess of Twenty (20) Pages (the "Motion") filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") on behalf of itself and the other Official Committees appointed in the above-captioned bankruptcy cases (the "Official Committees"), and the Debtors in the above-captioned bankruptcy cases (collectively "Appellees"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted, and Appellees are authorized hereby to file one or more briefs in opposition to the Lenders Protection Group's Motion for Stay Pending Appeal exceeding the 20 page limit required by Local Rule 9014(e).

SUBMITTED BY:

SHEA & CARLYON, LTD.

_(signature)_

CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###