Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed January 24, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: January 3, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO WRONG DEBTOR CLAIMS MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC** |

{00362442;}

1  **PLEASE TAKE NOTICE** that on the 22 day of January 2007, the Court entered its Order
2  Sustaining Omnibus Objection of the Official Committee of Equity Security Holders of USA
3  Capital Diversified Trust Deed Fund, LLC to Wrong Debtor Claims Misfiled Against USA Capital
4  Diversified Trust Deed Fund, LLC, copy attached.
5  DATED this 24 day of January 2007.

BECKLEY SINGLETON, CHTD.

By:  /s/Anne Loraditch
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC



{00362442;}

**Entered on Docket**
**January 22, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
          rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO WRONG DEBTOR CLAIMS MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

{00359125;2}

OHS West:260095880.3

Page - 1 - of 4

| Affects: | Date: | January 3, 2007 |
| --- | --- | --- |
| ☐ All Debtors | Time: | 9:30 a.m. |
| ☐ USA Commercial Mortgage Company | Courtroom: | 1 |
| ☐ USA Securities, LLC | | |
| ☐ USA Capital Realty Advisors, LLC | | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | | |
| ☐ USA First Trust Deed Fund, LLC | | |

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") to Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC, including claim nos. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 37, 38, 53, 116, and 125 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection, other than Karen Petersen Tyndall's Limited Reply To Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC, having been timely filed; with Debtor USA Capital Diversified Trust Deed Fund, LLC, having joined the Objection with respect to claim nos. 125 and 126; and for good cause appearing:

IT IS HEREBY ORDERED that the DTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A, attached hereto and made a part hereof, shall be disallowed, and the claimants shall not be entitled to any distribution from USA Capital Diversified Trust Deed Fund, LLC with respect to such claims.

IT IS FURTHER ORDERED that this order is not applicable to claim nos. 84, 85, 118, and 119, filed against USA Capital Diversified Trust Deed Fund, LLC by Karen Petersen Tyndall, and that the hearing on the Diversified Committee's objection to such claims shall be

///
///
///
///
///

1 continued until January 31, 2007, at 9:30 a.m., due to such claims being inadvertently omitted
2 from the Diversified Committee's Objection and instead included on the Diversified
3 Committee's Omnibus Objection to Claims on Equity Misfiled as Creditor Claims.
4 RESPECTFULLY SUBMITTED BY:
5 BECKLEY SINGLETON, CHTD.

/s/ Anne M. Loraditch

BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
    and
Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

/s/

300 Las Vegas Boulevard, Suite 4300
Las Vegas, Nevada 89101

APPROVED/DISAPPROVED:

SCHWARTZER & MCPHERSON

/s/

LENARD SCHWARTZER, ESQ.
Nevada Bar No. 0399
JEANETTE MCPHERSON, ESQ.
2850 South Jones Blvd, #1
Las Vegas, Nevada 89146

*Counsel for USA Capital Diversified
Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

SHEA & CARLYON, LTD.

/s/

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101

*Counsel the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC*

{00359125;2}

Page - 3 - of 4

OHS West:260095880.3

# EXHIBIT A

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| 6-1 | Frieda Moon, Trustee of the Decedent's Trust | $37,860.24 |
| 7-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,033.34 |
| 8-1 | Frieda Moon and Sharon C. Van Ert | $51,033.34 |
| 9-1 | Frieda Moon FBO Sharon C. Van Ert | $35,583.34 |
| 10-1 | Frieda Moon FBO Sharon C. Van Ert | $17,538.18 |
| 11-1 | Frieda Moon and Sharon Van Ert | $51,076.38 |
| 12-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,076.38 |
| 13-1 | Frieda Moon, Trustee of the Decedent's Trust | $25,538.20 |
| 14-1 | Brenda Falvai | $50,933.34 |
| 15-1 | Brenda Falvai | $50,972.22 |
| 16-1 | Brenda Falvai | $50,933.34 |
| 17-1 | Brenda Falvai | $50,933.34 |
| 18-1 | Brenda Falvai | $50,933.34 |
| 19-1 | Brenda Falvai | $37,860.24 |
| 37-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 |
| 38-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 |
| 53-1 | Sandra O. Masters | $425,000.00 |
| 116-1 | Nancy Brauer | $25,000.00 |
| 125-1 | Law Offices of James J. Lee | $200,000.00 |
| 126-1 | James J. Lee, Esq. | $200,000.00 |
| 132-1 | William Chad Berry | $200,000.00 |

### #

{00359125;2}

OHS West:260095880.3

Page - 4 - of 4