**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on January 24, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor. | **SIXTH (DECEMBER) MONTHLY FEE STATEMENT OF SIERRA CONSULTING GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

      Sierra Consulting Group, LLC hereby submits its Sixth Monthly Fee Statement (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order

1803233.1



Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

By way of this Interim Statement, Sierra Consulting Group requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from December 1, 2006 through December 31, 2006 from USA Commercial Mortgage Company. Sierra Consulting Group seeks payment of: (1) interim compensation in the amount of $32,210.40 representing 80% of the total fee of $40,263.00 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $1,235.35 representing 100% of the expenses incurred during the statement period.

Dated: January 24, 2007

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

1803233.1

**LEWIS AND ROCA LLP**
LAWYERS

1  Proof of service

2  COPY of the foregoing e-mailed this 24th day of January 2007 to:

3

4  Annette W. Jarvis, Esq.
   RAY QUINNEY & NEBEKER PC
   36 South State Street, Suite 1400
5  PO Box 45385
   Salt Lake City, UT 84145-0385
6  ajarvis@rqn.com

7  Marc A. Levinson
   Lynn Trinka Ernce
8  ORRICK, HERRINGTON & SUTCLIFFE, LLP
9  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814
10 malevinson@orrick.com
   lernce@orrick.com
11
   Frank A. Merola
12 Eve H. Karasik
   Christine M. Pajak
13 STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars, 12th Floor
14 Los Angeles, CA  90067
   Fmerola@stutman.com
15 ekarasik@stutman.com
   cpajak@stutman.com
16
   Gerald M. Gordon
17 Gregory E. Garman
    GORDON & SILVER, LTD
18 3960 Howard Hughes Parkway, 9th floor
   Las Vegas, NV 89109
19 gmg@gordonsilver.com
   geg@gordonsilver.com
20
   Lenard E. Schwartzer
21 SCHWARTZER & MCPHERSON LAW FIRM
22 2850 S. Jones Blvd., Suite 1
   Las Vegas, NV 89146-5408
23 bkfilings@s-mlaw.com

24 August B. Landis
   Office of the U.S. Trustee
25 300 Las Vegas Blvd., S. Suite 4300
   Las Vegas, NV 89101
26 USTPRegion17.lv.ecf@usdoj.gov

1803233.1



Susan M. Smith
Senior Vice President
Mesirow Financial Consulting
2 S. Biscayne Tower
Suite 1800
Miami, FL 33131
smsmith@mesirowfinancial.com

 /s/ Christine E. Laurel
Christine E. Laurel

1803233.1