EXHIBIT A

**Sierra Consulting Group, LLC**

Two North Central Ave. Suite 700 Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage

c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th
Floor
Las Vegas NV 89109

January 08, 2007
In Reference To: USA Commercial Mortgage

Invoice #10650

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Sales** | | |
| 12/1/2006 | EMB | Conversation with bidder regarding offer for USACM assets. | 0.40<br>295.00/hr | 118.00 |
| | EMB | Read and respond to debtors' counsel's e mail on Silver Point's demand to see competing bid offers. | 0.30<br>295.00/hr | 88.50 |
| | EMB | Participated on conference call with debtor and other committees to review new bids and issues to qualify bidders. | 1.60<br>295.00/hr | 472.00 |
| | EMB | Conversation with bidder regarding bid increment. | 0.30<br>295.00/hr | 88.50 |
| 12/2/2006 | EMB | Conversation with counsel on new bids and qualification issues. | 0.20<br>295.00/hr | 59.00 |
| | EMB | Read latest e mail from Debtor's counsel regarding bids and purchase price issues. | 0.10<br>295.00/hr | 29.50 |
| | EMB | Drafted information request list to Mesirow to assist in assessing last bid. | 0.20<br>295.00/hr | 59.00 |
| | EMB | Analysis of qualification information on potential bidder. | 0.30<br>295.00/hr | 88.50 |
| | EMB | Review term sheet on letter of credit for bidder. | 0.20<br>295.00/hr | 59.00 |
| | EMB | Drafted memo to counsel and committee chair on differences between APA from bidders. | 0.40<br>295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                                          Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2006 | EMB | Conversation with FTI on new bid and qualification issues. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Read letter to bidder from FTDF for additional information and definitions on their bid. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Read and responded to e mail from debtor's counsel on SP and other bids. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Review new bids from latest two offers and noted differences from SP. | 1.20<br>295.00/hr | 354.00 |
| 12/4/2006 | EMB | Participated on call with debtor and other committee's to discuss offers, qualification of bidders and other issues. | 1.00<br>295.00/hr | 295.00 |
|  | EMB | Participate on conference call with potential bidder to discuss qualification issues and bid amount. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Conversation with Mesirow regarding qualifiying potnetial bidders. | 0.30<br>295.00/hr | 88.50 |
| 12/5/2006 | EMB | Work with debtor on qualification of bidder issues. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Proposed to counsel the sharing arrangement with FTDF for any non-refundable deposit from potential bidders. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Call with debtor and potential bidder regarding asset values and closing issues. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Analysis of revised proposed term sheet from potential bidder. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review all detail in assets for sale per latest offer from potential bidder and prepared to discuss on committee call. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Read e mail from debtor's counsel regarding new bid and qualification issues. Follow up with UCC counsel. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Particapte on call with debtor and other committee to determine value of bid for USACM assets. | 1.30<br>295.00/hr | 383.50 |
| 12/6/2006 | EMB | Conversation with Compass Partners on bid valuation, assets to be sold and excluded and other sale issues. | 1.00<br>295.00/hr | 295.00 |
|  | EMB | Prepared e mail to Silver Point on default interest per request of counsel. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Participate in meeting at G&S with Debtor and other committees to discuss court auction to be held tomorrow. | 2.90<br>295.00/hr | 855.50 |

USA Commercial Mortgage                                                                                                           Page     3

