**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on January 24, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>           Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>           Debtor. | **SIXTH (DECEMBER) MONTHLY FEE STATEMENT OF LEWIS AND ROCA LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br><br>           Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1803236.1

**LEWIS AND ROCA LLP LAWYERS**

Lewis and Roca LLP hereby submits its Sixth Monthly Fee Statement (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses as Professionals.

By way of this Interim Statement, Lewis and Roca requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from December 1, 2006 through December 31, 2006 from USA Commercial Mortgage Company. Lewis and Roca seeks payment of: (1) interim compensation in the amount of $120,953.60 representing 80% of the total fee of $151,192.00 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $15,974.84 representing 100% of the expenses incurred during the statement period.

The following individuals rendered services:

| **Partner** | **Billed Per Hour** |
|---|---|
| Susan M. Freeman | $510.00 |
| Rob Charles | $385.00 |
| Robert H. McKirgan | $425.00 |
| Brenden J. Griffin | $340.00 |
| J. Henk Taylor | $355.00 |
| John C. Hinderaker | $340.00 |
| Thomas J. Morgan | $400.00 |
| **Associate** | |
| Scott K. Brown | $320.00 |
| Marvin C. Ruth | $200.00 |
| **Paralegal** | |
| Marilyn L. Schoenike, CLA | $180.00 |

1803236.1



**Project Clerk**

Christopher Jordan                    $55.00

Dated: January 24, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

1803236.1

**LEWIS AND ROCA LLP**
LAWYERS

1. Proof of service

2. COPY of the foregoing e-mailed January 24, 2007 to:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Marc A. Levinson
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

Gerald M. Gordon
Gregory E. Garman
 GORDON & SILVER, LTD
3960 Howard Hughes Parkway, 9th floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

1803236.1

LEWIS
AND
ROCA
LLP
LAWYERS

1  Susan M. Smith
   Senior Vice President
2  Mesirow Financial Consulting
   2 S. Biscayne Tower
3  Suite 1800
   Miami, FL 33131
4  smsmith@mesirowfinancial.com

5

6   /s/ Christine E. Laurel
   Christine E. Laurel

1803236.1