E-Filed on January 24, 2007

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Florida Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone: 407-423-3200; Facsimile: 407-425-8316
E-mail: abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: 702-656-2355; Facsimile: 702-656-2776
E-mail: vgourley@1vcm.com
Attorneys for Standard Property Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>    Debtor.<br>_____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |

Affects:
  ☐ All Debtors
  ☐ USA Commercial Mortgage Co.
  ☐ USA Securities, LLC
  ☐ USA Capital Realty Advisors, LLC
  ☐ USA Capital Diversified Trust Deed
  ☒ USA First Trust Deed Fund, LLC
_____/

E-Filed on January 24, 2007

## CERTIFICATE OF SERVICE

1. On January 24, 2007, I served the following document(s):

   *Standard Property Development, LLC's Response and Opposition to the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim No. 120)*

2. I served the above-named document(s) by the following means to the persons as listed below: *(Check all that apply)*

   ☒ a. **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   *James Patrick Shea, Esq.*
   *Shea & Carlyon, Ltd.*
   *233 South Fourth St., Second Floor*
   *Las Vegas, NV  89101*
   *Jshea@sheacarlyon.com*

   *Candace C. Carlyon, Esq.*
   *Shea & Carlyon, Ltd.*
   *233 South Fourth St., Second Floor*
   *Las Vegas, NV  89101*
   *ccarlyon@sheacarlyon.com*

   *Shlomo S. Sherman, Esq.*
   *Shea & Carlyon, Ltd.*
   *233 South Fourth St., Second Floor*
   *Las Vegas, NV  89101*
   *ssherman@sheacarlyon.com*

   *Frank Merola, Esq.*
   *Stutman, Treister & Glatt, PC*
   *1901 Avenue of the Stars, 12th Floor*
   *Los Angeles, CA  90067*
   *fmerola@stutman.com*

   *E. H. Karasik, Esq.*
   *Stutman, Treister & Glatt, PC*
   *1901 Avenue of the Stars, 12th Floor*
   *Los Angeles, CA  90067*
   *ekarasik@stutman.com*

E-Filed on January 24, 2007

*Christin M. Pajak, Esq.*
*Stutman, Treister & Glatt, PC*
*1901 Avenue of the Stars, 12th Floor*
*Los Angeles, CA  90067*
*cpajak@stutman.com*

☒ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*

**I personally delivered the document(s) to the persons at these addresses:**

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

E-Filed on January 24, 2007

☐     **f.**    **By messenger**
*(List persons and email addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on January 24, 2007.

/s/  Andrew M. Brumby
DECLARANT

ORLDOCS 10835173 1