**NOTC**
MICHELLE L. ABRAMS, LTD.
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146
Telephone: (702) 369-3724
Facsimile: (702) 369-0651
E-mail: mabrams@mabramslaw.com
Attorneys for Debt Acquisition Company of America and
Sierra Liquidity Fund, L.L.C.

RECEIVED AND FILED

2007 JAN 23 P 11:50

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                            )
                                                  )   Bk Case No. BK-S-06-10725-LBR
USA COMMERCIAL MORTGAGE                           )   Chapter ☐ 7  ☐ 11  ☐ 13
COMPANY, f/k/a USA Capital                        )
                                                  )
            Debtor                                )

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

Michelle L. Abrams, Esq. hereby gives notice of the following changes of email address, mailing address, or both:

☐ A. CHANGE OF EMAIL ADDRESS

    Old email address: _____

    New email address: _____

    Date of the change: _____

■ B. CHANGE OF MAILING ADDRESS

    Old mailing address:  7201 W. Lake Mead Blvd., Suite 210
                             Las Vegas, Nevada 89128

    New mailing address: 3085 S. Jones Blvd., Suite C
                             Las Vegas, Nevada 89146

    Date of the change:   01/16/07

*/s/ Michelle L. Abrams*
Michelle L. Abrams, Esq.

01/19/07

1