# NASON YEAGER GERSON WHITE & LIOCE, P.A.
### ATTORNEYS AT LAW

MELLON UNITED NATIONAL BANK TOWER
1645 PALM BEACH LAKES BOULEVARD
SUITE 1200
WEST PALM BEACH, FLORIDA 33401

TELEPHONE (561) 686-3307 • FACSIMILE (561) 686-5442
www.nasonyeager.com

GREGORY L. SCOTT
BOARD CERTIFIED CIVIL TRIAL LAWYER

DIRECT DIAL:
(561) 686-4402

E-MAIL ADDRESS:
gscott@nasonyeager.com

RECEIVED AND FILED
2007 JAN 22 P 10: 33
U.S. BANKRUPTCY COURT
PATRICIA GRAY

January 19, 2007

Patricia Gray
Bankruptcy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Re:   USA Commercial Mortgage Company, et al.
      Bankruptcy Case No. BK-S-06-10725 LBR
      District of Nevada

Dear Ms. Gray:

We are on the mailing list for the above bankruptcy. Please remove us from the list as soon as possible. We do not wish to monitor this case any longer. Thank you for your assistance.

Very truly yours,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.

Gregory L. Scott

H:\284\18567\LBankruptcyClerkNV01-19-07LJL