William D. Cope, Esq., State Bar No. 1711
COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509-1603
Phone: (775) 333-0838
Fax: (775) 333-6694

E-Filed January 24, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor(s).

Case No.: BK-S-06-10725-LBR
Chapter 11

**DISCONTINUE ALL NOTICE TO COPE & GUERRA AND TAKE THEM OFF ALL LISTS INCLUDING THE AUTOMATIC ECF SUMMARY EMAIL SYSTEM**

TO: THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that William D. Cope, Esq., cope_guerra@yahoo.com of Cope & Guerra, hereby requests that all his personal email addresses as noted here be deleted from the mailing matrix, service lists, all electronic/email lists and automatic ECF Summary email regarding the above-referenced Debtor.

DATED this 24 day of January, 2007.

COPE & GUERRA

WILLIAM D. COPE, ESQ.

COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509
775/333-0838
FAX 775/333-6694

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I declare that I am an employee of COPE & GUERRA, over the age of 18 and not a party to the above-referenced case, and on this 24th day of January, 2007, a true and correct copy of the DISCONTINUE ALL NOTICE TO COPE & GUERRA AND TAKE THEM OFF ALL LISTS INCLUDING THE AUTOMATIC ECF SUMMARY EMAIL SYSTEM will be served by ECF email to all the parties in this case.

DATED this 24th day of January, 2007.

_____
Zayra Garcia, Employee of Cope & Guerra

COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509
775/333-0838
FAX 775/333-6694