Electronically filed on January 25, 2007

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **NOTICE OF CHANGE TO BECKLEY SINGLETON, CHARTERED'S GUIDELINE HOURLY RATES EFFECTIVE AS OF JANUARY 1, 2007** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

**PLEASE TAKE NOTICE** that Beckley Singleton, Chtd., Nevada counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, has changed its guideline hourly rates, effective as of January 1, 2007, to the following:

{00364417;}
OHS West:260095880.3

Page - 1 - of 2

| | | |
|---|---|---|
| 1 | Shareholders | $365.00 - $450.00 per hour |
| 2 | Associates | $200.00 - $325.00 per hour |
| 3 | Legal Assistants | $125.00 - $150.00 per hour |

DATED this 25th day of January 2007.

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
BOB L. OLSON (Nevada Bar No. 3783)
ANNE M. LORADITCH (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

{00364417;}
OHS West:260095880.3