Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong (Utah Bar No. 6340)
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on January 25, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                            Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                            Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>**EX PARTE APPLICATION FOR ORDER** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                            Debtor. | **SHORTENING TIME TO HEAR DEBTORS'**<br>**MOTION FOR AN ORDER ENFORCING**<br>**THE AUTOMATIC STAY TO PREVENT** |
| In re:<br>USA SECURITIES, LLC,<br>                                            Debtor. | **FORECLOSURE BY WESTERN UNITED**<br>**LIFE ASSURANCE COMPANY** |
| Affects:<br>☐ All Debtors<br>☑ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☑ USA Capital Diversified Trust Deed Fund, LLC<br>☑ USA First Trust Deed Fund, LLC | **(AFFECTS USA COMMERCIAL**<br>**MORTGAGE COMPANY, USA CAPITAL**<br>**DIVERSIFIED TRUST DEED FUND, LLC,**<br>**AND USA FIRST TRUST DEED FUND,**<br>**LLC)**<br><br>Date: OST Requested for January 31, 2007<br>Time: OST Requested for 9:30 a.m. |

Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtors and debtors in possession (collectively "USA" or the "Debtors"), hereby files this Application For An Order Shortening Time To Hear Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company and in support thereof states as follows:

1. A Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company (the "Motion") has been filed. This Motion requests an order of the Court pursuant to Section 362(a) and 105(a) of the United States Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure enforcing the automatic stay to prevent Western United Life Assurance Company ("WULA") from conducting a foreclosure sale that would foreclose the interests of FTDF and DTDF

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. This Motion is requested to be heard on shortened time because the first lien holder on the Montgomery County property has scheduled a foreclosure for February 6, 2007.

Dated: January 25, 2007

/s/ Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession