Annette W. Jarvis, Utah Bar No. 1649  
Steven C. Strong (Utah Bar No. 6340)  
36 South State Street, Suite 1400  
P.O. Box 45385  
Salt Lake City, Utah 84145-0385  
Telephone: (801) 532-1500  
Facsimile: (801) 532-7543  
Email: ajarvis@rqn.com  
and  
Lenard E. Schwartzer  
Nevada Bar No. 0399  
Jeanette E. McPherson  
Nevada Bar No. 5423  
Schwartzer & McPherson Law Firm  
2850 South Jones Boulevard, Suite 1  
Las Vegas, Nevada 89146-5308  
Telephone: (702) 228-7590  
Facsimile: (702) 892-0122  
E-Mail: bkfilings@s-mlaw.com  
Attorneys for Debtors and Debtors-in-Possession  

E-FILED on January 25, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY TO PREVENT FORECLOSURE BY WESTERN UNITED LIFE ASSURANCE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br>                                                Debtor. | |
| Affects:<br>☐ All Debtors<br>☑ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☑ USA Capital Diversified Trust Deed Fund, LLC<br>☑ USA First Trust Deed Fund, LLC | **(AFFECTS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND USA FIRST TRUST DEED FUND, LLC)**<br><br>Date:  OST Requested for January 31, 2007<br>Time:  OST Requested for 9:30 a.m. |

1  
P:\USA Commercial Mortgage\Pleadings\Enforce Automatic Stay-WULA\OST Declaration.doc

1    Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, under penalties of perjury, hereby declares on this 24th day of January, 2007 that:

1. A Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company (the "Motion") has been filed. This Motion requests an order of the Court pursuant to Section 362(a) and 105(a) of the United States Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure enforcing the automatic stay to prevent Western United Life Assurance Company ("WULA") from conducting a foreclosure sale that would foreclose the interests of FTDF and DTDF.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. This Motion is requested to be heard on shortened time because the first lien holder on the Montgomery County property has scheduled a foreclosure for February 6, 2007.

Dated: January 25, 2007

                          /s/ Lenard E. Schwartzer, Esq.
                          LENARD E. SCHWARTZER, ESQ.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122