Entered on Docket
January 25, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   fmerola@stutman.com
         ekarasik@stutman.com
         aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

407523v2

**STIPULATION BETWEEN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC AND KANTOR CLAIMANTS CONTINUING HEARING ON OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED) (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ( the "FTDF Committee), on one hand, and Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor, and Lynn M. Kantor (the "Kantor Claimants"), on the other hand, as follows:

WHEREAS the FTDF Committee filed the "Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Claims Superseded By Compromise Contained In Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified)" (the "Objection") pursuant to which it objected to the claims filed by the Kantor Claimants against USA Capital First Trust Deed Fund, LLC (the "FTDF");

WHEREAS the Objection was previously noticed for hearing on January 31, 2007 at 9:30 a.m.;

WHEREAS the deadline to respond (the "Response Deadline") to the Objection was previously set on January 24, 2007;

WHEREAS the FTDF Committee and the Kantor Claimants have agreed to continue the Response Deadline and the hearing on the Objection as it pertains to the claims filed by the Kantor Claimants in order to evaluate whether the parties can reach a settlement of their disputes;

NOW, THEREFORE, the FTDF Committee and the Kantor Claimants hereby stipulate and agree as follows:

1. The hearing on the Objection as it pertains to the claims filed by the Kantor Claimants is continued to the March 1, 2007 at 9:30 a.m.

2. The deadline for the Kantor Claimants to file and serve any response to the Objection shall be February 20, 2007.

407523v2

2

| | |
|---|---|
| Dated: January 23, 2007<br>By: /s/ Andrew Parlen<br>FRANK A. MEROLA (CA State Bar No. 136934),<br>EVE H. KARASIK (CA State Bar No. 155356), and<br>ANDREW M. PARLEN (CA State Bar No. 230429), Members of<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600 | By: /s/<br>Michael M. Schmahl<br>McGuireWoods LLP<br>77 W. Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>Telephone: (312) 750-8881<br>COUNSEL TO DR. GARY KANTOR, LYNN KANTOR, AND KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(k) PSP |

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
   August B. Landis

407523v2                               3

Dated: January 23, 2007

By: /s/
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED
FUND, LLC

By: /s/
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
Telephone: (312) 750-8881
COUNSEL TO DR. GARY KANTOR, LYNN KANTOR, AND KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(k) PSP

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: [signature]
August B. Landis

407523v2                    3

1 **ORDER**

2 IT IS SO ORDERED.

3 PREPARED AND SUBMITTED by:

4
STUTMAN, TREISTER & GLATT, P.C. and
5 SHEA & CARLYON, LTD.

6
7 By: _____
Andrew M. Parlen, Esq.
8 Shlomo S. Sherman, Esq.
Attorneys for the Official Committee of
9 Equity Security Holders of USA Capital First
Trust Deed Fund, LLC
10

11                                    ###