Entered on Docket
January 25, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR |
| | Case No. BK-S-06-10726 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10727 LBR |
| | Case No. BK-S-06-10728 LBR |
| | Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| In re: USA SECURITIES, LLC, Debtor. | Date: N/A<br>Time: N/A |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **STIPULATION AND ORDER FOR WITHDRAWAL WITH PREJUDICE OF PROOFS OF CLAIM FILED BY PBGC AGAINST DTDF AND FTDF** |

1

USA Capital First Trust Deed Fund, LLC ("FDTF") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), two of the debtors in these jointly administered chapter 11 cases, hereby stipulate with the Pension Benefit Guaranty Corporation ("PBGC") as follows:

1. On or about November 9, 2006, PBGC filed three proofs of claim against FTDF in the FTDF bankruptcy case asserting claims on various grounds, designated on the claims register as claim numbers 83, 84, and 85 ("PBGC's FTDF Claims").

2. On or about November 9, 2006, PBGC filed three proofs of claim against DTDF in the DTDF bankruptcy case asserting claims on various grounds, designated on the claims register as claim numbers 79, 80, and 81 ("PBGC's DTDF Claims").

3. On December 22, 2006, DTDF filed an objection to PBGC's DTDF Claims (docket number 2251).

4. On December 22, 2006, FTDF filed an objection to PBGC's FTDF Claims (docket number 2254).

5. On January 5, 2007, FTDF and DTDF filed a Declaration of Thomas J. Allison in support of their objections to PBGC's FTDF Claims and PBGC's DTDF Claims (the "Allison Declaration") providing certain details regarding the ownership and control of FTDF and DTDF.

6. Based in part on the Allison Declaration, the PBGC has agreed to withdraw with prejudice PBGC's FTDF Claims and PBGC's DTDF Claims.

7. This stipulation shall not affect PBGC's claims against the other debtors in this jointly-administered proceeding.

[Remainder of the page intentionally left blank]

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The PBGC's FTDF Claims are hereby withdrawn with prejudice; and
2. The PBGC's DTDF Claims are hereby withdrawn with prejudice.

Dated this 24th day of January, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/
ANNETTE W. JARVIS
LENARD E. SCHWARTZER
JEANETTE E. McPHERSON
*Attorneys for Debtors*

PENSION BENEFIT GUARANTY CORPORATION

By: _____
JAMES L. EGGEMAN
ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

Approved:

ORRICK, HENDERSON & SUTCLIFFE, LLP

By: /s/
MARC A. LEVINSON
Attorneys *for the Official Committee of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC*

STUTMAN TREISTER & GLATT P.C.

By: _____
EVE KARASIK
*Attorneys for the Official Committee of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC*

**IT IS SO ORDERED.**

###

3

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The PBGC's FTDF Claims are hereby withdrawn with prejudice; and
2. The PBGC's DTDF Claims are hereby withdrawn with prejudice.

Dated this _____ day of January, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: _____
ANNETTE W. JARVIS
LENARD E. SCHWARTZER
JEANETTE E. McPHERSON
*Attorneys for Debtors*

PENSION BENEFIT GUARANTY CORPORATION

By:  /s/  Jim Eggeman
JAMES L. EGGEMAN
ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

Approved:

ORRICK, HENDERSON & SUTCLIFFE, LLP

By: _____
MARC A. LEVINSON
Attorneys *for the Official Committee of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC*

STUTMAN TREISTER & GLATT P.C.

By:  /s/  Eve Karasik
EVE KARASIK
*Attorneys for the Official Committee of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC*

***IT IS SO ORDERED.***

###

3