

**Entered on Docket
January 25, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Steven C. Strong (Utah Bar No. 6340) | Jeanette E. McPherson, NV Bar No. 5423 |
| 36 South State Street, Suite 1400 | Schwartzer & McPherson Law Firm |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY TO PREVENT FORECLOSURE BY WESTERN UNITED LIFE ASSURANCE COMPANY**<br><br>**(AFFECTS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND USA FIRST TRUST DEED FUND, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | Date:  OST Requested for January 31, 2007<br>Time: OST Requested for 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Enforce Automatic Stay-WULA\OST Order.doc

1  TO: ALL PARTIES IN INTEREST

2  PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time
3  To Hear Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By
4  Western United Life Assurance Company (the "Motion"), and good cause appearing, the Court
5  finds that there is a situation which justifies shortening the time for hearing, and it is

6  ORDERED that the hearing on the Motion will be heard before a United States
7  Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South,
8  Courtroom 1, Las Vegas, NV on January 31, 2007 at the hour of 9:30 a.m.

9  A copy of the filed Motion may be obtained by accessing BMC Group, Inc.'s website at
10 www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court
11 website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-
12 0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C.,
13 telephone: (801) 532-1500 or fax: (801) 532-7543.

14 Submitted by:

15

16 /s/ Lenard E. Schwartzer, Esq.
   Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
17 SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
18 Las Vegas, Nevada 89146

19 and

20 Annette W. Jarvis, Utah Bar No. 1649
   Steven C. Strong, Utah Bar No. 6340
21 RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
22 P.O. Box 45385
   Salt Lake City, Utah 84145-0385
23
   Attorneys for Debtors and Debtors-in-Possession
24

25
                                    # # #
26

27

28