```
 1  Annette W. Jarvis, Utah Bar No. 1649              E-FILED on January 25, 2007
    Steven C. Strong (Utah Bar No. 6340)
 2  36 South State Street, Suite 1400
    P.O. Box 45385
 3  Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
 4  Facsimile: (801) 532-7543
 5  Email: ajarvis@rqn.com
 6  and
    Lenard E. Schwartzer
 7  Nevada Bar No. 0399
    Jeanette E. McPherson
 8  Nevada Bar No. 5423
 9  Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1
10  Las Vegas, Nevada  89146-5308
    Telephone:  (702) 228-7590
11  Facsimile:  (702) 892-0122
    E-Mail:  bkfilings@s-mlaw.com
12
    Attorneys for Debtors and Debtors-in-Possession
13
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                   Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                   Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                   Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>                                   Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND USA FIRST TRUST DEED FUND, LLC)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | Date:   January 31, 2007<br>Time:  9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1.  On January 25, 2007 I served the following document(s):

    a.  Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company

    b.  Ex Parte Motion For An Order Shortening Time To Hear Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company

    c.  Declaration in Support of Ex Parte Motion For An Order Shortening Time To Hear Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company

    d.  Attorney Information Sheet

    e.  Order Granting Ex Parte Motion For An Order Shortening Time To Hear Debtors' Motion For An Order Enforcing The Automatic Stay To Prevent Foreclosure By Western United Life Assurance Company

2.  I served the above-named document(s) by the following means to the persons as listed below:

☐   a.   **By ECF System**:

☒   b.   **By United States mail, postage fully prepaid**:

Michael W. Anglin
Mark A. Platt
Fulbright & Jaworski L.L.P
2200 Ross Ave., Suite 2800
Dallas, Texas 75201

☐   c.   **By Personal Service**
    I personally delivered the document(s) to the persons at these addresses:
    ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

1  ☒   d.   **By direct email (as opposed to through the ECF System)**
Based upon the agreement to accept service by email, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Michael Anglin     anglin@fulbright.com

☐   e.   **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    January 25, 2007

LIA DORSEY                                              /s/     LIA DORSEY
(Name of Declarant)                                     (Signature of Declarant)