Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Date: January 31, 2007<br>Time: 10:00 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Hearing: January 31, 2007<br>Hearing Time: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | |

**DECLARATION OF SUSAN M. SMITH IN SUPPORT OF:**
**(1) SECOND OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS; AND (2) OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED)**

I, Susan M. Smith, hereby declare and state as follows:

1. On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC (collectively, the "Debtors") filed petitions seeking relief under Chapter 11 of the Bankruptcy Code. By order entered on June 9, 2006, the Court approved the joint administration of the Debtors' Chapter 11 cases.

2. Effective as of the Petition Date, Mesirow Financial Interim Management, LLC ("Mesirow") has been employed as crisis managers to the Debtors, and Thomas J. Allison of Mesirow has served as the Debtors' Chief Restructuring Officer. I am employed by Mesirow as a Senior Vice President, and I have worked extensively for the Debtors under Mr. Allison's direction since Mesirow's engagement.

3. I currently have custody of the Debtors' books and records, including all records related to membership interests in FTDF and DTDF.

4. I have reviewed the following documents: (1) Second Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Misfiled Claims (the "Misfiled Claims Objection"); and (2) Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims Superseded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified) (the "Compromised Claims Objection").

5. Under my direction the names of the "Claimants" listed on Exhibit "1" to the Misfiled Claims Objection have been reviewed in conjunction with FTDF's books and records. I have determined that none of the Claimants listed on Exhibit "1" to the Misfiled Claims Objection, except the Donnolo Family Trust (FTDF Proof of Claim No. 75), hold membership

interests in or are creditors of FTDF. The Donnolo Family Trust holds a membership interest in FTDF, but the records of FTDF show that its membership interest is limited to $248,754.

6. Under my direction the names of the "Claimants" listed on Exhibit "1" to the Compromised Claims Objection have been reviewed in conjunction with FTDF and DTDF's books and records. Based on that comparison, I have determined that none of the Claimants listed on Exhibit "1" to the Compromised Claim Objection hold membership interests in FTDF. Rather, the Claimants listed on Exhibit "1" hold membership interests in DTDF.

7. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this 25 day of January, 2007.

_____
Susan M. Smith

3