1  Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED on January 25, 2007**
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
3  36 South State Street, Suite 1400
   P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
11
12 Attorneys for Debtors and Debtors-in-Possession

13                **UNITED STATES BANKRUPTCY COURT**
14                     **DISTRICT OF NEVADA**

15 | In re:                                    | Case No. BK-S-06-10725 LBR |
   | USA COMMERCIAL MORTGAGE COMPANY,          | Case No. BK-S-06-10726 LBR |
16 |                                   Debtor. | Case No. BK-S-06-10727 LBR |

17 | In re:                                    | Case No. BK-S-06-10728 LBR |
   | USA CAPITAL REALTY ADVISORS, LLC,         | Case No. BK-S-06-10729 LBR |
18 |                                   Debtor. | Chapter 11 |

19 | In re:                                    | Jointly Administered Under |
   | USA CAPITAL DIVERSIFIED TRUST DEED        | Case No. BK-S-06-10725 LBR |
20 | FUND, LLC,                                |  |
   |                                   Debtor. |  |

21 | In re:                                    |  |
   | USA CAPITAL FIRST TRUST DEED FUND, LLC,   | **SUPPLEMENT TO CONTINUED** |
22 |                                   Debtor. | **EMPLOYMENT AND RETENTION** |

23 | In re:                                    | **OF DEBTORS' PROFESSIONALS** |
   | USA SECURITIES, LLC,                      | **PURSUANT TO INTERIM ORDER** |
24 |                                   Debtor. |  |

   | Affects:                                  |  |
25 | ☒ All Debtors                             |  |
   | ☐ USA Commercial Mortgage Company         | **Date:  January 31, 2007** |
26 | ☐ USA Securities, LLC                     | **Time:  9:30 a.m.** |
27 | ☐ USA Capital Realty Advisors, LLC        |  |
   | ☐ USA Capital Diversified Trust Deed Fund, LLC |  |
28 | ☐ USA Capital First Trust Deed Fund, LLC  |  |

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA

2  Securities, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust

3  Deed Fund, LLC (collectively "Debtors"), hereby petition the Court for an interim order granting

4  the Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow

5  Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation

6  of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring

7  Officer for the Debtors and the Employment of Certain Temporary Employees (the "Mesirow

8  Application," Docket No. 6), the Application by Debtors and Debtors-in-Possession for

9  Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under

10  General Retainer (the "S&M Application", Docket No. 21), and the Application to Employ Ray

11  Quinney & Nebeker P.C. as Counsel for the Debtors (the "RQN Application," Docket No. 23)

12  (collectively, the "Employment Applications").  The Court has previously granted the

13  Employment Applications (Docket Nos. 26, 474, 475, 890, 1137, 1708 and 2401), most recently

14  entering an order authorizing the retention and employment of the Debtors' Professionals through

15  January 31, 2007, and ordering that the Court would consider further extensions of the

16  Employment Applications of the Debtors' Professionals at the January 31, 2007 hearing.

17  The Debtors continue to make substantial progress is this case.  On December 20, 2006, this

18  Court concluded the Confirmation Hearing confirming the Third Amended Joint Chapter 11 Plan

19  of Reorganization.  On January 8, 2007, the Court entered its Confirmation Order and its

20  supporting findings of fact and conclusions of law.  Because the Court's current employment order

21  only authorizes the retention and employment of the Debtors' Professionals through January 31,

22  2007, it is necessary that employment and retention of the Debtors Professionals be extended in

23  order to facilitate the closing of the sale to Compass Partners, LLC, work on implementation of

24  the confirmed Plan, including working on remaining post-confirmation disputes, claims issues, the

25  wind-up and dissolution of certain debtors, and the transition of various matters to certain post-

26  confirmation entities.  The Debtors respectfully request that the Debtors' Professionals'

27  employment and retention be extended through the later of the date necessary or appropriate to

28  complete these tasks or March 31, 2007, and that any further extension of the Debtors'

1    Professionals' retention and employment, if necessary, can be heard and the omnibus hearing

2    currently scheduled for March 31, 2007 at 9:30 a.m.

3          Respectfully submitted this 25th day of January, 2007.

4

5                                    _/s/  Jeanette E. McPherson_
                                     Lenard E. Schwartzer, Nevada Bar No. 0399
6                                    Jeanette E. McPherson, Nevada Bar No. 5423
                                     SCHWARTZER & MCPHERSON LAW FIRM
7                                    2850 South Jones Boulevard, Suite 1
                                     Las Vegas, Nevada  89146
8
                                     and
9
                                     Annette W. Jarvis, Utah Bar No. 1649
10                                   Steven C. Strong, Utah Bar No. 6340
                                     RAY QUINNEY & NEBEKER P.C.
11                                   36 South State Street, Suite 1400
                                     P.O. Box 45385
12                                   Salt Lake City, Utah 84145-0385

13

14

15

16

17   910624

18

19

20

21

22

23

24

25

26

27

28