Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON January 25, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF AFFIDAVIT OF RICHARD S. HARTLEY IN SUPPORT OF APPLICATION PURSUANT TO FED.R.BANKR. P. 2014(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF KPMG, LLP AS "ORDINARY COURSE TAX ACCOUNTANTS"**<br>**(AFFECTS ALL DEBTORS)**<br><br>Date: N/A<br>Time: N/A |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Pleadings\Ordinary Course Professional\COS Declaration of R. Hartley re KPMG.DOC    - 1 -

1. On January 25, 2007 I served the following document(s):

    a. Affidavit Of Richard S. Hartley In Support Of Application Pursuant To Fed.R.BankR.P. 2014(a) Authorizing The Employment And Retention Of KPMG, LLP As "Ordinary Course Tax Accountants" (Affects All Debtors)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

1. MICHAEL W. CHEN    yvette@ccfirm.com
2. KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
3. JANET L. CHUBB    tbw@jonesvargas.com
4. WILLIAM D COPE    cope_guerra@yahoo.com
5. CICI CUNNINGHAM    bankruptcy@rocgd.com
6. LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
7. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
8. THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
9. SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
10. GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
11. DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM
12. WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
13. CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
14. GERALD M GORDON    bankruptcynotices@gordonsilver.com
15. R. VAUGHN GOURLEY    vgourley@lvcm.com
16. TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
17. JAMES D. GREENE    bknotice@schrecklaw.com
18. MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
19. JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
20. XANNA R. HARDMAN    xanna.hardman@gmail.com
21. STEPHEN R HARRIS    noticesbh&p@renolaw.biz
22. JEFFREY L HARTMAN    notices@bankruptcyreno.com

1  BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

2  RICHARD F. HOLLEY    rholley@nevadafirm.com,
3  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

4
   RANDOLPH L. HOWARD    rhoward@klnevada.com,
5  ckishi@klnevada.com;bankruptcy@klnevada.com

6  DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

7
   CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
8
   EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
9

10 ANNETTE W JARVIS    ajarvis@rqn.com

11 TY E. KEHOE    TyKehoeLaw@aol.com

12 ROBERT R. KINAS    rkinas@swlaw.com,
13 jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com

14 DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

15 ZACHARIAH LARSON    ecf@lslawnv.com

16 JOHN J. LAXAGUE    jlaxague@caneclark.com

17 GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

18
   NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
19
   ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
20

21 ANNE M. LORADITCH    ecffilings@beckleylaw.com,
   aloraditch@beckleylaw.com;pkois@beckleylaw.com

22
   PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
23 lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

24 JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

25 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

26 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

27
28 RICHARD MCKNIGHT    mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;cburke@lawlasvegas.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

2. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

3. JOHN F MURTHA    jmurtha@woodburnandwedge.com

4. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

5. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

6. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

7. DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

8. ANDREW M. PARLEN    aparlen@stutman.com

9. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

10. PAUL C RAY    info@johnpeterlee.com

11. CHRISTINE A ROBERTS    bankruptcy@rocgd.com

12. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

13. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

14. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

15. AMBRISH S. SIDHU    ecf@lslawnv.com

16. JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

17. ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

18. DAVID A. STEPHENS    dstephens@lvcm.com

19. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

2  CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

3  AMY N. TIRRE    , lleverett@kkbrf.com

4  AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

5

6  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

7  GREGORY J. WALCH    GWalch@Nevadafirm.com

8  RUSSELL S. WALKER    rwalker@wklawpc.com,
   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
9

10  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

11  WILLIAM J. WRAY    wjw@oreillylawgroup.com,
    rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgrou
12  p.com,mr@oreillylawgroup.com

13  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

14  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

15

16  ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
    bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

17  ☐    b.    **By United States mail, postage fully prepaid**

18  ☐    c.    **By Personal Service**
19           I personally delivered the document(s) to the persons at these addresses:
         ☐  For a party represented by an attorney, delivery was made by handing the
20  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
21  in the office.
         ☐  For a party, delivery was made by handing the document(s) to the party or by
22  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
23  suitable age and discretion residing there.

24  ☐    d.    **By direct email (as opposed to through the ECF System)**
25           Based upon the written agreement to accept service by email or a court order, I
    caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
26  receive, within a reasonable time after the transmission, any electronic message or other indication
    that the transmission was unsuccessful.
27
    ☐    e.    **By fax transmission**
28           Based upon the written agreement of the parties to accept service by fax
    transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed

below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    January 25, 2007

| Lia Dorsey | /s/     Lia Dorsey |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122