*Electronically Filed on:*
*January 25, 2007*

1  JONATHAN J. BART, ESQ.
   Admitted *Pro Hac Vice*
2  PA Identification No.: 49119
   WILENTZ, GOLDMAN & SPITZER P.A.
3  Two Penn Center, Suite 910
   Philadelphia, PA 19102
4  Telephone: 215-569-0000
   Facsimile: 215-636-3999
5  E-mail: jbart@wilentz.com

6  Attorneys for Estate of Tabas

7  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
   LOUIS M. BUBALA III, ESQ.
8  Nevada State Bar No. 8974
   JONES VARGAS
9  100 W. Liberty St, 12th Floor
   P.O. Box 281
10 Reno, NV 89504-0281
   Telephone: 775-786-5000
11 Fax: 775-786-1177
   Email: jlc@jonesvargas.com
12    and  tbw@jonesvargas.com
      and  lbubala@jonesvargas.com

13 Attorneys for Fertitta Enterprises, Inc.,
   and designated Nevada counsel for Estate of Tabas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter　　11<br><br>**EX PARTE APPLICATION FOR 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY**<br>**(Affects USA CM ONLY)** |

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Application - Debtor.doc

The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Applicants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas respectfully request an Order directing the person most knowledgeable of Debtor, USA Commercial Mortgage Company to appear for oral examination, on ten (10) days notice, pursuant to Bankruptcy Rule 2004, and in support thereof represents and alleges:

1. The examination of the person most knowledgeable of Debtor USA Commercial Mortgage Company is necessary to determine

   a. the nature of the relationship between Debtor and Colt Gateway LLC, USA Capital Diversified Trust Fund, Fertitta Enterprises, Inc., and Daniel Tabas;

   b. Debtor's relationship with and knowledge of the financial status of Colt Gateway LLC, and,

   c. any other matter relevant to the direct loan to Colt Gateway LLC.

2. The Court may, for cause shown and on terms as it may impose, order the Debtor be examined under this Rule at any time or place it designates, whether within or without the district wherein the case is pending. Bankruptcy Rule 2004(d).

WHEREFORE, the Applicants, respectfully request that the Court issue an order directing person most knowledgeable of Debtor USA Commercial Mortgage Company to appear for oral examination, on ten days notice, at the offices of Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, NV 89169, pursuant to Bankruptcy Rule 2004.

DATED: January 25, 2007.

| WILENTZ GOLDMAN & SPITZER P.A. | JONES VARGAS |
|---|---|
| //s//Jonathan J. Bart | //s//Louis M. Bubala III |
| JONATHAN J. BART, ESQ. | JANET L. CHUBB, ESQ. |
| | LOUIS M. BUBALA III, ESQ. |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

2

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Application - Debtor.doc