ELECTRONICALLY FILED
January 25, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date: March 1, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 1141 AND 1142 DIRECTING ALLOCATION OF OVERBID PROCEEDS BETWEEN USA CAPITAL DIVERSIFIED TRUST DEED AND USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO THE TERMS OF THE PLAN (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

407624v1

TO:  USA CAPITAL FIRST TRUST DEED FUND, LLC
OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY
USA COMMERCIAL MORTGAGE COMPANY
U.S. TRUSTEE

PLEASE TAKE NOTICE that on January 25, 2007, the "Motion for Order Pursuant to Bankruptcy Code Sections 1141 and 1142 Directing Allocation of Overbid Proceeds Between USA Capital Diversified Trust Deed and USA Commercial Mortgage Company Pursuant to the Terms of the Plan" (the "Motion") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Motion, the FTDF Committee requests that the Court enter an order directing USA Capital first Trust Deed Fund, LLC ("USACM") to comply with the terms of the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (As Modified)," with regard to the allocation of proceeds of the sale of certain assets of USACM and USA First Trust Deed Fund, LLC, to Compass Partners LLC.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on March 1, 2007, at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be served on the undersigned counsel and filed by **February 13, 2007** pursuant to Local Rule 9014(d)(1), which provides that oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

! The court may *refuse to allow you to speak* at the scheduled hearing; and

407624v1                                     2

1  !  The court may *rule against you* without formally calling the matter at the
2  hearing.

4  DATED: January 25, 2007

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC

407624v1                                    3