UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

BAP NO.: NV-06-1403
BK NO.: S 06-10725 LBR
Appeal Ref.: 06-24

In re: USA COMMERCIAL MORTGAGE COMPANY

    Debtor

---

STANDARD PROPERTY DEVELOPMENT, LLC

    Appellant

v.

USA COMMERCIAL MORTGAGE COMPANY; USA CAPITAL FIRST TRUST DEED FUND, LLC; OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC; OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY; OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED; OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

    Appellee

**FILED**

JAN 22 2007

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

RECEIVED AND FILED
2007 JAN 25 P 2:54
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

ORDER OF DISMISSAL

---

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby ORDERED that the appeal is DISMISSED pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

                              Harold S. Marenus, BAP Clerk
                              By: Vincent J. Barbato, Deputy Clerk

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Harold S. Marenus, Clerk

By Deputy Clerk (Vincent J. Barbato)
Date: 01/22/07

CERTIFICATE OF MAILING
------------------------------------------------------------------

The undersigned deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit hereby certifies that a copy of the document to which this certificate is attached was mailed this date to all parties in interest as designated by the Appellant in the Notice of Appeal, to the United States Trustee and the Clerk of the Bankruptcy Court.

                        By: Vincent J. Barbato
                        Deputy Clerk/Date: January 22, 2007