**ELECTRONICALLY FILED**
**January 26, 2007**

1  STUTMAN, TREISTER & GLATT, P.C.
   FRANK A. MEROLA
2  (CA State Bar No. 136934)
   EVE H. KARASIK
3  (CA State Bar No. 155356)
   ANDREW M. PARLEN
4  (CA State Bar No. 230429), Members of
   1901 Avenue of the Stars, 12th Floor
5  Los Angeles, California 90067
   Telephone: (310) 228-5600
6  Facsimile: (310) 228-5788
   Email:      fmerola@stutman.com
7              ekarasik@stutman.com
               aparlen@stutman.com
8

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

9  Counsel for the Official Committee Of
   Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

10            **UNITED STATES BANKRUPTCY COURT**
11                 **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br><br>Date:  March 1, 2007<br>Time:  9:30 a.m.<br>Place: Courtroom #1 |

25  **AMENDED NOTICE OF MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE**
26  **SECTIONS 1141 AND 1142 TO ENFORCE CONFIRMED DEBTORS' THIRD AMENDED**
    **JOINT CHAPTER 11 PLAN OF REORGANIZATION AS IT RELATES TO**
27  **ALLOCATION OF SALE PROCEEDS (AFFECTS DEBTORS USA COMMERCIAL**
    **MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**
28

408198v1

**TO:    USA CAPITAL FIRST TRUST DEED FUND, LLC**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL**
**MORTGAGE COMPANY**
**USA COMMERCIAL MORTGAGE COMPANY**
**U.S. TRUSTEE**

PLEASE TAKE NOTICE that on January 25, 2007, the "Motion For Order

Pursuant To Bankruptcy Code Sections 1141 And 1142 To Enforce Confirmed Debtors' Third

Amended Joint Chapter 11 Plan Of Reorganization As It Relates To Allocation Of Sale Proceeds"

(the "Motion") was filed by the Official Committee of Equity Security Holders of USA Capital

First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Motion, the FTDF

Committee requests that the Court enter an order directing USA Capital First Trust Deed Fund,

LLC ("USACM") to comply with the terms of the "Debtors' Third Amended Joint Chapter 11 Plan

of Reorganization (As Modified)," with regard to the allocation of proceeds of the sale of certain

assets of USACM and USA First Trust Deed Fund, LLC, to Compass Partners LLC.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be

held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal

Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on March 1, 2007,

at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must

be served on the undersigned counsel and filed by **February 13, 2007** pursuant to Local Rule

9014(d)(1), which provides that oppositions to a motion must be filed and service must be

completed on the movant no later than 15 days after the motion is served.

If you object to the relief requested, you *must* file a **WRITTEN** response to this

pleading with the court.  You *must* also serve your written response on the person who sent you

this notice.

If you do not file a written response with the court, or if you do not serve your

written response on the person who sent you this notice, then:

!      The court may *refuse to allow you to speak* at the scheduled hearing; and

1    **!**     The court may *rule against you* without formally calling the matter at the
2    hearing.

3

4    DATED: January 26, 2007                    /s/ *Andrew M. Parlen*
5                                               Andrew M. Parlen, Esq.
                                                Stutman, Treister & Glatt
6                                               Professional Corporation
                                                Counsel to the Official Committee of Equity
7                                               Security Holders of USA Capital First Trust
                                                Deed Fund, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28