**LEWIS AND ROCA LLP LAWYERS**

E-Filed on January 26, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** <br><br> **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** <br><br> **USA Capital Realty Advisors, LLC** <br> **06-10726** <br><br> **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10728** <br><br> **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** <br><br> **USA Securities, LLC** <br> **06-10729** <br>                  **Debtors.** <br> _____ <br> **Affecting:** <br> ¨ All Cases <br> **or Only:** <br> ✕ USA Commercial Mortgage Company <br> ¨ USA Capital Realty Advisors, LLC <br> ✕ USA Capital Diversified Trust Deed Fund, LLC <br> ✕ USA Capital First Trust Deed Fund, LLC <br> ¨ USA Securities, LLC | BK-S-06-10725-LBR <br> Chapter 11 <br><br> (Hon. Linda B. Riegle) <br><br> Date: January 31, 2007 <br> Time: 9:30 a.m. <br> Courtroom #2 |

**JOINDER OF THE UNSECURED CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY IN THE MOTION FILED BY THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER ENFORCING THE AUTOMATIC STAY TO PREVENT FORECLOSURE BY WESTERN UNITED LIFE ASSURANCE COMPANY**

1805421.1



The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company joins in the Debtors' Motion for an Order Enforcing the Automatic Stay to Prevent Foreclosure by Western United Life Assurance Company ("WULA") [DE 2555]. WULA's intended foreclosure of its lien, to the detriment of the lien held in part by Debtors, USA Capital First Trust Deed Fund, LLC ("FTDF") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), which secures repayment of a debt serviced by USA Commercial Mortgage Company, that is owned in part by FTDF and DTDF, is a violation of the automatic stay, or alternatively should be restrained under 11 U.S.C. § 105(a) and § 362(a).

Dated January 26, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

1805421.1