Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912
Email: rholley@nevadafirm.com

Electronically filed on
Jan 26, 2007

*Attorneys for Del Bunch and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE f/k/a USA CAPITAL, et al.,<br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | Case No. BK-S-06-10719-LBR<br>Chapter 11 |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Co.<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed<br>☐  USA First Trust Deed Fund, LLC | **NOTICE OF APPEAL**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |

Del Bunch and Ernestine Bunch, creditors and parties-in-interest ("Appellants"), by and through their undersigned counsel, Richard F. Holley, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, hereby appeal under 28 U.S.C. § 158(d)(1) from the Order Denying Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch

06725-01/139990.doc

for Voting Purposes [Dkt. No. 2508] entered on January 19, 2007, a copy of which is attached hereto as Exhibit "A."

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Del Bunch, Appellant
Ernestine Bunch, Appellant

USA Commercial Mortgage Company, Debtor / Appellee

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth St., Third Floor
Las Vegas, Nevada 89101
Telephone:    (702) 791-0308
Facsimile:    (702) 791-1912
Attorneys for Appellant

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone:    (801) 532-1500
Facsimile:    (801) 532-7543
Attorneys for Appellee

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
Attorneys for Appellee

DATED this 26th day of January, 2007.

**SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON**

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Del Bunch and Ernestine Bunch*

- 2 -

06725-01/139990.doc

# EXHIBIT A



**Entered on Docket
January 19, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                   Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                   Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                   Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                   Debtor. | **ORDER DENYING MOTION FOR ORDER TEMPORARILY ALLOWING THE CLAIM OF DEL AND ERNESTINE BUNCH FOR VOTING PURPOSES** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 3, 2007<br>Time: 9:30 a.m. |

The Motion For Order Temporarily Allowing The Claim Of Del And Ernestine Bunch For Voting Purposes (the "Motion") having come before this Court for hearing after notice, USA Commercial Mortgage Company (the "Debtor") appearing by and through its counsel, Lenard E. Schwartzer of the Schwartzer & McPherson Law Firm and Del and Ernestine Bunch, appearing by and through their counsel, Richard Holley, Esq. of Santoro Driggs Walch Kearney Johnson & Thompson; the Court having reviewed the briefs on file, having heard the arguments and representations of counsel and having made its findings of fact and conclusions of law on the record, it is

ORDERED that the Motion be, and hereby is, denied.

**Prepared by**

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW
FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
*Attorneys for the Debtors and Debtors in Possession*

(Approved)/Disapproved

SANTORO, DRIGGS, WALCH, KEARNEY,
JOHNSON & THOMPSON

By: _____
Richard F. Holley, Esq.
*Counsel for Del and Ernestine Bunch*

###