ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas Direct Lenders

**Electronically Filed on January 26, 2007**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| THE LENDERS PROTECTION GROUP; CHARLES B. ANDERSON TRUST; RITA P. ANDERSON TRUST; BLATES CO.; KEHL FAMILY MEMBERS; MOJAVE CANYON, INC., | Case Nos.: 2:07-CV-00072-RLH-GWF |
| Appellants, | **DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** |
| v. | |
| USA COMMERCIAL MORTGAGE CO., et al. | |
| Appellees. | |

The Lenders Protection Group, a group of approximately 400 investors/lenders in USA Commercial Mortgage Company ("USACM"), as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., and Charles B. Anderson

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd

1  Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members and Mojave Canyon, Inc.,
2  represented by Janet L. Chubb, Esq., of Jones Vargas (the "Jones Vargas Direct Lenders") (the LPG
3  and the Jones Vargas Direct Lenders shall collectively be referred to as "Appellants"), pursuant to
4  Fed. R. Bankr. Proc., Rule 8006 and LR 8006, hereby designate the items listed in Exhibit A hereto
5  to be included in the record on appeal and submit their statement of issues presented on appeal
6  attached hereto as Exhibit B.

7      DATED this 26th day of January, 2007.

8                                     LAW OFFICES OF ALAN R. SMITH

10                           */s/ Alan R. Smith*
                   By_____
11                      ALAN R. SMITH, ESQ.
                     Attorney for Appellants

