**Entered on Docket**
**January 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

| | |
|---|---|
| JONATHAN J. BART, ESQ.<br>Admitted *Pro Hac Vice*<br>PA Identification No.: 49119<br>WILENTZ, GOLDMAN & SPITZER P.A.<br>Two Penn Center, Suite 910<br>Philadelphia, PA 19102<br>Telephone:   215-569-0000<br>Facsimile:    215-636-3999<br>E-mail:         jbart@wilentz.com<br><br>Attorneys for Estate of Tabas | JANET L. CHUBB, ESQ.<br>Nevada State Bar No. 176<br>LOUIS M. BUBALA III, ESQ.<br>Nevada State Bar No. 8974<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>Telephone:  775-786-5000<br>Fax: 775-786-1177<br>Email:  jlc@jonesvargas.com<br>   and   tbw@jonesvargas.com<br>   and   lbubala@jonesvargas.com<br><br>Attorneys for Fertitta Enterprises, Inc.,<br>and designated Nevada counsel for Estate of Tabas |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor.<br><br>USA SECURITIES, LLC,<br>                                                        Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter       11<br><br>**ORDER ALLOWING 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF COLT GATEWAY LLC**<br>**(Affects USA CM ONLY)** |

1

1  The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their
2  respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex
3  Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Colt Gateway
4  LLC, and good cause appearing,

5  IT IS HEREBY ORDERED that the Person Most Knowledgeable at Colt Gateway LLC,
6  upon ten days' notice, must appear for oral examination at the Law Offices of Jones Vargas, 3773
7  Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada 89169, or as set forth in the Notice
8  of 2004 Examination, to which a copy of this Order shall be attached.

9  Prepared and Submitted by:

10  WILENTZ GOLDMAN & SPITZER P.A.           JONES VARGAS

11   _//s//Jonathan J. Bart_____           _//s//Louis M. Bubala III_____

12  JONATHAN J. BART, ESQUIRE                 JANET L. CHUBB, ESQUIRE
    Two Penn Center Plaza, Suite 910          LOUIS M. BUBALA III, ESQUIRE
13  Philadelphia, PA 19102                    100 W. Liberty St., 12th Floor
    215-569-0000                              P.O. Box 281
14                                            Reno, NV 89504-0281
                                              775-786-5000
15
                                  # # #

2

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Order - Mesirow.doc