**Entered on Docket**
**January 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:     215-569-0000
Facsimile:     215-636-3999
E-mail:     jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
    and  tbw@jonesvargas.com
    and  lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of
Tabas

**UNITED STATES  BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| Debtor. | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| Debtor. | Chapter        11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **ORDER ALLOWING 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY** |
| Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **(Affects USA CM ONLY)** |
| Debtor. | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1

1    The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their

2  respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex

3  Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Debtor USA

4  Commercial Mortgage Company, and good cause appearing,

5    IT IS HEREBY ORDERED that the Person Most Knowledgeable at USA Commercial

6  Mortgage Company, upon ten days' notice, must appear for oral examination at the Law Offices of

7  Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada 89169, or as

8  set forth in the Notice of 2004 Examination, to which a copy of this Order shall be attached.

9  Prepared and Submitted by:

10  WILENTZ GOLDMAN & SPITZER P.A.          JONES VARGAS

11   //s//Jonathan J. Bart_____       //s//Louis M. Bubala III_____

12  JONATHAN J. BART, ESQUIRE               JANET L. CHUBB, ESQUIRE
    Two Penn Center Plaza, Suite 910        LOUIS M. BUBALA III, ESQUIRE
13  Philadelphia, PA 19102                  100 W. Liberty St., 12th Floor
    215-569-0000                            P.O. Box 281
14                                          Reno, NV 89504-0281
                                            775-786-5000
15
                                   # # #
16

17

18

19

20

21

22

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177