RECEIVED
AND FILED

JAN 29  11:07 AM '07

PATRICIA C. ...
CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re                                    )
                                         )
USA COMMERCIAL MORTGAGE                  )
   COMPANY                               )
                                         )      BK-S   06–10725–LBR
                  Debtor                 )
                                         )      ADV
_____         )
                                         )
                                         )      BAP No.
DEL BUNCH                                )
ERNESTINE BUNCH   Appellant              )      Appeal Ref    07–05
                                         )
vs                                       )
                                         )
USA COMMERCIAL MORTGAGE                  )
   COMPANY                               )
                  Appellee               )
_____         )

### NOTICE OF REFERRAL OF APPEAL TO
### BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES IN APPEAL:

YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed by   DEL AND ERNESTINE BUNCH   with the Clerk of the Bankruptcy Court.  By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being hereto attached.

/ / /

/ / /

/ / /

/ / /

1    **For further information, you may contact the Clerk of the Bankruptcy Appellate**

2    **Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.**

3        **DATED:    1/29/07**

            **PATRICIA GRAY, CLERK**

4

5

           **By**    **/S/ WILLIAM M. LAKAS**

6                          **Deputy Clerk**

                      **U.S. Bankruptcy Court**

7                          **300 Las Vegas Blvd., So.**

                      **Las Vegas, NV 89101**

8
   **PARTIES:**

9
   **BANKRUPTCY APPELLATE PANEL**

10   **125 South Grand Ave.**

   **Pasadena, CA 91105**

11

12   **U.S. TRUSTEE**

   **LAS VEGAS, NV 89101**

13   **300 LAS VEGAS BLVD S #4300**

   **LAS VEGAS NV 89101**

14   SANTORO, DRIGGS, WALCH,

15    KEARNEY, JOHNSON & THOMPSON

   400 SOUTH FOURTH ST., THIRD FLOOR

16   LAS VEGAS, NV 89101

17   RAY QUINNEY & NEBEKER, P.C.

   36 SOUTH STATE STREET, SUITE 1400

18   P.O. BOX 45385

   SALT LAKE CITY, UT 84145-0385

19

20   SCHWARTZER & MCPHERSON LAW FIRM

   2850 SOUTH JONES BLVD., SUITE 1

21   LAS VEGAS, NV 89146-5308

22

23

24

25

26
   **9/04**

27

28                  - 2 -