RECEIVED
AND FILED

Jan 29  11 07 AM '07

BANKRUPTCY
PATRICIA GRAY
CLERK

## TRANSMITTAL FORM

TO:        BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
           125 South Grand Avenue, Pasadena, CA 91105

FROM:      BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
           District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO            BK-S    06-10725-LBR

ADVERSARY NO

REFERENCE NO             APPEAL REF    07-05

BANKRUPTCY JUDGE      LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED    1/26/07

DATE OF ENTRY OF ORDER APPEALED    EOD    1/19/07

DATE BANKRUPTCY FILED       4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD          1/29/07
MAILED TO PARTIES

DATE OF TRANSMITTAL       1/29/07


                          /S/  WILLIAM M. LAKAS
                          DEPUTY CLERK