1  Name__MICHAEL W. ANGLIN, ESQ.____

2  Bar Code:__01260800_____

3  Address:_FULBRIGHT & JAWORSKI LLP

4  2200 Ross Avenue, Suite 2800_____

5  Dallas, TX 75201-2784_____

6  Phone No:____(214) 855-8000_____

7  Email:_____anglin@fulbright.com____

*Electronically Filed*
*January 29, 2007*

8

9  ## UNITED STATES BANKRUPTCY COURT

10  ## DISTRICT OF NEVADA

11  * * *

12  In re:

13  USA COMMERCIAL MORTGAGE COMPANY,
   fka USA Capital;

14
   USA CAPITAL REALTY ADVISORS, LLC;

15
   USA CAPITAL DIVERSIFIED TRUST DEED,

16  LLC;

17  USA CAPITAL FIRST TRUST DEED FUND, LLC;

18  USA SECURITIES, LLC,

19          Debtors.

20  _____

21  ☒     Affects All Debtors.

22

CASE NO. BK-S-06-10725 LBR
CASE NO. BK-S-06-10726 LBR
CASE NO. BK-S-06-10727 LBR
CASE NO. BK-S-06-10728 LBR
CASE NO. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN THIS
CASE ONLY BY ATTORNEY NOT
ADMITTED TO THE BAR OF THIS
COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS **$175.00**

23      MICHAEL W. ANGLIN, ESQ.____, Petitioner, respectfully represents to the Court:

24          1.     That Petitioner resides at _1414 West Colorado Boulevard_____,
                                                        (street address)

25  _Dallas_____, _Dallas County_____
            (city)                              (county)

26  _Texas_____, ___75208___, __214 942-1414_____
            (state)                (zip code)        (area code + telephone number)

27

28  **CAUTION:  DO NOT REVISE OR RETYPE THIS FORM**

2.       That Petitioner is an attorney at law and a member of the law firm of _____

FULBRIGHT & JAWORSKI L.L.P. _____ with offices at

2200 Ross Avenue, Suite 2800 _____,
                    (street address)

Dallas, TX _____, 75201-2784 ,  _____ (214) 855-8000 _____.
          (city)                    (zip code)      (area code + telephone number)

3.       That Petitioner has been retained personally or as a member of the law firm by

Western United Life Assurance Company[1], to provide legal representation in connection with the
            (client(s))
above-entitled case now pending before this Court.

4.       That since ____ October 22, 1976 ____, Petitioner has been and presently is a member
                        (date)
in good standing of the bar of the highest Court of the State of _____ Texas _____
                                                                    (state)
where Petitioner regularly practices law.

5.       That Petitioner was admitted to practice before the following United States District
Court, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts:

|  | Date Admitted |
|---|---|
| U.S. Supreme Court | 2/24/86 |
| U.S. Court of Appeals for the Fifth Circuit | 10/1/81 |
| U.S. Court of Appeals for the Eleventh Circuit | 10/1/81 |
| U.S. District Court - Arizona | 10/29/92 |
| U.S. District Court - Eastern Dist. of Texas | 4/11/89 |
| U.S. District Court - Northern Dist. of Texas | 7/2/79 |
| U.S. District Court - Southern Dist. of Texas | 10/11/96 |
| U.S. District Court - Western Dist. of Texas | 1/8/87 |

[1] And Cross Development/Montgomery, LP.

31259220.1                              - 2 -

6.      That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any juridical, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A _____

_____

_____

7.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

N/A _____

_____

_____

8.      That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas _____

_____

_____

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See attached Exhibit A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications.)

31259220.1                                 - 3 -

1    10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

2    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

3    extent as a member of the State Bar of Nevada.

4    11.    Petitioner agrees to comply with the standards of professional conduct required of

5    the members of the bar of this court.

6    12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

7    practice in this jurisdiction and that the client has consented to such representation.

8    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

9    FOR THE PURPOSES OF THIS CASE ONLY.

10   DATED:_____                    _____
                                                            Petitioner's Signature

12   STATE OF __TEXAS_____ )
                                ) ss:
13   COUNTY OF __DALLAS_____ )

14   ___MICHAEL W. ANGLIN, ESQ.____, Petitioner, being first duly sworn, deposes and says:

15   That the foregoing statements are true.

16

17                                               _____
                                                            Petitioner's Signature

19   Subscribed and sworn to before me this

20   29th day of _January_____, 2007.

22   _____
              Notary Public

L. A. KITCHEN
Notary Public, State of Texas
My Commission Expires 04-19-2010

1

2

**EXHIBIT A**

3

4

5

6

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| August 26, 2004 | *Diplomat Corp. v. Rebel Oil Co., Inc.,* Case No. A476955, Dept. No. VII | District Court, Clark County, Nevada | Granted |
| November 8, 2004 (re: O'Malley) | *Richard Suen and Round Square Co. Ltd. V. Sheldon Adelson, William P. Weidner and Las Vegas Sands, Inc.* Case No. A493493744, Dept. No. 12 | District Court, Clark County, Nevada | Granted |
| November 8, 2004 (re: Alex Medina) | *Richard Suen and Round Square Co. Ltd. V. Sheldon Adelson, William P. Weidner and Las Vegas Sands, Inc.* Case No. A493493744, Dept. No. 12 | District Court, Clark County, Nevada | Granted |
| March 11, 2005 (re: Richard Mainland) | *Richard Suen and Round Square Co. Ltd. V. Sheldon Adelson, William P. Weidner and Las Vegas Sands, Inc.* Case No. A493493744, Dept. No. 12 | District Court, Clark County, Nevada | Withdrawn |
| March 11, 2005 (re: Martin Pitha) | *Richard Suen and Round Square Co. Ltd. V. Sheldon Adelson, William P. Weidner and Las Vegas Sands, Inc.* Case No. A493493744, Dept. No. 12 | District Court, Clark County, Nevada | Withdrawn |
| September 2005 | *Justin Schell v. Sears, Roebuck and Company, et. al.,* Case No. A469018, Dept. No. XI | District Court, Clark County, Nevada | Granted |
| February 1, 2005 | *Deborah Poblocki v. Universal Health System, Inc.,* Case No. CV-S-04-1576-KJD-PAL A 489927 (Clark County District Court) and 46278 (Nevada Supreme Court | United States District Court for the District of Nevada, Clark County District Court and Nevada Supreme Court | Granted |
| April 26, 2006 | *Mary Ann Guzy and Caroline Guzy Engle v. Arbor Company, et al.* Case No. 05-CV-0322 | 9th District Court, Douglas County, Nevada | Granted |
| September 6, 2006 | *Bally Technologies, Inc. v. David L. Salls, et al.* Case No. CV 06-1949 | 2nd Judicial District Court, Washoe County, Nevada | Granted |
| November 21, 2006 | *In re Energy and Engine Technology Corporation* Case No. 06-10973 | United States Bankruptcy Court, District of Nevada, Las Vegas Division | Pending |

25

26

27

28