**Entered on Docket
January 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER CONTINUING HEARING ON OBJECTION TO CLAIM OF DEL AND ERNESTINE BUNCH** |

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Bunch\Order Continuing Hearing 011707 revised.DOC

Page 1 of 2

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

The Objection To The Claim Of Del And Ernestine Bunch, Docket No. 2061 (the "Objection") having come before this Court for hearing after notice, USA Commercial Mortgage Company (the "Debtor") appearing by and through its counsel, Lenard E. Schwartzer of the Schwartzer & McPherson Law Firm, Del and Ernestine Bunch, appearing by and through their counsel, Richard Holley, Esq. of Santoro Driggs Walch Kearney Johnson & Thompson, and the Unsecured Creditors Committee appearing by and through its counsel, Susan Freeman, Esq. of Lewis and Roca; the Court having reviewed the briefs on file, having heard the arguments and representations of counsel and finding that there may be some material issues of fact in dispute, it is

ORDERED that claim disallowance pursuant to the Objection be continued for a status hearing on March 27, 2007 at 9:30 a.m.

| Prepared by | Approved/Disapproved |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & McPHERSON LAW FIRM** | **Lewis and Roca** |
| By: /s/ Lenard Schwartzer | By: /s/ Susan Freeman |
| Lenard E. Schwartzer, Esq. | Susan Freeman, Esq. |
| *Attorneys for the Debtors and Debtors in Possession* | *Attorneys for Unsecured Creditors Committee* |

**Approved/Disapproved**
**SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON**

By: /s/ Richard Holley
Richard F. Holley, Esq.
*Counsel for Del and Ernestine Bunch*

# # #

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Bunch\Order Continuing Hearing 011707 revised.DOC

Page 2 of 2