MICHAEL W. ANGLIN
Name

01260800  (Texas)
Bar Code #

FULBRIGHT & JAWORSKI LLP
Address

2200 Ross Avenue, Suite 2800

Dallas, TX 75201-2784

Phone #   (214) 855-8000

Email Address   anglin@fulbright.com

*Electronically Filed*
*January 29, 2007*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br><br>　　　　　　　Debtors.<br><br>☒   Affects All Debtors. | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for   WESTERN UNITED LIFE ASSURANCE   ,   COMPANY and CROSS  DEVELOPMENT/MONTGOMERY, LP, the   interested parties  , herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate   Nile Leatham, Esq.   attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

<u>  Nile Leatham, Esq., NV Bar No. 002838; KOLESAR & LEATHAM, CHTD.                              </u>,
<u>  3320 West Sahara Avenue; Suite 380, Las Vegas, NV 89101; 702-362-7800; Fax 702-362-9472</u>
(Bar Code #, Street, City, Zip Code and telephone number)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Michael W. Anglin*
MICHAEL W. ANGLIN, Attorney at Law

Counsel for    WESTERN UNITED LIFE ASSURANCE
               COMPANY AND CROSS DEVELOPMENT/
               MONTGOMERY, LP

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*/s/ Nile Leatham, Esq.*
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nile Leatham, Esq._____

as its Designated Nevada Counsel in this Case.

WESTERN UNITED LIFE ASSURANCE COMPANY
AND CROSS DEVELOPMENT/MONTGOMERY, LP

By_____/s/ Michael W. Anglin_____

Michael W. Anglin, Their Attorney
