**Entered on Docket**
**January 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **THIRD AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES (AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 15, 2006<br>Time: 9:30 a.m. |

THIRD AMENDED ORDER RE CASE MANAGMENT PROCEDURES 121506

1       The Court having heard various motions on December 15, 2006, the Debtors, USA

2   Commercial Mortgage Company ("USA Commercial Mortgage"), USA Securities, LLC ("USA

3   Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust

4   Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First")

5   (collectively referred to as "Debtors"), appearing by and through their counsel, Ray Quinney &

6   Nebeker P.C. and Schwartzer & McPherson Law Firm;  other appearances being made upon the

7   record; the Court having considered the status and size of the Debtors' cases and determining that

8   it is beneficial to enter an amended case management procedures, it is hereby

9       **ORDERED** that these cases are subject to the following Case Management Procedures:

10  **A.    Hearings**

11      1.      **Omnibus Hearing Dates** - Unless the Court otherwise schedules or orders, *sua*

12  *sponte,* or upon the proper filings by a party, all motions, pleadings, applications, other requests

13  for relief, objections, responses, and replies thereto, and all other matters, will be automatically set

14  to be heard at periodic bi-monthly or monthly omnibus hearings scheduled in advance by the

15  Court (the "Omnibus Hearing Dates").  The Court has currently set the following additional

16  Omnibus Hearing Dates:

17          February 15, 2007 at 9:30 a.m.

18          March 1, 2007 at 9:30 a.m.

19          March 15, 2007 at 9:30 a.m.

20          March 27, 2007 at 9:30 a.m.

21  Except as otherwise scheduled or ordered by the Court, all motions, pleadings, applications, other

22  requests for relief, objections, responses, and replies thereto, and all other matters ("Request(s) for

23  Relief") shall not be considered by the Court unless filed and served at least twenty five (25) days

24  prior to the next scheduled Omnibus Hearing Date.  The deadlines for filing oppositions and

25  replies are set forth below.

26      2.      **Setting A Hearing Not On The Omnibus Hearing Date** - The Court may issue

27  an order shortening time which allows such Request For Relief to be heard on a date that is not an

28  Omnibus Hearing Date if proper support is provided to demonstrate its urgency and that such

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   urgency is not a result of delay on the part of the party requesting the relief. However, unless such

2   circumstances constitute an extreme emergency, it is unlikely that such Request for Relief will be

3   set on less than ten (10) days' notice.

4       3.    **BMC Website** – Hearing dates and times are subject to change. Unless otherwise

5   ordered, all hearings shall be held at the United States Bankruptcy Court, 300 Las Vegas Blvd. S.,

6   Third Floor, Courtroom #1. The Debtors shall post information relating to hearings on the

7   Debtors' Private Website at http://www.usacapitalcorp.com and on BMC Group, the Debtors'

8   Noticing Agent's Website at http://www.bmcgroup.com/usacmc. The Court may permit parties to

9   attend hearings on a "listen only" basis through the use of a dial in number, which will also be

10  posted by the Debtors on the websites listed above. However, technical or other problems may

11  impair or prevent the utilization of the dial in service. Entities may contact BMC Group at (888)

12  909-0100 for information concerning future Omnibus Hearings that have been scheduled by the

13  Court.

14      4.    **Objection(s) Deadline to Request(s) for Relief** –

15          (a)    Unless otherwise ordered by the Court, the deadline to file and serve

16  Objections to Requests for Relief (the "Objection Deadline") set to be heard on regular notice on

17  an Omnibus Hearing Date shall be *the earlier of*: (i) fifteen (15) days after the Request for Relief

18  is served, or (ii) five (5) business days before the applicable hearing date. An Objection Deadline

19  concerning a Request for Relief set to be heard on an Omnibus Hearing Date may be extended

20  with the consent of the entity filing the Request for Relief to a date that is no later than five (5)

21  business days before the applicable hearing date.

