1

2

3

**Entered on Docket**
**January 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

4

5

6    JONATHAN J. BART, ESQ.
Admitted _Pro Hac Vice_
7    PA Identification No.:  49119
WILENTZ, GOLDMAN & SPITZER P.A.
8    Two Penn Center, Suite 910
Philadelphia, PA 19102
9    Telephone:    215-569-0000
Facsimile:    215-636-3999
10   E-mail:    jbart@wilentz.com

Attorneys for Estate of Tabas
11

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
     and   tbw@jonesvargas.com
     and   lbubala@jonesvargas.com

12

Attorneys for Fertitta Enterprises, Inc.,
13   and designated Nevada counsel for Estate of
Tabas

14            **UNITED STATES  BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
15

16   In re:

17   USA COMMERCIAL MORTGAGE COMPANY,
                              Debtor.

18

19   USA CAPITAL REALTY ADVISORS, LLC,
                              Debtor.

20

21   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC,
                              Debtor.

22

23   USA CAPITAL FIRST TRUST DEED FUND, LLC,
                              Debtor.

24

25   USA SECURITIES, LLC,
                              Debtor.

Affects:
26   ☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
27   ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
28   ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter        11

**ORDER ALLOWING 2004**
**EXAMINATION OF PERSON**
**MOST KNOWLEDGEABLE OF**
**MESIROW FINANCIAL**
**INTERIM MANAGEMENT LLC**
**(Affects USA CM ONLY)**

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1

The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Mesirow Financial Interim Management LLC, and good cause appearing,

IT IS HEREBY ORDERED that the Person Most Knowledgeable at Mesirow Financial Interim Management LLC, upon ten days' notice, must appear for oral examination at the Law Offices of Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada 89169, or as set forth in the Notice of 2004 Examination, to which a copy of this Order shall be attached.

Prepared and Submitted by:

WILENTZ GOLDMAN & SPITZER P.A.          JONES VARGAS

  //s//Jonathan J. Bart_____          //s//Louis M. Bubala III_____

JONATHAN J. BART, ESQUIRE          JANET L. CHUBB, ESQUIRE
Two Penn Center Plaza, Suite 910          LOUIS M. BUBALA III, ESQUIRE
Philadelphia, PA 19102          100 W. Liberty St., 12th Floor
215-569-0000          P.O. Box 281
          Reno, NV 89504-0281
          775-786-5000

# # #

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177