**ELECTRONICALLY FILED**
**JANUARY 29, 2007**

1    STUTMAN, TREISTER & GLATT, P.C.       SHEA & CARLYON, LTD.
     FRANK A. MEROLA                       JAMES PATRICK SHEA
2    (CA State Bar No. 136934)             (Nevada State Bar No. 000405)
     EVE H. KARASIK                        CANDACE C. CARLYON, ESQ.
3    (CA State Bar No. 155356)             (Nevada State Bar No. 002666
     ANDREW M. PARLEN                      SHLOMO S. SHERMAN, ESQ.
4    (CA State Bar No. 230429)             (Nevada State Bar No. 009688)
     1901 Avenue of the Stars, 12th Floor  228 South Fourth Street, First Floor
5    Los Angeles, CA 90067                 Las Vegas, Nevada 89101
     Telephone: (310) 228-5600             Telephone: (702) 471-7432
6    Facsimile: (310) 228-5788             Facsimile: (702) 471-7435
7    E-mail:      fmerola@stutman.com      E-mail:      jshea@sheacarlyon.com
8                 ekarasik@stutman.com                  ccarlyon@sheacarlyon.com
                  aparlen@stutman.com                   ssherman@sheacarlyon.com
9
10   *Counsel for the Official Committee of Equity Security*
     *Holders of USA Capital First Trust Deed Fund, LLC*
11
                        **UNITED STATES BANKRUPTCY COURT**
12                            **DISTRICT OF NEVADA**

13   | In re: | ) | BK-S-06-10725-LBR |
14   | USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
     |         Debtor | ) | |
15   | In re: | ) | BK-S-06-10726-LBR |
16   | USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
     |         Debtor | ) | |
17   | In re: | ) | BK-S-06-10727-LBR |
18   | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
     |         Debtor | ) | |
19   | In re: | ) | BK-S-06-10728-LBR |
     | USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
20   |         Debtor. | ) | |
21   | In re: | ) | BK-S-06-10729-LBR |
     | USA SECURITIES, LLC, | ) | Chapter 11 |
22   |         Debtor. | ) | |

     Affects

23
     ☐ All Debtors                                    Date:  January 31, 2007
24   ☒ USA Commercial Mortgage Co.                    Time:  9:30 a.m.
     ☐ USA Securities, LLC
25   ☐ USA Capital Realty Advisors, LLC
     ☒ USA Capital Diversified Trust Deed
26   ☒ USA First Trust Deed Fund, LLC

27
                              **CERTIFICATE OF SERVICE**
28

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

I HEREBY CERTIFY that on the 29th day of January, 2007 I served the following

document(s):

> Joinder of Official Committee of Equity Security Holders of USA Capital First
> Trust Deed Fund, LLC in the Motion filed by the Debtors and Debtors in
> Possession for an Order Enforcing the Automatic Stay to Prevent Foreclosure by
> Western United Life Assurance Company (Affects Debtors USA Commercial
> Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, and USA
> Capital First Trust Deed Fund, LLC)

I served the above document by the following means to the persons as listed below:

☒ **a.   ECF System.  (See attached Notice of Electronic Filing)**

☐ **b.   United States mail, postage full prepaid to the following:**

☐ **c.   Personal service.**

> I personally delivered the documents to the persons at these addresses:

> ☐ For a party represented by an attorney, delivery was made by handing the
> document(s) at the attorney's office with a clerk or other person in
> charge, or if no one is in charge, by leaving the document(s) in a
> conspicuous place in the office.

> ☐ For a party, delivery was made by handing the document(s) to the party
> or by leaving the document(s) at the person's dwelling house or usual
> place of abode with someone of suitable age and discretion residing
> there.

☐ **d.   By direct email.**

> Based upon the written agreement of the parties to accept service by email or
> a court order, I caused the document(s) to be sent to the persons at the email
> addresses listed below.  I did not receive, within a reasonable time after the
> transmission, any electronic message or other indication that the transmission
> was unsuccessful.

☐ **e.   By fax transmission.**

> Based upon the written agreement of the parties to accept serve by fax
> transmission or a court order, I faxed the document(s) to the persons at the
> fax numbers listed below.  No error was reported by the fax machine that I
> used.  A copy of the record of the fax transmission is attached.

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of January, 2007.

*Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432