NILE LEATHAM, ESQ.
Nevada Bar No. 002838
JOSEPH G. WENT, ESQ.
Nevada Bar No. 009220
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
          jwent@klnevada.com

Attorneys for Interested Parties
**WESTERN UNITED LIFE ASSURANCE CO.**
 **and CROSS DEVELOPMENT/ MONTGOMERY, LP**

*ELECTRONICALLY FILED*
*ON*
*January 29, 2007*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital, <br>                                       Debtor. | CASE NO. BK-S-06-10725 LBR <br> CASE NO. BK-S-06-10726 LBR <br> CASE NO. BK-S-06-10727 LBR <br> CASE NO. BK-S-06-10728 LBR <br> CASE NO. BK-S-06-10729 LBR |
| In re: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br>                                        Debtor. | Chapter 11 |
| In re: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED, LLC, <br>                                        Debtor. | |
| In re: <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>                                        Debtor. | |
| In re: <br><br> USA SECURITIES, LLC, <br>                                        Debtor. | **CERTIFICATE OF SERVICE** |
| Affects: <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Co. <br> ☐ USA Capital Realty Advisors, LLC <br> ☒ USA Capital Diversified Trust Deed, LLC <br> ☒ USA Capital First Trust Deed Fund, LLC <br> ☒ USA Securities, LLC | **Hearing Date:**   01-31-07 <br><br> **Hearing Time:**   9:30 a.m. |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Opposition to Motion for an Order Enforcing the Automatic Stay to Prevent Foreclosure By Western United Life Assurance Company** was served through the Court's CM/ECF system *via* e-mail upon the parties noted on the "Electronic Service List" attached hereto as Exhibit "**1**."

Dated this 29th day of January, 2007.

*/s/ Cindy Kishi*
An Employee of Kolesar & Leatham, Chtd.

# EXHIBIT 1

EXHIBIT 1

**ECF SERVICE LIST**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; imccord@swlaw.com; cdossier@swlaw.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com; mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com