Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email:  rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 371-6921
Facsimile: (702) 940-4088
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DESIGNATION OF RECORDS AND**<br>**STATEMENT OF ISSUES ON APPEAL** |
| Affects:<br>    All Debtors<br>    USA Commercial Mortgage Company<br>    USA Securities, LLC<br>    USA Capital Realty Advisors, LLC<br>    USA Capital Diversified Trust Deed Fund, LLC<br>    USA Capital First Trust Deed Fund, LLC | |

1    Pursuant to Fed. R. Bankr. P. 8006 and LR 8006, USA Investment Partners, LLC, Joseph Milanowski and Thomas Hantges, (collectively the "Appellants") through their counsel, hereby designated the items listed in Exhibit A hereto to be included in the record on appeal and submit their statement of issues presented on appeal attached hereto as Exhibit B.

DATED this 29th day of January, 2007.

**WOODBURY & KELSER, P.C.**

    /s/ Russell S. Walker
Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**EXHIBIT A**

**Designation of Items To Be Included In Record On Appeal**

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 1 | 04/13/2006 | Chapter 11 Voluntary Petition filed by Debtors |
| 8 | 04/14/2006 | Motion for Order Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget filed by Debtors |
| 9 | 04/14/2006 | Declaration of Thomas J. Allison in Support of Motion for Order Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget filed by Debtors |
| 32 | 04/19/2006 | Interim Order Approving Motion Under 11 U.S.C. Sections 105(a), 345, and 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use of Cash in Accordance with Proposed Cash Budget entered by the Bankruptcy Court |
| 34 | 04/19/2006 | Motion to Extend Deadline to File Statements and Schedules or Provide Required Information filed by Debtors |
| 53 | 04/25/2006 | Opposition to Motion to Extend Deadline to File Schedules or Provide Required hifoimation filed by Janet L. Chubb on behalf of Stanley Alexander Trust |
| 103 | 05/01/2006 | Opposition to Debtor's Proposed Cash Management Plan filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 117 | 05/02/2006 | Errata to Opposition to Debtor's Proposed Cash Management Plan filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 173 | 05/08/2006 | Motion to Temporarily Hold Funds Pending A Determination Of The Proper Recipients, and Memorandum of Points and Authorities filed by Debtors |
| 208 | 05/11/2006 | Motion for Relief from Stay Property filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 209 | 05/11/2006 | Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries (See Docket #*215*) |
| 210 | 05/11/2006 | Direct Lenders' Motion to Delay or Prohibit Appraisals on Performing Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries (See Docket #215) |
| 215 | 05/11/2006 | Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders; Motion to Delay or Prohibit Appraisals on Performing Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 315 | 05/22/2006 | Second Order Approving Debtors' Proposed Cash Management Procedures and Cash Usage filed by Debtors |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100   Fax: (801) 359-2320

