| | |
|---|---|
| 1 | Dean T. Kirby, Jr.    California Bar No.090114 |
| | Leonard J. Ackerman    California Bar No. 204880 |
| 2 | KIRBY & McGUINN, A P.C. |
| | 600 B Street, Suite 1950 |
| 3 | San Diego, California 92101-4515 |
| | Telephone: (619) 685-4000  Facsimile:  (619) 685-4004 |
| 4 | |
| | Michelle L. Abrams, Esq. Nevada Bar No. 5565 |
| 5 | MICHELLE L. ABRAMS, LTD. |
| | 3085 South Jones Blvd., Suite C |
| 6 | Las Vegas, Nevada 89146 |
| | Telephone: (702)369-3724 Facsimile (702)369-0651 |
| 7 | mabrams@mabramslaw.com |
| | Attorneys for Debt Acquisition Company of America |

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | Bankruptcy Case No. BK-S- 06-10725-LBR |
| | ) | |
| | ) | |
| USA COMMERCIAL MORTGAGE | ) | |
| COMPANY, | ) | |
| *fka* USA Capital | ) | CERTIFICATE OF SERVICE |
| | ) | |
|     Debtor | ) | |
| | ) | |
| | ) | |

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On January 29, 2007 I served the following document(s):

– **APPELANT"S DESIGNATION OF RECORD ON APPEAL**

– **APPELANT'S STATEMENT OF ISSUES ON APPEAL**

■    MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per below.  I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

THE DEBTORS:

USA Commercial Mortgage Company

| | |
|---|---|
| 1 | USA Capital Realty Advisors, LLC |
| | USA Capital Diversified Trust Fund, LLC |
| 2 | USA Capital First Trust Deed Fund, LLC |
| | USA Securities, LLC |
| 3 | |
| | Represented by: |
| 4 | |
| | Annette W. Jarvis |
| 5 | Steven Strong |
| | RAY QUINNEY & NEBEKER P.C. |
| 6 | 36 South State Street, Suite 1400 |
| | PO Box 45385 |
| 7 | Salt Lake City, Ut 84145-0385 |
| | 801-532-1500 |
| 8 | |
| | and by: |
| 9 | |
| | Lenard E. Schwartzer |
| 10 | Jeanette E. Mcpherson |
| | SCHWARTZER & MCPHERSON LAW FIRM |
| 11 | 2850 S. Jones Boulevard, Suite 1 |
| | Las Vegas, NV 89146 |
| 12 | Telephone: 702-228-7590 |
| 13 | ☐ UNITED STATES DEPARTMENT OF JUSTICE |
| | Sara L. Kistler, Acting U.S. Trustee, Region 17 |
| 14 | |
| | Represented by: |
| 15 | |
| | August B. Landis, Assistant United States Trustee |
| 16 | Office of the United States Trustee |
| | 300 Las Vegas Boulevard, So., Suite 4300 |
| 17 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 388-6600 |
| 18 | |
| | ☐ OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| 19 | OF USA COMMERCIAL MORTGAGE COMPANY |
| 20 | Represented by: |
| 21 | Susan M. Freeman |
| | Rob Charles |
| 22 | LEWIS AND ROCA, LLP |
| | 3993 Howard Hughes Parkway, Ste 600 |
| 23 | Las Vegas, NV 89109 |
| | Telephone: 702-949-8320 |
| 24 | |
| | ☐ OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY |
| 25 | CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY |
| 26 | Represented by: |
| 27 | Gerald M. Gordon |
| | Gregory E. Garman |
| 28 | GORDON & SILVER, LTD. |

| | |
|---|---|
| 1 | 3960 Howard Hughes Pky 9th Flr |
| | Las Vegas, NV 89109 |
| 2 | (702) 796-5555 |
| 3 | ☐ OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS |
| | OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 4 | |
| | Represented by: |
| 5 | |
| | Marc A. Levinson |
| 6 | Jeffery Hermann |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 400 Capital Mall, Suite 3000 |
| | Sacramento, CA 95814 |
| 8 | (916) 329-7921 |
| 9 | and by: |
| 10 | Bob L. Olson |
| | Anne M. Loraditch |
| 11 | BECKLEY SINGLETON, CHTD. |
| | 530 Las Vegas Blvd., So. |
| 12 | Las Vegas, NV 89101 |
| | Telephone: (702) 385-3373 |
| 13 | |
| | ☐ OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS |
| 14 | OF USA CAPITAL FIRST TRUST DEED FUND LLC |
| 15 | Represented by: |
| 16 | Frank A. Merola |
| | Eve Karasik |
| 17 | Christine Pajak |
| | STUTMAN TREISTER & GLATT, P.C. |
| 18 | 1901 AVENUE OF THE STARS, 12TH FLR |
| | LOS ANGELES, CA 90067 |
| 19 | (310) 228-5600 |
| 20 | and by: |
| 21 | Candace C. Carlyon |
| | SHEA & CARLYON, LTD. |
| 22 | 228 S 4th Street, First Floor |
| | Las Vegas, NV 89101 |
| 23 | (702) 471-7432 |
| 24 | ☐ THE "LENDERS PROTECTION GROUP" |
| 25 | Represented by: |
| 26 | Alan Smith |
| | Law Offices of Alan R. Smith |
| 27 | 505 Ridge Street |
| | Reno, Nevada 89501 |
| 28 | (775) 786-4579 |

