```
              U.S. Bankruptcy Appellate Panel
                    of the Ninth Circuit
       125 South Grand Avenue, Pasadena, California 91105
          Appeals from Central California  (626) 229-7220
          Appeals from all other Districts (626) 229-7225
```

RECEIVED AND FILED
2007 JAN 29 P 2:41
BANKRUPTCY COURT
MARY A. GRAY, CLERK

In Re:              USA COMMERCIAL MORTGAGE COMPANY
                    USA CAPITAL REALTY ADVISORS, LLC
                    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
                    USA CAPITAL FIRST TRUST DEED FUND, LLC
                    USA SECURITIES, LLC

BAP No.:            NV-07-1026

Bankruptcy No(s).:  S-06-10725-LBR
                    S-06-10726-LBR
                    S-06-10727-LBR
                    S-06-10728-LBR
                    S-06-10729-LBR

Appeal Reference#:  07-02

----------------------------------------------------
        NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT
----------------------------------------------------

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the U.S. District Court - Las Vegas, Nevada.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

Date: January 23, 2007

                              Please acknowledge receipt of
                              the case file listed above.

                              Dated:_____

                              Signed:_____
                                     District Court Deputy

                              Assigned District Court No.

                              _____

cc: Bankruptcy Court
    All Parties

BAP# NV07-1026

RECEIVED AND FILED

JAN 18   8 52 AM '07

BANKRUPTCY
PATRICIA GRAY
CLERK

## TRANSMITTAL FORM

TO:   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

FROM:   BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

CASE NAME   USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO   BK-S 06-10725-LBR

ADVERSARY NO

REFERENCE NO   APPEAL REF  07-02

BANKRUPTCY JUDGE   LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED   1/17/07

DATE OF ENTRY OF ORDER APPEALED   EOD   1/8/07

DATE BANKRUPTCY FILED   4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD
MAILED TO PARTIES   1/18/07

DATE OF TRANSMITTAL   1/18/07

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 2 2007

FILED_____
DOCKETED  1/22/09  U.S.B.
          DATE      INITIAL

/S/ WILLIAM M. LAKAS
DEPUTY CLERK

( 1 )