```
                    U.S. Bankruptcy Appellate Panel
                          of the Ninth Circuit
           125 South Grand Avenue, Pasadena, California 91105
              Appeals from Central California    (626) 229-7220
              Appeals from all other Districts  (626) 229-7125
```

RECEIVED AND FILED

2007 JAN 29  P 2: 42

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

```
In Re:              USA COMMERCIAL MORTGAGE COMPANY
                    USA CAPITAL REALTY ADVISORS, LLC
                    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
                    USA CAPITAL FIRST TRUST DEED FUND, LLC
                    USA SECURITIES, LLC

BAP No.:            NV-07-1025

Bankruptcy No(s).:  S-06-10725-LBR
                    S-06-10726-LBR
                    S-06-10727-LBR
                    S-06-10728-LBR
                    S-06-10729-LBR

Appeal Reference#:  07-03
```

---
NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT
---

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the U.S. District Court - Las Vegas, Nevada.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.


Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

Date: January 23, 2007


```
                              Please acknowledge receipt of
                              the case file listed above.

                              Dated:_____


                              Signed:_____
                                     District Court Deputy

                              Assigned District Court No.

                              _____
```

cc: Bankruptcy Court
    All Parties

BAP# NV-07-1025
RECEIVED
AND FILED

JAN 19  11 01 AM '07

# TRANSMITTAL FORM

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

TO:     BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

FROM:    BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO     BK-S   06-10725-LBR

ADVERSARY NO

REFERENCE NO     APPEAL REF   07-03

BANKRUPTCY JUDGE     LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED     1/18/07

DATE OF ENTRY OF ORDER APPEALED     EOD 1/8/07

DATE BANKRUPTCY FILED    4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD     1/19/07
MAILED TO PARTIES

DATE OF TRANSMITTAL     1/19/07

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 2 2007

FILED_____
DOCKETED 1/22/07 U.J.B.
         DATE       INITIAL

/S/ WILLIAM M. LAKAS
DEPUTY CLERK

( 1 )