E-FILED on January 29, 2007

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION OF SUSAN M. SMITH IN SUPPORT OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S OBJECTION TO CLAIM NOS. 84, 85, 118, and 119 FILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, BY KAREN PETERSEN TYNDALL** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

1    I, Susan M. Smith, hereby declare, verify and state as follows:

2    1.    I am over the age of 18, am mentally competent, have knowledge of the facts in this

3    matter, except where noted as upon information and belief, and if called upon to do so, could and

4    would testify.

5    2.    I am a Senior Vice President with the firm of Mesirow Interim Financial Management

6    (MFIM); MFIM has been employed since April 13, 2006 (the "Petition Date") to manage each of the

7    debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases.

8    3.    As a result, I have become familiar with the books and records of the Debtors,

9    including the books and records of USA Commercial Mortgage Company ("USACM"), as the Loan

10    Servicer for the Direct Lenders, and the books and records of USA Capital Diversified Trust Deed

11    Fund, LLC ("Diversified").    In particular, and I have reviewed claim nos. 84, 85, 118, and 119,

12    including the supporting documents attached thereto, as filed against Diversified by Karen Petersen

13    Tyndall (the "Tyndall Direct Lender Claims").    Based upon this information, I state the following

14    facts as being true to the best of my knowledge:

15    4.    I make this Declaration in support of the Official Committee of Equity Holders of

16    USA Capital Diversified Trust Deed Fund, LLC's objection to the Tyndall Direct Lender Claims.

17    5.    Claim nos. 118 and 119 are duplicates of claim nos. 84 and 85.

18    6.    While Ms. Tyndall is a member of Diversified, the Tyndall Direct Lender Claims are

19    based upon Ms. Tyndall's investments in specific first trust deeds serviced by USACM ("First Trust

20    Deed Investments").    These First Trust Deed Investments have no connection to Diversified.

21    7.    Specifically, claim no. 84 (and 118) asserts a claim related to Ms. Tyndall's holdings

22    in the vesting name "Karen Petersen Tyndall Trustee of the KPT Irrevocable Trust dated 7/16/99"

23    and holding interests in First Trust Deed Investments known as "Gramercy Court Condos" and "I-40

24    Gateway West."    These First Trust Deed Investments are separate and apart from Ms. Tyndall's

25    membership interest in Diversified.

26    8.    Claim no. 85 (and 119) asserts a claim related to Ms Tyndall's holdings in the vesting

27    name "Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/19/94" and

28    holding interests in First Trust Deed Investments known as "Bundy Canyon $5,000,000," "HFA N-

1   Yonkers," "I-40 Gateway West," "Marlton Square," and "Slade Development." These First Trust

2   Deed Investments are separate and apart from Ms. Tyndall's membership interest in Diversified.

3        I declare under penalty of perjury under the laws of the United States of America that the

4   forgoing is true and correct.

5        Executed this 29th day of January 2007.

6

7                                   _____
                                    SUSAN M. SMITH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28