NILE LEATHAM, ESQ.
Nevada Bar No. 002838
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
JOSEPH G. WENT, ESQ.
Nevada Bar No. 009220
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:   nleatham@klnevada.com
          rhoward@klnevada.com
          jwent@klnevada.com

Attorneys for Interested Parties
**MIKLOS STEUER; JEFFREY L. EDWARDS
  & KATHLEEN M. EDWARDS; DAYCO
  FUNDING CORPORATION; WESTERN
  UNITED LIFE ASSURANCE COMPANY;
  and CROSS DEVELOPMENT / MONTGOMERY, L.P.**

*ELECTRONICALLY FILED*
*ON*
*January 30, 2007*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital,<br>                              Debtor. | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED, LLC,<br>                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | **STATEMENT RE: REPRESENTATION OF MULTIPLE CREDITORS (FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019)** |
| In re:<br><br>USA SECURITIES, LLC,<br>                              Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**STATEMENT RE: REPRESENTATION OF MULTIPLE CREDITORS**
**(FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019)**

Nile Leatham, Esq., Randolph L. Howard, Esq., and Joseph G. Went, Esq., of the law firm of Kolesar & Leatham, Chtd., hereby file this statement pursuant to Federal Rule of Bankruptcy Procedure 2019 disclosing their representation of multiple creditors in the above-referenced bankruptcy case.

Kolesar & Leatham, Chtd., represents Miklos Steuer ("Mr. Steuer") in the above-referenced cases. Mr. Steuer holds/held interests as a beneficiary of first deeds of trust which were originated and serviced by the Debtors. The representation of Mr. Steuer is based on direct loans he made to borrowers, secured by the real property development projects listed below, and which are/were serviced by USA Commercial Mortgage Company, and which are/were secured by deed of trust interests.

| | |
|---|---|
| Cottonwood Hills | Loan in the amount of $650,000 |
| Copper Sage | Loan in the amount of $710,000 |

Kolesar & Leatham, Chtd., represents Jeffrey L. Edwards and Kathleen M. Edwards ("Mr. & Mrs. Edwards") in the above-referenced cases. Mr. & Mrs. Edwards hold/held interests in first deeds of trust which were originated and serviced by the Debtors. The representation of Mr. and Mrs. Edwards is based on direct loans they made to borrowers, secured by the real property development projects listed below, and which are/were serviced by USA Commercial Mortgage Company, and which are/were secured by deed of trust interests.

| | |
|---|---|
| Bay Pompano Beach | Loan in the amount of $ 50,000 |
| ComVest Capital | Loan in the amount of $ 50,000 |
| Slade Development | Loan in the amount of $ 50,000 |

Kolesar & Leatham, Chtd., represents Dayco Funding Corporation ("Dayco Funding") in the above-referenced case. Dayco Funding holds a first deed of trust securing a loan to a third

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

party on property located in California, and on which USA Commercial holds an interest in, and services a junior deed of trust.

Kolesar & Leatham, Chtd., represents Western United Life Assurance Company and Cross Development/Montgomery, L.P. (collectively "WULA") in the above-referenced cases. WULA holds a senior deed of trust on property located in Texas, and on which USA Commercial holds an interest in, and services a junior deed of trust.

Neither Mr. Steuer, nor Mr. & Mrs. Edwards hold any interest in the respective properties in which Dayco and WULA hold their respective interests. Neither Dayco nor WULA hold any interest in any property in which the other holds an interest.

Neither the undersigned nor the law firm of Kolesar & Leatham, Chtd., hold any claims against the estates or any interest in the claims of Mr. Steuer, Mr. & Mrs. Edwards, Dayco Funding, and WULA. Mr. Steuer, Mr. & Mrs. Edwards, Dayco Funding, and WULA have consented to Kolesar & Leatham, Chtd.'s representation in this matter.

Dated this 30th day of January, 2007.

