**DIAMOND MCCARTHY, LLP**
909 Fannin, Suite 1500
Houston, TX 77010
Telephone (713) 333-5100
Facsimile (713-333-5199

1201 Elm Street, Suite 3400
Dallas, TX 75270
Telephone (214) 389-5300
Facsimile (214) 389-5399

6504 Bridgepoint Parkway, Suite 400
Austin, TX 78730
Telephone (512) 617-5200
Facsimile (512) 617-5299

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for Official Committee of
Unsecured Creditors of USA Commercial Mortgage Company

E-Filed on February 1, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>⊤ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

PLEASE TAKE NOTICE that the law firm of Diamond McCarthy, LLP, proposed special litigation counsel to the Official Committee of Unsecured Creditors for USA

109231_1

1  Commercial Mortgage Company, requests special notice of any and all matters pertaining
2  to or served in all proceedings related to the above-captioned cases that must be noticed in
3  accordance with Bankruptcy Rule 2002, including but not limited to, all pleadings, notices,
4  motions, and other documents. All documents should be served upon the following at the
5  designated address:

> Allan B. Diamond
> Diamond McCarthy, LLP
> 909 Fannin, Suite 1500
> Houston, TX 77010
> Email: adiamond@diamondmccarthy.com
> Facsimile: 713-333-5199
> Telephone: 713-333-5100
>
> and
>
> Eric D. Madden
> Diamond McCarthy, LLP
> 1201 Elm Street, Suite 3400
> Dallas, TX 75270
> Email: emadden@diamondmccarthy.com
> Facsimile: 214-389-5399
> Telephone: 214-389-5300

By: /s/ _____ (#24013079)
Eric D. Madden
DIAMOND MCCARTHY, LLP
*Special Litigation Counsel for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

and

/s/ RMC              (#0006593)
Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Designated Nevada Counsel*

109231_1