GRMJJ:\4695-009\Bankruptcy Pleadings\MoExpdibleIntervencl-31-07.doc 01/31/07

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

**WHITE AND WILLIAMS LLP**

Steven E. Ostrow, Esquire

PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA Capital First Trust Deed Fund, LLC,<br>　　　　　　　　　　Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　Debtor. | |
| Affects:<br>＿＿＿All Debtors<br>_X__USA Commercial Mortgage Company<br>＿＿＿USA Securities, LLC<br>＿＿＿USA Capital Realty Advisors, LLC<br>__X_USA Capital Diversified Trust Deed Fund, LLC<br>＿＿＿USA First Deed Fund, LLC | |
| USA COMMERCIAL MORTGAGE COMPANY, et al.,<br>　　　　　　　　　　Plaintiffs,<br>vs.<br>HMA SALES, LLC, et al.,<br>　　　　　　　　　　Defendants | **Adversary No. 06-01256-LBR**<br><br>**MOTION FOR EXPIDITED CONSIDERATION OF LIBERTY BANK'S MOTION TO INTERVENE** |

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

- 1 -

GRMJ\54695-009\Bankruptcy Pleadings\MoExpdiIteIntervene1-31-07.doc 01/31/07

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

## MOTION FOR EXPEDITED CONSIDERATION
## OF LIBERTY BANK'S MOTION TO INTERVENE

Liberty Bank ("Liberty"), by and through its undersigned attorneys, moves this Court pursuant to District of Nevada Local Bankruptcy Rule 9006 ("LR 9006") for expedited consideration of Liberty Bank's Motion to Intervene (the "Intervention Motion").[1]  In support of this motion, Liberty respectfully represents the following:

### Request for an Expedited Hearing and to Shorten Notice Period

1.      In accordance with LR 9006(a), this motion is supported by the following attachments which are incorporated herein by reference:

      a.  A copy of the Intervention Motion is attached hereto as **Exhibit "A"**;

      b.  An Affidavit of Steven E. Ostrow (the **"Ostrow Affidavit"**), explaining why an expedited hearing on the Intervention Motion is necessary, is attached hereto as **Exhibit "B"**; and

      c.  An Attorney Information Sheet for Proposed Order Shortening Time in connection with the Intervention Motion is attached hereto as **Exhibit "C."**

2.      On December 25, 2006, USA Commercial Mortgage Company ("USACM") and USA Capital Diversified Trust Seed Fund, LLC ("USA Capital", and collectively with USACM, "Debtors") commenced the above-captioned adversary proceeding (the "Suit") which, for reasons more full set forth in the Intervention Motion, implicates Liberty's interests. On January 29, 2007, the Debtors filed their amended complaint (the "Amended Complaint"), which not only named additional defendants but also raised additional causes of action.

3.      For the reasons stated in the Intervention Motion, the Suit directly and adversely affects Liberty's interests, which are not adequately represented by any other party. Accordingly, Liberty seeks to intervene in the Suit.

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Intervention Motion.

GRM/J:\4695-009\Bankruptcy Pleadings\MoExpiditeIntervene1-31-07.doc 01/31/07

4.      A hearing is scheduled in the Suit for March 2, 2007 on Debtors' motion for preliminary injunction and application for prejudgment writ of attachment.  Liberty's right to intervene should be determined prior to that hearing at the next scheduled omnibus hearing on February 15, 2007, so that Liberty may appear and be heard at that preliminary injunction hearing and so that all parties to the Suit can have adequate notice of Liberty's interests in this matter.

5.      As set forth in the Ostrow Affidavit, *see* Exhibit "B," and Attorney Information Sheet, *see* Exhibit "C," on January 31, 2007, Mr. Ostrow telephoned Jeanette E. McPherson, an attorney for the Debtors, to discuss the Intervention Motion, and left her a voice message indicating that Liberty intended to seek permission to intervene in the Suit and would file its Intervention Motion on an expedited basis, and requesting her consent to such expedited consideration of the Intervention Motion.  Mr. Ostrow is awaiting a return phone call from Ms. McPherson.

