Electronically filed on February 1, 2007

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer (Nevada Bar No. 0399)
Jeanette E. McPherson (Nevada Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-in-Possession*

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:   malevinson@orrick.com;
         jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:   bolson@beckleylaw.com;
         aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                 Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                 Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                 Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                 Debtor. | |

{00365039;}                                                                    - 1 -

| | |
|---|---|
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | **JOINT EX PARTE APPLICATION FOR ORDER REQUIRING CUSTODIAN OF DOCUMENTS FOR BEADLE, MCBRIDE, EVANS & REEVES, LLP, TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (hereinafter, the "Bankruptcy Rules"), USA Capital Diversified Trust Deed Fund, LLC (hereinafter, "Diversified"), and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (hereafter, the "Diversified Committee"), by and through their respective counsel noted above,[1] hereby apply to this Court for an order setting the examination of Garth McBride, under oath, under Bankruptcy Rule 2004. This Application is explained in the following Memorandum.

## MEMORANDUM

Diversified and the Diversified Committee are seeking information from Garth McBride concerning the financial audits and/or reviews performed by Beadle, McBride, Evans & Reeves, LLP on Diversified, the other debtors in the above-captioned cases (together with Diversified, the "Debtors'), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. Diversified and the Diversified Committee seek this information to assist in the collection of the assets and investigation of the liabilities of Diversified.

---

[1] Diversified and the Diversified Committee make this Application jointly because counsel for the Diversified Committee will become counsel to the reorganized Diversified entity subsequent to the Effective Date under the Debtors' Third Amended Chapter 11 Plan, which was confirmed by the Court pursuant to its order entered January 8, 2007.

{00365039;}     -2-

The requested discovery from Garth McBride is well within the scope of the examination permitted pursuant to Bankruptcy Rule 2004, which includes:

> [A]cts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . . any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.

Fed.R.Bankr.P. 2004(b).

Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Rule 2004 of the Local Rules of Bankruptcy Procedure (hereinafter, the "Local Rules") provides, in pertinent part:

> (b) Order for examination. Orders for examination may be signed by the clerk if the date set for examination is more than ten (10) business days from the date such motion is filed....

LR 2004(b).

As required by the Local Rules, the date for the proposed examination is more than ten (10) business days from the date of this Motion.

## CONCLUSION

Accordingly, Diversified and the Diversified Committee respectfully request that the Clerk of the Court docket the form of Order submitted herewith requiring Garth McBride to testify under oath on the matters outlined above and requiring that Garth McBride, under Rule 30(b)(6) of the Federal Rules of Civil Procedure, be required to appear on February 28, 2007, at

///

///

///

///

///

1  11:00 o'clock a.m. prevailing Pacific Time at the law offices of Beckley Singleton, Chtd., 530
2  Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3      Respectfully submitted this 1st day of February 2007.

| | |
|---|---|
| BECKLEY SINGLETON, CHTD. | RAY, QUINNEY & NEBEKER, P.C. |
| /s/ Anne M. Loraditch | /s/ Steven C. Strong |
| Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101 | Annette W. Jarvis (Utah Bar No. 1649)<br>Steven C. Strong (Utah Bar No. 6340)<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 |
| and | and |
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497 | Lenard E. Schwartzer (Nevada Bar No. 0399)<br>Jeanette E. McPherson (Nevada Bar No. 5423)<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308 |
| *Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | *Attorneys for Debtors and Debtors-in-Possession* |

{00365039;}

- 4 -