# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by MICHAEL W. ANGLIN and the appointment of NILE LEATHAM as designated Nevada Counsel in this case is approved.

Dated: 2/2/07                                             BY THE COURT

                                                          *[signature]*

                                                          Patricia Gray
                                                          Clerk of the Bankruptcy Court