# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
### Chapter 11

In re:

USA COMMERCIAL MORTGAGE COMPANY,
Debtor(s)

---

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by ALLAN B. DIAMOND is approved.

Dated: 2/2/07                              BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court