ELECTRONICALLY FILED
FEBRUARY 2, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **OST REQUESTED FOR:**<br><br>DATE: February 15, 2007<br>TIME: 9:30 a.m. |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AMOUNTS OF CONTINGENT AND UNLIQUIDATED CLAIMS FOR THE PURPOSE OF ESTABLISHING AN ADEQUATE RESERVE AND PERMITTING FURTHER DISTRIBUTION TO MEMBERS**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby files this Ex Parte Application for Order Shortening Time on Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distribution (the "Application".)

This Application is made pursuant to the provisions of 11 U.S.C. §102(1), FED. R. BANKR. P. Rule 9006, and Local Rule 9006, and is based upon the pleadings, papers and records on file herein, together with the Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distribution (the "Motion"), the Affidavit of Shlomo S. Sherman, Esq. in support of the Application, and upon the following grounds:

1. Pursuant to Distributions Order and Confirmed Plan, distributions to FTDF Members were to have been made in January, 2007, for the month of December, 2006, and in February, 2007 for the month of January, 2007.

2. FTDF has not been able to establish a sufficient reserve due to the number of unliquidated and/or disputed claims that have yet to be either liquidated or disallowed. While FTDF has interposed objections to many of the claims, the hearings are scheduled for various dates from mid-February through March, 2007.

3. As a result, the FTDF Members have not received an interim distribution since September, 2006.

4. On an interim basis, Claimants are well protected by the remaining loan

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1 portfolio, in excess of $49 million.

2     5.    For the above reasons, the FTDF Committee respectfully requests that the Court grant the Application and set the hearing on the Motion and related documents on shortened time, in order to expedite the estimation of claims and distribution of authorized payments to the FTDF Members.

DATED this ___ day of February, 2007.

SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
CANDACE C. CARLYON
Nevada State Bar No. 002666
SHLOMO S. SHERMAN
Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432