ELECTRONICALLY FILED
FEBRUARY 2, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| JEFFREY H. DAVIDSON | JAMES PATRICK SHEA |
| (CA State Bar No. 73980) | (Nevada State Bar No. 000405) |
| FRANK A. MEROLA | CANDACE C. CARLYON |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| EVE H. KARASIK | SHLOMO S. SHERMAN |
| (CA State Bar No. 155356), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: jdavidson@stutman.com | Email: jshea@sheacarlyon.com |
| fmerola@stutman.com | ccarlyon@sheacarlyon.com |
| ekarasik@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>  Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>  Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>  Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>  Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **OST REQUESTED FOR:**<br><br>DATE: February 15, 2007<br>TIME: 9:30 a.m. |

**AFFIDAVIT OF SHLOMO S. SHERMAN, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AMOUNTS OF CONTINGENT AND UNLIQUIDATED CLAIMS FOR THE PURPOSE OF ESTABLISHING AN ADEQUATE RESERVE AND PERMITTING FURTHER DISTRIBUTION TO MEMBERS**

391439v2

| | |
|---|---|
| STATE OF NEVADA | ) |
| | ) ss. |
| COUNTY OF CLARK | ) |

Shlomo S. Sherman, Esq., first being duly sworn according to law, hereby deposes, swears and states:

1. I am counsel of record for The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") in the above captioned matter.

2. I make this affidavit in support of the Ex Parte Application For Order Shortening Time On Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distribution (the "Application").

3. Pursuant to Distributions Order and Confirmed Plan, distributions to FTDF Members were to have been made in January, 2007, for the month of December, 2006, and in February, 2007 for the month of January, 2007.

4. FTDF has not been able to establish a sufficient reserve due to the number of unliquidated and/or disputed claims that have yet to be either liquidated or disallowed. While FTDF has interposed objections to many of the claims, the hearings are scheduled for various dates from mid-February through March, 2007.

5. As a result, the FTDF Members have not received an interim distribution since September, 2006.

6. On an interim basis, Claimants are well protected by the remaining loan portfolio, in excess of $49 million.

7. For the above reasons, the FTDF Committees respectfully requests that the Court grant the Application and set the hearing on the Motion and related documents on shortened

1  time, in order to expedite the estimation of claims and distribution of authorized payments to the
2  FTDF Members.

3      8.    For the above reasons, the Official Committees respectfully requests that the
4  Court set the hearing on the Motion and related documents on shortened time.

5      DATED this 2nd day of February, 2007.

                            SHLOMO S. SHERMAN, ESQ.

Subscribed and sworn to before me
this 2nd day of February, 2007.

Notary Public in and for said
County and State



LISSA TREADWAY
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 03-15-2008
Certificate No: 9617681

3