ELECTRONICALLY FILED
FEBRUARY 2, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| JEFFREY H. DAVIDSON | JAMES PATRICK SHEA |
| (CA State Bar No. 73980) | (Nevada State Bar No. 000405) |
| FRANK A. MEROLA | CANDACE C. CARLYON |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| EVE H. KARASIK | SHLOMO S. SHERMAN |
| (CA State Bar No. 155356), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:  jdavidson@stutman.com | Email:  jshea@sheacarlyon.com |
|   fmerola@stutman.com |   ccarlyon@sheacarlyon.com |
|   ekarasik@stutman.com |   ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **OST REQUESTED FOR:**<br><br>DATE: February 15, 2007<br>TIME: 9:30 a.m. |

**ATTORNEY INFORMATION SHEET RE EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AMOUNTS OF CONTINGENT AND UNLIQUIDATED CLAIMS FOR THE PURPOSE OF ESTABLISHING AN ADEQUATE RESERVE AND PERMITTING FURTHER DISTRIBUTION TO MEMBERS**

391439v2

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time on Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distributions. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREED / DISAGREED |
|---|---|---|
| Annette Jarvis, Esq.<br>Counsel for the Debtors | 2/2/07 | Agreed |
| August B. Landis<br>Office of the U.S. Trustee | 2/2/07 | Agreed |
| Rob Charles, Esq.<br>Counsel for the Official General Unsecured Creditors Committee of USA Commercial Mortgage Company | 2/2/07 | Agreed |
| Gerald Gordon, Esq.<br>Counsel for the Official Committee of Holders of Executory Contract rights Through USACM | 2/2/07 | Agreed |
| Anne Loraditch, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed | 2/2/07 | Agreed |
| Michael Schmahl<br>McGuire Woods, LLP<br>Counsel for Kantor Claimants | 2/2/07 | Disagreed |
| William & Jean Spangler | 2/2/07 | Left detailed message in am; no return call |
| William J. Ovca Jr. Trustee, OCCA Associates, Inc. Defined Pension Plan | 2/2/07 | Unable to determine whether agrees or disagrees |

391439v2

2

| | NAME | DATE CONTACTED | AGREED / DISAGREED |
|---|---|---|---|
| 1 | | | |
| 2 | First Savings Bank c/f Gail Hordes, IRA | 2/2/07 | Not authorized to respond; left detailed message for Ms. Hordes in the am; no return call |
| 3 | Susan O'Conner | | |
| 5 | Daniel R. Halseth | 2/2/07 | Left detailed message in the am; no returned call |
| 7 | Katrine Mirzaian | 2/2/97 | Left detailed message in the am; no returned call |

DATED this ___ day of February, 2007.

SHEA & CARLYON, LTD.

_____
SHEA & CARLYON, LTD.
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

391439v2

3