JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:    215-569-0000
Facsimile:    215-636-3999
E-mail:    jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of Tabas

*Electronically Filed on:*
*February 2, 2007*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor.<br><br>USA SECURITIES, LLC,<br>                                                      Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter    11<br><br>**NOTICE OF 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY**<br>**(Affects USA CM ONLY)** |

1

1  PLEASE TAKE NOTICE THAT on the 14th of February, 2007, at 10:00 a.m., at Jones
2  Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, NV 89169, pursuant to the
3  Order Allowing 2004 Exam entered on January 29, 2007, a copy of which is attached hereto, the
4  Estate of Daniel Tabas and Fertitta Enterprises, Inc., by their respective counsel, Jonathan J. Bart,
5  Esq., and/or Janet L. Chubb, Esq., will orally examine the Person Most Knowledgeable of Debtor
6  USA Commercial Mortgage Company before a Notary Public, or before some other officer
7  authorized by law to administer oaths. The deponent has been or will be served with a Subpoena.
8  Oral examination will continue from day to day until completed. You are invited to attend and
9  cross-examine.

10  DATED: February 2nd, 2007.

11  WILENTZ GOLDMAN & SPITZER P.A.          JONES VARGAS

12  _//s// Jonathan J. Bart_____           _//s// Louis M. Bubala III_____
    JONATHAN J. BART, ESQ.                   JANET L. CHUBB, ESQ.
13                                           LOUIS M. BUBALA III, ESQ.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

1. On February 2, 2007, I served the following document(s):

**NOTICE OF 2004 EXAM OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY**

2. I served the above-named document(s) by the following means to the persons as listed below:

- ☒ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER    JHindera@LRL.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

4

- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE    , lleverett@kkbrf.com
- AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

■ b.    **United States mail, postage fully prepaid** (list persons and addresses):

THOMAS J. ALLISON
USA COMMERCIAL MORTGAGE ET AL.
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

❾ c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

❾    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❾    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d.    **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

**Nevada Mortgage Lending Division**
**Attn: Susan Eckhardt**
seckhardt@mld.nv.gov

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Discovery\2004 Exams\2004 Notice - Debtor.doc

❾ e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

❾ f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of February, 2007.

| _J. Englehart & Tawney Waldo_ | _//s// Tawney Waldo & J. Englehart_ |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177