

Entered on Docket
January 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:   215-569-0000
Facsimile:   215-636-3999
E-mail:      jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and  tbw@jonesvargas.com
   and  lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of Tabas

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor.<br><br>USA SECURITIES, LLC,<br>                                                Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter     11<br><br>**ORDER ALLOWING 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY (Affects USA CM ONLY)** |

1

1  The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Debtor USA Commercial Mortgage Company, and good cause appearing,

IT IS HEREBY ORDERED that the Person Most Knowledgeable at USA Commercial Mortgage Company, upon ten days' notice, must appear for oral examination at the Law Offices of Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada 89169, or as set forth in the Notice of 2004 Examination, to which a copy of this Order shall be attached.

Prepared and Submitted by:

| WILENTZ GOLDMAN & SPITZER P.A. | JONES VARGAS |
|---|---|
| //s//Jonathan J. Bart | //s//Louis M. Bubala III |
| JONATHAN J. BART, ESQUIRE<br>Two Penn Center Plaza, Suite 910<br>Philadelphia, PA 19102<br>215-569-0000 | JANET L. CHUBB, ESQUIRE<br>LOUIS M. BUBALA III, ESQUIRE<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>775-786-5000 |

# # #