# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by MICHAEL YODER and the appointment of ROB CHARLES as designated Nevada Counsel in this case is approved.

Dated: 2/2/07                               BY THE COURT

                                            Patricia Gray
                                            Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1               Date Rcvd: Feb 02, 2007
Case: 06-10725                 Form ID: oaancbk           Total Served: 4

The following entities were served by first class mail on Feb 04, 2007.
aty         +LEWIS AND ROCA LLP,    ATTN: ROB CHARLES,    3993 HOWARD HUGES PKWY, STE 600,
              LAS VEGAS, NV 89169-5996
ust         +U.S. TRUSTEE - LV - 11,    300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
            +MICHAEL YODER,    DIAMOND MCCARTHY, LLP,    909 FANNIN STREET, SUITE 1500,    HOUSTON, TX 77010-1026
            +ROB CHARLES,    LEWIS AND ROCA LLP,    3993 HOWARD HUGHES PARKWAY, SUITE 600,
              LAS VEGAS, NV 89169-5996
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            LEWIS AND ROCA LLP
                                                                                                  TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 04, 2007**              Signature:   *Joseph Speetjens*