**ORDER DENIED**

The motion for order shortening time is denied.  The Court will, however, hold a status hearing on February 15, 2007 to establish procedures for the expedited hearing of the estimation of claims and establishment of a reserve.

**Entered on Docket
February 05, 2007**

_____
**Hon. Linda B Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12ᵗʰ Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|            ekarasik@stutman.com |            ccarlyon@sheacarlyon.com |
|            cpajak@stutman.com |            ssherman@sheacarlyon.com |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br>        Debtor. | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>        Debtor. | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>        Debtor. | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>        Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>        Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |
| Affects <br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☐ USA First Trust Deed Fund, LLC | ) <br> ) **OST REQUESTED FOR:** <br> ) <br> ) DATE: February 15, 2007 <br> ) TIME:  9:30 a.m. <br> ) <br> ) <br> ) |

**EX PARTE ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AMOUNTS OF CONTINGENT AND UNLIQUIDATED CLAIMS FOR THE PURPOSE OF ESTABLISHING AN ADEQUATE RESERVE AND PERMITTING FURTHER DISTRIBUTION TO MEMBERS**

The Court, having considered the Ex Parte Application For Order Shortening Time On Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distribution to (the "Application"); the Affidavit of Shlomo S. Sherman, Esq. in support thereof; the Motion By the Official Committee of Equity Holders of USA Capital First Trust Deed Fund LLC to Estimate Amounts of Contingent and Unliquidated Claims for the Purpose of Establishing an Adequate Reserve and Permitting Further Distribution (the "Motion"); the pleadings, papers and records on file herein; and good cause appearing therefore:

IT IS HEREBY ORDERED that the Application is granted, and that the Motion will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the **15th day of February, 2007 at 9:30 a.m.**

IT IS FURTHER ORDERED that any opposition to the Motion shall be filed on or before **February 12, 2007**. Any reply to the opposition shall be filed on or before **12:00 p.m. on February 14, 2007**. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

///

///

///

///

///

2

1  | If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, the:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

SUBMITTED BY:

SHEA & CARLYON, LTD.
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

3