**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

E-FILED on January 31, 2007

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR)<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**Adversary No. 06-01256-LBR**<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME ON LIBERTY BANK'S MOTION TO INTERVENE** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

PHLDMS1 3041003v.1

-2-

USA COMMERCIAL MORTGAGE COMPANY, et al.,

    Plaintiffs,

vs.

HMA SALES, LLC, et al.

    Defendants.

### ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME ON LIBERTY BANK'S MOTION TO INTERVENE

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
| --- | --- | --- | --- |
| Jeanette E. McPherson | January 31, 2007 | Awaiting Response | Awaiting Response |

COMMENTS: On January 31, 2007, I telephoned Jeanette E. McPherson and left her a voice message requesting her consent to expedited consideration of the Intervention Motion. I am awaiting a return phone call from Ms. McPherson.

Date: January 31, 2007

WHITE AND WILLIAMS LLP

Submitted by: _____
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000

Attorneys for Liberty Bank