ELECTRONICALLY FILED
FEBRUARY 5, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) **OST REQUESTED FOR:**<br>) DATE: February 15, 2007<br>) TIME:  9:30 a.m.<br>) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS; AND RELATED OST DOCUMENTS**

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1.    On February 5, 2007, I served the following documents:

Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions To FTDF Members

Ex Parte Application For Order Shortening Time On Motion By The Official Committee Of Equity Holders Of USA Capital First Trust Deed Fund LLC To Estimate Amounts Of Contingent And Unliquidated Claims For The Purpose Of Establishing An Adequate Reserve And Permitting Further Distribution To Members

Affidavit Of Shlomo S. Sherman, Esq. In Support Of Ex Parte Application For Order Shortening Time On Motion By The Official Committee Of Equity Holders Of USA Capital First Trust Deed Fund LLC To Estimate Amounts Of Contingent And Unliquidated Claims For The Purpose Of Establishing An Adequate Reserve And Permitting Further Distribution To Members

Attorney Information Sheet Re Ex Parte Application For Order Shortening Time On Motion By The Official Committee Of Equity Holders Of USA Capital First Trust Deed Fund LLC To Estimate Amounts Of Contingent And Unliquidated Claims For The Purpose Of Establishing An Adequate Reserve And Permitting Further Distribution To Members

Proposed Ex Parte Order Shortening Time On Motion By The Official Committee Of Equity Holders Of USA Capital First Trust Deed Fund LLC To Estimate Amounts Of Contingent And Unliquidated Claims For The Purpose Of Establishing An Adequate Reserve And Permitting Further Distribution To Members

2.    I served the above named document(s) by the following means to the persons as listed below:

   ☐  **a.**  **ECF System.** See attached Notice of Electronic Filing.

   ☒  **b.**  **Federal Express Overnight Delivery, all charges fully prepaid, to the following:**

William M. Spangler  
Jean A. Spangler  
711 Gordon Avenue  
Reno, NV 89509

Katrine Mirzaian  
708 Prospect Drive  
Glendale, CA 91205

*SHEA & CARLYON, LTD.*  
228 S. Fourth Street, First Floor  
Las Vegas, Nevada 89101  
(702) 471-7432

2

| | | |
|---|---|---|
| 1 | OVCA Associates Inc. Defined Pension Plan | Attn: Susan O'Connor |
| 2 | c/o William J. Ovca, Jr., Trustee | First Savings Bank cf (Servicing Agent) |
| 3 | 16872 Baruna Lane | Gail Hordes IRA |
|   | Huntington Beach, CA 92649-3020 | 2605 E. Flamingo Road |
| 4 | | Las Vegas, NV 89121 |

OVCA Associates Inc. Defined Pension
    Plan
c/o William J. Ovca, Jr., Trustee
16872 Baruna Lane
Huntington Beach, CA 92649-3020

Attn: Susan O'Connor
First Savings Bank cf (Servicing Agent)
Gail Hordes IRA
2605 E. Flamingo Road
Las Vegas, NV 89121

Michael M. Schmahl, Esq.
McGUIRE WOODS, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
Counsel for Kantor Claimants

Daniel R. Halseth & Sandra K. Halseth Trustees of the Halseth Family Trust Totally Restated 4/21/00
c/o Daniel Halseth
23 Molas Drive
Durango, CO 81301

Gail Hordes IRA
16872 Baruna Lane
Huntington Beach, CA 92649-3020

☐ **c.    Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

1  ☐     f.     **By messenger.**

2         I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

3

4  I declare under penalty of perjury that the foregoing is true and correct.

5  DATED this 5th day of February, 2007.

6

7

8                                    Lissa Treadway, ACP, an employee
                                     of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

4