JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
  and   tbw@jonesvargas.com
  and   lbubala@jonesvargas.com

*Electronically Filed on February 5, 2007*

**Attorneys for JV Direct Lenders**:
Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members; Mojave Canyon, Inc. and Fertitta Enterprises, Inc. with respect to non-plan issues only.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
                                                                Debtor.

USA CAPITAL REALTY ADVISORS, LLC, Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                                Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                                Debtor.

USA SECURITIES, LLC,
                                                                Debtor.

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter      11

**FOURTH AMENDED VERIFIED STATEMENT OF JONES VARGAS PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)**

Hearing Date:   n/a
Hearing Time:   n/a

1

I, Janet L. Chubb, Esq., declare, under penalty of perjury, and state, as follows:

1. I am an attorney licensed to practice law in the state of Nevada and am a shareholder of the law firm of Jones Vargas. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. Louis M. Bubala, Esq., an associate of Jones Vargas, and I are the attorneys primarily responsible for representing the below listed Direct Lenders in connection the above-captioned cases, as first deed of trust holders only, with regard to certain loans which were originated and serviced by the Debtors.

3. Fertitta Enterprises, Inc., is a client of Jones Vargas. Jones Vargas was retained in this matter at the instance of William C. Bullard. Jones Vargas represents Fertitta Enterprises, Inc., in non-plan and non-appeal issues, only. See proof of retention of Jones Vargas attached as Exhibit A.

4. The other clients, Charles Anderson Trust, Rita Anderson Trust, Kehl Family and Mojave Canyon, Inc., contacted Jones Vargas based on its early filing of a motion for relief from the automatic stay or based on word of mouth. See proof of retention of Jones Vargas attached as Exhibits B, C, and D.

5. The representation of each client is based on direct loans that each of them made to the borrowers in one or more of various real property development projects as listed in the chart below, which are/were being serviced by USA Commercial Mortgage Company and which are secured by deeds of trust.

6. The approximate dates of the loans for each client is listed in the chart below.

7. The total of the loans made by the below listed individuals and entities was, at the time the petition was filed, approximately $46,408,500.00. See specific amounts per project in the chart below.

DATED this 5th day of February, 2007.

JONES VARGAS

By:     //s// Janet L. Chubb
    JANET L. CHUBB, ESQ.
    LOUIS M. BUBALA, ESQ.
Attorneys for JV Direct Lenders

2

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

| NAME(S) OF CLIENTS | BORROWER | AMOUNT OF LOAN | APPROXIMATE DATE OF LOAN |
|---|---|---|---|
| Charles B. Anderson Trust<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | 5252 Orange, LLC<br>60th Street Venture<br>6425 Gess Ltd.<br>Amesbury/Hatters<br>Bay Pompano Beach<br>Beastar, LLC<br>Copper Sage<br>Del Valle Isleton<br>Eagle Meadows<br>Fiesta/Beaumont<br>Glendale Tower<br>Golden State<br>Gramercy Court<br>HFAH-Clear Lake<br>HFAH- North Yonkers/One Point St<br>Huntsville<br>Margarita Annex<br>Marlton Square[1]<br>Oak Shores II<br>Opaque/Mt. Edge<br>Placer Vineyards<br>Placer Vineyards 2nd<br>Riviera (HFA)<br>Roam Development<br>Standard Property<br>Tapia Ranch/Castaic Partners<br>Wasco Investments<br>$3,883,500.00 | $100,000<br>$125,000<br>$300,000<br>$100,000<br>$200,000<br>$100,000<br>$100,000<br>$303,500<br>$200,000<br>$100,000<br>$100,000<br>$100,000<br>$200,000<br>$100,000<br>$100,000<br>$200,000<br>$100,000<br>$100,000<br>$160,000<br>$225,000<br>$200,000<br>$100,000<br>$150,000<br>$100,000<br>$100,000<br>$100,000<br>$120,000 | 12/19/05<br>12/19/05<br>4/4/05<br>7/20/04<br>5/2/05<br>5/2/05<br>1/28/05<br>3/17/05<br>10/6/05<br>9/8/04<br>6/1/05<br>6/23/05<br>6/19/04<br>1/12/05<br>2/11/05<br>3/29/05<br>7/23/04<br>6/1/05<br>5/9/05<br>?[2]<br>12/6/04<br>12/6/04<br>5/2/05<br>2/18/05<br>1/26/06<br>9/8/04<br>11/22/04 |
| Rita P. Anderson Trust<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | 5252 Orange, LLC<br>60th Street Venture<br>6425 Gess<br>Eagle Meadows<br>Fiesta/Beaumont<br>HFAH-Clear Lake<br>HFAH-North Yonkers/One Point St<br>Marlton Square[1]<br>Placer Vineyards<br>Roam Development<br>Tapia Ranch/Castaic Partners<br>Wasco Investments<br>$1,270,000.00 | $100,000<br>$100,000<br>$100,000<br>$150,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$120,000 | 12/19/05<br>12/19/05<br>4/4/05<br>10/6/05<br>9/8/04<br>1/12/05<br>2/11/05<br>6/1/05<br>12/6/04<br>2/18/05<br>9/8/04<br>11/22/04 |

