# Exhibit "A"

# Exhibit "A"

AGREED TO and ACCEPTED including waiving any conflict of interest in connection with the representation by Jones Vargas in the USA Commercial Mortgage Company matter:

Fertitta Enterprises, Inc.

By: _____
William J. Bullard, CFO

Date: 6-12-06

JLC/je
Enclosure

# Exhibit "B"

# Exhibit "B"

AGREED TO and ACCEPTED including waiving any conflict of interest in connection with the representation by Jones Vargas in the USA Commercial Mortgage Company bankruptcy case:

By: _____
KENNETH BONNET FOR KEHL FAMILY

Date: _____

JLC/je
Enclosure

# Exhibit "C"

# Exhibit "C"

AGREED TO and ACCEPTED including waiving any conflict of interest in connection with the representation by Jones Vargas in the USA Commercial Mortgage Company bankruptcy case:

The Rita P. Anderson Trust

By: _____
Rita P. Anderson, Trustee

The Charles B. Anderson Trust

By: _____
Charles B. Anderson, Trustee

Baltes Company

By: _____
Charles B. Anderson, President

Date: 6-10-06

# Exhibit "D"

Exhibit "D"

AGREED TO and ACCEPTED including waiving any conflict of interest in connection with the representation by Jones Vargas in the USA Capital bankruptcy entities:

By: _____
J.B. Partain for Mojave Canyon, Inc.

Date: May 30, 2006

JLC/je
Enclosure