# EXHIBIT 1

## DESIGNATION BY APPELLEE-DEBTORS OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10725 | ITEM DESIGNATED |
|---|---|---|
| 04/14/2006 | 10 | Motion for Order Shortening Time For Order Granting Expedited And Emergency Hearings On Certain First-Day Motions And Limiting Notice Of Such Motions |
| 04/14/2006 | 12 | Notice of Hearing |
| 04/17/2006 | 13 | Order Granting Ex Parte Motion for Order Granting Expedited and Emergency Hearings on Certain First-Day Motions and Limiting Notice of Such Motions |
| 04/17/2006 | 15 | Certificate of Service On Notice Of Emergency Hearing On Certain First-Day Motions |
| 04/19/2006 | 29 | Motion for Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules |
| 04/19/2006 | 30 | Declaration In Support of Motion For Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules |
| 04/21/2006 | 37 | Order Shortening Time to Hear Motion for Order Granting Debtor Additional Time to File Its Statements and Schedules; and Notice of Hearing filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) |
| 04/24/2006 | 48 | Request for Special Notice with Certificate of Service Filed by JANET L. CHUBB on behalf of JOSEPH AND LORETTA DONNOLO |
| 05/02/2006 | 121 | Certificate of Service |

| 05/02/2006 | 119 | Limited Opposition to The Debtors' Cash Management Motion and Interim Use of Cash |
| --- | --- | --- |
| 05/02/2006 | 121 | Certificate of Service |
| 05/02/2006 | 122 | Reply Brief In Support Of Motion For Order Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures And Interim Use Of Cash In Accordance With Proposed Cash Budget |
| 05/02/2006 | 130 | Supplemental Declaration of THOMAS J. ALLISON In Support of Debtors' Motions |
| 05/08/2006 | 172 | Application to Employ Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC as Real Estate Appraiser |
| 05/08/2006 | 175 | Notice of Hearing |
| 05/08/2006 | 176 | Notice of Hearing |
| 05/09/2006 | 184 | Order Regarding Joint Administration Without Substantive Consolidation |
| 05/10/2006 | 201 | Notice of Appointment of Creditors' Committee - Unsecured Creditors of USA Commercial Mortgage Company |
| 05/10/2006 | 202 | Notice of Appointment of Creditors' Committee - Holders of Executory Contract Rights Through USA Commercial Mortgage Company |
| 05/10/2006 | 203 | Notice of Appointment of Creditors' Committee - Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| 05/10/2006 | 204 | Notice of Appointment of Creditors' Committee -- Equity Security Holders of USA Capital First Trust Deed Fund, LLC |
| 05/11/2006 | 206 | Order Establishing Case Management Procedures |
| 05/15/2006 | 238 | Certificate of Service |
| 05/16/2006 | 254 | Notice Of Commitment Letter For DIP Financing |

| 05/17/2006 | 267 | Second Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions |
|---|---|---|
| 05/17/2006 | 278 | Errata Re Notice Of Commitment Letter For DIP Financing And Re Second Supplemental Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions |
| 05/24/2006 | 347 | Declaration Of THOMAS J. ALLISON In Support Of Debtor's Opposition To ALEXANDER, RONNING, And BENINCASA Motions |
| 05/26/2006 | 379 | Limited Opposition to the Application for Order Authorizing the Employment of Hilco Real Estate LLc/Hilco Real Estate Appraisal, LLC as the Debtors' Real Estate Appraiser |
| 05/31/2006 | 418 | Notice of Filing of Revised Loan Summary As Of May 26, 2006 |
| 05/31/2006 | 422 | Amended Notice of Filing of Summary of Loans Serviced By USA Commercial Mortgage As Of May 26, 2006 (Affects USA Commercial Mortgage, USA Capital Diversified Trust Deed Fund and USA First Trust Deed Fund) |
| 06/01/2006 | 442 | Notice of Amendments to Appointment of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of USA CAPITAL FIRST TRUST DEED FUND, LLC with Certificate of Service Filed by U.S. TRUSTEE - LV - 11 |
| 06/01/2006 | 443 | Notice of Amendments to Appointment of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC with Certificate of Service Filed by U.S. TRUSTEE - LV - 11 |
| 06/02/2006 | 448 | Reply In Support Of Application For An Order Authorizing The Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As Debtors' Real Estate Appraiser And In Response To Objections |
| 06/02/2006 | 449 | Third Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions (Affects All Debtors) |
| 06/05/2006 | 485 | Notice of Filing of 13-Week Cash Forecast |

