Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on February 6, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF DEBTORS' OPPOSITION TO THE MOTION FOR RELIEF FROM STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR COLT GATEWAY LOAN FILED BY ESTATE OF DANIEL TABAS AND FERTITTA ENTERPRISES, INC. AND DECLARATION OF THOMAS J. ALLISON**<br><br>Date: February 15, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

**CERTIFICATE OF SERVICE**

1. On February 5, 2007, I served the following document(s):

    a. Debtors' Opposition to the Motion for Relief from Stay to Terminate Loan Servicing Agreement for Colt Gateway Loan Filed By Estate of Daniel Tabas and Fertitta Enterprises, Inc.; and

    b. Declaration of Thomas J. Allison in Support of Debtors' Opposition to the Motion for Relief from Stay Filed by Estate of Damiel Tabas and Ferrita Enterprises, Inc.

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

1  LOUIS M. BUBALA    lbubala@jonesvargas.com,
2  tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

3  MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-
4  reynolds.com

5  CANDACE C CARLYON    ltreadway@sheacarlyon.com,
   ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyo
6  n.com

7  ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

8  MICHAEL W! . CHEN    yvette@ccfirm.com
9

10  KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

11  JANET L. CHUBB    tbw@jonesvargas.com

12  WILLIAM D COPE    cope_guerra@yahoo.com
13

14  CICI CUNNINGHAM    bankruptcy@rocgd.com

15  LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
    ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
16

17  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

18  THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

19  SCOTT D. FLEMING    sfleming@halelane.com,
20  dbergsing@halelane.com,ecfvegas@halelane.com

21  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

22  DOUGLAS D! . GERRARD    DGERRARD@GERRARD-COX.COM
23

24  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

25  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
    Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
26

27  GERALD M GORDON    bankruptcynotices@gordonsilver.com

28  R. VAUGHN GOURLEY    vgourley@lvcm.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 2 | JAMES D. GREENE    bknotice@schrecklaw.com |
| 3-4 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 5-6 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;l!treadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 7 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 8-9 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 10 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 11 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 12-14 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 15-16 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 17 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 18 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 19 | EVAN L. JAMES    ejameslv@e!arthlink.net, kbchrislaw@aol.com |
| 20-21 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 22 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 23-24 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com |
| 25-26 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 27 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 28 | JOHN J. LAXAGUE    jlaxague@caneclark.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

2  NILE LEATHAM    nleatham@klnevada.com,
3  ckishi@klnevada.com;bankruptcy@klnevada.com

4  ROBERT C. LEPOME    rlepome@cox.net! , smstanton@cox.net

5  ANNE M. L! ORADITCH    ecffilings@beckleylaw.com,
6  aloraditch@beckleylaw.com;pkois@beckleylaw.com

7  PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
8  lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

9  JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

10 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
11

12 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

13 RICHARD MCKNIGHT    mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;cburke@lawlasvegas.com
14

15 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

16 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

17
   SHAWN W MILLER    bankruptcy! filings@sheacarlyon.com,
18 smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;r
   smith@sheacarlyon.com
19

20 DAVID MINCIN    mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
21

22 JOHN F MURTHA    jmurtha@woodburnandwedge.com

23 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

24
   VICTORIA L NELSON    bkecf@nevadafirm.com,
25 vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberi
   o@nevadafirm.com
26

27 BOB L. OLSON    ecffilings@beckleylaw.com,
   bolson@beckleylaw.com;dgriffis@beckleylaw.com
28
   DONNA M. OSBORN    ebaker@marquisaurbach.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

2  !

3  CHRISTINE M PAJAK   &n! bsp cpaj ak@stutman.com, ekarasik@stutman.com

4  ANDREW M. PARLEN    aparlen@stutman.com

5  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

6

7  PAUL C RAY    info@johnpeterlee.com

8  CHRISTINE A ROBERTS    bankruptcy@rocgd.com

9  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

10  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

11

12  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

13

14  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.! com;rmsmith@sheacarlyon.com

15

16  AMBRISH S. SIDHU    ecf@lslawnv.com

17  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

18

19  ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

20

21  DAVID A. STEPHENS    dstephens@lvcm.com

22  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

23  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

24  AMY N. TIRRE    , lmccarron@kkbrf.com

25

26  AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

27  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

28  G! REGORY J. WALCH    GWalch@Nevadafirm.com
RUSSELL S. WALKER    rwalker@wklawpc.com,

1   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

2   WHITNEY B. WARNICK     wbw@albrightstoddard.com,
3   bstessel@albrightstoddard.com

4   WILLIAM J. WRAY     wjw@oreillylawgroup.com,
5   rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

7   JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

8   MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

9   ANTHONY A. ZMAILA     azmaila@nevadafirm.com,
10  bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

11  ☐   b.   **By United States mail, postage fully prepaid**:

12  ☐   c.   **By Personal Service**

        I personally delivered the document(s) to the persons at these addresses:

        ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

20  ☐   d.   **By direct email (as opposed to through the ECF System)**

        Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

24  ☐   e.   **By fax transmission**

        Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

28  ///

1   ☐    f.    **By messenger**

2         I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

4 **I declare under penalty of perjury that the foregoing is true and correct.**

5 Signed on:    February 5, 2007

6 Sarah Arnold                          /s/    Sarah Arnold
(Name of Declarant)                    (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122