```
                    U.S. Bankruptcy Appellate Panel
                         of the Ninth Circuit
           125 South Grand Avenue, Pasadena, California 91105         RECEIVED & FILED
              Appeals from Central California   (626) 229-7220
              Appeals from all other Districts  (626) 229-7225
                                                                      '07 FEB -5 P2:16
TO:           Clerk, Bankruptcy Court - Las Vegas, NV

DEBTOR(S):    USA COMMERCIAL MORTGAGE; USA CAPITAL REALTY ADVISORS, LLC;
              USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL
              FIRST TRUST DEED FUND, LLC & USA SECURITIES, LLC

BAP NO.:      NV-07-1042

BK. NO.:      S-06-10725-LBR; S-06-10726-LBR; S-06-10727-LBR;
              S-06-10728-LBR & S-06-10719-LBR

INTERNAL BK. CT. NO.:   07-05
```

The Bankruptcy Appellate Panel has received and docketed the notice of appeal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

    Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

    Date: February 2, 2007

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:
```
     1._PAID__No Filing Fees paid [PAID: 01/26/07; RCPT#: 3823178]
     2._____No Designation of Record
     3._____No Statement of Issues
     4._____No Notice Regarding the Transcript
     5._____No Reporter's Transcript(s)
              Reporter name:_____
                      phone:_____
              Judge:_____
              Transcript date(s):_____
     6._____No Transcript Fees paid
     7._____Extension of Time Granted to Reporter:
              New deadline:_____
     8._____Other:_____
```

B) DEPUTY CLERK PROCESSING THIS APPEAL
```
     1. Name:_____
     2. Phone:_____
     3. Date:_____
```

BAP#NV-07-1042

RECEIVED
AND FILED

JAN 29  11 07 AM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

# TRANSMITTAL FORM

TO: **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 South Grand Avenue, Pasadena, CA 91105

FROM: **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
District Office No. 0978/2

| | |
|---|---|
| CASE NAME | USA COMMERCIAL MORTGAGE COMPANY |
| BANKRUPTCY NO | BK-S  06-10725-LBR |
| ADVERSARY NO | |
| REFERENCE NO | APPEAL REF  07-05 |
| BANKRUPTCY JUDGE | LINDA B. RIEGLE |
| DATE NOTICE OF APPEAL FILED | 1/26/07 |
| DATE OF ENTRY OF ORDER APPEALED | EOD  1/19/07 |
| DATE BANKRUPTCY FILED | 4/13/06 |
| DATE NOTICE OF APPEAL AND NOTICE OF OBJECTION PERIOD MAILED TO PARTIES | 1/29/07 |
| DATE OF TRANSMITTAL | 1/29/07 |

RECEIVED
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

FEB  1 2007

FILED _____
DOCKETED  2/2/07   U.S.B.
         DATE          INITIAL

/S/ WILLIAM M. LAKAS
DEPUTY CLERK

( 1 )