Filed 2-6-07 Electronically

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: February 15, 2007<br>Time: 9:30 a.m. |

**DECLARATION OF MATT KVARDA IN SUPPORT OF MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS**

I, Matt Kvarda, hereby declare and state as follows:

1. On April 13, 2006, the following related entities filed for relief under Chapter 11 of the Bankruptcy Code: (1) USA Commercial Mortgage Company ("USACM"); (2) USA Capital First Trust Deed Fund, LLC ("FTDF"); (3) USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); (4) USA Securities, LLC; and (5) USA Capital Realty Advisors, LLC (collectively, the "Debtors").

2. On May 10, 2006, the United States Trustee appointed the following official committees to represent the interests of their respective constituents in these bankruptcy cases: (1) the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders Committee"); (2) the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "UCC"); (3) the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"); and (4) the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee").

3. I am a Managing Director of Alvarez & Marsal, LLC, the Court-approved financial advisor to the FTDF Committee since June 1, 2006.

4. I have reviewed the facts stated in the Motion to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (the "Motion").

5. In connection with the distributions authorized to be made by this Court, FTDF has undertaken the task of establishing reserves for all scheduled or filed claims, as well as accrued administrative claims.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

6.  However, FTDF has not been able to determine the appropriate reserve due to the existence of unliquidated and/or disputed claims which have yet to be either liquidated or disallowed (the "Unliquidated Claims"). As a result, FTDF has withheld the monthly distributions to its Members.

7.  To my knowledge, the list of Unliquidated Claims attached to the Motion as Exhibit 1 represents an accurate and exhaustive list of all such claims.

8.  The members of FTDF have not received a distribution since September of 2006.

9.  The current amount available to be distributed to the FTDF Members is in excess of $10,000,000.

10. The principal balance remaining in the FTDF loan portfolio currently exceeds $49 million. Whether or not the anticipated sale of FTDF's loan portfolio to Compass Partners, LLC, closes, the cash that these remaining loans can be expected to generate will be more than adequate to satisfy any of the Unliquidated Claims that may ultimately be liquidated and allowed against the FTDF estate.

11. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this 5th day of February, 2007.

_____
MATT KVARDA