RICHARD W. ESTERKIN (California Bar No. 70769)
ASA S. HAMI (California Bar No. 210728)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
e-mail: resterkin@morganlewis.com
e-mail: ahami@morganlewis.com

ROBERT P. GOE (California Bar No. 137019)
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, California 92660
Tel.: 949.467.3780
Fax: 949.721.0409
e-mail: rgoe@goeforlaw.com

Attorneys for
SCC Acquisition Corp.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor. | Chapter Number: 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor. | **REQUEST FOR SPECIAL NOTICE (SCC ACQUISITION CORP.)**<br><br>[No Hearing Required] |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/922533.1

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

SCC Acquisition Corp. ("SCC"), an interested party, hereby requests:

1. That it be served with copies of any and all documents and pleadings filed or lodged in the above-captioned matters, including but not limited to any and all notices, petitions, applications, motions, orders and injunctions;

2. That it receive timely notice of the date, time and place of any and all hearings scheduled in this matter; and

3. That it receive timely notice of the existence of any and all deadlines or time limits for filing claims, for asserting the rights of an interested party or for making objections to proposed orders or transactions in this matter, together with any forms that it must use in order to file such claims, assert such rights or make such objections.

The above-described copies, notices and forms shall be provided to SCC as follows:

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone: 213-612-2500
Facsimile: 213-612-2501
e-mail: resterkin@morganlewis.com
e-mail: ahami@morganlewis.com

and

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, California 92660
Tel.: 949.467.3780
Fax: 949.721.0409
e-mail: rgoe@goeforlaw.com

Dated: February 6, 2007

By /s/ Asa S. Hami
Asa S. Hami (CA State Bar No. 210728)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213-612-2500

Attorneys for SCC Acquisition Corp.