| | |
|---|---|
| Jeffrey A. Cogan, Esq.<br>Nevada Bar No. 4569<br>333 North Rancho Drive, Suite 825<br>Las Vegas, NV 89106<br>Telephone: (702) 474-4220<br>Facsimile: (702) 474-4228<br>E-mail: jeffrey@jeffreycogan.com | E-filed on February 7, 2007 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br><br>Debtor.<br>_____<br>Affects:<br>☒   All Debtors | Case No.:   BK-S-06-10725-LBR<br>            BK-S-06-10726-LBR<br>            BK-S-06-10727-LBR<br>            BK-S-06-10728-LBR<br>            BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br>Date: **January 17, 2007**<br>Time:  **9:30 a.m.**<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION OF JEFFREY A. COGAN, ESQ. TO WITHDRAW AS ATTORNEY FOR R&N REAL REAL ESTATE INVESTMENTS AND ROBERT VERCHOTA** |

PLEASE TAKE NOTICE that the Order Granting Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for R&N Real Estate Investments and Robert Verchota was entered herein

/ / /

on the 23rd day of January, 2007, a copy of such order being attached hereto.

Dated this 7th day of February, 2007.

                    LAW OFFICES OF
                    JEFFREY A. COGAN, CHARTERED

By: /s/ Jeffrey A. Cogan, Esq.
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
333 North Rancho Drive
Suite 825
Las Vegas, Nevada 89106

## CERTIFICATE OF SERVICE

1. On January 7, 2007, I served the following document(s): **Notice of Entry of Order Granting Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for R & N Real Estate Investments and Robert Verchota**; and **Certificate of Service.**

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒ **a. ECF System** (*you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

| | |
|---|---|
| 1 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 2 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 3 | JOHN HINDERAKER    JHindera@LRL.com |
| 4, 5 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 6 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 7 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 8 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 9 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 10 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 11 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 12 | ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com |
| 13 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 14 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 15 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 16 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 17 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 18, 19 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 19, 20 | PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com |
| 21 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 22 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 23 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 24 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 25 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 26 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 27, 28 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,

eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,
mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☒    **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

ROBERT VERCHOTA
8365 S. BONITA VISTA ST.
LAS VEGAS, NV  89148

ROBERT VERCHOTA, GENERAL PARTNER
R & N REAL ESTATE INVESTMENTS
8365 S. BONITA VISTA ST.
LAS VEGAS, NV  89148

☐    **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d. By direct email (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Page 6

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: February 7, 2007

| Jeffrey A. Cogan, Esq. | /s/ Jeffrey A. Cogan, Esq. |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

Entered on Docket
January 23, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
333 North Rancho Drive, Suite 825
Las Vegas, NV 89106
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, R & N Real Estate Investments and
Interested Party, Robert Verchota

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) Case No.: BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | ) BK-S-06-10726-LBR |
|  | ) BK-S-06-10727-LBR |
| Debtor. | ) BK-S-06-10728-LBR |
|  | ) BK-S-06-10729-LBR |
| In re: | ) Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) **Jointly Administered Under** |
| Debtor. | ) **Case No. BK-S-06-10725-LBR** |
| In re: | ) Date: **January 17, 2007** |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Time: **9:30 a.m.** |
| Debtor. | ) **ORDER GRANTING MOTION OF** |
|  | ) **JEFFREY A. COGAN, ESQ. TO** |
| In re: | ) **WITHDRAW AS ATTORNEY FOR** |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | ) **R&N REAL ESTATE INVESTMENTS** |
|  | ) **AND ROBERT VERCHOTA** |
| Debtor. | ) |
| In re: | ) |
| USA SECURITIES, LLC, | ) |
| Debtor. | ) |
| Affects: | ) |
| ☒ All Debtors | ) |

Page 1

This matter having come on for hearing on January 17, 2007, on the Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for Creditor, R & N Real Estate and Interested Party, Robert Verchota, and being otherwise fully advised in the premises,

NOW THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Jeffrey A. Cogan's Motion to Withdraw as Attorney of Record for Creditor, R & N Real Estate and Interested Party, Robert Verchota is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all further notices to R & N Real Estate Investments and Robert Verchota may be made as follows:

> Robert Verchota, General Partner
> R & N Real Estate Investments
> 8365 S. Bonita Vista St.
> Las Vegas, Nevada 89148
>
> Robert Verchota
> 8365 S. Bonita Vista St.
> Las Vegas, Nevada 89148

Dated this 19th day of January, 2007.

Respectfully submitted by:

LAW OFFICES OF
JEFFREY A. COGAN, CHARTERED


By: /s/ Jeffrey A. Cogan, Esq.
    Jeffrey A. Cogan, Esq.
    Nevada Bar No. 4569
    333 North Rancho Drive, Suite 825
    Las Vegas, Nevada 89106

///

///

///

<u>Alternative Method re: Rule 9021</u>

_____    The court waived the requirements of LR 9021.

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    _____    approved the form of this order
    _____    waived the right to review the order and/or
    _____    failed to file and serve papers in accordance with LR 9021(c)

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

   \_\_x\_\_    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

# # #