**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on February 7, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** <br><br> **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** <br><br> **USA Capital Realty Advisors, LLC** <br> **06-10726** <br><br> **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10728** <br><br> **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** <br><br> **USA Securities, LLC** <br> **06-10729** <br><br> **Debtors.** | Jointly Administered <br><br> Chapter 11 Cases <br><br> Judge Linda B. Riegle Presiding <br><br> **Joinder in Debtors' Opposition to Motion for Relief from Stay to Terminate Loan Servicing Agreement for Colt Gateway filed by Estate of Daniel Tabas and Ferrita Enterprises, Inc.** <br><br> Date: February 15, 2007 <br> Time: 9:30 a.m. <br> **Affecting:** <br> ¨ All Cases <br> **or Only:** <br> × USA Commercial Mortgage Company <br> ¨ USA Capital Realty Advisors, LLC <br> ¨ USA Capital Diversified Trust Deed Fund, LLC <br> × USA Capital First Trust Deed Fund, LLC <br> ¨ USA Securities, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company joins in the Debtors' Opposition to the Motion for Relief from Stay to Terminate Loan Servicing Agreement for Colt Gateway Loan filed by Estate of Daniel Tabas and Ferrita Enterprises, Inc. [DE 2457].

1808071.1



**LEWIS AND ROCA LLP**
LAWYERS

1 | Dated February 7, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*