```
 1  RICHARD W. ESTERKIN (California Bar No. 70769)
    ASA S. HAMI (California Bar No. 210728)
 2  MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
 3  Twenty-Second Floor
    Los Angeles, CA  90071-3132
 4  Tel: 213.612.2500
    Fax: 213.612.2501
 5  e-mail: resterkin@morganlewis.com
    e-mail: ahami@morganlewis.com
 6
    ROBERT P. GOE (California Bar No. 137019)
 7  GOE & FORSYTHE
    660 Newport Center Drive, Suite 320
 8  Newport Beach, California 92660
    Tel.: 949.467.3780
 9  Fax: 949.721.0409
    e-mail: rgoe@goeforlaw.com
10
    Attorneys for
11  SCC Acquisition Corp.
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　Debtor. | Chapter Number: 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　Debtor. | **CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE (SCC ACQUISITION CORP.)**<br><br>[No Hearing Required] |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1-LA/923894.1

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

On February 7, 2007, I served the within document(s):

**CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE (SCC ACQUISITION CORP.)**

[X] by **ECF System**. See attached Notice of Electronic Filing from the Court.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at Los Angeles, California addressed as set forth on the **attached "Service List."**

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 7, 2007, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Janice Ogle
Morgan, Lewis & Bockius LLP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1

2

IN RE: USA COMMERCIAL MORTGAGE COMPANY
USBC, District of Nevada Case No.: BK-S-06-10725-LBR
SERVICE LIST

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201-2784

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

FLOCERFIDA BENINCASA
9359 ROPING COW BOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

PETER C BERNHARD
3980 HOWARD HUGHES PKY #550
LAS VEGAS, NV 89109

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

| | |
|---|---|
| 1 | ELISSA F CADISH |
| 2 | 3930 HOWARD HUGHS PKWY, 4TH FLR<br>LAS VEGAS, NV 89169 |
| 3 | |
| 4 | A. WILLIAM CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 |
| 5 | |
| 6 | RANEE L. CEGLIA<br>3720 POCOHENA COURT |
| 7 | WASHOE VALLEY, NV 89704 |
| 8 | JANET L. CHUBB<br>JONES VARGAS |
| 9 | 3773 HOWARD HUGHES PARKWAY<br>THIRD FLOOR SOUTH |
| 10 | LAS VEGAS, NV 89109 |
| 11 | |
| 12 | WILLIAM D COPE<br>595 HUMBOLDT ST<br>RENO, NV 89509 |
| 13 | |
| 14 | ROBERT A. COWMAN<br>1525 WINTERWOOD AVENUE |
| 15 | SPARKS, NV 89434 |
| 16 | SANDRA L. COWMAN<br>1525 WINTERWOOD AVENUE |
| 17 | SPARKS, NV 89434 |
| 18 | |
| 19 | VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 |
| 20 | |
| 21 | GEORGE DAVIS<br>WEIL GOTHAL & MANGES LLP |
| 22 | 767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| 23 | |
| 24 | ALLAN B. DIAMOND<br>DIAMOND MCCARTHY, LLP |
| 25 | 909 FANNIN, SUITE 1500<br>HOUSTON, TX 77010 |
| 26 | |
| 27 | FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89101 |
| 28 | |

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

ARLEY D. FINLEY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PARKWAY, SUITE 400
AUSTIN, TX 78730

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY
SUITE 500
NO. LAS VEGAS, NV 89169

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S. CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

| | |
|---|---|
| 1 | PAUL A. JACQUES |
| | 810 SE 7TH ST A-103 |
| 2 | DEERFIELD BEACH, FL 33441 |
| 3 | |
| | ANNETTE W JARVIS |
| 4 | PO BOX 45385 |
| | SALT LAKE CITY, UT 84145 |
| 5 | |
| | HARRY JESSUP |
