**Entered on Docket**
**February 07, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR<br><br>**SECOND STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)**<br><br>Date: June 21, 2006<br>Time: 9:30 a.m. |

1  IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by and through its attorneys, Gordon & Silver, Ltd.; the Official Unsecured Creditors Committee by and through its counsel, Lewis and Roca, LLP; the Official Committee of Equity Security Holders of USA First Trust Deed Fund, LLC by and through its counsel, Stutman, Treister & Glatt, L.P. and Shea & Carlyon, Ltd.; the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC by and through its counsel, Orrick Herrington & Sutcliffe LLP and Beckley Singleton, Chtd.; (collectively, the "Committees") and the Office of the United States Trustee, by and through August B. Landis, Esq. (the "Trustee"); as follows:

WHEREAS, pursuant to the "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," entered on August 29, 2006 [Docket No. 1199] (the "Interim Compensation Order"), this Court has established certain procedures with respect to the interim compensation of professionals of the Debtors' estates;

WHEREAS, pursuant to the Interim Compensation Order, the second interim fee applications for the period of August 1, 2006 through November 30, 2006 were due on December 29, 2006 (the "Second Interim Fee Applications");

WHEREAS, on December 20, 2006, the Court made an oral ruling, confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" [Docket No. 1799] (the "Plan"), and the Court entered an order confirming the Plan on January 8, 2007 [Docket No. 2376];

WHEREAS, pursuant to the Plan, the deadline for filing applications for final allowance of compensation and reimbursement of expenses by all professionals or other entities requesting compensation or reimbursement of expenses under sections 327, 328, 330, 331, 503(b) and/or 1103 of the Bankruptcy Code for services rendered (the "Final Fee Applications") prior to the

1  effective date of the Plan ("Effective Date") is no later than forty-five (45) days after the Effective
2  Date;

3  WHEREAS, pursuant to the "Stipulation And Order Re Modification Of Administrative
4  Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of
5  Professionals" [Docket no. 2275], the Debtors and the Committees agreed that (i) if the Effective
6  Date occurred on or before January 31, 2007, professionals of the Debtors' estates would not need
7  file Second Interim Fee Applications and would seek compensation for all periods prior to the
8  Effective Date in their respective Final Fee Applications and (ii) to the extent the Effective Date
9  did not occur on or before January 31, 2007, Second Interim Fee Applications would be filed on or
10 before February 15, 2007, and would include the period of August 1, 2006 through December 31,
11 2006.

12 WHEREAS, the Debtors and Committees anticipate that the Effective Date will not occur
13 on or before January 31, 2007 but will occur in February 2007; and

14 WHEREAS, in an effort to minimize the costs to the Debtors' estates, the Debtors, the
15 Committees and their respective professionals have agreed that (i) if the Effective Date occurs on
16 or before February 28, 2007, professionals of the Debtors' estates need not file Second Interim Fee
17 Applications and shall seek compensation for all periods prior to the Effective Date in their
18 respective Final Fee Applications and (ii) to the extent the Effective Date does not occur on or
19 before February 28, 2007, unless otherwise agreed by the parties, Second Interim Fee Applications
20 shall be filed on or before March 15, 2007, and shall include the period of August 1, 2006 through
21 January 31, 2007.

22 NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

23 1. If the Effective Date occurs on or before February 28, 2007, professionals of the
24 Debtors' estates need not file Second Interim Fee Applications, and shall seek compensation for all
25 periods prior to the Effective Date in their respective Final Fee Applications in accordance with
26 the procedures set forth in the Plan.

27 2. If the Effective Date does not occur on or before February 28, 2007, unless
28 otherwise agreed by the parties, Second Interim Fee Applications (i) shall be filed on or before

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  March 15, 2007, (ii) shall include the period of August 1, 2006 through January 31, 2007, and (iii)
2  any hearing thereon shall be scheduled for no earlier than April 14, 2007.

3      3.  Professionals may continue to request monthly interim compensation and
4  reimbursement of expenses through the Effective Date in accordance with the Interim
5  Compensation Order.

6      4.  The undersigned parties may informally extend dates with regard to such monthly
7  compensation procedures, including extensions of the date for presentation of interim requests and
8  the deadlines for serving objections thereto.

9      5.  Notwithstanding anything to the contrary herein, nothing in this Stipulation and
10 Order shall prejudice the right of any party to seek a further extension of the deadline or the
11 requirement to file the Second Interim Fee Applications.

12 DATED this 6th day of January, 2007.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: /s/ Jeanette E. McPherson<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: /s/ August B. Landis<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: /s/ Gregory M. Garman<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: /s/ Marc A. Levinson<br>Marc A. Levinson, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

25 / / /
26 / / /
27 / / /
28 / / /

**SECOND STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)**

| | |
|---|---|
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: _/s/ Andrew S. Parlen_<br>Eve Karasik, Esq.<br>Andrew Parlen, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _/s/ Rob Charles_<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _/s/ Jeanette E. McPherson_
     Lenard E. Schwartzer, Esq.
     Jeanette E. McPherson, Esq.
     Attorneys for the Debtors and Debtors in Possession

# # #

USA Capital_ Second Stipulation Extending Time to File 2nd Interim Fee Applications