

Entered on Docket
February 07, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) DATE: January 31, 2007<br>) TIME: 9:30 a.m.<br>)<br>)<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

### ORDER RE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED)(AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED, LLC.)

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims Superceded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified)(the "Objection")(Docket No. 2295); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the movant (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; this Court having approved the Stipulation Between Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Kantor Claimants Continuing Hearing on Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Claims Superseded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified) continuing the Objection only as to the claims of Kantor Nephrology Consultants, Ltd. 401(k) PSP [Claim No. 123], Dr. Gary Kantor [Claim No. 124], and Lynn M. Kantor [Claim No. 125](collectively, the "Kantor Claims")(Docket No. 2559); and there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that, except as to the Kantor Claims, the Objection is

/ / /

/ / /

/ / /

/ / /

2

1  sustained, and the following Claims are disallowed:

2  Claim No. 115 (Brian M. Adams)

3  Claim No. 118 (Herman M. Adams, Brian M. Adams, Anthony G. Adams)

4  Claim No. 119 (Olympia Capital Management)

6  SUBMITTED BY:

8  SHEA & CARLYON, LTD.

10 CANDACE C. CARLYON, ESQ.
   (Nevada Bar No. 002666)
11 228 South Fourth Street, First Floor
12 Las Vegas, Nevada 89101

13 and

14 STUTMAN, TREISTER & GLATT, P.C.
15 FRANK A. MEROLA
   (CA State Bar No. 136934)
16 EVE H. KARASIK
   (CA State Bar No. 155356)
17 CHRISTINE M. PAJAK
   (CA State Bar No. 217173)
18 1901 Avenue of the Stars, 12th Floor
19 Los Angeles, CA 90067
   Attorneys for Official Committee of Equity Security Holders of
20 USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS & ROCA |
| /s/ Jeanette E. McPherson | |
| ANNETTE W. JARVIS, ESQ.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | ROB CHARLES, ESQ.<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. McCPHERSON, ESQ.<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br>Attorneys for the Debtors and Debtors in Possession | LEWIS & ROCA<br>SUSAN FREEMAN, ESQ.<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| /s/ Anne M. Loraditch | /s/ Greg E. Garman |
| MARC A. LEVINSON, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br><br>and<br><br>BECKLEY SINGLETON, CHTD.<br>BOB L. OLSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | GERALD M. GORDON, ESQ.<br>GREG E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89101<br>Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: (circled, signed) |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS and ROCA LLP |
| | */s/ M G* |
| ANNETTE W. JARVIS, ESQ. | ROB CHARLES, ESQ. |
| 36 South State Street, Suite 1400 | 3993 Howard Hughes Pkwy. |
| P.O. Box 45385 | Suite 600 |
| Salt Lake City, UT 84145-0385 | Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON | LEWIS and ROCA LLP |
| LENARD E. SCHWARTZER, ESQ. | SUSAN FREEMAN, ESQ. |
| JEANETTE E. McCPHERSON, ESQ. | 40 N. Central Ave., Suite 1900 |
| 2850 South Jones Blvd., Suite 1 | Phoenix, AZ 85004 |
| Las Vegas, NV 89146 | Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| Attorneys for the Debtors and Debtors in Possession | |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| MARC A. LEVINSON, ESQ. | GERALD M. GORDON, ESQ. |
| 400 Capitol Mall, Suite 3000 | GREG E. GARMAN, ESQ. |
| Sacramento, CA 95814 | 3960 Howard Hughes Parkway, 9th Floor |
| | Las Vegas, NV 89101 |
| and | Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |
| BECKLEY SINGLETON, CHTD. | |
| BOB L. OLSON, ESQ. | |
| ANNE M. LORADITCH, ESQ. | |
| 530 Las Vegas Boulevard South | |
| Las Vegas, NV 89101 | |
| Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

SHEA & CARLTON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

*[signature]*

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☒ approved the form of this order;

  ☐ waived signature in open court; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 6th day of February, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101