

Entered on Docket
February 07, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | CANDACE C. CARLYON |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| EVE H. KARASIK | SHLOMO S. SHERMAN |
| (CA State Bar No. 155356) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  ccarlyon@sheacarlyon.com |
|         ekarasik@stutman.com |         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

### ORDER RE OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital First Trust Deed Fund, LLC) (the "Objection")(Docket No. 2293); and Standard Property Development, LLC's Response and Opposition to the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim No. 120) (the "Opposition")(Docket No. 2547); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the Movant; Andrew M Brumby, Esq. of the law firm of Shutts & Bowen, LLP, appearing on behalf of Standard Property Development, LLC ("Standard"); any other appearances having been noted in open court; the Court having considered the pleadings, papers and records on file in this action; and Standard having requested that the Court consider the document previously filed with the Court which were not attached to or linked to the Opposition (the "Prior Filings"); and good cause appearing:

IT IS HEREBY ORDERED that the hearing on the Objection is continued to **February 15, 2007 at 9:30 a.m.**

IT IS FURTHER ORDERED that Standard shall supplement its Opposition to attach the Prior Filings on or before **February 7, 2007.**

IT IS FURTHER ORDERED that the FTDF Committee shall file any response on or before **February 13, 2007.**

2

1  IT IS FURTHER ORDERED that the maximum holdback to be reserved against the
2  Standard Property Claim is $671,000.00.

5  SUBMITTED BY:

6  SHEA & CARLYON, LTD.

8  _____
9  CANDACE C. CARLYON, ESQ.
   (Nevada Bar No. 002666)
10 228 South Fourth Street, First Floor
   Las Vegas, Nevada 89101

12 and

13 STUTMAN, TREISTER & GLATT, P.C.
   FRANK A. MEROLA
14 (CA State Bar No. 136934)
   EVE H. KARASIK
15 (CA State Bar No. 155356)
   CHRISTINE M. PAJAK
16 (CA State Bar No. 217173)
17 1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS & ROCA |
| /s/ Jeanette E. McPherson | |
| ANNETTE W. JARVIS, ESQ.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | ROB CHARLES, ESQ.<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. McCPHERSON, ESQ.<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br>Attorneys for the Debtors and Debtors in Possession | LEWIS & ROCA<br>SUSAN FREEMAN, ESQ.<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| /s/ Anne M. Loraditch | /s/ Greg E. Garman |
| MARC A. LEVINSON, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814 | GERALD M. GORDON, ESQ.<br>GREG E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89101<br>Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |
| and | |
| BECKLEY SINGLETON, CHTD.<br>BOB L. OLSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, 2nd Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

4

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: *(circled, signed)* |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS AND ROCA LLP |
| | /s/ RC |
| ANNETTE W. JARVIS, ESQ. | ROB CHARLES, ESQ. |
| 36 South State Street, Suite 1400 | 3993 Howard Hughes Pkwy. |
| P.O. Box 45385 | Suite 600 |
| Salt Lake City, UT 84145-0385 | Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON | LEWIS AND ROCA LLP |
| LENARD E. SCHWARTZER, ESQ. | SUSAN FREEMAN, ESQ. |
| JEANETTE E. McCPHERSON, ESQ. | 40 N. Central Ave., Suite 1900 |
| 2850 South Jones Blvd., Suite 1 | Phoenix, AZ 85004 |
| Las Vegas, NV 89146 | Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| Attorneys for the Debtors and Debtors in Possession | |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| MARC A. LEVINSON, ESQ. | GERALD M. GORDON, ESQ. |
| 400 Capitol Mall, Suite 3000 | GREG E. GARMAN, ESQ. |
| Sacramento, CA 95814 | 3960 Howard Hughes Parkway, 9th Floor |
| and | Las Vegas, NV 89101 |
| BECKLEY SINGLETON, CHTD. | Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |
| BOB L. OLSON, ESQ. | |
| ANNE M. LORADITCH, ESQ. | |
| 530 Las Vegas Boulevard South | |
| Las Vegas, NV 89101 | |
| Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4

APPROVED/DISAPPROVED:

SHUTTS & BOWEN, LLP

*[signature]*

ANDREW M BRUMBY, ESQ.
LEE D. MACKSON, ESQ.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802

and

STEPHENS GOURLEY & BYWATER
R. VAUGHN GOURLEY, ESQ.
3636 North Rancho Drive
Las Vegas, NV 89130
Attorneys for Standard Property Development, LLC

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

APPROVED/DISAPPROVED:

SHUTTS & BOWEN, LLP

_____
ANDREW M BRUMBY, ESQ.
LEE D. MACKSON, ESQ.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802

and

STEPHENS GOURLEY & BYWATER
R. VAUGHN GOURLEY, ESQ.
3636 North Rancho Drive
Las Vegas, NV 89130
Attorneys for Standard Property Development, LLC

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

5

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☒ approved the form of this order;

☐ waived signature in open court; and/or

☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 6 day of February, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, Suite 200*
*Las Vegas, Nevada 89101*
*(702) 471-7432*