**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on February 7, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** | Chapter 11 Cases <br><br> Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** <br> **06-10726** | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10728** | Date: February 15, 2007 <br> Time: 9:30 a.m. <br> **Affecting:** <br> ¨ All Cases <br> **or Only:** |
| **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** | ✗ USA Commercial Mortgage Company <br> ¨ USA Capital Realty Advisors, LLC <br> ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** <br> **06-10729** <br>                  **Debtors.** | ✗ USA Capital First Trust Deed Fund, LLC <br> ¨ USA Securities, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A) Joinder in Debtors' Opposition to Motion for Relief from Stay to Terminate Loan Servicing Agreement for Colt Gateway filed by Estate of Daniel Tabas and Ferrita Enterprises, Inc. [DE 2706].

2. I served the foregoing by the following means to the persons as listed below:

1808634.1

**LEWIS AND ROCA LLP**
LAWYERS

1. A) ECF System to the persons listed on Exhibit A on February 7, 2007;

2. B) Email on February 7, 2007 to all persons with email addresses listed on the Master Service List on file with this Court not included in A;

3. C) Email on February 7, 2007 to the following interested parties in particular:

Jonathan J. Bart
WILENTZ, GOLDMAN & SPITZER, PA
Two Penn Center, Suit e910
Philadelphia, PA 19102
jbart@wilentz.com

Janet L. Chubb, Esq.
Louis M. Bubala, III
JONES VARGAS
100 W. Liberty St, 12th Floor
POB 281
Reno, NV 89504-0281
jlc@jonesvargas.com
tbw@jonesvargas.com

Annette W. Jarvis
Steven C. Strong
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com
sstrong@rqn.com

Lenard E. Schwartzer
Jeanette E. McPherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of February 2007.

/s/ Christine E. Laurel
Christine E. Laurel

1808634.1