IN WITNESS WHEREOF, Mortgagor has executed this Mortgage on the date first above written.

WITNESSES:

(Print Name) _Bryan Day_

_Elisa A. Withrow_
ELISA A. WITHROW

MORTGAGOR: STANDARD PROPERTY DEVELOPMENT, LLC

By: _____
George Venturella, Manager

(CORPORATE SEAL)

STATE OF _Nevada_ )
                  ) ss
COUNTY OF _Clark_ )

The foregoing Mortgage was acknowledged before me this _27th_ day of _February_, 2006, by George Venturella, the Manager of Standard Property Development, LLC., on behalf of the company, who produced _an Illinois Driver's License_ as identification.

_____
Notary Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

# EXHIBIT "A"

## LENDERS

G:\BKD\000 2800 USA\035 Standard Property\mortgage2.wpd

EXHIBIT "B"

DESCRIPTION OF REAL PROPERTY