| | |
|---|---|
| advertising | $87,000.00 |
| Europe Shows | $135,000.00 |
| Marketing | $84,000.00 |
| Brochure | $76,000.00 |
| Trailer | $42,000.00 |
| DVD | $65,000.00 |
| staffing | $54,000.00 |
| signs | $14,500.00 |
| | $557,500.00 |

**EXHIBIT "10-C"**

<s></s>

| AREA OF WORK | costs to return |
|---|---|
| GENERAL CONDITIONS | 275,000.00 |
| DEMO | 85,920.00 |
| EXTERIOR BUILDING WORK | 125,000.00 |
| VESTIBULE,LOBBY,PREFUNCTION | 148,753.00 |
| DINING ROOM | 53,120.00 |
| KITCHEN | 125,600 |
| OFFICES 1 AND 2 | 8,750 |
| PUBLIC RESTROOMS | 38,382 |
| GUESTROOMS | 1,517,186 |
| MECHANICAL | 2,100,000 |
| ELECTRICAL | 758,000 |
| CONVIENCE STORE | 11,637 |
| Bar Area | 225,000 |
| GUESTBATHS | 700,046 |
| CORRIDORS, STORAGE | 262,593 |
| ADMIN OFFICES | 17,500 |
| EMPLOYEE BREAKROOM | 9,500 |
| LAUNDRY | 56,433 |
| MAINTANCE | 3,508 |
| ELEVATOR CABS | 11,000 |
| STAIRWELLS | 11,000 |
| SERVICE CORRIDORS | 8,505 |
| LIFE SAFETY | 308,650 |
| ADA BATH UPGRADES | 49,500 |
| SOFT COST | 156,000 |
| TAX AND FREIGHT | 90,915 |
| OVERHEAD AND PROFIT | 491,358 |
| EXTERIOR GROUNDS WORK | 475,000 |
| APPLIANCE AND TELEVISIONS | 743,000 |
| FF&E | 1,500,000 |
| Misc | 725,000 |
| GENERAL LAIBILITY | 68,500 |
| Supervision | 525,000 |
| TOTALS | 11,685,355.64 |



EXHIBIT "10–D"