## RIU

| COUNT | ROOM # | VIEW | TYPE | POOL PREMIUM $5,000.00 | BASE ROOM $199,900.00 | corner $5,000 | | patio $9,900 | | pool view $5,000 | | floor $5,000 | | 2-BED $30,000 | diamond club $30,000 | | total room premium | total ROOM COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 101 | CORNER GARDEN | 1-BEDROOM-PATIO | | $199,900.00 | 1 | $5,000.00 | 2 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $49,850.00 | $449,650.00 |
| 2 | 102 | CORNER POOL | 2-BEDROOM-PATIO | | $399,800.00 | 1 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $94,800.00 | $494,600.00 |
| 3 | 103 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 4 | 105 | POOL | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 5 | 107 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 6 | 109 | POOL | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 7 | 111 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 8 | 115 | POOL | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 9 | 117 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 10 | 119 | POOL | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 11 | 121 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $9,900.00 | $209,800.00 |
| 12 | 123 | CORNER GARDEN | STUDIO-PATIO | | $199,900.00 | 1 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $14,900.00 | $214,800.00 |
| 13 | 125 | GARDEN | STUDIO-PATIO | | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $14,900.00 | $214,800.00 |
| 14 | 201 | CORNER GARDEN | STUDIO | | $199,900.00 | 1 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 1 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $45,000.00 | $444,800.00 |
| 15 | 202 | CORNER POOL | 2 BEDROOM | | $399,800.00 | 1 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | 1 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $45,000.00 | $444,800.00 |
| 16 | 203 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 17 | 205 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 18 | 206 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 19 | 207 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 20 | 208 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 21 | 209 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 22 | 210 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 23 | 211 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 24 | 212 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 25 | 215 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 26 | 217 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 27 | 219 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 28 | 220 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 29 | 221 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 30 | 222 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 31 | 223 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 32 | 224 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 33 | 225 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 34 | 226 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 35 | 227 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 36 | 229 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 37 | 229 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 38 | 230 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 39 | 231 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 40 | 232 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 41 | 233 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 42 | 234 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 43 | 235 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 44 | 237 | CORNER GARDEN | STUDIO | | $199,900.00 | 1 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 45 | 238 | CORNER POOL | 2-BEDROOM | | $399,800.00 | 1 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $45,000.00 | $444,800.00 |
| 46 | 301 | CORNER GARDEN | STUDIO | | $199,900.00 | 1 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 47 | 302 | CORNER POOL | 2-BEDROOM | | $399,800.00 | 1 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | 1 | $5,000.00 | $30,000.00 | 1 | $30,000.00 | 30,000 | $45,000.00 | $444,800.00 |
| 48 | 303 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 49 | 305 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 50 | 306 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 51 | 307 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 52 | 308 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 53 | 309 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 54 | 310 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 55 | 311 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 56 | 312 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |
| 57 | 315 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 58 | 317 | GARDEN | STUDIO-ADA | | $187,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $195,900.00 |
| 59 | 319 | GARDEN | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $0.00 | $199,900.00 |
| 60 | 320 | POOL | STUDIO | | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | 0 | $5,000.00 | $30,000.00 | 0 | $30,000.00 | 30,000 | $5,000.00 | $204,900.00 |



EXHIBIT "11"

