CHRISTINE A. ROBERTS, ESQ.  
Nevada Bar No.: 6472  
OLSON, CANNON,  
GORMLEY & DESRUISSEAUX  
9950 West Cheyenne Avenue  
Las Vegas, NV 89129  
(702) 384-4012  
Email: bankruptcy@rocgd.com  
Attorneys for Various Parties  

E-FILED ON: 2-7-07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:  ) CASE NO.: Various Numbers  
        ) Chapter: Various Chapters  
VARIOUS PARTIES )  
        ) HEARING:  
    Debtor(s). ) Date: N/A  
        ) Time: N/A  

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that the law firm of Rawlings, Olson, Cannon, Gormley & Desruisseaux has changed its name to Olson, Cannon, Gormley & Desruisseaux. The address, telephone and facsimile numbers will remain the same. This notice effects all cases listed on the attached "Exhibit A".

DATED this 6th day of February, 2007.

Respectfully Submitted By:

_____  
CHRISTINE A. ROBERTS, ESQ.  
Nevada Bar No.: 6472  
OLSON, CANNON,  
GORMLEY & DESRUISSEAUX  
9950 West Cheyenne Avenue  
Las Vegas, NV 89129  
Attorneys for Various Parties

# EXHIBIT A

| | |
|---|---|
| BK-S-03-18404-BAM | BLACK MOUNTAIN GRAPHICS |
| BK-S-05-14482-BAM | VINCENT RALPH S. ABITRIA and VIVIC S. DEL ROSARIO |
| BK-S-04-14779-LBR | AVI, INC. |
| BK-S-04-12024-MKN | DWAYNE BUSZTA |
| BK-S-05-12112-MKN | VAUGHN CANNON and PATRICIA CANNON |
| BK-S-04-22155-LBR | CHARLES CONTREARAS and ARMIDA CONTREARAS |
| BK-S-05-20550-BAM | CRYSTAL CASCADES |
| BK-S-04-22155-LBR | DONALD DAHLGREN and ELIZABETH DAHLGREN |
| BK-S-02-24760-LBR | DONALD DANO and RAMONA DANO |
| BK-S-05-25178-LBR | DECO WEST |
| BK-S-02-23314-LBR | WILLY DE JESUS and MARIA DE JESUS |
| BK-S-04-20514-MKN | CHARLES EASLEY |
| BK-S-05-10166-BAM | DAVID GAXIOLA and TERESITA GAXIOLA |
| BK-S-02-12532-LBR | SEBASTIAN GREEN and SHARON GREEN |
| BK-S-03-14766-LBR | JUAN M. GUERRA and JULIE G. GUERRA |
| BK-S-03-16428-MKN | HATTIE HALL |
| BK-S-01-14028-BAM | HYNDS PLUMBING and HEATING |
| BK-S-04-20619-LBR | CYNTHIA JOHNSON |
| BK-S-03-22673-BAM | LODGE GRAPHIC SERVICES, INC. |
| BK-S-05-16188-BAM | JAMES MACLEOD |
| BK-S-02-11923-LBR | HUGO MAGANO |
| BK-S-03-16869-MKN | DEBRA NEWMAN |

| | | |
|---|---|---|
| 1 | BK-S-04-19784-BAM | RISING SUN PROPERTIES |
| 2 | BK-S-02-11173-BAM | THOMAS SECCOMBE and BONNIE SECCOMBE |
| 4 | BK-S-03-16296-MKN | JASON SYMONDS |
| 5 | BK-S-03-19094-MKN | STEPHEN TORSKY and ROSEMARY TORSKY |
| 6 | BK-S-06-10478-BAM | MAURICE TROTTER |
| 7 | BK-S-02-19696-BAM | ROYAL WILLIAMS and LIUBA WILLIAMS |
| 8 | BK-S-05-12184-LBR | BARTON WORTZ and VERONICA WORTZ |
| 10 | BK-S-06-10725-LBR | USA COMMERCIAL MORTGAGE |
| 11 | BK-S-04-21708-LBR | LAURA DAYTON |
| 12 | BK-S-05-17938-BAM | NANCY FERNANDEZ-NIES |
| 13 | BK-S-03-23262-LBR | GERALD FRANCIS GOEDEN |
| 14 | BK-S-06-11471-BAM | THERESA MARIANNE LARSON |
| 15 | BK-S-05-22928-MKN | GEORGIE MILLER |
| 16 | ADV. NO. 06-01086-MKN | LISOWSKI v. MILLER |
| 17 | BK-S-04-14673-LBR | JOHN ALEX OCCHIUTO and, LIZABETH ANN OCCHIUTO |
| 18 | ADV. NO. 06-01060-LBR | LISOWSKI v OCCHIUTO et al. |
| 19 | BK-S-06-10017-LBR | DAVID A. RAHM |
| 20 | ADV. NO. 06-1141-LBR | LISOWSKI v RAHM |
| 21 | ADV. NO. 06-01258-LBR | LISOWSKI v RAHM |
| 22 | BK-S-05-26521-LBR | RONALD LEE SELLS |
| 23 | ADV. NO. 06-1097-LBR | LISOWSKI v SELLS |
| 24 | BK-S-05-23124-MKN | K. STACY THOMPSON |
| 25 | ADV. NO. 06-01109-MKN | LISOWSKI v THOMPSON |
| 26 | BK-S-05-19846-MKN | RAFFI TUFENKJIAN |
| 27 | ADV. NO. 06-1110-MKN | LISOWSKI v TUFENKJIAN |

| | |
|---|---|
| ADV. NO.: 06-01183-MKN | LISOWSKI v TUFENKJIAN |
| BK-S-03-21937-LBR | FRANK DANIAL WALTON and VALARIE MARIE WALTON |
| BK-S-06-12984-LBR | WILLIAM HUNTER WASHINGTON |
| BK-S-02-23319-BAM | TIM GALLOCK and TERI L. GALLOCK |