FILED ELECTRONICALLY
2/7/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: January 31, 2007<br>TIME: 9:30 a.m. |

**NOTICE OF ENTRY OF ORDER RE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED)(AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED, LLC.)**

PLEASE TAKE NOTICE that an Order re Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims Superceded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization was entered on February 7, 2007, a true and correct copy of which is attached hereto.

DATED this 7TH day of February, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



Entered on Docket
February 07, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:  fmerola@stutman.com<br>         ekarasik@stutman.com<br>         cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:  jshea@sheacarlyon.com<br>         ccarlyon@sheacarlyon.com<br>         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>) DATE: January 31, 2007<br>) TIME: 9:30 a.m.<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

### ORDER RE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED)(AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED, LLC.)

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims Superceded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified)(the "Objection")(Docket No. 2295); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the movant (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; this Court having approved the Stipulation Between Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Kantor Claimants Continuing Hearing on Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Claims Superseded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified) continuing the Objection only as to the claims of Kantor Nephrology Consultants, Ltd. 401(k) PSP [Claim No. 123], Dr. Gary Kantor [Claim No. 124], and Lynn M. Kantor [Claim No. 125](collectively, the "Kantor Claims")(Docket No. 2559); and there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that, except as to the Kantor Claims, the Objection is

///

///

///

///

2

sustained, and the following Claims are disallowed:

Claim No. 115 (Brian M. Adams)

Claim No. 118 (Herman M. Adams, Brian M. Adams, Anthony G. Adams)

Claim No. 119 (Olympia Capital Management)

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Attorneys for Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS & ROCA |
| /s/ Jeanette E. McPherson | |
| ANNETTE W. JARVIS, ESQ.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | ROB CHARLES, ESQ.<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. McCPHERSON, ESQ.<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br>Attorneys for the Debtors and Debtors in Possession | LEWIS & ROCA<br>SUSAN FREEMAN, ESQ.<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| /s/ Anne M. Loraditch | /s/ Greg E. Garman |
| MARC A. LEVINSON, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814 | GERALD M. GORDON, ESQ.<br>GREG E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89101<br>Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |
| and | |
| BECKLEY SINGLETON, CHTD.<br>BOB L. OLSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: (Approved circled) and |
| RAY QUINNEY & NEBEKER, P.C. | LEWIS and ROCA LLP |
| | *M G* (signature) |
| ANNETTE W. JARVIS, ESQ.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | ROB CHARLES, ESQ.<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. McCPHERSON, ESQ.<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br>Attorneys for the Debtors and Debtors in Possession | LEWIS and ROCA LLP<br>SUSAN FREEMAN, ESQ.<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| MARC A. LEVINSON, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814 | GERALD M. GORDON, ESQ.<br>GREG E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89101<br>Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |
| and | |
| BECKLEY SINGLETON, CHTD.<br>BOB L. OLSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

SHEA & CARLTON, LTD.

4

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

*[signature]*

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☒ approved the form of this order;

☐ waived signature in open court; and/or

☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this ____ day of February, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

6