FILED ELECTRONICALLY
2/7/07

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|   ekarasik@stutman.com |   ccarlyon@sheacarlyon.com |
|   cpajak@stutman.com |   ssherman@sheacarlyon.com |

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY  Debtor | ) ) ) ) | BK-S-06-10725-LBR Chapter 11 |
|---|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC,  Debtor | ) ) ) ) | BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,  Debtor | ) ) ) ) | BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC,  Debtor. | ) ) ) ) | BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC,  Debtor. | ) ) ) ) | BK-S-06-10729-LBR Chapter 11 |
| Affects ☐ All Debtors ☒ USA Commercial Mortgage Co. ☐ USA Securities, LLC ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed ☒ USA Capital First Trust Deed Fund, LLC | ) ) ) ) ) ) ) ) | DATE: January 31, 2007 TIME: 9:30 a.m. |

**NOTICE OF ENTRY OF ORDER RE SECOND OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE CO. AND USA CAPITAL FIRST TRUST DEED FUND, LLC.)**

1  PLEASE TAKE NOTICE THAT an Order re Second Omnibus Objection of the Official
2  Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Misfiled
3  Claims was entered on February 7, 2007, a true and correct copy of which is attached hereto.
4  DATED this 7TH day of February, 2007.

SHEA & CARLYON, LTD.

/s/ Shlomo Sherman

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 9688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



**Entered on Docket
February 07, 2007**



Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: January 31, 2007<br>TIME: 9:30 a.m. |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

## ORDER RE SECOND OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE CO. AND USA CAPITAL FIRST TRUST DEED FUND, LLC.)

The Court having considered the Second Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Misfiled Claims (the "Objection")(Docket No. 2285), as modified by the Notice of Withdrawal of the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claim No. 138 Filed by James W. Shaw IRA Against USA Capital First Trust Deed Fund, LLC (the "Withdrawal")(Docket No. 2418); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the movant (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; and (except as to the Claim which is the subject of the Withdrawal), there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that the Objection is Granted, and the Claims listed on Exhibit "A" (the "Claims") hereto are disallowed; and

IT IS FURTHER ORDERED that, to the extent that the Claims were not timely filed in Case No. BK-S-06-10725-LBR (the "USACM Case"), the Claims shall be deemed to have been filed in the USACM Case, as of the date such Claims were filed in the FTDF Case, without prejudice to the rights of any party to object or otherwise respond to such Claims.

///

///

///

///

SUBMITTED BY:

SHEA & CARLYON, LTD.

/s/

_____
CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
|---|---|
| RAY QUINNEY & NEBEKER, P.C. | LEWIS & ROCA |
| /s/ Jeanette E. McPherson | |
| ANNETTE W. JARVIS, ESQ.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | ROB CHARLES, ESQ.<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. McCPHERSON, ESQ.<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br>Attorneys for the Debtors and Debtors in Possession | LEWIS & ROCA<br>SUSAN FREEMAN, ESQ.<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
|---|---|
| RAY QUINNEY & NEBEKER, P.C. | LEWIS & ROCA LLP |
| _____ | _____ |
| ANNETTE W. JARVIS, ESQ. | ROB CHARLES, ESQ. |
| 36 South State Street, Suite 1400 | 3993 Howard Hughes Pkwy. |
| P.O. Box 45385 | Suite 600 |
| Salt Lake City, UT 84145-0385 | Las Vegas, Nevada 89169 |
| and | and |
| SCHWARTZER & McPHERSON | LEWIS & ROCA LLP |
| LENARD E. SCHWARTZER, ESQ. | SUSAN FREEMAN, ESQ. |
| JEANETTE E. McCPHERSON, ESQ. | 40 N. Central Ave., Suite 1900 |
| 2850 South Jones Blvd., Suite 1 | Phoenix, AZ 85004 |
| Las Vegas, NV 89146 | Attorneys for the Official Unsecured Creditors Committee of USA Commercial Mortgage Company |
| Attorneys for the Debtors and Debtors in Possession | |

3

| | | |
|---|---|---|
| 1 | APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| 3 | /s/ Anne M. Loraditch | /s/ Greg E. Garman |

MARC A. LEVINSON, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

and

BECKLEY SINGLETON, CHTD.
BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

GERALD M. GORDON, ESQ.
GREG E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89101
Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage

APPROVED/DISAPPROVED:

McCULLOUGH & ASSOCIATES, LTD.

AARON R. DEAN, ESQ.
601 S. Rancho Drive, #A-10
Las Vegas, NV 89106
Attorneys for Sondra Skipworth Revocable Truste Dated 11/28/01

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

| | | |
|---|---|---|
| 1 | APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON & SUTCLIFFE

MARC A. LEVINSON, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

and

BECKLEY SINGLETON, CHTD.
BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

GORDON & SILVER, LTD.

