```
              U.S. Bankruptcy Appellate Panel
                    of the Ninth Circuit
        125 South Grand Avenue, Pasadena, California 91105
          Appeals from Central California  (626) 229-7220
          Appeals from all other Districts (626) 229-7225
```

In Re:  USA COMMERCIAL MORTGAGE; USA CAPITAL REALTY ADVISOR, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC & USA SECURITES, LLC

BAP No.:  NV-07-1042

Bankruptcy No(s).:  S-06-10725-LBR; S-06-10726-LBR; S-06-10727-LBR; S-06-10728-LBR & S-06-10719-LBR

Appeal Ref. No.:  07-05

Concerning:  Notice of Appeal Filed on 01/26/07

---

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the United Stated District Court ------ Las Vegas, Nevada.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

Date: February 5, 2007

```
                              Please acknowledge receipt of
                              the case file listed above.

                              Dated:_____

                              Signed:_____
                                     District Court Deputy

                              Assigned District Court No.

                              _____
```

cc: Bankruptcy Court
    All Parties

BAP# NV-07-1042

RECEIVED
AND FILED

JAN 29  11:07 AM '07

BANKRUPTCY
PATRICIA G...
CLERK

## TRANSMITTAL FORM

TO: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

FROM: BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO    BK-S   06-10725-LBR

ADVERSARY NO

REFERENCE NO    APPEAL REF    07-05

BANKRUPTCY JUDGE    LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED    1/26/07

DATE OF ENTRY OF ORDER APPEALED    EOD    1/19/07

DATE BANKRUPTCY FILED    4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD    1/29/07
MAILED TO PARTIES

DATE OF TRANSMITTAL    1/29/07

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

FEB 1 2007

FILED_____
DOCKETED  2/2/07   U.S.B.
         DATE      INITIAL

/S/ WILLIAM M. LAKAS
DEPUTY CLERK

( 1 )