Entered on Docket
February 08, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER DISALLOWING APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

1   The Application for Compensation for Expenses and for Services Rendered (Docket Nos.
2   2197 & 2271) having come before this Court on January 31, 2007 at 9:30 a.m.; Jeanette E.
3   McPherson of Schwartzer & McPherson Law Firm Law Firm appearing on behalf of USA
4   Commercial Mortgage Company, and Matthew Q. Callister of Callister & Reynolds appearing on
5   behalf of Project Disbursement Group, Inc., the Court having considered the pleadings and
6   arguments on file, it is hereby
7   ORDERED that the Application For Compensation For Expenses And For Services
8   Rendered (Docket Nos. 2197 & 2271) is disallowed.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | **Approved** / Disapproved by:<br>OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: _/s/ Jeanette E. McPherson_<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: _/s/ August B. Landis_<br>AUGUST B. LANDIS, ESQ. |
| **Approved** / Disapproved by:<br>LEWIS AND ROCA, LLP | **Approved** / Disapproved by:<br>GORDON & SILVER, LTD. |
| By: _/s/ Rob Charles_<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _/s/ Gregory E. Garman_<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| **Approved** / Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and BECKLEY SINGLETON, CHTD. | **Approved** / Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and<br>SHEA & CARLYON, LTD. |
| By: _/s/ Anne M. Loraditch_<br>MARC A. LEVINSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _/s/ Candace C. Carlyon_<br>EVE KARASIK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |
| **Approved** / Disapproved by:<br>CALLISTER & REYNOLDS | |
| By: _/s/ Philip Alexander for_<br>MATTHEW CALLISTER, ESQ.<br>*Attorneys for Project Disbursement Group, Inc.* | |

# # #