Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
Lenard E. Schwartzer, NV Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED February 8, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER SECOND STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that an Second Stipulation And Order RE Modification Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Affects All Debtors) was entered on February 7, 2007, a copy of which is attached hereto.

Dated this 8th day of February, 2007

          RAY, QUINNEY & NEBEKER, P.C.
          and SCHWARTZER & MCPHERSON LAW FIRM

          By: /s/ Jeanette E. McPherson
          Lenard E. Schwartzer, Esq.
          Jeanette E. McPherson, Esq.
          *Attorneys for the Debtors and Debtors in Possession*

**Entered on Docket
February 07, 2007**

_/s/ Linda B. Riegle_
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SECOND STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

USA Capital_ Second Stipulation Extending Time to File 2nd Interim Fee Applications

Page 1 of 5

1  IT IS HEREBY STIPULATED and AGREED by and between USA Commercial
2  Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital
3  Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively,
4  the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray
5  Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through
6  USA Commercial Mortgage Company by and through its attorneys, Gordon & Silver, Ltd.; the
7  Official Unsecured Creditors Committee by and through its counsel, Lewis and Roca, LLP; the
8  Official Committee of Equity Security Holders of USA First Trust Deed Fund, LLC by and
9  through its counsel, Stutman, Treister & Glatt, L.P. and Shea & Carlyon, Ltd.; the Official
10 Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC by and
11 through its counsel, Orrick Herrington & Sutcliffe LLP and Beckley Singleton, Chtd.;
12 (collectively, the "Committees") and the Office of the United States Trustee, by and through
13 August B. Landis, Esq. (the "Trustee"); as follows:

14  WHEREAS, pursuant to the "Administrative Order Establishing Procedures for Interim
15 Compensation and Reimbursement of Expenses of Professionals," entered on August 29, 2006
16 [Docket No. 1199] (the "Interim Compensation Order"), this Court has established certain
17 procedures with respect to the interim compensation of professionals of the Debtors' estates;

18  WHEREAS, pursuant to the Interim Compensation Order, the second interim fee
19 applications for the period of August 1, 2006 through November 30, 2006 were due on December
20 29, 2006 (the "Second Interim Fee Applications");

21  WHEREAS, on December 20, 2006, the Court made an oral ruling, confirming the
22 "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" [Docket No. 1799] (the
23 "Plan"), and the Court entered an order confirming the Plan on January 8, 2007 [Docket No.
24 2376];

25  WHEREAS, pursuant to the Plan, the deadline for filing applications for final allowance of
26 compensation and reimbursement of expenses by all professionals or other entities requesting
27 compensation or reimbursement of expenses under sections 327, 328, 330, 331, 503(b) and/or
28 1103 of the Bankruptcy Code for services rendered (the "Final Fee Applications") prior to the

effective date of the Plan ("Effective Date") is no later than forty-five (45) days after the Effective Date;

WHEREAS, pursuant to the "Stipulation And Order Re Modification Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals" [Docket no. 2275], the Debtors and the Committees agreed that (i) if the Effective Date occurred on or before January 31, 2007, professionals of the Debtors' estates would not need file Second Interim Fee Applications and would seek compensation for all periods prior to the Effective Date in their respective Final Fee Applications and (ii) to the extent the Effective Date did not occur on or before January 31, 2007, Second Interim Fee Applications would be filed on or before February 15, 2007, and would include the period of August 1, 2006 through December 31, 2006.

WHEREAS, the Debtors and Committees anticipate that the Effective Date will not occur on or before January 31, 2007 but will occur in February 2007; and

WHEREAS, in an effort to minimize the costs to the Debtors' estates, the Debtors, the Committees and their respective professionals have agreed that (i) if the Effective Date occurs on or before February 28, 2007, professionals of the Debtors' estates need not file Second Interim Fee Applications and shall seek compensation for all periods prior to the Effective Date in their respective Final Fee Applications and (ii) to the extent the Effective Date does not occur on or before February 28, 2007, unless otherwise agreed by the parties, Second Interim Fee Applications shall be filed on or before March 15, 2007, and shall include the period of August 1, 2006 through January 31, 2007.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. If the Effective Date occurs on or before February 28, 2007, professionals of the Debtors' estates need not file Second Interim Fee Applications, and shall seek compensation for all periods prior to the Effective Date in their respective Final Fee Applications in accordance with the procedures set forth in the Plan.

2. If the Effective Date does not occur on or before February 28, 2007, unless otherwise agreed by the parties, Second Interim Fee Applications (i) shall be filed on or before

1. March 15, 2007, (ii) shall include the period of August 1, 2006 through January 31, 2007, and (iii) any hearing thereon shall be scheduled for no earlier than April 14, 2007.

