Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-Filed February 08, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 19, 2006<br>Time: 9:30 a.m. |

- 1 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\NOE and Cos ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Order Granting Debtor's Motion To Return Investor Funds Held In Escrow (Affects USA Commerical Mortgage Company) was entered on February 08, 2007, a copy of which is attached hereto.

Dated: this 8th day of February, 2007.

/s/ *Lenard E. Schwartzer, Esq*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\NOE and Cos ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

Entered on Docket
January 08, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 19, 2006<br>Time: 9:30 a.m. |

- 1 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

Before the Court is the motion filed November 20, 2006, by USA Commercial Mortgage Company ("USACM") entitled Motion To Return Investor Funds Held In Escrow (the "Motion," Docket No. 1820). No objections to the Motion were filed. At the hearing on the Motion held December 19, 2006, appearances of counsel were noted on the record and argument was made in support of the Motion.

Having reviewed and considered the Motion, the argument made at the December 19, 2006 hearing, and other facts of record in these jointly administered cases, THE COURT HEREBY FINDS that notice of the Motion was adequate and proper and that good cause exists for granting the relief requested in the Motion, and THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. USACM is authorized to return $200,000.00 to Robert G. Berry Jr. and Jeannette K. Berry, and $50,000.00 to Vivien C. Bonzo and Sonia Rodriguez that is being held by Chicago Title Company in an escrow account, and

3. The Third Amendment to Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing recorded as Document No. 2006-0424274 in the Official Records of Riverside County, California is hereby cancelled in its entirety and void.

Prepared and Submitted By:

/s/ Lenard E. Schwartzer

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors and Debtors in Possession*

- 2 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

1  **ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**
2
3  Approved by:                                  Approved by:
   **LEWIS AND ROCA, LLP**                       **GORDON & SILVER, LTD.**
4
5  By: _____                    By: _____
       SUSAN M. FREEMAN, ESQ.                        GERALD M. GORDON, ESQ.
6      ROB CHARLES, ESQ.                             GREGORY E. GARMAN, ESQ.
7      *Counsel for the Official Committee of*       *Counsel for the Official Committee of*
       *Unsecured Creditors of USA Commercial*       *Holders of Executory Contract Rights of*
8      *Mortgage Company*                            *USA Commercial Mortgage Company*
9  Approved by:                                  Approved by:
   **BECKLEY SINGLETON, CHTD. and**              **STUTMAN TREISTER & GLATT, P.C. and**
10 **ORRICK, HERRINGTON & SUTCLIFFE LLP**        **SHEA & CARLYON, LTD.**
11
12 By: _____                    By: _____
       MARC A. LEVINSON, ESQ.                        FRANK MEROLA, ESQ.
13     ANNE M. LORADITCH, ESQ.                       EVE KARASIK, ESQ.
       BOB L. OLSON, ESQ.                            CHRISTINE PAJAK, ESQ.
14     *Counsel for the Official Committee of*       CANDACE C. CARLYON, ESQ.
       *Equity Security Holders of USA Capital*      *Counsel for the Official Committee of*
15     *Diversified Trust Deed Fund, LLC*            *Equity Security Holders of USA Capital*
16                                                   *First Trust Deed Fund, LLC*
17 Approved by:
   **SARA L. KISTLER**
18 **ACTING UNITED STATES TRUSTEE**
19 **REGION 17**
20 By: _____
21     AUGUST B. LANDIS, ASST. U.S. TRUSTEE
       United States Department of Justice
22
23                              ###
24
25
26
27
28

ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17**

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

### ###

- 3 -
P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Mexico_re_Bundy_Canyon_Escrowed_Funds.DOC

Received Time Dec.28. 11:45AM

**ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *[signature]*
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

# # #

- 3 -

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD.** and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C.** and
**SHEA & CARLYON, LTD.**

By: _/s/ Christine M. Pajak_____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE REGION 17**

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

### #

- 3 -

**ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Counsel for the Official Committee of
Holders of Executory Contract Rights of
USA Commercial Mortgage Company

