Anthony A. Zmaila, Esq. (NV Bar No. 2319)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: azmaila@nevadafirm.com

*Electronically Filed on
February __8__, 2007*

**Attorneys for Santoro, Driggs, Walch,
Kearney, Johnson & Thompson**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE f/k/a USA CAPITAL, et al.,<br>            Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Case No. BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | Case No. BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | Case No. BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | Case No. BK-S-06-10719-LBR<br>Chapter 11 |
| Affects:<br>☐    All Debtors<br>☐    USA Commercial Mortgage Co.<br>☐    USA Securities, LLC<br>☐    USA Capital Realty Advisors, LLC<br>☐    USA Capital Diversified Trust Deed<br>☒    USA First Trust Deed Fund, LLC | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM and CERTIFICATE OF SERVICE**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |

03363-02/144432.doc

1  NOTICE IS HEREBY GIVEN that Santoro, Driggs, Walch, Kearney, Johnson &
2  Thompson hereby withdraws its Proof of Claim No. 80 dated November 8, 2006 in the amount
3  of $690.81 filed in Case No. BK-S-06-10728-LBR.

4  Dated this ___8___ day of _February_, 2008. 7

**SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON**

_____
Anthony A. Zmaila, Esq. (NV Bar No. 2319)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Santoro, Driggs, Walch,
Kearney, Johnson & Thompson*

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

03363-02/144432.doc

- 2 -

# **CERTIFICATE OF SERVICE**

**Do not use this form to prove service of summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary" - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1.   On February _8_, 2007, *(date)* I served the following document(s) *(specify)*:

Notice of Withdrawal of Proof of Claim

2.   I served the above-named document(s) by the following means to the persons as listed below:

   ***(Check all that apply)***

   ☒   a. **ECF System** *(You must attached the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

   ☐   b. **United States mail, postage full prepaid**
            *(List persons and addresses. Attach additional paper if necessary)*

   ☐   c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐   d. **By direct email (as opposed to through the ECF System)**
            *(List persons and email addresses. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐   e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   ☐   f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

- 3 -

03363-02/144432.doc

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: __Feb 8__, 2007

__MARY A. BARNES__
(NAME OF DECLARANT)

__Mary A. Barnes__
(SIGNATURE OF DECLARANT)

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912