# AFFIDAVIT OF SERVICE

STATE OF NEVADA     )
                    )
COUNTY OF CLARK     )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday December 01 2006; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING USA INVESTMENT PARTNERS, LLC TO APPEAR FOR EXAMINATION PURSUANT TO FED.R.BANKR.P.2004, AND $45.00 WITNESS FEE CHECK**

I served the same on Friday December 01 2006 at 02:49PM by:

**Serving the Witness, USA INVESTMENT PARTNERS, LLC, C/O VICTORIA S. LOUB**

by serving: VICTORIA S. LOUB    at the Witness's Business located at 4525 S. SANDHILL RD., #114, LAS VEGAS, NV  89121.

SUBSCRIBED AND SWORN to before me on this
~~Monday December 04 2006,~~
Wednesday February 7, 2007



_____
Notary Public

MARIE SCHEIB
Notary Public State of Nevada
No. 06-102761-1
My appt. exp. Feb. 1 2010

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

88757.2287590.143082

Received Time Feb. 8.   5:16PM