# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday December 08 2006; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING JOSEPH D. MILANOWSKI TO APPEAR FOR EXAMINATION PURSUANT TO FED.R. BANKR.P.2004, AND $45.00 WITNESS FEE CHECK**

I served the same on Monday December 11 2006 at 10:04AM by:

**Serving the Witness, JOSEPH D. MILANOWSKI**

by serving: JOSEPH D. MILANOWSKI    at the Witness's Business located at 4525 S. SANDHILL RD., #114, LAS VEGAS, NV  89121.

SUBSCRIBED AND SWORN to before me on this
~~Monday December 11 2006~~
Wednesday February 7, 2007

_____
Notary Public


MARIE SCHEIB
Notary Public State of Nevada
No. 06-102761-1
My appt. exp. Feb. 1 2010

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

88760.2287590.143927

Received Time Feb. 8.  5:16PM