E-FILED ON February 8, 2007

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 36 South State Street, Suite 1400 | SCHWARTZER & MCPHERSON LAW FIRM |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada  89146-5308 |
| Telephone: (801) 532-1500 | Telephone:  (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile:  (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail:  usdcfilings@s-mlaw.com |

Attorneys for Appellees-Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC, and USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| USA INVESTMENT PARTNERS, LLC, JOSEPH MILANOWSKI, AND THOMAS HANTGES,<br><br>Appellants,<br><br>v.<br><br>USA COMMERCIAL MORTGAGE CO., et al.,<br><br>Appellees. | Appeal No. 2:07-cv-00138<br><br>**APPELLEE-DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL**<br><br>Date: N/A<br>Time: N/A |

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC, debtors in the above-captioned chapter 11 cases and the Appellees herein, by and through counsel and pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule

1  8006(a), hereby respectfully submit their designation of additional items to be included in the
2  record on appeal, which is attached hereto as Exhibit 1.
3      Dated this 8th day of February, 2007.

       /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com
Email: strong@rqn.com

Attorneys for Appellees-Debtors and Debtors-in-Possession