E-FILED ON FEBRUARY 8, 2007

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: usdcfilings@s-mlaw.com

Attorneys for Appellees-Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC, and USA SECURITIES, LLC,<br>Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| DEBT ACQUISITION COMPANY OF AMERICA V, LLC,<br>Appellant,<br>v.<br>USA COMMERCIAL MORTGAGE CO., et al.,<br>Appellees. | Appeal No. 2:07-cv-160<br>**APPELLEE-DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL**<br>Date: N/A<br>Time: N/A |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Appellee Designation of Record

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC, debtors and debtors in possession in the above-captioned chapter 11 cases and the Appellees herein, by and through counsel and pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006(a), hereby respectfully submit their designation of additional items to be included in the record on appeal, which is attached hereto as Exhibit 1.

Dated this 8th day of February, 2007.

    /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com
Email: strong@rqn.com

Attorneys for Appellees-Debtors and Debtors-in-Possession