SYLVESTER & POLEDNAK, LTD
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
(702) 952-5200
*Attorneys for USA Commercial Real Estate Group*

E-FILED February 9, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY (fka USA CAPITAL)<br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>    Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>    Debtor. | **CERTIFICATE OF SERVICE OF AMENDED PROOF OF CLAIMS** |
| In re:<br>USA SECURITIES, LLC.<br>    Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

I HEREBY CERTIFY that on the 9th day of February 2007, I served a copy of the Pecos Professional Park Limited Partnership's Amended Proof of Claim [**Claims Register No. Amended 752**], and Haspinov, LLC.'s Amended Proof of Claim [**Claims Register No. Amended 736**] via the ECF System to the following:

*See attached service list.*

_____
An employee of SYLVESTER & POLEDNAK, LTD.

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Claims Filing

The following transaction was received from SYLVESTER, JEFFREY on 2/9/2007 at 2:49 PM PST

| | |
|---|---|
| Case Name: | USA COMMERCIAL MORTGAGE COMPANY |
| Case Number: | 06-10725-lbr |
| Creditor Name: | HASPINOV, LLC<br>C/O SYLVESTER & POLEDNAK, LTD<br>7371 PRAIRIE FALCON, SUITE 120<br>LAS VEGAS, NV 89128 |
| Claim Number: | Amended 736   Claims Register |
| Total Amount Claimed: | $404261.60 |

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-0]
079717b4bdd020efe1e9a7dbb5276af63579c73d230512442d9e0ee665cd206ecd728
0cdda80289764586b795b0fa03a47f44d7622da3f3c2c4c1bad0e4caa4]]
Document description:Appendix Pt. 1 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov amended POC exhibit 1.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-1]
004bf74b5a01ec1c75ead5afe99c46fa16c5d433b78e678d1ab1b2963977ce61701ad
4220b5de37e8a0d3cbbf3355aff5920c029db2486eeea5bb07f54a6eea]]
Document description:Appendix Pt. 2 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC exhibit 2.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-2]
532a7c124996340fe2ad66148968af53947901dc53f2fa5226c9b3510264a4954d1cc
0ae5e1474238c22996addbce77cca4185d86352a17a1cfb0e036b79d71]]
Document description:Appendix Pt. 3 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC exhibit 3.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-3]
37da2d77822d21af36ff44087ae23049accd9856f747e1694bf5b6cec45005123985a
2b87c45a4142f539144aac64bfba83080248338b41867dc0a8970a16c8]]
Document description:Appendix Pt. 4 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC exhibit 4.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-4]
456267c238ffba308688cd94251167cff838e55b815764d08459eea3d78fc9ad19e8a
87009b06a88801741ab25418c1b5ab5a302b69a423c0d197f68efade07]]
Document description:Appendix Pt. 5 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC exhibit 5.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-5]

30f21eabee3c97f84dc24a66bd323fa3621eb90c9aa35ce753f4c89527562d2abac2d
49545bed9a8357644cd8d56aa53b356645effdd554192a51c5eceee118]]

Document description:Appendix Pt. 6 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Haspinov Amended POC exhibit 6.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771460-6]
42e53508eb776328d87116353f127ed297d1ba0e172d7f1a5e797473b922f3a7d08b8
809fdf4aade0f11a837f74cf6abefda3e89a8cacbe20f53421e0bef085]]

**6-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, lawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, kecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, carlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     bklsclv@lionelsawyer.com, davis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

L. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.c

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mcbee@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR     jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com