HRISTINE A ROBERTS    bankruptcy@rocgd.com

USAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

ENARD E. SCHWARTZER    bkfilings@s-mlaw.com

AMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
readway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

HLOMO S. SHERMAN    ssherman@sheacarlyon.com,
boehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.c

MBRISH S. SIDHU    ecf@lslawnv.com

EFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

LAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

AVID A. STEPHENS    dstephens@lvcm.com

ETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

EFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

MY N. TIRRE    , lmccarron@kkbrf.com

MY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

REGORY J. WALCH    GWalch@Nevadafirm.com

USSELL S. WALKER    rwalker@wklawpc.com,
loveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com

VHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

VILLIAM J. WRAY    wjw@oreillylawgroup.com,
1@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawg

OAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

1ATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

NTHONY A. ZMAILA    azmaila@nevadafirm.com,
kecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**6-10725-lbr Notice will not be electronically mailed to:**

HOMAS J. ALLISON

NDREW K ALPER

500 WILSHIRE BLVD 17TH FLR
OS ANGELES, CA 90048

LVAREZ & MARSAL, LLC

MERICAN EXPRESS BANK FSB
/O BECKET AND LEE LLP
OB 3001
1ALVERN, PA 19355-0701

NGELO GORDON & CO
/O JED HART
45 PARK AVE, 26TH FL
IEW YORK, NY 10167

1ICHAEL W ANGLIN
ulbright & Jaworski LLP
200 Ross Avenue
uite 2800
)allas, TX 75201-2784

ANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

VAN BEAVERS
625 HIGHWAY 88, #304
1INDEN, NV 89423

ECKLEY SINGLETON, CHTD.

LOCERFIDA BENINCASA
359 ROPING COWBOY AVE
AS VEGAS, NV 89178

ASPER BENINCASA
359 ROPING COWBOY AVE.
AS VEGAS, NV 89178

ETER C BERNHARD
980 HOWARD HUGHES PKY #550
AS VEGAS, NV 89109

OSHUA D BRYSK
AW OFFICES OF JAMES G SCHWARTZ
901 STONERIDGE DRIVE, SUITE 401
LEASANTON, CA 94588

RANDALL BUPP
000 CROW CANYON PL #330
AN RAMON, CA 94583

. NICHOLAS PEREOS, ESQ.

LISSA F CADISH
930 HOWARD HUGHS PKWY, 4TH FLR
AS VEGAS, NV 89169

. WILLIAM CEGLIA
720 POCOHENA COURT
VASHOE VALLEY, NV 89704

ANEE L. CEGLIA
720 POCOHENA COURT
VASHOE VALLEY, NV 89704

ANET L. CHUBB
ONES VARGAS
773 HOWARD HUGHES PARKWAY
HIRD FLOOR SOUTH
AS VEGAS, NV 89109

URTIS F CLARK

VILLIAM D COPE
95 HUMBOLDT ST
ENO, NV 89509

OBERT A. COWMAN
525 WINTERWOOD AVENUE
PARKS, NV 89434

ANDRA L. COWMAN
525 WINTERWOOD AVENUE
PARKS, NV 89434

ICI CUNNINGHAM
950 WEST CHEYENNE AVENUE
AS VEGAS, NV 89129
ankruptcy@rocgd.com

INCE DANELIAN
.O. BOX 97782
AS VEGAS, NV 89193

EORGE DAVIS
VEIL GOTHAL & MANGES LLP
67 FIFTH AVENUE
IEW YORK, NY 10153
eorge.davis@weil.com

IAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP

llan B. Diamond

)iamond McCarthy, LLP
09 Fannin, Suite 1500
Iouston, TX 77010

RANK A ELLIS
10 S 9TH ST
AS VEGAS, NV 89101

ONNY K. ENRICO
072 ALMYRA ROAD
PARTA, TN 38583-5168

)AVID R. ENRICO
072 ALMYRA ROAD
PARTA, TN 38583-5168

OLEY & LARDNER LLP
21 NORTH CLARK STREET
UITE 2800
HICAGO, IL 60610

iEORGE D FRAME
01 GREENWAY ROAD, STE D
IENDERSON, NV 89015

TI CONSULTING, INC.

rley D. Finley
)iamond McCarthy, LLP
504 Bridgepoint Parkway, Suite 400
,ustin, TX 78730

ICHARD D. GREEN
773 HOWARD HUGHES PKWY, STE 500 NO
AS VEGAS, NV 89169

)AVID R. GRIFFITH
TEWRT, HUMPHERYS, TURCHETT, ET. AL.
120 COHASSET ROAD, SUITE 6
OST OFFICE BOX 720
HICO, CA 95927

RNA D. GRUNDMAN
14 E YOLO STREET
)RLAND, CA 95963

)ANNE M. GRUNDMAN
608 BROWN STREET
ARSON CITY, NV 89701

)HN HANDAL

IILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC

OHN HINDERAKER
EWIS & ROCA LLP
)NE S CHURCH AVE, STE 700
UCSON, AZ 85701-1611

)AVID W. HUSTON

NTERIM COMMITTEE OF CONCERNED INVESTORS

AUL A. JACQUES
10 SE 7TH ST A-103
)EERFIELD BEACH, FL 33441

.NNETTE W JARVIS
OB 45385
ALT LAKE CITY, UT 84145

IARRY JESSUP
009 WESTLUND DR.
AS VEGAS, NV 89102

IELEN B. JESSUP
009 WESTLUND DR.
AS VEGAS, NV 89102

rin E. Jones
)iamond McCarthy, LLP
09 Fannin, Suite 1500
Iouston, TX 77010

ICHARD E KAMMERMAN
ICHARD KAMMERMAN PC
200 N MOPAC, SUITE 150
.USTIN, TX 78731

ONSTANTINE KARIDES
.EED SMITH LLP
99 LEXINGTON AVENUE
IEW YORK, NY 10022

INDA KETTERMAN
21 N. 19TH STREET
NID, OK 73701

.AY KETTERMAN
21 N. 19TH STREET
NID, OK 73701

DWARD KLINE

932 ARBUCKLE DRIVE
AS VEGAS, NV 89134

1ATTHEW J. KREUTZER
[ALE LANE PEEK DENNISON AND HOWARD
930 HOWARD HUGHES PARKWAY
OURTH FLOOR
AS VEGAS, NV 89169

.EID W. LAMBERT
/OODBURY & KESLER, P.C.
65 EAST 100 SOUTH, SUITE 300
ALT LAKE CITY, UT 84111

ASON G LANDESS
990 VEGAS DRIVE
AS VEGAS, NV 89108

1ARC A. LEVINSON
)RRICK, HERRINGTON & SUTCLIFFE LLP
00 CAPITOL MALL, STE 30000
ACRAMENTO, CA 95814-4497

EWIS AND ROCA LLP


LIZABETH R. LOVERIDGE
/OODBURY & KESLER, P.C.
65 EAST 100 SOUTH, SUITE 300
ALT LAKE CITY, UT 84111

EE D. MACKSON
HUTTS & BOWEN LLP
500 MIAMI CENTER
01 SOUTH BISCAYNE BOULEVARD
1IAMI, FL 33131

ERROLD T. MARITIN
423 PASO ROBLES
IORTHRIDGE, CA 91325

ERRY MARKWELL
2765 SILVER WOLF ROAD
.ENO, NV 89511

.ICHARD J. MASON
30 PINETREE LANE
.IVERWOODS, IL 60015

AY L. MICHAELSON
W FIGUEROA ST., 2ND FLR
ANTA BARBARA, CA 93101

:RECK E. MILDE