TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

Eric D. Madden
Diamond McCarthy, LLP
1201 Elm Street, Suite 3400
Dallas, TZ 75270

MASON, YEAGER, GERSON, WHITE & LIOCE, P.A.


STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP


ANDREW M PARLEN


STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

P&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

GORDON C RICHARDS
2850 EAST FLAMINGO ROAD SUITE 204
LAS VEGAS, NV 89119

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

J ROCCO
2617 COTTAGEVILLE LANE
ELLER, TX 76248

& J ENTERPRISE INVESTMENTS, INC.

NICHOLAS J SANTORO
00 S FOURTH ST 3RD FLOOR
AS VEGAS, NV 89101

CC ACQUISITION CORP.

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
7 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

AMES G SCHWARTZ
901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
AS VEGAS, NV 89146

LOIS MAE SCOTT


ROBERT J. SCOTT


AMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
AS VEGAS, NV 89119

AMES SHAW
4225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
AS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC


SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY

P.O. BOX 15645
LAS VEGAS, NV 89114-5645

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
118 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
2300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT

MICHAEL C. VAN
3129 W. CHEYENNE, SUITE A
N. LAS VEGAS, NV 89032

ROY R. VENTURA

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
2990 VEGAS DRIVE
LAS VEGAS, NV 89108

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

Michael Yoder
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, TX 77010

File another claim

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from SYLVESTER, JEFFREY on 2/9/2007 at 2:31 PM PST

| | |
|---|---|
| Case Name: | USA COMMERCIAL MORTGAGE COMPANY |
| Case Number: | 06-10725-lbr |
| Creditor Name: | Pecos Professional Park Limited Partnership<br>c/o Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, Nevada 89128 |
| Claim Number: | Amended 752   Claims Register |
| Total Amount Claimed: | $470080.98 |

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:G:\MyFiles\11863.001\PLDGS\Pecos AMENDED POC 020907.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-0]
[98def66b6a6867f4f109ec664e979d783e117c87a8a0092dc1cc18684ab4f7ccb2766
6ece116ce8a2b55b7dff2690db5b190650396056d57a910dc8658d8fc0]]
Document description:Appendix Pt. 1 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\Pecos amended POC exhibit 1.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-1]
[035b743d854cf73d9183542c9e7c3966375d81d8555ac948fdc666bdc4fd4ac63d89b
0ca61125dea9d5a2a7633a9f5bd391d358d4889a8d9b3678cd809a893f]]
Document description:Appendix Pt. 2 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\pecos amended POC exhibit 2.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-2]
[4546e2e534c2f4f01a0d246367080fa45f5b1955ce1457aec5f0f3b00105c8b9b5fe5
30738f2f579f8a509bd9c628608dd5fa79b2e96d5b5f7b215de0d97b41]]
Document description:Appendix Pt. 3 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\pecos amended POC exhibit 3.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-3]
[51999e01e08a3a575d63ec7d89363ccc943f00ea3d5af7f4b9e1800b4e5754651282f
ce0d075be5da8b79ee115857b69718f089d20feb92115cffafe3e15171]]
Document description:Appendix Pt. 4 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\pecos amended POC exhibit 4.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-4]
[ec49b148597767edcb86f15495dd742743480366b8532220c49163edf1cd2a043ba0f
72617a352effb9c35274c38f88d469a5a5ec0f10c0d9999104827d254b]]
Document description:Appendix Pt. 5 of 6 (Supporting Document)
Original filename:G:\MyFiles\11863.001\PLDGS\pecos amended POC exhibit 5.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-5]

66af994d543b2f8929ffd585c3b1a7c3a939a23fc660d6df5b0cfbd969075f583a70
4a466ff678215e9baac669b94a9f4957d85814881ce3466a49a7eb3b57]]

Document description: Appendix Pt. 6 of 6 (Supporting Document)
Original filename: G:\MyFiles\11863.001\PLDGS\pecos amended POC exhibit 6.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=989277954 [Date=2/9/2007] [FileNumber=7771310-6]
44c7c23e2b796b591ced3c6b9b3a9722280a4f22e806dfedb44e805e08d5bcbfeebee
64c93bd6d52ae741ba019662c777d853906ca40c28021c32756291b1c4]]

**6-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
lawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
kecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com