)EBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

HOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

COTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

iREGORY E GARMAN    bankruptcynotices@gordonsilver.com

)OUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

VADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

'ARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
)arlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

iERALD M GORDON    bankruptcynotices@gordonsilver.com

.. VAUGHN GOURLEY    vgourley@lvcm.com

'ALITHA B. GRAY    bankruptcynotices@gordonsilver.com

AMES D. GREENE    bknotice@schrecklaw.com

1ARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EFFREY R. HALL    jhall@sheacarlyon.com,
ankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.c

:ANNA R. HARDMAN    xanna.hardman@gmail.com

TEPHEN R HARRIS    noticesbh&p@renolaw.biz

EFFREY L HARTMAN    notices@bankruptcyreno.com

RIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

ICHARD F. HOLLEY    rholley@nevadafirm.com,
altstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

ANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

)AVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

HRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

VAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

NNETTE W JARVIS    ajarvis@rqn.com

Y E. KEHOE    TyKehoeLaw@aol.com

OBERT R. KINAS    rkinas@swlaw.com,
ncbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
miller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
nelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
osborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

HRISTINE A ROBERTS    bankruptcy@rocgd.com

USAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

ENARD E. SCHWARTZER    bkfilings@s-mlaw.com

AMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, readway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

HLOMO S. SHERMAN    ssherman@sheacarlyon.com, boehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.c

MBRISH S. SIDHU    ecf@lslawnv.com

EFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

LAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

AVID A. STEPHENS    dstephens@lvcm.com

ETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

EFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

MY N. TIRRE    , lmccarron@kkbrf.com

MY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

REGORY J. WALCH    GWalch@Nevadafirm.com

USSELL S. WALKER    rwalker@wklawpc.com, loveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com

HITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

ILLIAM J. WRAY    wjw@oreillylawgroup.com, @oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawg

OAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

ATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

NTHONY A. ZMAILA    azmaila@nevadafirm.com, kecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**6-10725-lbr Notice will not be electronically mailed to:**

HOMAS J. ALLISON

NDREW K ALPER

500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC


AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT


EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.


LOCERFIDA BENINCASA
8359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
8359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

PETER C BERNHARD
3980 HOWARD HUGHES PKY #550
LAS VEGAS, NV 89109

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

R RANDALL BUPP
3000 CROW CANYON PL #330
SAN RAMON, CA 94583

P. NICHOLAS PEREOS, ESQ.

LISSA F CADISH
930 HOWARD HUGHS PKWY, 4TH FLR
AS VEGAS, NV 89169

. WILLIAM CEGLIA
720 POCOHENA COURT
VASHOE VALLEY, NV 89704

ANEE L. CEGLIA
720 POCOHENA COURT
VASHOE VALLEY, NV 89704

ANET L. CHUBB
ONES VARGAS
773 HOWARD HUGHES PARKWAY
HIRD FLOOR SOUTH
AS VEGAS, NV 89109

URTIS F CLARK


VILLIAM D COPE
95 HUMBOLDT ST
ENO, NV 89509

OBERT A. COWMAN
525 WINTERWOOD AVENUE
PARKS, NV 89434

ANDRA L. COWMAN
525 WINTERWOOD AVENUE
PARKS, NV 89434

ICI CUNNINGHAM
950 WEST CHEYENNE AVENUE
AS VEGAS, NV 89129
ankruptcy@rocgd.com

INCE DANELIAN
.O. BOX 97782
AS VEGAS, NV 89193

EORGE DAVIS
VEIL GOTHAL & MANGES LLP
67 FIFTH AVENUE
IEW YORK, NY 10153
eorge.davis@weil.com

IAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP

llan B. Diamond

Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, TX 77010

FRANK A ELLIS
410 S 9TH ST
LAS VEGAS, NV 89101

SONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
101 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.

Arley D. Finley
Diamond McCarthy, LLP
6504 Bridgepoint Parkway, Suite 400
Austin, TX 78730

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
414 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
608 BROWN STREET
CARSON CITY, NV 89701

JOHN HANDAL