HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

DAVID W. HUSTON

INTERIM COMMITTEE OF CONCERNED INVESTORS

PAUL A. JACQUES
10 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

LARRY JESSUP
1009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
1009 WESTLUND DR.
LAS VEGAS, NV 89102

Erin E. Jones
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, TX 77010

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
3200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
121 N. 19TH STREET
ENID, OK 73701

JAY KETTERMAN
121 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE

932 ARBUCKLE DRIVE
AS VEGAS, NV 89134

1ATTHEW J. KREUTZER
IALE LANE PEEK DENNISON AND HOWARD
930 HOWARD HUGHES PARKWAY
OURTH FLOOR
AS VEGAS, NV 89169

EID W. LAMBERT
VOODBURY & KESLER, P.C.
65 EAST 100 SOUTH, SUITE 300
ALT LAKE CITY, UT 84111

ASON G LANDESS
990 VEGAS DRIVE
AS VEGAS, NV 89108

1ARC A. LEVINSON
IRRICK, HERRINGTON & SUTCLIFFE LLP
00 CAPITOL MALL, STE 30000
ACRAMENTO, CA 95814-4497

EWIS AND ROCA LLP


LIZABETH R. LOVERIDGE
VOODBURY & KESLER, P.C.
65 EAST 100 SOUTH, SUITE 300
ALT LAKE CITY, UT 84111

EE D. MACKSON
HUTTS & BOWEN LLP
500 MIAMI CENTER
01 SOUTH BISCAYNE BOULEVARD
1IAMI, FL 33131

ERROLD T. MARITIN
423 PASO ROBLES
IORTHRIDGE, CA 91325

ERRY MARKWELL
2765 SILVER WOLF ROAD
ENO, NV 89511

ICHARD J. MASON
30 PINETREE LANE
IVERWOODS, IL 60015

AY L. MICHAELSON
 W FIGUEROA ST., 2ND FLR
ANTA BARBARA, CA 93101

RECK E. MILDE

TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

Eric D. Madden
Diamond McCarthy, LLP
1201 Elm Street, Suite 3400
Dallas, TZ 75270

MASON, YEAGER, GERSON, WHITE & LIOCE, P.A.

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP


ANDREW M PARLEN


 STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

R&N REAL ESTATE INVESTMENTS
1990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

GORDON C RICHARDS
2850 EAST FLAMINGO ROAD SUITE 204
LAS VEGAS, NV 89119

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

. J ROCCO  
2617 COTTAGEVILLE LANE  
:ELLER, TX 76248

& J ENTERPRISE INVESTMENTS, INC.

IICHOLAS J SANTORO  
00 S FOURTH ST 3RD FLOOR  
AS VEGAS, NV 89101

CC ACQUISITION CORP.

IICHAEL M. SCHMAHL  
ICGUIREWOODS LLP  
7 W. WACKER DRIVE, SUITE 4100  
HICAGO, IL 60601

AMES G SCHWARTZ  
901 STONERIDGE DR #401  
LEASANTON, CA 94588

CHWARTZER & MCPHERSON LAW FIRM  
850 S. JONES BLVD., #1  
AS VEGAS, NV 89146

OIS MAE SCOTT

OBERT J. SCOTT

AMES E SHAPIRO  
iERRARD, COX & LARSEN  
450 ST ROSE PKWY #200  
AS VEGAS, NV 89119

AMES SHAW  
4225 PRAIRIE FLOWER CT  
ENO, NV 89511-6710

HEA & CARLYON, LTD.  
28 S 4TH ST 1ST FL  
AS VEGAS, NV 89101

IERRA CONSULTING GROUP, LLC

IERRA HEALTH SERVICES, INC.  
.TTN: FRANK COLLINS, ESQ.  
724 N. TENAYA WAY

P.O. BOX 15645
LAS VEGAS, NV 89114-5645

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
418 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
CHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT


MICHAEL C. VAN
3129 W. CHEYENNE, SUITE A
N. LAS VEGAS, NV 89032

ROY R. VENTURA


ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

JOYCE WATSON  
10612 BLACK IRON ROAD  
LOUISVILLE, KY 40291

STEVE WATSON  
10612 BLACK IRON ROAD  
LOUISVILLE, KY 40291

WILLIAM E WINFIELD  
POB 9100  
OXNARD, CA 93031

MARION E. WYNNE  
WILKINS, BANKESTER, BILES & WYNNE, P.A.  
POST OFFICE BOX 1367  
FAIRHOPE, AL 36533-1367

Michael Yoder  
Diamond McCarthy, LLP  
909 Fannin, Suite 1500  
Houston, TX 77010

File another claim

Case 06-10725-gwz    Doc 2740-4    Entered 02/09/07 15:59:59    Page 7 of 7