Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-Filed February 12, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER DISALLOWING APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: January 31, 2007<br>Time: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1  TO ALL PARTIES IN INTEREST:

2  PLEASE TAKE NOTICE THAT an Order Disallowing Application for Compensation for

3  Expenses and Services Rendered was entered on February 8, 2007, a copy of which is attached

4  hereto.

5  Dated: this 12th day of February 2007

```
                                            /s/      Jeanette E. McPherson
                                            Lenard E. Schwartzer, Nevada Bar No. 0399
                                            Jeanette E. McPherson, Nevada Bar No. 5423
                                            SCHWARTZER & MCPHERSON LAW FIRM
                                            2850 South Jones Boulevard, Suite 1
                                            Las Vegas, Nevada  89146

                                            and

                                            Annette W. Jarvis, Utah Bar No. 1649
                                            RAY QUINNEY & NEBEKER P.C.
                                            36 South State Street, Suite 1400
                                            P.O. Box 45385
                                            Salt Lake City, Utah 84145-0385

                                            Attorneys for Debtors and Debtors-in-Possession
```

# CERTIFICATE OF SERVICE

1. On February 12, 2007, I served the following document(s):

   a. Notice of Entry of Stipulation and Order Re Modification Of Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Affects USA Commercial Mortgage Company)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

1    ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

2    MICHAEL W! . CHEN    yvette@ccfirm.com

3    KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

4

5    JANET L. CHUBB    tbw@jonesvargas.com

6    WILLIAM D COPE    cope_guerra@yahoo.com

7    LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

8

9    DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

10    THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

11    SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

12

13    GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

14    DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

15    WAD! E B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

16    CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,

17    Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

18    GERALD M GORDON    bankruptcynotices@gordonsilver.com

19    R. VAUGHN GOURLEY    vgourley@lvcm.com

20    TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

21    JAMES D. GREENE    bknotice@schrecklaw.com

22

23    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

24    JEFFREY R. HALL    jhall@sheacarlyon.com,

25    bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

26    XANNA R.! HARDMAN    xanna.hardman@gmail.com

27    STEPHEN R HARRIS    noticesbh&p@renolaw.biz

28    JEFFREY L HARTMAN    notices@bankruptcyreno.com

1  BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

2  RICHARD F. HOLLEY    rholley@nevadafirm.com,
3  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

4  
5  RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

6  DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

7  CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

8  
9  EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

10  ANNETTE W JARVIS!    ajarvis@rqn.com

11  TY E. KEHOE    TyKehoeLaw@aol.com

12  ROBERT R. KINAS    rkinas@swlaw.com,
13  jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

14  
15  DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

16  ZACHARIAH LARSON    ecf@lslawnv.com

17  JOHN J. LAXAGUE    jlaxague@caneclark.com

18  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
19  
20  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

21  ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

22  ANNE M. LORA! DITCH    ecffilings@beckleylaw.com, aloraditc! h@beckleylaw.com;pkois@beckleylaw.com
23  

24  PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
25  lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

26  JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

27  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

28  WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 2 | |
| 3 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 4 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 5 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheaca! rlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 6 | |
| 7 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 8 | |
| 9 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 10 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 11 | |
| 12 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 13 | |
| 14 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 15 | |
| 16 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 17 | |
| 18 | CHRISTINE M PAJAK    ! cpajak@stutman.com, ekarasik@stutman.com |
| 19 | ANDREW M. PARLEN    aparlen@stutman.com |
| 20 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 21 | PAUL C RAY    info@johnpeterlee.com |
| 22 | CHRISTINE A ROBERTS    bankruptcy@rocgd.com |
| 23 | |
| 24 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 25 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 26 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com |
| 27 | |
| 28 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

AMBRI! SH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    r! walker@w klawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    February 12, 2007
Sarah Arnold                                        /s/    Sarah Arnold
(Name of Declarant)                                 (Signature of Declarant)