

**Entered on Docket
February 08, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                  Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                  Debtor. | **ORDER DISALLOWING APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED** |
| In re:<br>USA SECURITIES, LLC,<br>                                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:   January 31, 2007<br>Time:  9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   The Application for Compensation for Expenses and for Services Rendered (Docket Nos.

2   2197 & 2271) having come before this Court on January 31, 2007 at 9:30 a.m.; Jeanette E.

3   McPherson of Schwartzer & McPherson Law Firm Law Firm appearing on behalf of USA

4   Commercial Mortgage Company, and Matthew Q. Callister of Callister & Reynolds appearing on

5   behalf of Project Disbursement Group, Inc., the Court having considered the pleadings and

6   arguments on file, it is hereby

7   ORDERED that the Application For Compensation For Expenses And For Services

8   Rendered (Docket Nos. 2197 & 2271) is disallowed.

| | |
|---|---|
| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | **Approved** / Disapproved by:<br>OFFICE OF THE U.S. TRUSTEE |
| By: _/s/  Jeanette E. McPherson_<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: _/s/  August B. Landis_<br>AUGUST B. LANDIS, ESQ. |
| **Approved** / Disapproved by:<br>LEWIS AND ROCA, LLP | **Approved** / Disapproved by:<br>GORDON & SILVER, LTD. |
| By: _/s/  Rob Charles_<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _/s/  Gregory E. Garman_<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| **Approved** / Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and BECKLEY SINGLETON, CHTD. | **Approved** / Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and<br>SHEA & CARLYON, LTD. |
| By: _/s/  Anne M. Loraditch_<br>MARC A. LEVINSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _/s/  Candace C. Carlyon_<br>EVE KARASIK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |
| **Approved** / Disapproved by:<br>CALLISTER & REYNOLDS | |
| By: _/s/  Philip Alexander for_<br>MATTHEW CALLISTER, ESQ.<br>*Attorneys for Project Disbursement Group, Inc.* | |

# # #