JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:     215-569-0000
Facsimile:     215-636-3999
E-mail:        jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com, tbw@jonesvargas.com
    and   lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of Tabas

*Electronically Filed on: February 12, 2007*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor.<br><br>USA SECURITIES, LLC,<br>                                    Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter      11<br><br>**REPLY OF ESTATE OF DANIEL TABAS AND FERTITTA ENTERPRISES, INC., TO DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC**<br><br>Hearing Date:  February 15, 2007<br>Hearing Time:  9:30 am |

1

The Estate of Daniel Tabas ("Tabas") and Fertitta Enterprises, Inc. ("Fertitta") reply to the opposition filed by Debtors USA Commercial Mortgage Company and USA Capital Diversified Trust Deed Fund, LLC ("Debtors") (Ct. Dkt. #2696-97, Opposition & T. Allison decl., filed Feb. 5, 2007) and joined by the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (Ct. Dkt. #2706, filed Feb. 7, 2007).[1]

## MEMORANDUM OF POINTS AND AUTHORITIES

As an initial point, Tabas and Fertitta emphasize that they hold a majority interest in the Colt Gateway loan, in terms of interest and the number of lenders. Debtors argue that Diversified Trust has a "substantial" interest in the loan, but they omit the fact that it has a minority interest in the loan. Tabas and Fertitta, as the majority lenders, are entitled to make changes in the servicing agent under the terms of the Tabas servicing agreement and Nevada state law.

**A.   Tabas and Fertitta timely filed their motion.**

Debtors assert that the motion is not timely because it was filed at a critical time on the eve of the plan effective date. Debtors have no basis for this representation. Whether movants are allowed to change the servicing rights on this loan has no bearing on the plan effective date. Debtors make reference to the closing date with Compass, a condition precedent to the plan effective date. However, Compass is not buying the Colt Gateway loan, and the underlying motion here does not effect Debtors' ability to close the Compass sale.

Even if the plan effective date were relevant to this motion, Debtors have never even determined (or at least disclosed) the plan effective date. Debtors acknowledge that the plan cannot become effective until they close the Compass sale, and they represent that they will close on February 14, 2007, two days from now (Opposition at 3, ¶7). Yet the only evidence on the record indicates debtors cannot close the sale for reasons completely unrelated to the loan in question here. To close, Compass must be licensed as a loan-servicing agent. However, the State of Nevada has indicated that it is not going to license Compass. Ex. 1, D. Cangelosi decl. & supporting email, originally filed as Ct. Dkt #37 in *Lenders Protection Group v. USA Commercial*

---

[1] The Diversified Committee's joinder does not contain any additional arguments, so movants file a single reply.

2

1  *Mortgage Co.*, Case No. 07-0072 (D. Nev. filed Feb. 9, 2007). If Compass is not licensed, there is
2  no way to know when the plan will go effective.
3      Debtors also suggest that Tabas and Fertitta delayed in bringing this motion. Movants
4  wholeheartedly disagree. The Jones Vargas Direct Lenders brought a motion for stay relief at the
5  start of this case, seeking permission to change servicing agents if a majority of lenders on any of
6  their loans wanted to change the servicing agent. The Court denied the motion. Another direct
7  lender, Scott Canepa, assembled a majority of the lenders in another loan and moved for relief to
8  exercise his contractual and legal rights to change the servicing agent. The Court denied the
9  motion. As a result of the Court's prior rulings, Tabas and Fertitta decided it would be prudent to
10 wait until the plan was confirmed, giving debtors ample opportunity to address issues that
11 undercut a change of servicing agent earlier in the case. Movants were dilatory and should be able
12 to select a servicing agent of their choice.
13     Now, with uncertainty debtors' plan effective date, Tabas and Fertitta are entitled to
14 replace USA Commercial as the servicing agent. Tabas and Fertitta cannot accept debtor's
15 indifference to the default on the Colt Gateway loan. They are entitled by contract and state law
16 to replace the servicing agent, and request relief from the automatic stay to do so.
17 **B.    Cause exists to grant movants' requested relief from the automatic stay.**
18     Debtors' assert there is no evidence or law to support relief from the automatic stay, but
19 they ignore the contents of the motion. The motion contained a copy of the disciplinary report
20 from the Nevada Division of Mortgage Lending (Ct. Dkt. #2457, Ex. L), and Debtors admit that
21 USA Commercial has allowed the loan to remain in default throughout the bankruptcy without
22 taking any action to foreclose under the Tabas/Diversified loan-servicing agreements and Nevada
23 state law (Opposition at 3, ¶8). Debtors assert that Mr. Allison has "worked diligently and in good
24 faith to fulfill USACM's duties," yet neither Debtors nor Mr. Allison provide any evidence of his
25 efforts. Indeed, Tabas and Fertitta notified Mr. Allison months ago of their desire to foreclose this
26 loan. The loan remains in default today, despite Mr. Allison's repeated assurances that he would
27 reach a deal with the borrower. Indeed, Debtors acknowledge that Mr. Allison relied upon the
28 interest of unrelated parties--people who were not invested in the Colt Gateway loan--in deciding

