# EXHIBIT "1"

# EXHIBIT "1"

1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  KEVIN A. DARBY, ESQ.                    **Electronically filed February 9, 2007**
   Nevada Bar No. 7670
3  Law Offices of Alan R. Smith
   505 Ridge Street
4  Reno, Nevada 89501
   Telephone (775) 786-4579
5  Facsimile (775) 786-3066
   *Email: mail@asmithlaw.com*
6
   Attorney for Lenders Protection Group
7
   JANET L. CHUBB, ESQ.
8  Nevada Bar. No. 176
   LOUIS M. BUBALA, III, ESQ.
9  Nevada Bar No. 8974
   Jones Vargas
10 100 W. Liberty St., 12th Floor
   Reno, NV 89501
11 Telephone (775) 788-2205

12 Attorney for The Jones Vargas
   Direct Lenders
13

14                    **UNITED STATES DISTRICT COURT**

15                         **DISTRICT OF NEVADA**

16                              —ooOoo—

17 THE LENDERS PROTECTION GROUP;        Case Nos.: 2:07-CV-00072 RCJ GWF
   CHARLES B. ANDERSON TRUST;
18 RITA P. ANDERSON TRUST; BLATES      **DECLARATION OF DONNA**
   CO.;  KEHL  FAMILY  MEMBERS;        **CANGELOSI IN SUPPORT OF EX**
19 MOJAVE CANYON, INC.,                 **PARTE MOTION FOR EXTENSION**
                                        **OF TIME FOR APPELLANTS TO**
20                    Appellants,        **FILE OPENING BRIEF (First**
                                        **Request)**
21 v.

22 USA COMMERCIAL MORTGAGE CO.,
   et al.
23                    Appellees.
                                    /
24

25

26        I, DONNA CANGELOSI, being first duly sworn, do depose and say under the penalty

27 of perjury:

28 ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\DEC DONNA in support of extension.wpd

1       1.     I am a member of the Lenders Protection Group (the "LPG") and a Direct

2  Lender in USA Commercial Mortgage Company.

3       2.     On February 5 and 6, 2007, I was contacted by Mr. Scott Bice, Director of

4  the State of Nevada Mortgage Lending Division.  A true and correct copy of my email

5  exchange with Mr. Bice is attached hereto as Exhibit A.  Mr. Bice informed me that the he

6  was considering "withholding" the license from Compass and inquired whether I, and other

7  direct lenders, would support that. *See Exhibit A.*

8       3.     On February 9, 2007, Mr. Bice sent an email to fellow LPG member David

9  Ferguson and confirmed that the Commissioner has denied Compass' application to licensed

10  as a loan servicer in Nevada.  A true and correct copy the email from Mr. Bice to Mr.

11  Ferguson, as forwarded to me, is attached hereto as Exhibit B.

12      I hereby swear under penalty of perjury that the assertions of this Declaration are

13  true.

14      DATED: February 9, 2007

15

16                  DONNA CANGELOSI

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

On 2/6/07, Scott Bice <sbice@mld.nv.gov> wrote:

Donna:

I am late to a hearing – sorry how about tomorrow – I want to talk to you about USA and Compass. I am thinking of withholding the license and want to know if you as Lenders would support that with the Governor's office.

Scott

-----Original Message-----
**From:** Donna Cangelosi [mailto:dcangelosi@gmail.com]

**Sent:** Monday, February 05, 2007 4:39 PM
**To:** Scott Bice
**Subject:** Re: FW: I have heard nothing

Tomorrow after 12PM. 775 530-7079

On 2/5/07, **Scott Bice** < **sbice@mld.nv.gov**> wrote:

Donna:

I want to talk to you either today or tomorrow – what time

Message                                                                    Page 1 of 1

---

**From:**    Robert Ulm [rwulm@tds.net]
**Sent:**    Friday, February 09, 2007 11:39 AM
**To:**      'Donna Cangelosi'
**Cc:**      darby@asmithlaw.com
**Subject:** FW: compass


-----Original Message-----
**From:** Scott Bice [mailto:sbice@mld.nv.gov]
**Sent:** Thursday, February 08, 2007 1:19 PM
**To:** Fergusandy@aol.com
**Subject:** RE: compass

David:

I took this job in 2003 – the current laws on the books were not written by me, but are inadequate in many ways. My intention is to NOT issue them a license – although I will probably be crucified for not issuing the license what else is new.

Scott