# EXHIBIT "2"

**EXHIBIT "2"**

| | |
|---|---|
| 1 | JONATHAN J. BART, ESQ. |
|   | Admitted *Pro Hac Vice* |
| 2 | PA Identification No.: 49119 |
|   | WILENTZ, GOLDMAN & SPITZER P.A. |
| 3 | Two Penn Center, Suite 910 |
|   | Philadelphia, PA 19102 |
| 4 | Telephone:  215-569-0000 |
|   | Facsimile:  215-636-3999 |
| 5 | E-mail:     jbart@wilentz.com |
| 6 | Attorneys for Estate of Tabas |

**Electronically Filed on:**
**January 17, 2007**

7  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
8  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar No. 8974
9  JONES VARGAS
   100 W. Liberty St, 12th Floor
10 P.O. Box 281
   Reno, NV 89504-0281
11 Telephone: 775-786-5000
   Fax: 775-786-1177
12 Email: jlc@jonesvargas.com
     and  tbw@jonesvargas.com
     and  lbubala@jonesvargas.com

13 Attorneys for Fertitta Enterprises, Inc.,
   and designated Nevada counsel for Estate of Tabas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| Debtor. | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| Debtor. | |
| | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC** |
| Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | **(Affects USA CM ONLY)** |
| ☐ All Debtors | |
| ■ USA Commercial Mortgage Company | Hearing Date: |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time: |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

*Left margin:* JONES VARGAS, 100 W. Liberty Street, 12th Floor, P.O. Box 281, Reno, Nevada 89504-0281, Tel: (775) 786-5000  Fax: (775) 786-1177

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn. Stay Relief, 1.17.07\Mtn. OST.doc

The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed a Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway LLC ("Motion"). Movants hereby request an order shortening time for the hearing on its Motion based on the fact the Loan Servicing Agreement was not sold to Compass, so the liquidating trustee will service it. That transition will take time. Movants would like to change the servicer while Debtor is still servicing the loan.

The motion for relief from the automatic stay is based on the grounds that USA Commercial has failed to satisfy the terms of its loan servicing agreement or its obligations under the Nevada Administrative Code. Debtor's past and continuing contractual breaches constitute cause necessary to terminate the automatic stay in this loan. Movants request this relief from the automatic stay in order to terminate USA Commercial as the servicing agent the Colt Gateway and hire a new servicing agent.

WHEREFORE, Movants pray for an order shortening time for the hearing on this motion to a date as soon as possible as is consistent with the Court's calendar.

DATED this 17th day of January, 2007.

| WILENTZ GOLDMAN & SPITZER P.A. | JONES VARGAS |
|---|---|
| //s//Jonathan J. Bart | //s//Louis M. Bubala III |
| JONATHAN J. BART, ESQUIRE<br>Two Penn Center Plaza, Suite 910<br>Philadelphia, PA 19102<br>215-569-0000 | JANET L. CHUBB, ESQUIRE<br>LOUIS M. BUBALA III, ESQUIRE<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>775-786-5000 |

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn. Stay Relief. 1.17.07\Mtn. OST.doc