# EXHIBIT "4"

# EXHIBIT "4"



**ORDER DENIED**
Based upon the objection of the Fund and Debtors, the motion for order shortening time is denied. When the matter is heard, moving counsel shall be prepared to explain why they failed to omit pertinent facts in their request.

**Entered on Docket
January 19, 2007**



Hon. Linda B Riegle
United States Bankruptcy Judge

---

JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:   215-569-0000
Facsimile:   215-636-3999
E-mail:       jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of Tabas

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **ORDER SHORTENING TIME ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF** |

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\Mtn, Stay Relief, 1.17.07\OST.doc

|  |  |
|---|---|
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC |
| USA SECURITIES, LLC,<br>Debtor. | (Affects USA CM ONLY) |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:<br>Hearing Time: |

The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed a Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway LLC ("Motion") and requested an order shortening time for the hearing thereon. The motion for relief from the automatic stay is based on the grounds that USA Commercial has failed to satisfy the terms of its loan servicing agreement or its obligations under the Nevada Administrative Code.

The Court having considered the motion filed herein, and, good cause appearing,

IT IS HEREBY ORDERED that the motion for order shortening time is granted and the Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway LLC shall be heard before a United States Bankruptcy Judge, in Bankruptcy Courtroom #1, 300 Las Vegas Blvd. South, 3rd Floor, Las Vegas, NV 89101 on the _____ day of _____, 2007, at _____.

IT IS FURTHER ORDERED that service of copy of this Order Shortening Time shall be made forthwith by counsel for the Movants on all interested parties.

# # #