# EXHIBIT "5"

**EXHIBIT "5"**

| | |
|---|---|
| From: | Hermann, Jeffery [jhermann@orrick.com] |
| Sent: | Saturday, January 20, 2007 3:15 PM |
| To: | Chubb, Jan |
| Cc: | Harvick, Chas; Tucker, Michael; Levinson, Marc A.; Charles, Robert; aloraditch@beckleylaw.com |
| Subject: | Diversified - Treatment of the Colt loans in the plan |

Jann:

Marc is out of pocket this weekend. Here is the language of the Plan that provides that DTDF will service the Colt Gateway loan.

**Jeff Hermann**
**Orrick, Herrington & Sutcliffe LLP**
**777 South Figueroa Street, Suite 3200**
**Los Angeles, Ca 90017-5855**
**(213) 612-2413 (direct)**
**(213) 308-0034 (cell)**
**(213) 612-2499 (fax)**
**jhermann@orrick.com**



ORRICK

---

**From:** Levinson, Marc A.
**Sent:** Tuesday, January 16, 2007 12:39 PM
**To:** Charles, Robert
**Cc:** Harvick, Chas; Hermann, Jeffery; 'Tucker, Michael'
**Subject:** Treatment of the Colt loans in the plan

Rob,

The following is an excerpt from Section IV.D.2 of the Plan, which may be found at page 50 of the non-booklet version:

*Post-Effective Date DTDF shall retain the DTDF Estate and shall be funded by and consist of all assets of the DTDF Estate not collected or disposed of prior to the Effective Date, including all Cash and noncash proceeds. The assets of the DTDF Estate retained by Post-Effective Date DTDF include the DTDF Loans (including but not limited to rights associated with the former Epic and Sheraton Loans and the Loan Servicing Agreements for the Excluded DTDF Loans), the FTDF Transferred Assets, all DTDF Litigation Claims, including without limitation the Non-Debtor Insider Litigation, belonging to or assertable by the DTDF Estate, and the DTDF Estate's share of the IP $58 Million Promissory Note. (Emphasis added)*

The excluded DTDF loans are listed below:

1. 10-90 Inc.
2. BySynergy, LLC $4,434,446
3. Colt CREC Building
4. Colt DIV added #1
5. Colt DIV added #2
6. Colt Gateway
7. EPIC Resorts
8. Fiesta Development McNaughton
9. Interstate Commerce Center
10. Sheraton Hotel

1/23/2007

**From:** Charles, Robert [mailto:RCharles@lrlaw.com]
**Sent:** Tuesday, January 16, 2007 9:57 AM
**To:** Levinson, Marc A.
**Subject:** Colt

Where does it say in the plan that Diversified is servicing the Colt loans?

===================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

1/23/2007