ELECTRONICALLY FILED
February 13, 2007

STUTMAN, TREISTER & GLATT, P.C
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com

SHEA & CARLYON, LTD.
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: February 15, 2007<br>Time: 9:30 a.m. |

### STIPULATION RE OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)

It is hereby stipulated, by and between the Official Committee of Equity Security

Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"); and Claimant, Standard Property Development, LLC ("Standard"), that Standard's claim (no. 120) against USA Capital First Trust Deed Fund, LLC be withdrawn.

IT IS FURTHER STIPULATED that the FTDF Committee's Objection to the Standard's Proof of Claim filed on December 27, 2006 (Docket no. 2293)(the "Objection") is resolved by this Stipulation.

Dated this 13th day of February, 2007.

SHEA & CARLYON, LTD.

/s/ Candace C. Carlyon

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

SHUTTS & BOWEN, LLP

/s/ Andrew M Brumby

ANDREW M BRUMBY, ESQ.
LEE D. MACKSON, ESQ.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802

and

STEPHENS GOURLEY & BYWATER
R. VAUGHN GOURLEY, ESQ.
3636 North Rancho Drive
Las Vegas, NV 89130
Attorneys for Standard Property Development, LLC

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432