ELECTRONICALLY FILED
February 13, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>            ekarasik@stutman.com<br>            aparlen@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:    jshea@sheacarlyon.com<br>            ccarlyon@sheacarlyon.com<br>            ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br><br>Date:  March 15, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

**NOTICE OF FILING AND HEARING ON FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS FILED BY ACRES CORPORATION, A NEVADA CORPORATION; MICAHEL C REHBERGER AND JEANA L REHBERGER; MICHAEL REHBERGER; NEWMAN TRUST DATED 1/26/94 C/O DAVID R. NEWMAN AND SANDRA L. NEWMAN TRUSTEES; DANIEL HALSET & SANDRA K HALSETH TRUSTEES OF THE HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00; KATRINE MIRZAIAN; AND FIRST SAVINGS BANK CUSTODIAN FOR GEORGE A. DIGIOIA (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

409003v1

TO: ANNEMARIE REHBERGER, TRUSTEE (on account of claims filed by ACRES CORPORATION, A NEVADA CORPORATION)
DANIEL R. HALSETH & SANDRA K. HALSETH (on account of the claim filed by HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00)
DAVID R. NEWMAN & SANDRA L. NEWMAN (on account of the claim filed by NEWMAN TRUST DATED 1/26/94)
FIRST SAVINGS BANK (on account of claim filed by FIRST SAVINGS BANK CUSTODIAN FOR: GEORGE A. DIGIOIA)
GEORGE A. DIGIOIA
KATRINE MIRZAIAN
MICHAEL C. REHBERGER & JEANA L. REHBERGER
MICHAEL REHBERGER
USA CAPITAL FIRST TRUST DEED FUND, LLC
U.S. TRUSTEE
ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that on February 13, 2007, the "**Fifth Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC – Misfiled Claims**" (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"). Pursuant to the Objection, the FTDF Committee seeks the disallowance or reclassification of certain proofs of claim (the "Wrong Debtor Claims") on the grounds that such claims have been erroneously filed against the USA Capital First Trust Deed Fund, LLC ( the "FTDF") and that the FTDF has no liability on account of such claims. Where claimants who filed the Wrong Debtor Claims (the "Claimants") did not also file proofs of claim against USA Commercial Mortgage Company ("USACM"), the FTDF Committee request that the Court reclassify without prejudice the Wrong Debtor Claims of such Claimants as claims against USACM such that USACM's right to object to such claims are reserved. With respect to those Claimants who filed a proof of claim against USACM in addition to a Wrong Debtor Claim, the FTDF Committee requests that the Wrong Debtor Claims of such Claimants be disallowed in full. By the Objection, the FTDF Committee does not seek to prejudice the rights of any of the Claimants to recover from other Debtors in the Chapter 11 Cases on account of liabilities asserted in the Wrong Debtor Claims. The Wrong Debtor Claims and the requested treatment of such claims by the FTDF Committee are as follows:

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 140 | Acres Corporation, a Nevada Corporation | December 8, 2006 | Blank | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 141 | Acres Corporation, a Nevada Corporation | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Fiesta Development, Inc. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 142 | Acres Corporation, a Nevada Corporation | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Elizabeth May Real Estate, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 143 | Michael C Rehberger and Jeana L Rehberger | December 8, 2006 | $50,000.00 | Claimants are not FTDF Members nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimants to Elizabeth May Real Estate, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |

409003v1

3

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 144 | Michael Rehberger | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Cornman Toltec 160, LLC | No | Reclassify (without prejudice) claim as claim against USACM. |
| 145 | Newman Trust Dated 1/26/94 c/o David R. Newman and Sandra L. Newman Trustees | December 22, 2006 | $87,339.67 | Claimant is not a FTDF Members nor is it they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Foxhill 216, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 146 | Daniel R Halseth & Sandra K Halseth Trustees of the Halseth Family Trust Totally Restated 4/21/00 | January 7, 2007 | Unliquidated | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to Roam Development Group, Bay Pompano Beach, Gateway Stone, Del Valle – Livingston, and Palm Harbor One. | Yes | Disallow in its entirety against FTDF. |

409003v1

4

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 147 | Katrine Mirzaian | January 9, 2007 | $344,011.56 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to Bay Pompano Beach, Foxhill 216 LLC, HFA-North Yonkers, and Midvale Marketplace. | Yes | Disallow in its entirety against FTDF. |
| 149 | First Savings Bank-Custodian for: George A. DiGioia | January 5, 2007 | $281,250.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to BarUSA, Placer Vineyards, and Standard Property. | No | Reclassify (without prejudice) claim as claim against USACM. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 15, 2007, at the hour of 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

409003v1                                    5

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **March 8, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> !    The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> !    The court may *rule against you* without formally calling the matter at the hearing.

DATED: February 13, 2007

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

409003v1

6