| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>   Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>   Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>) Date: March 15, 2007<br>) Time: 9:30 a.m.<br>)<br>)<br>) |

**<u>DECLARATION OF MATT KVARDA IN SUPPORT OF FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)</u>**

I, Matt Kvarda, hereby declare and state as follows:

1. On April 13, 2006, the following related entities filed for relief under Chapter 11 of the Bankruptcy Code: (1) USA Commercial Mortgage Company ("USACM"); (2) USA Capital First Trust Deed Fund, LLC ("FTDF"); (3) USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); (4) USA Securities, LLC; and (5) USA Capital Realty Advisors, LLC (collectively, the "Debtors").

2. On May 10, 2006, the United States Trustee appointed the following official committees to represent the interests of their respective constituents in these bankruptcy cases: (1) the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders Committee"); (2) the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "UCC"); (3) the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"); and (4) the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee").

3. I am a Managing Director of Alvarez & Marsal, LLC, the Court-approved financial advisor to the FTDF Committee since June 1, 2006.

4. On October 16, 2006, the Court ordered FTDF to provide the FTDF Committee Professionals with the Debtor's records of the composition of the FTDF members and their respective investments in FTDF, which list (the "FTDF Member List") was provided to the FTDF Committee Professionals shortly thereafter.

5. I have reviewed the facts stated in the Third Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Misfiled Claims (the "Misfiled Claims Objection").

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

6. Based upon my review of the FTDF Member List, none of the claimants listed on Exhibit 1 to the Misfiled Claims Objection are members of FTDF

7. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this 11th day of February, 2007.

MATT KVARDA

SHEA & CARLYON, LTD.
228 S. Fourth Street 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

3