ELECTRONICALLY FILED
February 13, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   fmerola@stutman.com
         ekarasik@stutman.com
         aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date:  March 15, 2007<br>Time:  9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF FILING AND HEARING RE SEVENTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – AMOUNT OF PROOFS OF INTEREST FILED BY CLINTON DAN BOWMAN; ROBERT E. HELLER; MAYRETTA J. WALL-BOWMAN; ERNEST LIBMAN; WILLIAM E. HANSEN; WILLIAM D. CARTER; ERVIN J. NELSON; AND ALLAN EBBIN (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

409016v1

```
TO:   ALLAN EBBIN
      CLINTON DAN BOWMAN
      ERNEST LIBMAN
      ERVIN J. NELSON
      MAYRETTA J. WALL-BOWMAN
      ROBERT E. HELLER
      WILLIAM D. CARTER
      WILLIAM E. HANSEN
      USA CAPITAL FIRST TRUST DEED FUND, LLC
      U.S. TRUSTEE
      ALL PARTIES IN INTEREST
```

PLEASE TAKE NOTICE that on February 13, 2007, the "Seventh Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proofs of Interest" (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"). **The Objection has been filed to reconcile various equity interests asserted in USA Capital First Trust Deed Fund, LLC (the "FTDF") with the books and records of the FTDF. You should read it. You filed a proof of interest that asserts an equity interest that is different than your equity interest as of the date the FTDF filed its chapter 11 bankruptcy petition (the "Petition Date") as shown in the books and records of FTDF.**

Pursuant to the Objection, the FTDF Committee objects to the proofs of interest referenced therein (the "Subject Interests") on the grounds that they do not assert the correct amount of the equity security interests held in the FTDF as of the Petition Date by the parties who filed the Subject Interest (the "Parties"). By the Objection, the FTDF Committee requests that the Subject Interests be disallowed to the extent they assert amounts in excess of each respective Party's equity interest in the FTDF as of the Petition Date as reflected in the Debtors' books and records and allowed in the amount of each Party's equity interest in the FTDF as of the Petition Date per the Debtors' books and records. By this Objection, the FTDF Committee does not seek to prejudice the rights of any member of the FTDF ("FTDF Members") who filed a Subject Interest to recover from the FTDF estate on account of his or her membership interest in the FTDF. A detailed list of all of the Subject Interests and the relief sought with respect to each Subject Interest is set forth on Exhibit "1" to the Objection. The Subject Interests to which this notice pertains and

409016v1                                         2

the requested treatment of such claims by the FTDF Committee are as follows:

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 12 | Clinton Dan Bowman | 9649 | 9/28/06 | $341,489.42 | $334,551.00 | Disallow proof of interest to the extent it exceeds $334,551.00. The amount asserted in excess of $334,551.00 reflects book value as opposed to the amount of the FTDF Member's equity interest in the FTDF as of the Petition Date. |
| 17 | Robert E. Heller | 10553 | 10/30/06 | $20,732.97 | $20,000.00 | Disallow proof of interest to the extent it exceeds $20,000.00. The amount asserted in excess of $20,000.00 is on account of anticipated but unpaid postpetition dividends. |
| 20 | Robert E. Heller | 10553 | 10/30/06 | $20,732.97 | $20,000.00 | Disallow proof of interest as duplicative of proof of interest no. 17. |

409016v1

3

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 27 | Maryetta J. Wall-Bowman | 9853 | 10/12/06 | $37,409.54 | $35,970.50 | Disallow proof of interest to the extent it exceeds $35,970.50. The amount asserted in excess of $35,970.50 reflects book value as opposed to the amount of the FTDF Member's equity interest in the FTDF as of the Petition Date. |
| 47 | Ernest Libman | 10738 | 11/7/06 | $16,327.58 | $15,699.50 | Disallow proof of interest to the extent it exceeds $15,699.50. The amount asserted in excess of $15,599.50 reflects book value as opposed to the amount of the FTDF Member's equity interest in the FTDF as of the Petition Date. |

409016v1

4

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 61 | William E. Hansen | 3162 | 11/6/06 | $52,018.28 | $50,000.00 | Disallow proof of interest to the extent it exceeds $50,000.00. The amount asserted in excess of $50,000.00 reflects book value as opposed to the amount of the FTDF Member's equity interest in the FTDF as of the Petition Date. |
| 62 | William D. Carter | 4784 | 11/5/06 | $75,000.00 | $75,000.00 | Disallow proof of interest as duplicative of proof of interest no. 48. Proof of interest no. 48 is not subject to this objection. |
| 68 | Ervin J. Nelson | 4053 | | $104,950.00 | $103,277.00 | Disallow proof of interest to the extent it exceeds $103,277.00. The amount asserted in excess of $103,277.00 is on account of anticipated but unpaid postpetition dividends. |

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 70 | Allan Ebbin | 8316 | | $110,824.62 | $106,561.50 | Disallow proof of interest to the extent it exceeds $106,561.50. The filed proof of interest asserts no basis for the amount in excess of $106,561.50. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 15, 2007, at the hour of 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by <u>**March 8, 2007**</u> pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

409016v1

6

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- ! The court may *refuse to allow you to speak* at the scheduled hearing; and
- ! The court may *rule against you* without formally calling the matter at the hearing.

DATED: February 13, 2007

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

409016v1

7