ELECTRONICALLY FILED
February 13, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:        fmerola@stutman.com
              ekarasik@stutman.com
              aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:        jshea@sheacarlyon.com
              ccarlyon@sheacarlyon.com
              ssherman@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

Affects

☐ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☒ USA First Trust Deed Fund, LLC

**Hearing**

Date: March 15, 2007
Time: 9:30 a.m.
Place: Courtroom #1

**NOTICE OF FILING AND HEARING RE SEVENTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – AMOUNT OF PROOFS OF INTEREST FILED BY SHERRY DEAN BULLOCK; ROSALIE ALLEN MORGAN; JOANN L MCQUERRY; LOUGHLIN FAMILY TRUST; FRIEDA MOON FBO SHARON C. VAN ERT; LOUIE AND CHARLOTTE POLANCO; JOSEPH GRGURICH; ROCCO J. ROCCO; AND HEINRICH RICHARD WEBER AND BRIGITTE S. WEBER (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

1   **TO:    FRIEDA MOON (on account of the proofs of claim (reclassified as proofs of interest)**
2   **filed by FRIEDA MOON FBO SHARON C. VAN ERT)**
    **HEINRICH RICHARD WEBER AND BRIGITTE S. WEBER**
3   **JOANN L MCQUERRY**
    **JOSEPH GRGURICH**
4   **LOUIE AND CHARLOTTE POLANCO**
    **ROBERT J LOUGHLIN & ROBERTA L LOUGHLIN, TRUSTEES (on account of**
5   **the proof of interest filed by the LOUGHLIN FAMILY TRUST)**
    **ROCCO J. ROCCO**
6   **ROSALIE ALLEN MORGAN**
    **SHERRY DEAN BULLOCK**
7   **USA CAPITAL FIRST TRUST DEED FUND, LLC**
    **U.S. TRUSTEE**
8   **ALL PARTIES IN INTEREST**
9

10          **PLEASE TAKE NOTICE** that on February 13, 2007, the **"Seventh Omnibus**

11  **Objection of the Official Committee of Equity Security Holders of USA Capital First Trust**

12  **Deed Fund, LLC to Proofs of Interest"** (the "Objection") was filed by the Official Committee

13  of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF

14  Committee"). **The Objection has been filed to reconcile various equity interests asserted in**

15  **USA Capital First Trust Deed Fund, LLC (the "FTDF") with the books and records of the**

16  **FTDF. You should read it. You filed a proof of interest that asserts an equity interest that**

17  **is different than your equity interest as of the date the FTDF filed its chapter 11**

18  **bankruptcy petition (the "Petition Date") as shown in the books and records of FTDF.**

19          Pursuant to the Objection, the FTDF Committee objects to the proofs of interest

20  referenced therein (the "Subject Interests") on the grounds that they do not assert the correct

21  amount of the equity security interests held in the FTDF as of the Petition Date by the parties who

22  filed the Subject Interest (the "Parties"). By the Objection, the FTDF Committee requests that the

23  Subject Interests be disallowed to the extent they assert amounts in excess of each respective

24  Party's equity interest in the FTDF as of the Petition Date as reflected in the Debtors' books and

25  records and allowed in the amount of each Party's equity interest in the FTDF as of the Petition

26  Date per the Debtors' books and records. By this Objection, the FTDF Committee does not seek to

27  prejudice the rights of any member of the FTDF ("FTDF Members") who filed a Subject Interest

28  to recover from the FTDF estate on account of his or her membership interest in the FTDF. A

detailed list of all of the Subject Interests and the relief sought with respect to each Subject Interest

409017v1                              2

is set forth on Exhibit "1" to the Objection. The Subject Interests to which this notice pertains and
the requested treatment of such claims by the FTDF Committee are as follows:

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 72 | Sherry Dean Bullock | 9053 | 11/10/06 | $45,457.80 | $42,070.50 | Disallow proof of interest to the extent it exceeds $42,070.50. The amount asserted in excess of $42,070.50 is on account of an investment unrelated to the USA Capital bankruptcy cases. |
| 73 | Rosalie Allen Morgan | 8238 | 11/13/06 | $105,342.00 plus interest | $105,342.00 | Disallow proof of interest to the extent it exceeds $105,342.00. The amount asserted in excess of $105,342.00 is on account of anticipated but unpaid postpetition dividends. |

