FILED
ELECTRONICALLY
2/13/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: March 15, 2007<br>Time: 9:30 a.m. |

**DECLARATION OF MATT KVARDA IN SUPPORT OF EIGHTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC -- PROOFS OF CLAIM AND PROOFS OF INTEREST FILED BY MEMBERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC WHO FILED BOTH PROOFS OF CLAIM AND PROOFS OF INTEREST (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I, Matt Kvarda, hereby declare and state as follows:

1. On April 13, 2006 (the "Petition Date"), the following related entities filed for relief under Chapter 11 of the Bankruptcy Code: (1) USA Commercial Mortgage Company ("USACM"); (2) USA Capital First Trust Deed Fund, LLC ("FTDF"); (3) USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); (4) USA Securities, LLC; and (5) USA Capital Realty Advisors, LLC (collectively, the "Debtors").

2. On May 10, 2006, the United States Trustee appointed the following official committees to represent the interests of their respective constituents in these bankruptcy cases: (1) the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders Committee"); (2) the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "UCC"); (3) the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"); and (4) the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee").

3. I am a Managing Director of Alvarez & Marsal, LLC, the Court-approved financial advisor to the FTDF Committee since June 1, 2006.

4. On October 16, 2006, the Court ordered FTDF to provide the FTDF Committee Professionals with the Debtor's records of the composition of the FTDF members and their respective investments in FTDF, which list (the "FTDF Member List") was provided to the FTDF Committee Professionals shortly thereafter.

5. I have reviewed the facts stated in Eighth Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Proofs Of Claim And Proofs Of Interest Filed By Members Of USA Capital First Trust Deed

1  Fund, LLC Who Filed Both Proofs Of Claim And Proofs Of Interest" (the "Objection"), as
2  well as the claims and interests listed on Exhibit 1 thereto.

3      6.  Based upon my review of the FTDF Member List, the list of claimants
4  provided in Exhibit 1 to the Objection as well as the stated amount of their respective equity
5  interests in FTDF as of the Petition Date is an accurate representation of those claimants'
6  equity interests in FTDF as of the Petition Date pursuant to the Debtors' records.

7.  I have reviewed the FTDF Operating Agreement, a true and correct copy of which is attached hereto as **Exhibit "A"**, which provides in Section 1.32 as follows:

> "Distributable Amounts from Operations" shall mean (a) an amount of cash equal to the accrued income from operations and investment of Company Property, excluding Distributable Amounts from Sales or Refinancings, during any calendar quarter, year, or other period; plus (b) any and all funds released by the Manager from Reserves; less (c) the accrued operating expenses, depreciation, and amortization of the Company during such period (including, without limitation, fees due the Manager and/or the Manager's Affiliates, any adjustments for bad debt reserves or deductions or other Reserves that the Manager, it its sole discretion, may deem appropriate); provided, however, that Distributable Amounts From Operations shall not exceed the amount of cash on hand.

8.  Based upon my review of FTDF's financial records, there are no Distributable Amounts from Operations to which FTDF Members might otherwise have been entitled.

9.  I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this ___ day of February, 2007.

_____
MATT KVARDA

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432