ELECTRONICALLY FILED
February 13, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date: March 15, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF FILING AND HEARING RE EIGHTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – PROOFS OF CLAIM AND PROOFS OF INTEREST FILED BY MEMBERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC WHO FILED BOTH PROOFS OF CLAIM AND PROOFS OF INTEREST (BERNARD WHITE; BILL MCHUGH POA FOR HARRY MCHUGH REVOCABLE TRUST; FIRST SAVINGS BANK C/F GAIL HODES, IRA; FISERV TRUST COMPANY TTEE FBO EDWARD L. FELMAN IRA 06000071575; JEAN-JACQUES LEBLANC; JOAN LEBLANC; JOHN E BROWN & SANDRA L BROWN; OVCA ASSOCIATES INC DEFINED PENSION PLAN C/O WILLIAM J OVCA JR TRUSTEE; PETER M DIGRAZIA DMD PSP; ROBERT WOODS; AND SIBRAVA-RAPP TRUST 1-02-07) (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

409051v1

| | |
|---|---|
| 1 | TO:    BERNARD WHITE |
| 2 |        BILL MCHUGH (on account of proofs of claim and interest filed by BILL MCHUGH POA FOR HARRY MCHUGH REVOCABLE TRUST) |
| 3 |        EDWARD FELMAN (on account of proofs of claim and interest filed by FISERV TRUST COMPANY TTEE FBO EDWARD L. FELMAN IRA 060000071575) |

TO:   BERNARD WHITE
      BILL MCHUGH (on account of proofs of claim and interest filed by BILL MCHUGH POA FOR HARRY MCHUGH REVOCABLE TRUST)
      EDWARD FELMAN (on account of proofs of claim and interest filed by FISERV TRUST COMPANY TTEE FBO EDWARD L. FELMAN IRA 060000071575)
      FIRST SAVINGS BANK (on account of proofs of claim and interest filed by FIRST SAVINGS BANK C/F FAIL HODES, IRA)
      FISERV TRUST COMPANY (on account of proofs of claim and interest filed by FISERV TRUST COMPANY TTEE FBO EDWARD L. FELMAN IRA 060000071575)
      GAIL HODES (on account of proofs of claim and interest filed by FIRST SAVINGS BANK C/F FAIL HODES, IRA)
      JEAN-JACQUES LEBLANC
      JOAN LEBLANC
      JOAN SIBRAVA (on account of proofs of claim and interest filed by SIBRAVA-RAPP TRUST 1-02-97)
      JOHN E & SANDRA L BROWN
      PETER M DIGRAZIA (on account of proofs of claim and interest filed by PETER M DIGRAZIA DMD PSP)
      ROBERT WOODS
      WILLIAM J. OVCA (on account of proofs of claim and interest filed by OVCA ASSOCIATES INC DEFINED PENSION PLAN C/O WILLIAM J OVCA JR TRUSTEE)
      USA CAPITAL FIRST TRUST DEED FUND, LLC
      U.S. TRUSTEE
      ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that on February 13, 2007, the "Eighth Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC – Proofs Of Claim And Proofs Of Interest Filed By Members Of USA Capital First Trust Deed Fund, LLC Who Filed Both Proofs Of Claim And Proofs Of Interest" (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"). The Objection has been filed to reconcile various claims and equity interests asserted in USA Capital First Trust Deed Fund, LLC (the "FTDF") with the books and records of the FTDF. You should read it. You filed a proof of claim(s) and proof of interest that asserts an equity interest that is different than your equity interest as of the date the FTDF filed its chapter 11 bankruptcy petition (the "Petition Date") as shown in the books and records of FTDF.

Pursuant to the Objection, the FTDF Committee objects to (a) the proofs of claim

409051v1                                              2

1  referenced therein (the "Claims on Equity Interest") filed by members of the FTDF ("FTDF
2  Members") on the grounds that they are duplicative of proofs of interest filed by such FTDF
3  Members, and (b) proofs of interest referenced therein (the "Subject Interests") on the grounds that
4  they do not assert the correct amount of the equity security interests held by each respective FTDF
5  Member in the FTDF as of the date the FTDF filed its chapter 11 bankruptcy petition (the "Petition
6  Date). By the Objection, the FTDF Committee requests that (a) the Claims on Equity Interests be
7  disallowed and expunged in full and (b) the Subject Interests be disallowed to the extent they
8  assert amounts in excess of each respective FTDF Member's equity interest in the FTDF as of the
9  Petition Date as reflected in the Debtors' books and records. By the Objection, the FTDF
10 Committee does not seek to prejudice the rights of any FTDF Member who filed a Claim on
11 Equity Interest or Subject Interest to recover from the FTDF estate on account of his or her
12 membership interest in the FTDF. A detailed list of all of the Claims on Equity Interests and
13 Subject Interests and the relief sought with respect to each Claim on Equity Interest and Subject
14 Interest is set forth on Exhibit "1" to the Objection. The Claims on Equity Interests and the
15 Subject Interests and the requested treatment of such claims and interests by the FTDF Committee
16 are as follows:

| FTDF Member Who Filed Both a Proof of Claim and a Proof of Interest | Acct. ID # | Proof of Claim No(s). | Claim Amount | Proof of Interest No. | Proof of Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|---|
| Bernard White | 4827 | 66 | $56,040.00 | 21 | $56,040.00 | $54,484.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest in the amount of $54,484.50, and disallow proof of interest to the extent it exceeds $54,484.50 because the amount asserted in excess of $54,484.50 is on account of an investment unrelated to the USA Capital bankruptcy cases. |

