LAUREL E. DAVIS (NV Bar No. 3005)
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Fax: (702) 692-8099
Email: ldavis@fclaw.com

Attorneys for the Canepa Group

E-Filed February 13, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | **NOTICE OF CHANGE OF ADDRESS OF ATTORNEY (LAUREL E. DAVIS)** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>    [x] All Debtors<br>    [ ] USA Commercial Mortgage Company<br>    [ ] USA Securities, LLC<br>    [ ] USA Capital Realty Advisors, LLC<br>    [ ] USA Capital Diversified Trust Deed Fund, LLC<br>    [ ] USA First Trust Deed Fund, LLC | |

1

Laurel E. Davis hereby gives notice of the following changes of email address and mailing address:

A.  CHANGE OF EMAIL ADDRESS

   Old email address:   ldavis@lionelsawyer.com

   New email address:   ldavis@fclaw.com

   Date of the change:  February 14, 2007

B.  CHANGE OF MAILING ADDRESS

   Old Mailing Address:

   > LIONEL SAWYER & COLLINS
   > 1700 Bank of America Plaza
   > 300 South Fourth Street
   > Las Vegas, Nevada 89101

   New Mailing Address:

   > FENNEMORE CRAIG, P.C.
   > 300 South Fourth Street, Suite 1400
   > Las Vegas, NV  89101
   > Telephone:  (702) 692-8000
   > Fax: (702) 692-8099

   Date of change: February 14, 2007

/s/ Laurel E. Davis                    Dated: February 13, 2007

2