Entered on Docket
February 14, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders
 of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS ON EQUITY MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC AS CREDITOR CLAIMS** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |

{00367137;}

OHS West:260095880.3

Page - 1 - of 8

| Affects: | Date: | January 31, 2007 |
| --- | --- | --- |
| ☐ All Debtors | Time: | 9:30 a.m. |
| ☐ USA Commercial Mortgage Company | Courtroom: | 1 |
| ☐ USA Securities, LLC | | |
| ☐ USA Capital Realty Advisors, LLC | | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | | |
| ☐ USA First Trust Deed Fund, LLC | | |

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Claims on Equity Misfiled As Proofs of Claim (the "Objection"), all subsequent related pleadings, the papers and records on file in the above-captioned bankruptcy cases, and the arguments of counsel at the hearing noted above, Anne M. Loraditch, Esq., appearing for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, with other appearances as noted on the record; sufficient notice having been given; the Court having made its findings of fact and conclusions of law on the record, incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A, attached hereto and made a part hereof, shall be disallowed in their entirety, as they are creditor claims filed by holders of equity interests in USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") who are not entitled to any distribution from Diversified Fund on the basis of such claims but who shall recover from Diversified Fund on a pro rata basis according to their respective equity interests.

///
///
///
///
///
///
///
///

RESPECTFULLY SUBMITTED BY:

BECKLEY SINGLETON, CHTD.

*/s/ Anne M. Loraditch*

BOB L. OLSON, ESQ.
Nevada Bar No. 3783
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
    and
MARC A. LEVINSON, ESQ.
California Bar No. 57613
JEFFERY HERMANN, ESQ.
California Bar No. 90445
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**APPROVED**/DISAPPROVED:

RAY QUINNEY & NEBEKER, P.C.

   /s/ Steven R. Strong
ANNETTE W. JARVIS, ESQ.
STEVEN R. STRONG, ESQ.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
    and
SCHWARTZER & MCPHERSON LAW FIRM
LENARD SCHWARTZER, ESQ.
JEANETTE MCPHERSON, ESQ.
2850 South Jones Blvd, #1
Las Vegas, Nevada 89146
Telephone: (702) 228-7590

*Counsel for USA Capital Diversified Trust Deed Fund, LLC*

**APPROVED**/DISAPPROVED:

SHEA & CARLYON, LTD.

   /s/ Candace C. Carlyon
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
    and
STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

{00367137;}

OHS West:260095880.3

| | |
|---|---|
| **APPROVED**/DISAPPROVED: | **APPROVED**/DISAPPROVED: |
| LEWIS & ROCA, LLP | GORDON & SILVER, LTD. |
| /s/ Susan Freeman | /s/ Greg E. Garman |
| ROB CHARLES, ESQ. | GERALD M. GORDON, ESQ. |
| SUSAN FREEMAN, ESQ. | GREGORY E. GARMAN, ESQ. |
| 3993 Howard Hughes Parkway, Suite 600 | 3960 Howard Hughes Parkway, 9th Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89109 |
| Telephone: (702) 949-8200 | Telephone: (702) 796-5555 |
| *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage* | *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage* |
| **APPROVED**/DISAPPROVED: | **APPROVED**/DISAPPROVED: |
| GOOLD PATTERSON ALES & DAY | SHRECK BRIGNONE |
| /s/ Kelly J. Brinkman | /s/ James D. Greene |
| KELLY J. BRINKMAN, ESQ. | JAMES D. GREENE, ESQ. |
| 4496 South Pecos Road | 300 South Fourth Street, #1200 |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89101 |
| Telephone: (702) 436-2600 | Telephone: (702) 382-2101 |
| *Counsel for Karen Petersen Tyndall* | *Counsel for John Godfrey* |
| APPROVED/DISAPPROVED: | **APPROVED**/DISAPPROVED: |
| LAW OFFICE OF WM. L. MCGIMSEY, P.C. | OFFICE OF THE UNITED STATES TRUSTEE |
| WILLIAM L. MCGIMSEY, ESQ. | /s/ August Landis |
| 601 East Charleston Boulevard | 300 Las Vegas Boulevard, Suite 4300 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89101 |
| Telephone: (702) 382-9948 | |
| *Counsel for Margaret B. McGimsey, Sharon and Jerry McGimsey, Johnny Clark and Bruce McGimsey* | |

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

☐  The Court waived the requirements of LR 9021.
☒  I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
  ☒  approved the form of this order;
  ☐  waived the right to review the order; and/or
  ☒  failed to file and serve papers in accordance with LR 9021(c); and

the following have disapproved the form of the order:
  n/a

☐  No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 12th day of February 2007.

