**Entered on Docket
February 14, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Steven C. Strong (Utah Bar No. 6340) | Jeanette E. McPherson, NV Bar No. 5423 |
| 36 South State Street, Suite 1400 | Schwartzer & McPherson Law Firm |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY TO PREVENT FORECLOSURE BY WESTERN UNITED LIFE ASSURANCE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

On January 31, 2007, the Court conducted a hearing on the *Motion for an Order Enforcing the Automatic Stay to Prevent Foreclosure by Western United Life Assurance Company* (the "Motion") filed January 25, 2007 by debtors USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fun, LLC ("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF") (collectively, the "Debtors") (docket no. 2555). Appearances of counsel were noted on the record at the hearing.

Having considered the Motion, the joinders in the Motion filed by the Official Committee of Unsecured Creditors of USACM (docket no. 2580) and the Official Committee of Equity Security Holders of FTDF (docket no. 2597), the opposition to the Motion filed January 29, 2007 by Western United Life Assurance Company and Cross Development / Montgomery, L.P. (collectively, "WULA") (docket no. 2607), and the arguments of counsel, the Court made its findings and conclusions on the record at the conclusion of the hearing, and it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the respective interests of FTDF and DTDF in the "West Hills Park Note" (as defined in the Motion), and the junior lien interests in the "Montgomery County Property" (as defined in the Motion to include "a 99,352 square foot, four-story office building and a 38,142 square foot, two-story underground bunker located on approximately 50 acres of land outside of Montgomery, Texas") that secure the West Hills Park Note, are property of the respective bankruptcy estates of FTDF and DTDF as defined by Section 541 of the Bankruptcy Code and that, accordingly, any foreclosure of WULA's first lien on the Montgomery County Property would constitute an act to obtain possession of or exercise control over property of the said estates

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

P:\USA Commercial Mortgage\Pleadings\Enforce Automatic Stay-WULA\Order Granting Motion.doc

1  and thus a violation of the automatic stay of Section 362(a) of the Bankruptcy Code for as long as
2  such stay remains in effect.

3  Submitted by:  
4  SCHWARTZER & MCPHERSON LAW FIRM and  
   RAY QUINNEY & NEBEKER P.C.

**Approved** / Disapproved as to form by:  
KOLESAR & LEATHAM, CHTD. and  
FULBRIGHT & JAWORSKI L.L.P.

6  By: /s/ Jeanette E. McPherson  
7  JEANETTE E. MCPHERSON, ESQ.  
   ANNETTE W. JARVIS, ESQ.  
8  *Attorneys for Debtors and Debtors-in-Possession*

By: /s/ Michael Anglin  
NILE LEATHAM, ESQ.  
MICHAEL ANGLIN, ESQ.  
*Attorneys for Western United Life Assurance Company*

10 **Approved**/Disapproved by:  
   LEWIS AND ROCA, LLP

**Approved** / Disapproved by:  
OFFICE OF THE U.S. TRUSTEE

12 By: /s/ Rob Charles  
      ROB CHARLES, ESQ.  
13    *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

By: /s/ August B. Landis  
      AUGUST B. LANDIS, ESQ.

16 Approved/Disapproved by:  
   ORRICK, HERRINGTON & SUTCLIFFE LLP  
   and BECKLEY SINGLETON, CHTD.

**Approved**/Disapproved by:  
GORDON & SILVER, LTD.

18 By:_____  
      MARC A. LEVINSON, ESQ.  
19    ANNE M. LORADITCH, ESQ.  
      *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

By: /s/ Gregoary E. Garman  
      GREGORY E. GARMAN, ESQ.  
      *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

22 **Approved**/Disapproved by:  
   STUTMAN TREISTER & GLATT, P.C. and  
23 SHEA & CARLYON, LTD.

24 By: /s/ Candace Carlyon  
      EVE KARASIK, ESQ.  
25    CANDACE C. CARLYON, ESQ.  
      *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

SCHWARTZER & MCPHERSON LAW FIRM  
2850 South Jones Boulevard, Suite 1  
Las Vegas, Nevada 89146-5308  
Tel: (702) 228-7590 · Fax: (702) 892-0122

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Failed to Respond:    ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

# # #