

**Entered on Docket**
**February 14, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C  
FRANK A. MEROLA  
(CA State Bar No. 136934)  
EVE H. KARASIK  
(CA State Bar No. 155356)  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  
Telephone: (310) 228-5600  
E-mail:   fmerola@stutman.com  
              ekarasik@stutman.com  

SHEA & CARLYON, LTD.  
CANDACE C. CARLYON  
(Nevada State Bar No. 002666)  
SHLOMO S. SHERMAN  
(Nevada State Bar No. 009688)  
233 South Fourth Street, Second Floor  
Las Vegas, Nevada 89101  
Telephone: (702) 471-7432  
E-mail:   ccarlyon@sheacarlyon.com  
              ssherman@sheacarlyon.com  

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: February 15, 2007<br>Time: 9:30 a.m. |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

## ORDER APPROVING STIPULATION TO WITHDRAW PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the Stipulation re Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital First Trust Deed Fund, LLC) (the "Stipulation"), providing for the voluntary withdrawal of Claim No. 120 filed by Standard Property Development, LLC, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved, and the Claim of Standard Property Development, LLC against USA Capital First Trust Deed Fund, LLC is withdrawn.

IT IS FURTHER ORDERED that the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Docket No. 2293)(the "Standard Claim Objection") is therefore moot, and the hearing on the Standard Claim Objection, currently set for February 15, 2007, at 9:30 a.m., is vacated.

SUBMITTED BY:

SHEA & CARLYON, LTD.

/s/ 

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
EVE H. KARASIK
(CA State Bar No. 155356)

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

APPROVED/DISAPPROVED:

SHUTTS & BOWEN, LLP

_/s/ Andrew M Brumby_

ANDREW M BRUMBY, ESQ.
LEE D. MACKSON, ESQ.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802

and

STEPHENS.GOURLEY & BYWATER
R. VAUGHN GOURLEY, ESQ.
3636 North Rancho Drive
Las Vegas, NV 89130
Attorneys for Standard Property Development, LLC

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

3

1 | APPROVED/DISAPPROVED:

2 | SHUTTS & BOWEN, LLP

4 | _____
5 | ANDREW M BRUMBY, ESQ.
  | LEE D. MACKSON, ESQ.
6 | 300 South Orange Avenue, Suite 1000
  | Orlando, FL 32802

7 | and

9 | STEPHENS GOURLEY & BYWATER
  | R. VAUGHN GOURLEY, ESQ.
10 | 3636 North Rancho Drive
   | Las Vegas, NV 89130
11 | Attorneys for Standard Property
   | Development, LLC

14 | REVIEWED:

15 | OFFICE OF THE U.S. TRUSTEE

17 | _____
   | AUGUST B. LANDIS, ESQ.
18 | SCOTT A. FARROW, ESQ.
19 | 300 Las Vegas Boulevard, Suite 4300
   | Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

3