FILED
ELECTRONICALLY
2/14/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: February 15, 2007<br>TIME: 9:30 a.m. |

**STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (HALSETH)**

The undersigned, the Official Committee of Equity Security Holders of USA Capital

First Trust Deed Fund, LLC (the "FTDF Committee"), by and through their counsel, Candace C. Carlyon, Esq., of the law firm of Shea & Carlyon, Ltd.; and claimant, Halseth Family Trust Totally Restated 4/21/00 ("Halseth"), by and through Daniel R. Halseth, Trustee, stipulate as follows:

1. Halseth has filed a secured claim (claim no. 146) in the amount of "$_____" (the "Halseth Claim".)

2. The FTDF Committee has requested that, on an interim basis, the Court set a reserve for unliquidated claims, in order to permit the Debtor to recommence interim distributions to all equity holders of FTDF.

IT IS HEREBY AGREED THAT:

1. Halseth agrees to the establishment of an interim reserve as requested in the motion.

2. The parties agree that the amount of such reserve shall be $60,000 on account of the Halseth Claim.

3. All of the parties to this stipulation agree and understand that this is an interim measure, which will have no effect on the ultimate allowance, disallowance, priority, amount, or other treatment of the claim which are the subject of this stipulation.

///

///

///

///

///

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

4. Counsel for FTDF has advised the claimant that FTDF does plan to object to the allowance of its claim, via a separate objection.

DATED this __ day of February, 2007.

SHEA & CARLYON, LTD.

_____
JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00

_____
By: DANIEL R. HALSETH, TRUSTEE