FILED ELECTRONICALLY
2/14/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail: fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) DATE: February 15, 2007<br>) TIME: 9:30 a.m.<br>)<br>) |

**STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (KANTOR)**

The undersigned, the Official Committee of Equity Security Holders of USA Capital

First Trust Deed Fund, LLC (the "FTDF Committee"), by and through their counsel, Candace C. Carlyon, Esq., of the law firm of Shea & Carlyon, Ltd.; and claimants, Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor and Lynn M. Kantor (collectively the "Kantor Claimants"), by and through their counsel, Michael M. Schmahl, Esq. of the law firm of McGuireWoods LLP, hereby stipulate as follows:

1. Kantor Nephrology Consultants, Ltd. 401(k) PSP ("KNC") has filed an unliquidated, unsecured claim (claim no. 123) in the FTDF bankruptcy.

2. Dr. Gary Kantor ("Dr. Kantor") has filed an unlidquidated, unsecured claim (claim no. 124) in the FTDF bankruptcy.

3. Lynn M. Kantor (collectively with KNC and Dr. Kantor, the "Kantors") has filed an unliquidated, unsecured claim (claim no. 125) in the FTDF bankruptcy (collectively the "Kantor Claims".).

4. The FTDF Committee has filed its MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (the "Motion") in which, the FTDF Committee has requested that the Court set a reserve for unliquidated claims, including the Kantor Claims, in order to permit the Debtor to make interim distributions to all equity holders of FTDF.

5. The FTDF Committee has informed the Kantors that it and the Debtor anticipate making an interim distribution to all equity holders of FTDF during the month of February, 2007 (the "February Equity Distribution") out of the approximately $10 million in cash currently held by FTDF, less appropriate reserves for anticipated administrative expenses

and claims.

6. The FTDF Committee has informed the Kantors that the FTDF has received an offer to purchase the FTDF's remaining loan portfolio for approximately $36 million, which is scheduled to close on or about February 16, 2007. Additionally, the FTDF Committee has informed the Kantors that, in the event this sale does not close, the FTDF will continue to own a loan portfolio comprised of partial or complete interests in various secured loans with a face value of approximately $49 million.

IT IS HEREBY AGREED THAT:

1. In order to permit the Debtor to make the February Equity Distribution, the Kantor Claimants agree to the establishment an interim reserve for the Kantor Claims (the "February Kantor Reserve").

2. The parties agree that the February Kantor Reserve shall be in the amount of $1.00 solely for the purposes of allowing the Debtor to make the February Equity Distribution.

3. All of the parties to this stipulation agree and understand that this is an interim measure designed to allow the FTDF to make the February Equity Distribution and that the amount of the February Kantor Reserve will have no effect on the ultimate allowance, disallowance, priority, amount, or other treatment of the Kantor Claims, which shall be determined pursuant to further order of the Court. As such, the amount of the reserve shall not be construed or otherwise interpreted as an estimation of the Kantor Claims and shall not have any preclusive, *res judicata*, or otherwise prejudicial effect on the ultimate amount of the Kantor Claims.

4. The parties further agree that the February Kantor Reserve shall only apply to the February Equity Distribution and that the Kantors retain all of their rights to object to any

3

additional distributions to equity holders in the FTDF, and the FTDF Committee retains all of its rights to seek to establish the amount of any reserve for the Kantor Claims to allow the FTDF to make any future distributions to equity holders in the FTDF.

5. FTDF has previously filed an objection to the Kantor Claims, which objection has been continued for hearing to March 1, 2007 at 9:30 a.m., and the Kantor Claimants have until and including February 20, 2007, to file a response.

DATED this ___ day of February, 2007.

| SHEA & CARLYON, LTD. | McGUIRE WOODS, LLP |
|---|---|
| /s/ JAMES PATRICK SHEA | /s/ Michael M. Schmahl |
| JAMES PATRICK SHEA<br>CANDACE C. CARLYON<br>SHLOMO S. SHERMAN<br>233 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101 | Michael M. Schmahl, Esq.<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, Illinois 60601-1818 |

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067