FILED ELECTRONICALLY
2/14/07

| STUTMAN, TREISTER & GLATT, P.C | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | CANDACE C. CARLYON |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| EVE H. KARASIK | SHLOMO S. SHERMAN |
| (CA State Bar No. 155356) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  ccarlyon@sheacarlyon.com |
|          ekarasik@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
| Debtor. | ) |
| In re: | ) BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) Chapter 11 |
| Debtor. | ) |
| Affects | ) |
| ☐ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) Date: February 15, 2007 |
| ☐ USA Securities, LLC | ) Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA Capital First Trust Deed Fund, LLC | ) |

### NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO WITHDRAW PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)

PLEASE TAKE NOTICE that an Order Approving Stipulation to Withdraw Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital

1  First Trust Deed Fund, LLC) was entered on the 14th day of February, 2007, a true and correct
2  copy of which is attached hereto..
3     DATED this 14th day of February, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

**Entered on Docket**
**February 14, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:  fmerola@stutman.com<br>         ekarasik@stutman.com | SHEA & CARLYON, LTD.<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>233 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:  ccarlyon@sheacarlyon.com<br>         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>         Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>) Date: February 15, 2007<br>) Time: 9:30 a.m.<br>)<br>)<br>) |

## ORDER APPROVING STIPULATION TO WITHDRAW PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the Stipulation re Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital First Trust Deed Fund, LLC) (the "Stipulation"), providing for the voluntary withdrawal of Claim No. 120 filed by Standard Property Development, LLC, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved, and the Claim of Standard Property Development, LLC against USA Capital First Trust Deed Fund, LLC is withdrawn.

IT IS FURTHER ORDERED that the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Docket No. 2293)(the "Standard Claim Objection") is therefore moot, and the hearing on the Standard Claim Objection, currently set for February 15, 2007, at 9:30 a.m., is vacated.

SUBMITTED BY:

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
EVE H. KARASIK
(CA State Bar No. 155356)

1 | APPROVED/DISAPPROVED:

2 | SHUTTS & BOWEN, LLP

*(signature)*

ANDREW M BRUMBY, ESQ.
LEE D. MACKSON, ESQ.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802

and

STEPHENS.GOURLEY & BYWATER
R. VAUGHN GOURLEY, ESQ.
3636 North Rancho Drive
Las Vegas, NV 89130
Attorneys for Standard Property Development, LLC

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

3

1  APPROVED/DISAPPROVED:

2  SHUTTS & BOWEN, LLP

3

4  _____

5  ANDREW M BRUMBY, ESQ.
   LEE D. MACKSON, ESQ.

6  300 South Orange Avenue, Suite 1000
   Orlando, FL 32802

7
   and
8
   STEPHENS GOURLEY & BYWATER
9  R. VAUGHN GOURLEY, ESQ.

10 3636 North Rancho Drive
   Las Vegas, NV 89130

11 Attorneys for Standard Property
   Development, LLC
12

13

14 REVIEWED:

15 OFFICE OF THE U.S. TRUSTEE

16

17 _____
   AUGUST B. LANDIS, ESQ.
18 SCOTT A. FARROW, ESQ.

19 300 Las Vegas Boulevard, Suite 4300
   Las Vegas, NV 89101

20

21

22

23

24

25

26

27

28

3