

Entered on Docket
February 14, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>  Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>  Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>  Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>  Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>) DATE: February 15, 2007<br>) TIME:  9:30 a.m.<br>)<br>) |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

## ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (HALSETH)

The Court having considered the Stipulation re Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (Halseth) (the "Stipulation") and good cause appearing:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT on an interim basis, pending resolution of an anticipated objection to the Halseth Claim, a reserve in the amount of $60,000 shall be established on behalf of the Halseth Claim.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

1  APPROVED/DISAPPROVED:

2  HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00

3

4  *[signature]*

5  By: DANIEL R. HALSETH, TRUSTEE

6  APPROVED/DISAPPROVED:

7  RAY QUINNEY & NEBEKER P.C.

8

9  *[signature]*
   Annette W. Jarvis, Utah Bar No. 1649
10  36 South State Street, Suite 1400
    P.O. Box 45385
11  Salt Lake City, Utah 84145-0385

12  and

13
    SCHWARTZER & MCPHERSON LAW FIRM
14  Lenard E. Schwartzer
    Jeanette E. McPherson
15  2850 South Jones Boulevard, Suite 1
16  Las Vegas, Nevada 89146-5308
    Counsel for the Debtor

17

18  REVIEWED:

19  OFFICE OF U.S. TRUSTEE

20

21  AUGUST B. LANDIS, ESQ.
22  300 Las Vegas Blvd. S., #4300
    Las Vegas, NV 89101

23

24

25

26

27

28

1  APPROVED/DISAPPROVED:

2  HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00

3  

4  *[signature]*

   By: DANIEL K. HALSETH, TRUSTEE

5  

6  APPROVED/DISAPPROVED:

7  RAY QUINNEY & NEBEKER P.C.

8  

9  Annette W. Jarvis, Utah Bar No. 1649
10 36 South State Street, Suite 1400
   P.O. Box 45385
11 Salt Lake City, Utah 84145-0385

12 and

13 SCHWARTZER & McPHERSON LAW FIRM
14 Lenard E. Schwartzer
   Jeanette E. McPherson
15 2850 South Jones Boulevard, Suite 1
16 Las Vegas, Nevada 89146-5308
   Counsel for the Debtor

17

18 REVIEWED:

19 OFFICE OF U.S. TRUSTEE

20 *[signature]* AUST

21 AUGUST B. LANDIS, ESQ.
22 300 Las Vegas Blvd. S., #4300
   Las Vegas, NV 89101

23
24
25
26
27
28