Annette W. Jarvis, Utah Bar No. 1649 (admitted pro hac vice)
Steven C. Strong, Utah Bar No. 6340 (admitted pro hac vice)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON FEBRUARY 14, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY TO PREVENT FORECLOSURE BY WESTERN UNITED LIFE ASSURANCE COMPANY AND CERTIFICATE OF SERVICE**<br><br>Date:  January 31, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                Debtor. | |
| Affects:<br>☐ All Debtors<br>☑ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☑ USA Capital Diversified Trust Deed Fund, LLC<br>☑ USA Capital First Trust Deed Fund, LLC | |

1

NOE and COM Order Granting Motion

1  NOTICE IS HEREBY GIVEN that an Order Granting Motion for an Order Enforcing the
2  Automatic Stay to Prevent Foreclosure by Western United Life Assurance Company was entered
3  in the above-captioned case on the 14th day of February, 2007, a copy of which is attached
4  hereto.

5  Dated:  February 14, 2007.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385

### CERTIFICATE OF SERVICE

1.  On February 14, 2007 I served the following document(s):

    a.  Notice of Entry of Order Granting Motion for an Order Enforcing the Automatic Stay to Prevent Foreclosure by Western United Life Assurance Company and Certificate of Service

2.  I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

1  BMC GROUP, INC.    evrato@bmcgroup.com,
2  ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

3  GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

4  KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

5  THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

6  ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

7  LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

8  MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

9
10  CANDACE C CARLYON    ltreadway@sheacarlyon.com,
   ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

11  ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

12
13  MICHAEL W! . CHEN    yvette@ccfirm.com

14  KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

15  JANET L. CHUBB    tbw@jonesvargas.com

16  WILLIAM D COPE    cope_guerra@yahoo.com

17  LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
18  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

19  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

20  THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

21  SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

22
23  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

24  DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

25  WADE B. GOCHNOUR &! nbsp    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

26  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
   Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

27
28  GERALD M GORDON    bankruptcynotices@gordonsilver.com

3

NOE and COM Order Granting Motion

1    R. VAUGHN GOURLEY    vgourley@lvcm.com

2    TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

3    JAMES D. GREENE    bknotice@schrecklaw.com

4    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

5–7    JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

8    XANNA R. HARDMAN ! xanna.hardman@gmail.com

9    ! STEPHEN R HARRIS    noticesbh&p@renolaw.biz

10    JEFFREY L HARTMAN    notices@bankruptcyreno.com

11    BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

12–13    RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

14    RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

15    DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

16    CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

17–18    EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

19    ANNETTE W JARVIS    ajarvis@r!qn.com

20    TY E. KEHOE    TyKehoeLaw@aol.com

21–22    ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

23    DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

24    ZACHARIAH LARSON    ecf@lslawnv.com

25    JOHN J. LAXAGUE    jlaxague@caneclark.com

26    GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

27    NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

NOE and COM Order Granting Motion

1   ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

2   ANNE M. LORADITCH    &nb! sp ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois! @beckleylaw.com

3

4   PATRICIA A. MARR    lvlaw03@yahoo.com

5   JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

6   REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

7   WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

8   RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

9

10   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

11   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

12   SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

13

14   DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

15

16   JOHN F MURTHA    jmurtha@woodburnandwedge.com

17   ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

18   VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

19   BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

20

21   DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

22   CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

23

24   AND! REW M. PARLEN    aparlen@stutman.com

25   DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

26   PAUL C RAY    info@johnpeterlee.com

27   CHRISTINE A ROBERTS    bankruptcy@rocgd.com

28

NOE and COM Order Granting Motion

1  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

2  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

3  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
4  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

5  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarl
6  yon.com

7  AMBRISH S. SIDHU    ecf@lslawnv.com

8  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
9
   ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
10
11 DAVID A. STEPHENS    dstephens@lvcm.com

12 PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

13 JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

14 AMY N. TIRRE    , lmccarron@kkbrf.com
15
   AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
16
17 U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

18 GREGORY J. WALCH    GWalch@Nevadafirm.com

19 RUSSELL S. WALKER    rwalker@wklawpc.c! om,
   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc! .com;rra zo@wklawpc.com
20
21 WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

22 WILLIAM J. WRAY    wjw@oreillylawgroup.com,
   rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreilly
23 lawgroup.com

24 JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

25 MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
26
   ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
27 bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

28

6

NOE and COM Order Granting Motion

☐ b. **By United States mail, postage fully prepaid**:

☐ c. **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. **By direct email (as opposed to through the ECF System)**
Based upon the agreement to accept service by email, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Michael Anglin    anglin@fulbright.com

☐ e. **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    February 14, 2007

Sarah Arnold                            /s/    Sarah Arnold
(Name of Declarant)                     (Signature of Declarant)

NOE and COM Order Granting Motion