|   |   |
|---|---|
| LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005 | |
| LIONEL SAWYER & COLLINS | |
| 1700 Bank of America Plaza | E-Filed on 2/14/07 |
| 300 South Fourth Street | |
| Las Vegas, NV  89101 | |
| Telephone:  (702) 383-8888 | |
| Facsimile:  (702) 383-8845 | |
| Email:  Ldavis@lionelsawyer.com | |

Attorneys for THE CANEPA GROUP

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| Debtor. | Case No. BK-S-06-10729-LBR |
| In re: | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | **Jointly Administered Under** |
| Debtor. | **Case No. BK-S-06-10725-LBR** |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |
| [ ] All Debtors | |
| [x] USA Commercial Mortgage Company | |
| [ ] USA Securities, LLC | Date: October 30, 2006 |
| [ ] USA Capital Realty Advisors, LLC | Time: 9:30 a.m. |
| [x] USA Capital Diversified Trust Deed Fund, LLC | |
| [x] USA First Trust Deed Fund, LLC | |

<u>**CERTIFICATE OF SERVICE RE: NOTICE OF CHANGE OF ADDRESS OF ATTORNEY (LAUREL E. DAVIS)**</u>

-1-

1. On February 13, 2007, I served the following document(s):

   **Notice of Change of Address of Attorney (Laurel E. Davis)**

2. I served the above-named document(s) by the following means to the persons as listed below:

[x]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

* **Michelle L. Adams**
  mabrams@mabramslaw.com
* **Franklin C. Adams**
  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
* **Nancy L. Allf**
  nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
* **Frank A. Anderson**
  anderson.frank@pbgc.gov, efile@pbgc.gov
* **Ogonna M. Atamoh**
  oatamoh@nevadafirm.com, bkecf@nevadafirm.com; palstatt@nevadafirm.com; sliberio@nevadafirm.com
* **Keriann M. Atencio**
  atenciok@gtlaw.com
* **BMC Group, Inc**.
  evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
* **Georganne W. Bradley**
  georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
* **Kelly J. Brinkman**
  kbrinkman@gooldpatterson.com
* **Thomas R. Brooksbank**
  brooksbankt1@sbcglobal.net, kay1@sbcglobal.net
* **Andrew M. Brumby**
  abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
* **Louis M. Bubala**
  lbubale@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
* **Matthew Q. Callister**
  mqc@callister-reynolds.com, maggie@callister-reynolds.com
* **Candace Carlyon**
  ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com
* **Rob Charles**
  rcharles@lrlaw.com, cjordan@lrlaw.com
* **Michael W. Chen**
  yvette@ccfirm.com
* **Kevin B. Christensen**
  kchislaw@gooldpatterson.com
* **Janet L. Chubb**
  tbw@jonesvargas.com
* **Jeffrey A. Cogan**
  jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

-2-

| | | |
|---|---|---|
| 1 | * | **William D. Cope** |
| | | cope_guerra@yahoo.com |
| 2 | * | **Cici Cunningham** |
| | | bankruptcy@rocgd.com |
| 3 | * | **Debt Acquisition Company of America V, LLC** |
| | | tfette@daca4.com |
| 4 | * | **Thomas H. Fell** |
| | | THF@GORDONSILVER.COM, |
| 5 | | BANKRUPTCYNOTICES@GORDONSILVER.COM |
| | * | **Scott D. Fleming** |
| 6 | | sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| | * | **Gregory E. Garman** |
| 7 | | bankruptcynotices@gordonsilver.com |
| | * | **Douglas D. Gerrard** |
| 8 | | dgerrard@gerrard-cox.com |
| | * | **Wade B. Gochnour** |
| 9 | | wgochnour@hwmlvlaw.com; donnat@hwmlvlaw.com |
| | * | **Carlos A. Gonzalez** |
| 10 | | carlos.conzalez@usdoj.gov; Darlene.Ruckard@usjoj.gov; |
| | | Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov |
| 11 | * | **Gerald M. Gordon** |
| | | bankruptcynotices@gordonsilver.com |
| 12 | * | **R. Vaughn Gourley** |
| | | vgourley@lvcm.com |
| 13 | * | **Talitha B. Gray** |
| | | bankruptcynotices@gordonsilver.com |
| 14 | * | **James D. Greene** |
| | | bknotice@schrecklaw.com |
| 15 | * | **Marjorie A. Guymon** |
| | | bankruptcy@goldguylaw.com, ddias@goldguy.com |
| 16 | * | **Jeffrey R. Hall** |
| | | jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; |
| 17 | | aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; |
| | | rsmith@sheacarlyon.com |
| 18 | * | **Edward J. Hanigan** |
| | | haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 19 | * | **Xanna R. Hardman** |
| | | xanna.hardman@gmail.com |
| 20 | * | **Stephen R. Harris** |
| | | noticesbh&p@renolaw.biz |
| 21 | * | **Jeffrey L. Hartman** |
| | | notices@bankrutpcyreno.com |
| 22 | * | **Brigid M. Higgins** |
| | | bankruptcynotices@gordonsilver.com |
| 23 | * | **Richard F. Holley** |
| | | rholley@nevadafirm.com, palstatt@nevadafirm.com; vnelson@nevadafirm.com; |
| 24 | | sliberio@nevadafirm.com; bkecf@nevadafirm.com |
| | * | **Randolph L. Howard** |
| 25 | | rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| 26 | * | **David W. Huston** |
| | | dwh@hustonlaw.net, swaits@hustonlaw.net |
| 27 | * | **Christopher D. Jaime** |
| 28 | | |

```
 1              cjaime@waltherkey.com, kbernhar@waltherkey.com
          *     Evan L. James
 2              ejameslv@earthlink.net, kbchrislaw@aol.com
          *     Annette W. Jarvis
 3              ajarvis@rqn.com
          *     Ty E. Kehoe
 4              TyKehoeLaw@aol.com
          *     Robert R. Kinas
 5              Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;
                lholding@swlaw.com; imcord@swlaw.com
 6              Dean T. Kirby
                dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
 7        *     Zachariah Larson
                ecf@lslawnv.com
 8        *     John J. Laxague
                jlaxague@caneclark.com
 9        *     George C. Lazar
                glazar@foxjohns.com, glazar@sbcglobal.net
10        *     Nile Leatham
                nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com
11        *     Robert C. LePome
                robert@robertlepome.com, susan@robertlepome.com
12        *     Anne M. Loraditch
                efilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
13        *     Patricia A. Marr
                lvlaw03@yahoo.com
14        *     James C. McCarroll
                dturetsky@reedsmith.com; aleonard@reedsmith.com
15        *     Regina McConnell
                rmcconnell@kssattorneys.com
16        *     William L. McGinsey
                lawoffices601@lvcoxmail.com
17        *     Richard McKnight
                mcknightlaw@cox.net, gkopang@lawlasvegas.com;
18              cburke@lawlasvegas.com, sforemaster@lawlasvegas.com
          *     Jeanette E. McPherson
19              bkfilings@s-mlaw.com
          *     Shawn W. Miller
20              Bankruptcyfilings@sheacarlyon.com; smiller@sheacarlyon.com;
                aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com;
21              rsmith@sheacarlyon.com
          *     David Mincin
22              mcknightlaw@cox.net, gkopang@lawlasvegas.com;
                dmincin@lawlasvegas.com, cburke@lawlasvegas.com
23        *     John F. Murtha
                jmurtha@woodburnandwedge.com
24        *     Erven T. Nelson
                erv@rlbolick.com; suan@rlbolick.com
25        *     Victoria L. Nelson
                bkecf@nevadafirm.com, vnelson@nevadafirm.com; palstatt@nevadafirm.com;
26              rholley@nevadafirm.com; sliberio@nevadafirm.com
          *     Bob L. Olson
27              ecffilings@beckleylaw.com; bolson@beckleylaw.com; dgriffis@beckleylaw.com

28                                              -4-
```

