FILED
ELECTRONICALLY
2/14/07

1 | STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD.
2 | FRANK A. MEROLA | JAMES PATRICK SHEA
(CA State Bar No. 136934) | (Nevada State Bar No. 000405)
3 | EVE H. KARASIK | CANDACE C. CARLYON
(CA State Bar No. 155356) | (Nevada State Bar No. 002666)
4 | CHRISTINE M. PAJAK | SHLOMO S. SHERMAN
(CA State Bar No. 217173) | (Nevada State Bar No. 009688)
5 | 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor
Los Angeles, CA 90067 | Las Vegas, Nevada 89101
6 | Telephone: (310) 228-5600 | Telephone: (702) 471-7432
E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com
7 |          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com
8 |          cpajak@stutman.com |          ssherman@sheacarlyon.com

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

Affects
☐ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☒ USA First Trust Deed Fund, LLC

)
)
)
)
)  DATE: February 15, 2007
)  TIME: 9:30 a.m.
)
)
)

## STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (Spangler)

The undersigned, the Official Committee of Equity Security Holders of USA Capital

*SHEA & CARLYON, LTD.*
*228 S. Fourth Street, First Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

1

I

1    First Trust Deed Fund, LLC (the "FTDF Committee"), by and through their counsel, Candace

2    C. Carlyon, Esq., of the law firm of Shea & Carlyon, Ltd.; and claimants, William M. Spangler

3    and Jean A Spangler, stipulate as follows:

4

5        A.    William M. Spangler and Jean A. Spangler (collectively, the "Spanglers") have

6    filed a claim (claim no. 90 and duplicate claim no. ~~127~~ **129**) in the amount of $100,000; Jean A.

7    Spangler has filed a claim (claim no. 91, and duplicate claim no. 128) in the amount of

8    $10,678.50; and William M. Spangler has filed a claim (claim no. 89, and duplicate claim no.

9    127 ~~and 129~~) in the amount of $20,000 (collectively, the "Spangler Claims"); each of which is

10   filed as a "secured claim" with a stated collateral value: "Unknown at this time."

11

12       B.    The FTDF Committee has requested that, on an interim basis, the Court set a

13   reserve for unliquidated claims in order to permit the Debtor to recommence interim

14   distributions to all equity holders of FTDF.

15   IT IS HEREBY AGREED THAT:

16

17       1.    The Spanglers agree to the establishment of an interim reserve as requested in

18   the motion.

19       2.    The parties agree that the amount of such reserve shall be $ **130,678.50**

20   on account of the Spangler Claims.

21       3.    All of the parties to this stipulation agree and understand that this is an interim

22   measure, which will have no effect on the ultimate allowance, disallowance, priority, amount,

23

24

25   [1] The Motion By The Official Committee Of Equity Security Holders Of USA Capital First Trust
26   Deed Fund LLC To Estimate An Adequate Reserve For Unliquidated And Disputed Claims In Order To
     Permit Further Distributions To FTDF Members (Docket No. 2668) included as Exhibit "1" a listing of
27   claims; that exhibit contains an error in the amount of duplicate claim no. ~~127~~, which is corrected
     above. **See attached corrected Exhibit. 129**
28

SHEA & CARLTON, LTD.
8 S. Fourth Street, First Floor
s Vegas, Nevada 89101
(2) 471-7432

1  or other treatment of the claims which are the subject of this stipulation.

2      4.    Counsel for FTDF has advised the claimant that FTDF does plan to object to

3  the allowance of her claim, via a separate objection.

4      DATED this _13th_ day of February, 2007.

5

6  SHEA & CARLYON, LTD.

7                  WILLIAM M. SPANGLER / JEAN A. SPANGLER

8

9  JAMES PATRICK SHEA
   CANDACE C. CARLYON
10 SHLOMO S. SHERMAN
   233 South Fourth Street, Second Floor
11 Las Vegas, Nevada 89101

12 and

13
   STUTMAN, TREISTER & GLATT, P.C.
14 FRANK A. MEROLA
   EVE H. KARASIK
15 CHRISTINE M. PAJAK
   1901 Avenue of the Stars, 12th Floor
16 Los Angeles, CA 90067

17

18

19

20

21

22

23

24

25

26

27

28

3

| Claim No | Claimant | | Claim amount | Type | Description | Equity Amount | Reserve | Comments |
|---|---|---|---|---|---|---|---|---|
| 89 | William M. Spangler | | $20,000.00 | Secured | | $20,000.00 | $1 of $20,000 | In addition to reserve as general claim; claimant to participate in investor distributions based on equity interest |
| 90 | William M. Spangler Jean A. Spangler | | $100,000.00 | Secured | | $100,000.00 | $1 of $100,000 | In addition to reserve as general claim; claimant to participate in investor distributions based on equity interest |
| 91 | Jean A Spangler | | $10,675.60 | Secured | | $10,678.50 | $1 of $10,675.60 | In addition to reserve as general claim; claimant to participate in investor distributions based on equity interest |
| 98 | OVCA Associates Inc Defined Pension Plan | c/o William J Ovca Jr Trustee | $17,957.79 | Secured | | $10,678.50 | $1 of $10,675.60 | In addition to reserve as general claim; claimant to participate in investor distributions based on equity interest |
| 97 | First Saving Bank c/f Gail Hodes IRA | | $35,143.88 | Secured | | $17,267.00 | $3 of $17,267 | In addition to reserve as general claim; claimant to participate in investor distributions based on equity interest |
| 123 | Kenroy technology Consultants, Ltd. 401(k) PSP, Gray | c/o Michael M. Schmal, Attorney | Unliquidated | Unsecured | | $33,792.00 | $1 of $33,792.00 | In addition to reserve as investor distributions based on equity interest |
| 124 | Dr. Gary Kantor | c/o Michael M. Schmal, Attorney | Unliquidated | Unsecured | | | $1 | Investment is in DTDF |
| 125 | Lynn M. Kantor | c/o Michael M. Schmal, Attorney | Unliquidated/Unsecured | | | | $1 | Investment is in DTDF |
| 127 | William M. Spangler | | Unliquidated/Unsecured | | | | $1 | Investment is in DTDF |
| 128 | Jean A Spangler | | $20,000.00 | Secured | | | $0 | Duplicative of Claim 89 |
| 129 | William M. Spangler | | $10,675.60 | Secured | | | $0 | Duplicative of Claim 91 |
| 136 | OVCA Associates Inc Defined Pension Plan | c/o William J Ovca Jr Trustee | $100,000.00 | Secured | | | $0 | Duplicative of Claim 90 |
| 137 | First Savings Bank c/f Gail Hodes IRA | Servicing Agent Daniel R and | See attachment to claim | Unsecured | | | $0 | Duplicative of Claim 96 |
| 146 | Halseth Family Trust Totally Restated 4/21/00 | Sandra K Halseth, Trustees | See attachment | Secured and Unsecured | | | $0 | Duplicative of Claim 97 |
| 147 | Katrine Mirzaian | | See attached | Secured | | | $1 | No claim against FTDF |
| | | | 344,011.56 Secured | | | | $4 | No claim against FTDF |