| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com<br><br>and<br><br>Lenard E. Schwartzer<br>Nevada Bar No. 0399<br>Jeanette E. McPherson<br>Nevada Bar No. 5423<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Telephone: (702) 228-7590<br>Facsimile: (702) 892-0122<br>E-Mail: bkfilings@s-mlaw.com<br><br>Attorneys for Debtors and Debtors-in-Possession | **E-FILED on February 14, 2007** |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | **STATUS AND AGENDA FOR FEBRUARY 15, 2007 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  February 15, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

Hearing Status form for 021407 Hearings          - 1 –

1. **Motion By The Official Committee of Equity Security Holders of USA Capital First Trust Deed to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions of FTDF Members** (Docket No. 2668).  The Motion requests that the Court estimate the amounts of the remaining unliquidated claims for the purpose of establishing a sufficient reserve to permit USA Capital First Trust Deed Fund, LLC to make further distributions to USA Capital First Trust Deed Fund, LLC members.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None. | | |

2. **Objection To Claim 120 of Standard Property Development, LLC Filed By Shlomo Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC** (Docket No. 2293).  The Committee requests that the Court disallow Standard Property Development LLC's claim in its entirety.  This Objection has been resolved by a Stipulation filed on February 13, 2007 (Docket No. 2274) whereby Standard Property Development, LLC has withdrawn its proof of claim.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Standard Property Development | January 24, 2007 | 2547 |

| **Reply Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | January 29, 2007 | 2612 |

3. **Estate of Daniel Tabas' and Fertitta Enterprises, Inc.'s Motion For Relief From The Automatic Stay To Terminate The Loan Servicing Agreement For The Direct Loan To Colt Gateway LLC** (Docket No. 2457).  The Motion requests an order terminating the loan-servicing agreement with Debtor USA Commercial Mortgage Co. for the $8.7-million loan to Colt Gateway LLC.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors | February 5, 2007 | 2696 |

Hearing Status form for 021407 Hearings         - 2 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    4.    **Dayco Funding Corporation's Motion For Relief From The Automatic Stay** (Docket No. 2094).  The Motion seeks an order modifying the automatic stay of §362(a) of the Bankruptcy Code to proceed with an action to foreclose on its Deeds of Trust on two parcels of undeveloped real property: 10325 Datura Road, Hesperia, California, 92345, Assessor's Parcel Nos. 0405-261-17-0-000, 0405-261-18-0-000, 0405-261-27-0-000, and 0405-261-29-0-00 and 10375 Baldy Lane, Hesperia, California 92345, Assessor's Parcel no. 0405-261-28.  The Motion was originally heard on January 17, 2007 and a status hearing on the Motion has been scheduled for this date.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Debtors | December 29, 2006 | 2333 |
| Official Committee of Unsecured Creditors (Response) | December 29, 2006 | 2335 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Dayco Funding Corporation | January 3, 2007 | 2361 |

5.    *In re USA Investors VI,* LLC, BK-S-06-13925 lbr.  **Application to Approve the Appointment of Santoro, Driggs, Walch, Kearney, Johnson & Thompson As Special Bankruptcy Counsel To Trustee James F. Lisowski, Sr.**  (Docket No. 15).  The Application seeks an order authorizing the employment of Santoro, Driggs, Walch, Kearney, Johnson & Thompson as the Trustee's special bankruptcy counsel as of December 18, 2006.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Limited Opposition) | February 1, 2007 | 37 |

6.    *In re Tree Moss Partners*, LLC, BK-S-06-13758 lbr.  **Application to Approve the Appointment of Santoro, Driggs, Walch, Kearney, Johnson & Thompson As Special Bankruptcy Counsel To Trustee James F. Lisowski, Sr.**  (Docket No. 25).  The Application seeks an order authorizing the employment of Santoro, Driggs, Walch, Kearney, Johnson &

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Thompson as the Trustee's special bankruptcy counsel as of December 18, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Limited Opposition) | February 1, 2007 | 48 |
| USA Capital Diversified Trust Deed Fund, LLC (Joinder in Limited Opposition) | February 6, 2007 | 57 |

7. *In re Tree Moss Partners*, LLC, BK-S-06-13758 lbr. **Trustee's Motion for Approval of Procedures to Establish Sale Date and Bidding Procedures for the Sale of the Palm Springs Marquis Villas** (Docket No. 37). The Trustee seeks to establish a hearing date which a winning buyer and backup buyer for Palm Springs Marquis Villas will be determined, and to establish bidding procedures for the sale of Palm Springs Marquis Villas.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Club Sunterra Development II, LLC | February 5, 2007 | 50 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Response) | February 5, 2007 | 51 |
| USA Capital Diversified Trust Deed Fund, LLC (Joinder in Response) | February 5, 2007 | 52 |
| Reply Filed By: | Date | Docket No. |
| Trustee (Memorandum in Support of Motion) | February 6, 2007 | 61 |

8. *USA Commercial Mortgage Company, et al. vs. HMA Sales, LLC, et al.,* Adversary No. 06-01256. **Liberty Bank's Motion To Intervene** (Docket No. 27). The Motion requests that the Bankruptcy Court permit Liberty Bank to intervene in this action, as of right or, alternatively, permissively, and to file a Statement of Claim.

Hearing Status form for 021407 Hearings         - 4 –

| Response Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage Company and USA Capital Diversified Trust Deed Fund, LLC | February 14, 2007 | |

9.    *USA Commercial Mortgage Company, et al. vs. HMA Sales, LLC, et al.,* Adversary No.: 06-01256.  **Status Hearing re: Settlement Conference**

10.    *USA Commercial Mortgage Company, et al. vs. Salvatore Reale,* Adversary No.: 06-01251.  **Status Hearing re: Settlement Conference**

DATED: February 14, 2007

    /s/    Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385