WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546
601 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 382-9948
Facsimile: (702) 384-4329
Email: lawoffices601@lvcoxmail.com

E-FILED - 02/14/07

Attorney for Creditors Margaret B.
McGimsey Trust, Bruce McGimsey,
Jerry McGimsey, Sharon McGimsey
and Johnny Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                  )
                                                        )       Case No. BK-S-06-10725 LBR
USA COMMERCIAL MORTGAGE COMPANY,    )       Case No: BK-S-06-10726 LBR
                                                        )       Case No. BK-S-06-10727 LBR
                      Debtor.                           )       Case No. BK-S-06-10728 LBR
                                                        )       Case No. BK-S-06-10729 LBR
USA CAPITAL REALTY ADVISORS, LLC,   )
                                                        )
                      Debtor.                           )       Chapter 11
                                                        )
USA CAPITAL DIVERSIFIED TRUST DEED  )
FUND, LLC,                                              )
                                                        )
                      Debtor.                           )
                                                        )
USA CAPITAL FIRST TRUST DEED        )       NOTICE OF APPEAL OF ORDER
FUND, LLC,                                              )       SUSTAINING OMNIBUS
                                                        )       OBJECTION OF THE OFFICIAL
                      Debtor.                           )       COMMITTEE OF EQUITY
                                                        )       SECURITY HOLDERS OF USA
USA SECURITIES, LLC,                )       CAPITAL DIVERSIFIED TRUST
                                                        )       DEED FUND, LLC TO CLAIMS
                      Debtor.                           )       ON EQUITY MISFILED AGAINST
                                                        )       USA CAPITAL DIVERSIFIED
Affects:                                                )       TRUST DEED FUND, LLC AS
☐       All Debtors                                     )       CREDITOR CLAIMS
☐       USA Commercial Mortgage Company                 )
☐       USA Securities, LLC                             )
☐       USA Capital Realty Advisors, LLC                )
■       USA Capital Diversified Trust Deed              )
        Fund, LLC                                       )
☐       USA First Trust Deed Fund, LLC                  )
                                                        )

TO:     OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
        DIVERSIFIED TRUST DEED FUND, LLC;

1   TO:   BECKLEY SINGLETON, CHTD., its attorneys; and

2   TO:   ORRICK, HERRINGTON & SUTCLIFFE, LLP, its attorneys.

3        NOTICE IS HEREBY GIVEN that Creditors Margaret B. McGimsey Trust, Bruce

4   McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark hereby appeal to the United

5   States Bankruptcy Appellate Panel of the Ninth Circuit (BAP) from that certain Order Sustaining

6   Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital

7   Diversified Trust Deed Fund, LLC, to Claims on Equity Misfiled against USA Capital Diversified

8   Trust Deed Fund, LLC as Creditor Claims entered in the above matter on February 14, 2007, a true

9   and correct copy is attached hereto as Exhibit A.

10        The parties to the Order appealed from and the names and addresses of their respective

11   counsel are as follows:

12

13   Debtor                 USA Capital Diversified Trust Deed Fund, LLC
                                4484 South Pecos Road
                                Las Vegas, NV 89121

14

15   Attorneys for Debtor       Lenard E. Schwartzer, Esq.
                                  Jeanette E. McPherson

16                                  Schwartzer & McPherson Law Firm
                                  2850 S. Jones Blvd, Suite 1

17                                  Las Vegas, NV 89146

18                                  Annette W. Jarvis, Esq.
                                  Stephen Strong, Esq.

19                                  Ray Quinney & Nebeker, PC
                                  36 So. State St., Suite 1400

20                                  PO Box 45385
                                  Salt Lake City, UT 84145

21   Creditors/Appellants:      Margaret B. McGimsey Trust
                                  Bruce McGimsey

22                                  Jerry McGimsey and Sharon McGimsey
                                  Johnny Clark

23

24   Attorney for             William L. McGimsey, Esq.
   Creditors/Appellants       601 East Charleston Blvd.
                                  Las Vegas, NV 89104

25

26   Appellee:               Official Committee of Equity Security Holders of USA Capital
                                  Diversified Trust Deed Fund, LLC

27   ////

28   ////

1

Attorneys for Appellee:

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.

