GORDON & SILVER, LTD.                                    E-Filed On February 14, 2007
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for The Official Committee of Holders of Executory
Contract Rights of USA Commercial Mortgage Company

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Date: OST Pending<br>Time: OST Pending |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

## EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)

Debtors USA Commercial Mortgage Company ("USACM"), USA Capital First Trust Deed Fund ("FTDF"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital Realty Advisors, LLC ("USA Realty"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors"), and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company ("USACM Committee"), the Official Committee of Equity

100933-001/454544.doc

1  Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"), the Official

2  Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

3  ("DTDF Committee") and the Official Committee of Holders of Executory Contracts Rights

4  through USA Commercial Mortgage Company ("Direct Lenders Committee") (collectively, the

5  "Committees" and collectively with the Debtors the "Movants"), filed their Joint Emergency

6  Motion For Order Related to Implementation of Confirmed Plan ("Motion").  This Ex Parte

7  Application for Order Shortening Time to Hear the Motion is made and based upon Fed. R.

8  Bankr. P. 9006, the following memorandum of points and authorities, the Affidavit of Gregory

9  E. Garman Esq. ("Garman Affidavit"), the Attorney Information Sheet filed contemporaneously

10  herewith, and the papers and pleading on file herein, judicial notice of which is respectfully

11  requested.

12       WHEREFORE, Movants respectfully request that this Honorable Court grant this ex

13  parte application and issue an order shortening time to hear the Motion on February 15, 2007 at

14  9:30 a.m. and for such other and further relief as the Court deems just and proper.

15       DATED this 14th day of February, 2007.

16                                    GORDON & SILVER, LTD.

17

18                                    By:

19                                        GERALD M. GORDON, ESQ.
                                         GREGORY E. GARMAN, ESQ.
20                                        BRIGID M. HIGGINS, ESQ.
                                         3960 Howard Hughes Pkwy., 9th Floor
21                                        Las Vegas, Nevada 89169

22                          **POINTS AND AUTHORITIES**

23                                    I.

24                    AFFIDAVIT OF GREGORY E. GARMAN, ESQ.

25  STATE OF NEVADA        )
                           ) ss.
26  COUNTY OF CLARK        )

27       I, Gregory E. Garman, Esq., being first duly sworn, deposes and says:

28       1.    I am over the age of 18, am mentally competent, have personal knowledge of the

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454544.doc                                        2

1  facts in this matter, and if called upon to testify, could and would do so.

2       2.     I am a shareholder with the law firm of Gordon & Silver, Ltd., counsel for the

3  Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage

4  Company, in the above captioned matter and duly licensed to practice law in the State of Nevada.

5       3.     On February 14, 2007, the Debtors, together with the four official committees,

6  filed their Joint Emergency Motion for Order Related to Implementation of Confirmed Plan

7  ("Motion"). Good cause exists to hear the Motion as the relief being requested is a condition

8  precedent to the sale to Compass, which must occur by February 16, 2007, under the terms of the

9  Plan and the Confirmation Order.

10  DATED this 14th day of February, 2007.

11

12  

13  GREGORY E. GARMAN, ESQ.

14  SUBSCRIBED AND SWORN to before me

this 14th day of February, 2007.

15

16  

NOTARY PUBLIC

MARSHA D. STALLSWORTH
Notary Public State of Nevada
No. 00-65524-1
My appt. exp. Oct. 4, 2008

17

18  II.
**LEGAL ARGUMENT**

19

20       Section 105, Title 11 United States Code (the "Bankruptcy Code") allows this Court to

21  issue such orders as are necessary to carry out the provisions of this title. Fed. R. Bankr. P.

22  9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce

23  the period during which any notice is given in accordance with the Bankruptcy Rules.

Bankruptcy Rule 9006(c)(1) provides as follows:

24

25       Except as provided in paragraph (2) of this subdivision, when an act is
required or allowed to be done at or within a specified time by these rules
or by a notice given thereunder or by order of court, the court for cause

26  shown may in its discretion with or without motion or notice order the
period reduced.

27

28  11 U.S.C. § 105. Local Rule 9006 provides further authority for shortening the time for a

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454544.doc

3

1  hearing.  According to Local Rule 9006(b), every motion for an order shortening time must be

2  accompanied by an affidavit stating the reasons for an expedited hearing.  As set forth in the

3  Garman Affidavit, there is a compelling reason for an expedited hearing.

4          Local Rule 9006 requires the moving party to submit an Attorney Information Sheet

5  indicating whether opposing counsel was provided with notice, whether opposing counsel

6  consented to the hearing on an order shortening time, the date counsel was provided with notice

7  and how notice was provided or attempted to be provided.  An Attorney Information Sheet was

8  filed contemporaneously with this ex parte motion.

9
                                            III.
10                                    **CONCLUSION**

11         WHEREFORE, Debtor respectfully requests that this Honorable Court grant this ex parte

12  application and issue an order shortening time to hear the Motion and for such other and further

13  relief as the Court deems just and proper.

14
           DATED this 14th day of February, 2007.
15
                                       GORDON & SILVER, LTD.
16

17                                     By:
18                                         GERALD M. GORDON, ESQ.
                                           GREGORY E. GARMAN, ESQ.
19                                         BRIGID M. HIGGINS, ESQ.
                                           3960 Howard Hughes Pkwy., 9th Floor
20                                         Las Vegas, Nevada 89169

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454544.doc