GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for The Official Committee of Holders of Executory
Contract Rights of USA Commercial Mortgage Company

E-Filed On February 14, 2007

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Date: OST Pending<br>Time: OST Pending |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF ORDER SHORTENING TIME TO HEAR JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)**

As required by the Court, Gregory E. Garman Esq. of Gordon & Silver, Ltd., counsel for The Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company, has contacted the parties listed below regarding the proposed order shortening time. They agree and disagree to the time being shortened, as indicated below:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454868.doc

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| August Landis | 2/13/07 | X | |
| Steven C. Strong | 2/13/07 | X | |
| Rob Charles | 2/13/07 | X | |
| Eve H. Karasik | 2/13/07 | X | |
| Marc Levinson | 2/13/07 | X | |

DATED this 14th day of February 2007.

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for The Official Committee of
Holders of Executory Contract Rights of USA
Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454868.doc

2