Due to the shortness of time, this matter will be set for an initial hearing at the above date and time.

**Entered on Docket
February 14, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for The Official Committee of Holders of Executory
Contract Rights of USA Commercial Mortgage Company

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Initial Hearing<br><br>Date:  February 15, 2007<br>Time:  9:30 A.M. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR
JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF
CONFIRMED PLAN (AFFECTS ALL DEBTORS)**

This Court having considered Ex Parte Application for Order Shortening Time of Joint

---

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454545.doc

Emergency Motion For Order Related To Implementation Of Confirmed Plan, and good cause appearing therefore,

IT IS HEREBY ORDERED and notice is hereby given that the Joint Emergency Motion For Order Related To Implementation Of Confirmed Plan ("Motion") be, and the same will be heard by a United States Bankruptcy Judge on the ___15th___ day of ___February___, 2007, at ___9:30 a.m. A copy of the above-referenced Motion is on file with the clerk of the United States Bankruptcy Court for the District of Nevada.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 14th day of February, 2007.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Attorneys for The Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/454545.doc

2