

**Entered on Docket**
**February 15, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: February 15, 2007<br>TIME: 9:30 a.m. |

1

## ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (KANTOR)

The Court having considered the Stipulation re Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (Kantor) (the "Stipulation") and good cause appearing:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT on an interim basis, in order to allow the FTDF to make the February Equity Distribution[1] a reserve (the "February Kantor Reserve") in the amount of $1.00 shall be established on behalf of the Kantor Claims. The February Kantor Reserve shall only apply with respect to the February Equity Distribution.

IT IS FURTHER ORDERED THAT the FTDF Committee retains all of its rights to seek to establish a reserve for the Kantor Claims (a "Future Kantor Reserve") with regard to any further distributions to the equity holders of the FTDF before the Kantor Claims have been allowed, disallowed, or fixed. Furthermore, the Kantors retain all of their rights to object to any such distributions to equity holders in the future. The amount of any Potential Future Kantor Reserve for the Kantor Claims shall be established by further order of the Court.

IT IS FURTHER ORDERED THAT the Stipulation and this Order shall have no preclusive, *res judicata*, or otherwise prejudicial effect on the ultimate amount of the Kantor Claims, which shall be determined by further order of the Court. The Kantor Claimants and

the FTDF Committee retain all of their rights, including with respect to future "prove up" of the amount of the Kantor Claims in the event the Kantor Claims are not disallowed based upon the pending Objection to the Kantor Claims, which is set for hearing on March 1, 2007.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

APPROVED/DISAPPROVED:

McGUIRE WOODS, LLP

_____
Michael M. Schmahl, Esq.
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation.

RAY QUINNEY & NEBEKER P.C.

*[signature]*

Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

SCHWARTZER & MCPHERSON LAW FIRM
Lenard E. Schwartzer
Jeanette E. McPherson
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Counsel for the Debtor

REVIEWED:

OFFICE OF U.S. TRUSTEE

*[struck through]*

AUGUST B. LANDIS, ESQ.
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

RAY QUINNEY & NEBEKER P.C.

_____
Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

SCHWARTZER & MCPHERSON LAW FIRM
Lenard E. Schwartzer
Jeanette E. McPherson
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Counsel for the Debtor

REVIEWED:

OFFICE OF U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101