

**Entered on Docket**
**February 15, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C;
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 145356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12ᵗʰ Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: February 15, 2007<br>TIME: 9:30 a.m. |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

**ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (OVCA/HODES)**

The Court having considered the Stipulation re Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (OVCA/Hodes) (the "Stipulation") and good cause appearing:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT on an interim basis, pending resolution of anticipated objections to the OVCA and Hodes claims, a reserve in the amount of $50,000 shall be established on behalf of the OVCA Claim, and a reserve in the amount of $50,000 shall be established on behalf of the Hodes Claim.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

2

1  APPROVED/DISAPPROVED:

2  OVCA ASSOCIATES, INC. DEFINED PENSION PLAN

3

4  _By: William J. Ovca, Jr., Trustee_

5

6  APPROVED/DISAPPROVED:

7  GAIL HODES IRA

8

9  By: Gail Hodes:

10  APPROVED/DISAPPROVED:

11

12  RAY QUINNEY & NEBEKER P.C.

13

14  Annette W. Jarvis, Utah Bar No. 1649
15  36 South State Street, Suite 1400
   P.O. Box 45385
16  Salt Lake City, Utah 84145-0385

17  and

18  SCHWARTZER & MCPHERSON LAW FIRM
19  Lenard E. Schwartzer
   Jeanette E. McPherson
20  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada 89146-5308
21  Counsel for the Debtor

22  REVIEWED:

23

   OFFICE OF U.S. TRUSTEE
24

25

26  AUGUST B. LANDIS, ESQ.
   300 Las Vegas Blvd. S., #4300
27  Las Vegas, NV 89101

28

3

1   APPROVED/DISAPPROVED:

2   OVCA ASSOCIATES, INC. DEFINED PENSION PLAN

3

4   _____
    By: William J. Ovca, Jr., Trustee

5

6   APPROVED/DISAPPROVED:

7   GAIL HODES IRA

8

9   _____
    By: Gail Hodes:

10

11  APPROVED/DISAPPROVED:

12  RAY QUINNEY & NEBEKER P.C.

13

14  _____
    Annette W. Jarvis, Utah Bar No. 1649

15  36 South State Street, Suite 1400
    P.O. Box 45385

16  Salt Lake City, Utah 84145-0385

17  and

18  SCHWARTZER & MCPHERSON LAW FIRM

19  Lenard E. Schwartzer
    Jeanette E. McPherson

20  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146-5308

21  Counsel for the Debtor

22  REVIEWED:

23

24  OFFICE OF U.S. TRUSTEE

25

26  _____
    AUGUST B. LANDIS, ESQ.

27  300 Las Vegas Blvd. S., #4300
    Las Vegas, NV 89101

28

SHEA & CARLYON, LTD.
233 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

3