**ELECTRONICALLY FILED**
**February 15, 2007**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
Stutman, Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com
Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: March 15, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS <u>(AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)</u>**

I HEREBY CERTIFY that on the 13th day of February, 2007, I served the following document:

**FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ **a. ECF System.**

☒ **b. United States mail, postage full prepaid to the following: See Attached Riders.**

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ **d. By direct email to Stan Wolken at bayareastan@yahoo.com. on February 14, 2007.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of February, 2006.

Joanne C. Metcalf, an employee
of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

Service List - Fifth Omnibus Objection to Misfiled Claims -

ACRES CORPORATION, A NEVADA CORPORATION
ANNE MARIE REHBERGER TRUSTEE
PO BOX 3651
INCLINE VILLAGE, NV 89450-3651

MICHAEL C REHBERGER AND JEANA L REHBERGER
688 BRIDGER COURT
PO BOX 3813
INCLINE VILLAGE, NV 89450-3813

NEWMAN TRUST DATED 1/26/94
C/O DAVID R NEWMAN AND SANDRA L NEWMAN TRUSTEES
2207 MERINO CT
ROCKLIN CA 95765-4620

DANIEL R. HALSETH & SANDRA K. HALSETH, TRUSTEES OF THE HALSETH FAMILY TRUST
23 MOLAS DRIVE
DURANGO, CO 81301

KATRINE MIRZAIAN
708 PROSPECT DRIVE
GLENDALE, CA 91205

FIRST SAVINGS BANK, CUSTODIAN FOR: GEORGE A. DiGIOIA
1843 BOUGAINVILLEA DRIVE
MINDEN, NV 89423

USA Commercial Mortgage Company
#5870
Master Service List
Doc. #390939, v/2

Debtors
USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Attys for Debtors
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Attys for Debtors
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of the U.S. Trustee
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

CO-COUNSEL FOR EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

James Patrick Shea, Candace Carlyon,
Shawn W. Miller & Shlomo S. Sherman
Shea & Carlyon, Ltd
228 S. Fourth St., 1st Floor
Las Vegas, NV 89101

USA CAPITAL REALTY ADVISORS, LLC
UNSECURED CREDITORS

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

USA SECURITIES, LLC
UNSECURED CREDITORS

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY

Rob Charles, Susan M. Freeman
Lewis and Roca, LLP
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89169-0961

UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY

Bunch, Dell
1909 Red Robin Court
Las Vegas, NV 89134

Dell Bunch dba Loan Partners Capital
Attn: Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Advanced Information System
Attn: Michael T. Yoder
4270 Cameron St., Suite 1
Las Vegas, NV 89103

Russell Ad Development Group, LLC
P.O. BOX 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 E. Hartford Dr., Suite 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

The Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust
David W. Mounier 15316 Sky High Road
Escondido, CA 92025

Larry L. Rieger, Trustee
2615 Glen Eagles Drive
Reno, NV 89523

John Bauer IRA
40808 North Riverbend
Anthem, AZ 85086

Broadwalk Investments L.P.
James R. Bonfiglio, G.P.
8635 W. Shara Ave., Unit 220
Las Vegas, NV 89117

Nevada State Bank
Keriann M. Atencio
Greenberg Traurig, LLP
2375 E. Camelback Road
Phoenix, AZ 85016

COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Rd
Las Vegas, NV 89121

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Mary E. & Matthew Moro
1009 – 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revoc. Trust
Richard G. Woudstra Trustee
P.O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate
Property Trust u/a/d 9/2/97
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

John Goings
P.O. Box 174
Masonville, CO 80541

COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

Marc A. Levinson
Lynn Trinka Ernce
Orrick, Herrington & Sutcliff, LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814

Bob L. Olson
Anne M. Loraditch
Beckley Singleton Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV 89101

COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

Robert Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz,
Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
Atn: Thomas C. Lawyer
45 Ventana Canyon Dr.
Las Vegas, NV 89113

