ELECTRONICALLY FILED
February 15, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
Stutman, Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: March 15, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: DECLARATION OF MATT KVARDA IN SUPPORT OF FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

409100v1

I HEREBY CERTIFY that on the 13th day of February, 2007, I served the following document:

**DECLARATION OF MATT KVARDA IN SUPPORT OF FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.**

☒ b. **United States mail, postage full prepaid to the following:   See Attached Riders.**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. **By direct email to Stan Wolken at bayareastan@yahoo.com. on February 14, 2007.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

409100v1                                    2

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of February, 2006.

*Joanne C. Metcalf*
Joanne C. Metcalf, an employee
of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

409100v1

Service List - Fifth Omnibus Objection to Misfiled Claims -

ACRES CORPORATION, A NEVADA CORPORATION
ANNE MARIE REHBERGER TRUSTEE
PO BOX 3651
INCLINE VILLAGE, NV 89450-3651

MICHAEL C REHBERGER AND JEANA L REHBERGER
688 BRIDGER COURT
PO BOX 3813
INCLINE VILLAGE, NV 89450-3813

NEWMAN TRUST DATED 1/26/94
C/O DAVID R NEWMAN AND SANDRA L NEWMAN TRUSTEES
2207 MERINO CT
ROCKLIN CA 95765-4620

DANIEL R. HALSETH & SANDRA K. HALSETH, TRUSTEES OF THE HALSETH FAMILY TRUST
23 MOLAS DRIVE
DURANGO, CO 81301

KATRINE MIRZAIAN
708 PROSPECT DRIVE
GLENDALE, CA 91205

FIRST SAVINGS BANK, CUSTODIAN FOR: GEORGE A. DiGIOIA
1843 BOUGAINVILLEA DRIVE
MINDEN, NV 89423

USA Commercial Mortgage Company
#5870
Master Service List
Doc. #390939, v/2

| Debtors<br>USA Commercial Mortgage Co., et al.<br>Attn: Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Attys for Debtors<br>Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 So. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Attys for Debtors<br>Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 So. Jones Blvd., Suite 1<br>Las Vegas, NV 89146-5308 |
|---|---|---|
| Office of the U.S. Trustee<br>Attn: August B. Landis<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | CO-COUNSEL FOR EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | James Patrick Shea, Candace Carlyon, Shawn W. Miller & Shlomo S. Sherman<br>Shea & Carlyon, Ltd<br>228 S. Fourth St., 1st Floor<br>Las Vegas, NV 89101 |
| USA CAPITAL REALTY ADVISORS, LLC<br>UNSECURED CREDITORS | Kummer, Kaempfer, Bonner & Renshaw<br>3800 Howard Hughes Pkwy.<br>7th Floor<br>Las Vegas, NV 89109 | Intershow<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 |
| USA SECURITIES, LLC<br>UNSECURED CREDITORS | James Hull<br>c/o Signature Financial<br>2601 Airport Drive<br>Torrance, CA 90505 | George Gorman<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaier<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Tim Rich<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY |
| Rob Charles, Susan M. Freeman<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, NV 89169-0961 | UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY | Bunch, Dell<br>1909 Red Robin Court<br>Las Vegas, NV 89134 |
| Dell Bunch dba Loan Partners Capital<br>Attn: Donald R. Walker<br>9209 Eagle Hills Drive<br>Las Vegas, NV 89134-6109 | Advanced Information System<br>Attn: Michael T. Yoder<br>4270 Cameron St., Suite 1<br>Las Vegas, NV 89103 | Russell Ad Development Group, LLC<br>P.O. BOX 28216<br>Scottsdale, AZ 85255 |
| Robert A. Russell<br>8585 E. Hartford Dr., Suite 500<br>Scottsdale, AZ 85255 | Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117-7635 | The Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust<br>David W. Mounier 15316 Sky High Road<br>Escondido, CA 92025 |
| Larry L. Rieger, Trustee<br>2615 Glen Eagles Drive<br>Reno, NV 89523 | John Bauer IRA<br>40808 North Riverbend<br>Anthem, AZ 85086 | Broadwalk Investments L.P.<br>James R. Bonfiglio, G.P.<br>8635 W. Shara Ave., Unit 220<br>Las Vegas, NV 89117 |

