Electronically filed on February 15, 2007

Marc A. Levinson (California Bar No. 057613)
Cynthia J. Larsen* (California Bar No. 123994)
Stacy E. Don* (California Bar No. 226737)
*Pro hac vice admission pending
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
       clarsen@orrick.com;
       sdon@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
       aloraditch@beckleylaw.com

*ATTORNEYS FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                         Debtor. | Chapter Number:  11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br>                                         Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                         Debtor. | **VERIFIED PETITION OF<br>STACY E. DON FOR<br>PERMISSION TO PRACTICE<br>IN THESE CASES ONLY BY<br>ATTORNEY NOT ADMITTED<br>TO THE BAR OF THIS COURT** |
| In re:<br>USA SECURITIES, LLC,<br>                                         Debtor. | |
| Affects:<br>☒     All Debtors<br>☐     USA Commercial Mortgage Company<br>☐     USA Securities, LLC<br>☐     USA Capital Realty Advisors, LLC<br>☐     USA Capital Diversified Trust Deed Fund, LLC<br>☐     USA First Trust Deed Fund, LLC | |

{00370418;}
OHS West:260177754.1

1    Stacy E. Don, Petitioner, respectfully represents to the Court:

2    1.    That Petitioner is not a member of the Bar of this Court;

3    2.    That Petitioner resides in Sacramento, California;

4    3.    That Petitioner is an attorney at law and a member of the law firm of Orrick,

5    Herrington & Sutcliffe, LLP with offices at 400 Capitol Mall, Suite 3000, Sacramento,

6    California 95814-4497.

7    4.    That Petitioner has been retained personally or as a member of the above law

8    firm by the Official Committee of Equity Security Holders of USA Capital Diversified Trust

9    Deed Fund, LLC to provide legal representation, in connection with the above-entitled cases

10    now pending before this Court;

11    5.    That since December 1, 2003, Petitioner has been and presently is a member in

12    good standing of the bar of the higher Court of the State of California where Petitioner regularly

13    practices law;

14    6.    That Petitioner was admitted to practice before the following United States

15    District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States

16    and Courts of other States on the dates indicated below for each, and that Petitioner is presently

17    a member in good standing of the bars of said Courts:

18

| | (Date Admitted) |
|---|---|
| United States District Court, Eastern District of California | 12/10/03 |
| United States Circuit Courts of Appeal, Ninth Circuit | 9/17/04 |
| United States District Court, Northern District of California | 9/20/05 |

19

20

21    7.    That no disbarment proceedings are presently pending nor have disbarment

22    proceedings ever been instituted against petitioner; nor has any certificate or privilege to appear

23    and practice before any regulatory administrative body ever been suspended or revoked; that

24    neither through resignation, withdrawal, or otherwise, has Petitioner terminated or attempted to

25    terminate Petitioner's office as an attorney in order to avoid administrative disciplinary or

26    disbarment proceedings. (Give particulars if ever disbarred or if disbarment proceedings are

27    pending):

28

{00370418;}
OHS West:260177754.1

Page - 2 - of 3

1

2

3        8.        That Petitioner is a member in good standing of the following Bar Associations:

4    State Bar of California

5

6        9.        That Petitioner respectfully prays that he/she be admitted to practice before this

7    Court FOR PURPOSES OF THESE CASES ONLY.

8
     DATED: _2-15-07_____                    _____
9                                                              PETITIONER

10                                          **VERIFICATION**
11   STATE OF CALIFORNIA              )
                                      ) ss.
12   COUNTY OF SACRAMENTO             )

13
         Stacy E. Don, Petitioner, being first duly sworn, deposes and says:
14
         That the foregoing statements are true.
15

16                                              _____
17                                                              PETITIONER

18

19   Subscribed and sworn to before me this ___ day of February 2007.

20

21                                              _____
                                                         NOTARY PUBLIC
22

23

24

25

26

27

28