RECEIVED AND FILED

FEB 15 1 07 PM '07

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re )
)
USA COMMERCIAL MORTGAGE )
COMPANY )
) BK-S  06-10725-1br
         Debtor )
) ADV
_____ )
)
) BAP No.
SEE PAGE 2 )
          Appellant ) Appeal Ref  07-06
vs )
OFFICIAL COMMITTEE OF )
EQUITY SECURITY HOLDERS )
OF USA CAPITAL DIVERSIFIED )
TRUST DEED FUND, Appellee )
LLC )

### NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES IN APPEAL:

YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed by   SEE APPELLANTS – PAGE 2   with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being hereto attached.

/ / /

/ / /

/ / /

/ / /

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

DATED:  2/15/07

PATRICIA GRAY, CLERK

By  /s/ WILLIAM M. LAKAS
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 South Grand Ave.
Pasadena, CA 91105

U.S. TRUSTEE
LAS VEGAS, NV 89101
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD, SUITE 1
LAS VEGAS, NV 89146

RAY QUINNEY & NEBEKER, PC
36 SO. STATE ST., SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145

BECKLEY SINGLETON, CHTD.
530 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 CAPITOL MALL, SUITE 3000
SACRAMENTO, CA 95814

APPELLANTS

MARGARET B. MCGIMSEY TRUST
BRUCE MCGIMSEY
JERRY MCGIMSEY & SHARON MCGIMSEY
JOHNNY CLARK

9/04

- 2 -