GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory Contract
Rights through USA Commercial Mortgage Company

E-Filed On February 15, 2007

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Initial Hearing<br><br>Date: February 15, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**CERTIFICATE OF ADDITIONAL SERVICE OF (1) JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN, (2) EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN, (3) ATTORNEY INFORMATION SHEET IN SUPPORT OF ORDER SHORTENING TIME TO HEAR JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN, AND (4)**

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001454982/doc

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)**

On February 15, 2007, I served the foregoing documents by the following means:

☒ a. United States Mail, postage fully prepaid to the persons listed on the attached mailing matrix.

☒ b. By direct email to: Stan Wolken at bayareastand@yahoo.com.

☒ c. By fax transmission to: Deputy Attorney General Richard Dreitzer at fax number 702-486-3416.

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 15th day of February, 2007.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001454982/doc

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA 92025

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVENUE
LAS VEGAS, NV 89123

SCOTT K. CANEPA, ESQ.
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD., #160
LAS VEGAS, NV 89108

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR: LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
PO BOX 2668
TOLUCA LAKE, CA 91610

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

JOSHYA D. BRYSK, ESQ.
LAW OFFICE /JAMES G. SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVE., 26TH FL
NEW YORK, NY 10167

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

JAMES F. LISOWSKI, SR.
SHELLIE A. FLETT
1771 E. FLAMINGO RD., #115-B
LAS VEGAS, NV 89119

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL 60601

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SO. FEDERAL HGHWY, #N-409
POMPANO BEACH, FL 33062

DERRICK A. SPATORICO
PHETERSON, STEN, ET AL
THE WILDER BLDG
ONE EAST MAIN ST., #150
ROCHESTER, NY 14614

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

PAUL A. & DONNA JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

GILBER B. WEISMAN, ESQ.
BECKET AND LEE LLP
FOR: AMERICAN EXPRESS BANK FSB
P.O. BOX 3001
MALVERN, PA 19355-0701

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HGHWY, #a205
BOCA RATON, FL 33431

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

KUMMER, KAEMPFER, ETAL
FOR: INTERSHOW
3800 HOWARD HUGHES PKWY, 7TH
LAS VEGAS, NV 89109

EVAN BEAVERS, ESQ.
1625 HIGHWAY 88, #304
MINDEN, NV 89423

VINCE DANELIAN
P. O. BOX 97782
LAS VEGAS, NV 89193

ANDREW DAUSCHER
ELLEN DAUSCHER
P. O. BOX 10031
ZEPHYR COVE, NV 89448

JOSEPH HUGGINS
HUGGINS & ASSOCIATES
1000 N. GREEN VALLEY PKWY, #440-2
HENDERSON, NV 89014

KEHL FAMILY
C/O MR. KEN BONNET
3184 HIGHWAY 22
P. O. BOX 720
RIVERSIDE, IA 52327

ROBERT A. COWMAN
SANDRA L. COWMAN
1525 WINTERWOOD AVE.
SPARKS, NV 89114

MOHAVE CANYON, INC.
ATTN; J.B. PARTAIN, PRES.
1400 COLORADO ST., #C
BOULDER CITY, NV 89005

JERROLD T. MARTN
8423 PACO ROBLES
NORTHRIDGE, CA 91325

FTI CONSULTING, INC.
ATTN: MICHAEL A. TUCKER
ONE RENAISSANCE SQUARE
TWO NO. CENTRAL AVENUE
PHOENIX, AZ 85004

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

BRECK MILDE, ESQ
60 SO. MARKET ST., #200
SAN JOSE, CA 95113

STEVEN R. ORR
RICHARDS, WATSON & GERSHON
FOR: CITY OF TEMECULA
355 S. GRAND AVE., 40TH FL.
LOS ANGELES, CA 90071-3101

DANIEL D. WHITE, ESQ.
FOR: GATEWAY STONE
26 CORPORATE PLAZA DR. #260
NEWPORT BEACH, CA 92660

GAY A. SHEERIN, ESQ.
177 W. PROCTOR ST., #13
CARSON CITY, NV 89703

MR. ALLEN J. MAULT
2422 AQUASANTA
TUSTON, CA 92782

DR. DAVID R. ENRICO
DR. BONNY K. ENRICO
2072 ALMYRA RD.
SPARTA, TN 38583

MARION E. WYNNE, ESQ.
WILKINS, BANKESTER, BILES ET AL
FOR: SHARON JUNO
P.O. BOX 1367
FAIRHOPE, AL 36533-1367

ALVAREZ & MARSAL
ATTN: MATTHEW E. KVARDA
633 WEST FIFTH ST., #2560
LOS ANGELES, CA 90071

TIM RICH
GEORGE GORMAN, R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

MICHAEL D. WARNER
DAVID T. COHEN
ALEXANDRA P. OLENCZUK
WARNER STEVENS, LLP
301 COMMERCE ST., #1700
FORT WORTH, TX 76102

RICHARD D. GREEN, JR., ESQ.
GREENBERG TRAURIG, LLP
FOR MESIROW FINANCIAL
3773 HOWARD HUGHES PKWY, #500N
LAS VEGAS, NV 89169

