Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
10120 S. Eastern Ave. #200  
Henderson, NV 89052  
(702) 492-171  
Nevada Bar #1980  
rlepome@cox.net  
Attorney for Interested Parties

E-Filed on February 15, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
|         Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
|         Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
|         Debtor | ) | |

Affects:                                              )
   ☐ All Debtors                                )
   ■ USA Commercial Mortgage Co.       )
   ☐ USA Securities, LLC                      )
   ☐ USA Capital Realty Advisors, LLC   )   DATE: 3-15-2007
   ☐ USA Capital Diversified Trust Deed )   TIME: 9:30 AM
   ☐ USA First Trust Deed Fund, LLC     )
                                                         )

NOTICE OF APPLICATION FOR ATTORNEY FEES AND COSTS

TO:   ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that an Application of Robert C. LePome, Esq. for attorney fees in the amount of $173,512.50 and costs in the amount of $3,671.70 has been filed on February 15, 2007 by Robert C. LePome, Esq. You may examine the court file which contains petition for particulars.

Any opposing memorandum must be served and filed within fifteen (15) days after service of this notice and Application. In the absence of any opposition, the Court may grant the Application (Local Rule 16).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will held before a United States Bankruptcy Judge in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 2nd Floor, Las Vegas, Nevada on

. . .

. . .

. . .

. . .

. . .

the 15th day of March, 2007 at the hour of 9:30 AM.

  /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorneys for Defendants
Alexander, et al.

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000