**Entered on Docket**
**February 15, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | Case No. BK-S-06-10725 LBR <br> Case No. BK-S-06-10726 LBR <br> Case No. BK-S-06-10727 LBR <br> Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | Chapter 11 <br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | **ORDER GRANTING JOINT EMERGENCY MOTION FOR ORDER RELATED TO IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)** |
| Affects: <br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Company <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA First Trust Deed Fund, LLC | Date: February 15, 2007 <br> Time: 9:30 a.m. |

1

The Court conducted a hearing on February 15, 2007 on the Joint Emergency Motion for Order Related to Implementation of Confirmed Plan (the "Motion"), which was filed jointly by the Debtors and the four official committees appointed in these jointly-administered cases (the "Committees") on February 14, 2007. The Debtors, Committees, and office of the United States Trustee all supported hearing the Motion on shortened time. Appearances of counsel were noted on the record at the hearing.

Having considered the Motion and the arguments of counsel, and finding that notice of the Motion was proper and appropriate under the circumstances, that good cause exists for granting the Motion and that the relief requested is proper under Section 1142(b) of the Bankruptcy Code, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that USACM is authorized to continue to exist after the Effective Date for a period of no more than 90 days for the purpose of acting as sub-servicer for Compass under USACM's existing mortgage broker license issued by the Mortgage Lending Division of the Department of Business and Industry of the State of Nevada ("MLD"), pending a decision by MLD on the application of Compass Partners, LLC ("Compass") for a mortgage broker license, and to enable Compass to transition to other loan servicing arrangements if its application is denied.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: ___Annette W. Jarvis___
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
*Attorneys for Debtors and Debtors-in-Possession*

2

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: Rob Charles
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of*
    *Unsecured Creditors of USA Commercial*
    *Mortgage Company*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: Eve Karasik
    EVE KARASIK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund LLC*

Approved/Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
    AUGUST B. LANDIS, ESQ

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of*
    *Holders of Executory Contract Rights of*
    *USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: Marc A. Levinson
    MARC A. LEVINSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    *Counsel for the Official Committee of Equity*
    *Security Holders of USA Capital Diversified*
    *Trust Deed Fund, LLC*

3