Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: usdcfilings@s-mlaw.com

Attorneys for Appellees-Debtors

E-FILED ON February 15, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC, and USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|---|---|
| DEL BUNCH AND ERNESTINE BUNCH,<br><br>Appellants,<br><br>v.<br><br>USA COMMERCIAL MORTGAGE CO., et al.,<br><br>Appellees. | Appeal Ref. No. 07-05<br><br>**APPELLEE-DEBTOR'S DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL**<br><br>Date: N/A<br>Time: N/A |

USA Commercial Mortgage Company, debtor and debtor in possession in the above-captioned chapter 11 case and the Appellee herein, by and through counsel and pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006(a), hereby respectfully submits its designation of additional items to be included in the record on appeal, which is attached hereto as **Exhibit 1**.

Dated this 15th day of February, 2007.

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

AND

Annette W. Jarvis (Utah Bar No. 1649)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com
Email: strong@rqn.com

*Attorneys for Appellee-Debtor and Debtor-in-Possession*

913819

# EXHIBIT 1

## DESIGNATION BY APPELLEE-DEBTOR OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10725 | ITEM DESIGNATED |
|---|---|---|
| 06/15/2006 | 681 | Statement of Financial Affairs [Affects USA Commercial Mortgage Company] |
| 06/23/2006 | 783 | Amended Statement of Financial Affairs [Affects USA Commercial Mortgage Company] |
| 08/31/2006 | 1223 | Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 |
| 09/29/2006 | 1420 | Notice of Hearing on Disclosure Statement For Debtors' Joint Plan of Reorganization Dated September 5, 2006 |
| 10/06/2006 | 1456 | Order Extending the Debtors' Exclusivity Period Until Motion Extending Exclusivity Period is Heard and Determined |
| 10/19/2006 | 1600 | Certificate of Service |
| 11/06/2006 | 1728 | Order Granting Motion to Increase the Debtors' 180-Day Exclusive Period to Confirm Plans of Reorganization to December 31, 2006 |
| 11/09/2006 | 1766 | Notice of Filing of (A) Proposed Notice of Confirmation Hearing and Related Deadlines; (B) Proposed Solicitation And Notice Procedures; and (C) Proposed Form of Ballots |
| 11/15/2006 | 1798 | Debtors' First Amended Disclosure Statement for Debtor's Third Amended Joint Plan of Reorganization |
| 11/15/2006 | 1800 | Order Approving : (A) Debtors' Disclosure Statement;(B) Proposed Notice of Confirmation Hearing; (C) Proposed Solicitation and Notice Procedures; and (D) Proposed Form of |

1

| | | |
|---|---|---|
| | | Ballots |
| 11/29/2006 | 1887 | Direct Lender Supplement to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 12/12/2006 | 2061 | Notice of Hearing/Motion on Objection to Proof of Claim No. 1099 Filed by Del and Ernestine Bunch |
| 12/12/2006 | 2062 | Certificate of Service |
| 12/15/2006 | 2141 | Ex Parte Motion for 2004 Examination of Del Bunch Pursuant to Fed. R. Bankr. P. 2004 |
| 12/15/2006 | 2142 | Ex Parte Motion for Order Shortening Time Requiring Del Bunch to Appear For Examination Pursuant to Fed. R. Bankr. P. 2004 |
| 12/18/2006 | 2161 | Certificate of Service of Solicitation Package |
| 12/18/2006 | 2162 | Revised Schedule of Executory Contracts and Unexpired Leases In Connection With Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 12/18/2006 | 2164 | Asset Purchase Agreement |
| 12/18/2006 | 2177 | Order on Ex Parte Motion for Order Shortening Time Requiring Del Bunch to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004 |
| 12/18/2006 | 2199 | Notice of Filing of Form of Disbursing Agent Agreements |
| 12/19/2006 | 2201 | Exhibit 1 to Declaration of Service |
| 12/19/2006 | 2202 | Stipulation |
| 12/21/2006 | 2243 | Supplemental Affidavit ff Balloting Agent Regarding Solicitation and Tabulation of Votes in Connection With the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization |
| 12/22/2006 | 2258 | Amended Notice of Filing of Form of Disbursing Agent Agreements |

2

| | | |
|---|---|---|
| 12/26/2006 | 2264 | Declaration of Susan M. Smith in Support of USA Commercial Mortgage Company's Opposition to Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 12/26/2006 | 2266 | Certificate of Service of Declaration of Susan M. Smith in Support of USA Commercial Mortgage Company's Opposition to Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 01/16/2007 | 2427 | Supplemental Brief in Support of Objection to Claim No. 1099 filed by Del and Ernestine Bunch with Certificate of Service |
| 01/29/2007 | 2599 | Order Continuing Hearing on Objection to Claim of Del and Ernestine Bunch |
| N/A | N/A | Bankruptcy Court Docket Case No. BK-S-06-10725-LBR |
| | | Transcript of January 3, 2007 Hearing |
| 12/12/2006 | 2062 | Certificate of Service Filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s)2023 Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, 2061 Notice of Hearing/Motion, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) (MCPHERSON, JEANETTE) (Entered: 12/12/2006) |