Electronically filed on February 15, 2007

Marc A. Levinson (California Bar No. 57613)
Cynthia J. Larsen (California Bar No. 123994)
Stacy E. Don (California Bar No. 226737)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
       clarsen@orrick.com;
       sdon@orrick.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☒    All Debtors<br>☐    USA Commercial Mortgage Company<br>☐    USA Securities, LLC<br>☐    USA Capital Realty Advisors, LLC<br>☐    USA Capital Diversified Trust Deed Fund, LLC<br>☐    USA First Trust Deed Fund, LLC | |

    The undersigned, one of the attorneys of record for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, the party herein, has submitted to the Court a "Verified Petition for Permission to Practice in these Cases Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, she believes it to be in the best interests of the client to designate Bob L.

1  Olson, Esq. (Nevada Bar No. 3783), Brett A. Axelrod, Esq. (Nevada Bar No. 5859), and Anne M.
2  Loraditch, Esq. (Nevada Bar No. 8164), attorneys at law, members of the State Bar of Nevada
3  and previously admitted to practice before the above-entitled Court, as local counsel in this
4  action. The address of said designated Nevada Counsel is: Beckley Singleton, Chtd., 530 Las
5  Vegas Blvd. South, Las Vegas, Nevada 89101, Telephone: (702) 385-3373, Facsimile (702) 385-
6  5024.

By this designation, the undersigned attorney and party agrees that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Respectfully submitted this 15th day of February 2007.

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Stacy E. Don

---

Marc A. Levinson (California Bar No. 57613)
Cynthia J. Larsen (California Bar No. 123994)
Stacy E. Don (California Bar No. 226737)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

///
///
///
///
///
///
///

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in these cases and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Dated this 15th day of February 2007.

                BECKLEY SINGLETON, CHTD.

                By:____/s/ Anne M. Loraditch_____
                        Bob L. Olson (Nevada Bar No. 3783)
                        Brett A. Axelrod (Nevada Bar No.5859)
                        Anne M. Loraditch (Nevada Bar No. 8164)
                        530 Las Vegas Boulevard South
                        Las Vegas, NV 89101
                        Telephone: (702) 385-3373

                        *Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Bob L. Olson, Brett A. Axelrod and Anne M. Loraditch and the law firm of Beckley Singleton, Chtd., as its Designated Nevada Counsel in this case.

                        _____/s/  Robert Worthen_____
                        Robert Worthen
                        Chair of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC