JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:    215-569-0000
Facsimile:    215-636-3999
E-mail:    jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
and designated Nevada counsel for Estate of Tabas

*Electronically Filed on:*
*February 16, 2007*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor.<br><br>USA SECURITIES, LLC,<br>            Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter    11<br><br>**SECOND AMENDED NOTICE OF 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY and/or OF PERSON MOST KNOWLEDGEABLE OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC**<br> **(Affects USA CM ONLY)** |

1

PLEASE TAKE NOTICE THAT on the 20th of February, 2007, at 3:30 p.m., at Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, NV 89169, pursuant to the Order Allowing 2004 Exam entered on January 29, 2007, a copy of which is attached hereto, the Estate of Daniel Tabas and Fertitta Enterprises, Inc., by their respective counsel, Jonathan J. Bart, Esq., and/or Janet L. Chubb, Esq., will orally examine the Person Most Knowledgeable of Debtor USA Commercial Mortgage Company and/or the Person Most Knowledgeable of Mesirow Financial Interim Management, LLC, before a Notary Public, or before some other officer authorized by law to administer oaths. Oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: February 16th, 2007.

JONES VARGAS

By:  //s// Janet L. Chubb
     JANET L. CHUBB
     LOUIS M. BUBALA III

Attorneys for Fertitta Enterprises, Inc.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Discovery\2004 Exams\2nd Amended 2004 Notice - Debtor.doc

**CERTIFICATE OF SERVICE**

1. On February 16, 2007, I served the following document(s):

**SECOND AMENDED NOTICE OF 2004 EXAM
OF PERSON MOST KNOWLEDGEABLE
OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY and/or
MESIROW FINANCIAL INTERIM MANAGEMENT LLC**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON   bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY   vgourley@lvcm.com
- TALITHA B. GRAY   bankruptcynotices@gordonsilver.com
- JAMES D. GREENE   bknotice@schrecklaw.com
- MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN   xanna.hardman@gmail.com
- STEPHEN R HARRIS   noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN   notices@bankruptcyreno.com
- BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER   JHindera@LRL.com
- RICHARD F. HOLLEY   rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD   rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME   cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS   ajarvis@rqn.com
- TY E. KEHOE   TyKehoeLaw@aol.com
- ROBERT R. KINAS   rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY   dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON   ecf@lslawnv.com
- JOHN J. LAXAGUE   jlaxague@caneclark.com
- GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME   rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR   jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL   rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Discovery\2004 Exams\2nd Amended 2004 Notice - Debtor.doc

- SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA   jmurtha@woodburnandwedge.com
- ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN   aparlen@stutman.com
- DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY   info@johnpeterlee.com
- CHRISTINE A ROBERTS   bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU   ecf@lslawnv.com
- JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH   mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS   dstephens@lvcm.com
- PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING   ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE   , lleverett@kkbrf.com
- AMY N. TIRRE   atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH   GWalch@Nevadafirm.com
- RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY   wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT   jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

    ■  b.  **United States mail, postage fully prepaid** (list persons and addresses):

THOMAS J. ALLISON
USA COMMERCIAL MORTGAGE ET AL.
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

NEVADA MORTGAGE LENDING DIVISION
OFFICE OF THE COMMISSIONER
3075 E. FLAMINGO #100
LAS VEGAS, NV 89121

    ❾  c.  **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

    ❾  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ❾  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ■  d.  **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orrick.com;lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Discovery\2004 Exams\2nd Amended 2004 Notice - Debtor.doc

after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❑ e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❑ f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 16th day of February, 2007.

| Tawney Waldo | //s// Tawney Waldo |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177