Case 06-10725-gwz    Doc 2835-1    Entered 02/16/07 14:11:46    Page 1 of 2



**Entered on Docket**
**January 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

| | |
|---|---|
| JONATHAN J. BART, ESQ.<br>Admitted *Pro Hac Vice*<br>PA Identification No.: 49119<br>WILENTZ, GOLDMAN & SPITZER P.A.<br>Two Penn Center, Suite 910<br>Philadelphia, PA 19102<br>Telephone:   215-569-0000<br>Facsimile:    215-636-3999<br>E-mail:         jbart@wilentz.com<br><br>Attorneys for Estate of Tabas | JANET L. CHUBB, ESQ.<br>Nevada State Bar No. 176<br>LOUIS M. BUBALA III, ESQ.<br>Nevada State Bar No. 8974<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>Telephone: 775-786-5000<br>Fax:  775-786-1177<br>Email:  jlc@jonesvargas.com<br>    and   tbw@jonesvargas.com<br>    and   lbubala@jonesvargas.com<br><br>Attorneys for Fertitta Enterprises, Inc.,<br>and designated Nevada counsel for Estate of Tabas |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                  Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                  Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                  Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                  Debtor.<br><br>USA SECURITIES, LLC,<br>                                                                  Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter       11<br><br>**ORDER ALLOWING 2004**<br>**EXAMINATION OF PERSON**<br>**MOST KNOWLEDGEABLE OF**<br>**DEBTOR USA COMMERCIAL**<br>**MORTGAGE COMPANY**<br>**(Affects USA CM ONLY)** |

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Order - Debtor.doc

The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Debtor USA Commercial Mortgage Company, and good cause appearing,

IT IS HEREBY ORDERED that the Person Most Knowledgeable at USA Commercial Mortgage Company, upon ten days' notice, must appear for oral examination at the Law Offices of Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada 89169, or as set forth in the Notice of 2004 Examination, to which a copy of this Order shall be attached.

Prepared and Submitted by:

| WILENTZ GOLDMAN & SPITZER P.A. | JONES VARGAS |
|---|---|
| //s//Jonathan J. Bart | //s//Louis M. Bubala III |
| JONATHAN J. BART, ESQUIRE<br>Two Penn Center Plaza, Suite 910<br>Philadelphia, PA 19102<br>215-569-0000 | JANET L. CHUBB, ESQUIRE<br>LOUIS M. BUBALA III, ESQUIRE<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>775-786-5000 |

# # #