

**Entered on Docket
January 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:   215-569-0000
Facsimile:   215-636-3999
E-mail:    jbart@wilentz.com

Attorneys for Estate of Tabas

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
      and  tbw@jonesvargas.com
      and  lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc., and designated Nevada counsel for Estate of Tabas

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor.<br><br>USA SECURITIES, LLC,<br>                                              Debtor.<br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter    11<br><br>**ORDER ALLOWING 2004 EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF MESIROW FINANCIAL INTERIM MANAGEMENT LLC**<br>**(Affects USA CM ONLY)** |

1

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Order - Mesirow.doc

1     The Estate of Daniel Tabas and Fertitta Enterprises, Inc. ("Movants"), through their
2 respective counsel, Jonathan J. Bart, Esq., and Janet L. Chubb, Esq., of Jones Vargas filed an Ex
3 Parte Application for Rule 2004 Examination of Person Most Knowledgeable of Mesirow
4 Financial Interim Management LLC, and good cause appearing,

5     IT IS HEREBY ORDERED that the Person Most Knowledgeable at Mesirow Financial
6 Interim Management LLC, upon ten days' notice, must appear for oral examination at the Law
7 Offices of Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas, Nevada
8 89169, or as set forth in the Notice of 2004 Examination, to which a copy of this Order shall be
9 attached.

10 Prepared and Submitted by:

11 WILENTZ GOLDMAN & SPITZER P.A.      JONES VARGAS

12 _//s//Jonathan J. Bart_____      _//s//Louis M. Bubala III_____

13 JONATHAN J. BART, ESQUIRE      JANET L. CHUBB, ESQUIRE
Two Penn Center Plaza, Suite 910      LOUIS M. BUBALA III, ESQUIRE
14 Philadelphia, PA 19102      100 W. Liberty St., 12th Floor
215-569-0000      P.O. Box 281
15      Reno, NV 89504-0281
     775-786-5000

16                     # # #

H:\Fs1Wp51\Direct Lenders\Fertitta Enterprises 500953.2\Pleadings\2004 Exams\2004 Order - Mesirow.doc