ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas Direct Lenders

**Electronically Filed February 20, 2007**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>          Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\MOT OST on stay motion.wpd

1  The Lenders Protection Group, a group of investors/lenders in USA Commercial Mortgage Company ("USACM"), as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., and the Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members and Mojave Canyon, Inc., through its counsel Janet L. Chubb, Esq. of Jones Vargas (the "Jones Vargas Direct Lenders") (the LPG and the Jones Vargas Direct Lenders shall collectively be referred to as "Appellants"), hereby moves this Court for an order shortening time for notice and hearing on its *Motion For Limited Stay Pending Appeal* ("Motion") filed by Appellants on February 20, 2007.

Pursuant to the Motion, Appellants seek a limited stay of certain provisions of this Court's *Order Confirming The "Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization," As Modified Herein* (the "Confirmation Order") pending resolution of Appellants' appeal of the Confirmation Order. Appellants only seek to stay the disbursement of certain segregated funds that are comprised of portions of post-petition, and continuing post-confirmation, payments made by third-party borrowers to Appellants, which are received and processed by the Debtors as a loan processor. Appellants do not seek to stay on going disbursements of regular monthly payments on performing loans to Direct Lenders, but only seek to stay the disbursement of the Segregated Funds, as defined in the Motion.

Time is of the essence in resolving the issues raised in the Motion because Appellants are threatened with irreparable harm if the Motion is not promptly heard. Specifically, without a prompt hearing regarding the requested stays, Appellants may suffer irreparable harm because the Debtors may liquidate all of their assets under the Plan, leaving no available funds to remedy harm to Appellants.

Local Rule 9021 provides that the Court may shorten time in appropriate circumstances for good cause. Based upon the foregoing, Appellants believe that good cause exists for shortening time for notice and hearing of their Motion. Appellants' attorney (or his designated employee) has contacted the principal parties affected by the subject Motion and

Law Offices of
**ALAN R. SMITH**
**505 Ridge Street**
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\MOT OST on stay motion.wpd   - 2 -

1  their agreement and comments are set forth in the ATTORNEY INFORMATION SHEET
2  filed separately.
3      WHEREFORE, Appellants respectfully requests that the Court shorten the time for
4  notice of hearing on the Motion, and that the hearing on said Motion be set as soon as possible
5  and as is convenient to the Court's calendar.
6      DATED this 20th day of February, 2007.

                    LAW OFFICES OF ALAN R. SMITH

                        /s/ Alan R. Smith
                    By_____
                       ALAN R. SMITH, ESQ.
                       Attorney for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\MOT OST on stay motion.wpd      - 3 -