ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

**Electronically Filed February 20, 2007**

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>            Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**DECLARATION OF ALAN R. SMITH, ESQ. IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\DEC ARS re stay OST.wpd

      I, ALAN R. SMITH, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a duly-licensed attorney and represent the Lenders Protection Group in the above captioned bankruptcy case.

2. I have knowledge of and am competent to testify to the matters stated herein, except to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3. I was involved in the preparation of *Appellants Ex Parte Motion For Order Shortening Time For Motion For Limited Stay Pending Appeal* and believe the facts and grounds asserted therein supporting the entry of an order shortening of time to be accurate, true and correct.

      I hereby swear under penalty of perjury that the assertions of this Declaration are true.

      DATED: February 20, 2007.

      By:    /s/ Alan R. Smith, Esq.
           ALAN R. SMITH, ESQ.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\DEC ARS re stay OST.wpd    - 2 -