1    ALAN R. SMITH, ESQ.
     Nevada Bar No. 1449
2    KEVIN A. DARBY, ESQ.          **Electronically Filed February 20, 2007**
     Nevada Bar No. 7670
3    Law Offices of Alan R. Smith
     505 Ridge Street
4    Reno, Nevada  89501
     Telephone (775) 786-4579
5    Facsimile (775) 786-3066
     *Email: mail@asmithlaw.com*
6
     Attorney for Lenders Protection Group
7
     JANET L. CHUBB, ESQ.
8    Nevada Bar. No. 176
     LOUIS M. BUBALA, III, ESQ.
9    Nevada Bar No. 8974
     Jones Vargas
10   100 W. Liberty St., 12th Floor
     Reno, NV 89501
11   Telephone (775) 788-2205
     Facsimile (775) 786-1177
12   *Email: jlc@jonesvargas.com*

13   Attorney for The Jones Vargas
     Direct Lenders
14

15              UNITED STATES BANKRUPTCY COURT

16                   DISTRICT OF NEVADA

17                       —ooOoo—

18   In Re:                          Case Nos.:
     USA  COMMERCIAL  MORTGAGE        BK-S-06-10725-LBR
19   COMPANY, et al.                 BK-S-06-10726-LBR
                                     BK-S-06-10727-LBR
20            Debtors.               BK-S-06-10728-LBR
     _____/      BK-S-06-10729-LBR
21
                                     JOINTLY ADMINISTERED
22                                   Chapter 11
     Affects:
23   ☒ All Debtors                   Hearing Date: N/A
     ☐ USA Commercial Mortgage Company    Hearing Time: N/A
24   ☐ USA Capital Realty Advisors, LLC
     ☐ USA Capital Diversified Trust Deed Fund, LLC   **ATTORNEY INFORMATION SHEET**
25   ☐ USA Capital First Trust Deed Fund, LLC    **FOR EX PARTE MOTION FOR**
     ☐ USA Securities, LLC           **ORDER SHORTENING TIME TO**
26                                   **HEAR APPELLANTS' MOTION FOR**
                                     **LIMITED STAY PENDING APPEAL**
27
     _____/
28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579       H:\USA Lenders (Cangelosi)\Appeals\Atty Info Sheet OST 022007.wpd

As required by the Court under LR 9006, my office provided notice or attempted to provide notice to the following parties, or their counsel, of the attached proposed Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE | DISAGREE |
|------|-----------|-------|----------|
| Annette Jarvis, Esq. | Via Email - 2/20/07 | Unavailable/ No Response | |

LAW OFFICES OF ALAN R. SMITH

/s/ Alan R. Smith

By _____

ALAN R. SMITH, ESQ.
Attorney for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\Atty Info Sheet OST 022007.wpd   - 2 -