1  Annette W. Jarvis, Utah Bar No. 1649
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
3  36 South State Street, Suite 1400
   P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
11 E-Mail:  bkfilings@s-mlaw.com

E-FILED on February 20, 2007

12 Attorneys for Appellees/Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**BAP No. NV-07-1021** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | **DEBTORS' RESPONSE TO ATTORNEY INFORMATION SHEET FILED WITH EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEARING OF LENDER PROTECTION GROUP'S MOTION FOR STAY PENDING APPEAL** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing: N/A<br>Hearing Time: N/A |

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\Debtor's Response to Motion for OST 022007.DOC

Page 1 of 3

1

2   Reference is made to the ATTORNEY INFORMATION SHEET FOR EX PARTE
3   MOTION FOR ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR
4   LIMITED STAY PENDING APPEAL [Docket No. 2851] and the EX PARTE MOTION FOR
5   ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR LIMITED STAY
6   PENDING APPEAL [Docket No. 2849] filed on February 20, 2007 by Alan R. Smith, Esq. as
7   counsel for the purported "Lenders Protection Group," Appellees USA Commercial Mortgage
8   Company, USA Capital First Trust Deed Fund, LLC, USA Capital Diversified Trust Deed Fund,
9   LLC, USA Capital Realty Advisors, LLC and USA Securities, LLC (collectively, "Debtors"), by
10  and through their undersigned counsel, inform the Court that

11      a.    Lenard E. Schwartzer, Esq., local counsel for the Debtors received an e-mail from
12  Kevin Darby, Esq. of the law office of Alan Smith requesting consent to an order shortening time
13  with regard to the Motion for Limited Stay pending Appeal by an e-mail dated February 20, 2007
14  and time-marked 4:20 p.m. A copy is attached hereto as Exhibit "1".

15      b.    Approximately 30 minutes later, Lenard E. Schwartzer, Esq. responded with an e-
16  mail on February 20, 2007 which was time-marked 5:05 p.m. stating "I would not agree to an
17  order shortening time." A copy is attached as Exhibit "2".

18      c.    Alan R. Smith e-filed an Attorney Information Sheet that indicated that the
19  Debtors' counsel, Annette W. Jarvis, Esq., was "unavailable/no response".

20      Debtors would assert that the Attorney Information Sheet filed by Mr. Smith is, at least,
21  misleading and, more likely, untruthful. It is misleading to suggest that Debtors' counsel was
22  unavailable or non-responsive when a response was filed in less than 35 minutes.  It would be
23  untruthful if the Attorney Information Sheet was e-filed after 5:05 p.m.

24      Debtors assert that no order shortening time is needed and that it would be better procedure
25  for the Motion for Limited Stay Pending Appeal to be fully briefed in the ordinary course of these
26  proceedings. The debtors, and other parties in interest, should be given a full and fair opportunity
27  to respond to the Motion for Limited Stay Pending Appeal

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  For the reasons stated, Debtors' counsel was not unavailable and not unresponsive.
2  Debtors' counsel opposes an order shortening time with regard to the Motion for Limited Stay
3  Pending Appeal. For the reasons stated, the Ex Parte Motion for Order Shortening Time to Hear
4  Motion for Limited Stay Pending Appeal should be denied.
5  DATED this 20th day of February, 2007.

  /s/ Lenard E. Schwartzer
Lenard E. Schwartzer (NV Bar No. 0399)
Jeanette E. McPherson (NV Bar No. 5423)
SCHWARTZER & MCPHERSON
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Email: bkfilings@s-mlaw.com

AND

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com
Email: strong@rqn.com

*Attorneys for Appellees*

Exhibit "1"

### Lenard Schwartzer

**From:** Kevin Darby [darby@asmithlaw.com]
**Sent:** Tuesday, February 20, 2007 4:20 PM
**To:** ajarvis@rqn.com
**Cc:** lschwartzer@s-mlaw.com; jmcpherson@s-mlaw.com
**Subject:** USA Commercial Mortgage

Annette-

We understand the sale to Compass closed. Congratulations!

Now that the sale is closed, we intend to proceed with a Motion For Stay Pending Appeal in the bankruptcy court.

We intend to seek an order shortening time on the Motion. The purpose of this email is to ascertain whether you will agree to an order shortening time.

Please let me know your position as soon as possible.

Respectfully,

**Kevin A. Darby, Esq.**
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone: (775) 786-4579
Facsimile:  (775) 786-3066

Exhibit "2"

## Lenard Schwartzer

**From:** Lenard Schwartzer [lschwartzer@s-mlaw.com]
**Sent:** Tuesday, February 20, 2007 5:05 PM
**To:** 'Kevin Darby'
**Cc:** 'jmcpherson@s-mlaw.com'; 'Steven Strong'; 'Allison, Thomas'; 'Smith, Susan Marie'; 'ajarvis@rqn.com'
**Subject:** RE: USA Commercial Mortgage

### I would not agree to an order shortening time.
### Lenard Schwartzer

**From:** Kevin Darby [mailto:darby@asmithlaw.com]
**Sent:** Tuesday, February 20, 2007 4:20 PM
**To:** ajarvis@rqn.com
**Cc:** lschwartzer@s-mlaw.com; jmcpherson@s-mlaw.com
**Subject:** USA Commercial Mortgage

Annette-

We understand the sale to Compass closed. Congratulations!

Now that the sale is closed, we intend to proceed with a Motion For Stay Pending Appeal in the bankruptcy court.

We intend to seek an order shortening time on the Motion. The purpose of this email is to ascertain whether you will agree to an order shortening time.

Please let me know your position as soon as possible.

Respectfully,

**Kevin A. Darby, Esq.**
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone: (775) 786-4579
Facsimile: (775) 786-3066

2/20/2007