ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

**Electronically Filed February 21, 2007**

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>         Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**REPLY IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\RPLY OST 022107.wpd

1    The Lenders Protection Group, a group of investors/lenders in USA Commercial Mortgage Company ("USACM"), as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., and the Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members and Mojave Canyon, Inc., through its counsel Janet L. Chubb, Esq. of Jones Vargas (the "Jones Vargas Direct Lenders") (the LPG and the Jones Vargas Direct Lenders shall collectively be referred to as "Appellants"), hereby reply in support of its Motion For Order Shortening Time on its *Motion For Limited Stay Pending Appeal* filed by Appellants on February 20, 2007, as follows:

Appellants would agree to having their *Motion For Limited Stay Pending Appeal* ("Stay Motion") heard in the normal course, without an order shortening time, provided that Debtors assure Appellants that the Segregated Funds, as defined in the Stay Motion, will not be disbursed prior to a decision on the Stay Motion.

DATED this 21st day of February, 2007.

LAW OFFICES OF ALAN R. SMITH

/s/ Alan R. Smith
By_____
ALAN R. SMITH, ESQ.
Attorney for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\RPLY OST 022107.wpd    - 2 -