ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

**Electronically Filed February 21, 2007**

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>            Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**DECLARATION OF KEVIN A. DARBY, ESQ. IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR APPELLANTS' MOTION FOR LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD OST 022107.wpd

1  I, KEVIN A. DARBY, being first duly sworn, do depose and say under the penalty of
2 perjury:
3     1. I am a duly-licensed attorney and an associate of the Law Offices of Alan R.
4 Smith and represent the Lenders Protection Group (the "LPG") in the above captioned
5 bankruptcy case.
6     2. I have knowledge of and am competent to testify to the matters stated herein,
7 except to those matters stated upon information and belief, and as to those matters, I believe
8 them to be true.
9     3. On Tuesday, February 20, 2007, at 4:20 p.m., I sent an email to Annette Jarvis,
10 Esq., attorney for Debtors, in which I sought her position on an order shortening time on the
11 LPG's *Motion For Limited Stay Pending Appeal*. I also sent that email to Mr. Leonard
12 Schwartzer, Esq. and Ms. Jeanette E. McPherson, Esq.
13     4. As of 5:00 p.m. on February 20, 2007, I had not heard back from Ms. Jarvis, or
14 any other party to the email. Thus, I directed our office staff to go forward and file the
15 relevant pleadings and to indicate on the Attorney Information Sheet that I had not heard back
16 from Ms. Jarvis.
17     5. On Wednesday, February 21, 2007, I received and reviewed an email from Mr.
18 Leonard Schwartzer, Esq., which was sent after normal business hours on February 20, 2007,
19 at 5:05 p.m. In the email, Mr. Schwartzer indicated "he" would not consent to an order
20 shortening time.
21     6. I have yet to receive a response from Ms. Jarvis to my email of February 20,
22 2007.
23     7. The Attorney Information Sheet filed by the LPG on February 20, 2007, was not
24 misleading or untruthful. At the time the document was prepared, and at the time I instructed
25 our staff to file the document, it was truthful and accurate.
26     8. As I have learned this morning that Mr. Schwartzer adamantly opposes an order
27 shortening time, I have prepared, and directed my staff to file, an amended Attorney
28 Information Sheet, which will indicate Mr. Schartzer's disapproval.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD OST 022107.wpd  - 2 -

1  I hereby swear under penalty of perjury that the assertions of this Declaration are true.

2  DATED: February 21, 2007.

4  By:    /s/ Kevin A. Darby, Esq.
       KEVIN A. DARBY, ESQ.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD OST 022107.wpd   - 3 -