ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.                    **Electronically Filed February 21, 2007**
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY, et al.<br><br>        Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**AMENDED ATTORNEY<br>INFORMATION SHEET FOR EX<br>PARTE MOTION FOR ORDER<br>SHORTENING TIME TO HEAR<br>APPELLANTS' MOTION FOR<br>LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\AIS OST (Amd) 022107.wpd

1   As required by the Court under LR 9006, my office provided notice or attempted to
2   provide notice to the following parties, or their counsel, of the attached proposed Order
3   Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW & WHEN | AGREE | DISAGREE |
|---|---|---|---|
| Annette Jarvis, Esq. | Via Email - 2/20/07 | Unavailable/ No Response | |
| Leonard Schwartzer, Esq. | Via Email - 2/20/07 | | XXXXXX |

LAW OFFICES OF ALAN R. SMITH

/s/ Kevin A. Darby
By_____
KEVIN A. DARBY, ESQ.
Attorney for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\AIS OST (Amd) 022107.wpd   - 2 -