FILED ELECTRONICALLY
2/21/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>) DATE: February 15, 2007<br>) TIME: 9:30 a.m.<br>)<br>) |

**NOTICE OF ENTRY OF ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (SPANGLER)**

PLEASE TAKE NOTICE that an Order re Stipulation re Motion by the Official

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (Spangler) was entered on the 20th day of February, 2007, a true and correct copy of which is attached hereto.

DATED this 21st day of February, 2007.

SHEA & CARLYON, LTD.



JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Entered on Docket
February 20, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:  fmerola@stutman.com<br>         ekarasik@stutman.com<br>         cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:  jshea@sheacarlyon.com<br>         ccarlyon@sheacarlyon.com<br>         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

| Affects | |
|---|---|
| ☐ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) |
| ☐ USA Securities, LLC | ) DATE: February 15, 2007 |
| ☐ USA Capital Realty Advisors, LLC | ) TIME: 9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

## ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (SPANGLER)

The Court having considered the Stipulation re Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (Spangler) (the "Stipulation") [docket no. 2779] and good cause appearing:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT on an interim basis, pending resolution of the objection to the Spangler Claims, a reserve in the amount of $130,678.50 shall be established on behalf of the Spangler Claims.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

2

1  STUTMAN, TREISTER & GLATT, P.C.
   FRANK A. MEROLA
2  EVE H. KARASIK
   CHRISTINE M. PAJAK
3  1901 Avenue of the Stars, 12th Floor
4  Los Angeles, CA 90067

5  [All other signatures waived in open court.]

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☒ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order;

  ☐ waived signature in open court; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this _____ day of February, 2007.

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

4