ELECTRONICALLY FILED
February 21, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:  March 1, 2007<br>Time:  9:30 a.m. |

**DECLARATION OF CHRISTINE M. PAJAK RE REPLY IN SUPPORT OF MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 1141 AND 1142 TO ENFORCE CONFIRMED DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AS IT RELATES TO ALLOCATION OF SALE PROCEEDS**

409281v1

I, Christine M. Pajak, declare as follows:

1. I am over 18 years old and, if called as a witness, I could and would testify to the matters set forth herein based on my personal knowledge, except as otherwise set forth below.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Central District of California.

3. I am a member of Stutman, Treister & Glatt Professional Corporation (ST&G), counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"). I submit this Declaration in support of the "Reply in Support of Motion for Order Pursuant to Bankruptcy Code Sections 1141 and 1142 to Enforce Confirmed Debtors' Third Amended Joint Chapter 11 Plan of Reorganization as it Relates to Allocation of Sale Proceeds" (the "Reply")[1] filed by the FTDF Committee.

4. Attached hereto as Exhibit "A" is a true and correct copy of the full e-mail exchange between Marc Levinson of the Diversified Committee and me, which took place on September 20 and 21, 2006.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of February, 2006, at Los Angeles, California.

_____
CHRISTINE M. PAJAK

---

[1] Capitalized terms not otherwise defined herein have the meaning set forth in the Reply.

[2] The FTDF Committee expressly reserves, and does not waive, the joint interest privilege of the Committees and the Debtors with respect to their negotiation of the Bid Procedures Order or any other aspect of the sale or these bankruptcy cases. This email is only included to address the specific allegations made by the USACM Committee in its Response with regard to the import of the email.

409281v1

2