E-Filed February 22, 2007

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights
through USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: March 1, 2007<br>Time: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☒ USA Securities, LLC | |

**CERTIFICATE OF SERVICE OF JOINDER OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY'S RESPONSE TO MOTION TO ENFORCE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AS IT RELATES TO ALLOCATION OF SALE PROCEEDS**

1.  On February 21, 2007, I served the foregoing document by the following means:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/456536.doc

2. I served the foregoing document by the following means to the persons as listed below:

☒ a. ECF System to the persons listed on **Exhibit A**.

☒ b. United States Mail, postage fully prepaid to the persons listed on **Exhibit B** on **February 22, 2007.**

☐ c. Personal Service to:

☒ d. By direct email to: Stan Wolken at bayareastan@yahoo.com **on February 22, 2007**.

☐ e. By fax transmission to:

☐ f. By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 22nd day of February, 2007.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/456536.doc

2

# EXHIBIT A

## File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 2/21/2007 at 4:46 PM PST and filed on 2/21/2007
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 2860

**Docket Text:**
Joinder Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s) [2761] Response,, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\Joinder to Response to Motion to Enforce Debtors' Third Amended Joint Chapter 11 Plan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/21/2007] [FileNumber=7805045-0]
[27dd23159185cd0ed52125f213487ed234bcfa5790bd5baf104f9de50b9ee6decb53
c0ea757df1717721c2731d41f5a531980df5c8b42f37f750d6d8a613986b]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

# EXHIBIT B

| | | |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY FKA USA CAPITAL THOMAS J. ALLISON 4484 SOUTH PECOS ROAD LAS VEGAS, NV 89121 | BRADLEY J. STEVENS, ESQ. JENNINGS STROUSS & SALMAN FOR: LOU O. MALDONADO 201 EAST WASHINGTON STREET PHOENIX, AZ 85004-2385 | MARC A. LEVINSON, ESQ. LYNN TRINK ERNCE ORRICK, HERRINGTON & SUTCLIFFE 400 CAPITAL MALL, #3000 SACRAMENTO, CA 95814 |
| NICHOLAS J. SANTORO 400 SOUTH FOURTH STREET, 3RD FLOOR LAS VEGAS, NV 89101 | WILLIAM E. WINFIELD, ESQ. NORDMAN CORMANY ET AL FOR: ANDREW WELCHER 1000 TOWN CENTER DRIVE 6TH FL OXNARD, CA 93031-9100 | JAMES F. LISOWSKI, SR. SHELLIE A. FLETT 1771 E. FLAMINGO RD., #115-B LAS VEGAS, NV 89119 |
| PETER BOLINO 17412 SERENE DRIVE MORGAN HILL, CA 95037 | SEAN NAJARIAN, ESQ. THE NAJARIAN LAW FIRM PO BOX 2668 TOLUCA LAKE, CA 91610 | RICHARD MASON, ESQ. PATRICIA K. SMOOTS, ESQ. MICHAEL M. SCHMAHL MCGUIRE WOODS, LLP 77 W. WACKER DR., #4100 CHICAGO, ILL 60601 |
| DON TOMLIN C/O DAVID W. MOUNIER 1536 SKY HIGH RD ESCONDIDO, CA 92025 | MARYETTA BOWMAN 534 ENCHATED LAKES DRIVE HENDERSON, NV 89052 | EDWARD W. HOMFELD HOMFELD II, LLC 777 SO. FEDERAL HGHWY, #N-409 POMPANO BEACH, FL 33062 |
| RJ ROCCO 12617 COTTAGEVILLE LANE KELLER, TX 76248 | MARGIE GANDOLFO 1724 ARROW WOOD DRIVE RENO, NV 89521 | DERRICK A. SPATORICO PHETERSON, STEN, ET AL THE WILDER BLDG ONE EAST MAIN ST., #150 ROCHESTER, NY 14614 |
| JANNY CATHARINA BROUWER 2533 KINNARD AVENUE HENDERSON, NV 89074 | MICHAEL R. SHULER C/O JAY R. EATON EATON & O'LEARY, PLLC 115 GROVE AVENUE PRESCOTT, AZ 86301 | KERMIT KRUSE 2710 ALBANY AVENUE DAVIS, CA 95616 |
| MARTIN B. WEISS, ESQ. THE GARRETT GROUP, LLC ONE BETTERWORLD CIRCLE SUITE 300 TEMECULA, CA 92590 | ATTILA JEFZENSZKY 1720 COLAVITA WAY RENO, NV 89521 | PAUL A. & DONNA JACQUES 810 SE 7TH STREET, STE. A-103 DEERFIELD BEACH, FL 33441 |
| STAN WOLKEN bayareastan@yahoo.com | JOSHYA D. BRYSK, ESQ. LAW OFFICE /JAMES G. SCHWARTZ FOR: ROLOFF, OHMS, PARTCH ET AL 7901 STONERIDGE DR., SUITE 401 PLEASANTON, CA 94588 | GILBER B. WEISMAN, ESQ. BECKET AND LEE LLP FOR: AMERICAN EXPRESS BANK FSB P.O. BOX 3001 MALVERN, PA 19355-0701 |
| RUSSELL JAMES ZUARDO 1296 HIGH FOREST AVENUE LAS VEGAS, NV 89123 | JED A. HART ANGELO, GORDON & CO. 245 PARK AVE., 26TH FL NEW YORK, NY 10167 | BAY COMMUNITIES C/O CHRIS MCKINNEY 4800 N. FEDERAL HGHWY, #a205 BOCA RATON, FL 33431 |

