Electronically filed on February 22, 2007

Marc A. Levinson (California Bar No. 057613)
Cynthia J. Larsen* (California Bar No. 123994)
Stacy E. Don* (California Bar No. 226737)
*Pro hac vice admission pending
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
       clarsen@orrick.com;
       sdon@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
       aloraditch@beckleylaw.com

ATTORNEYS FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                     Debtor. | Chapter Number: 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br>                                     Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**VERIFIED PETITION OF CYNTHIA J. LARSEN FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                     Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                     Debtor. | |
| Affects:<br>☒    All Debtors<br>☐    USA Commercial Mortgage Company<br>☐    USA Securities, LLC<br>☐    USA Capital Realty Advisors, LLC<br>☐    USA Capital Diversified Trust Deed Fund, LLC<br>☐    USA First Trust Deed Fund, LLC | |

Cynthia J. Larsen, Petitioner, respectfully represents to the Court:

1. That Petitioner is not a member of the Bar of this Court;

2. That Petitioner resides in Sacramento, California;

3. That Petitioner is an attorney at law and a member of the law firm of Orrick, Herrington & Sutcliffe, LLP with offices at 400 Capitol Mall, Suite 3000, Sacramento, California 95814-4497.

4. That Petitioner has been retained personally or as a member of the above law firm by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to provide legal representation, in connection with the above-entitled cases now pending before this Court;

5. That since 1986, Petitioner has been and presently is a member in good standing of the bar of the higher Court of the State of California where Petitioner regularly practices law;

6. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated below for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

|  | (Date Admitted) |
|---|---|
| Supreme Court of the State of Idaho | 1978 |
| United States District Court, District of Idaho | 1978 |
| United States Court of Appeal for the Ninth Circuit | 1980 |
| District of Columbia, Court of Appeal | 1982 |
| District of Columbia Bar | 1982 |
| United States District Court for the District of Columbia | 1983 |
| Supreme Court of the United States | 1983 |
| United States Court of Appeals for the District of Columbia Circuit | 1984 |
| State Bar of California | 1986 |
| United States District Court, Eastern District of California | 1986* |
| United States District Court, Central District of California | 1988* |
| United States District Court, Northern District of California | 1988* |
|  | *circa |

7. That no disbarment proceedings are presently pending nor have disbarment proceedings ever been instituted against petitioner; nor has any certificate or privilege to appear

and practice before any regulatory administrative body ever been suspended or revoked; that neither through resignation, withdrawal, or otherwise, has Petitioner terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative disciplinary or disbarment proceedings. (Give particulars if ever disbarred or if disbarment proceedings are pending):

_____

_____

8. That Petitioner is a member in good standing of the following Bar Associations: Idaho Bar Association

_____

9. That Petitioner respectfully prays that he/she be admitted to practice before this Court FOR PURPOSES OF THESE CASES ONLY.

DATED: _February 20, 07_                    _____
                                                                    PETITIONER

**VERIFICATION**

STATE OF NEVADA       )
                                         ) ss.
COUNTY OF CLARK   )

Cynthia J. Larsen, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to before me this 20th day of February 2007.

_____
NOTARY PUBLIC

DEBORAH A. MOORE
Commission # 1448555
Notary Public - California
Sacramento County
My Comm. Expires Oct 31, 2007

{00370391;}
OHS West:260177754.1

Page - 3 - of 3