1  *Attorneys for Debtors and Debtors-in-Possession:*

2  Annette W. Jarvis, Utah Bar No. 1649           Lenard E. Schwartzer, Nevada Bar No. 0399
   RAY QUINNEY & NEBEKER P.C.                     Jeanette E. McPherson, Nevada Bar No. 5423
3  36 South State Street, Suite 1400              SCHWARTZER & MCPHERSON LAW FIRM
   P.O. Box 45385                                 2850 South Jones Boulevard, Suite 1
4  Salt Lake City, Utah 84145-0385                Las Vegas, Nevada  89146-5308
   Telephone: (801) 532-1500                      Telephone:  (702) 228-7590
5  Facsimile: (801) 532-7543                      Facsimile:  (702) 892-0122
   Email: ajarvis@rqn.com                         E-Mail:  bkfilings@s-mlaw.com
6

7  *Committees:*

8  Frank A. Merola, Esq.
   Eve H. Karasik, Esq.
9  Andrew M. Parlen, Esq.
   STUTMAN TREISTER & GLATT, P.C.
10 1901 Avenue of the Starts, 12th Floor
   Los Angeles, California   90067
11 Telephone:  (310) 228-5600
   Facsimile:  (310) 228-5788
12 Email:  ekarasik@stutman.com

13 Marc A. Levinson, Esq.                         Rob Charles, Esq.
   Jeffrey D. Hermann, Esq.                       Susan M. Freeman, Esq.
14 ORRICK, HERRINGTON &                           LEWIS AND ROCA, LLP
   SUTCLIFFE LLP                                  3993 Howard Hughes Parkway, 6th Floor
15 400 Capitol Mall                               Las Vegas, Nevada  89169
   Sacramento, California  95814                  Telephone:  (702) 949-8320
16 Telephone:  (916) 447-9200                     Facsimile:  (702) 949-8321
   Facsimile:  (916) 329-4900                     Email:  RCharles@LRLaw.com
17 Email:  malevinson@orrick.com

18                     **UNITED STATES BANKRUPTCY COURT**

19                         **DISTRICT OF NEVADA**

20 In re:                                         Case Nos. BK-S-06-10725 LBR
   USA COMMERCIAL MORTGAGE COMPANY,               Case Nos. BK-S-06-10726 LBR
21                                     Debtor.    Case Nos. BK-S-06-10727 LBR

   In re:                                         Case Nos. BK-S-06-10728 LBR
22 USA CAPITAL REALTY ADVISORS, LLC,              Case Nos. BK-S-06-10729 LBR
                                       Debtor.

23 In re:                                         Chapter 11
   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
24 LLC,
                                       Debtor.    **EX PARTE APPLICATION FOR**
25                                                **ORDER SHORTENING TIME TO**
   In re:                                         **HEAR SECOND JOINT MOTION FOR**
26 USA CAPITAL FIRST TRUST DEED FUND, LLC,        **ORDER FOR IMPLEMENTATION OF**
                                       Debtor.    **CONFIRMED PLAN (AFFECTS ALL**
27 In re:                                         **DEBTORS)**
   USA SECURITIES, LLC,
28                                     Debtor.

409220v4                                                              214969.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| Affects: | |
| --- | --- |
| ☒ All Debtors | |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

Date:   OST Requested for March 1, 2007
Time:  OST Requested for 9:30 a.m.

Debtors USA Commercial Mortgage Company ("USACM"), USA Capital First Trust Deed Fund ("FTDF"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital Realty Advisors, LLC ("USA Realty"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors"), and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company ("USACM Committee"), the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"), the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("DTDF Committee") and the Official Committee of Holders of Executory Contracts Rights through USA Commercial Mortgage Company ("Direct Lenders Committee")  (collectively, the "Committees" and collectively with the Debtors, the "Movants"), by and through their counsel, hereby files this Application For An Order Shortening Time To Hear Second Joint Motion For Order For Implementation of Confirmed Plan and in support thereof states as follows:

1.      A Second Joint Motion For Order For Implementation of Confirmed Plan (the "Motion") has been filed.  In order to implement the Plan, the Movants seek an order of the Court pursuant to Section 1142(b) of the Bankruptcy Code clarifying certain aspects of the wind down process, as detailed in the Motion, such as the payment of the professionals needed to accomplish the wind down, the setting of certain reserves, and the handling of certain miscellaneous issues that may remain outstanding after the Effective Date.  In addition, the Movants request authority related to the servicing of loans by the USACM Trust and the Post-Effective Date DTDF after the Effective Date.

