1   *Attorneys for Debtors and Debtors-in-Possession:*

2   Annette W. Jarvis, Utah Bar No. 1649      Lenard E. Schwartzer, Nevada Bar No. 0399

3   RAY QUINNEY & NEBEKER P.C.      Jeanette E. McPherson, Nevada Bar No. 5423
    36 South State Street, Suite 1400      SCHWARTZER & MCPHERSON LAW FIRM

4   P.O. Box 45385      2850 South Jones Boulevard, Suite 1
    Salt Lake City, Utah 84145-0385      Las Vegas, Nevada 89146-5308

5   Telephone: (801) 532-1500      Telephone: (702) 228-7590
    Facsimile: (801) 532-7543      Facsimile: (702) 892-0122

6   Email: ajarvis@rqn.com      E-Mail: bkfilings@s-mlaw.com

7   *Committees:*

8   Frank A. Merola, Esq.
    Eve H. Karasik, Esq.

9   Andrew M. Parlen, Esq.
    STUTMAN TREISTER & GLATT, P.C.

10   1901 Avenue of the Starts, 12th Floor
    Los Angeles, California 90067

11   Telephone: (310) 228-5600
    Facsimile: (310) 228-5788

12   Email: ekarasik@stutman.com

13   Marc A. Levinson, Esq.      Rob Charles, Esq.
    Jeffrey D. Hermann, Esq.      Susan M. Freeman, Esq.

14   ORRICK, HERRINGTON &      LEWIS AND ROCA, LLP
    SUTCLIFFE LLP      3993 Howard Hughes Parkway, 6th Floor

15   400 Capitol Mall      Las Vegas, Nevada 89169

16   Sacramento, California 95814      Telephone: (702) 949-8320
    Telephone: (916) 447-9200      Facsimile: (702) 949-8321

17   Facsimile: (916) 329-4900      Email: RCharles@LRLaw.com
    Email: malevinson@orrick.com

18             **UNITED STATES BANKRUPTCY COURT**

19                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 20   In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br>                                Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                Debtor. | |

*Left margin vertical text:* SCHWARTZER & MCPHERSON LAW FIRM · 2850 South Jones Boulevard, Suite 1 · Las Vegas, Nevada 89146-5308 · Tel: (702) 228-7590 · Fax: (702) 892-0122

409220v4                                              214969.2

1

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date:  OST Requested for March 1, 2007
Time:  OST Requested for 9:30 a.m.

2

3

4

5

6          Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, under penalties of

7    perjury, hereby declares on this 21st day of February, 2007 that:

8          1.       A Second Joint Motion For Order For Implementation of Confirmed Plan (the

9    "Motion") has been filed.  In order to implement the Plan, the Movants seek an order of the Court

10   pursuant to Section 1142(b) of the Bankruptcy Code clarifying certain aspects of the wind down

11   process, as detailed in the Motion, such as the payment of the professionals needed to accomplish

12   the wind down, the setting of certain reserves, and the handling of certain miscellaneous issues

13   that may remain outstanding after the Effective Date.  In addition, the Movants request authority

14   related to the servicing of loans by the USACM Trust and the Post-Effective Date DTDF after the

15   Effective Date.

16         2.       Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

17         3.       The Motion seeks to provide technical provisions which allow the Debtors and the

18   Committees and their professionals to do all the things necessary to implement the Plan.  It

19   eliminates certain gaps in standing and authority, such as, authority to prepare and file 2006 US

20   Income Tax Returns, to hold and distribute non-Trust cash to administrative and priority creditors,

21   and authorize the USACM Trust and Post-Effective Date DTDF to prosecute the objections to

22   claims and litigation commenced by the Debtors and handle appeals.  In order for there to be no

23   gap after the Effective Date, this Motion is requested to be heard on shortened time on March 1,

24   2007.

25   DATED this 22nd day of February, 2007.

26                                                    /s/    Jeanette E. McPherson
                                                     Jeanette E. McPherson

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

409220v4

214969.2