*Attorneys for Debtors and Debtors-in-Possession:*

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

*Committees:*

Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
STUTMAN TREISTER & GLATT, P.C.
1901 Avenue of the Starts, 12th Floor
Los Angeles, California   90067
Telephone:  (310) 228-5600
Facsimile:  (310) 228-5788
Email:  ekarasik@stutman.com

Marc A. Levinson, Esq.
Jeffrey D. Hermann, Esq.
ORRICK, HERRINGTON &
SUTCLIFFE LLP
400 Capitol Mall
Sacramento, California  95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com

Rob Charles, Esq.
Susan M. Freeman, Esq.
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321
Email:  RCharles@LRLaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**ATTORNEY INFORMATION SHEET RE EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

1

409220v4

214969.2

<table>
<tr><td>Affects:</td><td>Date:</td></tr>
</table>

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Date:
Time:

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Kevin Darby, Esq. | February 21, 2007 | | X |
| Bob LePome, Esq. | February 21, 2007 | X | |
| Jan Chubb, Esq. | February 21, 2007 | Unable to approve or disapprove | |
| Greg Walch, Esq. | February 21, 2007 | X | |
| Jeff Sylvester, Esq. | February 21, 2007 | *message left | |
| Russell Walker, Esq. | February 21, 2007 | X | |
| Susan Scann, Esq. | February 21, 2007 | X | |
| Dean Kirby, Esq. | February 21, 2007 | Unable to approve or disapprove | |
| Wade Gochnour, Esq. Amy Vulpio, Esq. | February 21, 2007 | *message left | |
| Andrew Brumby, Esq. | February 21, 2007 | X | |
| Michael Schmahl, Esq. | February 21, 2007 | Unable to approve or disapprove | |

**NOTE:**

DATED this 22nd day of February, 2007.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer
Jeanette E. McPherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
AND
Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors-in-Possession*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

409220v4

214969.2