Annette W. Jarvis, Utah Bar No. 1649                 **E-FILED on February 22, 2007**
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>**EX PARTE APPLICATION FOR ORDER** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **SHORTENING TIME TO HEAR**<br>**MOTION TO PERMIT DEBTOR TO**<br>**REMAIN ON LEASED PREMISES FOR** |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | **LIMITED POST-EFFECTIVE DATE**<br>**PERIOD**<br><br><br>Date:  OST Requested for March 1, 2007<br>Time:  OST Requested for 9:30 a.m. |

USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital

Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC and USA Securities,

LLC (collectively the "Debtors") in the above captioned jointly administered cases, by and

1

914767

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  through their counsel, hereby files this Ex Parte Application For An Order Shortening Time To

2  Hear Motion To Permit Debtor To Remain On Leased Premises for Limited Post-Effective Date

3  Period and in support thereof states as follows:

4       1.       A Motion To Permit Debtor To Remain On Leased Premises for Limited Post-

5  Effective Date Period (the "Motion") has been filed.  The Motion requests an order allowing USA

6  Commercial Mortgage Company ("USACM") to continue to occupy its current offices located at

7  4480 South Pecos Road, Las Vegas, Nevada 89121 through March 31, 2007.

8       2.       Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

9       3.       This Motion is requested to be heard at the March 1, 2007 omnibus hearing on

10  shortened time because pursuant to the Debtors' Third Amended Joint Chapter 11 Plan of

11  Reorganization which was confirmed by the Bankruptcy Court on January 8, 2007, all unexpired

12  leases existing between the Debtors and any other entity are rejected upon the Effective Date

13  which is expected to occur in early March, 2007.  The Debtors will vacate and turnover the 4484

14  South Pecos Road office building upon the rejection of the lease on the Effective Date; however, it

15  is necessary that USACM be allowed to continue to occupy the adjacent Leased Premises through

16  March 31, 2007 because USACM needs to provide loan services as sub-servicer to Compass

17  Partners, LLC ("Compass") under the arrangements previously authorized by this Court while

18  Compass proceeds with its licensing application.  There is no reason to delay the Effective Date of

19  the Plan on account of the sub-servicing, but office facilities are required.

20  DATED this 22nd day of February, 2007.

21       /s/   Jeanette E. McPherson
         Jeanette E. McPherson
22       SCHWARTZER & MCPHERSON LAW FIRM
         2850 South Jones Blvd., Suite 1
23       Las Vegas, Nevada 89146
         AND
24       Annette W. Jarvis (Utah Bar No. 1649)
         RAY QUINNEY & NEBEKER P.C.
25       36 South State Street, 14th Floor
         P.O. Box 45385
26       Salt Lake City, Utah 84145-0385
27       Attorneys for and Debtors-in-Possession

28

2