Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on February 22, 2007

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO PERMIT DEBTOR TO REMAIN ON LEASED PREMISES FOR LIMITED POST-EFFECTIVE DATE PERIOD** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: OST Requested for March 1, 2007<br>Time: OST Requested for 9:30 a.m. |

1

914767

1   Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, under penalties of
2   perjury, hereby declares on this 22nd day of February, 2007 that:

3   1.   A Motion To Permit Debtor To Remain On Leased Premises for Limited Post-
4   Effective Date Period (the "Motion") has been filed.  The Motion requests an order allowing USA
5   Commercial Mortgage Company ("USACM") to continue to occupy its current offices located at
6   4480 South Pecos Road, Las Vegas, Nevada 89121 through March 31, 2007.

7   2.   Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

8   3.   This Motion is requested to be heard at the March 1, 2007 omnibus hearing on
9   shortened time because pursuant to the Debtors' Third Amended Joint Chapter 11 Plan of
10  Reorganization which was confirmed by the Bankruptcy Court on January 8, 2007, all unexpired
11  leases existing between the Debtors and any other entity are rejected upon the Effective Date
12  which is expected to occur in early March, 2007.  The Debtors will vacate and turnover the 4484
13  South Pecos Road office building upon the rejection of the lease on the Effective Date; however, it
14  is necessary that USACM be allowed to continue to occupy the adjacent Leased Premises through
15  March 31, 2007 because USACM needs to provide loan services as sub-servicer to Compass
16  Partners, LLC ("Compass") under the arrangements previously authorized by this Court while
17  Compass proceeds with its licensing application.  There is no reason to delay the Effective Date of
18  the Plan on account of the sub-servicing, but office facilities are required.

19  DATED this 22nd day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/   Jeanette E. McPherson
20　　　　　　　　　　　　　　　　　　　　　　　　Jeanette E. McPherson

914767