**Entered on Docket**
**February 22, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.          Electronically lodged February 20, 2007
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
_Email: mail@asmithlaw.com_

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
_Email: jlc@jonesvargas.com_

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:                                          Affects:
USA COMMERCIAL MORTGAGE          ☒ All Debtors
COMPANY, et al.                              ☐ USA Commercial Mortgage Company
                                                     ☐ USA Capital Realty Advisors, LLC
        Debtors.                                 ☐ USA Capital Diversified Trust Deed Fund, LLC
_____/    ☐ USA Capital First Trust Deed Fund, LLC
                                                     ☐ USA Securities, LLC

H:\USA Lenders (Cangelosi)\Appeals\OST re stay motion.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

JOINTLY ADMINISTERED
Chapter 11

Hearing Date: March 1, 2007
Hearing Time: 9:30 AM

**ORDER SHORTENING TIME
REGARDING APPELLANTS'
MOTION FOR LIMITED STAY
PENDING APPEAL**

_____/

The Court, having considered the *Ex Parte Motion For Order Shortening Time For Motion Limited Stay Pending Appeal,* filed by Appellants on February 20, 2007, and good cause appearing therefor, it is hereby:

**ORDERED** that the Motion for Order Shortening Time is granted, and a hearing on the *Motion For Limited Stay Pending Appeal* shall be held on _____ March 1, ___, 2007, at _____9:30 AM_____.    Any opposition to the Motion shall be due on _____ February 28 ___, 2007 .

.

SUBMITTED by:

_/s/   Alan R. Smith_____
ALAN R. SMITH, ESQ.
Attorneys for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Appeals\OST re stay motion.wpd       - 2 -