**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on February 23, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | **SEVENTH (JANUARY) MONTHLY FEE STATEMENT OF SIERRA CONSULTING GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Sierra Consulting Group, LLC hereby submits its Seventh Monthly Fee Statement (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order

1810028.1

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

By way of this Interim Statement, Sierra Consulting Group requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from January 1, 2007 through January 31, 2007 from USA Commercial Mortgage Company.  Sierra Consulting Group seeks payment of:  (1) interim compensation in the amount of $24,572.40 representing 80% of the total fee of $30,715.50 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $234.66 representing 100% of the expenses incurred during the statement period.

Dated:  February 23, 2007

**LEWIS AND ROCA LLP**


By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

LEWIS AND ROCA LLP
LAWYERS

## PROOF OF SERVICE

COPY of the foregoing e-mailed this 23rd day of February 2007 to:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Marc A. Levinson
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

Gerald M. Gordon
Gregory E. Garman
GORDON & SILVER, LTD
3960 Howard Hughes Parkway, 9th floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

1810028.1



1. Susan M. Smith
2. Senior Vice President
   Mesirow Financial Consulting
   2 S. Biscayne Tower
3. Suite 1800
   Miami, FL 33131
4. smsmith@mesirowfinancial.com

5.
   
6. /s/ Christine E. Laurel
   Christine E. Laurel

7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.