# EXHIBIT A

1491622.1

**Sierra Consulting Group, LLC**

Two North Central Ave. Suite 700 Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage

c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th Floor
Las Vegas NV 89109

February 09, 2007
In Reference To: USA Commercial Mortgage

Invoice #10673

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| <u>Asset Sales</u> | | | | |
| 1/25/2007 | EMB | Read letter from trustee to Compass Partners regarding computer equipment and documentation and related transition issues. | 0.20<br>295.00/hr | 59.00 |
| 1/26/2007 | EMB | Review and comment on declaration of Fasel, compared data to APA schedules and reconciled to prior overbid analysis and send comments to counsel. | 1.60<br>295.00/hr | 472.00 |
|  | EMB | Review and commented on motion for order on overbid allocation as well as declaration of Kvarda and gave comments to counsel. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Participate on conference call with Mesirow, debtor's counsel and UCC counsel to discuss overbid allocation issues and responses. | 0.60<br>295.00/hr | 177.00 |
| | SUBTOTAL: | | [     3.60 | 1,062.00] |
| <u>Financial Analysis & Rvw</u> | | | | |
| 1/2/2007 | EMB | Conversation with committee member regarding plan and claims. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Read and analyze 2004 examination of Del Bunch and related exhibits per request of counsel. | 2.70<br>295.00/hr | 796.50 |
|  | EMB | Drafted work plan to address issues regarding tasks and analyses that have been requeted to be completed per counsel and committee and developed work plan. | 0.80<br>295.00/hr | 236.00 |
|  | DWT | Read and reviewed the deposition and proof of claim summary information regarding Del Bunch | 1.30<br>250.00/hr | 325.00 |

