**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on February 23, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** 06-10729 **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

1.  I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A)  Joinder in Motion to Permit Debtor to Remain on Leased Premises for Limited Post-Effective Date Period [DE 2881].

2.  I served the foregoing by the following means to the persons as listed below:

1742363.1

1  A) ECF System to the persons listed on Exhibit A on February 23, 2007;

2  B) Email on February 23, 2007 to all persons with email addresses listed on the
3  Master Service List on file with this Court not included in A.

4  I declare under penalty of perjury that the foregoing is true and correct.

5  DATED this 23rd day of February 2007.

/s/ Christine E. Laurel
Christine E. Laurel

2

1742363.1