Affects:
☐ All Debtors
■ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

DATE: 3-15-2007
TIME: 9:30 AM

NOTICE OF OPPOSITION FOR THE APPLICATION FOR ATTORNEY FEES AND COSTS BY ROBERT C. LePOME, ESQ. No Amount Should be Paid From USA

To all Interested Parties

This Hearing to be held Before a United States Bankruptcy Judge in the United States Bankruptcy Court Room 1, located in the Foley Federal Building 300 S. Las Vegas Blvd, 2nd Floor, Las Vegas, Nevada on the 15th day of March, 2007 at the hour of 9:30 AM.

/s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorneys for Defendants
Alexander, et al.

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

RECEIVED AND FILED
2007 FEB 21 A 11: 26
U.S. BANKRUPTCY COURT
___ RAY, CLERK

Affects:
☐ All Debtors
■ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

DATE: 3-15-2007 - LBR
TIME: 9:30 AM

APPLICATION FOR ATTORNEY FEES AND COSTS

Comes Now Edward Kline, in Pro Per, an investor, in USA Commercial Mortgage Company and USA Capital Diversified Trust Deed Fund, LLC, moves the Court to deny Attorney Fees in any Amount based on the Following:

1) Attorneys have a Private Contract with their clients Not Approved, Sanctioned or Authorized by Bankruptcy Court. Therefore they are not entitled to Fees, Cost or Expenses incurred, in the Process or Pursuit of their Contracted duties.

2) Secondly, if they are Permitted to obtain Fees from the Assets of USA, All other Attorneys Representing Clients who Invested will also be Permitted to do so, Thereby Substantially depleting the Assets of USA Capital to the Point where there will be Little or No Assets left to be distributed to investors.

Edward Kline
Edward Kline
In Pro Per
9932 Arbuckle Dr
Las Vegas, NV 89174
(702) 256 6439

Filed on
February 21, 2007

Edward Kline
In Pro Per
9932 Arbuckle Dr
Las Vegas, NV 89174
(702) 256 6439

Filed on
February 21, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

1