WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546
601 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 382-9948
Facsimile: (702) 384-4329
Email: lawoffices601@lvcoxmail.com

E-FILED - 02/26/07

Attorney for Creditors Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark

LAW OFFICES
WILLIAM L. McGIMSEY
A PROFESSIONAL CORPORATION
601 EAST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89104

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,

Debtor.

USA SECURITIES, LLC,

Debtor.

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ■ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No: BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

NOTICE FOR TRANSCRIPT AND CERTIFICATE OF SERVICE

Appeal Ref. No. 07-06

No Hearing Date

PLEASE TAKE NOTICE that on the 2nd day of February, 2007, the transcript from the January 31, 2007, hearing on the Omnibus Objection to Official Committee of Equity Security

Holders of USA Diversified Trust Deed Fund to Claims on Equity Misfiled as Creditor Claims was ordered through Cline Transcription.

DATED this 23rd day of February, 2007.

s// William L. McGimsey
WILLIAM L. McGIMSEY, ESQ.
601 East Charleston Blvd.
Las Vegas, NV 89104
Attorney for Creditors Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of William L. McGimsey, a Professional Corp., and that on the 26th day of February, 2007, I caused to be served a true and correct copy of the foregoing Notice for Transcript by electronic service. Under Administrative Order 02-1 of the U.S. Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

s// Amber M. Tubbs
An employee of
William L. McGimsey, a Professional Corp.