|   |   |   |
|---|---|---|
| 1 | WILLIAM L. McGIMSEY | |
| 2 | A Professional Corp.<br>Nevada Bar No. 546 | |
| 3 | 601 E. Charleston Blvd.<br>Las Vegas, NV 89104 | E-FILED - 02/26/07 |
| 4 | Telephone: (702) 382-9948<br>Facsimile: (702) 384-4329 | |
| 5 | Email: lawoffices601@lvcoxmail.com | |
| 6 | Attorney for Creditors Margaret B.<br>McGimsey Trust, Bruce McGimsey, | |
| 7 | Jerry McGimsey, Sharon McGimsey<br>and Johnny Clark | |

LAW OFFICES
**WILLIAM L. McGIMSEY**
A PROFESSIONAL CORPORATION
601 EAST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89104

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

    Debtor.

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

    Debtor.

USA SECURITIES, LLC,

    Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
■ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No: BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

APPELLANTS' STATEMENT OF
ISSUES AND DESIGNATION OF
<u>RECORD ON APPEAL</u>

Appeal Ref. No. 07-06

No Hearing Date

    Pursuant to Bankruptcy Rule 8006 and LR 8006, Appellants Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark hereby file their statement

of issues and designation of record on appeal as follows:

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in determining these Appellants do not have creditors' claims because any claim for damages arising from the purchase and sale of a security cannot be a creditor's claim under the U.S. Bankruptcy Code.

2. Whether the Bankruptcy Court erred in ruling that objections to Appellants' claims based on §510(b) of the U.S. Bankruptcy Code which deals with the subordination of claims did not need to be brought as an adversary proceeding, notwithstanding the language of Rule 7001.

3. Whether the Bankruptcy Court erred in sustaining the objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Appellants' creditor claims.

4. Whether the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC has any standing to object to these creditor claims pursuant to 11 U.S.C. 510.

## DESIGNATION OF RECORD

| No. | Document | Docket Date | Docket No. |
|---|---|---|---|
| 1 | Margaret B. McGimsey Proof of Claim in USA Capital Diversified Trust Deed Fund, LLC | 11/13/06 | 10727-129 |
| 2 | Sharon or Jerry McGimsey Proof of Claim in USA Capital Diversified Trust Deed Fund, LLC | 11/13/06 | 10727-130 |
| 3 | Johnny Clark Proof of Claim in USA Capital Diversified Trust Deed Fund, LLC | 11/13/06 | 10727-131 |
| 4 | Bruce McGimsey Proof of Claim in USA Capital Diversified Trust Deed Fund, LLC | 11/13/06 | 10727-136 |
| 5 | Omnibus Objection of the Official Committee of the Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Claims on Equity Misfiled as Creditor Claims | 11/30/06 | 1891 |
| 6 | Notice of Hearing of Omnibus Objection to Claims on Equity Misfiled as Creditor Claims by Karen Petersen Tyndall Trust, KPT Irrevocable Trust Dated 7/16/99, William M. Spangler, Jean A. Spangler, Gary Michelsen, John E. Michelsen Family Trust, Margaret B. McGimsey Trust, Miriam B. and George J. Gage, George J. Gage Trust and Sharon or Jerry McGimsey | 11/30/06 | 1899 |

| No. | Document | Docket Date | Docket No. |
|---|---|---|---|
| 7 | Notice of Hearing of Omnibus Objection to Claims on Equity Misfiled as Creditor Claims by Johnny Clark, Bruce McGimsey, Castulo O. Martinez, Helen N. Graeber, Eric T. and Dolores V. Erickson, Carol Ann Turner, Terry L. Hansen Revocable Living Trust, John A. Godfrey Pinnacle Entertainment, Inc., Douglas Carson and Robert A. Susskind | 11/30/06 | 1900 |
| 8 | Response to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund Claims on Equity Misfiled as Creditor Claims by Bruce McGimsey | 12/26/06 | 2267 |
| 9 | Response to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund Claims on Equity Misfiled as Creditor Claims by Johnny Clark | 12/26/06 | 2268 |
| 10 | Response to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund Claims on Equity Misfiled as Creditor Claims by Sharon McGimsey of Jerry McGimsey | 12/26/06 | 2269 |
| 11 | Response to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund Claims on Equity Misfiled as Creditor Claims by the Margaret B. McGimsey Trust | 12/26/06 | 2270 |
| 12 | Response to Limited Reply to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC | 12/28/06 | 2318 |
| 13 | Omnibus Reply to Responses to Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Claims on Equity Misfiled as Creditor Claims | 12/28/06 | 2319 |
| 14 | Supplemental Brief in Support of Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, to Claims Nos. 90, 93, 94, 95, 129, 130, 131 and 136 Filed Against USA Capital Diversified Trust Deed Fund, LLC, by McGimseys and Johnny Clark | 01/17/07 | 2462 |
| 15 | Points and Authorities re Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Creditor Claims of Johnny Clark, Bruce McGimsey, Jerry and Sharon McGimsey, and Margaret B. McGimsey Trust | 01/17/07 | 2454 |

| No. | Document | Docket Date | Docket No. |
|---|---|---|---|
| 16 | Order Sustaining Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Trust Deed Fund, LLC, to Claims on Equity Misfiled Against USA Capital Diversified Trust Deed Fund, LLC as Creditor Claims | 02/14/07 | 2765 |
| 17 | Transcript of the Omnibus Objection to Official Committee of Equity Security Holders of USA Diversified Trust Deed Fund to Claims on Equity Misfiled as Creditor Claims hearing held on January 31, 2007 | | |

DATED this 23rd day of February, 2007.

s// William L. McGimsey
WILLIAM L. McGIMSEY, ESQ.
601 East Charleston Blvd.
Las Vegas, NV 89104
Attorney for Creditors Margaret B.
 McGimsey Trust, Bruce McGimsey,
 Jerry McGimsey, Sharon McGimsey
 and Johnny Clark