

Entered on Docket
February 26, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

| Affects | |
|---|---|
| ☐ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) |
| ☐ USA Securities, LLC | ) DATE: March 15, 2007 |
| ☐ USA Capital Realty Advisors, LLC | ) TIME: 9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

**ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (MIRZAIAN)**

The Court having considered the Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (the "Motion"); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC and advising the Court that stipulations have been reached with all Claimants subject to the Motion with the exception of the claim of Katrine Mirzaian (the "Mirzaian Claim"); and good cause appearing:

IT IS HEREBY ORDERED THAT the Motion is set for hearing as to the Mirzaian Claim on March 15, 2007 at 9:30 a.m.

IT IS FURTHER ORDERED THAT nothing contained herein or in the Motion shall prohibit interim distributions as previously approved by this Court by orders entered on

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

August 24, 2006 (Docket no. 1184) and October 2, 2006 (Docket no. 1424).

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

APPROVED:

RAY QUINNEY & NEBEKER P.C.

/s/ Jeanette McPherson, Esq.
_____
Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385

and

SCHWARTZER & MCPHERSON LAW FIRM
Lenard E. Schwartzer
Jeanette E. McPherson
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Counsel for the Debtor

REVIEWED:

OFFICE OF U.S. TRUSTEE

Unavailable
_____
AUGUST B. LANDIS, ESQ.
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

STUTMAN, TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
Andrew M. Parlen, Esq.
Shlomo S. Sherman, Esq.
Attorneys for the Official Committee of
Equity Security Holders of USA Capital First
Trust Deed Fund, LLC

###