Dean T. Kirby, Jr.    California Bar No.090114
Leonard J. Ackerman    California Bar No. 204880
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004

Michelle L. Abrams, Esq. Nevada Bar No. 5565
MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
Las Vegas, Nevada 89146
Telephone: (702)369-3724 Facsimile (702)369-0651
mabrams@mabramslaw.com
Attorneys for Debt Acquisition Company of America

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S- 06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, *fka* USA Capital | United States District Case No. 2:07-CV-00160 |
| Debtor | |
| DEBT ACQUISITION COMPANY OF AMERICA V, LLC | |
| Appellant, | **APPELLANT'S DESIGNATION OF REPORTER'S AND RECORDER'S TRANSCRIPTS AS REQUIRED BY U.S. DISTRICT COURT LR 8006(b)** |
| v | |
| USA COMMERCIAL MORTGAGE CO., et al | |
| Appellees. | |

As per Order from U.S. District Court Judge Robert C. Jones (attached as Exhibit "A"), Appellant Debt Acquisition Company of America V, LLC hereby submits its' Designation of Reporters and Recorders Transcripts:

////

////

////

////

| DATE OF HEARING | DOCKET NUMBER (if any) | PROCEEDING | RECORDER / REPORTER | TRANSCRIPT FILED YES/NO |
|---|---|---|---|---|
| 5-3-06 | 431 | Motion for Joint Administration | Helen Smith | YES |
| 8-16-06 | 1253 | Motion to Distribute Funds | Helen Smith | YES |
| 6-21-06 | 1286 | Numerous | Helen Smith | YES |
| 8-4-06 | 1239 | Numerous | Helen Smith | YES |
| 10-19-06 | 1793 | Motion for Summary Judgement | Cathy Shim | YES |
| 10-30-06 | 1856 | Numerous | Cathy Shim | YES |
| 12-20-06 | 2342 | Numerous | Rene Hannah | YES |
| 12-19-06 | 2368 | Numerous | Rene Hannah | YES |
| 12-7-06 | 2593 | Auction/Sale of Property | Helen Smith | YES |
| 1-3-07 | n/a | Form of Confirmation Order | unknown | NO |

Respectfully submitted this 26th day of February, 2007.

KIRBY & McGUINN, A P.C.

By: /s/ Dean T. Kirby
Dean T. Kirby, Jr.
Attorney for Debt Acquisition
Company of America V, LLC
Appellant

EXHIBIT "A"

**From:** cmecf@nvd.uscourts.gov [mailto:cmecf@nvd.uscourts.gov]
**Sent:** Tuesday, February 13, 2007 7:53 AM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:07-cv-00160-RCJ-GWF Debt Acquisition Company of America V v. USA Commercial Mortgage Company et al "BK Minute Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from AAB, entered on 2/13/2007 at 7:53 AM PST and filed on 2/13/2007

| | |
|---|---|
| **Case Name:** | Debt Acquisition Company of America V v. USA Commercial Mortgage Company et al |
| **Case Number:** | 2:07-cv-160 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
MINUTE ORDER IN CHAMBERS of the Honorable Robert C. Jones, U.S. District Judge on 2/13/2007. By Deputy Clerk: Aaron Blazevich. IT IS ORDERED that the designation of reporters and recorders transcripts (if any) as required by LR 8006(b), shall be filed with the clerk of bankruptcy court so the certificate of record on appeal may be transmitted timely to the district court. If the designation was previously filed with the clerk of BAP, counsel shall file a copy of the same with the clerk of bankruptcy court. IT IS FURTHER ORDERED that all future documents filed in connection with this appeal shall bear the bankruptcy case number, adversary case number (if any) and the district court civil case number. **(no image attached)** (AAB)

The following document(s) are associated with this transaction:

2/23/2007