**Entered on Docket
February 26, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

*Attorneys for Debtors and Debtors-in-Possession:*

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 36 South State Street, Suite 1400 | SCHWARTZER & MCPHERSON LAW FIRM |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

*Committees:*

Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
STUTMAN TREISTER & GLATT, P.C.
1901 Avenue of the Starts, 12th Floor
Los Angeles, California 90067
Email: ekarasik@stutman.com

| | |
|---|---|
| Marc A. Levinson, Esq. | Rob Charles, Esq. |
| Jeffrey D. Hermann, Esq. | Susan M. Freeman, Esq. |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LEWIS AND ROCA, LLP |
| 400 Capitol Mall | 3993 Howard Hughes Parkway, 6th Floor |
| Sacramento, California 95814 | Las Vegas, Nevada 89169 |
| Email: malevinson@orrick.com | Email: RCharles@LRLaw.com |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER SHORTENING TIME TO HEAR SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

409220v4

1

214969.2

|   | Affects: | Date: | March 1, 2007 |
|---|---|---|---|
|   | ☒ All Debtors | Time: | 9:30 AM |
|   | ☐ USA Commercial Mortgage Company | | |
|   | ☐ USA Securities, LLC | | |
|   | ☐ USA Capital Realty Advisors, LLC | | |
|   | ☐ USA Capital Diversified Trust Deed Fund, LLC | | |
|   | ☐ USA First Trust Deed Fund, LLC | | |

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time To Hear Second Joint Motion For Order For Implementation of Confirmed Plan (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on ____March 1, 2007____ at the hour of ____9:30 AM____.

A copy of the filed Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

Submitted by:

 /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors-in-Possession*

# # #

409220v4

214969.2