Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Electronically Filed on*
*February 26, 2007*

**Attorneys for Del Bunch and Ernestine Bunch**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC; and USA SECURITIES, LLC,<br><br>Debtors.<br><br>DEL BUNCH and ERNESTINE BUNCH,<br><br>Appellants,<br><br>v.<br><br>USA COMMERCIAL MORTGAGE CO., et al,<br><br>Appellees. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10719-LBR<br>Chapter 11<br><br>Jointly Administered under<br>Case No. BK-S-06-10725-LBR<br><br>**Appeal Ref. No. 07-05**<br><br>**APPELLANTS' SUPPLEMENT TO THEIR DESIGNATION OF RECORD and CERTIFICATE OF SERVICE**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |
|---|---|

Pursuant to Bankruptcy Rule 8006 and LR 8006, Del Bunch and Ernestine Bunch ("Appellants") hereby file their supplement to their designation of record on appeal as follows:

## SUPPLEMENT TO DESIGNATION OF RECORD

| No. | Docket Text | Date Docketed | Docket No. |
|---|---|---|---|
| 1. | Declaration in Support of Ex Parte Motion for Order Shortening Time Requiring Del Bunch to Appear for Examination Pursuant to Fed.R.Bankr.P. 2004 | 12/15/2006 | 2143 |

06725-01/148381.doc

| No. | Docket Text | Date Docketed | Docket No. |
|---|---|---|---|
| 2. | Certificate of Service regarding docket nos. 2166 and 2170 (previously designated) | 12/18/2006 | 2178 |
| 3. | Certificate of Service regarding notice of hearing and order shortening time (docket no. 2175 previously designated) | 12/18/2006 | 2190 |
| 4. | Certificate of Service regarding Bunch reply in support of motion for order temporarily allowing claim for voting purposes | 12/26/2006 | 2265 |
| 5. | Supplemental Declaration of Del Bunch | 12/28/2006 | 2326 |
| 6. | Certificate of Service (relating to docket nos. 2322 and 2325 previously designated) | 01/02/2007 | 2339 |
| 7. | Notice of Filing Transcript of December 20, 2006 Hearing | 01/02/2007 | 2342 |
| 8. | Notice of Filing of Reporter's Transcript of Proceedings Taken on December 19, 2006 | 01/05/2007 | 2368 |

DATED this 26th day of February, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

*[signature]*

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del Bunch and Ernestine Bunch*

06725-01/148381.doc

# CERTIFICATE OF SERVICE

**Do not use this form to prove service of summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary" - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1. On February 26, 2007 *(date)* I served the following document(s) *(specify)*:

    Appellants' Supplement to Their Designation of Record

2. I served the above-named document(s) by the following means to the persons as listed below:

    (***Check all that apply***)

    ☒ a. **ECF System** *(You must attached the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

    ☐ b. **United States mail, postage full prepaid**
    *(List persons and addresses. Attach additional paper if necessary)*

    ☐ c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

    I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐ d. **By direct e mail (as opposed to through the ECF System)**
    *(List persons and email addresses. Attach additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐ e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    ☐ f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

06725-01/148381.doc

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: _____February 26, 2007_____

Pat Altstatt, ACP
(NAME OF DECLARANT)

_/s/ Pat Altstatt_
(SIGNATURE OF DECLARANT)

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

06725-01/148381.doc