FILED
ELECTRONICALLY
2/26/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|        ekarasik@stutman.com |        ccarlyon@sheacarlyon.com |
|        cpajak@stutman.com |        ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>         Debtor | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>         Debtor | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>         Debtor | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>         Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>         Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | ) <br> ) <br> ) <br> ) DATE: March 15, 2007 <br> ) TIME: 9:30 a.m. <br> ) <br> ) |

## NOTICE OF ENTRY OF STIPULATED ORDER CONTINUING HEARING ON OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED) (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)

PLEASE TAKE NOTICE that an Stipulated Order Continuing Hearing 0n Omnibus Objection of The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC to Claims Superseded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (As Modified) (Affects Debtor USA Capital First Trust Deed Fund, LLC) was entered on the 26th day of February, 2007, a true and correct copy of which is attached hereto.

DATED this 26th day of February, 2007.

SHEA & CARLYON, LTD.



CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC



**Entered on Docket
February 26, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>             ekarasik@stutman.com<br>             aparlen@stutman.com<br>Counsel for the Official Committee Of<br>Equity Security Holders Of USA Capital First Trust Deed Fund, LLC | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:    jshea@sheacarlyon.com<br>             ccarlyon@sheacarlyon.com<br>             ssherman@sheacarlyon.com |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>         Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date (current) March 1, 2007<br>Date (proposed) March 15, 2007<br>Time: 9:30 a.m. |

407523v2

**STIPULATED ORDER CONTINUING HEARING ON OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED) (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ( the "FTDF Committee), on one hand, and Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor, and Lynn M. Kantor (the "Kantor Claimants"), on the other hand, as follows:

WHEREAS the FTDF Committee filed the "Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Claims Superseded By Compromise Contained In Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified)" (the "Objection," and, as it relates only to the Kantor Claimants, the "Kantor Objectin")[Docket No. 2295] pursuant to which it objected to the claims filed by the Kantor Claimants against USA Capital First Trust Deed Fund, LLC (the "FTDF");

WHEREAS the Objection was originally noticed for hearing on January 31, 2007 at 9:30 a.m.;

WHEREAS, on January 25, 2007, this Court entered an order approving the continuance of the hearing on the Kantor Objection to March 1, 2007 [Docket No. 2559];

WHEREAS, the Kantor Claimants filed their response to the Kantor Objection on February 20, 2008 [Docket No. 2841];

WHEREAS, the FTDF Committee has filed other claims objections which are set for hearing on March 15, 2007;

WHEREAS the FTDF Committee and the Kantor Claimants have agreed to continue the hearing on the Kantor Objection to the next regularly scheduled omnibus hearing date;

NOW, THEREFORE, the FTDF Committee and the Kantor Claimants hereby stipulate and agree as follows:

1. The hearing on the Kantor Objection is continued to the March 15, 2007 at

407523v2

2

| | |
|---|---|
| 1 | 9:30 a.m. |
| 2 | 2. The deadline for the FTDF Committee to file and serve any reply with |
| 3 | respect to the Kantor Objection shall be March 8, 2007. |
| 4 | |
| 5 | Dated: ~~January 23~~ 2/22/07, 2007 |

| | | |
|---|---|---|
| 6 | By: /s/ | By: /s/ [signature] |
| 7 | FRANK A. MEROLA (CA State Bar No. 136934), | Michael M. Schmahl McGuireWoods LLP |
| 8 | EVE H. KARASIK (CA State Bar No. 155356), and | 77 W. Wacker Drive Suite 4100 |
| 9 | ANDREW M. PARLEN (CA State Bar No. 230429), Members of | Chicago, IL 60601 Telephone: (312) 750-8881 |
| 10 | STUTMAN, TREISTER & GLATT, P.C. 1901 Avenue of the Stars, 12th Floor | COUNSEL TO DR. GARY KANTOR, LYNN KANTOR, AND KANTOR NEPHROLOGY |
| 11 | Los Angeles, CA 90067 | CONSULTANTS, LTD. 401(k) PSP |
| 12 | Telephone: (310) 228-5600 | |
| 13 | and | |
| 14 | CANDACE C. CARLYON | |
| 15 | Shea & Carlyon, Ltd. 233 S. Fourth Street, Suite 200 | |
| 16 | Las Vegas, NV 89101 Telephone: (702) 471-7432 | |
| 17 | COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY | |
| 18 | SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED | |
| 19 | FUND, LLC | |

| | |
|---|---|
| 20 | |
| 21 | Approved / Disapproved by: OFFICE OF THE U.S. TRUSTEE |
| 22 | |
| 23 | By: Unavailable |
| 24 | August B. Landis |

407523v2    3