Name, Address, Bar No.; Telephone No. and E-mail Address

RECEIVED AND FILED

2007 FEB 26  A 10: 21

U.S. BANKRUPTCY COURT
PAULA A. BEAN. CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

_____

**Debtor(s)**

_____
*(Name of Plaintiff)*

**Plaintiff**

vs.

*(Name of Defendant)*

**Defendant**

Case No. BK-S 06-10725-LBR

Chapter ☐7 ☒11 ☐13

Adversary No.: _____

Hearing Date: 3/15/07
Time:
9:30 Am

# CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint.  To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.**

1. On February 22, 07 *(date)* I served the following document(s)  *(specify):*

   E-MAILS, DIRECT MAIL, AND PERSONAL
   SERVICE - Notice of opposition.

1

2.   I served the above-named document(s) by the following means to the persons as listed below:

> *(Check all that apply)*

☐  **a. ECF System** *(You must attach the "Notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary)*

☑  **b. United States mail, postage fully prepaid**
> *(List persons and addresses. Attach additional paper if necessary)*

SEE ATTACHED LIST

☐  **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

> I personally delivered the document(s) to the persons at these addresses:

AUGUSTINE LANDIS
US COURT HOUSE

> ☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

> ☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☒ **d.  By direct email (as opposed to through the ECF System)**

        *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*SEE ATTACHED LIST*

☐ **e.  By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.  By messenger** *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date):* __2/26/07__

__Edward Kline__
(NAME OF DECLARANT)

→ __Edward Kline__
       (SIGNATURE OF DECLARANT)

February 1, 2006

3

1  RICHARD W. ESTERKIN (California Bar No. 70769)
   ASA S. HAMI (California Bar No. 210728)
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Tel: 213.612.2500
   Fax: 213.612.2501
5  e-mail: resterkin@morganlewis.com
   e-mail: ahami@morganlewis.com
6
   ROBERT P. GOE (California Bar No. 137019)
7  GOE & FORSYTHE
   660 Newport Center Drive, Suite 320
8  Newport Beach, California 92660
   Tel.: 949.467.3780
9  Fax: 949.721.0409
   e-mail: rgoe@goeforlaw.com
10
   Attorneys for
11 SCC Acquisition Corp.

*MAiled*
*FebRUARY 22, 2007*

12                 UNITED STATES BANKRUPTCY COURT

13                      DISTRICT OF NEVADA

| | |
|---|---|
| 14 In re:<br>USA COMMERCIAL MORTGAGE<br>15 COMPANY,<br>              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 16 In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>17               Debtor. | Chapter Number: 11 |
| 18 In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>19               Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| 20 In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>21               Debtor. | **CERTIFICATE OF SERVICE OF<br>REQUEST FOR SPECIAL NOTICE<br>(SCC ACQUISITION CORP.)** |
| 22 In re:<br>USA SECURITIES, LLC,<br>              Debtor. | [No Hearing Required] |
| 23 Affects:<br>  ■ All Debtors<br>24   □ USA Commercial Mortgage Company<br>  □ USA Securities, LLC<br>25   □ USA Capital Realty Advisors, LLC<br>  □ USA Capital Diversified Trust Deed Fund, LLC<br>26   □ USA First Trust Deed Fund, LLC | |

27

28

1-LA/923894.1

1    I am a resident of the State of California and over the age of eighteen years and not a party

2  to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second

3  Floor, Los Angeles, California 90071-3132.

4    On February 7, 2007, I served the within document(s):

5    **CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**
     **(SCC ACQUISITION CORP.)**
6

7  ☒    by **ECF System**.  See attached Notice of Electronic Filing from the Court.

8  ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
        fully prepaid, in the **United States mail** at Los Angeles, California addressed as set
9        forth on the **attached "Service List."**

10 ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
        forth below on this date before 5:00 p.m.
11

12

13    I am readily familiar with the firm's practice of collection and processing correspondence

14  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

15  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

16  motion of the party served, service is presumed invalid if postal cancellation date or postage

17  meter date is more than one day after date of deposit for mailing in affidavit.

18    Executed on February 7, 2007, at Los Angeles, California.

19

20    I declare under penalty of perjury that I am employed in the office of a member of the bar

21  of this court at whose direction the service was made, and that the foregoing is true and correct.

