FILED ELECTRONICALLY
2/27/08

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:  (310) 228-5600
Facsimile:   (310) 228-5788
Email:  fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone:  (702) 471-7432
Facsimile:   (702) 471-7435
Email:  jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>      Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>      Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>      Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>      Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>      Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☑ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  March 1, 2007<br>Time: 9:30 a.m. |

**NOTICE OF RESERVE DISCLOSURE FOR PROFESSIONALS EMPLOYED BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

411924v1

The "Second Joint Motion for Order for Implementation of Confirmed Plan" (the "Motion") [docket no. 2869] states that a Reserve Disclosure estimating the amount of post-Effective Date professional fees and expenses necessary to ensure the Plan is properly implemented is to be filed prior to the expiration of time to object to the Motion. Accordingly, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") files this "Notice of Reserve Disclosure for Professionals Employed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC" (the "Reserve Disclosure"). The FTDF Committee has set a reserve in the amount of $1,500,000.00, for the potential post-Effective Date services to be provided by the FTDF Committee's professionals[1].

Respectfully submitted this 27th day of February, 2007.

/s/ Andrew M. Parlen
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

---

[1] The FTDF Committee's professionals are Stutman, Treister & Glatt, P.C., Shea & Carlyon Ltd., and Alvarez & Marsal LLC.

411924v1                                    2