Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **RESERVE DISCLOSURE PURSUANT TO SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: March 1, 2007<br>Time of Hearing: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Fee Application\Reserve Disclosuresv2.DOC         - 1 -

1   Debtor in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM"), by
2 and through its counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm,
3 hereby files its Reserve Disclosure pursuant to the Second Joint Motion for Order for
4 Implementation of Confirmed Plan (the "Implementation Motion") that was filed on February 22,
5 2007, as Docket No. 2869.  Capitalized words that are not defined in this Reserve Disclosure shall
6 have the definitions set forth in the Implementation Motion.

7   With respect to the disclosure outlined in Paragraph 16 of the Implementation Motion, the
8 estimated Non-Trust Cash necessary to implement the Plan is estimated at $13,250,000.

9   With respect to the disclosure outlined in Paragraph 18 of the Implementation Motion, the
10 reserve for the Debtors' Professionals with respect to services for USACM is estimated at
11 $1,100,000.[1]

12   With respect to the disclosure outlined in Paragraph 21 of the Implementation Motion, the
13 reserve for the Debtors' Professionals with respect to services for USA Capital First Trust Deed
14 Fund ("FTDF") is estimated at $725,000.

15   The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund,

16 / / / /
17 / / / /
18 / / / /
19 / / / /
20 / / / /
21 / / / /
22 / / / /
23 / / / /
24 / / / /
25 / / / /

LLC (the "FTDF Committee") will file a separate Reserve Disclosure with respect to the disclosure outlined in Paragraph 25 of the Implementation Motion.

DATED: February 27, 2007.

        Annette W. Jarvis, Utah Bar No. 1649
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385

        and

        ___/s/Lenard E. Schwartzer, Esq._____
        Lenard E. Schwartzer, Nevada Bar No. 0399
        Jeanette E. McPherson, Esq., Nevada Bar No. 5423
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas NV  89146
        Attorneys for Debtors and Debtors-in-Possession

---

[1] This amount does not include tasks that the Debtors' Professionals may be asked by or required to do for the USACM Trust not contemplated in the Debtors' duties set out in the Implementation Motion, including as set forth in Paragraphs 15(d) and 32 of the Implementation Motion.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122