# EXHIBIT A

# EXHIBIT A

**RAY QUINNEY & NEBEKER**

January 25, 2007

**Peggy Hunt**
ATTORNEY AT LAW

PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 FIRM
801 323-3387 DIRECT
801 532-7543 FAX
phunt@rqn.com
www.rqn.com

**VIA EMAIL AND FIRST CLASS MAIL**

Alan R. Smith
**LAW OFFICES OF ALAN R. SMITH**
505 Ridge Street
Reno, Nevada 89501
mail@asmithlaw.com

Janet L. Chubb
**JONES VARGAS**
100 West Liberty Street, 12th Floor
P. O. Box 281
Reno, Nevada 89504-0281
jlc@jonesvargas.com

      In re   USA Commercial Mortgage Company, et al
            Bankr. Case No. 06-10725

Dear Alan and Jan:

    As Annette mentioned to you after the hearing on Monday, the Debtors need the vesting names and account numbers for each of the entities listed on the attachments to your 2019 Statements.

    In addition, the Debtors note that the 2019 Statements do not comply with Federal Rule of Bankruptcy Procedure 2019 because (1) they are not verified, (2) they do not adequately provide the information requested in subsection (a) of Rule 2019, and (3) no instruments empowering you to act on behalf of your clients are attached. See Fed. R. Bankr. P. 2019(a).

    The Debtors request that you provide to them by February 2, 2007, all information required under Rule 2019(a), including:

        (a)    the vesting names of each entity listed;

        (b)    the account numbers for each entity listed;

Alan R. Smith
Janet L. Chubb
January 25, 2007
Page 2

  (c) a listing identifying which claims or interests were acquired more than one year prior to the petition date, as represented in your 2019 statements, and for all that were acquired during the prepetition year, a listing of the information requested under Rule 2019(a)(2);

  (d) a statement indicating the pertinent facts and circumstances related to your employment, including who organized your clients and arranged for your employment;

  (e) copies of retainer letters; and

  (f) copies of documents showing your authority to act on behalf of your clients.

  Please feel free to call me if you have any questions.

      Sincerely yours,

      RAY QUINNEY & NEBEKER

      *Peggy Hunt* /glw

      Peggy Hunt

PH/glw
cc: Annette W. Jarvis (via email)
   Susan M. Smith (via email)
910642