Annette W. Jarvis, Utah Bar No. 1649  
RAY QUINNEY & NEBEKER P.C.  
36 South State Street, Suite 1400  
P.O. Box 45385  
Salt Lake City, Utah 84145-0385  
Telephone: (801) 532-1500  
Facsimile: (801) 532-7543  
Email: ajarvis@rqn.com

E-FILED on February 28, 2007

and

Lenard E. Schwartzer, Nevada Bar No. 0399  
Jeanette E. McPherson, Nevada Bar No. 5423  
SCHWARTZER & MCPHERSON LAW FIRM  
2850 South Jones Boulevard, Suite 1  
Las Vegas, Nevada 89146-5308  
Telephone: (702) 228-7590  
Facsimile: (702) 892-0122  
E-Mail: bkfilings@s-mlaw.com  
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>         Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

**EX PARTE APPLICATION TO ALLOW APPELLEE-DEBTORS' OPPOSITION TO "MOTION FOR LIMITED APPELLANTS' STAY PENDING APPEAL" IN EXCESS OF PAGE LIMITATION**

407354v5

USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF" and, together with DTDF, the "Funds" and, collectively with USACM, USA Securities, USA Realty, and DTDF, the "Debtors"), by and through their counsel, hereby files this Ex Parte Application To Allow Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" In Excess of Page Limitation("Motion").  As set forth in this Motion, pursuant to LR 9014(f), Debtors request that this Court allow the filing of Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" in excess of twenty pages.

This Application is made and based upon the Points And Authorities set forth herein, the pleadings on file, and any argument set forth at the time of hearing on this Motion.

## POINTS AND AUTHORITIES

### Facts

1. Debtors will be filing an Opposition To Motion For Stay Pending Appeal ("Opposition") on February 28, 2007.

2. The Opposition is in excess of twenty pages.

3. The Opposition is lengthy, however there is a complex set of facts that exists in this proceeding and a lengthy history between these parties.  Consequently, Debtors believe that it is necessary to include all the facts and argument contained in the Opposition.  Moreover, Debtors believe that the inclusion of all the facts and argument in the Opposition will allow this Court to more easily address and dispose of all issues in this proceeding.

### Memorandum of Law

Local Rule 9014(f) provides:

> Unless otherwise ordered by the court, pre-hearing and post-hearing briefs and points and authorities in support of, or in response to, motions shall be limited to twenty (20) pages including the motion but excluding exhibits.  Reply briefs and points and authorities shall be limited to fifteen (15) pages, excluding exhibits.

LR 9014(f).

Due to the complexity of the facts and lengthy issues in this case, Debtors have exceeded

407354v5

2

the page limitations set forth in LR 9014(f). Although the Opposition is lengthy, it is believed that inclusion of all of the information contained therein will allow this Court to more easily dispose of the issues presented in this proceeding.

**CONCLUSION**

Based upon the foregoing, Debtors respectfully requests that the Ex Parte Application To Allow Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" In Excess of Page Limitation be granted and that Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" which is in excess of twenty pages be allowed in its entirety.

DATED this 28th day of February, 2007.

    /s/ Jeanette E. McPherson
Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

AND

Annette W. Jarvis (Utah Bar No. 1649)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors and Debtors-in-Possession*

407354v5                                3