Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED on February 28, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                  Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                  Debtor. | **ERRATA TO MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO ACCEPT PAYMENTS AND PROVIDE RECONVEYANCES FOR TWO COLT GATEWAY LOANS [AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC]** |
| In re:<br>USA SECURITIES, LLC,<br>                                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: March ___, 2007<br>Time of Hearing: 9:30 a.m. |

914433          - 1 -

Debtor in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM"), by and through its counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, hereby files the following Errata to the "Motion To Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Accept Payments and Provide Reconveyances for Two Colt Gateway Loans" (the "Motion"), that was filed on February 27, 2007 as Docket No. 2911.

A.  Paragraph 4 of the Motion is hereby revised and corrected to read as follows:

4.  The current principal balance of the Colt Gateway #1 Loan is $5,905,051.40.  The additional amounts that were owed on the Colt Gateway #1 Loan as of February 28, 2007, along with the per diem for the interest accrual, are as follows:  Interest: $1,787,468.38 (per diem of $3,205.22); Late Fees:  $89,937.41; and Origination Fee: $1,700,000.00; for a total of $9,482,457.13 as of February 28, 2007.  See, Supplemental Declaration of Thomas J. Allison in Support of Motion To Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Accept Payments and Provide Reconveyances for Two Colt Gateway Loans dated February 28, 2007 that is being filed contemporaneously herewith ("Allison Declaration") at ¶ 6.

B.  Paragraph 8 of the Motion is hereby revised and corrected to read as follows:

8.  Colt Gateway has agreed to pay both of the Colt Gateway Loans, and has requested payoff letters from USACM.  As part of the payoff discussions, USACM has agreed that

/ / /

/ / /

/ / /

/ / /

/ / /

an additional late fee of $50,000.00 will be charged on the Colt Gateway #1 Loan in connection with the payoffs of the Colt Gateway Loans.  <u>See</u>, Allison Declaration at ¶ 10.

DATED: February 28, 2007.

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


  /s/   *Jeanette E. McPherson*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146
Attorneys for Debtors and Debtors-in-Possession

915746.01/dmm

914433

- 3 -