E-filed on February 28, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email: fmerola@stutman.com<br>        ekarasik@stutman.com<br>        aparlen@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email: jshea@sheacarlyon.com<br>        ccarlyon@sheacarlyon.com<br>        ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security
Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: March 1, 2007<br>Time: 9:30 a.m. |

**RESPONSE TO DEBTORS' RESERVE DISCLOSURE FOR POST-EFFECTIVE DATE USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

411956v1

The Official Committee of Equity Holders for the USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby submits its response to the Debtors' requested reserve for professional fees and costs to be provided for Debtors' professionals for post-Effective Date work for the USA Capital First Trust Deed Fund, LLC (the "FTDF") submitted in connection with the Debtors' "Second Joint Motion for Order for Implementation of Confirmed Plan" (the "Motion") [docket no. 2869].

Pursuant to the Motion, the Debtors were required to submit a Reserve Disclosure estimating the amount of post-Effective Date professional fees and expenses for the Debtors' professionals for the FTDF. The Debtors filed their Reserve Disclosure for the FTDF in the late evening of February 27, and proposed a reserve amount of $725,000 of FTDF. The FTDF Committee believes that this amount is too high given the anticipated post-Effective Date status of FTDF and the services to be provided by the FTDF Committee to the FTDF post-Effective Date. There will be no post-Effective Date trust for the FTDF nor will there be a long-term post-Effective Date FTDF entity as there will be for the USA Capital Diversified Trust Deed Fund, LLC. Rather, FTDF will survive for the limited purposes of resolving final claims objections and certain discrete disputes as provided for under the Motion. Further, due to the inherent potential conflicts of interest of the Debtors' professionals with respect to their representation of the affiliated Debtors that has existed throughout these cases, the FTDF Committee will be charged with authority to resolve nearly all of the remaining disputes. Given the anticipated nominal role that the Debtors will play post-Effective Date for the FTDF, the proposed reserve seems very high.

The Debtors filed the Reserve Disclosure in the late evening of February 27. Upon the start of business on Wednesday, February 28, counsel for the FTDF Committee immediately reviewed the Reserve Disclosure and thereafter contacted counsel for the Debtors expressing the FTDF Committee's concerns and suggesting that the parties meet so that the Debtors could explain the necessity for the $725,000 reserve. While the FTDF Committee would prefer to resolve this issue consensually with the Debtors, given that the hearing on the Motion is tomorrow (March 1), the FTDF Committee was compelled to file this Response so that

411956v1                                        2

the Court was aware of the FTDF Committee's concern regarding the amount of the reserve. The FTDF Committee suggests that if the Court is inclined to grant the Motion, that it grant the Motion in part and continue the hearing on the amount of the Debtors' reserve for the FTDF until the March 15 hearing date so the parties can work to resolve this potential dispute.

**WHEREFORE,** the FTDF Committee respectfully requests that the Court grant the Motion in part and continue the hearing on the amount of the Debtors' reserve for the FTDF until the March 15, 2007 hearing date so the parties can work together to resolve this potential dispute regarding the amount of the reserve for the Debtors' post-Effective Date services for the FTDF.

Respectfully submitted this 28th day of February, 2007.

/s/ *Eve H. Karasik*
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356),
and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC