ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

**Electronically Filed February 28, 2007**

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**EMERGENCY EX PARTE MOTION FOR CONTINUANCE OF HEARING ON APPELLANTS' MOTION FOR LIMITED STAY PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\MOT Continue hearing.wpd

1   The Lenders Protection Group, a group of investors/lenders in USA Commercial Mortgage Company ("USACM"), as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., and the Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Kehl Family Members and Mojave Canyon, Inc., through its counsel Janet L. Chubb, Esq. of Jones Vargas (the "Jones Vargas Direct Lenders") (the LPG and the Jones Vargas Direct Lenders shall collectively be referred to as "Appellants"), hereby requests a continuance of the hearing set for March 1, 2007, on their *Motion For Limited Stay Pending Appeal* (the "Stay Motion").

1. Appellants filed their Motion For Stay on February 20, 2007, and at that time also filed a Motion For Order Shortening Time for the hearing on the Motion.

2. On February 22, 2007, this Court entered an *Order Shortening Time,* pursuant to which the Stay Motion was set to be heard on March 1, 2007, with oppositions to the Motion due on February 28, 2007.

3. On February 28, 2007, shortly before noon (PST), the Appellees-Debtors filed their *Opposition To Motion For Limited Stay Pending Appeal*, which is 73 pages long (6 pages of which consist of the caption, table of contents and table of authorities) (the "Debtors' Stay Opposition"). The Stay Opposition exceeds the 20-page limit for oppositions established by LR-9014(f) by 53 pages. Thus, shortly after Noon on February 28, 2007, the Appellees-Debtors filed an *Ex Parte Motion To Exceed The Page Limit*, which has yet to be considered by this Court.

4. Also on February 28, 2007, shortly before noon (PST) the Official Committee of Equity Security Holders USA Capital First Trust Deed Fund, LLC, filed an *Opposition To Motion For Limited Stay Pending Appeal* and a *Joinder* in the Appellees-Debtors' Stay Opposition (the FTDF Stay Opposition").

5. Appellants request a continuance of the March 1, 2007 hearing of a sufficient time to allow Appellants to file a formal written reply to the Debtors' Stay Opposition and

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\MOT Continue hearing.wpd    - 2 -

1 the FTDF Stay Opposition. The Oppositions, together with the supporting *Declaration of*
2 *Susan M. Smith,* total approximately 93 pages. Appellants have less than 24 hours to
3 review, digest and formulate responses to the numerous arguments propounded in
4 opposition to the Stay Motion. Appellants will be substantially prejudiced if they are
5 required to go forward with the hearing because they will not be afforded a sufficient
6 opportunity to brief the issues raised in the Oppositions and prepare for oral argument.

7      6. At approximately 1:30 p.m. (PST) on February 28, 2007, Counsel for
8 Appellants contacted counsel for Appellees-Debtors to request a stipulated continuance of
9 the Stay Hearing. *See Declaration of Kevin A. Darby In Support of Motion To Continue*
10 *Hearing*. Appellees' counsel indicated that she would discuss the matter with her client and
11 the Committees and determine whether a stipulated continuance was agreeable. *Id*. At
12 approximately 3:30 p.m. (PST) Appellants' Counsel heard back from Appellees' Counsel,
13 who explained that she was unable to reach all interested parties necessary to consider the
14 requested continuance and suggested that Appellants proceed to the Court by way of the
15 instant Motion.

16      7. Appellants ask that the Stay Hearing be continued for one-week, subject to
17 the availability of the Court's calendar, and that Appellants be given sufficient time to file
18 a reply brief in response to the Oppositions.

19      DATED this 28th day of February, 2007.

                                      LAW OFFICES OF ALAN R. SMITH

                                         /s/ Alan R. Smith
                                  By_____
                                     ALAN R. SMITH, ESQ.
                                   Attorney for the Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\MOT Continue hearing.wpd    - 3 -