ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.     **Electronically Filed February 28, 2007**
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

JANET L. CHUBB, ESQ.
Nevada Bar. No. 176
LOUIS M. BUBALA, III, ESQ.
Nevada Bar No. 8974
Jones Vargas
100 W. Liberty St., 12th Floor
Reno, NV 89501
Telephone (775) 788-2205
Facsimile (775) 786-1177
Email: jlc@jonesvargas.com

Attorney for The Jones Vargas
Direct Lenders

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY, et al.<br><br>    Debtors.<br>_____/<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>**DECLARATION OF KEVIN A.<br>DARBY, ESQ. IN SUPPORT<br>OF EMERGENCY EX PARTE<br>MOTION FOR CONTINUANCE OF<br>HEARING ON APPELLANTS'<br>MOTION FOR LIMITED STAY<br>PENDING APPEAL** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD Continuance.wpd

1    I, KEVIN A. DARBY, being first duly sworn, do depose and say under the penalty of
2 perjury:
3    1.    I am a duly-licensed attorney and an associate of the Law Offices of Alan R.
4 Smith and represent the Lenders Protection Group (the "LPG") in the above captioned
5 bankruptcy case.
6    2.    I have knowledge of and am competent to testify to the matters stated herein,
7 except to those matters stated upon information and belief, and as to those matters, I believe
8 them to be true.
9    3.    On February 28, 2007, at approximately noon (PST), our office received
10 Appellees-Debtors *Opposition To Motion For Limited Stay Pending Appeal*, which was 73
11 pages long (6 pages of which consist of the caption, table of contents and table of
12 authorities) (the "Debtors' Stay Opposition").
13    4.    Also on February 28, 2007, at approximately noon (PST), our office received
14 the the Official Committee of Equity Security Holders USA Capital First Trust Deed Fund,
15 LLC's, *Opposition To Motion For Limited Stay Pending Appeal* and a *Joinder* in the
16 Appellees-Debtors' Stay Opposition (the "FTDF Stay Opposition").
17    5.    Given the breadth and scope of the Oppositions to the Stay Motion, Appellants
18 do not have sufficient time to file a formal written reply to the Debtors' Stay Opposition
19 and the FTDF Stay Opposition. The Oppositions, together with the supporting *Declaration*
20 *of Susan M. Smith,* total approximately 93 pages. It is impossible for Appellants to review,
21 digest and formulate responses to the numerous arguments propounded in opposition to the
22 Stay Motion in the less than 24 hours currently afforded to them. Appellants will be
23 substantially prejudiced if they are required to go forward with the hearing because they
24 will not be afforded a sufficient opportunity to brief the issues raised in the Oppositions and
25 prepare for oral argument.
26    6.    At approximately 1:30 p.m. (PST) on February 28, 2007, I contacted M.s
27 Annette Jarvis, counsel for Appellees-Debtors, to request a stipulated continuance of the
28 Stay Hearing. Appellees' counsel indicated that she would discuss the matter with her

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD Continuance.wpd    - 2 -

client and the Committees and determine whether a stipulated continuance was agreeable. *Id.* At approximately 3:30 p.m. (PST) I heard back from Appellees' Counsel, who explained that she was unable to reach all interested parties necessary to consider the requested continuance and, therefore could not agree to a continuance at this time.

      I hereby swear under penalty of perjury that the assertions of this Declaration are true.

      DATED: February 28, 2007.

                               By:    /s/ Kevin A. Darby, Esq.
                                       KEVIN A. DARBY, ESQ.
Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Dec KAD Continuance.wpd - 3 -