Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON FEBRUARY 28, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Appellees-Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA SECURITIES, LLC,<br>               Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **NOTICE OF CHANGE IN HOURLY RATES FOR DEBTORS' COUNSEL RAY QUINNEY & NEBEKER P.C.** |

Notice Of Change In Hourly Rates Re RQN

1

Ray Quinney & Nebeker P.C. ("Ray Quinney"), counsel for USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC and USA Securities, LLC (collectively the "Debtors") in the above captioned jointly administered cases, hereby gives notice of changes to its hourly rates for the following attorneys and paralegals. The following rate changes became effective in this matter on February 1, 2007.

| Attorney | Old Rate | New Rate |
| --- | --- | --- |
| Allan T. Brinkerhoff | $285 | $295 |
| Annette W. Jarvis | $315 | $370 |
| Douglas M. Monson | $275 | $285 |
| Ellen J. Toscano | $270 | $280 |
| Kevin G. Glade | $275 | $285 |
| Steven C. Tingey | $275 | $285 |
| Brent D. Wride | $270 | $285 |
| Michael E. Blue | $270 | $280 |
| Peggy Hunt | $250 | $285 |
| Elaine A. Monson | $245 | $270 |
| R. Gary Winger | $265 | $285 |
| Kelly J. Applegate | $245 | $270 |
| Steven C. Strong | $250 | $285 |
| Mark W. Pugsley | $250 | $270 |
| Benjamin J. Kotter | $195 | $205 |
| Angelina Tsu | $195 | $205 |
| Scott A. Cummings | $170 | $185 |

| Paralegal | Old Rate | New Rate |
| --- | --- | --- |
| Carrie Hurst | $120 | $130 |
| Alison Hansen | $120 | $130 |
| Lorri Okerlund | $120 | $130 |

These new rates[1] took effect February 1, 2007, are consistent with customary charges by comparably skilled practitioners in non-bankruptcy cases, and given the education, experience and expertise of the attorneys and paralegals rendering services in this case, are reasonable and similar

---

[1] There may be other Ray Quinney professionals who will perform minor work whose rates have also increased as of February 1, 2007.

2

Notice Of Change In Hourly Rates Re RQN

1  to rates Ray Quinney charges to other clients for similar services.  Ray Quinney regularly reviews
2  and adjusts its hourly rates for attorneys and paralegals on an annual basis with new rates
3  becoming effective February 1 of each year.
4      DATED this 28th day of February, 2007.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer
Jeanette E. McPherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

AND

Annette W. Jarvis (Utah Bar No. 1649)
Steven C. Strong (Utah Bar No. 6340)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Appellees-Debtors and Debtors-in-Possession

Notice Of Change In Hourly Rates Re RQN

3