Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON FEBRUARY 28, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Appellees-Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                               Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                                               Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                               Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                               Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF CHANGE IN HOURLY RATES FOR DEBTORS' COUNSEL RAY QUINNEY & NEBEKER P.C.** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

COS Notice Of Change In Hourly Rates Re RQN

1. On February 28, 2007 I served the following document(s):

    a. Notice of Change in Hourly Rates for Debtors' Counsel Ray Quinney & Nebeker P.C.

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

| | |
|---|---|
| 1 | KEVIN B. CHRISTENSEN     kbchrislaw@aol.com |
| 2 | JANET L. CHUBB     tbw@jonesvargas.com |
| 3 | WILLIAM D COPE     cope_guerra@yahoo.com |
| 4 | LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com |
| 5 | |
| 6 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 7 | THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 8 | ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM |
| 9 | SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com |
| 10 | GREGORY E GARMAN     bankruptcynotices@gordonsilver.com |
| 11 | |
| 12 | DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM |
| 13 | WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 14 | CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 15 | |
| 16 | GERALD M GORDON     bankruptcynotices@gordonsilver.com |
| 17 | R. VAUGHN GOURLEY     vgourley@lvcm.com |
| 18 | TALITHA B. GRAY     bankruptcynotices@gordonsilver.com |
| 19 | JAMES D. GREENE     bknotice@bhfs.com |
| 20 | MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 21 | PETER W. GUYON     pguyon@yahoo.com |
| 22 | |
| 23 | JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 24 | |
| 25 | XANNA R. HARDMAN     xanna.hardman@gmail.com |
| 26 | STEPHEN R HARRIS     noticesbh&p@renolaw.biz |
| 27 | JEFFREY L HARTMAN     notices@bankruptcyreno.com |
| 28 | |

(Left margin: SCHWARTZER & McPHERSON LAW FIRM, 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146-5308, Tel: (702) 228-7590 · Fax: (702) 892-0122)

1  BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

2  RICHARD F. HOLLEY    rholley@nevadafirm.com,
3  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

4
   RANDOLPH L. HOWARD    rhoward@klnevada.com,
5  ckishi@klnevada.com;bankruptcy@klnevada.com

6  DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

7
   CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
8
   EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
9

10 ANNETTE W JARVIS    ajarvis@rqn.com

11 ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

12 TY E. KEHOE    TyKehoeLaw@aol.com

13 ROBERT R. KINAS    rkinas@swlaw.com,
   jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@
14 mindspring.com

15
   DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
16
   ZACHARIAH LARSON    ecf@lslawnv.com
17

18 JOHN J. LAXAGUE    jlaxague@caneclark.com

19 GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

20 NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

21 ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

22
   ANNE M. LORADITCH    ecffilings@beckleylaw.com,
23 aloraditch@beckleylaw.com;pkois@beckleylaw.com

24 ERIC D MADDEN    emadden@diamondmccarthy.com

25 PATRICIA A. MARR    lvlaw03@yahoo.com

26
   JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

COS Notice Of Change In Hourly Rates Re RQN

1 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

2 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

3 RICHARD MCKNIGHT    mcknightlaw@cox.net,
4 gkopang@lawlasvegas.com;cburke@lawlasvegas.com

5 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

6 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

7 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
8 smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
9

10 DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

11
JOHN F MURTHA    jmurtha@woodburnandwedge.com
12

13 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

14 VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
15

16 BOB L. OLSON    ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com
17

18 DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
19
CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
20

21 ANDREW M. PARLEN    aparlen@stutman.com

22 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

23 PAUL C RAY    info@johnpeterlee.com

24 CHRISTINE A ROBERTS    bankruptcy@rocgd.com

25 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
26
LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5

COS Notice Of Change In Hourly Rates Re RQN

1  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
2  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

3  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;r
4  msmith@sheacarlyon.com

5  AMBRISH S. SIDHU    ecf@lslawnv.com

6  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

7  ALAN R SMITH    mail@asmithlaw.com,
8  turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

9  DAVID A. STEPHENS    dstephens@lvcm.com

10 PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

11
   JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
12
   AMY N. TIRRE    , lmccarron@kkbrf.com
13
   AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
14
15 U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

16 GREGORY J. WALCH    GWalch@Nevadafirm.com

17 RUSSELL S. WALKER    rwalker@wklawpc.com,
   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;t
18 grover@wklawpc.com

19
   WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
20
21 WILLIAM J. WRAY    wjw@oreillylawgroup.com,
   rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgrou
22 p.com,mr@oreillylawgroup.com

23 JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

24 MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

25 ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
26 bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

27    ☐    b.    **By United States mail, postage fully prepaid**

28

COS Notice Of Change In Hourly Rates Re RQN

6

1  ☐     c.     **By Personal Service**

         I personally delivered the document(s) to the persons at these addresses:

         ☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

         ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**

         Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

         Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

         I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: February 28, 2007

Sarah Arnold                               /s/     Sarah Arnold
(Name of Declarant)                     (Signature of Declarant)

COS Notice Of Change In Hourly Rates Re RQN