LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on February 28, 2007

1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
2   Telephone (702) 949-8320

3   40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
4   Telephone (602) 262-5311

5   Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

6   Attorneys for Official Committee of Unsecured Creditors

7                **UNITED STATES BANKRUPTCY COURT**
                 **DISTRICT OF NEVADA**

8

9   **In re:**                              Jointly Administered

10  **USA Commercial Mortgage Company**      Chapter 11 Cases
         **06-10725 – Lead Case**
                                            Judge Linda B. Riegle Presiding
11  **USA Capital Realty Advisors, LLC**
         **06-10726**                       **Joinder in Debtors' Opposition to**
12                                          **"Motion For Limited Appellants' Stay**
    **USA Capital Diversified Trust Deed Fund,**   **Pending Appeal"**
13  **LLC**
         **06-10728**                       Date:  March 1, 2007
14                                          Time:  9:30 a.m.
    **USA Capital First Trust Deed Fund, LLC**    **Affecting:**
15       **06-10728**                       ☒ All Cases
                                            ¨  USA Commercial Mortgage Company
16  **USA Securities, LLC**                 ¨  USA Capital Realty Advisors, LLC
         **06-10729**                       ¨  USA Capital Diversified Trust Deed Fund, LLC
17                          **Debtors.**     ¨  USA Capital First Trust Deed Fund, LLC
                                            ¨   USA Securities, LLC

18
            The Official Committee of Unsecured Creditors of USA Commercial Mortgage
19
    Company joins in the Debtors' Opposition to "Motion For Limited Appellants' Stay
20
    Pending Appeal" [DE 2915].
21
            Dated February 28, 2007.
22

23                          **LEWIS AND ROCA LLP**

24                          By /s/ RC (#006593)
                                    Susan M. Freeman, AZ 4199 (pro hac vice)
25                                  Rob Charles, NV 6593
                            *Attorneys for Official Unsecured Creditors' Committee*
26                          *for USA Commercial Mortgage Company*

1814419.1