Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on February 28, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATUS AND AGENDA FOR MARCH 1, 2007 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: March 1, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

1. **Objection to Claim 819 of Spectrum Financial in the amount of $49,581,000; Claim 821 of Rolland P. Weddell in the amount of $13,081,000** (Docket No. 2067). Debtor objects to the claims on the grounds that they are unenforceable. A Stipulation and Order Continuing the hearing on this Objection to March 27, 2007 has been submitted to the Court.

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Spectrum Financial Group | January 10, 2007 | 2394 |
| Rolland P. Weddell | January 10, 2007 | 2398 |
| **Amended Response Filed By:** | **Date** | **Docket No.** |
| Spectrum Financial Group | January 11, 2007 | 2404 |
| Rolland P. Weddell | January 11, 2007 | 2406 |

2. **Omnibus Objection to Claim 115 of Brian M. Adams in the amount of ; Claim 118 of Herman M. Adams; Claim 118 of Brian Anthony G. Adams; Claim 118 of Anthony G. Adams Olympia Capital Management Claim #119, Kantor Nephrology Consultants, Ltd. 401(k) PSP, Gary Kantor, Trustee Claim #123, Dr. Gary Kantor Claim #124, Lynn M. Kantor Claim #125** (Docket No. 2301). The FTDF Committee objects to these claims on the grounds that they were superseded by the compromises contained in the Debtors' Third Amended Joint Chapter 11 Plan (As Modified) between USA Capital First Deed Trust Fund, LLC, and USA Capital Diversified Trust Deed Fund, LLC.

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Gary L. Kantor, M.D., Trustee Kantor Nephrology Consultants, Ltd. | February 20, 2007 | 2841 |

3. **Motion to Enforce Debtors Third Amended Joint Chapter 11 Plan of Reorganization As It Relates to Allocation of Sale Proceeds** (Docket No. 2576) The Motion requests an Order enforcing the Plan as it relates to the allocation of overbid proceeds between the estates of USA Capital First Deed Trust Fund, LLC, and USA Commercial Mortgage Company.

/ / /

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors for USA Commercial Mortgage Company | February 16, 2007 | 2761 |
| Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | February 21, 2007 | 2860 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Evidentiary Objection) | February 21, 2007 | 2861 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Evidentiary Objection) | February 21, 2007 | 2863 |

4.  **Status Hearing Re: Motion for Relief from Stay Property: Colt Gateway LSA Estate of Daniel "Tabas" and Fertitta Enterprises, Inc.'s Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for the Direct Loan to Colt Gateway LLC** (Docket No. 2457). The Motion requests an order terminating the loan-servicing agreement with Debtor USA Commercial Mortgage Co. for the $8.7-million loan to Colt Gateway LLC.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | February 5, 2007 | 2696 |

5.  **Limited Motion To Stay Pending Appeal** (Docket No. 2878) The Motion seeks an order staying the implementation of certain aspects of the *Order Confirming The "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization,"* pending resolution of Appellants' appeal of the Confirmation Order. An Emergency Motion for Continuance of this hearing has been filed (Docket No. 2925).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | February 28, 2007 | 2915 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | February 28, 2007 | 2917 |

- 3 -

6. **Motion to Extend Time To Permit Debtor To Remain On Leased Premises For Limited Post-Effective Date Period** (Docket No. 2874)  The Motion requests an Order allowing USA Commercial Mortgage Company to continue to occupy its current offices through March 31, 2007.

| Joinder Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors for USA Commercial Mortgage Company | February 23, 2007 | 2881 |

7. **Second Joint Motion for Implementation of Confirmed Plan** [Docket No. 2869] In order to implement the Plan, the Movants seek an order of the Court pursuant to Section 1142(b) of the Bankruptcy Code clarifying certain aspects of the wind down process, as detailed in the Motion, such as the payment of the professionals needed to accomplish the wind down, the setting of certain reserves, and the handling of certain miscellaneous issues that may remain outstanding after the Effective Date.  In addition, the Movants request authority related to the servicing of loans by the USACM Trust and the Post-Effective Date DTDF after the Effective Date.  Reserves disclosures have also been filed by Debtors' professionals (Docket No. 2913) and by the professionals for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund (Docket No. 2910)

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

8. **Motion To Authorize Debtor USA COMMERCIAL MORTGAGE COMPANY As Loan Servicer To Accept Payments And Provide Reconveyances For Two Cole Gateway Loans**.  The Motion seeks authority for USA Commercial Mortgage Company ("USACM") to accept payments of two loans that are owed by Borrower Colt Gateway LLC and authorize USACM to provide and authorize reconveyances for the Colt Gateway Loans that are being paid.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

9.  *USA Commercial Mortgage Company, et al. vs. Salvatore Reale,* Adversary No.: 06-01251.  **Scheduling Conference**

10.  *USA Commercial Mortgage Company v. Robert J. Kehl et al, Adv. No. 06-1167*.  **Motion to Enforce Order Approving Settlement And For Reasonable Attorney Fees or Alternatively For An Order of Contempt Upon USACMC**.  The Motion requests enforcement of the December 11, 2006 Stipulation between USA Commercial Mortgage Company, Defendants Edwin Arnold IRA and MW Gorts and Company, and Defendant USA Capital First Trust Deed Fund.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors | February 15, 2007 | 269 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Joinder in Opposition) | February 23, 2007 | 274 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Edward Arnold, M.W. Gorts and Company | February 23, 2007 | 273 |

11.  *Gregory J. and Shauna M. Walch, Trustees  vs. USA Commercial Mortgage Company,* Adversary No.: 06-01245.  **Scheduling Conference**

12.  *USA Commercial Mortgage Company vs. John Dutkin, et al., Adversary No. 06-1146*.  **Second Motion By USA Commercial Mortgage Company ("USACMC") To Award USACMC Its Compensation (Fees and Costs) For Bringing The Interpleader Action**.  This Motion requests an award to USACM as Debtor In Possession for fees and costs that were incurred between the filing of the interpleader action and the end of October and the end of December, 2006.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Howard and Lorene Connell | February 9, 2007 | 94 |

- 5 -

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| James Feeney | February 12, 2007 | 95 |
| USA Commercial Mortgage Company | February 16, 2007 | 104 |
| Rocklin/Redding, LLC | February 21, 2007 | 106 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Special Counsel to USA Commercial Mortgage Company | February 13, 2007 | 97 |
| Special Counsel to USA Commercial Mortgage Company | February 27, 2007 | 108 |

DATED: February 28, 2007

    /s/   Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122