|   |   |
|---|---|
| 1 | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449 |
| 2 | KEVIN A. DARBY, ESQ.<br>Nevada Bar No. 7670 |
| 3 | Law Offices of Alan R. Smith<br>505 Ridge Street |
| 4 | Reno, Nevada  89501<br>Telephone (775) 786-4579 |
| 5 | Facsimile (775) 786-3066<br>*Email: mail@asmithlaw.com* |
| 6 |   |
| 7 | Attorney for Lenders Protection Group |

*ELECTRONICALLY FILED -2/28/07*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| In Re: | Case Nos.: |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor.<br>_____/ | BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor.<br>_____/ | Hearing Date:    March 1, 2007<br>Hearing Time:    9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor.<br>_____/ | **DECLARATION OF DONNA CANGELOSI IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor.<br>_____/ |   |

Affects:
☐   All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

Law Offices of
**ALAN R. SMITH**
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Decl Cangelosi 22807.wpd

1   I, DONNA CANGELOSI, being first duly sworn, do depose and say under the penalty of
2   perjury:
3   1.  I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy
4   case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5
5   (Direct Lender Compromise Claims), and a member of the First Trust Deed Fund classified as B-5,
6   in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15,
7   2006.
8   2.  I have knowledge of and am competent to testify to the matters stated herein.
9   3.  Attached hereto as Exhibit A are true and correct copies of the loan statements,
10  including my Investor History Report and an itemization of loan servicing fees, which I received
11  from the Debtor.
12  4.  As detailed in Exhibit A, the Debtors have taken and are holding my property, namely
13  portions of post-petition payments made by third-party borrowers to me as a lender, which payments
14  are processed by Debtor USACM, as a loan servicer.
15  I hereby swear under penalty of perjury that the assertions of this Declaration are
16  true.
17  DATED: February 28, 2007

/s/ *Donna Cangelosi*
DONNA CANGELOSI

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\Appeals\USBC App 2nd\Decl Cangelosi 22807.wpd    - 2 -