ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | **DECLARATION OF HARRIET BENDER IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____/ | |
| Affects:   All Debtors<br>_____/ | |

I, Harriet Bender Trustee being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
_____
Legal Vesting Name

By: Harriet Bender, Trustee
_____
Name

declaration                              -2-

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Marlton Square
Client ID: 6361
Account ID: 6737
Loan Interest Rate: 13.00%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,394.00 | $717.32 | $4,332.18 | $5,344.50 | $4,409.69 | ($77.51) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $624.17 | $41.67 | | $5,927.01 | | ($77.51) |
| TOTALS: | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,018.17 | $758.98 | $4,332.18 | $5,927.01 | $4,409.69 | ($77.51) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Del Valle - Livingston
Client ID: 6361
Account ID: 6737
Loan Interest Rate: 12.50%
Original Service Fee: 0.50%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = I - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $17,107.89 | $1,086.02 | $10,949.54 | $5,072.32 | $10,145.01 | $804.53 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,135.51 | $83.33 | | $6,124.50 | | $804.53 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,243.40 | $1,169.35 | $10,949.54 | $6,124.50 | $10,145.01 | $804.53 |

1 This rate may be adjusted according to your loan servicing agreement.
This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

## USA Commercial Mortgage Company
### Investor History Report

**Vesting:** Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
**Loan:** 6425 Gess, LTD
**Client ID:** 6361
**Account ID:** 6375
**Loan Interest Rate:** 12.00%
**Original Service Fee:** 0.00%
**Current Service Fee:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/01/2007-PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,908.78 | $677.42 | $2,125.49 | $8,105.87 | $5,283.36 | ($3,157.87) |
| | 01/31/2007 Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $607.34 | $41.67 | | $8,671.54 | | ($3,157.87) |
| **TOTALS:** | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,516.12 | $719.09 | $2,125.49 | $8,671.54 | $5,283.36 | ($3,157.87) |

¹ This rate may be adjusted according to your loan servicing agreement.
This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement.
This statement is not intended to represent a loan payoff quote.
THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Del Valle - Livingston
Client ID: 6361
Account ID: 5737

Loan Interest Rate: 12.50%
Original Service Fee: 0.50%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES | $100,000.00 | | | | | $17,107.89 | $1,086.02 | $10,949.54 | $5,072.32 | $10,145.01 | $804.53 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,135.51 | $83.33 | | $6,124.50 | | $804.53 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,243.40 | $1,169.35 | $10,949.54 | $6,124.50 | $10,145.01 | $804.53 |

1 This rate may be adjusted according to your loan servicing agreement.
This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement.
This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

## USA Commercial Mortgage Company
### Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
Loan: 6425 Gess, LTD
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.00%
Original Service Fee: 0.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,908.78 | $677.42 | $2,125.49 | $8,105.87 | $5,283.36 | ($3,157.87) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $607.34 | $41.67 | | $8,671.54 | | ($3,157.87) |
| TOTALS: | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,516.12 | $719.09 | $2,125.49 | $8,671.54 | $5,283.36 | ($3,157.87) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Marlton Square
Client ID: 6361
Account ID: 6737
Loan Interest Rate: 13.00%
Original Service Fee: 0.50%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,394.00 | $717.32 | $4,332.18 | $5,344.50 | $4,409.69 | ($77.51) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $624.17 | $41.67 | | $5,927.01 | | ($77.51) |
| TOTALS: | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,018.17 | $758.98 | $4,332.18 | $5,927.01 | $4,409.69 | ($77.51) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

## USA Commercial Mortgage Company
### Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
Loan: Meadow Creek Partners, LLC
Client ID: 6351
Account ID: 6375
Loan Interest Rate: 13.00%
Original Service Fee: 1.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $0.00 | $100,000.00 | $100,000.00 | | | $7,977.92 | $586.11 | $7,391.81 | $0.00 | $5,448.65 | $1,943.16 |
| 01/25/2007 | Interest Paid to Investor | $0.00 | | | | | | | | | $303.56 | $1,634.61 |
| TOTALS: | | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $7,977.92 | $586.11 | $7,391.81 | $0.00 | $5,757.20 | $1,634.61 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company
## Investor History Report

**Vesting:** Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
**Loan:** Foxhill 216, LLC
**Client ID:** 6361
**Account ID:** 6375
**Loan Interest Rate:** 13.50%
**Original Service Fee:** 1.00%
**Current Service Fee¹:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $13,213.62 | $932.80 | $2,497.25 | $9,783.58 | $2,458.90 | $38.36 |
| 01/25/2007 | Interest Paid to Investor | $100,000.00 | | | | | | | | $9,783.58 | $6.09 | $32.27 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,284.73 | $83.33 | | $10,984.97 | | $32.27 |
| **TOTALS:** | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,498.35 | $1,016.13 | $2,497.25 | $10,984.97 | $2,464.99 | $32.27 |

¹ This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

Page - 1

## USA Commercial Mortgage Company
### Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
Loan: The Gardens, LLC Timeshare
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.50%
Original Service Fee: 0.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | PRIOR MONTH ENDING BALANCES | $61,684.82 | $38,315.18 | $37,818.79 | $496.40 | | $16,569.77 | $917.05 | $15,037.46 | $615.27 | $13,681.72 | $1,355.74 |
| 01/25/2007 | Interest Paid to Investor | $61,684.82 | | | | | | | | $615.27 | $215.28 | $1,140.46 |
| 01/25/2007 | Principal Paid To Investor | $61,684.82 | | $496.40 | | | | | | $615.27 | | $1,140.46 |
| 01/26/2007 | Interest Paid By Borrower | $61,684.82 | | | | | | | $765.36 | ($150.09) | | $1,905.82 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $61,684.82 | | | | | $671.15 | $51.40 | | $469.65 | | $1,905.82 |
| TOTALS: | | | $38,315.18 | $38,315.18 | $0.00 | $0.00 | $17,240.92 | $968.45 | $15,802.82 | $469.65 | $13,897.00 | $1,905.82 |

¹ This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

Page - 1