ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email: mail@asmithlaw.com*

Attorneys for Lenders Protection Group

***Electronically Filed - March 1, 2007***

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In re:
USA COMMERCIAL MORTGAGE COMPANY,

Debtor.
_____________________________________/

In re:
USA CAPITAL REALTY ADVISORS, LLC,
Debtor.
_____________________________________/

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
Debtor.
_____________________________________/

In re:
USA FIRST TRUST DEED FUND, LLC,
Debtor.
_____________________________________/

In re: USA SECURITIES, LLC,
Debtor.
_____________________________________/

Affects: All Debtors
_____________________________________/

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

JOINTLY ADMINISTERED
Chapter 11
Hearing Date: March 1, 2007
Hearing Time: 9:30 a.m.

**DECLARATION OF HARRIET BENDER IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL**

I, Harriet Bender Trustee, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Harriet Bender, Trustee of The Bender Family Trust dated 7/30/92 By-Pass Trust

Legal Vesting Name

By: Harriet Bender, Trustee
Name

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
Loan: Bay Pompano Beach
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 13.00%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| Date | Transaction | A<br>Investment | B<br>Principal Paid by Borrower | C<br>Principal Paid to Investor | D = B - C<br>Principal Owed to Investor | E<br>Unsecured / Diverted Principal | F<br>Interest Earned | G<br>Loan Service Fee Retained by USACM | H<br>Interest Paid by Borrower Net of Service Fee | I = F - G - H<br>Cumulative Amount Due from Borrower, Net of Service Fee | J<br>Interest Paid to Investor | K = H - J<br>Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $22,942.05 | $27,057.95 | $14,771.98 | | $12,285.97 | $6,451.51 | $331.96 | $4,662.32 | $1,457.23 | $4,624.15 | $38.17 |
| 01/25/2007 | Interest Paid to Investor | $22,942.05 | | | | $12,285.97 | | | | $1,457.23 | $6.06 | $32.11 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $22,942.05 | | | | $12,285.97 | $274.42 | $19.12 | | $1,712.53 | | $32.11 |
| TOTALS: | | $22,942.05 | $27,057.95 | $14,771.98 | $0.00 | $12,285.97 | $6,725.93 | $351.08 | $4,662.32 | $1,712.53 | $4,630.21 | $32.11 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust , dated 7/30/92
Loan: Del Valle - Livingston
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.50%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $17,107.89 | $1,086.02 | $10,949.54 | $5,072.32 | $10,654.53 | $295.02 |
| 01/25/2007 | Interest Paid to Investor | $100,000.00 | | | | | | | | $5,072.32 | $46.85 | $248.17 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,135.51 | $83.33 | | $6,124.50 | | $248.17 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,243.40 | $1,169.35 | $10,949.54 | $6,124.50 | $10,701.37 | $248.17 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust, dated 7/30/92
Loan: Meadow Creek Partners, LLC
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 13.00%
Original Service Fee: 1.00%
Current Service Fee¹: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $0.00 | $100,000.00 | $100,000.00 | | | $7,977.92 | $586.11 | $7,391.81 | $0.00 | $5,448.65 | $1,943.16 |
| 01/25/2007 | Interest Paid to Investor | $0.00 | | | | | | | | | $308.56 | $1,634.61 |
| TOTALS: | | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $7,977.92 | $586.11 | $7,391.81 | $0.00 | $5,757.20 | $1,634.61 |

¹ This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust , dated 7/30/92
Loan: Standard Property Development
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.50%
Original Service Fee: 1.00%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $11,522.03 | $889.88 | $3,597.81 | $7,034.35 | $3,514.29 | $83.52 |
| 01/25/2007 | Interest Paid to Investor | $100,000.00 | | | | | | | | $7,034.35 | $13.26 | $70.26 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,158.34 | $83.33 | | $8,109.35 | | $70.26 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,680.37 | $973.21 | $3,597.81 | $8,109.35 | $3,527.55 | $70.26 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust , dated 7/30/92
Loan: Del Valle - Livingston
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.50%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $17,107.89 | $1,086.02 | $10,949.54 | $5,072.32 | $10,654.53 | $295.02 |
| 01/25/2007 | Interest Paid to Investor | $100,000.00 | | | | | | | | $5,072.32 | $46.85 | $248.17 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,135.51 | $63.33 | | $6,124.50 | | $248.17 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,243.40 | $1,169.35 | $10,949.54 | $6,124.50 | $10,701.37 | $248.17 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007



Case 06-10725-gwz Doc 2939 Entered 03/01/07 08:43:49 Page 7 of 11

Mar 01 07 12:46a p.6

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust , dated 7/30/92
Loan: Standard Property Development
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.50%
Original Service Fee: 1.00%
Current Service Fee[1]: 1.00%

| Date | Transaction | A<br>Investment | B<br>Principal Paid by Borrower | C<br>Principal Paid to Investor | D = B - C<br>Principal Owed to Investor | E<br>Unsecured / Diverted Principal | F<br>Interest Earned | G<br>Loan Service Fee Retained by USACM | H<br>Interest Paid by Borrower Net of Service Fee | I = F - G - H<br>Cumulative Amount Due from Borrower, Net of Service Fee | J<br>Interest Paid to Investor | K = H - J<br>Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $11,522.03 | $889.88 | $3,597.81 | $7,034.35 | $3,514.29 | $83.52 |
| 01/25/2007 | Interest Paid to Investor | $100,000.00 | | | | | | | | $7,034.35 | $13.26 | $70.26 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,158.34 | $83.33 | | $8,109.35 | | $70.26 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,680.37 | $973.21 | $3,597.81 | $8,109.35 | $3,527.55 | $70.26 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of The Bender Family Trust, By-Pass Trust , dated 7/30/92
Loan: 6425 Gess, LTD
Client ID: 6361
Account ID: 6375
Loan Interest Rate: 12.00%
Original Service Fee: 0.00%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,908.78 | $677.42 | $2,125.49 | $8,105.87 | $5,283.36 | ($3,157.87) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $607.34 | $41.67 | | $8,671.54 | | ($3,157.87) |
| TOTALS: | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,516.12 | $719.09 | $2,125.49 | $8,671.54 | $5,283.36 | ($3,157.87) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Del Valle - Livingston
Client ID: 6361
Account ID: 6737
Loan Interest Rate: 12.50%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $100,000.00 | | | | | $17,107.89 | $1,086.02 | $10,949.54 | $5,072.32 | $10,145.01 | $804.53 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $100,000.00 | | | | | $1,135.51 | $83.33 | | $6,124.50 | | $804.53 |
| TOTALS: | | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,243.40 | $1,169.35 | $10,949.54 | $6,124.50 | $10,145.01 | $804.53 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

USA CAPITAL

# USA Commercial Mortgage Company

## Investor History Report

Vesting: Harriet Bender Trustee of the Bender Family Trust dtd 7/30/92 Survivors Trust
Loan: Marlton Square
Client ID: 6361
Account ID: 6737
Loan Interest Rate: 13.00%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| | | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $10,394.00 | $717.32 | $4,332.18 | $5,344.50 | $4,409.69 | ($77.51) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $624.17 | $41.67 | | $5,927.01 | | ($77.51) |
| TOTALS: | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,018.17 | $758.98 | $4,332.18 | $5,927.01 | $4,409.69 | ($77.51) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007