ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorneys for Lenders Protection Group

*Electronically Filed - March 1, 2007*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | **DECLARATION OF ROBERT B. BENDER IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____/ | |
| Affects:   All Debtors<br>_____/ | |

I, ___Robert B Bender___ being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

_IRA_

___Robert B. Bender___
Legal Vesting Name

By: ___Robert B Bender___
Name

declaration                    -2-

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for December 1, 2006 through December 31, 2006**     **Account ID:** 6201

Robert B. Bender & Paula S. Bender, husband & wife, as joint tenants with right of survivorship

733 Champagne Rd
Incline Village, Nv 89451-8000

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| Bay Pompano Beach | $0.00 | $0.00 | $0.00 | $172.99 | $172.99 |
| Foxhill 216, LLC | $0.00 | $0.00 | $0.00 | $1.67 | $1.67 |
| J. Jireh's Corporation | $0.00 | $0.00 | $0.00 | $1,592.34 | $1,592.34 |
| Margarita Annex | $0.00 | $0.00 | $0.00 | ($2,583.91) | ($2,583.91) |
| Ocean Atlantic | $0.00 | $0.00 | $0.00 | $858.74 | $858.74 |
| Slade Development | $0.00 | $0.00 | $0.00 | $19.68 | $19.68 |
| Standard Property Development | $0.00 | $0.00 | $0.00 | ($61.51) | ($61.51) |
|  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Prior Period Holdback:
Uncollected Amount ($1,689.06)

Court Required Holdbacks:
Collection Costs ($28.84)
Prepetition Receipts ($3,028.73)
**Net Check Amount** **($4,746.63)**

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH DECEMBER 31, 2006

Page - 1


A





# ROBERT B. BENDER

| Account #: 9904008 | | | | | Account Detail On: 12/31/2006 |
|---|---|---|---|---|---|
| | | Shares | Unit Price | Cost | Market Value |
| **Cash** | % of Portfolio: 0.00% | | | | |
| Cash | | | | 0.00 | 0.00 |
| **Other** | | | | | |
| **Real Estate** | % of Portfolio: 36.43% | | | | |
| Meadow Creek Partners LLC | | 175,000.00 | 1.0000 | 175,000.00 | 175,000.00 |
| **Tax Free** | | | | | |
| **Money Market - Tax Exempt** | % of Portfolio: 63.57% | | | | |
| Money Market | | 305,420.75 | 1.0000 | 305,420.75 | 305,420.75 |
| | Grand Total | 480,420.75 | | 480,420.75 | 480,420.75 |

**INVESTMENT PRODUCTS: NOT FDIC INSURED * NO BANK GUARANTEE * MAY LOSE VALUE**



# ROBERT B. BENDER

| **Account #: 9904008** | **Transactions Listing: 10/01/2006 to 12/31/2006** |

## Cash Receipts

| Posted | Dividend - Tax Free | Income Cash | Principal Cash |
|---|---|---:|---:|
| 10/02/2006 | Dividend - Tax Free of Money Market | 0.00 | 250.21 |
| 11/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 258.75 |
| 12/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 250.62 |
| 12/29/2006 | Dividend - Tax Free of Money Market | 0.00 | 242.47 |
|  | Dividend - Tax Free Total | 0.00 | 1,002.05 |

## Money Market Activity

|  | Income Cash | Principal Cash |
|---|---:|---:|
| Purchase | 0.00 | -1,002.05 |