ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: March 1, 2007<br>Hearing Time: 9:30 a.m.<br><br>**DECLARATION OF JOHN R. AND MARGARET CANGELOSI IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

I, Margaret M. Cangelosi, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan and or check statements which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

          <u>John R. and Margaret M. Cangelosi</u>
          Legal Vesting Name

By: <u>Margaret M Cangelosi</u>
     Name

declaration.doc

- 2 -

## USA Commerical Mortgage Company
### as Loan Servicing Agent for Loans Listed Below
### Loan Summary for Client ID 1771

## Individual Investments

**Vesting Name:** John R. Cangelosi & Margaret M. Cangelosi, husband & wife, as joint tenants with right of survivorship

**Address:** JOHN R CANGELOSI & MARGARET M CANGELOSI
346 GRIGGS AVE
TEANECK, NJ 07666-3155

| Loan Name | Dates | Performance Evaluation | Original Investment | Current Investment | Principal Due to (from) Investor USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|---|
| BarUSA/$15,300,000 | 11/21/03 - 06/30/06 | Non-Performing | $40,000 | $40,000 | $0 | ($1,284) | ($1,284) |
| Ashby Financial $7,200,000 | 05/03/04 - 06/30/06 | Non-Performing | $50,000 | $50,000 | $0 | ($11,050) | ($11,050) |
| Placer Vineyards | 12/15/04 - 06/30/06 | Non-Performing | $50,000 | $50,000 | $0 | ($2,146) | ($2,146) |
| | | **Totals:** | $140,000 | $140,000 | $0 | ($14,480) | ($14,480) |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

**Prepared by MFIM, LLC**              THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

