ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In re:
USA COMMERCIAL MORTGAGE COMPANY,
     Debtor.
_____/
In re:
USA CAPITAL REALTY ADVISORS, LLC,
     Debtor.
_____/
In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
     Debtor.
_____/
In re:
USA FIRST TRUST DEED FUND, LLC,
     Debtor.
_____/
In re: USA SECURITIES, LLC,
     Debtor.
_____/
Affects:   All Debtors
_____/

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

JOINTLY ADMINISTERED
Chapter 11
Hearing Date:   March 1, 2007
Hearing Time:   9:30 a.m.

**DECLARATION OF LYNN L. FETTERLY IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL**

I, Lynn L. FETTERLY, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Lynn L. Fetterly &
Melody A. Fetterly Trustees of the
Fetterly Family Trust dated 6/30/89
Legal Vesting Name

By: _Lynn L. Fetterly_
Name
Lynn L. Fetterly, Trustee

PO Box 986
Incline Village, NV 89450

Declaration

-2-

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for December 1, 2006 through December 31, 2006**        **Account ID:    866**

Lynn L Fetterly & Melody A. Fetterly Trustees of the Fetterly Family Trust dated 6/30/89

Trust Dated 6/30/89
C/O Lynn L Fetterly & Melody A Fetterly Trustees
Po Box 5986
Incline Village, Nv  89450-5986

| Loan Name | Principal Received In Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received In Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| Castaic Partners II, LLC | $0.00 | $0.00 | $0.00 | ($649.97) | ($649.97) |
| Foxhill 216, LLC | $0.00 | $0.00 | $0.00 | $17.77 | $17.77 |
| Hesperia II | $0.00 | $0.00 | $0.00 | $354.45 | $354.45 |
| Oak Shores II | $0.00 | $0.00 | $0.00 | $63.49 | $63.49 |
| Urban Housing Alliance - 435 Lofts | $0.00 | $0.00 | $0.00 | $214.27 | $214.27 |
|  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Prior Period Holdback:
Uncollected Amount        ($250.00)

Court Required Holdbacks:
Collection Costs          ($20.20)
Prepetition Receipts      ($976.29)
**Net Check Amount**      **($1,246.49)**

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH DECEMBER 31, 2006

Page - 1

