ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | **DECLARATION OF CHARLES E. FULLER IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____/ | |
| Affects:   All Debtors<br>_____/ | |

I, _Charles E. Johnson__, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan and or check statements which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Janet P. Johnson and Charles E. Johnson Trustees of the Janet P. Johnson Living Trust dated 7/15/04._

                    Legal Vesting Name

By: _Charles E. Johnson_
         Name

declaration.doc

- 2 -

Client ID: 3537
Trust ???

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

### Loan Summary for Client ID    5453
Acct

### Individual Investments

Janet P. Johnson & Charles E. Johnson Trustees of the Janet P. Johnson Living Trust dated 7/15/04
TRUST DATED 7/15/04
C/O JANET P JOHNSON & CHARLES E JOHNSON TRUSTEES 17 FRONT ST
PALM COAST, FL 32137-1453

| Loan Name | Dates | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|
| Castaic Partners II, LLC | 7/18/05 - 6/30/06 | $100,000.00 | $100,000.00 | $0.00 | -$1,425.23 | -$1,425.23 |
| Foxhill 216, LLC | 1/26/06 - 6/30/06 | $100,000.00 | $100,000.00 | $0.00 | $1,311.49 | $1,311.49 |
| HFA- North Yonkers | 1/13/05 - 6/30/06 | $100,000.00 | $0.00 | $100,000.00 | $2,189.53 | $102,189.53 |
| Marquis Hotel | 8/20/04 - 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$7,272.44 | -$7,272.44 |
| Oak Shores II | 5/25/05 - 6/30/06 | $100,000.00 | $79,522.18 | $0.00 | $2,655.00 | $2,655.00 |
| SVRB $4,500,000 | 4/29/05 - 6/30/06 | $100,000.00 | $31,846.26 | $0.00 | $1,551.65 | $1,551.65 |
| | Totals: | $550,000.00 | $361,168.44 | $100,000.00 | -$990.00 | $99,010.00 |
| | Less: Court Required Holdback | | | | | -3,724.44 |
| | | | | | Net check amount: | $95,285.56 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC                                THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006

Page - 1