ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorneys for Lenders Protection Group

| |
|---|
| ***Electronically Filed - March 1, 2007*** |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In re:
USA COMMERCIAL MORTGAGE
COMPANY,

     Debtor.
_____ /

In re:
USA CAPITAL REALTY ADVISORS,
LLC,
     Debtor.
_____ /

In re:
USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,
     Debtor.
_____ /

In re:
USA FIRST TRUST DEED FUND, LLC,
     Debtor.
_____ /

In re: USA SECURITIES, LLC,
     Debtor.
_____ /

Affects:   All Debtors
_____ /

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

JOINTLY ADMINISTERED
Chapter 11
Hearing Date:   March 1, 2007
Hearing Time:   9:30 a.m.

**DECLARATION OF PAUL S. BENDER
IN SUPPORT OF MOTION FOR
LIMITED STAY PENDING APPEAL**

*PAULA S. BENDER*

I, _____ being first duly sworn, do depose and say under the penalty of perjury:

　　1.　　I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

　　2.　　I have knowledge of and am competent to testify to the matters stated herein.

　　3.　　Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

　　4.　　As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

　　I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007    *PAULA S. BENDER — IRA*

_____
Legal Vesting Name

By: _____
Name

_____

_____

Declaration                           - 2 -





# PAULA S. BENDER

**Account #: 9903832**             **Account Detail On: 12/31/2006**

| | | Shares | Unit Price | Cost | Market Value |
|---|---|---|---|---|---|
| **Cash** | % of Portfolio: 0.00% | | | | |
| Cash | | | | 0.00 | 0.00 |
| **Other** | | | | | |
| **Real Estate** | % of Portfolio: 92.17% | | | | |
| John & Carol King- Oak Shores II- $15,150.000 | | 250,000.00 | 1.0000 | 250,000.00 | 250,000.00 |
| Lerin Hill Ltd | | 98,000.00 | 1.0000 | 98,000.00 | 98,000.00 |
| | Real Estate Total | 348,000.00 | | 348,000.00 | 348,000.00 |
| **Tax Free** | | | | | |
| **Money Market - Tax Exempt** | % of Portfolio: 7.83% | | | | |
| Money Market | | 29,570.81 | 1.0000 | 29,570.81 | 29,570.81 |
| | Grand Total | 377,570.81 | | 377,570.81 | 377,570.81 |

**INVESTMENT PRODUCTS: NOT FDIC INSURED * NO BANK GUARANTEE * MAY LOSE VALUE**

$A$


**FIRST SAVINGS BANK**

# PAULA S. BENDER

| Account #: 9903832 | Transactions Listing: 10/01/2006 to 12/31/2006 |
|---|---|

## Cash Receipts

| Posted | Dividend - Tax Free | Income Cash | Principal Cash |
|---|---|---|---|
| 10/02/2006 | Dividend - Tax Free of Money Market | 0.00 | 23.49 |
| 11/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 24.49 |
| 12/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 24.27 |
| 12/29/2006 | Dividend - Tax Free of Money Market | 0.00 | 23.48 |
| | Dividend - Tax Free Total | 0.00 | 95.73 |

| Posted | Interest - Mortgage | Income Cash | Principal Cash |
|---|---|---|---|
| 10/24/2006 | Interest - Mortgage of $895.85 of John & Carol King- Oak Shores II- $15,150.000 | 0.00 | 895.85 |
| | Cash Receipts Total | 0.00 | 991.58 |

## Cash Disbursements

| Posted | Fee payment | Income Cash | Principal Cash |
|---|---|---|---|
| 10/31/2006 | Fees paid from account of $2.24 | 0.00 | -2.24 |
| | Grand Total | 0.00 | 989.34 |

### Money Market Activity

| | Income Cash | Principal Cash |
|---|---|---|
| Purchase | 0.00 | -991.58 |
| Sale | 0.00 | 2.24 |
| Money Market Activity Total | 0.00 | -989.34 |