ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____ / | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____ / | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:  March 1, 2007<br>Hearing Time:  9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____ / | **DECLARATION OF JOHN A. M. HANDAL IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____ / | |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____ / | |
| Affects:  All Debtors<br>_____ / | |

I, John A.M. Handal___, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan and or check statements which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

_____/s/ Handal_____
Legal Vesting Name

By:__John A.M.Handal_____

Name

3575 Siskiyou CT., Hayward, CA 94542_____

Phone: _510-581-3754

3754_____

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Loan Summary for Client ID    5811**

### Individual Investments

John A. M. Handal, a single man
3575 SISKIYOU CT

HAYWARD, CA  94542-2519

| Loan Name | Dates | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|
| 5252 Orange, LLC | 12/23/05 - 6/30/06 | $25,000.00 | $0.00 | $25,000.00 | $1,193.77 | $26,193.77 |
| Comman Toltec 160, LLC | 6/28/05 - 6/30/06 | $75,000.00 | $75,000.00 | $0.00 | $2,575.64 | $2,575.64 |
| Foxhill 216, LLC | 1/26/06 - 6/30/06 | $100,000.00 | $100,000.00 | $0.00 | $1,311.49 | $1,311.49 |
| Gateway Stone | 11/21/05 - 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | $484.56 | $484.56 |
| HFA- Windham | 11/16/04 - 6/30/06 | $250,000.00 | $250,000.00 | $0.00 | -$39,166.63 | -$39,166.63 |
| Huntsville | 12/6/04 - 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$868.65 | -$868.65 |
| J. Jireh's Corporation | 9/2/05 - 6/30/06 | $100,000.00 | $100,000.00 | $0.00 | $4,083.02 | $4,083.02 |
| Placer Vineyards | 12/15/04 - 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$2,107.41 | -$2,107.41 |
| Universal Hawaii | 1/28/05 - 6/30/06 | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | | $750,000.00 | $675,000.00 | $25,000.00 | -$32,494.21 | -$7,494.21 |
| Less: | | | | | | |
| Court Required Holdback | | | | | | -137.50 |
| | | | | | Net check amount: | -$7,631.71 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC

THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006

Page - 1

A

**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

Check Statement for October 1, 2006 through October 31, 2006                      Account ID:        5811

John A. M. Handal, a single man

3575 SISKIYOU CT
HAYWARD, CA   94542-2519

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| Gateway Stone | $0.00 | $0.00 | $0.00 | $498.16 | $498.16 |
| Huntsville | $0.00 | -$0.00 | $0.00 | ($1,620.76) | ($1,620.76) |
| J. Jireh's Corporation | $0.00 | $23,513.86 | $0.00 | $6,150.96 | $29,664.82 |
| HFA- Windham | $0.00 | $0.00 | $0.00 | ($39,166.63) | ($39,166.63) |
| Placer Vineyards | $0.00 | $0.00 | $0.00 | ($1,959.31) | ($1,959.31) |
| Comman Toltec 160, LLC | $0.00 | $0.00 | $687.50 | $4,225.00 | $4,912.50 |
| Foxhill 216, LLC | $0.00 | $0.00 | $0.00 | $1,316.70 | $1,316.70 |
| 5252 Orange, LLC | $0.00 | $5,847.56 | $0.00 | $1,194.45 | $7,042.02 |
| Universal Hawaii | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $29,361.42 | $687.50 | ($29,361.42) | $687.50 |

Court Required Holdbacks:

| | |
|---|---|
| 2% Service Fees | ($125.00) |
| Collection Costs | ($8.72) |
| **Net Check Amount** | **$553.78** |

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH OCTOBER 31, 2006

Page - 1

| | | | 96002 |
|---|---|---|---|
| USA COMMERCIAL MORTGAGE COLLECTION<br>DEBTOR IN POSSESSION<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121<br>PH. (702) 734-2400 | | Bank of America | 32-1/1110 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

DATE: 11/30/2006

AMOUNT: $553.78

FIVE HUNDRED FIFTY-THREE DOLLARS AND SEVENTY-EIGHT CENTS

PAY TO THE ORDER OF

John A. M. Handal
3575 SISKIYOU CT
HAYWARD, CA  94542-2519

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑄096002⑄ ⑆111000012⑆ 375 553 2396⑄