ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____/<br>Affects:   All Debtors<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m.<br><br>**DECLARATION OF CHARLES MARADEN IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |

I, Charles Marada, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

VALERIE CALLAHAN A SINGLE WOMAN
Legal Vesting Name
Charles MARADCN A SINGLE MAN
WITH JTWOS

By: /s/ Charles R Marada
    Name

declaration                               -2-

# USA Commercial Mortgage Company
## Investor History Report

**Vesting:** Valerie Callahan, an unmarried woman, & Charles R. Maraden, an unmarried man, as joint tenants with right of survivorship
**Loan:** 6425 Gess, LTD
**Client ID:** 3011
**Account ID:** 2537
**Loan Interest Rate:** 12.00%
**Original Service Fee:** 0.00%
**Current Service Fee[1]:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $250,000.00 | | | | | $54,543.88 | $3,387.10 | $10,627.45 | $40,529.33 | $26,416.64 | ($15,789.19) |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $250,000.00 | | | | | $3,036.72 | $208.33 | | $43,357.72 | | ($15,789.19) |
| **TOTALS:** | | **$250,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$57,580.60** | **$3,595.43** | **$10,627.45** | **$43,357.72** | **$26,416.64** | **($15,789.19)** |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

Page - 1

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for January 1, 2007 through January 31, 2007**  Account ID: **2537**

Valerie Callahan, an unmarried woman, & Charles R. Maraden, an unmarried man, as joint tenants with right of survivorship

12585 Creek Crest Dr
RENO, NV  89511-7784

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| 6425 Gess, LTD | $0.00 | $0.00 | $0.00 | ($15,789.19) | ($15,789.19) |
| Lake Helen Partners | $0.00 | $0.00 | $0.00 | $338.02 | $338.02 |
|  | $0.00 | $0.00 | $0.00 | ($15,451.18) | ($15,451.18) |

Prior Period Holdback:
Uncollected Amount  ($426.96)

Court Required Holdbacks:
Collection Costs  ($21.27)
Net Check Amount  ($15,899.41)

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH JANUARY 31, 2007

# USA Commercial Mortgage Company
## Investor History Report

**Vesting:** Valerie Callahan, an unmarried woman, & Charles R. Maraden, an unmarried man, as joint tenants with right of survivorship
**Loan:** Lake Helen Partners
**Client ID:** 3011
**Account ID:** 2537
**Loan Interest Rate:** 14.50%
**Original Service Fee:** 0.50%
**Current Service Fee:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $40,509.03 | | | | | | | | $5,146.10 | | $338.02 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $40,509.03 | $9,490.97 | $9,392.95 | | $98.02 | $14,039.39 | $643.66 | $8,249.63 | $5,686.74 | $7,911.61 | $338.02 |
| **TOTALS:** | | $40,509.03 | $9,490.97 | $9,392.95 | $0.00 | $98.02 | $14,613.78 | $677.42 | $8,249.63 | $5,686.74 | $7,911.61 | $338.02 |

1 This rate may be adjusted according to your loan servicing agreement.
This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

Page - 1