ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email: mail@asmithlaw.com*

Attorneys for Lenders Protection Group

> *Electronically Filed - March 1, 2007*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>    Debtor.<br>_____ / | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS,<br>LLC,<br>    Debtor.<br>_____ / | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>    Debtor.<br>_____ / | |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____ / | **DECLARATION OF RICHARD R.<br>TRACY  IN SUPPORT OF<br>MOTION FOR LIMITED STAY<br>PENDING APPEAL** |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____ / | |
| Affects:   All Debtors<br>_____ / | |

I, *Richard R. Tracy*, being first duly sworn, do depose and say under the penalty of perjury:

1.    I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2.    I have knowledge of and am competent to testify to the matters stated herein.

3.    Attached hereto as Exhibit A are true and correct copies of the loan and or check statements which I received from the Debtor.

4.    As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

*Richard R. Tracy and Ursula W. Tracy*
*husband and wife, as joint tennants*
*with right of survivorship*
_____
Legal Vesting Name

By: *Richard R. Tracy* .
_____
Name

*P.O. Box 1404*
_____
*Carson City NV  89702-1404*
_____

- 2 -

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for January 1, 2007 through January 31, 2007**                    Account ID:    6179

Richard R. Tracy & Ursula W. Tracy, husband & wife, as joint tenants with right of survivorship

Po Box 1404
CARSON CITY, NV   89702-1404

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| Bundy Canyon $5,725,000 | $0.00 | $0.00 | $0.00 | $4,845.58 | $4,845.58 |
| HFA- Clear Lake | $0.00 | $0.00 | $0.00 | ($6,766.70) | ($6,766.70) |
|  | $0.00 | $0.00 | $0.00 | ($1,921.12) | ($1,921.12) |

Prior Period Holdback:

Uncollected Amount                    ($159.39)

Net Check Amount                    ($2,080.51)

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH JANUARY 31, 2007

