ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>       Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>       Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>       Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>       Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>       Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date:    March 1, 2007<br>Hearing Time: 9:30 a.m.<br><br>**DECLARATION OF ROBERT ULM — IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |

Affects:
☐    All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

I, Robert W. Ulm, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Robert W. Ulm Trustee of the Robert Ulm Living Trust
Legal Vesting Name    dated 4/11/05

By: _____
         Name

declaration                                                          -2-

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for December 1, 2006 through December 31, 2006**          **Account ID: 6579**

Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05

Trust Dated 4/11/05
C/O Robert W Ulm Trustee
414 Morning Glory Rd
Saint Marys, Ga  31558-4139

*Thru deduction*

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| 5055 Collwood, LLC | $0.00 | $0.00 | $546.93 | $2,958.39 | $3,505.32 |
| 5252 Orange, LLC | $0.00 | $0.00 | $0.00 | $738.75 | $738.75 |
| Ashby Financial $7,200,000 | $0.00 | $0.00 | $0.00 | $1,582.86 | $1,582.86 |
| Fiesta Oak Valley | $0.00 | $0.00 | $0.00 | ($5,488.89) | ($5,488.89) |
| Gramercy Court Condos | $0.00 | $0.00 | $0.00 | ($131.05) | ($131.05) |
| Hasley Canyon | $0.00 | $0.00 | $0.00 | $10,284.14 | $10,284.14 |
| HFA- North Yonkers | $0.00 | $0.00 | $0.00 | $781.84 | $781.84 |
| HFA- Riviera 2nd | $0.00 | $0.00 | $0.00 | $941.19 | $941.19 |
| HFA-Clear Lake 2nd | $0.00 | $0.00 | $0.00 | ($2,588.86) | ($2,588.86) |
| Lerin Hills | $0.00 | $0.00 | $0.00 | $591.39 | $591.39 |
| Mountain House Business Park | $0.00 | $0.00 | $0.00 | ($60.40) | ($60.40) |
| Placer Vineyards | $0.00 | $0.00 | $0.00 | ($1,959.32) | ($1,959.32) |
| Shamrock Tower, LP | $0.00 | $0.00 | $0.00 | ($7,650.03) | ($7,650.03) |
| Universal Hawaii | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $546.93 | $0.00 | $546.93 |

*18750.6 = total port that's based on 2%.*

**Court Required Holdbacks:**

|  |  |
|---|---|
| 2% Service Fees | ($312.51) |
| Collection Costs | ($28.27) |
| **Net Check Amount** | **$206.16** |

*of What?*
*# 15,625.50*

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH DECEMBER 31, 2006



**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

**Check Statement for September 1, 2006 through September 30, 2006**   Account ID:   6579

Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05

TRUST DATED 4/11/05
C/O ROBERT W ULM TRUSTEE
414 MORNING GLORY RD
SAINT MARYS, GA   31558-4139

*[handwritten annotations at top right: "Cumulative <prepaid> Collected All interest"]*

*[handwritten column date headers:] 8/31 → 9/30 | 4/13 – 8/31 | 8/31 – 9/30 | 4/13 – 8/31*

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period NET94% | Prior Period Interest Due to (from) Investor Adj - | Total Due to (from) Investor |
|---|---|---|---|---|---|
| 5055 Collwood, LLC | ($769.96) | $10,460.80 | $556.86 | $3,367.44 | $15,155.07 |
| 5252 Orange, LLC | $0.00 | $2,885.91 | $0.00 | $1,194.46 | $4,080.37 |
| Ashby Financial $7,200,000 *Fully paid int limited to #10,740.53* | $50,000.00 | $0.00 | $7,825.95 | ($5,066.69) | $52,559.26 |
| Fiesta Oak Valley | $0.00 | $0.00 | $0.00 | ($5,488.89) | ($5,488.89) |
| Gramercy Court Condos | $0.00 | $0.00 | $0.00 | ($131.05) ✓ | ($131.05) |
| Hasley Canyon | $0.00 | $0.00 | $0.00 | ($13,135.85) | ($13,135.85) |
| HFA- North Yonkers | $0.00 | $5,771.83 | $0.00 | $1,264.12 | $7,035.95 |
| HFA- Riviera 2nd | $0.00 | $5,771.83 | $0.00 | $1,521.77 | $7,293.60 |
| HFA-Clear Lake 2nd | $0.00 | $0.00 | $0.00 | ($2,588.86) | ($2,588.86) |
| Lerin Hills | $0.00 | $0.00 | $0.00 | $956.19 | $956.19 |
| Mountain House Business Park | $0.00 | $0.00 | $0.00 | ($60.40) | ($60.40) |
| Placer Vineyards | $0.00 | $0.00 | $0.00 | ($1,959.32) | ($1,959.32) |
| Shamrock Tower, LP | $0.00 | $0.00 | $0.00 | ($7,650.03) | ($7,650.03) |
| Universal Hawaii | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $50,769.96 ✓ | $24,890.37 | $8,182.82 | ($27,777.12) | $56,066.02 |

