ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>　　　　Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>Hearing Date: March 1, 2007<br>Hearing Time: 9:30 a.m.<br><br>**DECLARATION OF ROBERT ULM** IN SUPPORT OF **MOTION FOR LIMITED STAY PENDING APPEAL** |

Affects:
☐　All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

I, Robert W Ulm, being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan summary statement which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

Pasco Trust Company Inc: FBO Robert W Ulm IRA
Legal Vesting Name

By: _____
Name

declaration                                              - 2 -

## USA Commercial Mortgage Company
### as Loan Servicing Agent for Loans Listed Below

**Check Statement for July 1, 2006 through August 31, 2006**  **Account ID: 3164**

Pensco Trust Company Custodian For Robert William Ulm IRA

414 MORNING GLORY RD
SAINT MARYS, GA 31558-4139


IRA

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| BarUSA/$15,300,000 | $0.00 | $0.00 | $0.00 | (69.19) ($1,271.74) | ($1,271.74) |
| Bundy Canyon $5,725,000 *looks o'k* | $0.00 | $0.00 | $388.20 | (67.80) $2,040.42 | $2,428.62 |
| Cabernet *it spans hole for adjustment* | $0.00 | $0.00 | $239.12 | (5.51) $801.51 | $1,040.63 |
| Eagle Meadows Development | $0.00 | $0.00 | $0.03 | +15.17 $527.33 | $527.35 |
| Fiesta Oak Valley | $0.00 | $0.00 | $0.00 | (.01) ($8,215.28) | ($8,215.28) |
| Gilroy | $0.00 | $3,667.22 | $0.00 | #63.54 $2,231.29 | $5,898.51 |
| HFA- Clear Lake | $0.00 | $0.00 | $0.00 | ($8,120.00) | ($8,120.00) |
| HFA- North Yonkers | $0.00 | $7,334.43 | $0.00 | (7.14) $2,458.95 | $9,793.38 |
| I-40 Gateway west *short paid 909.95* | $16,828.77 | $0.00 | $475.00 | (120.79) $1,831.68 | $19,135.46 |
| Meadow Creek Partners, LLC | $0.00 | $0.00 | $0.00 | (34.77)$1,535.92 | $1,535.92 |
| Mountain House Business Park | $0.00 | $0.00 | $40.71 +861.13 $3,058.41 ++ | | $3,099.12 |
| Placer Vineyards | $0.00 | $0.00 | $0.00 | 349.50 ($1,959.32) | ($1,959.32) |
| The Gardens, LLC $2,425,000 *OK* | $0.00 | $831.74 | $121.93 +79.34 $1,919.64 | | $2,873.31 |
| | $16,828.77 | $11,833.39 | $1,264.98 | ($3,161.19) | $26,765.95 |

Court Required Holdbacks:
2% Service Fees ($3,664.81)
Appraisal Costs ($211.11)  *3895.07*
Collection Costs ($19.15)
*? Cabernet ?* → Prepetition Receipts *Catch ret* ($250.78)
Net Check Amount: $22,620.10

*(signature)*   *Logged*

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH AUGUST 31, 2006
Page - 1

**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

Check Statement for December 1, 2006 through December 31, 2006           Account ID: **3164**

