ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*Electronically Filed - March 1, 2007*

Attorneys for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11<br>Hearing Date:   March 1, 2007<br>Hearing Time:   9:30 a.m. |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | |
| In re:<br>USA FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | **DECLARATION OF ANTHONY J. ZERBO IN SUPPORT OF MOTION FOR LIMITED STAY PENDING APPEAL** |
| In re: USA SECURITIES, LLC,<br>    Debtor.<br>_____/ | |
| Affects:   All Debtors<br>_____/ | |

I, **ANTHONY J. ZERBO** being first duly sworn, do depose and say under the penalty of perjury:

1. I am a creditor in the USA Commercial Mortgage Company ("USACM") bankruptcy case (BK-S-06-10725-LBR) with claims classified as A-4 (General Unsecured Claims) and A-5 (Direct Lender Compromise Claims) classified in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed herein on November 15, 2006.

2. I have knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit A are true and correct copies of the loan and or check statements which I received from the Debtor.

4. As detailed in Exhibit A, the Debtors have taken and are holding my property, namely portions of post-petition payments made by third-party borrowers to me as a lender, which payments are processed by Debtor USACM, as a loan servicer.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: February 28, 2007

**ANTHONY J. ZERBO, AN UNMARRIED MAN**
Legal Vesting Name

By: *Anthony J. Zerbo*
Name

- 2 -

FEB 1 5 2007

## USA Commercial Mortgage Company
as Loan Servicing Agent for Loans Listed Below

Check Statement for January 1, 2007 through January 31, 2007         Account ID:   **3485**

Anthony J. Zerbo, an unmarried man

780 Saratoga Ave Apt S107
SAN JOSE, CA   95129-2404

| Loan Name | Principal Received in Current Period | Prior Period Principal Due to (from) Investor | Net Interest Received in Current Period | Prior Period Interest Due to (from) Investor | Total Due to (from) Investor |
|---|---|---|---|---|---|
| 6425 Gess, LTD | $0.00 | $0.00 | $0.00 | ($4,736.77) | ($4,736.77) |
| Amesbury/Hatters Point | $0.00 | $0.00 | $0.00 | $624.40 | $624.40 |
| BarUSA/$15,300,000 | $0.00 | $0.00 | $6.00 | $11,034.44 | $11,040.44 |
| Bundy Canyon $2,500,000 | $0.00 | $0.00 | $0.00 | $302.08 | $302.08 |
| Gramercy Court Condos | $0.00 | $0.00 | $0.00 | $61.85 | $61.85 |
| HFA- Clear Lake | $0.00 | $0.00 | $0.00 | ($6,766.70) | ($6,766.70) |
| Huntsville | $0.00 | $0.00 | $0.00 | ($1,617.88) | ($1,617.88) |
| Mountain House Business Park | $0.00 | $0.00 | $0.00 | $1,098.57 | $1,098.57 |
| Universal Hawaii | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $6.00 | $0.00 | $6.00 |

Court Required Holdbacks:

| | |
|---|---|
| 2% Service Fees | ($0.97) |
| Collection Costs | ($20.07) |
| **Net Check Amount** | **($15.03)** |

The current period is the period covered by the statement.
The prior period reflects the amounts netted or held back post-petition.
This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.
USACM reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS THE STATUS THROUGH JANUARY 31, 2007

Page -1

