**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors
for USA Commercial Mortgage Company

E-Filed on 3/1/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                  Debtors.<br><br>**Affects:**<br>× All Debtors<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**MOTION FOR ORDER REQUIRING WELLS FARGO BANK, N.A. TO PRODUCE DOCUMENTS AND CUSTODIAN OF DOCUMENTS AND CORPORATE REPRESENTATIVE FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("UCC" or the "Movant")[1] hereby moves this Court for an order requiring Wells Fargo Bank, N.A. ("Wells Fargo"):

1. To produce the documents requested in the attached Exhibit "A" for inspection and copying by the Movant not more than fourteen (14) calendar days after the date served by subpoena pursuant to Federal Rule of

---

[1] Upon the effective date of the Joint Plan of Reorganization (the "Plan"), the UCC will cease to exist and the USACM Liquidating Trust will be substituted in for the UCC as to this Motion.

1814723.1

**LEWIS AND ROCA LLP**
LAWYERS

  Bankruptcy Procedure 9016, or by such other mutually agreeable date (the "Production Date");

2. To produce its custodian of documents for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than five (5) business days after the Production Date, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed; and

3. To designate a corporate representative[2] to appear for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

## Memorandum

The Movant seeks information concerning the financial services, wire transfers, and other services performed by Wells Fargo for USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. The Movant seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The requested discovery from Wells Fargo is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired

---

[2] Movant shall provide a list of specific examination topics to Wells Fargo in a subpoena served pursuant to Federal Rule of Bankruptcy Procedure 9016.

1814723.1

by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[3]

### Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion.

Dated: March 1, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*
-and-

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

By: /s/ *Eric D. Madden* (pro hac vice)
    Allan B. Diamond, TX 05801800 (pro hac vice)
    William T. Reid, IV, TX 00788817 (pro hac vice)
    Eric D. Madden, TX 24013079 (pro hac vice)
    1201 Elm Street, 34th Floor
    Dallas, Texas 75270

*Special Litigation Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

---

[3] FED. R. BANKR. P. 2004(b).