U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California  (626) 229-7220
Appeals from all other Districts (626) 229-7225

TO:          Clerk, Bankruptcy Court - Las Vegas, NV

DEBTOR(S):   USA COMMERCIAL MORTGAGE COMPANY
             USA CAPITAL REALTY ADVISORS, LLC
             USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
             USA CAPITAL FIRST TRUST DEED FUND, LLC
             USA SECURITIES, LLC

BAP NO.:     NV-07-1067

BK. NO.:     S-06-10725-LBR
             S-06-10726-LBR
             S-06-10727-LBR
             S-06-10728-LBR
             S-06-10729-LBR

CONCERNING: Notice of Appeal Filed on 02/14/07

INTERNAL BK. CT. NO.: 07-06

The Bankruptcy Appellate Panel has received and docketed the notice
of appeal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as
to the cause of the delay by completing the following checklist
and sending a copy of this letter back to us:

IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE
OF READINESS

     Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

    Date: February 22, 2007

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED.  THE FOLLOWING
   ITEMS HAVE NOT BEEN FILED:
        1._PAID__No Filing Fees paid [PAID: 02/14/07; RCPT: 3862006]
        2._____No Designation of Record
        3._____No Statement of Issues
        4._____No Notice Regarding the Transcript
        5._____No Reporter's Transcript(s)
                  Reporter name:_____
                          phone:_____
                  Judge:_____
                  Transcript date(s):_____
        6._____No Transcript Fees paid
        7._____Extension of Time Granted to Reporter:
                  New deadline:_____
        8._____Other:_____

B) DEPUTY CLERK PROCESSING THIS APPEAL
        1. Name:_____
        2. Phone:_____
        3. Date:_____

BAP# NV-07-1067

RECEIVED
AND FILED

FEB 15  1 07 PM '07

CANASUPIO ...
PATRICIA S. ...
CLERK

## TRANSMITTAL FORM

**TO:**        **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
               **125 South Grand Avenue, Pasadena, CA 91105**

**FROM:**      **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
               **District Office No. 0978/2**

**CASE NAME**    USA COMMERCIAL MORTGAGE COMPANY

**BANKRUPTCY NO**          BK-S    06–10725–1br

**ADVERSARY NO**

**REFERENCE NO**          APPEAL REF    07–06

**BANKRUPTCY JUDGE**          LINDA B. RIEGLE

**DATE NOTICE OF APPEAL FILED**          2/14/07

**DATE OF ENTRY OF ORDER APPEALED**    EOD  2/14/07

**DATE BANKRUPTCY FILED**          4/13/06

**DATE NOTICE OF APPEAL AND**
**NOTICE OF OBJECTION PERIOD**                   2/15/07
**MAILED TO PARTIES**

**DATE OF TRANSMITTAL**    2/15/07

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

FEB 20 2007

FILED _____
DOCKETED: 2/20/07  J.R.
              DATE        INITIAL

/s/ WILLIAM M. LAKAS
**DEPUTY CLERK**

( 1 )