Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email:    rholley@nevadafirm.com

E-Filed: March 1, 2007

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under<br>Case No. BK-S-06-10725-LBR**<br><br>**NOTICE OF MOTION/HEARING**<br><br>Date of Hearing:　March 27, 2007<br>Time of Hearing:　9:30 a.m.<br>Place: Courtroom No.　1, Third Floor<br>　　　　　　　　　Foley Federal Building<br>　　　　　　　　　300 Las Vegas Blvd., S.<br>　　　　　　　　　Las Vegas, NV 89101<br><br>Judge:　Hon. Linda B. Riegle |

**NOTICE IS HEREBY GIVEN** that Appellants' Del and Ernestine Bunch Objection to Appellee Debtor's Designation of Additional Items to Include in Record on Appeal ("Objection") [Dkt. No. 2896] was filed on February 26, 2007, by Richard F. Holley, Esq., and Ogonna M. Atamoh, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson. The Objection seeks to have stricken from the record on appeal those items designated by Appellee Debtor that are not properly part of the record on appeal. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

06725-01/149818.doc

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LOR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 1, Las Vegas, Nevada on March 27, 2007, at 9:30 a.m..

Dated this _1st_ day of March, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

_____
Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)

*Attorneys for Appellants/Creditors Del and Ernestine Bunch*

[06725-01/149818.doc]