**Entered on Docket**
**March 02, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 36 South State Street, Suite 1400 | SCHWARTZER & MCPHERSON LAW FIRM |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada  89146-5308 |
| Telephone: (801) 532-1500 | Telephone:  (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile:  (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail:  bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  N/A<br>Time:  N/A |

**ORDER GRANTING EX PARTE APPLICATION TO ALLOW APPELLEE-DEBTORS' OPPOSITION TO "MOTION FOR LIMITED APPELLANTS' STAY PENDING APPEAL" IN EXCESS OF PAGE LIMITATION**

407354v5

1  The Appellee-Debtors' Ex Parte Application To Allow Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" In Excess of Page Limitation having come before this Court and the Court having reviewed the pleadings and good cause appearing, it is hereby

ORDERED that the Ex Parte Application To Allow Appellee-Debtors' Opposition To "Motion For Limited Appellants' Stay Pending Appeal" In Excess of Page Limitation is granted.

Prepared by:

 /s/  Jeanette E. McPherson
Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146

AND

Annette W. Jarvis (Utah Bar No. 1649)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors and Debtors-in-Possession*

# # #