

Entered on Docket
March 02, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | Bankruptcy No. BK-S-06-10725-LBR<br>Bankruptcy No. BK-S-06-10726-LBR<br>Bankruptcy No. BK-S-06-10727-LBR<br>Bankruptcy No. BK-S-06-10728-LBR<br>Bankruptcy No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>Debtor. | (Jointly Administered under 06-10725)<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | STIPULATION AND ORDER CONTINUING HEARING ON USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 819 FILED BY SPECTRUM FINANCIAL GROUP, LLC AND CLAIM NO. 821 FILED BY ROLLAND P. WEDDELL |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | Date: March 1, 2007<br>Time: 9:30 a.m. |
| In re:<br><br>USA SECURITIES, LLC<br>Debtor. | New Date: March 27, 2007<br>New Time: 9:30 a.m. |

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

::ODM Received Time Feb. 28. 3:10PM    Page 1 of 2

USA Commercial Mortgage Company ("USACM"), Spectrum Financial Group, LLC ("Spectrum"), and Rolland P. Weddell ("Weddell"), stipulate and agree to continue the Hearings on the objections to Spectrum and Weddell's separately-filed Proofs of Claim (Nos. 819 and 821), currently scheduled for March 1, 2007, at 9:30 a.m. to *March 27, 2007, at 9:30 a.m.*

DATED this 28th day of February, 2007.

/s/ J. Stephen Peek

J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89169

*Attorneys for Roland P. Weddell and Spectrum Financial Group, LLC*

DATED this 28th day of February, 2007.

/s/ Lenard E. Schwartzer

Lenard E. Schwartzer, Esq.
Jeannette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

*Attorneys for debtor USA Commercial Mortgage Company*

## ORDER

IT IS SO ORDERED.

### #