Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED on March 2, 2007

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**STIPULATION REGARDING WITHDRAWAL OF PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM # 1288)**<br><br>[AFFECTS USA COMMERCIAL MORTGAGE COMPANY ONLY]<br><br>Date: n/a<br>Time: n/a |

1   It is hereby stipulated by and between USA Commercial Mortgage Company ("USACM")
2   and Claimant, Standard Property Development, LLC ("Standard"), that Standard's claim (No.
3   1288) against USACM be withdrawn.

| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | STEPHENS, GOURLEY & BYWATER and SHUTTS & BOWEN LLP |
|---|---|
| */s/ Lenard E. Schwartzer* <br> LENARD E. SCHWARTZER, ESQ. <br> Nevada Bar No. 0399 <br> Schwartzer & McPherson Law Firm <br> 2850 South Jones Boulevard, Suite 1 <br> Las Vegas, NV  89146-5308 <br> Telephone:  702-228-7590 <br> Facsimile:  702-892-0122 <br> *Attorneys for Debtors and Debtors in Possession* | */s/ Andrew M. Brumby* <br> ANDREW M. BRUMBY, ESQ. <br> Florida Bar No. 0650080 <br> Shutts & Bowen LLP <br> 300 S. Orange Avenue, Suite 1000 <br> Orlando, Florida  32801 <br> Post Office Box 4956 <br> Orlando, Florida  32802-4956 <br> Telephone:  407-423-3200 <br> Facsimile:  407-425-8316 <br> *Attorneys for Standard Property Development, LLC* |