Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on March 2, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING RE USA CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CLAIM NOS. 37, 38, AND 39 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:   April 26, 2007<br>Time:   9:30 a.m. |

1  **NOTICE IS HEREBY GIVEN** that on March 2, 2007, USA Capital Realty Advisors,
2  LLC ("USA Realty"), by and through its counsel and pursuant to 11 U.S.C. § 502 and Fed. R.
3  Bankr. P. 3007, filed an Objection ("Objection") To Claim No. 37, 38, and 39 Filed By The
4  Pension Benefit Guaranty Corporation ("PBGC"). USA Realty requests that the Court disallow
5  the priority status of the Claims asserted by the PBGC, and also disallow the Claims in their
6  entirety as general unsecured claims

7  A copy of the Objection may be obtained by accessing PACER through the United States
8  Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at
9  telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney &
10 Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

11 **NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held on
12 April 26, 2007 before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las
13 Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada at 9:30
14 a.m.

15 **NOTICE IS FURTHER GIVEN** that the hearings may be continued without further
16 notice.

17 **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by
18 **April 19, 2007** pursuant to Local Rule 3007(b), which states:

19 > If an objection to a claim is opposed, a written response must be filed and served on
20 > the objecting party at least 5 business days before the scheduled hearing. A
> response is deemed sufficient if it states that written documentation in support of
21 > the proof of claim has already been provided to the objecting party and that the
> documentation will be provided at any evidentiary hearing or trial on the matter.

22 / / /
23
24 / / /
25
26 / / /
27
28 / / /

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: March 2, 2007.

    /s/    Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NVBar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385