**Entered on Docket**
**March 05, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | **ORDER APPROVING STIPULATION REGARDING WITHDRAWAL OF PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM # 1288) [AFFECTS USA COMMERCIAL MORTGAGE COMPANY ONLY]** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: n/a<br>Time: n/a |

The Court having considered the Stipulation Regarding the Withdrawal of Proof of Claim filed by Standard Property Development, LLC (Claim No. 1288) (affects USA Commercial Mortgage Company) (the "Stipulation"), providing for the voluntary withdrawal of

1 | Claim No. 1288 filed by Standard Property Development, LLC, and good cause appearing:

2 |     IT IS HEREBY ORDERED that the Stipulation is approved, and the Claim of Standard

3 | Property Development, LLC against USA Commercial Mortgage Company is withdrawn.

| Prepared by | Approved |
|---|---|
| **SHUTTS & BOWEN LLP and STEPHENS, GOULEY & BYWATER** | **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** |
| */s/ Andrew M. Brumby* <br> ANDREW M. BRUMBY, ESQ. <br> *Attorneys for Standard Property* | */s/ Lenard E. Schwartzer* <br> Lenard E. Schwartzer, Esq. <br> *Attorneys for the Debtors and Debtors in Possession* |

# # #