**Entered on Docket
March 05, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Andrew K. Alper, Esq.
California Bar No. 088876
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-mail: aalper@frandzel.com

Attorneys for Creditor
**DAYCO FUNDING CORPORATION**

Nile Leatham, Esq.
Nevada Bar No. 002838
Randolph L. Howard, Esq.
Nevada Bar No. 006688
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: rhoward@klnevada.com
         nleatham@klnevada.com

Attorneys for Creditor
**DAYCO FUNDING CORPORATION**

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor.<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor,<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor, | CASE NO. BK-S-06-10725-LBR<br>Chapter 11<br><br>CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS: BK-5-06-10728 LBR<br>CASE NOS: BK-5-06-10729 LBR<br><br>CHAPTER 11<br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-5-06-10725-LBR<br><br>**ORDER GRANTING DAYCO FUNDING CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Date of Hearing:** February 15, 2007<br>**Time of Hearing:** 9:30 a.m. |

In re:

USA SECURITIES, LLC,

      Debtor.

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

### ORDER GRANTING DAYCO FUNDING CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from the Automatic stay filed by Creditor DAYCO FUNDING CORPORATION ("Dayco") came on for hearing at the above date and time, the Honorable Linda B. Riegle presiding. Nile Leatham, Esq. of Kolesar & Leatham, Chtd. appeared on behalf of Dayco; Annette W. Jarvis, Esq. of Ray, Quinney & Nebeker P.C. appeared on behalf of Debtors; and Susan M. Freeman, Esq. of Lewis & Roca, LLP appeared on behalf of the Official Committee of Unsecured Creditors. The Court having reviewed all pertinent pleadings and papers on file herein, and good cause appearing,

IT IS HEREBY ORDERED that Dayco's Motion for Relief from the Automatic Stay is GRANTED and the automatic stay of Bankruptcy Code § 362(a) shall be vacated effective March 1, 2007, to allow Dayco, or its agent, to exercise its state law remedies with respect to its Deed of Trust, recorded on August 23, 2005, as Instrument No. 2005-0622541, on real property commonly known as 10325 Datura Road, Hesperia, California 92345, Assessor's Parcel Nos. 0405-261-17-0-000, 0405-261-18-0-000, 0405-261-27-0-000, and 0405-261-29-0-000, legally described as the South half of the Southwest quarter of the Northeast quarter of the Northwest quarter of Section 13, Township 4 North, Range 5 West, San Bernardino Meridian, in the City of Hesperia, County of San Bernardino, California, according to the Official Plat thereof.

IT IS FURTHER ORDERED that Dayco's Motion for Relief from the Automatic Stay is GRANTED and the automatic stay of Bankruptcy Code § 362(a) shall be vacated effective

1  March 1, 2007, to allow Dayco, or its agent, to exercise its state law remedies with respect to its
2  Deed of Trust, recorded September 14, 2005, as Instrument No. 2005-0685512, on real property
3  commonly known as 10375 Baldy Lane, Hesperia, California 92345, Assessor's Parcel No. 0405-
4  261-28 and is legally described as the North one-half of the Southeast one-quarter of the Northeast
5  one-quarter of the Northwest one-quarter of Section 13, Township 4 North, Range 5 West, San
6  Bernardino Meridian, in the County of San Bernardino, State of California, according to the
7  Official Plat thereof.

8      IT IS FURTHER ORDERED that this Order granting Dayco's Motion for Relief from the
9  Automatic Stay shall remain effective in the event that the above-captioned case is dismissed and
10 re-filed or converted to Chapter 7.

| 11 APPROVED / DISAPPROVED: | APPROVED / DISAPPROVED: |
|---|---|
| 12 LEWIS & ROCA, LLP | RAY, QUINNEY & NEBEKER P.C. |
| 13 /s/ Susan M. Freeman, Esq. | No Response |
| 15 Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Scott K. Brown, Esq.<br>16 3993 Howard Hughes Parkway, #600<br>Las Vegas, NV 89169-0961<br>17 *Attorneys for Official Committee of Unsecured Creditors* | Annette W. Jarvis, Esq.<br>Steven C. Strong, Esq.<br>Douglas M. Monson, Esq.<br>Elaine A. Monson, Esq.<br>Steven T. Waterman, Esq.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-1500<br>and<br>Lenard E. Schwartzer Esq.<br>Jeanette E. McPherson, Esq.<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. Jones Boulevard, #1<br>Las Vegas, NV 89146<br>*Attorneys for Debtors* |
| 19 APPROVED / DISAPPROVED: | |
| 20 U.S. TRUSTEE ByS | |
| 22 No Opposition - Scott Farrow<br>August B. Landis, Esq.<br>23 U.S. Department of Justice<br>Foley Federal Building<br>24 300 Las Vegas Blvd., South, Suite 4300<br>Las Vegas, NV 89101<br>25 *Attorney for U.S. Trustee* | |

26 . . .
27 . . .
28 . . .

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

In accordance with Local Rule 9021, the undersigned certifies:

(☐) The Court waived the requirements of LR 9021;

(☒) I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    (☐) approved the form of this order;

    (☐) waived the right to review the order;

    (☐) failed to file and serve papers in accordance with LR 9021(c); and/or

    (☒) failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b)

(☐) I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who files a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of this order;

(☐) No opposition was filed to the motion (Notice of Default) and no other party or counsel appeared at the hearing (none required).

SUBMITTED BY:

_/s/ Nile Leatham, Esq._
Andrew K. Alper, Esq.
California Bar No. 088876
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
    and
Nile Leatham, Esq.
Randolph L. Howard, Esq.
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
*Attorneys for Creditor*
***DAYCO FUNDING CORPORATION***

### # #

*In re USA Commercial Mortgage Company, et al.*/Case No. BK-S-06-10725-LBR
Order Granting Dayco Funding Corporation's Motion for Relief From the Automatic Stay