SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Annette W. Jarvis, Utah Bar No. 1649
2  Steven C. Strong, Utah Bar No. 6340
   RAY QUINNEY & NEBEKER P.C.
3  36 South State Street, Suite 1400
   P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
11
12 Attorneys for Debtors and Debtors-in-Possession

13                 **UNITED STATES BANKRUPTCY COURT**
14                      **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                   Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                   Debtor. | **CERTIFICATE OF SERVICE OF USA CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CLAIM NOS. 37, 38, AND 39 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION AND** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                   Debtor. | **NOTICE OF HEARING RE USA CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CLAIM NOS. 37, 38, AND 39 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION** |
| In re:<br>USA SECURITIES, LLC,<br>                                   Debtor. | |
| Affects:<br>  ☐ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☒ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA Capital First Trust Deed Fund, LLC | Date:    April 26, 2007<br>Time:   9:30 a.m. |

1

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1        1.      On March 2, 2007 I served the following document(s):

2           a.  USA Capital Realty Advisors, LLC's Objection To Claim Nos. 37, 38, and 39 Filed

3   By The Pension Benefit Guaranty Corporation

4           b.  Notice of Hearing re USA Capital Realty Advisors, LLC's Objection To Claim

5   Nos. 37, 38, and 39 Filed By The Pension Benefit Guaranty Corporation

6        2.      I served the above-named document(s) by the following means to the persons as

7   listed below:

8   ☒     a.    **By ECF System**:

9

10   FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

11   CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

12   ☒     b.    **By United States mail, postage fully prepaid**:

13

14   Jeffrey B. Cohen                    Eric D. Field, Esq.
James Eggerman                    United States Attorney

15   Pension Benefit Guaranty Corporation    333 Las Vegas Blvd. South, Ste. 5000
Office of the Chief Counsel            Las Vegas, NV 89101

16   1200 K. Street, NW, Suite 340
Washington, D.C. 20005-426

17

18   ☐     c.    **By Personal Service**
                 I personally delivered the document(s) to the persons at these addresses:

19           ☐     For a party represented by an attorney, delivery was made by handing the
document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

20   other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
in the office.

21           ☐     For a party, delivery was made by handing the document(s) to the party or by
leaving the document(s) at the person's dwelling house or usual place of abode with someone of

22   suitable age and discretion residing there.

23

24   ☐     d.    **By direct email (as opposed to through the ECF System)**
                 Based upon the written agreement to accept service by email or a court order, I

25   caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
receive, within a reasonable time after the transmission, any electronic message or other indication

26   that the transmission was unsuccessful.

27   ☐     e.    **By fax transmission**
                 Based upon the written agreement of the parties to accept service by fax

28   transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
below.  No error was reported by the fax machine that I used.  A copy of the record of the fax

transmission is attached.

☐       f.       **By messenger**
                I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:       March 2, 2007

LIA DORSEY                                                    /s/        *LIA DORSEY*
(Name of Declarant)                                      (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3