Parsons, Behle & Latimer                          E-Filed on March 7, 2007
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-171
Nevada Bar #1980
rlepome@cox.net
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>_____Debtor_____ | ) ) ) ) | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>_____Debtor_____ | ) ) ) ) | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>_____Debtor_____ | ) ) ) ) ) | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>_____Debtor_____ | ) ) ) ) ) | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>_____Debtor_____ | ) ) ) ) | BK-S-06-10729-LBR<br>Chapter 11 |

1

Affects:                                          )
   ☐  All Debtors                                )
   ■  USA Commercial Mortgage Co.       )
   ☐  USA Securities, LLC                    )
   ☐  USA Capital Realty Advisors, LLC   )    DATE: 3-15-2007
   ☐  USA Capital Diversified Trust Deed )    TIME: 9:30 AM
   ☐  USA First Trust Deed Fund, LLC     )
_____ )

## OMNIBUS REPLY TO OPPOSITIONS TO APPLICATION FOR ATTORNEY FEES AND COSTS

COMES NOW Robert C. LePome, Esq., attorney for Direct Lenders Alexander and others shown in the Second Amended Statement of Robert C. LePome, Esq. and Nancy Allf, Esq. pursuant to Rule 2019 filed as Docket #1077 of the firm of Parsons, Behle, & Latimer and Robert C. LePome Esq. and Replies to the Debtor's Opposition to Application for Attorney Fees and Costs.  This Reply is based upon the Points and Authorities attached hereto and the Affidavit of Robert C. LePome, Esq.

Robert C. LePome, Esq.


 /s/ Robert C. LePome, Esq     
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
Nevada Bar #1980
Attorney for Interest Parties

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

2

POINTS AND AUTHORITIES

Mr. LePome represents many creditors of this estate and has rendered substantial services to creditors who are not named as identified clients pursuant to Rule 2019. 11 USC 503(b)(3)(D) provides that the reasonable expenses of a creditor who has made a substantial contribution to this case may be paid.

Robert C. LePome, Attorney for Various Creditors, pointed out the central issue in the confirmation process which was the netting issue. This was first discussed in Document No. 281 in early May, 2006.

This issue and the compromise was discussed in my office at a strategy meeting attended by Gregory E. Garman, Esq. who was present in person and Janet Chubb, Esq. who was present through teleconference on speaker phone.

Mr. LePome filed the Proofs of Claim for all of his direct-case clients and assisted his interpleader clients in filing their Proofs of Claim. This was done so that they would be filed timely and their Ballots counted in favor of the Plan. Additionally he wrote to each client on November 29, 2006, a copy of which letter is attached as Exhibit "A". As can be seen we recommended a Vote to Accept the Plan. See Page 3 of Letter of November 29, 2006, line 3. A sample Proof of Claim in blank format was prepared by Mr. LePome for all of his named client/creditors and several other non-named creditors and is attached as Exhibit "C" and "D" hereto.

The strategy of supporting the Plan was concurred in by Co-counsel Nancy Allf

3

and a copy of the Inter-Office letter dated December 9, 2006 is attached as Exhibit "B".

This Proof of Claim (like all of the others totaling nearly $35 Million in claims) properly breaks down each Direct Lender Claim into an unsecured portion. Many people contacted Mr. LePome and he forwarded samples of a proper proof of claim and informed them of the necessity of filing them by December 11, 2006 so that their votes would be counted. Several of these were requests from persons who are now members of the Debtor's Protection Group but who voted to support the plan.

Mr. LePome also urged many of his clients to enter the various chat rooms on line and support the plan. As an "outsider" who did not enter the "beauty contest" to be appointed to represent one of the committees, Mr. LePome's counsel and the urging of his clients carried at least as much "weight" as the letters which were published by the 4 Committee's supporting the Plan.

It is the belief of Mr. LePome that 25% of the members of the Lender Protection Group and many others who called him who were not named clients also voted <u>for the Plan</u> due partly to his support of the Plan. It is probable that the Plan would not have

. . .

. . .

. . .

. . .

. . .

4

been confirmed absent such support by Mr. LePome.[1]

Robert C. LePome, Esq.


 /s/ Robert C. LePome, Esq
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
Nevada Bar #1980
Attorney for Interest Parties

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

### AFFIDAVIT OF ROBERT C. LEPOME, ESQ.

STATE OF NEVADA          )
                                            ) ss.
COUNTY OF CLARK          )

ROBERT C. LEPOME, ESQ., being first duly sworn states that:

1.  I am the attorney for the Direct Lenders Alexander and others shown in the

Second Amended Statement of Robert C. LePome, Esq. and Nancy Allf, Esq. pursuant

to Rule 2019 filed as Docket #1077 and I am knowledgeable as to the facts and

---

[1]

Note: The representation of clients herein was jointly between Nancy Allf and
Robert C. LePome.  The use of "Mr. LePome" in the singular is made soley
for convenience.  Both counsel were instrumental in the approval of the Plan.
Indeed Nancy Allf attended the confirmation hearing during the absence from
the State of Nevada of Mr. LePome.

circumstances of the case herein.

