Daniel D. White, Esq., California Bar No. 119030          **E-Filed on March 7, 2007**
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:      (949) 729-9119
Facsimile:      (949) 729-9174
E-mail:         dan@ddwlaw.com

And

Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq., Nevada Bar No. 000503
David A. Stephens, Esq., Nevada Bar No. 000902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:      702-656-2355
Facsimile:      702-656-2776
E-mail:         vgourley@lvcm.com

Attorneys for Gateway Stone Associates, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

      Debtor.                                        /

In re:

USA CAPITAL REALTY ADVISORS, LLC,

      Debtor.                                        /

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

      Debtor.                                        /

In re:

USA SECURITIES, LLC,

      Debtor.                                        /

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Co.
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed
- ☐ USA First Trust Deed Fund, LLC

                            /

CASE NOS: BK-S-06-10725 LBR
CASE NOS: BK-S-06-10726 LBR
CASE NOS: BK-S-06-10727 LBR
CASE NOS. BK-S-06-10728 LBR
CASE NOS. BK-S-06-10729 LBR

CHAPTER 11
Jointly Administered Under
Case No. BK-5-06-10725-LBR
Adversary No. 06-01201 LBR

**Stipulation Continuing Hearing On Objection to Claim 155 of Gateway Stone Associates, LLC in the Amount of $3,630,000**

**Hearing
Date:  March 15, 2007
Time:  9:30 a.m.**

**New Date:  March 27, 2007
Time:  9:30 a.m.**

USA COMMERCIAL MORTGAGE COMPANY

                                    Plaintiff,

vs.

GATEWAY STONE ASSOCIATES, LLC, a Delaware
limited liability company,

_____
                                    Defendant./

      DEFENDANT, Gateway Stone Associates, LLC ("Gateway Stone"), by and through its

local counsel, law offices of Stephens, Gourley & Bywater, and Plaintiff, USA Commercial

Mortgage Company ("USACM"), by and through its counsel, Schwartzer & McPherson Law

Firm, hereby stipulate as follows:

      1.     The hearing on USACM's Objection to Claim 155 of Gateway Stone Associates,

LLC in the amount of $3,630,000 is hereby continued to March 27, 2007 at 9:30 a.m.

Dated:  March 7, 2007                 Dated:  March 7, 2007


 /s/ R. Vaughn Gourley_____         /s/ Lenard E. Schwartzer_____
R. Vaughn Gourley, Esq.                 Lenard E. Schwartzer, Esq.
Stephens, Gourley & Bywater         Schwartzer & McPherson Law Firm
3636 North Rancho Drive             2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89130             Las Vegas, Nevada 89146
and                               Attorneys for Plaintiff
Daniel D. White, Esq.
23 Corporate Plaza Drive, Suite 160
Newport Beach, California 92660-7942
Attorneys for Defendant