Daniel D. White, Esq., California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:      (949) 729-9119
Facsimile:      (949) 729-9174
E-mail:         dan@ddwlaw.com
and
Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq., Nevada Bar No. 000503
David A. Stephens, Esq., Nevada Bar No. 000902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:      702-656-2355
Facsimile:      702-656-2776
E-mail:         vgourley@lvcm.com
Attorneys for Gateway Stone Associates, LLC

E-Filed March 7, 2007

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor.           /<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor.           /<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor.           /<br><br>In re:<br><br>USA SECURITIES, LLC,<br>   Debtor.           /<br>Affects:<br>  ☐ All Debtors<br>  ☒ USA Commercial Mortgage Co.<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed<br>  ☐ USA First Trust Deed Fund, LLC<br>               /<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>           Plaintiff,<br>vs.<br>GATEWAY STONE ASSOCIATES, LLC, a Delaware limited liability company,<br>          Defendant. / | CASE NOS: BK-S-06-10725 LBR<br>CASE NOS: BK-S-06-10726 LBR<br>CASE NOS: BK-S-06-10727 LBR<br>CASE NOS. BK-S-06-10728 LBR<br>CASE NOS. BK-S-06-10729 LBR<br><br>CHAPTER 11<br>Jointly Administered Under<br>Case No. BK-5-06-10725-LBR<br>Adversary No. 06-01201 LBR<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

1. On March 7, 2007, I served the following document(s) (*specify*): **STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 155 OF GATEWAY STONE ASSOCIATES, LLC IN THE AMOUNT OF $3,630,000**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System** (you must attach the "Notice of Electronic Filing" or list all persons and addresses and attach additional paper if necessary.)

        i. **Notice of Electronic Filing to:**

            Lenard E. Schwartzer, bkfilings@s-mlaw.com

    b. **United States mail, postage fully prepaid to** (list all persons and addresses):

        Lenard E. Schwartzer
        Jeanette E. McPherson
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas, Nevada 89146-5308

3. **I declare under penalty of perjury that the foregoing is true and correct.**

Signed on March 7, 2007.

  /s/ Paula Timmons
PAULA TIMMONS