

Entered on Docket
March 08, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>**USA Commercial Mortgage Company**<br>     06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>     06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>     06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>     06-10728<br><br>**USA Securities, LLC**<br>     06-10729<br>                                   **Debtors.** | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>[No Hearing Required]<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1814494.1

# ORDER REQUIRING DELOITTE & TOUCHE LLP TO PRODUCE ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("Movant") filed a Motion for Order Requiring Deloitte & Touche LLP to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Deloitte & Touche LLP ("Deloitte") produce one or more corporate representatives, as set forth in subpoenas issued under Federal Rule Bankruptcy Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, on a business day no earlier than ten (10) business days after the filing of the Motion and no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

-and-

| | |
|---|---|
| 1 | **DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP** |
| 2 | |
| 3 | By: /s/ *Eric D. Madden* (pro hac vice)<br>Allan B. Diamond, TX 05801800 (pro hac vice) |
| 4 | William T. Reid, IV, TX 00788817 (pro hac vice) |
| 5 | Eric D. Madden, TX 24013079 (pro hac vice)<br>1201 Elm Street, 34th Floor |
| 6 | Dallas, Texas  75270 |
| 7 | *Special Litigation Counsel for Official Committee of Unsecured Creditors of USA* |
| 8 | *Commercial Mortgage Company* |

1814494.1