SHEA & CARLYON, LTD.
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: smiller@sheacarlyon.com
*Counsel for Airman, LLC*

Filed
3-8-07
Electronically

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | ) Bankruptcy No. BK-S-06-10674-BAM |
|---|---|
| | ) Chapter 11 |
| JAMES A. NELSON, | ) |
| | ) |
| Debtor. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2007, I served the following document:

Notice of Entry of Order Granting Motion to Withdraw as Counsel for Airman, LLC.

I served the above named documents by the following means to the persons as listed below:

☒ **a. ECF System. (See attached Notices of Electronic Filing).**

I ALSO HEREBY CERTIFY that on March 8, 2007, I served the above named documents by the following means to the persons as listed below:

☒ **b. United States mail, postage full prepaid to the following:**

Scott Johnson, Esq.
1081 Wayzata Blvd., Suite 120
Minnetonka, MN  55305

Edward Deppe
Airman, LLC
7608 W. 100th Street
Bloomington, MN  55438

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.  By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of March, 2007.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee
of SHEA & CARLYON, LTD

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

## File a Notice:

06-10674-bam JAMES ALLEN NELSON (LEAD CASE) **CASE CONVERTED on 09/26/2006**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MILLER, SHAWN W entered on 3/7/2007 at 4:16 PM PST and filed on 3/7/2007
**Case Name:** JAMES ALLEN NELSON (LEAD CASE)
**Case Number:** 06-10674-bam
**Document Number:** 235

**Docket Text:**
Notice of Entry of Order Filed by SHAWN W MILLER on behalf of AIRMAN, LLC (Related document(s)[233] Order on Motion to Withdraw as Attorney of Record) (MILLER, SHAWN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\Deppe, Edward (Airman) #1416\electronic filing\NOE of Order Granting Motion to Withdraw as Counsel - BK.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/7/2007] [FileNumber=7851336-0]
[bda24ad6ac84cb384ebfb0281e4ef6a1727a35f472b2f34177985f05ffa2d7aeb4ebc
61af8df96ef66daa6d86d046697e8b4bed82ef54d7e07c6f2c620b7247d]]

### 06-10674-bam Notice will be electronically mailed to:

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

THOMAS M. BURNS    tmbesq@hotmail.com

SCOTT A. JOHNSON    scott@jlglex.com, cheryl@jlglex.com;laurie@jlglex.com

KATHLEEN A. LEAVITT    courtsecf3@las13.com

MARK SCHWARZ    Mark.S.Schwarz@irscounsel.treas.gov

TIMOTHY P. THOMAS    tthomas@klnevada.com,
kgregos@klnevada.com,bankruptcy@klnevada.com

### 06-10674-bam Notice will not be electronically mailed to:

AIRMAN, LLC

,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
P O BOX 551220
LAS VEGAS, NV 89101

PARSONS BEHLE & LATIMER
,

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

US TRUSTEE LAS VEGAS
300 LAS VEGAS BLVD SOUTH, # 4300
LAS VEGAS, NV 89101

WASHINGTON MUTUAL BANK
MALCOLM & CISNEROS
2112 BUSINESS CENTER DR, 2ND FLR
IRVINE, CA 92612