Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON MARCH 8, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING RE: OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CERTAIN CLAIMS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS USA CAPITAL REALTY ADVISORS, LLC)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |

1

Claims Objection USA Realty Litigation and Duplicate Claims

**NOTICE IS HEREBY GIVEN** that on March 8, 2007, USA Capital Realty Advisors LLC ("USA Realty"), by and through its counsel and pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, filed an Omnibus Objection To Certain Claim (the "Objection"). USA Realty objects to the proofs of claim listed on the exhibits attached to the Objection and requests that the Court disallow these claims in their entirety.

Exhibit A to the Objection contains a list of proofs of claim number 41, 42, 43, and 44 that are based on identical, unliquidated claims of fraud and breach of contract but which contain absolutely no supporting documentation; proofs of claim number 60, 61, and 63 that are based on identical, unliquidated litigation claims; and claim number 65, which is based on various legal theories.

Exhibit B to the Objection contains a list of amended and duplicate claims filed against USA Realty. Claims 11 and 14 have been amended and replaced by claims 12 and 15, respectively. The Objection requests that these amended claims be disallowed in their entirety on the basis that they have been replaced by subsequently filed claims against USA Realty. The remaining claims on Exhibit B are exact duplicates of claims that have already been filed against USA Realty.

**Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit A and B referenced above concerning your claim(s).**

A copy of the Objection may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Schwartzer & McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held on **April 26, 2007** before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada **at 9:30 a.m.**

**NOTICE IS FURTHER GIVEN** that the hearings may be continued without further notice.

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **April 19, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

DATED: March 8, 2007.

/s/    Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NVBar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385