Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON MARCH 8, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING RE: OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO MISFILED CLAIMS**<br><br>**(AFFECTS USA CAPITAL REALTY ADVISORS, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |

1 **NOTICE IS HEREBY GIVEN** that on March 8, 2007, USA Capital Realty Advisors
2 LLC ("USA Realty"), by and through its counsel and pursuant to 11 U.S.C. § 502 and Fed. R.
3 Bankr. P. 3007, filed an Omnibus Objection To Misfiled Claims (the "Objection").  USA Realty
4 seeks in this Objection the disallowance of the Duplicate Misfiled Claims (attached as Exhibit A
5 to the Objection), claims where the claimant asserted the same claim against USA Realty and
6 against the appropriate Debtor, and the Reclassified Misfiled Claims (attached as Exhibit B to the
7 Objection), claims which should be reclassified as timely filed claims against USA Commercial
8 Mortgage Company.

9 **Please carefully review the Omnibus Objection included with this Notice, particularly
10 the Exhibits referenced above concerning your claim(s).**

11 A copy of the Objection may be obtained by accessing PACER through the United States
12 Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at
13 telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Schwartzer &
14 McPherson Law Firm, telephone: (702) 228-7590 or fax:  (702) 892-0122.

15 **NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held on
16 **April 26, 2007** before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las
17 Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada **at 9:30
18 a.m.**

19 **NOTICE IS FURTHER GIVEN** that the hearings may be continued without further
20 notice.

21 **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by
22 **April 19, 2007** pursuant to Local Rule 3007(b), which states:

23 If an objection to a claim is opposed, a written response must be filed and served on
   the objecting party at least 5 business days before the scheduled hearing. A
24 response is deemed sufficient if it states that written documentation in support of
   the proof of claim has already been provided to the objecting party and that the
25 documentation will be provided at any evidentiary hearing or trial on the matter.
26 / / /
27
28 / / /

2
Claims Objection USA Realty Misfiled Claims

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: March 8, 2007.

/s/   Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NVBar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Claims Objection USA Realty Misfiled Claims