Annette W. Jarvis, Utah Bar No. 1649

**E-FILED ON MARCH 8, 2007**

Steven C. Strong, Utah Bar No. 6340

RAY QUINNEY & NEBEKER P.C.

36 South State Street, Suite 1400

P.O. Box 45385

Salt Lake City, Utah 84145-0385

Telephone: (801) 532-1500

Facsimile: (801) 532-7543

Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399

Jeanette E. McPherson, Nevada Bar No. 5423

SCHWARTZER & MCPHERSON LAW FIRM

2850 South Jones Boulevard, Suite 1

Las Vegas, Nevada  89146-5308

Telephone:  (702) 228-7590

Facsimile:  (702) 892-0122

E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY RE APPELLANTS' OBJECTION TO APPELLEE DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date of hearing:  March 27, 2007<br>Time of hearing:  9:30 a.m.<br>Place:  Courtroom No. 1, Third Floor,<br>      Foley Federal Bldg.,<br>      300 Las Vegas Blvd., S<br>      Las Vegas, NV 89101 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Commercial Mortgage Company, by and through its counsel Ray Quinney &

2    Nebeker and Schwartzer & McPherson ("Appellee"), with the support of the Official Committee

3    of Unsecured Creditors of USA Commercial Mortgage Company, by and through its counsel,

4    Lewis and Roca LLP, and Del and Ernestine Bunch ("Appellants") by and through their counsel,

5    Santoro, Driggs, Walch, Kearney, Johnson & Thompson, hereby stipulate and agree as follows:

6    Appellants filed an Objection to Appellee Debtors' Designation Of Additional Items to

7    Include in Record on Appeal [DE 2896] (the "Objection"), on February 26, 2007.  The matter is

8    scheduled for hearing before this Court on March 27, 2007 at 9:30 a.m.

9    The deadline for Appellee to respond to the Objection pursuant to Local Rule 9014(d)(1) is

10    March 16, 2007, which is fifteen days after notice, plus an additional three days for mailing.  The

11    parties have agreed to extend the time for Appellee to file its response to Appellants' Objection

12    and extend the deadline for Appellants to file their reply to Appellees' response, while the parties

13    attempt to resolve the issue.

14    WHEREFORE, it is requested:

15    1.    The deadline for Appellee to file its response to Appellants' Del and Ernestine

16    Bunch's Objection to Appellee Debtor's Designation of Additional Items to Include in Record on

17    Appeal be extended to March 20, 2007; and

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2.      The deadline for Appellants, Del and Ernestine Bunch to file their reply to Appellee's response be extended to March 23, 2007.

RESPECTFULLY SUBMITTED March 8, 2007.

/s/ Jeanette E. McPherson_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtor*

**LEWIS AND ROCA LLP**


By:   /s SMF  (#004199 )_____
          Susan M. Freeman
          Rob Charles
*Attorneys for Official Committee of Unsecured
Creditors of USA Commercial Mortgage Company*

**SANTORRO, DRIGGS, WALCH, KEARNEY,
JOHNSON & THOMPSON**


By:   /s/ RFH (#3077)_____
          Richard F. Holley
          Ogonna M. Atamoh (NV Bar No. 7589)
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101
Telephone:  702-791-0308
Fax: 702-791-1912
*Attorneys for Appellants Del and Ernestine Bunch*

Stipulated Motion To Extend Deadlines To File Response Re Appellants' Objection To Designation

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122