Electronically filed on March 8, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHTD. |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; jhermann@orrick.com | Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com |

*Attorneys for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor. | Chapter Number: 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                  Debtor. | **Appeal Ref. No. 07-06** |
| In re:<br>USA SECURITIES, LLC,<br>                  Debtor. | **APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

Pursuant to Bankruptcy Rule 8006 and Local Rule 8006, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Appellee") hereby submits its Supplemental Designation of Record in connection with the above-referenced appeal as follows:

| No. | Docket Text | Date Docketed | Docket No. |
|---|---|---|---|
| 1 | Amended Order Approving Debtor's Ex Parte Application for Order Approving Employment of BMC Group, Inc. as the Claims Agent for Debtor's Estate | 5/4/2006 | 149 |
| 2 | Stipulated Order Re Proofs of Interest | 9/15/2006 | 1293 |
| 3 | Notice of Entry of Order with Certificate of Service of Stipulated Order re Proofs of Interest | 9/22/2006 | 1348 |
| 4 | Proof of Interest filed by Margaret B. McGimsey Trust | 11/9/2006 | Unknown-Docketed with Court-approved noticing agent |
| 5 | Proof of Interest filed by Sharon or Jerry McGimsey | 11/9/2006 | Unknown-Docketed with Court-approved noticing agent |
| 6 | Proof of Interest filed by Johnny Clark | 11/9/2006 | Unknown-Docketed with Court-approved noticing agent |
| 7 | Proof of Interest filed by Bruce McGimsey | 11/9/2006 | Unknown-Docketed with Court-approved noticing agent |
| 8 | Debtors' First Amended Disclosure Statement For Debtor's Third Amended Joint Plan of Reorganization | 11/15/2006 | 1798 |
| 9 | Amended Chapter 11 Plan (Third Amended Chapter 11 Plan of Reorganization) | 11/15/2006 | 1799 |
| 10 | Notice of Entry of Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein | 1/9/2007 | 2387 |
| 11 | Declaration of Michael Tucker (in support of Supplemental Brief in Support of Objection to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, to Claim Nos. 90, 93, 94, 95, 129, 130, 131, and 136 Filed Against USA Capital Diversified Trust Deed Fund, LLC by McGimseys and Johnny Clark) | 1/17/2007 | 2463 |

{00377679;} OHS West:260186266.1                                                    Page 2

| 12 | Transcript of initial hearing on Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim held January 3, 2007 | ORDERED | |
|---|---|---|---|

Copies of the Appellants' Proofs of Interest, items nos. 4 through 7 above, inclusive, are attached hereto as **Exhibit 1**, as they are a part of the record in the above-captioned chapter 11 bankruptcy cases but were filed with the Court-approved noticing agent, BMC Group, Inc. ("BMC") and are not shown on the Court's Claims Register.

DATED this 8th day of March 2007.

BECKLEY SINGLETON, CHTD.

By: _/s/ Anne M. Loraditch_
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

and

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# EXHIBIT 1

## APPELLANTS' PROOFS OF INTEREST

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: USA Capital Diversified Trust Deed Fund LLC | Case Number: 06-10727 |

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Margaret B. McGimsey Trust

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

Telephone Number ( )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which Interestholder identifies Debtor: | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ☐ amends a previously filed Proof of Interest dated: |
|---|---|
| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Margaret B. McGimsey Trust c/o William L. McGimsey, Esq. 601 East Charleston Blvd. Las Vegas, NV 89104 | **3. Date Equity Interest was acquired:** 07/16/01 05/01/02 07/01/03 |
| Telephone Number ( ) | |
| **4. Total amount of member interest:** $96,094.75+interest | **5. Certificate number(s):** |

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

| The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units). | THIS SPACE FOR COURT USE ONLY |
|---|---|

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

| DATE | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): |
|---|---|
| 11-9-06 | William McGimsey, Esq. |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| USA Capital Diversified Trust Deed Fund LLC | 06-10727 |

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Sharon or Jerry McGimsey

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

Telephone Number ( )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which Interestholder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Sharon or Jerry McGimsey
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV 89104

Telephone Number ( )

**3. Date Equity Interest was acquired:**
12/03/01     06/01/03
01/29/01     08/01/03
10/16/01
04/01/02

**4. Total amount of member interest:** $311,091.58+interest

**5. Certificate number(s):**

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

THIS SPACE FOR COURT USE ONLY

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

| DATE | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): |
|---|---|
| 11-9-06 | William L. McGimsey Esq. |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

| Name of Debtor: USA Capital Diversified Trust Deed Fund, LLC | Case Number: 06-10727 | |
|---|---|---|

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Johnny Clark

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

Telephone Number ( )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which Interestholder identifies Debtor: | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: ☐ amends a previously filed Proof of Interest dated: |
|---|---|
| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Johnny Clark c/o William L. McGimsey, Esq. 601 East Charleston Blvd. Las Vegas, NV 89104 Telephone Number ( ) | **3. Date Equity Interest was acquired:** 01/29/00 07/01/02 |
| **4. Total amount of member interest:** $99,467.90+interest | **5. Certificate number(s):** |

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

THIS SPACE FOR COURT USE ONLY

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

| DATE 11-9-06 | SIGN and print the name and title, if any, of the interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): /s/ Will. L. McG. — William McGimsey, Esq. |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: USA Capital Diversified Trust Deed Fund LLC | Case Number: 06-10727 | |

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Bruce McGimsey

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

Telephone Number ( )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which Interestholder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Bruce McGimsey
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV  89104

**3. Date Equity Interest was acquired:**
08/01/02
08/01/03

Telephone Number ( )

**4. Total amount of member interest:** 86,171.22

**5. Certificate number(s):**

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

THIS SPACE FOR COURT USE ONLY

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

| DATE | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): |
|---|---|
| 11-9-06 | William McGimsey, Esq. |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571