# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
　　USA COMMERCIAL MORTGAGE COMPANY
　　fka USA CAPITAL
　　4484 SOUTH PECOS ROAD
　　LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by CYNTHIA J. LARSEN and the appointment of ANNE M. LORADITCH as designated Nevada Counsel in this case is approved.

Dated: 3/6/07　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia Gray*

　　　　　　　　　　　　　　　　　　　　　　　　Patricia Gray
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: Mar 06, 2007
Case: 06-10725                 Form ID: oaancbk           Total Served: 3

The following entities were served by first class mail on Mar 08, 2007.
aty        +ANNE M. LORADITCH,    BECKLEY SINGLETON, CHTD.,    530 LAS VEGAS BLVD., SO.,
             LAS VEGAS, NV 89101-6503
ust        +U.S. TRUSTEE - LV - 11,    300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
            CYNTHIA J. LARSEN,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, SUITE 3000,
             SACRAMENTO, CA  95814-4497

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2007**                    **Signature:**        _Joseph Speetjens_