Entered on Docket
March 09, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com

Attorneys for The Mault Family Trust
Allen J. Mault and Marita Mault, Trustees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS THE MAULT FAMILY TRUST, ALLEN J. MAULT and MARITA MAULT, TRUSTEES**<br>(Affects All Debtors) |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | No Hearing Required. |

1

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for The Mault Family Trust Allen J. Mault and Marita Mault, Trustees, direct lenders in these cases, consents to the substitution of The Mault Family Trust Allen J. Mault and Marita Mault, Trustees as their own counsel, in the above-entitled matter in her place and stead.

DATED this _____ day of _____, 200__.

_____
JANET L. CHUBB, ESQ.

The Mault Family Trust Allen J. Mault and Marita Mault, Trustees, do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

The Mault Family Trust
Allen J. Mault and Marita Mault, Trustees
2422 Aquasanta
Tustin, CA 92782

DATED this __5__ day of __March__, 200_7_.

_____
ALLEN J. MAULT, TRUSTEE

_____
MARITA MAULT, TRUSTEE

**IT IS SO ORDERED.**

# # #

2