

Entered on Docket
March 09, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | [No Hearing Required]<br>**Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**ORDER REQUIRING KUMMER KAEMPFER BONNER RENSHAW &
FERRARIO, LTD. TO PRODUCE ONE OR MORE CORPORATE
REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 200**

1814481.1

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("Movant") filed a Motion for Order Requiring Kummer Kaempfer Bonner Renshaw & Ferrario, Ltd. to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Kummer Kaempfer Bonner Renshaw & Ferrario, Ltd. ("KKBR&F") produce one or more corporate representatives, as set forth in subpoenas to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10) days after the filing of the Motion and no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

-and-

1814481.1

DIAMOND MCCARTHY TAYLOR FINLEY
& LEE LLP

By: /s/ *Eric D. Madden* (pro hac vice)
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
1201 Elm Street, 34th Floor
Dallas, Texas  75270

*Special Litigation Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

1814481.1