Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on March 9, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**AMENDED NOTICE OF HEARING RE: OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS FILED BY THE INTERNAL REVENUE SERVICE**<br><br>**(Affects USA Commercial Mortgage Company)**<br><br>NEW HEARING Date:  May 31, 2007<br>NEW HEARING Time:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

1  **NOTICE IS HEREBY GIVEN** that on March 9, 2007, USA Commercial Mortgage
2  Company ("USACM"), by and through its counsel, filed an Objection to Certain Claims Filed by
3  the Internal Revenue Service (the "Objection").  USACM objects to the IRS Claims and requests
4  that the Court disallow the IRS Claims in their entirety.

5  A copy of the Objection may be obtained by accessing PACER through the United States
6  Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at
7  telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Schwartzer &
8  McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122.

9  **NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held on
10 **May 31, 2007** before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las
11 Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada **at 9:30**
12 **a.m.**

13 **NOTICE IS FURTHER GIVEN** that the hearings may be continued without further
14 notice.

15 **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by
16 **May 24, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

20 / / /
22 / / /
24 / / /
26 / / /
28 / / /

2

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Respectfully submitted this 9TH day of March, 2007.

       /s/   Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

915703