ELECTRONICALLY FILED
MARCH 9. 2007

1

2

STUTMAN, TREISTER & GLATT, P.C.          SHEA & CARLYON, LTD.
FRANK A. MEROLA                          JAMES PATRICK SHEA
(CA State Bar No. 136934)                (Nevada State Bar No. 000405)
EVE H. KARASIK                           CANDACE C. CARLYON
(CA State Bar No. 155356)                (Nevada State Bar No. 002666
CHRISTINE M. PAJAK                       SHLOMO S. SHERMAN
(CA State Bar No. 217173)                (Nevada State Bar No. 009688)
1901 Avenue of the Stars, 12th Floor     233 South Fourth Street, Second Floor
Los Angeles, CA 90067                    Las Vegas, Nevada 89101
Telephone: (310) 228-5600                Telephone: (702) 471-7432
E-mail:    fmerola@stutman.com           E-mail:    jshea@sheacarlyon.com
           ekarasik@stutman.com                     ccarlyon@sheacarlyon.com
           cpajak@stutman.com                       ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

3

4

5

6

7

8

9

10

11

## UNITED STATES BANKRUPTCY COURT

12

### DISTRICT OF NEVADA

13

| | | |
|---|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor | )<br>)<br>) | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor | )<br>)<br>) | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | )<br>)<br>) | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | )<br>)<br>) | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | )<br>)<br>) | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Date: March 15, 2007<br>Time: 9:30 a.m. |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## STATUS OF FTDF COMMITTEE MATTERS TO BE HEARD ON MARCH 15 OMNIBUS HEARING DATE

28

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") reports the status the following matters, which are currently scheduled to be heard on the March 15 Omnibus Hearing Date:

1. **Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Claims Superseded By Compromise Contained In Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified)** (the "Compromised Claims Objection") [DE #2295]

The Compromised Claims Objection was initially heard on January 31, 2007, and was sustained on that date as to claim nos. 115, 118, and 119 (the "Adams Claims"). As to the balance of the claims, consisting of claim nos. 123, 124, and 125 (the "Kantor Claims"), the Compromised Claims Objection was continued pursuant to two separate stipulations entered into between the FTDF Committee and the Kantor Claimants [DE #2559 and 2891]. The Kantor Claimants filed a response to the Compromised Claims Objection on February 20, 2007 [DE #2841], and the FTDF Committee filed its reply on March 7, 2007 [DE #3004]. A chart summarizing the status of this matter is attached hereto as Exhibit "1". **This matter is contested, and oral argument at the March 15 hearing is anticipated.**

2. **Motion to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members** (the "Reserve Motion") [DE #2668]

The Reserve Motion was filed on February 2, 2007, and originally set for status hearing on February 15, 2007. The Reserve Motion sought to establish interim reserves for outstanding unliquidated claims (pending hearings on the claims objections), in order to permit FTDF to make further interim distributions to its members. Since the filing of the Reserve Motion, the FTDF Committee has entered into – and the Court has approved – stipulations with all but one of the claimants asserting claims which are partially or wholly unliquidated. As to the single exception, claimant Katrine Mirzain, the attachments to Ms. Mirzain's proof of claim establish that she is a "Direct Lender," and, pursuant to this Court's Modified Order Authorizing Interim Distributions and Holdbacks (DE #1424, entered on October 2, 2006), interim distributions need not reserve against this claim.

Ms. Mirzain did not respond to the Reserve Motion. **This Motion has been resolved except to Claim No. 147 (Mirzain), and is unopposed as to that Claim. The FTDF Committee requests that the Court establish a reserve of $1 as to Claim #147.**

A chart summarizing the status of this matter is attached hereto as Exhibit "2."

3. **Fifth Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC – Misfiled Claims** (the "Misfiled Claims Objection") [DE #2745]

This Misfiled Claims Objection seeks the disallowance of the following claims, due to their having been inappropriately filed against the FTDF estate: Claim nos. 140; 141; 142;

143; 144; 145; 146; 147; and 149.  As of the date of this report, no responsive pleading has been filed to this Misfiled Claims Objection.  **The Misfiled Claims Objection is unopposed, and the FTDF Committee seeks an order disallowing and reclassifying the claims listed above set forth in the chart attached hereto as Exhibit "3."**

4. **Sixth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund, LLC** (the "Equity Claims Objection") [DE #2748].

