

**Entered on Docket
March 09, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Daniel D. White, Esq., California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:       (949) 729-9119
Facsimile:        (949) 729-9174
E-mail:              dan@ddwlaw.com
and
Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq., Nevada Bar No. 000503
David A. Stephens, Esq., Nevada Bar No. 000902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:       702-656-2355
Facsimile:        702-656-2776
E-mail:              vgourley@lvcm.com
Attorneys for Gateway Stone Associates, LLC

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor.                                                        /<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor.                                                        /<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor.                                                        /<br><br>In re:<br><br>USA SECURITIES, LLC,<br>          Debtor.                                                        /<br><br>Affects:<br>         ☐ All Debtors<br>         ☒ USA Commercial Mortgage Co.<br>         ☐ USA Securities, LLC<br>         ☐ USA Capital Realty Advisors, LLC<br>         ☐ USA Capital Diversified Trust Deed<br>         ☐ USA First Trust Deed Fund, LLC | CASE NOS: BK-S-06-10725 LBR<br>CASE NOS: BK-S-06-10726 LBR<br>CASE NOS: BK-S-06-10727 LBR<br>CASE NOS. BK-S-06-10728 LBR<br>CASE NOS. BK-S-06-10729 LBR<br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-5-06-10725-LBR<br>Adversary No. 06-01201 LBR<br><br>**Order Approving the Stipulation to Continue Hearing On Objection to Claim 155 of Gateway Stone Associates, LLC in the Amount of $3,630,000**<br><br>**Hearing<br>Date:  March 15, 2007<br>Time:  9:30 a.m.**<br><br>**New Date:  March 27, 2007<br>Time:  9:30 a.m.** |

USA COMMERCIAL MORTGAGE COMPANY

                                              Plaintiff,

vs.

GATEWAY STONE ASSOCIATES, LLC, a Delaware limited liability company,

                                              Defendant./

**IT IS HEREBY ORDERED** that the Stipulation Continuing the Hearing on Objection to Claim 155 of Gateway Stones Associates, LLC in the amount of $3,630,000 by and between Gateway Stone Associates, LLC ("Gateway Stone"), and USA Commercial Mortgage Company ("USACM") is hereby GRANTED.

**IT IS SO ORDERED.**

                                              ###