Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**NOTICE OF ENTRY ORDER DENYING USA COMMERCIAL REAL ESTATE GROUP, INC.'S MOTION TO ENFORCE ORDER GRANTING DEBTORS' MOTION TO DISTRIBUTE FUNDS AND CERTIFICATE OF MAILING**<br><br>**(AFFECTS ALL DEBTORS)**<br><br>Hearing: January 31, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1  NOTICE IS HEREBY GIVEN that an Order Denying USA Commercial Real Estate Group, Inc.'s Motion to Enforce Order Granting Debtors' Motion to Distribute Funds was entered on the 2nd day of March, 2007.  A copy of said Order is attached hereto.

Dated this 9th day of March, 2007.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**CERTIFICATE OF SERVICE**

1. On March 9, 2007, I served the following document(s):

    a. **Notice of Entry of Order Denying USA Commercial Real Estate Group, Inc.'s Motion to Enforce Order Granting Debtors' Motion to Distribute Funds**

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | MICHAEL W! . CHEN    yvette@ccfirm.com |
| 2 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 3 | JANET L. CHUBB    tbw@jonesvargas.com |
| 4 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 5 | |
| 6 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com |
| 7 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 8 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 9 | ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM |
| 10 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 11 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 12 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM |
| 13 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 14 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 15 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 16 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 17 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 18 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 19 | JAMES D. GREENE    bknotice@bhfs.com |
| 20 | |
| 21 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 22 | PETER W. GUYON    pguyon@yahoo.com |
| 23 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboe! |
| 24 | hmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacar! lyon.com |
| 25 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 26 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 27 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 28 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | RICHARD F. HOLLEY    rholley@nevadafirm.com, |
| 2 | paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 3 | RANDOLPH L. HOWARD    rhoward@klnevada.com, |
| 4 | ckishi@klnevada.com;bankruptcy@klnevada.com |
| 5 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 6 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 7 | EVAN L. JAMES !    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 8 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 9 | |
| 10 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 11 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 12 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 13 | jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com |
| 14 | DEAN T. KIRBY    dkirby@kirbymac.com, |
| 15 | jhebert@kirbymac.com;lackerman@kirbymac.com |
| 16 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 17 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 18 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 19 | |
| 20 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;b! ankruptcy@klnevada.com |
| 21 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 22 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, |
| 23 | aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 24 | ERIC D MADDEN    emadden@diamondmccarthy.com |
| 25 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 26 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 27 | |
| 28 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1
2  RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

3  JEANETTE E. MCPHERSON    bkfilings@s-mlaw.c! om;info@s-mlaw.com

4  JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
5
6  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
7
8  DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
9
10  JOHN F MURTHA    jmurtha@woodburnandwedge.com

11  ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

12  VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
13

14  BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;d! griffis@beckleylaw.com
15

16  DONNA M! . OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
17

18  CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
19
20  ANDREW M. PARLEN    aparlen@stutman.com

21  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

22  PAUL C RAY    info@johnpeterlee.com

23  CHRISTINE A ROBERTS    bankruptcy@rocgd.com

24  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

25  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
26
27  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.c! om;aboehmer@sheacarlyon.com

28  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.co

1  m;rmsmith@sheacarlyon.com

2  AMBRISH S. SIDHU     ecf@lslawnv.com

3  JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

4
5  ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

6  DAVID A. STEPHENS     dstephens@lvcm.com

7  PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

8
9  JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

10  AMY N. TIRRE     , lmccarron@kkbrf.com

11  AMY N! . TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.! com
12  < BR> U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

13  GREGORY J. WALCH     GWalch@Nevadafirm.com

14  RUSSELL S. WALKER     rwalker@wklawpc.com,
15  eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

16  WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

17  WILLIAM J. WRAY     wjw@oreillylawgroup.com,
18  rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

19
20  JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

21  MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

22  ANTHONY A! . ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

23
24  ☐   b.   **By United States mail, postage fully prepaid**:

25
26  ☐   c.   **By Personal Service**
         I personally delivered the document(s) to the persons at these addresses:
27       ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
28  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    March 9, 2007

SARAH ARNOLD                              /s/    SARAH ARNOLD
(Name of Declarant)                       (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122