

**Entered on Docket
March 02, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, NV Bar No. 5423 |
| 36 South State Street, Suite 1400 | Schwartzer & McPherson Law Firm |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

*Attorneys for Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | **ORDER DENYING USA COMMERCIAL REAL ESTATE GROUP, INC.'S MOTION TO ENFORCE ORDER GRANTING DEBTORS' MOTION TO DISTRIBUTE FUNDS**<br><br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing: January 31, 2007<br>Hearing Time: 9:30 a.m. |

The Motion to Enforce Order Granting Debtors' Motion to Distribute Funds ("Enforcement Motion") filed on September 27, 2006 [Docket No. 1388] by USA Commercial Real Estate Group, Inc. ("USA Real Estate") having been continued and coming before this court on January 31, 2007 after notice; USA Commercial Mortgage Company appearing by and through its counsel, Annette W. Jarvis, Esq. of Ray Quinney & Nebeker, P.C.; USA Real Estate appearing by and through its counsel, Jeffrey R. Sylvester, Esq. of Sylvester & Polednak, Ltd.; the Court having reviewed the briefs on file and having heard the arguments and representations of counsel and having made its findings of fact and conclusions on the record, it is hereby

ORDERED that the Enforcement Motion is denied.

| Submitted by: | Approved / Disapproved by: |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ Jeanette E. McPherson<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: _____<br>AUGUST B. LANDIS, ESQ. |
| **Approved**/Disapproved by: | Approved/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: /s/ Rob Charles<br>SUSAN FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| **Approved**/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: /s/ Anne M. Loraditch<br>MARC A. LEVINSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____<br>EVE KARASIK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

/ / /

**ORDER DENYING USA COMMERCIAL REAL ESTATE GROUP, INC.'S MOTION TO ENFORCE ORDER GRANTING DEBTORS' MOTION TO DISTRIBUTE FUNDS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by:
SYLVESTER & POLEDNAK, LTD.

By:_____
JEFFREY SYLVESTER, ESQ.
*Attorneys for USA Commercial Real Estate Group*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*Failed to respond: Office of the U.S. Trustee, Gordon & Silver, Ltd., Stutman Treister & Glatt and Shea & Carlyon, Ltd., Sylvester & Polednak, Ltd.*

# # #