Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED on March 9, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
                                                Debtor.

In re:

USA CAPITAL REALTY ADVISORS, LLC,
                                                Debtor.

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                Debtor.

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                Debtor.

In re:

USA SECURITIES, LLC,
                                                Debtor.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case Nos. BK-S-06-10725 LBR
Case Nos. BK-S-06-10726 LBR
Case Nos. BK-S-06-10727 LBR
Case Nos. BK-S-06-10728 LBR
Case Nos. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO SELL UNDER SECTION 363 ALL COMMERCIAL MORTGAGE ASSETS OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY IN THE PLACER VINEYARDS LOANS TO COMPASS USA SPE, LLC [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]**

Date: OST Requested for March 27, 2007
Time: OST Requested for 9:30 a.m.

P:\USA Commercial Mortgage\Pleadings\Placer Vinyards\OST App re Motion_to_Sell_Placer_Vineyards_Loan_Servicing_Rights_to_Compass.DOC

- 1 -

1    Debtor in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM"), by and through its counsel, hereby files this Application For An Order Shortening Time To Hear its "Motion To Sell Under Section 363 All Commercial Mortgage Assets of Debtor USA Commercial Mortgage Company in the Placer Vineyards Loans to Compass USA SPE, LLC," and in support thereof states as follows:

    1.    A Motion To Sell Under Section 363 All Commercial Mortgage Assets of Debtor USA Commercial Mortgage Company in the Placer Vineyards Loans to Compass USA SPE, LLC (the "Motion") has been filed. The Motion requests an order of this Court (a) authorizing USACM pursuant to 11 U.S.C. §§ 363(b)(1) and 363(f) to sell to Compass USA SPE, LLC, successor in interest to Compass Partners, LLC ("Compass"), the Placer Vineyard Commercial Mortgage Assets of USACM that relate to the Placer Vineyard Loans for the purchase price of $300,000, and (b) authorize USACM to execute all documents and take all other necessary steps required to implement any of the foregoing actions.

    2.    Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

    3.    USACM is currently the servicer of the Placer Vineyard Loans, but USACM's servicing role and capacity to act as servicer has been significantly reduced (but not compromised) since the recent sale of the majority of USACM's servicing rights to Compass. USACM has been advised that additional significant funding is needed to complete the Placer Vineyard Project and maximize the value that should be realized from the successful completion of the Placer Vineyards Project. USACM is not able under the terms of the Confirmed Plan to provide any additional funding for the Placer Vineyards Project. Compass, the prospective purchaser, has indicated that it has the resources and the incentive to provide the requested additional funding for the Placer Vineyards Project if it is the successor purchaser. The long-term servicing of the Placer Vineyards Loan will be in limbo until this Motion is heard by the Court. An expedited hearing on the Motion

/ / /
/ / /
/ / /
/ / /

P:\USA Commercial Mortgage\Pleadings\Placer Vinyards\OST App re Motion_to_Sell_Placer_Vineyards_Loan_Servicing_Rights_to_Compass.DOC

- 2 -

will help preserve the value of the Placer Vineyards Project for the benefit of the affected Direct Lenders and the USACM Estate and should resolve the issue of which entity will be the long-term servicer of the Placer Vineyards Loan.

DATED: March 9, 2007.

    Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


  /s/    Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Placer Vinyards\OST App re Motion_to_Sell_Placer_Vineyards_Loan_Servicing_Rights_to_Compass.DOC
- 3 -