Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON MARCH 9, 2007

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO MISFILED CLAIMS, AND NOTICE OF HEARING RE: OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO MISFILED CLAIMS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |

1

Claims Objection USA Realty Litigation and Duplicate Claims

1. On March 9, 2007 I served the following document(s):

    a. Omnibus Objection of USA Capital Realty Advisors to Misfiled Claims

    b. Notice of Hearing re: Omnibus Objection of USA Capital Realty Advisors to Misfiled Claims

2. I served the above-named document(s) by the following means to the persons as listed below:

☐    a.    **By ECF System**:

☒    b.    **By United States mail, postage fully prepaid**:

SEE ATTACHED MAILING LIST

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:    March 9, 2007

LIA DORSEY                                          /s/    LIA DORSEY
(Name of Declarant)                                 (Signature of Declarant)

2
Claims Objection USA Realty Litigation and Duplicate Claims

| | | |
|---|---|---|
| Adams, Brian M<br>525 S 6Th St<br>Las Vegas, NV  89101 | Adams, Herman M  Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV  89102 | Allergy Consultants Medical Group Inc<br>C/O Dionisio Fernandes Trustee<br>401K Profit Sharing Plan<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 |
| Baginski, Michael<br>12881 Knott St #205<br>Garden Grove, CA  92841 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA  91602-3067 | Debra A Gant-Hickel & Russell J Hickel<br>4725 Goodwin Rd<br>Sparks, NV  89436 |
| Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | Fernandes, Dionisio A & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 |
| Fernandes, Jason D & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | Fernandes, Melissa A & Dionisio<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV  89102-2094 |
| Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV  89102-2020 | Karen Petersen Tyndall Trust Dtd 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | KPT Irrevocable Trust Dated 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 |
| Law Offices Of James J Lee<br>7674 W Lake Mead Blvd #108<br>Las Vegas, NV  89128 | Layne Family Trust<br>Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV  89101 | Mirzaian, Katrine<br>708 Prospect Dr<br>Glendale, CA  91205 |
| Moon, Frieda<br>Trustee Of The Decedent's Trust Of The<br>Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA  92571 | Quinn, Edward & Darlene<br>660 New Brookhaven Dr<br>Lee's Summit, MO  64081 |
| Saunders, John H & Anita<br>3665 Brighton Way<br>Reno, NV  89509 | Silver Saver Mart Inc<br>Po Box 124<br>Silver Springs, NV  89429 | Cronk, Arlene<br>C/O Michael Lehners Esq<br>429 Marsh Ave<br>Reno, NV  89509 |
| Doucet, D. Joseph<br>Ttee Of Doucet Trust<br>3301 Skyline Blvd<br>Reno, NV  89509-6604 | Jung, Margarita<br>1405 Vegas Valley<br>#317<br>Las Vegas, NV  89109 | Sturza, Harold<br>2705 Orchid Valley Dr<br>Las Vegas, NV  89134-7327 |