Entered on Docket
March 12, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER DENYING MOTION TO QUASH SUBPOENAS AND STRIKE 2004 EXAMINATION ORDERS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER REGARDING USA INVESTMENT PARTNERS, LLC, HMA SALES, LLC, USA INVESTORS VI, LLC AND JOSEPH D. MILANOWSKI** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 17, 2007<br>Time: 9:30 a.m. |

On January 17, 2007, the Court conducted a hearing on the *Motion to Quash Subpoenas and Strike 2004 Examination Orders or in the Alternative for Protective Order Regarding USA Investments Partners, LLC, HMA Sales, LLC, USA Investors VI, LLC and Joseph D. Milanowski* (the "Motion") filed December 14, 2006, by USA Investors VI, LLC and Joseph D. Milanowski (docket no. 2107). Appearances of counsel were noted on the record at the hearing.

Having considered the Motion, the opposition to the Motion filed on January 9, 2007 by the Debtors (docket no. 2386), and the arguments of counsel, the Court made its findings and conclusions on the record at the conclusion of the hearing, and it is hereby

ORDERED that the Motion is denied.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | Approved / Disapproved by:<br>OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: **/s/ Jeanette E. McPherson**<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: _____<br>AUGUST B. LANDIS, ESQ. |
| **Approved**/Disapproved by:<br>LEWIS AND ROCA, LLP | Approved/Disapproved by:<br>GORDON & SILVER, LTD. |
| By: **/s/ Rob Charles**<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors of USA Commercial*<br>*Mortgage Company* | By: _____<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of*<br>*Holders of Executory Contract Rights of*<br>*USA Commercial Mortgage Company* |
| **Approved**/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and BECKLEY SINGLETON, CHTD. | Approved/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and<br>SHEA & CARLYON, LTD. |
| By: **/s/ Anne M. Loraditch**<br>MARC A. LEVINSON, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity*<br>*Security Holders of USA Capital Diversified*<br>*Trust Deed Fund, LLC* | By: _____<br>EVE KARASIK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of*<br>*Equity Security Holders of USA Capital*<br>*First Trust Deed Fund LLC* |
| Approved/**Disapproved**<br>WOODBURY & KESSLER | |
| By: **/s/ Russell Walker**<br>RUSSELL WALKER, ESQ.<br>*Counsel for USA Investment Partners, LLC* | |

1. In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2. ___ The court has waived the requirement of approval under LR 9021.

3. ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

4. _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*Failed to respond: Office of the U.S. Trustee, Gordon & Silver, Ltd., Stutman Treister & Glatt and Shea & Carlyon, Ltd.*

# # #