LEWIS AND ROCA LLP
LAWYERS

E-Filed on 3/12/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding |
| | **Affecting:**<br>☐ All Cases<br>or Only: |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | |

**Declaration of Edward M. Burr in Support of Ex Parte Motion to Extend Deadline to Object to Claims Arising From Rejection of Executory Contracts or Unexpired Leases**

I, Edward M. Burr, hereby declare under penalty of perjury that:

1. I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

216234.1

LEWIS AND ROCA LLP
L A W Y E R S

2. I submit this declaration on behalf of the Ex Parte Motion to Extend Deadline to Object to Claims Arising From Rejection of Executory Contracts or Unexpired Leases (the "Motion") filed by the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee").

3. This Court approved the Committee's appointment of Sierra as financial advisers on August 11, 2006. Since that date, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases, including scheduled liabilities and proofs of claim.

4. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors described in this declaration.

5. I understand that under "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as modified by the Confirmation Order, the deadline for the Committee or the USACM Trust to object to Claims arising out of the rejection of executory contracts and unexpired leases is March 15, 2007.

6. Debtors (through Mesirow Interim Financial Management) and the Committee have identified the persons or entities listed on USACM's Schedule G as parties to executory contracts and unexpired leases.

7. Sierra has analyzed and the Committee is filing objections to executory contract or lease rejection Claims where appropriate.

8. The Motion addresses a separate problem – it is not possible to determine with certainty in the current environment which Claims in the several thousand proofs of claim that have been filed with the Court are Claims that arguably arise out of the rejection of an executory contract or unexpired lease. Further, as of this writing, the Effective Date of the Plan has not yet occurred, and so the USACM Trust does not even exist or have the ability to evaluate claims.

216234.1

LEWIS AND ROCA LLP
LAWYERS

9. I understand that under the Plan the Deadline to object to General Unsecured Claims is 90 days after the Effective Date of the Plan. While that deadline itself may be too short, and may require extension, due to the thousands of proofs of claim filed in this case, it is also, in my opinion, a fair deadline for the analysis and potential objection to Claims arising out of rejection of executory contracts and unexpired leases.

I make this declaration under penalty of perjury of the laws of the United States of America on March 12, 2007.

Dated March 12, 2007.

By /s/ Edward M. Burr
Edward M. Burr