JONATHAN J. BART, ESQUIRE
Pennsylvania ID No. 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
Phone 215.569.0000
Fax 215.636.3999
E-mail jbart@wilentz.com
(admitted *Pro Hac Vice*)

JANET L.CHUBB, ESQUIRE
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQUIRE
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
E-mail:        jlc@jonesvargas.com
       And    tbw@jonesvargas.com
       And    lbubala@jonesvargas.com
Attorneys for Estate of Daniel Tabas and
       Fertitta Enterprises, Inc.

*Electronically Filed on March 13, 2007*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

-------------------------------X

| | |
|---|---|
| In re: | : |
| | : Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE | : Case No. BK-S-06-10726-LBR |
| COMPANY, Debtor | : Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, | : Case No. BK-S-06-10728-LBR |
| LLC, Debtor | : Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST | : |
| DEED FUND, LLC, Debtor | : Chapter 11 |
| USA CAPITAL FIRST TRUST DEED | : |
| FUND, LLC, Debtor | : **ESTATE OF DANIEL TABAS'** |
| USA SECURITIES, LLC, Debtor | : **LIMITED JOINDER TO** |
| | : **FERTITTA ENTERPRISES,** |
| Affects: | : **INC.'S OPPOSITION TO** |
| □ All Debtors | : **DEBTOR'S MOTION TO** |
| ▪ USA Commercial Mortgage Company | : **AUTHORIZE USA** |

#2869033 (148328.007)

▢ USA Capital Realty Advisors, LLC        :       COMMERCIAL MORTGAGE
▢ USA Capital Diversified Trust Deed Fund, LLC    :       COMPANY AS LOAN SERVICER
▢ USA Capital First Trust Deed Fund, LLC        :       TO ACCEPT PAYMENTS AND
▢ USA Securities, LLC·                        :       PROVIDE RECONVEYANCES
                                                   :       AND IN FURTHER SUPPORT OF
                                                   :       THE ESTATE OF DANIEL
                                                   :       TABAS' MOTION FOR RELIEF
                                                     FROM STAY

------------------------------X

     The Estate of Daniel Tabas ("Tabas"), by its undersigned counsel, hereby files this

Limited Joinder to the Objection of Fertitta Enterprises Inc. to the Debtors' Motion to Authorize

USA Commercial Mortgage Company as Loan Servicer to Accept Payments and Provide

Recoveyances and in Further Support of The Estate of Daniel Tabas' Motion for Relief From

Stay.

     While Tabas is anxious to receive a payoff of this long defaulted loan - - a loan to which

the Debtor made no effort whatsoever to obtain repayment either before or during the bankruptcy

- - Tabas has serious concerns about the *bona fides* of the "deal" which the debtor claims to have

reached with Colt Gateway and its principal, Robert MacFarlane.  At the prior hearing on the

consolidated motions of Tabas for relief from stay and of the Debtor to accept repayment,

counsel for Tabas noted for the court that while Tabas would eagerly support a real repayment

plan for the first mortgagees, there was neither a signed agreement for repayment with the

borrower nor evidence of a firm commitment on the part of a financial institution to lend the

money which Colt Gateway asserted would be the source of the repayment.

     After listening to the arguments of counsel, the court ordered that the Debtor come

forward with a copy of a <u>binding</u> written agreement by March 7 or Tabas' relief from stay

motion would be granted and the majority first mortgagees (Tabas and Fertitta) could exercise

their rights and remedies under Tabas' Loan Servicing Agreement ("LSA") to take over

servicing and proceed to foreclosure.  While the Debtor did produce a written agreement on

March 7, Tabas has serious concerns that the agreement is illusory. There is no binding commitment from a lender to finance the pay off and the so-called "term sheet" produced by Colt Gateway not only has expired (as of January 29, 2007) but is not a binding commitment in any event. A "loan commitment" is "[a] lender's **binding promise** to a borrower to lend a specified amount of money at a certain rate, usually within a specified period and for a specified amount." RCN Corp. v. Paramount Pavilion Group, LLC, 2004 W.L. 627057 (E.D.Pa. 2003) (at *6), citing, Black's Law Dictionary at 948 (7th ed. 1999). The expired letter from PRIF II Acquisition, LLC which is the purported source of money to repay the loan by Colt Gateway is anything but a commitment, as it states the following at page 12:

> [t]his letter is intended to be a non-binding letter agreement regarding the contemplated transaction. Upon PRIF's satisfactory completion of its due diligence as contemplated herein, which PRIF shall endeavor to complete as soon as possible, the parties will attempt to negotiate definitive loan documents but intend that, other than rights or obligations of the parties which may arise out of a commitment issued by PRIF, **no legal rights or obligations will come into existence until the definitive loan documents are signed and delivered by the parties and all conditions to closing are satisfied** . . .

