Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
Email: vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

E-Filed: March 13, 2007

Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101
(702) 791-0308 – fax (702) 791-1912

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:
USA COMMERCIAL MORTGAGE COMPANY,
Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC,
Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
Debtor.

In re:
USA SECURITIES, LLC,
Debtor.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered under**
**Case No. BK-S-06-10725-LBR**

**DECLARATION OF RICHARD F. HOLLEY, ESQ.**

Date of Hearing: OST PENDING
Time of Hearing: OST PENDING

Judge: Hon. Linda B. Riegle

I, Richard F. Holley, Esq., under oath and under penalty of perjury say:

1. I am an attorney duly licensed to practice law in the State of Nevada.

2. I am a shareholder with the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson (the "Santoro Firm"), attorneys for Del and Ernestine Bunch ("Creditors") in the above-captioned proceeding.

3. I have personal knowledge of the facts set forth herein.

4. I am over the age of 18 and am mentally competent.

5. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. With respect to matters based upon information and belief, I believe the statements made to be true and correct.

6. I make this Declaration in Support of the Ex Parte Application For Order Shortening Time For Hearing On Motion to Compel (the "Ex Parte Application"), and in support of the Motion to Compel.

7. The Motion to Compel ("Motion") needs to be heard on shortened time, because the Debtor's responses to the Production of Documents and Second Request for Production of Documents ("Discovery Requests") are deficient.

8. On January 25, 2007, Bunch propounded upon Debtor a Request for Production of Documents.

9. On January 25, 2007, Bunch also propounded upon Debtor a Second Request for Production of Documents.

10. Debtor's counsel executed a Receipt of Copy on January 25, 2007, acknowledging receipt of both Discovery Requests. A true and correct of the Receipt of Copy is attached as **Exhibit "1."**

11. The time for Debtor to respond to the Discovery Requests expired February 26, 2007.

12. On March 2, 2008, Debtor produced written responses to the Discovery Requests.

13. On March 5, 2007, I prepared and sent a letter to Debtor's counsel, Lenard Schwartzer ("Schwartzer"), advising him of the deficiencies in the Discovery Responses, and requesting a supplemental production on or before March 8, 2007. A true and correct of the letter dated March 5, 2007 is attached as **Exhibit "2."**

14. Based upon my conversations with Ms. Ogonna Atamoh of my office, it was my understanding that the Debtor would produce a disk containing all of Debtor's checks and bank statements by March 12, 2007.

. . .

. . .

Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101
(702) 791-0308 – fax (702) 791-1912

15. On March 12, 2007, I contacted Schwartzer to confirm the status of the delivery of the disk to our office, during which time Schwartzer advised that the disk was in the possession of Debtor's Utah counsel, Elaine A. Monson, and that he had not received a response to his inquiries regarding the status of the disk and delivery of same.

16. On March 13, 2007, I again contacted Schwartzer inquiring into the status of the production of the disk. During this conversation, Schwartzer informed me that Attorney Monson still had not responded to his inquiries, that attorney Monson was out of the office until Thursday, March 15, 2007, and that he was unable to confirm when the disk would be produced to Bunch.

17. As of the date of this declaration, Debtor has not made a supplemental production in response to the March 5, 2007, letter outlining the deficiencies in Debtor's Discovery Responses.

18. Under the circumstances, it is necessary to have the Motion heard on shortened time to compel Debtor to supplement its Discovery Responses in a timely manner. Bunch believes that the information is important to his defense to the Debtor's claim objection and there is no justification for not producing the requested documents.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated this 13th day of March, 2007.

RICHARD F. HOLLEY, ESQ.

Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101
(702) 791-0308 – fax (702) 791-1912

# EXHIBIT "1"

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
Email: rholley@nevadafirm.com

*Attorneys for Del Bunch and Ernestine Bunch*

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE f/k/a USA CAPITAL, et al., Debtor. | Case No. BK-S-06-10725-LBR Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Case No. BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | Case No. BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | Case No. BK-S-06-10719-LBR Chapter 11 |

**Affects:**

- ☐ All Debtors
- ☒ USA Commercial Mortgage Co.
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed
- ☐ USA First Trust Deed Fund, LLC

**RECEIPT OF COPY**

Date of Hearing: N/A
Time of Hearing: N/A

**RECEIPT OF COPY** of the following is hereby acknowledged this 25th day of January, 2007 as follows:

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

1. First Request for Production of Documents; and
2. Second Request for Production of Documents

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., #1
Las Vegas, Nevada 89146
*Attorneys for Debtors*

# EXHIBIT "2"

John E. Leach
Gregory J. Walch
Nicholas J. Santoro
Michael E. Kearney
J. Douglas Driggs, Jr.
Richard F. Holley
David G. Johnson
Ronald J. Thompson
James E. Whitmire, III
Daniel L. Schwartz
Victoria L. Nelson
Dean S. Bennett
Kirby C. Gruchow, Jr.
Andrew J. Glendon

