Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

E-Filed: March 13, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |
| In re: USA SECURITIES, LLC, Debtor. | **DECLARATION OF DEL BUNCH** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:    OST Pending<br>Time of Hearing:    OST Pending<br>Place: Courtroom No. 1, Third Floor<br>Foley Federal Building<br>300 Las Vegas Blvd., S.<br>Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

I, Del Bunch, under oath and under penalty of perjury say:

1.  I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2.  I am a creditor of USA Commercial Mortgage Company ("USACM" or "Debtor"), in the above-referenced bankruptcy case.

3.  I am 79 years of age and homebound requiring an oxygen tank for health reasons. My wife, Ernestine, is 77 years of age.

03909-00/149214

4. I propounded, through my counsel, the first Request for Production and the Second Request for Production (the "Discovery Requests") on Debtor on January 25, 2007.

5. Debtor has not responded to the Discovery Requests.

6. On Monday, February 26, 2007, I contacted Susan Smith, who is employed by Mesirow Financial Consulting, and discussed, among other things, the status of the document production in response to the Discovery Requests.

7. During our telephone conversation, Ms. Smith informed me that she forwarded certain documents to counsel for the proposed liquidating trustee. Ms. Smith did not specify which documents were sent to counsel, or to whom specifically she sent the documents. According to Ms. Smith, it is her understanding that proposed trustee's counsel is currently in the process of globally categorizing and indexing certain documents, that may or may not be responsive to the Discovery Requests.

8. Ms. Smith did not state that the Debtor would timely respond to the Discovery Request, nor did she indicate when a responsive production of documents would in fact be made by Debtor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 28th day of February, 2007.

_/s/ Del Bunch_
Del Bunch

03909-00/149214