| | |
|---|---|
| Richard F. Holley, Esq. (NV Bar No. 3077)<br>Victoria L. Nelson, Esq. (NV Bar No. 5436)<br>Ogonna M. Atamoh, Esq. (NV Bar No. 7589)<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, JOHNSON & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone:    702/791-0308<br>Facsimile:    702/791-1912<br>Email:    vnelson@nevadafirm.com | E-Filed: March 13, 2007 |

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>_____Debtor._____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>_____Debtor._____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>_____Debtor._____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>_____Debtor._____<br>In re:<br>USA SECURITIES, LLC,<br>_____Debtor._____<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR**<br><br>**ATTORNEY INFORMATION SHEET**<br><br>Date of Hearing:    OST PENDING<br>Time of Hearing:    OST PENDING<br><br>Judge:    Hon. Linda B. Riegle |

As required by the Court under LR 9006, my office has provided notice or attempted to provide notice to the following parties, or their counsel, of the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name<br>(Party Represented) | How and When<br>(Date Notice Provided) | Agree | Disagree |
|---|---|---|---|
| Lenard E. Schwartzer, Esq.<br>Counsel for Debtor and Debtors-in-Possession | March 9, 2007 11:50 a.m.<br>Via telephone conference | X | |

06725-01/149203.doc

On February 28, 2007, counsel for Bunch requested Debtor's permission to hear the Motion to Compel on shortened time for Debtor's failure to timely produce any documents responsive to the requests for production. Lenard E. Schwartzer, Esq., counsel for the Debtor, had no objection to holding the hearing on shortened time, but advised the documents should be available by March 2, 2007.

The written responses to the requests for production received March 2, 2007, were deficient, and as a result, Bunch requested a supplemental production. Debtor has not made a supplemental production. On March 9, 2007, Bunch requested the Motion to Compel be heard on shortened time, and Attorney Schwartzer stated he has no objection to having the matter heard on shortened time and requested the matter be heard on March 27, 2007. Bunch requests the matter be heard on shortened time before March 27, 2007.

Dated this _____ day of March, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

Richard F. Holley, Esq. (NV Bar No 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del Bunch and Ernestine Bunch*