1  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
2  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar No. 8974
3  JONES VARGAS
   100 W. Liberty St, 12th Floor
4  P.O. Box 281
   Reno, NV 89504-0281
5  Telephone:  775-786-5000
   Fax:  775-786-1177
6  Email:  jlc@jonesvargas.com
      and   tbw@jonesvargas.com
7      and   lbubala@jonesvargas.com

8  Attorneys for Fertitta Enterprises, Inc.

Electronically Filed on:
March 13, 2007

## UNITED STATES  BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| Debtor. | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| Debtor. | Chapter        11 |

AMENDED DECLARATION OF WILLIAM J. BULLARD IN SUPPORT OF FERTITTA ENTERPRISES, INC.'S AMENDED OPPOSITION TO DEBTORS' MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO ACCEPT PAYMENTS AND PROVIDE RECONVEYANCES FOR TWO COLT GATEWAY LOANS, WITH CERTIFICATE OF SERVICE

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                                 Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                                 Debtor.

USA SECURITIES, LLC,
                                                                 Debtor.

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
■ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date:  March 15, 2007
Hearing Time:  9:30 am

I, William J. Bullard, declare under penalty of perjury and state as follows:

1.      I am the Chief Financial Officer at Fertitta Enterprises, Inc. ("Fertitta"), a co-lender to the Colt Gateway LLC loan being administered by USA Commercial Mortgage Company ("Debtor").  I have personal knowledge of the facts recited herein, and I am competent to testify

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  regarding them, except with respect to those facts  that are on information and belief, and as to

2  those facts, I believe them to be true.

3       2.      I make this Declaration in support of Fertitta's Opposition to Debtors' Motion to

4  Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Accept Payments

5  and Provide Reconveyances for Two Colt Gateway Loans.

6  **Colt Gateway's Ability to Pay Off the Loans**

7       3.      On March 12, 2007, I spoke via telephone with Robert MacFarlane, president of

8  Colt Gateway.

9       4.      I asked Mr. MacFarlane to provide me with any written commitment that Colt

10  Gateway has for financing to pay off the loans.

11       5.      I later received a fax from Mr. MacFarlane consisting of an nonbinding and expired

12  letter offer from PRIF II Acquisition, LLC, a true and accurate copy which is attached at Exhibit

13  1.

14       6.      The letter, dated January 22, 2007, states that it "constitutes neither an offer nor a

15  commitment by PRIF in any form, but rather summarizes the terms of the proposed transaction."

16       7.      The letter is not executed and states that the terms expired on January 29, 2007.

17  **Fertitta's Rights as a Lender**

18       8.      Fertitta never waived its right to collect interest at the default rate on the Colt

19  Gateway #1 Loan.

20       9.      Colt Gateway has been in default on the Colt Gateway #1 loan since December 23,

21  2003, because it did not pay off the loan by its maturity date of December 22, 2003.

22       10.      I have not authorized, seen, or executed an extension of the promissory note.

23       11.      Since the default, interest has accrued at the default rate of 20 percent, or 5 percent

24  greater than the standard 15 percent interest rate.

25       12.      Colt Gateway owes Fertitta $310,688.57 in default interest from January 1, 2004,

26  through February 28, 2007, based on the figures in the investor history report provided to me by

27  USA Commercial (a true and accurate copy attached hereto as Exhibit 2) and the 5 percent

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1    increase in the interest rate after Colt Gateway's default, as evidenced by the spreadsheet attached

2    as Exhibit 2.

3         13.    Fertitta never waived its right to collect late fees owed by the borrower on the Colt

4    Gateway #1 Loan.

5         14.    Colt Gateway also owes Fertitta $163,069.69 as the 5 percent late charge pursuant

6    to the terms of the loan documents and the outstanding balance of $3,261,393.94 as of December

7    31, 2003, eight days after the loan matured and Colt Gateway defaulted, as evidenced by the true

8    and accurate copy of the investor history report attached as exhibit 2.

9                           DATED this 13th day of March, 2007.

10

11              ___//s//William J. Bullard___
                WILLIAM J. BULLARD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1

**CERTIFICATE OF SERVICE**

2

1.     On  March 13, 2007, I served the following document(s):

3

**AMENDED DECLARATION OF WILLIAM J. BULLARD IN SUPPORT OF
FERTITTA ENTERPRISES, INC.'S AMENDED OPPOSITION TO DEBTORS'
MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE COMPANY
AS LOAN SERVICER TO ACCEPT PAYMENTS AND PROVIDE RECONVEYANCES
FOR TWO COLT GATEWAY LOANS, WITH CERTIFICATE OF SERVICE**

4

5

6

2.     I served the above-named document(s) by the following means to the persons as
listed below:

7

■   a.     **ECF System** (attach the "Notice of Electronic Filing" or list all persons and
addresses):

8

9

- MICHELLE L. ABRAMS     mabrams@mabramslaw.com
- FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF     nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH     oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO     ATENCIOK@GTLAW.COM
- BMC GROUP, INC.     evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com,
mary.opatrny@bullivant.com
- KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-
law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA     lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-
reynolds.com
- CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
- ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN     yvette@ccfirm.com
- KEVIN B. CHRISTENSEN     kbchrislaw@aol.com
- JANET L. CHUBB     tbw@jonesvargas.com
- JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE     cope_guerra@yahoo.com
- CICI CUNNINGHAM     bankruptcy@rocgd.com
- LAUREL E. DAVIS     bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com
- THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- SCOTT D. FLEMING      sfleming@halelane.com,
dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN      bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR      wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ      carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON      bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY      vgourley@lvcm.com
- TALITHA B. GRAY      bankruptcynotices@gordonsilver.com
- JAMES D. GREENE      bknotice@schrecklaw.com
- MARJORIE A. GUYMON      bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL      jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN      xanna.hardman@gmail.com
- STEPHEN R HARRIS      noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN      notices@bankruptcyreno.com
- BRIGID M. HIGGINS      bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER      JHindera@LRL.com
- RICHARD F. HOLLEY      rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD      rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON      dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME      cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES      ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS      ajarvis@rqn.com
- TY E. KEHOE      TyKehoeLaw@aol.com
- ROBERT R. KINAS      rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- DEAN T. KIRBY      dkirby@kirbymac.com,
jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON      ecf@lslawnv.com
- JOHN J. LAXAGUE      jlaxague@caneclark.com
- GEORGE C LAZAR      glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM      nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME      rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH      ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR      jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL      , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL      rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY      lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT      mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE    , lleverett@kkbrf.com
- AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
  bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

9  b.    **United States mail, postage fully prepaid** (list persons and addresses):

9  c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

9    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

9    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■  d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Steven C. Strong, & Douglas M. Monson**
sstrong@rqn.com; dmonson@rqn.com

**Leonard E. Schwartzer**
Lschwartzer@s-mlaw.com

**Susan M. Freeman**
sfreeman@lrlaw.com

**August B. Landis**
Augie.landis@usdoj.gov

**Nevada Mortgage Lending Division**
**Attn: Susan Eckhardt**
seckhardt@mld.nv.gov

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9  e.    **By fax transmission** (list persons and fax numbers):

JONES VARGAS
100 W. Liberty Street, 12ᵀᴴ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

1
2
3

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

4        9    f.        **By messenger**:

5
6
7

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.   (A declaration by the messenger must be attached to this Certificate of Service).

8

**I declare under penalty of perjury that the foregoing is true and correct.**

9

DATED this 13th day of  March, 2007.

10

 Louis M. Bubala III                               //s// Louis M. Bubala III          
Name                                             Signature

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177