# EXHIBIT 2

# EXHIBIT 2

## FERTITTA ENTERPRISES, INC.
## COLT GATEWAY NOTE
## CALCULATION OF DEFAULT INTEREST DUE FERTITTA ENTERPRISES

| DATE | LOAN BALANCE | PAYMENT DATE | PAYMENT AMOUNT | 5% INTEREST | CUMULATIVE BALANCE | DAYS |
|---|---|---|---|---|---|---|
| | (Note 1) | | | (Note 2) | | |
| 12/31/03 | 3,261,393.94 | | 0.00 | | | |
| 1/31/04 | 3,261,393.94 | | 0.00 | 14,042.11 | 14,042.11 | 31 |
| 2/23/04 | 2,845,439.85 | 4/9/2004 | 415,954.09 | 10,418.34 | 24,460.45 | 23 |
| 2/29/04 | 2,845,439.85 | | 0.00 | 2,371.20 | 26,831.65 | 6 |
| 3/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 39,082.85 | 31 |
| 4/30/04 | 2,845,439.85 | | 0.00 | 11,856.00 | 50,938.85 | 30 |
| 5/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 63,190.05 | 31 |
| 6/30/04 | 2,845,439.85 | | 0.00 | 11,856.00 | 75,046.05 | 30 |
| 7/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 87,297.25 | 31 |
| 8/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 99,548.45 | 31 |
| 9/30/04 | 2,845,439.85 | | 0.00 | 11,856.00 | 111,404.45 | 30 |
| 10/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 123,655.65 | 31 |
| 11/30/04 | 2,845,439.85 | | 0.00 | 11,856.00 | 135,511.65 | 30 |
| 12/31/04 | 2,845,439.85 | | 0.00 | 12,251.20 | 147,762.85 | 31 |
| 1/31/05 | 2,845,439.85 | | 0.00 | 12,251.20 | 160,014.05 | 31 |
| 2/28/05 | 2,845,439.85 | | 0.00 | 11,065.60 | 171,079.65 | 28 |
| 3/31/05 | 2,845,439.85 | | 0.00 | 12,251.20 | 183,330.85 | 31 |
| 4/30/05 | 2,845,439.85 | | 0.00 | 11,856.00 | 195,186.85 | 30 |
| 5/31/05 | 2,845,439.85 | | 0.00 | 12,251.20 | 207,438.04 | 31 |
| 6/17/05 | 2,714,966.16 | 6/17/2005 | 130,473.69 | 6,718.40 | 214,156.44 | 17 |
| 6/30/05 | 2,714,966.16 | | 0.00 | 4,902.02 | 219,058.47 | 13 |
| 7/31/05 | 2,714,966.16 | | 0.00 | 11,689.44 | 230,747.90 | 31 |
| 8/31/05 | 2,714,966.16 | | 0.00 | 11,689.44 | 242,437.34 | 31 |
| 9/30/05 | 2,714,966.16 | | 0.00 | 11,312.36 | 253,749.70 | 30 |
| 10/31/05 | 2,714,966.16 | | 0.00 | 11,689.44 | 265,439.14 | 31 |
| 11/30/05 | 2,714,966.16 | | 0.00 | 11,312.36 | 276,751.50 | 30 |
| 12/31/05 | 2,714,966.16 | | 0.00 | 11,689.44 | 288,440.94 | 31 |
| 1/31/06 | 2,714,966.16 | | 0.00 | 11,689.44 | 300,130.37 | 31 |
| 2/28/06 | 2,714,966.16 | | 0.00 | 10,558.20 | 310,688.57 | 28 |
| | | | | 310,688.57 | | |

Note 1:  Per USACM statements prepared by Debtor

Note 2:  Reflects the additional interest attributed to the difference between the Loan Rate of 15% and the Default Rate of 20%

## USA Commercial Mortgage Company
### Investor History Report

Vesting: Fertitta Enterprises, Inc.
Loan: Colt Gateway
Client ID: 3970
Account ID: 3351
Loan Interest Rate: 15.00%
Original Service Fee: 0.00%
Current Service Fee[1]: 1.00%

