**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 3/13/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **CERTIFICATE OF SERVICE** |
| USA SECURITIES, LLC, | Date of Hearing: April 26, 2007 |
| Debtors. | Time of Hearing: 9:30 a.m. |

**Affects:**
¨ All Debtors
× USA Commercial Mortgage Company
¨ USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
¨ USA Capital First Trust Deed Fund, LLC
¨ USA Securities, LLC

1. I, Marilyn L. Schoenike, a certified legal assistant with Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents:

   A) *Ex Parte* Motion to Extend Deadline to Object to Claims Arising From Rejection of Executory Contracts or Unexpired Leases [DE 3056]; and

   B) Declaration of Edward M. Burr in Support of *Ex Parte* Motion to Extend Deadline to Object to Claims Arising From Rejection of Executory Contracts or Unexpired Leases [DE 3057].

1817759.1

LEWIS AND ROCA LLP
LAWYERS

2. I served the foregoing by the following means to the persons as listed below:

    A) ECF System to the persons listed on Exhibit A on March 12, 2007;

    B) Email on March 12, 2007 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 13, 2007.

                                                      /s/ Marilyn L. Schoenike
                                                      Marilyn L. Schoenike

1817759.1