# EXHIBIT 1

STATE OF NEVADA

*ROSS MILLER*
*Secretary of State*

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

OFFICE OF THE
SECRETARY OF STATE

## Copy Request

March 8, 2007

**Job Number:** C20070308-0675
**Reference Number:** 00001244247-44
**Expedite:**
**Through Date:**

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| LLC28416-2004-001 | Articles of Organization | 2 Pages/1 Copies |
| 20050073365-51 | Initial List | 1 Pages/1 Copies |
| 20050522356-70 | Annual List | 1 Pages/1 Copies |
| 20060053320-21 | Amended List | 1 Pages/1 Copies |
| 20060703757-87 | Annual List | 1 Pages/1 Copies |

Respectfully,

ROSS MILLER
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

**DEAN HELLER**
**Secretary of State**
**206 North Carson Street**
**Carson City, Nevada 89701-4299**
**(775) 684 5708**
**Website: secretaryofstate.biz**

LLC
FILED # 28416-2004

DEC 0 8 2004

IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

# Articles Of Organization
# Limited-Liability Company
(PURSUANT TO NRS 86)

117687

*Important: Read attached instructions before completing form.*

ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| 1. **Name of Limited-Liability Company** | TANAMERA CORPORATE CENTER LLC |
| 2. **Resident Agent Name and Street Address:** *(must be a Nevada address where process may be served)* | GREG L. GOUGH<br>Name<br>4755 CAUGHLIN PARKWAY, SUITE A — RENO — NEVADA — 89509<br>Physical Street Address — City — — Zip Code<br><br>Additional Mailing Address — City — State — Zip Code |
| 3. **Dissolution Date:** *(OPTIONAL-see instructions)* | Latest date upon which the company is to dissolve (if existence is not perpetual): |
| 4. **Management:** *(check one)* | Company shall be managed by [X] Manager(s) OR [ ] Members |
| 5. **Names Addresses, of Manager(s) or Members:** *(attach additional pages as necessary)* | THOMAS A. HANTGES<br>Name<br>4484 SOUTH PECOS ROAD — LAS VEGAS — NV — 89121<br>Address — City — State — Zip Code<br>JOSEPH D. MILANOWSKI<br>Name<br>4484 SOUTH PECOS ROAD — LAS VEGAS — NV — 89121<br>Address — City — State — Zip Code<br>KREG D. ROWE<br>Name<br>9460 DOUBLE R BOULEVARD, SUITE 200 — RENO — NV — 89521<br>Address — City — State — Zip Code |
| 6. **Names, Addresses and Signatures of Organizers** *(if more than one organizer attach additional page)* | GREG L. GOUGH<br>Name — Signature: [signature]<br>4755 CAUGHLIN PARKWAY, SUITE A — RENO — NV — 89509<br>Address — City — State — Zip Code |
| 7. **Certificate of Acceptance of Appointment of Resident Agent:** | I hereby accept appointment as Resident Agent for the above named limited-liability company.<br>[signature]<br>Authorized Signature of R.A. or On Behalf of R.A. Company — Date: 11/30/04 |

12/8/2004 11:06:03 AM
C20041208-01

*This form must be accompanied by appropriate fees. See attached fee schedule.*

5. Names, Addresses of Manager(s) or Members

MICHAEL D. EFSTRATIS

9460 DOUBLE R BOULEVARD, SUITE 200

RENO, NV 89521