# EXHIBIT 3

**ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND RESIDENT AGENT OF:**

TANAMERA CORPORATE CENTER LLC
FOR THE PERIOD DEC 2006 TO 2007. DUE BY DEC 31, 2006.

The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:



LLC28416-2004

GREGORY L GOUGH
4755 CAUGHLIN PKWY
SUITE A
RENO NV 89509

| Filed in the office of | Document Number |
|---|---|
|  | 20060703757-87 |
| Dean Heller | Filing Date and Time |
| Secretary of State | 10/30/2006 8:18 AM |
| State of Nevada | Entity Number |
|  | LLC28416-2004 |

** PLEASE NOTE: YOU MAY NOW FILE YOUR ANNUAL LIST ONLINE AT WWW.SECRETARYOFSTATE.BIZ **

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.
1. Include the names and addresses, either residence or business, for all managers, or if none, its managing members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a managing member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00    PENALTY: $75.00

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| B&L INVESTMENTS INC | | ☒ MANAGER  ☐ MANAGING MEMBER |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| | 5470 RENO CORPORATE DRIVE | RENO | NV | 89511 |
| DDH FINANCIAL CORPORATION | | ☒ MANAGER  ☐ MANAGING MEMBER |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| | 5470 RENO CORPORATE DRIVE | RENO | NV | 89511 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Manager or Managing Member    Date 10/26/06