EXHIBIT "A"

**Sierra Liquidity Fund, LLC -- Fractional Interests in USA related Notes and Deed of Trusts**

*as of March 14th, 2007*

**Total Principal Amount Principal Outstanding for All of Sierra's Fractional Interest in Loans and Properties**

**Placer Vineyards Land Speculators, LLC**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Sandra Masters | 12/11/2006 | 12/19/2006 |
| Stuart Ross & Heather Goolsby | 12/15/2006 | 12/29/2006 |
| George Gish | 12/19/2006 | 2/9/2007 |
| Miller Properties | 12/20/2006 | 12/29/2006 |
| Penny & Brian Miller | 12/20/2006 | 12/29/2006 |
| Karen Regnier | 12/20/2006 | 1/5/2007 |
| Cecil & Barbara Riordan | 2/2/2007 | 3/5/2007 |
| Michael Pinney | 2/21/2007 | 2/27/2007 |
| Charles & Sandra Hamm | 2/22/2007 | Recordation in Process |

**Total Principal Amount Outstanding**

**Gramercy Court, Ltd.**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Beryl G. Winer | 12/5/2006 | 1/25/2007 |
| Maria De Silva | 12/8/2006 | 1/5/2007 |
| Seymour Rosenberg | 12/12/2006 | 3/6/2007 |
| Stan Wolken | 12/14/2006 | 1/5/2007 |
| Ronald Gardner | 12/15/2006 | 1/5/2007 |
| Richard & Doris Stevenson | 12/20/2006 | 1/5/2007 |
| Carol Lefcourt | 12/20/2006 | 1/25/2007 |
| Robert & Evelyn Brandin | 12/22/2006 | 1/5/2007 |
| Gernot Leitzinger | 1/4/2007 | 3/2/2007 |

**Total Principal Amount Outstanding**

**Palm Harbor I, LLC**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| John Duffy | 12/15/2006 | 1/25/2007 |
| William & Sondra Platt | 12/15/2006 | 1/25/2007 |
| Bruce J. Corum, Credit Shelter Trust | 12/22/2006 | 2/21/2007 |
| Suksamarn C. Taylor | 12/22/2006 | 1/23/2007 |
| Seymour Frank | 12/27/2006 | 1/23/2007 |
| Richard & Sanayha Armijo | 1/4/2007 | 2/21/2007 |
| Susan & William Houston | 3/7/2007 | Recordation in Process |

**Total Principal Amount Outstanding**

**John E. King and Carol D. King (Margarita Annex)**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Taylor Samuels-Foundation | 11/20/2006 | 11/28/2006 |
| Paula Nordwind | 12/4/2006 | 12/19/2006 |
| Charles & Sandra Hamm | 12/5/2006 | 1/5/2007 |
| Allen Strunk | 12/6/2006 | 12/27/2006 |
| Gordon & Marjorie Stimpson | 12/6/2006 | 12/15/2006 |
| Martin Bock | 12/20/2006 | 1/12/2007 |

Total Principal Amount Outstanding

**John E. King and Carol D. King (Oak Shores II)**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Taylor Samuels-Trust | 11/20/2006 | 11/29/2006 |
| Robert & Peggie Ray | 12/4/2006 | 12/13/2006 |
| Richmond & Jean Dean | 12/6/2006 | 12/29/2006 |
| Gordon & Marjorie Stimpson | 12/6/2006 | 12/15/2006 |
| Carol Edwards Associates | 12/20/2006 | 1/24/2007 |

Total Principal Amount Outstanding

**3685 San Fernando Road Partners, LP**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Sandra Masters | 11/21/2006 | 12/6/2006 |
| Mary Gambosh | 12/1/2006 | 12/29/2006 |
| Beryl G. Winer | 12/1/2006 | 1/17/2007 |

Total Principal Amount Outstanding

**Binford Medical Developers, LLC**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Elaine Mullin | 12/11/2006 | 1/19/2007 |
| Salvatore Palmisano | 12/11/2006 | 1/8/2007 |
| Randal & Allison Lococo | 12/15/2006 | 12/21/2006 |

Total Principal Amount Outstanding

**Southern California Land Development, LLC (Hesperia II)**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Taylor Samuels-Trust | 11/20/2006 | 12/11/2006 |

Total Principal Amount Outstanding

**USA Investors VI, LLC (Marquis Hotel)**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| D. Joseph Doucet | 12/11/2006 | 1/5/2007 |
| | | **Total Principal Amount Outstanding** |

**Brookmere LLC and Lord Essex Matteson, LLC**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| Taylor Samuels-Trust | 11/20/2006 | 12/13/2006 |
| Taylor Samuels-Foundation | 11/20/2006 | 12/13/2006 |
| John Duffy | 12/14/2006 | 12/21/2006 |
| | | **Total Principal Amount Outstanding** |

**Brookmere LLC and Lord Essex Matteson, LLC**

| Assignor | Assignment Date | RECORDATION DATE |
|---|---|---|
| D. Joseph Doucet | 12/11/2006 | 2/13/2007 |
| | | **Total Principal Amount Outstanding** |

**Total Principal Amount Principal Outstanding for All of Sierra's Fractional Interest in Loans and Properties**