EXHIBIT "B"

USA CAPITAL
LOAN SUMMARY
AS OF JULY 31, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 7/31/06 | Interest Outstanding at 7/31/06 | Interest Prepaid to Direct Lenders[5] | Collection Account Interest | Collection Account Principal | Collection Account Service Fee | Due to Direct Lenders | Due to DIV Fund | Due to First Trust | Due to Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000.00 | 265,068.32 | - | 174,358 | - | 12,250 | 162,108 | - | 1,809 | 160,300 | 83 |
| Performing | 5055 Collwood, LLC[2] | 2/24/06 | 1,173,289 | 5,339 | - | 102,234 | 326,710 | 5,573 | 423,372 | - | - | 423,372 | 33 |
| Repaid | 5252 Orange, LLC[2] | 12/22/05 | - | - | - | 191,977 | 3,800,000 | 10,450 | 3,981,527 | - | - | 3,981,527 | 66 |
| Performing | 60th Street Venture, LLC[2] | 12/22/05 | 3,700,000 | 54,825 | - | 228,226 | - | 12,469 | 215,757 | - | - | 215,757 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 3,109,698 | 1,679,821 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 1,227,372 | 985,339 | 966,251 | - | 70,716 | - | - | - | - | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 840,715 | 517,607 | - | - | - | - | - | - | - | 50 |
| Non-Performing | Ashby Financial $7,200,000[6] | 5/3/04 | 7,200,000 | 1,912,800 | 1,545,601 | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 1,296,334 | 366,213 | 1,121 | - | 83 | - | - | - | - | 221 |
| Performing | Bay Pompano Beach, LLC | 6/20/05 | 14,680,390 | 165,134 | 107,732 | 681,551 | 1,605,296 | 51,554 | 2,127,561 | 9,973 | 25,597 | 2,091,991 | 407 |
| Repaid | Beastar, LLC[4] | 5/2/05 | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[4] | 1/2/03 | - | - | - | - | - | - | - | - | - | - | 157 |
| Non-Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 233,270 | - | 173,213 | - | 13,095 | 160,118 | - | 27,618 | 132,500 | 92 |
| Performing | Boise/Gowen 93, LLC[2] | 8/26/05 | 2,425,000 | 26,102 | - | 102,813 | - | 8,091 | 94,722 | - | - | 94,722 | 17 |
| Non-Performing | Brookmere/Matteson $27,050,000[7] | 10/29/03 | 5,964,848 | 155,709 | 84,859 | 109,587 | - | 8,540 | 16,188 | - | 5,485 | 10,703 | 229 |
| Performing | Bundy Canyon $1,050,000[2] (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 11,754 | 23,333 | 70,525 | - | 5,391 | 41,801 | - | - | 41,801 | 1 |
| Non-Performing | Bundy Canyon $2,500,000[2] (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 72,291 | - | 56,119 | - | 4,239 | 51,879 | - | - | 51,879 | 34 |
| Non-Performing | Bundy Canyon $5,000,000[2] (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 143,306 | - | 94,096 | - | 7,119 | 86,977 | - | - | 86,363 | 43 |
| Performing | Bundy Canyon $5,725,000[2] (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 64,088 | - | 249,394 | - | 18,873 | 230,521 | - | - | 230,521 | 53 |
| Non-Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 271,469 | - | 101,235 | - | 7,606 | 93,629 | - | - | 93,629 | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446 | 2/3/06 | 4,434,446 | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 37,625 | 16,406 | 152,500 | - | 10,000 | 126,094 | - | - | 126,094 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 393,914 | 73,822 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 189,886 | 87,208 | 168,442 | - | 12,957 | 68,277 | - | 365 | 67,181 | 65 |
| Performing | Charlevoix Homes, LLC[2] (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 46,844 | - | 132,978 | - | 8,217 | 124,761 | - | - | 124,761 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 119,764 | - | 29,967 | - | 2,417 | 27,550 | - | 950 | 26,600 | 36 |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 46,148 | 5,245 | 160,972 | - | 12,697 | 143,031 | 991 | 142,040 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 2,001,470 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1[1] (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 883,054 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2[1] (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,311,461 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Gateway LLC | 1/17/03 | 5,628,328 | 1,337,361 | 874,926 | - | - | - | - | - | - | - | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 561,320 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC[2] | 9/1/05 | 2,210,000 | 24,740 | - | 92,903 | - | 7,035 | 85,868 | - | 85,868 | - | 1 |

