| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304)<br>David T. Cohen (TX Bar No. 75008424)<br>Alexandra P. Olenczuk (TX Bar No. 24033924)<br>**WARNER STEVENS, L.L.P.**<br>301 Commerce Street, #1700<br>Fort Worth, TX 76102<br>Tel:     (817) 810-5250<br>Fax:    (817) 810-5255<br>Email:  dcohen@warnerstevens.com<br>Email:  aolenczuk@warnerstevens.com | E-FILED ON: MARCH 14, 2007 |

*and*

Michelle L. Abrams (NV Bar No. 5565)
**MICHELLE L. ABRAMS, LTD.**
3085 South Jones Blvd., Suite C
Las Vegas, Nevada 89146
(702) 369-3724
(702) 369-0651 (fax)
Email:  mabrams@mabramslaw.com

*Counsel for Sierra Liquidity Fund, L.L.C.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re:<br>USA COMMERCIALMORTGAGE COMPANY,<br>           Debtor. | )<br>)<br>)<br>) | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor. | )<br>)<br>)<br>) | Case No. BK-S-06-10725 LBR<br><br>Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | )<br>)<br>)<br>)<br>) | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | )<br>)<br>)<br>) | CERTIFICATE OF SERVICE |
| In Re:<br>USA SECURIEITES, LLC,<br>           Debtor. | )<br>)<br>)<br>) | |
| Affects:<br>  □ All Debtors<br>  ■ USA Commercial Mortgage Company<br>  □ USA Securities, LLC<br>  □ USA Capital Realty Advisors, LLC<br>  □ USA Capital Diversified Trust Deed Fund, LLC<br>  □ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>)<br>)<br>) | |

1. On March 14, 2007, I served the following documents:

   A. **Administrative Expense Claim of Sierra Liquidity Fund, L.L.C. and Request for Payment Thereof**;
   B. **Affidavit of James S. Riley in Support of Administrative Expense Claim of Sierra Liquidity Fund, L.L.C. and Request for Payment Thereof**.

2. I served the above named documents by the following means to the persons as listed below:

   *(Check all that apply)*

   ■ a. ECF System upon the parties identified in the attached "Notice of Electronic Filing" for each document.

   ■ b. United States Mail, postage fully prepaid upon the parties on the attached "Service List."

   ☐ c. Personal service

   I personally delivered the document(s) to the persons listed at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. By direct email (as opposed to through the ECF System)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed on the attached "Master and Special Notice E-Mail Service List". I did not receive, within a reasonable time after the transmission, any

electronic message or other indication that the transmission was unsuccessful, except with respect to the persons so identified on the attached List.

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 14, 2007                                   /s/ ALEXANDRA P. OLENCZUK
                                                                     Alexandra P. Olenczuk