## SERVICE LIST

| | | |
|---|---|---|
| Annette W. Jarvis<br>Douglas M. Monson<br>Steven C. Strong<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Ste. 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 | Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Ste. 1<br>Las Vegas, NV 89146-5308 | USA Commercial Mortgage<br>Thomas J. Allison<br>4484 South Pecos Rd.<br>Las Vegas, NV 89121 |
| Office of the U.S. Trustee<br>600 Las Vegas Blvd., S., Ste. 4300<br>Las Vegas NV 89101 | Rob Charles<br>Susan M. Freeman<br>Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy., 6th Fl.<br>Las Vegas, NV 89109 | Bunch, Dell<br>1909 Red Robin Court<br>Las Vegas, NV 89134 |
| Bunch, Dell<br>C/O Donald R. Walker<br>9209 Eagle Hills Dr.<br>Las Vegas, NV 89134-6109 | Advanced Information Systems<br>C/O Michael T. Yoder<br>4270 Cameron St., Ste. 1<br>Las Vegas, NV 89103 | Russell Ad Development Group, LLC<br>P.O. Box 28216<br>Scottsdale, AZ 85255 |
| Robert A. Russell<br>8585 East Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 | Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117-7635 | Robert L. Hagmaier<br>15254 Candlewood Court<br>Lake Oswego, OR 97035 |
| Larry L. Rieger and Patsy Rieger Revocable Trust<br>Larry L. Rieger, Trustee<br>2615 Glen Eagles Drive<br>Reno, NV 89523 | John Bauer IRA<br>40808 North Riverbend<br>Anthem, AZ 85086 | Broadwalk Investments L.P.<br>James R. Bonfiglio, G.P.<br>8635 West Sahara Ave., Unit 220<br>Las Vegas, NV. 89117 |
| Nevada State Bank<br>Keriann M. Atencio<br>Greenberg Traurig, LLP<br>2375 East Camelback Rd.<br>Phoenix, AZ 85016 | Frank A. Merola<br>Eve H. Karasik<br>Christine M. Pajak<br>Stutman, Treister & Glatt, P.C.<br>1901 Ave. of the Stars, 12th Fl.<br>Los Angeles, CA 90067 | James Patrick Shea<br>Candace C. Carlyon<br>Shlomo S. Sherman<br>Shea & Carlyon, Ltd.<br>228 S. Fourth St., 1st Fl.<br>Las Vegas, NV 89101 |

| | | |
|---|---|---|
| Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | Robert E. Taylor<br>C/O Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA 91320 | John Warner Jr., IRA<br>C/O First Savings Bank<br>2605 East Flamingo Rd.<br>Las Vegas, NV 89121 |
| John H. Warner Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770 | Mary E. and Matthew J. Moro JTWROS<br>1009 8th St.<br>Manhattan Beach, CA 90266 | Richard G. Wouldstra Revocable Trust, Richard G. Wouldstra, TTEE<br>P.O. Box 530025<br>Henderson, NV 89053 |
| Wen Baldwin Separate Property Trust<br>365 Dooley Dr.<br>Henderson, NV 89015 | John Goings<br>P.O. Box 174<br>Masonville, CO 80541 | Marc A. Levinson<br>Lynn Trinka Ernce<br>Orrick, Herrington & Sutcliffe, LLP<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814 |
| Bob L. Olson<br>Anne M. Loraditch<br>Beckley Singleton Chtd.<br>530 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Robert G. Worthen<br>1112 Worthen Cir.<br>Las Vegas, NV 89145 | Katz 2000 Separate Property Trust<br>Sara M. Katz, Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 |
| Thomas C. Lawyer Family Trust<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Jerry T. McGimsey<br>3115 South El Camino Rd.<br>Las Vegas, NV 89146-6621 | Charles O. and Flora A. Nichols<br>2561 Seascape Dr.<br>Las Vegas, NV 89128 |
| Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | Gerald M. Gordon<br>Gregory E. Garman<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy., 9th Fl.<br>Las Vegas, NV 89109 | Fertitta Enterprises, Inc.<br>Attn: William J. Bullard, CFO<br>2960 West Sahara Ave., Ste. 200<br>Las Vegas, NV 89102 |
| Helms Homes, LLC<br>C/O Terry Helms<br>809 Upland Blvd.,<br>Las Vegas, NV 89107 | Terry Helms Living Trust<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Dennis Flier, Inc. Defined Benefit Trust<br>20155 Porto Vita Way #1803<br>Aventura, FL 33180 |
| Arthur and Glorianne Polacheck<br>2056 Woodlake Cir.<br>Deerfield Beach FL 33442 | James W. & Pamela P. McCollum<br>1011 F. Avenue<br>Coronado, CA 92118 | Homfeld II, LLC<br>777 South Federal Hwy., Ste. N-409<br>Pompano Beach, FL 33062 |
| Homfeld II, LLC<br>C/O Edward W. Homfeld<br>858 Bishop Rd.<br>Grosse Pointe Park, MI 48230 | | |