**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/15/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                               Debtors.<br><br>**Affects:**<br> ¨ All Debtors<br> × USA Commercial Mortgage Company<br> ¨ USA Capital Realty Advisors, LLC<br> ¨ USA Capital Diversified Trust Deed Fund, LLC<br> ¨ USA Capital First Trust Deed Fund, LLC<br> ¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents:

   A) USACM Liquidating Trust's Motion to Classify Claims filed by Tanamera Corporate Center LLC in Plan Class A-7, and Reservation of Counterclaims and Objections [DE 3075];

   B) Objection of the USACM Liquidating Trust to Proof of Claim No. 1366 filed by Los Valles Land & Golf LLC [DE 3076];

1

LEWIS AND ROCA LLP
LAWYERS

  C) Objection of the USACM Liquidating Trust to Proof of Claim filed by Copper Sage Commercial Center LLC (Claim No. 792) [DE 3077];

  D) Objection of the USACM Liquidating Trust to Proof of Claim filed by Mountain West Mortgage Co./Lerin Hills (Claim No. 203) [DE 3078];

  E) USACM Liquidating Trust's Objection to Claims filed by Haspinov, LLC, Reservation of Counterclaims, and Alternative Motion to Classify in Plan Class A-7 [DE 3079];

  F) Objection of the USACM Liquidating Trust to Proof of Claim filed by Lerin Hills Ltd (Claim No. 1279) [DE 3080];

  G) USACM Liquidating Trust's Motion to Classify Claims filed by Pecos Professional Park Limited Partnership in Plan Class A-7, and Reservation of Counterclaims and Objections [DE 3081]; and

  H) Declaration of Edward M. Burr in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims [DE 3082].

2. I served the foregoing by the following means to the persons as listed below:

  A) ECF System to the persons listed on Exhibit A on March 13, 2007;

  B) Email on March 13, 2007 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 15, 2007.

               /s/ Christine E. Laurel
               Christine E. Laurel

1818559.1