**Entered on Docket
March 16, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Attorney for Del Bunch and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                      Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                      Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                      Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                      Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                      Debtor.<br>Affects:<br>☐   All Debtors<br>☒   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☐   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under<br>Case No. BK-S-06-10725-LBR**<br><br>**NOTICE OF HEARING AND ORDER<br>SHORTENING TIME FOR HEARING ON<br>MOTION TO COMPEL**<br><br>Date of Hearing: March 27, 2007<br>Time of Hearing: 9:30 AM<br>Place: Courtroom No. 1, Foley Federal Building<br>            300 Las Vegas Blvd., S.<br>            Las Vegas, NV  89101 |

06725-01/149205.doc

This Court having considered the Ex Parte Application for Order Shortening Time to Hear Motion to Compel filed by Del Bunch and Ernestine Bunch ("Creditors") and good cause appearing therefor,

IT IS HEREBY ORDERED and notice is hereby given that Motion to Compel ("Motion") be, and the same will be heard by a United States Bankruptcy Judge, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada, on the 27th day of March, 2007, at 9:30 AM    A copy of the above-referenced Motion is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Fourth Floor, Las Vegas, Nevada 89101.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

IT IS SO ORDERED.

**PREPARED AND SUBMITTED BY:**

**SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON**

By _____
Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

###

[06725-01/149205.doc]

- 2 -