JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
       tbw@jonesvargas.com

Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Kehl; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc.

*Electronically Filed on March 16, 2007*

# UNITED STATE BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor.<br>_____<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>          Debtor.<br>_____<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor.<br>_____<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor.<br>_____<br><br>USA SECURITIES, LLC,<br>          Debtor.<br>_____<br>Affects:<br>  ▪ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund<br>  ☐ USA First Trust Deed Fund, LLC | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR<br>Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR<br>Case No.   BK-S-06-10729 LBR<br><br>Chapter   11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR**<br><br>**REQUEST FOR SPECIAL NOTICE<br>[AFFECTS ALL DEBTORS]**<br><br><br>Hearing Date:   n/a<br>Hearing Time:   n/a |

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-1-

TO:   ALL INTERESTED PARTIES

Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Kehl; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc., JV Direct Lenders in the above-referenced bankruptcy estate, hereby request notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
       tbw@jonesvargas.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-2-

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Kehl; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc., expressly reserve all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED: March 16, 2007

JONES VARGAS

By:  //s// Janet L. Chubb
JANET L. CHUBB

Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Kehl; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-3-

**CERTIFICATE OF SERVICE**

1. On March 16, 2007, I served the following document(s):

    REQUEST FOR SPECIAL NOTICE

2. I served the above-named document(s) by the following means to the persons as listed below:

    **:** a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **MICHELLE L. ABRAMS**
  mabrams@mabramslaw.com
- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com, arthur.johnston@bbklw.com
- **NANCY L. ALLF**
  nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- **FRANK A. ANDERSON**
  anderson.frank@pbgc.gov; efile@pbgc.gov
- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com, sliberio@nevadafirm.com
- **KERIANN M. ATENCIO**, ATENCIOK@GTLAW.COM
- **BMC GROUP, INC.**, evrato@bmcgroup.com; ecf@bmcgroup.com; jmiller@bmcgroup.com, jbartlett@bmcgroup.com
- **GEORGANNE W. BRADLEY**, georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  brooksbankt1@sbcglobal.net  kaya1@sbcglobal.net
- **ANDREW M. BRUMBY**, abrumby@shutts-law.com; rhicks@shutts-law.com, lmackson@shutts-law.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com  maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com; ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com  cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com  yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **EDWARD S. COLEMAN**, mail@coleman4law.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com  cope_guerra@yahoo.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com;ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1. • **DEBT ACQUISITION COMPANY OF AMERICA, LLC (tf)**
   tfette@daca4.com
2. • **THOMAS H. FELL**
   thf@gordonsilver.com  bankruptcynotices@gordonsilver.com
3. • **ARLEY D. FINLEY**, TFINLEY@DIAMONDMCCARTHY.COM
   • **SCOTT D. FLEMING**
4. sfleming@halelane.com  dbergsing@halelane.com, ecfvegas@halelane.com
   • **GREGORY E GARMAN**
5. bankruptcynotices@gordonsilver.com
   • **DOUGLAS D. GERRARD**, dgerrard@gerrard-cox.com
6. • **WADE B. GOCHNOUR**
   wgochnour@hwmlvlaw.com  donnat@hwmlvlaw.com
7. • **CARLOS A. GONZALEZ**
   carlos.gonzalez2@usdoj.gov; arlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov;
8. Sue.Knight@usdoj.gov
   • **GERALD M GORDON**
9. bankruptcynotices@gordonsilver.com
   • **R. VAUGHN COURLEY**, vgourley@lvcm.com
10. • **TALITHA B. GRAY**
    tbg@gordonsilver.com  bankruptcynotices@gordonsilver.com
11. • **JAMES D. GREENE**, bknotice@bhfs.com
    • **MARJORIE A. GUYMON**
12. bankruptcy@goldguylaw.com  ddias@goldguylaw.com
    • **PETER W. GUYON**, pguyon@yahoo.com
13. • **JEFFREY R. HALL**, jhall@sheacarlyon.com
    • **XANNA R. HARDMAN**
14. xanna.hardman@gmail.com
    • **STEPHEN R HARRIS**
15. steve@renolaw.biz  noticesbh&p@renolaw.biz
    • **JEFFREY L. HARTMAN**, notices@bankruptcyreno.com
16. • **BRIGID M. HIGGINS**, bankruptcynotices@gordonsilver.com
    • **RICHARD F. HOLLEY**, rholley@nevadafirm.com;
17. paltstatt@nevadafirm.com, vnelson@nevadafirm.com; sliberio@nevadafirm.com,
    bkecf@nevadafirm.com
18. • **RANDOLPH L. HOWARD**, rhoward@klnevada.com; ckishi@klnevada.com;
    bankruptcy@klnevada.com
19. • **DAVID W. HUSTON**
    dwh@hustonlaw.net  swaits@hustonlaw.net
20. • **CHRISTOPHER D JAIME**
    cjaime@waltherkey.com  kbernhar@waltherkey.com
21. • **EVAN L. JAMES**
    ejameslv@earthlink.net  kbchrislaw@aol.com
23. • **ANNETTE W JARVIS,** ajarvis@rqn.com
    • **ERIN E. JONES**, ejones@diamondmccarthy.com; cburrow@diamondmccarthy.com
24. • **TY E. KEHOE**
    TyKehoeLaw@aol.com
25. • **ROBERT R. KINAS**
    rkinas@swlaw.com            mstrand@swlaw.com;            jlustig@swlaw.com;
26. chaines@swlaw.com; imccord@swlaw.com
    • **DEAN T. KIRBY**, dkirby@kirbymac.com; jhebert@kirbymac.com;
27. lackerman@kirbymac.com
    • **ZACHARIAH LARSON**
28. ecf@lslawnv.com

