**Entered on Docket**
**March 16, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
Attorneys for Debtors and Debtors-in-Possession

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                               Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                               Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                               Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>                               Debtor. | |
| Affects:<br>   ☐ All Debtors<br>   ☐ USA Commercial Mortgage Company<br>   ☐ USA Capital Realty Advisors, LLC<br>   ☐ USA Capital Diversified Trust Deed Fund, LLC<br>   ☒ USA Capital First Trust Deed Fund, LLC<br>   ☐ USA Securities, LLC | **Original:**<br>DATE: March 15, 2007<br>TIME:  9:30 a.m.<br><br>**Continued:**<br>DATE: March 27, 2007<br>TIME: 9:30 a.m. |

**STIPULATION AND ORDER TO CONTINUE HEARING ON DEBTOR'S RESERVE**
**DISCLOSURE FOR POST-EFFECTIVE DATE USA CAPITAL FIRST TRUST DEED**
**FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND LLC)**

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund,

2    LLC (the "FTDF Committee") appointed in the above-captioned bankruptcy cases (the

3    "Chapter 11 Cases"), and USA Capital First Trust Deed Fund, LLC ("Debtor") hereby stipulate as

4    follows (the "Stipulation"):

5    WHEREAS on February 27th, 2007, in connection with the "Second Joint Motion for

6    Order for Implementation of Confirmed Plan" [DE #2869], Debtor filed its reserve disclosure for

7    services to be performed by its professionals on behalf of post-Effective Date FTDF [DE #2913]

8    (the "Reserve Disclosure");

9    WHEREAS on February 28, 2007, the FTDF Committee filed a response to Debtor's

10    Reserve Disclosure [DE #2921];

11    WHEREAS at the hearing held on March 1, 2007 on the Debtors' Second Motion for

12    Order for Implementation of Confirmed Plan, the Court granted the motion, but continued the

13    hearing on the Reserve Disclosure to March 15, 2007 at 9:30 a.m.;

14    WHEREAS the FTDF Committee and Debtor have agreed to further continue the hearing

15    on the Reserve Disclosure in order to evaluate whether the parties can come to an agreement as to

16    the issues raised thereby;

17    NOW THEREFORE, the FTDF Committee and Debtor hereby stipulate and agree that

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1   the hearing on the Reserve Disclosure is hereby continued to next Omnibus Hearing Date set for

2   **March 27, 2007** at **9:30 a.m.**

3          DATED this 14th day of March, 2007.

4   **SHEA & CARLYON, LTD.**                          **RAY QUINNEY & NEBEKER P.C.**

5

6     _/s/   Shlomo S. Sherman_____        _/s/   Jeanette E. McPherson_____
7   JAMES PATRICK SHEA                               ANNETTE W. JARVIS
    CANDACE C. CARLYON                               36 South State Street, Suite 1400
8   SHLOMO S. SHERMAN                                P.O. Box 45385
    233 South Fourth Street, Second Floor            Salt Lake City, Utah 84145-0385
9   Las Vegas, Nevada 89101

10  and                                              and

11
    **STUTMAN, TREISTER & GLATT, P.C.**              **SCHWARTZER & MCPHERSON LAW**
12  FRANK A. MEROLA                                  **FIRM**
    EVE H. KARASIK                                   LENARD E. SCHWARTZER
13  CHRISTINE M. PAJAK                               JEANETTE E. MCPHERSON
    1901 Avenue of the Stars, 12th Floor        2850 South Jones Boulevard, Suite 1
14  Los Angeles, CA 90067                            Las Vegas NV 89146

15
    *Counsel for the Official Committee of*          *Counsel for Debtors and Debtors-in-*
16  *Equity Security Holders of*                     *Possession*
    *USA Capital First Trust Deed Fund, LLC*
17

18                                        # # #

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122