**Entered on Docket**
**March 16, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and   tbw@jonesvargas.com

Attorneys for Andrew Dauscher
and Ellen Dauscher

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                               Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                               Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                               Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                               Debtor.<br><br>USA SECURITIES, LLC,<br>                                                               Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter      11<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS ANDREW DAUSCHER and ELLEN DAUSCHER**<br>**(Affects All Debtors)**<br><br>No Hearing Required. |

1

1  Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Andrew Dauscher
2  and Ellen Dauscher, direct lenders in these cases, consents to the substitution of Andrew Dausche[r]
3  and Ellen Dauscher as their own counsel, in the above-entitled matter in her place and stead.
4  DATED this 15th day of March, 2007.

JANET L. CHUBB, ESQ.

8  Andrew Dauscher and Ellen Dauscher do hereby agree to be substituted in the place a[nd]
9  stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They m[ay]
10  be contacted and/or served notices and other documents at:

Andrew Dauscher and
Ellen Dauscher
P. O. Box 10031
Zephyr Cove, NV 89448
Phone: 775-588-2939

DATED this 14 day of MARCH, 2007.

ANDREW DAUSCHER

ELLEN DAUSCHER

**IT IS SO ORDERED.**

\# \# \#

2

T:\WPdata\District Lenders\IV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Dauschers).doc