**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 3/16/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                        Debtors.

**Affects:**
¨ All Debtors
× USA Commercial Mortgage Company
¨ USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
¨ USA Capital First Trust Deed Fund, LLC
¨ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**CERTIFICATE OF SERVICE**

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following document:

    A) Notice of Hearing on *Ex Parte* Motion to Extend Deadline to Object to Claims Arising from Rejection of Executory Contracts or Unexpired Leases [DE 3091].

2. I served the foregoing by the following means to the persons as listed below:

1

1818710.1

A) ECF System to the persons listed on Exhibit A on March 14, 2007;

B) Email on March 14, 2007 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.

C) First Class U.S. Mail, postage prepaid, on March 15, 2007 to the parties to Executory Contracts on Unexpired Leases listed on Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 16, 2007.

/s/ Christine E. Laurel
Christine E. Laurel

2

1818710.1