# EXHIBIT B

3685 San Fernando Road Partners, LP
C/O Parker and Sommers
505 N. Brand Blvd., Ste. 810
Glendale, CA 91203-4723

5055 Collwood, LLC
4445 Eastgate Mall, Ste. 407
San Diego, CA 92121-1979

5252 Orange, LLC
4445 Eastgate Mall, Ste. 407
San Diego, CA 92121-1979

60TH Street Venture, LLC
4445 Eastgate Mall, Ste. 407
San Diego, CA 92121-1979

619 Main, LP
1300 Post Oak Blvd., Ste. 1875
Houston, TX 77056-3064

6425 Gess, Ltd., a Texas Limited Partnership
1300 Post Oak Blvd., Ste. 1875
Houston, TX 77056-3064

ABB Business Finance
1 Research Dr.
Westborough, MA 01581-3922

American Express Business Finance
Corporation
600 Travis St., Ste. 1300
Houston, TX 77002-3005

American Express Business Finance
Corporation
800 Travis St., Ste. 1300
Houston, TX 77002-5714

1818395.1

Arapahoe Land Investments, LP
4 Inverness Ct., E
Ste. 250
Englewood, CO 80112-5310


Ascom Hasler/GE Capital Corporation
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247

Ascom Hasler Leasing/GE Capital Program
P. O. Box 802585
Chicago, IL 60680-2585

Ashby Financial Company, Inc. &
R & D Land Investors, LLC
470 E. Harrison St.
Corona, CA 92879-1314

B & J Investments, LLC
6454 E. University Dr., Apt. 31
Mesa, AZ 85205-7642

Balboa Capital
2010 Main St., 11th Fl.
Irvine, CA 92614-7273

Barusa, LLC
7541 Eads Ave., Ste. F
La Jolla, CA 92037-4850

Bay Pompano Beach, LLC
4800 N. Federal Hwy.
Ste. 205A HQY
Boca Raton, FL 33431-5176

Beau Rivage Homes For America, LLC
1 Odell Plz.
Yonkers, NY 10701-1402

Binford Medical Developers, LLC
5200 E. 64th St.
Indianapolis, IN 46220-4708

1818395.1

Boise/Gowan 93 LLC
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255-5474

Bundy Canyon Land Development, LLC
28475 Old Town Front St., Ste. D
Temecula, CA 92590-1824

Cabernet Highlands, LLC
9460 Double R Blvd., Ste. 200
Reno, NV 89521-4809

Capital Land Investors, LLC
100 Corson St., Ste. 200
Pasadena, CA 91103-3841

Capitalwerks, LLC
2151 Michelson Dr., Ste. 255
Irvine, CA 92612-1370

Castaic Partners, LLC
7541 Eads Ave., Ste. F
La Jolla, CA 92037-4850

Castaic Partners II, LLC
Attn: William J. Barkett
7541 Eads Ave., Ste. F
La Jolla, CA 92037-4850

Castaic Partners III, LLC
7541 Eads Ave., Ste. F
La Jolla, CA 92037-4850

Catamount Management, LLC
4772 Frontier Way, Ste. 400
Stockton, CA 95215-9672

Chicago Title Company
110 W. Taylor St.
San Jose, CA 95110-2131

Citicorp Vendor Finance Inc.
P. O. Box 7247-0322
Philadelphia, PA 19170-0322

1818395.1

Colt Gateway, LLC
c/o Homes For America Holdings
1 Odell Plz.
Yonkers, NY 10701-1402

Comvest Capital Satellite Arms, Inc.
789 S. Federal Hwy., Ste. 102
Stuart, FL 34994-2962

Copper Sage Commerce Center, LLC
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255-5474

Cornman Toltec 160, LLC
c/o Unlimited Holdings
2865 S. Jones Blvd.
Las Vegas, NV 89146-5307

Cottonwood Hills, LLC
8846 E. Diamond Rim Dr.
Scottsdale, AZ 85255-9129

Cox Communications Las Vegas, Inc.
P. O. Box 6059
Cypress, CA 90630-0059

Del Valle Capital Corporation, Inc. Isleton
1012 10th St.
Modesto, CA 95354-0825

Desktop Solutions Art Ordonez
Suite Q
2366 N. Glassell St.
Orange, CA 92865-2721

Desktop Solutions
2366 N. Glassell St., Ste. Q
Orange, CA 92865-2721

Elizabeth May Real Estate, LLC
2425 E. Camelback Rd., Ste. 950
Phoenix, AZ 85016-9260

1818395.1

Fiesta Development, Inc.
Attn: Richard Ashby
470 E. Harrison St.
Corona, CA 92879-1314

Fiore Properties
18124 Wedge Pkwy., #449
Reno, NV 89511-8134

First Colony
P. O. Box 1280
Lynchburg, VA 24505-1280

Fox Hills 37, LLC
4772 Frontier Way, Ste. 400
Stockton, CA 95215-9672

Franklin/Stratford Investments, LLC
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255-5474

