| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) <br> Jeffery D. Hermann (California Bar No. 90445) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 400 Capitol Mall, Suite 3000 <br> Sacramento, California 95814-4497 <br> Telephone: (916) 447-9200 <br> Facsimile: (916) 329-4900 <br> Email: malevinson@orrick.com; <br> jhermann@orrick.com | Bob L. Olson (Nevada Bar No. 3783) <br> Anne M. Loraditch (Nevada Bar No. 8164) <br> BECKLEY SINGLETON, CHTD. <br> 530 Las Vegas Boulevard South <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 385-3373 <br> Facsimile: (702) 385-5024 <br> Email: bolson@beckleylaw.com; <br> aloraditch@beckleylaw.com |

Attorneys for USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br>                                                         Debtor. | Case No. BK-S-06-10725 LBR <br> Case No. BK-S-06-10726 LBR <br> Case No. BK-S-06-10727 LBR <br> Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>                                                         Debtor. | Chapter Number: 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>                                                         Debtor. | Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>                                                         Debtor. | **SUBSTITUTION OF COUNSEL** |
| In re: <br> USA SECURITIES, LLC, <br>                                                         Debtor. | |
| Affects: <br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Company <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA First Trust Deed Fund, LLC | |

      USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), hereby substitutes the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP, 400 Capitol Mall, Suite 3000, Sacramento, California 95814-4497, in the place of RAY QUINNEY & NEBEKER, P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, as its Counsel, and the law firm of BECKLEY SINGLETON, CHTD., 530 Las Vegas Boulevard South, Las Vegas, Nevada 89101,

1  in the place of SCHWARTZER & MCPHERSON LAW FIRM, 2850 South Jones Boulevard, #1,
2  Las Vegas, Nevada 89146, as its Special (Nevada) Counsel in the above-captioned matters.
3  DATED this 14th day of March 2007.

4
5                                                          USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
6                                                          By: _____
7                                                               Michael Tucker, Administrator

8  We hereby agree to be substituted in the place of RAY QUINNEY & NEBEKER, P.C. in
9  the above-captioned matters, as Counsel for Diversified Fund.
10  DATED this 14th day of March 2007.

11                                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
12                                                         By: _____
13                                                              Marc A. Levinson (California Bar No. 57613)
                                                                Jeffery D. Hermann (California Bar No. 90445)
14                                                              400 Capitol Mall, Suite 3000
                                                                Sacramento, California  95814-4497
15                                                              Telephone: (916) 447-9200

16  We hereby agree to the substitution of the law firm of ORRICK, HERRINGTON &
17  SUTCLIFFE LLP, as Counsel for Diversified Fund in the above-captioned matters, in our place
18  and stead.
19  DATED this ___th day of March 2007.

20                                                         RAY QUINNEY & NEBEKER, P.C.

21                                                         By: _____
22                                                              Annette W. Jarvis (Utah Bar No. 1649)
                                                                Steven C. Strong (Utah Bar No. 6340)
23                                                              36 South State Street, Suite 1400
                                                                Salt Lake City, Utah 84111
24                                                              Telephone: (801) 532-1500

25  ///
26  ///
27  ///
28

{00380215;}OHS West:260186266.1                                                          Page 2

1  in the place of SCHWARTZER & MCPHERSON LAW FIRM, 2850 South Jones Boulevard, #1,
2  Las Vegas, Nevada 89146, as its Special (Nevada) Counsel in the above-captioned matters.
3      DATED this ___th day of March 2007.

                              USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

                              By:_____
                                  Michael Tucker, Administrator

8      We hereby agree to be substituted in the place of RAY QUINNEY & NEBEKER, P.C. in
9  the above-captioned matters, as Counsel for Diversified Fund.
10     DATED this ___th day of March 2007.

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By:_____
                                  Marc A. Levinson (California Bar No. 57613)
                                  Jeffery D. Hermann (California Bar No. 90445)
                                  400 Capitol Mall, Suite 3000
                                  Sacramento, California 95814-4497
                                  Telephone: (916) 447-9200

16     We hereby agree to the substitution of the law firm of ORRICK, HERRINGTON &
17 SUTCLIFFE LLP, as Counsel for Diversified Fund in the above-captioned matters, in our place
18 and stead.
19     DATED this 16th day of March 2007.

                              RAY QUINNEY & NEBEKER, P.C.

                              By:  /s/ Steven C. Strong
                                  Annette W. Jarvis (Utah Bar No. 1649)
                                  Steven C. Strong (Utah Bar No. 6340)
                                  36 South State Street, Suite 1400
                                  Salt Lake City, Utah 84111
                                  Telephone: (801) 532-1500

25 ///
26 ///
27 ///
28

We hereby agree to be substituted in the place of SCHWARTZER & MCPHERSON LAW FIRM in the above-captioned matters, as Special (Nevada) Counsel for Diversified Fund.

DATED this 14th day of March 2007.

BECKLEY SINGLETON, CHTD.

By: _____
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373

We hereby agree to the substitution of the law firm of BECKLEY SINGLETON, CHTD., as Special (Nevada) Counsel for Diversified Fund in the above-captioned matters, in our place and stead.

DATED this 14th day of March 2007.

SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer (Nevada Bar No. 0399)
Jeanette E. McPherson (Nevada Bar No. 5423)
2850 South Jones Boulevard, #1
Las Vegas, Nevada 89146
Telephone: (702) 228-7590