1   Richard F. Holley, Esq. (NV Bar No. 3077)
    Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
2   SANTORO, DRIGGS, WALCH,                        ***Electronically Filed on***
    KEARNEY, JOHNSON & THOMPSON                    ***March ___19___, 2007***
3   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
4   Telephone:    702/791-0308
    Facsimile:    702/791-1912
5   Email: rholley@nevadafirm.com

6   *Attorneys for Del Bunch and Ernestine Bunch*

7                   **UNITED STATES BANKRUPTCY COURT**
8                             **DISTRICT OF NEVADA**

9   In re:                                          Case No. BK-S-06-10725-LBR
                                                    Case No. BK-S-06-10726-LBR
10  USA COMMERCIAL MORTGAGE CO.; USA CAPITAL        Case No. BK-S-06-10727-LBR
    REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED   Case No. BK-S-06-10728-LBR
11  TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST   Case No. BK-S-06-10719-LBR
    DEED FUND, LLC; and USA SECURITIES, LLC,        Chapter 11
12
                    Debtors.                        Jointly Administered under
13                                                  Case No. BK-S-06-10725-LBR

14  DEL BUNCH and ERNESTINE BUNCH,                  **Appeal Ref. No. 07-05**

15                  Appellants,

16  v.                                              **APPELLANTS' SECOND SUPPLEMENT TO**
                                                    **THEIR DESIGNATION OF RECORD and**
17  USA COMMERCIAL MORTGAGE CO., et al,             **CERTIFICATE OF SERVICE**

18                  Appellees.                      Date of Hearing: N/A
                                                    Time of Hearing: N/A
19

20          Pursuant to Bankruptcy Rule 8006 and LR 8006, Del Bunch and Ernestine Bunch

21  ("Appellants") hereby file their second supplement to their designation of record on appeal to

22  include the recent amendments to statements and schedules as filed by the debtors and to include

23  the date docketed and docket number of the transcript identified in Appellants' initial designation

24  of record [Dkt. No. 2692] as follows:

25

26

27

28

06725-01/154351.doc

*Vertical left margin:* SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

## SECOND SUPPLEMENT TO DESIGNATION OF RECORD

| No. | DOCKET TEXT | DATE DOCKETED | DOCKET No. |
|-----|-------------|---------------|------------|
| 1. | Amendment Cover Sheet for Certain Amended Schedules of USA Commercial Mortgage Company | 03/07/2007 | 3002[1] |
| 2. | Transcript from hearing held December 20, 2006 (ordered January 31, 2007) | 03/14/2007 | 3085 |

DATED this _16th_ day of March, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del Bunch and Ernestine Bunch*

---

[1] The Appellants' claim is scheduled on Amended Schedule F, sheet no. 5 of 21.

- 2 -

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, and that on the _19_ day of March, 2007, I caused to be served a true and correct copy of Appellants' Second Supplement to Their Designation of Record in the following manner:

☒    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

An employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson

06725-01/154351.doc