**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 3/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF HEARING REGARDING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOF OF CLAIM FILED BY MOUNTAIN WEST MORTGAGE CO./ LERIN HILLS (CLAIM NO. 203)** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** | Hearing Date: April 26, 2007 |
| ¨ All Debtors | Hearing Time: 9:30 a.m. |
| × USA Commercial Mortgage Company | |
| ¨ USA Capital Realty Advisors, LLC | |
| ¨ USA Capital Diversified Trust Deed Fund, LLC | |
| ¨ USA Capital First Trust Deed Fund, LLC | |
| ¨ USA Securities, LLC | |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED.  THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>APRIL 19, 2007</u>.  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>, or to the undersigned counsel.**

1818353.1

LEWIS AND ROCA LLP
L A W Y E R S

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust ("USACM Trust") by and through its counsel, has filed an Objection to Proof of Claim No. 203 filed by Mountain West Mortgage Co./ Lerin Hills ("MWM") (the "Objection"). USACM Trust requests that the Court enter an order sustaining its Objection in disallowing Claim No. 203 filed by MWM in its entirety, or alternatively, allow the Claim in an amount to be proven at trial.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **April 26, 2007, at the hour of 9:30 a.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 26, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **April 19, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

Please be advised that Local Rule 3007(c) provides in part: "If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence." If you do not file a written response with

2

1818353.1

**LEWIS AND ROCA LLP**
LAWYERS

the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: March 19, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
　　Susan M. Freeman, AZ 4199 (*pro hac vice*)
　　Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

Proof of Service

Copy of the foregoing e-mailed on this 19th day of March, 2007 to all parties listed on the master service list with e-mail addresses, and e-mailed or mailed via First Class U.S. Mail to the following parties:

Mountain West Mortgage Co/ Lerin Hills
Thomas Jurbala
630 Trade Center Drive
Las Vegas, NV 89119

Marjorie A. Guymon, Esq.
Goldsmith & Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134
Email: mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co.*

  s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

4

1818353.1