**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Allan B. Diamond, TX 05801800 (pro hac vice)
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX 24013079 (pro hac vice)
Email: emadden@diamondmccarthy.com
1201 Elm Street, 34th Floor
Dallas, Texas 75270

Attorneys for USACM Liquidating Trust

E-Filed on 3/19/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

**Affects:**
× All Debtors
¨ USA Commercial Mortgage Company
¨ USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
¨ USA Capital First Trust Deed Fund, LLC
¨ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Allan B. Diamond and Eric Madden of Diamond McCarthy Taylor Finley & Lee, LLP hereby give notice of appearance in these chapter 11 cases as Special Litigation Counsel for USACM Liquidating Trust. Diamond McCarthy requests that a copy of all notices to creditors and other parties in interest in these cases be sent to the following attorneys at the addresses indicated:

1818204.1

**LEWIS AND ROCA LLP**
LAWYERS

| | |
|---|---|
| 1 | Allan B. Diamond |
| 2 | adiamond@diamondmccarthy.com |
|   | Diamond McCarthy Taylor Finley & Lee, LLP |
| 3 | Two Houston Center |
|   | 909 Fannin Street, Suite 1500 |
| 4 | Houston, TX 77010 |

Allan B. Diamond
adiamond@diamondmccarthy.com
Diamond McCarthy Taylor Finley & Lee, LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Madden, Eric
emadden@diamondmccarthy.com
Diamond McCarthy Taylor Finley & Lee, LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Dated: March 19, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

-and-

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

By: /s/ EDM (pro hac vice)
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
1201 Elm Street, 34th Floor
Dallas, Texas 75270
*Special Litigation Counsel for USACM Liquidating Trust*

Copy of the foregoing e-mailed or mailed this 19th day of March, 2007 to all parties listed on the master service list with e-mail addresses:

 s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

2

1818204.1