**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/19/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC, | **NOTICE OF HEARING REGARDING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOF OF CLAIM FILED BY LERIN HILLS LTD (CLAIM NO. 1279)** |
| Debtors. | |
| **Affects:** | Hearing Date: April 26, 2007 |
| ¨ All Debtors | Hearing Time: 9:30 a.m. |
| ✗ USA Commercial Mortgage Company | |
| ¨ USA Capital Realty Advisors, LLC | |
| ¨ USA Capital Diversified Trust Deed Fund, LLC | |
| ¨ USA Capital First Trust Deed Fund, LLC | |
| ¨ USA Securities, LLC | |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED. THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>APRIL 19, 2007</u>. PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>**, or to the undersigned counsel.

1818350.1

LEWIS AND ROCA LLP
LAWYERS

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust ("USACM Trust") by and through its counsel, has filed an Objection to Proof of Claim No. 1279 filed by Lerin Hills Ltd. (the "Objection"). USACM Trust requests that the Court enter an order sustaining its Objection in disallowing Claim No. 1279 filed by Lerin Hills in its entirety, or alternatively, allow the Claim in an amount to be proven at trial.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **April 26, 2007, at the hour of 9:30 a.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 26, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **April 19, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

Please be advised that Local Rule 3007(c) provides in part: "If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence." If you do not file a written response with

the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: March 19, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP LAWYERS**

## Proof of Service

Copy of the foregoing e-mailed on this 19th day of March, 2007 to all parties listed on the master service list with e-mail addresses, and e-mailed or mailed to the following parties:

Lerin Hills
4820 Bacon Rd.
San Antonio, TX 78249-4001

Thomas S. Harmon
Elms Harmon & Macchia
7800 I H 10 West Suite 600
San Antonio, TX 78230-4754
E-mail: tharmon@elmslaw.com

Richard E. Kammerman
Richard Kammerman, P.C.
7200 N. Mopac, Suite 150
Austin, TX 78759
E-mail: rkpc@austin.rr.com
*Attorney for Lerin Hills, Ltd.*

Ty E. Kehoe, Esq.
Kehoe & Associates
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
E-mail: TyKehoeLaw@aol.com
*Attorney for Lerin Hills, Ltd.*

  s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1818350.1