**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 3/19/07 |
| --- |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
| --- | --- |
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF OBJECTION AND STATUS HEARING REGARDING USACM LIQUIDATING TRUST'S MOTION TO CLASSIFY CLAIMS FILED BY TANAMERA CORPORATE CENTER LLC IN PLAN CLASS A-7, AND RESERVATION OF COUNTERCLAIMS AND OBJECTIONS** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| **Affects:** | |
| ¨  All Debtors | |
| ×  USA Commercial Mortgage Company | |
| ¨  USA Capital Realty Advisors, LLC | |
| ¨  USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:  April 26, 2007 |
| ¨  USA Capital First Trust Deed Fund, LLC | Hearing Time:  9:30 a.m. |
| ¨  USA Securities, LLC | |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.  THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>APRIL 19, 2007.</u>  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>, or to the undersigned counsel.**

LEWIS
AND
ROCA
LLP
L A W Y E R S

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust ("USACM Trust") by and through its counsel, has filed a Motion to Classify Claims Filed by Tanamera Corporate Center LLC in Plan Class A-7, and Reservation of Counterclaims and Objection (the "Objection"). USACM Trust requests that this Court enter an order, pursuant to § 502 of title 11 of the United States Code (the "Bankruptcy Code"). Generally, USACM Trust moves this Court for an order determining that the Claims of Tanamera Corporate Center, LLC filed by Sergio del Canizo ("Tanamera") (Claim No. 61-1, as amended by No. 61-2), and the disputed claim listed on the USACM Amended Schedules for Tanamera (jointly, the "Claim") is included in Class A-7 as a Subordinated Claim under the confirmed Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), and reserves the right to file counterclaims against Tanamera and objections to the Tanamera Claim.

**NOTICE IS FURTHER GIV**EN that the status hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **April 26, 2007, at the hour of 9:30 a.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 26, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **April 19, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

2

1818139.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

Please be advised that Local Rule 3007(c) provides in part: "If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence."  If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated:  March 19, 2007.

**LEWIS AND ROCA LLP**


By:  /s/ *Rob Charles* (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

1818139.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

Proof of Service

2

3

Copy of the foregoing e-mailed on this 19th day of March, 2007 to all parties listed on the
master service list with e-mail addresses, and mailed to the following party:

4

Sergio Del Canizo, Tanamera Corporate Center, LLC

5

Sergio Del Canizo
3136 Hyde Park Dr.

6

Napa, CA 94558

7

  s/ Christine E. Laurel

8

Christine E. Laurel
Lewis and Roca LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1818139.1