**1st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | 1989 Duesing Family Trust Dated 1/31/89<br>Steven & Deborah Duesing Ttees<br>1701 Golden Oak Dr<br>Las Vegas, NV  89117-1453 | 10725-01460 | 11/16/2006 | $175,719.00 | S, U |
| 2 | 1996 Knobel Trust Dtd 9/5/96<br>C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 10725-01682 | 12/11/2006 | $348,006.20 | S |
| 3 | 1st Savings Bank Custodian For<br>Marguerite F Harrison IRA<br>930 Dorcey Dr<br>Incline Village, NV  89451 | 10725-02004 | 1/10/2007 | $50,166.00 | S, U |
| 4 | 42145 Trust<br>C/O Richard C Macdonald Trustee<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01079 | 11/7/2006 | $250,000.00 | S |
| 5 | 92173 Family Trust<br>C/O Richard C & Clair Macdonald<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01080 | 11/7/2006 | $250,000.00 | S |
| 6 | A-1 Security<br>917 South First<br>Las Vegas, NV  89101 | 10725-00096 | 7/25/2006 | $3,997.77 | S |
| 7 | Acres Corporation Psp<br>A Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01765 | 12/13/2006 | $78,000.00 | S |
| 8 | Acres Corporation Psp<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01764 | 12/13/2006 | $50,000.00 | S |
| 9 | Acres Corporation Psp<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01768 | 12/13/2006 | $50,000.00 | S |
| 10 | Acres Corporation Psp<br>Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01766 | 12/13/2006 | $50,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 11 | Acres Corporation Psp<br>Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01767 | 12/13/2006 | $50,000.00 | S |
| 12 | Acres Profit Sharing Plan<br>C/O Annemarie Rehberger Ttee<br>Po Box 3651<br>Incline Village, NV  89450-3651 | 10725-00360 | 10/2/2006 | $22,113.00 | S |
| 13 | Acs Nevada Inc<br>7990 Castle Pines Ave<br>Las Vegas, NV  89113-1207 | 10725-01373 | 11/13/2006 | $15,000.00 | S |
| 14 | Acs Properties<br>Peter Merrifield<br>4417 48Th Ave S<br>St Petersburg, FL  33701 | 10725-00209 | 8/28/2006 | $406,019.44 | S |
| 15 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV  89703-4215 | 10725-00420 | 10/3/2006 | $150,000.00 | S |
| 16 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV  89703-4215 | 10725-00424 | 10/3/2006 | $150,000.00 | S |
| 17 | Adams, Brian M<br>525 So 6Th St<br>Las Vegas, Nv  89101 | 10725-01202 | 11/8/2006 | $325,000.00 | S<br>P, U -unknown |
| 18 | Adams, Herman & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv  89102 | 10725-01274 | 11/8/2006 | $2,088,250.00 | S<br>P<br>U -- unknown |
| 19 | Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV  89102-2001 | 10725-01220 | 11/8/2006 | $4,543.39 | S<br>U- Unknown |
| 20 | Adams, Herman M Brian M Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv  89102 | 10725-01226 | 11/8/2006 | $3,625,000.00 | S<br>U, P - unknown |
| 21 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA  90603 | 10725-01076 | 11/7/2006 | $53,900.08 | S, P |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 22 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA  90603-2251 | 10725-01075 | 11/7/2006 | $53,900.08 | S, P |
| 23 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00879 | 10/31/2006 | $50,000.00 | S |
| 24 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00881 | 10/31/2006 | $100,675.82 | S, U |
| 25 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01623 | 12/8/2006 | $380,878.66 | S, U |
| 26 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U |
| 27 | Addes Trust   Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 28 | Addes Trust  Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 29 | Addes Trust Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 30 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway<br>Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 31 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |
| 32 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 33 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02234 | 1/12/2007 | $50,000.00 | S<br>U - Unknown |
| 34 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02235 | 1/12/2007 | $50,000.00 | S |
| 35 | Aig Limited A Nevada Limited Partnership<br>9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 10725-01903 | 1/9/2007 | $406,648.76 | S, U |
| 36 | Alan G & Patty J Dondero 1992 Revocable Trust<br>Alan & Patty Dondero Ttees<br>10120 W Flamingo Rd<br>Ste 4-252<br>Las Vegas, NV  89147-8394 | 10725-01471 | 11/27/2006 | $130,800.00 | S |
| 37 | Albright Persing & Assoc Profit Sharing<br>Deane Albright & Casey Persing Ttees<br>1025 Ridgeview Dr #300<br>Reno, NV  89519 | 10725-01149 | 11/9/2006 | $100,000.00 | S |
| 38 | Alderson IRA, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01110 | 11/8/2006 | $30,000.00 | S |
| 39 | Alderson, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01109 | 11/8/2006 | $29,522.36 | S |
| 40 | Aldrich IRA, Georgette<br>2117 Las Flores St<br>Las Vegas, NV  89102-3813 | 10725-01490 | 11/27/2006 | $54,441.06 | S, U |
| 41 | Alice Humphry & Valerie Jaeger<br>3825 Champagne Wood Dr<br>North Las Vegas, NV  89031-2056 | 10725-00587 | 10/13/2006 | $84,726.00 | S |
| 42 | Allergy Consultants Medical Group Inc<br>C/O Dionisio Fernandes Trustee<br>401 K Profit Sharing Plan<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00527 | 10/10/2006 | $58,071.84 | S |
| 43 | Allison, Karen R<br>2656 Sea Shore Dr<br>Las Vegas, NV  89128 | 10725-02171 | 1/12/2007 | $91,393.00 | S, U |
| 44 | Alta Bates Summit Foundation Ttee Paul G<br>Chelew Charitable Remainder<br>Berkeley, CA  94705 | 10725-01217 | 11/10/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Alta Bates Summit Foundation Ttee<br>Paul G Chelew Charitable<br>2855 Telegraph Ave Ste 601<br>Berkeley, CA  94705-1161 | 10725-01224 | 11/10/2006 | $130,000.00 | S |
| 46 | Alves  Family Trust Dtd 10/27/89<br>Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 10725-01904 | 1/9/2007 | $151,808.31 | S, U |
| 47 | Alvina Agatha Sedlak Living Trust<br>Alvina Agatha Sedlak Trustee<br>7840 E Camelback Rd Unit 203<br>Scottsdale, AZ  85251-2250 | 10725-01303 | 11/13/2006 | $54,166.72 | S |
| 48 | Amberway Equities Llc<br>14400 Morning Mountain Way<br>Alpharetta, GA  30004-4521 | 10725-00594 | 10/16/2006 | $100,000.00 | S |