## 2nd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Anderson IRA, Larry<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00133 | 8/11/2006 | $300,000.00 | S<br>U - Unknown amount |
| 2 | Anderson Trustee, Larry<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00131 | 8/11/2006 | $50,000.00 | S<br>U - Unknown |
| 3 | Anderson Ttee Of The Anderson Fmly Trust, Gary B & Barbara L<br>Po Box 699<br>Carnelian Bay, Ca 96104 | 10725-02301 | 1/13/2007 | $500,000.00 | S, U |
| 4 | Anderson, Larry & Nancy<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00132 | 8/11/2006 | $125,000.00 | S<br>U - Unknown amount |
| 5 | Andrade, Albert Daniel<br>Po Box 2122<br>Oakdale, CA 95361-5122 | 10725-01189 | 11/10/2006 | $100,912.00 | S |
| 6 | Andrade, Albert Daniel<br>PO Box 2122<br>Oakdale, CA 95361-5122 | 10725-01399 | 11/3/2006 | $100,912.00 | S |
| 7 | Andrade, Albert Daniel<br>Po Box 2122<br>Oakdale, CA 95361-5122 | 10725-01399 | 11/13/2006 | $100,912.00 | S |
| 8 | Andrea T Mancuso Family Limited Partnership<br>Andrea Mancuso General Partner<br>Po Box 981840<br>Park City, UT 84098-1840 | 10725-00533 | 10/10/2006 | $250,000.00 | S |
| 9 | Angeli, Emilio J & Christine E<br>9675 Irvine Bay Ct<br>Las Vegas, NV 89147-8365 | 10725-00304 | 9/29/2006 | $23,574.24 | S, U |
| 10 | Anita Watson Living Trust<br>Anita Watson<br>5309 Parsonage Ct<br>Virginia Beach, VA 23455-7101 | 10725-01311 | 11/13/2006 | $50,000.00 | S |
| 11 | Ann E Brant Survivors Trust Dtd 5/22/87<br>C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 10725-02066 | 1/11/2007 | $101,443.08 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Anthony & Alicia Pasqualotto 1997 Trust<br>Anthony & Alicia Pasqualotto Tr<br>5775 Duneville St<br>Las Vegas, NV  89118-2726 | 10725-01398 | 11/13/2006 | $296,359.65 | S, U |
| 13 | Apg Trust Dated 7/5/00<br>C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV  89509 | 10725-00153 | 8/14/2006 | $250,260.00 | S |
| 14 | Apg Trust Dtd 7/5/00<br>C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV  89509 | 10725-00204 | 8/17/2006 | $350,260.00 | S |
| 15 | Apigian Jt Ten, Larry & Leona<br>172 Woodland Rd<br>Goldendale, WA  98620 | 10725-01962 | 1/10/2007 | $178,150.36 | S, U |
| 16 | Arbogast, Suzanne L<br>1005 W Buffinglon St<br>Upland, CA  91784 | 10725-02130 | 1/11/2007 | $229,794.79 | S, U |
| 17 | Archer, Guy<br>1725 Fairfield Ave<br>Reno, NV  89509-3221 | 10725-00831 | 10/30/2006 | $37,005.78 | S, U |
| 18 | Archer, Guy<br>1725 Fairfield Ave<br>Reno, NV  89509-3221 | 10725-00832 | 10/30/2006 | $29,521.73 | S |
| 19 | Archer, Sherry<br>2944 Pierce St<br>San Francisco, CA  94123 | 10725-01916 | 1/10/2007 | $51,896.51 | S |
| 20 | Arechiga, Albert<br>4800 Marconi Ave  #137<br>Carmichael, CA  95608 | 10725-00266 | 9/26/2006 | $75,000.00 | S |
| 21 | Arends Family Trust<br>Joan Arends As Trustee<br>2310 Aqua Hill Rd<br>Fallbrook, CA  92026 | 10725-01278 | 11/10/2006 | $100,000.00 | S |
| 22 | Aronson, Lawrence J & Henrietta<br>21150 Point Pl<br>Apt 606<br>Aventura, FL  33180-4034 | 10728-00050 | 9/27/2006 | $100,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 23 | Arthur & Thelma Kebble Family Trust<br>C/O Arthur & Thelma Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 10725-01177 | 11/10/2006 | $327,563.97 | S, P, U |
| 24 | Audrey M Whightsil Revocable Living Tr<br>Andrey M Whightsil Trustee<br>12754 Joleane Ave<br>Yuma, AZ  85367 | 10725-01974 | 1/10/2007 | $65,751.19 | S, U |
