## 3rd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Benjamin, Philip & Maureen<br>Po Box 376<br>Indian Springs, NV  89018-0376 | 10725-01956 | 1/12/2007 | $55,381.90 | S |
| 2 | Benjamin, Philip & Maureen<br>Po Box 376<br>Indian Springs, NV  89018-0376 | 10725-02320 | 1/13/2007 | $55,381.90 | S |
| 3 | Bennett, Alan<br>14225 S Wisperwood Dr<br>Reno, NV  89511 | 10725-00932 | 11/2/2006 | $50,000.00 | S |
| 4 | Bennett, Alan<br>14225 S Wisperwood Dr<br>Reno, NV  89511 | 10725-00933 | 11/2/2006 | $60,000.00 | S |
| 5 | Benz Ttees For The Benz Family Trust, Bernard & Margaret<br>1265 Old Foothill Rd<br>Gardnerville, NV  89460 | 10725-02167 | 1/12/2007 | $40,683.22 | S, U |
| 6 | Berkowitz, David M<br>827 Union Pacific Blvd<br>Pmb 71-404<br>Laredo, TX  78045 | 10725-01797 | 12/18/2006 | $37,353.00 | S |
| 7 | Berlin, Marjorie Y<br>3422 Homestead Ave<br>Wantagh, NY  11793-2600 | 10725-01957 | 1/10/2007 | $50,000.00 | S |
| 8 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA  91602-3067 | 10725-01360 | 11/13/2006 | $200,000.00 | S |
| 9 | Berry, William<br>11136 Acama St #312<br>Studio City, CA  91602 | 10725-01358 | 11/13/2006 | $200,000.00 | S |
| 10 | Beryl Winer Family Trust<br>C/O Beryl Winer Trustee<br>776 Birdbay Way<br>Venice, FL  34285-6142 | 10725-00540 | 10/10/2006 | $50,000.00 | S |
| 11 | Beryl Winer Family Trust<br>C/O Beryl Winer<br>776 Birdbay Way<br>Venice, FL  34285 | 10725-00541 | 10/10/2006 | $60,000.00 | S |

| | | | | | |
|---|---|---|---|---:|:---:|
| 12 | Bevan, Donald G & Bette Coleen<br>1553 Springwater Dr<br>Orem, UT  84058-5868 | 10725-00962 | 11/1/2006 | $43,000.00 | S |
| 13 | Bevan, Donald G & Bette Coleen<br>1553 Springwater Dr<br>Orem, UT  84058-5868 | 10725-00963 | 11/1/2006 | $57,000.00 | S |
| 14 | Beverly Stiles Revocable Trust<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00856 | 11/13/2006 | $12,500.00 | S |
| 15 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV  89052 | 10725-00156 | 8/28/06 | $101,493.06 | S |
| 16 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV  89052 | 10725-00171 | 8/28/2006 | $101,791.67 | S |
| 17 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV  89052 | 10725-00191 | 9/8/2006 | $101,493.06 | S |
| 18 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, Nv  89052 | 10725-00213 | 9/25/2006 | $101,791.67 | S |
| 19 | Bishop, Valon<br>Po Box 50041<br>Reno, NV  89513 | 10725-01671 | 12/11/2006 | $50,000.00 | S |
| 20 | Bishop, Valon<br>Po Box 50041<br>Reno, NV  89513 | 10725-01745 | 12/11/2006 | $50,000.00 | S |
| 21 | Boerio, Charles J & Patricia N<br>1717 Damon Rd<br>Carson City, Nv  89701-4875 | 10725-01356 | 11/13/2006 | $2,702.18 | S |
| 22 | Boerio, Charles<br>1717 Damon Rd<br>Carson City, NV  89701 | 10725-01357 | 11/13/2006 | $50,000.00 | S |
| 23 | Boggs Ttee Of The Charles S Boggs<br>Living Tr, Charles S<br>406 Pearl St<br>Boulder, CO  80302-4931 | 10725-02109 | 1/11/2007 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV  89104 | 10725-01241 | 11/9/2006 | $50,466.67 | S |
| 25 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV  89104 | 10725-01250 | 11/8/2006 | $50,466.67 | S |
| 26 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV  89104 | 10725-01251 | 11/9/2006 | $50,505.56 | S |
| 27 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, Nv  89104 | 10725-01275 | 11/9/2006 | $48,047.32 | S |
| 28 | Bolino Family Revocable Trust<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00857 | 11/13/2006 | $100,000.00 | S |
| 29 | Bonfiglio & Associates Ltd Pension Planship<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01860 | 1/4/2007 | $75,000.00 | S |
| 30 | Bonnema, Chris<br>Po Box 877<br>Templeton, CA  93465 | 10725-00763 | 10/23/2006 | $86,608.00 | S, U |
| 31 | Bonnema, Gary<br>Po Box 8649<br>Horseshoe Bay, TX  78657 | 10725-01474 | 11/16/2006 | $50,516.67 | S |
| 32 | Boyce 1989 Trust<br>C/O Kathleen A Boyce Trustee<br>16865 Rue Du Parc<br>Reno, NV  89511-4575 | 10725-02323 | 1/13/2007 | $304,300.00 | S, P, U |
| 33 | Boyce II, William<br>3448 Monte Carlo Dr<br>Las Vegas, NV  89121 | 10725-01439 | 11/14/2006 | $18,315.59 | S, P |
| 34 | Brant Trust Dated 12/22/92, Raymond F & Ann L<br>C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA  94528 | 10725-02065 | 1/11/2007 | $51,562.49 | S, U |

916607 3rd  Objection to Claims Asserting Secured claim status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 35 | Brauer Ira, Nancy<br>2222 Albion St<br>Denver, CO  80207-3708 | 10725-01155 | 11/9/2006 | $90,998.45 | S |
| 36 | Brauer, Nancy<br>2222 Albion St<br>Denver, CO  80207 | 10725-01227 | 11/9/2006 | $75,000.00 | S |
| 37 | Brehmer, Hannah<br>188 Beacon Hill Dr<br>Ashland, OR  97520 | 10725-01445 | 11/14/2006 | $298,569.00 | S |
| 38 | Brennan, Gary<br>3496 Pueblo Way<br>Las Vegas, NV  89109 | 10725-00804 | 10/30/2006 | $250,000.00 | S |
| 39 | Brennan, Gary<br>3496 Pueblo Way<br>Las Vegas, NV  89109-3337 | 10725-00803 | 10/30/2006 | $234,000.00 | S |
| 40 | Brines Revocable Family Trust U/A Dtd 11/5/94, Michael R & Cindy G<br>C/O Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 10725-01918 | 1/10/2007 | $385,559.79 | S, U |
| 41 | Brines, Michael R & Cindy G<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 10725-02431 | 1/11/2007 | $385,559.79 | S |

916607 3rd  Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

4