## 4th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave Pmb 220<br>Las Vegas, NV  89117 | 10725-01848 | 1/4/2007 | $100,000.00 | S |
| 2 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01849 | 1/4/2007 | $100,000.00 | S |
| 3 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01850 | 1/4/2007 | $75,464.72 | S |
| 4 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01851 | 1/4/2007 | $50,000.00 | S |
| 5 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01852 | 1/4/2007 | $100,000.00 | S |
| 6 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01853 | 1/4/2007 | $100,000.00 | S |
| 7 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01854 | 1/4/2007 | $100,000.00 | S |
| 8 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01855 | 1/4/2007 | $100,000.00 | S |

916787  4th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 9 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01856 | 1/4/2007 | $100,000.00 | S |
| 10 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01857 | 1/4/2007 | $2,056.93 | S |
| 11 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01858 | 1/4/2007 | $100,000.00 | S |
| 12 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01859 | 1/4/2007 | $100,000.00 | S |
| 13 | Brock Family Trust Dated 5/25/95<br>C/O Penny L Brock Trustee<br>355 Mugo Pine Cir<br>Reno, NV 89511-8799 | 10725-02072 | 1/11/2007 | $40,705.07 | S, U |
| 14 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV 89511 | 10725-02075 | 1/11/2007 | $50,000.00 | S |
| 15 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV 89511 | 10725-02076 | 1/11/2007 | $50,000.00 | S |
| 16 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV 89511 | 10725-02077 | 1/11/2007 | $62,010.00 | S, U |
| 17 | Brooks Living Trust Dtd 6/30/97<br>C/O Howard D & Doreen C Brooks Ttees<br>1894 Us Highway 50 E<br>Ste 4-344<br>Carson City, Nv 89701-3202 | 10725-01050 | 11/6/2006 | $300,000.00 | S |
| 18 | Brooks, Robert E<br>1405 14Th Ave Sw<br>Minot, ND 58701-5781 | 10725-00549 | 10/11/2006 | $148,104.63 | S |
| 19 | Brouwers Family Trust<br>8040 Vista Twilight Dr<br>Las Vegas, NV 89123 | 10725-00169 | 8/28/2006 | $50,746.53 | S |

916787  4th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 20 | Brouwers Family Trust<br>8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 10725-00187 | 9/5/2006 | $50,895.83 | S |
| 21 | Brouwers Family Trust Trustee<br>8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 10725-00195 | 9/8/2006 | $50,746.53 | S |
| 22 | Brown, Jaceck<br>2391 Nw Irving St<br>Portland, OR  97210 | 10725-00358 | 10/2/2006 | $13,510.92 | S |
| 23 | Bruce Living Trust<br>C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV  89703-8375 | 10725-01343 | 11/13/2006 | $25,381.95 | S, P |
| 24 | Bruggemans, Paul<br>385 W Tahquitz Canyon Way<br>Palm Springs, CA  92262-5647 | 10725-02101 | 1/11/2007 | $100,000.00 | S |
| 25 | Bruggemans, Paul<br>385 W Tahquitz Canyon Way<br>Palm Springs, CA  92262-5647 | 10725-02102 | 1/11/2007 | $200,000.00 | S |
| 26 | Bruggemans, Paul<br>385 West Tahquitz Canyon Way<br>Palm Springs, CA  92262 | 10725-02100 | 1/11/2007 | $200,000.00 | S |
| 27 | Buckwald Revocable Trust Dtd 2/11/92<br>C/O Neil G Buckwald Trustee<br>5000 N Valadez St<br>Las Vegas, NV  89149-5247 | 10728-00052 | 9/29/2006 | $807.00 | S |
| 28 | Buckwald, Neil<br>5000 North Valdez St<br>Las Vegas, NV  89149 | 10725-00298 | 9/29/2006 | $50,806.00 | S |
| 29 | Bunn, Frank<br>8279 Palmada<br>Las Vegas, Nv  89123 | 10725-01263 | 11/10/2006 | $31,591.69 | S |
| 30 | Burdige, Cynthia<br>100 Nw 82 Ave<br>Ste 305<br>Platation, Fl  33324 | 10725-00938 | 11/2/2006 | $427,692.00 | S |
| 31 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv  89503-5605 | 10725-00027 | 6/14/2006 | $50,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 32 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, NV  89503-5605 | 10725-00028 | 6/14/2006 | $50,000.00 | S |
| 33 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv  89503-5605 | 10725-00029 | 6/14/2006 | $64,440.40 | S |
| 34 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv  89503-5605 | 10725-00030 | 6/14/2006 | $50,000.00 | S |
| 35 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, NV  89503-5605 | 10725-00031 | 6/14/2006 | $50,000.00 | S |
| 36 | Burt Family Trust #1 & 2<br>Donald Burt & Connie Cejmer<br>Po Box 2018<br>Quartzite, AZ  85345 | 10725-01674 | 12/11/2006 | $213,338.00 | S |
| 37 | C Zrudsky Inc<br>106 E Victorian Ave<br>Spc 35<br>Sparks, NV  89431-5408 | 10725-00292 | 9/29/2006 | $54,355.00 | S |
| 38 | Cale Family Trust Dtd 11/16/88<br>C/O Keith J Cale Ttee<br>6070 Ingleston Dr<br>Unit 1111<br>Sparks, NV  89436-7082 | 10725-00325 | 9/28/2006 | $103,204.00 | S |
| 39 | Calhoun, Anita J<br>2026 Bel Air Ave<br>San Jose, CA  95128-1409 | 10725-01021 | 11/6/2006 | $50,000.00 | S |
| 40 | Calhoun, Orvin<br>2026 Bel Air Ave<br>San Jose, CA  95128 | 10725-01022 | 11/6/2006 | $104,946.77 | S |
| 41 | Callahan & Maradon Jt Tenents, Valerie & Charles<br>12585 Creek Crest Dr<br>Reno, NV  89511 | 10725-02061 | 1/11/2007 | $294,869.42 | S, U |
| 42 | Cangelosi Trustee, Margaret M<br>614 Hillside Crossing<br>Pompton Plains, NJ  07444 | 10725-01930 | 1/11/2007 | $111,767.12 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 43 | Cangelosi, Brandon Arner & Donna M<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 10725-01717 | 12/11/2006 | $110,000.00 | S |
| 44 | Cangelosi, John R & Margaret M<br>614 Hilside Crossing<br>Pompton Plains, NJ  07444 | 10725-01866 | 1/10/2007 | $141,979.18 | S, U |
| 45 | Carano, Marie K<br>2780 Lakeside Dr<br>Reno, NV  89509-4218 | 10725-01098 | 11/8/2006 | $100,000.00 | S |
| 46 | Cardwell Charitable Trust C/O James B Cardwell Tr<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 10725-01407 | 11/13/2006 | $1,549,493.61 | S, U |
| 47 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 10725-01396 | 11/13/2006 | $3,229,496.02 | S, U |
| 48 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 10725-01397 | 11/13/2006 | $ 3,331,718.07 | S, U |
| 49 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 10725-01401 | 11/13/2006 | $3,226,795.82 | S, U |
| 50 | Cardwell, Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 10725-01402 | 11/13/2006 | $100,010.00 | S, U |