## 5th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Carlton Jt Ten, Michael W & Helen I<br>416 N 10Th St<br>Biythe, CA  92225-1835 | 10725-01991 | 1/10/2007 | $7,397.51 | S |
| 2 | Carlton, Daniel & Zora N<br>390 Corvair Dr<br>Lake Havasu City, AZ  86406-7074 | 10725-00487 | 10/6/2006 | $3,672.54 | S |
| 3 | Carlton, Daniel<br>390 Corvair Dr<br>Lake Havasu City, Az  86406 | 10725-01990 | 1/10/2007 | $3,698.75 | S |
| 4 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01983 | 1/10/2007 | $17,260.85 | S |
| 5 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01985 | 1/10/2007 | $75,000.00 | S |
| 6 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01987 | 1/10/2007 | $55,000.00 | S |
| 7 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01988 | 1/10/2007 | $55,000.00 | S |
| 8 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01989 | 1/10/2007 | $50,000.00 | S |
| 9 | Carlton, Michael W & Helen I<br>416 N 10Th St<br>Blythe, CA  92225-1835 | 10728-00067 | 10/10/2006 | Blank | S |
| 10 | Carol A Eller IRA<br>First Saving Bank C/F<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02078 | 1/11/2007 | $17,170.00 | S, U |
| 11 | Carol Edward Associates<br>Po Box 8543<br>Incline Village, Nv  89452-8543 | 10725-00482 | 10/6/2006 | Blank | S |
| 12 | Carol Mortensen Family Trust<br>4847 Damon Cir<br>Salt Lake City, Ut  84117 | 10725-02051 | 1/11/2007 | $172,875.49 | S,U |

**EXHIBIT A**

| 13 | Carol Mortensen Family Trust<br>C/O Carol Mortensen Trustee<br>4847 Damon Cir<br>Salt Lake City, UT  84117-5854 | 10725-02052 | 1/11/2007 | $28,932.58 | S, U |
| 14 | Caroline Gerwin Family Trust Dtd 11/2/95<br>C/O Caroline M Gerwin Trustee<br>4775 Summit Ridge Dr<br>Apt 1101<br>Reno, NV  89523-7917 | 10725-00389 | 10/2/2006 | $330,000.00 | S |
| 15 | Carollo Jt Ten, Robert  Beverly Carollo<br>Morse & Mowbray<br>300 South Fourth St, Ste 1400<br>Las Vegas, NV  89101 | 10725-00098 | 8/15/2006 | $100,000.00 | S |
| 16 | Carpenter, Michael R & Anne M<br>687 W Ella Dr<br>Corrales, NM  87048-7248 | 10725-01090 | 11/7/2006 | $126,121.77 | S |
| 17 | Carrier Family Trust Dated 8/9/91<br>Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00127 | 8/11/2006 | $50,000.00 | S<br>U - Unknown amount |
| 18 | Carrier Family Trust Dtd 8/9/91<br>Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00207 | 8/15/2006 | $50,000.00 | S<br>U - Unknown amount |
| 19 | Carrier Ttee Of The Carrier Family Trust,<br>Don F & Sara L<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00205 | 8/11/2006 | $50,000.00 | S<br>U - Unknown |
| 20 | Carson, Douglas<br>Hc 34  Box 34153<br>Ely, NV  89301 | 10725-01095 | 11/7/2006 | $100,000.00 | S |
| 21 | Carson, Linda<br>Po Box 8927<br>Aspen, CO  81612 | 10725-00461 | 10/5/2006 | $100,000.00 | S |
| 22 | Carter Family Trust<br>Jerry W & Nancy L Carter Ttees<br>4543 Northwind Ct<br>Sparks, NV  89436-4657 | 10725-01094 | 11/8/2006 | $75,000.00 | S |
| 23 | Carter Trustee, William Daniel<br>8710 54Th Ave East<br>Bradenton, FL  34211 | 10725-01104 | 11/7/2006 | $107,998.21 | S |

