## 6th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00158 | 8/14/2006 | $40,000.00 | S<br>U - Unknown amount |
| 2 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00159 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 3 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00160 | 8/14/2006 | $75,000.00 | S<br>U - Unknown amount |
| 4 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00161 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 5 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00162 | 8/14/2006 | $30,000.00 | S<br>U - Unknown amount |
| 6 | Chiappetta Trust<br>Pat & Joanne Chiuppetta Ttees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00157 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 7 | Chris J. Hammond & Tara M. Hammond<br>10145 Sw 151St. Place<br>Beaverton, OR 97007 | 10725-00692 | 10/20/2006 | $12,241.80 | S |
| 8 | Christine Miller Tee/C E Miller Revocable Trust<br>Steve Miller<br>7527 E Pasaro Dr<br>Scottsdale, AZ  85262 | 10725-02120 | 1/11/2007 | $50,000.00 | S |
| 9 | Ciadella Living Trust<br>C/O Stella P Ciadella Trustee<br>650 S Town Center Dr<br>Apt 1114<br>Bldg 29<br>Las Vegas, NV 89144-4419 | 10725-01040 | 11/6/2006 | $250,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 10 | Citicorp Vendor Finance Inc.<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | 10725-00644 | 10/26/2006 | $12,019.12 | S |
| 11 | Clark IRA, Curtis<br>1403 Pueblo Dr<br>Boulder City, NV 89005-3203 | 10725-00589 | 10/16/2006 | $55,785.00 | S |
| 12 | Clark, Donald<br>305 W Moana Ln<br>Reno, NV 89509 | 10725-01042 | 11/6/2006 | $74,011.56 | S |
| 13 | Clark, Harold<br>555 Twining Flats Rd<br>Aspen, CO 81611 | 10725-00778 | 10/27/2006 | $54,329.00 | S |
| 14 | Clawiter Associates LLC<br>1620 Colchester St<br>Danville, CA 94506 | 10725-01437 | 11/14/2006 | $253,805.00 | S, U |
| 15 | Clayton, Shane W & Jennifer C<br>David A Colvin & Donna M Osborn<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 10725-01861 | 1/8/2007 | $50,000.00 | S |
| 16 | Clendening Family Trust<br>John P & Doreen Clendening Ttees<br>1250 Davidson Way<br>Reno, NV 89509-3141 | 10725-01025 | 11/6/2006 | $50,520.83 | S |
| 17 | Clendening, John P & Doreen S<br>1250 Davidson Way<br>Reno, NV 89509-3141 | 10725-01024 | 11/6/2006 | $65,671.67 | S |
| 18 | Clifton, Helen<br>10812 Windrose Point<br>Las Vegas, NV 89144 | 10725-00759 | 10/24/2006 | $27,473.00 | S |
| 19 | Coffing, Terry<br>10001 Park Run Dr<br>Las Vegas, Nv 89145-8857 | 10725-00234 | 9/26/2006 | $51,743.00 | S, U |
| 20 | Cohan, George<br>2048 Foxfire Ct<br>Henderson, NV 89012 | 10725-00531 | 10/10/2006 | $200,000.00 | S |
| 21 | Cohen, Allen<br>12 Starbrook Dr<br>Henderson, NV 89052 | 10725-01207 | 11/10/2006 | $100,411.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 22 | Cohune, L Kanani<br>3530 Hackberry St<br>Silver Springs, NV 89429 | 10725-01112 | 11/8/2006 | $51,617.88 | S, U |
| 23 | Colagross, Curtis R & Terri L<br>16227 Pasquale Rd<br>Nevada City, CA 95959 | 10728-00139 | 11-Dec-06 | $100,000.00 | S |
| 24 | Colagross, Curtis<br>16227 Pasquale Rd<br>Nevada City, CA 95959 | 10725-00416 | 10/3/2006 | $100,000.00 | S |
| 25 | Colborn Ttees For, Larry E & Loretta A<br>The Ecolborn Revocable Living Tr<br>1127 Broken Wagon Trail<br>Dewey, Az 86327 | 10725-02190 | 1/12/2007 | $244,204.06 | S,U |
| 26 | Coleman, Mary<br>First Savings Bank Custodian<br>108 Low St<br>Newburport, Ma 01950 | 10725-00308 | 9/29/2006 | Blank | S |
