**7th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Cynthia D Burdige Trust U/A Dated 4/13/00<br>C/O Cynthia D Burdige Trustee<br>100 Nw 82Nd Ave Ste 305<br>Plantation, Fl 33324-1835 | 10725-00937 | 11/2/2006 | $427,692.00 | S |
| 2 | Cynthia G Davis Living Trust<br>C/O Cynthia G Davis Trustee<br>2465 Telluride Dr<br>Reno, NV 89511-9155 | 10725-01919 | 1/10/2007 | $101,493.06 | S, U |
| 3 | D & P Curtis Trust Dated 7/27/01<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV 89144-0838 | 10725-00720 | 10/25/2006 | $100,000.00 | S |
| 4 | D G Menchetti Ltd Pension Plan<br>C/O D G Menchetti Trustee<br>Po Box 7100<br>Incline Village, Nv 89452-7100 | 10725-02307 | 1/13/2007 | $140,000.00 | S, U |
| 5 | D&P Curtis Trust<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV 89144 | 10725-00765 | 10/25/2006 | $100,000.00 | S |
| 6 | D`Elia, Humberto<br>72 Paradise Pkwy<br>Henderson, NV 89074-6200 | 10725-00951 | 11/2/2006 | $50,000.00 | S |
| 7 | Dalton Trust Dtd 1/7/94<br>C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy<br>Ste B2 405<br>Goodyear, AZ 85338-4135 | 10725-01892 | 1/8/2007 | Unknown | S, U |
| 8 | Daniel & Virginia Salerno Family Trust Dtd 8/9/89<br>Daniel N & Virginia P Salerno Ttees<br>Po Box 7869<br>Incline Village, NV 89452-7869 | 10725-00274 | 9/27/2006 | $212,026.22 | S |
| 9 | Daniel D Newman Trust Dtd 11/1/92<br>C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 10725-02030 | 1/11/2007 | $714,018.67 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Daniel Living Trust<br>Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA  92620 | 10725-02267 | 1/12/2007 | $559,993.83 | S, U |
| 11 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00043 | 9/25/2006 | $17,260.84 | S |
| 12 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00044 | 9/25/2006 | $75,000.00 | S |
| 13 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00045 | 9/25/2006 | $55,000.00 | S |
| 14 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00046 | 9/25/2006 | $55,000.00 | S |
| 15 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00049 | 9/25/2006 | $50,000.00 | S |
| 16 | Daniel, Deborah A<br>249 S Vista Del Monte<br>Anaheim, CA  92807 | 10725-02035 | 1/11/2007 | $202,376.95 | S, U |
| 17 | Daniel, Gregory Scott<br>20 Redonda<br>Irvine, CA  92620 | 10725-02164 | 1/12/2007 | $50,746.52 | S, U |
| 18 | Daraskevius, Joseph G & Ardee S<br>2761 Kiowa Blvd S<br>Lake Havasu City, AZ  86403 | 10725-00816 | 10/30/2006 | $275,000.00 | S |
| 19 | Daraskevius, Joseph G & Ardee S<br>2761 Kiowa Blvd South<br>Lake Havasu City, AZ  86403 | 10725-00865 | 10/31/2006 | $275,000.00 | S |

916806  7th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 20 | Daryl Blanck & Yvonne Blanck Trust Dated 3/23/94<br>Daryl L. Blanck & Yvonne M. Blanck, Ttees<br>1243 Country Club Dr.<br>Laughlin, NV  89029 | 10725-00601 | 10/6/2006 | $13,737.00 | S |
| 21 | Daryl L. Blanck & Yvonne M. Blanck Trustees Of The Daryl Blanck & Yvonne Blanck Trust Dated 3/23/94<br>1243 Country Club Dr.<br>Laughlin, NV  89029 | 10725-00602 | 10/16/2006 | $21,396.39 | S |
| 22 | David A Gean Revocable Trust Dtd 4/3/92<br>C/O Marsha Kendall Trustee<br>6615 E Pacific Coast Hwy<br>#260<br>Long Beach, CA  90803-4228 | 10725-02006 | 1/10/2007 | $255,892.98 | S, U |
| 23 | David L Gross Family Trust Dtd 12/4/94<br>C/O David L Gross Trustee<br>895 On The Green<br>Biloxi, MS  39532-3229 | 10725-00314 | 9/29/2006 | $100,000.00 | S |
| 24 | Davis Family Trust<br>C/O Joseph Davis & Marion Sharp<br>3100 Ashby Ave<br>Las Vegas, Nv  89102-1908 | 10725-02334 | 1/13/2007 | $750,000.00 | S, U |
| 25 | Davis Investments<br>3100 Ashby Ave<br>Las Vegas, Nv  89102-1908 | 10725-02333 | 1/13/2007 | $1,000,000.00 | S, U |
| 26 | Davis Ira, Joseph<br>3100 Ashby Ave<br>Las Vegas, Nv  89102 | 10725-02332 | 1/13/2007 | $6,000.00 | S, U |
| 27 | Davis Yoder Trust Dtd 12/16/00<br>Robert J Yoder & Nancy R Davis Ttees<br>12291 Prosser Dam Rd<br>Truckee, CA  96161 | 10725-02084 | 1/11/2007 | $610.82 | S, U |
| 28 | Davis, Todd<br>360 W 55Th St<br>Apt 1G<br>New York, Ny  10019 | 10725-02330 | 1/13/2007 | $575,000.00 | S, U |
| 29 | Dcgt Fbo Claude M Penchina Roth Ira<br>74 Rue De Sevres<br>Paris  75007<br>France | 10725-01546 | 12/4/2006 | $51,692.44 | U<br>S - Unknown |

916806  7th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 30 | Decedents Trust Of The Restated Moon Irrevoc<br>Trust Dtd 6/12/87<br>Frieda Moon Ttee<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00009 | 5/22/2006 | $37,860.24 | S |
| 31 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00039 | 5/8/2006 | $50,000.00 | S |
| 32 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00040 | 5/8/2006 | $50,000.00 | S |
| 33 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00041 | 5/8/2006 | $100,000.00 | S |
| 34 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10725-00042 | 5/8/2006 | $120,000.00 | S |
| 35 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00053 | 6/5/2006 | $100,000.00 | S |
| 36 | Dennis G Campton Md Psp<br>C/O Dennis G Campton Trustee<br>5741 Kens Pl<br>Pahrump, NV  89060-1751 | 10725-01030 | 11/6/2006 | $59,209.25 | S, U |
| 37 | Dery Tenants In Common, Ann R & James D<br>19601 Van Aken Blvd<br>Shaker Heights, OH  44122 | 10725-02062 | 1/11/2007 | $151,807.59 | S, U |
| 38 | Dery, James D & Ann R<br>Husband & Wife<br>19601 Van Aken Blvd<br>Shaker Heights, OH  44122 | 10725-02063 | 1/11/2007 | $1,396,673.86 | S, U |
| 39 | Desert Commercial Sweeping Inc<br>Christopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV  89520 | 10725-00518 | 10/18/2006 | $70,000.00 | S |
| 40 | Desert Commercial Sweeping<br>C/O Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>P.O. Box 30000<br>Reno, NV 89520 | 10725-00661 | 10/23/2006 | $70,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| **41** | Deutscher, Dwayne H & Michelle T<br>5430 Fenton Way<br>Granite Bay, CA  95746 | 10725-02029 | 1/11/2007 | $213,069.77 | S, U |
| **42** | Dewhurst Family Trust<br>Po Box 6836<br>Incline Village, Nv  89450 | 10725-02300 | 1/13/2007 | $100,000.00 | S, U |

916806  7th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

5