**8th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00727 | 11/8/2006 | $101,506.85 | S |
| 2 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00728 | 11/8/2006 | $50,723.29 | S |
| 3 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00729 | 11/8/2006 | $50,753.42 | S |
| 4 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00730 | 11/8/2006 | $33,546.65 | S |
| 5 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00731 | 11/8/2006 | $50,723.29 | S |
| 6 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00732 | 11/8/2006 | $50,753.42 | S |
| 7 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00733 | 11/8/2006 | $60,940.27 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 8 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00734 | 11/8/2006 | $50,753.42 | S |
| 9 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00735 | 11/8/2006 | $101,446.58 | S |
| 10 | Di Jorio, Richard<br>856 Nonie St<br>Santa Rosa, Ca  95403 | 10725-01475 | 11/20/2006 | $50,000.00 | S |
| 11 | Digrazia Dmd Psp, Peter M<br>Christopher D James Esq<br>Po Box 30000<br>Reno, NV  89520 | 10725-00102 | 8/15/2006 | $52,583.35 | S |
| 12 | Dobyne IRA, Leah K<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 10725-01920 | 1/10/2007 | $57,850.00 | S, U |
| 13 | Dobyne Living Trust<br>Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 10725-01921 | 1/10/2007 | $237,179.22 | S, U |
| 14 | Doerr Trustee Of The Doerr Family Trust, Franz W & Linda Patrucco<br>690 West Riverview Cir<br>Reno, NV  89509-1130 | 10725-02115 | 1/11/2007 | $329,742.04 | S, U |
| 15 | Doerr Ttee Of The Doerr Family Trust, Linda Patrucco<br>690 West Riverview Cir<br>Reno, NV  89509-1130 | 10725-02116 | 1/11/2007 | $329,742.04 | S, U |
| 16 | Doerr Ttee of the Doerr Family Trust, Linda Patrucco<br>690 West Riverview Cir.<br>Reno, NV  89509-1130 | 10725-02116 | 1/11/2007 | $329,742.04 | S, U |
| 17 | Donahue, Michael<br>1795 Newhall Ave<br>Cambria, CA  93428-5507 | 10725-00297 | 9/29/2006 | $250,000.00 | S |
| 18 | Donald & Beverly Swezey Ttee of the Zwezey 2001 Trust 2/20/2001<br>3666 Cherokee Dr<br>Carson City, NV  89705-6813 | 10725-02295 | 1/12/2007 | $50,000.00 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 19 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95<br>Donald E & Jaylyle Redmon Ttees<br>51 Sanlo Ln<br>Mountain Home, AR  72653-6333 | 10725-00473 | 10/6/2006 | $161,662.50 | S |
| 20 | Donald L Hess & Kay J Hart Jt Ten<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02093 | 1/11/2007 | $50,776.38 | S, U |
| 21 | Donald M & Janice I Berman Trust<br>Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV  89509 | 10725-00129 | 8/11/2006 | $100,000.00 | S<br>U - Unknown amount |
| 22 | Donald M & Janice I Berman Trust<br>Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV  89509 | 10725-00130 | 8/11/2006 | $25,000.00 | S<br>U - Unknown amount |
| 23 | Donald P Clark Family Trust Dtd 10/25/94<br>C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV  89509-4924 | 10725-00231 | 9/25/2006 | $709,011.56 | S |
| 24 | Donaldson, Arthur T<br>Po Box 307<br>Janesville, WI  53547-0307 | 10725-01096 | 11/8/2006 | $2,200,000.00 | S |
| 25 | Donna Dunn Trust<br>C/O Donna Dunn Trustee<br>17042 Norlene Way<br>Grass Valley, CA  95949-7161 | 10725-02111 | 1/11/2007 | $50,776.39 | S, U |
| 26 | Donna M Cangelosi Family Trust<br>5860 Lausanne Dr<br>Reno, Nv  89511-5034 | 10725-01716 | 12/11/2006 | $719,000.00 | S |
| 27 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00628 | 10/18/2006 | $1,200,000.00 | S |
| 28 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00629 | 10/18/2006 | $100,000.00 | S |
| 29 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00630 | 10/18/2006 | $150,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 30 | Donnolo Family Trust<br>Joseph & Loretta Donnolo Ttees<br>3120 Highland Falls Dr<br>Las Vegas, NV  89134-7422 | 10728-00075 | 10/18/2006 | $ 258,705.71 | S |
| 31 | Douglass, John J<br>1951 Quail Creek Ct<br>Reno, NV  89509-0671 | 10725-00283 | 9/27/2006 | $200,000.00 | S |
| 32 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA  96150 | 10725-00074 | 6/26/2006 | $51,866.68 | S |
| 33 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA  96150 | 10725-00075 | 6/26/2006 | $72,592.68 | S |
| 34 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA  96150 | 10725-00078 | 6/26/2006 | $291,324.00 | S |
| 35 | Downing, Ernest W & Eva M<br>811 Ne 157Th Ave<br>Portland, OR  97230-5428 | 10725-01027 | 11/6/2006 | $150,000.00 | S |
| 36 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00669 | 10/23/2006 | $80,000.00 | S |
| 37 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00670 | 10/23/2006 | $50,000.00 | S |
| 38 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00671 | 10/23/2006 | $100,000.00 | S |
| 39 | Drubin, Daniel & Laura<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00858 | 11/13/2006 | $270,000.00 | S |
| 40 | Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA  91910-3234 | 10725-02069 | 1/11/2007 | $87,877.81 | S, U |

916816   8th Objeciton to Claims
Asserting Secured Claims Status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 41 | Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA  91910-3234 | 10725-02201 | 1/10/2007 | $87,877.81 | S, U |
| 42 | Dunham Trust Company<br>Re: Fred Kewell Ira<br>4777 Caughlin Pkwy<br>Reno, NV  89519 | 10725-01538 | 12/4/2006 | $75,000.00 | S |
| 43 | Dunham Trust Company<br>Re: Fred Kewell Ira<br>4777 Caughlin Pkwy<br>Reno, NV  89519 | 10725-01539 | 12/4/2006 | $70,000.00 | S |
| 44 | Dunklee IRA, John C<br>700 Flanders Rd<br>Reno, NV  89511 | 10725-00125 | 8/14/2006 | $54,000.00 | S<br>U - Unknown amount |
| 45 | Dunklee IRA, John C<br>700 Flanders Rd<br>Reno, NV  89511 | 10725-00136 | 8/14/2006 | $200,000.00 | S<br>U - Unknown amount |
| 46 | Dutkin Trustee, John<br>C/O George D Frame Esq<br>601 Greenway Ste D<br>Henderson, NV  89002 | 10725-01395 | 11/9/2006 | $56,120.90 | S |
| 47 | E&M Hardware Profit Sharing Plan<br>C/O James Feeney Trustee<br>PO BOX 19122<br>Reno, NV  89511-0893 | 10725-01680 | 12/11/2006 | $557,184.11 | S |
| 48 | E&M Hardware Profit Sharing Plan<br>C/O James Feeney Trustee<br>PO Box 19122<br>Reno, NV  89511-0893 | 10725-02047 | 1/11/2007 | $506,747.80 | S, U |