## 9th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Earp Ira, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01673 | 12/11/2006 | $49,166.67 | S, U |
| 2 | Earp Ira, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01727 | 12/11/2006 | $12,951.80 | S |
| 3 | Earp, Mary H<br>700 Post Oak Ct<br>El Paso, TX 79932-2512 | 10725-01873 | 1/8/2007 | $23,574.24 | S, U |
| 4 | Earp, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01822 | 12/27/2006 | $2,753.64 | S |
| 5 | Earp, Robert D<br>609 N Laurel St<br>El Paso, TX 79903-3401 | 10725-01891 | 1/8/2007 | $23,574.74 | S |
| 6 | Earp, Robert<br>609 N Laurel<br>El Paso, TX 79903 | 10725-01902 | 1/9/2007 | $50,000.00 | S, U |
| 7 | Eastland, Thomas<br>172 Belle Ave<br>Pleasant Hill, CA 94523 | 10725-01811 | 12/21/2006 | $50,000.00 | S |
| 8 | Ebaugh, Monica C<br>412 Elk Cir<br>Basalt, CO 81621-8202 | 10725-00700 | 10/24/2006 | $53,272.06 | S |
| 9 | Eddie Mayo & Jocelyne Helzer Jt Ten<br>115 South Deer Run Rd<br>Carson City, NV 89701 | 10725-02233 | 1/12/2007 | $255,953.23 | S, U |
| 10 | Edward & Leah Kline Family Trust Dtd 7/9/91<br>C/O Edward & Leah Kline Trustees<br>9932 Arbuckle Dr<br>Las Vegas, NV 89134-7530 | 10725-00547 | 10/10/2006 | $105,060.00 | S |
| 11 | Edward & Marge Fraser Ttees<br>14220 Sorrel Ln<br>Reno, NV 89511 | 10725-00142 | 8/15/2006 | $200,000.00 | S<br>U - Unknown amount |
| 12 | Edward & Marge Fraser<br>Edward & Marge Fraser Ttees<br>14220 Sorrel Ln<br>Reno, NV 89511 | 10725-00140 | 8/15/2006 | $50,000.00 | S<br>U - Unknown amount |

**EXHIBIT A**

| 13 | Edward G Loughlin & Thelma E Guevara<br>2636 Golden Sands Dr<br>Las Vegas, NV  89128-6805 | 10725-00477 | 10/6/2006 | $104,214.94 | S |
|----|---|---|---|---|---|
| 14 | Edwards, David<br>9528 Yucca Blossom Dr<br>Las Vegas, Nv  89134 | 10725-01152 | 11/9/2006 | $50,000.00 | S |
| 15 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01391 | 11/27/2006 | $51,277.49 | S |
| 16 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01392 | 11/27/2006 | $51,561.59 | S |
| 17 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01393 | 11/27/2006 | $25,039.73 | S |
| 18 | Elan Reddell Revocable Trust<br>Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 10725-02282 | 1/12/2007 | $329,703.65 | S, U |
| 19 | Eleanor L Rogers 1991 Revocable Trust<br>C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02223 | 1/12/2007 | $304,359.78 | S, U |
| 20 | Ellen Dustman & Oliver Henry<br>3159 6Th St<br>Boulder, Co  80304 | 10725-01906 | 1/9/2007 | $150,000.00 | S |
| 21 | Ellen V Dustman & Oliver Henry<br>3159 6Th St<br>Boulder, CO  80304 | 10725-02154 | 1/12/2007 | $151,584.63 | S, U |
| 22 | Eller, Jonathan & Carol<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02080 | 1/11/2007 | $121,720.00 | S, U |
| 23 | Emerland 18 Trust The<br>C/O Avi Barashi Ttee<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00982 | 11/3/2006 | $101,041.67 | S |
| 24 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca  92807 | 10725-00939 | 11/2/2006 | $416.40 | S |
| 25 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca  92807 | 10725-00940 | 11/2/2006 | $27,230.31 | S |

