## 10th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00017 | 6/2/2006 | $50,933.34 | S |
| 2 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00018 | 6/2/2006 | $50,972.22 | S |
| 3 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00019 | 6/2/2006 | $50,933.34 | S |
| 4 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00020 | 6/2/2006 | $50,933.34 | S |
| 5 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00021 | 6/2/2006 | $37,860.24 | S |
| 6 | Fanelli, John & Joanettedi<br>47 Barrett Rd<br>Greenville, NH  03048-3305 | 10725-01347 | 11/13/2006 | $150,000.00 | S |
| 7 | Fanelli, Mark<br>244 Prospect St<br>Leominster, MA  01453 | 10725-01380 | 11/13/2006 | $100,000.00 | S |
| 8 | Fanelli, Mark<br>244 Prospect St<br>Leominster, MA  01453-3004 | 10725-01381 | 11/13/2006 | $116,635.00 | S |
| 9 | Faradjollah, Jack<br>10851 Furlong Dr<br>Santa Ana, CA  92705 | 10725-00718 | 10/25/2006 | $79,003.38 | S |
| 10 | Feld, Jane<br>1141 Grand Ave<br>Oroville, Ca  95965 | 10725-00452 | 10/5/2006 | $48,047.32 | S |
| 11 | Feldman, Benjamin<br>1 St Marys Ct<br>Rancho Mirage, CA  92270 | 10725-00363 | 10/2/2006 | $23,236.98 | S |
| 12 | Ferguson Living Trust Dtd 6/28/00<br>C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, Nv  89511-6780 | 10725-01742 | 12/7/2006 | $150,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Fernandes, Christopher<br>4001 Oak Manor Ct<br>Hayward, CA  94542 | 10725-00526 | 10/10/2006 | $93,287.54 | S |
| 14 | Fernandes, Dionisio A & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00523 | 10/10/2006 | $244,646.92 | S |
| 15 | Fernandes, Jason D & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00524 | 10/10/2006 | $151,359.38 | S |
| 16 | Fernandes, Melissa<br>4001 Oak Manor Ct<br>Hayward, CA  94542 | 10725-00525 | 10/10/2006 | $116,143.68 | S |
| 17 | Ferraro, Stanley & Florence<br>2300 Airland St<br>Las Vegas, NV  89134-5317 | 10725-01734 | 12/11/2006 | $60,000.00 | S |
| 18 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01533 | 12/4/2006 | $44,253.44 | S, P |
| 19 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01535 | 12/4/2006 | $151,909.69 | S, P |
| 20 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01531 | 12/4/2006 | $6,955.74 | S |
| 21 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01532 | 12/4/2006 | $80,000.00 | S |
| 22 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01534 | 12/4/2006 | $40,089.59 | S, P |
| 23 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01536 | 12/4/2006 | $108,266.64 | S, P |
| 24 | Finnman Family Trust<br>Martha Ann Lutz Ttee<br>2712 Eastern Pkwy<br>Winterpark, FL  32789 | 10725-00790 | 10/27/2006 | $350,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 25 | First Savings Bank Custodian For<br>Jocelyne Helzer IRA<br>115 South Deer Run Rd<br>Carson City, NV  89701 | 10725-02230 | 1/12/2007 | $18,269.00 | S, U |
| 26 | First Savings Bank Custodian For<br>John A M Handal IRA<br>3575 Siskiyou Ct<br>Hayward, CA  94542 | 10725-02285 | 1/12/2007 | $253,672.92 | S, U |
| 27 | First Savings Bank Custodian For<br>L Earle Romak Ira<br>Po Box 6185<br>Incline Village, Nv  89450 | 10725-02326 | 1/13/2007 | $1,000,000.00 | S, U |
| 28 | First Savings Bank Custodian For<br>Randy Sanchez Ira<br>5713 N White Sands Rd<br>Reno, Nv  89511 | 10725-02217 | 1/12/2007 | $347,031.95 | S,U |
| 29 | First Savings Bank Custodian For<br>Richard W Gilmour<br>PO Box 1241<br>Camano Island, WA  98292-1241 | 10725-01864 | 1/10/2007 | $160,697.26 | S, U |
| 30 | First Savings Bank Custodian For<br>Robert G Fuller IRA<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 10725-02096 | 1/11/2007 | $108,272.33 | S, U |
| 31 | First Savings Bank Custodian Of John W Brouwers Md<br>Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 10725-00175 | 9/1/2006 | $50,895.83 | S |
| 32 | First Savings Bank Custodian Of The Paul Bloch Ira<br>Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 10725-00172 | 8/28/2006 | $152,687.50 | S |
| 33 | First Savings Bank<br>Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV  89119 | 10725-00163 | 8/28/2006 | $101,493.06 | S |
| 34 | First Savings Bank<br>Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV  89119 | 10725-00193 | 9/8/2006 | $101,493.06 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 35 | Florence Bolatin Living<br>C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, NV  89117-1866 | 10725-01156 | 11/9/2006 | $110,712.00 | S |
| 36 | Florence Bolatin Living<br>C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, Nv  89117-1866 | 10725-01156 | 11/9/2006 | $110,712.00 | S |
| 37 | Folendorf, Tad<br>Po Box 1<br>Angels Camp, Ca  95222 | 10725-00326 | 9/29/2006 | $50,000.00 | S |
| 38 | Fontana, Steffi<br>16400 Saybrook Ln<br>Spc 111<br>Huntington Beach, CA  92649-2268 | 10725-00739 | 10/26/2006 | $54,437.00 | S |
| 39 | Ford, Tomie S<br>335 Desert Meadow Ct<br>Reno, NV  89502-8725 | 10725-00583 | 10/13/2006 | $60,000.00 | S |
| 40 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway #1400<br>Portland, Or  97205 | 10725-00898 | 11/1/2006 | $57,609.00 | U<br>P, S - undetermined |
| 41 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway Ste 1400<br>Portland, OR  97205 | 10725-00106 | 8/10/2006 | Unknown | S, P, U |
| 42 | Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>Po Box 362<br>Carnelian Bay, CA  96140-0362 | 10725-00418 | 10/3/2006 | $553,778.99 | S |
| 43 | Foxcroft, David<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-00726 | 10/26/2006 | $60,000.00 | S |
| 44 | Francis Family Trust Dtd 11/10/98<br>Bruce & Tamara Francis Ttee<br>2360 E Mallory Cir<br>Mesa, AZ  85213 | 10725-00176 | 9/1/2006 | $50,895.83 | S |
| 45 | Fraser Atwater Properties Llc<br>Edward Fraser<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00135 | 8/11/2006 | $25,000.00 | S<br>U - Unknown amount |

91695  10th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 46 | Fraser IRA, Edward C<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00141 | 8/15/2006 | $25,000.00 | S<br>U - Unknown amount |
| 47 | Fraser IRA, Edward C<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00143 | 8/15/2006 | $56,000.00 | S<br>U - Unknown amount |
| 48 | Fraser, Edward & Marge<br>14220 Sorrel Ln<br>Reno, NV  89511-6744 | 10725-00104 | 8/11/2006 | $28,000.00 | S<br>U - Unknown amount |
| 49 | Fred & Kellee Kempf Trust<br>C/O Marius & Mary A Kempf Tteees<br>2560 Forest City Dr<br>Henderson, Nv  89052-6951 | 10725-00433 | 10/4/2006 | $106,000.00 | S |
| 50 | Fred Teriano<br>P.O. Box 96331<br>Las Vegas, NV 89193-6331 | 10725-00603 | 10/16/2006 | $165,000.00 | S |