**11th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Freda Newman Trust Dtd 7/26/84<br>Freda Newman Trustee<br>C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ  86336 | 10725-02031 | 1/11/2007 | $233,504.72 | S, U |
| 2 | Freeda Cohen Trust<br>C/O Rosalind L Stark<br>10905 Clarion Ln<br>Las Vegas, NV  89134 | 10725-01995 | 1/10/2007 | $50,716.38 | S, U |
| 3 | Freedom Properties Inc<br>1820 Star Pine Ct<br>Reno, NV  89523-4807 | 10725-00801 | 10/30/2006 | $450,000.00 | S |
| 4 | Freedus, Michael<br>2535 Lake Rd<br>Delanson, NY  12053 | 10725-02143 | 1/11/2007 | $355,812.10 | S, U |
| 5 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV  89102-2094 | 10725-00011 | 5/23/2006 | $51,033.34 | S |
| 6 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV  89102-2094 | 10725-00014 | 5/23/2006 | $51,076.38 | S |
| 7 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, Nv  89102-2020 | 10725-00012 | 5/23/2006 | $35,583.34 | S |
| 8 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, Nv  89102-2020 | 10725-00013 | 5/23/2006 | $17,538.18 | S |
| 9 | Fuchs, Stephen J<br>117 29Th Ave N<br>Saint Cloud, MN  56303-4253 | 10725-00740 | 10/26/2006 | $50,000.00 | S |
| 10 | Fuller Ttee Of The Rgf Revocable Trust, Robert G<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 10725-02097 | 1/11/2007 | $243,523.62 | S, U |
| 11 | Fuller, David & Monica<br>955 Mullen<br>Henderson, NV  89044 | 10725-01231 | 11/9/2006 | $215,404.36 | S, P |

918054   11th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 12 | G&L Nelson Limited Partnership<br>Attn C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV 89520 | 10725-00284 | 10/3/2006 | $309,259.00 | S |
| 13 | G&L Nelson Limited Partnership<br>Attn C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV 89520 | 10725-00285 | 10/3/2006 | $514,624.00 | S |
| 14 | Gail Hodes Living Trust Dtd 9/10/03<br>C/O Gail R Hodes Trustee<br>16872 Baruna Ln<br>Huntington Beach, Ca 92649 | 10725-01573 | 12/7/2006 | UNKNOWN | S, U |
| 15 | Gail Hodes Living Trust<br>C/O Gail R Hodes Trustee<br>16872 Baruna Ln<br>Huntington Beach, Ca 92649-3020 | 10725-00901 | 11/1/2006 | UNKNOWN | S, U |
| 16 | Galloway, Ellyson J<br>7440 S Blackhawk St<br>#12208<br>Englewood, Co 80112-4355 | 10725-02310 | 1/13/2007 | $91,948.00 | S, U |
| 17 | Gary A. Thibault & Sandra C. Thibault<br>4525 Dawn Peak St.<br>Las Vegas, NV 89129-3235 | 10725-00623 | 10/17/2006 | Unknown | S |
| 18 | Gary Bonnema<br>P.O. Box 8649<br>Horseshoe Bay, TX 78657 | 10725-00694 | 10/20/2006 | $50,516.67 | S |
| 19 | Gary D. Ward Ira<br>26077 Charing Cross Rd.<br>Valencia, CA 91355-2029 | 10725-00685 | 10/20/2006 | $75,000.00 | S |
| 20 | Gary Hogan Ira H01Bd<br>9900 Wilbur May Pkwy<br>Apt 1604<br>Reno, NV 89521-4016 | 10725-00426 | 10/4/2006 | $50,000.00 | S |
| 21 | Gary L & Virginia L Mcdaniel 1991 Living Trust<br>Dtd 5/1/91<br>C/O Gary L & Virginia L Mcdaniel Trustees<br>2101 Lookout Point Circle<br>Las Vegas, NV 89117-5805 | 10725-00294 | 9/29/2006 | $100,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | |
|---|---|---|---|---|---|
| 22 | Gasparro, Kelley N & Nicolas S<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 10725-01681 | 12/11/2006 | $57,423.52 | S |
| 23 | Gassiot IRA, Joan B<br>C/O American Pension Services<br>11027 S State St<br>Sandy, UT  84070 | 10725-00151 | 8/14/2006 | $56,000.00 | S |
| 24 | Gates Family Trust Dtd 6/16/00<br>Elwyn G & Mildred Ann Gates Ttees<br>387 1/2 Ocean View Ave<br>Encinitas, CA  92024-2625 | 10725-00336 | 9/28/2006 | $52,500.00 | S |
| 25 | Gazella Teague Living<br>Gazella Teague Ttee<br>R Scott Palmer<br>Watkinson Laird Rubenstein Baldwin & Burgess<br>101 E Broadway, Ste 200<br>Eugene, OR  97401 | 10725-00199 | 9/20/2006 | $105,787.67 | S |
