**12th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Gold Plated LLC<br>Dwight W & Mary Ann Harouff<br>5680 Ruffian Rd<br>Las Vegas, NV  89149 | 10725-01964 | 1/10/2007 | $752,859.27 | S, U |
| 2 | Golden, Joseph<br>144 Dawn Ct<br>Old Bridge, Nj  08857 | 10725-00365 | 10/2/2006 | $25,000.00 | S |
| 3 | Goldstein, Marilyn<br>37 Linwood Rd South<br>Port Washington, NY  11050 | 10725-00450 | 10/5/2006 | $50,542.70 | S |
| 4 | Goode IRA, James Paul<br>C/O First Savings Bank Custodian<br>401 Puuhale Rd<br>Honolulu, HI  96819 | 10725-01972 | 1/10/2007 | $173,334.75 | S, U |
| 5 | Goode, James Paul<br>401 Puuhale Rd<br>Honolulu, HI  96819 | 10725-01971 | 1/10/2007 | $708,761.49 | S, U |
| 6 | Goodness Living Trust Dtd 6/28/00<br>C/O Rachelle A Gooodness Ttee<br>3985 Lake Placid Dr<br>Reno, Nv  89511-6780 | 10725-01743 | 12/7/2006 | $100,000.00 | S |
| 7 | Goodwin, Michael John<br>555 Yellow Pine Rd<br>Reno, Nv  89511 | 10725-02162 | 1/12/2007 | $505,538.20 | S,U |
| 8 | Goodwin, Michael<br>555 Yellow Pine Rd<br>Reno, Nv  89511 | 10725-01677 | 12/11/2006 | $454,405.00 | S |
| 9 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca  94116-2613 | 10725-01834 | 1/2/2007 | $62,875.03 | S, U |
| 10 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca  94116-2613 | 10725-01835 | 1/2/2007 | $62,875.03 | S, U |
| 11 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca  94116-2613 | 10725-01836 | 1/2/2007 | $62,875.03 | S, U |
| 12 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca  94116-2613 | 10725-01837 | 1/2/2007 | $19,897.62 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Graham, Douglas S & Valerie L<br>Po Box 276<br>Cambria, CA  93428-0276 | 10725-01164 | 11/9/2006 | $53,500.00 | S |
| 14 | Graham, Nanci<br>240 Upper Ter #3<br>San Francisco, CA  94117-4516 | 10725-02183 | 1/12/2007 | $15,823.13 | S |
| 15 | Graham, William<br>3124 Queensgate  Ln<br>Modesto, Ca  95355 | 10725-00228 | 9/25/2006 | $50,000.00 | S |
| 16 | Gray Ira, Thomas C<br>31672 Scenic Dr<br>Laguna Beach, Ca  92651-8205 | 10725-00222 | 9/25/2006 | $50,000.00 | S |
| 17 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-00993 | 10/27/2006 | $400.19 | S |
| 18 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-00995 | 11/6/2006 | $25,000.00 | S |
| 19 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Ttee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-01026 | 10/27/2006 | $6,900.00 | S |
| 20 | Gregory D Yonai Family Trust<br>Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-01001 | 10/27/2006 | $27,500.00 | S |
| 21 | Gregory D Yonai Family Trust<br>Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-01002 | 10/27/2006 | $55,500.00 | S |
| 22 | Gregory J & Shauna M Walch Family Trust<br>C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV  89012-2704 | 10725-00868 | 10/31/2006 | $500,000.00 | S |
| 23 | Gross, Mary Margaret<br>717 Merialdo Ln<br>Las Vegas, NV  89145 | 10725-00393 | 10/2/2006 | $50,780.00 | S |

