## 13th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00612 | 10/16/2006 | $50,000.00 | S |
| 2 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00613 | 10/16/2006 | $50,000.00 | S |
| 3 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00614 | 10/16/2006 | $25,000.00 | S |
| 4 | Harkins 2001 Revocable Trust Dtd 8/23/01<br>Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 10725-00484 | 10/6/2006 | $50,000.00 | S |
| 5 | Harkins 2001 Revocable Trust Dtd 8/23/01<br>Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 10725-00486 | 10/6/2006 | $25,000.00 | S |
| 6 | Harkins Of The Harkins 2001 Revoc-<br>Leslie & Linda Able Tr<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 10725-00481 | 10/6/2006 | $50,000.00 | S |
| 7 | Harms, Kurt & Sandra<br>5513 Indian Hills Ave<br>Las Vegas, NV  89130-2073 | 10725-00409 | 10/2/2006 | $56,766.70 | S, U |
| 8 | Harold & Beverly Willard 1980 Trust Dtd 12/18/80<br>Harold & Beverly Willard Ttees<br>400 Bavarian Dr<br>Carson City, NV  89705-7008 | 10725-00280 | 9/27/2006 | $50,000.00 | S |
| 9 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave Apt 703<br>San Mateo, Ca  94402-7117 | 10725-00237 | 9/26/2006 | $50,000.00 | S |

918063  13th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 10 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave Apt 703<br>San Mateo, Ca  94402-7117 | 10725-00238 | 9/26/2006 | $50,000.00 | S |
| 11 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave<br>Apt 703<br>San Mateo, Ca  94402-7117 | 10725-00239 | 9/26/2006 | $50,000.00 | S |
| 12 | Harouff Jt Ten, Dwight W & Mary Ann<br>5680 Ruffian Rd<br>Las Vegas, NV  89149 | 10725-01965 | 1/10/2007 | $126,866.20 | S, U |
| 13 | Harouff Ttees Of The Skip & Mary Harouff Trust, Mary Ann & Dwight W<br>5680 Ruffian Rd<br>Las Vegas, NV  89149 | 10725-01966 | 1/10/2007 | $313,278.39 | S, U |
| 14 | Harouff Ttees Of, Dwight W & Mary Ann The Harouff Charitable Remainder<br>5680 Ruffian Rd<br>Las Vegas, NV  89149 | 10725-01963 | 1/10/2007 | $284,090.98 | S, U |
| 15 | Harrington, Suze<br>2131 Connor Park Cv<br>Salt Lake City, UT  84109-2468 | 10725-02058 | 1/11/2007 | $304,534.25 | S, U |
| 16 | Harrision Family Trust 7/27/99<br>Thomas & Marguerite Harrison<br>930 Dorcey Dr<br>Incline Village, Nv  89451 | 10725-02005 | 1/10/2007 | $25,281.25 | S,U |
| 17 | Harrison Ttees Of The Harrison Family Tr, Thomas B & Marguerite F<br>930 Dorcey Dr<br>Incline Village, NV  89451 | 10725-02003 | 1/10/2007 | $307,175.18 | S, U |
| 18 | Harry B Mchugh Revocable Trust Dtd 03/12/01<br>C/O Harry B Mchugh Trustee<br>525 Court St<br>Reno, NV  89501-1731 | 10725-00582 | 10/13/2006 | $90,000.00 | S |
| 19 | Harry G & Beverly C Fritz Family Trust Dtd 4/13/95<br>C/O Beverly C Fritz Trustee<br>3242 Brookfield Dr<br>Las Vegas, NV  89120-1939 | 10725-00312 | 9/29/2006 | $2,953.46 | S |
| 20 | Hart, Kay J<br>455 Magnolia Ave<br>Fairhope, AL  36532 | 10725-02049 | 1/11/2007 | $303,105.58 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Hartwell, Harold<br>3424 E Tonopah Ave<br>N Las Vegas, NV  89030 | 10725-01045 | 11/6/2006 | $150,000.00 | S |
| 22 | Harvey, Alderson<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-01107 | 11/8/2006 | $50,000.00 | S |
| 23 | Harvey, Roderick J Sr & Pauline W<br>Trustees Of Harvey Family Trust, Dtd<br>4/13/97<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00214 | 9/29/2006 | $50,000.00 | S |
| 24 | Harvey, Roderick J Sr & Pauline W<br>Trustees Of Harvey Family Trust, Dtd<br>4/13/97<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00215 | 9/29/2006 | $50,000.00 | S |
