**14th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Hoglund IRA, John A<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00081 | 7/17/2006 | $51,058.96 | S |
| 2 | Hoglund IRA, John A<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00086 | 7/17/2006 | $104,166.39 | S |
| 3 | Hoglund IRA, Patricia O<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00083 | 7/17/2006 | $51,055.03 | S |
| 4 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00082 | 7/17/2006 | $51,597.18 | S |
| 5 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00084 | 7/17/2006 | $50,689.90 | S |
| 6 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00085 | 7/17/2006 | $51,533.44 | S |
| 7 | Horgan, Patrick J<br>Attn  C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV  89520 | 10725-00286 | 10/3/2006 | $50,000.00 | S |
| 8 | Horgan, Patrick J<br>Attn  C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, Nv  89520 | 10725-00287 | 10/3/2006 | $50,000.00 | S |
| 9 | Houghton Dental Corp Psp<br>F/B/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA  92571 | 10725-01257 | 11/9/2006 | $400,000.00 | S<br>P, U -- Unknown |
| 10 | Houston Revocable Family Trust Dtd 12/20/85, Willian & Susan<br>C/O Susan & William Houston Ttees<br>7737 Spanish Bay Dr<br>Las Vegas, NV  89113-1396 | 10725-01804 | 12/18/2006 | $100,000.00 | S |
| 11 | Houston, Susan<br>7737 Spanish Bay Dr<br>Las Vegas, NV  89113 | 10725-01805 | 12/18/2006 | $100,000.00 | S |

918076  14th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 12 | Howarth, Marjorie<br>30116 Corte San Luis<br>Temecula, CA  92591 | 10725-01031 | 11/6/2006 | $25,000.00 | S |
| 13 | Hruby, Monica M<br>Po Box 3191<br>Incline Village, Nv  89450-3191 | 10725-00342 | 9/28/2006 | $312,400.00 | S |
| 14 | Huffman Family Trust Dtd 5/28/98<br>Hilary & Cynthia Huffman Ttees<br>140 Gazelle Rd<br>Reno, NV  89511-6642 | 10725-01737 | 12/11/2006 | $88,750.00 | S |
| 15 | Huffman Ttees Of The Huffman Family Tr, Hilary A & Cynthia L<br>140 Gazelle Rd<br>Reno, NV  89511 | 10725-02122 | 1/11/2007 | $101,416.23 | S, U |
| 16 | Huish, Jamie<br>2013 Madagascar Ln<br>Las Vegas, NV  89117 | 10725-01286 | 11/10/2006 | $95,788.99 | S |
| 17 | Huish, Jamie<br>2013 Madagascar Ln<br>Las Vegas, NV  89117 | 10725-01289 | 11/10/2006 | $95,789.00 | S |
| 18 | Humphrey, Todd<br>18665 Meadowlark Ct<br>Penn Valley, CA  95946 | 10725-00419 | 10/3/2006 | $100,000.00 | S |
| 19 | Humphry 1999 Trust<br>Jack Humphry & Alice Hunphry, Trustees<br>3825 Champagne Wood Drive<br>North Las Vegas, NV  89031 | 10725-00588 | 10/13/2006 | $186,631.00 | S |
| 20 | Huthert, James F & Elizabeth A<br>487 Sudden Vly<br>Bellingham, WA  98229-4809 | 10725-00825 | 10/30/2006 | $58,333.30 | S |
| 21 | Huthert, James<br>487 Sudden Vly<br>Bellingham, WA  98229 | 10725-00820 | 10/30/2006 | $66,666.60 | S |
| 22 | Inge Grist, An Unmarried Woman<br>Av Paseo De La Marina Nte 535<br>Apt. #504<br>Puerto Vallarta, Jalisco 48300 | 10725-00551 | 10/11/2006 | $81,727.06 | S |
| 23 | Ingman, Marc M<br>1923 LA Mesa Dr<br>Santa Monica, CA  90402-2322 | 10725-01911 | 1/10/2007 | $253,750.00 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 24 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae  9102 | 10725-00841 | 10/31/2006 | $50,659.78 | S |
| 25 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae  9102 | 10725-00842 | 10/31/2006 | $50,198.47 | S |
| 26 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae  9102 | 10725-00843 | 10/31/2006 | $135,080.35 | S |
| 27 | Iona Pete Bakas Halliday<br>Po Box 39147<br>Ft Lauderdale, FL  33339-9147 | 10728-00061 | 10/5/2006 | $ 50,000.00 | S |
