## 15th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | **Claimant** | **Proof of Claim Number** | **Proof of Claim Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Janus, Jeffrey<br>C/O Lincoln Trust Company Ttee<br>8013 Glendale Dr<br>Frederick, MD 21702-2919 | 10725-02168 | 1/12/2007 | $36,631.20 | S |
| 2 | Jason Kefalas Trust<br>C/O Francis Howard Trustee<br>7 Commerce Center Dr<br>Henderson, NV 89014 | 10725-01871 | 1/5/2007 | $50,000.00 | S |
| 3 | Jay E Henman Retirement Plan<br>C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 10725-01212 | 11/10/2006 | $747,243.00 | S |
| 4 | Jayem Family Lp Jacques Massa Gp<br>7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 10725-02298 | 1/12/2007 | $936,807.81 | S |
| 5 | Jean H Murray Separate Property Tr Dtd 9/12/02<br>C/O Jean H Murray Trustee<br>865 Coloma Dr<br>Carson City, NV 80705-7204 | 10725-02034 | 1/11/2007 | $100,008.13 | S, U |
| 6 | Jeannine M Gahring Revocable Trust Dtd 6/27/97<br>C/O Jeanniene M Gahring Ttee<br>17282 Candleberry<br>Irvine, CA 92612-2310 | 10725-00233 | 9/26/2006 | $75,000.00 | S |
| 7 | Jelf, James W & Karene K<br>550 N Mccarran Blvd<br>#303<br>Sparks, NV 89431-5278 | 10725-00595 | 10/16/2006 | $50,000.00 | S |
| 8 | Jillian Campbell & Patsy Rieer Jt Ten<br>2024 Douglas Rd<br>Stockton, CA 95207 | 10725-02212 | 1/12/2007 | $39,296.06 | S, U |
| 9 | Joan B Gassiot Trust 1987 Dtd 8/7/87<br>Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 10725-00154 | 8/14/2006 | $152,000.00 | S |
| 10 | Jocelyn Melzer & Eddie Mayo Jt Ten<br>115 South Deer Run Rd<br>Carson City, NV 89701 | 10725-02231 | 1/12/2007 | $16,771.13 | S, U |
| 11 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 10725-00344 | 9/28/2006 | $150,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 12 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00345 | 9/28/2006 | $100,000.00 | S |
| 13 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00346 | 9/28/2006 | $153,846.15 | S |
| 14 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00355 | 9/28/2006 | $46,095.47 | S |
| 15 | John & Priscilla  Jaeger Family Trust<br>John B & Priscilla J Jaeger<br>2256 Hot Oak Ridge St<br>Las Vegas, NV  89134-5520 | 10725-01305 | 11/13/2006 | $123,525.00 | S, U |
| 16 | John L Wade Trust<br>C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, Nv  89451-9042 | 10725-02327 | 1/13/2007 | $750,000.00 | S, U |
| 17 | John P & Nancy K Manter Living Trust<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01976 | 1/10/2007 | $25,000.00 | S |
| 18 | John P & Nancy K Manter Living Trust<br>John P & Nancy K Manter Ttees<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01977 | 1/10/2007 | $1,027.00 | S |
| 19 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00347 | 9/28/2006 | $200,000.00 | S |
| 20 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00348 | 9/28/2006 | $100,000.00 | S |
| 21 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00349 | 9/28/2006 | $150,000.00 | S |
| 22 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00350 | 9/28/2006 | $100,000.00 | S |

918084    15th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 23 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00351 | 9/28/2006 | $24,483.61 | S |
| 24 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00352 | 9/28/2006 | $100,000.00 | S |
| 25 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00353 | 9/28/2006 | $200,000.00 | S |
| 26 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00354 | 9/28/2006 | $66,136.58 | S |
| 27 | John W & Barbara S Gay Trust Dated 10/17/89<br>C/O John W & Barbara S Gay Ttees<br>Po Box 974<br>54 Hoff Rd<br>Kenwood, CA  95452-0974 | 10725-00725 | 10/26/2006 | $50,466.00 | S, U |
| 28 | John W Brouwers Md Sep Ira<br>2333 Dolphin Ct<br>Henderson, NV  89074-5320 | 10725-00806 | 10/30/2006 | $163,611.11 | S, P |
| 29 | Johnson Jt Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, FL  32137 | 10725-02118 | 1/11/2007 | $101,552.77 | S, U |
| 30 | Johnson Jt Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, Fl  32137-1453 | 10725-01632 | 12/8/2006 | Unliquidated | S |
| 31 | Johnson Ttee Of Cibb Inc Pension Plan, Ronald A<br>50 Snider Way<br>Sparks, NV  89431 | 10725-02129 | 1/11/2007 | $202,800.00 | S, U |
| 32 | Johnson Ttee Of Cibb Inc Pension Plan, Ronald A<br>C/O Ronald M Johnson<br>50 Snider Way<br>Sparks, NV  89431 | 10725-02261 | 1/12/2007 | $202,800.00 | S, U |
| 33 | Johnson Ttee Of The Burgarello Inc Profit, Ronald A<br>50 Snider Way<br>Sparks, NV  89431-6308 | 10725-02128 | 1/11/2007 | $202,800.00 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Johnson Ttee Of The Burgarello Inc Profit, Ronald A<br>C/O Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV  89431-6308 | 10725-02263 | 1/12/2007 | $202,800.00 | S, U |
| 35 | Johnson Ttees Of The Janet P Johnson Living Tr, Janet P & Charles E<br>17 Front St<br>Palm Coast, FL  32137 | 10725-02117 | 1/11/2007 | $468,301.91 | S, U |
| 36 | Johnson, Phillis<br>C/O Ron Johnson<br>PO Box 27<br>Reno, NV  89504 | 10725-02127 | 1/11/2007 | $101,400.00 | S, U |
| 37 | Johnson, Phyllis<br>C/O Ron Johnson<br>PO Box 27<br>Reno, NV  89504 | 10725-02262 | 1/12/2007 | $101,400.00 | S, U |
| 38 | Johnson, Ronald A & Marilyn<br>50 Snider Way<br>Sparks, NV  89431-6308 | 10725-02126 | 1/11/2007 | $152,100.00 | S, U |
| 39 | Jonathan M Eller Inc<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02081 | 1/11/2007 | $111,576.00 | S, U |
| 40 | Jonathan M Eller IRA<br>First Savings Bank C/F Jonathan M Eller IRA<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02079 | 1/11/2007 | $50,000.00 | S, U |
| 41 | Joseph J Machetta Trust Dtd 8/25/04<br>C/O Joseph J Macetta Trustee<br>Po Box 187<br>Brush, Co  80723-0187 | 10725-00376 | 10/2/2006 | Blank | S |
| 42 | Joy Investment Inc A Nevada Corporation<br>8080 Harborview Rd<br>Blaine, WA  98230 | 10725-02124 | 1/11/2007 | $909,470.00 | S, U |
| 43 | Joy Merlene Jackson Living Trust<br>827 Union Pacific Blvd<br>Pmb 71-175<br>Laredo, TX  78045 | 10725-00070 | 6/1/2006 | $2,913.59 | S |
| 44 | Joyce Bombard 2000 Trust<br>C/O Joyce Bombard Trustee<br>8122 Dark Hollow Pl<br>Las Vegas, NV  89117-7618 | 10725-00787 | 10/27/2006 | $100,000.00 | S |

918084    15th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

4