### 16th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00893 | 10/31/2006 | $853,678.82 | S, U |
| 2 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00894 | 10/31/2006 | $50,419.73 | S |
| 3 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00895 | 10/31/2006 | $33,561.49 | S |
| 4 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00897 | 10/31/2006 | $84,914.53 | S |
| 5 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00899 | 10/31/2006 | $51,238.60 | S |
| 6 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00902 | 10/31/2006 | $52,915.20 | S, U |
| 7 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00905 | 10/31/2006 | $105,750.50 | S |
| 8 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00906 | 10/31/2006 | $134,114.58 | S |
| 9 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00907 | 10/31/2006 | $101,981.98 | S |
| 10 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00909 | 10/31/2006 | $53,791.67 | S |

**EXHIBIT A**

| 11 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 10725-00910 | 10/31/2006 | $53,645.83 | S |
| 12 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 10725-00911 | 10/31/2006 | $50,865.81 | S |
| 13 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 10725-00912 | 10/31/2006 | $80,478.95 | S |
| 14 | Joyce, David<br>7465 Silver King Dr<br>Sparks, NV  89436 | 10725-00503 | 10/9/2006 | $125,000.00 | S |
| 15 | Virga, Julie A<br>2567 Harkness St<br>Sacramento, CA  95818-2325 | 10725-01696 | 12/11/2006 | $150,287.00 | S, U |
| 16 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV  89052-5320 | 10725-00164 | 8/28/2006 | $101,493.06 | S |
| 17 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV  89052-5320 | 10725-00192 | 9/8/2006 | $101,493.06 | S |
| 18 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV  89074-5320 | 10725-00815 | 10/30/2006 | $108,506.96 | S |
| 19 | Kantor Family Trust Dated 5/6/82<br>Ronald A & Ruth E Kantor Ttees<br>1921 N Beverly Dr<br>Beverly Hills, CA  90210-1612 | 10725-00593 | 10/16/2006 | $369.00 | S |
| 20 | Karen L Pidgeon 2006 Living Trust<br>Dated 2/27/06<br>C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA  95841-1619 | 10725-01477 | 11/15/2006 | $538,643.00 | S |
| 21 | Karen L Pidgeon 2006 Living Trust<br>Dated 2/27/06<br>C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA  95841-1619 | 10725-01477 | 11/15/2006 | $538,643.00 | S |

918099    16th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 22 | Karen Petersen Tyndall Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | 10725-00795 | 11/9/2006 | $1,115,915.59 | S |
| 23 | Karen Petersen Tyndall Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | 10725-01183 | 11/10/2006 | $1,115,915.59 | S |
| 24 | Karlin Trust<br>C/O Francis J Karlin Trustee<br>4009 Cutting Horse Ave<br>N Las Vegas, NV  89032-2674 | 10725-00949 | 11/2/2006 | $94,296.97 | S, U |
| 25 | Karren, Thomas<br>20483 Powder Mountain Ct<br>Bend, OR  97702 | 10725-00521 | 10/10/2006 | $50,000.00 | S |
| 26 | Kassel 1988 Trust<br>C/O William J Kassel Trustee<br>4533 Pony Express St<br>North Las Vegas, NV  89031-0114 | 10725-00338 | 9/28/2006 | $50,000.00 | S |
| 27 | Kassel, William<br>4533 Pony Express St<br>N Las Vegas, NV  89031 | 10725-00337 | 9/28/2006 | $50,000.00 | S, U |
| 28 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, FL  32176-3518 | 10725-01556 | 12/6/2006 | $30,000.00 | S |
| 29 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, FL  32176-3518 | 10725-01557 | 12/6/2006 | $32,000.00 | S |
| 30 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01558 | 12/6/2006 | $25,000.00 | S |
| 31 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01559 | 12/6/2006 | $25,000.00 | S |
| 32 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01560 | 12/6/2006 | $50,000.00 | S |
| 33 | Katzman Family Trust Dtd 4/3/87<br>C/O Harold Katzman Trustee<br>5 Torrey Pine Dr<br>Newport Coast, CA  92657-1539 | 10725-00361 | 10/2/2006 | $50,000.00 | S |

| 34 | Kay M Cantrell & Donald L Hess Jt Ten<br>1818 Madero Dr<br>The Villages, FL 32159 | 10725-02094 | 1/11/2007 | $49,551.70 | S, U |
| 35 | Kay M Cantrell & Kay J Hart Jt Ten<br>455 Magnolia Ave<br>Fairhope, AL 36532 | 10725-02050 | 1/11/2007 | $77,415.06 | S, U |
| 36 | Kearns Trustee Of The Km Trust, Aimee E<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01997 | 1/10/2007 | $767,540.46 | S, U |
| 37 | Kearns Trustee Of The Murray Trust, Aimee E<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01998 | 1/10/2007 | $364,717.94 | S, U |
| 38 | Kefalas Trust Dtd 7/3/97<br>C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, Nv 89052-4055 | 10725-01868 | 1/5/2007 | $510,000.00 | S |
| 39 | Kefalas, Chris & Kathy<br>2050 S Robb Way<br>Lakewood, CO 80227-1963 | 10725-01867 | 1/5/2007 | $50,000.00 | S |
| 40 | Keller, Peter<br>640 Valencia Dr<br>Boulder City, NV 89005 | 10725-00827 | 10/30/2006 | $50,000.00 | S |
| 41 | Kelley Family Trust Uad 10/10/91<br>C/O David G & Ana W Kelley Ttees<br>633 Haverkamp Dr<br>Glendale, CA 91206-3118 | 10725-01529 | 11/30/2006 | $2,702.18 | S |
| 42 | Ken Wyatt Enterprises Inc<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01823 | 12/28/2006 | $63,866.73 | S |
| 43 | Kennedy, Valda<br>Po Box 2845<br>Reno, NV 89505 | 10725-00457 | 10/5/2006 | $50,000.00 | S |
| 44 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U |
| 45 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01623 | 12/8/2006 | $380,878.66 | S, U |

**EXHIBIT A**