**17th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01600 | 12/8/2006 | $54,253.44 | S |
| 2 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01602 | 12/8/2006 | $108,166.65 | S |
| 3 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01605 | 12/8/2006 | $54,083.35 | S |
| 4 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01825 | 12/28/2006 | $135,208.35 | S |
| 5 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01826 | 12/29/2006 | $54,083.35 | S |
| 6 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01827 | 12/28/2006 | $108,166.65 | S |
| 7 | Kenneth L Schumann Living Trust<br>C/O Kenneth L Schumann Ttee<br>10 Town Plz #99<br>Durango, CO  81301-5104 | 10725-00882 | 10/31/2006 | $125,000.00 | S |
| 8 | Kern, Francis<br>1060 Country Ridge Dr<br>Sparks, NV  89434 | 10725-00808 | 10/30/2006 | $90,000.00 | S |
| 9 | Kerner Ttee Of The Kerner Revocable Tr, Melvin W<br>15754 Sunset Dr<br>Poway, CA  92064 | 10725-02288 | 1/12/2007 | $50,746.52 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 10 | Kiven Joint Tenants, Norman & Caryn<br>Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 10725-01301 | 11/10/2006 | $75,000.00 | S |
| 11 | Kiven, Norman<br>Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 10725-01297 | 11/10/2006 | $1,040,000.00 | S |
| 12 | Kiwi Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01603 | 12/8/2006 | $54,183.35 | S |
| 13 | KiWI Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01723 | 12/11/2006 | $40,149.91 | S |
| 14 | KiWI Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01732 | 12/11/2006 | $24,318.02 | S |
| 15 | Klay Ttes Of The Klay Living Trust, Othmar & Christine<br>5530 Lausanne Dr<br>Reno, NV 89511 | 10725-02177 | 1/12/2007 | $354,236.95 | S, U |
| 16 | Kline, Edward<br>9932 Arbuckle Dr<br>Las Vegas, NV 89134 | 10725-00572 | 10/12/2006 | $105,600.00 | S |
| 17 | Km Financials LLC<br>4847 Damon Cir<br>Salt Lake City, UT 84117-5854 | 10725-02053 | 1/11/2007 | $50,883.56 | S, U |
| 18 | Km Group A Nevada General Partnership<br>Aime Kearns<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01999 | 1/10/2007 | $152,179.67 | S, U |
| 19 | Knobel Ii, Robert H & Matthew S<br>225 Riverton Rd<br>Weddington, NC 28104-6003 | 10725-01642 | 12/8/2006 | $57,423.52 | S |
| 20 | Koerwitz Ttees Family Trust Dtd 5/13/03, Kenneth W & Jan Case<br>Kenneth & Jan Case Koerwitz Fam Trust<br>44 Winfield Ln<br>Walnut Creek, CA 94595 | 10725-02046 | 1/11/2007 | $764,002.88 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 21 | Kolbert, Carl<br>11200 Bondshire Dr<br>Reno, NV 89511 | 10725-01690 | 12/11/2006 | $49,521.00 | S |
| 22 | Kopf, Klaus & Colette<br>8096 Merlewood Ave<br>Las Vegas, NV 89117-7647 | 10725-00591 | 10/16/2006 | $50,000.00 | S |
| 23 | Kpt Irrevocable Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10725-00796 | 11/9/2006 | $202,866.38 | S |
| 24 | Kpt Irrevocable Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10725-01194 | 11/10/2006 | $202,866.38 | S |
| 25 | Kriss, Arthur I<br>2398 West 1050 N<br>Hurricane, UT 84737 | 10725-01877 | 1/8/2007 | $24,483.61 | S |
| 26 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT 84737 | 10725-01874 | 1/8/2007 | $50,000.00 | S |
| 27 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT 84737 | 10725-01875 | 1/8/2007 | $120,000.00 | S |
| 28 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT 84737 | 10725-01876 | 1/8/2007 | $50,000.00 | S |
| 29 | Krynzel, David B.<br>Individually and as Managing Partner of Gold Runner LLC<br>740 Aldo Rae Court<br>Henderson, NV 89052 | 10725-02429 | 1/12/2007 | $57,374.31 | S |
| 30 | Kubly Jtwos, Marshall D & Kathleen<br>4687 Bradford Ln<br>Reno, NV 89509 | 10725-00139 | 8/15/2006 | $60,000.00 | S<br>U - Unknown |
| 31 | Kwong, Wendy<br>1817 California St Unit # 211<br>San Francisco, CA 94109 | 10725-01255 | 11/10/2006 | $1,040.36 | S |
| 32 | Ladd, Dina<br>355 Mogul Mountain Dr.<br>Reno, NV 89523-9622 | 10725-01845 | 1/4/2007 | $25,000.00 | S |

918104   17th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 33 | Laena Emmerich Survivors Trust Dtd 5/18/89<br>C/O Todd A Humphrey Trustee<br>18665 Meadowlark Ct<br>Penn Valley, CA  95946-9655 | 10725-00440 | 10/4/2006 | $100,000.00 | S |
| 34 | Lafayette, Joseph B & Catherine D<br>9030 Junipero Ave<br>Atascadero, CA  93422 | 10725-02189 | 1/12/2007 | $205,185.87 | S, U |
| 35 | Lafleur, Nancy N<br>Stephen M & James R Lafleur<br>9508 Grenville Ave<br>Las Vegas, Nv  89134 | 10725-02302 | 1/13/2007 | $115,000.00 | S, U |
| 36 | Land Exchange Accommodators<br>2775 S Rainbow Blvd<br>Ste 150<br>Las Vegas, NV  89146-5192 | 10725-01192 | 11/10/2006 | $204,537.67 | S |
| 37 | Land Exchange Accommodators<br>Po Box Ste 150<br>2775 S Rainbow Blvd<br>Las Vegas, NV  89146-5192 | 10725-01197 | 11/10/2006 | $304,241.10 | S |
| 38 | Lange, Robert<br>7915 Helena Ave<br>Las Vegas, Nv  89129 | 10725-01469 | 11/16/2006 | $150,000.00 | S |
| 39 | Lanzas, Jose M & Gladys<br>3345 Spotted Fawn Dr<br>Orlando, FL  32817-5006 | 10725-00930 | 11/2/2006 | $95,000.00 | S |
| 40 | Lanzas, Jose<br>3345 Spotted Fawn Dr<br>Orlando, FL  32817 | 10725-00931 | 11/2/2006 | $20,000.00 | S |
| 41 | Larry L & Patsy R Rieger Revocable Trust<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, NV  89523 | 10725-02210 | 1/12/2007 | $3,516,972.66 | S, U |
| 42 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01769 | 12/13/2006 | $72,247.00 | S |
| 43 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01770 | 12/13/2006 | $60,787.00 | S |
| 44 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01771 | 12/13/2006 | $51,463.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01772 | 12/13/2006 | $70,866.00 | S |
| 46 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01773 | 12/13/2006 | $22,894.00 | S |
| 47 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01774 | 12/13/2006 | $153,785.00 | S |
| 48 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01775 | 12/13/2006 | $636.00 | S |
| 49 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01776 | 12/13/2006 | $100,000.00 | S |
| 50 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01777 | 12/13/2006 | $103,030.00 | S |