**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on March 20, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA SECURITIES, LLC, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| Debtors. | |
| DEL BUNCH AND ERNESTINE BUNCH, | Appeal Ref. No. 07-05 |
| Appellants, | **RESPONSE TO BUNCH OBJECTION TO APPELLEE DEBTOR'S DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN RECORD ON APPEAL** |
| v. | |
| USA COMMERCIAL MORTGAGE CO., et al., | |
| Appellees | |
| | Date: N/A |
| | Time: N/A |

The USACM Liquidating Trust ("USACM Trust"), as successor to USA Commercial Mortgage Company ("USACM") with respect to litigation, hereby responds to the objection by Del and Ernestine Bunch (jointly, "Bunch") to Debtor USACM's Designation of additional Items to Include in Record on Appeal (the "Objection").

Bunch objects to inclusion of four types of documents in the Record on Appeal. The USACM Trust will address each in turn:

1819411.2

**Print of the Bankruptcy Court's Docket**

The District Court may take judicial notice of the Bankruptcy Court's docket. It simply proves when various documents were filed. Even if not designated, the USACM Trust expects that the Bankruptcy Court clerk will transmit a copy of the docket to the District Court with the remainder of the record on appeal. There is no reason to strike it from the record on appeal.

**Post-Decision Filings re Bunch Claim**

Bunch objects to inclusion of the Supplemental Brief in support of USACM's objection to the Bunch claim and the order continuing the hearing on that objection, because they were filed after the decision declining to temporarily allow the Bunch claim for voting purposes was entered. Bunch is correct that filings after the appealed decision generally are not included in the record on appeal. Here, those filings simply show that the appealed decision is narrow, and does not finally determine allowance or disallowance of the Bunch claim. In this case, the filings should not be deleted for the same reason that Bunch has supplementally designated the March 7, 2007 amendment to the Bankruptcy Schedules [D3109]. It reflects the same point, that the Bunch claim is the subject of an objection on the merits, which will be resolved separately from the issue of temporary allowance for voting purposes. The USACM Trust will not argue the merits of the supplemental brief on appeal, but only that the Bunch claim is the subject of a dispute that will be separately resolved hereafter. It is appropriate to bring such a point to the District Court's attention in the same way that it is appropriate to bring post-appeal filings bearing on the mootness of an appeal to the Court's attention, enabling the Court to take judicial notice of such filings.

**Plan Documents**

Bunch included in his designation of record on appeal the Third Amended Joint Plan of Reorganization ("Plan"), and two Plan Documents Supplements. USACM

1819411.2

designated other documents filed in conjunction with the Plan: the Revised Schedule of Executory Contracts and Unexpired Leases, the Asset Purchase Agreement, and the Notice and Amended Notice of Filing of Form of Disbursing Agent Agreements. The Court was well aware of all the Plan documents being filed, and USACM and the USACM Trust assume that they were considered as a whole when the Court ruled on the Bunch motion for temporary allowance of the Bunch claim for voting purposes.

The USACM Trust does not know whether the Bunch brief will include descriptions of the Plan that warrant consideration on appeal of aspects of the Plan that relate to the additional Plan documents. To the extent the Plan and some of the Plan Supplement documents are considered, the rest of the Plan documents should be available for consideration as well.

**Statement of Financial Affairs and Early Plan and Notice Documents**

Bunch included in his designation of record the USACM Schedule of Assets and Liabilities. USACM accordingly designated the Statement of Financial Affairs and Amended Statement, to provide a complete record of the status of the Debtor and its creditors on the petition filing date. The USACM Trust does not object to deletion of the Statements of Affairs at this point, but reserves the right to re-designate them later if Bunch's arguments call for them.

Bunch also objected to including orders extending the Debtor's exclusive period to file and confirm a plan, a notice of hearing on the Disclosure Statement and notice of the confirmation hearing and related deadlines and a certificate of service. These documents provide additional procedural background for the Plan. The USACM Trust does not object to deleting these from the record on appeal at this point either, but reserves the right to re-designate them if issues of Plan timing or notice are raised.

1819411.2

LEWIS AND ROCA LLP
LAWYERS

1   Dated: March 20, 2007.
2                                                           **LEWIS AND ROCA LLP**
3
4                                                           By: /s/ RC (#6593)
                                                                Susan M. Freeman, AZ 4199 (*pro hac vice*)
5                                                               Rob Charles, NV 6593
                                                            3993 Howard Hughes Parkway, Suite 600
6                                                           Las Vegas, Nevada 89169-5996
7                                                           Facsimile (702) 949-8321
                                                            Telephone (702) 949-8320
8                                                           *Counsel for USACM Liquidating Trust*
9
10  COPY of the foregoing e-mailed
    this 20th day of March, 2007, to:
11
12  Richard F. Holley, Esq.
    Ogonna M. Atamoh, Esq.
13  SANTORO, DRIGGS, WALCH,
14  KEARNEY, JOHNSON & THOMPSON
    400 South Fourth Street, Third Floor
15  Las Vegas, Nevada 89101
    E-mail: rholley@nevadafirm.com
16
17  Annette W. Jarvis, Esq.
    RAY QUINNEY & NEBEKER, P.C.
18  36 South State Street, Suite 1400
19  P.O. Box 45385
    Salt Lake City, Utah 84145-0385
20  E-mail: ajarvis@rqn.com
21
    Lenard E. Schwartzer, Esq.
22  Jeanette E. McPherson, Esq.
    SCHWARTZER & MCPHERSON LAW FIRM
23  2850 South Jones Boulevard, Suite 1
24  Las Vegas, Nevada 89146-5308
    E-mail: usdcfilings@s-mlaw.com
25
26  By /s/ Marie H. Mancino

1819411.2