**18th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|
| 1 | Lauren Family Trust, Whitney H<br>Whitney H Lauren Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 10725-02255 | 1/12/2007 | $50,776.39 | S, U |
| 2 | Laurence A. Da Costa, Jr. & Sylvia J. Da Costa, Husband & Wife, Jtrs<br>1172 Del Mesa CT<br>Minden, NV 89423 | 10725-00652 | 10/23/2006 | $51,339.00 | S |
| 3 | Laurence Da Costa Jr & Sylvia J Da Costa Jtwros<br>1172 Del Mesa Ct<br>Minden, Nv 89423-0427 | 10725-00653 | 10/23/2006 | $2,588.86 | S |
| 4 | Lawrence & Lorraine Tengan Revocable Tr<br>Lawrence H & Lorraine K Tangan<br>504 Edgefield Ridge Pl<br>Henderson, NV 89012-4543 | 10725-02174 | 1/12/2007 | $253,262.45 | S, U |
| 5 | Lawrence Rausch<br>10708 Brinkwood Ave.<br>Las Vegas, NV 89134 | 10725-00621 | 10/18/2006 | $44,812.00 | S |
| 6 | Lawrence Rausch<br>10708 Brinkwood Ave.<br>Las Vegas, NV 89134 | 10725-00622 | 10/18/2006 | $50,599.83 | S |
| 7 | Lawrence Rausch, A Married Man As His Sole & Separate Property<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00620 | 10/18/2006 | $71,467.00 | S |
| 8 | Lawson, Paula<br>Po Box 18652<br>Reno, NV 89511 | 10725-01115 | 11/8/2006 | $111,214.92 | S |
| 9 | Layne Family Trust, Bruce & Sherry<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10725-00753 | 11/9/2006 | $240,000.00 | S |
| 10 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, Nv 89521 | 10725-01494 | 11/27/2006 | $150,000.00 | S |
| 11 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, Nv 89521 | 10725-01647 | 11/27/2006 | $150,000.00 | S |

918109 18th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 12 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, NV  89521 | 10725-01648 | 11/28/2006 | $150,000.00 | S |
| 13 | Leer, Hans J & Carolyn F<br>2024 Gentry Ln<br>Carson City, NV  89701 | 10725-00173 | 8/14/2006 | $30,000.00 | S<br>U - Unknown amount |
| 14 | Leer, Hans<br>2024 Gentry Ln<br>Carson City, NV  89701 | 10725-00167 | 8/14/2006 | $29,552.36 | S, U |
| 15 | Lehart, Milton<br>184 Buckland Dr<br>Reno, NV  89511 | 10725-00462 | 10/5/2006 | $50,000.00 | S |
| 16 | Leonard & Barbara Baker Revocable Trust<br>Leonard & Barbara Baker Ttees<br>8520 Bayland Dr<br>Las Vegas, NV  89134-8641 | 10725-00976 | 11/3/2006 | $140,000.00 | S |
| 17 | Lerin Hills Ltd<br>David A Colvin Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-01394 | 11/27/2006 | $50,000.00 | S |
| 18 | Lester, Eric Lynn & Cassie<br>500 W Goldfield Ave<br>Yerington, Nv  89447-3317 | 10725-01434 | 11/14/2006 | $2,558,685.81 | S |
| 19 | Lester, Eric<br>500 W Goldfield Ave<br>Yerington, NV  89447 | 10725-01436 | 11/14/2006 | $2,558,685.81 | S |
| 20 | Levy, Robert<br>2115 Bensley St<br>Henderson, NV  89044 | 10725-00495 | 10/9/2006 | $200,000.00 | S |
| 21 | Lidster Family Trust, James H<br>James H & Phyllus M Lidster<br>PO Box 2577<br>Minden, NV  89423 | 10725-02256 | 1/12/2007 | $602,096.29 | S, U |
| 22 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01515 | 11/29/2006 | $50,000.00 | S |
| 23 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01516 | 11/29/2006 | $30,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01517 | 11/29/2006 | $15,000.00 | S |
| 25 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01518 | 11/29/2006 | $50,000.00 | S |
| 26 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01519 | 11/29/2006 | $50,000.00 | S |
| 27 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01520 | 11/29/2006 | $25,000.00 | S |
