**19th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Louise Alport Kolberg Revocable Trust<br>C/O Louise Alport Kolberg Ttee<br>5914 Onondaga Rd<br>Bethesda, Md  20816-2036 | 10725-01359 | 11/13/2006 | $52,557.65 | S<br>U - unknown |
| 2 | Louise Kolberg Trustee Of The<br>Louise Alport Kolberg Revocable Trust<br>5914 Onondaga Rd<br>Bethesda, MD  20816 | 10725-02185 | 1/12/2007 | $50,378.00 | S, U |
| 3 | Luise Teeter IRA Rollover<br>4201 Via Marina<br>Ste 300<br>Marina Del Rey, CA  90292-5237 | 10725-02273 | 1/12/2007 | $449,261.59 | S, U |
| 4 | Lukito, Hendarsin & Shu S<br>3009 Beaverwood Ln<br>Silver Spring, MD  20906-3011 | 10725-01576 | 12/5/2006 | $55,000.00 | S |
| 5 | Luongo Jt Ten, John M & Gloria<br>965 Leah Cir<br>Reno, NV  89511 | 10725-01992 | 1/10/2007 | $153,373.00 | S, U |
| 6 | Lynne E Keller<br>1431 Mallard Dr<br>Carson City, NV  89701 | 10725-00236 | 9/26/2006 | $58,024.13 | S, U |
| 7 | M L & Pauline Smith Family Living Trust<br>C/O M L & Pauline Smith Trustees<br>3108 N Minersville Hwy<br>Cedar City, UT  84720-5407 | 10725-00703 | 10/24/2006 | $3,080.05 | S |
| 8 | Macdonald Center<br>For The Arts & Humanities<br>1730 W Horzon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01081 | 11/7/2006 | $1,525,000.00 | S |
| 9 | Machetta, James<br>Po Box 2242<br>Denver, Co  80201 | 10725-00455 | 10/5/2006 | Blank | S |
| 10 | Machetta, Joseph<br>Po Box 187<br>Brush, Co  80723 | 10725-00422 | 10/2/2006 | Blank | S |
| 11 | Machetta, Joseph<br>Po Box 187<br>Brush, Co  80723-0187 | 10725-00421 | 10/2/2006 | Blank | S |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Maguire Living Trust Dtd 8/4/00, John J & Diane M<br>Ttees Of Maguire Living Trust<br>5590 San Palazzo Ct<br>Las Vegas, NV  89141-3913 | 10725-00746 | 10/26/2006 | $53,616.90 | S |
| 13 | Maguire Living Trust Dtd 8/4/00, John J & Diane M<br>Ttees Of Maguire Living Trust<br>5590 San Palazzo Ct<br>Las Vegas, NV  89141-3913 | 10725-00747 | 10/26/2006 | $53,616.90 | S |
| 14 | Maheshwari, Rabinder & Usha<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00146 | 8/15/2006 | $153,831.94 | S |
| 15 | Maki, Marie & Raymond E<br>9024 Columbia St<br>Saint John, In  46373-9345 | 10725-01432 | 11/14/2006 | $25,511.10 | S |
| 16 | Maki, Marie A & Raymond E<br>9024 Columbia St<br>Saint John, In  46373-9345 | 10725-01433 | 11/14/2006 | $50,830.55 | S |
| 17 | Mallin Family Trust<br>Jose Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00853 | 11/13/2006 | $233,333.33 | S |
| 18 | Mamuad, Tamra<br>7935 Placid St<br>Las Vegas, NV  89123-1848 | 10725-00480 | 10/6/2006 | $25,000.00 | S |
| 19 | Mamula, Melissa<br>3318 Trickling Stream Cir<br>Las Vegas, NV  89117 | 10725-00180 | 9/1/2006 | $25,447.92 | S |
| 20 | Mantas, Leo G<br>7440 S Blackhawk St  #12208<br>Englewood, Co  80112-4355 | 10725-02308 | 1/13/2007 | $164,558.00 | S, U |
| 21 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01978 | 1/10/2007 | $24,800.00 | S |
| 22 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01981 | 1/10/2007 | $50,000.00 | S |
| 23 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01975 | 1/10/2007 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01979 | 1/10/2007 | $50,000.00 | S |
| 25 | Manter, John<br>1835 Circle Ln Se Apt 502<br>Lacey, WA  98503 | 10725-01980 | 1/10/2007 | $73,262.00 | S |
| 26 | Marchuk, Alexander W & Doreen W<br>325 Marche Chase Dr Apt 138<br>Eugene, OR  97401-8894 | 10725-00377 | 10/2/2006 | $75,000.00 | S |
| 27 | Marcia J Knox Living Trust Dated 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89519-8334 | 10725-00722 | 10/20/2006 | $733.48 | S |
| 28 | Marcia J Knox Living Trust Dtd 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01634 | 12/8/2006 | $55,266.83 | S |
| 29 | Marcia J Knox Living Trust Dtd 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01635 | 12/8/2006 | UNKNOWN | S |
| 30 | Marcia J Knox Living Trust Dtd 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01636 | 12/8/2006 | $50,733.48 | S |
| 31 | Marcia J Knox Living Trust Dtd 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01637 | 12/8/2006 | $75,539.24 | S |
| 32 | Marcia J Knox Living Trust Dtd 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, Nv  89509-8334 | 10725-01905 | 1/9/2007 | $75,539.24 | S |
| 33 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-00797 | 10/26/2006 | $46,095.47 | S |
| 34 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-00798 | 10/26/2006 | $27,916.09 | S |
| 35 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01028 | 10/26/2006 | $27,916.09 | S |

| | | | | | |
|---|---|---|---|---|---|
| 36 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01029 | 10/26/2006 | $1,527.68 | S |
| 37 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-01037 | 10/26/2006 | $46,095.47 | S |
| 38 | Marcia J Knox Living Trust<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89519 | 10725-00756 | 10/25/2006 | $50,000.00 | S |
| 39 | Marcia J Knox Living Trust<br>C/O Marica J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 10725-00766 | 10/26/2006 | $1,527.68 | S |
| 40 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00615 | 10/16/2006 | $50,000.00 | S |
| 41 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00616 | 10/16/2006 | $733.48 | S |
| 42 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00617 | 10/16/2006 | $4,533.35 | S |
| 43 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00647 | 10/26/2006 | $50,000.00 | s |
| 44 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00648 | 10/27/2006 | $733.48 | S |
| 45 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00649 | 10/16/2006 | $4,533.35 | S |
| 46 | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00676 | 10/20/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| **47** | Marcia J. Knox Trust Dated 8/16/04<br>C/O Marcia J. Knox, Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | 10725-00699 | 10/23/2006 | $733.48 | S |
| **48** | Marconi, Carol A<br>3731 Sarasota Square Blvd  Apt 307<br>Sarasota, FL  34238-5462 | 10725-00542 | 10/10/2006 | $50,724.00 | S |
| **49** | Marguerite Falkenborg  Trust<br>C/O Marguerite Falkenborg Trustee<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02202 | 1/10/2007 | $794,366.81 | S, U |
| **50** | Marguerite Falkenborg 2000 Trust Dtd 6/20/00<br>C/O Marguerite Falkenborg Ttee<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02068 | 1/11/2007 | $794,366.81 | S, U |