## 20th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Marilyn Johnson Living Trust<br>1010 Larue Ave<br>Reno, NV  89509 | 10725-02125 | 1/11/2007 | $101,400.00 | S, U |
| 2 | Marion C Sharp Trust<br>C/O Marion C Sharp Trustee<br>20 Leroy Ter<br>New Haven, Ct  06512-3114 | 10725-02329 | 1/13/2007 | $7,500.00 | S, U |
| 3 | Mark Combs Pension & Psps The<br>4790 Caughlin Pkwy<br>Reno, NV  89509-0907 | 10725-00272 | 9/27/2006 | $4,406.02 | S |
| 4 | Mark Daniel Donnolo, An Unmarried Man<br>6413 Hillside Brook Ave<br>Las Vegas, NV 89130 | 10725-00627 | 10/18/2006 | $600,000.00 | S |
| 5 | Markwell Ttee Of The, Terry<br>Terry Markwell Profit Sharing Pl<br>12765 Silver Wolf Rd<br>Reno, NV  89511 | 10725-01969 | 1/10/2007 | $403,853.21 | S, U |
| 6 | Markwell Ttees Of The Markwell Family, Terry & Christiane<br>12765 Silver Wolf Rd<br>Reno, NV  89511 | 10725-01967 | 1/10/2007 | $355,243.26 | S, U |
| 7 | Markwell, Monique<br>100 North Arlington Ave #9H<br>Reno, NV  89501 | 10725-01968 | 1/10/2007 | $101,192.45 | S, U |
| 8 | Marlin Leasing Corporation<br>300 Fellowship Rd.<br>Mount Laurel, NJ  08054-1201 | 10725-00007 | 5/11/2006 | $28,511.66 | S |
| 9 | Marrs IRA, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131-3933 | 10725-00445 | 10/5/2006 | $63,139.45 | S, P |
| 10 | Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131 | 10725-00444 | 10/5/2006 | $131,278.90 | S, P |
| 11 | Marshal Brecht Trust<br>Marshall J & Janet L Brecht Trustee<br>640 Colonial Cir<br>Fullerton, CA  92835 | 10725-02178 | 1/12/2007 | $1,709,011.00 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00880 | 11/1/2006 | $50,307.18 | S |
| 13 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00887 | 11/1/2006 | $53,203.09 | S |
| 14 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00889 | 11/1/2006 | $52,430.56 | S |
| 15 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00891 | 11/1/2006 | $53,090.94 | S |
| 16 | Marston Family Trust The<br>E Grace Marston Ttee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00883 | 11/1/2006 | $1,069.98 | S |
| 17 | Marston Family Trust<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00885 | 11/1/2006 | $51,825.95 | S |
| 18 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00869 | 11/1/2006 | $52,430.56 | S |
| 19 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00870 | 11/1/2006 | $52,298.62 | S |
| 20 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00871 | 11/1/2006 | $51,913.56 | S |
| 21 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00872 | 11/1/2006 | $136,119.67 | S |
| 22 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00878 | 11/1/2006 | $1,104.07 | S |
| 23 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328-9213 | 10725-00873 | 11/1/2006 | $102,950.92 | S, U |

918147    20th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 24 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328-9213 | 10725-00876 | 11/1/2006 | $98,627.57 | S, U |
| 25 | Martin IRA, Geraldine E<br>4786 Village Green Pkwy<br>Reno, NV  89509-8030 | 10725-00772 | 10/27/2006 | $50,000.00 | S |
| 26 | Martin Irwin<br>5221 Lindell Road  M102<br>Las Vegas, Nv  89118 | 10725-00598 | 10/16/2006 | $24,023.66 | S |
| 27 | Martin, Geraldine<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-00773 | 10/27/2006 | $50,000.00 | S |
| 28 | Martin, Jerrold T & James T<br>8423 Paso Robles<br>Northridge, CA  91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P |
| 29 | Martin, Jerrold T & James T<br>8423 Paso Robles<br>Northridge, CA  91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P |
| 30 | Martinez Family Trust<br>Marcella & Ross Martinez Ttees<br>2283 Vegas Valley Dr<br>Las Vegas, NV  89109-1875 | 10725-01180 | 11/10/2006 | $50,500.00 | S |
| 31 | Martinez, Leonard & Tara<br>6297 Elvido Ave<br>Las Vegas, NV  89122-7562 | 10725-01181 | 11/10/2006 | $32,500.00 | S |
| 32 | Marvin & Valliera Myers Trust<br>3655 S Decatur  #14-169<br>Las Vegas, NV  89103 | 10725-00182 | 9/1/2006 | $35,627.08 | S |
| 33 | Mary E Dunlop 1992 Trust Dtd 7/29/03<br>Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA  93422 | 10725-00565 | 10/12/2006 | $101,429.17 | S |
| 34 | Massry, Morris<br>C/O Segel Goldman Mazzotta & Siegel Pc<br>9 Washigton Sq<br>Albany, NY  12205 | 10725-01898 | 1/9/2007 | $1,802,040.00 | S |
| 35 | Mathieu, Maria<br>2623 Albano Villa Ct<br>Las Vegas, Nv  89121 | 10725-00560 | 10/12/2006 | $50,000.00 | S |

918147    20th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 36 | Maurice Fink Trust<br>C/O Maurice Fink Trustee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 10725-00165 | 8/28/2006 | $253,732.64 | S |
| 37 | Maurice Fink Trust<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 10725-00179 | 9/1/2006 | $305,375.00 | S |
| 38 | Maurice Fink Trust<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 10725-00198 | 9/8/2006 | $253,732.64 | S |
| 39 | Mayo Family Trust<br>C/O Monroe & Louise Mayo Ttees<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117-5858 | 10725-01590 | 12/8/2006 | $5,449.49 | S<br>U - unknown |
| 40 | Mayo Family Trust<br>C/O Monroe & Louise Mayo Ttees<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117-5858 | 10725-01595 | 12/8/2006 | $12,285.97 | S - unknown<br>U |
| 41 | Mayo Family Trust<br>C/O Monroe & Louise Mayo Ttees<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117-5858 | 10725-01599 | 12/8/2006 | $11,447.25 | S<br>U - unknown |
| 42 | Mayo, Monroe<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117 | 10725-01591 | 12/8/2006 | $8,700.00 | S<br>U - unknown |
| 43 | Mayo, Monroe<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117 | 10725-01592 | 12/8/2006 | $5,000.00 | S<br>U - unknown |
| 44 | Mayo, Monroe<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117 | 10725-01593 | 12/8/2006 | $25,000.00 | S<br>U - unknown |
| 45 | Mayo, Monroe<br>8635 W Sahara Ave #532<br>Las Vegas, Nv 89117 | 10725-01594 | 12/8/2006 | $1,612.91 | S<br>U - unknown |
| 46 | Mcallister, Marlin<br>2670 Marvin Trail<br>Redding, Ca 96001 | 10725-00741 | 10/26/2006 | $20,000.00 | S |

918147   20th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4