## 21st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Mcconnell Family Trust Dtd 12/3/81<br>James & Maudrene Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01667 | 12/8/2006 | $54,500.00 | S |
| 2 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F  Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01615 | 12/8/2006 | $123,616.62 | S |
| 3 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01612 | 12/8/2006 | $54,600.00 | S |
| 4 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01613 | 12/8/2006 | $146,166.73 | S |
| 5 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01614 | 12/8/2006 | $163,950.00 | S |
| 6 | Mcconnell IRA, James M<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01616 | 12/8/2006 | $307,125.01 | S |
| 7 | McGrath Revocable Trust, Michael T<br>Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH 03857-2151 | 10725-02289 | 1/12/2007 | $268,660.73 | S, U |
| 8 | Mchugh, Randi<br>4790 Caughlin Pkwy #239<br>Reno, NV  89509 | 10725-00581 | 10/13/2006 | $50,000.00 | S |
| 9 | Mchugh, William<br>335 Desert Meadow Ct<br>Reno, NV  89502 | 10725-00580 | 10/13/2006 | $100,000.00 | S |
| 10 | McKennon, Mary<br>303 Esplanade<br>Newport Beach, Ca  92660 | 10725-00967 | 11/2/2006 | $50,000.00 | S |
| 11 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY  11520 | 10725-01683 | 12/11/2006 | $50,633.33 | S |
| 12 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY  11520 | 10725-01684 | 12/11/2006 | UNKNOWN | S |

| | | | | | |
|---|---|---|---|---:|---|
| 13 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY 11520-6007 | 10725-00723 | 10/20/2006 | $633.33 | S |
| 14 | Mcknight, James<br>233 Branch Ave<br>Freeport, NY 11520 | 10725-00751 | 10/20/2006 | $50,000.00 | S |
| 15 | Mcmahon, Gary<br>2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 10725-00597 | 10/16/2006 | $55,000.00 | S |
| 16 | Mcmichael Living Trust Dtd 12/16/88<br>J Richard & Karen L Mcmichael Ttees<br>13840 18Th Ave Sw<br>Burien, WA 98166-1049 | 10725-00451 | 10/5/2006 | $52,416.00 | S |
| 17 | Mehlman IRA, Marina<br>2027 Hathaway Ave<br>Westlake Village, CA 91362-5171 | 10725-00596 | 10/16/2006 | $112,088.96 | S |
| 18 | Melinda & Richard David Estevez #1<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00058 | 10/4/2006 | $ 51,095.00 | S |
| 19 | Melinda & Richard David Estevez Acct #2<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00057 | 10/4/2006 | $ 331.52 | S |
| 20 | Melinda & Richard David Estevez Acct #3<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00059 | 10/4/2006 | $ 68,000.00 | S |
| 21 | Memon, Shahnaz<br>7210 Native Dancer Dr<br>Reno, NV 89502 | 10725-00567 | 10/12/2006 | $753.28 | S |
| 22 | Menchetti, D G<br>PO Box 7100<br>Incline Village, Nv 89452-7100 | 10725-02306 | 1/13/2007 | $900,000.00 | S, U |
| 23 | Michael & Jo Ann L Maloney Revocable Tr<br>Michael J & Jo Ann Maloney Ttees<br>2198 Peyten Park St<br>Henderson, NV 89052-7053 | 10725-01033 | 11/6/2006 | $50,000.00 | S |
| 24 | Michael Family Trust Dtd 12/4/03<br>Alain Michael & Dawn Levy Ttees<br>1861 Tuscan Grove Pl<br>Camarillo, Ca 93012-8960 | 10725-00276 | 9/27/2006 | $180,000.00 | S |
