LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | E-Filed on 3/20/07 |
|---|---|

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| | **NOTICE OF HEARING REGARDING TWENTY-FIRST OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
- ¨ All Debtors
- ☒ USA Commercial Mortgage Company
- ¨ USA Capital Realty Advisors, LLC
- ¨ USA Capital Diversified Trust Deed Fund, LLC
- ¨ USA Capital First Trust Deed Fund, LLC
- ¨ USA Securities, LLC

Hearing Date:  April 26, 2007
Hearing Time:  9:30 a.m.

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED.  THE DEADLINE TO RESPOND TO THE OBJECTION IS APRIL 19, 2007.  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR WWW.BMCGROUP.COM/USACMC, or to the undersigned counsel.**

1819678.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed a Second Omnibus Objection to Claims Asserting Secured Status (the "Objection"). The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing approximately 1,600 alleged secured claims asserting claims that aggregate over $296 million. Specifically, the USACM Liquidating Trust objects to the secured status asserted in the proofs of claim listed on the **<u>Exhibit A</u>** to the Objection, which is served with this Notice. The objection asserts that the listed claims are not secured by property of the USACM estate, although the loans that are the basis of the claims may be secured by property of the loan Borrowers. The Trust requests that the Court reclassify these claims as general unsecured claims (subject to additional objections). As explained in the motion, the USACM Liquidating Trust may have other objections to the claims that will be filed later.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **<u>April 26, 2007</u>, at the hour of <u>9:30 a.m</u>**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 26, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **<u>April 19, 2007</u>** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written

1819678.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1    documentation in support of the proof of claim has already been provided to
     the objecting party and that the documentation will be provided at any
2    evidentiary hearing or trial on the matter.

3          If you object to the relief requested, you *must* file a **WRITTEN** response to this

4    pleading with the Court.  You *must* also serve your written response on the person who

5    sent you this notice.

6          If you do not file a written response with the Court, or if you do not serve your

7    written response on the person who sent you this notice, then:

8          • The Court may *refuse to allow you to speak* at the scheduled hearing; and

9          • The Court may *rule against you* without formally calling the matter at the

10           hearing.

11   Dated:  March  20, 2007.

12

13                              **LEWIS AND ROCA LLP**

14

15                              By:  _/s/ RC (#6593)_____
                                    Susan M. Freeman, AZ 4199 (*pro hac vice*)
16                                  Rob Charles, NV 6593
                                3993 Howard Hughes Parkway, Suite 600
17                              Las Vegas, Nevada  89169-5996
                                Facsimile (702) 949-8321
18                              Telephone (702) 949-8320
                                *Counsel for USACM Liquidating Trust*
19

20

21

22

23

24

25

26

1819678.1