**22nd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Moore, Patrick<br>C/O Muks Realty LLC<br>77-251 Iroquois Dr<br>Indian Wells, CA  92210 | 10725-02153 | 1/12/2007 | $304,258.34 | S, U |
| 2 | Morgan IRA, Rosalie A<br>6869 Eagle Wing Dr<br>Sparks, NV  89436-8496 | 10725-01512 | 11/29/2006 | $126,910.00 | S, P, U |
| 3 | Morton Ira, Nadine<br>First Savings Bank Custodian<br>2708 La Solana Way<br>Las Vegas, Nv  89102 | 10725-00557 | 10/12/2006 | $10,712.58 | S |
| 4 | Morton, Nadine<br>2708 La Solana Way<br>Las Vegas, NV  89102 | 10725-00556 | 10/12/2006 | $50,000.00 | S |
| 5 | Motto, George J<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00854 | 11/13/2006 | $550,000.00 | S |
| 6 | Mulkey, Laura<br>2860 Augusta Dr<br>Las Vegas, NV  89109 | 10725-01048 | 11/6/2006 | $175,000.00 | S |
| 7 | Mullin, Elaine<br>3115 Merrill Dr #37<br>Torrance, Ca  90503 | 10725-00221 | 9/25/2006 | $220,000.00 | S |
| 8 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Maupin Cox & Legoy<br>Po Box 30000<br>Reno, NV  89520 | 10725-00099 | 8/15/2006 | $122,753.00 | S |
| 9 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Maupin Cox & Legoy<br>Po Box 30000<br>Reno, NV  89520 | 10725-00471 | 10/6/2006 | $122,753.00 | S |
| 10 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV  89520 | 10725-00100 | 8/15/2006 | $75,699.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00101 | 8/15/2006 | $75,717.00 | S |
| 12 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00469 | 10/6/2006 | $75,717.00 | S |
| 13 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00470 | 10/6/2006 | $75,699.00 | S |
| 14 | Murphy, Elizabeth R<br>320 Hidden Trails Rd<br>Escondido, Ca 92027 | 10725-02041 | 1/11/2007 | $25,098.63 | S, U |
| 15 | Murray, Gordon & Shirley<br>8100 Sunset Cove Dr<br>Las Vegas, NV 89128-7714 | 10725-00232 | 9/25/2006 | $100,000.00 | S |
| 16 | Mw Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 10725-00200 | 9/20/2006 | $100,000.00 | S |
| 17 | Mw Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 10725-00201 | 9/20/2006 | $100,000.00 | S |
| 18 | Nadine Morton Ira<br>First Savings Bank, Custodian<br>2708 La Solana Wy.<br>Las Vegas, Nv 89102 | 10725-00558 | 10/12/2006 | $16,882.42 | S |
| 19 | Nadine Morton<br>2708 La Solana Wy.<br>Las Vegas, NV 89102 | 10725-00625 | 10/17/2006 | $50,000.00 | S |
| 20 | Nakashima, Vicky<br>1681 Fairburn Ave<br>Los Angeles, CA 90024 | 10725-01018 | 10/26/2006 | $155,000.00 | S |
| 21 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02424 | 1/12/2007 | $32,824.37 | S |
| 22 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02425 | 1/12/2007 | $64,406.10 | S |

| # | Name/Address | Claim No. | Date | Amount | Status |
|---|---|---|---|---|---|
| 23 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02426 | 1/12/2007 | $53,123.49 | S |
| 24 | Nancy Guyer & Todd Barrett<br>455 Enterprise Ct<br>Boulder City, NV 89005-1508 | 10725-02194 | 1/12/2007 | $54,000.00 | S |
| 25 | Nancy R Davis Defined Benefit Plan<br>Nancy R Davis Ttee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 10725-02085 | 1/11/2007 | $139,531.75 | S, U |
| 26 | Nancy R Gilmour IRA<br>C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 10725-01925 | 1/11/2007 | $203,004.11 | S, U |
