March 15, 2007

Clerk
United States Bankruptcy Court
300 Las Vegas Blvd. South 4th Floor
Las Vegas, NV 89101

RE: Case Name:   USA Commercial Mortgage
    Case Number: 06-10725-lbr
    Document Number: 3022

I object to the relief requested in the above referenced case. Please review the attached documentation to the attorneys who filed the motion.

Respectfully submitted,

Michael P. Mollo

March 15, 2007

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Blvd, Suite 1
Las Vegas, NV 89146-5308

Annette W. Jarvis
Steven C. Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385

To Whom It May Concern:

I object to the relief requested in case number 06-10725-1br, document number 3021, case name USA Commercial Mortgage Company. It is stated in Exhibit B that the claim of Michael Mollo should not be allowed. I believe it should be allowed for the following reasons:

1) I was an employee of USA Securities (See enclosed 2005 and 2006 W-2's)
2) My compensation was based upon the amount of money raise by outside broker/dealers for the USA First Trust Deed Fund.
3) My compensation was 10% of the commissions paid to these outside brokers.
4) There are 64 brokers that were owed money by USA Securities prior to the Bankruptcy. (See Attached Creditor List filed by USA Securities)
5) Ten percent of the $1066.25 commissions owed equal $106.63, the amount I filed a claim for.
6) Since I was an employee and the claim is under $10,000, this makes it a priority status, I believe.

Respectfully submitted,

*[signature]*

Michael P. Mollo

# 2006 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2006**
OMB No. 1545-0008

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 1095.00 | Social Security Tax Withheld Box 4 of W-2 | 67.89 |
| | | CA. State Income Tax Box 17 of W-2 | |
| | | SUI/SDI Box 14 of W-2 | 8.76 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 15.88 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | 1,095.00 | 1,095.00 | 1,095.00 | 1,095.00 |
| Reported W-2 Wages | 1,095.00 | 1,095.00 | 1,095.00 | 1,095.00 |

---

**Control number:** 024 49/QFA   **Dept.**   **Corp.**   **Employer use only** A EIC 2

**Employer's name, address, and ZIP code:**
USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Batch #00117

**Employee's name, address, and ZIP code:**
CHAEL P MOLLO
S. BROADWAY
DONDO BEACH CA 90277

**Employer's FED ID number:** 88-0482518
**Employee's SSA number:** 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

| | |
|---|---|
| Wages, tips, other comp. 1095.00 | 2 Federal income tax withheld |
| Social security wages 1095.00 | 4 Social security tax withheld 67.89 |
| Medicare wages and tips 1095.00 | 6 Medicare tax withheld 15.88 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| 8.76 SDI | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| State: A  Employer's state ID no. 228-4259 5 | 16 State wages, tips, etc. 1095.00 |
| State income tax | 18 Local wages, tips, etc. |
| Local income tax | 20 Locality name |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll department.

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 13
STATE: 13

© 2006 AUTOMATIC DATA PROCESSING, INC.

— Fold and Detach Here —

**Federal Filing Copy — W-2 Wage and Tax 2006**

| | |
|---|---|
| Wages, tips, other comp. 1095.00 | 2 Federal income tax withheld |
| Social security wages 1095.00 | 4 Social security tax withheld 67.89 |
| Medicare wages and tips 1095.00 | 6 Medicare tax withheld 15.88 |
| Control number 0024 49/QFA | Dept. Corp. Employer use only A EIC 2 |

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number: 88-0482518
Employee's SSA number: 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

Social security tips | 8 Allocated tips
Advance EIC payment | 10 Dependent care benefits
Nonqualified plans | 12a See instructions for box 12
Other | 12b
8.76 SDI | 12c / 12d
 | 13 Stat emp. Ret. plan 3rd party sick pay

ICHAEL P MOLLO
6 S. BROADWAY
3
EDONDO BEACH CA 90277

State CA  228-4259 5   16 State wages, tips, etc. 1095.00
State income tax | 18 Local wages, tips, etc.
Local income tax | 20 Locality name

---

**CA.State Reference Copy — W-2 Wage and Tax 2006**

Wages, tips, other comp. 1095.00 | 2 Federal income tax withheld
Social security wages 1095.00 | 4 Social security tax withheld 67.89
Medicare wages and tips 1095.00 | 6 Medicare tax withheld 15.88
Control number 100024 49/QFA | Dept. Corp. Employer use only A EIC 2

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number: 88-0482518
Employee's SSA number: 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

Social security tips | 8 Allocated tips
Advance EIC payment | 10 Dependent care benefits
Nonqualified plans | 12a
14 Other 8.76 CA SDI | 12b / 12c / 12d
 | 13 Stat emp. Ret. plan 3rd party sick pay

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

15 State CA  Employer's state ID no. 228-4259 5   16 State wages, tips, etc. 1095.00
17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

---

**CA.State Filing Copy — W-2 Wage and Tax 2006**

Wages, tips, other comp. 1095.00 | 2 Federal income tax withheld
Social security wages 1095.00 | 4 Social security tax withheld 67.
Medicare wages and tips 1095.00 | 6 Medicare tax withheld 15.
Control number 100024 49/QFA | Dept. Corp. Employer use only A EIC

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number: 88-0482518
Employee's SSA number: 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

Social security tips | 8 Allocated tips
Advance EIC payment | 10 Dependent care benefits
Nonqualified plans | 12a
14 Other 8.76 CA SDI | 12b / 12c / 12d
 | 13 Stat emp. Ret. plan 3rd party s

