**TIP Capital**

40950 Woodward Avenue
Bloomfield Hills, MI 48304-5128
888.800.3705 toll free
248.593.3900 phone
248.593.3901 fax
www.tipcapital.com

RECEIVED & FILED

'07 MAR 19 P3:34

U.S. BANKRUPTCY COURT
PATRICIA ___, CLERK

March 14, 2007

United States Bankruptcy Court
District of Nevada
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: Bankruptcy Case No. BK-S-06-10725 LBR
USA Commercial Mortgage Company

Please note that our office has moved. Please direct all correspondence to Technology Investment Partners, L.L.C., dba TIP Capital as follows:

**Technology Investment Partners, L.L.C.
Attn: Stacey L. Farmer
40950 Woodward Avenue
Suite 201
Bloomfield Hills, MI 48304-5128**

*Our new phone numbers are: (248) 593-3900 phone, (248) 593-3901 fax.*

If you have any questions, you may contact me directly at (248) 593-3975.

Thank you,

*Stacey Farmer*

Stacey L. Farmer