**23rd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01069 | 11/7/2006 | $22,849.49 | S |
| 2 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01070 | 11/7/2006 | $30,000.00 | S |
| 3 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01071 | 11/7/2006 | $25,000.00 | S |
| 4 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01072 | 11/7/2006 | $65,000.00 | S |
| 5 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01073 | 11/7/2006 | $50,000.00 | S |
| 6 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 10725-01102 | 11/7/2006 | $20,087.20 | S |
| 7 | Ogren Ttee For The Benefit Of, Robert L<br>The Robert L Ogren Trust<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 10725-02000 | 1/10/2007 | $913,741.57 | S, U |
| 8 | Ogren Ttee Of The Robert L Ogren Trust, Robert L<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 10725-02001 | 1/10/2007 | $162,245.56 | S, U |
| 9 | Ogren, William W & Betty R<br>22102 Shannon Dell Dr<br>Audubon, PA 19403 | 10725-02161 | 1/12/2007 | $101,463.19 | S, U |
| 10 | Ohms, Sandra & Paul<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA 94583 | 10725-00147 | 8/15/2006 | $30,250.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Olga O`Buch Trust Dtd 5/28/98<br>C/O Olga O Buch Trustee<br>140 Gazelle Rd<br>Reno, NV  89511-6642 | 10725-01736 | 12/11/2006 | $241,667.00 | S |
| 12 | Olga O`Buch Ttee/Olga O`Buch Trust, Olga<br>140 Gazelle Rd<br>Reno, NV  89511 | 10725-02121 | 1/11/2007 | $253,701.76 | S, U |
| 13 | Olsen, Donald<br>8728 Castle View Ave<br>Las Vegas, NV  89129 | 10725-01187 | 11/7/2006 | $8,242.00 | S |
| 14 | Olson, Dean<br>6760 Chesterfield Ln<br>Reno, NV  89523 | 10725-01578 | 12/1/2006 | $100,000.00 | S |
| 15 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, Ca  92571 | 10725-01254 | 11/9/2006 | $100,000.00 | S<br>P, U - unknown |
| 16 | Oosthuizen, Adrian J R<br>5860 Lausanne Dr<br>Reno, Nv  89511 | 10725-01718 | 12/11/2006 | $1,398,344.58 | S |
| 17 | Oosthuizen, Adrian Jr<br>5860 Lausanne Dr<br>Reno, NV  89511 | 10725-01865 | 1/10/2007 | $1,355,647.65 | S, U |
| 18 | Osherow Trust<br>Aaron Osherow Trustee<br>200 S Brentwood Blvd  #92<br>St Louis, MO  63105 | 10725-01959 | 1/10/2007 | $544,233.01 | S, U |
| 19 | Oster, Paul<br>PO Box 2618<br>Mammoth Lakes, CA  93546 | 10725-02082 | 1/11/2007 | $154,082.00 | S, U |
| 20 | Ovca Associates Inc Defined Pension Plan<br>C/O William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA  92649-3020 | 10725-00957 | 11/1/2006 | $275,000.00 | S |
| 21 | Owens, Milton<br>1094 7Th St<br>San Pedro, Ca  90731 | 10725-00570 | 10/12/2006 | $26,129.00 | S, P |
| 22 | Oxx, Lori E<br>6501 Dume Dr<br>Malibu, CA  90265-4274 | 10725-01100 | 11/8/2006 | $13,195.78 | S |
| 23 | Paepae Estate Trust Dtd 05/01/00<br>C/O Kimberly Havins Trustee<br>3125 Shadowleaf Ct<br>Las Vegas, NV  89117-3256 | 10725-00563 | 10/12/2006 | $280,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Page, Patti<br>1225 Triumph Ct<br>Las Vegas, Nv  89117 | 10725-00550 | 10/11/2006 | $200,000.00 | S |
| 25 | Panagiotis Dovanidis & Aikaterini Giannopoulous<br>14 Mikinon St<br>Glyfada  Athens Hellas 16674<br>Greece | 10725-01500 | 11/29/2006 | $50,000.00 | S |
| 26 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01502 | 11/29/2006 | $50,000.00 | S |
| 27 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01503 | 11/29/2006 | $50,000.00 | S |
| 28 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01504 | 11/29/2006 | $50,000.00 | S |
| 29 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01505 | 11/29/2006 | $50,000.00 | S |
| 30 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01506 | 11/29/2006 | $50,000.00 | S |
| 31 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01507 | 11/29/2006 | $30,000.00 | S |
| 32 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01508 | 11/29/2006 | $30,000.00 | S |
| 33 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01509 | 11/29/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01510 | 11/29/2006 | $50,000.00 | S |
| 35 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens Hellas 16674<br>Greece | 10725-01501 | 11/29/2006 | $30,000.00 | S |
| 36 | Panek, William<br>106 Mango Ct<br>Henderson, Nv  89015 | 10725-00368 | 10/2/2006 | $48,047.32 | S |
| 37 | Park, Young Jin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV  89121-5345 | 10725-01814 | 12/21/2006 | $15,823.13 | S |
| 38 | Park, Youngjin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV  89121-5345 | 10725-01812 | 12/21/2006 | $50,000.00 | S |
| 39 | Park, Youngjin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV  89121-5345 | 10725-01813 | 12/21/2006 | $50,000.00 | S |
| 40 | Parker, Charles & Mary<br>14470 Emerald Path<br>Apple Valley, MN  55124 | 10725-01901 | 1/9/2007 | $236,840.31 | S |
| 41 | Parker, Lexey S<br>4005 Plateau Rd<br>Reno, NV  89509-7957 | 10725-00279 | 9/27/2006 | $101,000.00 | S |
| 42 | Partch, Tim & Kathleen<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00137 | 8/15/2006 | $100,000.00 | S |
| 43 | Pasquale C Mauro Family Trust Dated 4/19/95<br>C/O Pasquale C Mauro Trustee<br>7768 Painted Sunset Dr<br>Las Vegas, NV  89149-6453 | 10725-01467 | 11/17/2006 | $85,000.00 | S |
| 44 | Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV  89134-6215 | 10725-00913 | 11/3/2006 | $150,000.00 | S |
| 45 | Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV  89134-6215 | 10725-01388 | 11/3/2006 | $150,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 46 | Patricia Lee Tiede<br>5225 Pooks Hill Road<br>1520 North<br>Bethesda, Md  20814 | 10725-01136 | 11/9/2006 | $50,000.00 | S |
| 47 | Patterson-Rogers Family 2001 Trust<br>Robert C & Joyce Patterson-Rogers Trustees<br>Po Box 60175<br>Las Vegas, NV  89160 | 10725-00046 | 5/11/2006 | $50,000.00 | S |
| 48 | Paul Bloch Living Trust Dated 10/29/02<br>Trustee Of Paul Bloch Living Trust<br>2111 Strada Mia<br>Las Vegas, NV  89117-1980 | 10725-00166 | 8/28/2006 | $253,732.64 | S |
| 49 | Paul Bloch Living Trust Dtd 10/29/02<br>Paul Bloch Ttee<br>2111 Strada Mia<br>Las Vegas, NV  89117 | 10725-00181 | 9/1/2006 | $152,687.50 | S |
| 50 | Paul Bloch Living Trust Dtd 10/29/02<br>Trustee<br>2111 Strada Mia<br>Las Vegas, NV  89117-1980 | 10725-00197 | 9/8/2006 | $253,732.64 | S |