| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>Douglas M. Monson, Utah Bar No. 2293<br>Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com;<br>sstrong@rqn.com; dmonson@rqn.com | **E-FILED on March 20, 2007** |

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | **MASTER SERVICE LIST FOR LIMITED NOTICE #7 DATED MARCH 20, 2007 [AFFECTS ALL DEBTORS]** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| **DEBTOR AND COUNSEL** | |
| ANNETTE W. JARVIS | |
| DOUGLAS M. MONSON | |
| STEVEN C. STRONG | |
| RAY QUINNEY & NEBEKER P.C. | |
| 36 SOUTH STATE STREET, SUITE 1400 | |
| P.O. BOX 45385 | |
| SALT LAKE CITY, UTAH 84145-0385 | |
| ajarvis@rqn.com | |
| sstrong@rqn.com | |
| dmonson@rqn.com | |
| LENARD E. SCHWARTZER | |
| JEANETTE E. MCPHERSON | |
| SCHWARTZER & MCPHERSON LAW FIRM | |
| 2850 SOUTH JONES BOULEVARD, SUITE 1 | |
| LAS VEGAS, NEVADA 89146-5308 | |
| bkfiling@s-mlaw.com | |
| USA COMMERCIAL MORTGAGE | |
| USA CAPITAL REALTY ADVISORS, LLC | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | |
| USA SECURITIES, LLC | |
| THOMAS J. ALLISON | |
| 4484 SOUTH PECOS ROAD | |
| LAS VEGAS, NV 89121 | |
| **THE UNITED STATES TRUSTEE** | |
| OFFICE OF THE U.S. TRUSTEE | |
| 600 LAS VEGAS BLVD., SOUTH, STE. 4300 | |
| LAS VEGAS, NV 89101 | |
| USTPRegion17.lv.ecf@usdoj.gov | |

| **USA CAPITAL REALTY ADVISORS, LLC – UNSECURED CREDITORS** | |
|---|---|
| KUMMER, KAEMPFER, BONNER & RENSHAW | INTERSHOW |
| 3800 HOWARD HUGHES PKWY., 7TH FLOOR | THE GITHLER CENTER |
| LAS VEGAS, NV 89109 | 1258 NORTH PALM AVE. |
| | SARASOTA, FL 34236 |

| **USA SECURITIES, LLC – UNSECURED CREDITORS** | |
|---|---|
| JAMES HULL | GEORGE GORMAN |
| C/O SIGNATURE FINANCIAL | C/O FINANCIAL WEST GROUP |
| 2601 AIRPORT DRIVE, #370 | 4510 E. THOUSAND OAKS BLVD. |
| TORRANCE, CA 90505 | THOUSAND OAKS, CA 91362 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY**

| | |
|---|---|
| ROB CHARLES<br>SUSAN M. FREEMAN<br>LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, 6^TH^ FLOOR<br>LAS VEGAS, NV 89109<br>rcharles@lrlaw.com<br>sfreeman@lrlaw.com | |

