### 24th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Paul G Chelew Charitable Remainder<br>C/O Alta Bates Summit Foundation<br>2855 Telegraph Ave  Ste 601<br>Berkeley, CA  94705-1161 | 10725-01221 | 11/10/2006 | $250,000.00 | S |
| 2 | Paul L & Marie Linney Trust Dated 10/25/96<br>Paul L Linney Ttee<br>2079 Meritage Dr<br>Sparks, NV  89434-2102 | 10725-00174 | 8/8/2006 | $50,000.00 | S |
| 3 | Paul L & Marie Linney Trust Dtd 10/25/96<br>Paul L Linney Ttee<br>2079 Meritage Dr<br>Sparks, NV  89434-2102 | 10725-00091 | 8/8/2006 | $50,000.00 | S |
| 4 | Payne, Shirley<br>Po Box 208<br>Grass Valley, CA  95945 | 10725-01375 | 11/13/2006 | $50,000.00 | S |
| 5 | Payne, Shirley<br>Po Box 208<br>Grass Valley, CA  95945 | 10725-01376 | 11/13/2006 | $50,000.00 | S |
| 6 | Payne, Shirley<br>Po Box 208<br>Grass Valley, CA  95945 | 10725-01377 | 11/13/2006 | $50,000.00 | S |
| 7 | Payne, Shirley<br>Po Box 208<br>Grass Valley, CA  95945 | 10725-01378 | 11/13/2006 | $50,000.00 | S |
| 8 | Payne, Shirley<br>Po Box 208<br>Grass Valley, CA  95945 | 10725-01379 | 11/13/2006 | $100,000.00 | S |
| 9 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, Nv  89146-6223 | 10725-00317 | 10/4/2006 | Blank | S |
| 10 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, Nv  89146-6223 | 10725-00318 | 10/4/2006 | Blank | S |
| 11 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV  89146-6223 | 10725-00319 | 10/4/2006 | Blank | S |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Peele Ttee Of The Peele Bypass Trust, Jennefer<br>2581 Rampart Ter<br>Reno, NV  89519 | 10725-02253 | 1/12/2007 | $50,746.52 | S, U |
| 13 | Peele Ttee Of The Peele Spousal Trust, Jennefer C<br>2581 Rampart Ter<br>Reno, NV  89519 | 10725-02254 | 1/12/2007 | $253,712.01 | S, U |
| 14 | Pena, Maria<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, Nv  89145 | 10725-00492 | 10/16/2006 | $75,000.00 | S |
| 15 | Pengilly, James W<br>232 Muldowney Ln<br>Las Vegas, NV  89138 | 10725-00177 | 9/1/2006 | $50,895.83 | S |
| 16 | Pensco Trust Co Inc Custodian For James Rogers IRA<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02222 | 1/12/2007 | $102,150.00 | S, U |
| 17 | Pensco Trust Co Inc<br>Fbo Robert W Ulm Ira<br>414 Morning Glory Rd<br>St Marys, Ga  31558 | 10725-01043 | 11/6/2006 | $48,000.00 | U<br>S - contingent |
| 18 | Pensco Trust Company Custodian For Robert William Ulm IRA<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 10725-02090 | 1/11/2007 | $707,753.00 | S, U |
| 19 | Perrone, Nicholas<br>5112 San Anselmo St<br>Las Vegas, NV  89120 | 10725-01032 | 11/6/2006 | $736,089.00 | S |
| 20 | Peter M Digrazia Dmd Psp<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV  89520 | 10725-00468 | 10/6/2006 | $52,583.35 | S |
| 21 | Peter Valve Company Inc<br>2800 Wrondel Way Ste A<br>Reno, NV  89502-4297 | 10725-01213 | 11/10/2006 | $100,000.00 | S |
| 22 | Peters, Ronald<br>531 Cambrian Way<br>Danville, CA  94526 | 10725-00267 | 9/27/2006 | $1,164.97 | S |
| 23 | Petersen, Michael<br>John O`Reilly Law Group<br>Nevada Professional Center<br>325 S Maryland Pkwy<br>Las Vegas, NV  89101-5300 | 10725-00754 | 11/9/2006 | $1,500,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Petersen, Michael<br>John O`Reilly Law Group<br>Nevada Professional Center<br>325 S Maryland Pkwy<br>Las Vegas, NV  89101-5300 | 10725-01470 | 11/14/2006 | $1,500,000.00 | S |
| 25 | Petro, Aleko<br>6224 Lone Cypress Ct<br>Las Vegas, NV  89141 | 10725-01188 | 11/10/2006 | $50,000.00 | S |
| 26 | Petuck Capital Corp<br>80 Doubling Rd<br>Greenwich, CT  06830 | 10725-00188 | 9/5/2006 | $50,895.83 | S |
| 27 | Phil, Teri<br>Po Box 96331<br>Las Vegas, NV  89193-6331 | 10725-00600 | 10/16/2006 | $75,000.00 | S |
| 28 | Pietryk, Jerry & Leeann<br>12811 Stellar Ln<br>Plainfield, IL  60585-4210 | 10725-01726 | 12/11/2006 | $50,000.00 | S |
| 29 | Pinnell IRA, Lynda L<br>9915 Saddleback Dr<br>Lakeside, CA  92040 | 10725-02213 | 1/12/2007 | $64,364.73 | S, U |
| 30 | Pinnell Ttee Of The Lynda L Pinnell Living Tr,<br>Lynda L<br>9915 Saddleback Dr<br>Lakeside, CA  92040 | 10725-02214 | 1/12/2007 | $324,523.84 | S, U |
| 31 | Pinsker, Donald H<br>8650 West Verde Way<br>Las Vegas, NV  89149-4145 | 10725-02423 | 1/12/2007 | $816,528.58 | S, U |
| 32 | Pirani, Ali & Anisha<br>13174 N 100Th Pl<br>Scottsdale, AZ  85260-7203 | 10725-00888 | 10/31/2006 | $276,116.50 | S, U |
| 33 | Pirani, Ali<br>13174 N 100Th Pl<br>Scottsdale, AZ  85260 | 10725-00890 | 10/31/2006 | $100,000.00 | S |
| 34 | Pirani, Ali<br>13174 N 100Th Pl<br>Scottsdale, AZ  85260-7203 | 10725-00886 | 10/31/2006 | $50,000.00 | S |
| 35 | Polacheck & Associates, Inc.  Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00633 | 10/19/2006 | $110,000.00 | S, U |

