## 25th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Priscilla M Guptail & Priscilla K Addy<br>Po Box 9550<br>Bend, OR  97708-9550 | 10725-02238 | 1/12/2007 | $50,000.00 | S |
| 2 | Quinn, Edward & Darlene<br>660 Nw Brookhaven Dr<br>Lee`s Summit, MO  64081 | 10725-00076 | 7/10/2006 | $156,388.48 | S<br>U - Unknown |
| 3 | Quinn, Edward & Darlene<br>660 Nw Brookhaven Dr<br>Lee's Summit, Mo  64081 | 10725-00080 | 7/12/2006 | $156,388.48 | S<br>U - unknown |
| 4 | Quinn, Sydney<br>PO Box 340<br>Big Pine, CA  93513-0340 | 10725-01624 | 12/8/2006 | $4,673.80 | S |
| 5 | R & S Roloff Trust Dtd 9/20/03<br>Rodney L &  Sharyn A Roloff Ttees<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00144 | 8/15/2006 | $171,250.00 | S |
| 6 | R E Schneider & P I Pratt Revocable Trust<br>3424 Herring Gull Ln<br>North Las Vegas, NV 89084-2424 | 10725-00835 | 10/30/2006 | $80,000.00 | S |
| 7 | R L Allgeier Family Trust<br>Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | 10725-02176 | 1/12/2007 | $430,473.09 | S |
| 8 | R&D Filkin Trust Dated 9/26/90<br>C/O Roy Filkin & Dianna L. Filkin, Ttees<br>2340 Watt St.<br>Reno, NV 89509-4248 | 10725-00681 | 10/20/2006 | $100,000.00 | S |
| 9 | Raggi, Dennis<br>Po Box 10475<br>Zephyr Cove, Nv  89448 | 10725-02226 | 1/12/2007 | $2,442,034.35 | S,U |
| 10 | Raggi, Dennis<br>PO Box 10475<br>Zephyr Cove, NV  89448-2475 | 10725-01881 | 1/8/2007 | $124,900.62 | S, U |
| 11 | Raichbart, Michael<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00138 | 8/15/2006 | $150,000.00 | S |

**EXHIBIT A**

| 12 | Rains Properties Lp<br>Donna M Osborn Esq<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00711 | 11/7/2006 | $350,000.00 | S |
|---|---|---|---|---|---|
| 13 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00705 | 11/7/2006 | $250,000.00 | S |
| 14 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00706 | 11/7/2006 | $250,000.00 | S |
| 15 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00708 | 11/7/2006 | $300,000.00 | S |
| 16 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00709 | 11/7/2006 | $350,000.00 | S |
| 17 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00712 | 11/7/2006 | $200,000.00 | S |
| 18 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00713 | 11/7/2006 | $150,000.00 | S |
| 19 | Raker Ttee Of The Richard M Raker Living<br>Trust, Richard M<br>982 Shoreline Dr<br>San Mateo, CA  94404 | 10725-02188 | 1/12/2007 | $262,420.15 | S, U |
| 20 | Ramsey, Aaron & Lara<br>7713 N 41St St<br>Niwot, CO  80503 | 10725-01132 | 11/9/2006 | $37,005.78 | S |
| 21 | Ramsey, Aaron S & Lara<br>7713 N 41St St<br>Niwot, Co  80503 | 10725-01133 | 11/9/2006 | $37,005.78 | S |
| 22 | Ramsey, Aaron S & Lara<br>7713 N 41St St<br>Niwot, CO  80503 | 10725-02152 | 1/12/2007 | $38,259.00 | S, U |

