## 26th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Richard A. Nielsen Inc. 1305 Bonnie Cove Ave Glendora, CA 91740 | 10725-00680 | 10/23/2006 | $100,000.00 | S |
| 2 | Richard A. Nielsen Inc. Psp 1305 Bonnie Cove Ave Glendora, CA 91740 | 10725-00679 | 10/23/2006 | $100,000.00 | S |
| 3 | Richard A. Nielsen Inc., A California Corporation 1305 Bonnie Cove Ave Glendora, CA 91740 | 10725-00678 | 10/23/2006 | $100,000.00 | S |
| 4 | Richard N Anderson Separate Property Tr Richard N Anderson Ttee 7417 Oak Grove Las Vegas, NV 89117 | 10728-00131 | 11/17/2006 | $200,000.00 | S |
| 5 | Rieger Ira, Larry L 2615 Glen Eagles Dr Reno, Nv 89523 | 10725-02208 | 1/12/2007 | $182,580.00 | S,U |
| 6 | Rieger Ira, Patsy R 2615 Glen Eagles Dr Reno, Nv 89523 | 10725-02209 | 1/12/2007 | $50,716.67 | S, U |
| 7 | Riordan, Cecil E & Barbara 2370 Overlook Ct Reno, NV 89509 | 10725-01913 | 1/10/2007 | $57,069.30 | S, P |
| 8 | Rizzo, William 146 Triberg Ct Henderson, NV 89047-2498 | 10725-00334 | 9/28/2006 | $27,473.40 | S |
| 9 | Rnr Living Trust Dtd 10/1/04 C/O Robert & Renee Levy Trustees 2115 Bensley St Henderson, NV 89044-0155 | 10725-00494 | 10/9/2006 | $200,000.00 | S |
| 10 | Robert G Fuller IRA/First Savings Bk Custodian 5172 English Daisy Way Las Vegas, NV 89142 | 10725-02166 | 1/12/2007 | $108,272.33 | S, U |
| 11 | Robert L Ogren Trust Dtd 6/30/92 C/O Robert L Ogren Trustee 3768 Rick Stratton Dr Las Vegas, NV 89120-2647 | 10725-01543 | 12/4/2006 | $121,334.20 | S, P |

| 12 | Robert R Lange Family Trust<br>Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, Nv 89129 | 10725-01476 | 11/14/2006 | $150,000.00 | S |
| 13 | Robert R Lange Family Trust<br>Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, NV 89129 | 10725-01476 | 11/14/2006 | $150,000.00 | S |
| 14 | Robert R Rodriguez Revocable Trust Dtd 1/31/06<br>C/O Robert R Rodriguez Trustee<br>2809 Easy St<br>Placerville, CA 95667-3906 | 10725-02070 | 1/11/2007 | $152,297.26 | S |
| 15 | Robert W & Joan H Scott Trust<br>Robert W & Joan H Scott Ttees<br>Po Box 33014<br>Las Vegas, NV 89133-3014 | 10725-01244 | 11/10/2006 | $51,591.00 | S |
| 16 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys, Ga 31558 | 10725-01083 | 11/7/2006 | $48,000.00 | U<br>S - contingent |
| 17 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys, Ga 31558 | 10725-01148 | 11/9/2006 | Unknown | S, P, U |
| 18 | Roberts, George<br>1272 Castlecombe Ln<br>Monument, CO 80132 | 10725-00483 | 10/6/2006 | $400,000.00 | S |
| 19 | Rochelle Hornsby Trust Dtd 1/92<br>Rochelle Hornsby Tte<br>3959 Pembridge Ct<br>Las Vegas, NV 89121 | 10725-00045 | 5/11/2006 | $50,000.00 | S |
| 20 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, Nv 89509 | 10725-01748 | 12/26/2006 | $500,000.00 | S |
| 21 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01749 | 12/26/2006 | $150,000.00 | S |
| 22 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01750 | 12/26/2006 | $800,000.00 | S |

918181  26th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 23 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01751 | 12/26/2006 | $200,000.00 | S |
| 24 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01752 | 12/26/2006 | $1,000,000.00 | S |
| 25 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01753 | 12/26/2006 | $110,000.00 | S |
| 26 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01754 | 12/26/2006 | $225,000.00 | S |
| 27 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01755 | 12/26/2006 | $270,000.00 | S |
| 28 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01756 | 12/26/2006 | $350,000.00 | S |
| 29 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01757 | 12/26/2006 | $800,000.00 | S |
| 30 | Rodriguez, Robert R<br>2809 Easy St<br>Placerville, CA  95667-3906 | 10725-02071 | 1/11/2007 | $329,977.39 | S |
| 31 | Rogers, James William<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02220 | 1/12/2007 | $306,520.06 | S, U |
| 32 | Roisentul Family Trust<br>Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | 10725-02281 | 1/12/2007 | $420,268.16 | S, U |

918181  26th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 33 | Romonoski, Maury<br>4429 Peaceful Morning Ln<br>Las Vegas, Nv  89129 | 10725-02331 | 1/13/2007 | $125,000.00 | S, U |
| 34 | Ronald & Marilyn Johnson<br>1010 Larue Ave.<br>Reno, NV  89509 | 10725-00640 | 10/19/2006 | $36,548.00 | S |
| 35 | Ronald Abrams Enterprises Inc Employee<br>Retirement<br>Ronald & Claire Abrams Ttees<br>2894 Woodwardia Dr<br>Los Angeles, Ca  90077-2123 | 10725-01796 | 12/15/2006 | $50,000.00 | S<br>U - unknown |
| 36 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00663 | 10/23/2006 | $50,000.00 | S |
| 37 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00664 | 10/23/2006 | $150,000.00 | S |
| 38 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00665 | 10/23/2006 | $200,000.00 | S |
| 39 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00666 | 10/23/2006 | $50,000.00 | S |
| 40 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00667 | 10/23/2006 | $50,000.00 | S |
| 41 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00668 | 10/23/2006 | $100,000.00 | S |
| 42 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00675 | 10/23/2006 | $50,000.00 | S |
| 43 | Ronald Kiel<br>700 Marker Ln.<br>Lovelock, NV 89419 | 10725-00605 | 10/16/2006 | $50,000.00 | S |
| 44 | Ronald Kiel<br>700 Marker Ln.<br>Lovelock, NV 89419 | 10725-00606 | 10/16/2006 | $50,000.00 | S |

918181  26th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

| 45 | Rosanthal, Arnold<br>6059 Woodman Ave<br>Van Nuys, CA  91401-2925 | 10728-00093 | 10/3/2006 | $500.00 | S |
| 46 | Rosenthal, Arnold<br>6059 Woodman Ave<br>Van Nuys, Ca  91401 | 10725-00414 | 10/3/2006 | $51,095.00 | S |
| 47 | Rotola, Louis<br>5569 N Country Rd 29<br>Loveland, CO  80538 | 10725-01209 | 11/10/2006 | $75,000.00 | S |
| 48 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01247 | 11/10/2006 | $57,833.00 | S, U |
| 49 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01249 | 11/10/2006 | $50,000.00 | S |
| 50 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01253 | 11/10/2006 | $65,275.00 | S, U |