## 27th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Roy Filkin<br>2340 Watt St.<br>Reno, NV 89509 | 10725-00682 | 10/20/2006 | $175,000.00 | S |
| 2 | Roy R. Ventura, Jr. & Nancy B. Ventura<br>American Embassy - Jakarta<br>Unit 8135 - Usaid<br>Fpo Ap 96520<br>Armed Forces Pacific | 10725-00638 | 10/19/2006 | $155,828.26 | S |
| 3 | Roy Ventura<br>American Embassy - Jakarta<br>Unit 8135 - Usaid<br>Fpo Ap 96520 | 10725-00639 | 10/19/2006 | $155,828.26 | S |
| 4 | Ruby M Hill Family Trust Dtd 12/12/92<br>C/O Ruby M Hill Trustee<br>877 E March Ln  Apt 377<br>Stockton, Ca  95207-5880 | 10725-00302 | 9/29/2006 | $4,005.00 | S, U |
| 5 | Ruegg Living Trust Dtd 11/28/94<br>Frank C & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, Wa  98250-6017 | 10725-00538 | 10/10/2006 | $75,000.00 | S |
| 6 | Ruegg Living Trust Dtd 11/28/94<br>Frank Charles & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, WA  98250-6017 | 10725-00537 | 10/10/2006 | $75,000.00 | S |
| 7 | Rulon D Robinson Profit Sharing Plan<br>9100 Eagle Hills Dr<br>Las Vegas, Nv  89134 | 10725-00186 | 9/5/2006 | $50,895.83 | S |
| 8 | Rulon, Phillip<br>2800A Wrondel Way<br>Reno, NV  89502 | 10725-01214 | 11/10/2006 | $503,479.62 | S |
| 9 | Russell Jr, Frank<br>3314 Paces Ferry Rd Se<br>Atlanta, GA  30339 | 10725-00809 | 10/30/2006 | $109,687.51 | S |
| 10 | Ruth E Rudd Revocable Trust Dtd 11/11/92<br>C/O Ruth E Rudd Trustee<br>1519 Deerford Cir<br>Las Vegas, NV  89110-1984 | 10725-00394 | 10/2/2006 | $27,473.40 | S |
| 11 | Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA  91436 | 10725-02032 | 1/11/2007 | $122,155.97 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA  91436 | 10725-02033 | 1/11/2007 | $122,155.97 | S, U |
| 13 | S J Meyer Co<br>2660 S Rainbow Blvd  Ste H108<br>Las Vegas, NV  89146-5183 | 10725-00328 | 9/28/2006 | $80,000.00 | S |
| 14 | Sabia, Joseph & Victoria<br>2720 E Quail Ave<br>Las Vegas, NV  89120 | 10725-00458 | 10/5/2006 | $63,000.00 | S |
| 15 | Sabia, Joseph W & Victoria L<br>2720 E QuaIL Ave<br>Las Vegas, NV  89120-2443 | 10725-00459 | 10/5/2006 | $100,000.00 | S |
| 16 | Sak  Family Trust Dtd 12/17/04<br>C/O Gregory V & Jana L Sak Ttee<br>2512 Skippers Cove Ave<br>Henderson, NV  89052 | 10725-01924 | 1/10/2007 | $101,826.15 | S |
| 17 | Salvo, Anne F D<br>PO Box 18220<br>Reno, NV  89511-0270 | 10725-02043 | 1/11/2007 | $12,032.49 | S, U |
| 18 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00118 | 8/14/2006 | $25,000.00 | S<br>U - Unknown amount |
| 19 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00119 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 20 | Sanchez Ira, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00120 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 21 | Sanchez Ira, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00121 | 8/14/2006 | $75,000.00 | S<br>U - Unknown |
| 22 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00122 | 8/14/2006 | $33,000.00 | S<br>U - Unknown amount |
| 23 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00123 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 24 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00124 | 8/14/2006 | $73,000.00 | S<br>U - Unknown amount |
| 25 | Sanchez Living Trust 10/03/06<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00117 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |

| | | | | | |
|---|---|---|---|---|---|
