## 28th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Schulte, James L & Cynthia L<br>162 Obed Point<br>Crossville, TN 38571 | 10725-01131 | 11/8/2006 | $50,000.00 | S |
| 2 | Schulte, James<br>162 Obed Point<br>Crossville, TN 38571 | 10725-01129 | 11/8/2006 | $50,000.00 | S |
| 3 | Schumann, Kenneth<br>10 Town Plz #99<br>Durango, Co 81301 | 10725-00884 | 10/31/2006 | $125,000.00 | S |
| 4 | Schwab, Ardath<br>73 Smokestone Ct<br>Las Vegas, NV 89110 | 10725-01160 | 11/9/2006 | $42,866.66 | S |
| 5 | Schwartz & Earp Joint Venture<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01795 | 12/15/2006 | $1,164.97 | S |
| 6 | Secure Retirement Trust B<br>C/O Leona Apigian Trustee<br>172 Woodland Rd<br>Goldendale, WA 98620-2613 | 10725-01961 | 1/10/2007 | $50,746.52 | S, U |
| 7 | Sedlak, Alvina<br>7840 E Camelback Rd #203<br>Scottsdale, AZ 85251 | 10725-01302 | 11/13/2006 | $50,000.00 | S |
| 8 | Sexton, Thomas<br>450 Waycliffe Ave N<br>Wayzata, MN 55391 | 10725-00386 | 10/2/2006 | $271,000.00 | S |
| 9 | Sharp Ira, Marion C<br>20 Leroy Ter<br>New Haven, Ct 06512-3114 | 10725-02328 | 1/13/2007 | $225,000.00 | S, U |
| 10 | Sharp Jt Ten, Chris & Terri<br>29276 Whitegate Ln<br>Highland, Ca 92346 | 10725-02303 | 1/13/2007 | $100,000.00 | S, U |
| 11 | Sheldon & Marion G Portman Trust Dtd 11/1/85<br>Sheldon & Marion G Portman Ttees<br>9505 City Hill Ct<br>Las Vegas, NV 89134-1171 | 10725-01912 | 1/10/2007 | $1,360,849.64 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Shirley J Sutton Trust<br>C/O Shirley J Sutton Trustee<br>1477 Bear Creek Dr<br>Bishop, CA  93514-1947 | 10725-00250 | 9/26/2006 | $75,000.00 | S |
| 13 | Shuler, Michael<br>C/O Jay R Eaton<br>Eaton & O'Leary, Pllc<br>Po Box 18<br>Fairbury, IL  61739 | 10725-00548 | 10/10/2006 | $239,932.00 | S |
| 14 | Sierra West Inc<br>PO Box 8346<br>Incline Village, NV  89452-8346 | 10725-01036 | 11/6/2006 | $425,583.32 | S, U |
| 15 | Sierra, Debra<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, Ca  94583 | 10725-00145 | 8/15/2006 | $51,822.91 | S |
| 16 | Silvestri, Silvio & Kathryn<br>13621 Wolf Rd<br>Grass Valley, CA  95949-8187 | 10725-00456 | 10/5/2006 | $74,340.00 | S, P |
| 17 | Simmons Jt Ten, Alan R & Judith<br>PO Box 13296<br>South Lake Tahoe, CA  96151-3296 | 10725-02175 | 1/12/2007 | $593,144.11 | S, U |
| 18 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA  94117 | 10725-00044 | 5/11/2006 | $50,000.00 | S |
| 19 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA  94117 | 10725-00047 | 5/11/2006 | $50,000.00 | S |
| 20 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA  94117 | 10725-00048 | 5/11/2006 | $50,000.00 | S |
| 21 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA  94117 | 10725-00049 | 5/11/2006 | $50,000.00 | S |
| 22 | Simon Family Trust<br>Trustee Of The Simon Family Trust<br>15517 Oakstand Ct<br>Poway, CA  92064 | 10725-00170 | 8/28/2006 | $507,465.28 | S |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Simon Family Trust<br>Trustee Of The Simon Family Trust<br>15517 Oakstand Ct<br>Poway, Ca  92064 | 10725-00194 | 9/8/2006 | $507,465.28 | S |
| 24 | Simon Ttees Of The Simon Family Tr 2000, Alan & Carol<br>1800 Waldman Ave<br>Las Vegas, NV  89102-2437 | 10725-01909 | 1/10/2007 | $101,433.34 | S, U |
| 25 | Simon, Ruby & Evie<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01191 | 11/7/2006 | $10,989.00 | S |
| 26 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01182 | 11/7/2006 | $65,936.00 | S |
| 27 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01185 | 11/7/2006 | $9,124.00 | S |
| 28 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01193 | 11/10/2006 | $184,000.00 | S |
| 29 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01198 | 11/10/2006 | $37,553.69 | S |
| 30 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01199 | 11/7/2006 | $411,143.47 | S |
| 31 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01200 | 11/7/2006 | $56,000.00 | S |
| 32 | Sinett, Sheldon & Annette<br>239 Harbor View Dr<br>Port Washington, Ny  11050-4706 | 10725-01361 | 11/13/2006 | $100,000.00 | S |
| 33 | Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY  11050 | 10725-01331 | 11/13/2006 | $100,000.00 | S |
| 34 | Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY  11050 | 10725-01367 | 11/13/2006 | $100,000.00 | S |
| 35 | Sinett, Todd & Wendy<br>11 Cedar Ln<br>Sands Point, Ny  11050-1334 | 10725-01386 | 11/13/2006 | $100,000.00 | S |
| 36 | Sinett, Todd<br>11 Cedar Ln<br>Sands Point, NY  11050 | 10725-01354 | 11/13/2006 | $100,000.00 | S |

