## 29th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Sondra Skipworth Revocable Trust Dtd 11/28/01<br>C/O Sondra Skipworth Trustee<br>3033 Via Venezia<br>Henderson, NV  89052-3807 | 10728-00074 | 10/16/2006 | $100,000.00 | S |
| 2 | Sonnenklar, Herbert & Norma R<br>2501 Poinciana Dr<br>Weston, FL  33327-1415 | 10725-00528 | 10/10/2006 | $170,789.00 | S |
| 3 | Souza Jt Ten, David A & Elizabeth M<br>542 Socorro Ct<br>Reno, Nv  89511 | 10725-01960 | 1/10/2007 | $515,827.21 | S,U |
| 4 | Spangler, William M & Jean A<br>711 Gordon Ave<br>Reno, NV  89509 | 10725-00823 | 10/30/2006 | $147,895.00 | S |
| 5 | Spangler, William M & Jean A<br>711 Gordon Ave<br>Reno, NV  89509 | 10725-01371 | 11/13/2006 | $147,895.00 | S |
| 6 | Spangler, William M<br>711 Gordon Ave<br>Reno, NV  89509 | 10725-00785 | 10/27/2006 | $14,000.00 | S |
| 7 | Spangler, William M<br>711 Gordon Ave<br>Reno, NV  89509 | 10725-01370 | 11/13/2006 | $14,000.00 | S |
| 8 | Sparks Family Trust<br>C/O Michael & Muriel S Sparks<br>1812 Cypress Greens Ave<br>Henderson, NV  89012-6143 | 10725-00966 | 11/2/2006 | $50,000.00 | S |
| 9 | Sparks, Lucrecia<br>868 Vegas Valley Dr<br>Las Vegas, NV  89109 | 10725-00208 | 9/14/2006 | $4,053.28 | S |
| 10 | Spindle, Floyd M<br>706 Ne 22Nd St<br>Grand Prairie, TX  75050-4001 | 10725-01897 | 1/9/2007 | $52,753.62 | S, U |
| 11 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 10725-01787 | 12/13/2006 | $51,079.00 | S |
| 12 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 10725-01788 | 12/13/2006 | $52,219.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 13 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 10725-01789 | 12/13/2006 | $52,475.00 | S |
| 14 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 10725-01790 | 12/13/2006 | $53,156.00 | S |
| 15 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 10725-01791 | 12/13/2006 | $53,025.00 | S |
| 16 | Spring, Donald<br>3153 Canyon Oaks Ter<br>Chico, CA  95928 | 10725-00828 | 10/30/2006 | $54,500.00 | S |
| 17 | Stacy Grant Revocable Trust Dtd 12/24/99 Trustee<br>934 E Grandview<br>Phoenix, AZ  85022 | 10725-00184 | 9/5/2006 | $101,791.67 | S |
| 18 | Stark Family Trust<br>Rolaind L Stark<br>10905 Clarion Ln<br>Las Vegas, NV  89134 | 10725-01996 | 1/10/2007 | $99,134.07 | S, U |
| 19 | Stephanie Trager & Lawrence B. Trager<br>4027 La Colina Rd.<br>Santa Barbara, CA 93110-1426 | 10725-00656 | 10/23/2006 | $100,955.00 | S |
| 20 | Stephen Family Trust<br>Roy M & Carol J Stephen Ttees<br>1214 YucCA Cir<br>St George, UT  84790-7551 | 10725-00866 | 10/31/2006 | $127,856.98 | S |
| 21 | Stephen, Tad<br>120 E South Ave<br>Redlands, CA  92373 | 10725-01134 | 11/8/2006 | $54,423.61 | S |
| 22 | Sterling National Bank<br>500 7th Ave<br>11th Fl.<br>New York, NY  10018-4502 | 10725-00301 | 9/29/2006 | $22,655.00 | S, U |
| 23 | Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-01170 | 10/30/2006 | $50,000.00 | S |
| 24 | Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-01171 | 10/30/2006 | $50,000.00 | S |
| 25 | Sterling, Tom<br>213 Royal Aberdeen Wy<br>Las Vegas, NV  89144 | 10725-01176 | 10/30/2006 | $25,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 26 | Sterling, Tom<br>213 Royal Aberdeen Wy<br>Las Vegas, NV  89144 | 10725-01179 | 10/30/2006 | $25,000.00 | S |
