## 30th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00506 | 9/25/2006 | $25,000.00 | S |
| 2 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00507 | 9/25/2006 | $50,000.00 | S |
| 3 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00508 | 9/25/2006 | $50,000.00 | S |
| 4 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00509 | 9/25/2006 | $100,000.00 | S |
| 5 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00510 | 9/25/2006 | $100,000.00 | S |
| 6 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00511 | 9/25/2006 | $100,000.00 | S |
| 7 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00512 | 9/25/2006 | $100,000.00 | S |
| 8 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00513 | 9/25/2006 | $50,000.00 | S |
| 9 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 10725-00514 | 9/25/2006 | $100,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00515 | 9/25/2006 | $100,000.00 | S |
| 11 | Teeter, Louise & Norman<br>40201 Via Marina  Ste 300<br>Marina Del Rey, CA  90292-5237 | 10725-02274 | 1/12/2007 | $61,609.61 | S, U |
| 12 | Teeter, Norman<br>4201 Via Marina  #300<br>Marina Del Rey, CA  90292 | 10725-02275 | 1/12/2007 | $299,663.64 | S, U |
| 13 | Teeter, Robert G<br>4201 Via Marina<br>Ste 300<br>Marina Del Rey, CA  90292 | 10725-02276 | 1/12/2007 | $67,184.61 | S, U |
| 14 | Terry Bombard 1998 Trust Dtd 1/23/98<br>C/O Terry Bombard Trustee<br>3570 W Post Rd<br>Las Vegas, NV  89118-3866 | 10725-01869 | 1/5/2007 | $100,000.00 | S |
| 15 | Terry R Helms Living Trust<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 10725-02291 | 1/12/2007 | $5,577,877.40 | S, U |
| 16 | Tessel & Berthelot, Michel & Jean Jacques<br>9328 Sienna Vista Dr<br>Las Vegas, NV  89117-7034 | 10725-01158 | 11/9/2006 | $37,426.95 | S |
| 17 | Thalia Routsis Family Trust<br>C/O Thalia Nicholas Routsis Ttee<br>Po Box 4311<br>Incline Village, NV  89450-4311 | 10725-01252 | 11/10/2006 | $37,732.36 | S, U |
| 18 | The Berthelot Living<br>Jean Jacques Berthelot Ttee<br>9328 Sienna Vista Dr<br>Las Vegas, NV  89117-7034 | 10725-01138 | 11/9/2006 | $26,500.00 | S |
| 19 | The Dexter & Betty Jean Guio Trust Dated 4/9/2002<br>Betty J Guio Ttee<br>4790 Caughlin Parkway #379<br>Reno, NV  89519 | 10725-00577 | 10/13/2006 | $250,000.00 | S |
| 20 | The Eric Noel Cartagena Trust<br>C/O Eric N. Cartagena, Trustee<br>P.O. Box 60742<br>San Diego, CA 92166-8742 | 10725-00672 | 10/23/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 21 | The M. Evelyn Fisher Revocable Trust Dated 11/07/05<br>C/O M. Evelyn Fisher, And/OR Successor(S) In Trust<br>12051 S. Cherokee Ln.<br>Tucson, AZ 85736-1317 | 10725-00578 | 10/23/2006 | $157,685.97 | S, P, U |
| 22 | Thomas J Karren Living Trust<br>C/O Thomas J Karren Sole Trustee<br>20483 Powder Mountain Ct<br>Bend, OR 97702-9552 | 10725-00522 | 10/10/2006 | $50,000.00 | S |
| 23 | Thompson, Gregory R<br>1005 W Buffington St<br>Upland, CA 91784 | 10725-02132 | 1/11/2007 | $50,706.85 | S, U |
| 24 | Thompson, Wilma Jean<br>12 Brewster Way<br>Redlands, CA 92373 | 10725-02133 | 1/11/2007 | $100,268.37 | S, U |
