## 31st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Trujillo, Carlos A<br>2818 Horseshoe Dr<br>Las Vegas, NV  89120-3338 | 10725-00001 | 4/18/2006 | $240,000.00 | S |
| 2 | Tuch, Cary & Carol<br>11445 Gerald Ave<br>Granada Hills, CA  91344-3623 | 10725-00271 | 9/27/2006 | $100,000.00 | S |
| 3 | Turner Development Llc<br>Chris Turner<br>461 N Carlisle Pl<br>Orange, CA  92869 | 10725-01322 | 11/13/2006 | $100,000.00 | S |
| 4 | Turner Ttees Of, Louis H & Shirley M<br>The Louis H & Shirley M Turner F<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-02219 | 1/12/2007 | $152,179.87 | S, U |
| 5 | Turok, Noemi N<br>8808 Rainbow Ridge Dr<br>Las Vegas, NV  89117-5815 | 10725-01174 | 11/10/2006 | $50,000.00 | P, S, U |
| 6 | Tuttle, Dale L<br>6252 Chinook Way<br>Las Vegas, Nv  89108-1733 | 10725-00247 | 9/26/2006 | $250,000.00 | S |
| 7 | Ulm Ttee Of The Robert W Ulm Living Tr, Robert W<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 10725-02088 | 1/11/2007 | $688,165.00 | S, U |
| 8 | Ulm, Robert W<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 10725-02089 | 1/11/2007 | Unliquidated | S, U |
| 9 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV  89130 | 10725-00372 | 10/2/2006 | $50,000.00 | S |
| 10 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV  89130 | 10725-00374 | 10/2/2006 | $50,000.00 | S |
| 11 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV  89130 | 10725-00375 | 10/2/2006 | $50,000.00 | S |

918279  31st Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 12 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 10725-00380 | 10/2/2006 | $50,000.00 | S |
| 13 | Universal Management Inc A Nevada Corp<br>8080 Harborview Rd<br>Blaine, WA 98230 | 10725-02123 | 1/11/2007 | $719,059.00 | S, U |
| 14 | Ursula Greger & Stephanie Curran<br>95703 Kittery Rd<br>Brookings, OR 97415 | 10725-00903 | 11/1/2006 | $55,000.00 | S |
| 15 | Ursula R Greger & Stephanie Curran<br>95703 Kittery Rd<br>Brookings, Or 97415-8158 | 10725-00956 | 11/1/2006 | $55,000.00 | S |
| 16 | Valley Investments Corp<br>3131 Meade Ave Ste A-1<br>Las Vegas, NV 89102-7809 | 10725-00357 | 10/2/2006 | $1,492.91 | S, P |
| 17 | Valon R Bishop Trust Dtd 5/7/03<br>C/O Valon R Bishop Trustee<br>Po Box 50041<br>Reno, Nv 89513-0041 | 10725-00412 | 10/2/2006 | $30,131.00 | S |
| 18 | Valon R Bishop Trust Dtd 5/7/03<br>C/O Valon R Bishop Trustee<br>Po Box 50041<br>Reno, NV 89513-0041 | 10725-00504 | 10/9/2006 | $30,131.00 | S |
| 19 | Verusio Solutions Llc<br>208 Clarence Way<br>Fremont, CA 94539 | 10725-00093 | 8/4/2006 | $329,747.92 | S |
| 20 | Vicky Nakashima<br>1681 Fairburn Ave.<br>Los Angeles, CA 90024 | 10725-00693 | 10/20/2006 | $155,000.00 | S |
| 21 | Violet, Melody J<br>PO Box 2201<br>Vista, CA 92085 | 10725-01885 | 1/8/2007 | Unknown | S |
| 22 | Virani, Aris<br>6926 Adobe Villa Ave<br>Las Vegas, NV 89142 | 10725-01201 | 11/10/2006 | $50,000.00 | S |
| 23 | Virani, Aris<br>6926 Adobe Villa Ave<br>Las Vegas, NV 89142 | 10725-01245 | 11/10/2006 | $50,000.00 | S |
| 24 | Virts Ttees Of The Virts Revocable Living Tr, Donald E & Patrizia<br>4381 W Hidden Valley<br>Reno, NV 89502 | 10725-02165 | 1/12/2007 | $380,303.00 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Voglis, Marietta<br>201 East 79Th St<br>New York, NY  10021 | 10725-02163 | 1/12/2007 | $724,292.85 | S |
| 26 | Volpel Trust  Dtd 2/2/96<br>Gunter Volpel Trustee<br>90876 Libby Ln<br>Coos Bay, OR 97420 | 10725-01847 | 1/4/2007 | $119,463.32 | S, U |
