## 32nd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01266 | 11/10/06 | $56,500.00 | S, U |
| 2 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01267 | 11/10/2006 | $56,000.00 | S, U |
| 3 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01268 | 11/10/2006 | $56,000.00 | S, U |
| 4 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01269 | 11/10/2006 | $56,000.00 | S, U |
| 5 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01270 | 11/10/2006 | $56,000.00 | S, U |
| 6 | Wayne Dotson Co Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01271 | 11/10/2006 | $56,000.00 | S, U |
| 7 | Wayne Dotson CO Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01272 | 11/10/2006 | $56,000.00 | S, U |
| 8 | Wayne Dotson CO Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01273 | 11/10/2006 | $56,000.00 | S, U |
| 9 | Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01122 | 11/8/2006 | $56,000.00 | S, U |
| 10 | Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01123 | 11/8/2006 | $56,500.00 | S, U |
| 11 | Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01124 | 11/8/2006 | $56,000.00 | S, U |
| 12 | Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01125 | 11/8/2006 | $56,000.00 | S, U |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 13 | Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC  29910 | 10725-01127 | 11/8/2006 | $56,000.00 | S, U |
| 14 | Weaver, John & Colleen<br>9225 Cordoba Blvd<br>Sparks, NV  89436-7235 | 10725-00410 | 10/2/2006 | $22,894.49 | S |
| 15 | Weaver, John<br>9225 Cordoba Blvd<br>Sparks, NV  89436 | 10725-00411 | 10/2/2006 | $100,000.00 | S |
| 16 | Weber, Heinrich & Brigitte<br>2099 Westglen Ct<br>Reno, NV  89523 | 10725-00067 | 6/19/2006 | $152,050.00 | S |
| 17 | Weicherding, Gary<br>4960 Harrison Dr #107<br>Las Vegas, NV  89120 | 10725-01260 | 11/10/2006 | $53,500.00 | S, P |
| 18 | Welcher, Andrew<br>C/O William E Winfield Esq<br>Nordman Cormany Hair & Compton Llp<br>1000 Town Center Dr, 6Th Fl<br>Oxnard, Ca  93030 | 10725-00148 | 8/15/2006 | Unliquidated | S |
| 19 | Westbrook, Connie<br>14320 Ghost Rider Dr<br>Reno, NV  89511 | 10725-01922 | 1/10/2007 | $148,453.92 | S, U |
| 20 | Whitehurst Fund Llc<br>C/O Linda Kelly Carson Manager<br>Po Box 8927<br>Aspen, CO  81612-8927 | 10725-00460 | 10/5/2006 | $100,000.00 | S |
| 21 | Whitman An Umarried Man, H Daniel<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-00210 | 8/25/2006 | $29,369.00 | S |
| 22 | Whitman Trust The<br>H Daniel Whitman Trustee<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-01232 | 11/9/2006 | $50,000.00 | S |
| 23 | Whitman Trust The<br>H Daniel Whitman Trusteee<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-01238 | 11/9/2006 | $50,000.00 | S |
| 24 | Whitman Trust The<br>Whitman Ttee<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-01400 | 11/13/2006 | $50,000.00 | S |
| 25 | Whitman Trust<br>Daniel H Whitman Trustee<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-01229 | 11/9/2006 | $25,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 26 | Whitman Trust<br>H Daniel Whitman Ttee<br>Po Box 10200<br>Zephyr Cove, NV  89448 | 10725-00211 | 8/25/2006 | $25,000.00 | S |
