**33rd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Woody Contracting Inc<br>63210 Mckenzie Ln<br>Summerville, OR  97876 | 10725-00950 | 11/2/2006 | $330,750.00 | S |
| 2 | World Links Group Llc<br>C/O Leo G Mantas<br>7440 S Blackhawk St  #12208<br>Englewood, Co  80112-4355 | 10725-02309 | 1/13/2007 | $198,000.00 | S, U |
| 3 | Worthing, Ralph E & Maryanne H<br>443 Arboles Dr<br>Bishop, CA  93514 | 10725-01786 | 12/13/2006 | $20,430.00 | S, U |
| 4 | Wright, Wanda<br>16500 Pyramid Hwy<br>Reno, NV  89510 | 10725-00501 | 10/9/2006 | $52,400.00 | S |
| 5 | Wyatt IRA, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01604 | 12/8/2006 | $54,083.35 | S |
| 6 | Wyatt IRA, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01824 | 12/28/2006 | $19,906.48 | S |
| 7 | Wyatt Ira, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01828 | 12/28/2006 | $53,983.35 | S |
| 8 | Wyatt Ira, Phyllis P<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01606 | 12/8/2006 | $38,059.07 | S |
| 9 | Wyatt Ira, Phyllis P<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01829 | 12/28/2006 | $53,983.35 | S |
| 10 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052 | 10725-02064 | 1/11/2007 | $51,625.00 | S, U |
| 11 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052-6563 | 10725-00290 | 9/29/2006 | $50,000.00 | S |
| 12 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052-6563 | 10725-00291 | 9/29/2006 | $50,000.00 | S |
| 13 | Xavier, Neil A & Josephine<br>2506 Libretto Ave<br>Henderson, NV  89052 | 10725-02159 | 1/11/2007 | $51,545.13 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 14 | Yerushalmi, Mazal<br>8904 Greensboro Ln<br>Las Vegas, NV 89134-0502 | 10725-00961 | 11/1/2006 | $314,598.00 | S |
| 15 | Yoder Defined Benefit Plan, Robert J<br>Robert J Yoder Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 10725-02083 | 1/11/2007 | $88,743.82 | S, U |
| 16 | Yonai IRA, Gregory<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-00990 | 10/27/2006 | $42,531.84 | S |
| 17 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, Nv 89135-1552 | 10725-00719 | 10/25/2006 | $22,896.16 | S |
| 18 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, Nv 89135-1552 | 10725-00983 | 10/27/2006 | $22,896.16 | S |
| 19 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01003 | 10/27/2006 | $81,750.00 | S |
| 20 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01005 | 10/27/2006 | $27,900.00 | S |
| 21 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01007 | 10/27/2006 | $55,000.00 | S |
| 22 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01008 | 10/27/2006 | $28,000.00 | S |
| 23 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01010 | 10/27/2006 | $37,800.00 | S |
| 24 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01013 | 10/27/2006 | $39,292.00 | S |
| 25 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01015 | 10/27/2006 | $28,000.00 | S |
| 26 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01019 | 10/27/2006 | $54,500.00 | S |
| 27 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01020 | 10/27/2006 | $54,500.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 28 | Yonai Trustee, Gregory<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 10725-01000 | 10/27/2006 | $28,200.00 | S |
| 29 | Young, Judy S<br>13825 Virginia Foothills Dr<br>Reno, NV  89521-7394 | 10725-02324 | 1/13/2007 | $101,552.77 | S, U |
| 30 | Young, Percy & Ruth<br>1814 W Olney Ave<br>Phoenix, AZ  85041-8617 | 10725-00775 | 10/27/2006 | $90,000.00 | S |
| 31 | Young, Percy<br>1814 W Olney Ave<br>Phoenix, AZ  85041 | 10725-00776 | 10/27/2006 | $90,000.00 | S |
| 32 | Younger, William & Lisa K<br>1746 Lake St<br>Huntington Beach, CA  92648 | 10725-00948 | 11/2/2006 | $54,876.00 | S |
| 33 | Zadel, William<br>Po Box 1817<br>Parowan, UT  84761 | 10725-02027 | 1/11/2007 | $150,000.00 | S |
| 34 | Zak, Janet E<br>9720 Verlaine Ct<br>Las Vegas, NV  89145-8695 | 10725-00226 | 9/25/2006 | $54,000.00 | S |
| 35 | Zalkind, Allen & Sandy<br>684 Nahane Dr<br>South Lake Tahoe, CA  96150 | 10725-00206 | 8/15/2006 | $94,650.00 | S |
| 36 | Zappulla, Joseph G & Carol A<br>12706 W Myer Ln<br>El Mirage, AZ  85335 | 10725-02040 | 1/11/2007 | $704,812.14 | S, U |
| 37 | Zawacki A California Llc<br>Po Box 5156<br>Bear Valley, Ca  95223-5156 | 10725-02299 | 1/13/2007 | $1,500,000.00 | S, U |
| 38 | Zerbo, Anthony J<br>780 Saratoga Ave<br>Apt S-107<br>San Jose, CA  95129 | 10725-01952 | 1/10/2007 | $878,855.25 | S, U |
| 39 | Zerbo, Anthony<br>780 Saratoga Ave #S107<br>San Jose, CA  95129 | 10725-00814 | 10/30/2006 | $15,598.72 | S |
| 40 | Zerbo, Anthony<br>780 Saratoga Ave  #S107<br>San Jose, CA  95129 | 10725-00788 | 10/27/2006 | $150,276.66 | S |
| 41 | Zerbo, Anthony<br>780 Saratoga Ave  #S107<br>San Jose, CA  95129 | 10725-01839 | 1/3/2007 | $50,516.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Zerbo, Marshall R<br>250 W El Camino Real  Apt 5100<br>Sunnyvale, CA  94087 | 10725-02028 | 1/11/2007 | $150,629.65 | S, U |
| 43 | Zoe Brown 1989 Family Trust<br>C/O Zoe Brown Trustee<br>2877 Paradise Rd  Unit 803<br>Las Vegas, NV  89109-5244 | 10725-00441 | 10/5/2006 | $75,000.00 | S |
| 44 | Zorrilla, Reinaldo<br>P.O. Box 11305<br>Las Vegas, Nv  89111 | 10725-00777 | 10/27/2006 | $121,846.33 | S |
| 45 | Zrudsky, Collen<br>106 E Victorian Ave  #35<br>Sparks, NV  89431 | 10725-00293 | 9/29/2006 | $53,762.00 | S |

918334 33rd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4