ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email:** *mail@asmithlaw.com*

*Attorney for Donna Cangelosi*, et al.

*ELECTRONICALLY FILED* - March 20, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>　　　　Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**JOINDER IN MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO SELL FILED BY DEBT ACQUISITION COMPANY OF AMERICA V**<br><br>Hearing Date:　　March 27, 2007<br>Hearing Time:　　9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\JOIN Opp re Placer Vinyards Sale.wpd

1  DONNA CANGELOSI, JOHN R. CANGELOSI & MARGARET M.
2  CANGELOSI, JOHN A. M. HANDAL, JOHN A. M. HANDAL IRA , LINDSEY H.
3  KESLER FAMILY REVOCABLE TRUST C/O MILDRED P. KESLER TRUSTEE,
4  AUGUST J. AMARAL-INC., BRANDON A. ARNER and DONNA M. CANGELOSI,
5  ROBERT W. ULM, Trustee of the ROBERT W. ULM LIVING TRUST DATED
6  4/11/05,PENSCO TRUST COMPANY, INC. Custodian For ROBERT W. ULM IRA,
7  ADRIAN J.R. OOSTHUIZEN, AIG LIMITED, MORRIS MANSELL, MORRIS
8  MANSELL IRA, CAROL MORTENSEN FAMILY TRUST DATED 9/9/99, PEELE
9  BYPASS TRUST DATED 2/10/87 C/O JENNEFER COLE PEELE TRUSTEE, DONNA
10 M. CANGELOSI FAMILY TRUSTC/O DONNA M. CANGELOSI TRUSTEE, LARRY
11 and PATSY RIEGER REVOCABLE TRUST, all direct lenders in the loans secured by
12 property commonly known as "Placer Vineyards", through their counsel Alan R. Smith,
13 Esq., hereby incorporate, as if set forth herein, and join in the *Memorandum of Points And*
14 *Authorities In Opposition To Debtor's Motion To Sell Under Section 363 All Commercial*
15 *Mortgage Assets of Debtor USA Commercial Mortgage Company In The Placer Vineyards*
16 *Loans To Compass USA SPE, LLC Including Request For Reconsideration Of Order*
17 *Shortening Time.*

18 **DATED** this 27th day of March, 2007.

LAW OFFICES OF ALAN R. SMITH

*/s/ Alan R. Smith*

By_____
ALAN R. SMITH, ESQ.
*Attorney for Donna Cangelosi* et al.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders\JOIN Opp re Placer Vinyards Sale.wpd     - 2 -