

1

2    **Entered on Docket**
     **March 21, 2007**

3                                              _____
                                                      Hon. Linda B. Riegle
4                                                **United States Bankruptcy Judge**

5    STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
6    FRANK A. MEROLA                        JAMES PATRICK SHEA
     (CA State Bar No. 136934)              (Nevada State Bar No. 000405)
7    EVE H. KARASIK                         CANDACE C. CARLYON
     (CA State Bar No. 155356)              (Nevada State Bar No. 002666
8    ANDREW M. PARLEN                       SHLOMO S. SHERMAN
     (CA State Bar No. 230429)              (Nevada State Bar No. 009688)
9    1901 Avenue of the Stars, 12th Floor   228 South Fourth Street, First Floor
     Los Angeles, CA 90067                  Las Vegas, Nevada 89101
10   Telephone: (310) 228-5600              Telephone: (702) 471-7432
11   E-mail:    fmerola@stutman.com         E-mail:    jshea@sheacarlyon.com
                ekarasik@stutman.com                   ccarlyon@sheacarlyon.com
12              aparlen@stutman.com                     ssherman@sheacarlyon.com

13   *Counsel for the Official Committee of Equity Security Holders of*
     *USA Capital First Trust Deed Fund, LLC*

14                    **UNITED STATES BANKRUPTCY COURT**
15                          **DISTRICT OF NEVADA**

16   | In re:                                         | )   BK-S-06-10725-LBR |
     | USA COMMERCIAL MORTGAGE COMPANY                 | )   Chapter 11        |
     |            Debtor                               | )                     |

17   | In re:                                         | )   BK-S-06-10726-LBR |
18   | USA CAPITAL REALTY ADVISORS, LLC,               | )   Chapter 11        |
     |            Debtor                               | )                     |

19   | In re:                                         | )   BK-S-06-10727-LBR |
     | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   | )   Chapter 11        |
20   |            Debtor                               | )                     |

21   | In re:                                         | )   BK-S-06-10728-LBR |
     | USA CAPITAL FIRST TRUST DEED FUND, LLC,         | )   Chapter 11        |
     |            Debtor.                              | )                     |

22   | In re:                                         | )   BK-S-06-10729-LBR |
23   | USA SECURITIES, LLC,                            | )   Chapter 11        |
     |            Debtor.                              | )                     |

24   Affects                                            )
     ☐ All Debtors                                      )
25   ☒ USA Commercial Mortgage Co.                      )
     ☐ USA Securities, LLC                              )   DATE: March 15, 2007
26   ☐ USA Capital Realty Advisors, LLC                 )   TIME: 9:30 a.m.
     ☐ USA Capital Diversified Trust Deed               )
27   ☒ USA Capital First Trust Deed Fund, LLC           )

28

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

                                          1

## ORDER RE SEVENTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – AMOUNT OF PROOFS OF INTEREST (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the Seventh Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Amount of Proofs of Interest (the "Objection")(Docket No. 2754); Shlomo S. Sherman, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained.

IT IS FURTHER ORDERED that the following Proofs of Interest shall be disallowed in full: Proofs of Interest nos. 20, 62, 75, and Claim no. 20 which was previously reclassified as a Proof of Interest pursuant to this Court's order entered on September 14, 2006 [Docket No. 1278].

IT IS FURTHER ORDERED that the following Proofs of Interest shall be disallowed to the extent that the amounts asserted therein exceed that member's equity interest in USA Capital First Trust Deed Fund, LLC as of the petition date: Proofs of Interest nos. 12, 17, 27, 47, 61, 68, 70, 72, 73, and 74; and Claims nos. 6, 7, 19, 25, and 26 which were previously reclassified as Proofs of Interest pursuant to this Court's order entered on September 14, 2006 [Docket No. 1278].

///

SUBMITTED BY:

SHEA & CARLYON, LTD.



CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived signature in open court; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this  *15ᵀᴴ*  day of March, 2007.

        SHEA & CARLYON, LTD.

        SHLOMO S. SHERMAN, ESQ.
        Nevada Bar No. 009688
        228 S. Fourth Street, 1st Floor
        Las Vegas, NV 89101

          # # #

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432