Dean T. Kirby, Jr.   California Bar No.090114
Leonard J. Ackerman    California Bar No.  204880
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile:  (619) 685-4004

Michelle L. Abrams, Esq. Nevada Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
Telephone: (702)233-5040 Facsimile (702)233-2209
mabrams@mabramslaw.com
Attorneys for Debt Acquisition Company of America

E-Filed March 21, 2007

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY,
*fka* USA Capital

Debtor

Bankruptcy Case No. BK-S- 06-10725-LBR

PROOF OF SERVICE

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On March 20 and 21, 2007 I served the following document(s):

- **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEBTOR'S MOTION TO SELL UNDRE SECTION 363 ALL COMMERCIAL MORTGAGE ASSETS OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY IN THE PLACER VINEYARDS LOANS TO COMPASS USA SPE, LLC INCLUDING REQUEST FOR RECONSIDERATION OF ORDER SHORTENING TIME**

■  MAIL: on March 21, 2007, by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per attached (ATTACHMENT A). I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

■   ECF Email system as per attached list on March 20, 2007 (ATTACHMENT B)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 21, 2007

/s/ John Hebert
John Hebert

ATTACHMENT A - SPECIAL NOTICE LIST VIA U. S. MAIL

| | |
|---|---|
| ANDREW K. ALPER<br>6500 WILSHIRE BLVD, 17TH FLOOR<br>LOS ANGELES, CA 90048 | C. RANDALL BUPP<br>2000 CROW CANYON PL., #330<br>SAN RAMON, CA 94583 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | ANGELO GORDON AND CO<br>C/O JED HART<br>245 PARK AVE, 26TH FL<br>NEW YORK, NY 10167 |
| MICHAEL W. ANGLIN<br>FULBRIGHT & JAWORSKI, LLP<br>2200 ROSS AVE., STE 2800<br>DALLAS, TX 75201 | BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br>125 S GRAND<br>PASADENA, CA 91105 |
| EVAN BEAVERS<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89178 | FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 |
| JASPER BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 | JOSHUA D. BRYSK<br>LAW OFFICES OF JAMES G. SCHWATZ<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| ELISSA F CADISH<br>39310 HOWARD HUGHS PKWY, 4TH FLR<br>LAS VEGAS, NV 89169 | VINCE DANELIAN<br>P.O.BOX 97782<br>LAS VEGAS, NV 89193 |
| A. WILLIAM CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 |
| ROBERT A. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | SANDRA L.. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 |
| WILLIAM D. COPE<br>595 HUMBOLDT ST<br>RENO, NV 89509 | CICI CUNNINGHAM<br>9950WEST CHEYENNE AVE<br>LAS VEGAS, NV 89129 |
| GEORGE DAVIS<br>WEIL GOTHAL & MANGES<br>767 FIFTH AVENUE<br>NEW YORK, NEW YORK 10153 | BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 |

| | |
|---|---|
| ALAN B. DIAMOND<br>DIAMOND & McCARTHY<br>909 FANNIN, STE 1500<br>HOUSTON, TX 77010 | JOHN HINDERAKER<br>LEWIS & ROCA<br>ONE S. CHURCH AVE., STE 700<br>TUCSON, AZ 85701-1611 |
| DAVID R.. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 | FOLEY & LARDNER LLP<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60610 |
| FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89193 | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 |
| RICHARD D. GREEN<br>3773 HOWARD HUGHES PKWY, STE 500 NO<br>LAS VEGAS, NV 89169 | DAVID R. GRIFFITH<br>3120 COHASSET ROAD, SUITE 6<br>PO BOX 720<br>CHICO, CA 95927 |
| ERNA D. GRUNDMAN<br>114 E. YOLO STREET<br>ORLAND, CA 95963 | JOANNE M. GRUNDMAN<br>1608 BROWN STREET<br>CARSON CITY, NV 89701 |
| PAUL A. JACQUES<br>810 SE 7th STREET, A-103<br>DEERFIELD BEACH, FL 33441 | ANNETTE W. JARVIS<br>POB 45385<br>SALT LAKE CITY, UT 84145 |
| ANNETTE W. JARVIS<br>PO BOX 45385<br>36 SOUTH STATE STREET, # 1400<br>SALT LAKE CITY, UT 84145 | HARRY JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 |
| HELEN B. JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 | RICHARD E. KAMMERMAN<br>RICHARD KAMMERMAN PC<br>7200 N MOPAC, SUITE 150<br>AUSTIN, TX 78731 |
| CONSTANTINE KARDIES<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022 | JASON G. LANDESS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 |
| LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 | RAY KETTERMAN<br>321 N. 19 TH STREET<br>ENID, OK 73701 |

