FILED ELECTRONICALLY
3/21/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor | BK-S-06-10725-LBR Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor | BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor | BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | BK-S-06-10729-LBR Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

### NOTICE OF ENTRY OF ORDER RE FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE CO. AND USA CAPITAL FIRST TRUST DEED FUND, LLC.)

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

PLEASE TAKE NOTICE that an Order re Fifth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Misfiled Claims (Affects Debtors USA Commercial Mortgage Co. and USA Capital First Trust Deed Fund, LLC) was entered on the 21st day of March, 2007, a true and correct copy of which is attached hereto.

DATED this 21st day of March, 2007.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

2



Entered on Docket
March 21, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

## ORDER RE FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE CO. AND USA CAPITAL FIRST TRUST DEED FUND, LLC.)

The Court having considered the Fifth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Misfiled Claims (the "Objection")(Docket No. 2745); Shlomo S. Sherman, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and the Claims listed on Exhibit "A" (the "Claims") hereto are disallowed; and

IT IS FURTHER ORDERED that, to the extent that certain of the Claims were not timely filed in Case No. BK-S-06-10725-LBR (the "USACM Case"), such Claims shall be deemed to have been filed in the USACM Case, as of the date such Claims were filed in the FTDF Case, without prejudice to the rights of any party to object or otherwise respond to such Claims.

///

///

///

///

///

SUBMITTED BY:

SHEA & CARLYON, LTD.

*[signature]*

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order;

  ☐ waived signature in open court; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 15TH day of March, 2007.

SHEA & CARLYON, LTD.

/s/ Shlomo S. Sherman

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

### #

4

# EXHIBIT "A"

## Wrong Debtor Claims

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 140 | Acres Corporation, a Nevada Corporation | December 8, 2006 | Blank | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 141 | Acres Corporation, a Nevada Corporation | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Fiesta Development, Inc. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 142 | Acres Corporation, a Nevada Corporation | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Elizabeth May Real Estate, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |

408725v1

1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 143 | Michael C Rehberger and Jeana L Rehberger | December 8, 2006 | $50,000.00 | Claimants are not FTDF Members nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimants to Elizabeth May Real Estate, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |
| 144 | Michael Rehberger | December 8, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Cornman Toltec 160, LLC | No | Reclassify (without prejudice) claim as claim against USACM. |
| 145 | Newman Trust Dated 1/26/94 c/o David R. Newman and Sandra L. Newman Trustees | December 22, 2006 | $87,339.67 | Claimant is not a FTDF Members nor is it they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Foxhill 216, LLC. | No | Reclassify (without prejudice) claim as claim against USACM. |

408725v1

2

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 146 | Daniel R Halseth & Sandra K Halseth Trustees of the Halseth Family Trust Totally Restated 4/21/00 | January 7, 2007 | Unliquidated | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to Roam Development Group, Bay Pompano Beach, Gateway Stone, Del Valle – Livingston, and Palm Harbor One. | Yes | Disallow in its entirety against FTDF. |
| 147 | Katrine Mirzaian | January 9, 2007 | $344,011.56 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to Bay Pompano Beach, Foxhill 216 LLC, HFA-North Yonkers, and Midvale Marketplace. | Yes | Disallow in its entirety against FTDF. |

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Filed Claim Against USACM? | Proposed Disposition |
|---|---|---|---|---|---|---|
| 149 | First Savings Bank-Custodian for: George A. DiGioia | January 5, 2007 | $281,250.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to BarUSA, Placer Vineyards, and Standard Property. | No | Reclassify (without prejudice) claim as claim against USACM. |