FILED ELECTRONICALLY 3/21/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

### NOTICE OF ENTRY OF ORDER RE SIXTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – CLAIMS BASED ON PREPETITION EQUITY SECURITY INTERESTS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)

PLEASE TAKE NOTICE THAT an Order re Sixth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund, LLC (Affects Debtor USA Capital First Trust Deed Fund, LLC) was entered on the 21st day of March, 2007, a true and correct copy of which is attached hereto.

DATED this 21ST day of March, 2007.

SHEA & CARLYON, LTD.

*/s/ Shlomo S. Sherman*

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101



**Entered on Docket
March 21, 2007**



Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:   fmerola@stutman.com<br>             ekarasik@stutman.com<br>             aparlen@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:   jshea@sheacarlyon.com<br>             ccarlyon@sheacarlyon.com<br>             ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>             Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>             Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>             Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>             Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>             Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

### ORDER RE SIXTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – CLAIMS BASED ON PREPETITION EQUITY SECURITY INTERESTS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the Sixth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund, LLC (the "Objection")(Docket No. 2748); Shlomo S. Sherman, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") (with any other appearances having been noted in open court); the Court having considered the Objection; adequate notice of the Objection having been given; there having been no response filed to the Objection; and good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained.

IT IS FURTHER ORDERED that the following Claims shall be reclassified as proofs of interest which shall be deemed to have been timely filed ("Reclassified Claims"): Claim nos. 30, 31, 32, 33, 35, 36, 37, 38, 40, 41, 42, 47, 53, 55, 68, 69, 70, 71, 72, 75, 77, 82, 89, 90, 91, 111, 114, 138, and 148.

IT IS FURTHER ORDERED that the following Claims shall be disallowed in full: Claim nos. 39, 127, 128, 129, 134, and 135.

IT IS FURTHER ORDERED that the following Reclassified Claims shall be disallowed to the extent that the amounts asserted therein exceed that claimants equity interest in USA Capital First Trust Deed Fund, LLC as of the petition date: Reclassified Claim nos. 41, 42, 75, 77, 89, 90, 91, 111, 114, 138, and 148.

SUBMITTED BY:

SHEA & CARLYON, LTD.

*[signature]*

CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order;

  ☐ waived signature in open court; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 15TH day of March, 2007.

SHEA & CARLYON, LTD.

_(signature)_

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, 1st Floor
Las Vegas, NV 89101

### ###