Appendix 1

**First Loan**

- Grant Deed to Placer County Land Speculators, LLC recorded December 15, 2004 at 2004-0167512, Placer County, California

- Loan Agreement dated as of December 10, 2004

- Promissory Note secured by Deed of Trust in the principal amount of $27,500,000 dated December 10, 2004

- Chicago Title Insurance Company policy of title insurance dated December 20, 2004

- Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing recorded December 20, 2004 at 2004-0169766, Placer County, California

- Fee Agreement entered into as of December 10, 2004 re: $27,500,000 Initial Funding Amount

- First Amendment to Deed of Trust recorded March 16, 2005 at 2005-0030994, Placer County, California

- First Amendment to Loan Documents dated February 17, 2005

- Second Amendment to Deed of Trust recorded April 22, 2005 at 2005-0050451, Placer County, California

- Second Amendment to Loan Documents dated April 12, 2005

- Third Amendment to Loan Documents dated June 1, 2005

- Third Amendment to Deed of Trust recorded June 14, 2005 at 2005-0074454, Placer County, California

- Fourth Amendment to Deed of Trust recorded August 8, 2005 at 2005-0103817. Placer County, California

- Fourth Amendment to Loan Documents dated July 13, 2005

- Fifth Amendment to Loan Documents dated September 19, 2005

- Fifth Amendment to Deed of Trust recorded October 7, 2005 at 2005-0135802, Placer County, California

- Sixth Amendment to Deed of Trust recorded November 23, 2005 at 2005-0158127, Placer County, California

- Sixth Amendment to Loan Documents dated November 3, 2005

- UCC Financing Statement

1820167.1

**Second Loan**

- Loan Agreement dated as of December 10, 2004 concerning $6,500,000 loan

- Promissory Note secured by Deed of Trust in the principal amount of $6,500,000 dated December 10, 2004.

- Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (Second Position) recorded December 20, 2004 at 2004-0169767, Placer County, California

- Sierra Valley Title Company preliminary report dated October 6, 2004

- Fee Agreement dated as of December 10, 2004 concerning $6,500,000 loan

- Chicago Title Insurance Company loan policy of title insurance dated December 20, 2004 re: $6,500,000 loan

1820167.1