Appendix 2

1820168.1

PRELIMINARY - CANNOT BE RELIED UPON

*USA Capital*
*Placer Vineyards Payoff Analysis*

| Offer | Amount | Payoff | Total USACM | Direct Lenders |
|---|---|---|---|---|
| | $ 46,820,643 | | | |
| Placer Fees | $ 932,534 | $ 932,534 | $ 932,534 | $ - |
| Placer Prepaid Interest | 1,228,292 | 1,228,292 | 1,228,292 | |
| Placer Service Fees | 303,058 | 303,058 | 303,058 | |
| Placer Interest (Net) | 2,565,063 | 2,565,063 | - | 2,565,063 |
| Placer Default Interest | 2,478,045 | 2,478,045 | 2,478,045 | |
| Placer Principal | 31,500,000 | 31,500,000 | - | 31,500,000 |
| Placer 2nd Fees | 28,716 | 28,716 | 28,716 | |
| Placer 2nd Prepaid Interest | 259,999 | 259,999 | 259,999 | |
| Placer 2nd Service Fees | 59,583 | 59,583 | 59,583 | |
| Placer 2nd Interest (Net) | 706,584 | 706,584 | - | 706,584 |
| Placer 2nd Default Interest | 258,769 | 258,769 | 258,769 | |
| Placer 2nd Principal | 6,500,000 | 6,500,000 | - | 6,500,000 |
| | $ 46,820,643 | $ 46,820,643 | $ 5,548,996 | $ 41,271,647 |

Notes:
(A) Balances are as of 10/31/06