Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED on March 21, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **USA COMMERCIAL MORTGAGE COMPANY'S OPPOSITION TO MOTION TO COMPEL PRODUCTION FILED ON BEHALF OF DEL AND ERNESTINE BUNCH** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:  March 27, 2007<br>Hearing Time: 9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1         USA Commercial Mortgage Company ("USACM"), by and through its counsel, hereby

2   files its opposition to the Motion to Compel Production filed on behalf of Del and Ernestine

3   Bunch ("Bunch").  The discovery is supposed to be related to the Objection filed by USACM to

4   the Bunch claim (Docket #1099) (the "Objection").  A copy of the Objection is attached hereto as

5   **Exhibit "A"**. That Objection is based upon the fact that Bunch received payments from USACM

6   within 90 days of the filing of USACM's Chapter 11 petition (which was filed on April 13, 2006)

7   and, therefore, the Bunch claim should be disallowed based upon Bankruptcy Code §502(d).

8   Bunch has served two requests for production of documents and USACM has responded to each

9   with documents and objections.  The Responses are attached as **Exhibits "B" and "C"**. The

10  Bunch discovery requests asked for documents which were not only unrelated to the Objection but

11  were not likely to lead to relevant information with regard to the Objection.[1]  In support of its

12  Opposition, USACM states as follows:

13      **I.**      **OVERBROAD REQUESTS AND USACM'S RESPONSE**

14      1.      Bunch requested USACM's 2005 tax return and the documents provided to

15  USACM's accountants to prepare the tax return.  USACM's current management responded by

16  producing the tax return but stated it did not know which documents had been provided to the

17  accountants.

18      2.      Bunch requested production of "all bank statements" from certain accounts of the

19  USACM *without limiting the request to any particular years*.  USACM produced copies of its the

20  bank statements for the period January, 2005 through the currently available date. This provided

21  bank statements for a year prior to filing of the petition.  There is no explanation why prior bank

22  statements are relevant to the Objection. These documents only appear relevant to some litigation

23  that Bunch may intend to have against other parties.

24

25

26

27

---

28  1 Some of the requested documents relate to USA Investment Partners, LLC ("USAIP") and it is likely that the information would be useful for Bunch to prosecute a claim against  USAIP but not in the matter before this Court.

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Bunch\Opposition to Bunch Motion to Compel Production.DOC  –

Page 2 of 7

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3.      Bunch requested production of "all bank statements" from certain accounts of USAIP *without limiting the request to any particular years.*   USACM could not produce any of these bank statements without going through the stipulated protective order procedure with USAIP's counsel.  This has been completed on March 21, 2007.  However, there is no explanation by Bunch why USAIP's bank statements are relevant to the Objection. These documents only appear relevant to some litigation that Bunch may have against other parties.

4.      Bunch requested production of bank statements from a Wells Fargo Bank (discretionary) account.  USACM's management hasn't located such records.

5.      In the Second Request, Bunch requested documents related to USAIP's income tax returns.  USACM's current management stated that it does not have these documents.

## II.      BACKGROUND

6.      On April 13, 2006 ("Petition Date"), USACM, USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF" and together with DTDF , the "Funds"), and USA Securities, LLC ("USA Securities") (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

7.      Post-petition, management duties of USACM were conducted by Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow") who served as the President and Chief Restructuring Officer.

8.      Bunch filed their Claim on November 17, 2006, claiming an unsecured debt owed to it for "Money Loaned" in the amount of $11,358,661.28.  Bunch attached certain exhibits to their Claim including two self-prepared charts showing late fees, interest due and payments made, and a copy of a promissory note ("Note") entered into between Bunch and USACM.  The Note, in favor of Bunch, evidences a loan of $10,000,000 to USACM at an interest rate of 20% per annum.  As demonstrated by the self-prepared charts attached to the Claim, however, payments were made to Bunch based on interest rates as high as 24% per annum.

9.      Bunch received payments from USACM of $217,000 on February 8, 2006, and $196,000 on March 10, 2006.  The date and amount of these payments is not disputed by Bunch. These payments were both made within 90 days prior to the Petition Date and are the basis for an avoidance action pursuant to Bankruptcy Code § 547.

10.    The fact that Bunch received monthly payments of interest prior to 2006 is not disputed by USACM.

13.    The Bunch defense to the Objection is that the payments "by the debtor was in payment of *a debt incurred by the debtor in the ordinary course of business or financial affairs of the debtor and the transferee*" as required by the first prong of Bankruptcy Code § 547(c)(2).

