Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | **STIPULATION REGARDING WITHDRAWAL OF PROOF OF CLAIM FILED BY GATEWAY STONE ASSOCIATES, LLC (CLAIM # 155)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **[AFFECTS USA COMMERCIAL MORTGAGE COMPANY ONLY]**<br><br>Date: n/a<br>Time: n/a. |

It is hereby stipulated by and between USA Commercial Mortgage Company ("USACM") and Claimant, Gateway Stone Associates, LLC ("Gateway"), that Gateway's claim (No. 155) against

1  USACM be withdrawn.

| | |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM<br><br>/s/ Lenard E. Schwartzer<br>LENARD E. SCHWARTZER, ESQ.<br>Nevada Bar No. 0399<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146-5308<br>Telephone: 702-228-7590<br>Facsimile: 702-892-0122<br>*Attorneys for Debtors and Debtors in Possession*<br><br>LEWIS AND ROCA, LLP<br><br><br>ROB CHARLES, ESQ.<br>Nevada Bar No. 6593<br>3993 Howard Hughes Parkway, #600<br>Las Vegas, NV 89109<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br>*Attorneys for the USACM Liquidating Trust* | STEPHENS, GOURLEY & BYWATER and<br>DANIEL D. WHITE, ESQ.<br><br>/s/ Daniel D. White<br>Daniel D. White, Esq.<br>23 Corporate Plaza Drive, Suite 160<br>Newport Beach, CA 92660-7942<br><br>and<br><br>Vaughn Gourley, Esq.<br>Stephens Gourley & Bywater<br>3636 N. Rancho Drive<br>Las Vegas, NV 89130<br>Attorneys for Gateway Stone Associates, LLC |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

C:\Documents and Settings\HP_Owner\Local Settings\Temporary Internet Files\OLK81\Stipulation for Withdrawal of Claim.DOC    Page 2 of 2