```
 1  STEVEN W. MYHRE                          e-filed on 03/23/07
    Acting United States Attorney
 2  333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, NV 89101
 3  Telephone:     (702) 388-6336

 4  ROLLIN G. THORLEY
    Special Assistant United States Attorney
 5  Nevada Bar No. 2339
    110 City Parkway, Suite 301
 6  Las Vegas, NV 89106
    E-mail:      rollin.g.thorley@irscounsel.treas.gov
 7  Telephone:      (702) 868-5167 (direct line)
                    (702) 868-5154 (office)
 8                  (702) 868-5438 (fax)
                    (702) 868-5440 (fax)
 9

10                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF NEVADA
11
```

| 12 | In Re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|---|
|    | USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10726-LBR |
| 13 | _____Debtor | ) | Case No. BK-S-06-10727-LBR |
|    | In Re: | ) | Case No. BK-S-06-10728-LBR |
| 14 | USA CAPITAL REALTY ADVISORS, LLC, | ) | Case No. BK-S-06-10729-LBR |
|    | Debtor | ) |  |
| 15 | In Re: | ) | Chapter 11 |
|    | USA CAPITAL DIVERSIFIED TRUST DEED | ) |  |
| 16 | FUND, LLC, | ) | Jointly Administered Under |
|    | Debtor | ) | Case No. BK-S-06-10725-LBR |
| 17 | In Re: | ) |  |
|    | USA CAPITAL FIRST TRUST DEED FUND | ) |  |
| 18 | LLC, | ) |  |
|    | Debtor | ) |  |
| 19 | USA SECURITIES, LLC, | ) |  |
|    | Debtor | ) |  |
| 20 |  | ) |  |
|    | Affects: | ) |  |
| 21 |   USA Commercial Mortgage Company | ) | DATE:  May 31, 2007 |
|    |  | ) | TIME:  9:30 AM |
| 22 |  |  |  |

```
23  _____

24     UNITED STATES' RESPONSE TO OBJECTION OF USA COMMERCIAL MORTGAGE
         COMPANY TO CLAIMS FILED BY THE INTERNAL REVENUE SERVICE

25  _____

26
```

1    THE UNITED STATES OF AMERICA, on behalf of its agency, the

2  Internal Revenue Service (the Service), hereby responds to the

3  OBJECTION OF USA CAPITAL COMMERCIAL MORTGAGE COMPANY TO THE

4  CLAIMS FILED BY THE INTERNAL REVENUE SERVICE (objection).

5    1.   The objection concerns six separate proofs of claim

6  filed by the Service:  Claim Nos. 2-1, 5-1, 65-1, 88-1, 103-1,

7  and 103-2.  The Service agrees that all of the earlier proofs of

8  claim have been superseded and replaced by the last proof of

9  claim, Claim No. 103-2.  All of the earlier claims can be

10  disallowed as having been replaced by Claim No. 103-2.

11    2.   Claim No. 103-2 should be allowed as filed and

12  described in the proof of claim.  It is a penalty in the amount

13  of $800.00 with respect the 2003 tax year.

14    WHEREFORE, the United States requests that the objection be

15  denied and that the Service's claims be allowed as filed and as

16  reflected in Claim No. 103-2.

17                              DANIEL G. BOGDEN
                               United States Attorney
18

19  Date:  ___March 23, 2007___    By:  _/s/ Rollin G. Thorley___
                                    ROLLIN G. THORLEY
20                                  Special Assistant
                                    United States Attorney
21

22

23

24

25

26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following parties are listed as Filing Users who will receive notice of the foregoing document by electronic transmission of a Notice of Filing.  If the following parties are not listed on a Notice of Electronic Filing, a separate certificate will be filed indicating the form of service on such parties:

    ANNETTE W. JARVIS, Counsel for Debtor
    STEVEN C. STRONG, Counsel for Debtor
    LENARD E. SCHWARTZER, Counsel for Debtor
    JEANETTE E. MCPHERSON, Counsel for Debtor
    OFFICE OF THE UNITED STATES TRUSTEE


Dated:  March 23, 2007


                        /s/ Rollin Thorley__