# Exhibit A
## USA COMMERCIAL MORTGAGE

Objection to Commission Claims Asserting Priority Status - Reclassify Entire Claim Amount as a General Unsecured Claim

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Baskin, Stewart<br>2625 N Green Valley Pkwy Ste 125<br>Henderson, NV 89014 | 10725-01792 | 12/13/2006 | $3,500.00 | P | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. Claim was also filed after November 13, 2006 Bar Date. |
| 2 | Debt Acquisition Comp Of America V LLC<br>1565 Hotel Cir South Ste 310<br>San Diego, CA 92108 | 10725-00779 | 10/27/2006 | $37,037.93 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 3 | Debt Acquisition Comp Of America V LLC<br>1565 Hotel Cir South Ste 310<br>San Diego, CA 92108 | 10725-00780 | 10/27/2006 | $43,017.52 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 4 | Debt Acquisition Comp Of America V LLC<br>1565 Hotel Cir South Ste 310<br>San Diego, CA 92108 | 10725-00781 | 10/27/2006 | $25,107.97 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 5 | Debt Acquisition Comp Of America V LLC<br>1565 Hotel Cir South Ste 310<br>San Diego, CA 92108 | 10725-00783 | 10/27/2006 | $31,762.23 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 6 | Debt Acquisition Comp Of America V LLC<br>1565 Hotel Cir South Ste 310<br>San Diego, CA 92108 | 10725-00904 | 10/27/2006 | $20,067.97 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 7 | Esteves, Douglas A<br>4500 S Lakeshore St # 322<br>Tempe, AZ 85282 | 10725-00251 | 9/26/2006 | $6,468.75 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |

Objection to Commission
Claims Asserting Priority

EXHIBIT A

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Lee, Devin<br>7493 Big Cottonwood Ct.<br>Las Vegas, NV 89123 | 10725-00944 | 11/2/2006 | $13,875.00 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 9 | Mollo, Mike<br>316 S Broadway #B<br>Redondo Beach, CA 90277-3709 | 10725-00366 | 10/2/2006 | $16,587.50 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 10 | Mollo, Mike<br>316 S Broadway #B<br>Redondo Beach, CA 90277-3709 | 10725-00371 | 10/2/2006 | Blank | P | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. Proof of claim is also unsigned |
| 11 | Morgan, Stephanie Amber<br>3014 W William Cannon<br>Apt 1538<br>Austin, TX 78745 | 10725-00964 | 11/2/2006 | $10,000.00 | P | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |

Objection to Commission
Claims Asserting Priority

2

**EXHIBIT A**