# Exhibit A
## USA COMMERCIAL MORTGAGE
### 1st Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/ Comments |
|---|---|---|---|---|---|---|
| 1 | Adams, Brian M<br>525 So 6Th St<br>Las Vegas, Nv 89101 | 10725-01202 | 11/8/2006 | $325,000.00 | S<br>P, U - unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 2 | Adams, Herman M., Brian M., and Anthony G.<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01226 | 11/8/2006 | $3,625,000.00 | S<br>U, P - unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 3 | Adams, Herman & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01274 | 11/8/2006 | $2,088,250.00 | S<br>P<br>U - unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 4 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603-2251 | 10725-01075 | 11/7/2006 | $53,900.08 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 5 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603 | 10725-01076 | 11/7/2006 | $53,900.08 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 6 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Nv 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 7 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 8 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 9 | Arthur & Thelma Kebble Family Trust<br>C/O Arthur & Thelma Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 10725-01177 | 11/10/2006 | $327,563.97 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

1st Objection to Claims
Asserting Priority

EXHIBIT A

1

| # | Name/Address | Claim # | Date | Amount | Classification | Objection |
|---|---|---|---|---|---|---|
| 10 | Baginski, Michael<br>12881 Knott St, # 205<br>Garden Grove, Ca 92841 | 10725-01150 | 11/9/2006 | $288,283.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 11 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV 89521 | 10725-02206 | 1/8/2007 | $14,309.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 12 | Belacio, Raymond<br>1533 Shady Rest Dr<br>Henderson, Nv 89013 | 10725-00240 | 9/26/2006 | $250,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 13 | Benedict E & Roselyn N Urban Family Trt Dtd 2/3/04<br>Benedict & Roselyn Urban Ttees<br>2691 Evergreen Oaks Dr<br>Henderson, NV 89052-7060 | 10725-01670 | 12/11/06 | $8,215.28 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 14 | Berry, Donald<br>408 Wasatch Cir<br>Fernley, Nv 89408 | 10725-00273 | 9/27/2006 | Unknown | P,U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 15 | Boyce 1989 Trust<br>C/O Kathleen A Boyce Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02323 | 1/13/2007 | $304,300.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 16 | Boyce II, William<br>3448 Monte Carlo Dr<br>Las Vegas, NV 89121 | 10725-01439 | 11/14/2006 | $18,315.59 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 17 | Brooks, Robert E & Candith<br>1405 14Th Ave Sw<br>Minot, Nd 58701-5781 | 10725-00519 | 10/10/2006 | $54,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 18 | Bruce Living Trust<br>C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV 89703-8375 | 10725-01343 | 11/13/2006 | $25,381.95 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 19 | Castillo, Tito<br>13390 Parkside Ter<br>Cooper City, Fl 33330 | 10725-01555 | 12/6/2006 | $423,845.13 | S<br>P<br>U -unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 20 | CDW Computer Centers Inc<br>Receivable Management Services<br>Phyllis A Hayes<br>PO BOX 5126<br>Timonium, MD 21094-5126 | 10725-00003 | 5/4/2006 | $1,381.30 | P, A | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 21 | Clark, Donald<br>305 W Moana Ln<br>Reno, NV 89509 | 10725-01601 | 12/8/2006 | $775,918.76 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | Connell, Howard & Lorene<br>1001 Jennis Silver St.<br>Las Vegas, NV 89145-8684 | 10725-01577 | 12/5/2006 | $464.64 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 23 | Davis, Todd<br>360 W 55th St. Apt 1G<br>New York, NY 10019 | 10725-01481 | 11/28/2006 | $10,910.11 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Di Salvo, Anne F<br>Po Box 18220<br>Reno, NV 89511-0220 | 10725-00896 | 11/1/2006 | $11,905.13 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Dr Melody A Pfingsten & Crystal Wittich<br>43613 Southerland Way<br>Fremont, CA 94539-5933 | 10725-00805 | 10/30/2006 | $55,443.90 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Duane U Deverill Family Trust Dtd 10/25/90 Trust 1<br>C/O Duane U Deverill Trustee<br>774 Mays Blvd Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00405 | 10/2/2006 | $227,998.41 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 27 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00428 | 10/4/2006 | $12,951.80 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 28 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00429 | 10/4/2006 | $28,804.73 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 29 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00430 | 10/4/2006 | $10,238.91 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

1st Objection to Claims
Asserting Priority

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 30 | Earl & Dorothy Wigert 1994 Revocable Tr<br>C/O Earl Wigert Trustee<br>3115 Merrill Dr<br>Torrance, CA 90503-7128 | 10725-01568 | 12/7/2006 | $1,119.44 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 31 | Elias Family Trust Dtd 5/19/04<br>C/O Donna M Elias Successor Ttee<br>9900 Wilbur May Pkwy Apt 502<br>Reno, Nv 89521-4014 | 10725-00545 | 10/10/2006 | $125,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 32 | Esteves, Douglas A.<br>4500 S. Lakeshore Dr., Ste. 322<br>Tempe, AZ 85282 | 10725-00631 | 10/19/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Evans, Richard Z<br>10409 Summershade Ln<br>Reno, NV 89521-5168 | 10725-01438 | 11/14/2006 | $153,283.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Fanelli, John J & Gina A<br>27 Larch St<br>Fitchburg, MA 01420-2009 | 10725-01339 | 11/10/2006 | $102,500.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 35 | Fanelli, John J & Gina A<br>27 Larch St<br>Fitchburg, MA 01420-2009 | 10725-01340 | 11/10/2006 | $200,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 36 | Fanelli, John J & Gina A<br>27 Larch St<br>Fitchburg, MA 01420-2009 | 10725-01341 | 11/10/2006 | $500,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

EXHIBIT A

1st Objection to Claims
Asserting Priority

4