# Exhibit A
## USA COMMERCIAL MORTGAGE
2nd Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01536 | 12/4/2006 | $108,266.64 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 2 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01534 | 12/4/2006 | $40,089.59 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 3 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01537 | 12/4/2006 | $4,583.35 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 4 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01533 | 12/4/2006 | $44,253.44 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 5 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01535 | 12/4/2006 | $151,909.69 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 6 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway #1400<br>Portland, Or 97205 | 10725-00898 | 11/1/2006 | $57,609.00 | U<br>P, S -<br>undetermined | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 7 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway Ste 1400<br>Portland, OR 97205 | 10725-00106 | 8/10/2006 | Unknown | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

EXHIBIT A

1

| | | | | | |
|---|---|---|---|---|---|
| 8 | Fuller, David & Monica<br>955 Mullen<br>Henderson, NV 89044 | 10725-01231 | 11/9/2006 | $215,404.36 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 9 | Hansen Ira, Herbert<br>Po Box 841217<br>Dallas, Tx 75284-1217 | 10725-00490 | 10/6/2006 | $49,287.29 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 10 | Hefner, Stephen R<br>10329 Evening Promrose Ave<br>Las Vegas, NV 89135-2801 | 10725-00535 | 10/10/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 11 | Huff, Gail L<br>3578 April Springs St<br>Las Vegas, NV 89147-7720 | 10725-00771 | 10/27/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 12 | Gish Family Trust Dtd 6/25/89<br>George J & Deanna K Gish Ttees<br>2104 Red Dawn Sky St<br>Las Vegas, NV 89134-5538 | 10725-00387 | 10/2/2006 | $54,500.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 13 | Gordon, Marx<br>2620 Western Ave<br>Las Vegas, NV 89109-1112 | 10725-01709 | 12/11/2006 | $115,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 14 | Graham Family Trust Dtd 10/26/78<br>Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 10725-00496 | 10/9/2006 | $49,672.48 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 15 | Gralinski, Richard<br>7825 Geyser Hill Ln<br>Las Vegas, NV 89147 | 10725-00249 | 9/26/2006 | $2,702.18 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 16 | Grundman, Erna<br>1608 Brown St<br>Carson City, NV 89701 | 10725-01542 | 12/6/2006 | $17,911.11 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 17 | Grundman, Joanne<br>1608 Brown St<br>Carson City, NV 89701 | 10725-01544 | 12/6/2006 | $54,818.09 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

EXHIBIT A

3

| | Name / Address | Claim # | Date | Amount | Status | Reason |
|---|---|---|---|---|---|---|
| 18 | Hill, Robert W<br>4900 San Timoteo Ave Nw<br>Albuquerque, NM 87114-3813 | 10725-00356 | 10/2/2006 | $800.39 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 19 | Houghton Dental Corp Psp<br>F/B/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10725-01257 | 11/9/2006 | $400,000.00 | S<br>P, U -- Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 20 | John W Brouwers Md Sep Ira<br>2333 Dolphin Ct<br>Henderson, NV 89074-5320 | 10725-00806 | 10/30/2006 | $163,611.11 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 21 | Johnson, Tamara<br>310 Parkhurst Dr<br>Caldwell, Id 83605 | 10725-00277 | 9/27/2006 | $40,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 23 | Kiven, Norman<br>Andrew J. Abrams ESQ<br>Sugar Friedberg & Felsenthal LLP<br>30 N LaSalle St. Ste 3000<br>Chicago, IL 60602 | 10725-01478 | 11/15/2006 | $48,248.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Larry L & Patsy R Rieger Revocable Trt Dtd 8/14/91<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, Nv 89523-2080 | 10725-01739 | 12/11/2006 | $292,852.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Lawson, Paula M<br>Po Box 18652<br>Reno, NV 89511-0652 | 10725-01117 | 11/8/2006 | $45,110.52 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Lee, Devin<br>7493 Big Cottonwood Ct.<br>Las Vegas, NV 89123 | 10725-00943 | 11/2/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 27 | Leff-Kaplan, Renee<br>4330 Romero Drive<br>Tarzana, CA 91356 | 10725-00618 | 10/17/2006 | $60,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 28 | Lerin Hills Ltd<br>4820 Bacon Rd<br>San Antonio, TX 78249-4001 | 10725-01279 | 11/10/2006 | $2,054,409.02 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 29 | Luongo, John M & Gloria<br>965 Leah Cir<br>Reno, Nv 89511-8524 | 10725-02156 | 1/12/2007 | $26,604.73 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 30 | Marrs IRA, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131-3933 | 10725-00445 | 10/5/2006 | $63,139.45 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 31 | Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131 | 10725-00444 | 10/5/2006 | $131,278.90 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 32 | Martin, Jerrold T & James T<br>8423 Paso Robles<br>Northridge, CA 91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Milton P. Kaplan Profit Sharing Plan Dated 10/1/77<br>Milton P. Kaplan, Md, Ttee<br>18370 Burbank Blvd., Ste. 501<br>Tarzana, CA 91356 | 10725-00642 | 10/19/2006 | $12,951.80 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Morgan IRA, Rosalie A<br>6869 Eagle Wing Dr<br>Sparks, NV 89436-8496 | 10725-01512 | 11/29/2006 | $126,910.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 35 | Musso Living Trust Dtd 11/30/92<br>C/O Walter & Barbara Musso Ttees<br>Po Box 2566<br>2535 Lupine Canyon Rd<br>Avila Beach, CA 93424-2566 | 10725-00303 | 9/29/2006 | $35,426.83 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 36 | Noxon Family Trust The<br>C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV  89074-3384 | 10725-00972 | 11/3/2006 | $35,426.83 | P, S | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

**EXHIBIT A**

2nd Objection to Claims
Asserting Priority Status

5