# Exhibit A
## USA COMMERCIAL MORTGAGE
3rd Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Oberlander, Daniel<br>5532 Spearfish Lake Ct.<br>Las Vegas, NV 89148-7645 | 10725-00762 | 11/9/2006 | blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 2 | Oberlander, Daniel<br>5532 Spearfish Lake Ct<br>Las Vegas, NV 89148-7645 | 10725-00969 | 11/3/2006 | $1,482.58 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 3 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, Ca 92571 | 10725-01254 | 11/9/2006 | $100,000.00 | S<br>P, U - unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 4 | Oppio, Catherine<br>Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV 89402 | 10725-01846 | 1/4/2007 | $252,021.41 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 5 | Owens, Milton<br>1094 7Th St<br>San Pedro, Ca 90731 | 10725-00570 | 10/12/2006 | $26,129.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 6 | Paczosa, Stanley<br>8617 Lindenwood<br>Las Vegas, Nv 89134 | 10725-01222 | 11/10/2006 | $72,070.98 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 7 | Parker, Lexey S<br>4005 Plateau Rd<br>Reno, NV 89519 | 10725-01807 | 12/20/2006 | $21,477.82 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 8 | Perrone, Catherine<br>923 Croton Rd<br>Celebration, FL 34747-4843 | 10725-00807 | 10/30/2006 | $180,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

3rd Objection to Claims
Asserting Priority Status

EXHIBIT A

1

| # | Name/Address | Claim # | Date | Amount | Status | Reason |
|---|---|---|---|---|---|---|
| 9 | Raymond Troll Trust<br>C/O Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells, CA  92210-6103 | 10725-01815 | 12/18/2006 | $29,794.30 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 10 | Raymond Troll Trust<br>C/O Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells, CA  92210-6103 | 10725-01816 | 12/18/2006 | $35,117.06 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 11 | Renee Leff-Kaplan<br>4330 Romero Drive<br>Tarzana, CA 91356 | 10725-00618 | 10/17/2006 | $60,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 12 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City, NV  89701-8655 | 10725-01638 | 12/8/2006 | $27,057.95 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 13 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City, NV  89701-8655 | 10725-01639 | 12/8/2006 | $8,076.92 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 14 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City, Nv  89701 | 10725-01641 | 12/8/2006 | $136,058.88 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 15 | Riordan, Cecil E & Barbara<br>2370 Overlook Ct<br>Reno, NV 89509 | 10725-01913 | 1/10/2007 | $57,069.30 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 16 | Roach, Blair & Barbara K<br>Po Box 1238<br>Zephyr Cove, Nv 89448 | 10725-02293 | 1/12/2007 | $7,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 17 | Robert L Ogren Trust Dtd 6/30/92<br>C/O Robert L Ogren Trustee<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120-2647 | 10725-01543 | 12/4/2006 | $121,334.20 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

EXHIBIT A

| # | Name/Address | Claim # | Date | Amount | Class | Objection |
|---|---|---|---|---|---|---|
| 18 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys, Ga 31558 | 10725-01148 | 11/9/2006 | Unknown | S, P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 19 | Santoro Family Trust Utd 4/29/02<br>C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-01472 | 11/15/2006 | $300,000.00 | S<br>P, U – Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 20 | Santoro Family Trust<br>Nicholas & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-00812 | 11/13/2006 | $300,000.00 | S<br>P, U - Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 21 | Scheidegger Family Trust Dtd 12/26/01<br>C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA 95628-5365 | 10725-00332 | 9/28/2006 | $50,000.00 | S<br>P - Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | Silvestri, Silvio & Kathryn<br>13621 Wolf Rd<br>Grass Valley, CA 95949-8187 | 10725-00456 | 10/5/2006 | $74,340.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 23 | Smith, Fraser<br>2620 Western Ave<br>Las Vegas, Nv 89109 | 10725-01710 | 10/11/2006 | $5,810.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Stewart, John W<br>5600 Boulder Hwy<br>Apt S1572<br>Las Vegas, NV 89122 | 10725-01819 | 12/26/2006 | $60,560.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Stewart, Lynda<br>4605 E. Juana Ct.<br>Cave Creek, AZ 85331 | 10725-00575 | 10/13/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Stimpson, Shawn A<br>5799 Cathedral Peak Dr<br>Sparks, NV 89436-1848 | 10725-00463 | 10/6/2006 | $50,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

3rd Objection to Claims
Asserting Priority Status

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 27 | Stimpson, Shawn<br>5799 Cathedral Peak Dr<br>Sparks, NV 89436 | 10725-00464 | 10/6/2006 | $50,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 28 | Stoebling, David<br>3568 E Russell Rd Ste D<br>Las Vegas, Nv 89120-2234 | 10725-00946 | 11/2/2006 | $979.54 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 29 | Stoebling Family Trust<br>C/O David Stoebling Trustee<br>3568 E Russell Rd<br>Ste D<br>Las Vegas, NV 89120-2234 | 10725-00945 | 11/2/2006 | $50,000.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 30 | Stoebling Family Trust<br>C/O David Stoebling Trustee<br>3568 E Ruseell Rd Ste D<br>Las Vegas, NV 89120-2234 | 10725-01068 | 11/2/2006 | $100,000.00 | P, S | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 31 | The M. Evelyn Fisher Revocable Trust Dated 11/07/05<br>C/O M. Evelyn Fisher, And/OR Successor(S) In Trust<br>12051 S. Cherokee Ln.<br>Tucson, AZ 85736-1317 | 10725-00578 | 10/23/2006 | $206,132.75 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 32 | Turok, Noemi N<br>8808 Rainbow Ridge Dr<br>Las Vegas, NV 89117-5815 | 10725-01174 | 11/10/2006 | $50,000.00 | P, S, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Valley Investments Corp<br>3131 Meade Ave<br>Ste A-1<br>Las Vegas, NV 89102-7809 | 10725-00357 | 10/2/2006 | $1,492.91 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Wahl, David C<br>Po Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-02313 | 1/13/2007 | $10,238.91 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

| | | | | | |
|---|---|---|---|---|---|
| 35 | Wahl, David C<br>Po Box 8012<br>Mammoth Lakes, CA  93546-8012 | 10725-02335 | 1/13/2007 | $15,542.15 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 36 | Warwick, William<br>170 Dayton St<br>Danvers, MA  01923 | 10725-00434 | 10/4/2006 | $57,833.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 37 | Weicherding, Gary<br>4960 Harrison Dr #107<br>Las Vegas, NV 89120 | 10725-01260 | 11/10/2006 | $53,500.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 38 | Weicherding, Gary<br>4960 Harrison Dr #107<br>Las Vegas, NV 89120 | 10725-01260 | 11/10/2006 | $3,500.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |