ELECTRONICALLY FILED
MARCH 23, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|           ekarasik@stutman.com |         ccarlyon@sheacarlyon.com |
|           aparlen@stutman.com |         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>     Debtor | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>     Debtor | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>     Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>     Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA Capital First Trust Deed Fund, LLC | ) <br> ) <br> ) Date: N/A <br> ) Time: N/A <br> ) <br> ) <br> ) |

**EIGHTH COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR THE MONTH OF FEBRUARY, 2007 (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), hereby submits this Eighth Cover Sheet Application for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for the Month of February, 2007 (the "Application"), and respectfully represents as follows:

1. SC hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing February 1, 2007 and ending February 28, 2007 (the "Application Period").

2. SC's fees for services rendered in the Application Period total $97,492.00, representing 334.90 hours expended during that period. SC's expenses incurred in the Application Period total $1,624.67. SC seeks allowance and payment of interim compensation for fees in the amount of $77,993.60, representing 80% of the fees for services rendered during the Application Period, plus $1,624.67, representing 100% of the expenses incurred during that period, for a total interim award of **$79,618.27**.

3. Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case during the Application Period and the hourly rate for each such professional. Attached as **Exhibit "2"** hereto is a summary of the expenses incurred during the Application Period. Detailed chronological schedules of both the time expended by SC professionals during the Application Period, as well as expenses incurred during that period, are attached hereto as **Exhibits "3"** and **"4"**, respectively.

4. This Application is being served electronically upon the Office of the United States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel, and counsel for each of the official committees appointed in these cases. In addition, this Application is being served by mail upon the individual members of the FTDF Committee.

5. Pursuant to this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on August 29, 2006, USA Capital First Trust Deed Fund, LLC (the "FTDF") is authorized to make the payment requested herein without a further hearing or order of the Court unless an objection to this Application is served upon SC on or before April 16, 2007. If such an objection is filed, the FTDF is authorized to promptly pay the appropriate percentage of the amounts not in dispute.

6. The payment of interim fees and reimbursement of expenses sought in this Application is on account and is not final. Pursuant to Section II(B)(1)(c)(ii) of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (As Modified) [DE #1799], the deadline for filing professional administrative claims is on April 26, 2007. On or before that date, SC will seek fees and reimbursement of expenses incurred for the totality of the services rendered in these cases. Any interim compensation approved by the Court and received by SC will be credited against such final compensation as may be allowed by the Court.

7. Neither SC nor any member of SC's firm has any agreement or understanding of any kind to divide, pay over or share any portion of the fees or expenses to be awarded to

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

SC with any other person or attorney except as between the professionals of SC's firm.[1]

WHEREFORE, SC respectfully requests that the FTDF pay to Shea and Carlyon, Ltd. interim compensation in the amount of $79,618.27 as requested herein pursuant to and in accordance with the terms of this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

DATED this 23rd day of March, 2007.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
228 South Fourth Street, First Floor
Las Vegas, NV 89101

---

[1] One of the firm's professionals, Dawn M. Cica, Esq., is affiliated with the firm on an "of Counsel" basis. Ms. Cica is a transactional attorney who was assigned a lead role in the negotiations, preparation, and consummation of the several Asset Purchase Agreements negotiated in this case and the documents related thereto.