Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED MARCH 26, 2007**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER DENYING**<br>**(1) EMERGENCY *EX PARTE* MOTION FOR CONTINUANCE OF HEARING, AND**<br>**(2) MOTION FOR LIMITED STAY PENDING APPEAL AND CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: March 1, 2007<br>Hearing Time: 9:30 a.m. PST |

1  NOTICE IS HEREBY GIVEN that an Order Denying (1) Emergency *Ex Parte* Motion for
2  Continuance of Hearing, and (2) Motion for Limited Stay Pending Appeal was entered on the 22nd
3  day of March, 2007. A copy of said Order is attached hereto.

4  DATED this 26th day of March, 2007.

```
                                    /s/  Jeanette E. McPherson
                                    Lenard E. Schwartzer
                                    Jeanette E. McPherson
                                    SCHWARTZER & MCPHERSON
                                    2850 South Jones Blvd., Suite 1
                                    Las Vegas, Nevada 89146

                                    and

                                    Annette W. Jarvis (Utah Bar No. 1649)
                                    Steven C. Strong (Utah Bar No. 6340)
                                    RAY QUINNEY & NEBEKER P.C.
                                    36 South State Street, 14th Floor
                                    P.O. Box 45385
                                    Salt Lake City, Utah 84145-0385

                                    *Attorneys for Debtors and
                                    Debtors-in-Possession*
```

## CERTIFICATE OF SERVICE

1. On March 26, 2007 I served the following document(s):

    a. Notice of Entry of Order Denying (1) Emergency *Ex Parte* Motion for Continuance of Hearing, and (2) Motion for Limited Stay Pending Appeal

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

1  OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
2  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

3  KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

4  BMC GROUP, INC.    evrato@bmcgroup.com,
5  ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

6  GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com,
7  mary.opatrny@bullivant.com

8  KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

9  THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

10 ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-
11 law.com;lmackson@shutts-law.com

12 LOUIS M. BUBALA    lbubala@jonesvargas.com,
13 tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

14 MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

15 CANDACE C CARLYON    ltreadway@sheacarlyon.com,
16 ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

17 ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

18 MICHAEL W! . CHEN    yvette@ccfirm.com

19 KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

20 JANET L. CHUBB    tbw@jonesvargas.com

21 EDWARD S. COLEMAN    mail@coleman4law.com

22 WILLIAM D COPE    cope_guerra@yahoo.com
23
   LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com
24
25 DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

26 THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

27 ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

28 SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD   DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

JAMES D. GREENE   bknotice@bhfs.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON   pguyon@yahoo.com

JEFFREY! R. HALL   jhall@sheacarlyon.com, bankruptcy! filings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN   xanna.hardman@gmail.com

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

JEFFREY L HARTMAN   notices@bankruptcyreno.com

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY   rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD   rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME   cjaime@walt! herkey.com, kbernhar@waltherkey.com

EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS   ajarvis@rqn.com

ERIN E. JONES   ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\NEO and COS Order Denying Mtn Stay.DOC

| | |
|---|---|
| 1 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 2 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 3 | jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com |
| 4 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 5 | |
| 6 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 7 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 8 | GEORGE C LAZAR    gl!azar@foxjohns.com, gclazar@sbcglobal.net |
| 9 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 10 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 11 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, |
| 12 | aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 13 | ERIC D MADDEN    emadden@diamondmccarthy.com |
| 14 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 15 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 16 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 17 | |
| 18 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 19 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 20 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 21 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 22 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, |
| 23 | smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 24 | |
| 25 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 26 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 27 | |
| 28 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| | VICTORIA L NELSON    bkecf@nevadafirm.com, |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\NEO and COS Order Denying Mtn Stay.DOC

