

**Entered on Docket**
**March 26, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Original:**<br>DATE: March 15, 2007<br>TIME: 9:30 a.m.<br><br>**Continued:**<br>DATE: April 26, 2007<br>TIME: 9:30 a.m. |

## STIPULATION AND ORDER TO CONTINUE HEARING ON DEBTOR'S RESERVE DISCLOSURE FOR POST-EFFECTIVE DATE USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND LLC)

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), and USA Capital First Trust Deed Fund, LLC ("Debtor") hereby stipulate as follows (the "Stipulation"):

WHEREAS on February 27th, 2007, in connection with the "Second Joint Motion for Order for Implementation of Confirmed Plan" [DE #2869], Debtor filed its reserve disclosure for services to be performed by its professionals on behalf of post-Effective Date FTDF [DE #2913] (the "Reserve Disclosure");

WHEREAS on February 28, 2007, the FTDF Committee filed a response to Debtor's Reserve Disclosure [DE #2921];

WHEREAS at the hearing held on March 1, 2007 on the Debtors' Second Motion for Order for Implementation of Confirmed Plan, the Court granted the motion, but continued the hearing on the Reserve Disclosure to March 15, 2007 at 9:30 a.m.;

WHEREAS on March 14, 2007, the parties lodged a Stipulation and Order with the Court continuing the hearing on the Reserve Disclosure to the March 27, 2007 Omnibus Hearing Date, which Stipulation and Order was entered on the Court's docket on March 16, 2007 [DE #3102];

WHEREAS the FTDF Committee and Debtor have agreed to further continue the hearing on the Reserve Disclosure in order to evaluate whether the parties can come to an agreement as to the issues raised thereby;

NOW THEREFORE, the FTDF Committee and Debtor hereby stipulate and agree that

1  the hearing on the Reserve Disclosure is hereby continued to next Omnibus Hearing Date set
2  for **April 26, 2007** at **9:30 a.m.**

3  DATED this 23rd day of March, 2007.

5  **SHEA & CARLYON, LTD.**                            **RAY QUINNEY & NEBEKER P.C.**

8  _____          /s/ Lenard E. Schwartzer
JAMES PATRICK SHEA                           ANNETTE W. JARVIS
CANDACE C. CARLYON                           36 South State Street, Suite 1400
SHLOMO S. SHERMAN                            P.O. Box 45385
233 South Fourth Street, Second Floor        Salt Lake City, Utah 84145-0385
Las Vegas, Nevada 89101

and                                          and

**STUTMAN, TREISTER & GLATT, P.C.**          **SCHWARTZER & MCPHERSON LAW FIRM**
FRANK A. MEROLA                              LENARD E. SCHWARTZER
EVE H. KARASIK                               JEANETTE E. MCPHERSON
CHRISTINE M. PAJAK                           2850 South Jones Boulevard, Suite 1
1901 Avenue of the Stars, 12th Floor         Las Vegas NV 89146
Los Angeles, CA 90067

*Counsel for the Official Committee of*      *Counsel for Debtors and Debtors-in-*
*Equity Security Holders of*                 *Possession*
*USA Capital First Trust Deed Fund, LLC*

### ###