**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/26/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>         Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | **NOTICE OF FILING PROOFS OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATIONS** |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that USA Commercial Mortgage Company has filed:

**Proof of Service of Subpoena for Rule 2004 Examination on Norma Hull, Resident Agent for Wells Fargo Bank, N.A. and Wells Fargo Bank of Nevada (Exhibit A Attached);**

112288-1

1. **Proof of Service of Subpoena for Rule 2004 Examination on Richard McKnight, Esq. for the Law Offices of Richard McKnight, P.C. (Exhibit B Attached);**

2. **Proof of Service of Subpoena for Rule 2004 Examination by Substituted Service on "Kelly," Partner of Wade C. McKnight, Resident Agent for Deloitte & Touche LLP (Exhibit C Attached);**

3. **Proof of Service of Subpoena for Rule 2004 Examination by Acceptance of Service by Mark E. Ferrario, for Kummer Kaempfer Bonner Renshaw & Ferrario (Exhibit D Attached); and**

4. **Proof of Service of Subpoena for Rule 2004 Examination on William F. Bavinger III, Authorized Agent for Bryan Cave LLP (Exhibit E Attached).**

DATED:  March 26, 2007

**LEWIS AND ROCA LLP**

By: /s/ *RC*   (#6593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada  89169-5996
*Counsel for USACM Liquidating Trust*

-and-

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

By: /s/ *Eric D. Madden* (pro hac vice)
    Allan B. Diamond, TX 05801800 (pro hac vice)
    William T. Reid, IV, TX 00788817 (pro hac vice)
    Eric D. Madden, TX 24013079 (pro hac vice)
    1201 Elm Street, 34th Floor
    Dallas, Texas  75270

*Special Litigation Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

112288-1