| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| **SERVED** | Mar 14 2007 | 502 E. JOHN ST # E, CARSON CITY, NV 89169 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| NORMA HULL | | OF THE OFFICE OF CSC SERVICES OF NEVADA, INC., RESIDENT AGENT FOR WELLS FARGO BANK, N.A. AND WELLS FARGO BANK OF NEVADA |
| SERVED BY (PRINT NAME) | | TITLE |
| WADE MORLAN | | PROCESS SERVER LIC #322 |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Mar 15 2007
                        Date                         *Signature of Server*

185 Martin St., Reno, NV 89509
*Address of Server*

E-Z 228468

EXHIBIT A

# United States Bankruptcy Court
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | SUBPOENA FOR RULE 2004 EXAMINATION |
| USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br>USA SECURITIES, LLC, | CASE NOS.  BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-S-06-10725-LBR |
| AFFECTS: ALL DEBTORS | |

TO: Wells Fargo Bank, N.A.
and Wells Fargo Bank of Nevada
c/o CSC Services of Nevada, Inc.
502 East John Street, Room E
Carson City, Nevada  89706

**X** YOU ARE COMMANDED to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, pursuant to the attached court order, regarding the following topics at the place, date and time specified below:

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, SUITE 600<br>LAS VEGAS, NEVADA 89169<br>(702) 949-8200 | April 11, 2007<br>10:00 A.M. |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

### SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

| PLACE | DATE |
|---|---|
| DIAMOND MCCARTHY LLP<br>909 FANNIN STREET, SUITE 1500<br>HOUSTON, TEXAS  77010<br>(713) 333-5100 | March 27, 2007 |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]*<br>Special Litigation Counsel for the USACM Liquidating Trust | March 13, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

ERIC D. MADDEN
DIAMOND MCCARTHY LLP
1201 ELM STREET, 34TH FLOOR
DALLAS, TEXAS  75270
(214) 389-5306

{00365037;}