# AFFIDAVIT OF SERVICE

STATE OF NEVADA  )
                 )
COUNTY OF CLARK  )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday March 14 2007; 1 copy(ies) of the:

> SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER REQUIRING THE LAW OFFICES OF RICHARD MCKNIGHT, P.C. TO PRODUCE ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

I served the same on Wednesday March 14 2007 at 01:33PM by:

> Serving the Witness, RICHARD McKNIGHT, ESQ., LAW OFFICES OF RICHARD McKNIGHT, P.C.

by serving: RICHARD McKNIGHT    at the Witness's Business located at 330 S. THIRD STREET SUITE 900, Las Vegas, NV  89101.



EXHIBIT
B

SUBSCRIBED AND SWORN to before me on this
Wednesday March 14 2007

_____
Notary Public

NOTARY PUBLIC
E.J. KIELTY
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEBRUARY 26, 2008
No: 92-0722-1

Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

none.3895300.155686

# United States Bankruptcy Court
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | SUBPOENA FOR RULE 2004 EXAMINATION |
| USA COMMERCIAL MORTGAGE COMPANY, | CASE NOS.  BK-S-06-10725 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | BK-S-06-10726 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, | BK-S-06-10727 LBR |
| USA CAPITAL FIRST TRUST DEED FUND LLC, | BK-S-06-10728 LBR |
| USA SECURITIES, LLC, | BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER CASE NO. BK-S-06-10725-LBR |
| AFFECTS: ALL DEBTORS | |

**TO:** Richard McKnight, Esq.
Law Offices of Richard McKnight, P.C.
330 South Third Street, Suite 900
Las Vegas, NV 89101

**X YOU ARE COMMANDED** to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, pursuant to the attached court order, regarding the following topics at the place, date and time specified below:

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, SUITE 600<br>LAS VEGAS, NEVADA 89169<br>(702) 949-8200 | April 13, 2007<br>10:00 A.M. |

**X YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

### SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

| PLACE | DATE |
|---|---|
| DIAMOND MCCARTHY LLP<br>909 FANNIN STREET, SUITE 1500<br>HOUSTON, TEXAS 77010<br>(713) 333-5100 | March 27, 2007 |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| [signature]<br>Special Litigation Counsel for the USACM Liquidating Trust | March 13, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

ERIC D. MADDEN
DIAMOND MCCARTHY LLP
1201 ELM STREET, 34TH FLOOR
DALLAS, TEXAS 75270
(214) 389-5306

{00365037;}