# AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday March 14 2007; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER REQUIRING DELOITTE & TOUCHE LLP TO PRODUCE ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**I served the same on Wednesday March 14 2007 at 03:26PM by:**

**Serving the Witness, DELOITTE & TOUCHE LLP C/O WADE C. McKNIGHT, RESIDENT AGENT**

Substituted Service, by leaving the copies with or in the presence of: "KELLY," PARTNER OF WADE C. McKNIGHT, RESIDENT AGENT FOR DELOITTE & TOUCHE LLP, PURSUANT TO NRS 14.020, AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ABOVE ADDRESS, WHICH ADDRESS IS THE ADDRESS OF THE RESIDENT AGENT AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILE WITH THE SECRETARY OF STATE. Authorized Agent. at the Witness's Business located at 3773 HOWARD HUGHES PARKWAY #490N, Las Vegas, NV 89169.

**EXHIBIT C**

SUBSCRIBED AND SWORN to before me on this
Wednesday March 14 2007

Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638



Notary Public

NOTARY PUBLIC
E.J. KIELTY
STATE OF NEVADA • COUNTY OF CLARK
MY APPOINTMENT EXP. FEBRUARY 26, 2008
No: 92-0722-1

none.3895300.155682

75

B254 (5/92) Subpoena for Rule 2004 Examination

# United States Bankruptcy Court
## District of Nevada

| IN RE | SUBPOENA FOR RULE 2004 EXAMINATION |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br>USA SECURITIES, LLC, | CASE NOS.  BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-S-06-10725-LBR |
| AFFECTS: ALL DEBTORS | |

TO:    Deloitte & Touche LLP
       c/o Wade C. McKnight
       3773 Howard Hughes Parkway, Suite 490N
       Las Vegas, Nevada 89109

X  YOU ARE COMMANDED to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, pursuant to the attached court order, regarding the following topics at the place, date and time specified below:

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, SUITE 600<br>LAS VEGAS, NEVADA 89169<br>(702) 949-8200 | April 11, 2007<br>10:00 A.M. |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

### SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

| PLACE | DATE |
|---|---|
| DIAMOND MCCARTHY LLP<br>909 FANNIN STREET, SUITE 1500<br>HOUSTON, TEXAS 77010<br>(713) 333-5100 | March 27, 2007 |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| [signature]<br>Special Litigation Counsel for the USACM Liquidating Trust | March 13, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

ERIC D. MADDEN
DIAMOND MCCARTHY LLP
1201 ELM STREET, 34TH FLOOR
DALLAS, TEXAS 75270
(214) 389-5306

{00365037;}