**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br>Chapter 11 Cases<br><br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-S-06-1-725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**ACCEPTANCE OF SERVICE** |

I, Mark E. Ferrario, am duly authorized to accept service of process on behalf of Defendant Kummer Kaempfer Bonner Renshaw & Ferrario in the above captioned matter.

EXHIBIT D

112345-1

1  I hereby acknowledge receipt of the Notice of Subpoena for Rule 2004 Examination and
2  do accept service of process on behalf of Defendant Kummer Kaempfer Bonner Renshaw
3  & Ferrario.

DATED: 3-23, 2007

MARK E. FERRARIO

2

112342-1