# LEWIS
### AND
# ROCA
##### LLP
### L A W Y E R S

| | |
|---|---|
| 1 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-0961<br>Facsimile (702) 949-8321 | E-Filed on March 26, 2007 |
| 2 | Telephone (702) 949-8320 | |
| 3 | Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593<br>Email: rcharles@lrlaw.com | |
| 4 | | |
| | Attorneys for USACM Liquidating Trust | |
| 5 | | |
| 6 | | |

**E-Filed on March 26, 2007**

7

## UNITED STATES BANKRUPTCY COURT

8

## DISTRICT OF NEVADA

9

| | |
|---|---|
| 10 | In re:<br>USA COMMERCIAL MORTGAGE COMPANY, | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR |
| 11 | Debtor. | BK-S-06-10727-LBR |
| 12 | In re:<br>USA CAPITAL REALTY ADVISORS, LLC, | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| 13 | Debtor. | |
| 14 | In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC, | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| 15 | Debtor. | Judge Linda B. Riegle Presiding |
| 16 | In re:<br>USA CAPITAL FIRST TRUST DEED FUND, | |
| 17 | LLC, | **EIGHTH (FEBRUARY) MONTHLY**<br>**FEE STATEMENT OF SIERRA** |
| 18 | Debtor. | **CONSULTING GROUP, LLC,**<br>**FINANCIAL ADVISORS TO THE** |
| 19 | In re:<br>USA SECURITIES, LLC, | **OFFICIAL COMMITTEE OF**<br>**UNSECURED CREDITORS FOR USA** |
| 20 | Debtor. | **COMMERCIAL MORTGAGE**<br>**COMPANY** |
| 21 | Affects:<br>£ All Debtors | |
| 22 | T USA Commercial Mortgage Company<br>£ USA Capital Realty Advisors, LLC | |
| 23 | £ USA Capital Diversified Trust Deed Fund, LLC<br>£ USA Capital First Trust Deed Fund, LLC | |
| | £ USA Securities, LLC | |
| 24 | | |

25    Sierra Consulting Group, LLC hereby submits its Eighth Monthly Fee Statement

26 (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order

1818723.1



1  Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

2  Professionals.

3        By way of this Interim Statement, Sierra Consulting Group requests payment of

4  Interim Compensation for services rendered and reimbursement of expenses incurred

5  during the period from February 1, 2007 through February 28, 2007 from USA

6  Commercial Mortgage Company.  Sierra Consulting Group seeks payment of:  (1) interim

7  compensation in the amount of $19,594.80 representing 80% of the total fee of $24,493.50

8  for professional services rendered during the statement period; and (2) interim

9  reimbursement of expenses in the amount of $224.30 representing 100% of the expenses

10  incurred during the statement period.

11        Dated:  March 26, 2007

12                    **LEWIS AND ROCA LLP**

13

14                    By /s/ RC (#006593)

15                        Susan M. Freeman, AZ 4199 (pro hac vice)
                      Rob Charles, NV 6593

16                    *Attorneys for USACM Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

1818723.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    **PROOF OF SERVICE**

2    COPY of the foregoing e-mailed March
     26, 2007 to:

3
     Annette W. Jarvis, Esq.
4    RAY QUINNEY & NEBEKER PC
     36 South State Street, Suite 1400
5    PO Box 45385
     Salt Lake City, UT 84145-0385
6    ajarvis@rqn.com

7    Marc A. Levinson
     Lynn Trinka Ernce
8    ORRICK, HERRINGTON &
     SUTCLIFFE, LLP
9    400 Capitol Mall, Suite 3000
     Sacramento, CA 95814
10   malevinson@orrick.com
     lernce@orrick.com

11
     Frank A. Merola
12   Eve H. Karasik
     Christine M. Pajak
13   STUTMAN, TREISTER & GLATT, P.C.
     1901 Avenue of the Stars, 12th Floor
14   Los Angeles, CA  90067
     Fmerola@stutman.com
15   ekarasik@stutman.com
     cpajak@stutman.com

16
     Gerald M. Gordon
17   Gregory E. Garman
      GORDON & SILVER, LTD
18   3960 Howard Hughes Parkway, 9th floor
     Las Vegas, NV 89109
19   gmg@gordonsilver.com
     geg@gordonsilver.com

20
     Lenard E. Schwartzer
21   SCHWARTZER & MCPHERSON LAW
     FIRM
22   2850 S. Jones Blvd., Suite 1
     Las Vegas, NV 89146-5408
23   bkfilings@s-mlaw.com

24   August B. Landis
     Office of the U.S. Trustee
25   300 Las Vegas Blvd., S. Suite 4300
     Las Vegas, NV 89101
26   USTPRegion17.lv.ecf@usdoj.gov

1818723.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  Susan M. Smith
   Senior Vice President
2  Mesirow Financial Consulting
   2 S. Biscayne Tower
3  Suite 1800
   Miami, FL 33131
4  smsmith@mesirowfinancial.com

5
     /s/ Christine E. Laurel
6  Christine E. Laurel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1818723.1