# EXHIBIT A

**Sierra Consulting Group, LLC**

Two North Central Ave. Suite 700 Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage

c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th Floor
Las Vegas NV 89109

March 12, 2007
In Reference To: USA Commercial Mortgage

Invoice #10690

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Sales** | | | | |
| 2/9/2007 | EMB | Review e mails on Compass licensing issues. | 0.20<br>295.00/hr | 59.00 |
| 2/12/2007 | EMB | Participate on conference call regarding Purchase Price Adjustment due to loan collections. | 1.00<br>295.00/hr | 295.00 |
| 2/13/2007 | EMB | Review of draft and made edits to declation in support of response to motion to enforse allocation of sales proceeds, disucussed with counsel and had filed. | 1.30<br>295.00/hr | 383.50 |
|  | EMB | Particpate on conference call with debtor, other committees and Compass to discuss potential purchase price adjestments. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Particpate on all hands call prior to the Compass call regarding purchase price reduction. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Read and review draft of license agreement and shared service agreement between USACM and Compass and gave comments. | 0.50<br>295.00/hr | 147.50 |
| 2/15/2007 | EMB | Conversation with counsel regarding closing statements and escrow reserves. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Conversations with S. Smith regarding escrow closing issues and amounts due to USACM | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Review worksheet on loan closing proceeds to the USACM estate and gave comments | 0.80<br>295.00/hr | 236.00 |
| 2/16/2007 | EMB | Additional conversations with S. Smith regarding FTDF and USACM escrow holdbacks and follow up with counsel. | 0.70<br>295.00/hr | 206.50 |

USA Commercial Mortgage                                                                                              Page     2

|            |     |                                                                                                                                                    | Hrs/Rate          | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 2/16/2007  | EMB | Addtitional conversations with counsel and S. Smith regarding closing, escrow amounts, and related exhibits for closing.                          | 1.10 295.00/hr    | 324.50    |
| 2/20/2007  | EMB | Work with S. Smith on revised proposed escrow issues.                                                                                              | 0.60 295.00/hr    | 177.00    |
|            | EMB | Participate on conference call regarding escrow holdbacks and cash transfers.                                                                      | 0.90 295.00/hr    | 265.50    |
| 2/22/2007  | EMB | Read and comment on FTDF reply in support of 1142(b) motion including exhibits and other supporting documents.                                     | 0.90 295.00/hr    | 265.50    |
| 2/23/2007  | EMB | Continue to review FTDF reply to USACM UCC response to 1142 motion as well as issues with declaration and follow up with counsel.                  | 0.90 295.00/hr    | 265.50    |
| 2/26/2007  | EMB | Follow up with counsel on 1142 issues and hearing this week and possible attandacne.                                                               | 0.30 295.00/hr    | 88.50     |
| 2/27/2007  | EMB | Read latest stay response and made comment.                                                                                                        | 0.60 295.00/hr    | 177.00    |
|            |     | SUBTOTAL:                                                                                                                                          | [   12.00         | 3,540.00] |

Depos, trial prep/attend

|            |     |                                                                                                                                                                                                          | Hrs/Rate       | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 2/28/2007  | EMB | Read and review my declaration regarding overbid allocation, review FTDF response, analysis of overbid allcoation calcualtions and did additional preperation for possible tesimony at tomorrow's hearing. | 2.60 295.00/hr | 767.00  |
|            |     | SUBTOTAL:                                                                                                                                                                                                | [    2.60      | 767.00] |

Financial Analysis & Rvw

|           |     |                                                                                                       | Hrs/Rate       | Amount |
|-----------|-----|-------------------------------------------------------------------------------------------------------|----------------|--------|
| 2/1/2007  | EMB | Follow up with Mesirow on loan payoffs in January.                                                    | 0.20 295.00/hr | 59.00  |
|           | DWT | Followed up with Mesirow on various items including questions realted to insolvency analysis and purchase price adjestments | 1.20 250.00/hr | 300.00 |
|           | EMB | Follow up with Mesirow and counsel on SP origination fee and wire receipt confirmation.               | 0.20 295.00/hr | 59.00  |
|           | DWT | Reviewed schedules prepared related to the purchase price adjustment                                  | 0.90 250.00/hr | 225.00 |
|           | EMB | Work with Mesirow to confirm origination fee paid to USACM on the SP loan.                            | 0.40 295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                               Page    3

