Filed
3/26/07
Electronically

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA, ESQ. | JAMES PATRICK SHEA, ESQ. |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK, ESQ. | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN, ESQ. | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | ) Original:<br>) Date: March 15, 2007<br>) Time: 9:30 a.m.<br>)<br>) Continued:<br>) Date: April 26, 2007<br>) Time: 9:30 a.m.<br>) |

<u>NOTICE OF ENTRY OF STIPULATION AND ORDER TO CONTINUE HEARING ON DEBTOR'S RESERVE DISCLOSURE FOR POST-EFFECTIVE DATE USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND LLC)</u>

PLEASE TAKE NOTICE that a Stipulation and Order to Continue Hearing on Debtor's Reserve Disclosure for Post-Effective Date USA Capital First Trust Deed Fund, LLC (Affects USA Capital First Trust Deed Fund, LLC) was entered on March 26, 2007, a true and correct copy of which is attached hereto.

DATED this 26th day of March, 2007.

SHEA & CARLYON, LTD.

*/s/ Candace C. Carlyon*

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 0002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, First Floor
Las Vegas, NV 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ.
EVE. H. KARASIK, ESQ.
ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067



Entered on Docket
March 26, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail: fmerola@stutman.com<br>        ekarasik@stutman.com<br>        cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail: jshea@sheacarlyon.com<br>        ccarlyon@sheacarlyon.com<br>        ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) **Original:**<br>) DATE: March 15, 2007<br>) TIME: 9:30 a.m.<br>)<br>) **Continued:**<br>) DATE: April 26, 2007<br>) TIME: 9:30 a.m. |

## STIPULATION AND ORDER TO CONTINUE HEARING ON DEBTOR'S RESERVE DISCLOSURE FOR POST-EFFECTIVE DATE USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND LLC)

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), and USA Capital First Trust Deed Fund, LLC ("Debtor") hereby stipulate as follows (the "Stipulation"):

WHEREAS on February 27th, 2007, in connection with the "Second Joint Motion for Order for Implementation of Confirmed Plan" [DE #2869], Debtor filed its reserve disclosure for services to be performed by its professionals on behalf of post-Effective Date FTDF [DE #2913] (the "Reserve Disclosure");

WHEREAS on February 28, 2007, the FTDF Committee filed a response to Debtor's Reserve Disclosure [DE #2921];

WHEREAS at the hearing held on March 1, 2007 on the Debtors' Second Motion for Order for Implementation of Confirmed Plan, the Court granted the motion, but continued the hearing on the Reserve Disclosure to March 15, 2007 at 9:30 a.m.;

WHEREAS on March 14, 2007, the parties lodged a Stipulation and Order with the Court continuing the hearing on the Reserve Disclosure to the March 27, 2007 Omnibus Hearing Date, which Stipulation and Order was entered on the Court's docket on March 16, 2007 [DE #3102];

WHEREAS the FTDF Committee and Debtor have agreed to further continue the hearing on the Reserve Disclosure in order to evaluate whether the parties can come to an agreement as to the issues raised thereby;

NOW THEREFORE, the FTDF Committee and Debtor hereby stipulate and agree that

the hearing on the Reserve Disclosure is hereby continued to next Omnibus Hearing Date set for **April 26, 2007** at **9:30 a.m.**

DATED this 23rd day of March, 2007.

| | |
|---|---|
| **SHEA & CARLYON, LTD.** | **RAY QUINNEY & NEBEKER P.C.** |
| *[signature]* | /s/ Lenard E. Schwartzer |
| JAMES PATRICK SHEA | ANNETTE W. JARVIS |
| CANDACE C. CARLYON | 36 South State Street, Suite 1400 |
| SHLOMO S. SHERMAN | P.O. Box 45385 |
| 233 South Fourth Street, Second Floor | Salt Lake City, Utah 84145-0385 |
| Las Vegas, Nevada 89101 | |
| and | and |
| **STUTMAN, TREISTER & GLATT, P.C.** | **SCHWARTZER & MCPHERSON LAW FIRM** |
| FRANK A. MEROLA | LENARD E. SCHWARTZER |
| EVE H. KARASIK | JEANETTE E. MCPHERSON |
| CHRISTINE M. PAJAK | 2850 South Jones Boulevard, Suite 1 |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas NV 89146 |
| Los Angeles, CA 90067 | |
| *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | *Counsel for Debtors and Debtors-in-Possession* |

###