STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) **Original Date:**<br>) DATE: March 27, 2007<br>) TIME: 9:30 a.m.<br>)<br>) **New Date:**<br>) DATE: April 26, 2007<br>) TIME: 9:30 a.m. |

## STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (KANTOR)

The undersigned, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), by and through their counsel, Candace C. Carlyon, Esq., of the law firm of Shea & Carlyon, Ltd.; and claimants, Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor and Lynn M. Kantor (collectively the "Kantor Claimants"), by and through their counsel, Michael M. Schmahl, Esq. of the law firm of McGuireWoods LLP, hereby stipulate as follows:

1. Kantor Nephrology Consultants, Ltd. 401(k) PSP ("KNC") has filed an unliquidated, unsecured claim (claim no. 123) in the FTDF bankruptcy.

2. Dr. Gary Kantor ("Dr. Kantor") has filed an unliquidated, unsecured claim (claim no. 124) in the FTDF bankruptcy.

3. Lynn M. Kantor (collectively with KNC and Dr. Kantor, the "Kantors") has filed an unliquidated, unsecured claim (claim no. 125) in the FTDF bankruptcy (collectively, with claim nos. 123 and 124, the "Kantor Claims").

4. On December 26, 2006, the FTDF Committee filed its "Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims Superseded by Compromise Contained in Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as Modified)" (the "Objection") [DE #2295], objecting to the Kantor claims, among others.

5. Although the Objection was originally noticed for hearing on January 31, 2007

2

at 9:30 a.m., the hearing on the Objection as to the Kantors was ultimately continued to April 26, 2007 at 9:30 a.m.

6. On February 2, 2007, the FTDF Committee filed its "Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members" (the "Reserve Motion") [DE #2668], in which the FTDF Committee requested that the Court set a reserve for unliquidated claims, including the Kantor Claims, in order to permit the Debtor to make distributions to all equity holders of FTDF.

7. The FTDF Committee has informed the Kantors that FTDF has received a substantial amount in proceeds from the sale of its assets to Compass Partners, LLC, (the "Sale Proceeds") which closed on February 16, 2007.

8. The Debtors have advised that the Sale Proceeds are not expected to be distributed until after the hearing on the FTDF Committee's Objection, such that there is no danger of the Kantor Claims being left without an adequate reserve.

WHEREFORE IT IS HEREBY AGREED THAT:

A. The hearing on the FTDF Committee's Reserve Motion as it relates to the Kantor Claims shall be continued to the April 26, 2007 Omnibus Hearing Date, at 9:30 a.m.;

B. In the event that the Court either allows the Kantor Claims or further continues the hearing on the FTDF Committee's Objection, the Court will then consider the amount of

///

///

///

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

an appropriate and adequate reserve to be set for the Kantor Claims in order to permit a distribution of the Sale Proceeds to be made to the equity holders of FTDF.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

APPROVED BY:

McGUIRE WOODS, LLP

Michael M. Schmahl, Esq.
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818