**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/26/07

**Entered on Docket
March 26, 2007**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                       Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 819 OF SPECTRUM FINANCIAL IN THE AMOUNT OF $49,581,000; CLAIM 821 OF ROLLAND P. WEDDELL IN THE AMOUNT OF $13,081,000**<br><br>Date of Hearing: March 27, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), as the successor to USA Commercial Mortgage Company, by and through its counsel, Lewis and Roca LLP, and Spectrum Financial and Rolland P. Weddell by and through their counsel, Hale Lane Peek Dennison & Howard hereby stipulate as follows:

1

1820656.1

**LEWIS AND ROCA LLP**
LAWYERS

1. USA Commercial Mortgage Company filed an objection to Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and Claim No. 821 of Rolland P. Weddell in the amount of $13,081,000.

2. The matter is set for a continued status hearing on March 27, 2007.

3. Counsel for the USACM Liquidating Trust requests additional time to negotiate with the Claimants' counsel over investigation and prosecution of the Claims and the objections.

4. In order to facilitate that negotiation, the parties agree that the hearing on the objection to Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and Claim No. 821 of Rolland P. Weddell in the amount of $13,081,000 filed by USA Commercial Mortgage Company be continued to April 26, 2007 at 9:30 a.m.

DATED: March 26, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

-and-

1820656.1

**Hale Lane Peek Dennison & Howard**

By: s /MJK (# 8834)
    Matthew J. Kreutzer
3930 Howard Hughes Pkwy, 4th Floor
Las Vegas, NV 89169
Facsimile (702) 365-6940
Telephone (702) 222-2500
*Counsel for Spectrum Financial and Rolland P. Weddell*

1820656.1