ELECTRONICALLY
3/26/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:   fmerola@stutman.com<br>            ekarasik@stutman.com<br>            cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:   jshea@sheacarlyon.com<br>            ccarlyon@sheacarlyon.com<br>            ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>           Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE FIFTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – MISFILED CLAIMS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)

1. On March 23, 2007, I served the following documents:

   Notice of Entry of Order re Fifth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Misfiled Claims (Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

   ☐ **a.** **ECF System.** See attached Notice of Electronic Filing.

   ☒ **b.** **United States mail, postage full prepaid to the following:**

   See attached.

   ☐ **c.** **Personal service.**

   I personally delivered the documents to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ **d.** **By direct email.**

   I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ **e.** **By fax transmission.**

   Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of March, 2007.

_____
Lissa Treadway, ACP, an employee
of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

Service List - Fifth Omnibus Objection to Misfiled Claims -

ACRES CORPORATION, A NEVADA CORPORATION
ANNE MARIE REHBERGER TRUSTEE
PO BOX 3651
INCLINE VILLAGE, NV  89450-3651

MICHAEL C REHBERGER AND JEANA L REHBERGER
688 BRIDGER COURT
PO BOX 3813
INCLINE VILLAGE, NV  89450-3813

NEWMAN TRUST DATED 1/26/94
C/O DAVID R NEWMAN AND SANDRA L NEWMAN TRUSTEES
2207 MERINO CT
ROCKLIN CA  95765-4620

DANIEL R. HALSETH & SANDRA K. HALSETH, TRUSTEES OF THE HALSETH FAMILY TRUST
23 MOLAS DRIVE
DURANGO, CO 81301

KATRINE MIRZAIAN
708 PROSPECT DRIVE
GLENDALE, CA 91205