FILED ELECTRONICALLY
3/26/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:  fmerola@stutman.com<br>         ekarasik@stutman.com<br>         cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:  jshea@sheacarlyon.com<br>         ccarlyon@sheacarlyon.com<br>         ssherman@sheacarlyon.com |

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>  Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>  Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>  Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>  Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: March 15, 2007<br>TIME: 9:30 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE SEVENTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC – AMOUNT OF PROOFS OF INTEREST (AFFECTS DEBTOR USA CAPITAL FIRST TRUSTE DEED FUND, LLC)**

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

1. On March 23, 2007, I served the following documents:

Notice of Entry of Order re Seventh Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Amount of Proofs of Interest (Affects Debtor USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

☐    **a.**    **ECF System.** See attached Notice of Electronic Filing.

☒    **b.**    **United States mail, postage full prepaid to the following:**

See attached.

☐    **c.**    **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.**    **By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.**    **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐     **f.**     **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of March, 2007.

                                     Lissa Treadway, ACP, an employee of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

Service List – 7th Omnibus Objection to Proofs of Interest

| | | |
|---|---|---|
| CLINTON DAN BOWMAN<br>534 ENCHANTED LAKES DR<br>HENDERSON, NV 89052 | ROBERT E HELLER<br>152 AV BLEU DE CLAIR<br>SPARKS, NV 89434 | BERNARD WHITE<br>4625 WHITE OAK AVENUE<br>ENCINO, CA 91316 |
| MARYETTA J WALL-BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 | ERNEST LIBMAN<br>1709 GLENVIEW DR<br>LAS VEGAS, NV 89134 | WILLIAM E HANSEN<br>PO BOX 36<br>LIBERTY LAKE, WA 99019 |
| WILLIAM D CARTER, TRUSTEE<br>8710 54TH AVE EAST<br>BRADENTON, FL 34211-0000 | ERVIN J NELSON<br>4021 MEADOWS LANE<br>LAS VEGAS, NV 89107 | ALLAN EBBIN<br>2477 SUN REEF ROAD<br>LAS VEGAS, NV 89128 |
| SHERRY DEAN BULLOCK<br>212 VALIENTE STREET<br>LAS VEGAS, NV 89144 | MORGAN, ROSALIE ALLEN<br>6869 EAGLE WING CIRCLE<br>SPARKS, NV 89436 | JOANN L MCQUERRY<br>318 SINGING BROOK CIRCLE<br>SANTA ROSA, CA 95409 |
| LOUGHLIN FAMILY TRUST<br>50 GREENBRIAR CIR<br>NAPA, CA 94558-1587 | FRIEDA MOON FBO SHARON C. VAN ERT<br>2504 CALLITA CT<br>LAS VEGAS NV 89102-2020 | LOUIE & HARLOTTE POLANCO<br>7633 COZYLOFT DRIVE<br>LAS VEGAS, NV 89123 |
| JOSEPH GRGURICH<br>4956 RIDGE DRIVE, #83<br>LAS VEGAS, NV 89103 | ROCCO J. ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TEXAS 76248 | HEINRICH & BRIGITTE WEBER<br>2099 WESTGLEN COURT<br>RENO, NV 89523 |
| FIRST SAVINGS BANK C/F<br>ERNEST LIBMAN<br>2605 E. FLAMINGO ROAD<br>LAS VEGAS, NV 89121 | ERVIN J NELSON, TRUSTEE<br>ERVIN J. NELSON, LTD PSP DTD 10/31/72<br>2023 W. ASPIRATION POINT CIRCLE<br>ST. GEORGE, UT 84790 | |