FILED
ELECTRONICALLY
3/26/07

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:    fmerola@stutman.com | E-mail:    jshea@sheacarlyon.com |
|              ekarasik@stutman.com |              ccarlyon@sheacarlyon.com |
|              cpajak@stutman.com |              ssherman@sheacarlyon.com |

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) | BK-S-06-10725-LBR |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
|             Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
|             Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
|             Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
|             Debtor. | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
|             Debtor. | ) | |
| Affects | ) | |
| ☐ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | DATE: March 15, 2007 |
| ☐ USA Capital Realty Advisors, LLC | ) | TIME: 9:30 a.m.. |
| ☐ USA Capital Diversified Trust Deed | ) | |
| ☒ USA Capital First Trust Deed Fund, LLC | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE EIGHTH OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC –PROOFS OF CLAIM AND PROOFS OF INTEREST FILED BY MEMBERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC WHO FILED BOTH PROOFS OF CLAIM AND PROOFS OF INTEREST (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

1. On March 23, 2007, I served the following documents:

Notice of Entry of Order re Eighth Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC – Proofs of Claim and Proofs of Interest Filed by Members of USA Capital First Trust Deed Fund, LLC Who Filed Both Proofs of Claim and Proofs of Interest (Affects Debtor USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.** See attached Notice of Electronic Filing.

☒ b. **United States mail, postage fully prepaid to the following:**

See attached.

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of March, 2007.

*/s/ Lissa Treadway*
Lissa Treadway, ACP, an employee of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

Service List – 8th Omnibus Objection to Duplicative Claims and Proofs of Interest

| | | |
|---|---|---|
| BERNARD WHITE<br>4625 WHITE OAK AVENUE<br>ENCINO, CA 91316 | BILL MCHUGH POA<br>HARRY MCHUGH REVOCABLE TRUST<br>525 COURT ST<br>RENO, NV 89501-1731 | FIRST SAVINGS BANK<br>C/F (SERVICING AGENT)<br>GAIL HODES IRA<br>2605 E FLAMINGO RD<br>LAS VEGAS, NV 89121 |
| GAIL R HODES<br>16872 BARUNA LANE<br>HUNTINGTON BEACH, CA 92649 | FISERV TRUST COMPANY TTEE FBO<br>EDWARD L FELMAN IRA<br>060000071575<br>13743 VENTURA BLVD, #350<br>SHERMAN OAKS, CA 91423 | JEAN JACQUES LEBLANC<br>JEAN JACQUES LEBLANC IRA<br>PO BOX 6434<br>INCLINE VILLAGE, NV 89450-6434 |
| JOAN LEBLANC<br>PO BOX 6434<br>INCLINE VILLAGE, NV 8945 | JOHN E & SANDRA L BROWN<br>1281 LEE PETERS RD<br>LOGANVILLE, GA 30052-3835 | OVCA ASSOCIATES INC DEFINED PENSION PLAN<br>C/O WILLIAM J OVCA JR TRUSTEE<br>16872 BARUNA LN<br>HUNTINGTON BEACH, CA 92649 |
| PETER M. DIGRAZIA DMD PSP<br>1625 LAKESIDE DR<br>RENO, NV 89509 | ROBERT WOODS<br>1032 PAISLEY CT<br>SPARKS, NV 89434 | SIBRAVA-RAPP TRUST 1/2/97<br>C/O JOAN SIBRAVA<br>534 GENNI PL<br>BOULDER CITY, NV 89005 |
| FISERV TRUST COMPANY TTEE FBO<br>BERNARD B. WHITE<br>0600000 66063<br>P.O. BOX 173301<br>DENVER, CO 80217-3301 | PETER M. DIGRAZIA DMD PSP<br>C/O CHRISTOPHER D. JAIME, ESQ.<br>P.O. BOX 30000<br>RENO, NV 89520 | |