RESI...  ...0

'07  ... P3:14

*Peggy Ann Valley*
*4843 South Point*
*Discovery Bay, CA 94514*

March 20, 2007

Annete W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385

U.S. Bankruptcy Ct.
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Lenard E. Schwartzer
Jeantette E. McPherson, Esq
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Ste. 1
Las Vegas, NV 89146

USA Commercial Mortgage Co.
FKA USA Capital
C/O BMC Group
1330 E Franklin Ave
El Segundo, CA 90245

RE: USA Commercial Mortage Co. in the Placer Vineyards Loans sale to Compass
Jointly Administered under Case No. BK-S-06-10725 LBR
Date of Hearing: March 27, 2007

RE: Acct ID 4154

RE: Acct ID 5550

Gentlemen:

I am an investor in Placer Vineyards through 1) my IRA for $90K (acct ID: 4154) and 2) individually for $100K (acct. 5550). I object on both accounts to the sale of Placer Vineyards to Compass. The sale to Compass will do nothing but to harm my investment and the 100% recovery of the funds owed to me.

Compass has proven themselves to not be working in the best interest of the investor – me.

If you like to discuss this further, please feel free to call me at 925-890-5255 or email me at pvalley@theloandepot.com

Sincerely,

PEGGY ANN VALLEY