06-10725-1br

March 22, 2007

To Whom It May Concern:

This correspondence is written in strong opposition to the proposed selling of the servicing rights of the Placerville Vineyards properties project, to Compass Partners.

By doing so, all rights of the direct lenders are being ignored, and turned over to an investment group, who has invested nothing. By doing so, Compass would have the ability to collect millions of dollars in interest and penalty fees after investing only $300,000 to buy those rights.

At this point in time, every effort should be made to liquidate USA Capital's assets and return the original investments to the direct lenders. Many of which have suffered due to mismanagement beyond their control.

Sincerely,

Steve and Gail Wilcox
PO Box 1051
Minden, NV 89423