|            |     |                                                                                                                                                      | Hrs/Rate         | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/6/2006  | EMB | Conversation with investment banker representing potential bidder on qualification issues.                                                            | 0.60 295.00/hr   | 177.00   |
|            | EMB | Read and respond to various e mails from counsel and debtor on sale issues.                                                                          | 1.20 295.00/hr   | 354.00   |
|            | EMB | Conversation with T. Allison and B. Fasel to discuss asset sale and bids.                                                                            | 0.50 295.00/hr   | 147.50   |
| 12/7/2006  | EMB | Communication with counsel and committee member regarding asset sales and auction.                                                                   | 0.40 295.00/hr   | 118.00   |
|            | EMB | Meet with potential bidder to discuss APA and assets to be excluded.                                                                                 | 0.90 295.00/hr   | 265.50   |
|            | EMB | Review of e mails regarding changes to APA of potential bidders to ensure certain language in assets was made. Responded to counsel                  | 0.90 295.00/hr   | 265.50   |
|            | EMB | Attended court hearing for auction and sale of debtors' assets. Assisted in negotiations with bidders.                                               | 4.50 295.00/hr   | 1,327.50 |
|            | EMB | Meet with representatives of third bidder and debtor to discuss terms of bid and excluded assets.                                                    | 1.60 295.00/hr   | 472.00   |
|            | EMB | Attended court hearing regarding bidder qualification and other issues on calendar.                                                                  | 2.40 295.00/hr   | 708.00   |
| 12/8/2006  | EMB | Prepared summary of assets sold and estimated amounts per committee chairman's request.                                                              | 0.30 295.00/hr   | 88.50    |
| 12/11/2006 | EMB | Begin anlysis of assets sold and to remain with the trust with approx. values                                                                        | 0.80 295.00/hr   | 236.00   |
| 12/13/2006 | EMB | Conversation with Compass Partners regarding plan confirmation and objections.                                                                        | 0.40 295.00/hr   | 118.00   |
|            | EMB | Analysis of revised exhibits per Compass Partners and compared to stalking horse bidder.                                                             | 0.90 295.00/hr   | 265.50   |
|            | EMB | Completed analysis and sumamry of asset recoveries for assets sold and to be kept by USACM. Sent to counsel to be reviewed and distributed to committee members. | 0.70 295.00/hr   | 206.50   |
|            | EMB | Preapred analysis of overbid allocation and sent to counsel for comment.                                                                             | 0.60 295.00/hr   | 177.00   |
| 12/14/2006 | EMB | Read and comment on draft motion to determine allocation of Compass overbid.                                                                         | 0.30 295.00/hr   | 88.50    |
| 12/15/2006 | EMB | Conversation with DTDF attorney regarding Compass APA exhibits.                                                                                      | 0.40 295.00/hr   | 118.00   |

USA Commercial Mortgage                                                                                           Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/18/2006 | EMB | Conversation with Mesirow regarding overbid allocation issues and declartion for hearing. | 0.60 295.00/hr | 177.00 |
| 12/22/2006 | EMB | Work with Compass and counsel to resolve issues related to personal property and access to information. | 1.20 295.00/hr | 354.00 |
|  |  | SUBTOTAL: | [  35.60 | 10,502.00] |

Financial Analysis & Rvw

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2006 | EMB | Responded to questions to from unsecured creditor on collection issues. | 0.20 295.00/hr | 59.00 |
| | EMB | Analyssis of loan servicing fees summary as received from Mesirow per request of committee chair. | 0.20 295.00/hr | 59.00 |
| | EMB | Modified MOR sumamry and sent to counsel for review and distribution to committee. | 0.30 295.00/hr | 88.50 |
| 12/2/2006 | EMB | Reviewed and responded to multiple e mails form committee members on settlement issues with DTDF and plan issues. | 0.60 295.00/hr | 177.00 |
| | EMB | Prepare analysis and summary of the alleged claims DTDF has in the Oak Valley project. | 1.60 295.00/hr | 472.00 |
| | EMB | Prepared memo to Mesirow and FTI on Oak Mesa questions and request for additional documentation | 0.40 295.00/hr | 118.00 |
| 12/4/2006 | EMB | Read e mail from counsel responding to creditor committee questions and LV paper article on Marquis and impact on creditors. | 0.20 295.00/hr | 59.00 |
| | EMB | Drafted memo to committee members regarding certian proposed loan payoffs amounts and impact on unsecured creditors to be discussed on next committee call. | 0.60 295.00/hr | 177.00 |
| | EMB | Follow up with committee chairman on question of increase in assets per the latest MOR. | 0.10 295.00/hr | 29.50 |
| | EMB | Review and comment on retention letter to retain attorneys in TX for certain foreclosures. | 0.10 295.00/hr | 29.50 |
| | EMB | Drafted memo to counsel and committee chairman with supporting documents on Oak Meas issues. | 0.80 295.00/hr | 236.00 |
| | EMB | Conversation with FTI regarding Oak Mesa project and capital contribution. | 0.40 295.00/hr | 118.00 |
| | EMB | Work with Mesirow on Oak Mesa accounting issues for capital contributions. | 1.30 295.00/hr | 383.50 |