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd    - 2 -

# EXHIBIT A

## Designation Of Items To Be Included In Record On Appeal

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 1 | 04/13/2006 | Chapter 11 Voluntary Petition filed by Debtors |
| 8 | 04/14/2006 | Motion for Order Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget filed by Debtors |
| 9 | 04/14/2006 | Declaration of Thomas J. Allison in Support of Motion for Order Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget filed by Debtors |
| 32 | 04/19/2006 | Interim Order Approving Motion Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget entered by the Bankruptcy Court |
| 34 | 04/19/2006 | Motion to Extend Deadline to File Statements and Schedules or Provide Required Information filed by Debtors |
| 53 | 04/25/2006 | Opposition to Motion to Extend Deadline to File Schedules or Provide Required Information filed by Janet L. Chubb on behalf of Stanley Alexander Trust |
| 103 | 05/01/2006 | Opposition to Debtor's Proposed Cash Management Plan filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 117 | 05/02/2006 | Errata to Opposition to Debtor's Proposed Cash Management Plan filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 173 | 05/08/2006 | Motion to Temporarily Hold Funds Pending A Determination Of The Proper Recipients, and Memorandum of Points and Authorities filed by Debtors |
| 208 | 05/11/2006 | Motion for Relief from Stay Property filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 209 | 05/11/2006 | Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries (See Docket #215) |
| 210 | 05/11/2006 | Direct Lenders' Motion to Delay or Prohibit Appraisals on Performing Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries (See Docket #215) |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd   - 3 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 215 | 05/11/2006 | Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders; Motion to Delay or Prohibit Appraisals on Performing Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 315 | 05/22/2006 | Second Order Approving Debtors' Proposed Cash Management Procedures and Cash Usage filed by Debtors |
| 316 | 05/22/2006 | Order Approving Motion for Order Granting Additional Time to File its Statements and Schedules entered by the Bankruptcy Court |
| 319 | 05/22/2006 | Joinder to Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders; Motion to Delay or Prohibit Appraisals on Performing Loans filed by Robert C. LePome on behalf of Florence Alexander, et al. |
| 374 | 05/26/2006 | Opposition to Direct Lenders' Motion to Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and to Delay or Prohibit Appraisals on Performing Loans filed by Debtors |
| 376 | 05/26/2006 | Response regarding Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients and Omnibus Objection to the Release Funds Motion filed by Shlomo S. Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed |
| 387 | 05/26/2006 | Opposition to Direct Lenders' Motion for Relief from the Automatic Stay filed by Debtors |
| 406 | 05/30/2006 | Response to Individual Direct Lenders Request for Relief filed by Gregory E. Garman on behalf of Official Committee of Executory Contract Holders of Debtors |
| 431 | 06/01/2006 | Transcript of Hearing on May 3, 2006 |
| 445 | 06/02/2006 | Joinder in Direct Lenders' Motions: (1) To Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and (2) To Delay or Prohibit Appraisals on Performing Loans filed by Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust |
| 509 | 06/06/2006 | Errata to Direct Lenders' Motion for Relief from Automatic Stay - Section 362 Information Sheet filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 562 | 06/09/2006 | Motion to Remove Fertitta Enterprises, Inc. As Member of Official Committee of Holders of Executory Contract Rights filed by Debtors |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd    - 4 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 566 | 06/09/2006 | Omnibus Response to Motions for Relief from the Automatic Stay for Purposes of Terminating Loan Servicing Agreements filed by Rob Charles on behalf of Official Committee of Unsecured Creditors for Debtors |
| 573 | 06/09/2006 | Omnibus Response to Motions for Immediate Payment to Direct Lenders and Joinder in Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients filed by Rob Charles on behalf of Official Committee of Unsecured Creditors for Debtors |
| 592 | 06/09/2006 | Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Debtors |
| 626 | 06/13/2006 | Reply to Opposition to Motion to Compel Debtor to Continue to Forward Payments to Direct Lenders filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 627 | 06/13/2006 | Reply to Opposition to Motion for Relief from the Automatic Stay filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 647 | 06/14/2006 | Conditional Opposition of JV Direct Lenders to Debtors' Motion for Order Approving Continued Use of Cash through July 29, 2006 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 734 | 06/19/2006 | Joinder in Official Committee of Direct Lenders' Opposition to Debtors' Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 735 | 06/19/2006 | Joinder in Official Committee of Direct Lenders' Opposition to Debtors' Motion to Remove Fertitta Enterprises, Inc. As a Member of the Committee filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 736 | 06/19/2006 | Joinder in the U.S. Trustee's Opposition to Debtors' Motion to Remove a Member of the Executory Contract Rights Committee filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 737 | 06/19/2006 | Joinder in the U.S. Trustee's Opposition to Debtors' Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 836 | 07/06/2006 | Order Granting Debtors' Motion to Temporarily Hold Funds Pending A Determination of the Proper Recipients entered by the Bankruptcy Court |
| 847 | 07/07/2006 | Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds filed by Debtors |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd   - 5 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 892 | 07/19/2006 | Order Preliminarily Denying Direct Lenders' Motion for Relief from the Automatic Stay entered by the Bankruptcy Court |
| 986 | 07/27/2006 | Partial Opposition of JV Direct Lenders to Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1133 | 08/10/2006 | Joinder in Opposition to Motion for Relief from Stay [Relating to Docket 1122] filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1134 | 08/10/2006 | Joinder in Opposition to Motion for Relief from Stay [Relating to Docket 1111] filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1184 | 08/24/2006 | Order (A) Granting (i) Debtors' Motion to Distribute Funds; (ii) Debtors' Hold Funds Motion and (iii) the Compel Motion, and (B) Denying (i) the Lift Stay Motion and (ii) McKnight Motion entered by the Bankruptcy Court |
| 1204 | 08/30/2006 | Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1275 | 09/13/2006 | Second Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1309 | 09/15/2006 | Disclosure Statement filed by the Debtors |
| 1310 | 09/15/2006 | Chapter 11 Plan of Reorganization filed by the Debtors |
| 1316 | 09/18/2006 | Omnibus Response of JV Direct Lenders to First Interim Fee and Expense Applications filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1352 | 09/22/2006 | Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures filed by the Debtors |
| 1512 | 10/12/2006 | Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing South Point Group, LLC as Lead Bidder, and Approving Bid Procedures and Protections filed by James D. Greene on behalf of Capital Crossing Bank |
| 1536 | 10/13/2006 | Joinder in Capital Crossing Bank's Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing South Point Group, LLC as Lead Bidder, and Approving Bid Procedures and Protections filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd   - 6 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 1576 | 10/18/2006 | Amended Chapter 11 Plan filed by the Debtors |
| 1603 | 10/19/2006 | Notice of Filing of Asset Purchase Agreement filed by the Debtors |
| 1706 | 10/30/2006 | Notice of Filing of First Amended and Restated Asset Purchase Agreement filed by the Debtors |
| 1741 | 11/06/2006 | Amended Chapter 11 Plan (Second Amended) filed by the Debtors |
| 1750 | 11/07/2006 | Notice of Filing of Revised First Amended and Restated Asset Purchase Agreement filed by the Debtors |
| 1761 | 11/08/2006 | Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP Group, LLC, as Lead Bidder, and (C) Approving Bid Procedures and Protections entered by the Bankruptcy Court |
| 1798 | 11/15/2006 | Debtors' First Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization filed by the Debtors |
| 1799 | 11/15/2006 | Amended Chapter 11 Plan (Third Amended) filed by the Debtors |
| 1800 | 11/16/2006 | Order Approving: (A) Debtors' Disclosure Statement; (B) Proposed Notice of Confirmation Hearing; (C) Proposed Solicitation and Notice Procedures; and (D) Proposed Form of Ballots entered by the Bankruptcy Court |
| 1864 | 11/27/2006 | Opposition to Motion for Approval of Procedures of the Four Official Committees to Approve Supplemental Disclosure filed by Alan R. Smith on behalf of Donna Cangelosi |
| 1922 | 12/01/2006 | Limited Opposition to Proposed Sale and Auction of Certain Assets filed by Alan R. Smith on behalf of Donna Cangelosi |
| 1967 | 12/06/2006 | Rule 2019 Statement of Law Offices of Alan R. Smith filed by Alan R. Smith on behalf of Donna Cangelosi |
| 1977 | 12/07/2006 | Notice of Revised Asset Purchase Agreement filed by the Debtors |
| 2040 | 12/11/2006 | Joinder in Donna Cangelosi's Objection to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization as it Applies to Debtor filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 2042 | 12/11/2006 | Objection to Confirmation of Plan filed by Alan R. Smith on behalf of the Lenders Protection Group |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd    - 7 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 2099 | 12/14/2006 | Amended Joinder to Objection to Confirmation of the Plan filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2147 | 12/15/2006 | Declaration of Thomas J. Allison in Support of the Confirmation of the Debtors' Third Amended Joint Plan of Reorganization filed by the Debtors |
| 2148 | 12/16/2006 | Reply Brief Supporting Confirmation of Debtor's Third Amended Joint Plan of Reorganization filed by the Debtors |
| 2151 | 12/16/2006 | Points and Authorities in Support of Confirmation of Debtors' Third Amended Joint Plan of Reorganization filed by the Debtors |
| 2162 | 12/18/2006 | Revised Schedule of Executory Contracts and Unexpired Leases in Connection with Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed by the Debtors |
| 2163 | 12/18/2006 | Errata to Declaration of Thomas J. Allison in Support of the Confirmation of the Debtors' Third Amended Joint Plan of Reorganization filed by the Debtors |
| 2164 | 12/18/2006 | Notice of Filing of Asset Purchase Agreement dated December 8, 2006 filed by the Debtors |
| 2165 | 12/18/2006 | Ballot Summary – Affidavit of Balloting Agent Regarding Solicitation and Tabulation of Votes in Connection with the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed by the Debtors |
| 2179 | 12/18/2006 | Joinder in Objection to Confirmation of Plan [Relating to Docket No. 1948] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2180 | 12/18/2006 | Joinder in Objection to Confirmation of Plan [Relating to Docket No. 1947] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2181 | 12/18/2006 | Partial Joinder in Opposition to Motion for Approval of Procedures Regarding Assignments of Direct Lenders' Interest in Loans [Relating to Docket No. 1993] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2182 | 12/18/2006 | Partial Joinder in Objection to Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Relating to Docket No. 2035] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2184 | 12/18/2006 | Joinder in Opposition to Motion for Approval of Procedures [Relating to Docket No. 1957] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd    - 8 -