22          (b)    Unless otherwise ordered by the Court, the deadline to file and serve

23  objections to Requests for Relief set on shortened time shall be no later than three (3) business

24  days before the hearing date.

25          (c)    Any brief filed in reply to an objection to Request for Relief shall be filed

26  *the earlier of* (i) five (5) business days after the filing of an objection to a Request for Relief or

27  (ii) by noon the business day before the applicable hearing date.

28  / / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5.    **Pleadings-**

Courtesy copies of all motions, oppositions, replies, and memoranda of law that are set for hearing, together with all exhibits and attachments, must be delivered to the Bankruptcy Court Clerk's office after filing. Copies shall be delivered either by hand or by mail. Delivery shall be made no later than ten business days prior to the scheduled hearing date. A courtesy copy of any pleading filed within ten (10) days of a hearing must be received by the Bankruptcy Court Clerk's office by *the earlier of:* (i) noon the following business day or (ii) noon the business day prior to the hearing.

**B.    Effective Date of Case Management Procedures**

The effective date of this Second Amended Case Management Procedures contained herein shall be the date the Order is entered on the Court's docket.

**C.    Automatic Sanctions**

1.    Any attorney who fails to comply with the time requirements for filing objections or oppositions to motions and applications contained in the Case Management Order shall pay the movant or applicant $300; and

2.    Any attorney who fails to deliver to the Clerk of this Court a courtesy (paper) copy of his pleadings which are e-filed with the Court by the end of the next judicial business day (but not later than noon the judicial business day before any hearing) shall pay the Court $75.

**D.    Compliance with Rule 2019**

Bankruptcy Rule 2019 applies to attorneys representing investors in loans serviced by USA Commercial Mortgage Company, and attorneys representing multiple parties shall file the verified statement required by that rule.

**SCHWARTZER & McPHERSON LAW FIRM and**
**RAY QUINNEY & NEBEKER, P.C.**

By: _____
    LENARD E. SCHWARTZER, ESQ.
    *Counsel for USA Commercial Mortgage Company,*
    *USA Capital First Trust Deed Fund, LLC*
    *USA Capital Diversified Trust Deed Fund, LLC*
    *USA Capital Realty Advisors, LLC and*
    *USA Securities, LLC*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   **THIRD AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES**
    **(AFFECTS ALL DEBTORS)**

2

3

Approved/Disapproved by:              Approved/Disapproved by:
**LEWIS AND ROCA, LLP**               **GORDON & SILVER, LTD.**

5

6   By:_____         By:_____
    ROB CHARLES, ESQ.                   GREGORY E. GARMAN, ESQ.

7   *Counsel for the Official Committee of*    *Counsel for the Official Committee of Holders*
    *Unsecured Creditors of USA Commercial*    *of Executory Contract Rights of USA*

8   *Mortgage Company*                  *Commercial Mortgage Company*

9

10  Approved/Disapproved by:            Approved/Disapproved by:
    **BECKLEY SINGLETON, CHTD. and**    **STUTMAN TREISTER & GLATT, P.C. and**

11  **ORRICK, HERRINGTON & SUTCLIFFE**  **SHEA & CARLYON, LTD.**

12  **LLP**

13  By:_____         By:_____
    ANNE M. LORADITCH, ESQ.             CANDACE C. CARLYON, ESQ.

14  *Counsel for the Official Committee of Equity*    *Counsel for the Official Committee of Equity*
    *Security Holders of USA Capital Diversified*     *Security Holders of USA Capital First Trust*

15  *Trust Deed Fund, LLC*              *Deed Fund LLC*

16

17  Approved/Disapproved by:
    **SARA L. KISTER.**

18  **ACTING UNITED STATES TRUSTEE**

19  **REGION 17**

20

21  By:_____
    AUGUST B. LANDIS, ESQ.

22  Assistant United States Trustee
    300 Las Vegas Boulevard South, Suite 4300

23  Las Vegas, NV  89101

24
                                        # # #
25

26

27

28

THIRD AMENDED ORDER RE CASE MANAGMENT PROCEDURES 121506

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **THIRD AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES**
2  **(AFFECTS ALL DEBTORS)**