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 316 | 05/22/2006 | Order Approving Motion for Order Granting Additional Time to File its Statements and Schedules entered by the Bankruptcy Court |
| 319 | 05/22/2006 | Joinder to Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders; Motion to Delay or Prohibit Appraisals on Performing Loans filed by Robert C. LePome on behalf of Florence Alexander, et al. |
| 374 | 05/26/2006 | Opposition to Direct Lenders' Motion to Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and to Delay or Prohibit Appraisals on Performing Loans filed by Debtors |
| 376 | 05/26/2006 | Response regarding Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients and Omnibus Objection to the Release Funds Motion filed by Shlomo S. Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed |
| 387 | 05/26/2006 | Opposition to Direct Lenders' Motion for Relief from the Automatic Stay filed by Debtors |
| 406 | 05/30/2006 | Response to Individual Direct Lenders Request for Relief filed by Gregory E. Garman on behalf of Official Committee of Executory Contract Holders of Debtors |
| 431 | 06/01/2006 | Transcript of Hearing on May 3, 2006 |
| 445 | 06/02/2006 | Joinder in Direct Lenders' Motions: (1) To Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and (2) To Delay or Prohibit Appraisals on Performing Loans filed by Lou 0. Maldonado, Trustee for the benefit of the Maldonado Trust |
| 509 | 06/06/2006 | Errata to Direct Lenders' Motion for Relief from Automatic Stay - Section 362 Information Sheet filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 562 | 06/09/2006 | Motion to Remove Fertitta Enterprises, Inc. As Member of Official Committee of Holders of Executory Contract Rights filed by Debtors |
| 566 | 06/09/2006 | Omnibus Response to Motions for Relief from the Automatic Stay for Purposes of Terminating Loan Servicing Agreements filed by Rob Charles on behalf of Official Committee of Unsecured Creditors for Debtors |
| 573 | 06/09/2006 | Omnibus Response to Motions for Immediate Payment to Direct Lenders and Joinder in Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients filed by Rob Charles on behalf of Official Committee of Unsecured Creditors for Debtors |
| 592 | 06/09/2006 | Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Debtors |
| 626 | 06/13/2006 | Reply to Opposition to Motion to Compel Debtor to Continue to Forward Payments to Direct Lenders filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 627 | 06/13/2006 | Reply to Opposition to Motion for Relief from the Automatic Stay filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 647 | 06/14/2006 | Conditional Opposition of JY Direct Lenders to Debtors' Motion for Order Approving Continued Use of Cash through July 29, 2006 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 734 | 06/19/2006 | Joinder in Official Committee of Direct Lenders' Opposition to Debtors' Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 735 | 06/19/2006 | Joinder in Official Committee of Direct Lenders' Opposition to Debtors' Motion to Remove Fertitta Enterprises, Inc. As a Member of the Committee filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 736 | 06/19/2006 | Joinder in the U.S. Trustee's Opposition to Debtors' Motion to Remove a Member of the Executory Contract Rights Committee filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 737 | 06/19/2006 | Joinder in the U.S. Trustee's Opposition to Debtors' Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 836 | 07/06/2006 | Order Granting Debtors' Motion to Temporarily Hold Funds Pending A Determination of the Proper Recipients entered by the Bankruptcy Court |
| 847 | 07/07/2006 | Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds filed by Debtors |
| 892 | 07/19/2006 | Order Preliminarily Denying Direct Lenders' Motion for Relief from the Automatic Stay entered by the Bankruptcy Court |
| 986 | 07/27/2006 | Partial Opposition of JV Direct Lenders to Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1133 | 08/10/2006 | Joinder in Opposition to Motion for Relief from Stay [Relating to Docket 1122] filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1134 | 08/10/2006 | Joinder in Opposition to Motion for Relief from Stay [Relating to Docket 1111] filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1184 | 08/24/2006 | Order (A) Granting (i) Debtors' Motion to Distribute Funds; (ii) Debtors' Hold Funds Motion and (iii) the Compel Motion, and (B) Denying (i) the Lift Stay Motion and (ii) McKnight Motion entered by the Bankruptcy Court |
| 1204 | 08/30/2006 | Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 1275 | 09/13/2006 | Second Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1309 | 09/15/2006 | Disclosure Statement filed by the Debtors |
| 1310 | 09/15/2006 | Chapter 11 Plan of Reorganization filed by the Debtors |
| 1316 | 09/18/2006 | Omnibus Response of JV Direct Lenders to First Interim Fee and Expense Applications filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1352 | 09/22/2006 | Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures filed by the Debtors |
| 1512 | 10/12/2006 | Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing South Point Group, LLC as Lead Bidder, and Approving Bid Procedures and Protections filed by James D. Greene on behalf of Capital Crossing Bank |
| 1536 | 10/13/2006 | Joinder in Capital Crossing Bank's Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing South Point Group, LLC as Lead Bidder, and Approving Bid Procedures and Protections filed by Janet L. Chubb on behalf of Direct Lenders-Beneficiaries |
| 1576 | 10/18/2006 | Amended Chapter 11 Plan filed by the Debtors |
| 1603 | 10/19/2006 | Notice of Filing of Asset Purchase Agreement filed by the Debtors |
| 1706 | 10/30/2006 | Notice of Filing of First Amended and Restated Asset Purchase Agreement filed by the Debtors |
| 1741 | 11/06/2006 | Amended Chapter 11 Plan (Second Amended) filed by the Debtors |
| 1750 | 11/07/2006 | Notice of Filing of Revised First Amended and Restated Asset Purchase Agreement filed by the Debtors |
| 1761 | 11/08/2006 | Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP Group, LLC, as Lead Bidder, and (C) Approving Bid Procedures and Protections entered by the Bankruptcy Court |
| 1798 | 11/15/2006 | Debtors' First Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization filed by the Debtors |
| 1799 | 11/15/2006 | Amended Chapter 11 Plan (Third Amended) filed by the Debtors |
| 1837 | 11/21/2006 | Motion for Protective Order Filed by Russell S. Walker |
| 1839 | 11/21/2006 | Declaration in Support of Motion of USA Investment Partners, LLC and Joseph D. Milanowski for the Endorsement of a Protective Order filed |
| 1843 | 11/21/2006 | Notice of Hearing on Motion of USA Investment Partners, LLC and Joseph D. Milanowski for the Endorsement of a Protective Order |
| 1844 | 11/21/06 | Certificate of Service |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100   Fax: (801) 359-2320