1
2   ☐   PENSION BENEFIT GUARANTY CORPORATION

3       Represented by:

4       James L. Eggeman, Esq
        Office of Chief Counsel
5       Pension Benefit Guaranty Corporation
        1200 K Street, NW
6       Washington, DC 20005
        (702) 388-6336

7       Frank A. Anderson, Esq.
        Office of Chief Counsel
8       Pension Benefit Guaranty Corporation
        1200 K Street, NW
9       Washington, DC 20005
        (702) 388-6336

10
        Erika E. Barnes, Esq., Esq.
11      Office of Chief Counsel
        Pension Benefit Guaranty Corporation
12      1200 K Street, NW
        Washington, DC 20005
13
        Daniel G. Bogden, United States Attorney
14      Carlos A. Gonzales, Esq.
        Office of the United States Attorney
15      333 Las Vegas Blvd. South, Suite 5000
        Las Vegas, NV 89101
16      (702) 388-6336

17
    ☐   THE ALEXANDER GROUP
18
        Represented by:
19
        Nancy Allf
20      PARSONS BEHLE & LATIMER
        411 E Bonneville Ave, #100
21      Las Vegas, Nevada 89101
        (702) 599-600
22
        and by:
23
        Robert Lepome
24      10120 S. Eastern Ave., #200
        Henderson, NV 89052
25      (702) 492-1271

26
    ☐   DR. GARY KANTOR, MRS. KANTOR
27      AND KANTOR NEPHROLOGY 401K PLAN

28      Represented by:

---

In re USA Commercial Mortgage                               Case No. BK 06-10725-LBR
Proof of Service                                                        Page No. 4

Michael Schmahl, Esq.
13191319 N. Wood Street, #3B
Chicago, Il. 60622
(773) 278-5223

and by:

Jeffrey G. Sloane, Esq.
KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY
1389 Galleria Drive, Suite 200
Henderson, NV 89014
(702) 362-6666

☐ JONES VARGAS DIRECT LENDERS

Represented by:

Janet Chubb
JONES VARGAS
100 W. Liberty St., 12th Floor
Reno, NV 89501
(775) 788-2205

☐ COMPASS PARTNERS

Represented by:

George Davis
WEIL, GOTSHAL & MNGES
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

and by:

Peter Bernard
BULLIVANT HOUSER BAILY
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89069
(702) 650-6565

☐ SIERRA LIQUIDITY FUND

Represented by:

David Cohen
WARNER STEPHENS, LLP
301 Commerce Street, #1700
Fort Worth, TX 76102
(807) 810-5250

and by:

| | |
|---|---|
| 1 | Michelle L. Abrams |
| | MICHELLE L. ABRAMS, LTD. |
| 2 | 3085 South Jones Blvd., Suite C |
| | Las Vegas, NV 89146 |
| 3 | (702) 369-3724 |

4

5  ☐  GREGORY J. WALCH AND SHAUNA M. WALCH, TRUSTEES
     OF THE GREGORY J. AND SHAUNA M. WALCH FAMILY TRUST

6

7   Represented by:

8   Gregory J. Walch
    400 South Fourth Street, 3RD Floor
    Las Vegas, Nevada 89101
9   (702) 791-0308

10

11  ☐  USA COMMERCIAL REAL ESTATE GROUP

    Represented by:
12

13  Jeffrey Sylvester
    SYLVESTER & POLEDNAK, LTD
    7371 Prairie Falcon, Suite 120
14  Las Vegas, NV 89128
    (702) 952-5200

15

16  ☐  COPPER SAGE COMMERCIAL CENTER
       and BINFORD MEDICAL DEVELOPERS, LLC
17
    Represented by:
18
    Susan Scann
19  DEANER, DEANER, SCANN MALAN & LARSEN
    720 South Fourth Street, Suite 300
20  Las Vegas, NV 89101
    (702) 382-6911

21

22
    ☐  USA INVESTMENT PARTNERS, LLC,
23     JOSEPH MILANOWSKI and THOMAS HANTGES

24  Represented by:

25  Russell Walker
    WOODBURY & KESLER, P. C.
26  265 East 100 South, Suite 300
    Salt Lake City, Utah 84111
27  (801) 364-1100

28  and by:

| | |
|---|---|
| 1 | Joseph Huggins |
|   | HUGGINS & ASSOCIATES |
| 2 | 1000 N. Green Valley Parkway, Suite 440-2 |
|   | Henderson, Nevada 89014 |
| 3 | (702) 373-8664 |

☐ STANDARD PROPERTY DEVELOPMENT

Represented by:

Andrew Brumby
SHUTTS & BOWEN LLP
PO Box 4956
Orlando, FL 32802-4956
Telephone: (407) 423-3200

and by:

R. Vaughn Gourley
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, NV 89130
(702) 656-2355

☐ LIBERTY BANK

Represented by:

Wade Gochnour
Aryn M. Fitzwater
HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, NV 89102
Telephone: (702) 474-7557

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 29, 2007

                                              /s/ John Hebert

                                              John Hebert