**KOLESAR & LEATHAM, CHTD**.

By:  */s/ Nile Leatham, Esq.*
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
JOSEPH G. WENT, ESQ.
Nevada Bar No. 009220
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202

Attorneys for Interested Parties
**MIKLOS STEUER; JEFFREY L. EDWARDS & KATHLEEN M. EDWARDS; DAYCO FUNDING CORPORATION; WESTERN UNITED LIFE ASSURANCE COMPANY; and CROSS DEVELOPMENT / MONTGOMERY, L.P.**

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2007, a true and correct copy of the **Statement Re: Representation of Multiple Creditors** was served through the Court's CM/ECF system *via* e-mail upon the parties noted below:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com
FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov
OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
KERIANN M ATENCIO     ATENCIOK@GTLAW.COM
BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com
THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com
ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com
CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com
MICHAEL W. CHEN     yvette@ccfirm.com
KEVIN B. CHRISTENSEN     kbchrislaw@aol.com
JANET L. CHUBB     tbw@jonesvargas.com
WILLIAM D COPE     cope_guerra@yahoo.com
CICI CUNNINGHAM     bankruptcy@rocgd.com
LAUREL E. DAVIS     bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com
THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM
SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com
GREGORY E GARMAN     bankruptcynotices@gordonsilver.com
DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM
WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
GERALD M GORDON     bankruptcynotices@gordonsilver.com
R. VAUGHN GOURLEY     vgourley@lvcm.com
TALITHA B. GRAY     bankruptcynotices@gordonsilver.com
JAMES D. GREENE     bknotice@schrecklaw.com
MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com
JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
XANNA R. HARDMAN     xanna.hardman@gmail.com
STEPHEN R HARRIS     noticesbh&p@renolaw.biz

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1. JEFFREY L HARTMAN    notices@bankruptcyreno.com
   BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
2. RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
3. RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
4. DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
   CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
5. EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
   ANNETTE W JARVIS    ajarvis@rqn.com
6. TY E. KEHOE    TyKehoeLaw@aol.com
   ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com;
7. imccord@swlaw.com; cdossier@swlaw.com
   DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;
8. lackerman@kirbymac.com
   ZACHARIAH LARSON    ecf@lslawnv.com
9. JOHN J. LAXAGUE    jlaxague@caneclark.com
   GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
10. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
11. ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
    ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;
12. pkois@beckleylaw.com
    PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;
13. mark@leelaw.lvcoxmail.com
    JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com
14. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
    WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
15. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
16. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com
    SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
17. aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
    DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
18. dmincin@lawlasvegas.com,cburke@lawlasvegas.com
    JOHN F MURTHA    jmurtha@woodburnandwedge.com
19. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
    VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;
20. paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
    BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;
21. dgriffis@beckleylaw.com
    DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
22. tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
    ANDREW M. PARLEN    aparlen@stutman.com
23. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
    PAUL C RAY    info@johnpeterlee.com
24. CHRISTINE A ROBERTS    bankruptcy@rocgd.com
    SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
25. LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
    JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;
26. rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com
    SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
27. bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
28. AMBRISH S. SIDHU    ecf@lslawnv.com

1  JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com
   ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com;
2      darby@asmithlaw.com
   DAVID A. STEPHENS     dstephens@lvcm.com
3  PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com
   JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com
4  CARYN S. TIJSSELING     ctijsseling@beckleylaw.com, jblair@beckleylaw.com
   AMY N. TIRRE     , lleverett@kkbrf.com
5  AMY N. TIRRE     atirre@kkbrf.com, lleverett@kkbrf.com
   U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov
6  GREGORY J. WALCH     GWalch@Nevadafirm.com
   RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;
7      lboynton@wklawpc.com; ckirk@wklawpc.com
   WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com
8  WILLIAM J. WRAY     wjw@oreillylawgroup.com,
       rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillyl
9      awgroup.com,mr@oreillylawgroup.com
   JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
10 MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com
   ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;
11     mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

*/s/ Cindy Kishi*
An Employee of Kolesar & Leatham, Chtd.