////

////

////

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

GRM\I:\4695-009\Bankruptcy Pleadings\MoExpidixIntervene1-31-07.doc 01/31/07

WHEREFORE, Liberty respectfully requests that this Court (i) grant its request for expedited consideration; (ii) hear the Intervention Motion on February 15, 2007 at 9:30 a.m.; and (iii) grant such other and further relief as is just.

1/31/07

**HANEY, WOLOSON & MULLINS**

BY: _____

Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557

-and-

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone:  (215) 864-7000

# Exhibit  A

# Exhibit A

GRMJ\14495\094\Bankruptcy Pleading\MoIntervene1-31-07.doc 01/31/07

1

**HANEY, WOLOSON & MULLINS**                    **WHITE AND WILLIAMS LLP**

2
Wade B. Gochnour, Esquire
Nevada Bar No. 6314                              Steven E. Ostrow, Esquire

3
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802                              PA Bar ID # 50568

4
1117 South Rancho Drive                          1800 One Liberty Place

5
Las Vegas, Nevada 89102                          Philadelphia, PA 19103-7395
Telephone: (702) 474-7557                        Telephone:  (215) 864-7000

6
Telecopier: (702) 474-7009                       Telecopier:  (215) 864-7123
WadeG@hwmlvlaw.com                               ostrows@whiteandwilliams.com

7
afitzwater@hwmlvlaw.com

8

9                 **IN THE UNITED STATES BANKRUPTCY COURT**

10                     **FOR THE DISTRICT OF NEVADA**

11
In re:                                           Case No. BK-S 06-10725 (LBR)

12
USA COMMERCIAL MORTGAGE                          Case No. BK-S 06-10726 (LBR)
COMPANY,                                         Case No. BK-S 06-10727 (LBR)

13
                        Debtor.                  Case No. BK-S 06-10728 (LBR)
                                                 Case No. BK-S 06-10729 (LBR)
14
In re:
USA CAPITAL REALTY ADVISORS, LLC,

15
                        Debtor.                  Chapter 11

16
In re:
USA Capital First Trust Deed Fund, LLC,          **Jointly Administered Under**

17                                               **Case No. BK-S-06-10725 LBR**
                        Debtor.

18
In re:
USA SECURITIES, LLC,

19
                        Debtor.

20
Affects:
        _____All Debtors

21
        _X__USA Commercial Mortgage Company
        _____USA Securities, LLC

22
        _____USA Capital Realty Advisors, LLC
        _X_USA Capital Diversified Trust Deed Fund, LLC

23
        _____USA First Deed Fund, LLC

24                                               **Adversary No. 06-01256-LBR**

USA COMMERCIAL MORTGAGE
25
COMPANY, et al.,                                 **LIBERTY BANK'S MOTION TO**
                                                 **INTERVENE**
26
                        Plaintiffs,
        vs.
27
HMA SALES, LLC, et al.,

28                      Defendants

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

- 1 -

GRMJ/9495-009\Bankruptcy Pleadings\MotIntervene1-31-07.doc 01/31/07

1

2    Petitioner, Liberty Bank ("Liberty"), by and through its undersigned attorneys, hereby

3    moves to intervene in the above-captioned adversary proceeding (the "Suit") pursuant to

4    Federal Rule of Bankruptcy Procedure 7024, and in support thereof alleges as follows:

5    **PRELIMINARY STATEMENT**

6        1.    In the Suit, plaintiffs seek, <u>inter alia</u>, relief with respect to certain moneys paid

7    and/or to be paid from the sale (the "Royal Hotel Sale") of the Royal Hotel located at 99

8    Convention Center Drive, Las Vegas, Nevada (the "Royal Hotel"), formerly owned by

9    defendant HMA Sales, LLC ("HMA Sales"). As the Bankruptcy Court is now aware, the sale

10   of the Royal Hotel closed on December 22, 2006 (the "First Closing").