---

[1] Marlton Square & MS Acquisition are the same thing. Marlton Square 2nd is also affiliated with MS Acquisition
[2] None of the loans with a ? for the loan date was made for anything other than investment purposes.

3

| | | | |
|---|---|---|---|
| Baltes Company<br>211 Copper Ridge Court<br>Boulder City, NV  89005 | 3685 San Fernando<br>Binford Medical<br>Del Valle - Livingston<br>J. Jireh's Corporation<br>Marlton Square 2nd [1]<br>　　　$650,000.00 | $150,000<br>$100,000<br>$100,000<br>$200,000<br>$100,000 | 7/29/05<br>8/18/05<br>8/8/05<br>8/24/05<br>10/31/05 |
| Fertitta Enterprises, Inc.[3]<br>William J. Bullard, CFO<br>2960 W.Sahara Ave. # 200<br>Las Vegas, NV  89102 | Brookmere, LLC<br>Colt Gateway<br>Marlton Square[1]<br>Tapia Ranch/ Castaic Partners<br>　　　$13,000,000.00 | $1,000,000<br>$4,000,000<br>$3,000,000<br>$5,000,000 | 12/17/04<br>12/22/02-7/30/03<br>12/6/05<br>10/8/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Robert & Ruth Kehl:*<br>3685 San Fernando Road<br>Anchor B<br>Ashby<br>BarUSA<br>Brookmere<br>Bundy Canyon<br>Copper Sage<br>Del Valle - Livingston<br>Eagle Meadows/Foxhill 185<br>Fiesta Oak Valley/Oak Mesa<br>Fiesta USA/Stoneridge<br>Foxhill 216, etc.<br>Freeway 101<br>Gateway Stone<br>Glendale Tower Ptnrs<br>Gramercy Court<br>HFAH - Clear Lake<br>Hunstville<br>La Hacienda<br>Mountain Home Business<br>Park-Pegasus MH Venture<br>Ocean Atlantic<br>Palm Harbor One<br>Placer Vineyard<br>Shamrock Tower<br>Tapia Ranch/Castaic<br>Ten-Ninety<br>　　　$17,235,000.00 | $500,000<br>$250,000<br>$1,000,000<br>$850,000<br>$1,000,000<br>$1,500,000<br>$1,000,000<br>$600,000<br>$1,000,000<br>$500,000<br>$500,000<br>$400,000<br>$300,000<br>$500,000<br>$400,000<br>$165,000<br>$1,000,000<br>$500,000<br>$250,000<br>$520,000<br><br>$400,000<br>$500,000<br>$2,000,000<br>$500,000<br>$500,000<br>$600,000 | 8/30/05<br>?<br>?<br>11/14/03<br>12/15/04<br>?<br>1/28/05<br>8/10/05<br>10/10/05<br>6/16/04<br>?<br>1/27/06<br>?<br>?<br>?<br>6/15/04<br>1/14/05<br>1/15/05<br>3/??/05<br>1/26/06<br><br>1/23/06<br>11/29/05<br>1/10/04<br>?<br>12/8/04<br>? |

---

[3] Our representation of Fertitta Enterprises is only for non-plan and non-appeal issues.