| 06/05/2006 | 503 | Opposition filed by DONNA CANGELOSI |
|---|---|---|
| 06/09/2006 | 557 | Notice of Filing of Amended 13-Week Cash Forecast (Affects All Debtors) |
| 06/09/2006 | 564 | Omnibus Response to Motions for Return of Funds from the Investor Account |
| 06/09/2006 | 588 | Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 06/13/2006 | 641 | Reply In Support Of Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients |
| 06/14/2006 | 648 | Supplemental Declaration (Fourth) of THOMAS J ALLISON In Support of Debtors' Motions |
| 06/19/2006 | 705 | Response to Debtors' Motion for Order Authorizing Post-Petition Financing Filed by U.S. TRUSTEE - LV - 11 |
| 06/19/2006 | 711 | Opposition Filed by THOMAS H. FELL on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY |
| 06/19/2006 | 712 | Opposition Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
| 06/19/2006 | 716 | Opposition to Motion for Emergency, Interim and Permanent Orders Authorizing DIP Financing |
| 06/19/2006 | 718 | Joinder in Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans [DE 592] |
| 06/19/2006 | 719 | Response to Motion for Emergency Interim and Permanent Orders Authorizing the Debtors to Obtain Post-Petition Financing |
| 06/20/2006 | 747 | Order Authorizing the Employment of HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC as Debtor's Real Estate Appraiser |

| 06/20/2006 | 748 | Reply filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY |
|---|---|---|
| 06/20/2006 | 749 | Reply Brief |
| 06/20/2006 | 750 | Fifth Declaration (Supplemental) of THOMAS J. ALLISON In Suport of Debtors' Motions |
| 07/06/2006 | 835 | Order Re Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 07/07/2006 | 846 | Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Third Revised Budget |
| 07/11/2006 | 860 | Notice of Hearing |
| 07/17/2006 | 880 | Supplement to Motion to Distribute Funds |
| 07/19/2006 | 906 | Notice of Filing of Third Revised Budget Applicable To Motion For Order Approving Continued Use of Cash Through October 29, 2006 Pursuant To Third Revised Budget (Affects All Debtors) |
| 07/21/2006 | 942 | Notice of Withdrawal of Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 07/24/2006 | 955 | Declaration of THOMAS J. ALLISON In Support Of Application By Debtor And Debtor-In-Possession for Authorization To Forbear On Four HFA Loans |
| 07/25/2006 | 974 | Order Approving Continued Use of Cash Through August 6, 2006 Pursuant to Revised Budget |
| 07/25/2006 | 976 | Notice of Filing of Loan Summary As Of June 30, 2006 |
| 07/27/2006 | 984 | Amended Notice of Hearing. |
| 07/27/2006 | 987 | Limited Opposition to Motion to Distribute Funds |
| 07/27/2006 | 988 | Joint Opposition |

5

| 07/27/2006 | 992 | Limited Opposition to Debtors' Motion for Order Approving Continued Use of Cash through October 29, 2006 Pursuant to Third Revised Budget |
|---|---|---|
| 07/27/2006 | 995 | Response to Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 07/27/2006 | 996 | Declaration of Edward M. Burr in Support of Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 07/27/2006 | 997 | Opposition Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY |
| 07/27/2006 | 1000 | Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
| 08/02/2006 | 1084 | Omnibus Reply to the Responses and Oppositions Filed Against the Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 08/02/2006 | 1090 | Declaration of THOMAS J. ALLISON In Support Of Debtors' Motions To Be Heard August 4, 2006 |
| 08/02/2006 | 1091 | Reply In Support Of Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Third Revised Budget |
| 08/02/2006 | 1092 | Reply In Support Of Debtors' Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds |
| 08/29/2006 | 1203 | Modified Motion To Distribute Funds And Proposed Procedures For Ongoing Distributions |
| 08/31/2006 | 1223 | Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 (Affects All Debtors) |
| 09/06/2006 | 1247 | Notice of Entry of Order with Certificate of Service of |