| 6 | 2009 WESTLUND DR. |
| 7 | LAS VEGAS, NV 89102 |
| 8 | HELEN B. JESSUP |
| | 2009 WESTLUND DR. |
| 9 | LAS VEGAS, NV 89102 |
| 10 | |
| | ERIN E. JONES |
| 11 | DIAMOND MCCARTHY, LLP |
| | 909 FANNIN, SUITE 1500 |
| 12 | HOUSTON, TX 77010 |
| 13 | RICHARD E KAMMERMAN |
| | RICHARD KAMMERMAN PC |
| 14 | 7200 N MOPAC, SUITE 150 |
| 15 | AUSTIN, TX 78731 |
| 16 | CONSTANTINE KARIDES |
| | REED SMITH LLP |
| 17 | 599 LEXINGTON AVENUE |
| | NEW YORK, NY 10022 |
| 18 | |
| 19 | LINDA KETTERMAN |
| | 321 N. 19TH STREET |
| 20 | ENID, OK 73701 |
| 21 | RAY KETTERMAN |
| | 321 N. 19TH STREET |
| 22 | ENID, OK 73701 |
| 23 | |
| | EDWARD KLINE |
| 24 | 9932 ARBUCKLE DRIVE |
| | LAS VEGAS, NV 89134 |
| 25 | |
| | MATTHEW J. KREUTZER |
| 26 | HALE LANE PEEK DENNISON & HOWARD |
| 27 | 3930 HOWARD HUGHES PARKWAY |
| | FOURTH FLOOR |
| 28 | LAS VEGAS, NV 89169 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1                                  6

| | |
|---|---|
| 1 | REID W. LAMBERT |
| 2 | WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300 |
| 3 | SALT LAKE CITY, UT 84111 |
| 4 | JASON G LANDESS<br>3990 VEGAS DRIVE |
| 5 | LAS VEGAS, NV 89108 |
| 6 | MARC A. LEVINSON |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 CAPITOL MALL, STE 30000 |
| 8 | SACRAMENTO, CA 95814-4497 |
| 9 | ELIZABETH R. LOVERIDGE |
| 10 | WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300 |
| 11 | SALT LAKE CITY, UT 84111 |
| 12 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP |
| 13 | 1500 MIAMI CENTER |
| 14 | 201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL 33131 |
| 15 | |
| 16 | JERROLD T. MARITIN<br>8423 PASO ROBLES |
| 17 | NORTHRIDGE, CA 91325 |
| 18 | TERRY MARKWELL |
| 19 | 12765 SILVER WOLF ROAD<br>RENO, NV 89511 |
| 20 | RICHARD J. MASON |
| 21 | 130 PINETREE LANE<br>RIVERWOODS, IL 60015 |
| 22 | |
| 23 | JAY L. MICHAELSON<br>7 W FIGUEROA ST., 2ND FLR |
| 24 | SANTA BARBARA, CA 93101 |
| 25 | BRECK E. MILDE<br>TERRA LAW LLP |
| 26 | 60 SOUTH MARKET ST, SUITE 200<br>SAN JOSE, CA 95113 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | DOUGLAS M MONSON |
| | RAY QUINNEY & NEBEKER P.C. |
| 2 | 36 SOUTH STATE STREET, STE 1400 |
| | PO BOX 45385 |
| 3 | SALT LAKE CITY, UT 84145-0385 |
| 4 | |
| | ERIC D. MADDEN |
| 5 | DIAMOND MCCARTHY, LLP |
| | 1201 ELM STREET, SUITE 3400 |
| 6 | DALLAS, TX 75270 |
| 7 | |
| | STEVEN R ORR |
| 8 | RICHARDS WATSON & GERSHON |
| | 355 SOUTH GRAND AVENUE, 40TH FLOOR |
| 9 | LOS ANGELES, CA 90071 |
| 10 | |
| | J. STEPHEN PEEK |
| 11 | HALE LANE PEEK DENNISON AND HOWARD |
| | 3930 HOWARD HUGHES PARKWAY |
| 12 | FOURTH FLOOR |
| | LAS VEGAS, NV 89169 |
| 13 | |
| | NANCY A. PETERMAN |
| 14 | GREENBERG TRAURIG, LLP |
| | 77 W. WACKER DR., SUITE 2500 |
| 15 | CHICAGO, IL 60601 |
| 16 | |
| | R&N REAL ESTATE INVESTMENTS |
| 17 | 3990 VEGAS DRIVE |
| | LAS VEGAS, NV 89108 |
| 18 | |
| 19 | RAY QUINNEY & NEBEKER P.C. |
| | 36 SOUTH STATE STREET, SUITE 1400 |
| 20 | P.O. BOX 45385 |
| | SALT LAKE CITY, UT 84145 |
| 21 | |
| 22 | GORDON C RICHARDS |
| | 1850 EAST FLAMINGO ROAD |
| 23 | SUITE 204 |
| | LAS VEGAS, NV 89119 |
| 24 | |
| 25 | R J ROCCO |
| | 12617 COTTAGEVILLE LANE |
| 26 | KELLER, TX 76248 |
| 27 | NICHOLAS J SANTORO |
| | 400 S FOURTH ST 3RD FLOOR |
| 28 | LAS VEGAS, NV 89101 |

| | |
|---|---|
| 1 | MICHAEL M. SCHMAHL |
| | MCGUIREWOODS LLP |
| 2 | 77 W. WACKER DRIVE, SUITE 4100 |
| 3 | CHICAGO, IL 60601 |
| 4 | JAMES G SCHWARTZ |
| | 7901 STONERIDGE DR #401 |
| 5 | PLEASANTON, CA 94588 |
| 6 | SCHWARTZER & MCPHERSON LAW FIRM |
| 7 | 2850 S. JONES BLVD., #1 |
| | LAS VEGAS, NV 89146 |
| 8 | |