| # | Unit | Type | Price | Price | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 321 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 63 | 322 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 64 | 323 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 65 | 324 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 66 | 325 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 67 | 326 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 68 | 327 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 69 | 328 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 70 | 329 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 71 | 330 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 72 | 331 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 73 | 332 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 74 | 333 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $0.00 | $199,900.00 |
| 75 | 334 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 76 | 335 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $199,900.00 |
| 77 | 337 CORNER | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $35,000.00 | 1 | $35,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 1 | 30,000 | $45,000.00 | $444,800.00 |
| 78 | 338 CORNER | POOL | 2 BEDROOM | $399,800.00 | $399,800.00 | $5,000.00 | 1 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 79 | 401 CORNER | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 2 | $9,900.00 | $399,800.00 | $20,000.00 | 1 | 30,000 | $50,000.00 | $449,800.00 |
| 80 | 402 CORNER | POOL | 2 BEDROOM | $399,800.00 | $399,800.00 | $5,000.00 | 2 | $5,000.00 | 2 | $9,900.00 | $399,800.00 | $20,000.00 | 2 | 30,000 | $50,000.00 | $449,800.00 |
| 81 | 403 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 82 | 405 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 83 | 406 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 84 | 407 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 85 | 408 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 86 | 409 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 87 | 410 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 88 | 411 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 89 | 412 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 90 | 415 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 91 | 417 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 92 | 419 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 93 | 420 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 94 | 421 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 95 | 422 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 96 | 423 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 97 | 424 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 98 | 425 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 99 | 426 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 100 | 427 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 101 | 428 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 102 | 429 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 103 | 430 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 104 | 431 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 105 | 432 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 106 | 433 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 107 | 434 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 108 | 435 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 109 | 437 CORNER | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 110 | 438 CORNER | POOL | 2 BEDROOM | $399,800.00 | $399,800.00 | $5,000.00 | 2 | $5,000.00 | 2 | $9,900.00 | $399,800.00 | $20,000.00 | 1 | 30,000 | $50,000.00 | $449,800.00 |
| 111 | 501 CORNER | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 2 | $5,000.00 | 2 | $9,900.00 | $399,800.00 | $20,000.00 | 2 | 30,000 | $20,000.00 | $419,800.00 |
| 112 | 502 CORNER | POOL | 2 BEDROOM | $399,800.00 | $399,800.00 | $5,000.00 | 2 | $5,000.00 | 2 | $9,900.00 | $399,800.00 | $20,000.00 | 1 | 30,000 | $85,000.00 | $484,800.00 |
| 113 | 505 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 114 | 506 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 115 | 507 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 116 | 508 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 117 | 509 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 118 | 510 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 119 | 511 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 120 | 512 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 121 | 515 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 122 | 517 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 123 | 519 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 124 | 520 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 125 | 521 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 126 | 522 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 127 | 523 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 128 | 524 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 129 | 525 | GARDEN | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 0 | $5,000.00 | 0 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 130 | 526 | POOL | STUDIO | $199,900.00 | $199,900.00 | $5,000.00 | 1 | $5,000.00 | 1 | $9,900.00 | $199,900.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |

| # | Unit | Type | Type2 | Price | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 527 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 132 | 528 | | POOL | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 133 | 529 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 134 | 530 | | POOL | STUDIO | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 135 | 531 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 136 | 532 | | POOL | STUDIO | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 137 | 533 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 138 | 534 | | POOL | STUDIO | $199,900.00 | 0 | $5,000.00 | 1 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 0 | 30,000 | $10,000.00 | $209,900.00 |
| 139 | 535 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 0 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 140 | 537 | CORNER | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 0 | 30,000 | $5,000.00 | $204,900.00 |
| 141 | 538 | CORNER | POOL | 2-BEDROOM | $399,900.00 | 2 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 0 | 30,000 | $85,000.00 | $484,900.00 |
| 142 | 601 | CORNER | GARDEN | 1-BEDROOM | $199,900.00 | 2 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $90,000.00 | $489,800.00 |
| 143 | 602 | CORNER | POOL | 2-BEDROOM | $399,800.00 | 2 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $120,000.00 | $519,800.00 |
| 144 | 603 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 145 | 605 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 146 | 606 | | POOL | 1-BEDROOM | $399,900.00 | 0 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 147 | 607 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 148 | 609 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 149 | 610 | | POOL | 1-BEDROOM | $399,800.00 | 0 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 150 | 611 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 151 | 615 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 152 | 616 | | POOL | 1-BEDROOM | $399,800.00 | 0 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 153 | 617 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 154 | 619 | | GARDEN | STUDIO | $199,800.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 155 | 620 | | POOL | 1-BEDROOM | $399,800.00 | 0 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 156 | 621 | CORNER | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 157 | 623 | CORNER | POOL | 1-BEDROOM | $399,800.00 | 0 | $5,000.00 | 2 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 159 | 625 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 160 | 627 | | GARDEN | STUDIO | $199,900.00 | 0 | $5,000.00 | 0 | $9,900.00 | 1 | $5,000.00 | $20,000.00 | 1 | 30,000 | $35,000.00 | $234,900.00 |
| 161 | 628 | | POOL | 1-BEDROOM | $399,800.00 | 0 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $80,000.00 | $479,800.00 |
| 162 | 629 | CORNER | GARDEN | 1-BEDROOM | $399,800.00 | 2 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $90,000.00 | $489,800.00 |
| 163 | 630 | CORNER | POOL | 2-BEDROOM | $399,900.00 | 2 | $5,000.00 | 0 | $9,900.00 | 2 | $5,000.00 | $20,000.00 | 2 | 30,000 | $120,000.00 | $519,800.00 |