GERALD M. GORDON, ESQ.
GREG E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89101
Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage

APPROVED/DISAPPROVED:

McCULLOUGH & ASSOCIATES, LTD.

AARON R. DEAN, ESQ.
601 S. Rancho Drive, #A-10
Las Vegas, NV 89106
Attorneys for Sondra Skipworth Revocable Truste Dated 11/28/01

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

4

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK, HERRINGTON & SUTCLIFFE | GORDON & SILVER, LTD. |
| MARC A. LEVINSON, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br><br>and<br><br>BECKLEY SINGLETON, CHTD.<br>BOB L. OLSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | GERALD M. GORDON, ESQ.<br>GREG E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89101<br>Attorneys for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage |

APPROVED/DISAPPROVED:

McCULLOUGH & ASSOCIATES, LTD.

_____
AARON R. DEAN, ESQ.
601 S. Rancho Drive, #A-10
Las Vegas, NV 89106
Attorneys for Sondra Skipworth Revocable Truste Dated 11/28/01

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

*/s/ August B. Landis*

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

4

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☒ approved the form of this order;

☐ waived signature in open court; and/or

☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 6th day of February, 2007.

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

**EXHIBIT "A"**

## EXHIBIT A

| CLAIM NO. | CREDITOR | CLAIM AMOUNT |
|---|---|---|
| 43 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | $17,260.84 |
| 44 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | $75,000.00 |
| 45 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | $55,000.00 |
| 46 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | $55,000.00 |
| 49 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | $50,000.00 |
| 50 | Lawrence J. Aronson & Henrietta Aronson | $100,000.00 |
| 51 | Mollie Shoichet & Henrietta Aronson | $100,000.00 |
| 52 | Buckwald Revocable Trust Dated 2/11/92 | $50,807.00 |
| 54 | Phillip Darin Goforth & Francesca M. Goforth | $50,000.00 |
| 57 | Melinda Estevez & Richard David Estevez Acct. # 2 | $331.52 |
| 58 | Melinda Estevez & Richard David Estevez Acct. # 1 | $51,095.00 |
| 59 | Melinda Estevez & Richard David Estevez Acct. # 3 | $68,000.0 |
| 60 | The Evo E. Zepponi and Billie D. Zepponi Family Trust Under Agreement Dated 2/9/1983 | $3,961.66 |
| 61 | Iona Pete Bakas Halliday | $50,000 plus accrued interest |
| 62 | Lauren J. Gilbert & Erin M. Gilbert | $50,000.00 |

| CLAIM NO. | CREDITOR | CLAIM AMOUNT |
|---|---|---|
| 63 | Lauren J. Gilbert | $25,000.00 |
| 67 | Michael W. Carlton & Helen I Carlton | No amount stated. |
| 74 | Sondra Skipworth Revocable Trust Dated 11/28/01 | $100,000 |
| 75 | Donnolo Family Trust DTD 8/24/88; Joseph & Loretta Donnolo Trustees | $258,705.71 |
| 76 | Richard L. Younge IRA | $150,000.00 plus interest |
| 78 | Edwin C. Hansen & Rachel M. Hansen | $130,000 plus interest |
| 79 | Center State Beverage, Inc. | $86,608.00 |
| 81 | Layne Family Trust, Bruce & Sherry Layne | $240,000.00 |
| 86 | Karen Petersen Tyndall Trust Dated 3/9/94 | $1,115,915.59 |
| 87 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 88 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 92 | Robert Carollo and Beverley Carollo | $196,094.65 plus interest |
| 93 | Arnold Rosenthal | $500.00 |
| 95 | Victoria Smith | $38,000.00 |
| 101 | L Kanani Cohune | $51,617.88 |
| 113 | Michael Baginski | $288,283.00 |
| 116 | Karen Petersen Tyndall Trust Dated 3/9/94 | $1,115,915.59 |
| 117 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 121 | James J. Lee, Esq. | $200,000.00 |
| 122 | Law Offices of James J. Lee | $200,000.00 |

| CLAIM NO. | CREDITOR | CLAIM AMOUNT |
|---|---|---|
| 126 | William Chad Berry | $200,000.00 |
| 130 | RDJ Investments | $200,000.00 |
| 131 | Richard N. Anderson TTE, Richard N. Anderson Separate Property | $200,000.00 |
| 132 | Craig Zager SEP IRA | $65,000.00 |
| 139 | Curtis R. & Terri L. Colagross | $106,000.00 |