3. Professionals may continue to request monthly interim compensation and reimbursement of expenses through the Effective Date in accordance with the Interim Compensation Order.

4. The undersigned parties may informally extend dates with regard to such monthly compensation procedures, including extensions of the date for presentation of interim requests and the deadlines for serving objections thereto.

5. Notwithstanding anything to the contrary herein, nothing in this Stipulation and Order shall prejudice the right of any party to seek a further extension of the deadline or the requirement to file the Second Interim Fee Applications.

DATED this 6th day of January, 2007.

| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: /s/ Jeanette E. McPherson<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: /s/ August B. Landis<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: /s/ Gregory M. Garman<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: /s/ Marc A. Levinson<br>Marc A. Levinson, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

///

///

///

///

USA Capital_ Second Stipulation Extending Time to File 2nd Interim Fee Applications
Page 4 of 5

**SECOND STIPULATION AND ORDER RE MODIFICATION OF ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)**

| | |
|---|---|
| STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD. | LEWIS AND ROCA, LLP |
| By: /s/ Andrew S. Parlen<br>Eve Karasik, Esq.<br>Andrew Parlen, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: /s/ Rob Charles<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Jeanette E. McPherson
  Lenard E. Schwartzer, Esq.
  Jeanette E. McPherson, Esq.
  Attorneys for the Debtors and Debtors in Possession

###

## CERTIFICATE OF SERVICE

1. On February 8, 2007 I served the following document(s):

   a. Notice of Entry of Order Second Stipulation And Order Re Modification Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Affects All Debtors)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

1 | ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

3 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

4 | MICHAEL W!. CHEN    yvette@ccfirm.com

5 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

6 | JANET L. CHUBB    tbw@jonesvargas.com

7 | WILLIAM D COPE    cope_guerra@yahoo.com

8 | CICI CUNNINGHAM    bankruptcy@rocgd.com

10 | LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

11 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

12 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

14 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

15 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

17 | DOUGLAS D!. GERRARD    DGERRARD@GERRARD-COX.COM

18 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

19 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

21 | GERALD M GORDON    bankruptcynotices@gordonsilver.com

22 | R. VAUGHN GOURLEY    vgourley@lvcm.com

23 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

24 | JAMES D. GREENE    bknotice@schrecklaw.com

25 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

27 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;l!treadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

Page 4 of 8

| | |
|---|---|
| 1 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 2 | |
| 3 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 4 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 5 | |
| 6 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 7 | |
| 8 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 9 | |
| 10 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 11 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 12 | EVAN L. JAMES    ejameslv@e!arthlink.net, kbchrislaw@aol.com |
| 13 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 14 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 15 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com |
| 16 | |
| 17 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 18 | |
| 19 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 20 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 21 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 22 | |
| 23 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 24 | ROBERT C. LEPOME    rlepome@cox.net! , smstanton@cox.net |
| 25 | ANNE M. L! ORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 26 | |
| 27 | PATRICIA A. MARR    jjllaw@leclaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com |
| 28 | |

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

Page 5 of 8

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

SHAWN W MILLER    bankruptcy!filings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    &n!bsp cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.!com;rmsmith@sheacarlyon.com

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

| | |
|---|---|
| 1 | |
| 2 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 3 | |
| | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 4 | |
| | ALAN R SMITH    mail@asmithlaw.com, |
| 5 | turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 6 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 7 | |
| | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 8 | |
| | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com |
| 9 | |
| 10 | AMY N. TIRRE    , lmccarron@kkbrf.com |
| 11 | AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com |
| 12 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 13 | G! REGORY J. WALCH    GWalch@Nevadafirm.com |
| | RUSSELL S. WALKER    rwalker@wklawpc.com, |
| 14 | cloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com |
| 15 | |
| | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 16 | |
| 17 | WILLIAM J. WRAY    wjw@oreillylawgroup.com, |
| | rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawg |
| 18 | roup.com,mr@oreillylawgroup.com |
| 19 | JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 20 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |
| 21 | |
| | ANTHONY A. ZMAILA    azmaila@nevadafirm.com, |
| 22 | bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com |

23 ☐    b.    **By United States mail, postage fully prepaid**:

24 ☐    c.    **By Personal Service**
    I personally delivered the document(s) to the persons at these addresses:
25        ☐    For a party represented by an attorney, delivery was made by handing the
26 document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
27 in the office.
        ☐    For a party, delivery was made by handing the document(s) to the party or by
28 leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

*Schwartzer & McPherson Law Firm*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     February 8, 2007

Christi Vanderlip                         /s/     *Christi Vanderlip*
(Name of Declarant)                      (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

NOE Second Stipulation Extending Time to File 2nd Interim Fee App

Page 8 of 8