Approved by:
**HICKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund, LLC

Approved by:
SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

###

- 3 -

## CERTIFICATE OF SERVICE

1. On February 08, 2007, I served the following document(s):

   a. Notice of Entry of Order Granting Debtor's Motion To Return Investor Funds Held In Escrow (Affects USA Commerical Mortgage Company)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W! . CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

- 3 -

| | |
|---|---|
| JANET L. CHUBB | tbw@jonesvargas.com |
| JEFFREY A. COGAN | jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| WILLIAM D COPE | cope_guerra@yahoo.com |
| CICI CUNNINGHAM | bankruptcy@rocgd.com |
| LAUREL E. DAVIS | bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) | tfette@daca4.com |
| THOMAS H. FELL | BANKRUPTCYNOTICES@GORDONSILVER.COM |
| SCOTT D. FLEMING | sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| GREGORY E GARMAN | bankruptcynotices@gordonsilver.com |
| WADE B. GOCHNOUR | wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| CARLOS A. GONZALEZ | carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| GERALD M GORDON | bankruptcynotices@gordonsilver.com |
| R. VAUGHN GOURLEY | vgourley@lvcm.com |
| TALITHA B. GRAY | bankruptcynotices@gordonsilver.com |
| JAMES D. GREENE | bknotice@schrecklaw.com |
| MARJORIE A. GUYMON | bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| JEFFREY R. HALL | jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| XANNA R. HARDMAN | xanna.hardman@gmail.com |
| STEPHEN R HARRIS | noticesbh&p@renolaw.biz |
| JEFFREY L HARTMAN | notices@bankruptcyreno.com |
| BRIGID M. HIGGINS | bankruptcynotices@gordonsilver.com |
| JOHN HINDERAKER | JHindera@LRL.com |
| RICHARD F. HOLLEY | rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |

| | |
|---|---|
| 1 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 2 | |
| 3 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 4 | CHRISTOPHER D JAIME    cjaime@waltherk!ey.com, kbernhar@waltherkey.com |
| 5 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 6 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 7 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 8 | ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com |
| 9 | |
| 10 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 11 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 12 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 13 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 14 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klneva!da.com |
| 15 | ROBERT C. LEPOME!  &nbsp rlepome@cox.net, smstanton@cox.net |
| 16 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 17 | |
| 18 | PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com |
| 19 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 20 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 21 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 22 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 23 | |
| 24 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 25 | |
| 26 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 27 | |
| 28 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 5 -

| | |
|---|---|
| 1 | ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com |
| 2 | VICTORIA L NELSON     bkecf@nevadafirm.com, |
| 3 | vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 4 | BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 5 | DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;ts! |
| 6 | zostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 7 | ! ANDREW M. PARLEN     aparlen@stutman.com |
| 8 | DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 9 | PAUL C RAY     info@johnpeterlee.com |
| 10 | CHRISTINE A ROBERTS     bankruptcy@rocgd.com |
| 11 | SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com |
| 12 | JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, |
| 13 | ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com |
| 14 | SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 15 | |
| 16 | AMBRISH S. SIDHU     ecf@lslawnv.com |
| 17 | JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 18 | ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 19 | |
| 20 | DAVID A. STEPHENS     dstephens@lvcm.com |
| 21 | PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com |
| 22 | JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 23 | CARYN S. TIJSSELING     ctijsseling@beckleylaw.com, jblair@beckleylaw.com |
| 24 | AMY N. TIRRE     , lleverett@kkbrf.com |
| 25 | AMY N. TIRRE     atirre@kkbrf.com, lleverett@kkbrf.com |
| 26 | U.S. T! RUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.! gov |
| 27 | < BR>GREGORY J. WALCH     GWalch@Nevadafirm.com |
| 28 | RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com |

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\NOE and Cos ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarn

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    February 08, 2007

Christi Vanderlip                              /s/    *Christi Vanderlip*
(Name of Declarant)                         (Signature of Declarant)