1. that it was not in Tabas and Fertitta's best interest to foreclose the loan. *Id.* Debtors combined pre- and post-petition conduct, along with an admitted lack of adequate security (Opposition at 3, ¶9), are sufficient cause to terminate the automatic stay. *See In re Colrud,* 45 B.R. 169, 178 n. 12 (Bankr. D. Alaska 1984) (debtor's breaches may constitute cause for stay relief); *accord In re Zeoli*, 249 B.R. 61, 63-64 (Bankr. S.D.N.Y. 2000) (ongoing breaches constitute cause); *In re Palace Quality Servs. Indus., Inc.,* 283 B.R. 868, 906 n.40 (Bankr. E.D. Mich. 2002) (post-petition lease rejection constitutes cause).

That said, Tabas and Fertitta prefer to have the borrower immediately pay off the loan. Positively, debtors have represented that they can get the loan paid off. On February 7, 2007, during a teleconference with Fertitta's chief financial officer, William J. Bullard, and counsel for the parties, Mr. Allison stated he had reached an agreement with the borrower to pay the direct lenders in full. Chubb decl., filed concurrently with this motion. Mr. Allison agreed to provide the written terms of the agreement as well as a payoff letter. *Id.* To date, the movants have not received anything written from Mr. Allison or debtors. *Id.* Debtors inability to provide any documents is particularly vexing, because the borrower's counsel has represented to the movants that the borrower is ready and willing to pay off the loan. *Id.*

This is a case where the lenders want the loan paid off, and the borrower wants to pay off the loan. Debtor has had more than ten months to make this deal work, but today--days before the purported plan effective date--debtors are unable to provide the figures and documents to pay off this loan. Given the continued uncertainty surrounding this loan, Tabas and Fertitta are compelled to seek stay relief to hire their own servicing agent.

**C.    Movants did not omit pertinent facts in their request.**

Movants concurrently filed a motion for an ordering shortening time (Ct. Dkt. #2460, filed Jan. 17, 2007, attached as Ex. 2). The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, opposed the motion (Ct. Dkt. #2479, filed Jan. 18, 2007, attached as Ex. 3). The Diversified Committee disputed movants' claim that USA Commercial Mortgage would continue to service the loan, stating: "That assumption is entirely incorrect as the loan servicing rights to the Colt Gateway loan are transferred under the Plan of

4

1   Reorganization to the post-Effective Date USA Capital Diversified Trust Deed Fund, LLC . . . .
2   Movants are well aware of the fact that the Diversified Fund will become the loan servicer after
3   the Effective Date of the Plan of Reorganization as many discussions about that fact have
4   occurred, however, Movants chose not to inform the Court of this material fact." *Id.* at 2.  The
5   Court denied the motion for an order shortening time, stating:  "When the matter is heard, moving
6   counsel shall be prepared to explain why they failed to omit pertinent facts in their request" (Ct.
7   Dkt. #2504, filed Jan. 19, 2007, attached as Ex. 4).

8   Despite the representations by Diversified Committee (and by debtors in their opposition
9   to the motion for stay relief), the Colt Gateway servicing rights are not "transferred under the Plan
10  of Reorganization to the post-Effective Date USA Capital Diversified Trust Deed Fund, LLC."
11  Movants requested that the Diversified Committee identify the basis for their statement, and the
12  committee pointed to Plan Section IV.D.2 concerning the post-effective-date form of Diversified
13  Trust Deed Fund.  Ex. 5, 1/20/07 Hermann-Chubb email.  After careful and repeated readings of
14  the cited section, movants' counsel believes the Diversified Committee is referring to a portion of
15  one sentence and a parenthetical as the basis for its "rights" in the loan-servicing agreement:  "The
16  <u>assets of the DTDF Estate retained by the Post-Effective Date include the DTDF loans</u> (<u>including</u>
17  but not limited to the rights associated with the former Epic and Sheraton Loans and <u>the Loan</u>
18  <u>Servicing Agreements</u> for the Excluded DTDF loans)."  Ex. 6, Plan at 50 (emphasis added).

19  The plan misrepresents the true facts by stating that Diversified "retains" the loan-servicing
20  rights.  Diversified did not own the loan servicing rights prior to the plan.  USA Commercial
21  undisputedly held the loan-servicing rights when it filed for bankruptcy, and this Court has never
22  approved a transfer of those rights to Diversified.  It is impossible for Diversified to "retain" the
23  servicing rights since it never had them.