409017v1

3

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 74 | Joann L McQuerry | 5627 | 12/4/06 | $655,584.00 plus interest | $25,000.00 | Disallow proof of interest to the extent it exceeds $25,000.00. The amount asserted in excess of $25,000.00 are on account of investments made in deeds of trust through USA Commercial Mortgage Company. |
| 75 | Loughlin Family Trust | N/A | 12/4/06 | $1,055,000.00 | $0.00 | Disallow proof of interest in full because Loughlin Family Trust is not a member of the FTDF. The amount asserted by the proof of interest is on account of investments made in deeds of trust through USA Commercial Mortgage Company. |

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| FTDF Claim no. 6 | Frieda Moon FBO Sharon C. Van Ert | 4153 | May 23, 2006 | $35,583.34 | $35,000.00 | Disallow proof of interest to the extent it exceeds $35,000.00. The filed proof of interest asserts no basis for the amount in excess of $35,000.00. |
| FTDF Claim no. 7 | Frieda Moon FBO Sharon C. Van Ert | 1538 | May 23, 2006 | $17,538.18 | $17,279.00 | Disallow proof of interest to the extent it exceeds $17,279.00. The filed proof of interest asserts no basis for the amount in excess of $17,279.00. |
| FTDF Claim no. 19 | Louie and Charlotte Polanco | 471 | June 23, 2006 | $13,110.26 | $12,214.50 | Disallow proof of interest to the extent it exceeds $12,214.00. The amount asserted in excess of $12,214.50 is on account of anticipated but unpaid postpetition dividends. |

| Proof of Interest No. | Equity Interest Holder | Account ID # | Date Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| FTDF Claim no. 20 | Joseph Grgurich | 9690 | June 23, 2006 | $25,000.00 | $25,000.00 | Disallow proof of interest as duplicative of proof of interest that was formerly FTDF claim no. 2. |
| FTDF Claim no. 25 | Rocco J. Rocco | 6016 | July 7, 2006 | $10,132.00 | $10,000.00 | Disallow proof of interest to the extent it exceeds $10,00.00. The filed proof of interest asserts no basis for the amount in excess of $10,000.00. |
| FTDF Claim no. 26 | Heinrich Richard Weber and Brigitte S. Weber | 9771 | July 21, 2006 | $30,275.00 | $30,000.00 | Disallow proof of interest to the extent it exceeds $30,00.00. The amount asserted in excess of $30,000.00 is on account of anticipated but unpaid postpetition dividends. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 15, 2007, at the hour of 9:30 a.m.**

1          **PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from

2    time to time without further notice except for the announcement of any adjourned dates and time

3    at the above noticed hearing or any adjournment thereof.

4          **PLEASE TAKE FURTHER NOTICE** that any response to the Objection must

5    be filed by **March 8, 2007** pursuant to Local Rule 3007(b), which states:

6            If an objection to a claim is opposed, a written response must be
        filed and served on the objecting party at least 5 business days

7            before the scheduled hearing.  A response is deemed sufficient if it
        states that written documentation in support of the proof of claim

8            has already been provided to the objecting party and that the

9            documentation will be provided at any evidentiary hearing or trial
        on the matter.

10

11          If you object to the relief requested, you *must* file a **WRITTEN** response to this

12    pleading with the court.  You *must* also serve your written response on the person who sent you

13    this notice.

14          If you do not file a written response with the court, or if you do not serve your

15    written response on the person who sent you this notice, then:

16            !    The court may *refuse to allow you to speak* at the scheduled hearing; and

17            !    The court may *rule against you* without formally calling the matter at the

18    hearing.

19

20    DATED: February 13, 2007            /s/ *Andrew M. Parlen*

21                                   Andrew M. Parlen, Esq.
                               Stutman, Treister & Glatt

22                                   Professional Corporation
                               Counsel to the Official Committee of Equity

23                                   Security Holders of USA Capital First Trust
                               Deed Fund, LLC

24

25

26

27

28

409017v1                                    7