409051v1                                    3

| FTDF Member Who Filed Both a Proof of Claim and a Proof of Interest | Acct. ID # | Proof of Claim No(s). | Claim Amount | Proof of Interest No. | Proof of Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|---|
| Bill McHugh POA for Harry McHugh Revocable Trust | 10349 | 73 | $30,000.00 | 31 | $30,000.00 | $30,000.00 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| First Savings Bank C/F Gail Hodes, IRA | 1671 | 97 and 137 | Claim no. 97: $35,143.89 plus unliquidated amount<br><br>Claim no. 137: see attachment to claim | 38 | $35,143.89 plus unliquidated damages | $33,792.00 | Disallow both claims as duplicative of the proof of interest to the extent they are on account of investments made by the Claimant in the FTDF. Disallow the claims to the extent they (i) allege that the FTDF has tort or contractual liability to the Claimant and (ii) allege the Claimant is entitled to anticipated but unpaid postpetition dividends. Allow the proof of interest in the amount of $33,792.00, and disallow the proof of interest to the extent it exceeds $33,792.00, as amounts asserted in excess of such amount are on account of (i)tort/contract claims for which the FTDF has no liability and (ii) anticipated but unpaid postpetition dividends. |
| Fiserv Trust Company Ttee FBO Edward L. Felman IRA 060000071575 | 10105 | 98 | $50,416.50 | 36 | $50,416.50 | $50,416.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| Jean-Jacques LeBlanc | 7627 | 103 | $21,459.50 | 51 | $21,459.50 | $21,459.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |

409051v1

4

| FTDF Member Who Filed Both a Proof of Claim and a Proof of Interest | Acct. ID # | Proof of Claim No(s). | Claim Amount | Proof of Interest No. | Proof of Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|---|
| Jean-Jacques LeBlanc | 8305 | 104 | $50,000.00 | 54 | $50,000.00 | $50,000.00 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| Joan LeBlanc | 8516 | 105 | $15,982.50 | 50 | $15,982.50 | $15,982.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| Joan LeBlanc | 8505 | 107 | $15,982.50 | 49 | $15,982.50 | $15,982.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| John E Brown Jr and Sandra L Brown | 2071 | 102 and 112 | Claim no. 102: $10,000.00<br><br>Claim no. 112: $10,000.00 | 55 | $10,000.00 | $10,000.00 | Disallow both claims as duplicative of filed proof of interest. Allow proof of interest. |
| OVCA Associates Inc Defined Pension Plan C/O William J Ovca Jr Trustee | 1016 | 96 and 136 | Claim no. 96: $17,957.79 plus unliquidated amount<br><br>Claim no. 136: see attachment to claim | 37 | $17,957.79 plus unliquidated damages | $17,267.00 | Disallow both claims as duplicative of the proof of interest to the extent they are on account of investments made by the Claimant in the FTDF. Disallow the claims to the extent they (i) allege that the FTDF has tort or contractual liability to the Claimant and (ii) allege the Claimant is entitled to anticipated but unpaid postpetition dividends. Allow the proof of interest in the amount of $17,267.00, and disallow the proof of interest to the extent it exceeds $17,267.00, as amounts asserted in excess of such amount are on account of (i)tort/contract claims for which the FTDF has no liability and (ii) anticipated but unpaid postpetition dividends. |

409051v1

5

| FTDF Member Who Filed Both a Proof of Claim and a Proof of Interest | Acct. ID # | Proof of Claim No(s). | Claim Amount | Proof of Interest No. | Proof of Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|---|
| Peter M. DiGrazia DMD PSP | 7353 | 34 and 64 | Claim no. 34: $15,625.00<br><br>Claim no. 64: $15,625.00 | 60 | $15,750.00 | $15,000.00 | Disallow both claims as duplicative of filed proof of interest. Allow proof of interest in the amount of $15,000.00, and disallow proof of interest to the extent it exceeds $15,000.00 because amount asserted in excess of $15,000.00 is on account of anticipated but unpaid postpetition dividends. |
| Robert Woods | 1462 | 99 | $10,000.00 plus interest | 41 | $11,884.50 | $11,884.50 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |
| Sibrava-Rapp Trust 1-02-97 | 10638 | 65 | No amount stated | 14 | $30,000.00 | $30,000.00 | Disallow claim as duplicative of filed proof of interest. Allow proof of interest. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 15, 2007, at the hour of 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **March 8, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the

409051v1

6

documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- ! The court may *refuse to allow you to speak* at the scheduled hearing; and
- ! The court may *rule against you* without formally calling the matter at the hearing.

DATED: February 13, 2007

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

409051v1

7