BECKLEY SINGLETON, CHTD.

*/s/ Anne M. Loraditch/*
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

{00367137;}

OHS West:260095880.3

Page - 5 - of 8

# EXHIBIT A

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| 1 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 2 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 3 | Joseph Grgurich | $24,023.66 |
| 4 | Robert G. Worthen | $1,578,096.69 |
| 5 | Roseberry Family LP, Robert L. Roseberry | $25,000.00 |
| 21 | David & Sharon Mesker | $83,036.03 |
| 22 | Anthony & Nancy Prescia | $144,141.97 |
| 23 | Anthony & Nancy Prescia | $233,782.12 |
| 24 | Patterson-Rogers 2001 Family Trust | $48,047.32 |
| 25 | Simmtex, Inc. | $240,236.61 |
| 26 | Jed Barish | $87,870.62 |
| 27 | Ross Deller | $50,000.00 |
| 28 | Ross Deller | $100,000.00 |
| 29 | Ross Deller | $120,000.00 |
| 30 | Ross Deller | $50,000.00 |
| 31 | Joseph Grgurich | $24,023.66 |
| 32 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 33 | Diana Forde, Trustee of the Michelle Revocable Trust | $93,000.00 |
| 34 | Lestor C. Avila | $200,000.00 |
| 35 | Rex B. McBride | $50,000.00 |
| 36 | Thomas A. Brodie, Jr. | $24,023.66 |
| 39 | Aristotle Melonas | $21,728.50 |
| 40 | Aristotle Melonas | $551,616.50 |
| 41 | Aristotle Melonas | $72,070.98 |
| 42 | Aristotle Melonas | $654,852.55 |
| 43 | Aristotle Melonas | $145,496.04 |
| 44 | Robert Carollo & Beverly Carollo | $96,094.65 |
| 45 | Suzanne C. Mowbray, Trustee | $196,705.49 |
| 46 | Walter C. Bell & Enriquita Bell | $50,000.00 |
| 47 | First Savings Bank C/F Janice Wise IRA | $120,118.00 |
| 48 | First Savings Bank C/F Kenneth N. Wise IRA | $144,141.00 |
| 49 | The Chiapetta Trust Pat & John Chiapetta Trustee | $59,104.28 |
| 50 | Silver Saver Mort., Inc. | $36,386.45 |
| 51 | E. Leslie Combs, Jrs. IRA #507 | $136,029.35 |
| 52 | E. Leslie Combs, Jrs. Or Sherri Y. Allen | $48,530.85 |
| 54 | Said Mobin | $24,220.26 |
| 55 | James C. Connick & Velma M. Connick | $144,141.97 |
| 57 | Robert J. Scott & Lois Mae Scott | $77,423.96 |
| 58 | Carmine and Ann Vento | $48,047.32 |
| 59 | Ramona C. Bigelow | $30,363.07 |
| 60 | Alan Benet | $26,577.40 |