| | | |
|---|---|---|
| 1 | * | **Donna M. Osborn** |
| 2 | | jinouye@marquisarurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com |
| 3 | * | **Christine M. Pajak** |
| | | cpajak@stutman.com, ekarasik@stutman.com |
| 4 | * | **Andrew M. Parlen** |
| | | aparlen@stutman.com |
| 5 | * | **Donald T. Polednak** |
| | | sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 6 | * | **Paul C. Ray** |
| | | info@johnpeterlee.com |
| 7 | * | **Christine A. Roberts** |
| | | bankruptcy@rocgd.com |
| 8 | * | **Susan Williams Scann** |
| | | sscann@deanerlaw.com; palexander@deanerlaw.com |
| 9 | * | **Lenard Schwartzer** |
| | | bkfilings@s-mlaw.com |
| 10 | * | **James Patrick Shea** |
| 11 | | bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlon.com; rmsmith@sheacarlyon.com |
| | * | **Shlomo S. Sherman** |
| 12 | | ssherman@sheacarlyon.com; aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com |
| 13 | | rsmith@sheacarlyon.com |
| | * | **Ambrish S. Sidhu** |
| 14 | | ecf@lslawnv.com |
| | * | **Jeffrey G. Sloane** |
| 15 | | gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| | * | **Alan R. Smith** |
| 16 | | mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com |
| 17 | * | **David A. Stephens** |
| | | dstephens@lvcm.com |
| 18 | * | **Peter Susi** |
| | | cheryl@msmlaw.com, msm@msmlaw.com |
| 19 | * | **Jeffrey R. Sylvester** |
| | | jeff@sylvesterpolednak.com; David@sylvesterpolednak.com |
| 20 | * | **Amy N. Tirre** |
| | | atirre@kkbrf.com, ksims@kkbrf.com; lleverett@kkbrf.com |
| 21 | * | **U.S. Trustee - LV - 11** |
| | | USTPRegion17.lv.ecf@usdoj.gov |
| 22 | * | **Gregory J. Walch** |
| | | Gwalch@nevadafirm.com |
| 23 | * | **Russell S. Walker** |
| 24 | | rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com; rrazo@wklawpc.com |
| | * | **Whitney B. Warnick** |
| 25 | | wbw@albrightstoddard.com, bstessel@albright.com |
| | * | **William J. Wray** |
| 26 | | wjw@oreillylawgroup.com, rh@oreillylawgroup.com, bc@oreillylawgroup.com, lc@oreillylawgroup.com, ddh@oreillylawgroup.com, mr@oreillylawgroup.com |
| 27 | | |
| 28 | | |

| | | | |
|---|---|---|---|
| | \* | | **Joan C. Wright** |
| | | | jwright@allisonmackenzie.com; jrbooks@allisonmackenzie.com |
| | \* | | **Matthew C. Zirzow** |
| | | | bankruptcynotices@gordonsilver.com |
| | \* | | **Anthony A. Zmaila** |
| | | | asmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com; palstatt@nevadafirm.com |

[ ]    b.    **United States mail, postage fully prepaid** (list persons and addresses):

[ ]    c.    **Personal Service** (List persons and addresses):

        [ ]    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        [ ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

[ ]   f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 14th day of February, 2007.

_____/s/     Ginger Bagley_____
An Employee of Lionel Sawyer & Collins