2

Beckley Singleton, Chtd.
530 Las Vegas Blvd. South

3

Las Vegas, NV 89101

4

Marc A. Levinson, Esq.
Jeffery Hermann, Esq.

5

Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall, Suite 3000

6

Sacramento, CA 95814

7

DATED this ___ day of February, 2007.

8

9

10

WILLIAM L. McGIMSEY, ESQ.
601 East Charleston Blvd.

11

Las Vegas, NV 89104
Attorney for Creditors Margaret B.
  McGimsey Trust, Bruce McGimsey,

12

Jerry McGimsey, Sharon McGimsey
and Johnny Clark

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT A

1

2

3

**Entered on Docket**
**February 14, 2007**

4

Hon. Linda B. Riegle
United States Bankruptcy Judge

5

6
Marc A. Levinson (California Bar No. 57613)

7
Jeffery Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP

8
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

9
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

10
Email:   malevinson@orrick.com;
              jhermann@orrick.com

11

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:   bolson@beckleylaw.com;
              aloraditch@beckleylaw.com

12
*Attorneys for the Official Committee of Equity Security Holders*

13
*of USA Capital Diversified Trust Deed Fund, LLC*

14
**UNITED STATES BANKRUPTCY COURT**

15
**DISTRICT OF NEVADA**

16
In re:
USA COMMERCIAL MORTGAGE COMPANY,
17
                                        Debtor.

18
In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                        Debtor.

19

20
In re:
USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,
21
                                        Debtor.

22
In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                        Debtor.

23

24
In re:
USA SECURITIES, LLC,
                                        Debtor.

25

26

27

28

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725-LBR

**ORDER SUSTAINING OMNIBUS
OBJECTION OF THE OFFICIAL
COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA
CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC, TO CLAIMS ON
EQUITY MISFILED AGAINST USA
CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC AS CREDITOR
CLAIMS**

Page - 1 - of 8

{00367137;}

OHS West:260095880.3

| | |
|---|---|
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Date:        January 31, 2007<br>Time:        9:30 a.m.<br>Courtroom:  1 |

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Claims on Equity Misfiled As Proofs of Claim (the "Objection"), all subsequent related pleadings, the papers and records on file in the above-captioned bankruptcy cases, and the arguments of counsel at the hearing noted above, Anne M. Loraditch, Esq., appearing for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, with other appearances as noted on the record; sufficient notice having been given; the Court having made its findings of fact and conclusions of law on the record, incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A, attached hereto and made a part hereof, shall be disallowed in their entirety, as they are creditor claims filed by holders of equity interests in USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") who are not entitled to any distribution from Diversified Fund on the basis of such claims but who shall recover from Diversified Fund on a pro rata basis according to their respective equity interests.

///

///

///

///

///

///

///

{00367137;}

OHS West:260095880.3

1    RESPECTFULLY SUBMITTED BY:

2    BECKLEY SINGLETON, CHTD.

3

4    BOB L. OLSON, ESQ.
     Nevada Bar No. 3783

5    ANNE M. LORADITCH, ESQ.
     Nevada Bar No. 8164

6    530 Las Vegas Boulevard South

7    Las Vegas, Nevada 89101
     Telephone: (702) 385-3373

8         and
     MARC A. LEVINSON, ESQ.

9    California Bar No. 57613
     JEFFERY HERMANN, ESQ.

10   California Bar No. 90445

11   ORRICK, HERRINGTON & SUTCLIFFE LLP
     400 Capitol Mall, Suite 3000

12   Sacramento, California 95814-4497
     Telephone: (916) 447-9200

13

14   *Attorneys for the Official Committee of Equity Security*
     *Holders of USA Capital Diversified Trust Deed Fund, LLC*

15

16   **APPROVED**/DISAPPROVED:           **APPROVED**/DISAPPROVED:

17

18   RAY QUINNEY & NEBEKER, P.C.      SHEA & CARLYON, LTD.

19     /s/ Steven R. Strong                 /s/ Candace C. Carlyon
     ANNETTE W. JARVIS, ESQ.         JAMES PATRICK SHEA, ESQ.