Jerry T. McGimsey
3115 S. El Camino Road
Las Vegas, NV 89146-6621

Charles O. Nichols and Flora A. Nichols
2561 Seascape Drive
Las Vegas, NV 89128

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY

Gordon & Silver, LTD.
Attn: Gerald M. Gordon, Gregory E. Garman, Talitha B. Gray & Matthew C. Zirzow, Esq.
3960 Howard Hughes Pkwy, 9th Fl.
Las Vegas, NV 89109

USA COMMERCIAL MORTGAGE CO. EXECUTORY CONTRACTS DIRECT LENDER COMMITTEE

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Helms Homes, LLC
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Terry R. Helms Living Trust 11/94
Attn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Dennis Flier, Inc. Defined
Benefit Trust Dated 6/29/87
20155 Porto Vita Way, #1803
Aventura, FL 33180

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

James W. McCollum & Pamela P. McCollum
1011 F Avenue
Coronado, CA 92118

Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

Homfeld II, LLC
Attn: Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

GOVERNMENTAL AND
REGULATORY ENTITIES:

Nevada Mortgage Lending Div.
Attn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Ins. Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

IRS
Attn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Daniel G. Bogden
Carlos A. Gonzalez
Office of U.S. Atty, District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

IRS
Ogden, UT 84201

FHA/HUD
District Office
300 South Las Vegas Blvd., #2900
Las Vegas, NV 89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

NOTICES OF
APPEARANCE/REQUESTS FOR
SPECIAL NOTICE

Maryetta Bowman
534 Enchanted Lkes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 South Federal Highway, Suite N-409
Pompano Beach, Florida 33062

Richard McKnight, Esq.
330 South Third St., #900
Las Vegas, NV 89101

R. J. Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Robert R. Kinas, Esq.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Parkway, #1000
Las Vegas, NV 89109

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
P.O. Box 18
Fairbury, IL 61739

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Kelly J. Brinkman, Esq.
Goold Patterson, Alex & Day
4496 So. Pecos Road
Las Vegas, NV 89121

Janet L. Chubb, Esq.
Jones Vargas
100 West Liberty St., 12th Floor
P.O Box 281
Reno, NV 89504-0281

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Paul & Donna Jacques
810 S.E. 7th St., A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

STAN WOLKEN
Send notice to:
bayareastan@yahoo.com

Sean Najarian, Esq.
The Najarian Law Firm
P.O. Box 2668
Toluca Lake, CA 91610

Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

Nile Leatham
James Macrobbie
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., #380
Las Vegas, NV 89102-3202

Laurel L. Davis, Esq.
Lionel Sawyer & Collins
4700 Bank of America Plaza
300 S. Fourth St.
Las Vegas, NV 89101

American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Bradley J. Stevens
Jennings, Strouss & Salmon
201 E. Washington St., 11th Floor
Phoenix, AZ 85004-2385

James Kohl & Christine Roberts
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson et al.
1389 Galleria Dr., Suite 200
Henderson, NV 89014

Kevin B. Christensen, Xanna
Hardman & Evan James
7440 W. Sahara Ave.
Las Vegas, NV 89117

R. Mason/P. Smoots/M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Donald Polednak
Jeffrey R. Sylvester
Sylvester & Polednak, Ltd,
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Peter Susi, Esq., Jae Michaelson, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Allison Mackenzie Russell, et al.
Joan C. Wright
402 N. Division St.
P.O. Box 646
Carson City, NV 89702

Bay Communities
c/o Chris McKinney
4800 No. Federal Highway, Suite A205
Boca Raton, FL 33431

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Andrew Welcher
c/o Nordman Cormany Hair & Compton
Attn: William E. Winfield, Esq.
1000 Town Center Dr., Sixth Fl.
P.O. Box 9100
Oxnard, CA 93031

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Scott K. Canepa
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

Howard Connell
1001 Jennis Silver Street
Las Vegas, NV 89145

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

William D. Cope
Cope & Guerra
595 Humboldt Street
Reno, NV 89509-1603

Thomas & Stilly, Sussman, Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-33089

Thomas R. Brooksbank
Brooksbank & Associates
689 Sierra Rose Dr., Suite A-2
Reno, NV 89511