Nevada State Bank
Keriann M. Atencio
Greenberg Traurig, LLP
2375 E. Camelback Road
Phoenix, AZ 85016

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

Mary E. & Matthew Moro
1009 – 8th Street
Manhattan Beach, CA 90266

John Goings
P.O. Box 174
Masonville, CO 80541

Bob L. Olson
Anne M. Loraditch
Beckley Singleton Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV 89101

Katz 2000 Separate Property Trust
Sara M. Katz,
Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Charles O. Nichols and Flora A. Nichols
2561 Seascape Drive
Las Vegas, NV 89128

Gordon & Silver, LTD.
Attn: Gerald M. Gordon, Gregory E.
Garman, Talitha B. Gray & Matthew C.
Zirzow, Esq.
3960 Howard Hughes Pkwy, 9th Fl.
Las Vegas, NV 89109

Helms Homes, LLC
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL FIRST
TRUST DEED FUND, LLC

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Rd
Las Vegas, NV 89121

Richard G. Woudstra Revoc. Trust
Richard G. Woudstra Trustee
P.O. Box 530025
Henderson, NV 89053

COUNSEL FOR OFFICIAL
COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL
DIVERSIFIED TRUST DEED FUND,
LLC

COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL
DIVERSIFIED TRUST DEED FUND,
LLC

Thomas C. Lawyer Family Trust
Atn: Thomas C. Lawyer
45 Ventana Canyon Dr.
Las Vegas, NV 89113

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

USA COMMERCIAL MORTGAGE CO.
EXECUTORY CONTRACTS
DIRECT LENDER COMMITTEE

Terry R. Helms Living Trust 11/94
Attn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

James W. McCollum & Pamela P.
McCollum
1011 F Avenue
Coronado, CA 92118

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Wen Baldwin Separate
Property Trust u/a/d 9/2/97
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

Marc A. Levinson
Lynn Trinka Ernce
Orrick, Herrington & Sutcliff, LLP
400 Capital Mail, Suite 3000
Sacramento, CA 95814

Robert Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Jerry T. McGimsey
3115 S. El Camino Road
Las Vegas, NV 89146-6621

COUNSEL FOR THE OFFICIAL
COMMITTEE OF HOLDERS OF
EXECUTORY CONTRACT RIGHTS OF
USA COMMERCIAL MORTGAGE
COMPANY

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Dennis Flier, Inc. Defined
Benefit Trust Dated 6/29/87
20155 Porto Vita Way, #1803
Aventura, FL 33180

Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

Homfeld II, LLC
Atn: Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

IRS
Attn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

NOTICES OF
APPEARANCE/REQUESTS FOR
SPECIAL NOTICE

Richard McKnight, Esq.
330 South Third St., #900
Las Vegas, NV 89101

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

GOVERNMENTAL AND
REGULATORY ENTITIES:

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

Employers Ins. Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Daniel G. Bogden
Carlos A. Gonzalez
Office of U.S. Atty, District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

IRS
Ogden, UT 84201

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Maryetta Bowman
534 Enchanted Lkes Drive
Henderson, NV 89052

R. J. Rocco
12617 Cottageville Lane
Keller, TX 76248

Robert R. Kinas, Esq.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Parkway, #1000
Las Vegas, NV 89109

Nevada Mortgage Lending Div.
Attn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

FHA/HUD
District Office
300 South Las Vegas Blvd., #2900
Las Vegas, NV 89101-5833

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

Edward W. Homfeld
Homfeld II, LLC
777 South Federal Highway, Suite N-409
Pompano Beach, Florida 33062