NANCY A. PETERMAN, ESQ.
GREENBERG TRAURIG, LLP
FOR: MESIROW FINANCIAL
77 W. WACKER DR., #2500
CHICAGO, IL 60601

HEINZ BINDER, ESQ.
WENDY W. SMITH, ESQ.
BINDER & MALTER, LLP
FOR: JOHN & JANE UNLAND
2775 PARK AVENUE
SANTA CLARA, CA 95050

A. WILLIAM CEGLA
RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

DAVID W. SEXTON
PAMELA K. SEXTON
21929 N. 79TH PLACE
SCOTTSDALE, AZ 85255

CHARLES B. ANDERSON TRUST
RITA P. ANDERSON TRUST
BALTES COMPANY
211 COPPER RIDGE COURT
BOULDER CITY, NV 89005

BRUCE H. CORUM, TRUSTEE OF THE
CREDIT SHELTER TRUST
JUANITA N. CARTER
4442 VALMONTE DR.
CACRAMENTO, CA 95864

SIERRA HEALTH SERVICES
ATTN: FRANK COLLINS
2724 NORTH TENAYA WAY
P. O. BOX 15645
LAS VEGAS, NV 89114

Frank J. Wright
Hance Scarborough Wright Ginsberg, et al
600 Signature Place
14755 Preston Road
Dallas, TX 75254

THOMAS W. STILLEY
SUSSMAN SHANK, LLP
FOR: DAVID FOSSATI
1000 SW BROADWAY, STE. 1400
PORTLAND, OR 97205-0389

DAVID R. GRIFFITH, ESQ.
STEWART, HUMPHERYS ET AL
FOR: ALBERT ANDRADE
P.O. BOX 720
CHICO, CA 95927

ALLAN B. DIAMOND, ESQ.
DIAMOND MCCARTHY, LLP
FOR: SP LIT COUNSEL TO DEBTORS
909 FANNIN, SUITE 1500
HOUSTON, TX 77010

Beth Ela Wilkens
Harris Beach PLLC
Granite Building
130 E. Main Street
Rochester, NY 14604

ROBERT VERCHOTA, GEN PRTNER
R & N REAL ESTATE INVESTMENTS
8365 S. BONITA VISTA ST.
LAS VEGAS, NV 89148

ROBERT P. GOE
GOE & FORSYTHE
FOR: SCC ACQUISITION
660 NEWPORT CENTER DR, SUITE 320
NEWPORT BEACH, CA 92660

ERIC D. MADDEN
DIAMOND MCCARTHY, LLP
FOR: SP LIT COUNSEL TO DEBTORS
1201 ELM ST., SUITE 3400
DALLAS, TX 75270

RICHARD W. ESTERKIN
ASA S. HAMI
FOR: SCC ACQUISITION
300 S. GRAND AVE., 22ND FLOOR
LOS ANGELES, CA 90071-3132

NEVADA MORTGAGE LENDING DIV.
ATTN: SUSAN ECKHARDT
3075 E. FLAMINGO, #100
LAS VEGAS, NV 89121

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY CLERK
9790 GATEWAY DRIVE
RENO, NV 89521

U.S. SECURITIES AND EXCH. COMM
ATTN; SANDRA W. LAVIGNA
5670 WILSHIRE BLVD., 11TH FL
LOS ANGELES, CA 90036

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV, CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713- 0030

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711- 0250

FHA/HUD DISTRICT OFFICE
300 LAS VEGAS BLVD. SO.
SUITE. 2900
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P. O. BOX 551401
LAS VEGAS, NV 89155

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE & CLAIMS
3225 NORTH CENTRAL
PHOENIX, AZ 85012

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
P. O. BOX 683 – BEN FRANKLIN STA
WASHINGTON, D.C. 20044

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
P. O. BOX 551220
LAS VEGAS, NV 89155