| | | |
|---|---|---|
| SCOTT K. CANEPA, ESQ.<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD., #160<br>LAS VEGAS, NV 89108 | JERROLD T. MARTN<br>8423 PACO ROBLES<br>NORTHRIDGE, CA 91325 | MARION E. WYNNE, ESQ.<br>WILKINS, BANKESTER, BILES ET AL<br>FOR: SHARON JUNO<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 |
| HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145 | FTI CONSULTING, INC.<br>ATTN: MICHAEL A. TUCKER<br>ONE RENAISSANCE SQUARE<br>TWO NO. CENTRAL AVENUE<br>PHOENIX, AZ 85004 | ALVAREZ & MARSAL<br>ATTN: MATTHEW E. KVARDA<br>633 WEST FIFTH ST., #2560<br>LOS ANGELES, CA 90071 |
| KUMMER, KAEMPFER, ETAL<br>FOR: INTERSHOW<br>3800 HOWARD HUGHES PKWY, 7TH<br>LAS VEGAS, NV 89109 | JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE<br>TORRANCE, CA 90505 | TIM RICH<br>GEORGE GORMAN, R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |
| EVAN BEAVERS, ESQ.<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89423 | BRECK MILDE, ESQ<br>60 SO. MARKET ST., #200<br>SAN JOSE, CA 95113 | MICHAEL D. WARNER<br>DAVID T. COHEN<br>ALEXANDRA P. OLENCZUK<br>WARNER STEVENS, LLP<br>301 COMMERCE ST., #1700<br>FORT WORTH, TX 76102 |
| VINCE DANELIAN<br>P. O. BOX 97782<br>LAS VEGAS, NV 89193 | STEVEN R. ORR<br>RICHARDS, WATSON & GERSHON<br>FOR: CITY OF TEMECULA<br>355 S. GRAND AVE., 40TH FL.<br>LOS ANGELES, CA 90071-3101 | RICHARD D. GREEN, JR., ESQ.<br>GREENBERG TRAURIG, LLP<br>FOR MESIROW FINANCIAL<br>3773 HOWARD HUGHES PKWY, #500N<br>LAS VEGAS, NV 89169 |
| ANDREW DAUSCHER<br>ELLEN DAUSCHER<br>P. O. BOX 10031<br>ZEPHYR COVE, NV 89448 | DANIEL D. WHITE, ESQ.<br>FOR: GATEWAY STONE<br>26 CORPORATE PLAZA DR. #260<br>NEWPORT BEACH, CA 92660 | NANCY A. PETERMAN, ESQ.<br>GREENBERG TRAURIG, LLP<br>FOR: MESIROW FINANCIAL<br>77 W. WACKER DR., #2500<br>CHICAGO, IL 60601 |
| JOSEPH HUGGINS<br>HUGGINS & ASSOCIATES<br>1000 N. GREEN VALLEY PKWY, #440-2<br>HENDERSON, NV 89014 | GAY A. SHEERIN, ESQ.<br>177 W. PROCTOR ST., #13<br>CARSON CITY, NV 89703 | HEINZ BINDER, ESQ.<br>WENDY W. SMITH, ESQ.<br>BINDER & MALTER, LLP<br>FOR: JOHN & JANE UNLAND<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 |
| KEHL FAMILY<br>C/O MR. KEN BONNET<br>3184 HIGHWAY 22<br>P. O. BOX 720<br>RIVERSIDE, IA 52327 | MR. ALLEN J. MAULT<br>2422 AQUASANTA<br>TUSTON, CA 92782 | A. WILLIAM CEGLA<br>RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 |
| ROBERT A. COWMAN<br>SANDRA L. COWMAN<br>1525 WINTERWOOD AVE.<br>SPARKS, NV 89114 | DR. DAVID R. ENRICO<br>DR. BONNY K. ENRICO<br>2072 ALMYRA RD.<br>SPARTA, TN 38583 | DAVID W. SEXTON<br>PAMELA K. SEXTON<br>21929 N. 79TH PLACE<br>SCOTTSDALE, AZ 85255 |