2.      Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3.      The Motion seeks to provide technical provisions which allow the Debtors and the Committees and their professionals to do all the things necessary to implement the Plan.  It

409220v4

214969.2

1  eliminates certain gaps in standing and authority, such as, authority to prepare and file 2006 US

2  Income Tax Returns, to hold and distribute non-Trust cash to administrative and priority creditors,

3  and authorize the USACM Trust and Post-Effective Date DTDF to prosecute the objections to

4  claims and litigation commenced by the Debtors and handle appeals.  In order for there to be no

5  gap after the Effective Date, this Motion is requested to be heard on shortened time on March 1,

6  2007.

7  DATED this 22nd day of February, 2007.

                                        /s/  Jeanette E. McPherson
8                                       Lenard E. Schwartzer
9                                       Jeanette E. McPherson
                                        SCHWARTZER & MCPHERSON LAW FIRM
10                                      2850 South Jones Blvd., Suite 1
                                        Las Vegas, Nevada 89146
11                                      AND
12                                      Annette W. Jarvis (Utah Bar No. 1649)
                                        Steven C. Strong (Utah Bar No. 6340)
13                                      RAY QUINNEY & NEBEKER P.C.
                                        36 South State Street, 14th Floor
14                                      P.O. Box 45385
15                                      Salt Lake City, Utah 84145-0385
                                        *Attorneys for Debtors and Debtors-in-Possession*
16

17                                      By /s/ RC (#006593)
                                        Susan M. Freeman, AZ 4199 (pro hac vice)
18                                      Rob Charles, NV 6593
                                        LEWIS AND ROCA LLP
19                                      3993 Howard Hughes Parkway, Suite 600
20                                      Las Vegas, NV 89169
                                        *Attorneys for Official Unsecured Creditors'*
21                                      *Committee for USA Commercial Mortgage Company*

22

23                                      By:  /s/  Eve Karasik
                                        Frank A. Merola
24                                      Eve H. Karasik
                                        Andrew M. Parlen
25                                      STUTMAN TREISTER & GLATT, P.C.
                                        1901 Avenue of the Starts, 12th Floor
26                                      Los Angeles, California   90067
                                        *Attorneys for Official Committee of Equity Security*
27                                      *Holders of USA Capital First Trust Deed Fund, LLC*
28

409220v4                                                      214969.2

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

2     By:  /s/   Marc A. Levinson
      Marc A. Levinson
3     Jeffrey D. Hermann
      ORRICK, HERRINGTON & SUTCLIFFE LLP
      400 Capitol Mall, Suite 3000
4     Sacramento, California   95814
      *Attorneys for Official Committee of Equity Security*
5     *Holders of USA Capital Diversified Trust Deed*
      *Fund, LLC*
6

7

8     No Opposition

9     Gerald M. Gordon
      Gregory E. Garman
10    GORDON & SILVER, LTD.
      3960 Howard Hughes Parkway, 9th Floor
11    Las Vegas, Nevada  89109
      *Attorneys for Official Committee of Holders of*
12    *Executory Contracts Rights through USA*
      *Commercial Mortgage Company*
13

14

15    Copy of the foregoing motion
      served by e-mail and U.S. Mail
16    February 13, 2007 on:

17    Richard I. Dreitzer
      Deputy Attorney General
18    555 E. Washington Avenue, Suite 3900
      Las Vegas, NV 89101-1068
19    ridreitz@ag.state.nv.us

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

409220v4

4

214969.2