USA Commercial Mortgage                                                                                                   Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2007 | JG | Review USA Realty infomration and preliminary work plan to be completed on Realty. | 1.10 250.00/hr | 275.00 |
|  | EMB | Review of BMC's Nov. invoice as received from counsel and gave suggestions on allocatiosn to other estates. | 0.40 295.00/hr | 118.00 |
|  | EMB | Review latest version of stipulation with accounting firm for tax work. | 0.10 295.00/hr | 29.50 |
|  | EMB | Follow up with Mesirow on BMC expense allocation per request of proposed trustee. | 0.30 295.00/hr | 88.50 |
|  | EMB | Follow up with counsel on transition issues including computers and data access issues. | 0.40 295.00/hr | 118.00 |
| 1/3/2007 | DWT | Created 5 year loan history summary on a daily basis for Del Bunch | 2.60 250.00/hr | 650.00 |
|  | EMB | Responded to e mails from Mesirow regarding transition issues and meeting with Tom | 0.40 295.00/hr | 118.00 |
| 1/4/2007 | EMB | Perform analysis on Standard Property proposed settlement and communicated with counsel. | 1.10 295.00/hr | 324.50 |
|  | EMB | Review proposed loan payoff information on Colt and discussed with Tom Allison. | 1.20 295.00/hr | 354.00 |
|  | EMB | Meet with FTI to discuss access to information after trust takes over. | 0.60 295.00/hr | 177.00 |
|  | EMB | Meeting with Mesirow to discuss transition issues. | 2.80 295.00/hr | 826.00 |
|  | EMB | Participated in meeting with Mesirow, FTI, trustee and Don Walker to discuss loan collection issues and other issues impacting GUC recovery. | 2.90 295.00/hr | 855.50 |
| 1/5/2007 | EMB | Perform addtional research on Colt / PV / Marquis loans a drafted memo to committee on issues. | 1.30 295.00/hr | 383.50 |
|  | EMB | Conversation with Chuck H. regarding plan isuses. | 0.60 295.00/hr | 177.00 |
|  | EMB | Conversation with Mike Yoder regarding IT issues in the transition persiod. | 0.40 295.00/hr | 118.00 |
|  | EMB | Drafted memo to commitee on Compass transitional issues. | 0.60 295.00/hr | 177.00 |
|  | EMB | Drafted e mail to cousnel to out line Standard Property and other loan issues. | 0.40 295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                                  Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2007 | EMB | E mails with additional memeber of the UCC to discuss space plans and trust issues. | 0.40<br>295.00/hr | 118.00 |
|  | DWT | Reviewed financial statements to determine insider receivables | 1.20<br>250.00/hr | 300.00 |
|  | DWT | Adjusted DB loan history summary | 0.70<br>250.00/hr | 175.00 |
|  | EMB | Placed call to Compass Partners to discuss transition issues. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Analysis of recent loan payoff statements and compared to APA and loan detail. | 1.40<br>295.00/hr | 413.00 |
| 1/8/2007 | EMB | Analysis of loan payoff schedules as received from debtor, noted fees and impact on purchase price reduction and drafted memo to counsel. | 2.20<br>295.00/hr | 649.00 |
|  | EMB | Research issues on Standard Properties per request of S. Nouna. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Drafted memo to Mesirow regarding loan payoff statements and ensuring that they include all fees and interest in the APA schedules. | 0.80<br>295.00/hr | 236.00 |
|  | EMB | Follow up with S. Smith on IT hardware listing and remote access to GL. | 0.20<br>295.00/hr | 59.00 |
|  | DWT | Reviewed the computer inventory, reviewed notes and accounts receivable and prepared a summary shcedule of insider receivables | 1.60<br>250.00/hr | 400.00 |
|  | EMB | Analysis of the Southern California / Dayco loan issues and responded to counsel. | 0.40<br>295.00/hr | 118.00 |
| 1/9/2007 | DWT | Updated various loan anc cash collection schedules from data received from Mesirow. | 2.30<br>250.00/hr | 575.00 |
|  | EMB | Continue analysis of Elizabeth May and La Hacienda loans and communicated with Mesirow on follow up. | 1.40<br>295.00/hr | 413.00 |
|  | EMB | Follow up on IT support contact for Susan Smith. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Analysis of all computer and network equipment at USA and began process of determining what the trust will need. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Analysis of payments made to and from Del Bunch to USACM per request of counsel. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Follow up with committee member on space needs and costs for trust to operate. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                                   Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2007 | EMB | Follow up with T. Allison on Standard Property loan and communicate to Rob Charles. | 0.30<br>295.00/hr | 88.50 |
| 1/10/2007 | EMB | Analysis of the November loan summary as received from Mesirow and distributed to committee for further review. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Analysis and review of all BMC invoices to date and drafted an e mail to counsel on allocation to other estate suggestions. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Conversation with Compass Partners to discuss space issues per request of counsel. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Conversation with Mesirow regarding Standard Properties and drafted language to be included in letter to Compass Partners requested exclusion of SP from any purchase price adjustment. | 0.80<br>295.00/hr | 236.00 |
|  | EMB | Analysis of payoff statements of Slade, Bay Pomano and Elizabeth May and drafted memo to counsel and committee chair on observations. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Continue to work on the Standard Property proposed transaction and follow up with Tom Allison. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Follow up with counsel on direct lender claim objection issues as well as the BMC fee allocations. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Review of draft protective order on USACM / IP documents and follow up e mails. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Work with counsel on letter to counsel for Compass regarding physical location, access to space, and other logistic issues. | 0.60<br>295.00/hr | 177.00 |
|  | DWT | Reviewed November loan summary compared to previous months activity and updated summary. | 2.40<br>250.00/hr | 600.00 |
| 1/11/2007 | EMB | Performed analysis of BMC monthly expenses per request of counsel and send follow up request to debtor's counsel. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Review e mail from counsel regarding direct lender claims due to service fee calculations and responded on proposed action items. | 0.30<br>295.00/hr | 88.50 |
| 1/12/2007 | EMB | Review e mail from counsel regarding Standard Property and Compass Partners and responded with comments. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Continue analysis of BMC fees and expenses and sent e mail to debtor requesting explanation of expenses and proposed allocation to the other estates. | 0.60<br>295.00/hr | 177.00 |
| 1/15/2007 | DWT | Updated loan summary report and prepared list of items needed from Mesirow for the UCC including monthly financial reports, etc. | 2.10<br>250.00/hr | 525.00 |