22

23                                            _____
                                                      Janice Ogle
24                                            Morgan, Lewis & Bockius LLP

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**IN RE: USA COMMERCIAL MORTGAGE COMPANY**
**USBC, District of Nevada Case No.: BK-S-06-10725-LBR**
**SERVICE LIST**

2

3

4   ANDREW K ALPER
    6500 WILSHIRE BLVD 17TH FLR
5   LOS ANGELES, CA 90048

6   AMERICAN EXPRESS BANK FSB
    C/O BECKET AND LEE LLP
7   P.O. BOX 3001
8   MALVERN, PA 19355-0701

9   ANGELO GORDON & CO
    C/O JED HART
10  245 PARK AVE, 26TH FL
    NEW YORK, NY 10167
11

12  MICHAEL W ANGLIN
    FULBRIGHT & JAWORSKI LLP
13  2200 ROSS AVENUE, SUITE 2800
    DALLAS, TX 75201-2784
14

15  EVAN BEAVERS
    1625 HIGHWAY 88, #304
16  MINDEN, NV 89423

17  FLOCERFIDA BENINCASA
    9359 ROPING COW BOY AVE
18  LAS VEGAS, NV 89178

19
    JASPER BENINCASA
20  9359 ROPING COWBOY AVE.
    LAS VEGAS, NV 89178
21

22  PETER C BERNHARD
    3980 HOWARD HUGHES PKY #550
23  LAS VEGAS, NV 89109

24  JOSHUA D BRYSK
    LAW OFFICES OF JAMES G SCHWARTZ
25  7901 STONERIDGE DRIVE, SUITE 401
    PLEASANTON, CA 94588
26

27  C RANDALL BUPP
    2000 CROW CANYON PL #330
28  SAN RAMON, CA 94583

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1                                    3

1

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR

2

LAS VEGAS, NV 89169

3

A. WILLIAM CEGLIA
3720 POCOHENA COURT

4

WASHOE VALLEY, NV 89704

5

RANEE L. CEGLIA

6

3720 POCOHENA COURT

7

WASHOE VALLEY, NV 89704

8

JANET L. CHUBB
JONES VARGAS

9

3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH

10

LAS VEGAS, NV 89109

11

WILLIAM D COPE

12

595 HUMBOLDT ST
RENO, NV 89509

13

14

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE

15

SPARKS, NV 89434

16

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE

17

SPARKS, NV 89434

18

19

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

20

21

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP

22

767 FIFTH AVENUE
NEW YORK, NY 10153

23

24

ALLAN B. DIAMOND
DIAMOND MCCARTHY, LLP

25

909 FANNIN, SUITE 1500
HOUSTON, TX 77010

26

27

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

28

1   BONNY K. ENRICO
  2072 ALMYRA ROAD
2   SPARTA, TN 38583-5168

3
  DAVID R. ENRICO
4   2072 ALMYRA ROAD
  SPARTA, TN 38583-5168
5
  FOLEY & LARDNER LLP
6   321 NORTH CLARK STREET
  SUITE 2800
7   CHICAGO, IL 60610

8
  GEORGE D FRAME
9   601 GREENWAY ROAD, STE D
  HENDERSON, NV 89015
10
  ARLEY D. FINLEY
11   DIAMOND MCCARTHY, LLP
12   6504 BRIDGEPOINT PARKWAY, SUITE 400
  AUSTIN, TX 78730
13
  RICHARD D. GREEN
14   3773 HOWARD HUGHES PKWY
  SUITE 500
15   NO. LAS VEGAS, NV 89169
16
  DAVID R. GRIFFITH
17   STEWRT, HUMPHERYS, TURCHETT, ET. AL.
  3120 COHASSET ROAD, SUITE 6
18   POST OFFICE BOX 720
  CHICO, CA 95927
19
20   ERNA D. GRUNDMAN
  114 E YOLO STREET
21   ORLAND, CA 95963
22
  JOANNE M. GRUNDMAN
23   1608 BROWN STREET
  CARSON CITY, NV 89701
24
  JOHN HINDERAKER
25   LEWIS & ROCA LLP
  ONE S. CHURCH AVE, STE 700
26   TUCSON, AZ 85701-1611
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1                                  5