*[handwritten: $220.97 less]*

Prior Period Holdback:
  Uncollected Amount   7208   ($3,861.87)
  Released Amount   ?   $3,346.14
     ($515.73)   1797.87

Court Required Holdbacks:
  2% Service Fees  All dist   ($1,163.88)
  Collection Costs  Loans ?   ($118.26)
  Net Check Amount  -   $54,268.18

*[handwritten notes lower left:]*
Ashby –
($10,740.53) (Both)
+ 7625.95 Trust
$(3114.58) Individual?

Minus
316

*[middle handwritten:]*
credit for
netting holdback
Amounts held back
so far cumulative
As they have taken

*[right handwritten:]*
A ($6,748.62) comes from 9/31 statement
7208 wiped this out - maybe they picked up large 2% holdback?

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH SEPTEMBER 30, 2006

Page - 1

**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

original 3748

Check Statement for July 1, 2006 through August 31, 2006          Account ID: 6579

Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05

TRUST DATED 4/11/05
C/O ROBERT W ULM TRUSTEE
414 MORNING GLORY RD
SAINT MARYS, GA  31558-4139

*[handwritten: TRUST  prior period before adjstm]*

| Loan Name | Principal Received in Current Period (7/1→8/31) | Prior Period Principal Due to (from) Investor (4/13-6/30) *net/HOLDBACK* | Net Interest Received in Current Period (7/1→8/31) *net 99%* | Prior Period Interest Due to (from) Investor (4/13-6/30) *Adjusted* | Total Due to (from) Investor |
|---|---|---|---|---|---|
| 5055 Collwood, LLC | $9,598.70 | $862.10 | $1,219.06  *147.78* | $2,148.38 ✓ | $13,828.24 |
| 5252 Orange, LLC | $0.00 | $2,885.91 | $0.00 *1193.77* | $1,194.45 ✓ | $4,080.87 |
| Ashby Financial $7,200,000 | $0.00 | $0.00 | $0.00 *(4907.04)* | ($5,066.69) | ($5,066.69) |
| Fiesta Oak Valley | $0.00 | $0.00 | $0.00 *(3888.14)* | ($5,488.89) | ($5,488.89) |
| Gramercy Court Condos | $0.00 | $0.00 | $0.09 *+44.77* | ($131.13) | ($131.05) |
| Hasley Canyon | $0.00 | $0.00 | $0.00 *(4272.21)* | ($13,135.85) | ($13,135.85) |
| HFA- North Yonkers | $0.00 | $5,771.83 | $0.00 *1266.84* | $1,264.12 | $7,035.95 |
| HFA- Riviera 2nd | $0.00 | $5,771.83 | $0.00 *1560.26* | $1,521.77 | $7,293.60 |
| HFA-Clear Lake 2nd | $0.00 | $0.00 | $0.00 *(  )* | ($2,588.86) | ($2,588.86) |
| Lerin Hills | $0.00 | $0.00 | $1.82 *968.40* | $954.36 | $956.18 |
| Mountain House Business Park | $0.00 | $0.00 | $0.00 *190.14* | ($80.40) | ($80.40) |
| Placer Vineyards | $0.00 | $0.00 | $0.00 *(1292.43)* | ($1,959.32) | ($1,959.32) |
| Shamrock Tower, LP | $0.00 | $0.00 | $0.00 *(5706.69)* | ($7,650.03) | ($7,650.03) |
|  | $9,598.70 | $15,291.67 | $1,220.96 *(15241.67)* | ($28,988.09) *(13/06. more)* | ($2,886.76) ✓ |