Pensco Trust Company Custodian For Robert William Ulm IRA

414 Morning Glory Rd
Saint Marys, Ga  31558-4139

| Loan Name | | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|---|
| ✓ BarUSA/$15,300,000 | 50 | $0.00 | $0.00 | $518.06 | $3,254.04 | $3,772.10 |
| ✓ Bundy Canyon $5,725,000 | 50 | $0.00 | $0.00 | $0.00 | $1,584.50 | $1,584.50 |
| ✓ Cabernet | 19.2 | $0.00 | $0.00 | $224.36 | $1,175.05 | $1,399.41 |
| Eagle Meadows Development | 50 | $0.00 | $0.00 | $0.00 | $344.06 | $344.06 |
| ✓ Fiesta Oak Valley | 50 | $0.00 | $0.00 | $0.00 | ($8,215.28) | ($8,215.28) |
| Gilroy | | $0.00 | $0.00 | $0.00 | $1,455.76 | $1,455.76 |
| ✓ HFA- Clear Lake | 60 | $0.00 | $0.00 | $0.00 | ($8,120.00) | ($8,120.00) |
| HFA- North Yonkers | | $0.00 | $0.00 | $0.00 | $1,604.28 | $1,604.28 |
| ✓ I-40 Gateway west | 28.3 | $0.00 | $0.00 | $259.13 | $2,217.92 | $2,477.05 |
| Meadow Creek Partners, LLC | — | $0.00 | $0.00 | $0.00 | $3,305.08 | $3,305.08 |
| ✓ Mountain House Business Park | 75. | $0.00 | $0.00 | $0.00 | $2,021.95 | $2,021.95 |
| ✓ Placer Vineyards | 50 | $0.00 | $0.00 | $0.00 | ($1,959.32) | ($1,959.32) |
| ✓ The Gardens, LLC $2,425,000 | 43.6 | $0.00 | $0.00 | $0.00 | $1,331.97 | $1,331.97 |
| | 476.1 | $0.00 | $0.00 | $1,001.54 | $0.00 | $1,001.54 |

= 6880.68/yr. = 344034 portfolio.
prepetition reciepts = Gardens?
                       Cabernet?

Court Required Holdbacks:

| | |
|---|---|
| 2% Service Fees | ($573.39) |
| Collection Costs | ($3.66) |
| Prepetition Receipts | ($224.36) |
| Net Check Amount | $200.14 |

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH DECEMBER 31, 2006

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

**Check Statement for November 1, 2006 through November 30, 2006**      **Account ID:** 3164

Pensco Trust Company Custodian For Robert William Ulm IRA

414 MORNING GLORY RD
SAINT MARYS, GA 31558-4139

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| BarUSA/$15,300,000 | $0.00 | $0.00 | $500.00 | $3,424.97 | $3,924.97 |
| Bundy Canyon $5,725,000 | $0.00 | $0.00 | $0.00 | $1,911.19 | $1,911.19 |
| Cabernet | $0.00 | $0.00 | $225.63 | $1,191.79 | $1,417.32 |
| Eagle Meadows Development | $0.00 | $0.00 | $0.00 | $415.00 | $415.00 |
| Fiesta Oak Valley | $0.00 | $0.00 | $0.00 | ($8,215.28) | ($8,215.28) |
| Gilroy | $0.00 | $0.00 | $0.00 | $1,755.91 | $1,755.91 |
| HFA- Clear Lake | $0.00 | $0.00 | $0.00 | ($8,120.00) | ($8,120.00) |
| HFA- North Yonkers | $0.00 | $0.00 | $0.00 | $1,935.06 | $1,935.06 |
| I-40 Gateway west | $0.00 | $0.00 | $268.55 | $2,406.67 | $2,675.22 |
| Meadow Creek Partners, LLC | $50,000.00 | $0.00 | $2,777.85 | $1,208.68 | $53,986.53 |
| Mountain House Business Park | $0.00 | $0.00 | $0.00 | $2,438.83 | $2,438.83 |
| Placer Vineyards | $0.00 | $0.00 | $0.00 | ($1,959.32) | ($1,959.32) |
| The Gardens, LLC $2,425,000 | $0.00 | $0.00 | $0.00 | $1,606.60 | $1,606.60 |
|  | $50,000.00 | $0.00 | $3,772.02 | $0.00 | $53,772.02 |

Court Required Holdbacks:

| | |
|---|---|
| 2% Service Fees | ($597.66) |
| **Net Check Amount** | **$53,174.34** |

*Logged*

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH NOVEMBER 30, 2006

Page - 1