2.   I pointed out the central issue in the confirmation process which was the netting issue.  I first discussed in Document No. 281 in early May, 2006.

3.   This issue and the compromise was discussed in my office at a strategy meeting attended by Gregory E. Garman, Esq. who was present in person and Janet Chubb, Esq. who was present through teleconference on speaker phone.

4.   I filed the Proofs of Claim for all of my direct-case clients and assisted my interpleader clients in filing their Proofs of Claim.  This was done so that they would be filed timely and their Ballots counted in <u>favor of the Plan</u>.

5.   I also wrote to each client on November 29, 2006, a copy of which letter is attached as Exhibit "A".  As can be seen I recommended a Vote to Accept the Plan. See Page 3 of Letter of November 29, 2006, line 3.  A sample Proof of Claim in blank format was prepared by me for all of my named client/creditors and several other non-named creditors and is attached as Exhibit "C" and "D" hereto.

6.   The strategy of supporting the Plan was concurred in by Co-counsel Nancy Allf and a copy of the Inter-Office letter dated December 9, 2006 is attached as Exhibit "B".

7.   This Proof of Claim (like all of the others totaling nearly $35 Million in claims) properly breaks down each Direct Lender Claim into an unsecured portion. Many people contacted me and I forwarded samples of a proper proof of claim and informed them of the necessity of filing them by December 11, 2006 so that their

votes would be counted.  Several of these were requests from persons who are now

members of the Debtor's Protection Group but who voted to support the plan.

8.  I also urged many of my clients to enter the various chat rooms on line and

support the plan.  As an "outsider" who did not enter the "beauty contest" to be

appointed to represent one of the committees, I and the urging of my clients carried

at least as much "weight" as the letters which were published by the 4 Committee's

supporting the Plan.

9.  It is my belief that 25% of the members of the Lender Protection Group and

many others who called me were not my named clients also voted for the Plan due

partly to my support of the Plan.  It is probable that the Plan would not have been

confirmed absent such support by myself and my co-counsel.


                              /s/ Robert C. LePome, Esq.
                                 ROBERT C. LEPOME, ESQ.

SUBSCRIBED AND SWORN to before
me this 7th day of March, 2007.

 /s/ Susan M. Stanton
NOTARY PUBLIC in and for said County
and State.

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that the aforegoing was forwarded to:

MICHELLE L. ABRAMS      mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

N A N C Y   L   A L L F                 n a l l f @ p a r s o n s b e h l e . c o m ,

klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com,
mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com,
rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com,
maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS      ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)      tfette@daca4.com

THOMAS H. FELL      BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING      sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN      bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD      DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR      wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS   A.   GONZALEZ         carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON      bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY      vgourley@lvcm.com

TALITHA B. GRAY      bankruptcynotices@gordonsilver.com

JAMES D. GREENE      bknotice@schrecklaw.com

MARJORIE A. GUYMON      bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY   R.   HALL         jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheac
arlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN      xanna.hardman@gmail.com

STEPHEN R HARRIS      noticesbh&p@renolaw.biz

JEFFREY L HARTMAN      notices@bankruptcyreno.com

BRIGID M. HIGGINS      bankruptcynotices@gordonsilver.com

RICHARD   F.   HOLLEY         rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkec
f@nevadafirm.com

RANDOLPH L. HOWARD          rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS          rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY          dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM          nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH          ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT          mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER          bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com
;rsmith@sheacarlyon.com

DAVID MINCIN          mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA      jmurtha@woodburnandwedge.com

ERVEN T. NELSON      erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON          bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;slibe
rio@nevadafirm.com

BOB L. OLSON          ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN          ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@Marquis
Aurbach.com

CHRISTINE M PAJAK      cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN      aparlen@stutman.com

DONALD T. POLEDNAK      sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS      bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN      sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER      bkfilings@s-mlaw.com

11

JAMES PATRICK SHEA                 bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN                 ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheac
arlyon.com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU     ecf@lslawnv.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH                 mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

AMY N. TIRRE     , lmccarron@kkbrf.com

AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH     GWalch@Nevadafirm.com

RUSSELL S. WALKER                 rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wk
lawpc.com

WHITNEY B. WARNICK                 wbw@albrightstoddard.com,
bstessel@albrightstoddard.com

WILLIAM J. WRAY                 wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@ore
illylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA                azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

by electronic service on the 7th day of March, 2007.


 /s/ Susan Stanton
Employee of Robert C. LePome, Esq.

13