The Equity Claims Objection seeks the disallowance of the following claims, due to their mischaracterization as "claims" as opposed to "equity interests," as well as the disallowance of any amounts claimed in excess of the particular investor's equity interest as of the petition date: Claim nos. 30; 31; 32; 33; 35; 36; 37; 38; 39; 40; 41; 42; 47; 53; 55; 68; 69; 70; 71; 72; 75; 77; 82; 89; 90; 91; 111; 114; 127; 128; 129; 134; 135; 138; and 148.  For the purposes of providing notice to the claimants of the Equity Claims Objection, the claimants were divided into four smaller groups, and a notice of the objection was sent to each [DE #2750, 2751, 2752, and 2753].  As of the date of this report, no responsive pleading has been filed to this Equity Claims Objection.  **The Equity Claims Objection is unopposed, and the FTDF Committee seeks an order recharacterizing and disallowing the claims listed above.**  A chart summarizing the status of this matter is attached hereto as Exhibit "4."

5. **Seventh Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Amount of Proofs of Interest** (the "Equity Interest Amounts Objection") [DE #2754]

The Equity Interest Amounts Objection seeks the disallowance of the following Proofs of Interest to the extent that the amounts asserted therein exceed the amount reflected in the Debtors' books and records as of the petition date for that particular investor: Proofs of Interest nos. 12; 17; 20; 27; 47; 61; 62; 68; 70; 72; 73; 74; 75; 6; 7; 19; 20; 25; and 26.  For the purposes of providing notice to the investors that are the subjects of the Equity Interest Amounts Objection, the investors were divided into two groups, and a notice of the objection was sent to each [DE #2756 and 2757].  As of the date of this report, no responsive pleading has been filed to this Equity Interest Amounts Objection.  **The Equity Interests Amount Objection is unopposed, and the FTDF Committee seeks an order disallowing and modifying the proofs of interest, as set forth on the chart  attached hereto as Exhibit "5."**

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

3

6. **Eighth Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC – Proofs Of Claim And Proofs Of Interest Filed By Members Of USA Capital First Trust Deed Fund, LLC Who Filed Both Proofs Of Claim And Proofs Of Interest** (the "Equity Claims and Interests Objection") [DE #2758]

The Equity Claims and Interests Objection seeks the disallowance of the following claims, to the extent that such claims are duplicative of proofs of interest filed by the same claimants, as well as the disallowance of those proofs of interest to the extent that the amounts asserted therein exceed the amount reflected in the Debtors' books and records as of the petition date for that particular investor: Claim nos. 34, 64, 65, 66, 73, 96, 97, 98, 99, 103, 104, 105, 107, 102, 112, 136, and 137; Proofs of Interest nos. 21, 37, 38, and 60. As of the date of this report, no responsive pleading has been filed to this Equity Claims and Interests Objection. The Equity Claims and Interests Objection **is unopposed, and the FTDF Committee seeks an order modifying and disallowing the claims and interests, as described in the** chart attached hereto as Exhibit "6."

DATED this ⁄⁄ day of March, 2007.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

# EXHIBIT "1"

Case Name:  USA Commercial Mortgage Company

Trustee:  n/a

Case No. BK-S-06-10725-LBR

Date of Hearing: March 15, 2007

Time of Hearing:  9:30 a.m.

## Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, Llc To Claims Superseded By Compromise Contained In Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified)
### (Docket no. 2295)

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | OUTCOME |
|---|---|---|---|
| 115 | Brian M. Adams | $325,000.00 | Sustained |
| 118 | Herman M. Adams, Brian M. Adams, Anthony G. Adams | $3,625,000.00 | Sustained |
| 119 | Olympia Capital Management | $100,000.00 | Sustained |
| 123 | Kantor Nephrology Consultants, Ltd. 401(k) PSP, Gary Kantor, Trustee | Unliquidated | Continued to 3/15/07 by stipulated order – docket no. 2891 |
| 124 | Dr. Gary Kantor | Unliquidated | Continued to 3/15/07 by stipulated order – docket no. 2891 |
| 125 | Lynn M. Kantor | Unliquidated | Continued to 3/1/07 by stipulated order – docket no.2891 |

# EXHIBIT "2"

Case Name:  USA Commercial Mortgage Company
Trustee:  n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing:  9:30 a.m.

## MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS

### (Docket No.   2268)

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | OUTCOME |
|---|---|---|---|
| 89 | William M. Spangler | $20,000 | Aggregate interim reserve of $130,678.50 for claims 89, 90 and 91 (Stipulation Docket No. 2779; Order Docket No. 2837) |
| 90 | William M. Spangler Jean A. Spangler | $100,000 | See 89, above |
| 91 | Jean A. Spangler | $10,678.50 | See 89, above |
| 96 | OVCA Associates Inc. Defined Pension Plan | $17,957.79 | $50,000 interim reserve (Stipulation Docket No. 2773; Order Docket No. 2790) |
| 97 | First Savings Bank c/f Gail Hodes IRA | $35,143.89 | $50,000 interim reserve (Stipulation Docket No. 2773; Order Docket No. 2790) |
| 123 | Kantor Nephrology Consultants,Ltd. 401(k) Psp | | $1 interim reserve; applies to claims 123, 124, 125 (Stipulation Docket No. 2771; Order Docket No. 2789) |
| 124 | Dr. Gary Kantor | Unliquidated | $1 interim reserve (see 123, above) |
| 125 | Lynn M. Kantor | Unliquidated | $1 interim reserve (see 123, above) |
| 127 | William M. Spangler | $20,000.00 | Duplicate (see 89, above) (note:  there is disagreement between the claims register, the copies of claims on file with PACER, and the claim numbers reported to the claimants as to the order of the claims numbered 127, 128, and 129) |
| 128 | Jean A Spangler | $10,678.50 | Duplicate (see 89, above) |
| 129 | William M. Spangler | $20,000.00 | Duplicate (see 89, above) |

Date of Hearing:  March 15, 2007    Page 1 of 2

Case Name:  USA Commercial Mortgage Company

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing:  9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | OUTCOME |
|---|---|---|---|
| 136 | OVCA Associates Inc Defined Pension Plan | See attachment to claim | Duplicate (see 96 above) |
| 137 | First Savings Bank c/f Gail Hodes IRA | See attachment to claim | Duplicate (see 97 above) |
| 146 | Halseth Family Trust Totally Restated 4/21/00 | See attached | $60,000 interim reserve (Stipulation Docket No. 2772; Order Docket #2776) |
| 147 | Katrine Mirzaian | $344,011.56 | Continued to 3/15/07 |

Date of Hearing:  March 15, 2007      Page 2 of 2

# EXHIBIT "3"

Case Name:  USA Commercial Mortgage Company
Trustee:  n/a

Case No.  BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

**FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC**

(Docket No.  2745)

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 140 | Acres Corporation, a Nevada Corporation | Blank | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |
| 141 | Acres Corporation, a Nevada Corporation | $50,000.00 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |
| 142 | Acres Corporation, a Nevada Corporation | $50,000.00 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |
| 143 | Michael C Rehberger and Jeana L Rehberger | $50,000.00 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |

Case Name:  USA Commercial Mortgage Company
Trustee:  n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 144 | Michael Rehberger | $50,000.00 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |
| 145 | Newman Trust Dated 1/26/94 c/o David R. Newman and Sandra L. Newman Trustees | $87,339.67 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |
| 146 | Daniel R Halseth & Sandra K Halseth Trustees of the Halseth Family Trust Totally Restated 4/21/00 | Unliquidated | No | DISALLOW | |
| 147 | Katrine Mirzaian | $344,011.56 | No | DISALLOW | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 149 | First Savings Bank of George A. DiGioia | $281,250.00 | No | RECLASSIFY (WITHOUT PREJUDICE) AS CLAIM AGAINST USACM | |

# EXHIBIT "4"

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

**SIXTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – CLAIMS BASED ON PREPETITION EQUITY SECURITY INTERESTS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC**

(Docket No. 2748)