Clearly, Colt Gateway has no loan commitment which it requires in order to pay off the first mortgagee's on the Colt Gateway loan. That does not satisfy the court's requirement that the Debtor come forward with a definitive and binding repayment obligation of Colt Gateway. While Tabas is willing to give a short period of time to the Debtor to obtain such a document from Colt Gateway, it is unwilling to wait until April 15 only for a new fight to develop with Diversified, which claims rights it clearly does not possess and appears to be frustrating this transaction.

The Court's prior declaration that the majority first mortgagees are entitled to relief from stay to take over servicing if a definitive agreement is not produced appears to warrant the

-3-

immediate entry of relief from stay.  However, if the Debtor can provide proof within a short

period of time (no more than 7 days) that Colt Gateway will have a binding commitment from its

lender, Tabas would be willing to stand still in the interim.  However, the production of an

expired and meaningless letter strongly suggests that the deal presented to this court is illusory

and Tabas and Fertitta should not be denied immediate relief if that is the case.


                              Respectfully submitted,

                              WILENTZ, GOLDMAN & SPITZER, P.A.

Date: 3/13/07                 BY:
                                   _____
                                   Daniel S. Bernheim, 3d, Esquire
                                   Jonathan J. Bart, Esquire


                                      -4-

# CERTIFICATE OF SERVICE

1.    On March 13, 2007, I served the following document(s):

**ESTATE OF DANIEL TABAS' LIMITED JOINDER TO FERTITTA ENTERPRISES, INC.'S OPPOSITION TO DEBTORS' MOTION TO AUTHORIZE USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO ACCEPT PAYMENTS AND PROVIDE RECONVEYANCES FOR TWO COLT GATEWAY LOANS**

2.    I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN     bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON     bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY     vgourley@lvcm.com
- TALITHA B. GRAY     bankruptcynotices@gordonsilver.com
- JAMES D. GREENE     bknotice@schrecklaw.com
- MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN     xanna.hardman@gmail.com
- STEPHEN R HARRIS     noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN     notices@bankruptcyreno.com
- BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER     JHindera@LRL.com
- RICHARD F. HOLLEY     rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS     ajarvis@rqn.com
- TY E. KEHOE     TyKehoeLaw@aol.com
- ROBERT R. KINAS     rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON     ecf@lslawnv.com
- JOHN J. LAXAGUE     jlaxague@caneclark.com
- GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR     jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL     rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

1

- RICHARD MCKNIGHT    mcknightlaw@cox.net,
2
 gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
3
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
4
 smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmit
 h@sheacarlyon.com
5
- DAVID MINCIN    mcknightlaw@cox.net,
6
 gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
7
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com,
8
 vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@
 nevadafirm.com
9
- BOB L. OLSON    ecffilings@beckleylaw.com,
10
 bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com,
11
 dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbac
 h.com
12
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
13
- PAUL C RAY    info@johnpeterlee.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
14
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
15
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
16
 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
17
 aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.
 com;rmsmith@sheacarlyon.com
18
- AMBRISH S. SIDHU    ecf@lslawnv.com
19
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com,
20
 turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
21
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com,
22
 David@sylvesterpolednak.com
23
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE    , lleverett@kkbrf.com
24
- AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
25
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
26
- RUSSELL S. WALKER    rwalker@wklawpc.com,
27
 eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

3

- WILLIAM J. WRAY    wjw@oreillylawgroup.com,
  rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillyl
  awgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
  bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

9    b.    **United States mail, postage fully prepaid** (list persons and addresses):

9    c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

9    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

9    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■    d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

**Nevada Mortgage Lending Division**
**Attn: Susan Eckhardt**
seckhardt@mld.nv.gov

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

9   e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

9   f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 13t$^{h}$ day of March, 2007.

_T. Waldo & J. Englehart_        _____//s// T. Waldo & J. Englehart_____
Name                                              Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177