Kevin L. Johnson
Lee E. Davis
Thomas G. Grace
Sean L. Anderson
James D. Boyle

# SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON

Attorneys
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel (702) 791-0308
Fax (702) 791-1912

Oliver J. Pancheri
Brian W. Boschee
Bryce K. Earl
Ogonna M. Atamoh
Jennifer K. Craft
James P. Jensen
Ben West
Michael F. Lynch
Byron E. Thomas
Stella B. Dorman
Tracy A. Gallegos
F. Thomas Edwards
Jason D. Smith
Cody T. Winterton
Robert B. Kouchoukos
Lisa T. Blackburn
Rachel N. Solow
Taylor L. Randolph

Of Counsel:
Anthony A. Zmaila
Charles L. Titus

Writer's email: rholley@nevadafirm.com

March 5, 2007

***Via E-Mail***

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

RE: USACM's Responses to Discovery Propounded by Del and Ernestine Bunch

Dear Lenard:

This letter is being sent pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure incorporated by reference in Federal Rule of Bankruptcy Procedure Rules 9014 and 7037, and Local Rule 26-7(b).

I am in receipt of the Debtor's response to the first and second requests for production of documents propounded by Del and Ernestine Bunch. With respect to the production, many of the responses are deficient. The purpose of this letter is to identify those responses that are deficient and to determine if the Debtor intends to promptly cure the deficiency without the Bunches filing a motion to compel.

With respect to the First Request for Production of Documents, the following responses are deficient:

Request No. 3: Request No. 3 requests that the Debtor provide copies of all bank statements regarding Account No. 083-4610149 (Choice IV Commercial Checking Account) maintained by USA Commercial Mortgage Co. with Wells Fargo Bank. In response to this

request, the Debtor unilaterally limited the production to the period between January 2005 and April 2006, without any explanation. The Bunches believe that all of the requested bank statements for the designated checking account are in the possession of the Debtor, or its representatives, and that there is no justification for not producing the requested documents.

Request No. 5: Request No. 5 requests copies of all bank statements regarding account No. 0895737864 (Collections Trust Account) maintained by USA Commercial Mortgage Co. with Wells Fargo Bank. In response to this request, the Debtor unilaterally limited the production to the period between January 2005 and April 2006 without any explanation. The Bunches believe that all of the requested bank statements for the designated checking account are in the possession of the Debtor, or its representatives, and that there is no justification for not producing the requested documents.

Request No. 6: Requests No. 6 requests copies of all bank statements regarding Account No. 0486-5657146 (Investors Trust Account) maintained by USA Commercial Mortgage Co. with Wells Fargo Bank. In response to this request, the Debtor unilaterally limited the production to the period between January 2005 and April 2006 without any explanation. The Bunches believe that all of the requested bank statements for the designated checking account are in the possession of the Debtor, or its representatives, and that there is no justification for not producing the requested documents.

Request No. 7: Request No. 7 requests copies of all bank statements regarding Account No. 562-7688020 (Discretionary) maintained by USA Commercial Mortgage Co. with Wells Fargo Bank. In response, the Debtor states that it does not have any record of this bank account and is therefore not aware of the existence of any such documents. The Bunches are informed and believe that this particular account was closed and transferred to Bank of America on or about April 13, 2006. Please advise whether this additional information is helpful in enabling the Debtor to respond to this request.

With respect to the Second Request for Production of Documents, the following responses are deficient:

Request No. 1: Request No. 1 requests copies of the 2005 tax return, including all schedules and/or attachments, filed for tax year 2005 on behalf of Investment Partners, including, but not limited to, any requests for extension or other communications with the Internal Revenue Service regarding the 2005 tax return. In response, the Debtor states that USACM's current management is not aware that it has in its possession the 2005 tax return for Investment Partners or any documents relating to requests for extensions or other communications with the Internal Revenue Service. The Bunches are informed and believe that USACM's current management is in fact in possession of all Investment Partners' books and records, including the requested 2005 tax return. Please detail the extent to which anyone with USACM's current management undertook an investigation to locate the requested documents. Please also advise when the Stipulated Protective Order Review will be completed.

Request No. 3: Request No. 3 requests copies of all bank statements within the Debtor's possession or control regarding Account No. 10303709 maintained by Investment Partners at Community Bank of Nevada. In response, the Debtor unilaterally limited its production to the period between January 2005 and April 2006 without any explanation. The Bunches believe that all of the requested bank statements for the designated checking account are in the possession of the Debtor, or its representatives, and that there is no justification for not producing the requested documents.

Unless the documents requested, including those unilaterally limited by the Debtor, are produced on or before the close of business on Thursday, March 8, 2007, the Bunches will have no alternative but to file a motion to compel production with the bankruptcy court and seek attorneys' fees and costs incurred in preparing the motion. Hopefully, this will not be necessary and the requested documents will be produced.

Sincerely yours,

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

Richard F. Holley, Esq.

RFH:sl
cc: Del & Ernestine Bunch