| Date | Transaction | A<br>Investment | B<br>Principal Paid by Borrower | C<br>Principal Paid to Investor | D = B - C<br>Principal Owed to Investor | E<br>Unsecured / Diverted Principal | F<br>Interest Earned | G<br>Loan Service Fee Retained by USACM | H<br>Interest Paid by Borrower Net of Service Fee | I = F - G - H<br>Cumulative Amount Due from Borrower, Net of Service Fee | J<br>Interest Paid to Investor | K = H - J<br>Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2003 | Funded | $3,000,000.00 | | | | | | | | | | |
| 01/31/2003 | Interest and Service Fee (1/1 - 1/31) | $3,000,000.00 | | | | | $20,000.00 | | | $20,000.00 | | ($20,000.00) |
| 01/31/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $20,000.00 | $20,000.00 | $20,000.00 | ($20,000.00) |
| 02/28/2003 | Interest and Service Fee (2/1 - 2/28) | $3,000,000.00 | | | | | $35,233.33 | | | $55,233.33 | | ($55,000.00) |
| 02/28/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $55,233.33 | $55,233.33 | $35,000.00 | ($55,000.00) |
| 03/04/2003 | Interest Paid By Borrower | $3,000,000.00 | | | | | | $35,000.00 | | $20,233.33 | | ($20,000.00) |
| 03/31/2003 | Interest and Service Fee (3/1 - 3/31) | $3,000,000.00 | | | | | $39,011.35 | | | $59,244.68 | | ($58,750.00) |
| 03/31/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $59,244.68 | $59,244.68 | $38,750.00 | ($58,750.00) |
| 04/30/2003 | Interest and Service Fee (4/1 - 4/30) | $3,000,000.00 | | | | | $38,172.01 | | | $97,416.69 | | ($96,250.00) |
| 04/30/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $97,416.69 | $97,416.69 | $37,500.00 | ($96,250.00) |
| 05/31/2003 | Interest and Service Fee (5/1 - 5/31) | $3,000,000.00 | | | | | $39,937.46 | | | $137,354.15 | | ($135,000.00) |
| 05/31/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $137,354.15 | $137,354.15 | $38,750.00 | ($135,000.00) |
| 06/30/2003 | Interest and Service Fee (6/1 - 6/30) | $3,000,000.00 | | | | | $39,148.37 | | | $176,502.52 | | ($172,500.00) |
| 06/30/2003 | Interest Paid to Investor | $3,000,000.00 | | | | | | | $176,502.52 | $176,502.52 | $37,500.00 | ($172,500.00) |
| 07/24/2003 | Funded | $4,000,000.00 | | | | | | | | | | |
| 07/31/2003 | Interest and Service Fee (7/1 - 7/31) | $4,000,000.00 | | | | | $44,292.32 | | | $220,794.84 | | ($214,583.33) |
| 07/31/2003 | Interest Paid to Investor | $4,000,000.00 | | | | | | | $220,794.84 | $220,794.84 | $42,083.33 | ($214,583.33) |
| 08/31/2003 | Interest and Service Fee (8/1 - 8/31) | $4,000,000.00 | | | | | $54,517.73 | | | $275,312.57 | | ($266,250.00) |
| 08/31/2003 | Interest Paid to Investor | $4,000,000.00 | | | | | | | $275,312.57 | $275,312.57 | $51,666.67 | ($266,250.00) |
| 09/29/2003 | Interest Paid By Borrower | $3,261,393.94 | | | | | | $275,312.57 | | $0.00 | | $9,062.57 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement.
This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2001 TO 9/30/2006