**Preliminary Numbers Subject to Revision**

USA CAPITAL
LOAN SUMMARY
AS OF JULY 31, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 7/31/06 | Interest Outstanding at 7/31/06 | Interest Prepaid to Direct Lenders[5] | Collection Account - Interest | Collection Account - Principal | Collection Account - Service Fee | Due to Direct Lenders | Due to DIV Fund | Due to First Trust | Due to Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 87,042 | - | 139,511 | - | 10,507 | 129,004 | - | 22,986 | 106,018 | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II[2] (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 103,520 | - | 84,490 | - | 6,637 | 77,853 | - | - | 76,428 | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | - | - | - | 22,704 | 1,136,538 | 958 | 1,158,283 | - | - | 1,158,283 | 28 |
| Performing | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | 65,875 | - | 254,592 | - | 20,871 | 233,721 | - | - | 233,538 | 96 |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 48,222 | - | 189,778 | - | 13,333 | 176,444 | - | 44,111 | 132,333 | 21 |
| Non-Performing | Del Valle - Livingston[2] (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 409,860 | - | 614,955 | - | 48,127 | 566,828 | - | 3,798 | 563,029 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 | - | - | - | 193,521 | 6,580,000 | 14,952 | 6,758,569 | - | 195,901 | 6,562,669 | 76 |
| Non-Performing | Eagle Meadows Development[3, 8] | 10/19/05 | 31,050,000 | 1,474,020 | 295,545 | 667,618 | - | 50,301 | 321,772 | - | 37,846 | 283,927 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 390,744 | - | 127,833 | - | 10,374 | 117,459 | - | 1,402 | 116,057 | 147 |
| Special Situation | EPIC Resorts[1] | Undetermined | TBD | - | TBD | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 73,933 | - | 290,767 | - | 22,000 | 268,767 | - | 268,767 | - | 1 |
| Non-Performing | Fiesta Development McNaughton[1] (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,338,507 | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 72,764 | - | 286,360 | - | 21,667 | 264,694 | - | - | 260,823 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 4,660,943 | 3,368,263 | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 3,027,277 | 2,368,514 | - | - | - | - | - | - | - | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | - | (0) | - | 119,167 | 2,400,000 | 9,290 | 2,509,876 | - | - | 2,509,876 | 36 |
| Non-Performing | Foxhill 216, LLC[3, 8] | 2/23/06 | 25,980,000 | 1,140,359 | - | 364,741 | - | 26,302 | 338,440 | - | 326 | 338,114 | 300 |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 168,950 | 7,235 | 116,564 | - | 9,176 | 100,153 | 19,360 | 80,793 | - | 2 |
| Repaid | Freeway 101[4] | 8/9/04 | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC)[3] | 11/18/05 | 13,185,000 | 566,817 | - | 139,932 | - | 10,835 | 129,097 | - | 979 | 128,118 | 161 |
| Non-Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 235,460 | - | 154,194 | - | 10,833 | 143,361 | - | - | 141,464 | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | - | - | 50,796 | 173,042 | 2,850,000 | 11,866 | 2,960,380 | - | 259,682 | 2,700,698 | 37 |
| Performing | Goss Road[2] (Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,917 | - | 50,833 | - | 3,333 | 47,500 | - | - | 47,381 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 1,702,318 | 364,872 | 490,410 | - | 42,293 | 83,245 | - | 10,907 | 72,338 | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 666,294 | 146,803 | - | - | - | - | - | - | - | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 3/3/04 | 11,700,000 | 2,198,753 | 1,270,041 | 225,000 | - | 12,097 | - | - | - | - | 114 |
| Performing | Hesperia II[2] (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 62,215 | - | 242,675 | - | 14,043 | 228,632 | - | - | 228,632 | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | 6/24/05 | - | - | 547,709 | 767,361 | 5,000,000 | 44,550 | 5,175,102 | - | - | 5,175,102 | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 3,082,395 | 2,140,552 | - | - | - | - | - | - | - | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | - | - | 3,313,671 | 4,168,403 | 24,000,000 | 326,332 | 24,528,400 | - | 909,595 | 23,618,805 | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | - | - | 2,354,180 | 2,698,080 | 8,000,000 | 147,914 | 8,195,986 | - | - | 8,195,986 | 99 |