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
23
24
25
26
27
28

- **JOHN J. LAXAGUE**, jlaxague@caneclark.com
- **GEORGE C. LAZAR**, glazar@foxjohns.com; gclazar@sbcglobal.net
- **NILE LEATHAM**
  nleatham@klnevada.com   ckishi@klnevada.com; bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com   susan@robertlepome.com
- **ANN M. LORADITCH**, ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- **ERIC D. MADDEN**, emadden@diamondmccarthy.com
- **PATRICIA A. MARR**, lvlaw03@yahoo.com
- **JAMES C. MCCARROLL**, dturetsky@reedsmith.com; aleonard@reedsmith.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net   gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON,** bkfilings@s-mlaw.com
  bkfilings@s-mlaw.com; jmcpherson@s-mlaw.com   bkfilings@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com; smiller@sheacarlyon.com; aboehmer@sheacarlyon.com;   ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net;   kopang@lawlasvegas.com;   dmincin@lawlasvegas.com, cburke@lawlasvegas.com, sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON**
  erv@rlbolick.com   susan@rlbolick.com
- **VICTORIA L. NELSON**, bkecf@nevadafirm.com; vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
- **BOB L. OLSON**
  ecffilings@beckleylaw.com   bolson@beckleylaw.com; dgriffis@beckleylaw.com
- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com; dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- **CHRISTINE M. PAJAK**, cpajak@stutman.com; edarasik@stutman.com
- **ANDREW M. PARLEN**, aparlen@stutman.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com   spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **CHRISTINE A. ROBERTS**, bankruptcy@rocgd.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com   palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **JAMES PATRICK SHEA**, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; aboehmer@sheacarlyon.com
- 

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1  • **SHLOMO S. SHERMAN**
    ssherman@sheacarlyon.com; aboehmer@sheacarlyon.com;
2    bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com;
    mmallet@sheacarlyon.com; rsmith@sheacarlyon.com
3  • **AMBRISH S. SIDHU**, ecf@lslawnv.com
   • **JEFFREY G. SLOANE**
4    gjklepel@yahoo.com  rmcconnell@kssattorneys.com
   • **ALAN R. SMITH**, mail@asmithlaw.com; turk@asmithlaw.com;
5  • marsh@asmithlaw.com; darby@asmithlaw.com
   • **DAVID A. STEPHENS**
6    dstephens@lvcm.com
   • **PETER SUSI**
7    cheryl@msmlaw.com  msm@msmlaw.com
   • **JEFFREY R. SYLVESTER**
8    jeff@sylvesterpolednak.com  David@sylvesterpolednak.com
   • **AMY N. TIRRE**, lmccarron@kkbrf.com; atirre@kkbrf.com
9  • **U.S. TRUSTEE – LV – 11**, USTPRegion17.lv.ecf@usdoj.gov
   • **GREGORY J. WALCH**, GWalch@Nevadafirm.com
10 • **RUSSELL S. WALKER**, rwalker@wklawpc.com; eloveridge@wklawpc.com;
    lboynton@wklawpc.com; ckirk@wklawpc.com; rrazo@wklawpc.com
11 • **WHITNEY B. WARNICK**
    wbw@albrightstoddard.com  bstessel@albrightstoddard.com
12 • **WILLIAM J. WRAY**, wjw@oreillylawagroup.com; rh@oreillylawgroup.com;
    lc@oreillylawgroup.com; ddh@oreillylawgroup.com
13 • **JOAN C WRIGHT**
    jwright@allisonmackenzie.com; jbrooks@allisonmackenzie.com
14 • **MATTHEW C. ZIRZOW**
    bankruptcynotices@gordonsilver.com
15 • **ANTHONY A. ZMAILA**, azmaila@nevadafirm.com; bkecf@nevadafirm.com;
    mbarnes@nevadafirm.com; paltstatt@nevadafirm.com
16
17    **:**    b.    **United States mail, postage fully prepaid** (list persons and
                addresses):