Gateway Stone Associates, LLC
2366 Pacific Coast Hwy., #740
Malibu, CA 92574


General Electric Capital Corporation
201 W. Big Beaver Rd.
Troy, MI 48084-4152

Glendale Tower Partners, L.P.
c/o Parker and Sommers
505 North Brand Blvd., Suite 810
Glendale, CA 91203

Golden State Investments II, LP
4900 Hopyard Rd., Ste. 202
Pleasanton, CA 94588-3345

Grammercy Court, Ltd.
1300 Post Oak Blvd., Ste. 1875
Houston, TX 77056-3064

1818395.1

Harbor Georgetown, LLC
1900 S. Telegraph Rd., Ste. 200
Bloomfield Hills, MI 48302-0238

Haspinov
4480 S. Pecos Rd.
Las Vegas, NV 89121-5030

Hewlett-Packard
420 Mountain Avenue
P. O. Box 6
New Providence, NJ 07974-0006

HFAH Clear Lake, LLC
1 Odell Plz.
Yonkers, NY 10701-1402

HFAH-Monaco, LLC
1 Odell Plz.
Yonkers, NY 10701-1402

I-40 Gateway West, LLC
P. O. Box 28216
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255-5474

Interstate Commerce Center, LLC
19925 N. 84th Way
Scottsdale, AZ 85255-3974

IOS Capital/IKON Financial Services
P. O. Box 650073
Dallas, TX 75265-0073

ISCC Phase II, LLC
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255-5474

J. Jireh's Corporation
201 N. Church Rd.
Bensenville, IL 60106-4310

1818395.1

John E. King and Carole D. King
John E. King
c/o King Ventures
285 Bridge St.
San Luis Obispo, CA 93401-5510

Kenneth E. Schmidt
5200 E. 64th St.
Indianapolis, IN 46220-4708

Key Equipment Finance
66 South Pearl Street
P. O. Box 1339
Albany, NY 12201-1339

La Hacienda Estates, LLC
5475 Louie Ln., Ste. C
Reno, NV 89511-1861

LCG Gilroy, LLC
Second Floor
1850 Sidewinder Dr.
Park City, UT 84060-7471

Lerin Hills, Ltd.
4820 Bacon Rd.
San Antonio, TX 78249-4001

Lincoln Benefit
P. O. Box 80469
Lincoln, NE 68501-0469

Lindsay and Chandler Heights, LLC
15555 N. 79th Pl., Ste. 200
Scottsdale, AZ 85260-1681

Los Valles Land & Golf, LLC
233 Wilshire Blvd., Ste. 800
Santa Monica, CA 90401-1207

Marlin Leasing
124 Gaither Dr., Ste. 170
Mount Laurel, NJ 08054-1719

Meadow Creek Partners, LLC
924 Stoneridge Dr., Ste. 1
Bozeman, MT 59718-7033

Midvale Marketplace, LLC
1805 E. River Rd.
Tucson, AZ 85718-5837

MS Acquisition Company
3055 Wilshire Blvd., Ste. 1120
Los Angeles, CA 90010-1176

Nevada Bell Telephone Company
DBA SBC Nevada
2600 Camino Ramon, Rm. 3S303
San Ramon, CA 94583-5000

Oak Mesa Investors, LLC
470 E. Harrison St.
Corona, CA 92879-1314

Ocean Atlantic/PFG-Westbury, LLC
1800 Diagonal Rd., Ste. 425
Alexandria, VA 22314-2859

Old City, LC & Lake Helen Partners, LLC
4800 N. Federal Hwy., Ste. 205A
Boca Raton, FL 33431-5176

One Point Street, Inc.
1 Odell Plz.
Yonkers, NY 10701-1402

Opaque Land Development, LLC
2865 S. Jones Blvd.
Las Vegas, NV 89146-5307

P & P Enterprises Limited-Liability Company
18124 Wedge Pkwy., #449
Reno, NV 89511-8134

Palm Harbor One, LLC
153 Andover St., Ste. 104
Danvers, MA 01923-1455

1818395.1

Pecos Professional Park
4484 S. Pecos Road
Las Vegas, NV  89121-5030

Pegasus-MH Ventures I, LLC
4900 Hopyard Road, Ste 202
Pleasanton, CA  94588-3345

Pitney Bowes, Inc.
Department LA
8001 Chatham Center Drive
Savannah, GA  31405-7400

Placer County Land Speculators, LLC
ATTN:  Thomas Rondeau
4484 S. Pecos Road
Las Vegas, NV  89121-5030

Preserve at Galleria, LLC
9460 Double R Blvd., Ste 200
Reno, NV  89521-4809

Principal Life Group
Group Grand Island
Des Moines, IA  50306-3513

Rio Rancho Executive Plaza, LLC
8585 E. Hartford Dr., STE 500
Scottsdale, AZ  85255-5474