| 25 | Auffert, Eugene & Maria Teresa<br>534 Lambeth Ct<br>Henderson, Nv  89014-3863 | 10725-01611 | 12/8/2006 | $55,000.00 | S |
| 26 | Augustine Tuffanelli Family Trust<br>Augustine Tuffanelli Ttee<br>Thomas R Brooksbank Esq<br>689 Sierra Rose Dr Ste A2<br>Reno. NV  89511 | 10725-00089 | 8/6/2006 | $250,000.00 | S |
| 27 | Aurora Investments Lp<br>2710 Harbor Hills Ln<br>Las Vegas, NV  89117 | 10725-00185 | 9/5/2006 | $1,017,916.67 | S |
| 28 | Averett, George Michael & Claire H<br>760 Little Sweden Rd<br>Heber City, UT  84032-3503 | 10725-01101 | 11/8/2006 | $50,000.00 | S |
| 29 | Ayers, C Donald<br>PO Box 1769<br>Mammoth Lakes, CA  93546 | 10725-02160 | 1/12/2007 | $130,313.62 | S, U |
| 30 | Baginski, Michael<br>12881 Knott St<br># 205<br>Garden Grove, Ca  92841 | 10725-01150 | 11/9/2006 | $288,283.00 | S, P, U |
| 31 | Bakas-Halliday, Iona<br>Po Box 39147<br>Ft Lauderdale, FL  33339 | 10725-00453 | 10/5/2006 | $50,000.00 | S |
| 32 | Baker, Leonard & Barbara<br>C/O Leonard & Barbara Baker<br>8520 Bayland Dr<br>Las Vegas, NV  89134-8641 | 10725-01178 | 11/3/2006 | $140,000.00 | S |
| 33 | Baker, Sigfried<br>8057 Lands End<br>Las Vegas, NV  89117 | 10725-01628 | 12/6/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Baker, Sigfried<br>8057 Lands End<br>Las Vegas, NV  89117 | 10725-01629 | 12/8/2006 | $50,000.00 | S |
| 35 | Barashy, Nimrod<br>2868 Redwood St<br>Las Vegas, NV  89146 | 10725-00979 | 11/3/2006 | $101,041.67 | S |
| 36 | Barbara J Kewell Trust Dated 7/18/89<br>Frederick W Kewell Ttee<br>5426 Hidden Valley Ct<br>Reno, NV  89502-9571 | 10725-01452 | 11/16/2006 | $50,439.42 | S |
| 37 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV  89521 | 10725-00770 | 10/27/2006 | $13,961.00 | S |
| 38 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV  89521 | 10725-02207 | 1/5/2007 | $225,000.00 | S, U |
| 39 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV  89521 | 10725-02207 | 1/5/2007 | $225,000.00 | S, U |
| 40 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 10725-00316 | 10/4/2006 | Blank | S |
| 41 | Bartholomew Family Trust<br>Larry & Karen Bartholomew Ttees<br>Po Box 521<br>American Fork, UT  84003-0521 | 10725-00599 | 10/16/2006 | $83,333.33 | S |
| 42 | Bartholomew Family Trust<br>Larry B & Karen S Bartholomew<br>Po Box 521<br>American Fork, UT  84003-0521 | 10725-00579 | 10/13/2006 | $83,333.33 | S |
| 43 | Barzan Family Trust<br>John C & Rosemarie A Barzan<br>1409 Morada Dr<br>Modesto, CA  95350-0655 | 10725-02228 | 1/12/2007 | $126,821.52 | S, U |
| 44 | Barzan, Richard D & Lelia J<br>7231 Langworth Rd<br>Oakdale, CA  95361 | 10725-02227 | 1/12/2007 | $662,814.89 | S, U |
| 45 | Bauer IRA, John<br>40808 N River Bend Rd<br>Anthem, AZ  85086-2946 | 10725-01243 | 11/9/2006 | $500,000.00 | S, U |

916595 2nd Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 46 | Bauer, Timothy & Angela<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00585 | 10/23/2006 | $60,000.00 | S |
| 47 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ  85338-8124 | 10725-00704 | 10/24/2006 | $50,000.00 | S |
| 48 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ  85338-8124 | 10725-00707 | 10/24/2006 | $100,000.00 | S |
| 49 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ  85338-8124 | 10725-00710 | 10/24/2006 | $150,000.00 | S |

916595 2nd Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

5