**EXHIBIT A**

| 24 | Casebolt Ttee Of The Casebolt Revocable Tr, Josephine<br>201 Ada Ave<br>Apt 46<br>Mountain View, CA  94043-4943 | 10725-02146 | 1/11/2007 | $126,094.38 | S, U |
| 25 | Casey, Richard<br>Sterling Trust Company Custodian Fbo<br>Po Box 2526<br>Waco, TX  76702-2526 | 10725-01473 | 11/15/2006 | $50,000.00 | S |
| 26 | Castillo, Tito<br>13390 Parkside Ter<br>Cooper City, Fl  33330 | 10725-01555 | 12/6/2006 | $423,845.13 | S<br>P<br>U -unknown |
| 27 | Catherine B. Stretmater Revocable Trust Dated 6/5/89<br>C/O Catherine B. Stretmate, Trustee<br>12000 N. 90Th St., Unit 2006<br>Scottsdale, AZ 85260-8631 | 10725-00619 | 10/17/2006 | $100,000.00 | S |
| 28 | Celso Acosta<br>9061 Black Elk Ave.<br>Las Vegas, NV 89143-1180 | 10725-00609 | 10/16/2006 | $51,661.05 | S |
| 29 | Celso Acosta<br>9061 Black Elk Ave.<br>Las Vegas, NV 89143-1180 | 10725-00610 | 10/16/2006 | $26,554.58 | S |
| 30 | Celso Acosta<br>9061 Black Elk Ave.<br>Las Vegas, NV 89143-1180 | 10725-00611 | 10/16/2006 | $52,906.93 | S |
| 31 | Center State Beverage Inc<br>Po Box 877<br>Templeton, CA  93465-0877 | 10728-00079 | 10/23/2006 | $80,000.00 | S |
| 32 | Cesari Piazza Ira<br>First Savings Bank, Custodian<br>1401 Monterey Drive<br>Boulder City, NV 89005 | 10725-00659 | 10/23/2006 | $138,000.58 | S |
| 33 | Chai 18 Trust The<br>C/O Sam & Simha Barashy Ttees<br>7447 Tamarid Ave<br>Las Vegas, NV  89147-4380 | 10725-00980 | 11/3/2006 | $101,041.67 | S |
| 34 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00984 | 11/8/2006 | $78,000.00 | S |

916779   5th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 35 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV 89180-1191 | 10725-00985 | 11/3/2006 | $357,291.66 | S |
| 36 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV 89180-1191 | 10725-00986 | 11/3/2006 | $558,063.48 | S |
| 37 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV 89180-1191 | 10725-00987 | 11/3/2006 | $459,407.54 | S |
| 38 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV 89180-1191 | 10725-00989 | 11/3/2006 | $559,927.00 | S |
| 39 | Charles & Sandra Masters Family Trust Dtd 10/9/92<br>C/O Sandra O Masters Trustee<br>18124 Wedge Pkwy #550<br>Reno, NV 89511-8134 | 10725-00227 | 9/25/2006 | $425,000.00 | S |
| 40 | Charles B Dunn Iv Trust<br>C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 10725-02113 | 1/11/2007 | $345,498.04 | S, U |
| 41 | Charles Bombard Trust<br>C/O Charles Bombard Ttee<br>1076 Mullen Ave<br>Las Vegas, NV 89044-9544 | 10725-00769 | 10/27/2006 | $100,000.00 | S |
| 42 | Charles Duke & April M Cummins<br>David A Colvin Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 10725-00782 | 11/9/2006 | $100,000.00 | S |
| 43 | Charles R & Jean Maraden Family Trust Dtd 12/16/03<br>Charles & Jean Mareden Ttees<br>12585 Creek Crest Dr<br>Reno, NV 89511 | 10725-02060 | 1/11/2007 | $101,311.23 | S, U |
| 44 | Charles Robert & Geneva Cowman Jt Revocable<br>Inter Vivos Trust<br>Robert Alan & Terry Lee Cowman<br>1525 Winterwood Ave<br>Sparks, Nv 89434-6730 | 10725-01724 | 12/11/2006 | $13,451.36 | S |
| 45 | Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA 92694-0924 | 10725-01195 | 11/10/2006 | $50,000.00 | S |

916779   5th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 46 | Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA  92694-0924 | 10725-02432 | 1/12/2007 | $50,000.00 | S |
|----|----|----|----|----|----|
| 47 | Chegwin 1989 Revocable Trust Dtd<br>4/18/89<br>C/O Dennis M & Vicki L Chegwin Ttees<br>78530 Arapahoe<br>Indian Wells, CA  92210-9151 | 10725-01907 | 1/9/2007 | $52,500.00 | S, U |
| 48 | Chelew, Paul<br>2855 Telegraph Ave<br>Ste 601<br>Berkeley, CA  94705 | 10725-01225 | 11/10/2006 | $120,000.00 | S |
| 49 | Chiappe Family Trust Dtd 1/22/96<br>Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 10725-01443 | 11/14/2006 | $50,000.00 | S |
| 50 | Chiappe Family Trust Dtd 1/22/96<br>Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 10725-01444 | 11/14/2006 | $100,000.00 | S |

**EXHIBIT A**