| 27 | Coleman, Mary<br>First Savings Bank Custodian<br>108 Low St<br>Newburport, Ma 01950 | 10725-00309 | 9/29/2006 | $39,226.14 | S |
| 28 | Colhouer, Raymond<br>For The Benefit Of Gunner A Colhouer<br>4328 Threshold Ct<br>North Las Vegas, NV 89032-1143 | 10725-01382 | 11/13/2006 | $50,000.00 | S |
| 29 | Collins Family Trust Dated 1/29/93<br>Shirley M Collins Trustee<br>1975 Showberry Ct<br>Carlsbad, CA 92009 | 10725-02038 | 1/11/2007 | $880,190.74 | S, U |
| 30 | Collins, Shirley<br>1975 Snowberry Ct<br>Carlsbad, Ca 92009 | 10725-01798 | 12/18/2006 | $27,473.39 | S |
| 31 | Colt Gateway LLC<br>Homes for America Holdings<br>86 Main St.<br>Second Fl<br>Yonkers, NY 10701-2738 | 10725-01313 | 11/13/2006 | $15,195,931.00 | S, U |
| 32 | Cook Jt Ten, Aldon G & Deedra<br>1435 E Venice Ave<br>#261<br>Venice, FL 34292 | 10725-02173 | 1/12/2007 | $142,790.06 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 33 | Copple, Lois<br>3660 Grand Ave<br>Des Moines, IA  50312 | 10725-00425 | 10/4/2006 | $50,000.00 | S |
| 34 | Corison, James<br>Po Box 21214<br>Riverside, CA  92516 | 10725-00092 | 8/9/2006 | $1,023,000.00 | S |
| 35 | Costa, Rose M<br>101 San Carlos Ave<br>Sausalito, CA  94965-2018 | 10725-01103 | 11/8/2006 | $50,000.00 | U, S |
| 36 | Costanza 1987 Decendent`S Trust<br>C/O Sam Costanza Trustee<br>9809 Cantebury Rose Ln<br>Las Vegas, NV  89134-5913 | 10725-01808 | 12/21/2006 | $575,000.00 | S |
| 37 | Costanza, Sam<br>9809 Cantebury Rose Ln<br>Las Vegas, NV  89134 | 10725-01809 | 12/21/2006 | $405,500.00 | S |
| 38 | Cowan, Melanie<br>10794 Grande Palladium Way<br>Boynton Beach, FL  33436 | 10725-00212 | 8/24/2006 | $100,000.00 | S |
| 39 | Cowman, Robert A & Sandra L<br>1525 Winterwood Ave<br>Sparks, NV  89434-6730 | 10725-01725 | 12/11/2006 | $162,950.00 | S |
| 40 | Coxey Living Trust Dtd 12/3/98<br>1945 Hidden Meadows Dr<br>Reno, NV  89502 | 10725-00150 | 8/14/2006 | $252,519.44 | S |
| 41 | Coxey Living Trust<br>Kenneth D & Valerie Coxey Trustee<br>1945 Hidden Meadows Dr<br>Reno, NV  89502-8762 | 10725-02199 | 1/10/2007 | $50,733.30 | S |
| 42 | Coxey Living Trust<br>Kenneth D & Valerie Coxey Ttees<br>1945 Hidden Meadows Dr<br>Reno, NV  89502-8762 | 10725-02229 | 1/10/2007 | $101,688.88 | S |
| 43 | Craig Family Trust Dtd 8/10/00<br>Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV  89519 | 10725-01728 | 12/11/2006 | $200,000.00 | S |
| 44 | Craig Family Trust Dtd 8/10/00<br>Howard L Craig Trustee<br>1735 Caughlin Creek Rd<br>Reno, NV  89519 | 10725-01729 | 12/11/2006 | $100,000.00 | S |

| | | | | | |
|---|---|---|---|---:|---|
| 45 | Craig Zager Sep IRA<br>Po Box 10051<br>Zephyr Cove, NV  89448-2051 | 10728-00132 | 11/16/2006 | $  65,000.00 | S |
| 46 | Creating Moving Experiences<br>503 Kiel St.<br>Henderson, NV 89015-4729 | 10725-00641 | 10/19/2006 | $100,000.00 | S |
| 47 | Crittenden, Joan M<br>Po Box 2577<br>Olympic Valley, CA  96146-2577 | 10725-01203 | 11/10/2006 | $73,241.93 | S |
| 48 | Cruise, Richard & Margaret<br>8021 Divernon Ave<br>Las Vegas, NV  89149-4942 | 10725-00381 | 10/2/2006 | $2,702.18 | S |
| 49 | Cunningham IRA, Charles D<br>C/O First Trust Co Of Onaga Cust<br>1964 Oliver Springs St<br>Henderson, NV  89052-8502 | 10725-00555 | 10/12/2006 | $28,389.17 | S |
| 50 | Cunningham, Charles D & Susan M<br>1964 Oliver Springs St<br>Henderson, NV  89052-8502 | 10725-00554 | 10/12/2006 | $80,000.00 | S |