916838  9th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 26 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca 92807 | 10725-00941 | 11/2/2006 | $555.75 | S |
| 27 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, CA 92807 | 10725-00942 | 11/2/2006 | $4,053.28 | S |
| 28 | Eric Noel Cartagena Trust<br>C/O Eric N Cartagena Ttee<br>2066 Flag Avenue South<br>St Louis Park, MN 55426 | 10725-01372 | 11/13/2006 | $50,000.00 | S |
| 29 | Erickson, Dolores Y<br>1455 Superior Ave #342<br>Newport Beach, CA 92663-6125 | 10725-00900 | 11/1/2006 | $390,000.00 | S |
| 30 | Erven J & Frankie J Nelson Trust<br>Erven J & Frankie J Nelson Ttees<br>2023 W Aspiration Point<br>St George, Ut 84790 | 10725-02305 | 1/13/2007 | $450,000.00 | S, U |
| 31 | Erven J Nelson Ltd Psp<br>C/O Erven J Nelson Trustee<br>2023 W Aspiration Point<br>St George, Ut 84790 | 10725-02304 | 1/13/2007 | $250,000.00 | S, U |
| 32 | Esperance Family Trust Dtd 12/9/04<br>Robert J & Mary A Esperance Ttees<br>904 Dolce Dr<br>Sparks, NV 89434-6646 | 10725-00265 | 9/27/2006 | $60,000.00 | S |
| 33 | Evalyn C Taylor Separate Property Trust<br>C/O Evalyn C TaylOR Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV 89117-6916 | 10725-00947 | 11/2/2006 | $249,788.86 | S |
| 34 | Evans, Richard Z<br>10409 Summershade Ln<br>Reno, NV 89521-5168 | 10725-01438 | 11/14/2006 | $153,283.00 | S, P |
| 35 | Evans, Richard<br>7143 Via Solana<br>San Jose, CA 95135 | 10725-01159 | 10/9/2006 | $37,000.00 | S |
| 36 | Everett H Johnston Family Trust Dtd 1/24/90<br>C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV 89450-3605 | 10725-00500 | 10/9/2006 | $668,305.12 | S |
| 37 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, Ca 94404 | 10725-01157 | 11/10/2006 | $50,000.00 | S |

| 38 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, CA  94404 | 10725-01276 | 11/10/2006 | $50,000.00 | S |
| 39 | Everett, Dan & Sandra M<br>921 Crystal Ct<br>Foster City, CA  94404 | 10725-01387 | 11/10/2006 | $50,000.00 | S |
| 40 | Everett, Daniel L & Sandra M<br>921 Crystal Ct<br>Foster City, CA  94404-3517 | 10725-01330 | 11/10/2006 | $1,164.97 | S |
| 41 | Everett, John P<br>Heart Clinics Northwest<br>6002 N Mayfair St  2Nd Fl<br>Spokane, WA  99208 | 10725-02184 | 1/12/2007 | $211,569.00 | S, U |
| 42 | Evie Dean 2000 Trust<br>C/O Evie Dean Trustee<br>29 Pheasant Ridge Dr<br>Henderson, NV  89014-2110 | 10725-01206 | 11/10/2006 | $32,668.36 | S, U |
| 43 | Evo E & Billie D Zepponi Family Trust<br>Under Agt Dtd 2/9/93<br>C/O Evo & Billie Zepponi Ttees<br>14385 W Morning Star Trl<br>Surprise, As  85374-3816 | 10728-00060 | 10/5/2006 | $3,691.66 | S |
| 44 | Failla, Frank<br>182 Apache Tear Ct<br>Las Vegas, Nv  89123 | 10725-00520 | 10/10/2006 | $72,070.98 | S |
| 45 | Falkenborg Family LLC<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02067 | 1/11/2007 | $206,262.89 | S |
| 46 | Falkenborg Family LLC<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02203 | 1/10/2007 | $206,262.89 | S |
| 47 | Fallon, Thomas<br>6410 Nw 82 Ave<br>Miami, FL  33166 | 10725-01884 | 1/8/2007 | $216,214.60 | S |

**EXHIBIT A**