| 26 | Geiger, Robert & Ruth<br>1352 Mount Hood St<br>Las Vegas, NV  89110-1916 | 10725-00329 | 9/28/2006 | $75,000.00 | S |
| 27 | Geller, Robert<br>1849 Cherry Knolls St<br>Henderson, Nv  89052 | 10725-00300 | 9/29/2006 | Unknown | S |
| 28 | Gene Smith & Emily Smith Patricia Gunn<br>419 Shipley Dr<br>Yerington, NV  89447-2632 | 10725-00584 | 10/13/2006 | $53,715.25 | S |
| 29 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL  60611 | 10725-00022 | 5/25/2006 | $132.80 | S |
| 30 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL  60611 | 10725-00023 | 5/25/2006 | $35,570.30 | S |
| 31 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL  60611 | 10725-00024 | 5/25/2006 | $37,963.77 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 32 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL  60611 | 10725-00025 | 5/25/2006 | $17,682.47 | S |
| 33 | Gentle Bay 1997 Trust<br>C/O Jacques M Massa Ttee<br>7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 10725-02297 | 1/12/2007 | $250,000.00 | S |
| 34 | George S & Natalie H Cohan Family Trust Dtd 4/3/03<br>C/O George S Cohan Trustee<br>2048 Foxfire Ct<br>Henderson, NV  89012-2190 | 10725-00530 | 10/10/2006 | $200,000.00 | S |
| 35 | Georges 1987 Trust<br>Leonard J & Jean Georges Ttees<br>701 Rancho Cir<br>Las Vegas, NV  89107-4619 | 10725-00998 | 11/6/2006 | $100,000.00 | S |
| 36 | Georges 1987 Trust<br>Leonard J & Jean Georges Ttees<br>701 Rancho Cir<br>Las Vegas, NV  89107-4619 | 10725-00999 | 11/6/2006 | $200,000.00 | S |
| 37 | Gerwin, Caroline<br>4775 Summit Ridge Dr<br>Apt 1101<br>Reno, Nv  89523-7917 | 10725-00390 | 10/2/2006 | $25,000.00 | S |
| 38 | Ggrm Pension Profit Sharing Plan<br>C/O Gabriel A Martinez Ttee<br>601 S 9Th St<br>Las Vegas, NV  89101-7012 | 10725-01186 | 11/10/2006 | $142,000.00 | S |
| 39 | Giannetti, Ricardo<br>5295 Via Andalusia<br>Yorba Linda, CA  92886 | 10725-01489 | 11/27/2006 | $45,788.99 | S |
| 40 | Gilbert Jr, Elmer Eugene<br>81590 Chenel Rd<br>Folsom, LA  70437 | 10725-01994 | 1/10/2007 | $227,620.28 | S, U |
| 41 | Gilbert Manuel Living Trust Dtd 1/3/92<br>C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 10725-01914 | 1/10/2007 | $243,374.30 | S, U |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Gilbert, Lauren J & Erin M<br>C/O Michele Gilbert Custodian<br>3331 S Park St<br>Las Vegas, NV  89117-6722 | 10728-00062 | 10/6/2006 | $ | 50,000.00 | S |
| 43 | Gilbert, Lauren J<br>C/O Michele Gilbert Custodian<br>3331 S Park St<br>Las Vegas, NV  89117-6722 | 10728-00063 | 10/6/2006 | $ | 25,000.00 | S |
| 44 | Gish Family Trust Dtd 6/25/89<br>George J & Deanna K Gish Ttees<br>2104 Red Dawn Sky St<br>Las Vegas, NV  89134-5538 | 10725-00387 | 10/2/2006 | | $54,500.00 | S, P, U |
| 45 | Gladstone-Katz Revocable Trust, Gale<br>Gale Gladstone-Katz Trustee<br>1320 North St<br>#29<br>Santa Rosa, CA  95404 | 10725-02277 | 1/12/2007 | | $677,059.05 | S, U |
| 46 | Glen & Carrie Donahue Living Trust Dtd 4/30/94<br>Glenn M & Carrie Donahue Ttee<br>39 Bridgeport Rd<br>Newport Beach, CA  92657-1015 | 10725-00220 | 9/25/2006 | | $1,908.08 | S |
| 47 | Gloy, Tom<br>Po Box 4497<br>Incline Village, NV  89450 | 10725-00066 | 11/2/2006 | | $200,000.00 | S |
| 48 | Godgrey, John A<br>Pinnacle Entertainment Inc<br>3800 Howard Hughes Pkwy<br>Ste 1800<br>Las Vegas, NV  89109-5921 | 10725-01034 | 11/6/2006 | | $50,000.00 | S |
| 49 | Goetsch, David<br>1616 Jones St<br>Minden, Nv  89423 | 10725-01097 | 11/8/2006 | Blank | | S |
| 50 | Goforth, Phillip Darin & Francesca M<br>13301 Silver Peak Pl New<br>Albuquerque, Nm  87111-8264 | 10728-00054 | 10/2/2006 | | $50,000.00 | S |