918061  12th Obejction to claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 24 | Grundman, Erna<br>1608 Brown St<br>Carson City, NV  89701 | 10725-01542 | 12/6/2006 | $17,911.11 | S, P |
| 25 | Grundman, Joanne<br>1608 Brown St<br>Carson City, NV  89701 | 10725-01544 | 12/6/2006 | $54,818.09 | S, P |
| 26 | Gunderson, Wynn A & Lorraine J<br>33941 N 67Th St<br>Scottsdale, AZ  85262-7250 | 10725-02321 | 1/13/2007 | $100,000.00 | S |
| 27 | Gunderson, Wynn<br>33941 N 67Th St<br>Scottsdale, AZ  85262 | 10725-02322 | 1/13/2007 | $100,000.00 | S |
| 28 | Gunning, Toby A<br>7245 Brockway Ct<br>Reno, NV  89523-3247 | 10725-01608 | 12/8/2006 | $138,320.55 | S, U |
| 29 | Gunning, Toby<br>7245 Brockway Ct<br>Reno, NV  89523 | 10725-02155 | 1/12/2007 | $145,599.93 | S, U |
| 30 | Gunther, Barbara L<br>PO Box 614<br>Verdi, NV  89439 | 10725-02172 | 1/12/2007 | $25,392.88 | S, U |
| 31 | Guptail, Priscilla M<br>Po Box 9550<br>Bend, OR  97708 | 10725-02237 | 1/12/2007 | $25,000.00 | S |
| 32 | Guyer, Nancy<br>455 Enterprise Ct<br>Boulder City, NV  89005 | 10725-02195 | 1/12/2007 | $54,000.00 | S |
| 33 | Hains, Kelley M & Jamie K<br>5349 Mira Loma Dr<br>Reno, NV  89502 | 10725-02156 | 1/12/2007 | $60,000.00 | S, U |
| 34 | Halseth Family Trust  Totally Restarted 4/21/00<br>Daniel R & Sandrak Ttees<br>23 Molas Dr<br>Durango, Co  81301 | 10725-01936 | 1/9/2007 | Blank | S, U |
| 35 | Hammond Ttee Of The Dar Living Trust, Darlene<br>308 LA Rue Ct<br>Las Vegas, NV  89145 | 10725-02045 | 1/11/2007 | $164,688.50 | S, U |
| 36 | Handal, John A M<br>3575 Siskiyou Ct<br>Hayward, CA  94542 | 10725-02286 | 1/12/2007 | $711,472.73 | S, U |

918061  12th Obejction to claims Asserting Secured Claim Status

**EXHIBIT A**

3

| # | Name/Address | Claim # | Date | Amount | |
|---|---|---|---|---|---|
| 37 | Handal, John A<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 10725-00955 | 11/2/2006 | $289,167.00 | S |
| 38 | Handelman Charitable Remainder Unitrust Dtd 5/3/97<br>C/O Gloria W Handelman Ttee<br>2324 Caserta Ct<br>Henderson, NV 89074-5316 | 10725-01464 | 11/14/2006 | $501,255.08 | S |
| 39 | Handelman, Gloria & Jim<br>2324 Caserta Ct<br>Henderson, NV 89074 | 10725-01468 | 11/14/2006 | $813,000.00 | S |
| 40 | Handelman, Gloria W & Jim<br>2324 Caserta Ct<br>Henderson, NV 89074-5316 | 10725-01466 | 11/14/2006 | $507,812.49 | S |
| 41 | Handlin Family Trust 4/16/04<br>C/O Shirley M Handlin Trustee<br>8855 Leroy St<br>Reno, Nv 89523-9777 | 10725-00651 | 10/23/2006 | $22,425.00 | S |
| 42 | Hansen, Edwin C & Rachel M<br>2549 Shettler Rd<br>Muskegon, Mi 49444-4356 | 10728-00078 | 10/23/2006 | $130,000.00 | S |
| 43 | Hanslik, Waldemar<br>10420 Marymont Pl<br>Las Vegas, NV 89134 | 10725-00333 | 9/28/2006 | $70,000.00 | S |
| 44 | Harding, Nemo & Erin<br>419A Atkinson Dr Apt 504<br>Honolulu, HI 96814-4711 | 10725-00935 | 11/2/2006 | $21,792.24 | S |
| 45 | Harding, Nemo & Erin<br>419A Atkinson Dr<br>Apt 504<br>Honolulu, HI 96814-4711 | 10725-00936 | 11/2/2006 | $12,951.80 | S |