| 25 | Hasen, Terry<br>Po Box 458<br>Sparks, NV  89432 | 10725-01105 | 11/6/2006 | $105,000.00 | S |
| 26 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L<br>C/O  Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 10725-01915 | 1/10/2007 | $243,374.30 | S, U |
| 27 | Havins, Kimberly<br>3125 Shadowleaf Ct<br>Las Vegas, Nv  89117 | 10725-00564 | 10/12/2006 | $280,000.00 | S |
| 28 | Hedlund, Michael & Carol<br>Albright Stoddard Warnick & Albright<br>801 S Rancho Dr  #D-4<br>Las Vegas, NV  89106 | 10725-00063 | 7/17/2006 | $262,241.81 | S |
| 29 | Hees Jt Ten, Christina L & Donald L<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02091 | 1/11/2007 | $25,098.63 | S, U |
| 30 | Heinbaugh, Judith<br>Po Box 8537<br>Incline Village, NV  89452 | 10725-00442 | 10/5/2006 | $175,000.00 | S |
| 31 | Heller Trust<br>Robert E & Edna W Heller Ttees<br>152 Ave De La Bleu De Clair<br>Sparks, NV  89434-9558 | 10725-01038 | 11/6/2006 | $53,457.30 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 32 | Helmberger, Richard A<br>2300 Rock Springs Dr<br>Apt 2044<br>Las Vegas, Nv  89128-3150 | 10725-00498 | 10/9/2006 | $1,351.00 | S |
| 33 | Helmberger, Richard A<br>39080 Santa Rosa Ct<br>Murrietta, CA  92563 | 10725-00497 | 10/9/2006 | $183,155.95 | S |
| 34 | Helms Homes LLC<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 10725-02292 | 1/12/2007 | $6,348,967.22 | S, U |
| 35 | Helzer, Jocelyne<br>115 South Deer Run Rd<br>Carson City, NV  89701 | 10725-02232 | 1/12/2007 | $24,606.50 | S, U |
| 36 | Hendler, Jane<br>4154 Saint Clair Ave<br>Studio City, CA  91604-1607 | 10725-00446 | 10/5/2006 | $71,160.43 | S |
| 37 | Hendler, Jane<br>4154 St Clair Ave<br>Studio City, CA  91604 | 10725-00447 | 10/5/2006 | $71,160.43 | S, U |
| 38 | Herd Family Trust Dtd 4/23/99<br>C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA  95222-9768 | 10725-02042 | 1/11/2007 | $303,044.51 | S, U |
| 39 | Hermaine & Seymour Hinden Living Trust Dtd 2/22/00<br>C/O Hermaine & Seymour Hinden Ttees<br>2721 Orchid Valley Dr<br>Las Vegas, Nv  89134-7327 | 10725-00953 | 11/2/2006 | $40,000.00 | S |
| 40 | Hess, Donald L<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02092 | 1/11/2007 | $50,736.30 | S, U |
| 41 | Hewlett Packard Financial Services Co.<br>Peter Ashcroft Esquire<br>Bernstein Law Firm PC<br>2200 Gulf Tower<br>707 Grant St.<br>Pittsburgh, PA  15219 | 10725-00105 | 8/10/2006 | $34,063.78 | S |
| 42 | Heyboer, Judy<br>1150 Hidden Oaks Dr<br>Menlo Park, CA  94025 | 10725-00330 | 9/28/2006 | $75,000.00 | S |
| 43 | HFAH Asylum LLC<br>Homes for America Holdings Inc.<br>86 Main St<br>Second Fl<br>Yonkers, NY  10701-2738 | 10725-01318 | 11/13/2006 | $6,685,850.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Higgins, Diane H<br>571 Alden<br>Incline Village, NV  89451-8333 | 10725-00755 | 10/30/2006 | $100,000.00 | S |
| 45 | Higgins, Larry D<br>571 Alden<br>Incline Village, NV  89451-8333 | 10725-00959 | 11/1/2006 | $112,633.31 | S |
| 46 | High, Edward O<br>1413 Pelican Bay Trail<br>Winter Park, FL  32792 | 10725-02048 | 1/11/2007 | $201,997.38 | S, U |
| 47 | Hill, Robert W<br>4900 San Timoteo Ave Nw<br>Albuquerque, NM  87114-3813 | 10725-00356 | 10/2/2006 | $800.39 | S, P |
| 48 | Hogan, Gary M<br>9900 Wilbur May Pkwy<br>Apt 1604<br>Reno, NV  89521-4016 | 10725-00427 | 10/4/2006 | $50,000.00 | S |
| 49 | Hoggard, Jack<br>7022 Rushwood Dr<br>El Dorado Hills, Ca  95762 | 10725-00244 | 9/26/2006 | $15,000.00 | S |