| 28 | Isenberg, Edwin<br>952 Las Lomas Ave<br>Pacific Palisades, CA  90272-2430 | 10725-00278 | 9/27/2006 | $50,000.00 | S |
| 29 | Ives Ttee Of The, Evelyn A<br>Melvin J & Evelyn A Ives Bypass<br>220 First St #3<br>Seal Beach, CA  90740 | 10725-02187 | 1/12/2007 | $450,000.00 | S, U |
| 30 | Ives Ttee Of The, Evelyn A<br>Melvin J & Evelyn A Ives Qtip Tr<br>220 First St  #3<br>Seal Beach, CA  90740 | 10725-02186 | 1/12/2007 | $330,509.00 | S, U |
| 31 | Jack J Beaulieu Revocable Living Trust Dtd 9/1/94<br>Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, Nv  89121 | 10725-01585 | 12/8/2006 | $37,500.00 | S<br>U - unknown |
| 32 | Jack J Beaulieu Revocable Living Trust Dtd 9/1/94<br>Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, Nv  89121 | 10725-01586 | 12/8/2006 | $112,500.00 | S<br>U - unknown |
| 33 | Jack J Beaulieu Revocable Living Trust Dtd 9/1/94<br>Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, Nv  89121 | 10725-01587 | 12/8/2006 | $20,000.00 | S<br>U - unknown |

| # | Name / Address | Claim No. | Date | Amount | Status |
|---|---|---|---|---|---|
| 34 | Jack J Beaulieu Revocable Living Trust Dtd 9/1/94<br>Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, Nv  89121 | 10725-01588 | 12/8/2006 | $37,500.00 | S<br>U - unknown |
| 35 | Jack J Beaulieu Revocable Living Trust Dtd 9/1/94<br>Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, Nv  89121 | 10725-01589 | 12/8/2006 | $100,000.00 | S<br>U - unknown |
| 36 | Jack R Clark & Linda C Reid Jt Ten<br>9900 Wilbur May Pkwy #4701<br>Reno, NV  89521-3089 | 10725-02059 | 1/11/2007 | $891,016.03 | S, U |
| 37 | Jack S Tiano Accountancy Corp<br>116 W El Portal Ste 103<br>San Clemente, CA  92672 | 10725-01831 | 12/29/2006 | $53,389.12 | S |
| 38 | Jack S Tiano Accountancy Corp<br>116 W El Portal Ste 103<br>San Clemente, Ca  92672 | 10725-01832 | 12/29/2006 | $52,673.28 | S |
| 39 | Jacqueline Barbara Valiente Revocable Tr<br>Jacqueline Barbara Valiente Ttee<br>8804 Rio Grande Falls Ave<br>Las Vegas, NV  89178-7217 | 10725-01172 | 11/10/2006 | $50,000.00 | S |
| 40 | Jacqueline Scott<br>306 Torrey Pines<br>Dayton, NV 89403 | 10725-00626 | 10/17/2006 | $50,000.00 | S |
| 41 | James E. Mcknight<br>233 Branch Ave.<br>Freeport, NY 11520 | 10725-00673 | 10/20/2006 | $633.33 | S |
| 42 | James E. Mcknight<br>233 Branch Ave.<br>Freeport, NY 11520 | 10725-00674 | 10/23/2006 | $50,000.00 | S |
| 43 | James Gary Machetta Trust Dtd 7/9/02<br>C/O James Gary Machetta Trustee<br>Po Box 2242<br>Denver, Co  80201-2242 | 10725-00454 | 10/5/2006 | Blank | S |
| 44 | James, Donald E<br>2038 Palm St  #438<br>Las Vegas, NV  89104 | 10725-00033 | 4/24/2006 | $60,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Jamie Kefalas Trust<br>C/O Francis Howard Trustee<br>7 Commerce Center Dr Ste A<br>Henderson, NV 89014 | 10725-01870 | 1/5/2007 | $125,000.00 | S |
| 46 | Janet P Johnson Living Trust Dtd 7/10/04<br>Charles & Janet Johnson Ttees<br>17 Front St<br>Palm Coast, Fl 32137-1453 | 10725-01631 | 12/8/2006 | $20,477.82 | U<br>S- contingent |
| 47 | Janice Janis & Christine Brager Tenants<br>406 Pearl St<br>Boulder, CO 80302-4931 | 10725-02098 | 1/11/2007 | $24,599.15 | S, U |
| 48 | Janice Janis Living Trust<br>C/O Janice Janis Trustee<br>406 Pearl St<br>Boulder, CO 80302 | 10725-02110 | 1/11/2007 | $50,000.00 | S |
| 49 | Janice Janis Living Trust<br>C/O Janice Janis Trustee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 10725-02108 | 1/11/2007 | $50,000.00 | S |
| 50 | Janis Ttee Of The Living Trust, Janice<br>C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 10725-02099 | 1/11/2007 | $202,956.24 | S, U |