| 28 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, Nv  89123-0756 | 10725-01521 | 11/29/2006 | $30,000.00 | S |
| 29 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01522 | 11/29/2006 | $50,000.00 | S |
| 30 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 10725-01523 | 11/29/2006 | $60,000.00 | S |
| 31 | Lim, Jay<br>208 Clarence Way<br>Fremont, CA  94539 | 10725-00094 | 8/4/2006 | $213,816.25 | S |
| 32 | Lima, Stephen R & Pauletta C<br>460 Whiskey Hill Rd<br>Watsonville, CA  95076-8522 | 10725-00340 | 9/28/2006 | $100,000.00 | S |
| 33 | Linda Patrucco Doerr Trustee<br>Frank Doerr Shelter Trust/ Doerr Family Trust<br>690 West Riverview Cir<br>Reno, NV  89509-1130 | 10725-02114 | 1/11/2007 | $329,742.04 | S, U |
| 34 | Lindsey H Kesler Family Revocable Trust<br>C/O Mildred P Kesler Trustee<br>4847 Damon Cir<br>Salt Lake City, UT  84117-5854 | 10725-02056 | 1/11/2007 | $98.02 | S, U |

918109  18th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| # | Name/Address | Claim | Date | Amount | Status |
|---|---|---|---|---|---|
| 35 | Lindsey H Kesler Family Revocable Trust<br>Mildred Kesler Ttee Dated<br>4847 Damon Cir<br>Salt Lake City, UT  84117 | 10725-02054 | 1/11/2007 | $176,996.28 | S, U |
| 36 | Lindsey H Kesler Jr IRA<br>First Savings Bank Custodian<br>4847 Damon Cir<br>Salt Lake City, UT  84117 | 10725-02057 | 1/11/2007 | $258,784.59 | S, U |
| 37 | Lococo, Randall & Allison<br>3001 San Luis Ct<br>Fort Collins, CO  80525 | 10725-01205 | 11/10/2006 | $100,000.00 | S |
| 38 | Loftfield Revocable Living Trust<br>James & Catherine Loftfield Ttee<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119-0367 | 10725-01344 | 11/13/2006 | $44,191.84 | S |
| 39 | Loftfield Revocable Living Trust<br>James & Catherine Loftfield Ttee<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119-0367 | 10725-01345 | 11/13/2006 | $35,426.83 | S |
| 40 | Loftfield, James<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119 | 10725-01336 | 11/13/2006 | $60,000.00 | S |
| 41 | Loftfield, James<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119 | 10725-01349 | 11/13/2006 | $50,000.00 | S |
| 42 | Lora And Loyal Crownover Family Trust<br>Loyal Crownover, Trustee<br>2213 Plaza Del Puerto<br>Las Vegas, NV 89102 | 10725-00687 | 10/20/2006 | $1,200,000.00 | S |
| 43 | Lorin Loughlin & Rand Yazzolino<br>1259 Bags Blvd<br>Sonoma, CA  95476 | 10725-02205 | 1/12/2007 | $250,000.00 | S |
| 44 | Los Valles Land & Golf LLC<br>233 Wilshire Blvd Ste 800<br>Santa Monica, Ca  90401-1207 | 10725-01366 | 11/13/2006 | $2,000,000.00 | S, U |
| 45 | Loughlin Family Trust<br>Richard & Roberta Loughlin Ttees<br>50 Greenbriar Cir<br>Napa, CA  94558-1587 | 10725-01035 | 11/6/2006 | $1,116,400.00 | S |
| 46 | Loughlin, Edward<br>2636 Golden Sands Dr<br>Las Vegas, NV  89128 | 10725-00476 | 10/6/2006 | $19,518.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| **47** | Loughlin, R<br>12286 Clipper Creek Rd<br>Nevada City, CA  95959 | 10725-01350 | 11/13/2006 | $100,000.00 | S |
| **48** | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis H & Shirley M Turner<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-00110 | 8/14/2006 | $50,000.00 | S<br>U - unknown |
| **49** | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis Turner<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-00113 | 8/14/2006 | $50,000.00 | S<br>U - unknown |
| **50** | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis Turner<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-00189 | 8/14/2006 | $50,000.00 | S<br>U - unknown |