| 25 | Michael M. Alldredge & Ellen M. Alldredge<br>3720 Socrates Dr.<br>Reno, NV 89521-4507 | 10725-00697 | 10/23/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 26 | Michael S Freedus Dds Pc Defined Benefit Plan<br>2535 Lake Rd<br>Delanson, NY 12053 | 10725-02144 | 1/11/2007 | $251,370.92 | S, U |
| 27 | Michael S. Braida Ira<br>First Savings Bank, Custodian<br>1168 Dover Lane<br>Foster City, CA 94404 | 10725-00607 | 10/16/2006 | $100,967.00 | S, U |
| 28 | Michaelian Holdings, LLC<br>413 Canyon Greens Dr<br>Las Vegas, NV 89144 | 10725-02433 | 1/12/2007 | $1,267,075.50 | S |
| 29 | Michel F & Patricia A Aiello Trust Agt Dtd 10/4/94<br>Michel F & Patrica A Aiello Ttees<br>312 Ski Way<br>Incline Village, NV 89451-9223 | 10725-00269 | 9/27/2006 | $50,000.00 | S |
| 30 | Michelle Revocable Trust Dtd 05/03/02<br>Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 10725-00034 | 4/27/2006 | $30,788.99 | S |
| 31 | Millar Dr, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02139 | 1/11/2007 | $22,942.06 | S |
| 32 | Millar Dr, Russell<br>923 Ceres Rd<br>Palm Springs, Ca 92262 | 10725-02140 | 1/11/2007 | $12,285.97 | S |
| 33 | Millar, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02137 | 1/11/2007 | $60,000.00 | S |
| 34 | Millar, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02138 | 1/11/2007 | $100,000.00 | S |
| 35 | Miller Trust Dated 8/13/87, Gary I & Barbara<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 10725-02037 | 1/11/2007 | $555,683.00 | S, U |
| 36 | Miller, Steve H & Karen L<br>7527 E Pasaro Dr<br>Scottsdale, AZ 85262 | 10725-02119 | 1/11/2007 | $128,810.89 | S, U |
| 37 | Milton Leroy Owens Md Inc<br>C/O Milton Leroy Owens Trustee<br>Defined Benefit Pension Plan & T<br>1094 W 7Th St<br>San Pedro, CA 90731-2928 | 10725-00569 | 10/12/2006 | $26,129.00 | S |
| 38 | Mirzaian, Katrine<br>708 Prospect Dr<br>Glendale, CA 91205 | 10725-01953 | 1/10/2007 | $344,011.56 | S |

918152   21st Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 39 | Molina & Schmuker, Sergio & Irene<br>Po Box 859<br>12150 S Dart Rd<br>Molalla, OR  97038 | 10725-01210 | 11/10/2006 | $50,000.00 | S |
| 40 | Molina & Schmuker, Sergio & Irene<br>Po Box 859<br>12150 S Dart Rd<br>Molalla, OR  97038-0859 | 10725-01211 | 11/10/2006 | $50,000.00 | S |
| 41 | Mollie Schoichet & Henrietta Aronson<br>21150 Point Pl  Apt 606<br>Aventura, FL  33180-4034 | 10728-00051 | 9/27/2006 | $100,000.00 | S |
| 42 | Monighetti, Pete<br>6515 Frankie Ln<br>Prunedale, CA  93907 | 10725-01208 | 11/10/2006 | $1,509,963.55 | S |
| 43 | Moon Trustee Of The Decedent`S Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00010 | 5/22/2006 | $51,033.34 | S |
| 44 | Moon Trustee Of The Decedent`S Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00015 | 5/23/2006 | $51,076.38 | S |
| 45 | Moon Trustee Of The Decedent`S Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00016 | 5/23/2006 | $25,538.20 | S |
| 46 | Moore, Ernest J<br>2028 I St<br>Sparks, NV  89431 | 10725-02007 | 1/10/2007 | $101,522.07 | S, U |
| 47 | Moore, James<br>2009 Willow Tree Ct<br>Thousand Oaks, CA  91362 | 10725-00750 | 10/25/2006 | $50,000.00 | S |
| 48 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00107 | 8/7/2006 | $28,136.73 | S |
| 49 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00108 | 8/7/2006 | $21,523.00 | S |
| 50 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00109 | 8/7/2006 | $30,072.37 | S |