| 27 | Naylon, Dominique<br>Po Box 2<br>Topaz, Ca 96133 | 10725-01697 | 12/11/2006 | $692,466.54 | S |
| 28 | Naylon, Dominique<br>PO Box 2<br>Topaz, CA 96133 | 10725-02044 | 1/11/2007 | $584,148.81 | S, U |
| 29 | Neal, Ronald Douglas<br>22853 Boxwood Ln<br>Santa Clarita, CA 91390-4155 | 10725-02170 | 1/12/2007 | $141,138.69 | S, U |
| 30 | Nevada Freedom Corp<br>Ftbo Debra L Deverill<br>Duane U Deverill Trustee<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00401 | 10/2/2006 | $228,186.82 | S |
| 31 | Nevada Freedom Corp<br>Ftbo Debra L Deverill<br>Duane U Deverill Trustee<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00402 | 10/2/2006 | $354,947.94 | S |
| 32 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00403 | 10/2/2006 | $1,052,069.31 | S |
| 33 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00404 | 10/2/2006 | $304,594.52 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 34 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10  Pmb 186<br>Incline Village, NV  89451-9613 | 10725-00406 | 10/2/2006 | $101,472.60 | S |
| 35 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10  Pmb 186<br>Incline Village, NV  89451-9613 | 10725-00407 | 10/2/2006 | $820,466.12 | S |
| 36 | Nevins Jt Ten, Richard & Michele<br>1547 Bob Goalby Ln<br>El Paso, TX  79935 | 10725-02026 | 1/11/2007 | $1,399,379.81 | S, U |
| 37 | Newman Ttees Of The Newman Family Trust, Larry J & Elsie D<br>1775 Autumn Valley Way<br>Reno, NV  89523 | 10725-02150 | 1/12/2007 | $500,119.23 | S, U |
| 38 | Nichols, Charles O & Flora A<br>2561 Seascape Dr<br>Las Vegas, Nv  89128-6834 | 10725-00479 | 10/6/2006 | $864,851.83 | S |
| 39 | Nichols, Suzanne<br>2561 Seascape Dr<br>Las Vegas, NV  89123 | 10725-00478 | 10/6/2006 | $12,820.91 | S |
| 40 | Nielson Family Trust Dtd 3/9/78<br>C/O Dell R & Penny Nielson Ttees<br>Po Box 281145<br>Dysart Rnch<br>Lamoille, NV  89828-1145 | 10725-00748 | 10/26/2006 | $48,835.02 | S |
| 41 | Nix, John & Lisa M<br>836 Temple Rock Ct<br>Boulder City, Nv  89005 | 10725-00178 | 9/1/2006 | $101,791.67 | S |
| 42 | Norman & Charlene Prins Revoc Living Trust<br>Dtd 10/29/03<br>Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN  55438-2114 | 10725-01480 | 11/27/2006 | $118,827.74 | S |
| 43 | Novak, Lee<br>503 Kiel St<br>Henderson, NV  89015 | 10725-00536 | 10/10/2006 | $100,000.00 | S |
| 44 | Noxon Family Trust The<br>C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV  89074-3384 | 10725-00970 | 11/3/2006 | $9,157.80 | S |

| 45 | Noxon Family Trust The<br>Arthur & Joan Noxon Trustees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 10725-00971 | 11/3/2006 | $50,000.00 | S |
|---|---|---|---|---|---|
| 46 | Noxon Family Trust The<br>C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 10725-00972 | 11/3/2006 | $35,426.83 | P, S |
| 47 | O`Neill, Charles & Lois C<br>2340 Armstrong Ln<br>Reno, NV 89509 | 10725-01731 | 12/11/2006 | $75,311.86 | S |
| 48 | O`Neill, Charles E & Lois<br>2340 Armstrong Ln<br>Reno, NV 89509-3861 | 10725-01730 | 12/11/2006 | $75,311.86 | S |
| 49 | O`Riordan, John E & Sonhild A<br>2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 10725-01923 | 1/10/2007 | $1,738,252.26 | S, U |