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

15 State CA  228-4259 5   16 State wages, tips, etc. 1095.
17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

# 2005 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2005**
OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0024 49/QFA | | A | 9 |

Employer's name, address, and ZIP code:
USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Batch #01012

Employee's name, address, and ZIP code:
ICHAEL P MOLLO
6 S. BROADWAY
B
EDONDO BEACH CA 90277

| Employer's FED ID number | Employee's SSA number |
|---|---|
| 88-0482518 | 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 |

| Wages, tips, other comp. | Federal income tax withheld |
|---|---|
| 8520.00 | 1026.30 |
| Social security wages | Social security tax withheld |
| 8520.00 | 528.24 |
| Medicare wages and tips | Medicare tax withheld |
| 8520.00 | 123.54 |
| Social security tips | Allocated tips |
| Advance EIC payment | Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| 92.02 SDI | 12c / 12d |
| | 13 Stat emp / Ret. plan / 3rd party sick pay |

| State | Employer's state ID no. | State wages, tips, etc. |
|---|---|---|
| CA | 228-4259 5 | 8520.00 |
| State income tax | Local wages, tips, etc. | |
| 435.44 | | |
| Local income tax | 20 Locality name | |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | |
|---|---|---|---|
| Gross Pay | 8520.00 | Social Security Tax Withheld Box 4 of W-2 | 528.24 |
| | | | |
| Fed. Income Tax Withheld Box 2 of W-2 | 1026.30 | Medicare Tax Withheld Box 6 of W-2 | 123.54 |

| CA. State Income Tax Box 17 of W-2 | 435.44 |
|---|---|
| SUI/SDI Box 14 of W-2 | 92.02 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 8,520.00 | 8,520.00 | 8,520.00 | 8,520.00 |
| Reported W-2 Wages | 8,520.00 | 8,520.00 | 8,520.00 | 8,520.00 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 13
STATE: 13

© 2005 AUTOMATIC DATA PROCESSING, INC.

--- Fold and Detach Here ---

**Federal Filing Copy** — W-2 Wage and Tax 2005

| Wages, tips, other comp. | Federal income tax withheld |
|---|---|
| 8520.00 | 1026.30 |
| Social security wages 8520.00 | Social security tax withheld 528.24 |
| Medicare wages and tips 8520.00 | Medicare tax withheld 123.54 |

Control number: 0024 49/QFA   Dept.   Corp. A   9

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number: 88-0482518
Employee's SSA number: 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

Social security tips / Allocated tips
Advance EIC payment / 10 Dependent care benefits
Nonqualified plans / 12a See instructions for box 12
Other 92.02 SDI / 12b, 12c, 12d
13 Stat emp / Ret. plan / 3rd party sick pay

ICHAEL P MOLLO
6 S. BROADWAY
B
EDONDO BEACH CA 90277

| State | Employer's state ID no. | State wages, tips, etc. |
|---|---|---|
| CA | 228-4259 5 | 8520.00 |
| State income tax 435.44 | Local wages, tips, etc. | |
| Local income tax | 20 Locality name | |

---

**CA. State Reference Copy** — W-2 Wage and Tax 2005

Wages, tips, other comp. 8520.00 | Federal income tax withheld 1026.30
Social security wages 8520.00 | Social security tax withheld 528.24
Medicare wages and tips 8520.00 | Medicare tax withheld 123.54

Control number: 100024 49/QFA   A   9

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number 88-0482518 | Employee's SSA number 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

14 Other: 92.02 CA SDI

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

15 State CA | Employer's state ID no. 228-4259 5 | 16 State wages, tips, etc. 8520.00
17 State income tax 435.44 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

---

**CA. State Filing Copy** — W-2 Wage and Tax 2005

Wages, tips, other comp. 8520.00 | Federal income tax withheld 1026.3
Social security wages 8520.00 | Social security tax withheld 528.2
Medicare wages and tips 8520.00 | Medicare tax withheld 123.5

Control number: 100024 49/QFA   A

USA SECURITIES LLC
4484 S PECOS
LAS VEGAS NV 89121

Employer's FED ID number 88-0482518 | Employee's SSA number 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

14 Other: 92.02 CA SDI

MICHAEL P MOLLO
316 S. BROADWAY
#B
REDONDO BEACH CA 90277

15 State CA | Employer's state ID no. 228-4259 5 | 16 State wages, tips, etc. 8520.0
17 State income tax 435.44 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

Form 4
(10/05)

# United States Bankruptcy Court
## District of Nevada

In re   USA Securities, LLC
                        Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| James Hull<br>c/o Signature Financial<br>2601 Airport Drive<br>Torrance, CA 90505 | Jim Hull | Commissions | | 385.00 |
| George Gorman<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | George Gorman | Commissions | | 368.75 |
| R. Hagmaier<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | R. Hagmaier | Commissions | | 200.00 |
| Tim Rich<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd<br>Thousand Oaks, CA 91362 | Tim Rich | Commissions | | 112.50 |

# LIST OF CREDITORS

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD
THOUSAND OAKS, CA 91362

**United States Bankruptcy Court**
**District of Nevada**

In re  **USA Securities, LLC**                                                                    Case No. _____
                                                Debtor(s)                                         Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Managers of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 13, 2006**                              **/s/ Joseph D. Milanowski;  Paul S. Hamilton**
                                                        **Joseph D. Milanowski;  Paul S. Hamilton/Co-Managers**
                                                        Signer/Title