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

| | |
|---|---|
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134<br><br>C/O DONALD R. WALKER<br>9209 EAGLE HILLS DR.<br>LAS VEGAS, NV 89134-6109<br>drwalker1@cox.net | ADVANCED INFORMATION SYSTEMS<br>C/O MICHAEL T. YODER<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89103<br>myoder@aisinfo.com |
| RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255<br><br>ROBERT A. RUSSELL<br>8585 EAST HARTFORD DR., SUITE 500<br>SCOTTSDALE, AZ 85255<br>r.russell@industrialwest.com | ANNEE NOUNNA<br>8057 LANDS END COURT<br>LAS VEGAS, NV 89117-7635<br>Bella8049@aol.com |
| THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REVOCABLE TRUST<br>DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025<br>bmounier@hughes.net | LARRY L. RIEGER AND PATSY RIEGER REVOCABLE TRUST<br>LARRY L. RIEGER, TRUSTEE<br>2615 GLEN EAGLES DRIVE<br>RENO, NV 89523<br>Rieg4@sbcglobal.net |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| JOHN BAUER IRA<br>40808 NORTH RIVERBEND<br>ANTHEM, AZ 85086<br>jbnvi@cs.com | BROADWALK INVESTMENTS L.P.<br>JAMES R. BONFIGLIO, G.P.<br>8635 WEST SAHARA AVE., UNIT 220<br>LAS VEGAS, NV 89117<br>Jbonfiglio62@yahoo.com |
| NEVADA STATE BANK<br>KERIANN M. ATENCIO<br>GREENBERG TRAURIG, LLP<br>2375 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016<br>atenciok@GTLaw.com | |
| **COUNSEL FOR THE EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC** ||
| FRANK A. MEROLA<br>EVE H. KARASIK<br>CHRISTINE M. PAJAK<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067<br>fmerola@stutman.com<br>ekarasik@stutman.com<br>cpajak@stutman.com | JAMES PATRICK SHEA<br>CANDACE C. CARLYON<br>SHAWN W. MILLER<br>SHLOMO S. SHERMAN<br>SHEA & CARLYON, LTD.<br>228 S. Fourth Street, 1st Floor<br>Las Vegas, NV 89101<br>bankruptcyfilings@sheacarlyon.com<br>ccarlyon@sheacarlyon.com<br>smiller@sheacarlyon.com<br>ssherman@sheacarlyon.com<br>ltreadway@sheacarlyon.com<br>rsmith@sheacarlyon.com<br>aboehmer@sheacarlyon.com |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.** ||
| ROBERT E. TAYLOR<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012<br><br>C/O CHUCK HEINRICHS<br>198 EL PAJARO<br>NEWBURY PARK, CA 91320<br>chuckhein@earthlink.net | JOHN WARNER JR., IRA<br>C/O FIRST SAVINGS BANK<br>2605 EAST FLAMINGO RD<br>LAS VEGAS, NV 89121<br><br>JOHN H. WARNER, JR.<br>2048 NORTH CHETTRO TRAIL<br>ST. GEORGE, UT 84770<br>wqfl@aol.com |
| MARY E. AND MATTHEW J. MORO, JTWROS<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266<br>maryellen.moro@verizon.net | RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTEE<br>P.O. BOX 530025<br>HENDERSON, NV 89053 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 DOOLEY DRIVE<br>HENDERSON, NV 89015 | JOHN GOINGS<br>P.O. BOX 174<br>MASONVILLE, CO 80541<br>jgoings@bhwk.com |
| **COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC** ||
| MARC A. LEVINSON<br>LYNN TRINKA ERNCE<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL, SUITE 3000<br>SACRAMENTO, CA 95814<br>malevinson@orrick.com<br>lernce@orrick.com | BOB L. OLSON<br>ANNE M. LORADITCH<br>BECKLEY SINGLETON CHTD.<br>530 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101<br>bolson@beckleylaw.com<br>aloraditch@beckleylaw.com |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.** ||
| ROBERT G. WORTHEN<br>1112 WORTHEN CIR.<br>LAS VEGAS, NV 89145<br>robertworthen@earthlink.net | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4250 EXECUTIVE SQUARE, #670<br>SAN DIEGO, CA 92037<br>skatz@katzandassociats.com |
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113<br>tclawyer@trane.com | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV 89146-6621<br>jtmacg@earthlink.net |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128<br>harleynicols@cox.net | ROBERT HARDY<br>6510 ANSONIA COURT<br>LAS VEGAS, NV 89118-1874 |
| **COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY** ||
| GERALD M. GORDON<br>GREGORY E. GARMAN<br>TALITHA B. GRAY<br>MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV 89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com<br>tbgt@gordonsilver.com<br>bankruptcynotices@gordonsilver.com | |

| COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY ||
|---|---|
| FERTITTA ENTERPRISES, INC.<br>ATTN: WILLIAM J. BULLARD, CFO<br>2960 WEST SAHARA AVENUE, SUITE 200<br>LAS VEGAS, NV 89102<br>bbullard@gordonbiersch.com | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net |
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180<br>dsfom1@aol.com |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442<br>artclassics@bellsouth.net | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118<br>james@mccollum@aol.com |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062<br><br>C/O EDWARD W. HOMFELD<br>858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230<br>nhomfeld@gmacc.com | |