| # | Name/Address | Claim | Date | Amount | Status |
|---|---|---|---|---|---|
| 36 | Polacheck Jeweler`s Employee Psp Dtd 2/20/73<br>Stephen Polacheck Trustee<br>4719 Commons Way  Ste E<br>Calabasas, Ca  91302 | 10725-00637 | 10/19/2006 | $110,000.00 | S, U |
| 37 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00632 | 10/19/2006 | $110,000.00 | S, U |
| 38 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00634 | 10/19/2006 | $110,000.00 | S, U |
| 39 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00635 | 10/19/2006 | $110,000.00 | S, U |
| 40 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00636 | 10/19/2006 | $135,000.00 | S, U |
| 41 | Portnoff Building<br>Po Box 97593<br>Las Vegas, NV  89193 | 10725-00168 | 8/28/2006 | $76,119.79 | S |
| 42 | Portnoff Building<br>Po Box 97593<br>Las Vegas, NV  89193 | 10725-00196 | 9/8/2006 | $76,119.79 | S |
| 43 | Prescia, Anthony & Nancy<br>5475 W Teco Ave<br>Las Vegas, NV  89118 | 10725-00069 | 6/1/2006 | $115,000.00 | S |
| 44 | Prescia, Anthony & Nancy<br>5475 W Teco Ave<br>Las Vegas, NV  89118 | 10725-00071 | 6/1/2006 | $75,000.00 | S |
| 45 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01004 | 11/6/2006 | $321,992.29 | S |
| 46 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01006 | 11/6/2006 | $341,899.17 | S |

| | | | | | |
|---|---|---|---|---:|---|
| **47** | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01011 | 11/6/2006 | $15,670.22 | S |
| **48** | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01012 | 11/6/2006 | $424,008.11 | S |
| **49** | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01014 | 11/6/2006 | $97,656.33 | S |
| **50** | Preswick Corp<br>1400 Colorado St   Ste C<br>Boulder City, NV  89005 | 10725-01016 | 11/6/2006 | $281,473.51 | S |

918175  24th Objection to Claims
Asserting Secured Claim Status                               **EXHIBIT A**                                                    5