918176   25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 23 | Raoch, Blair E & Barbara K<br>PO Box 1238<br>Zephyr Cove, NV  89448-1238 | 10725-02294 | 1/12/07 | $100,000.00 | S, P |
| 24 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV  89134-5245 | 10725-01230 | 11/10/2006 | $91,467.00 | S |
| 25 | Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, Nv  89134 | 10725-00378 | 10/2/2006 | $49,212.02 | S |
| 26 | Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV  89134 | 10725-01228 | 11/10/2006 | $44,812.00 | S |
| 27 | Rausch, Lawrence<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-01223 | 11/10/2006 | $50,599.83 | S |
| 28 | Rbr Partnership<br>Po Box 376<br>Indian Springs, NV  89018-0376 | 10725-01954 | 1/12/2007 | $55,381.90 | S |
| 29 | Rbr Partnership<br>Po Box 376<br>Indian Springs, NV  89018-0376 | 10725-02319 | 1/13/2007 | $55,381.90 | S |
| 30 | RDJ Investments<br>Richard Anderson Manager<br>7417 Oak Grove<br>Las Vegas, NV  89117 | 10728-00130 | 11/17/2006 | $200,000.00 | S |
| 31 | Reardon IRA, James E<br>120 S Main St<br>Mansfield, MA  02048-2529 | 10725-00395 | 10/2/2006 | $22,894.00 | S |
| 32 | Rebecca A Rogers Trust Dtd 9/18/96<br>Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV  89134 | 10725-01910 | 1/10/2007 | $274,442.59 | S, U |
| 33 | Reber Family Trust<br>C/O John J Reber Trustee<br>Po Box 570032<br>Las Vegas, Nv  89157-0032 | 10725-00571 | 10/12/2006 | $2,702.18 | S |
| 34 | Reber, John<br>Po Box 570032<br>Las Vegas, NV  89157 | 10725-00568 | 10/12/2006 | $50,000.00 | S |
| 35 | Redmon, Donald<br>51 Sanlo Ln<br>Mountain Home, AR  72635 | 10725-00472 | 10/6/2006 | $50,824.65 | S |
| 36 | Reed IRA, Linda S<br>259 Overlook Dr<br>Cadiz, KY  42211-8185 | 10725-01668 | 12/11/2006 | $77,000.00 | S |

918176   25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 37 | Reed IRA, Michael<br>259 Overlook Dr<br>Cadiz, KY  42211-8185 | 10725-01692 | 12/11/2006 | $50,000.00 | S |
| 38 | Rehberger Family Trust Dtd 6/17/92<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01778 | 12/13/2006 | $50,000.00 | S |
| 39 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450-3651 | 10725-01781 | 12/13/2006 | $50,000.00 | S |
| 40 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01779 | 12/13/2006 | $50,000.00 | S |
| 41 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01780 | 12/13/2006 | $50,000.00 | S |
| 42 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01782 | 12/13/2006 | $50,000.00 | S |
| 43 | Rehn Ira, Thomas<br>15405 W Robertson Dr<br>Sun City West, Az  85375-3038 | 10725-01337 | 11/13/2006 | $136,645.00 | S |
| 44 | Rehn, Thomas<br>2605 E Flamingo Rd<br>Las Vegas, Nv  89121 | 10725-01338 | 11/13/2006 | $136,645.00 | S |
| 45 | Reiner Roth IRA, Robert J<br>4643 Cordoba Way<br>Oceanside, CA  92056-5105 | 10725-00435 | 10/4/2006 | $29,961.29 | S |
| 46 | Reno Aeronautical Corp Defined Benefit Plan<br>C/O Richard R Tracy Trustee<br>Po Box 1404<br>Carson City, NV  89702-1404 | 10725-02283 | 1/12/2007 | $228,361.12 | S, U |
| 47 | Rhoades Passive Investments Llc<br>3385 Meridian Ln<br>Reno, NV  89509-3841 | 10725-00216 | 9/25/2006 | $110,199.98 | S |
| 48 | Rhoda Dybvig Schaefer Revocable Living<br>C/O Rhonda Dybvig Schaefer Ttee<br>678 Skyline Rd<br>Henderson, NV  89002 | 10725-01091 | 11/7/2006 | $51,742.42 | S |

918176   25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**