| 26 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00114 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 27 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00115 | 8/14/2006 | $25,000.00 | S<br>U - Unknown amount |
| 28 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00116 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 29 | Sanchez Living Trust Dtd 10/13/03<br>Randy M & Sharon Sanchez Ttee<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00111 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 30 | Sanchez Living Trust<br>Randy & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV  89511 | 10725-00112 | 8/14/2006 | $60,000.00 | S<br>U - Unknown |
| 31 | Sanchez Living Trust<br>Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, Nv  89511 | 10725-02218 | 1/12/2007 | $277,066.49 | S, U |
| 32 | Sandler Living Trust Dtd 8/29/05<br>Trustee<br>8912 E Pinnacle Peak Rd<br> Box 591<br>Scottsdale, AZ  85255 | 10725-00183 | 9/1/2006 | $25,447.92 | S |
| 33 | Santoro Family Trust Utd 4/29/02<br>C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV  89134-6732 | 10725-01472 | 11/15/2006 | $300,000.00 | S<br>P, U -- Unknown |
| 34 | Santoro Family Trust<br>Nicholas & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV  89134-6732 | 10725-00812 | 11/13/2006 | $300,000.00 | S<br>P, U - Unknown |
| 35 | Sapphire 18 Trust The<br>C/O Nimrod Barashy Trustee<br>2868 Redwood St<br>Las Vegas, NV  89146-5113 | 10725-00978 | 11/3/2006 | $101,041.67 | S |
| 36 | Sass IRA, Karen E<br>250 River Front Dr<br>Reno, NV  89523-8945 | 10725-00388 | 10/2/2006 | $50,000.00 | S |
| 37 | Sass, Charles<br>250 River Front Dr<br>Reno, NV  89523 | 10725-00225 | 9/25/2006 | $50,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 38 | Saunders, John H & Anita<br>3665 Brighton Way<br>Reno, NV  89509 | 10725-01495 | 11/27/2006 | $50,000.00 | S |
| 39 | Sayler Family Trust<br>Howard & Phyllis Sayler Ttees<br>Po Box 1311<br>Kings Beach, CA  96143-1311 | 10725-00767 | 10/27/2006 | $182,985.49 | S |
| 40 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 10725-00321 | 9/28/2006 | $746.52 | S |
| 41 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 10725-00322 | 9/28/2006 | $716.66 | S |
| 42 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 10725-00323 | 9/29/2006 | $746.52 | S |
| 43 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 10725-00324 | 9/28/2006 | $746.52 | S |
| 44 | Scheidegger Family Trust Dtd 12/26/01<br>C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA  95628-5365 | 10725-00332 | 9/28/2006 | $50,000.00 | S<br>P - Unknown |
| 45 | Schneider, Richard<br>3424 Herring Gull Ln<br>North Las Vegas, NV  89084 | 10725-00833 | 10/30/2006 | $80,000.00 | S |
| 46 | Schnitzer Ttees Of The Schitzer Living Tr,<br>Arthur F & Linn S<br>20155 Ne 38Th Ct   #1604<br>Aventura, FL  33180 | 10725-02149 | 1/12/2007 | $1,774,903.40 | S, U |
| 47 | Scholem, Frederick<br>9917 Whalers Landing Ct<br>Las Vegas, Nv  89117 | 10725-00714 | 10/24/2006 | $30,000.00 | S, U |
| 48 | Schoonover Family Trust The<br>Edward L & Susan A Schoonover<br>164 Shorett Dr<br>Friday Harbor, WA  98250 | 10725-02135 | 1/11/2007 | $134,724.50 | S, U |
| 49 | Schorr, Marc<br>Po Box 15107<br>Las Vegas, NV  89114 | 10725-00313 | 10/4/2006 | $100,000.00 | S |
| 50 | Schroeder, David W<br>864 Granville Ave  Apt 1<br>Los Angeles, CA  90049-5422 | 10725-00573 | 10/13/2006 | $50,000.00 | S |