918185  28th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 37 | Sklar, Barbara<br>2429 Bryan Ave<br>Venice Beach, Ca  90291 | 10725-00774 | 10/27/2006 | $200,000.00 | S |
| 38 | Small Family Trust<br>Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ  86314 | 10725-01955 | 1/10/2007 | $351,567.00 | S, U |
| 39 | Small Ttee Of The, Charels H<br>Charles Small Revocable Living Trust<br>12754 Joleane Ave<br>Yuma, AZ  85367-6490 | 10725-01973 | 1/10/2007 | $136,448.02 | S, U |
| 40 | Smith, Gene & Emily<br>419 Shipley Dr<br>Yerington, NV  89447-2632 | 10725-00586 | 10/13/2006 | $26,857.60 | S |
| 41 | Snopko Ttee Of The Charlotte Snopko<br>Ma, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01759 | 12/26/2006 | $250,000.00 | S |
| 42 | Snopko Ttee Of The Charlotte Snopko<br>Mar, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01746 | 12/26/2006 | $35,000.00 | S |
| 43 | Snopko Ttee Of The Charlotte Snopko<br>Mar, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01758 | 12/26/2006 | $175,000.00 | S |
| 44 | Snopko Ttee Of The Charlotte Snopko<br>Resi, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01747 | 12/26/2006 | $15,000.00 | S |
| 45 | Snopko Ttee Of The Charlotte Snopko<br>Resi, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01760 | 12/26/2006 | $15,000.00 | s |

| | | | | | |
|---|---|---|---|---|---|
| 46 | Snopko Ttee Of The Snopko 1981 Trust, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01761 | 12/26/2006 | $250,000.00 | S |
| 47 | Snopko Ttee Of The Snopko 1981 Trust, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01762 | 12/26/2006 | $250,000.00 | S |
| 48 | Sobesky, Stephen F<br>1118 Olmo Way<br>Boulder City, NV  89005-3116 | 10725-00423 | 10/2/2006 | $70,000.00 | S |
| 49 | Sobesky, Stephen<br>1118 Olmo<br>Boulder City, NV  89005 | 10725-00382 | 10/2/2006 | $70,000.00 | S |
| 50 | Sobesky, Stephen<br>1118 Olmo<br>Boulder City, Nv  89005 | 10725-00413 | 10/2/2006 | $70,000.00 | S |

918185  28th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

5