| 27 | Steuer, Miklos<br>Po Box 60267<br>Las Vegas, NV  89160 | 10725-01389 | 11/27/2006 | $723,559.36 | S |
| 28 | Steuer, Miklos<br>Po Box 60267<br>Las Vegas, Nv  89160 | 10725-01390 | 11/27/2006 | $323,533.78 | S |
| 29 | Steven Anthony Fontana Trust Dtd 6/28/02<br>C/O Steven Anthony Fontana Ttee<br>262 Violet Note St<br>Henderson, NV  89074-8900 | 10725-00737 | 10/26/2006 | $86,000.00 | S |
| 30 | Stevenson Pension Trust Dtd 1/7/94<br>C/O Bert A Stevenson Trustee<br>10 Pine Ln<br>Lakeside, Or  97449-8664 | 10725-01893 | 1/8/2007 | Unknown | S, U |
| 31 | Stevenson, Bert<br>500 N Estrella Pkwy B2-405<br>Goodyear. Az  85338 | 10725-01894 | 1/8/2007 | Unknown | S, U |
| 32 | Stoebling Family Trust<br>C/O David Stoebling Trustee<br>3568 E Russell Rd  Ste D<br>Las Vegas, NV  89120-2234 | 10725-00945 | 11/2/2006 | $50,000.00 | S, P |
| 33 | Stoebling Family Trust<br>C/O Davidstoebling Trustee<br>3568 E Ruseell Rd  Ste D<br>Las Vegas, NV  89120-2234 | 10725-01068 | 11/2/2006 | $100,000.00 | P, S |
| 34 | Stoebling, David<br>3568 E Russell Rd  Ste D<br>Las Vegas, Nv  89120-2234 | 10725-00946 | 11/2/2006 | $979.54 | S, P |
| 35 | Stokes Trust, Norma M & Eugene<br>Norma M Kerner Ttee<br>15758 Sunset Dr<br>Poway, CA  92064 | 10725-02287 | 1/12/2007 | $50,746.52 | S, U |
| 36 | Strauss, Bertha M<br>2099 West Glen Ct<br>Reno, NV  89523 | 10725-00068 | 6/19/2006 | $71,084.16 | S |
| 37 | Stricker, Lesley<br>4 Stanley St<br>Pleasantville, NY  10570 | 10725-01958 | 1/10/2007 | $206,760.87 | S |
| 38 | Strunk, Allen D<br>2762 Darby Falls Dr<br>Las Vegas, NV  89134 | 10725-01462 | 11/16/2006 | $50,000.00 | S |

| # | Name / Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 39 | Sugar 1990 Living Revocable Trust Dtd 10/4/90<br>William & Marilyn R Sugar Ttees<br>2790 19Th Ave  Apt 4<br>San Francisco, CA  94132-1673 | 10725-00539 | 10/10/2006 | $50,000.00 | S |
| 40 | Sullivan, Erin & Jean<br>30 Palm Springs Ct<br>Sparks, Nv  89436-0522 | 10725-01085 | 11/7/2006 | $24,280.00 | S |
| 41 | Sumpolec 1989 Trust Dated 4/13/89<br>C/O John Sumpolec Jr Trustee<br>2405 Howard Dr<br>Las Vegas, NV  89104-4224 | 10725-00592 | 10/16/2006 | $50,000.00 | S |
| 42 | Susan J. Ward Ira<br>26077 Charing Cross Rd.<br>Valencia, CA 91355-2029 | 10725-00686 | 10/20/2006 | $60,000.00 | S |
| 43 | Suzanne Arbogast/Gregory R Thompson Jt Ten<br>1005  W Buffington St<br>Unpland, CA  91784 | 10725-02131 | 1/11/2007 | $50,706.85 | S, U |
| 44 | Swezey Ttee Of The Zwezey 2001 Trust, Donadl & Beverly W<br>3666 Cherokee Dr<br>Carson City, NV  89705-6813 | 10725-02295 | 1/12/2007 | $50,000.00 | S, U |
| 45 | T Dwight Sper Revocable Family Trust<br>C/O T Dwight & Bonnie Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-02191 | 1/12/2007 | UNKNOWN | S, U |
| 46 | T-2 Enterprises LLC<br>Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 10725-02106 | 1/11/2007 | $405,856.76 | S, U |
| 47 | T-3 Enterprises LLC<br>Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 10725-02107 | 1/11/2007 | $304,220.38 | S, U |
| 48 | Tammadge, David<br>7292 Horner St<br>San Diego, CA  92120 | 10725-01352 | 11/13/2006 | $40,125.15 | S |
| 49 | Tammadge, Janie<br>1400 Colorado St   Ste C<br>Boulder City, NV  89005 | 10725-01009 | 11/6/2006 | $11,192.97 | S |