| 25 | Threlfall, Ronda L<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 10725-02211 | 1/12/2007 | $202,806.94 | S, U |
| 26 | Thrower, Debbie<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01763 | 12/26/2006 | $150,000.00 | S |
| 27 | Thurman, Lynnette S & John H<br>1635 Greycrest Way<br>Reno, NV 89521-4052 | 10725-00724 | 10/26/2006 | $54,499.99 | S |
| 28 | Tiano, Jack<br>116 W El Portal Ste 103<br>San Clemente, CA 92672 | 10725-00391 | 10/2/2006 | $10,574.00 | S |
| 29 | Tiano, Norman<br>Eagle Meadows Development Ltd<br>7070 Rock Dove St<br>Carlsbad, CA 92011-5025 | 10725-00552 | 10/12/2006 | $50,000.00 | S |
| 30 | Tiano, Norman<br>Meadow Creek Partners Llc<br>7070 Rock Dove St<br>Carlsbad, CA 92011 | 10725-00553 | 10/12/2006 | $100,000.00 | S |
| 31 | Tiki Investment Enterprises, LP<br>2578 Highmore Ave<br>Henderson, NV 89052 | 10725-02428 | 1/12/2007 | $1,200,128.00 | S, U |
| 32 | Timothy Folendorf Trust Dtd 3/21/00<br>C/O Timothy Folendorf Trustee<br>Po Box 2<br>Angels Camp, Ca 95222-0002 | 10725-00248 | 9/26/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 33 | Tischler, Hillari<br>7408 Doe Ave<br>Las Vegas, NV  89117 | 10725-00576 | 10/13/2006 | $166,246.21 | S |
| 34 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | 10725-00981 | 10/27/2006 | $150,000.00 | S |
| 35 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | 10725-00991 | 11/6/2006 | $150,000.00 | S |
| 36 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00992 | 11/6/2006 | $50,000.00 | S |
| 37 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00994 | 11/6/2006 | $50,000.00 | S |
| 38 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00996 | 11/6/2006 | $25,000.00 | S |
| 39 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00997 | 11/6/2006 | $25,000.00 | S |
| 40 | Toombes, Patsy<br>Po Box 11665<br>Zephyr Cove, NV  89448 | 10725-00437 | 10/4/2006 | $371,435.14 | S |
| 41 | Toombes, Robert C & Patsy G<br>Po Box 11665<br>Zephyr Cove, NV  89448-3665 | 10725-00436 | 10/4/2006 | $371,435.14 | S, U |
| 42 | Tracy, Richard R & Ursula<br>Po Box 1404<br>Carson City, NV  89702-1404 | 10725-02284 | 1/12/2007 | $152,200.00 | S, U |
| 43 | Triantos, Rory L<br>13842 Malcom Ave<br>Saratoga, CA  95070-5314 | 10725-01450 | 11/16/2006 | $95,378.62 | S, U |
| 44 | Triantos, Rory L<br>13842 Malcom Ave<br>Saratoga, CA  95070-5314 | 10725-01479 | 11/16/2006 | $101,527.68 | S, U |
| 45 | Tripp Enterprises Inc A Nevada Corp<br>Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 10725-02103 | 1/11/2007 | $490,267.92 | S, U |
| 46 | Tripp Family Trust, Walter C<br>Walter C Tripp Ttee<br>5590 Briarhills Ln<br>Reno, NV  89502 | 10725-02269 | 1/12/2007 | $6,254.31 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 47 | Tripp Ttee Of The Tripp Enterprises Inc, Warren W<br>250 Greg St<br>Sparks, NV  89431 | 10725-02105 | 1/11/2007 | $437,835.06 | S, U |
| 48 | Tripp, Carol A<br>2185 Kinney Ln<br>Reno, NV  89511-6553 | 10725-02270 | 1/12/2007 | $50,736.30 | S, U |
| 49 | Tripp, Walter C<br>5590 Briarhills Ln<br>Reno, NV  89502 | 10725-02268 | 1/12/2007 | $50,716.67 | S, U |
| 50 | Tripp, Warren W<br>250 Greg St<br>Sparks, NV  89431 | 10725-02104 | 1/11/2007 | $591,701.25 | S, U |