| 27 | Wade, Jennifer A<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01116 | 11/9/2006 | $50,000.00 | S |
| 28 | Wade, Marlee<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01118 | 11/9/2006 | $50,000.00 | S |
| 29 | Wade, Marlene C<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01119 | 11/9/2006 | $50,000.00 | S |
| 30 | Wagner, Scott E<br>Po Box 523<br>Cumberland, Wi  54829-0523 | 10725-00268 | 9/27/2006 | $80,000.00 | S |
| 31 | Wahl Jt Ten Wros, David C & Margaret A<br>PO Box 8012<br>Mammoth Lakes, CA  93546 | 10725-02314 | 1/13/2007 | $201,149.92 | S, U |
| 32 | Wahl, David C<br>PO Box 8012<br>Mammoth Lakes, CA  93546 | 10725-02315 | 1/13/2007 | $72,112.48 | S, U |
| 33 | Wahl, David<br>Po Box 8012<br>Mammoth Lakes, Ca  93546 | 10725-01694 | 12/11/2006 | $289,414.18 | S |
| 34 | Wald Financial Group Inc<br>249 Margo Way<br>Pismo Beach, CA  93449-3252 | 10725-01461 | 11/14/2006 | $50,516.67 | S |
| 35 | Wald Financial Grp Inc Defined Benefit Pension Trt<br>Po Box 307<br>249 Margo Way<br>Pismo Beach, CA  93448-0307 | 10725-01448 | 11/14/2006 | $50,520.83 | S |
| 36 | Wald Financial Grp Inc Defined Benefit Pension  Trust 2<br>Po Box 307<br>249 Margo Way<br>Pismo Beach, CA  93448-0307 | 10725-01440 | 11/14/2006 | $50,538.19 | S |
| 37 | Wald Financial Grp Inc Defined Benefit Pension Trust<br>249 Margo Way<br>Pismo Beach, CA  93449 | 10725-01441 | 11/14/2006 | $50,516.67 | S |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Walker, Linda M<br>3710 Clover Way<br>Reno, NV  89509 | 10725-00152 | 8/14/2006 | $101,500.00 | S |
| 39 | Wallace III, William C & Ann Marie K<br>Christopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV  89520 | 10725-00517 | 10/18/2006 | $50,000.00 | S |
| 40 | Wallace III, William C & Anna Marie K<br>Chirstopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV  89520 | 10725-00662 | 10/23/2006 | $50,000.00 | S |
| 41 | Walls Family Trust Dtd 12/10/97<br>C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 10725-00396 | 10/2/2006 | $100,000.00 | S |
| 42 | Walls Family Trust Dtd 12/10/97<br>C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 10725-00397 | 10/2/2006 | $50,000.00 | S |
| 43 | Walls Family Trust Dtd 12/10/97<br>C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 10725-00398 | 10/2/2006 | $200,000.00 | S |
| 44 | Walls Family Trust Dtd 12/10/97<br>C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 10725-00399 | 10/2/2006 | $200,000.00 | S |
| 45 | Walls Family Trust Dtd 12/10/97<br>C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 10725-00400 | 10/2/2006 | $200,000.00 | S |
| 46 | Walter F Henningsen Revocable Trust Dtd 2/18/03<br>C/O Walter F Henningsen Trustee<br>5470 Sw Spruce Ave<br>Beaverton, Or  97005-3561 | 10725-01023 | 11/6/2006 | $100,478.00 | S |
| 47 | Walter, Diane<br>3 Malachite Rd<br>Yerington, NV  89447 | 10725-00062 | 11/2/2006 | $50,000.00 | S |
| 48 | Walther, Stephen G & Sonja<br>7990 Castle Pines<br>Las Vegas, NV  89113 | 10725-01374 | 11/13/2006 | $25,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| **49** | Wanda Wright Revocable Living Trust<br>C/O Wanda C Wright Trustee<br>16500 Pyramid Way<br>Reno, NV  89510-8711 | 10725-00502 | 10/9/2006 | $54,200.00 | S |
| **50** | Warwick, William<br>170 Dayton St<br>Danvers, MA  01923 | 10725-00434 | 10/4/2006 | $57,833.00 | S, P |