| 27 | Whitman, H Daniel<br>Po Box 10200<br>Zephyr Cove, NV  89449 | 10725-01236 | 11/9/2006 | $28,804.73 | S |
| 28 | Wilkelis, Lynn<br>Po Box 642<br>Buellton, CA  93427 | 10725-00543 | 10/10/2006 | $53,104.00 | S |
| 29 | Willaim S. Reeves<br>2930 E. Serene Ave.<br>Henderson, NV 89074-6536 | 10725-00657 | 10/23/2006 | $50,000.00 | S |
| 30 | William & Waltruud Schneider Family Tr<br>135 Clearview Dr<br>Carson City, NV  89701-6698 | 10725-00379 | 10/2/2006 | $250,000.00 | S |
| 31 | William B Fraser &  Judy A Garrett<br>1250 E Ave J #2<br>Lancaster, CA  93535 | 10725-01240 | 11/10/2006 | $50,000.00 | S |
| 32 | William Daniel Carter Ttee<br>8710 54Th Ave E<br>Bradenton, Fl  34211-3704 | 10725-01299 | 11/13/2006 | $107,998.34 | S |
| 33 | William Kostechko Revocable Trust Dtd 10/31/05<br>C/O William Kostechko Trustee<br>5415 W Harmon Ave<br>Unit 1035<br>Las Vegas, NV  89103-7013 | 10725-00559 | 10/12/2006 | $100,000.00 | S |
| 34 | William W & Betty R Ogren<br>22102 Shannondell Dr<br>Audubon, Pa  19333 | 10725-00384 | 10/2/2006 | $100,000.00 | S |
| 35 | William W & Teresa H Lee 2003 Family Tr<br>C/O Teresa H Lee Trustee<br>9050 Double R Blvd  Apt 421<br>Reno, NV  89521-4850 | 10725-01652 | 11/28/2006 | $150,000.00 | S |
| 36 | William W & Teresa H Lee Family Trust<br>C/O Teresa H Lee Trustee<br>9050 Double R Blvd  Apt 421<br>Reno, Nv  89521-4850 | 10725-01650 | 11/27/2006 | $150,000.00 | S |
| 37 | Williams, Susan Marie<br>Po Box 9270<br>Truckee, CA  96162 | 10725-00975 | 11/3/2006 | $70,000.00 | S |
| 38 | Wimsatt Trust Dated 10/19/04<br>C/O Linda J. Wimsatt, Trustee<br>4920 Amador Dr.<br>Oceanside, CA 92056-4971 | 10725-00658 | 10/23/2006 | $81,750.00 | S |

918282   32nd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 39 | Winkler Family Trust<br>Rudolf & Carmel Winkler Ttees<br>10000 Rossbury Pl<br>Los Angeles, CA  90064 | 10725-02279 | 1/12/2007 | $605,317.99 | S, U |
| 40 | Winkler Family Turst<br>Carmel Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA  90064 | 10725-02280 | 1/12/2007 | $130,215.22 | S, U |
| 41 | Winkler IRA, Rudolf<br>10000 Rossbury Pl<br>Los Angeles, CA  90064-4826 | 10725-02278 | 1/12/2007 | $325,900.11 | S, U |
| 42 | Wisch, Craig<br>210 Andrew Ave<br>Naugatuck, Ct  06770 | 10725-02010 | 1/10/2007 | $158,684.64 | S, U |
| 43 | Wisch, Craig<br>210 Andrew Ave<br>Naugatuck, CT  06770 | 10725-02180 | 1/12/2007 | $158,684.64 | S, U |
| 44 | Wm W & Teresa H Lee 2003 Family Trust Dtd 6/26/03<br>C/O Teresa H Lee Trustee<br>9050 Double R Blvd Apt 421<br>Reno, Nv  89521-4850 | 10725-01493 | 11/27/2006 | $150,000.00 | S |
| 45 | Wolf, Edgar<br>3868 Carlton Dr<br>Atlanta, Ga  30341 | 10725-00655 | 10/23/2006 | $38,227.32 | S |
| 46 | Wolken, Stan<br>598 Lariat Cir<br>Incline Village, NV  89451 | 10725-01308 | 11/13/2006 | $50,000.00 | S |
| 47 | Wonders, Marlin L & R Yvonne<br>Po Box 2262<br>Overgaard, AZ  85933 | 10725-01451 | 11/16/2006 | $50,000.00 | S |
| 48 | Wonders, Marlin L & R Yvonne<br>Po Box 2262<br>Overgaard, Az  85933-2262 | 10725-00742 | 10/26/2006 | $50,000.00 | S |
| 49 | Wood, Raul A<br>5211 N Lisa Ln<br>Las Vegas, NV  89149-4647 | 10725-00877 | 10/31/2006 | $407.85 | S |
| 50 | Wood, Raul<br>5211 N Lisa Ln<br>Las Vegas, NV  89516 | 10725-00875 | 10/31/2006 | $13,736.70 | S |