| | |
|---|---|
| EDWARD KLINE<br>9932 ARBUCKLE DRIVE<br>LAS VEGAS, NV 89134 | MATTHEW J. KREUTZER<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| REID W. LAMBERT<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | MARC A. LEVINSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 CAPITAL MALL<br>SUITE 30000<br>SACRAMENTO, CA 95814-4497 |
| ELIZABETH R. LOVERIDGE<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP<br>1500 MIAMI CENTER<br>201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL 33131 |
| JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | TERRY MARKWELL<br>12765 SILVER WOLF ROAD<br>RENO, NV 89511 |
| RICHARD J. MASON<br>130 PINETREE LANE<br>RIVERWOODS, IL 60015 | BRECK E. MILDE<br>TERRA LAW LLP<br>60 SOUTH MARKET ST, SUITE 200<br>SAN JOSE, CA 95113 |
| JAY L. MICHAELSON, ESQ.<br>SUSI & MICHAELSON<br>7 W. FIGUEROA STREET, 2nd FLOOR<br>SANTA BARBARA, CA 93101-3191 | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 |
| MICHAEL P. MOLLO<br>316 S. BROADWAY, # B<br>REDONDO BEACH, CA 90277 | ORRICK HERRINGTON & SUTCLIFFE<br>400 CAPITAL MALL, #3000<br>SACRAMENTO, CA 95814-4497 |
| STEVEN R. ORR<br>RICHARDS WATSON & GERSHON<br>355 S. GRAND AVENUE, 40th FLOOR<br>LOS ANGELES, CA 90071 | J. STEPHEN PEEK<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |

| | |
|---|---|
| NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385<br>SALT LAKE CITY, UT 84145 |
| GORDON C. RICHARDS<br>1850 EAST FLAMINGO ROAD, SUITE 204<br>LAS VEGAS, NV 89119 | JAMES SHAW<br>14225 PRAIRIE FLOWER COURT<br>RENO, NV 89511-6710 |
| R & N REAL ESTATE INVESTMENTS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 | JAMES E. SHAPIRO<br>GERRAD, COX & LARSEN<br>2450 ST ROSE PKWY, #200<br>LAS VEGAS, NV 89119 |
| R J ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | NICHOLAS J. SANTORO<br>400 S. FOURTH ST., 3rd FLOOR<br>LAS VEGAS, NV 89101 |
| MICHAEL M. SCHMAHL<br>MCGUIREWOODS LLP<br>77 W. WACHER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | JAMES G. SCHWARTZ<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 |
| SIERRA HEALTH SERVICES, INC<br>ATTN: FRANK COLLINS, ESQ<br>2724 N. TENYA WAY<br>PO BOX 15645<br>LAS VEGAS, NV 89114-5645 | SHEA & CARLYON, LTD.<br>228 S. 4TH STREET, 1ST FLOOR<br>LAS VEGAS, NV 89101 |
| SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 | WENDY SMITH, ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 |
| STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER, P.C.<br>36 SOUTH STATE ST., SUITE 1400<br>SAL LAKE CITY, UT 84145-0385 | MICHAEL C. VAN<br>4129 W. CHEYENNE, SUITE A<br>N. LAS VEGAS, NV 89032 |
| THOMAS W. STILLEY<br>1000 SW BROADWAY, 31400<br>PORTLAND, OR 97205 | DERRICK A. SPATORICO<br>THE WILDER BLDG<br>ONE EAST MAIN STREET, 3150<br>ROCHESTER, NY 14614 |
| PATRICIA K. SMOOTS<br>318 N. GROVE<br>OAK PARK, IL 60302 | BRADLEY J. STEVENS<br>3300 N. CENTRAL AVE., SUITE 1800<br>PHOENIX, AZ 85012 |