### III.      APPLICABLE AUTHORITY

The permissible range of discovery is broad but it is not without limits.  The Bankruptcy Rule 9014 makes Bankruptcy Rule 7026 applicable to contested matters such as an objection to claim.  Bankruptcy Rule 7026 adopts FRCivP 26. FRCivP 26 states:

> (b) DISCOVERY SCOPE AND LIMITS. Unless otherwise limited by order of the court in accordance with these rules, the scope of discovery is as follows:
> > (1) *In General*. Parties may obtain discovery regarding any matter, not privileged, **that is relevant to the claim or defense of any party**, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. **Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.** All discovery is subject to the limitations imposed by Rule 26(b)(2)(i), (ii), and (iii).

The lack of relevancy is grounds for denial of the Motion. Discovery must be "relevant to subject matter of the pending action." *In re Shur*, 225 B.R. 295, 298 (Bankr. E.D.N.Y. 1998). The mere possibility that a further or additional objection might be filed later is not grounds for expanding the scope of discovery. See *In re Lane*, 302 B.R. 75, 79-80 (Bankr. D.Idaho 2003). "[W]hen relevancy is not apparent on the face of the request, the party seeking the discovery has the burden to show the relevancy of the request. *Steil v. Humana Kansas City, Inc.,* 197 F.R.D.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    442, 445 (D.Kan.2000)." *Transcor, Inc. v. Furney Charters, Inc.*, 212 F.R.D. 588, 591 (D.Kan.

2    2003).

3

4                    **IV.    OBJECTION TO THE BUNCH MOTION**

5            USACM has analyzed the Bunch Motion to Compel Production and contends that it should

6    be denied to the extent it seeks production of documents unrelated to the Objection which is based

7    upon Bankruptcy Code §502(d).  The Bunches were recipients of transfers from USACM made to

8    them within 90 days prior to the Petition Dates that are avoidable under section 547(b) of the

9    Bankruptcy Code as preferential transfers.  No other grounds for the Objection has been alleged.

10   The factors which relate to this objection are USACM's financial condition inJanuary, February,

11   march and April, 2006. Prior financial condition will not be relevant at trial. Therefore, the Bunch

12   Motion should be denied to the extent it requests documents unrelated the facts which would be

13   relevant to Bankruptcy Code §502(d).

14           Searching for irrelevant records at the same time as USACM's management was preparing

15   the accounting for the consummation of the Debtors' Plan of Reorganization required USACM's

16   management to prioritize it resources.  While counsel was working on legal issues and requesting

17   documentation, management had to prepare numerous schedules necessary for distributioins in

18   investors/creditors.  After documents are located, they have to be copied and reviewed.  In

19   addition, the documents relating to USAIP have to be reviewed by USAIP counsel.[2]

20           Despite this Opposition and the good basis for refusing to produce additional documents,

21   USACM will produce additional documents on March 22, 2007 consisting of the following bank

22   statements:

23           <u>Wells Fargo Bank account no. 083-4610149 (a USACM account)</u>

24           January, 2000 to December, 2004 with the following missing pages

25                   2002, January –May –missing pages 2 & 4

26                   2003, January and March, -missing pages 2 & 4

27   _____

28   2 USAIP counsel acted expeditiously in regard to these documents and are not the cause of any
     delay.

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Bunch\Opposition to Bunch Motion to Compel Production.DOC   –

Page 5 of 7

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    2004, May, October, November & December – missing pages 2 & 4

2    Wells Fargo Bank account no. 089-5737864 (USACM Collection Account)

3    January, 2000 to December, 2004

4    2000, December – missing page 1

5    2001, December – missing all pages

6    2003, August & November – missing page 11

7    Community Bank account no. 10303709 (a USAIP account)

8    April, 2002 to December, 2004

9    Wells Fargo Bank account no. 486-5657146 (Investor Account)

10   January, 2001 to December, 2004

11   2001, December – missing page 2

12   2002, March – missing page 3

13   2003, February, May, July, September & December – missing page 4

14   2004, August, September & October – missing page 4

15   A search revealed that there were no other statements for account no. 562-7688186

16   (USACM) because the account was opened in March, 2005.

17   V.    **CONCLUSION**

18   For the reasons set forth herein, USACM respectfully requests that the Court deny the

19   Bunch Motion to Compel Production. The discovery requested by the Motion was not relevant to

20   the Objection and not likely to lead to relevant information in this matter.