1  vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

2

3  BOB L. OLSON    ecffilings@beckleylaw.c! om, bolson@beckleylaw.com;dgriffis@beckleylaw.com

4

5  DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

6  CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

7  ANDREW M. PARLEN    aparlen@stutman.com

8  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

9

10 PAUL C RAY    info@johnpeterlee.com

11 CHRISTINE A ROBERTS    bankruptcy@rocgd.com

12 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

13 LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

14

15 JAMES PATRICK SHEA !  bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

16 SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

17

18 AMBRISH S. SIDHU    ecf@lslawnv.com

19

20 JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

21 ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

22

23 DAVID A. STEPHENS    dstephens@lvcm.com

24 PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

25 JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

26 AM! Y N. TIRRE    , lmccarron@kkbrf.com

27 AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

28 U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   GREGORY J. WALCH     GWalch@Nevadafirm.com

2   RUSSELL S. WALKER     rwalker@wklawpc.com,
3   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

4   WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com
5

6   WILLIAM J. WRAY     wjw@oreillylawgroup.com,
    rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
7

8   JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

9   MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

10  ANTHONY A. ZMAILA     azmaila@nevadafirm.com,
11  bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

12  ☐    b.    **By United States mail, postage fully prepaid**:

13

14  ☐    c.    **By Personal Service**
              I personally delivered the document(s) to the persons at these addresses:
15      ☐    For a party represented by an attorney, delivery was made by handing the
16  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
17  in the office.
        ☐    For a party, delivery was made by handing the document(s) to the party or by
18  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
19  suitable age and discretion residing there.

20  ☐    d.    **By direct email (as opposed to through the ECF System)**
              Based upon the written agreement to accept service by email or a court order, I
21  caused the document(s) to be sent to the persons at the email addresses listed below. I did not
22  receive, within a reasonable time after the transmission, any electronic message or other indication
    that the transmission was unsuccessful.
23
    ☐    e.    **By fax transmission**
24            Based upon the written agreement of the parties to accept service by fax
    transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
25  below. No error was reported by the fax machine that I used. A copy of the record of the fax
26  transmission is attached.

27  ☐    f.    **By messenger**
              I served the document(s) by placing them in an envelope or package addressed to
28  the persons at the addresses listed below and providing them to a messenger for service.

1  **I declare under penalty of perjury that the foregoing is true and correct.**

2  Signed on:    March 26, 2007

3  SARAH ARNOLD                                    /s/    *SARAH ARNOLD*
4  (Name of Declarant)                             (Signature of Declarant)



**Entered on Docket
March 22, 2007**



_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com | Lenard E. Schwartzer, NV Bar No. 0399<br>Jeanette E. McPherson, NV Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Telephone: (702) 228-7590<br>Facsimile: (702) 892-0122<br>E-Mail: bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                         Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                         Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                         Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                         Debtor. | **ORDER DENYING<br>(1) EMERGENCY *EX PARTE*<br>MOTION FOR CONTINUANCE<br>OF HEARING, AND<br>(2) MOTION FOR LIMITED<br>STAY PENDING APPEAL** |
| In re:<br>USA SECURITIES, LLC,<br>                                         Debtor. | |
| Affects:<br>☑ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: March 1, 2007<br>Hearing Time: 9:30 a.m. PST |