|            |     |                                                                                                                                              | Hrs/Rate         | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 2/1/2007   | EMB | Participate on conference call with counsel regarding SP loan settlement                                                                     | 0.50 295.00/hr   | 147.50 |
|            | EMB | Read and review counsel's memo on Standard Properrty claim, proposed letter from debtor to SP lenders and reviewed prior summaries of SP issues. | 1.10 295.00/hr   | 324.50 |
| 2/2/2007   | EMB | Follow up on KPMG and tax return issue with Mesirow and counsel.                                                                             | 0.20 295.00/hr   | 59.00  |
|            | EMB | Follow up with Mesirow on SP loan origination fee issues per D. Walker.                                                                      | 0.20 295.00/hr   | 59.00  |
|            | EMB | Conversation with Mesirow regarding Colt loan payoff and drafted memo to counsel on issues.                                                  | 1.20 295.00/hr   | 354.00 |
| 2/5/2007   | EMB | Follow up on Colt loan issues, placed call to DTDF and follow up with counsel.                                                               | 0.40 295.00/hr   | 118.00 |
|            | EMB | Review memo from counsel on licensing requirements.                                                                                          | 0.20 295.00/hr   | 59.00  |
|            | EMB | Review and comment on Franklin Stratford and I 40 loan payoff agreements as received from counsel.                                           | 0.30 295.00/hr   | 88.50  |
|            | EMB | Conversation with Larry Rieger regarding the SP loan proposal and drafted memo to counsel on realted issues.                                 | 0.40 295.00/hr   | 118.00 |
|            | EMB | Conversation with Chuck Heinsworth to discuss latest USACM BS and IS from the MOR and follow up with Mesirow on certain issues.              | 0.90 295.00/hr   | 265.50 |
|            | EMB | Conversation with Tom Allison to further discuss the Colt loan payoff proposal, drafted memo to committee on issues and discussed offer with counsel. | 1.20 295.00/hr   | 354.00 |
|            | DWT | Reviewed loan summary activity and recent weekly cash collection activity                                                                    | 1.20 250.00/hr   | 300.00 |
|            | EMB | Particpate on conference call regarding the HMA sale issues.                                                                                 | 0.70 295.00/hr   | 206.50 |
|            | EMB | Read and comment on KPMG engagement letter for 2006 and 2007 tax return and gave comments to counsel.                                        | 0.30 295.00/hr   | 88.50  |
| 2/6/2007   | EMB | Conversation with L. Rieger regarding lender statements and service fees                                                                     | 0.30 295.00/hr   | 88.50  |
|            | EMB | Review landlord demand letters and listing of personal property.                                                                             | 0.30 295.00/hr   | 88.50  |

USA Commercial Mortgage                                                                                                         Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2007 | DWT | Updated various schedules and summaries used for UCC communication | 2.10 250.00/hr | 525.00 |
|  | EMB | Participate on conference call with debtor, Mesirow and UCC counsel to discuss Colt loan payoff proposal. | 0.50 295.00/hr | 147.50 |
|  | EMB | Conversation with C. Hainsworth to discuss additional operating report issues. | 0.40 295.00/hr | 118.00 |
| 2/7/2007 | DWT | Prepared budget to actual summary analysis for recent activity. | 1.10 250.00/hr | 275.00 |
| 2/8/2007 | EMB | Review and comment on proposed payoff of Rio Rancho loan. | 0.50 295.00/hr | 147.50 |
|  | EMB | Read and comment on updated e mail on Rio Ranch partial release and related exit fee issues. | 0.50 295.00/hr | 147.50 |
|  | EMB | Read letter from counsel to Debtors counsel regarding lender holdbacks | 0.20 295.00/hr | 59.00 |
|  | EMB | Review additional e mails on Rio Rancho from debtors' counsel and responded to Rob C. on issues and possible call. | 0.40 295.00/hr | 118.00 |
|  | EMB | Conversation with counsel regarding space needs and alternative plans and researched space issues. | 0.60 295.00/hr | 177.00 |
|  | DWT | Followed up with Mesirow regarding various emails and related accounting issues. | 0.80 250.00/hr | 200.00 |
| 2/9/2007 | EMB | Perform anaysis and review of poposed Jan distribution to lenders and gave approval to Mesirow. | 0.90 295.00/hr | 265.50 |
|  | EMB | Perform prelimianty review of claims and initial objection listing as received from counsel. | 0.30 295.00/hr | 88.50 |
|  | EMB | Follow up with Mesirow on any loan collections that may impact purchase price adjustment. | 0.40 295.00/hr | 118.00 |
|  | EMB | Follow up on Colt loan issues and DTDF impact. | 0.40 295.00/hr | 118.00 |
|  | EMB | Read and review stipulation and order on Rio Ranch partial release and follow up with counsel | 0.60 295.00/hr | 177.00 |
| 2/12/2007 | DWT | Reviewed docket for relevant filings including downloading the current operating report for analysis | 0.80 250.00/hr | 200.00 |
|  | EMB | Participate on follow up call with counsel and M. Tucker on collection account fund issues. | 0.40 295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                                   Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2007 | EMB | Read initial draft of my declaration in support of overbid allocation and discussed with counsel. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Follow up with Mesirow on Colt payoff. | 0.10<br>295.00/hr | 29.50 |
|  | EMB | Analysis and review of loan colelction scheduels from Mesirow realted to USACM collections and impact on purchase price adjustment. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Participate on conference call with debtor, direct lenders and UCC regarding collection account funds as of the petition date and discussed payments. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Read and comment on I-40 propsed stipulation as recevied from Debtor. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Read partial release on Rio Racho, researched realted fees and default interest and gave comments to counsel. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Discussions with S. Smith regarding proposed asset purchase price adjsutments and closing statement figures and reviewed schedules of collections. | 0.70<br>295.00/hr | 206.50 |
| 2/13/2007 | EMB | Review of sumamry of professional fees as received from Mesirow and commented on numbers. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Reviewed various e mails from FTDF regarding overbid allocation issues to be included in declaration. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Review of correspondance from counsel on latest appeal and hearing issues. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Participate on conference call regarding Colt and proposed payoffs. | 1.20<br>295.00/hr | 354.00 |
|  | DWT | Reviewed loan summary for information related to certain questions | 0.30<br>250.00/hr | 75.00 |
| 2/14/2007 | EMB | Review summary of amounts "due to investors" per Mesirow and sent follow up to S. Smith with questions. | 0.60<br>295.00/hr | 177.00 |
| 2/15/2007 | EMB | Work with Mesirow on Colt payoff offer issues as well as Palm Harbor origination fee and discussed same with counsel | 0.70<br>295.00/hr | 206.50 |
| 2/16/2007 | EMB | Work with Lewis & Roca on Colt proposal summary for committee. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Read and comment on proposed Colt payoff agreement as well as compared to loan summary. | 0.50<br>295.00/hr | 147.50 |