USA Commercial Mortgage                                                                                           Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2006 | EMB | Read opposition to motion from approval of proceedings regarding assignment of loan interest. | 0.30 295.00/hr | 88.50 |
|  | EMB | Communicate with Mesirow to gain access to accounting records and other files. | 0.30 295.00/hr | 88.50 |
| 12/6/2006 | EMB | Conversation with Susan Smith to discuss accounting issues for DTDF settlement issues and production of other accounting information. | 0.40 295.00/hr | 118.00 |
|  | EMB | Analysis of wire transfers out of DTDF account to HMA to confirm Royal Hotel payments. | 0.80 295.00/hr | 236.00 |
|  | EMB | Review professional fee schedule prepared by Mesirow as received from counsel. | 0.10 295.00/hr | 29.50 |
|  | EMB | Conversation with FTI on Marquis and Oak Valley cash flow tracing issues. | 0.20 295.00/hr | 59.00 |
|  | JG | Coordinate and arrange meeting with USA Capital employees to review accounting process and realted issues. | 0.10 250.00/hr | 25.00 |
| 12/7/2006 | DWT | Reviewed DTDF proposal to understand various recovery scenarios | 1.40 250.00/hr | 350.00 |
| 12/8/2006 | DWT | Prepared information related to upcoming DTDF settlement hearing | 1.30 250.00/hr | 325.00 |
|  | DWT | Discussion with FTI and reviewed current data for negotiations | 0.90 250.00/hr | 225.00 |
|  | JG | Further follow up to prepare for Monday's meeting with USA Capital employees. | 0.60 250.00/hr | 150.00 |
| 12/11/2006 | DWT | Discussions with various issues with USA staff including data integrity issues, records retention, organization structure, accessing accounting records, etc. | 1.60 250.00/hr | 400.00 |
|  | DWT | Discussed various issues with USA Capital staff including data integrity issues, records retention, organization structure, accessing accounting records, etc. | 1.70 250.00/hr | 425.00 |
|  | DWT | Discussed various issues with USA staff including data integrity issues, records retention, organization structure, accessing accounting records, etc. | 1.90 250.00/hr | 475.00 |
|  | JG | Site visit and meetings with Susan Smith, Leann W, and Fasil (IT) at USA; discussions of operations, organizational chart, computer access/passwords, accounting system access; review of general ledger. | 5.90 250.00/hr | 1,475.00 |

USA Commercial Mortgage                                                                                                   Page    6