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 2188 | 12/18/2006 | Amended Partial Joinder in Opposition to Motion for Approval of Procedures Regarding Assignments of Direct Lenders' Interest in Loans [Relating to Docket No. 1993 and in place of 2181] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2191 | 12/18/2006 | Amended Joinder in Opposition to Motion for Approval of Procedures [Relating to Docket No. 1957 and in place of 2184] filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2194 | 12/18/2006 | Declaration of Donna Cangelosi in Support of Objection to Confirmation of Plan [Relating to Docket No. 2042] filed by Alan R. Smith on behalf of Lenders Protection Group |
| 2196 | 12/18/2006 | First Amended Statement of the Law Offices of Alan R. Smith Pursuant to Bankruptcy Rule 2019 filed by Alan R. Smith on behalf of Lenders Protection Group |
| 2257 | 12/22/2006 | Notice of Intent to file Detailed Statement of Objections to, and Alternative Form of, Proposed Order confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization and Proposed Findings of Fact and Conclusions of Law filed by Alan R. Smith on behalf of Lenders Protection Group |
| 2320 | 12/28/2006 | Third Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed by Janet L. Chubb on behalf of Baltes Company, Kehl, et al. |
| 2342 | 01/02/2007 | Notice of Filing of Transcript of Hearing on December 20, 2006 filed by the Debtors |
| 2368 | 01/05/2007 | Notice of Filing of Transcript of Hearing on December 19, 2006 filed by the Debtors |
| 2376 | 01/08/2007 | Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization entered by the Bankruptcy Court |
| 2377 | 01/08/2007 | Findings of Fact and Conclusions of Law in Support of the Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization entered by the Bankruptcy Court |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd    - 9 -