3

4  Approved/Disapproved by:            Approved/Disapproved by:
   **LEWIS AND ROCA, LLP**               **GORDON & SILVER, LTD.**
5

6  By:_____        By:_____
7  ROB CHARLES, ESQ.                   GREGORY E. GARMAN, ESQ.
   *Counsel for the Official Committee of*   *Counsel for the Official Committee of Holders*
8  *Unsecured Creditors of USA Commercial*   *of Executory Contract Rights of USA*
   *Mortgage Company*                  *Commercial Mortgage Company*
9

10  Approved/Disapproved by:           Approved/Disapproved by:
11  **BECKLEY SINGLETON, CHTD. and**   **STUTMAN TREISTER & GLATT, P.C. and**
    **ORRICK, HERRINGTON & SUTCLIFFE**  **SHEA & CARLYON, LTD.**
12  **LLP**

13  By:_____        By:_____
14  ANNE M. LORADITCH, ESQ.            CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of Equity*   *Counsel for the Official Committee of Equity*
15  *Security Holders of USA Capital Diversified*   *Security Holders of USA Capital First Trust*
    *Trust Deed Fund, LLC*             *Deed Fund LLC*
16

17  Approved/Disapproved by:
18  **SARA L. KISTER.**
    **ACTING UNITED STATES TRUSTEE**
19  **REGION 17**

20

21  By:_____
    AUGUST B. LANDIS, ESQ.
22  Assistant United States Trustee
    300 Las Vegas Boulevard South, Suite 4300
23  Las Vegas, NV 89101

24

25                              # # #

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

THIRD AMENDED ORDER RE CASE MANAGMENT PROCEDURES 121506

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **THIRD AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES**
2  **(AFFECTS ALL DEBTORS)**

3

4  Approved/Disapproved by:                          Approved/Disapproved by:
   **LEWIS AND ROCA, LLP**                           **GORDON & SILVER, LTD.**
5

6  By:_____                      By:_____
7  ROB CHARLES, ESQ.                                 GREGORY E. GARMAN, ESQ.
   *Counsel for the Official Committee of*           *Counsel for the Official Committee of Holders*
8  *Unsecured Creditors of USA Commercial*           *of Executory Contract Rights of USA*
   *Mortgage Company*                                *Commercial Mortgage Company*
9

10 Approved/Disapproved by:                          Approved/Disapproved by:
11 **BECKLEY SINGLETON, CHTD. and**                  **STUTMAN TREISTER & GLATT, P.C. and**
   **ORRICK, HERRINGTON & SUTCLIFFE**                **SHEA & CARLYON, LTD.**
12 **LLP**

13 By:_____                      By:_____
14 ANNE M. LORADITCH, ESQ.                           CANDACE C. CARLYON, ESQ.
   *Counsel for the Official Committee of Equity*    *Counsel for the Official Committee of Equity*
15 *Security Holders of USA Capital Diversified*     *Security Holders of USA Capital First Trust*
   *Trust Deed Fund, LLC*                            *Deed Fund LLC*
16

17 Approved/Disapproved by:
   **SARA L. KISTER.**
18 **ACTING UNITED STATES TRUSTEE**
19 **REGION 17**

20
   By:_____
21 AUGUST B. LANDIS, ESQ.
22 **Assistant United States Trustee**
   300 Las Vegas Boulevard South, Suite 4300
23 Las Vegas, NV 89101

24
                                    # # #
25

26

27

28

THIRD AMENDED ORDER RE CASE MANAGMENT PROCEDURES 121506

1    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2    ___ The court has waived the requirement of approval under LR 9021.

3    ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

4    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
     unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each
5    has approved or disapproved the order, or failed to respond, as indicated below [list each party and
6    whether the party has approved, disapproved, or failed to respond to the document]:

     Failed to respond:
7    BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP
8    STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

9                                          # # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122