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 1863 | 11/27/06 | Notice of Filing Stipulation and Order Memorializing Agreement Between USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC on Overbid Allocation (Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC) Under Seal Pursuant to Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP Group, LLC as Lead Bidder; and (C) Approving Bid Procedures and Protections |
| 1864 | 11/27/06 | Opposition filed by Alan R. Smith |
| 1882 | 11/29/2006 | Ex Parte Motion for 2004 Examination of USA Investment Partners, LLC |
| 1883 | 11/29/2006 | Ex Parte Motion for 2004 Examination of USA Investment VI, LLC |
| 1885 | 11/29/2006 | Ex Parte Motion for 2004 Examination of HMA Sales, LLC |
| 1887 | 11/29/2006 | Supplement Direct Lender Supplement to Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization |
| 1908 | 12/01/2006 | Order Requiring HMA Sales, LLC to Appear for Examination Pursuant to Fed.R.Bankr.P.2004 |
| 1909 | 12/1/2006 | Order Requiring USA Investors VI, LLC to Appear for Examination Pursuant to Fed.R.Bankr.P.2004 |
| 1910 | 12/1/2006 | Order Requiring USA Investment Partners, LLC to Appear for Examination Pursuant to Fed.R.Bankr.P.2004 |
| 1912 | 12/1/2006 | Ex Parte Motion to Compel the Confidential Disclosure of USA Capital Diversified Trust Deed Fund, LLC's Member List |
| 1914 | 12/1/2006 | Ex Parte Motion for 2004 Examination of Joseph D. Milanowski |
| 1947 | 12/4/2006 | Partial Objection to Confirmation of Plan |
| 1948 | 12/4/2006 | Partial Objection to Confirmation of Plan |
| 1972 | 12/6/2006 | Response By Debtors To Motion Of USA INVESTMENT PARTNERS, LLC And JOSEPH D. MILANOWSKI For The Endorsement of A Protective Order |
| 1986 | 12/8/2006 | Order Requiring Joseph D. Milanowski to Appear for Examination Pursuant to Fed. R. Bankr P. 2004 |
| 1987 | 12/8/2006 | Order Denying Protective Order |
| 2049 | 12/8/2006 | Limited Objection to Confirmation of Plan |
| 2017 | 12/11/2006 | Objection with Certificate of Service Objection of the PBGC to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (Affects all Debtors) |
| 2020 | 12/11/2006 | Limited Objection to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 2035 | 12/11/2006 | Objection to Confirmation of The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 2042 | 12/11/2006 | Objection to Confirmation of Plan |
| 2051 | 12/11/2006 | Objection to Confirmation of Plan |
| 2055 | 12/12/2006 | Response to Motion of USA Investment Partners, LLC and Joseph D. Milanowski for the Endorsement of a Protective Order |
| 2057 | 12/12/2006 | Ex Parte Motion for Order Shortening Time |