11       2.    Liberty has a direct interest in such sale proceeds and the Royal Hotel because

12   Liberty is a secured lender of HMA Sales. In support of this Motion, Liberty relies upon and

13   incorporates herein by reference the Statement of Claim (the "Statement of Claim") attached

14   hereto as Exhibit A, and the Declaration of Jason M. Gordon in Support of Liberty Bank's

15   Motion to Intervene (the "Gordon Decl.").

16       3.    The First Closing occurred without Liberty's prior knowledge or consent and

17   Liberty's loan was not paid-off at such closing. Consequently, Liberty retains all of its security

18   interests, liens and deed of trust encumbering, <u>inter alia</u>, the sale proceeds and a portion of the

19   Royal Hotel. As more fully set forth in the Statement of Claim, Liberty's loan is required to be

20   paid in full from the proceeds of the sale prior to any payments or disbursements arising

21   therefrom to plaintiffs USA Commercial Mortgage Company ("USACM") and USA Capital

22   Diversified Trust Deed Fund, LLC ("USA Capital", together with USACM, collectively the

23   "Debtors"), HMA Sales and their officers, managers, members, agents, escrow agents and all

24   other persons or entities acting on their behalf.

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

- 2 -

4.     Liberty's secured interests in the Royal Hotel and sale proceeds are directly and adversely affected in the Suit and are not adequately represented by any of the parties.  This is because the Debtors seek to enjoin and obtain liens against the sale proceeds in order to recover funds owed under a Promissory Note in the amount of $58,374,918 (the "USAIP Note") executed by USA Investment Partners, LLC ("USAIP").  USAIP is a member of HMA Sales and guarantor of Liberty's loan.  Absent intervention, Liberty's rights, liens and secured interests in its collateral may be seriously impaired and cannot be adequately protected.

## LIBERTY'S LOAN

5.     HMA Sales and Liberty entered into a $10,000,000.00 Receivables Loan Agreement dated as of November 15, 2004 (as amended, the "Receivables Loan Agreement"). USACM and non-debtor USAIP each guaranteed, as sureties, HMA Sales' obligations under the Receivables Loan Agreement.  Capitalized terms not otherwise defined in this Motion shall have the meanings set forth in the Receivables Loan Agreement attached as Exhibit A to the Gordon Decl.

6.     Under the terms of the Receivables Loan Agreement, Liberty provided financing up to $10,000,000.00 (the "Receivables Loan") for HMA Sales' sale of time-share interests at the Royal Hotel.

7.     The Royal Hotel is situated on the following two separately assessed parcels of real property: (a) APN # 162-09-812-002 ("Parcel 1"); and (b) APN # 162-09-812-003 (the "Air Space Parcel").  The second through eighth floors of the Royal Hotel are situated on the Air Space Parcel, and the first floor of the Royal Hotel is located on a portion of Parcel 1.

8.     HMA Sales established the following two time-share programs within the Air Space Parcel (collectively, the "Time-Share Programs"): (a) Royal Vacation Suites, a time-

- 3 -

share club membership program; and (b) Royal Vacation Suites II, a fee simple time-share program.

9.    The Receivables Loan is secured by, <u>inter alia</u>, the following agreements, assignments and instruments (collectively, the "Liberty Security Documents"):

    (a)    Receivables Loan Agreement executed by HMA Sales and recorded UCC financing statements and amendments thereto;

    (b)    Deed of Trust, Assignment of Rents and Proceeds, Security Agreement, Financing Statement and Fixture Filing ("Deed of Trust") by HMA Sales, LLC, as Trustor, to First American Title Insurance Agency, as Trustee, and Liberty Bank, as Beneficiary, dated July 6, 2005 and recorded July 8, 2005 in Book 20050708 at Doc/Inst. No. 2573 of Official Records;