4

| | | | |
|---|---|---|---|
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl*<br>BarUSA<br>Bay Pompano Beach<br>I-40 Gateway West<br>Placer Vineyards<br>Roam Development<br>Tapia Ranch/Castaic<br>         $1,000,000.00 | $200,000<br>$150,000<br>$150,000<br>$150,000<br>$150,000<br>$200,000 | 11/14/03<br>6/21/05<br>?<br>1/10/04<br>3/1/05<br>12/8/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl For Susan L. Kehl*<br>Bay Pompano Beach | $10,000 | 6/21/05 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl for Andrew R. Kehl*<br>Bay Pompano Beach | $10,000 | 6/21/05 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Daniel J. Kehl*<br>Ashby<br>Huntsville<br>Tapia Ranch/Castaic<br>Ten-Ninety<br>         $1,200,000.00 | $300,000<br>$500,000<br>$200,000<br>$200,000 | ?<br>1/15/05<br>12/8/04<br>? |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Robert A. Kehl  and*<br>*Robert A. and Tina M. Kehl*<br>BarUSA<br>Bay Pompano Beach<br>Fox Hills<br>Ocean Atlantic<br>Ten-Ninety<br>         $2,000,000.00 | $300,000<br>$300,000<br>$500,000<br>$500,000<br>$400,000 | 11/14/03<br>6/21/05<br>11/27/06<br>1/23/06<br>? |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Krystina L. Kehl*<br>Placer Vineyards | $500,000 | 1/10/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin McKee*<br>Fox Hills 216<br>Gateway Stone<br>Eagle Meadows/Foxhill 185<br>         $500,000.00 | $100,000<br>$100,000<br>$300,000 | 5/27/06<br>?<br>10/10/05 |

Jones Vargas<br>100 W. Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, Nevada 89504-0281<br>Tel: (775) 786-5000    Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

| | | | |
|---|---|---|---|
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kehl Development Corp.*<br>Eagle Meadows/Foxhill 185<br>Placer Vineyards<br>Opaque/Mt. Edge<br>$1,900,000.00 | $400,000<br>$500,000<br>$1,000,000 | 10/10/05<br>1/10/04<br>? |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Patrick J. Anglin*<br>Bay Pompano Beach<br>Palm Harbor One<br>Tapia Ranch/Castaic<br>$200,000.00 | $50,000<br>$100,000<br>$50,000 | 6/21/05<br>11/29/05<br>12/8/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Christina M. Kehl*<br>BarUSA<br>Bay Pompano Beach<br>Fiesta/Stoneridge<br>Freeway 101<br>I-40 Gateway West<br>Palm Harbor One<br>Placer Vineyards<br>Tapia Ranch/Castaic<br>$1,025,000.00 | $200,000<br>$150,000<br>$150,000<br>$125,000<br>$100,000<br>$50,000<br>$200,000<br>$50,000 | 11/14/03<br>62105<br>?<br>?<br>?<br>11/29/05<br>1/10/04<br>12/8/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Judy A. Bonnet*<br>BarUSA<br>Fiesta Oak Valley/Oak Mesa<br>$150,000.00 | $50,000<br>$100,000 | 11/14/03<br>6/16/04 |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Cynthia Winter*<br>BarUSA<br>Freeway 101<br>I-40 Gateway West<br>Placer Vineyards<br>Ten-Ninety<br>$900,000.00 | $200,000<br>$200,000<br>$200,000<br>$100,000<br>$200,000 | 111403<br>?<br>?<br>1/10/04<br>? |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Warren Hoffman Family Investments*<br>Tapia Ranch/Castaic | $50,000 | 1/10/04 |
| Mojave Canyon Inc.<br>Attn:  J.B. Partain, President<br>1400 Colorado Street #C<br>Boulder City, NV  89005 | HFAH Clear Lake<br>Midvale Marketplace, LLC<br>Roam Development Group, LP<br>Standard Property Development<br>Gramercy Court<br>$675,000.00 | $150,000<br>$150,000<br>$100,000<br>$125,000<br>$150,000 | 4/6/05<br>6/30/05<br>3/1/05<br>2/10/06<br>8/10/05 |

**CERTIFICATE OF SERVICE**

1. We filed and served the following document(s) on February 5, 2007:

**FOURTH AMENDED VERIFIED STATEMENT OF JONES VARGAS PURSUANT TO BANKRUPTCY RULE 2019**

2. Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

- ☒ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com, rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com

- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;imccord@swlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com, cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com, dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com, tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com

8

- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com, rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐ b.    **United States mail, postage fully prepaid** (list persons and addresses):

☐ c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

9

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statements\Rule 2019 Statement-4th Amended.doc

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orrick.com; lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson**
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Gregory E. Garman**
geg@gordonsilver.com

**Rob Charles**
rcharles@rlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

❾ e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾ f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of February, 2007.

_____         //s//_____
Name                                                                 Signature

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statements\Rule 2019 Statement-4th Amended.doc