| | | |
|---|---|---|
| | | Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 |
| 09/07/2006 | 1252 | Emergency Motion to Extend Exclusivity Period To File A Plan To September 15, 2006 |
| 09/14/2006 | 1282 | Order Approving Debtors' Continued Use of Cash Through October 29, 2006 Pursuant to Third Revised Budget |
| 09/15/2006 | 1299 | Motion to Extend Exclusivity Period To Confirm Plans of Reorganization To December 31, 2006 |
| 09/20/2006 | 1329 | Notice of Filing of Loan Summary As of August 31, 2006 (Affects All Debtors) |
| 09/26/2006 | 1381 | Notice of Hearing of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/27/2006 | 1388 | Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 09/27/2006 | 1393 | Ex Parte Motion for Order Shortening Time To Hear the Motion For Order Scheduling An Auction For The Sale Of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/27/2006 | 1394 | Declaration In Support Of Ex Parte Application For An Order Shortening Time To Hear the Motion For Order Scheduling An Auction For The Sale Of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/29/2006 | 1419 | Order Granting Ex Parte Motion for Order Shortening Time to Hear Motion for Order Scheduling an Auction for the sale of certain assets, Appointing SPCP GROUP, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 09/29/2006 | 1420 | Notice of Hearing on Disclosure Statement For Debtors' Joint Plan of Reorganization Dated September 5, 2006 |
| 10/02/2006 | 1424 | Modified Order Authorizing Interim Distribution and |

|  |  | Holdbacks |
|---|---|---|
| 10/04/2006 | 1435 | Declaration of THOMAS J. ALLISON In Support Of Motion To Authorize Debtor USA COMMERCIAL MORTGAGE For Palm Harbor One Loan, To Provide The Previously Authorized Subordination Of The Marlton Square 2nd Loan In Connection With The Payoff of the Marlton Square 1st loan, To Authorize a Short-Term Forbearance For The Marlton Square 1st Loan, And To Generally Authorize Short-Term Loan Forbearances And Full Releases And Reconveyances For Loans Paid Off In Full [Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC] *COMPANY As Loan Servicer To Approve Loan Modification* |
| 10/05/2006 | 1451 | Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget (Affects All Debtors) |
| 10/05/2006 | 1452 | Notice of Hearing of Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget |
| 10/06/2006 | 1456 | Order Extending the Debtors' Exclusivity Period Until Motion Extending Exclusivity Period is Heard and Determined |
| 10/18/2006 | 1570 | Response In Support of Debtor's Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/18/2006 | 1572 | Reply with Certificate of Service In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 10/18/2006 | 1573 | Joinder Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO |
| 10/18/2006 | 1578 | Declaration of THOMAS J ALLISON In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder |

8

| | | |
|---|---|---|
| | | And Approving Bid Procedures And Protections (Affects All Debtors) |
| 10/18/2006 | 1579 | Reply in Support of Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP, LLC as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/18/2006 | 1581 | Joinder Filed by ANDREW M. PARLEN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
| 10/18/2006 | 1590 | Notice of Filing of Operating Agreement of USA Capital Diversified Trust Deed Fund, LLC |
| 10/18/2006 | 1591 | Notice of Filing of Operating Agreement of USA Capital First Trust Deed Fund, LLC |
| 10/19/2006 | 1600 | Certificate of Service |
| 10/20/2006 | 1619 | Opposition with Certificate of Service To Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 10/20/2006 | 1620 | Notice of Filing of Fourth Revised Budget Pursuant To Motion For Order Approving Continued Use of Cash Through January 31, 2007 |
| 10/20/2006 | 1621 | Notice of Filing of Loan Summary as of September 30, 2006 (Affects All Debtors) |
| 10/23/2006 | 1633 | Supplemental Declaration of THOMAS J. ALLISON In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 10/23/2006 | 1634 | Declaration of David Daniel Husak in Support of Debtors' Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/23/2006 | 1635 | Declaration of Dale Cooney in Support of Debtors' Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and |