| | JAMES E SHAPIRO |
| 9 | GERRARD, COX & LARSEN |
| | 2450 ST ROSE PKWY #200 |
| 10 | LAS VEGAS, NV 89119 |
| 11 | |
| | JAMES SHAW |
| 12 | 14225 PRAIRIE FLOWER CT |
| | RENO, NV 89511-6710 |
| 13 | |
| | SHEA & CARLYON, LTD. |
| 14 | 228 S 4TH ST 1ST FL |
| 15 | LAS VEGAS, NV 89101 |
| 16 | SIERRA HEALTH SERVICES, INC. |
| | ATTN: FRANK COLLINS, ESQ. |
| 17 | 2724 N. TENAYA WAY |
| | P.O. BOX 15645 |
| 18 | LAS VEGAS, NV 89114-5645 |
| 19 | |
| | WENDY W. SMITH |
| 20 | BINDER & MALTER, LLP |
| | 2775 PARK AVENUE |
| 21 | SANTA CLARA, CA 95050 |
| 22 | |
| | PATRICIA K. SMOOTS |
| 23 | 318 N GROVE |
| | OAK PARK, IL 60302 |
| 24 | |
| | DERRICK A. SPATORICO |
| 25 | PHETERSON, STEN, CALABRESE & NEILANS, |
| | THE WILDER BLDG |
| 26 | ONE EAST MAIN ST # 150 |
| 27 | ROCHESTER, NY 14614 |
| 28 | |

| | |
|---|---|
| 1 | BRADLEY J STEVENS |
| | 3300 N CENTRAL AVE |
| 2 | PHOENIX, AZ 85012 |
| 3 | |
| | THOMAS W STILLEY |
| 4 | 1000 SW BROADWAY #1400 |
| | PORTLAND, OR 97205 |
| 5 | |
| | STEVEN C STRONG |
| 6 | RAY QUINNEY & NEBEKER P.C. |
| 7 | 36 SOUTH STATE STREET, STE 1400 |
| | SALT LAKE CITY, UT 84145-0385 |
| 8 | |
| | STUTMAN, TREISTER & GLATT |
| 9 | 1901 AVENUE OF THE STARS, 12TH FLR |
| | LOS ANGELES, CA 90067 |
| 10 | |
| 11 | U.S. BANKRUPTCY |
| | APPELLATE PANEL OF THE NINTH CIRCUIT |
| 12 | 125 S GRAND AVE |
| | PASADENA, CA 91105 |
| 13 | |
| | MICHAEL C. VAN |
| 14 | 4129 W. CHEYENNE, SUITE A |
| 15 | N. LAS VEGAS, NV 89032 |
| 16 | ROBERT VERCHOTA |
| | C/O JEFFREY A COGAN, ESQ |
| 17 | 3990 VEGAS DRIVE |
| | LAS VEGAS, NV 89108 |
| 18 | |
| 19 | JOYCE WATSON |
| | 10612 BLACK IRON ROAD |
| 20 | LOUISVILLE, KY 40291 |
| 21 | |
| | STEVE WATSON |
| 22 | 10612 BLACK IRON ROAD |
| | LOUISVILLE, KY 40291 |
| 23 | |
| | WILLIAM E WINFIELD |
| 24 | PO BOX 9100 |
| | OXNARD, CA 93031 |
| 25 | |
| 26 | MARION E. WYNNE |
| | WILKINS, BANKESTER, BILES & WYNNE |
| 27 | POST OFFICE BOX 1367 |
| | FAIRHOPE, AL 36533-1367 |
| 28 | |

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, SUITE 1500
HOUSTON, TX 77010



USBC_NEVADA@nvb.uscourts.gov
02/06/2007 02:27 PM

To  Courtmail@nvb.uscourts.gov
cc
bcc
Subject  06-10725-lbr Request for Special Notice

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from HAMI, ASA S entered on 2/6/2007 at 2:26 PM PST and filed on 2/6/2007

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 2703

**Docket Text:**
Request for Special Notice Filed by SCC ACQUISITION CORP. (HAMI, ASA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\OGLE1151\Desktop\Request for Special Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/6/2007] [FileNumber=7757891-0]
[e85ebd254fa3973246728db2943d3b0e11dfac37e741d21efd00929b88376ce9748dd
3c5c49e9551d35be79482c75cc6d6847da1a11d37c06cfc4af61b0d19db]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W! . CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D! . GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;l!treadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@e! arthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net! , smstanton@cox.net

ANNE M. L! ORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcy! filings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sh

eacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com !

CHRISTINE M PAJAK    &n! bsp cpaj ak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.! com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,

turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

G! REGORY J. WALCH    GWalch@Nevadafirm.com
RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com