$36,509,700.00

| | Uses | Sources | | | |
|---|---:|---:|---:|---:|---:|
| | Cost | left to pay | funded loan | Borrower Equity | Total Sources |
| ACQUISITION: | | | | | |
| Acquisition: | $ 9,358,000 | $ - | $ 6,633,073 | $ 2,724,927 | $ 9,358,000 |
| Total Acquisition: | $ 9,358,000 | $ - | $ 6,633,073 | $ 2,724,927 | $ 9,358,000 |
| | | | | | |
| HARD COSTS: | | | | | |
| General Conditions | $ 164,255 | $ 100,255 | $ - | $ 64,000 | $ 164,255 |
| Demolition | 200,000 | $ - | $ 100,000 | $ 100,000 | $ 200,000 |
| Exterior building work | 573,068 | $ 373,068 | $ 100,000 | $ 100,000 | $ 573,068 |
| Vestibule | 148,753 | $ 148,753 | $ - | $ - | $ 148,753 |
| Dining Room | 53,120 | $ 53,120 | $ - | $ - | $ 53,120 |
| Library | 67,465 | $ 67,465 | $ - | $ - | $ 67,465 |
| Kitchen | 54,850 | $ 54,850 | $ - | $ - | $ 54,850 |
| Food service | 14,597 | $ 14,597 | $ - | $ - | $ 14,597 |
| Offices | 2,652 | $ 2,652 | $ - | $ - | $ 2,652 |
| Restrooms | 38,382 | $ 38,382 | $ - | $ - | $ 38,382 |
| Guestroooms | 1,408,186 | $ 1,250,686 | $ 150,000 | $ 7,500 | $ 1,408,186 |
| Guestbaths | 700,046 | $ 700,046 | $ - | $ - | $ 700,046 |
| Mechcanical | 1,350,000 | $ 750,000 | $ 300,000 | $ 300,000 | $ 1,350,000 |
| Electrical: | 310,000 | $ 310,000 | $ - | $ - | $ 310,000 |
| Convience store | 11,637 | $ 11,637 | $ - | $ - | $ 11,637 |
| Bars | 337,592 | $ 337,592 | $ - | $ - | $ 337,592 |
| Corridors | 262,593 | $ 262,593 | $ - | $ - | $ 262,593 |
| Admin off | 7,863 | $ 7,863 | $ - | $ - | $ 7,863 |
| Employee breakroom | 3,000 | $ 3,000 | $ - | $ - | $ 3,000 |
| Laundry | 56,433 | $ 56,433 | $ - | $ - | $ 56,433 |
| Maintance | 3,508 | $ 3,508 | $ - | $ - | $ 3,508 |
| Fitness | 14,480 | $ 14,480 | $ - | $ - | $ 14,480 |
| Elevator | 11,000 | $ 11,000 | $ - | $ - | $ 11,000 |
| Stairwells | 11,000 | $ 11,000 | $ - | $ - | $ 11,000 |
| Service Corridor | 8,505 | $ 8,505 | $ - | $ - | $ 8,505 |
| Game room | 8,585 | $ 8,585 | $ - | $ - | $ 8,585 |
| Life saftey | 358,650 | $ 158,650 | $ 50,000 | $ 150,000 | $ 358,650 |
| ADA | 49,500 | $ 49,500 | $ - | $ - | $ 49,500 |
| Exterior Grouds | 1,950,000 | $ 1,600,000 | $ 100,000 | $ 250,000 | $ 1,950,000 |
| Appliances and Tv | 800,000 | $ 700,000 | $ 100,000 | $ - | $ 800,000 |