24  Furthermore, the plan did not give effective notice of any purported transfer of USA
25  Commercial's servicing rights to Diversified.  The cited language is under a section discussing the
26  post-plan form of Diversified.  However, Fertitta and Tabas never had any relationship with
27  Diversified, other than be co-direct lenders in the Colt Gateway loan.  Fertitta's and Tabas's only
28

1 relationship was with USA Commercial, and there is no discussion of this purported "transfer" of
2 servicing rights in any plan section concerning USA Commercial.

3 Finally, neither debtors or the Diversified Committee engaged in any conversations with movants or their counsel about the fact that USA Commercial was "transferring" its servicing rights "to" Diversified. Chubb decl., filed concurrently with this motion. Moreover, Movants were not alone in their understanding to the contrary. The Unsecured Creditors Committee also interpreted the plan such that USA Commercial's loan-servicing rights went to the USA Commercial Liquidating Trust, not Diversified. Ex. 7, 1/20/07 Charles-Chubb email. Even the Unsecured Creditors Committee's counsel "did not appreciate" the argument that Diversified "retained" the servicing rights until after it was explained to him by the Diversified Committee's counsel. *Id.*

Tabas and Fertitta absolutely did not omit any pertinent facts from their motion. The position taken by debtors and Diversified is a unilateral interpretation of a provision buried in a section unrelated to servicing rights, misstating the rights to the servicing rights. If the plan is, in fact, read to transfer the servicing rights from USA Commercial to Diversified, then USA Commercial has transferred its assets without clear notice to anyone except for Diversified.

## CONCLUSION

Tabas and Fertitta have contractual and legal rights to replace USA Commercial as the loan-servicing agent on the Colt Gateway loan. USA Commercial violated numerous contractual and legal provisions in servicing this loan, and it has completely abandoned its duty to the direct lenders in allowing this loan to remain in default. The plan effective date also remains uncertain, and Tabas and Fertitta no longer want USA Commercial to service this loan. Therefore, the Court should grant the motion for stay relief in order for Tabas and Fertitta to select a new servicing agent.

DATED this 12th day of February, 2007.

JONES VARGAS

　//s//Louis M. Bubala III
LOUIS M. BUBALA III, ESQUIRE
Counsel for Fertitta Enterprises, Inc.,
and Estate of Tabas

6

<div style="margin-left:auto; font-size:small">JONES VARGAS<br>100 W. Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, Nevada 89504-0281<br>Tel: (775) 786-5000  Fax: (775) 786-1177</div>

# CERTIFICATE OF SERVICE

1. On February 12, 2007, I served the following document(s):

**REPLY OF ESTATE OF DANIEL TABAS AND FERTITTA ENTERPRISES, INC., TO DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS     mabrams@mabramslaw.com
- FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO     ATENCIOK@GTLAW.COM
- BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN     yvette@ccfirm.com
- KEVIN B. CHRISTENSEN     kbchrislaw@aol.com
- JANET L. CHUBB     tbw@jonesvargas.com
- JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE     cope_guerra@yahoo.com
- CICI CUNNINGHAM     bankruptcy@rocgd.com
- LAUREL E. DAVIS     bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com
- THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

7

- GREGORY E GARMAN   bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON   bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY   vgourley@lvcm.com
- TALITHA B. GRAY   bankruptcynotices@gordonsilver.com
- JAMES D. GREENE   bknotice@schrecklaw.com
- MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN   xanna.hardman@gmail.com
- STEPHEN R HARRIS   noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN   notices@bankruptcyreno.com
- BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER   JHindera@LRL.com
- RICHARD F. HOLLEY   rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD   rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME   cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS   ajarvis@rqn.com
- TY E. KEHOE   TyKehoeLaw@aol.com
- ROBERT R. KINAS   rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY   dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON   ecf@lslawnv.com
- JOHN J. LAXAGUE   jlaxague@caneclark.com
- GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME   rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR   jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL   rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA   jmurtha@woodburnandwedge.com
- ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN   aparlen@stutman.com
- DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY   info@johnpeterlee.com
- CHRISTINE A ROBERTS   bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU   ecf@lslawnv.com
- JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH   mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS   dstephens@lvcm.com
- PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING   ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE   , lleverett@kkbrf.com
- AMY N. TIRRE   atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH   GWalch@Nevadafirm.com
- RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY   wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT   jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

■ b.    **United States mail, postage fully prepaid** (list persons and addresses):

THOMAS J. ALLISON
USA COMMERCIAL MORTGAGE ET AL.
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

9 c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

9    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

9    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

**Nevada Mortgage Lending Division**
**Attn: Susan Eckhardt**
seckhardt@mld.nv.gov

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9 e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

9 f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 12th day of February, 2007.

| C. Grinstead | //s// C. Grinstead |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

11