| | | | |
|---|---|---|---|
| 1 | 61 | Tamra A. Mamuad | $480,473.24 |
| 2 | 62 | Manfred S. Spindel & Christine L. Spindel | $296,706.00 |
| | 63 | Said Mobin | $24,220.26 |
| 3 | 64 | Bill Wallace | $57,530.57 |
| | 65 | Maila Snider | $31,139.14 |
| 4 | 66 | Maila Snider | $96,094.65 |
| 5 | 67 | Walter Hell & Sylvia Hell, Trustees | $124,334.87 |
| | 68 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $25,000.00 |
| 6 | 69 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $50,000.00 |
| | 70 | Bryan L. Fidler and Dawn E. Lucas | $56,344.00 |
| 7 | 71 | Alfred Olsen, Jr. | $223,706.67 |
| 8 | 72 | Joseph and Loretta Donnolo, Ttees, Donnolo Family Trust | $48,047.00 |
| | 73 | John Mulkey | $817.95 |
| 9 | 74 | Arthur P. Laird & Eulalia Laird, Ttees, Laird Family Trust Dated 2/15/97 | $30,829.24 |
| 10 | 75 | Kristen L. Beling & William J. Dougherty, Ttees, Sunset Endodontics PS Trust | $55,644.80 |
| 11 | 76 | William F. or Louise Scheve | $36,669.07 |
| 12 | 77 | Bruce and Sherry Layne | $240,000.00 |
| 13 | 78 | Mark Horton Treasurer Allen Bennett Trustee Shepherd of the Mountains Lutheran Church | $24,708.00 |
| | 84 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 14 | 85 | Karen Petersen Tyndall Trust Dated 3/9/94 (Acct #4231) | $1,115,915.59 |
| 15 | 86 | William M. Spangler (Acct 6249) | $48,047.32 |
| | 87 | William M. Spangler and Jean A. Spangler (Acct 8249) | $72,070.98 |
| 16 | 88 | Gary Michelsen | No amount stated |
| 17 | 89 | John E. Michelsen Family Trust | No amount stated |
| | 90 | Margaret B. McGimsey Trust | $96,094.75 |
| 18 | 91 | Miriam B. Gage and George J. Gage | $283,838.53 |
| | 92 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 |
| 19 | 93 | Sharon or Jerry McGimsey | $311,091.58 |
| 20 | 94 | Johnny Clark | $99,467.90 |
| | 95 | Bruce McGimsey | $86,171.22 |
| 21 | 96 | Castulo O. Martinez | $24,573.59 |
| 22 | 97 | Helen N. Graeber | $216,212.95 |
| | 98 | Eric T. and Dolores V. Erickson | $120,185.07 |
| 23 | 99 | Carol Ann Turner | $98,054.36 |
| | 100 | Terry L. Hansen Revocable Living Trust Dated 9/25/03 | $48,047.32 |
| 24 | 101 | John A. Godfrey, Pinnacle Entertainment Inc. | $262,760.24 |
| | 102 | Douglas Carson | $1,119.58 |
| 25 | 103 | Robert A. Susskind | $213,645.91 |
| 26 | 104 | Ralph W. Sherer Trust | $193,176.95 |
| | 105 | Cynthia Deitz aka Cynthia L. Schulte | $264.01 |
| 27 | 106 | Debra S. Ballinger | $29,632.19 |
| | 107 | Gwen S. Patton Trust | $129,027.13 |
| 28 | 108 | Andrew W. & Beth Mitchell | $111,444.82 |

| | | |
|---|---|---|
| 109 | Jean Jacques Leblanc | $66,050.02 |
| 110 | Jean-Jacques Leblanc | $768,757.17 |
| 111 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 |
| 112 | Miriam B. Gage and George J. Gage | $283,838.53 |
| 113 | CFR, Inc. | $53,917.15 |
| 114 | David R. Fuller and Monica D. Fuller Trust | $261,687.87 |
| 115 | Cynthia Deitz (fka Schulte) | $264.01 |
| 117 | Michael Baginski | $288,283 |
| 118 | Karen Petersen Tyndall Trust Dated 3/9/94 | $1,115,915.59 |
| 119 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 120 | Herman M. Adams/Brian M. Adams/Anthony G. Adams | $3,625,000.00 |
| 121 | Michael L. Gross and Diana M. Gross | $96,094.65 |
| 122 | Brian M. Adams | $325,000.00 |
| 123 | Olympia Capital Management | $100,000.00 |
| 124 | Larry L. & Patsy R. Rieger | $194,337.91 |
| 127 | John E. Michelsen Family Trust | No amount stated |
| 128 | Gary Michelsen | No amount stated |
| 129 | Margaret B. McGimsey Trust | $96,094.75 |
| 130 | Sharon or Jerry McGimsey | $311,091.58 |
| 131 | Johnny Clark | $99,467.90 |
| 133 | Olympia Capital Management | $100,000.00 |
| 134 | William M. Spangler | $48,047.32 |
| 135 | William M. Spangler and Jean A. Spangler | $72,070.98 |
| 136 | Bruce McGimsey | $86,171.32 |
| 137 | Jack M. Dunphy | $26,071.08 |

###