20   STEVEN R. STRONG, ESQ.           CANDACE C. CARLYON, ESQ.
     36 South State Street, Suite 1400     228 South Fourth Street, 1st Floor

21   P.O. Box 45385                      Las Vegas, Nevada 89101
     Salt Lake City, Utah 84145-0385     Telephone: (702) 471-7432

22   Telephone: (801) 532-1500              and
        and                          STUTMAN, TREISTER & GLATT, P.C.

23   SCHWARTZER & MCPHERSON LAW FIRM  FRANK A. MEROLA, ESQ.

24   LENARD SCHWARTZER, ESQ.      EVE H. KARASIK, ESQ.
     JEANETTE MCPHERSON, ESQ.     1901 Avenue of the Stars, 12th Floor

25   2850 South Jones Blvd, #1         Los Angeles, California 90067
     Las Vegas, Nevada 89146          Telephone: (310) 228-5600

26   Telephone: (702) 228-7590

27   *Counsel for USA Capital Diversified*    *Counsel for the Official Committee of Equity*
                                   *Security Holders of USA Capital First Trust*

28   *Trust Deed Fund, LLC*              *Deed Fund, LLC*

{00367137;}

1

**APPROVED**/DISAPPROVED:                          **APPROVED**/DISAPPROVED:

2

LEWIS & ROCA, LLP                                  GORDON & SILVER, LTD.

3

   /s/ Susan Freeman                   /s/ Greg E. Garman
4
ROB CHARLES, ESQ.                                  GERALD M. GORDON, ESQ.
SUSAN FREEMAN, ESQ.                                GREGORY E. GARMAN, ESQ.
5
3993 Howard Hughes Parkway, Suite 600              3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89109
6
Telephone: (702) 949-8200                          Telephone: (702) 796-5555

7
*Counsel for the Official Committee of Unsecured*   *Counsel for the Official Committee of Holders*
8
*Creditors of USA Commercial Mortgage*             *of Executory Contract Rights of USA*
                                                   *Commercial Mortgage*
9

10
**APPROVED**/DISAPPROVED:                          **APPROVED**/DISAPPROVED:

11
GOOLD PATTERSON ALES & DAY                         SHRECK BRIGNONE

12
   /s/ Kelly J. Brinkman               /s/ James D. Greene
13
KELLY J. BRINKMAN, ESQ.                            JAMES D. GREENE, ESQ.
4496 South Pecos Road                              300 South Fourth Street, #1200
14
Las Vegas, Nevada 89121                            Las Vegas, Nevada 89101
Telephone: (702) 436-2600                          Telephone: (702) 382-2101
15

16
*Counsel for Karen Petersen Tyndall*               *Counsel for John Godfrey*

17
APPROVED/DISAPPROVED:                              **APPROVED**/DISAPPROVED:

18
LAW OFFICE OF WM. L. MCGIMSEY, P.C.                OFFICE OF THE UNITED STATES
                                                   TRUSTEE
19

20
WILLIAM L. MCGIMSEY, ESQ.                             /s/ August Landis
601 East Charleston Boulevard                      300 Las Vegas Boulevard, Suite 4300
21
Las Vegas, Nevada 89104                            Las Vegas, Nevada 89101
Telephone: (702) 382-9948
22

23
*Counsel for Margaret B. McGimsey, Sharon and*
*Jerry McGimsey, Johnny Clark and Bruce*
24
*McGimsey*

25

26

27

28

{00367137;}                                        Page - 4 - of 8

OHS West:260095880.3

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of LR 9021.
     ☒    I have delivered a copy of this proposed order to all attorneys and unrepresented parties
4    who appeared at the hearing regarding this matter and/or who filed a written objection and each
5    has:
            ☒    approved the form of this order;
6            ☐    waived the right to review the order; and/or
            ☒    failed to file and serve papers in accordance with LR 9021(c); and
7
8    the following have disapproved the form of the order:
            n/a

9    ☐    No opposition was filed to the motion and no other party or counsel appeared at the
10   hearing.