Russell James Zuardo
1296 High Forest Avenue
Las Vegas, NV 89123

John Peter Lee, Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd., South
Las Vegas, NV 89101

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
Attys for Frank Snopko
417 West Plumb Lane
Reno, NV 89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Wade Gochnour/Aryn Fitzwater
Haney, Woloson & Mullins
Attys for Liberty Bank
1117 So. Rancho Drive
Las Vegas, NV 89102

Jonathan L. Mills
Sugar, Friedberg & Felsenthal, LLP
Attys for Norman Kiven
30 North Lasalle St., Suite 3000
Chicago, IL 60602

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., #440-2
Henderson, NV 89014

R. Walker/E. Loveridge/R. Lamber
Woodbury & Kesler, P.C.
Attys for Milanwoski, Hantges, etc., et al
265 E. 100 South, Suite 300
Salt Lake City, UT 84111

Nancy L. Allf/Timothy P. Thomas
Parsons Behle & Latimer
411 E. Bonneville Ave., #100
Las Vegas, NV 89101

Gary A. Sheerin, Esq.
177 W. Proctor St., #B
Carson City, NV 89703

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

Kehl Family, c/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Mr. Allen J. Mault
2422 Aquasanta
Tustin, CA 92782

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89704

Charles B. and Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Bruce H. Corum, Trustee of the
Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Andrew M. Brumby, Esq.
Shutts & Bowen
Attys for Standard Property Development, LLC
P.O. Box 4956
Orlando, Florida 32802-4956

Steven R. Orr, Esq.
Richards, Watson & Gershon
Attorneys for City of Temecula
355 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101

Heinz Binder, Esq.; Wendy W. Smith, Esq.
Binder & Malter
Attys for John & Jane Unland
2775 Park Avenue
Santa Clara, CA 95050

Jeffrey L. Hartman, Esq.
Hartman & Hartman, Attys for The MacDonald
Center for Arts & Humanities
510 West Plumb Lane, Suite B
Reno, NV 89509

Dean T. Kirby, Jr.
Attys for Acquisition Co. of America V, LLC
Kirby & McGuinn, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515

James F. Lisowski, Sr.
Shellie A. Flett
1771 East Flamingo Road, Suite 115-B
Las Vegas, NV 89119

Allan B. Diamond, Esq.
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, TX 77010

Mojave Canyon Inc.
Attn: J. B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Whitney B. Warnick
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106

James D. Greene, Esq.
Schreck Brignone
300 South Fourth St., #1200
Las Vegas, NV 89101

R. Vaughn Gourley, Esq.
Attys for Gateway Stone Associates, LLC
Stephens, Gourley & Bywater
3636 N. Rancho Drive
Las Vegas, NV 89130

James J. Lee, Esq.; Patricia A. Marr, Esq.
Law Offices of James J. Lee
7674 W. Lake Mead Blvd., Suite 108
Las Vegas, NV 89128

Michelle L. Abrams, Esq.
Atty for Acquisition Co. of America V, LLC
Michelle L. Abrams, Ltd.
7201 West Lake Mead Blvd., Suite 210
Las Vegas, NV 89128

Alan R. Smith, Esq.
Kevin A. Darby, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501

Eric D. Madden, Esq.
Diamond McCarthy, LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

R. Vaughn Gourley, Esq.
Stephens, Gourley & Bywater
Attys for Standard Property Development, LLC
3636 No. Rancho Drive
Las Vegas, NV 89130

Wendy W. Smith
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Daniel D. White, Esq.
26 Corporate Plaza Drive, Suite 260
Newport Beach, CA 92660-7975

David R. Griffith, Esq.
Stewart, Humpherys, Burchett & Molin, LLP
Attys for Albert Daniel Andrade
3120 Cohasset Rd., #6, P.O. Box 720
Chico, CA 95927

Robert C. LePome
10120 S. Easter Ave., #200
Las Vegas, NV 89052

Michael D. Warner, David T. Cohen & Alexandra P. Olenczuk
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, TX 76102