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
P.O. Box 18
Fairbury, IL 61739

| | | |
|---|---|---|
| Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 | Kelly J. Brinkman, Esq.<br>Goold Patterson, Alex & Day<br>4496 So. Pecos Road<br>Las Vegas, NV 89121 | Janet L. Chubb, Esq.<br>Jones Vargas<br>100 West Liberty St., 12th Floor<br>P.O Box 281<br>Reno, NV 89504-0281 |
| Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>One Betterworld Circle, Suite 300<br>Temecula, CA 92590 | Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 | Vince Danelian<br>P.O. Box 97782<br>Las Vegas, NV 89193 |
| William L. McGimsey, Esq.<br>601 E. Charleston Blvd.<br>Las Vegas, NV 89104 | Paul & Donna Jacques<br>810 S.E. 7th St., A103<br>Deerfield Beach, FL 33441 | Peter Bolino<br>17412 Serene Drive<br>Morgan Hill, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | Sean Najarian, Esq.<br>The Najarian Law Firm<br>P.O. Box 2668<br>Toluca Lake, CA 91610 | Bank of America<br>c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison Howard<br>3930 Howard Hughes Pkwy. 4th Fl<br>Las Vegas, NV 89109 |
| Nile Leatham<br>James Macrobbie<br>Kolesar & Leatham, CHTD<br>3320 W. Sahara Ave., #380<br>Las Vegas, NV 89102-3202 | Laurel L. Davis, Esq.<br>Lionel Sawyer & Collins<br>4700 Bank of America Plaza<br>300 S. Fourth St.<br>Las Vegas, NV 89101 | American Express Bank FSB<br>c/o Gilbert B. Weisman, Esq.<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Nicholas J. Santoro<br>400 S. Fourth St., 3rd Floor<br>Las Vegas, NV 89101 | Jed A. Hart<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 | Bradley J. Stevens<br>Jennings, Strouss & Salmon<br>201 E. Washington St., 11th Floor<br>Phoenix, AZ 85004-2385 |
| James Kohl & Christine Roberts<br>Rawlings Olson Cannon, et al.<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Thomas R. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Jeffrey G. Sloane<br>Regina M. McConnell<br>Kravitz, Schnitzer, Sloane, Johnson et al.<br>1389 Galleria Dr., Suite 200<br>Henderson, NV 89014 |
| Kevin B. Christensen, Xanna<br>Hardman & Evan James<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117 | R. Mason/P. Smoots/M. Schmahl<br>McGuire Woods LLP<br>77 W. Wacker Drive, Ste. 4100<br>Chicago, IL 60601 | Donald Polednak<br>Jeffrey R. Sylvester<br>Sylvester & Polednak, Ltd,<br>7371 Prairie Falcon, Suite 120<br>Las Vegas, NV 89128 |
| Peter Susi, Esq., Jae Michaelson, Esq.<br>Michaelson, Susi & Michaelson<br>Seven W. Figueroa St., 2nd Floor<br>Santa Barbara, CA 93101 | Allison Mackenzie Russell, et al.<br>Joan C. Wright<br>402 N. Division St.<br>P.O. Box 646<br>Carson City, NV 89702 | Bay Communities<br>c/o Chris McKinney<br>4800 No. Federal Highway, Suite A205<br>Boca Raton, FL 33431 |
| Bolick & Boyer<br>Erven Nelson/Robert Bolick<br>6060 W. Elton Ave., Suite A<br>Las Vegas, NV 89107 | Callister & Reynolds<br>Matthew Q. Callister<br>823 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Andrew Welcher<br>c/o Nordman Cormany Hair & Compton<br>Attn: William E. Winfield, Esq.<br>1000 Town Center Dr., Sixth Fl.<br>P.O. Box 9100<br>Oxnard, CA 93031 |

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Scott K. Canepa
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

Howard Connell
1001 Jennis Silver Street
Las Vegas, NV 89145

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

William D. Cope
Cope & Guerra
595 Humboldt Street
Reno, NV 89509-1603

Thomas & Stilly, Sussman, Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-33089

Thomas R. Brooksbank
Brooksbank & Associates
689 Sierra Rose Dr., Suite A-2
Reno, NV 89511

Russell James Zuardo
1296 High Forest Avenue
Las Vegas, NV 89123

John Peter Lee, Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd., South
Las Vegas, NV 89101

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
Attys for Frank Snopko
417 West Plumb Lane
Reno, NV 89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Wade Gochnour/Aryn Fitzwater
Haney, Woloson & Mullins
Attys for Liberty Bank
1117 So. Rancho Drive
Las Vegas, NV 89102