| | | |
|---|---|---|
| MOHAVE CANYON, INC.<br>ATTN; J.B. PARTAIN, PRES.<br>1400 COLORADO ST., #C<br>BOULDER CITY, NV 89005 | BRUCE H. CORUM, TRUSTEE OF THE<br>CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>4442 VALMONTE DR.<br>CACRAMENTO, CA 95864 | SIERRA HEALTH SERVICES<br>ATTN: FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P. O. BOX 15645<br>LAS VEGAS, NV 89114 |
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV 89005 | THOMAS W. STILLEY<br>SUSSMAN SHANK, LLP<br>FOR: DAVID FOSSATI<br>1000 SW BROADWAY, STE. 1400<br>PORTLAND, OR 97205-0389 | DAVID R. GRIFFITH, ESQ.<br>STEWART, HUMPHERYS ET AL<br>FOR: ALBERT ANDRADE<br>P.O. BOX 720<br>CHICO, CA 95927 |
| FRANK J. WRIGHT<br>HANCE SCARBOROUGH WRIGHT<br>GINSBERG, ET AL<br>600 SIGNATURE PLACE<br>14755 PRESTON ROAD<br>DALLAS, TX 75254 | BETH ELA WILKENS<br>HARRIS BEACH PLLC<br>GRANITE BUILDING<br>130 E. MAIN STREET<br>ROCHESTER, NY 14604 | ROBERT VERCHOTA, GEN PRTNER<br>R & N REAL ESTATE INVESTMENTS<br>8365 S. BONITA VISTA ST.<br>LAS VEGAS, NV 89148 |
| ALLAN B. DIAMOND, ESQ.<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>909 FANNIN , SUITE 1500<br>HOUSTON, TX 77010 | ERIC D. MADDEN<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>1201 ELM ST., SUITE 3400<br>DALLAS, TX 75270 | RICHARD W. ESTERKIN<br>ASA S. HAMI<br>FOR: SCC ACQUISITION<br>300 S. GRAND AVE.,22ND FLOOR<br>LOS ANGELES, CA 90071-3132 |
| ROBERT P. GOE<br>GOE & FORSYTHE<br>FOR: SCC ACQUISITION<br>660 NEWPORT CENTER DR, SUITE 320<br>NEWPORT BEACH, CA 92660 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | U.S. SECURITIES AND EXCH. COMM<br>ATTN; SANDRA W. LAVIGNA<br>5670 WILSHIRE BLVD., 11TH FL<br>LOS ANGELES, CA 90036 |
| NEVADA MORTGAGE LENDING DIV.<br>ATTN: SUSAN ECKHARDT<br>3075 E. FLAMINGO, #100<br>LAS VEGAS, NV 89121 | DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711- 0250 | DEPT OF EMPLOYMENT TRAINING<br>EMPLOY. SEC DIV , CONTRIBUTIONS<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713- 0030 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE & CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | FHA/HUD DISTRICT OFFICE<br>300 LAS VEGAS BLVD. SO.<br>SUITE. 2900<br>LAS VEGAS, NV 89101 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551220<br>LAS VEGAS, NV 89155 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P. O. BOX 683 – BEN FRANKLIN STA<br>WASHINGTON, D.C. 20044 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551401<br>LAS VEGAS, NV 89155 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY CLERK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521 | |