USA Commercial Mortgage                                                                                                  Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2007 | EMB | Research certain loans and apprasials for committee member and drafted e mail that responded to certain questions. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Read draft of supplement to objection to USACREG request and sent comments to counsel. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Begin analysis of USA Realty 2004 general ledger for transactions with relaed parties. | 2.10<br>295.00/hr | 619.50 |
|  | EMB | Perform analysis and prepare summary of USA Realty 2005 general ledger / trial balance for related party transactions. | 1.20<br>295.00/hr | 354.00 |
| 1/16/2007 | EMB | Follow up on additional requests from committee member including more Hilco appraisal data. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Drafted e mail to counsel to discuss potential intercompany claim against Realty. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Follow up with counsel on the servicing of the various Colt loans between DTDF and USACM. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Analysis of and prepared summary of 2006 USA Realty insider transactions. | 0.80<br>295.00/hr | 236.00 |
| 1/17/2007 | DWT | Prepared summarized list of Del Bunch cash flow activity / loan history to USACM. | 1.40<br>250.00/hr | 350.00 |
| 1/18/2007 | EMB | Review e mails regarding potential offer to buy some FTDF loans and responded to counsel with comments. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review application to employ special counsel for trust and gave comments to counsel. | 0.30<br>295.00/hr | 88.50 |
| 1/19/2007 | EMB | Review notes from counsel on recent court hearing and rulings. | 0.30<br>295.00/hr | 88.50 |
|  | DWT | Reviewed recent budget vs actual summaries from Mesirow. | 1.30<br>250.00/hr | 325.00 |
| 1/22/2007 | EMB | Follow up on request from committee member for data on loan collections. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Analysis of the Franklin Stratford and I-40 loans per request of counsel and sent comments and review debtor's counsel opinion on exit fees. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Read letter to FTDF members regarding Sierra Liquidity Funds offer to buy interests at significant discounts. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                                                  Page     6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2007 | EMB | Analysis of December loan collection amounts and proposed distribution amounts, sent comments to counsel and approval to Mesirow. | 0.80 295.00/hr | 236.00 |
| 1/23/2007 | EMB | Analysis of additional loan status summary as received from Mesirow and send to counsel. | 0.30 295.00/hr | 88.50 |
|  | DWT | Prepared analysis for weekly actual vs budgeted activity | 1.20 250.00/hr | 300.00 |
|  | EMB | Review and analysis of budget to actual reports received from Mesirow and had entered into summary schedule. | 0.30 295.00/hr | 88.50 |
|  | EMB | Conversation with committee member on loan payoffs, payoff requests, and other plan issues. | 0.60 295.00/hr | 177.00 |
|  | EMB | Analysis of recent loan payoffs and responded to committee member questions. | 0.60 295.00/hr | 177.00 |
|  | EMB | Review e mail from resigning committee member and counsel's response. | 0.20 295.00/hr | 59.00 |
|  | EMB | Continue to analyze fees and default interest issues on Bob Russell loans. | 0.60 295.00/hr | 177.00 |
| 1/24/2007 | EMB | Updated professional fee summary per latest monthly invoices as received from counsel. | 0.60 295.00/hr | 177.00 |
|  | EMB | Conversations with Compass Partners regarding computer equipment and software and other logistical issues, and follow up with counsel. | 1.30 295.00/hr | 383.50 |
|  | EMB | Follow up with Mesirow on preparation of 2006 1099's for direct lenders and communicated with counsel. | 0.40 295.00/hr | 118.00 |
|  | DWT | Continued inputting actual and budget data for the variance anallysis | 1.40 250.00/hr | 350.00 |
|  | EMB | Review loan payoff statements for various Russell loans. | 0.40 295.00/hr | 118.00 |
| 1/25/2007 | DWT | Prepared recent budget to actual summary with latest cash flow data from Mesirow. | 0.70 250.00/hr | 175.00 |
|  | EMB | Review reconveyance documents related to the Franklin Stratford loans. | 0.10 295.00/hr | 29.50 |
|  | EMB | Analysis of expense detail from BMC as received from debtor's counsel and sent memo to counsel. | 0.30 295.00/hr | 88.50 |