1    PAUL A. JACQUES
     810 SE 7TH ST A-103
2    DEERFIELD BEACH, FL 33441

3
     ANNETTE W JARVIS
4    PO BOX 45385
     SALT LAKE CITY, UT 84145

5
     HARRY JESSUP
6    2009 WESTLUND DR.
     LAS VEGAS, NV 89102
7

8    HELEN B. JESSUP
     2009 WESTLUND DR.
9    LAS VEGAS, NV 89102

10
     ERIN E. JONES
11   DIAMOND MCCARTHY, LLP
     909 FANNIN, SUITE 1500
12   HOUSTON, TX 77010

13   RICHARD E KAMMERMAN
     RICHARD KAMMERMAN PC
14   7200 N MOPAC, SUITE 150
     AUSTIN, TX 78731
15

16   CONSTANTINE KARIDES
     REED SMITH LLP
17   599 LEXINGTON AVENUE
     NEW YORK, NY 10022
18

19   LINDA KETTERMAN
     321 N. 19TH STREET
20   ENID, OK 73701

21   RAY KETTERMAN
     321 N. 19TH STREET
22   ENID, OK 73701

23
     EDWARD KLINE
24   9932 ARBUCKLE DRIVE
     LAS VEGAS, NV 89134
25

26   MATTHEW J. KREUTZER
     HALE LANE PEEK DENNISON & HOWARD
27   3930 HOWARD HUGHES PARKWAY
     FOURTH FLOOR
28   LAS VEGAS, NV 89169

1   REID W. LAMBERT
    WOODBURY & KESLER, P.C.
2   265 EAST 100 SOUTH, SUITE 300
    SALT LAKE CITY, UT 84111
3

4   JASON G LANDESS
    3990 VEGAS DRIVE
5   LAS VEGAS, NV 89108

6   MARC A. LEVINSON
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   400 CAPITOL MALL, STE 30000
8   SACRAMENTO, CA 95814-4497

9   ELIZABETH R. LOVERIDGE
    WOODBURY & KESLER, P.C.
10  265 EAST 100 SOUTH, SUITE 300
    SALT LAKE CITY, UT 84111
11

12  LEE D. MACKSON
    SHUTTS & BOWEN LLP
13  1500 MIAMI CENTER
    201 SOUTH BISCAYNE BOULEVARD
14  MIAMI, FL 33131

15
    JERROLD T. MARITIN
16  8423 PASO ROBLES
    NORTHRIDGE, CA 91325
17

18  TERRY MARKWELL
    12765 SILVER WOLF ROAD
19  RENO, NV 89511

20  RICHARD J. MASON
    130 PINETREE LANE
21  RIVERWOODS, IL 60015

22
    JAY L. MICHAELSON
23  7 W FIGUEROA ST., 2ND FLR
    SANTA BARBARA, CA 93101
24

    BRECK E. MILDE
25  TERRA LAW LLP
    60 SOUTH MARKET ST, SUITE 200
26  SAN JOSE, CA 95113

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1                         7

1   DOUGLAS M MONSON
    RAY QUINNEY & NEBEKER P.C.
2   36 SOUTH STATE STREET, STE 1400
    PO BOX 45385
3   SALT LAKE CITY, UT 84145-0385

4
    ERIC D. MADDEN
5   DIAMOND MCCARTHY, LLP
    1201 ELM STREET, SUITE 3400
6   DALLAS, TX 75270

7
    STEVEN R ORR
8   RICHARDS WATSON & GERSHON
    355 SOUTH GRAND AVENUE, 40TH FLOOR
9   LOS ANGELES, CA 90071

10
    J. STEPHEN PEEK
11  HALE LANE PEEK DENNISON AND HOWARD
    3930 HOWARD HUGHES PARKWAY
12  FOURTH FLOOR
    LAS VEGAS, NV 89169
13
    NANCY A. PETERMAN
14  GREENBERG TRAURIG, LLP
    77 W. WACKER DR., SUITE 2500
15  CHICAGO, IL 60601

16
    R&N REAL ESTATE INVESTMENTS
17  3990 VEGAS DRIVE
    LAS VEGAS, NV 89108
18
    RAY QUINNEY & NEBEKER P.C.
19  36 SOUTH STATE STREET, SUITE 1400
    P.O. BOX 45385
20  SALT LAKE CITY, UT 84145

21
    GORDON C RICHARDS
22  1850 EAST FLAMINGO ROAD
    SUITE 204
23  LAS VEGAS, NV 89119

24
    R J ROCCO
25  12617 COTTAGEVILLE LANE
    KELLER, TX 76248
26
    NICHOLAS J SANTORO
27  400 S FOURTH ST 3RD FLOOR
    LAS VEGAS, NV 89101
28