*[handwritten annotations near table: prorata; 15291.67 / $132,408 = 11¢ / $1000]*

Court Required Holdbacks:
2% Service Fees     ALL Distributions              ($3,487.28)
Appraisal Costs     which loans                    ($222.76)
Collection Costs    which loans         3661.86    ($151.83)
                            Net Check Amount:      ($6,748.62)

*[handwritten bottom-left:]*
+ 9598
+ 1220
+ 15291
− 28,988
─────
<2886.76>
+ Holdbacks
$ 6748.62

*[handwritten center:]* due me from netting in holdback Subject to Court Confirmation

*[handwritten right:]* increase in prior period interest amount

*[handwritten large bottom:]* July 1 — Aug 31, 2006

*[handwritten right side:]* 2.00%  distrib-gross → 174,364  Trust payin 139,892  $ 34,532 ?  Where  interest collected in prior period?*

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH AUGUST 31, 2006

Page -1

# ENDING 6-30-06

**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

Loan Summary for Client ID  6579

**Individual Investments**   original 3748    **TRUST**

Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05
TRUST DATED 4/11/05
C/O ROBERT W ULM TRUSTEE 414 MORNING GLORY RD
SAINT MARYS, GA 31558-4139

| Loan Name | Dates | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|
| 5056 Collwood, LLC 2nd | 2/28/05 – 6/30/05 | $95,000.00 | $42,531.84 | $7,468.16 | $2,447.78 | $9,915.94 |
| 5252 Orange, LLC | 12/23/05 – 6/30/06 | $25,000.00 | $0.00 | $25,000.00 | $1,193.77 | $26,193.77 |
| Ashby Financial $7,200,000 | 3/1/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | ($1,987.94) | -$1,987.94 |
| Fiesta Oak Valley | 5/1/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | ($3,868.49) | -$3,868.49 |
| Gramercy Court Condos | 5/1/05 – 6/30/06 | $50,000.00 | $100,000.00 | $0.00 | $44.77 | $44.77 |
| Hasley Canyon | 5/5/05 – 6/30/06 | $150,000.00 | $50,000.00 | $0.00 | ($4,272.21) | -$4,272.21 |
| HFA-North Yonkers | 4/22/05 – 6/30/06 | $50,000.00 | $0.00 | $50,000.00 | $1,265.94 | $51,265.94 |
| HFA-Riviera 2nd | 5/5/05 – 6/30/06 | $50,000.00 | $0.00 | $50,000.00 | $1,560.25 | $51,560.25 |
| HFA-Clear Lake 2nd | 7/11/05 – 6/30/06 | $25,000.00 | $25,000.00 | $0.00 | ($2,588.96) | -$2,588.96 |
| Lerin Hills | 11/23/05 – 6/30/06 | $25,000.00 | $25,000.00 | $0.00 | $960.40 | $960.40 |
| Mountain House Business Park | 5/5/05 – 6/30/06 | $50,000.00 | $0.00 | $0.00 | $190.14 | $190.14 |
| Placer Vineyards | 6/1/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | ($1,292.43) | -$1,292.43 |
| Shamrock Tower, LP | 5/1/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | ($5,706.69) | -$5,706.69 |
| Universal Hawaii | 5/1/05 – 6/30/06 | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | | $725,000.00 | $442,531.84 | $132,468.16 | ($15,291.67) | $117,176.48 |

Less:
Court Required Holdback                          -3,346.14
Net check amount:                                $113,830.34

Handwritten notes:

- 22653.73 netted interest
+ 7,364 distribution
- 15,291.67 deduction from distribution
2% = 149.36 Collwood
    500. Orange
    1000 - Yonkers
    500 - Riviera

+132,468 principal
+ 7,364 distribution
= 139,832 Total credits
= 113,830
       28,804.71

29109.777
28805

28,774.37
29.52

1850.64
1495.5

$26,002
Total deductions  717.68
- 3,346 Holdbacks

$22,656 - netted interest

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC

THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006

Page - 1