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 30 | Aristotle Melonas Ttee for the Magic Trust | $551,616.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $551,616.50 | |
| 31 | Aristotle Melonas Ttee of American Sand & Gravel | $170,635.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $170,635 | |
| 32 | Gwen Melonas Ttee of the George Melonas | $575,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $575,000 | |
| 33 | Aristotle Melonas Ttee in Trust for Simon Melonas and Celeste Melonas | $21,728.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $21,728.50 | |

Date of Hearing: March 15, 2007          Page 1 of 9

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 35 | Louis H. and Shirley M. Turner of Louis H. and Shirley M. Turner Family Trust 9/9/97 | $50,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $50,000 | |
| 36 | The Chiappetta Trust Pat & JoAnn Chiappetta | $39,596.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $39,596 | |
| 37 | Pat Chiappetta IRA | $39,596.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $39,596 | |
| 38 | JoAnn Chiappetta IRA | $39,596.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $39,596 | |
| 39 | Louis H. and Shirley M. Turner of Louis H. and Shirley M. Turner Family Trust 9/9/97 | $50,000.00 | No | DISALLOW CLAIM IN FULL; AS DUPLICATIVE OF CLAIM NO. 35 | |

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 40 | Sanches Living Trust 10/13/06 Randy and Sharon Sanches | $20,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $20,000 | |
| 41 | Debra A. Gant-Hickel and Russell J. Hickel | $33,245.88 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $31,976; DISALLOW BALANCE | |
| 42 | Lewis Kaskel Trust, Dtd 5/16/01 | $61,521.05 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $59,154.50; DISALLOW BALANCE | |
| 47 | First Trust Co of Onaga Custodian for Roberta Schwartz IRA | $50,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $50,000 | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 53 | Phillip Lackman & Tillie Lackman | $30,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $30,000 | |
| 55 | First Savings Bank, C/F Margaret Rockwood IRA, Henry Arthur Peters and Donna Marie Peters JTWROS | $30,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $30,000 | |
| 68 | Fiserv Trust Company Ttee FBO Thomas E. Smith Acct #949 | $83,627.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $83,627.50 | |
| 69 | Fiserv Trust Company Ttee FBO Patricia Paschal Acct #938 | $200,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $200,000 | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 70 | Fiserv Trust Company Ttee FBO James J. Tanaka Account No 853 | $358,422.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $358,422.50 | |
| 71 | Fiserv Trust Company Ttee FBO Wilma Prim Snow Account No | $82,011.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $82,011.50 | |
| 72 | Sterling Trust Company, Custodian FBO Dioniso Fernandes A/C 13692 | $32,025.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $32,025 | |
| 75 | Donnolo Family Trust DTD 8/24/88, Joseph & Loretta Donnolo Trustees | $258,705.71 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $248,754; DISALLOW BALANCE | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 77 | Ranch Open Space of Nevada, Inc. | $20,075.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $20,000; DISALLOW BALANCE | |
| 82 | David N. Warner, Jr. | $23,246.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $23,246 | |
| 89 | William M. Spangler | $20,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $20,000; DISALLOW BALANCE | |
| 90 | William M. Spangler, Jean A. Spangler | $100,000.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $100,000; DISALLOW BALANCE | |

Date of Hearing: March 15, 2007

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 91 | Jean A. Spangler | $10,678.50 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $10,678.50; DISALLOW BALANCE | |
| 111 | Geraldine Price | $32,025.00 plus interest | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $30,000; DISALLOW BALANCE | |
| 114 | Ruby Simon & Evie Simon | $46,804.96 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $45,004.50; DISALLOW BALANCE | |
| 127 | William M. Spangler | $100,000.00 | No | DISALLOW AS DUPLICATIVE OF CLAIM NO. 90 | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 128 | Jean A. Spangler | $10,678.50 | No | DISALLOW AS DUPLICATIVE OF CLAIM NO 91 | |
| 129 | William M. Spangler | $20,000.00 | No | DISALLOW AS DUPLICATIVE OF CLAIM NO 89 | |
| 134 | James & Maudrene McConnell Trustees | $29,999.03 | No | DISALLOW IN FULL AS AMOUNT ASSERTED IS SOLELY ON ACCOUNT OF ANTICIPATED POST-PETITION DIVIDENDS | |
| 135 | James M. McConnell IRA | $8,695.41 | No | DISALLOW IN FULL AS AMOUNT ASSERTED IS SOLELY ON ACCOUNT OF ANTICIPATED POST-PETITION DIVIDENDS | |
| 138 | James W. Shaw IRA | $84,662.00 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $80,000; DISALLOW BALANCE | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | CLAIM AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 148 | The Coxey Living Trust 12-3-98 | $101,260.86 | No | RECLASSIFY AS PROOF OF INTEREST IN THE AMOUNT OF $100,000; DISALLOW BALANCE | |