Page - 1

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Fertitta Enterprises, Inc.
Loan: Colt Gateway
Client ID:
Account ID: 3970
Loan Interest Rate: 15.00%
Original Service Fee: 0.00%
Current Service Fee[5]: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/2003 | Principal Paid Down | $3,261,393.94 | $738,606.06 | | $738,606.06 | | | | | | | |
| 09/30/2003 | Interest and Service Fee (9/1 - 9/30) | $3,261,393.94 | | | $738,606.06 | | $49,384.50 | | $49,384.49 | $49,384.50 | | $9,062.57 |
| 09/30/2003 | Interest Paid By Borrower | $3,261,393.94 | | | $738,606.06 | | | | | $0.00 | $58,447.06 | $8,447.06 |
| 09/30/2003 | Interest Paid to Investor | $3,261,393.94 | | | $738,606.06 | | | | | $0.00 | $50,000.00 | $8,447.06 |
| 10/06/2003 | Principal Paid To Investor | $3,261,393.94 | | $1,063,235.87 | ($324,629.81) | | | | | $0.00 | | $8,447.06 |
| 10/31/2003 | Interest and Service Fee (10/1 - 10/31) | $3,261,393.94 | | | ($324,629.81) | | $42,126.34 | | | $42,126.34 | $37,933.20 | $8,447.06 |
| 11/30/2003 | Interest and Service Fee (11/1 - 11/30) | $3,261,393.94 | | | ($324,629.81) | | $41,294.00 | | | $83,420.34 | $36,709.55 | ($29,485.14) |
| 12/31/2003 | Interest and Service Fee (12/1 - 12/31) | $3,261,393.94 | | | ($324,629.81) | | $43,203.85 | | | $126,624.19 | $37,933.20 | ($66,195.69) |
| 01/06/2004 | Interest Paid to Investor | $3,261,393.94 | | | ($324,629.81) | | | | | $126,624.19 | $37,933.20 | ($104,128.89) |
| 01/31/2004 | Interest and Service Fee (1/1 - 1/31) | $3,261,393.94 | | | ($324,629.81) | | $43,761.90 | | | $170,386.09 | | ($104,128.89) |
| 02/06/2004 | Interest Paid to Investor | $3,261,393.94 | | | ($324,629.81) | | | | $170,386.09 | $170,386.09 | $37,933.20 | ($142,062.09) |
| 02/23/2004 | Interest Paid By Borrower | $2,845,439.85 | | | ($324,629.81) | | | | | $0.00 | | $28,324.01 |
| 02/23/2004 | Principal Paid Down | $2,845,439.85 | $415,954.09 | | $91,324.28 | | | | | $0.00 | | $28,324.01 |
| 02/29/2004 | Interest and Service Fee (2/1 - 2/29) | $2,845,439.85 | | | $91,324.28 | | $38,195.31 | | | $38,195.31 | | $28,324.01 |
| 03/05/2004 | Interest Paid to Investor | $2,945,439.85 | | | $91,324.28 | | | | | $38,195.31 | $35,485.90 | ($7,161.89) |
| 03/31/2004 | Interest and Service Fee (3/1 - 3/31) | $2,845,439.85 | | | $91,324.28 | | $37,246.95 | | | $75,442.27 | $37,933.20 | ($7,161.89) |
| 04/06/2004 | Interest Paid to Investor | $2,845,439.85 | | | $91,324.28 | | | | | $75,442.27 | | ($45,095.09) |
| 04/06/2004 | Principal Paid To Investor | $2,845,439.85 | | $586,340.23 | ($495,015.95) | | | | | $75,442.27 | | ($45,095.09) |

[5] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2001 TO 9/30/2006

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Fertitta Enterprises, Inc.
Loan: Colt Gateway
Client ID: 3351
Account ID: 3970
Loan Interest Rate: 15.00%
Original Service Fee: 0.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2004 | Interest and Service Fee (4/1 - 4/30) | $2,845,439.85 | | | ($495,015.95) | | $36,511.03 | | | $111,953.29 | $29,380.29 | ($45,095.09) |
| 05/05/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $111,953.29 | $29,380.29 | ($74,475.38) |
| 05/31/2004 | Interest and Service Fee (5/1 - 5/31) | $2,845,439.85 | | | ($495,015.95) | | $38,199.66 | | | $150,152.95 | $29,380.29 | ($74,475.38) |
| 06/07/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $150,152.95 | $30,359.64 | ($104,835.02) |
| 06/30/2004 | Interest and Service Fee (6/1 - 6/30) | $2,845,439.85 | | | ($495,015.95) | | $37,444.91 | | | $187,597.86 | $30,359.64 | ($104,835.02) |
| 07/07/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $187,597.86 | $29,380.29 | ($134,215.31) |
| 07/31/2004 | Interest and Service Fee (7/1 - 7/31) | $2,845,439.85 | | | ($495,015.95) | | $39,176.74 | | | $226,774.60 | $29,380.29 | ($134,215.31) |
| 08/05/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $226,774.60 | $30,359.64 | ($164,574.95) |
| 08/31/2004 | Interest and Service Fee (8/1 - 8/31) | $2,845,439.85 | | | ($495,015.95) | | $39,682.77 | | | $266,457.37 | $30,359.64 | ($164,574.95) |
| 09/07/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $266,457.37 | $30,359.64 | ($194,934.59) |
| 09/30/2004 | Interest and Service Fee (9/1 - 9/30) | $2,845,439.85 | | | ($495,015.95) | | $38,898.72 | | | $305,356.09 | $30,359.64 | ($194,934.59) |
| 10/06/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $305,356.09 | $29,380.29 | ($224,314.88) |
| 10/31/2004 | Interest and Service Fee (10/1 - 10/31) | $2,845,439.85 | | | ($495,015.95) | | $40,697.78 | | | $346,053.87 | $29,380.29 | ($224,314.88) |
| 11/05/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $346,053.87 | $30,359.64 | ($254,674.52) |
| 11/30/2004 | Interest and Service Fee (11/1 - 11/30) | $2,845,439.85 | | | ($495,015.95) | | $39,893.67 | | | $385,947.54 | $30,359.64 | ($254,674.52) |
| 12/07/2004 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $385,947.54 | $29,380.29 | ($284,054.81) |
| 12/31/2004 | Interest and Service Fee (12/1 - 12/31) | $2,845,439.85 | | | ($495,015.95) | | $41,738.75 | | | $427,686.29 | $29,380.29 | ($284,054.81) |
| 01/06/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $427,686.29 | $30,359.64 | ($314,414.45) |
| 01/31/2005 | Interest and Service Fee (1/1 - 1/31) | $2,845,439.85 | | | ($495,015.95) | | $42,277.88 | | | $469,964.17 | $30,359.64 | ($314,414.45) |
| 02/07/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $469,964.17 | $30,359.64 | ($344,774.09) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2001 TO 9/30/2006