**Preliminary Numbers Subject to Revision**

USA CAPITAL
LOAN SUMMARY
AS OF JULY 31, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 7/31/06 | Interest Outstanding at 7/31/06 | Interest Prepaid to Direct Lenders[5] | Collection Account Interest | Collection Account Principal | Collection Account Service Fee | Due to Direct Lenders | Due to DIV Fund | Due to First Trust | Due to Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,167,255 | 800,862 | - | - | - | - | - | - | - | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 505,705 | 288,935 | - | - | - | - | - | - | - | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,419,000 | 1,189,500 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 930,727 | 663,446 | 360,777 | - | 28,463 | - | - | - | - | 116 |
| Performing | I-40 Gateway West, LLC[2] | 1/11/05 | 4,530,000 | 46,810 | - | 184,220 | - | 15,100 | 169,120 | - | - | 169,120 | 46 |
| Performing | I-40 Gateway West, LLC 2nd[2] | 3/1/06 | 1,065,000 | 14,673 | - | 56,800 | - | 3,493 | 53,307 | - | - | 53,307 | 23 |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 8/11/04 | 1,856,849 | 102,775 | - | - | 0 | - | 0 | 0 | 0 | 0 | 2 |
| Performing | Interstate Commerce Center, LLC | 2/20/04 | 1,979,573 | (91,339) | 215,292 | 339,211 | 550,185 | 20,399 | 653,705 | 642,884 | 358 | 2,541 | 4 |
| Performing | J. Jireh's Corporation[2] | 9/2/05 | 8,825,000 | 98,791 | - | 387,563 | - | 29,325 | 358,237 | - | 10,757 | 347,480 | 105 |
| Performing | La Hacienda Estate, LLC[2] | 11/11/04 | 6,255,000 | 65,582 | - | 247,620 | - | 20,311 | 227,309 | - | - | 225,492 | 83 |
| Non-Performing | Lake Helen Partners[9] | 12/7/04 | 3,159,704 | 215,337 | - | - | - | - | - | - | - | - | 35 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | - | 244,764 | 494,248 | 4,950,000 | 36,695 | 5,162,789 | - | 286,822 | 4,875,967 | 59 |
| Non-Performing | Lerin Hills, LTD[2] | 12/7/05 | 10,350,000 | 266,510 | - | 391,642 | - | 25,545 | 366,097 | - | - | 366,097 | 130 |
| Non-Performing | Margarita Annex[10] | 7/26/04 | 12,000,000 | 540,786 | 109,365 | 255,667 | - | 20,000 | 126,302 | - | 30,839 | 95,463 | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 1,666,053 | 1,718,780 | 1,912,138 | - | 146,255 | 47,103 | - | 185 | 46,498 | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 419,856 | 249,655 | 250,267 | - | 15,690 | - | - | - | - | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 3,221,877 | 2,366,244 | - | - | - | - | - | - | - | 169 |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 182,730 | - | 206,808 | - | 15,607 | 191,202 | - | 1,669 | 189,533 | 103 |
| Repaid | Midvale Marketplace, LLC | 6/30/05 | - | (0) | 154,424 | 366,232 | 4,075,000 | 27,813 | 4,258,996 | - | 323,997 | 3,934,999 | 49 |
| Performing | Mountain House Business Park[2] (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 188,067 | - | 740,133 | - | 56,000 | 684,133 | 2,036 | 35,632 | 645,325 | 202 |
| Non-Performing | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 197,879 | - | 472,433 | - | 35,670 | 436,763 | 286 | 141 | 436,336 | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 384,826 | 3,810 | 92,276 | - | 7,144 | 81,322 | - | 11,877 | 69,445 | 105 |
| Performing | Ocean Atlantic[2] (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 34,875 | - | 137,250 | - | 9,000 | 128,250 | - | - | 128,250 | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000[4] (Opaque Land Development, LLC) | 11/5/03 | - | - | 778,347 | 856,615 | 4,827,970 | 70,781 | 4,835,457 | - | - | 4,835,457 | 95 |
| Non-Performing | Palm Harbor One, LLC[3] | 12/14/05 | 28,480,000 | 1,175,218 | - | 411,223 | - | 30,855 | 380,368 | - | 21,289 | 359,080 | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 2,983,111 | 1,231,726 | 1,009 | - | 81 | - | - | - | - | 343 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 726,632 | 260,360 | - | - | - | - | - | - | - | 118 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 3,711,750 | 48,700 | - | 223,727 | 942,250 | 14,664 | 1,151,313 | - | - | 1,150,076 | 73 |
| Performing | Redwood Properties, LLC[1] | 11/15/05 | 269,641 | 27,458 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,250,000 | 72,020 | - | 46,284 | - | 3,644 | 42,640 | - | 1,327 | 41,314 | 32 |
| Performing | Roam Development Group L.P. | 3/23/05 | 25,601,735 | (8,534) | - | 1,428,925 | 1,254,805 | 110,980 | 2,572,750 | - | 60,866 | 2,511,884 | 291 |
| Special Situation | Saddleback[1] | Undetermined | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 2,083,342 | 1,483,297 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | 9/28/99 | TBD | - | - | - | - | - | - | - | - | - | 1 |