18 Andrew K. Alper
   6500 Wilshire Blvd., 17th Floor
19 Los Angeles, CA 90048

20 American Express Bank FSB
   c/o Becket and Lee LLP
21 P.O. Box 3001
   Malvern, PA 19355-0701
23
   Angelo Gordon & Co.
24 c/o Jed Hart
   245 Park Ave., 26th Floor
25 New York, NY 10167

26 Michael W. Anglin
   Fulbright & Jaworski LLP
27 2200 Ross Ave., Suite 2800
   Dallas, TX 75201
28
   H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

| | |
|---|---|
| 1 | Evan Beavers |
|   | 1625 Highway 88, #304 |
| 2 | Minden, NV  89423 |
| 3 | Flocerfida Benincasa |
|   | Jasper Benincasa |
| 4 | 9359 Roping Cowboy Ave. |
|   | Las Vegas, NV 89178 |
| 5 | |
|   | Peter C. Bernhard |
| 6 | 3980 Howard Hughes Pkwy, #550 |
|   | Las Vegas, NV 89109 |
| 7 | |
|   | Joshua D Brysk |
| 8 | Law Offices of James G Schwartz |
|   | 7901 Stoneridge Drive, Suite 401 |
| 9 | Pleasanton, CA 94588 |
| 10 | C. Randall Bupp |
|   | 2000 Crow Canyon Pl. #330 |
| 11 | San Ramon, CA 94583 |
| 12 | Elissa F. Cadish, Esq. |
|   | Matthew J. Kreutzer, Esq. |
| 13 | J. Stephen Peek, Esq. |
|   | Hale Lane Peek Dennison |
| 14 | 3930 Howard Hughes Pky, 4th Floor |
|   | Las Vegas, NV  89169 |
| 15 | |
|   | A. William Ceglia |
| 16 | Ranee L. Ceglia |
|   | 3720 Pocohena Court |
| 17 | Washoe Valley, NV 89704 |
| 18 | Thomas J. Allison |
|   | c/o USA Capital |
| 19 | 4484 S. Pecos Blvd. |
|   | Las Vegas, NV  89121 |
| 20 | |
|   | William D. Cope |
| 21 | 595 Humboldt St. |
|   | Reno, NV 89509 |
| 23 | |
|   | Robert A. Cowman |
| 24 | Sandra L. Cowman |
|   | 1525 Winterwood Ave. |
| 25 | Sparks, NV 89434 |
| 26 | Cici Cunningham |
|   | 9950 West Cheyenne Ave. |
| 27 | Las Vegas, NV 89129 |
| 28 | H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc |

| | |
|---|---|
| 1 | Vince Danelian |
| | P.O. Box 97782 |
| 2 | Las Vegas, NV 89193 |
| | |
| 3 | George Davis |
| | Weil Gothal & Manges LLP |
| 4 | 767 Fifth Ave. |
| | New York, NY 10153 |
| 5 | |
| | Allan B. Diamond |
| 6 | Diamond McCarthy LLP |
| | 909 Fannin, Suite 1500 |
| 7 | Houston, TX 77010 |
| | |
| 8 | Frank A. Ellis |
| | 510 S. 9th St. |
| 9 | Las Vegas, NV 89101 |
| | |
| 10 | Bonnie K. Enrico |
| | David R. Enrico |
| 11 | 2072 Almyra Road |
| | Sparta, TN 38583-5168 |
| 12 | |
| | Foley & Lardner LLP |
| 13 | 321 N. Clark St., Suite 2800 |
| | Chicago, IL 60610 |
| 14 | |
| | George D. Frame |
| 15 | 601 Greenway Road, Suite D |
| | Henderson, NV 89015 |
| 16 | |
| | Richard D. Green |
| 17 | 3773 Howard Hughes Pkwy, Ste 500 N. |
| | Las Vegas, NV 89169 |
| 18 | |
| | David R. Griffith |
| 19 | Stewart Humpherys Turchett |
| | 3120 Cohasset Road, Suite 6 |
| 20 | P.O. Box 720 |
| | Chico, CA 95927 |
| 21 | |
| | Erna D. Grundman |
| 23 | 114 E. Yolo St. |
| | Orland, CA 95963 |
| 24 | |
| | Joanne M. Grundman |
| 25 | 1608 Brown St. |
| | Carson City, NV 89701 |
| 26 | |
| | John Hinderaker |
| 27 | Lewis & Roca LLP |
| | One S. Church Ave., Suite 700 |
| 28 | Tucson, AZ 85701-1611 |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1 Paul A. Jacques
810 SE 7th St., A-103
2 Deerfield Beach, FL 33441