Riviera-Homes for America Holdings, LLC
1 Odell PLZ
Yonkers, NY  10701-1402

Roam Development Group, LP
808 Travis St., STE 2600
Houston, TX  77002-5778

S & J Enterprise
5480 Reno Corporate Dr., Ste 100
Reno, NV  89511-2281

Savannah Homes, LLC
9227 Haven Ave., Ste 280
Rancho Cucamonga, CA  91730-8553

1818395.1

SBC Global Services, Inc.
Payment Center
PO Box 989045
West Sacramento, CA  95798-9045

Securitas
4330 Park Terrace Dr.
Westlake Village, CA  91361-4630

Sergio Del Canizo,
S & J Enterprise Investments, Inc.
PO Box 461
Napa, CA  94559-0461

Silver State Bank
170 S. Rainbow Blvd.
Las Vegas, NV  89145-5304

Slade Development Inc.
ATTN:  Chad Slade
2200 Paseo Verde PKWY Ste 380
Henderson, NV  89052-2705

South Meadows Office Investors, LLC
9460 Double Blvd STE 200
Reno, NV  89521-4809

Southern California Land Development, LLC
28475 Old Town Front St. STE D
Temecula, CA  92590-1824

Sprint PCS
720 Western Blvd.
Tarboro, NC  27886-4011

Sprint-Central Telephone Company – Nevada Division
720 Western Blvd
Tarboro, NC  27886-4011

St. Paul Travelers
CL & Specialty Remittance Cent
Hartford, CT  06183-00001

1818395.1

Standard Property Development, LLC
300 S. Orange Ave., STE 1000
Orlando, FL  32801-5403

Sterling National Bank
500 7th Ave., 11th Fl
New York, NY  10018-4502

Storage West
2700 E. Flamingo Rd.
Las Vegas, NV  89121-5210

Sunrise International, LLC
7220 E. Mary Sharon Dr., Unit 148
Scottsdale, AZ  85262-1809

Jack Sunseri
P O Box 7080
San Carlos, CA  94070

SVRB Investments, LLC
PO Box 28216
Scottsdale, AZ  85255-0153

Switch ACG
PO Box 42250
Las Vegas, NV  89116-0250

Tanamera Apartment Homes
900 S Meadows PKWY APT 3323
Reno, NV 89521-2916

Tanamera Corporate Center LLC
5470 Reno Corporate Dr.
Reno, NV 89511-2250

Tanamera Corporate Center LLC
S&J Enterprise Investment Inc.
PO Box 461
Napa, CA  94559-0461

Technology Investment Partners, LLC
3955 Pinnacle CT STE 200
Auburn Hills, MI  48326-1787

1818395.1

Ted Glasrud Associates of Stuart, FL INC. by
Its Managing Agent Ted Glasrud Associates, Inc.
431 S. 7th St., STE 2470
Minneapolis, MN  55415-1854

Ten-Ninety, Ltd.
ATTN:  Richard Ashby
470 E. Harrison St.
Corona, CA  92879-1314

Phil Teri
PO Box 96331
Las Vegas, NV  89193

Fred Teriano
PO Box 96331
Las Vegas, NV  89193

The Gardens, LLC (Timeshare)
Parliament Partners
410 North Orange Blossom Trail
Orlando, FL  32801

Toshiba America Information Systems, Inc.
201 W. Big Beaver Road, STE 800
Troy, MI  48084-4127

University Estates, Inc.
ATTN:  Dr. Richard Conard
1707 71st St., NW
Bradenton, FL  34209-1132

Urban Housing Alliance, LLC
505 N. Brand Blvd STE 810
Glendale, CA  91203-4723

USA Capital Diversified Trust Deed Fund
4484 S. Pecos Rd
Las Vegas, NV  89121-5030

USA Capital First Trust Deed Fund
4484 S. Pecos Rd
Las Vegas, NV  89121-5030

1818395.1

USA Investment Partners, LLC
4484 S. Pecos Rd
Las Vegas, NV  89121-5030

USA Investors VI, LLC
4484 S. Pecos Rd
Las Vegas, NV  89121-5030

Wasco Investments, LLC
7541 Eads Ave., STE F
La Jolla, CA  92037-4850

Wasco Investments, LLC
7541 Eads Ave., STE F
La Jolla, CA  92037-4850

West Coast Life
PO Box 2252
Birmingham, AL  35246-0031

West Hill Park Joint Venture
9800 Richmond Ave., STE 520
Houston, TX  77042-4526

**Zurich American Insurance Company**
**Address Unavailable at time of closing**

**Houston Casualty Company**
**Address unavailable at time of filing**

**Lloyds of London Underwriters**
**Address unavailable at time of filing**

**Tanamera Corporate Center LLC,**
**A Nevada Limited Liability Company**
**By: DDH Financial Corp. as Manager**
**Address unavailable at time of filing**

**Hartford Insurance**
**Address unavailable at time of filing**

Total = 131 (deliverable)
Total = 137 (including undeliverable)

1818395.1