| GOVERNMENTAL and REGULATORY ENTITIES ||
|---|---|
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121<br>seckhardt@mld.nv.gov | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0250 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521-5906 |
| NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX<br>CARSON CITY, NV 89710-0003 |
| OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 | DANIEL G. BOGDEN<br>CARLOS A. GONZALEZ<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>333 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 |
| UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | FHA/HUD<br>DISTRICT OFFICE<br>300 SOUTH LAS VEGAS BLVD. SUITE 2900<br>LAS VEGAS, NV 89101-5833 |
| DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | |
| **NOTICES OF APPEARANCE/REQUESTS FOR NOTICE** | |
| DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| EDWARD W. HOMFELD<br>HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY, SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | RICHARD MCKNIGHT, ESQ.<br>LAW OFFICES OF RICHARD MCKNIGHT<br>330 SOUTH THIRD STREET #900<br>LAS VEGAS, NV 89101<br>mcknightlaw@cox.net<br>gkopang@lawlasvegas.com<br>cburke@lawlasvegas.com<br>sforemaster@lawlasvegas.com |
| RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 |
| JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. McBEE<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY, #1000<br>LAS VEGAS, NV 89109<br>rkinas@swlaw.com<br>mstrand@swlaw.com<br>jlustig@swlaw.com<br>lholding@swlaw.com<br>imccord@swlaw.com |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>P.O. BOX 18<br>FAIRBURY, IL 61739 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CA 95616 |
| KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALEX & DAY<br>4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121<br>kbrinkman@gooldpatterson.com | JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281<br>RENO, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| MARTIN B. WEISS, ESQ.<br>THE GARRETT GROUP, LLC<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY<br>RENO, NV 89521 |
| VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>lawoffices601@lvcoxmail.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | SEAN NAJARIAN, ESQ.<br>THE NAJARIAN LAW FIRM<br>283 S. LAKE AVENUE, SUITE 205<br>PASADENA, CA 91101<br>sean@nlf.la |
| SCOTT D. FLEMING<br>HALE LANE PEEK DENNISION AND HOWARD<br>3930 HOWARD HUGES PARKWAY, 4TH FLOOR<br>LAS VEGAS, NV 89169<br>sfleming@halelane.com<br>dbergsing@halelane.com<br>ecfvegas@halelane.com | NILE LEATHAM<br>JAMES B. MACROBBIE<br>KOLESAR & LEATHAM, CHTD<br>3320 WEST SARAHA AVE., SUITE 380<br>LAS VEGAS, NV 89102-3202<br>nleatham@klnevada.com<br>jmacrobbie@klnevada.com |
| LAUREL E. DAVIS<br>LIONEL SAWYER & COLLINS<br>4700 BANK OF AMERICAN PLAZA<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101<br>ldavis@lionelsawyer.com<br>bklsclv@lionelsawyer.com<br>gbagley@lionelsawyer.com<br>ldavisesq@aol.com | GILBERT B. WEISMAN<br>BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10167<br>jhart@angelogordon.com | NICHOLAS J. SANTORO<br>400 SOUTH FOURTH STREET 3RD FLOOR<br>LAS VEGAS, NV 89101<br>NSantoro@Nevadafirm.com |
| JAMES A. KOHL<br>CHRISTINE ROBERTS<br>OLSON, CANNON, GORMLEY & DESRUISSEAUX<br>9950 WEST CHEYENNE AVE.<br>LAS VEGAS, NV 89129<br>bankruptcy@rocgd.com | BRADLEY J. STEVENS<br>JENNINGS, STROUSS & SALMON, P.L.C.<br>THE COLLIER CENTER, 11TH FLOOR<br>201 E. WASHINGTON STREET<br>PHOENIX, ARIZONA 85004-2385<br>bstevens@jsslaw.com |
| KEVIN B. CHRISTENSEN<br>XANNA R. HARDMAN<br>EVAN JAMES<br>7440 WEST SAHARA AVE.<br>LAS VEGAS, NV 89117<br>kbchrislaw@aol.com<br>xanna.hardman@gmail.com<br>ejameslv@earthlink.net | THOMAS R. STILLEY<br>SUSSMAN SHANK LLP<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089 |