| | |
|---|---|
| STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>SALT LAKE CITY, UT 84145-0385 | STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, 12TH FLR<br>LOS ANGELES, CA 90067 |
| TECHNOLOGY INVESTMENT PARTNERS, LLC<br>ATTN: STACEY L. FARMER<br>40950 WOODWARD AVE, STE 201<br>BLOOMFIELD HILLS, MI 48304-5128 | |
| RUSSELL S. WALKER<br>265 EAST 100 SOUTH<br>SUITE 300<br>SALT LAKE CITY, UT 84111 | JOYCE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 |
| STEVE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 | WILLIAM E. WINFIELD<br>P.O. BOX 9100<br>OXNARD, CA 93031 |
| MARION E. WYNNE<br>WILKINS, BANKESTER, BILES<br>  & WYNNE, P.A.<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 | PETER BERNARD<br>3980 HOWARD HUGHES PKY #550<br>LAS VEGAS,. NV 89109 |

| ATTACHMENT B | Email Special Service List |
|---|---|
| Michelle L. Abrams<br>mabrams@mabramslaw.com | Georgeanne W. Bradley<br>georganne.bradley@bullivant.com<br>mary.opatrny@bullivant.com |
| Nancy L. Allf<br>nallf@parsonsbehle.com;<br>klawrence@parsonsbehle.com;<br>tthomas@parsonsbehle.com;<br>ecf@parsonsbehle.com | Frank Anderson<br>anderson.frank@pbge.gov;<br>efile@pbge.gov; |
| Ogonna M. Atamoh<br>oatamoh@nevadafirm.com;<br>bkeef@nevadafirm.com<br>paltstatt@nevadafirm.com;<br>liberio@nevadafirm.com | Keriann M. Atencio<br>atencio@gtlaw.com |
| Franklin C. Adams<br>franklin.adams@bbklaw.com;<br>arthur.johnson@bbklaw.com | BMC Group, Inc.<br>Evrato@bmcgroup.com;<br>ecf@bmcgroup.com;<br>jmiller@bmcgroup.com |
| Kelly J. Brinkman<br>kbrinkman@gooldpatterson.com | Thomas R. Brooksbank<br>tome@tombrooksbank.cm;<br>renee@tombrooksbank.com |
| Andrew M. Brumby<br>abrumby@shutts-law.com;<br>rhicks@shutts-law.com;<br>lmackson@shutts-law.com | lbubala@jonesvargas.com<br>tbw@jonesvargas.com<br>bjlingenfelter@jonesvargas.com |
| Matthew Q. Callister<br>mqc@callister-reynolds.com;<br>maggie@callister-reynolds.com | Michael W. Chen<br>yvette@ccfirm.com |
| Candace C. Carlyon<br>ltreadway@sheacarlyon.com;<br>carlyon@sheacarlyon.com;<br>bankruptcyfilings@sheacarlyon.com;<br>rmsmith@sheacarlyon.com; | Rob Charles<br>rcharles@lrlaw.com;<br>cjordan@lrlaw.com |
| B. Christensen<br>kbchrislaw@aol.com | Janet L. Chubb, Esq<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| Jeffrey A. Cogan<br>jeffrey@jeffreycogan.com;<br>sarah@jeffreycogan.com | William D. Cope<br>cope_guerra@yahoo.com |