21   Respectfully submitted March 21, 2007.

22

23   _/s/  Lenard E. Schwartzer_

24   Lenard E. Schwartzer, Nevada Bar No. 0399
     Jeanette E. McPherson, Nevada Bar No. 5423

25   SCHWARTZER & MCPHERSON LAW FIRM
     2850 South Jones Boulevard, Suite 1

26   Las Vegas, Nevada  89146

27   and

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

EXHIBIT "A"

1  Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED on December 11, 2006**
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
3  36 South State Street, Suite 1400
   P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
11 E-Mail:  bkfilings@s-mlaw.com

12 Attorneys for Debtors and Debtors-in-Possession

13                    **UNITED STATES BANKRUPTCY COURT**
14                        **DISTRICT OF NEVADA**

15 In re:                                         Case No. BK-S-06-10725 LBR
   USA COMMERCIAL MORTGAGE COMPANY,               Case No. BK-S-06-10726 LBR
16                                      Debtor.    Case No. BK-S-06-10727 LBR
                                                   Case No. BK-S-06-10728 LBR
17 In re:                                         Case No. BK-S-06-10729 LBR
   USA CAPITAL REALTY ADVISORS, LLC,
18                                      Debtor.    Chapter 11
19 In re:                                         Jointly Administered Under
   USA CAPITAL DIVERSIFIED TRUST DEED             Case No. BK-S-06-10725 LBR
   FUND, LLC,
20                                      Debtor.

21 In re:
   USA CAPITAL FIRST TRUST DEED FUND,
22 LLC,
                                       Debtor.    **USA COMMERCIAL MORTGAGE**
23 In re:                                         **COMPANY'S OBJECTION TO**
                                                  **PROOF OF CLAIM NO. 1099 FILED**
   USA SECURITIES, LLC,                           **BY DEL AND ERNESTINE BUNCH**
24                                      Debtor.

25 Affects:
     ☐ All Debtors
26   ☒ USA Commercial Mortgage Company
27   ☐ USA Securities, LLC
     ☐ USA Capital Realty Advisors, LLC          Hearing Date:  January 17, 2007
28   ☐ USA Capital Diversified Trust Deed Fund, LLC   Hearing Time: 9:30 a.m.
     ☐ USA Capital First Trust Deed Fund, LLC

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  USA Commercial Mortgage Company ("USACM"), by and through its counsel, hereby

2  files its objection ("Objection") to Claim No. 1099 ("Claim") filed by Del and Ernestine Bunch

3  ("Bunches") and moves this Court, pursuant to section 502 of title 11 of the United States Code

4  (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

5  "Bankruptcy Rules"), and Rule 3007 of the Local Rules of Bankruptcy Practice (the "Local

6  Rules") for an order granting the relief sought by this Objection.  In support of its Objection,

7  USACM states as follows:

8  **I.  JURISDICTION**

9  1.  The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and

10  157.  Venue is appropriate under 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding

11  under 28 U.S.C. § 157(b)(2)(B).

12  2.  The statutory predicate for the relief requested herein is 11 U.S.C. § 502 and

13  Bankruptcy Rule 3007.

14  **II.  BACKGROUND**

15  3.  On April 13, 2006 ("Petition Date"), USACM, USA Capital Realty Advisors, LLC

16  ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First

17  Trust Deed Fund, LLC ("FTDF" and together with DTDF , the "Funds"), and USA Securities,

18  LLC ("USA Securities") (collectively the "Debtors") filed voluntary petitions for relief under

19  chapter 11 of the Bankruptcy Code.  USACM and the other Debtors continue to operate their

20  businesses, if any, as debtors-in-possession pursuant to sections 1107(a) and 1108 of the

21  Bankruptcy Code.  Management duties of USACM are conducted by Thomas J. Allison of

22  Mesirow Financial Interim Management, LLC ("Mesirow") who serves as the President and Chief

23  Restructuring Officer.

24  4.  On May 10, 2006, the Office of the United States Trustee filed notice indicating

25  that the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company and

26  the Official Committee of Holders of Executory Contract Rights Through USA Commercial

27  Mortgage Company (collectively the "Committees") had been formed.  No trustee or examiner has

28  been appointed.

5.      On September 14, 2006, the Court entered its Order Setting Deadline to File Proofs of Claim and Proofs of Interest (the "Bar Date Order") (Docket No. 1280).  The Bar Date Order established 5:00 p.m., prevailing Pacific Time, on November 13, 2006, as the deadline for creditors to file proof of claims ("Bar Date").  The Court has extended the deadline for Direct Lenders to file proofs of claim to January 13, 2007.