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\Order Denying Mtn Stay.DOC

Page 1 of 4

The matters before the Court are: (1) a Motion for Limited Stay Pending Appeal [Docket No. 2848] ("Motion for Stay"), and (2) an Emergency *Ex Parte* Motion for Continuance of Hearing on the Motion for Stay [Docket No. 2925] ("Motion for Continuance") both of which were filed on behalf of the "Lenders Protection Group" ("LPG") and the Charles B. Anderson Trust, Rita P. Anderson Trust, Blates Company, Kehl Family Members and Mojave Canyon, Inc. ("Jones Vargas Direct Lenders") (collectively, the "Appellants"). Pursuant to the Order Shortening Time Regarding Appellants' Motion for Stay Pending Appeal [Docket No. 2878], entered at the request of the Appellants [Docket Nos. 2849-2855], a hearing on the Appellants' Motion for Stay was held on March 1, 2007, at which time the Appellants' Motion for Continuance was also considered by the Court. Kevin A. Darby of The Law Offices of Alan Smith appeared on behalf of LPG; Janet L. Chubb of Jones Vargas appeared on behalf of the Jones Vargas Direct Lenders; Annette W. Jarvis of Ray Quinney & Nebeker, P.C. and Lenard E. Schwartzer of Schwartzer & McPherson Law Firm appeared on behalf of the Debtors, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC, and USA Securities, LLC (collectively, the "Debtors"); Susan M. Freeman and Robert M. Charles of Lewis and Roca, LLP appeared on behalf of the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company ("USACM Committee"); Frank A. Merola and Eve H. Karasik of Stutman, Treister & Glatt, P.C. appeared on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"); Jeffrey D. Hermann of Orrick, Herrington & Sutcliffe LLP appeared on behalf of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC; and Gregory E. Garman of Gordon & Silver, Ltd. appeared on behalf of Official Committee of Holders of Executory Contracts Rights through USA Commercial Mortgage Company.

The Court has reviewed the Motion for Stay, the Motion for Continuance; the Declaration of Kevin A. Darby filed in support of the Motion for Continuance [Docket No. 2926]; the Debtors' Opposition to Motion for Limited Stay Pending Appeal and the Exhibits attached thereto [Docket No. 2915] ("Debtors' Opposition"); the Declaration of Susan M. Smith filed in support of

the Debtors' Opposition [Docket No. 2916]; the Joinder in the Debtors' Opposition filed by the USACM Committee [Docket No. 2929]; the Opposition to the Motion for Stay and Joinder in Debtors' Opposition filed by the FTDF Committee [Docket No. 2917]; and the nine Declarations that were filed by LPG just prior to the hearing in support of the Motion for Stay [Docket Nos. 2931-2939] (collectively, the "Pre-Hearing Declarations"). During the hearing, LPG filed twenty-one additional Declarations in support of the Motion for Stay [Docket Nos. 2940-2961] (together with the Pre-Hearing Declarations, the "LPG Declarations"). Based on a review of all of these documents and the applicable law, for the reasons stated by the Court on the record as its findings of fact and conclusions of law, which are incorporated herein by reference, and for good cause showing,

IT IS HEREBY ORDERED that:

(1) The Motion for Continuance is DENIED;

(2) The LPG Declarations are STRICKEN; and

(3) The Motion for Stay is DENIED.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C.<br>and SCHWARTZER & MCPHERSON LAW FIRM | Approved/Disapproved by:<br>LAW OFFICES OF ALAN R. SMITH<br>and JONES VARGAS |
|---|---|
| By: /s/ Jeanette E. McPherson<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>ANNETTE W. JARVIS, ESQ.<br>STEVEN STRONG, ESQ.<br>*Counsel for Debtors* | By: _____<br>ALAN R. SMITH, ESQ.<br>KEVIN A. DARBY, ESQ.<br>JANET L. CHUBB, ESQ.<br>LOUIS M. BUBALA, III, ESQ.<br>*Counsel for Lenders Protection Group* |
| **Approved**/Disapproved by:<br>LEWIS AND ROCA, LLP | **Approved**/Disapproved by:<br>GORDON & SILVER, LTD. |
| By: /s/ Susan M. Freeman<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: /s/ Gerald M. Gordon<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\Order Denying Mtn Stay.DOC

**ORDER DENYING (1) EMERGENCY *EX PARTE* MOTION FOR CONTINUANCE OF HEARING, AND (2) MOTION FOR LIMITED STAY PENDING APPEAL**

<u>Approved</u>/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ Marc A. Levinson
    MARC A. LEVINSON, ESQ.
    JEFFERY HERMANN ESQ.
    BOB L. OLSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

<u>Approved</u>/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Eve Karasik
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund LLC*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ On March 15, 2007 I delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*Failed to respond: LAW OFFICES OF ALAN R. SMITH and JONES VARGAS*

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Plan of Reorganization\Appeal\LPG\Order Denying Mtn Stay.DOC

Page 4 of 4