USA Commercial Mortgage                                                                                                          Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2007 | EMB | Follow up on Colt loan per request of Don Walker. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Review correspondance from DTDF and FTDF regarding BMC fees and allocations and responded with comments. | 0.40<br>295.00/hr | 118.00 |
| 2/19/2007 | EMB | Conversation with Larry Rieger to discuss sale status, loan issues and service fee issues. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review omnibus objection to certain claims and all realted objections exhibits and follow up with counsel with comments. | 1.40<br>295.00/hr | 413.00 |
|  | EMB | Follow up with Mesirow on Colt loans. | 0.20<br>295.00/hr | 59.00 |
| 2/20/2007 | DWT | Reviewed loan summary to determine certain loan status and other accrued items. | 0.40<br>250.00/hr | 100.00 |
|  | EMB | Conversation with S. Nouna regarding plan issues and trust transition issues including office space. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review e mail from S. Smith regarding service fees and reconciliation and follow up. | 0.30<br>295.00/hr | 88.50 |
| 2/21/2007 | EMB | Read limited motion to stay pending appeal as received from counsel. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Follow up with P. Reiger on Jan direct lender distributions. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Researched escrow questions and responded to D. Walkers' questions. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Read and comment on outline of appellee brief. | 0.20<br>295.00/hr | 59.00 |
| 2/22/2007 | EMB | Review draft letter to Bullard regarding settlement offer on Colt loan payoff, reviewed numbers, and send comments to counsel. | 1.10<br>295.00/hr | 324.50 |
| 2/23/2007 | EMB | Analysis and review of all proposed claim objections including misfiled proof of interests, admin claims and others and follow up with counsel with comments. | 1.80<br>295.00/hr | 531.00 |
|  | EMB | Read comments from counsel on objections to secured claims | 0.20<br>295.00/hr | 59.00 |
| 2/26/2007 | DWT | Prepared forecast for trust entity assuming various loan performance scenarios - analyzed output | 1.10<br>250.00/hr | 275.00 |
|  | EMB | Update profesessional fee sumamry with recently received January invoices per counsel. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                                                  Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2007 | EMB | Follow up with Geoff Berman regarding work going forward with the truste. | 0.20 295.00/hr | 59.00 |
|  | EMB | Review e mails from committee members and counsel's reply on power of attorney and loans serving issues. | 0.30 295.00/hr | 88.50 |
|  | DWT |  | 1.70 250.00/hr | 425.00 |
|  | EMB | Review correspondence from committee member to counsel regarding settlement conference issues. | 0.20 295.00/hr | 59.00 |
| 2/27/2007 | EMB | Follow up with Mesirow on PV loan issues and made suggestions. | 0.30 295.00/hr | 88.50 |
|  | EMB | Respond to prefessional fee question from D. Walker. | 0.20 295.00/hr | 59.00 |
|  | EMB | Follow up and had discussions with Mesirow on PV loan servicing issues and realted items | 0.70 295.00/hr | 206.50 |
|  | EMB | Conversation with counsel on Placer Vineyards loan serving issues. | 0.30 295.00/hr | 88.50 |
|  | EMB | Analysis of proposed closing reserve estimates per Mesirow, discussed with counsel, follow up on issues. | 1.30 295.00/hr | 383.50 |
| 2/28/2007 | EMB | Update professional fee summary schedule with January invoices as received from counsel. | 0.60 295.00/hr | 177.00 |
|  | EMB | Review and comment on Allison's declaration regarding payoff of two Colt loans. | 0.60 295.00/hr | 177.00 |
|  | EMB | Drafted memo to counsel on comments and concerns to Mesirow's proposed reserve for USACM for effective date purposes. | 0.60 295.00/hr | 177.00 |
|  | EMB | Prepared and orgaized all USACM documents and work product due to effective date and wind down of estate. | 3.40 295.00/hr | 1,003.00 |
|  | EMB | Conversation with C. Hainsworth regarding yesterdays committee call and tomorrow's hearing. | 0.50 295.00/hr | 147.50 |
|  | DWT | Updated loan summary information as of end of January | 2.60 250.00/hr | 650.00 |
|  | SUBTOTAL: |  | [    53.30 | 15,084.50] |