|            |     |                                                                                                                                      | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 12/11/2006 | EMB | Meet with Susan Smith to discuss accounting for prepaid interest and evidence needed for preference argument.                        | 1.60<br>295.00/hr | 472.00 |
|            | DWT | Continue meeting with USA staff to discuss issues including data integrity issues, records retention, organization structure, accessing accounting records, etc. | 1.40<br>250.00/hr | 350.00 |
| 12/12/2006 | EMB | Analysis of USA Realty coporate records and had copies made for counsel.                                                             | 1.20<br>295.00/hr | 354.00 |
| 12/13/2006 | DWT | Downloaded financial infomation from docket for recent filings and analysis of filings for reference.                                | 0.80<br>250.00/hr | 200.00 |
| 12/14/2006 | EMB | Analysis of the USA Realty general ledgers for 2004, 2005 and 2006 noting payments made to USACM and other related party trasnactions. | 1.40<br>295.00/hr | 413.00 |
|            | EMB | Request detailed general ledger information on USA Securities from Mesirow and follow up with e mails.                               | 0.40<br>295.00/hr | 118.00 |
|            | DWT | Reviewed Realty Advisor general ledgers                                                                                              | 1.20<br>250.00/hr | 300.00 |
| 12/15/2006 | EMB | Analysis of November loan payoff and proposed distribution amounts per Mesirow.  Sent to counsel and committee members for comments. | 0.90<br>295.00/hr | 265.50 |
| 12/18/2006 | EMB | Analysis of recent loan payoffs and realted fees and sent e mail to debtor regarding this matter as it impacts purchase price adujstments. | 0.30<br>295.00/hr | 88.50  |
|            | EMB | Review Nov. proposed distribution to lenders and responded to Mesirow.                                                               | 0.30<br>295.00/hr | 88.50  |
|            | DWT | Addressed current plan issues and related creditor analysis per request from counsel.                                                | 1.60<br>250.00/hr | 400.00 |
| 12/19/2006 | DWT | Reviewed current loan summary to address individual loan status.                                                                     | 1.20<br>250.00/hr | 300.00 |
| 12/21/2006 | EMB | Conference call with Mesirow, proposed USACM trustee and USA Capital employees to discuss transition issues.                         | 0.80<br>295.00/hr | 236.00 |
|            | EMB | Work on transition issues with trustee and Compass.                                                                                  | 0.70<br>295.00/hr | 206.50 |
|            | EMB | Updated USACM professional fee schedule for latest filed monthly fee statements.                                                     | 0.30<br>295.00/hr | 88.50  |
|            | EMB | Follow up on motion to hire accounting firm for USACM per request of debtor's counsel.                                               | 0.50<br>295.00/hr | 147.50 |

USA Commercial Mortgage                                                                                           Page     7

|            |     |                                                                                                                         | Hrs/Rate        | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 12/21/2006 | EMB | Responded to committee member inquiry into the Marquis sale and USAIP involuntary filing.                               | 0.30 295.00/hr  | 88.50     |
|            | EMB | Work with Mesirow, USACM trustee and Compass Partners on transition issues. Sent e mail to set up call to discuss.      | 0.30 295.00/hr  | 88.50     |
| 12/22/2006 | EMB | Review and comment on proposed stipulation on modification to interim fee order.                                        | 0.30 295.00/hr  | 88.50     |
|            | EMB | Review Mesirow's analysis of pre-paid interest and diverted principal offsets through Oct. and commented on underlying assumptions. | 0.50 295.00/hr | 147.50 |
| 12/26/2006 | EMB | Follow up with Mesirow on Colt / PV / Marquis loans and servicing issues.                                               | 0.30 295.00/hr  | 88.50     |
|            | EMB | Review latest UST objection to Sierra monthly invoice and follow up with counsel.                                       | 0.30 295.00/hr  | 88.50     |
|            | EMB | Research Palm Harbor loan issues for trustee and counsel.                                                               | 0.60 295.00/hr  | 177.00    |
| 12/27/2006 | EMB | Updated professional fee summary with latest Nov. monthly statements as received from counsel.                          | 0.40 295.00/hr  | 118.00    |
|            | EMB | Begin review and analysis of Del Buch documents per request of counsel.                                                 | 0.40 295.00/hr  | 118.00    |
| 12/28/2006 | EMB | Follow up with Mesirow on Colt, PV, and Marquis loans and set up meting to discuss next week.                           | 0.60 295.00/hr  | 177.00    |
|            | EMB | Drafted memo to Mesirow requesting loan details including why each one is not performing and follow up on other outstanding information requests. | 0.60 295.00/hr | 177.00 |
|            | EMB | Drafted letter to the UST in response to the objection to Sierra's October monthly fee statement.                       | 0.90 295.00/hr  | 265.50    |
|            | EMB | Updated professional fee summary with addtional Nov. monthly fee statements as received from counsel.                   | 0.20 295.00/hr  | 59.00     |
|            | EMB | Read and review proposed protective order for USACM / IP documents.                                                     | 0.20 295.00/hr  | 59.00     |
| 12/30/2006 | EMB | Drafted e mail to counsel on retnetion of accountants issues for 2006 tax returns as proposed by the Debtor.            | 0.40 295.00/hr  | 118.00    |
|            |     | SUBTOTAL:                                                                                                               | [   45.20       | 12,362.00]|