# EXHIBIT B

## Statement Of Issues On Appeal

1. Did the Bankruptcy Court err by confirming the *Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization* (the "Plan")?

2. Did the Bankruptcy Court err by allowing Debtors to use their Plan to recover and retain property belonging to the Appellants?

3. Did the Bankruptcy Court err by refusing to require the Debtors to commence an adversary proceeding under Fed. R. Bankr. Proc., Rule 7001 in order to recover and retain property belonging to the Appellants?

4. Did the Bankruptcy Court err by ruling non-consenting Appellants are bound by an involuntary "compromise" provided for in the Debtors' Plan?

5. Did the Bankruptcy Court err by allowing the Debtors to use recoupment to recover and retain property belonging to Appellants?

6. Did the Bankruptcy Court err in allowing the Debtors to retain post-petition payments from borrowers delivered to Debtors in its capacity as the loan servicing agent paid on specific loans for the benefit of direct lenders in violation of NRS 645B.250?

7. Did the Bankruptcy Court err by refusing to allow Appellants to enforce setoff rights?

8. Did the Bankruptcy Court err by ruling the Debtors' Plan was feasible?

9. Did the Bankruptcy Court err by ruling the Debtors' Plan properly classified claims without establishing a separate class for creditors with setoff rights?

10. Did the Bankruptcy Court err by ruling the Plan of Debtor USA Commercial Mortgage Company satisfied 11 U.S.C. § 1129(a)(10)?

11. Did the Bankruptcy Court err by ruling certain Loan Servicing Agreements between Debtor U.S.A. Commercial Mortgage Company and Appellants (the "Loan Servicing Agreements") were not executory contracts?

12. Did the Bankruptcy Court err in approving the Sale to Compass Partners LLP?

13. Did the Bankruptcy Court err by ruling the Debtors were not required to cure existing defaults under the Loan Servicing Agreements prior to transferring them to Compass Partners LLP?

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd   - 10 -

14. Did the Bankruptcy Court err by ruling the Debtors were not, with regard to existing defaults under the Loan Servicing Agreements, required to provide Appellants adequate assurances of future performance under those Agreements prior to assigning them to Compass Partners LLP?

15. Did the Bankruptcy Court err in not requiring Compass Partners LLP to provide adequate assurance of future performance under the Loan Servicing Agreements?

16. Did the Bankruptcy Court err in allowing the rights of lenders to be modified under the Loan Servicing Agreements in connection with the sale to Compass Partners LLP?

17. Did the Bankruptcy Court err in holding that the sale of the Loan Servicing Agreements to Compass Partners LLP was free and clear of the rights of lenders to claim there was a default thereunder by reason of actions or inactions of the Debtor?

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Desig Stmt Issues 012607.wpd  - 11 -