-7-

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 2058 | 12/12/2006 | Declaration In Support of Ex Parte Motion For Order Shortening Time Requiring Victoria Loob To Appear For Examination Pursuant To Fed.R.Bankr.P. 2004 |
| 2129 | 12/13/2006 | Objection to Confirmation of Plan Filed by Roy R. Ventura, Jr. |
| 2103 | 12/14/2006 | Order Requiring Victoria Loob to Appeal for Examination Pursuant to Fed. R. Bankr. P. 2004 |
| 2105 | 12/14/2006 | Addendum to USA Investment Partners, LLC and Joseph D. Milanowski's Memorandum of Law in Support of Motion for the Endorsement of a Protective Order |
| 2107 | 12/14/2006 | Motion to Squash Subpoenas and Strike 2004 Examination Orders or in the Alternative for Protective Order Regarding USA Investment Partners, LLC, HMA Sales, LLC, USA Investors VI, LLC and Joseph D. Milanowski |
| 2109 | 12/14/2006 | Memorandum in Support of Motion to Squash Subpoenas and Strike 2004 Examination Orders or in the Alternative for Protective Order Regarding USA Investment Partners, LLC, HMA Sales, LLC, USA Investors VI, LLC and Joseph D. Milanowski |
| 2110 | 12/14/2006 | Declaration of Russell S. Walker Filed by Russell S. Walker on behalf of Joseph Milanowski, USA Investment Partners, LLC |
| 2134 | 12/15/2006 | Objection to Confirmation of Plan and Joinder in Opposition to Confirmation Filed by Michelle L. Abrams on behalf of Sierra Liquidity Fund, L.L.C. |
| 2135 | 12/15/2006 | Opposition and Joinder in Oppositions Filed by Michelle L. Abrams on behalf of Sierra Liquidity Fund, L.L.C. |
| 2147 | 12/15/2006 | Declaration of Thomas J. Allison in Support of the Confirmation of the Debtors' Third Amended Joint Plan of Reorganization |
| 2149 | 12/16/2006 | Reply Brief Supporting Confirmation of Debtors' Third Amended Plan of Reorganization |
| 2150 | 12/16/2006 | Motion in Limine Combined with Memorandum in Support Regarding the Objection of USA Investment Partners, LLC, Joseph Milanowski And Thomas Hantges To The Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 2151 | 12/16/2006 | Declaration of Elaine A. Monson Filed by Jeanette E. McPherson on behalf of USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC, USA Commercial Mortgage Company, USA Securities, LLC |
| 2151 | 12/16/2006 | Points and Authorities in Support of Confirmation of Debtors' Third Amended Joint Plan of Reorganization |
| 2163 | 12/18/2006 | Errata to Declaration of Thomas J. Allison in Support of the Confirmation of the Debtors' Third Amended Joint Plan of Reorganization |
| 2168 | 12/18/2006 | Motion for Order Shortening Time to Hear Motion in Limine Combined with Memorandum in Support Regarding the Objection of USA Investment Partners, LLC, Joseph Milanowski And Thomas Hantges To The Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |

| DOCKET # (Bankruptcy Court #06-10725) | DATE FILED | ITEM DESIGNATED |
|---|---|---|
| 2169 | 12/18/2006 | Declaration in Support of Motion for Order Shortening Time to Hear Motion Motion in Limine Combined with Memorandum in Support Regarding the Objection of USA Investment Partners, LLC, Joseph Milanowski And Thomas Hantges To The Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 2182 | 12/18/2006 | Partial Joinder With Certificate of Service Filed by Janet L. Chubb on behalf of Baltes Company, Judy A. Bonnet, Charles B. Anderson Trust, Judith L. Fountain Irrevocable Trust Dated 8/26/97 et al. |
| 2198 | 12/18/2006 | Supplement to Motion In Limine And Memorandum In Support Regarding The Objection to USA Investment Partners, LLC, Joseph Milanowski and Thomas Hantges to Confirmation of the Debtors' Third Amended Joint Plan of Reorganization and the Declaration of Victoria S. Loob |
| 2200 | 12/18/2006 | Notice of Filing of Transcripts of 2004 Examinations of Joseph D. Milanowski and USA Investment Partners, LLC in Support of Debtors Combined Motion in Limine and Memorandum in Support Regarding the Declaration of Victoria S. Loob in Support of Objection of USA Investment Partners, LLC, Joseph Milanowski and Thomas Hantges to Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 2376 | 1/8/2007 | Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein |
| 2377 | 1/8/2007 | Findings of Fact and Conclusions of Law in Support of the Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein |
| 2387 | 1/9/2007 | Notice of Entry of Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein |
| 2388 | 1/9/2007 | Notice of Entry of Order of Findings of Fact and Conclusions of Law in Support of the Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein |
| 2481 | 1/18/2007 | Notice of Appeal. Filed by Russell S. Walker on behalf of Thomas Hantges, Joseph Milanowski, USA Investment Partners, LLC |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100   Fax: (801) 359-2320

**EXHIBIT B**

**Statement Of Issues On Appeal**

1.  Did the Bankruptcy Court err in confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization where the confirmed Plan does not comply with the provisions of 11 U.S.C. § 1129 (a) because it purports to administer property which is not property of bankruptcy estate. Specifically, the Plan proposes to re-characterize property including "Prepaid Interest" and various books and records owned by non-debtor third parties as property of the USACM bankruptcy estate.

2.  Did the Bankruptcy Court err in granting the Debtors' Motion in Limine Combined with Memorandum in Support Regarding the Appellants' Objection to the Confirmation of the Debtors' Plan of Reorganization where the Court refused to hear or even consider the Appellants' Objection to the Debtors' Joint Plan?

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320