    (c)    Absolute Assignment of Rents, Leases, Agreements of Sale and Membership Agreements ("Assignment of Rents") by HMA Sales, LLC, to Liberty Bank, dated July 6, 2005 and recorded July 8, 2005 in Book 20050708 at Doc/Inst. No. 2574 of Official Records;

    (d)    Guaranty Agreements (collectively, the "Guaranty Agreements") by USACM and USAIP to Liberty Bank, dated November 15, 2004; and

    (e)    Subordination Agreements (collectively, the "Subordination Agreements") by USACM and USAIP to Liberty Bank, dated effective as of July 6, 2005.

True and correct copies of the Liberty Security Documents are attached as Exhibit A to the Gordon Decl.

10.    Under the applicable Liberty Security Documents:

    a.    Liberty holds a first deed of trust, security interest and assignment of rents and proceeds against an undivided 10.990219% fee simple interest, as tenants in common, in the Air Space Parcel, together with all purchase agreements, notes, financing statements and guarantees now existing or hereinafter arising out of the sale and financing of Timeshare Interests by HMA Sales including, without limitation, the Timeshare Interests described in Exhibit B to the Deed of Trust; and

- 4 -

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

b.      USAIP and USACM each agreed: (i) to subordinate all Subordinated

Debt (as defined in the Subordination Agreements) and all claims and demands arising

therefrom to all of the Senior Debt (as defined in the Subordination Agreements) owed to

Liberty; (ii) that all of the Senior Debt shall be paid in full before they may be paid anything on

account of the Subordinated Debt or any sums payable in connection therewith; (iii) to assign

to Liberty their interest in all Subordinated Debt and all security and guarantees therefor; (iv) to

hold in trust for Liberty and to promptly pay or deliver to Liberty for application to or as

collateral for the Senior Debt any payment, dividend or distribution of any kind out of the sale

of any assets of HMA Sales which would otherwise be payable or deliverable with respect to

the Subordinated Debt; and (v) with respect to the Subordinated Debt, not to accelerate,

demand or receive payment, institute court proceedings or exercise any right or remedy against

HMA Sales or its assets, or assign or deliver to any person or entity other than Liberty any

Subordinated Debt or any evidence thereof or security or guaranty therefor, without Liberty's

prior written consent.

11.      Numerous Events of Default have occurred under the Receivables Loan

Agreement and Liberty Security Documents.  As a result, Liberty has accelerated the

Receivables Loan and HMA Sales' obligations under the Receivables Loan Agreement.  As of

January 24, 2007, the sum of $3,944,235.03, together with continuing legal fees, costs and

expenses incurred on or after January 1, 2007, is due and owing under the Receivables Loan

Agreement.  See Gordon Decl. ¶5.

## THE ROYAL HOTEL SALE

12.      HMA Sales agreed to sell and convey for the purchase price of $29,100,000.00

(the "Purchase Price") its interests in the Royal Hotel (including, without limitation, the Air

Space Parcel and the development rights in the Time-Share Programs), pursuant to a Purchase

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

and Sale Agreement dated as of May 22, 2006 (the "Sale Agreement") with Pacific Ocean

Management, LLC, as amended by a First Amendment to Purchase and Sale Agreement

executed as of December 14, 2006 (the "First Amendment", together with the Sale Agreement,

collectively the "P&S Agreement") with Royal Center Associates, LLC and Royal Resort

Enterprises, LLC (collectively, the "Buyers"). A true and correct copy of the P&S Agreement

is attached as Exhibit B to the Gordon Decl.