9

|  |  | Approving Bid Procedures and Protections |
| --- | --- | --- |
| 10/23/2006 | 1638 | FTDF Committee Statement in Support |
| 10/23/2006 | 1639 | Declaration of MATTHEW KVARDA |
| 10/23/2006 | 1641 | Declaration of Michael A. Tucker Regarding Diversified Trust Deed Fund Committee's Support and Approval |
| 10/24/2006 | 1649 | Response to Motion to Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan, to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the Payoff of the Marlton Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton Square 1st Loan, and to Generally Authorize Short-Term Loan Forbearances and Full Releases and Reconveyances for Loans Paid Off in Full |
| 10/24/2006 | 1661 | Motion to Convert Case to Chapter 7 |
| 10/25/2006 | 1667 | Joinder in Debtors' Opposition to Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 10/27/2006 | 1683 | Opposition of the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC to UNITED STATES TRUSTEE'S Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1684 | Declaration of MATTHEW KVARDA in Support of Opposition of the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC to UNITED STATES TRUSTEE'S Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1686 | Response to the United States Trustee's Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1690 | Reply In Support Of Motion For Order Approving Continued Use Of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget (Affects All Debtors) |
| 10/27/2006 | 1693 | Opposition to the United States Trustee's Motion To Convert |

|  |  |  |
|---|---|---|
|  |  | Cases To Proceedings Under Chapter 7 |
| 10/27/2006 | 1697 | Opposition By Debtors To The United States Trustee's Motion To Convert Cases To Proceedings Under Chapter 7 |
| 10/27/2006 | 1698 | Declaration Of THOMAS J. ALLISON In Opposition To U.S. Trustee's Motion To Convert Cases |
| 10/31/2006 | 1709 | Errata to Notice of Filing of First Amended And Restated Asset Purchase Agreement |
| 11/01/2006 | 1711 | Order Denying the UNITED STATES TRUSTEE's Motion to Convert Cases to Proceedings Under Chapter 7 |
| 11/06/2006 | 1727 | Amended Stipulation and Order Extending Time to File Responsive Pleadings to Disclosure Statement for Debtors' Joint Plan of Reorganization Dated September 15, 2006 and any Amended Disclosure Statement |
| 11/06/2006 | 1728 | Order Granting Motion to Increase the Debtors' 180-Day Exclusive Period to Confirm Plans of Reorganization to December 31, 2006 |
| 11/06/2006 | 1739 | Supplemental Declaration of THOMAS J. ALLISON In Support of Motion To Authorize Debtor USA COMMERCIAL MORTGAGE COMPANY As Loan Servicer To Authorize a Short-Term Forbearance For The Marlton Square 1st Loan |
| 11/06/2006 | 1741 | Amended Chapter 11 Plan Number Second Amended |
| 11/07/2006 | 1742 | NOTICE OF FILING OF DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND NOTICE OF TIMING OF FILING OF DISCLOSURE STATEMENT |
| 11/07/2006 | 1750 | Notice of Filing of Revised First Amended and Restated Asset Purchase Agreement (Affects All Debtor) |
| 11/07/2006 | 1753 | Errata To Debtors' Second Amended Plan Of Reorganization |
| 11/07/2006 | 1754 | Notice OF FILING COVER SHEET SUMMARY OF DISCLOSURE STATEMENT FOR DEBTORS' SECOND |