EXHIBIT "11" cont.

|  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|
| FF&E | 1,800,000 | $ 1,300,000 | $ 500,000 | $ - | $ 1,800,000 |
| Soft Costs | 156,000 | $ 156,000 | $ - | $ - | $ 156,000 |
| Tax | 90,915 | $ 90,915 | $ - | $ - | $ 90,915 |
| General Liability | 32,007 | $ 32,007 | $ - | $ - | $ 32,007 |
| Spa | 1,075,000 | $ 1,075,000 | $ - | $ - | $ 1,075,000 |
| CO1 | 1,142,526 | $ 1,142,526 | $ - | $ - | $ 1,142,526 |
| o/h profit | 491,358 | $ 491,358 | $ - | $ - | $ 491,358 |
| CO3 | - | $ - | $ - | $ - | $ - |
| CO4 | - | $ - | $ - | $ - | $ - |
| CO5 | - | $ - | $ - | $ - | $ - |
| CO6 | $ - | $ - | $ - | $ - | $ - |
| Total hard costs: | $ 13,767,526 | $ 11,396,026 | $ 1,400,000 | $ 971,500 | $ 13,767,526 |

**SOFT COSTS:**

|  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|
| Architectural: | $ 286,000 | $ - | $ - | $ 286,000 | $ 286,000 |
| Designer: | 100,000 | $ 50,000 | $ - | $ 50,000 | $ 100,000 |
| Engineering: | 182,000 | $ - | $ - | $ 182,000 | $ 182,000 |
| Attorney Fees: | 348,000 | $ - | $ 75,000 | $ 273,000 | $ 348,000 |
| Insurance: | 85,000 | $ - | $ - | $ 85,000 | $ 85,000 |
| Permits: | 60,000 | $ - | $ - | $ 60,000 | $ 60,000 |
| Plans: | 145,000 | $ - | $ - | $ 145,000 | $ 145,000 |
| Signage: | 25,000 | $ 23,500 | $ - | $ 1,500 | $ 25,000 |
| Soil Tests: | 18,000 | $ - | $ - | $ 18,000 | $ 18,000 |
| Surveys: | 45,000 | $ - | $ - | $ 45,000 | $ 45,000 |
| Utilities: | 64,000 | $ - | $ - | $ 64,000 | $ 64,000 |
| wages/misc expenses | 167,000 | $ - | $ - | $ 167,000 | $ 167,000 |
| Closing Costs: | 175,000 | $ - | $ 175,000 | $ - | $ 175,000 |
| Financing fee: | 875,000 | $ - | $ 875,000 | $ - | $ 875,000 |
| Interest reserve: | 950,000 | $ 575,000 | $ 375,000 | $ - | $ 950,000 |
| Contingency: | - | - | - | - | - |
| Total soft costs: | $ 3,525,000 | $ 648,500 | $ 1,500,000 | $ 1,376,500 | $ 3,525,000 |
| **TOTAL PROJECT:** | $ 26,650,526 | $ 12,044,526 | $ 9,533,073 | $ 5,072,927 | $ 26,650,526 |

| | | |
|---|---:|---:|
| Appraisal | $ 34,000,000 | |
| LTV | | 63% |
| | | |
| LTC: | | 80.97% |
| Equity: | | 19.03% |