11           DATED this 12th day of February 2007.

12                                          BECKLEY SINGLETON, CHTD.

13

14                                          ANNE M. LORADITCH, ESQ.
15                                          Nevada Bar No. 8164
                                            530 Las Vegas Boulevard South
16                                          Las Vegas, Nevada 89101

17

18

19

20

21

22

23

24

25

26

27

28

{00367137;}                                                         Page - 5 - of 8

OHS West:260095880.3

# EXHIBIT A

| Claim No. | Claimant | Claim Amount |
|-----------|----------|--------------|
| 1 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 2 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 3 | Joseph Grgurich | $24,023.66 |
| 4 | Robert G. Worthen | $1,578,096.69 |
| 5 | Roseberry Family LP, Robert L. Roseberry | $25,000.00 |
| 21 | David & Sharon Mesker | $83,036.03 |
| 22 | Anthony & Nancy Prescia | $144,141.97 |
| 23 | Anthony & Nancy Prescia | $233,782.12 |
| 24 | Patterson-Rogers 2001 Family Trust | $48,047.32 |
| 25 | Simmtex, Inc. | $240,236.61 |
| 26 | Jed Barish | $87,870.62 |
| 27 | Ross Deller | $50,000.00 |
| 28 | Ross Deller | $100,000.00 |
| 29 | Ross Deller | $120,000.00 |
| 30 | Ross Deller | $50,000.00 |
| 31 | Joseph Grgurich | $24,023.66 |
| 32 | Diana Forde, Trustee of the Michelle Revocable Trust | $168,165.63 |
| 33 | Diana Forde, Trustee of the Michelle Revocable Trust | $93,000.00 |
| 34 | Lestor C. Avila | $200,000.00 |
| 35 | Rex B. McBride | $50,000.00 |
| 36 | Thomas A. Brodie, Jr. | $24,023.66 |
| 39 | Aristotle Melonas | $21,728.50 |
| 40 | Aristotle Melonas | $551,616.50 |
| 41 | Aristotle Melonas | $72,070.98 |
| 42 | Aristotle Melonas | $654,852.55 |
| 43 | Aristotle Melonas | $145,496.04 |
| 44 | Robert Carollo & Beverly Carollo | $96,094.65 |
| 45 | Suzanne C. Mowbray, Trustee | $196,705.49 |
| 46 | Walter C. Bell & Enriquita Bell | $50,000.00 |
| 47 | First Savings Bank C/F Janice Wise IRA | $120,118.00 |
| 48 | First Savings Bank C/F Kenneth N. Wise IRA | $144,141.00 |
| 49 | The Chiapetta Trust Pat & John Chiapetta Trustee | $59,104.28 |
| 50 | Silver Saver Mort., Inc. | $36,386.45 |
| 51 | E. Leslie Combs, Jrs. IRA #507 | $136,029.35 |
| 52 | E. Leslie Combs, Jrs. Or Sherri Y. Allen | $48,530.85 |
| 54 | Said Mobin | $24,220.26 |
| 55 | James C. Connick & Velma M. Connick | $144,141.97 |
| 57 | Robert J. Scott & Lois Mae Scott | $77,423.96 |
| 58 | Carmine and Ann Vento | $48,047.32 |
| 59 | Ramona C. Bigelow | $30,363.07 |
| 60 | Alan Benet | $26,577.40 |