Jonathan L. Mills
Sugar, Friedberg & Felsenthal, LLP
Attys for Norman Kiven
30 North Lasalle St., Suite 3000
Chicago, IL 60602

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., #440-2
Henderson, NV 89014

R. Walker/E. Loveridge/R. Lamber
Woodbury & Kesler, P.C.
Attys for Milanwoski, Hantges, etc., et al
265 E. 100 South, Suite 300
Salt Lake City, UT 84111

Nancy L. Allf/Timothy P. Thomas
Parsons Behle & Latimer
411 E. Bonneville Ave., #100
Las Vegas, NV 89101

Gary A. Sheerin, Esq.
177 W. Proctor St., #B
Carson City, NV 89703

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

Kehl Family, c/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Mr. Allen J. Mault
2422 Aquasanta
Tustin, CA 92782

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89704

Charles B. and Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Bruce H. Corum, Trustee of the
Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ  85255

Andrew M. Brumby, Esq.
Shutts & Bowen
Attys for Standard Property Development, LLC
P.O. Box 4956
Orlando, Florida  32802-4956

Steven R. Orr, Esq.
Richards, Watson & Gershon
Attorneys for City of Temecula
355 S. Grand Avenue, 40th Floor
Los Angeles, CA  90071-3101

Heinz Binder, Esq.; Wendy W. Smith, Esq.
Binder & Malter
Attys for John & Jane Unland
2775 Park Avenue
Santa Clara, CA  95050

Jeffrey L. Hartman, Esq.
Hartman & Hartman, Attys for The MacDonald
Center for Arts & Humanities
510 West Plumb Lane, Suite B
Reno, NV  89509

Dean T. Kirby, Jr.
Attys for Acquisition Co. of America V, LLC
Kirby & McGuinn, A.P.C.
600 B Street, Suite 1950
San Diego, CA  92101-4515

James F. Lisowski, Sr.
Shellie A. Flett
1771 East Flamingo Road, Suite 115-B
Las Vegas, NV  89119

Allan B. Diamond, Esq.
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, TX  77010

Mojave Canyon Inc.
Attn: J. B. Partain, President
1400 Colorado St., #C
Boulder City, NV  89005

Whitney B. Warnick
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, NV  89106

James D. Greene, Esq.
Schreck Brignone
300 South Fourth St., #1200
Las Vegas, NV  89101

R. Vaughn Gourley, Esq.
Attys for Gateway Stone Associates, LLC
Stephens, Gourley & Bywater
3636 N. Rancho Drive
Las Vegas, NV  89130

James J. Lee, Esq.; Patricia A. Marr, Esq.
Law Offices of James J. Lee
7674 W. Lake Mead Blvd., Suite 108
Las Vegas, NV  89128

Michelle L. Abrams, Esq.
Atty for Acquisition Co. of America V, LLC
Michelle L. Abrams, Ltd.
7201 West Lake Mead Blvd., Suite 210
Las Vegas, NV  89128

Alan R. Smith, Esq.
Kevin A. Darby, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501

Eric D. Madden, Esq.
Diamond McCarthy, LLP
1201 Elm Street, Suite 3400
Dallas, TX  75270

R. Vaughn Gourley, Esq.
Stephens, Gourley & Bywater
Attys for Standard Property Development, LLC
3636 No. Rancho Drive
Las Vegas, NV  89130

Wendy W. Smith
Binder & Malter
2775 Park Avenue
Santa Clara, CA  95050

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

Daniel D. White, Esq.
26 Corporate Plaza Drive, Suite 260
Newport Beach, CA  92660-7975

David R. Griffith, Esq.
Stewart, Humpherys, Burchett & Molin, LLP
Attys for Albert Daniel Andrade
3120 Cohasset Rd., #6, P.O. Box 720
Chico, CA  95927

Robert C. LePome
10120 S. Easter Ave., #200
Las Vegas, NV  89052

Michael D. Warner, David T. Cohen & Alexandra P. Olenczuk
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, TX  76102