USA Commercial Mortgage                                                                                                        Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/25/2007 | EMB | Communication with counsel on interim fee issues and possible fee objections. | 0.30 295.00/hr | 88.50 |
|  | EMB | Read and review motion seeking to restrain foreclsoure on West Hills loan, noted amounts due to the USACM estate. | 0.20 295.00/hr | 59.00 |
| 1/26/2007 | DWT | Budget to actual analysis and creation of the prior 12 weeks activity | 2.60 250.00/hr | 650.00 |
| 1/29/2007 | EMB | Analysis of the US Realty financial statements as received from Mesirow. | 0.90 295.00/hr | 265.50 |
|  | EMB | Investigate the accrued liability for retirement plan per MOR and repsonded to counsel. | 0.40 295.00/hr | 118.00 |
|  | EMB | Continued to update fee summary schedule with additional invoices as received from counsel. | 0.30 295.00/hr | 88.50 |
|  | EMB | Read and review of Tree Moss' trustee motion for sale and bidding proceedures on the Marquis condos and gave comments to counsel. | 0.40 295.00/hr | 118.00 |
|  | EMB | Continue to work on weekly actual perfomrance vs. budget analysis. | 0.50 295.00/hr | 147.50 |
|  | EMB | Follow up on the PBGC laibility issues per counsel. | 0.30 295.00/hr | 88.50 |
|  | EMB | Follow up on transitional issues and tomorrows call with counsel. | 0.30 295.00/hr | 88.50 |
|  | DWT | Completed budget to actual analysis for most recent data and loan collections for Mesirow. | 1.10 250.00/hr | 275.00 |
|  | DWT | Input and updated loan schedule for actual December activity | 2.20 250.00/hr | 550.00 |
| 1/30/2007 | DWT | Revised and updated loan summary schedule for revised November actual activity | 2.40 250.00/hr | 600.00 |
|  | EMB | Review and comment on pension liability document as received from Mesirow and requested additional data. | 0.40 295.00/hr | 118.00 |
|  | EMB | Review latest budget to actual summary and forwarded to counsel with comments. | 0.50 295.00/hr | 147.50 |
|  | EMB | Conversation with Mesirow regarding latest cash flow budget. | 0.20 295.00/hr | 59.00 |
|  | EMB | Review e mails on Franklin and I 40 loans and noted issues on waiver of alleged fees. | 0.30 295.00/hr | 88.50 |

USA Commercial Mortgage                                                                                   Page     8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/30/2007 | EMB | Read and comment on prejudgment writ regarding Royal Hotel as received from counsel. | 0.40<br>295.00/hr | 118.00 |
| 1/31/2007 | DWT | Reviewed list of files sent by Susan Smith in response to questions on expenses. | 0.90<br>250.00/hr | 225.00 |
|  | EMB | Review disclosure statement as received from S&C. | 0.10<br>295.00/hr | 29.50 |
|  | EMB | Review debtors amended complaint against HMA Sales as received from counsel. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review various e mails regarding the filings related to the appeal. | 0.40<br>295.00/hr | 118.00 |
|  | SUBTOTAL: |  | [    87.30 | 24,381.00] |

General Case Strategy

|  |  |  |  |  |
|---|---|---|---|---|
| 1/2/2007 | DWT | Discussed workplan with TB for the upcoming time period regarding issue | 0.30<br>250.00/hr | 75.00 |
| 1/4/2007 | EMB | Review e mail form counsel on yesterdays hearing. | 0.30<br>295.00/hr | 88.50 |
| 1/5/2007 | EMB | Conversation with M. Yoder regarding IT transition issues. | 0.30<br>295.00/hr | 88.50 |
| 1/9/2007 | DWT | Discussed items with TB that need to be completed prior to the final plan confirmation | 0.20<br>250.00/hr | 50.00 |
| 1/24/2007 | EMB | Participated on UCC conference call to discuss effective date, sale and other issues. | 1.60<br>295.00/hr | 472.00 |
| 1/30/2007 | EMB | Participated on all hands conference call regarding transition and other pending issues. | 1.20<br>295.00/hr | 354.00 |
|  | SUBTOTAL: |  | [     3.90 | 1,128.00] |

Misc Motions & Responses

|  |  |  |  |  |
|---|---|---|---|---|
| 1/2/2007 | EMB | Review response to Dayco's motion. | 0.10<br>295.00/hr | 29.50 |
| 1/19/2007 | EMB | Review joinder of UCC in opposition to motion to distribute funds. | 0.20<br>295.00/hr | 59.00 |
| 1/24/2007 | EMB | Read and review amended complaint against Reale. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                           Page     9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/31/2007 | EMB | Read hearing status and agenda for today's hearing as received from counsel. | 0.10<br>295.00/hr | 29.50 |
|  | SUBTOTAL: |  | [     0.60 | 177.00] |