1   MICHAEL M. SCHMAHL
    MCGUIREWOODS LLP
2   77 W. WACKER DRIVE, SUITE 4100
    CHICAGO, IL 60601
3

4   JAMES G SCHWARTZ
    7901 STONERIDGE DR #401
5   PLEASANTON, CA 94588

6   SCHWARTZER & MCPHERSON LAW FIRM
    2850 S. JONES BLVD., #1
7   LAS VEGAS, NV 89146

8
    JAMES E SHAPIRO
9   GERRARD, COX & LARSEN
    2450 ST ROSE PKWY #200
10  LAS VEGAS, NV 89119

11
    JAMES SHAW
12  14225 PRAIRIE FLOWER CT
    RENO, NV 89511-6710
13

14  SHEA & CARLYON, LTD.
    228 S 4TH ST 1ST FL
15  LAS VEGAS, NV 89101

16  SIERRA HEALTH SERVICES, INC.
    ATTN: FRANK COLLINS, ESQ.
17  2724 N. TENAYA WAY
    P.O. BOX 15645
18  LAS VEGAS, NV 89114-5645

19
    WENDY W. SMITH
20  BINDER & MALTER, LLP
    2775 PARK AVENUE
21  SANTA CLARA, CA 95050

22
    PATRICIA K. SMOOTS
23  318 N GROVE
    OAK PARK, IL 60302
24

25  DERRICK A. SPATORICO
    PHETERSON, STEN, CALABRESE & NEILANS,
26  THE WILDER BLDG
    ONE EAST MAIN ST # 150
27  ROCHESTER, NY 14614

28

1
BRADLEY J STEVENS
3300 N CENTRAL AVE
2
PHOENIX, AZ 85012

3
THOMAS W STILLEY
1000 SW BROADWAY #1400
4
PORTLAND, OR 97205

5
STEVEN C STRONG
6
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
7
SALT LAKE CITY, UT 84145-0385

8
STUTMAN, TREISTER & GLATT
9
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067
10

11
U.S. BANKRUPTCY
APPELLATE PANEL OF THE NINTH CIRCUIT
12
125 S GRAND AVE
PASADENA, CA 91105
13

14
MICHAEL C. VAN
4129 W. CHEYENNE, SUITE A
15
N. LAS VEGAS, NV 89032

16
ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
17
3990 VEGAS DRIVE
LAS VEGAS, NV 89108
18

19
JOYCE WATSON
10612 BLACK IRON ROAD
20
LOUISVILLE, KY 40291

21
STEVE WATSON
10612 BLACK IRON ROAD
22
LOUISVILLE, KY 40291

23
WILLIAM E WINFIELD
24
PO BOX 9100
OXNARD, CA 93031
25

26
MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE
27
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/923894.1                                    10

1

MICHAEL YODER
DIAMOND MCCARTHY, LLP
2
909 FANNIN, SUITE 1500
HOUSTON, TX 77010

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



USBC_NEVADA@nvb.uscou
rts.gov
02/06/2007 02:27 PM

To    Courtmail@nvb.uscourts.gov

cc

bcc

Subject    06-10725-lbr Request for Special Notice

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from HAMI, ASA S entered on 2/6/2007 at 2:26 PM PST and filed on 2/6/2007

**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 2703

**Docket Text:**
Request for Special Notice Filed by SCC ACQUISITION CORP. (HAMI, ASA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\OGLE1151\Desktop\Request for Special Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/6/2007] [FileNumber=7757891-0]
[e85ebd254fa3973246728db2943d3b0e11dfac37e741d21efd00929b88376ce9748dd
3c5c49e9551d35be79482c75cc6d6847da1a11d37c06cfc4af61b0d19db]]

## 06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com,
mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com,
rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W! . CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING ʼ  sfleming@halelane.com,
dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D! . GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;l!
treadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafi
rm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@e! arthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net! , smstanton@cox.net

ANNE M. L! ORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcy! filings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sh

eacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevada
firm.com

BOB L. OLSON    ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
!
CHRISTINE M PAJAK    &n! bsp cpaj ak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.!
com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,

turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

G! REGORY J. WALCH    GWalch@Nevadafirm.com
RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgro
up.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

NOTIFIED BY MAIL OR IN PERSON

AUGUSTINE LANDIS

BMC GRP   EL SEGUNDO, CA.

BOGDAN + GONZALES   US ATTORNEYS

NOT NOTIFIED BY MAIL OR E-MAIL
AS NO ADDRESSES PROVIDED

ALVAREZ & MARSAL, LLC

ANDREW M. PARLEN

CURTIS F. CLARK

FTI CONSULTING, INC.

JOHN HANSAL

HILCO REAL ESTATE LLC/HILCO REAL ESTATE
    APPRAISAL, LLC

INTERIM COMMITTEE OF CONCERNED INVESTORS

DAVID W. HUSTON

LEWIS AND ROCA LLP

LOIS MAE SCOTT

ORRICK, HERRINGTON, SUTCLIFFE, LLP

C. NICHOLAS PEREOS, ESQ.

SIERRA CONSULTING GROUP, LLC

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

ROY R. VENTURA