# EXHIBIT "5"

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

**SEVENTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – AMOUNTS OF PROOFS OF INTEREST (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC**

(Docket No.  2754)

PROOFS OF INTEREST

| POI NO. | CREDITOR | ASSERTED EQUITY AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 12 | Clinton Dan Bowman | $341,489.42 | No | ALLOW POI IN AMOUNT OF $334,551 | |
| 17 | Robert E. Heller | $20,732.97 | No | ALLOW POI IN AMOUNT OF $20,000 | |
| 20 | Robert E. Heller | $20,732.97 | No | ALLOW POI AS DUPLICATIVE OF POI NO. 17 | |
| 27 | Maryetta J. Wall-Bowman | $37,409.54 | No | ALLOW POI IN AMOUNT OF $35,970.50 | |

Date of Hearing: March 15, 2007        Page 1 of 5

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| POI NO. | CREDITOR | ASSERTED EQUITY AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 47 | Ernest Libman | $16,327.58 | No | ALLOW POI IN AMOUNT OF $15,699.50 | |
| 61 | William E. Hansen | $52,018.28 | No | ALLOW POI IN AMOUNT OF $50,000 | |
| 62 | William D. Carter | $75,000.00 | No | DISALLOW POA AS DUPLICATIVE OF POI NO. 48 | |
| 68 | Ervin J. Nelson | $104,950.00 | No | ALLOW POI IN AMOUNT OF $103,277 | |
| 70 | Allan Ebbin | $110,824.62 | No | ALLOW POI IN AMOUNT OF $106,561.50 | |

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing:  9:30 a.m.

| POI NO. | CREDITOR | ASSERTED EQUITY AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 72 | Sherry Dean Bullock | $45,457.80 | No | ALLOW POI IN AMOUNT OF $42,070.50 | |
| 73 | Rosalie Allen Morgan | $105,342.00 plus interest | No | ALLOW POI IN AMOUNT OF $105,342 | |
| 74 | Joann L McQuerry | $655,584.00 plus interest | No | ALLOW POI IN AMOUNT OF $25,000 | |
| 75 | Loughlin Family Trust | $1,055,000.00 | No | DISALLOW IN FULL; NOT A MEMBER OF FTDF | |

Case Name:  USA Commercial Mortgage Company
Trustee:  n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing:  9:30 a.m.

## PROOFS OF CLAIM PREVIOUSLY RECLASSIFIED AS EQUITY INTERESTS PURSUANT TO THIS COURT'S ORDER OF SEPTEMBER 14, 2006 [DE# 1278]

| CLAIM NO. | CREDITOR | AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| FTDF Claim no. 6* | Frieda Moon FBO Sharon C. Van Ert | $35,583.34 | No | ALLOW POI IN AMOUNT OF $35,000 | |
| FTDF Claim no. 7* | Frieda Moon FBO Sharon C. Van Ert | $17,538.18 | No | ALLOW POI IN AMOUNT OF $17,279 | |
| FTDF Claim no. 19* | Louie and Charlotte Polanco | $13,110.26 | No | ALLOW POI IN AMOUNT OF $12,214.50 | |
| FTDF Claim no. 20* | Joseph Grgurich | $25,000.00 | No | DISALLOW AS DUPLICATIVE OF CLAIM NO. 2, WHICH WAS FORMERLY RECLASSIFIED AS POI | |

Date of Hearing: March 15, 2007        Page 4 of 5

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | AMOUNT | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| FTDF Claim no. 25* | Rocco J. Rocco | $10,132.00 | No | ALLOW POI IN AMOUNT OF $10,000 | |
| FTDF Claim no. 26* | Heinrich Richard Weber and Brigitte S. Weber | $30,275.00 | No | ALLOW POI IN AMOUNT OF $30,000 | |