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Fertitta Enterprises, Inc.
Loan: Colt Gateway
Client ID: 3351
Account ID: 3970
Loan Interest Rate: 15.00%
Original Service Fee: 0.00%
Current Service Fee[1]: 1.00%

| Date | Transaction | Investment A | Principal Paid by Borrower B | Principal Paid to Investor C | Principal Owed to Investor D = B - C | Unsecured / Diverted Principal E | Interest Earned F | Loan Service Fee Retained by USACM G | Interest Paid by Borrower Net of Service Fee H | Cumulative Amount Due from Borrower, Net of Service Fee I = F - G - H | Interest Paid to Investor J | Cumulative Amount Held for / (Due from) Investor K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2005 | Interest and Service Fee (2/1 - 2/28) | $2,845,439.85 | | | ($495,015.95) | | $38,679.71 | | | $508,643.88 | $27,421.61 | ($344,774.09) |
| 03/08/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $508,643.88 | $27,421.61 | ($372,195.70) |
| 03/31/2005 | Interest and Service Fee (3/1 - 3/31) | $2,845,439.85 | | | ($495,015.95) | | $43,323.58 | | | $551,967.47 | $30,359.64 | ($372,195.70) |
| 04/06/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $551,967.47 | $30,359.64 | ($402,555.34) |
| 04/30/2005 | Interest and Service Fee (4/1 - 4/30) | $2,845,439.85 | | | ($495,015.95) | | $42,467.59 | | | $594,435.06 | $29,380.30 | ($402,555.34) |
| 05/05/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $594,435.06 | $29,380.30 | ($431,935.64) |
| 05/10/2005 | Interest Paid By Borrower | $2,845,439.85 | | | ($495,015.95) | | | | $34,139.49 | $560,295.57 | | ($397,796.16) |
| 05/31/2005 | Interest and Service Fee (5/1 - 5/31) | $2,845,439.85 | | | ($495,015.95) | | $43,990.75 | | | $604,286.32 | | ($397,796.16) |
| 06/07/2005 | Interest Paid to Investor | $2,845,439.85 | | | ($495,015.95) | | | | | $604,286.32 | $30,359.64 | ($428,155.80) |
| 06/15/2005 | Interest Paid By Borrower | $2,714,966.16 | | | ($364,542.26) | | | | $604,286.32 | $0.00 | | $176,130.52 |
| 06/15/2005 | Principal Paid Down | $2,714,966.16 | $130,473.69 | | ($364,542.26) | | | | | $0.00 | | $176,130.52 |
| 06/17/2005 | Principal Paid To Investor | $2,714,966.16 | | $734,760.00 | ($1,099,302.26) | | | | | $0.00 | | $176,130.52 |
| 06/30/2005 | Interest and Service Fee (6/1 - 6/30) | $2,714,966.16 | | | ($1,099,302.26) | | $34,698.17 | $1,206.65 | | $33,491.53 | $25,094.20 | $151,036.32 |
| 07/05/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $33,491.53 | $25,094.20 | $151,036.32 |
| 07/31/2005 | Interest and Service Fee (7/1 - 7/31) | $2,714,966.16 | | | ($1,099,302.26) | | $35,516.50 | $2,262.47 | | $66,745.55 | $20,868.99 | $151,036.32 |
| 08/04/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $66,745.55 | $20,868.99 | $130,167.33 |
| 08/31/2005 | Interest and Service Fee (8/1 - 8/31) | $2,714,966.16 | | | ($1,099,302.26) | | $35,975.25 | $2,262.47 | | $100,458.33 | $20,868.99 | $130,167.33 |
| 09/06/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $100,458.33 | $20,868.99 | $109,298.34 |
| 09/30/2005 | Interest and Service Fee (9/1 - 9/30) | $2,714,966.16 | | | ($1,099,302.26) | | $35,264.45 | $2,262.47 | | $133,460.31 | $20,195.80 | $109,298.34 |
| 10/05/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $133,460.31 | $20,195.80 | $89,102.54 |