**Preliminary Numbers Subject to Revision**

USA CAPITAL
LOAN SUMMARY
AS OF JULY 31, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 7/31/06 | Interest Outstanding at 7/31/06 | Interest Prepaid to Direct Lenders[5] | Collection Account | | | Due to Direct Lenders | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | | DIV Fund | First Trust | Individual Direct Lenders | |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 97,656 | - | 98,997 | - | 7,464 | 91,532 | - | - | 90,234 | 40 |
| Performing | Southern California Land 2nd[2] (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | 40,989 | - | 161,311 | - | 9,333 | 151,978 | - | - | 150,078 | 33 |
| Non-Performing | Standard Property Development, LLC[2] | 2/27/06 | 9,640,000 | 200,308 | 46,195 | 346,973 | - | 27,533 | 273,245 | - | 19,019 | 254,225 | 115 |
| Performing | SVRB $4,500,000[2] (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 11,079 | - | 92,343 | - | 7,226 | 85,117 | - | - | 85,117 | 67 |
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 32,033 | - | 126,067 | - | 7,750 | 118,317 | - | - | 118,317 | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 1,600,758 | 356,133 | 3,983 | - | 297 | - | - | - | - | 179 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000[11] | 12/30/02 | 4,150,000 | 2,037,988 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Non-Performing | Ten-Ninety[1] | 4/15/02 | 55,113,781 | 28,375,618 | 1,252,110 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 106,196 | - | - | - | - | - | - | - | - | 1 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 21,262 | - | 91,488 | 500,000 | 6,917 | 584,571 | - | 8,875 | 552,269 | 34 |
| Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 3,902,274 | 43,877 | 204,382 | 435,877 | 1,897,726 | 34,673 | 2,094,548 | 113,756 | 650,032 | 1,330,760 | 51 |
| Repaid | Universal Hawaii[4] | 8/6/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc.[2] | 4/11/05 | 4,825,920 | 51,946 | - | 220,184 | 582,058 | 17,311 | 784,932 | - | 784,932 | (0) | 1 |
| Non-Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | 194,482 | - | 291,589 | - | 20,375 | 271,214 | - | 998 | 269,117 | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 694,856 | 326,158 | 6,017 | - | 466 | - | - | - | - | 86 |
| | | | $ 846,052,502 | $ 90,593,817 | $ 39,690,010 | $ 28,360,887 | $ 75,278,540 | $ 2,060,820 | $89,157,924 | | | | |

[1] Status of these loans is undetermined due to bankruptcy, foreclosures, change of ownership, etc.  More research is being performed.
[2] Loan listed as performing as sufficient cash is held as Disbursing Agent to pay outstanding interest due.
[3] Interest outstanding due to unfunded amounts under original loan budget.
[4] Principal payments by borrower not returned to Investors.
[5] Interest paid to Investors in excess of amounts paid by borrowers.
[6] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[7] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[8] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[9] Borrower is Old City, L.C. and Lake Helen Partners, LLC
[10] Borrower is John E. King and Carole D. King
[11] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

**Preliminary Numbers Subject to Revision**