3 Harry Jessup
Helen B. Jessup
4 2009 Westlund Dr.
Las Vegas, NV 89102
5
Richard E. Kammerman
6 7200 N. Mopac, Suite 150
Austin, TX 78731
7
Constantine Karides
8 Reed Smith LLP
599 Lexington Ave.
9 New York, NY 10022

10 Linda Ketterman
Ray Ketterman
11 321 N. 19th St.
Enid, OK 73701
12
Edward Kline
13 9932 Arbuckle Drive
Las Vegas, NV 89134
14
Matthew J. Kreutzer
15 Hale Lane Peek Dennison & Howard
3930 Howard Hughes Pkwy, 4th Floor
16 Las Vegas, NV 89169

17 Reid W. Lambert, Esq.
Elizabeth P. Loveridge, Esq.
18 Russell S. Walker, Esq.
Woodbury & Kesler, P.C.
19 265 East 100 Southy, Suite 300
Salt Lake City, UT 84111
20
Jason G. Landess
21 3990 Vegas Drive
Las Vegas, NV 89108
23
Cynthia J. Larsen
24 Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
25 Sacramento, CA 95814

26 Marc A. Levinson
Orrick, Herrington & Sutcliffe LLP
27 400 Capitol Mall, Suite 3000
Sacramento, CA 95814
28
H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-10-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  Elizabeth R. Loveridge
   Woodbury & Kesler P.C.
2  265 E. 100 South, Suite 300
   Salt Lake City, UT 84111
3
   Lee D. Mackson, Esq.
4  Shutts & Bowen, LLP
   1500 Miami Center
5  201 South Biscayne Blvd.
   Miami, FL  33131
6
   Jerrold T. Maritin
7  8423 Paso Robles
   Northridge, CA 91325
8
   Terry Markwell
9  12765 Silver Wolf Road
   Reno, NV 89511
10
   Richard J. Mason
11 130 Pinetree Lane
   Riverwoods, IL 60015
12
   Jay L. Michaelson
13 7 W. Figueroa St., 2nd Floor
   Santa Barbara, CA 93101
14
   Breck E. Milde, Esq.
15 60 South Market St., #200
   San Jose, CA  95113
16
   Douglas M. Monson
17 Ray Quinney & Nebeker P.C.
   36 S. State St., Suite 1400
18 P.O. Box 45385
   Salt Lake City, UT 84145-0385
19
   Steven R. Orr
20 Richards Watson & Gershon
   355 S. Grand Ave., 40th Floor
21 Los Angeles, CA 90071

23 J. Stephen Peek
   Hale Lane Peek Dennison & Howard
24 3930 Howard Hughes Pkwy, 4th Floor
   Las Vegas, NV 89169
25
   Nancy a. Peterman
26 Greenberg Traurig LLP
   77 W. Wacker Dr., Suite 2500
27 Chicago, IL 60601

28
   H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-11-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1  R&N Real Estate Investments
   3990 Vegas Drive
2  Las Vegas, NV 89108

3  Ray Quinney & Nebeker P.C.
   36 South State St., Suite 1400
4  P.O. Box 45385
   Salt Lake City, UT 84145
5
   Gordon C. Richards
6  1850 E. Flamingo Road, Suite 204
   Las Vegas NV 89119
7
   R.J. Rocco
8  12617 Cottageville Lane
   Keller, TX 76248
9
   Nicholas J. Santoro
10 400 S. Fourth St., 3rd Floor
   Las Vegas, NV 89101
11
   Michael M. Schmahl
12 Mcguirewoods LLP
   77 Wacker Dr., Suite 4100
13 Chicago, IL 60601