| | |
|---|---|
| DONALD T. POLEDNAK<br>JEFFREY R. SYLVESTER<br>SYLVESTER & POLEDNAK, LTD<br>7371 PRAIRIE FALCON, SUITE 120<br>LAS VEGAS, NV 89128<br>sandplegal@yahoo.com<br>spbankruptcy@yahoo.com<br>jeff@sylvesterpolednak.com | JEFFREY G. SLOANE<br>REGINA M. McCONNELL<br>KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.<br>1389 GALLERIA DR. SUITE 200<br>HENDERSON, NV 89014<br>rmcconnell@kssattorneys.com<br>jsloane@kssattorneys.com<br>giklepel@yahoo.com |
| ERVEN T. NELSON<br>BOLICK & BOYER<br>6060 W. ELTON AVENUE, SUITE A<br>LAS VEGAS, NV 89107 | RICHARD MASON<br>PATRICIA K. SMOOTS<br>MICHAEL M. SCHMAHL<br>McGUIRE WOODS, LLP<br>77 WEST WACKER DR., SUITE 4100<br>CHICAGO, IL 60601<br>rjmason@mcquirewoods.com<br>psmoots@mcquirewoods.com<br>mschmahl@mcquirewoods.com |
| ANDREW WELCHER<br>c/o NORDMAN CORMANY HAIR & COMPTON LLP<br>ATTN: WILLIAM E. WINFIELD, ESQ.<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>P.O. BOX 9100<br>OXNARD, CA 93031<br>wwinfield@nchc.com | PETER SUSI<br>JAY L. MICHAELSON<br>MICHAELSON, SUSI & MICHAELSON<br>SEVEN WEST FIGUEROA ST. 2ND FLOOR<br>SANTA BARBARA, CA 93101-3191<br>peter@msmlaw.com<br>jay@msmlaw.com<br>cheryl@msmlaw.com<br>msm@msmlaw.com |
| LAW OFFICES OF JAMES G. SCHWARTZ<br>JOSHUA D. BRYSK, ESQ.<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 | BAY COMMUNITIES<br>C/O CHRIS MCKINNEY<br>4800 NO. FEDERAL HIGHWAY, SUITE A205<br>BOCA RATON, FL 33431 |
| JOHN F. MURTHA<br>WOODBURN & WEDGE<br>6100 NEIL ROAD, SUITE 500<br>P.O. BOX 2311<br>RENO, NV 89505<br>jmurtha@woodburnandwege.com | MATTHEW Q. CALLISTER<br>CALLISTER & REYNOLDS<br>823 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101<br>mqc@callister-reynolds.com<br>maggie@callister-reynolds.com |
| SUSAN WILLIAMS SCANN<br>PAUL R. CONNAGHAN<br>DEANER, DEANER, SCANN MALAN & LARSEN<br>ATTORNEYS FOR FRANKLIN/STRATFORD INVESTMENT, LLC<br>720 SOUTH FOURTH STREET, SUITE #300<br>LAS VEGAS, NV 89101<br>sscann@deanerlaw.com<br>palexander@deanerlaw.com | ROBERT VERCHOTA, and as GENERAL PARTNER<br>R&N REAL ESTATE INVESTMENTS, LP<br>8365 S. BONITA VISTA ST.<br>LAS VEGAS, NV 89148 |