| | |
|---|---|
| Edward S. Coleman<br>mail@coleman4law.com | Arley D. Finley<br>tfinley@diamondmccarthy.com |
| Allan B Diamond<br>adiamond@diamondmccarthy.com | Douglas D. Gerrard<br>dgerrard@gerrard-cox.com |
| Laurel E. Davis<br>bklsclv@lionelsawyer.com;<br>ldavis@lionelsawyer.com;<br>gbagley@lionelsawyer.com;<br>ldavisesq@aol.com | Thomas H. Fell<br>THF@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com |
| Scott D. Fleming<br>sfleming@halelane.com;<br>dbergsing@halelane.com;<br>ecfvegas@halelane.com | Gregory E. Garman<br>bankruptcynotices@gordonsilver.com |
| | Peter W. Guyon<br>pguyon@yahoo.com |
| Wade B. Gochnour<br>wgochnour@hwmlvlaw.com;<br>donnat@hwmlvlaw.com | Carlos A. Gonzalez<br>carlos.gonzalez2@usdoj.gov;<br>Darlene.Ruckard@usdoj.gov;<br>Eunice.Jones@usdoj.gov;<br>Sue.Knigh@usdoj.gov |
| Gerald M. Gordon<br>bankruptcynotices@gordonsilver.com | R. Vaughn Gourley<br>vgourley@lvcm.com |
| Talitha B. Gray<br>tbg@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com | James D. Greene<br>bknotice@schrecklaw.com |
| Marjorie A. Guymon<br>bankruptcy@goldguylaw.com;<br>ddias@goldguylaw.com | Jeffrey R. Hall<br>jhall@shecarlyon.com;<br>bankruptcyfilings@sheacralyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com |
| Xanna R. Hardman<br>xanna.hardman@gmail.com | Stephen R. Harris<br>steve@renolaw.biz;<br>noticesbh&p@renolaw.biz |
| Jeffrey L. Hartman<br>notices@bankruptcyreno.com | Brigid M. Higgins<br>bankrupcynotices@gordonsilver.com |

| | |
|---|---|
| John Hinderaker<br>Jhindera@LRL.com | Richard F. Holley<br>rholley@nevadafirm.com |
| Erin E. Jones<br>ejones@diamondmccarthy.com<br>cburrow@diamondmccarthy.com | Randolph L. Howard<br>rhoward@klnevada.com;<br>ckishi@klnevada.com;<br>bankruptcy@klnevada.com |
| David W. Huston<br>dwh@hustonlaw.net; swaits@hustonlaw.net | Christopher D. Jaime<br>cjaime@waltherkey.com;<br>kbernhar@waltherkey.com |
| Evan L. James<br>ejameslv@earthlink.net; kbchrislaw@aol.cm | Ty E. Kehoe<br>TyKehoeLaw@aol.com |
| Annette W. Jarvis<br>ajarvis@rqn.com | Patricia Marr<br>jjlaw@leelaw.ivcoxmail.com<br>lvlaw03@yahoo.com<br>mark@leelaw.lvcoxmail.com |
| Robert R. Kinas<br>rkinas@swlaw.com; jlustig@swlaw.com;<br>chaines@swlaw.com; imccord@swlaw.com | Zachariah Larson<br>ecf@lslawnv.com |
| John J. Laxague<br>jlaxague@caneclark.com | George C. Lazar<br>glazar@foxjohns.com; glazar@sbcglobal.net |
| Nile Leatham<br>nleatham@klnevada.com;<br>ckishi@klnevada.com;<br>bankruptcy@klnevada.com | Robert C. Lepome<br>robert@robertlepome.com;<br>susan@robertlepome.com |
| Anne M. Loraditch<br>ecffilings@beckleylaw.com;<br>aloraditch@beckleylaw.com;<br>pkois@beckleylaw.com | James c. McCarroll<br>dturesky@reedsmith.com;<br>aleonard@reedsmith.com |
| Eric D. Madden<br>emadden@diamondmccarthy.com | Patricia A. Marr<br>lvlaw03@yahoo.com |
| Regina M. McConnell<br>rmcconnell@kssattorneys.com | William L. McGimsey<br>lawoffices601@lvcoxmail.com |