6.       On September 25, 2006, USACM served a copy of the Bar Date Order on its service lists (Docket No. 1358).

7.      The Bunches filed their Claim on November 17, 2006, claiming an unsecured debt owed to it for "Money Loaned" in the amount of $11,358,661.28.  The Bunches attached certain exhibits to their Claim including two self-prepared charts showing late fees, interest due and payments made, and a copy of a promissory note ("Note") entered into between the Bunches and USACM.  The Note, in favor of the Bunches, evidences a loan of $10,000,000 to USACM at an interest rate of 20% per annum.  As demonstrated by the self-prepared charts attached to the Claim, however, payments were made to the Bunches based on an interest rate of 24% per annum.

8.      Upon information and belief, USACM asserts that the Bunches received payments from USACM of $217,000 on February 8, 2006, and $196,000 on March 10, 2006.  The existence of these payments is also reflected in the exhibits attached to the Claim.  These payments were both made within 90 days prior to the Petition Date.

### III.    APPLICABLE AUTHORITY

9.      Pursuant to section 502(a) of the Bankruptcy Code, any claim for which a proof of claim has been filed will be allowed unless a party in interest objects.  If a party in interest objects to the proof of claim, the court, after notice and hearing, shall determine the amount of the claim and shall allow the claim except to the extent that the claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured."  11 U.S.C. § 502(b).

10.     USACM is entitled to object to proofs of claim under section 502(a) of the Bankruptcy Code.

11.     A properly filed proof of claim is presumed valid under Bankruptcy Rule 3001(f). However, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim.  *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996). The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant."  *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).

12.     Section 502(d) of the Bankruptcy Code states that:

> [T]he court shall disallow any claim of any entity . . . that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of this title, unless such entity or transferee has paid the amount, or turned over any such property for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553 of this title.

## IV.     OBJECTION TO THE BUNCHES' CLAIM

13.     USACM has analyzed the Bunches' Claim and contends that it should be disallowed under section 502(d) of the Bankruptcy Code.  The Bunches were recipients of transfers from USACM made to them within 90 days prior to the Petition Dates that are avoidable under section 547(b) of the Bankruptcy Code as preferential transfers.  Also, there may be other grounds for avoidance of pre-petition transfers from USACM to the Bunches.  Therefore, the Bunches' Claim should be disallowed pursuant to section 502(d) of the Bankruptcy Code.

14.     USACM reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and any other grounds.  USACM further reserves the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## V.     CONCLUSION

For the reasons set forth herein, USACM respectfully requests that the Court enter an order sustaining its Objection and disallowing Claim No. 1099 filed by Del and Ernestine Bunch in its entirety because they are the recipients of fraudulent transfers.  Section 502(d) of the Bankruptcy Code, therefore, mandates that the Claim be disallowed.  USACM also requests that the Court

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    grant such other and further relief as it deems just and proper.

2        Respectfully submitted this 11th day of December, 2006.

3

4            _/s/   Jeanette E. McPherson_
             Lenard E. Schwartzer, Nevada Bar No. 0399
5            Jeanette E. McPherson, Nevada Bar No. 5423
             SCHWARTZER & MCPHERSON LAW FIRM
6            2850 South Jones Boulevard, Suite 1
             Las Vegas, Nevada  89146
7

8            and

9            Annette W. Jarvis, Utah Bar No. 1649
             Steven C. Strong, Utah Bar No. 6340
10           RAY QUINNEY & NEBEKER P.C.
             36 South State Street, Suite 1400
11           P.O. Box 45385
             Salt Lake City, Utah 84145-0385
12

13

14

15

16   904495

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

EXHIBIT "B"

1   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
2   36 South State Street, Suite 1400
    P.O. Box 45385
3   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
4   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
5       and
6   Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
7   SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
8   Las Vegas, Nevada 89146-5308
    Telephone: (702) 228-7590
9   Facsimile: (702) 892-0122
    E-Mail: bkfilings@s-mlaw.com
10  Attorneys for Debtors

11                  UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEVADA
12

| 13 | In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
|----|----|----|
| 14 15 | In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 16 17 | In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br>                                                Debtor. | Chapter 11<br><br>Jointly Administered Under |
| 18 19 | In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor. | Case No. BK-S-06-10725 LBR |
| 20 | In re:<br>USA SECURITIES, LLC,<br>                                                Debtor. | **RESPONSES TO FIRST REQUEST<br>FOR PRODUCTION OF<br>DOCUMENTS SERVED BY DEL** |
| 21 22 23 24 | Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **AND ERNESTINE BUNCH UPON<br>USA COMMERCIAL<br>MORTGAGE CO.**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  USA Commercial Mortgage Company ("USACM") hereby responds to Del and Ernestine