USA Commercial Mortgage                                                                                                  Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### General Case Strategy

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2007 | EMB | Prepare for and partciapte on conference call with UCC. | 1.50 295.00/hr | 442.50 |
| 2/6/2007 | EMB | Participate on all committee conference call regarding transition issues, appeal, and other issues. | 1.10 295.00/hr | 324.50 |
| 2/9/2007 | EMB | Prepare for and particiapte on committee conference call. | 0.90 295.00/hr | 265.50 |
| 2/16/2007 | EMB | Particpate on UCC conference call. | 1.40 295.00/hr | 413.00 |
| 2/21/2007 | EMB | Participate on all hand conference call regarding 1142 motion. | 1.20 295.00/hr | 354.00 |
| 2/23/2007 | EMB | Read memo and attachments from counsel to committee on case status and issues as well as recent motion filings and responded back to counsel. | 0.90 295.00/hr | 265.50 |
| 2/27/2007 | EMB | Participate on UCC conference call. | 1.50 295.00/hr | 442.50 |
|  |  | SUBTOTAL: | [ 8.50 | 2,507.50] |

### Mo Operating Reports

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2007 | DWT | Prepared template of MOR summary for Jan 07 | 0.50 250.00/hr | 125.00 |
| 2/19/2007 | DWT | Perform analysis of latest operating reports as filed by debtor. | 1.20 250.00/hr | 300.00 |
| 2/21/2007 | DWT | Updated operating report summary through January 2007 | 2.60 250.00/hr | 650.00 |
| 2/22/2007 | DWT | Updated operating report summary through January 2007 | 2.20 250.00/hr | 550.00 |
| 2/26/2007 | DWT | Completed summary of January operating report and analyzed output | 1.40 250.00/hr | 350.00 |
| 2/27/2007 | EMB | Review summary of January MOR for all debtors, researed January loan collections to tie to Jan cash receitps on MOR and drafted memo to counsel on MOR issues. | 1.10 295.00/hr | 324.50 |
|  |  | SUBTOTAL: | [ 9.00 | 2,299.50] |

USA Commercial Mortgage                                                                                  Page       9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

<u>Plan & Disclosure Stmt</u>

| 2/1/2007 | EMB | Review various e mails from counsel regarding appeal and motions to file. | 0.40<br>295.00/hr | 118.00 |
| 2/19/2007 | EMB | Continued correspondance with S. Smith on escrow amounts, net amount to USACM and realted issues and send comments to counsel. | 0.60<br>295.00/hr | 177.00 |

|  | SUBTOTAL: | [ 1.00 | 295.00] |
|---|---|---|---|
|  | **For professional services rendered** | **86.40** | **$24,493.50** |

Additional Charges :

<u>Airfare</u>

| 2/28/2007 | Airfare to/from LV (TB on 3/1 for court hearing) |  | 224.30 |
|---|---|---|---|
|  | SUBTOTAL: |  | [   224.30] |
|  | **Total costs** |  | **$224.30** |
|  | **Total amount of this bill** |  | **$24,717.80** |
| 11/21/2006 | Payment - thank you. Check No. 1470 |  | ($16,832.25) |
| 2/22/2007 | Payment - thank you. Check No. 1685 |  | ($170,441.69) |
|  | **Total payments and adjustments** |  | **($187,273.94)** |
|  | Credit balance |  | ($162,556.14) |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| EDWARD "TED" M. BURR | 64.30 | 295.00 | $18,968.50 |
| Dave Tiffany | 22.10 | 250.00 | $5,525.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.