USA Commercial Mortgage                                                                                          Page     8

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

### General Case Strategy

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2006 | EMB | Particapte on committee conference call to discuss trustee selection, sale issues and other pending issues. | 4.50 295.00/hr | 1,327.50 |
| 12/5/2006 | EMB | Particapte on UCC conference call to discuss sale and plan issues. | 3.40 295.00/hr | 1,003.00 |
| 12/13/2006 | EMB | Particiapted on conference call with committee to dicuss settlement meeting and other issues. | 1.40 295.00/hr | 413.00 |
| 12/18/2006 | EMB | Particapted on GUC committee conference call. | 0.90 295.00/hr | 265.50 |
| 12/27/2006 | EMB | Meeting wiht counsel and new proposed trustee to discuss work plan and other trust issues. | 3.30 295.00/hr | 973.50 |
| 12/28/2006 | EMB | Conversation with committee member as follow up to committee call to discuss sale and other issues. | 0.80 295.00/hr | 236.00 |
|  | EMB | Participated on conference call with unsecured creditors committee to discuss plan and other issues. | 1.70 295.00/hr | 501.50 |
|  | EMB | Conversation with Don Walker to discuss case issues and other current issues. | 0.50 295.00/hr | 147.50 |
|  | SUBTOTAL: |  | [     16.50 | 4,867.50] |

### Misc Motions & Responses

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/6/2006 | EMB | Review of motion against assignment of loan as received from counsel. | 0.30 295.00/hr | 88.50 |
| 12/11/2006 | EMB | Read and comment on stipulation to provide full release and reconveyances for loans as received from debtor. | 0.30 295.00/hr | 88.50 |
| 12/13/2006 | EMB | Review and comment on response to motion regarding IP protective order. | 0.10 295.00/hr | 29.50 |
| 12/14/2006 | EMB | Particpated on conference call regarding the USA IP IV filing and the impact on USACM and DTDF, | 0.60 295.00/hr | 177.00 |
| 12/15/2006 | EMB | Review data as received from counsel on Tree Moss and IP filing. | 0.30 295.00/hr | 88.50 |
| 12/18/2006 | EMB | Review motiosn filed in regarding to JM 2004 examinations. | 0.20 295.00/hr | 59.00 |
| 12/21/2006 | EMB | Review complaint filed and article on the Reale aviodable action. | 0.20 295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                       Page     9

|            |     |                                                                                                                     | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/28/2006 | EMB | Read and review complaint and TRO on Royal Hotel sale and lien issues as recevied from counsel.                     | 0.60<br>295.00/hr | 177.00   |
|            |     | SUBTOTAL:                                                                                                           | [    2.60        | 767.00]  |

### Mo Operating Reports

|            |     |                                                                                                                     | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/1/2006  | DWT | Reviewed operating report balance sheets for each of the entities and compared to the previous months' balance.     | 1.20<br>250.00/hr | 300.00   |
| 12/20/2006 | DWT | Set up template for operating report summary for current month                                                      | 0.90<br>250.00/hr | 225.00   |
|            |     | SUBTOTAL:                                                                                                           | [    2.10        | 525.00]  |