13.     At the First Closing, (a) HMA Sales conveyed to the Buyers, by bargain and sale

deed, title to the Royal Hotel (including the Air Space Parcel), and (b) the Buyers delivered in

escrow to First American Title Insurance Company ("First American"), as escrow agent, their

Promissory Note Secured by Deed of Trust in the face amount of $5,201,442.17 (the "Seller

Note") in favor of HMA Sales, securing the Buyers' promise to pay ninety days thereafter at a

second closing (the "Second Closing") the unpaid balance of the Purchase Price. The Seller

Note is secured by Buyers' Deed of Trust against the Royal Hotel dated as of and recorded on

December 22, 2006, in favor of HMA Sales, as beneficiary (the "Seller Deed of Trust",

together with the Seller Note, collectively the "Seller Note & DOD"). True and correct copies

of the Seller Note & DOD are attached as Exhibit C to the Gordon Decl.

14.     Upon information and belief, First American, as escrow agent, also holds in

escrow the sum of $450,000.00 arising out of the First Closing, most of which is payable to

HMA Sales under the P&S Agreement.

15.     The Seller Note was placed in escrow with First American as security for HMA

Sales' obligation to pay in full Liberty's Receivables Loan on or before the Second Closing.

Under Section 6 of the First Amendment, the parties thereto agreed that the Royal Hotel

remains subject to the Liberty Deed of Trust and Liberty Assignment of Property Rights. The

parties thereto further agreed that First American shall not release the proceeds of the Seller

Note unless and until First American receives reconveyances and releases, in recordable form,

of the Liberty Deed of Trust and Liberty Assignment of Property Rights so as to enable First

American to issue an endorsement to its title policy deleting the Liberty Bank Deed of Trust

and Liberty Bank Assignment of Property Rights from Schedule B of the title policy.

## LEGAL ARGUMENT

16.    Liberty is entitled to intervene in the Suit, as of right and/or permissively,

pursuant to Federal Rule of Civil Procedure 24, made applicable to this adversary proceeding

by Federal Rule of Bankruptcy Procedure 7024.  Rule 24 provides, in pertinent part:

> (a)    INTERVENTION AS OF RIGHT.  Upon timely
> application anyone shall be permitted to intervene in an action . .
> . (2) when the applicant claims an interest relating to the property
> or transaction which is the subject of the action and the applicant
> is so situated that the disposition of the action may as a practical
> matter impair or impede the applicant's ability to protect that
> interest, unless the applicant's interest is adequately represented
> by existing parties.

> (b)    PERMISSIVE INTERVENTION.  Upon timely
> application anyone may be permitted to intervene in an action . . .
> (2) when an applicant's claim or defense and the main action
> have a question of law or fact in common. . . .

Fed.R.Civ.P. 24(a)-(b).

17.    The Air Space Parcel and the proceeds of the Royal Hotel Sale, which remain

encumbered by Liberty's liens, deed of trust and security interests, are the subject of this Suit.

Plaintiffs seek to enjoin and obtain liens and/or a constructive trust against such sale proceeds.

18.    On January 3, 2007, the Bankruptcy Court issued a Temporary Restraining

Order ("TRO-1"), enjoining the original defendants and their officers, managers, members,

escrow agents and all others acting on their behalf "from distributing any proceeds resulting

from the sale of the Royal Hotel Property until further order of this Court or expiration of this

TRO."  On January 19, 2007, the Bankruptcy Court entered a Stipulated Temporary

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

- 7 -

Restraining Order ("TRO-2"), continuing the effect of TRO-1 until further order of the Court, and scheduling a hearing on March 2, 2007 on plaintiffs' motion for preliminary injunction and application for pre-judgment writ of attachment.

19.    Under the applicable Liberty Security Documents, Liberty holds a deed of trust, liens, security interests and/or assignments in, inter alia, the Air Space Parcel and the remaining sale proceeds paid or payable under the P&S Agreement including, without limitation, (i) the proceeds payable under the Seller Note, (ii) the sale proceeds payable to HMA Sales that are held or to be held in escrow by First American, and (iii) any and all sale proceeds that were paid and/or disbursed to other persons and entities and hereinafter are set aside, avoided and/or otherwise invalidated (all of the foregoing collateral and sale proceeds set forth in paragraph 19 herein are collectively referred to as the "Encumbered Collateral and Sale Proceeds").