| | | |
|---|---|---|
| | | AMENDED JOINT PLAN OF REORGANIZATION DATED NOVEMBER 6, 2006 |
| 11/07/2006 | 1755 | Disclosure Statement FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION DATED NOVEMBER 6, 2006 |
| 11/09/2006 | 1766 | Notice of Filing of (A) Proposed Notice of Confirmation Hearing and Related Deadlines; (B) Proposed Solicitation And Notice Procedures; And (C) Proposed Form of Ballots |
| 11/16/2006 | 1807 | Notice Of Sale Of Property, Bid Procedures And Invitation For Higher & Better Offers |
| 11/17/2006 | 1815 | Certificate of Service |
| 11/20/2006 | 1821 | Declaration of THOMAS J. ALLISON In Support of Debtor's Motion To Return Investor Funds Held In Escrow (Affects USA Commercial Mortgage Company) |
| 11/20/2006 | 1823 | Monthly Operating Report for Filing Period Ending OCTOBER 2006 |
| 11/20/2006 | 1824 | Monthly Operating Report for Filing Period Ending OCTOBER 2006 |
| 11/20/2006 | 1825 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/20/2006 | 1826 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/20/2006 | 1827 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/22/2006 | 1850 | Joint Motion for Approval of Procedures of the Four Official Committees to Approve Supplemental Disclosure Pursuant to 11 U.S.C. Section 1125 |
| 11/27/2006 | 1856 | Transcript. Date of Hearing: October 30, 2006 |
| 11/27/2006 | 1862 | (FOR IN-CAMERA REVIEW ONLY - PROPOSED FILING UNDER SEAL) Declaration of GREGORY E. GARMAN |

| | | |
|---|---|---|
| | | ESQ. in Support of Joint Motion of the Four Official Committees to Approve Supplemental Disclosure Pursuant to 11 U.S.C. § 1125 |
| 11/29/2006 | 1886 | Notice Of Schedule Of Executory Contracts And Unexpired Leases In Connection With Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization |
| 11/29/2006 | 1887 | Supplement Direct Lender Supplement To Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization |
| 11/30/2006 | 1888 | Amended Notice of Appointment of Creditors' Committee (affects Debtor USA Commercial Mortgage Company) |
| 11/30/2006 | 1905 | Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing |
| 12/01/2006 | 1907 | Order Approving Joint Motion of the Four Official Committees to Approve the Supplemental Disclosure Pursuant to 11 U.S.C. § 1125 |
| 12/04/2006 | 1925 | Opposition To Emergency Motion Of SPCP Group, LLC, To Compel Compliance With Bid Procedures Order, Disclosure Of Competing Bids, Expedited Discovery And Expedited Hearing |
| 11/30/2006 | 1927 | Motion to Temporarily Allow Claim of BINFORD MEDICAL DEVELOPERS, LLC for Voting Purposes |
| 11/30/2006 | 1928 | Motion to Temporarily Allow Claim of COPPER SAGE COMMERCE CENTER, LLC for Voting Purposes |
| 12/05/2006 | 1952 | Notice of Qualified Bidder |
| 12/05/2006 | 1953 | Errata to Notice of Qualified Bidder (Exhibit 1-executed Asset Purchase Agreement) |
| 12/06/2006 | 1970 | Emergency Motion of Desert Capital Reit, Inc. for Order Determining Status as a qualified Bidder Under Bid Procedures |
| 12/08/2006 | 2001 | Plan Documents Supplement and Notice of Disclosures |

| 12/08/2006 | 2002 | USACM Committee's Plan Documents Supplement And Disclosure |
|---|---|---|
| 12/11/2006 | 2021 | Objection to Claim 819 of SPECTRUM FINANCIAL |
| 12/11/2006 | 2023 | Objection to Claim 1099 of DEL AND ERNESTINE BUNCH |
| 12/11/2006 | 2033 | Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS |
| 12/11/2006 | 2036 | Objection to Claim 155 of GATEWAY STONE ASSOCIATES, LLC |
| 12/11/2006 | 2041 | Objection To Motion to Temporarily Allow Claim of BINFORD MEDICAL DEVELOPERS, LLC for Voting Purposes |
| 12/15/2006 | 2124 | Motion to Allow Claims or Interests (Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes) |
| 12/15/2006 | 2136 | Brief USACM Unsecured Committee's Reply Brief In Support Of Plan Confirmation - Fraudulent Transfer, Setoff, And Use Of 2% Holdback To Pay Direct Lenders Committee's Professional Fees |
| 12/15/2006 | 2137 | Declaration Of DAVID BLATT Of COMPASS PARTNERS LLC In Support Of Confirmation Of Debtors' Third Amended Joint Plan Of Reorganization (Filed on behalf of Compass Partners) |
| 12/15/2006 | 2139 | Objection to Claim 1660 of Robert J. Kehl & Ruth Ann Kehl |
| 12/18/2006 | 2161 | Certificate of Service of Solicitation Package |
| 12/18/2006 | 2199 | Notice Of Filing Of Form Of Disbursing Agent Agreements |
| 12/20/2006 | 2215 | Opposition to Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 12/21/2006 | 2233 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |

| 12/21/2006 | 2234 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| --- | --- | --- |
| 12/21/2006 | 2235 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2236 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2238 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2243 | Supplemental Affidavit Of Balloting Agent Regarding Solicitation And Tabulation Of Votes In Connection With The Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization |
| 12/22/2006 | 2258 | Amended Notice Of Filing Of Form Of Disbursing Agent Agreements |
| 01/02/2007 | 2336 | Supplemental Opposition To Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 01/08/2007 | 2378 | Reply In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS |
| 01/08/2007 | 2379 | Reply In Support of Objection to Claim 155 of GATEWAY STONE ASSOCIATES, LLC |
| 01/10/2007 | 2391 | Order To Temporarily Allow Claim For Voting Purposes |
| 01/12/2007 | 2422 | Stipulation By USA COMMERCIAL MORTGAGE COMPANY and Between GATEWAY STONE ASSOCIATES, LLC Continuing Hearing on USA Commercial Mortgage Company's Objection to Proof of Claim No. 155 Filed By Gateway Stone Associates, LLC |
| 01/16/2007 | 2427 | Supplemental Brief In Support of Objection To The Claim No. 1099 Filed By DEL AND ERNESTINE BUNCH with Certificate of Service |
| 01/17/2007 | 2437 | Stipulation to Continue Hearing on Roland P. Weddell and |

|  |  | Spectrum Financial Group, LLC's Proofs of Claim |
|---|---|---|
| 01/19/2007 | 2508 | Order Denying Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 01/22/2007 | 2519 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2520 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2521 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2522 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2523 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/23/2007 | 2524 | Opposition to Motion for Stay Pending Appeal |
| 01/23/2007 | 2525 | Declaration of Thomas J. Allison in Support of Opposition to Motion for Stay Pending Appeal |
| 01/23/2007 | 2527 | Joinder in Debtors' Opposition to Motion for Stay Pending Appeal |
| 01/23/2007 | 2528 | Joinder of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC in Opposition to Motion for Stay Pending Appeal |
| 01/23/2007 | 2533 | Notice of Intent Not to File a Motion for Stay Pending Appeal in the Bankruptcy Court |
| 01/23/2007 | 2535 | Joinder in Debtors' Opposition to Motion for Stay Pending Appeal |
| 01/29/2007 | 2593 | Transcript. Date of Hearing: December 7, 2006 |
| 01/29/2007 | 2599 | Order Continuing Hearing on Objection to Claim of Del and Ernestine Bunch |

| *Transcript request to be filed* | | Transcript. Date of Hearing: May 3, 2006 |
|---|---|---|
| *Transcript request to be filed* | | Transcript. Date of Hearing: May 18, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: June 5, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: June 21, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: July 25, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: August 4, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: August 31, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: September 13, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: October 19, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: October 30, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: November 13, 2006 |
| *Transcript request to be filed* | | Transcript. Date of Hearing: November 28, 2006 |

| **DATE FILED** | **DOCKET NUMBER IN BANKR. CASE NO. 06-10726** | **ITEM DESIGNATED** |
|---|---|---|
| 04/13/06 | [1](#) | Chapter 11 Voluntary Petition (USA Realty Advisors, LLC) |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10727 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Chapter 11 Voluntary Petition (USA Capital Diversified Trust Deed Fund, LLC) |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10728 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Chapter 11 Voluntary Petition (USA Capital First Trust Deed Fund, LLC) |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10729 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Voluntary Chapter 11 Petition (USA Securities, LLC) |