{00367137;}

OHS West:260095880.3

| | | |
|---|---|---|
| 61 | Tamra A. Mamuad | $480,473.24 |
| 62 | Manfred S. Spindel & Christine L. Spindel | $296,706.00 |
| 63 | Said Mobin | $24,220.26 |
| 64 | Bill Wallace | $57,530.57 |
| 65 | Maila Snider | $31,139.14 |
| 66 | Maila Snider | $96,094.65 |
| 67 | Walter Hell & Sylvia Hell, Trustees | $124,334.87 |
| 68 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $25,000.00 |
| 69 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $50,000.00 |
| 70 | Bryan L. Fidler and Dawn E. Lucas | $56,344.00 |
| 71 | Alfred Olsen, Jr. | $223,706.67 |
| 72 | Joseph and Loretta Donnolo, Ttees, Donnolo Family Trust | $48,047.00 |
| 73 | John Mulkey | $817.95 |
| 74 | Arthur P. Laird & Eulalia Laird, Ttees, Laird Family Trust Dated 2/15/97 | $30,829.24 |
| 75 | Kristen L. Beling & William J. Dougherty, Ttees, Sunset Endodontics PS Trust | $55,644.80 |
| 76 | William F. or Louise Scheve | $36,669.07 |
| 77 | Bruce and Sherry Layne | $240,000.00 |
| 78 | Mark Horton Treasurer Allen Bennett Trustee Shepherd of the Mountains Lutheran Church | $24,708.00 |
| 84 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 85 | Karen Petersen Tyndall Trust Dated 3/9/94 (Acct #4231) | $1,115,915.59 |
| 86 | William M. Spangler (Acct 6249) | $48,047.32 |
| 87 | William M. Spangler and Jean A. Spangler (Acct 8249) | $72,070.98 |
| 88 | Gary Michelsen | No amount stated |
| 89 | John E. Michelsen Family Trust | No amount stated |
| 90 | Margaret B. McGimsey Trust | $96,094.75 |
| 91 | Miriam B. Gage and George J. Gage | $283,838.53 |
| 92 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 |
| 93 | Sharon or Jerry McGimsey | $311,091.58 |
| 94 | Johnny Clark | $99,467.90 |
| 95 | Bruce McGimsey | $86,171.22 |
| 96 | Castulo O. Martinez | $24,573.59 |
| 97 | Helen N. Graeber | $216,212.95 |
| 98 | Eric T. and Dolores V. Erickson | $120,185.07 |
| 99 | Carol Ann Turner | $98,054.36 |
| 100 | Terry L. Hansen Revocable Living Trust Dated 9/25/03 | $48,047.32 |
| 101 | John A. Godfrey, Pinnacle Entertainment Inc. | $262,760.24 |
| 102 | Douglas Carson | $1,119.58 |
| 103 | Robert A. Susskind | $213,645.91 |
| 104 | Ralph W. Sherer Trust | $193,176.95 |
| 105 | Cynthia Deitz aka Cynthia L. Schulte | $264.01 |
| 106 | Debra S. Ballinger | $29,632.19 |
| 107 | Gwen S. Patton Trust | $129,027.13 |
| 108 | Andrew W. & Beth Mitchell | $111,444.82 |

{00367137;}

OHS West:260095880.3

| 109 | Jean Jacques Leblanc | $66,050.02 |
| 110 | Jean-Jacques Leblanc | $768,757.17 |
| 111 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 |
| 112 | Miriam B. Gage and George J. Gage | $283,838.53 |
| 113 | CFR, Inc. | $53,917.15 |
| 114 | David R. Fuller and Monica D. Fuller Trust | $261,687.87 |
| 115 | Cynthia Deitz (fka Schulte) | $264.01 |
| 117 | Michael Baginski | $288,283 |
| 118 | Karen Petersen Tyndall Trust Dated 3/9/94 | $1,115,915.59 |
| 119 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 |
| 120 | Herman M. Adams/Brian M. Adams/Anthony G. Adams | $3,625,000.00 |
| 121 | Michael L. Gross and Diana M. Gross | $96,094.65 |
| 122 | Brian M. Adams | $325,000.00 |
| 123 | Olympia Capital Management | $100,000.00 |
| 124 | Larry L. & Patsy R. Rieger | $194,337.91 |
| 127 | John E. Michelsen Family Trust | No amount stated |
| 128 | Gary Michelsen | No amount stated |
| 129 | Margaret B. McGimsey Trust | $96,094.75 |
| 130 | Sharon or Jerry McGimsey | $311,091.58 |
| 131 | Johnny Clark | $99,467.90 |
| 133 | Olympia Capital Management | $100,000.00 |
| 134 | William M. Spangler | $48,047.32 |
| 135 | William M. Spangler and Jean A. Spangler | $72,070.98 |
| 136 | Bruce McGimsey | $86,171.32 |
| 137 | Jack M. Dunphy | $26,071.08 |

# # #

{00367137;}

OHS West:260095880.3