### Mo Operating Reports

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/2/2007 | DWT | Updated monthly operating report summary for each of the 5 debtor entities. | 3.20<br>250.00/hr | 800.00 |
| 1/3/2007 | EMB | Review of December MOR summary, noted issues for follow up. | 0.70<br>295.00/hr | 206.50 |
| 1/10/2007 | DWT | Updated current month's operating report summary and prepared list of follow up questions related to certain activity in current month. | 1.10<br>250.00/hr | 275.00 |
| 1/22/2007 | DWT | Updated December MOR summary schedule and analysis and forwarded to TB for review. | 2.10<br>250.00/hr | 525.00 |
| 1/23/2007 | EMB | Analysis of USACM and USA Realty MOR for management fee accruals and actual cash transfers per request of counsel. | 0.80<br>295.00/hr | 236.00 |
|  | DWT | Continued and completed December MOR summary and analysis including follow up with Mesirow. | 1.40<br>250.00/hr | 350.00 |
| 1/24/2007 | EMB | Review latest summary of MOR for all debtor entities and forwarded to counsel for committee review. | 0.40<br>295.00/hr | 118.00 |
| 1/31/2007 | DWT | Followed up with questions related to prior period operating report results. | 0.40<br>250.00/hr | 100.00 |
|  | SUBTOTAL: |  | [    10.10 | 2,610.50] |

### Plan & Disclosure Stmt

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/4/2007 | EMB | Read and review latest version of proposed confirmation order as received from counsel. | 0.30<br>295.00/hr | 88.50 |
| 1/16/2007 | EMB | Particiapte on conference call with Debtor and other committees to discuss various sale and plan transition issues. | 1.70<br>295.00/hr | 501.50 |
|  | EMB | Review and add additional items to agenda for todays conference call regarding transition issues. | 0.60<br>295.00/hr | 177.00 |
| 1/18/2007 | EMB | Review of notice of appeal as received from counsel. | 0.40<br>295.00/hr | 118.00 |
| 1/19/2007 | EMB | Review language of plan regarding licenses as received from counsel. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                          Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2007 | EMB | Read e mail and attachment regarding order allowing stay. | 0.20<br>295.00/hr | 59.00 |
| 1/23/2007 | EMB | Analysis of the declartion of Kvarda in support of the opposition to the stay motion and responded to counsel with comments. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Review notice filed to not appeal stay and responded to cousnel. | 0.20<br>295.00/hr | 59.00 |
| 1/31/2007 | EMB | Analysis of draft implementation of plan as it relates to USACM estate and USACM Trust and gave comments to counsel. | 0.50<br>295.00/hr | 147.50 |

SUBTOTAL:                                                                                      [      4.60       1,357.00]

**For professional services rendered**                                               **110.10      $30,715.50**

Additional Charges :

<u>Airfare</u>

1/4/2007  Airfare to/from LV (TB meeting with Tom Allison)                                           153.10

SUBTOTAL:                                                                                                        [     153.10]

<u>Rental Car</u>

1/4/2007  Rental Car Fees                                                                                                 61.56

SUBTOTAL:                                                                                                        [      61.56]

<u>Travel</u>

1/4/2007  Parking at airport                                                                                              20.00

SUBTOTAL:                                                                                                        [      20.00]

**Total costs**                                                                                                        **$234.66**

**Total amount of this bill**                                                                                  **$30,950.16**

11/21/2006  Payment - thank you. Check No. 1470                                                    ($16,832.25)

**Total payments and adjustments**                                                                 **($16,832.25)**

USA Commercial Mortgage                                                                                 Page    11

|  | Amount |
|---|---|
| Balance due | $14,117.91 |

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| EDWARD "TED" M. BURR | 70.90 | 295.00 | $20,915.50 |
| Dave Tiffany | 38.10 | 250.00 | $9,525.00 |
| Josephine Giordano | 1.10 | 250.00 | $275.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.