# EXHIBIT "6"

Case Name:  USA Commercial Mortgage Company
Trustee:  n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

**EIGHTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – PROOFS OF CLAIM AND PROOFS OF INTEREST FILED BY MEMBERS OF THE USA CAPITAL FIRST TRUST DEED FUND, LLC WHO FILED BOTH PROOFS OF CLAIM AND PROOFS OF INTEREST [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC]**

(Docket No. 2758)

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 34 | Peter M. DiGrazia DMD PSP | $15,625.00 | No | DISALLOW POC | |
| 64 | Peter M. DiGrazia DMD PSP | $15,625.00 | No | DISALLOW POC | |
| 65 | Sibrava-Rapp Trust 1-02-97 | No amount stated | No | DISALLOW POC | |
| 66 | Bernard White | $56,040.00 | No | DISALLOW POC | |
| 73 | Bill McHugh POA for Harry McHugh Revocable Trust | $30,000.00 | No | DISALLOW POC | |

Date of Hearing: March 15, 2007        Page 1 of 5

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 96 | OVCA Associates Inc Defined Pension Plan C/O William J Ovca Jr Trustee | $17,957.79 plus unliquidated amount | No | DISALLOW POC | |
| 97 | First Savings Bank C/F Gail Hodes, IRA | $35,143.89 plus unliquidated amount | No | DISALLOW POC | |
| 98 | Fiserv Trust Company Ttee FBO Edward L. Felman IRA 06000007157S | $50,416.50 | No | DISALLOW POC | |
| 99 | Robert Woods | $10,000.00 plus interest | No | DISALLOW POC | |
| 102 | John E Brown Jr and Sandra L Brown | $10,000.00 | No | DISALLOW POC | |
| 103 | Jean-Jacques LeBlanc | $21,459.50 | No | DISALLOW POC | |

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 104 | Jean-Jacques LeBlanc | $50,000.00 | No | DISALLOW POC | |
| 105 | Joan LeBlanc | $15,982.50 | No | DISALLOW POC | |
| 107 | Joan LeBlanc | $15,982.50 | No | DISALLOW POC | |
| 112 | John E Brown Jr and Sandra L Brown | $10,000.00 | No | DISALLOW POC | |
| 136 | OVCA Associates Inc Defined Pension Plan C/O William J Ovca Jr Trustee | see attachment to claim | No | DISALLOW POC | |

Date of Hearing: March 15, 2007        Page 3 of 5

Case Name:  USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| CLAIM NO. | POI NO. | CREDITOR | FTDF MEMBER | AMOUNT OF CLAIM | AMOUNT OF INTEREST | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|---|---|---|
| 137 | | First Savings Bank C/F Gail Hodes, IRA | | see attachment to claim | | No | DISALLOW POC | |
| | 21 | Bernard White | | | $56,040 | No | ALLOW POI IN AMOUNT OF $54,484.50; DISALLOW BALANCE | |
| | 37 | OVCA Associates Inc Defined Pension Plan C/O William J Ovca Jr Trustee | | | $17,957.79 | No | ALLOW POI IN AMOUNT OF $17,267; DISALLOW BALANCE | |
| | 38 | First Savings Bank C/F Gail Hodes, IRA | | | $35,143.89 | No | ALLOW POI IN AMOUNT OF $33,792; DISALLOW BALANCE | |

Date of Hearing: March 15, 2007          Page 4 of 5

Case Name: USA Commercial Mortgage Company
Trustee: n/a

Case No. BK-S-06-10725-LBR
Date of Hearing: March 15, 2007
Time of Hearing: 9:30 a.m.

| POI NO. | FTDF MEMBER | AMOUNT OF INTEREST | RESPONSE TO OBJECTION FILED | RELIEF SOUGHT | OUTCOME |
|---|---|---|---|---|---|
| 60 | Peter M. DiGrazia DMD PSP | $15,750 | No | ALLOW POI IN AMOUNT OF $15,000; DISALLOW BALANCE | |