[1] This rate may be adjusted according to your loan servicing agreement.
This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2001 TO 9/30/2005

## USA Commercial Mortgage Company
### Investor History Report

Vesting: Fertitta Enterprises, Inc.
Loan: Colt Gateway
Client ID: 3970
Account ID: 3351
Loan Interest Rate: 15.00%
Original Service Fee: 0.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2005 | Interest and Service Fee (10/1 - 10/31) | $2,714,966.16 | | | ($1,099,302.26) | | $36,995.43 | $2,262.47 | | $168,093.27 | | $89,102.54 |
| 11/07/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $168,093.27 | $20,868.99 | $68,233.55 |
| 11/30/2005 | Interest and Service Fee (11/1 - 11/30) | $2,714,966.16 | | | ($1,099,302.26) | | $36,166.45 | $2,262.47 | | $201,997.25 | | $68,233.55 |
| 12/07/2005 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $201,997.25 | $20,195.80 | $48,037.75 |
| 12/31/2005 | Interest and Service Fee (12/1 - 12/31) | $2,714,966.16 | | | ($1,099,302.26) | | $37,839.15 | $2,262.47 | | $237,573.93 | | $48,037.75 |
| 01/09/2006 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $237,573.93 | $20,868.99 | $27,168.76 |
| 01/31/2006 | Interest and Service Fee (1/1 - 1/31) | $2,714,966.16 | | | ($1,099,302.26) | | $38,327.90 | $2,262.47 | | $273,639.36 | | $27,168.76 |
| 02/07/2006 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $273,639.36 | $20,868.99 | $6,299.77 |
| 02/28/2006 | Interest and Service Fee (2/1 - 2/28) | $2,714,966.16 | | | ($1,099,302.26) | | $35,065.91 | $2,262.47 | | $306,442.80 | | $6,299.77 |
| 03/10/2006 | Interest Paid to Investor | $2,714,966.16 | | | ($1,099,302.26) | | | | | $306,442.80 | $18,849.41 | ($12,549.64) |
| 03/31/2006 | Interest and Service Fee (3/1 - 3/31) | $2,714,966.16 | | | ($1,099,302.26) | | $39,275.91 | $2,262.47 | | $343,456.23 | | ($12,549.64) |
| 04/30/2006 | Interest and Service Fee (4/1 - 4/30) | $2,714,966.16 | | | ($1,099,302.26) | | $38,499.89 | $2,262.47 | | $379,693.65 | | ($12,549.64) |
| 05/31/2006 | Interest and Service Fee (5/1 - 5/31) | $2,714,966.16 | | | ($1,099,302.26) | | $40,280.51 | $2,262.47 | | $417,711.69 | | ($12,549.64) |
| 06/30/2006 | Interest and Service Fee (6/1 - 6/30) | $2,714,966.16 | | | ($1,099,302.26) | | $39,484.65 | $2,262.47 | | $454,933.86 | | ($12,549.64) |
| 07/31/2006 | Interest and Service Fee (7/1 - 7/31) | $2,714,966.16 | | | ($1,099,302.26) | | $41,310.81 | $2,262.47 | | $493,982.20 | | ($12,549.64) |
| 08/31/2006 | Interest and Service Fee (8/1 - 8/31) | $2,714,966.16 | | | ($1,099,302.26) | | $41,844.41 | $2,262.47 | | $533,564.14 | | ($12,549.64) |
| 09/30/2006 | Interest and Service Fee (9/1 - 9/30) | $2,714,966.16 | | | ($1,099,302.26) | | $41,017.64 | $2,262.47 | | $572,319.31 | | ($12,549.64) |
| **TOTALS:** | | $2,714,966.16 | $1,285,033.84 | $2,384,336.10 | $1,099,302.26 | $0.00 | $1,775,972.00 | $36,143.73 | $1,168,508.96 | $572,319.31 | $1,181,058.60 | ($12,549.64) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement.
This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2001 TO 9/30/2006

Page - 5