14 James G Schwartz
   7901 Stoneridge Dr #401
15 Pleasanton, CA 94588

16 Schwartzer & McPherson Law Firm
   2850 S. Jones Blvd., #1
17 Las Vegas, NV 89146

18 James E. Shapiro
   Gerrard, Cox & Larsen
19 2450 St. Rose Pkwy, #200
   Las Vegas, NV 89119
20
   James Shaw
21 14225 Prairie Flower Ct.
   Reno, NV 89511-6710
23
   Shea & Carlyon, Ltd.
24 228 S. 4th St., 1st Floor
   Las Vegas, NV 89101
25
   Sierra Health Services, Inc.
26 Attn: Frank Collins, Esq.
   2724 N. Tenaya Way
27 P.O. Box 15645
   Las Vegas, NV 89114-5645
28
   H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-12-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

| | |
|---|---|
| 1 | Wendy M. Smith |
| | Binder & Malter LLP |
| 2 | 2775 Park Ave. |
| | Santa Clara, CA 95050 |
| 3 | |
| | Patricia K. Smoots |
| 4 | 318 N. Grove |
| | Oak Park, IL 60302 |
| 5 | |
| | Derrick A. Spatorico |
| 6 | The Wilder Bldg. |
| | One East Main St., #150 |
| 7 | Rochester, NY 14614 |
| 8 | Bradley J. Stevens |
| | 3300 N. Central Ave. |
| 9 | Phoenix, AZ 85012 |
| 10 | Thomas W Stilley |
| | 1000 SW Broadway #1400 |
| 11 | Portland, OR 97205 |
| 12 | Steven C. Strong |
| | Ray Quinney & Nebeker P.C. |
| 13 | 36 South State St., Suite 1400 |
| | Salt Lake City, UT 84145-0385 |
| 14 | |
| | Stutman, Treister & Glatt P.C. |
| 15 | 1901 Avenue of the Stars, 12th Floor |
| | Los Angeles, CA 90067 |
| 16 | |
| | U.S. Bankruptcy Appellate Panel |
| 17 | Of the Ninth Circuit |
| | 125 S. Grand Ave. |
| 18 | Pasadena, CA 91105 |
| 19 | Michael C. Van |
| | 4129 W. Cheyenne, Suite A |
| 20 | N. Las Vegas, NV 89032 |
| 21 | Robert Verchota |
| | c/o Jeffrey A. Cogan, Esq. |
| 23 | 3990 Vegas Drive |
| | Las Vegas, NV 89108 |
| 24 | |
| | Joyce Watson |
| 25 | Steve Watson |
| | 10612 Black Iron Road |
| 26 | Louisville, KY 40291 |
| 27 | William E. Winfield |
| | P.O. Box 9100 |
| 28 | Oxnard, CA 93031 |

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

-13-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  Marion E. Wynne, Esq.
   Wilkins, Bankester, Biles & Wynne, P.A.
2  Post Office Box 1367
   Fairhope, AL 36533-1367
3
   Michael Yoder
4  Diamond McCarthy LLP
   909 Fannin, Suite 1500
5  Houston, TX 77010

6 ❱ c.  **Personal Service** (list persons and addresses):
        I personally delivered the document(s) to the persons at these
7       addresses:

8       ❱    For a party represented by an attorney, delivery was made by
             handing the document(s) to the attorney or by leaving the
9            document(s) at the attorney's office with a clerk or other person
             in charge, or if no one is in charge by leaving the document(s)
10           in a conspicuous place in the office.

11      ❱    For a party, delivery was made by handing the document(s) to
             the party or by leaving the document(s) at the person's dwelling
12           house or usual place of abode with someone of suitable age and
             discretion residing there.
13
   ☒ d.  **By direct email (as opposed to through the ECF System)** (list
14       Persons and email addresses):

15 Susan M. Freeman
   sfreeman@lrlaw.com
16
   Frank Merola, Eve Karasik & Christine M. Pajak
17 fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

18 Marc A. Levinson & Lynn Trinka Ernce
   malevinson@orick.com;lernce@orrick.com
19
   Bob L. Olson & Anne M. Loraditch
20 bolson@beckleylaw.com; aloraditch@beckleylaw.com

21 Stan Wolken
   bayareastan@yahoo.com
23
   Nicholas J. Santoro
24 NSantoro@Nevadafirm.com

25 Jed A. Hart, Esq.
   jhart@angelogordon.com
26
   Bradley J. Stevens, Esq.
27 bstevens@jsslaw.com

28 Richard Mason, Patricia K. Smoots, & Michael M. Schmahl

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

1  rjmason@mcguirewoods.com;psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

2  Andrew Welcher c/o William E. Winfield,
   wwinfield@nchc.com

3

4  Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson
   ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 16th day of March, 2007.

| _J. Englehart_ | _//s// J. Englehart_ |
| --- | --- |
| Name | Signature |

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Requests for Notice\request for notice all clients 3.14.07.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177