| | | |
|---|---|---|
| 1 | THOMAS &. STILLEY<br>SUSSMAN SHANK, LLP<br>ATTORNEYS FOR DAVID FOSSATI<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089<br>tom@susmanshank.com | SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD. #160<br>LAS VEGAS, NV 89145<br>scanepa@defectlawyers.com<br>gmuscari@defectlawyers.com<br>scottcanepa@yahoo.com |
| 6 | RUSSELL JAMES ZUARDO<br>1296 HIGH FOREST AVE<br>LAS VEGAS, NV 89123<br>rjzrph@cox.net | HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145<br>Howlor5@aol.com |
| 9 | STEPHEN R. HARRIS<br>BELDING, HARRIS & PETRONI, LTD.<br>ATTORNEYS FOR FRANK SNOPKO<br>417 WEST PLUMB LANE<br>RENO, NV 89509 | WILLIAM D. COPE<br>COPE & GUERRA<br>595 HUMBOLDT STREET<br>RENO, NV 89509-1603 |
| 12 | JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | THOMAS R. BROOKSBANK<br>BROOKSBANK &ASSOCIATES<br>ATTORNEYS FOR AUGUSTINE TUFFANELLI<br>689 SIERRA ROSE DRIVE, SUITE A-2<br>RENO, NV 89511<br>tom@tombrooksbank.com |
| 16 | JONATHAN L. MILLS<br>SUGAR, FRIEDBERG & FELSENTHAL LLP<br>For Norman Kiven<br>30 NORTH LASALLE STREET, SUITE 3000<br>CHICAGO, IL 60602 | JOHN PETER LEE, LTD<br>JOHN PETER LEE, ESQ.<br>830 LAS VEGAS BOULEVARD SOUTH<br>LAS VEGAS, NV 89101 |
| 19 | JOSEPH HUGGINS<br>HUGGINS & ASSOCIATES<br>1000 N. GREEN VALLEY PARKWAY, SUITE 440-2<br>HENDERSON, NV 89014<br>joehuggins@sbcglobal.net | BMC GROUP, INC.<br>1330 EAST FRANKLIN AVE.<br>EL SEGUNDO, CA 90245 |
| 23 | NANCY L. ALLF<br>TIMOTHY P. THOMAS<br>PARSONS BEHLE & LATIMER<br>CO-COUNSEL FOR ALEXANDER ET AL<br>411 E. BONNEVILLE AVE., #100<br>LAS VEGAS, NV 89101 | WADE B. GOCHNOUR<br>ARYN M. FITZWATER<br>HANEY, WOLOSON & MULLINS<br>ATTORNEYS FOR LIBERTY BANK<br>1117 SOUTH RANCHO DRIVE<br>LAS VEGAS, NV 89102 |
| 27 | ANDREW DAUSCHER<br>ELLEN DAUSCHER<br>P.O. BOX 10031<br>ZEPHYR COVE, NV 89448 | GOLDSMITH & GUYMON, P.C.<br>ATTN: MARJORIE A. GUYMON<br>2055 N. VILLAGE CENTER CIRCLE<br>LAS VEGAS, NV 89134 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| MR. ALLEN J. MAULT<br>2422 AQUASANTA<br>TUSTON, CA  92782 | RUSSELL S. WALKER<br>ELIZABETH R. LOVERIDGE<br>REID W. LAMBER<br>WOODBURY & KESLER, P.C.<br>ATTORNEYS FOR MILANWOSKI, HANTGES,<br> USA INVESTMENT PARTNERS<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT  84111 |
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV  89005<br>chasband@earthlink.net | GARY A. SHEERIN, ESQ.<br>177 WEST PROCTOR STREET, #B<br>CARSON CITY, NV  89703 |
| BRUCE H. CORUM, TRUSTEE OF THE CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>4442 VALMONTE DRIVE<br>SACRAMENTO, CA  95864<br>thecorumhouse@yahoo.com | KEHL FAMILY<br>C/O MR. KEN BONNET<br>3184 HIGHWAY 22<br>P.O. BOX 720<br>RIVERSIDE, IA  52327<br>ken.bonnet@riversidecasinoandresort.com |
| DR. DAVID R. ENRICO<br>DR. BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN  38583-5168<br>skypilot1@blomand.net | A. WILLIAM CEGLIA<br>RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV  89704<br>awilliam@ceglia.name |
| MOJAVE CANYON INC.<br>ATTN;  J.B. PARTAIN, PRESIDENT<br>1400 COLORADO STREET, #C<br>BOULDER CITY, NV  89005<br>mcijb@swbell.net | SIERRA HEALTH SERVICES<br>ATTN:  FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P.O. BOX 15645<br>LAS VEGAS NV  89114-5645<br>leg104@sierrahealth.com<br>caromi@sierrahealth.com |
| ANDREW M. BRUMBY, ESQ.<br>SHUTTS & BOWEN, LLP<br>300 SOUTH ORANGE AVE., STE. 1000<br>PO BOX 4956<br>ORLANDO, FL 32802-4956<br>abrumby@shutts-law.com | ROBERT A. COWMAN<br>SANDRA L. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV  89434<br>spddcbob@aol.com |
| STEVEN R. ORR<br>RICHARDS, WATSON & GERSHON<br>355 S. GRAND AVENUE, 40TH FLOOR<br>LOS ANGELES, CA 90071-3101<br>sorr@rwglaw.com | DAVID W. SEXTON<br>PAMELA K. SEXTON<br>21929 NORTH 79TH PLACE<br>SCOTTSDALE, AZ  85255<br>PamSexton@cox.net |