| | |
|---|---|
| Richard McKnight<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>cburke@lawlasvegas.com | Jeanette E. McPherson<br>bkfilings@s-mlaw.com;<br>jmcpherson@s-mlaw.com |
| Shawn W. Miller<br>bankruptcyfilings@sheacarlyon.com;<br>smiller@sheacarlyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com | David Mincin<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>dmincin@lawlasvegas.com;<br>cburke@lawlasvegas.com |
| Douglas M. Monson<br>dmonson@rqn.com | John F. Murtha<br>jmurtha@woodburnandwedge.com |
| Erven T. Nelson<br>erv@rlbolick.com; susan@rlbolick.com | Victoria L. Nelson<br>bkeef@nevadafirm.com,<br>vnelson@nevadafirm.com;<br>paltstatt@nevadafirm.com;rholley@nevadafirm.com; sliberio@nevadafirm.com |
| Bob L. Olson<br>ecffilings@beckleylaw.com<br>bolson@beckleylaw.com; | Donna M. Osborn<br>ebaker@marquisaurbach.com;<br>dosborn@marquisaurbach.com;<br>Tszostek@marquisaurbach.com;<br>kgallegos@marquisaurbach.com; |
| Christine M. Pajak<br>cpajak@stutman.com;<br>ekarasik@stutman.com | |
| Andrew M. Parlen<br>aparlen@stutman.com | Donald T. Polednak<br>sandplegal@yahoo.com;<br>spbankruptcy@yahoo.com |
| Paul C. Ray<br>info@johnpeterlee.com | Susan Williams Scann<br>sscann@deanerlaw.com;<br>palexander@deanerlaw.com |
| Christine A. Roberts<br>bankruptcy@rocgd.com | Alan R. Smith<br>mail@asmithlaw.com<br>turk@asmithlaw.com<br>marsh@asmithlaw.com<br>darby@asmith.com |

| | |
|---|---|
| Lenard E. Schwartzer<br>bkfilings@s-mlaw.com | James Patrick Shea<br>bankruptcyfilings@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rmsmith@sheacarlyon.com |
| Shlomo S. Sherman<br>ssherman@sheacarlyon.com | Ambrish S. Sidhu<br>ecf@lslawnv.com |
| Jeffrey G. Sloan<br>gjklepel@yahoo.com;<br>rmcconnell@kssattorneys.com | David A. Stephens<br>dstephens@lvcm.com |
| Steven C. Strong<br>sstrong@rqn.com | Peter Susi<br>cheryl@msmlaw.com;<br>msm@msmlaw.com |
| Jeffrey R. Sylvester<br>jeff@sylvesterpolednak.com;<br>David@sylvesterpolednak.com | Caryn S. Tijsseling<br>ctijsseling@beckleylaw.com;<br>aanthony@beckleylaw.com |
| Amy T. Tirre<br>atirre@kkbrf.com, ksims@kkbrf.com;<br>lleverett@kkbrf.com | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| Gregory J. Walch<br>GWalch@Nevadafirm.com | Whitney B. Warnick<br>wbw@albrightstoddard.com;<br>bstessel@albrightstoddard.com |
| Joan C. Wright<br>jwright@allisonmackenzie.com;<br>jbrooks@allisonmackenzie.com | Matthew C. Zirzow<br>bankruptcynotices@gordonsilver.com |
| Russell S. Walker<br>rwalker@wklawpc.com<br>eloveridge@wklawpc.com<br>lboynton@wklawpc.com<br>ckirk@wklawpc.com | William J. Wray<br>wjw@oreillylawgroup.com<br>rh@oreillylawgroup.com<br>be@oreillylawgroup.com<br>lc@oreillylawgroup.com<br>ddh@oreillylawgroup.com<br>mr@oreillylawgroup.com |
| Matthew C. Zirzow<br>bankruptcynotices@gordonsilver.com | Anthony A. Zmaila<br>azmaila@nevadafirm.com |