2  Bunch's ("Bunch") First Request for Production of Documents, as follows:

3  **REQUEST NO. 1:    Please provide a copy of the tax return, with all attached schedules,**

4  **filed by USA Commercial Mortgage Co. for tax year 2005, including any requests for**

5  **extensions, communication with the Internal Revenue Service, or its agents, employees or**

6  **assigns related to the 2005 tax return.**

7  **RESPONSE TO REQUEST NO. 1:** A copy of USACM's tax return for the year 2005

8  will be produced at a time and place agreed upon by counsel for the parties.  USACM's current

9  management is not currently aware of the existence of any requests for extensions, or

10  communications with the Internal Revenue Service relating to this tax return.

11  **REQUEST NO. 2:    Please provide copies of all documents submitted by USA Commercial**

12  **Mortgage Co. to any accounting firm for use in preparation of the 2005 tax return on behalf**

13  **of USA Commercial Mortgage Co.**

14  **RESPONSE TO REQUEST NO. 2:** USACM's current management does not know what

15  documents may have been provided to the accounting firm for use in the preparation of the 2005

16  tax return.  However, Beadle, McBride Evans & Reeves, LLP (n/k/a Beadle, McBride & Reeves,

17  LLC) prepared the tax return and may have such documents in its possession.

18  **REQUEST NO. 3:    Please provide copies of all bank statements regarding account no. 083-**

19  **4610149 (Choice IV Commercial Checking Account) maintained by USA Commercial**

20  **Mortgage Co. with Wells Fargo Bank.**

21  **RESPONSE TO REQUEST NO. 3:** USACM objects to this request as being overbroad,

22  burdensome and requesting documents that are not relevant to the issues in this matter and not

23  reasonably calculated to lead to the discovery of admissible evidence.  Without waiving these

24  objections, the account statements regarding account no. 083-4610149 for the period between

25  January 2005 and April 2006 will be produced at a time and place agreed upon by counsel for the

26  parties.

27  **REQUEST NO. 4:    Please provide copies of all bank statements regarding account no. 562-**

28  **7688186 (Basic Checking Account) maintained by USA Commercial Mortgage Co. with**

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Wells Fargo Bank.

2      **RESPONSE TO REQUEST NO. 4:**  The account statements regarding account no. 562-

3  7688186 for the period between March 2005 (which is the month the account was opened) and

4  April 2006 will be produced at a time and place agreed upon by counsel for the parties.

5  **REQUEST NO. 5:**    **Please provide copies of all bank statements regarding account no.**

6  **0895737864 (Collections Trust Account) maintained by USA Commercial Mortgage Co. with**

7  **Wells Fargo Bank.**

8      **RESPONSE TO REQUEST NO. 5:**  USACM objects to this request as being overbroad,

9  burdensome and requesting documents that are not relevant to the issues in this matter and not

10  reasonably calculated to lead to the discovery of admissible evidence.  Without waiving these

11  objections, the account statements regarding account no. 0895737864 for the period between

12  January 2005 and April 2006 will be provided at a time and place agreed upon by counsel for the

13  parties.

14  **REQUEST NO. 6:**    **Please provide copies of all bank statements regarding account no.**

15  **0486-5647146 (Investors Trust Account) maintained by USA Commercial Mortgage Co. with**

16  **Wells Fargo Bank.**

17      **RESPONSE TO REQUEST NO. 6:**  USACM objects to this request as being overbroad,

18  burdensome and requesting documents that are not relevant to the issues in this matter and not

19  reasonably calculated to lead to the discovery of admissible evidence.  Without waiving these

20  objections, the account statements regarding account no. 0486-5647146 for the period between

21  January 2005 and April 2006 will be provided at a time and place agreed upon by counsel for the

22  parties.

23  **REQUEST NO. 7**

24      **Please provide copies of all bank statements regarding account no. 562-7688020**

25  **(Discretionary) maintained by USA Commercial Mortgage Co. with Wells Fargo Bank.:**

26  / / /

27  / / /

28  / / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **RESPONSE TO REQUEST NO. 7:** USACM's current management does not have any

2  record of this bank account, and therefore, is not currently aware of the existence of any such

3  documents.

4  DATED this 29th day of February, 2007.

5

6  _____

Lehard E. Schwartzer, Nevada Bar No. 0399

7  Jeanette E. McPherson, Nevada Bar No. 5423

SCHWARTZER & MCPHERSON LAW FIRM

8  2850 South Jones Boulevard, Suite 1

Las Vegas, Nevada  89146

9

10  and

11  Annette W. Jarvis, Utah Bar No. 1649

12  Steven C. Strong, Utah Bar No. 6340

RAY QUINNEY & NEBEKER P.C.

13  36 South State Street, Suite 1400

P.O. Box 45385

14  Salt Lake City, Utah 84145-0385

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

RQNDOCS-#914598-v1-Response_to_1st_Req__for_Production_by_Bunch

EXHIBIT "C"

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **RESPONSES TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS SERVED BY DEL AND ERNESTINE BUNCH UPON USA COMMERCIAL MORTGAGE CO.**<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A |

RQNDOCS-#914620-v1-Response_to_2nd_Req_for_Production_of_Documents_by_Bunch

1    USA Commercial Mortgage Company ("USACM") hereby responds to Del and Ernestine

2  Bunch's ("Bunch") Second Request for Production of Documents, as follows:

3  **REQUEST NO. 1 :    Please produce copies of the 2005 tax return, including all schedules**

4  **and/or attachments, filed for tax year 2005 on behalf of Investment Partners, including, but**

5  **not limited to, any requests for extension or other communications with the Internal**

6  **Revenue Service regarding the 2005 tax return.**

7    **RESPONSE TO REQUEST NO. 1:** USACM's current management is not aware that it

8  has in its possession the 2005 tax return for Investment Partners or any documents relating to

9  requests for extensions or other communications with the Internal Revenue Service. However,

10  there are many thousands of pages of documents that still need to be reviewed pursuant to the

11  terms of the Stipulated Protective Order entered in Plaintiffs' bankruptcy case on January 31, 2007

12  (the "Stipulated Protective Order Review"). The order deals with documents of Investment

13  Partners that are currently in the Debtors' possession. To the extent the 2005 tax return of

14  Investment Partners is identified during the Stipulated Protective Order Review, it will be

15  produced at a time and place agreed upon by counsel for the parties. Investment Partners may also

16  have a copy of the 2005 tax return.

17  **REQUEST NO. 2:    Please provide copies of all documents within your possession or**

18  **control submitted by you and/or Investment Partners to any accountant or accounting firm**

19  **for use in preparation of the 2005 tax return on behalf of Investment Partners.**

20    **RESPONSE TO REQUEST NO. 2:** USACM's current management is not aware that it

21  has in its possession the documents that were provided to any accounting firm for use in the

22  preparation of the 2005 tax return for Investment Partners. However, there are many thousands of

23  pages of documents that still need to be reviewed pursuant to the terms of the Stipulated Protective

24  Order entered in Plaintiffs' bankruptcy case on January 31, 2007 (the "Stipulated Protective Order

25  Review"). The order deals with documents of Investment Partners that are currently in the

26  possession of the Debtors. To the extent the documents that were provided to any accounting firm

27  for use in the preparation of 2005 tax return of Investment Partners are identified during the

28  Stipulated Protective Order Review, they will be produced at a time and place agreed upon by

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  counsel for the parties.  Investment Partners may also have copies of the documents that were

2  provided to any accounting firm for use in the preparation of 2005 tax return.

3  **REQUEST NO. 3:    Please provide copies of all bank statements within your possession or**

4  **control regarding account no. 10303709 maintained by Investment Partners at Community**

5  **Bank of Nevada.**

6  **RESPONSE TO REQUEST NO. 3:** USACM objects to this request as being overbroad,

7  burdensome and requesting documents that are not relevant to the issues in this matter and not

8  reasonably calculated to lead to the discovery of admissible evidence.  Without waiving these

9  objections, the account statements regarding account no. 10303709 for the period between January

10  2005 and April 2006 will be produced at a time and place agreed upon by counsel for the parties

11  after they have gone through the Stipulated Protective Order Review.

12  DATED this 28th day of February, 2007.

14  Lenard E. Schwartzer, Nevada Bar No. 0399
15  Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
16  2850 South Jones Boulevard, Suite 1
17  Las Vegas, Nevada  89146

18  and

19  Annette W. Jarvis, Utah Bar No. 1649
20  Steven C. Strong, Utah Bar No. 6340
   RAY QUINNEY & NEBEKER P.C.
21  36 South State Street, Suite 1400
   P.O. Box 45385
22  Salt Lake City, Utah 84145-0385