### Plan & Disclosure Stmt

|            |     |                                                                                                                     | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 12/1/2006  | EMB | Reivew latest "Call to Action" memo received from counsel.                                                          | 0.20<br>295.00/hr  | 59.00    |
|            | EMB | Read and commented on latest draft of response to DTDF settlement.                                                  | 0.20<br>295.00/hr  | 59.00    |
|            | EMB | Conversation with FTI regarding trustee selections.                                                                 | 0.30<br>295.00/hr  | 88.50    |
| 12/4/2006  | EMB | Prepared analysis of USACM assets proposed to be purchased by potential bidder and sent to counsel for review and comment. | 1.40<br>295.00/hr  | 413.00   |
|            | EMB | Conversation with counsel regarding assets to be purchased by potential bidder.                                     | 0.20<br>295.00/hr  | 59.00    |
|            | EMB | Responded to question from direct lender who filed a claim in the USACM estate.                                     | 0.20<br>295.00/hr  | 59.00    |
|            | EMB | Continue to prepare analysis of Oak Valley investment and loans and responded to questions from counsel regarding same. | 1.20<br>295.00/hr  | 354.00   |
|            | EMB | Follow up call with counsel on plan and settlement issues.                                                          | 0.30<br>295.00/hr  | 88.50    |
|            | EMB | Drafted memo to counsel to discuss and outline changes to settlement offer to DTDF.                                 | 0.60<br>295.00/hr  | 177.00   |
| 12/6/2006  | EMB | Read DTDF's proposed settlement offer to be discussed in settlement conference next week.                           | 0.70<br>295.00/hr  | 206.50   |
| 12/8/2006  | EMB | Particiapte on conference call with UCC committee to discuss trust and trustee issues.                              | 1.70<br>295.00/hr  | 501.50   |

USA Commercial Mortgage                                                                                                    Page      10

|            |     |                                                                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/11/2006 | EMB | Particapte on call with Debtor and other committees to discuss balloting and confirmation issues.                                     | 0.60 295.00/hr   | 177.00   |
|            | EMB | Read additional disclosure and realted exhibits related to the trust as filed by the GUC committee.                                   | 0.60 295.00/hr   | 177.00   |
| 12/12/2006 | EMB | Downloaded schedules and performed analysis related to today's settlement conference with DTDF.                                       | 1.40 295.00/hr   | 413.00   |
|            | EMB | Attended and participated in settlement conference with DTDF                                                                          | 4.20 295.00/hr   | 1,239.00 |
| 12/13/2006 | EMB | Review motions for temporary allowance of claims for voting purposes.                                                                 | 0.30 295.00/hr   | 88.50    |
|            | EMB | Review objection to various claims.                                                                                                   | 0.60 295.00/hr   | 177.00   |
|            | EMB | Review Liberty's objection to plan.                                                                                                   | 0.20 295.00/hr   | 59.00    |
|            | EMB | Review and comment of joinder in objection to plan confirmation.                                                                      | 0.30 295.00/hr   | 88.50    |
| 12/18/2006 | EMB | Read and review Debtors' reply brief in support of plan confirmation.                                                                 | 0.80 295.00/hr   | 236.00   |
|            | EMB | Particiapted on call with Debtor and other committees regarding Plan confimration hearing.                                            | 1.90 295.00/hr   | 560.50   |
|            | EMB | Preapred analysis and schedule for counsel to be included in Confirmation Order.                                                      | 0.60 295.00/hr   | 177.00   |
|            | EMB | Analysis of fees and interest assumed by Compasss in preperation of confirmation hearing and incorporated into exhibit for possible tesimony. | 1.90 295.00/hr | 560.50   |
|            | EMB | Analyze claims objections and responses and impact on voting for plan.                                                                | 0.40 295.00/hr   | 118.00   |
|            | EMB | Reasearch certain creditors and claim amounts who voted against plan and discussed follow up with counsel.                            | 0.40 295.00/hr   | 118.00   |
|            | EMB | Analysis of plan voting tabulation and noted passing and non passing classes.                                                         | 0.50 295.00/hr   | 147.50   |
|            | EMB | Conversation with counsel to preapre for plan confirmation hearing.                                                                   | 0.40 295.00/hr   | 118.00   |
| 12/19/2006 | EMB | Meet with counsel in preparation of plan confirmation hearing.                                                                        | 0.60 295.00/hr   | 177.00   |

USA Commercial Mortgage                                                                                      Page     11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/19/2006 | EMB | Attended plan confirmation hearing. | 7.50<br>295.00/hr | 2,212.50 |
|  | EMB | Continued review of brief in response to plan objections. | 0.80<br>295.00/hr | 236.00 |
| 12/20/2006 | EMB | Conversation with committee member on plan confirmation and transition issues. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Review proposed confirmation order and gave comments on issues as it relates to USACM access to information. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Perform analysis on objecting creditors in class A-4 and compared to diverted principal and pre paid interest direct lenders. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Attended plan confirmation hearing. | 2.10<br>295.00/hr | 619.50 |
|  | EMB | Drafted memo to counsel regarding the court's comments on pre paid interest creditors and compromise issues. | 0.40<br>295.00/hr | 118.00 |
| 12/21/2006 | EMB | Review various e mails and attachments to the disbursing agent agreement. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Participated on conference call with Debtor and committees to discuss confirmation order issues. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Review Compass APA for language on acquired assets and recommended new proposed language to be including in confirmation order. | 0.70<br>295.00/hr | 206.50 |
| 12/26/2006 | EMB | Review notice of intent to file objection to plan and replied to counsel. | 0.30<br>295.00/hr | 88.50 |
| 12/27/2006 | EMB | Conversation with FTI to dicuss access to certain data and files post effective date. | 0.30<br>295.00/hr | 88.50 |
|  | SUBTOTAL: |  | [    38.10 | 11,239.50] |
|  | **For professional services rendered** |  | **140.10** | **$40,263.00** |

Additional Charges :

<u>Airfare</u>

| 12/7/2006 | Airfare to / from LV for auction (TB) | 121.80 |
|---|---|---:|
| 12/11/2006 | Airfare to/from LV (DT) | 107.10 |

| | | | |
|---|---|---|---|
| USA Commercial Mortgage | | Page | 12 |

| Date | Description | | Amount |
|---|---|---|---|
| 12/11/2006 | Airfare to/from LV (JG) | | 245.10 |
| 12/19/2006 | Airfare to / from LV for conf. hearing (TB) | | 112.10 |
| | SUBTOTAL: | [ | 586.10] |
| | <u>Copies</u> | | |
| 12/12/2006 | Copies for counsel at Kinkos | | 10.60 |
| | SUBTOTAL: | [ | 10.60] |
| | <u>Hotel</u> | | |
| 12/7/2006 | Hotel fees - LV to attend auction (TB) | | 75.21 |
| 12/11/2006 | Hotel fees in LV (DT) | | 86.11 |
| 12/12/2006 | Hotel fees in LV to attend settlement conf (TB) | | 107.91 |
| | SUBTOTAL: | [ | 269.23] |
| | <u>Meals</u> | | |
| 12/11/2006 | Out of town meal (DT) | | 26.14 |
| 12/12/2006 | Out of town meal (DT) | | 16.68 |
| | SUBTOTAL: | [ | 42.82] |
| | <u>Rental Car</u> | | |
| 12/7/2006 | Rental car (1/2) in LV (TB) | | 58.25 |
| 12/11/2006 | Rental Car Fees (DT) | | 28.00 |
| 12/12/2006 | Rental car in LV for settlement conf. (TB) | | 60.63 |
| 12/19/2006 | Rental car for conf. hearing (TB) | | 69.72 |
| | SUBTOTAL: | [ | 216.60] |
| | <u>Travel</u> | | |
| 12/7/2006 | Airport parking (TB) | | 20.00 |

USA Commercial Mortgage                                                                                     Page    13

|            |                                         | Amount       |
|------------|-----------------------------------------|--------------|
| 12/11/2006 | Airport parking (DT)                    | 20.00        |
|            | Airport parking (JG)                    | 20.00        |
| 12/12/2006 | Airport parking (TB)                    | 20.00        |
| 12/19/2006 | Parking at conf. hearing (TB)           | 10.00        |
|            | Parking at airport (TB)                 | 20.00        |
|            | SUBTOTAL:                               | [   110.00]  |
|            | **Total costs**                         | **$1,235.35**|
|            | **Total amount of this bill**           | **$41,498.35**|
| 11/21/2006 | Payment - thank you. Check No. 1470     | ($16,832.25) |
|            | **Total payments and adjustments**      | **($16,832.25)** |
|            | Balance due                             | $24,666.10   |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| EDWARD "TED" M. BURR | 116.40 | 295.00 | $34,338.00 |
| Dave Tiffany | 17.10 | 250.00 | $4,275.00 |
| Josephine Giordano | 6.60 | 250.00 | $1,650.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.