20.    In its Statement of Claim, Liberty seeks a declaration of its rights under the Liberty Security Documents with respect to the Encumbered Collateral and Sale Proceeds including, without limitation, declarations:

a.    that Liberty's rights, deed of trust, liens, assignments and security interests under the Liberty Security Documents have priority over any alleged claims and/or interests of the Debtors, HMA Sales and their officers, managers, members, agents, escrow agents and all other persons or entities acting on their behalf, with respect to the Encumbered Collateral and Sale Proceeds;

b.    that Debtors, HMA Sales and their officers, managers, members, agents, escrow agents and all other persons or entities acting on their behalf, are barred and prohibited from receiving payment with respect to any of the Subordinated Debt from HMA Sales until all of Liberty's Senior Debt is paid;

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

c.      that Debtors, HMA Sales and their officers, managers, members, agents, escrow agents and all other persons or entities acting on their behalf, are required to hold in trust for Liberty and to promptly pay or deliver to Liberty for application to or as collateral for the Senior Debt any payment, dividend, proceeds or distribution of any kind with respect to the Subordinated Debt from HMA Sales; and

d.      that Debtors are required to assign to Liberty any liabilities and obligations asserted or alleged by Debtors to be owed by or from HMA Sales and its assets including, without limitation, the claims and interests asserted by Debtors against HMA Sales and its assets in this Suit, together with all security and guarantees therefor, until all of Liberty's Senior Debt is paid.

21.      Accordingly, absent Liberty's intervention, the adjudication of this Suit may as a practical matter impair or impede Liberty's ability to protect its rights, deed of trust, liens, assignments and security interests under the Liberty Security Documents against the Encumbered Collateral and Sale Proceeds.

22.      Further, the claims of Liberty and the Debtors in this Suit have questions of law or fact in common with respect to the various parties' claims and rights in the Encumbered Collateral and Sale Proceeds.

23.      No party to this action represents, let alone adequately represents, the interests of Liberty.

24.      This Motion is timely filed.  The Suit was commenced on December 25, 2006. On January 29, 2007, Debtors filed their Amended Complaint in this Suit.  None of the defendants have filed responses to date.  Liberty's intervention will not unduly delay or prejudice the adjudication of the rights of the parties.

- 9 -

**CONCLUSION**

WHEREFORE, for the foregoing reasons, Liberty respectfully requests that the

Bankruptcy Court (i) approve this Motion, (ii) permit Liberty to intervene in this action, as of

right or, alternatively, permissively, and to file the Statement of Claim and (iii) grant such other

and further relief as this Bankruptcy Court deems just and appropriate.

January 31, 2007

HANEY, WOLOSON & MULLINS

BY: _____

Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557

-and-

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000

Attorneys for Liberty Bank

- 10 -

# Exhibit   B

# Exhibit B

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314                                    **E-FILED on January 31, 2007**
Aryn M.Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><div align="right">Debtor.</div> | Chapter 11<br><br>**Jointly Administered Under** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | **Adversary No. 06-01256-LBR**<br><br>**AFFIDAVIT OF STEVEN E.** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **OSTROW IN SUPPORT OF MOTION<br>FOR EXPEDITED CONSIDERATION<br>OF LIBERTY BANK'S MOTION TO<br>INTERVENE** |

PHLDMS1 3041003v.1

USA COMMERCIAL MORTGAGE COMPANY, et al.,                    |
                                                           |
                    Plaintiffs,                            |
vs.                                                        |
                                                           |
HMA SALES, LLC, et al.                                     |
                                                           |
                    Defendants.                            |
_____   |

### AFFIDAVIT OF STEVEN E. OSTROW IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF LIBERTY BANK'S MOTION TO INTERVENE

COMMONWEALTH OF PENNSYLVANIA          )
                                      : ss.
COUNTY OF PHILADELPHIA                )

I, Steven E. Ostrow, Esquire, hereby declare as follows:

1.      I am over the age of 18 and mentally competent.  I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.  I make this declaration in support of the Motion for Expedited Consideration of Liberty Bank's Motion to Intervene.

2.      I am a partner with the law firm of White and Williams LLP, which firm maintains an office located at 1800 One Liberty Place, Philadelphia, PA 19103.  My firm represents Liberty Bank, which has engaged the firm of Haney, Woloson & Mullins as local counsel in the above-captioned bankruptcy cases.  I have been admitted *pro hac vice* in connection with the above-captioned bankruptcy case out of which this adversary proceeding arises.

3.      On December 25, 2006, USA Commercial Mortgage Company ("USACM") and USA Capital Diversified Trust Seed Fund, LLC ("USA Capital", and collectively with USACM, "Debtors") commenced the above-captioned adversary proceeding (the "Suit") which, for

PHLDMS1 3041003v.1

reasons more full set forth in Liberty Bank's Motion to Intervene (the "Intervention Motion"), implicates Liberty's interests. On January 29, 2007, the Debtors filed their amended complaint (the "Amended Complaint"), which not only named additional defendants but also raised additional causes of action.

4.      For the reasons stated in the Intervention Motion, the Suit directly and adversely affects Liberty's interests, which are not adequately represented by any other party. Accordingly, Liberty seeks to intervene in the Suit.

5.      A hearing is scheduled in the Suit for March 2, 2007 on Debtors' motion for preliminary injunction and application for pre-judgment writ of attachment. Liberty's right to intervene should be determined prior to that hearing at the next scheduled omnibus hearing on February 15, 2007, so that Liberty may appear and be heard at that preliminary injunction hearing and so that all parties to the Suit can have adequate notice of Liberty's interests in this matter.

6.      On January 31, 2007, I telephoned Jeanette E. McPherson, an attorney for the Debtors, and left her a voice message indicating that Liberty intended to file its Intervention Motion on an expedited basis, and requesting her consent to such expedited consideration of the Intervention Motion. I am awaiting a return phone call from Ms. McPherson.

PHLDMS1 3041003v.1

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 31st day of January, 2007

Steven E .Ostrow, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103
Phone:  (215) 864-7000
Telecopier:  (215) 864-7123

Sworn to before me this
31st day of January, 2007.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LISA ANN ZOLNA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2007

PHLDMS1 3041003v.1

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M.Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone:  (215) 864-7000
Telecopier:  (215) 864-7123
ostrows@whiteandwilliams.com

**E-FILED on January 31, 2007**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><div align="right">Debtor.</div> | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | **Adversary No. 06-01256-LBR** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **ATTORNEY INFORMATION SHEET<br>FOR PROPOSED ORDER<br>SHORTENING TIME ON LIBERTY<br>BANK'S MOTION TO INTERVENE** |

PHLDMS1 3041003v.1

**Exhibit  C**

.

**Exhibit C**

USA COMMERCIAL MORTGAGE COMPANY, et al.,

               Plaintiffs,

vs.

HMA SALES, LLC, et al.

               Defendants.

## ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME ON LIBERTY BANK'S MOTION TO INTERVENE

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Jeanette E. McPherson | January 31, 2007 | Awaiting Response | Awaiting Response |

COMMENTS: On January 31, 2007, I telephoned Jeanette E. McPherson and left her a voice message requesting her consent to expedited consideration of the Intervention Motion. I am awaiting a return phone call from Ms. McPherson.

Date:  January 31, 2007

                     **WHITE AND WILLIAMS LLP**

          Submitted by: _____

                     Steven E. Ostrow, Esquire
                     PA Bar ID # 50568
                     1800 One Liberty Place
                     Philadelphia, PA 19103-7395
                     Telephone:  (215) 864-7000

                     Attorneys for Liberty Bank

PHLDMS1 3041003v.1