| | |
|---|---|
| WENDY W. SMITH<br>BINDER & MALTER<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050<br>wendy@bindermalter.com | R. VAUGHN GOURLEY, ESQ.<br>STEPHENS GOURLEY & BYWATER, P.C.<br>3636 N. RANCHO DR.<br>LAS VEGAS, NV 89130<br>vgourley@lvcm.com |
| JEFFREY L. HARTMAN<br>HARTMAN & HARTMAN<br>510 WEST PLUMB LANE, SUITE B<br>RENO, NV 89509<br>notices@bankruptcyreno.com | WHITNEY B. WARNICK<br>ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br>801 SOUTH RANCHO DRIVE, SUITE D-4<br>LAS VEGAS, NV 89106 |
| DEAN T. KIRBY, JR.<br>LEONARD J. ACKERMAN<br>KIRBY & McGUINN, P.C.<br>600 B STREET, SUITE 1950<br>SAN DIEGO, CA 92101-4515<br>dkirby@kirbymac.com<br>lackerman@kirbymac.com | JAMES D. GREENE, ESQ.<br>BROWNSTEIN HYATT FARBER SCHRECK P.C.<br>300 SOUTH FOURTH STREET, #1200<br>LAS VEGAS, NV 89101<br>jgreene@bhfs.com |
| ALBERT DANIEL ANDRADE<br>c/o DAVID R. GRIFFITH ESQ.<br>STEWART, HUMPRHERYS, BURCHETT & MOLIN<br>P.O. BOX 720<br>CHICO, CA 95927<br>dgriffith@chicolaw.com | JAMES C. McCARROLL, ESQ.<br>DEBRA TURETSKY, ESQ.<br>CONSTANTINE KARIDES, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE.<br>NEW YORK, NY 10022<br>JMcCarroll@reedsmith.com<br>DTuretsky@reedsmith.com<br>CKarides@reedsmith.com |
| JAMES B. CORISON<br>5064 ROCKLEDGE DR.<br>RIVERSIDE, CA 92506 | DANIEL D. WHITE<br>26 CORPORATE PLAZA DRIVE, SUITE 260<br>NEWPORT BEACH, CA 92600<br>dan@ddwlaw.com |
| JAMES F. LISOWSKI, SR.<br>SHELLIE A. FLETT<br>1771 EAST FLAMINGO ROAD, SUITE 115-B<br>LAS VEGAS, NV 89119<br>lisowskilaw@aol.com | ROBERT C. LEPOME<br>10120 S. EASTER AVE. #200<br>LAS VEGAS, NV 89052<br>rlepome@cox.net |
| ALAN R. SMITH, ESQ.<br>KEVIN A. DARBY, ESQ.<br>LAW OFFICES OF ALAN R. SMITH<br>505 RIDGE STREET<br>RENO, NEVADA 89501<br>mail@asmithlaw.com | MICHELLE L. ABRAMS<br>MICHELLE L. ABRAMS, LTD<br>3085 SOUTH JONES BOULEVARD, SUITE C<br>LAS VEGAS, NV 89146<br>mabrams@mabramslaw.com |
| RICHARD W. ESTERKIN<br>ASA S. HAMI<br>MORGAN LEWIS & BOCKIUS LLP<br>300 SOUTH GRAND AVENUE, 22ND FLOOR<br>LOS ANGELES, CA 90071-3132<br>resterkin@morganlewis.com<br>ahami@morganlewis.com | JAMES J. LEE<br>PATRICIA A. MARR<br>LAW OFFICES OF JAMES J. LEE<br>7674 W. LAKE MEAD BLVD., SUITE 108<br>LAS VEGAS, NV 89128 |

| | |
|---|---|
| ALLAN B. DIAMOND<br>DIAMOND McCARTHY LLP<br>909 FANNIN, SUITE 1500<br>HOUSTON, TX 77010<br>adiamond@diamondmccarthy.com | MICHAEL D. WARNER<br>DAVID T. COHEN<br>ALEXANDRA P. OLENCZUK<br>WARNER STEVENS, LLP<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102<br>mwarner@warnerstevens.com |
| ERIC D. MADDEN<br>DIAMOND McCARTHY, LLP<br>1201 ELM STREET, SUITE 3400<br>DALLAS, TX 75270<br>emadden@diamondmccarthy.com | ROBERT P. GOE<br>GOE & FORSYTHE<br>660 NEWPORT CENTER DR, SUITE 320<br>NEWPORT BEACH, CA 92660<br>rgoe@goeforlaw.com |

Respectfully submitted this 20th day of March, 2007.

  /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession