Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
      and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON March 27, 2007**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br>　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>　　　　　　　　　　　　　　Debtor. | **SCHWARTZER & MCPHERSON LAW<br>FIRM'S MONTHLY FEE STATEMENT<br>FOR THE PERIOD FROM FEBRUARY<br>1, 2007 THROUGH FEBRUARY 28, 2007** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>　☒ All Debtors<br>　☐ USA Commercial Mortgage Company<br>　☐ USA Capital Realty Advisors, LLC<br>　☐ USA Capital Diversified Trust Deed Fund, LLC<br>　☐ USA Capital First Trust Deed Fund, LLC<br>　☐ USA Securities, LLC | Date:  N/A<br>Time:  N/A |

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**TO:    The Office of the U.S. Trustee and each of the Official Committees appointed in these Chapter 11 Cases (each a "Reviewing Party" and, collectively, the "Reviewing Parties"):**

The Application of Schwartzer & McPherson Law Firm, Local Counsel for Debtors ("S&M" or "Applicant") respectfully represents:

1.      Applicant, Local Counsel for the Debtors, hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing February 1, 2007 and ending February 28, 2007 (the "Application Period").

2.      Applicant seeks allowance and payment of interim compensation for fees in the amount of $83,464.00, representing 80% of the $104,330.00 in fees for services rendered, plus $7,487.63, representing 100% of the expenses incurred, for a total award of $90,951.63. The total fees represent 338.20 hours expended during the Application Period.

3.      Attached hereto as **Exhibit "A"** is the name of each professional who performed services in connection with this case during the Application Period and the hourly rate for each such professional.  Attached hereto as **Exhibit "B"** is a breakdown of the fees and expenses incurred in connection with this case during the Application Period.  Attached hereto as **Exhibit "C"** is the detailed schedule of time expended by the professionals who performed the services and detailed schedule of expenses incurred during the Application Period.

4.      In accordance with the methodology set forth in the "Order Approving First Application For Interim Allowance of Attorney's Fees And Reimbursement of Expenses of Schwartzer & McPherson Law Firm From April 14, 2006 through July 31, 2006" entered November 28, 2006, Applicant's fees and expenses have been allocated to each of the Debtors as follows:

| | | |
|---|---|---|
| USACM | $ 90,584.80 | (81.2% of $111,557.63) |
| USACRA | $ 130.00 | (original/actual allocation by Applicant) |
| DTDF | $ 10,486.42 | (9.4% of $111,557.63) |
| FTDF | $ 10,486.41 | (9.4% of $111,557.63) |
| Securities | $ 130.00 | (original/actual allocation by Applicant) |

5.     Applicant has served a copy of this Statement via electronic mail on: (i) The Office of the United States Trustee; (ii) Shea & Carlyon, Ltd. and Stutman Treister & Glatt P.C., counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC; (iii) Gordon & Silver, Ltd., counsel for the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company; (iv) Lewis and Roca LLP, counsel for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company; (v) Beckley Singleton, Chtd. and Orrick Herrington & Sutcliffe, counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC.

5.     Pursuant to this Court's Interim Fee Procedures Order, parties shall have until March 15, 2007 to review this Fee Statement. If none of the Reviewing Parties serves upon Schwartzer & McPherson Law Firm and the other Reviewing Parties a "Notice of Objection to the Monthly Fee Statement" setting forth the precise nature of the objection to this Fee Statement and the amount at issue by March 15, 2007, then the Debtors shall promptly pay to Schwartzer & McPherson Law Firm eighty percent (80%) of the compensation and one hundred percent (100%) of the expenses requested in the Statement. If any Reviewing Party objects to the Statement by serving a "Notice of Objection to the Monthly Fee Statement," then the procedures set forth in the Interim Fee Procedures Order shall apply.

6.     S&M acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of this case, S&M will seek final allowance of the compensation charged and expenses incurred for the entire case, and any interim fees or expenses received during the course of the case will be credited against such finally allowed fees and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

7.      Neither S&M nor any member of S&M has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of S&M, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: March 27, 2007                    Respectfully submitted by


Lehard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
Attorneys for Debtors and Debtors in Possession

# EXHIBIT "A"

| PROFESSIONALS | HOURLY RATE | HOURS BILLED | TOTAL FEES |
|---|---|---|---|
| Lenard E. Schwartzer | $ 450.00 | 41.00 | $ 18,450.00 |
| Jeanette E. McPherson | $ 350.00 | 206.50 | $ 72,275.00 |

## PARAPROFESSIONALS

| | | | |
|---|---|---|---|
| Lia Dorsey | $ 150.00 | 90.70 | $ 13,605.00 |
| Total | | 338.20 | $104,330.00 |
| **Blended Rate** | | | **$    308.49** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT "B"

## SUMMARY BY MATTER

| MATTER | HOURS | FEES BILLED | EXPENSES |
|---|---|---|---|
| All Debtors | 91.00 | $ 27,872.50 | $ 2,353.11 |
| USA Commercial | 38.40 | $ 11,940.00 | $    345.38 |
| Bunch appeal | 0.70 | $    185.00 | $     17.60 |
| Debt Acquisition Company of America appeal | 5.80 | $  1,870.00 | $    649.75 |
| Prospect High/Highland appeal | 1.30 | $    315.00 | $     63.97 |
| McGimsey appeal | .50 | $    420.00 | $      0.00 |
| Investment Partners, Milanowski appeal | 25.40 | $  7,610.00 | $    430.21 |
| Lenders Protection Group appeal | 61.80 | $ 19,087.50 | $    139.55 |
| James J. Lee appeal | 3.30 | $  1,485.00 | $      0.00 |
| Binford Medical adversary | 1.60 | $    520.00 | $      0.00 |
| Interpleader adversary | .70 | $    105.00 | $     60.39 |
| Salvatore Reale adversary | 14.80 | $  4,847.50 | $     17.75 |
| Kehl adversary | .30 | $    105.00 | $     11.00 |
| Walch adversary | 2.70 | $    765.00 | $      3.14 |
| Standard Property adversary | .80 | $    245.00 | $     16.00 |
| Weddell U.S.D.C. litigation | 2.50 | $  1,025.00 | $      0.00 |
| Lowe Enterprises U.S.D.C. litigation | .20 | $     70.00 | $      0.00 |
| USA Capital Diversified Trust Deed Fund | 10.00 | $  3,360.00 | $ 1,419.38 |
| HMA Sales | 46.50 | $ 13,752.50 | $ 1,624.15 |
| Investment Partners VI Involuntary | 2.30 | $    702.50 | $     17.50 |
| Tree Moss Partners Involuntary | 11.10 | $  3,432.50 | $    318.00 |
| USA Capital First Trust Deed Fund | 10.20 | $  3,257.50 | $      0.00 |
| USA Capital Realty Advisors | .60 | $    130.00 | $      0.00 |
| USA Securities, LLC | .60 | $    130.00 | $      0.00 |
| Some Debtors (50% Commercial, 25% DTDF, 25% FTDF) | 5.10 | $  1,097.50 | $      0.75 |
| **TOTAL** | **338.20** | **$104,330.00** | **$ 7,487.63** |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT "C"

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                                    March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145
                                                   File #:     30566-00014a
**Attention:**                                     Inv #:           Settle


**RE:**     USA project categories - Asset Analysis

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-01-07 | Review email from M.Marston regarding status of loan (.1); review email from S.Smith regarding response to Marstons regarding funds (.1) | 0.20 | 70.00 | JEM |
|  | Review email from C.Carlyon regarding Standard Property settlement | 0.10 | 35.00 | JEM |
|  | Review email from R.Charles regarding Standard Property settlement (.1); Review email from G.Garman regarding Bob Russell progress (.1); review email from A.Jarvis regarding Bob Russell (.1) | 0.20 | 70.00 | JEM |
| Feb-02-07 | Review email from S.Smith regarding USA governance documents (.2) | 0.20 | 70.00 | JEM |
|  | Review email from A.Jarvis regarding revised transition plan and regarding same (.2); review email from J.Hermann regarding transition conference call (.1) | 0.30 | 105.00 | JEM |
| Feb-05-07 | Review letter from T.Davis regarding request for audit papers (.1); draft email to S.Smith regarding same (.1) | 0.20 | 70.00 | JEM |
|  | Review email from S.Smith regarding payment to Gorts & Arnold (.1); telephone call from same regarding payment of same (.2) | 0.30 | 105.00 | JEM |

| | | | | |
|---|---|---|---|---|
| | Review email from D.Monson outlining deal proposed by McAlan Duncan regarding West Hills Properties (.2); review email regarding proposed order modifying stay regarding West Hills Property (.2); review draft release of deficiency claim regarding Huntsville loan (.2); review email from S.Strong regarding same (.1) | 0.70 | 245.00 | JEM |
| | Review email from G.Garman regarding Bob Russell and closing (.1); review email from D.Monson regarding same (.2) | 0.30 | 105.00 | JEM |
| | Review email from M.Guymon regarding Lerin Hills and draft response (.1); review email from S.Freeman regarding Bob Russell loan and notice (.1) | 0.20 | 70.00 | JEM |
| | Email counsel attaching Motion to Estimate Reserve, order shortening time and supporting documents for review and update calendars | 0.20 | 30.00 | LIA |
| Feb-06-07 | Review new update transition list | 0.30 | 105.00 | JEM |
| | Review financial statement of USADTDF for letter to T.Davis | 0.10 | 35.00 | JEM |
| Feb-07-07 | Review message regarding R. Wooley regarding Montgomery County property and draft email to D.Monson regarding same | 0.10 | 35.00 | JEM |
| | Review information regarding 1099-INT form for investors | 0.20 | 70.00 | JEM |
| Feb-08-07 | Review email from S.Smith regarding L.Rouse letter | 0.10 | 35.00 | JEM |
| | Review email from D.Monson regarding stipulated order regarding general authorization to follow loan servicing arguments with Compass (.1); review stipulation and order regarding same (.3); review email from R.Charles regarding same (.1) | 0.50 | 175.00 | JEM |
| | Review email from G.Garman regarding authorization to execute stipulation regarding Rio Rancho (.1) | 0.10 | 35.00 | JEM |
| | Review email from E.Karasik regarding | 0.10 | 35.00 | JEM |

|            |                                                                                                                                                                                           |      |        |     |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|            | stipulation and order regarding Compass approval of Rio Rancho agreement                                                                                                                   |      |        |     |
|            | Review email from T.Lomazow regarding stipulation and order regarding Rio Rancho (.1); review update from D.Monson regarding Compass approval and minor revisions to stipulation regarding Rio Rancho (.1) | 0.20 | 70.00  | JEM |
|            | Review email from T.Lomazow and D.Monson regarding final approval of stipulation and order regarding Rio Rancho loan                                                                       | 0.10 | 35.00  | JEM |
|            | Review J. McPherson email (.1) and prepare order denying Motion to Enforce                                                                                                                 | 0.60 | 90.00  | LIA |
| Feb-09-07  | Work on issues regarding stipulation and order regarding Rio Rancho                                                                                                                        | 0.20 | 70.00  | JEM |
|            | Work on issues regarding finalizing stipulation and order authorization (.1)                                                                                                              | 0.30 | 105.00 | JEM |
|            | Review emails from E.Monson regarding certified order regarding order regarding Bundy Canyon (.1); conference with Eileen at Bankruptcy court regarding urgency of stipulation and order regarding Rio Rancho agreement (.1) | 0.20 | 70.00  | JEM |
|            | Review email regarding Russell at title company closing (.1); review entry of order regarding Rio Rancho loan (.1)                                                                         | 0.20 | 70.00  | JEM |
|            | Review email from S.Strong regarding licensing of Compass (.1); review emails from M.Levinson and J.Hermann regarding comments of S. Bice to licensing issues (.1)                         | 0.20 | 70.00  | JEM |
| Feb-11-07  | Draft a letter to T.Davis regarding audit papers and review draft financial statement for same                                                                                            | 0.50 | 175.00 | JEM |
|            | Review email from G.Garman regarding meeting regarding Compass and licensing issues (.1); review multiple emails from T.Allison, C.Carlyon, R.Charles regarding same (.1)                  | 0.20 | 70.00  | JEM |
| Feb-12-07  | Review and finalize opposition to motion to                                                                                                                                               | 0.70 | 245.00 | JEM |

enforce (.5); draft email to S.Smith regarding same (.2)

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review letter from L. Bubala regarding Fertitta non waiver of default interest for Colt loans (.2) | 0.20 | 70.00 | JEM |
|  | Review draft license agreement between USACM and Compass (.4); review interim servicing agreement (.3) | 0.70 | 245.00 | JEM |
| Feb-14-07 | Review January loan status report | 0.20 | 70.00 | JEM |
|  | Telephone call to G.Garman regarding Order shortening time for emergency motion regarding 1142 (.1); review email from E.Karasik regarding same (.1); review information regarding refund of 2% fees and prepetition receipt issues (.3) | 0.50 | 175.00 | JEM |
| Feb-15-07 | Review draft sub servicing agreement with Compass | 0.20 | 70.00 | JEM |
|  | Review email from R.Dreitzer regarding sub servicing agreement and potential revisions | 0.20 | 70.00 | JEM |
|  | Conference with G.Bradley regarding Compass closing | 0.30 | 105.00 | JEM |
| Feb-20-07 | Review entry of orders re Stipulation re Motion to Estimate Adequate Reserves | 0.10 | 35.00 | JEM |
|  | Review emails from A. Jarvis re transcript re waiver of interest by Fertitta (.2); draft response to same (.1); review emails from T. Allison re waiver of interest by Fertitta (.2); draft response to same | 0.60 | 210.00 | JEM |
| Feb-21-07 | Telephone call from Diamond McCarthy, B. Reid and E. Madden re issues re Wells Fargo transfers | 0.20 | 70.00 | JEM |
| Feb-22-07 | Review email from S. Madden re Wells Fargo wire transfers (.1); draft response to same re wire transfers (.1) | 0.20 | 70.00 | JEM |
|  | Review email from A. Jarvis re resolution of issues with 1142 committee | 0.10 | 35.00 | JEM |
| Feb-23-07 | Review email from J. Fontano re investor in | 0.20 | 70.00 | JEM |

|  | Placer Vineyards and draft email to S. Smith and M. Olson re same |  |  |  |
|---|---|---|---|---|
|  | Review joinder by Debtor to Opposition to Motion to Enforce (.1); review reply by L. LePome and continue work on same (.2); draft email to A. Parlen re same (.1); review opposition to second motion by Rocklen Redding (.2) | 0.60 | 210.00 | JEM |
| Feb-25-07 | Draft email to A. Parlen re LePome reply to Opposition to Motion to Enforce (.1); review response from same (.1); draft email to A. Parlen re $3,000 and review motion re same (.2); draft response to A. Parlen re notification of $3,000 payment (.1) | 0.70 | 245.00 | JEM |
| Feb-26-07 | Email from A. Brumby re $9.6M payoff offer, email to client | 0.20 | 90.00 | LES |
| Feb-27-07 | Review issue re interest in investor trust account and review response by S. Smith re same | 0.10 | 35.00 | JEM |
|  | Review reserve disclosoures by FTDF | 0.10 | 35.00 | JEM |
| Feb-28-07 | Review motion and supplemental declaration re Colt Gateway loans | 0.50 | 225.00 | LES |
|  | Review email from E. Karasik re reserve disclosures | 0.10 | 35.00 | JEM |
|  | Review and finalize errata to motion re Colt/Gateway (.2); review supplement to declaratoin of T. Allison (.1) | 0.30 | 105.00 | JEM |
|  | Review emails from S. Smith re interests in interplead funds and draft response | 0.20 | 70.00 | JEM |
|  | Totals | 14.30 | $4,915.00 |  |

**Total Fee & Disbursements for all charges on this matter**                **$4,915.00**

TAX ID Number     46-0469211

## *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590            Fax:(702) 892-0122

USA Commercial Mortgage Company                             March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145
                                        File #:    30566-00014b
**Attention:**                                 Inv #:        Settle

**RE:**      USA project categories - Asset Disposition

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-06-07 | Review email from S.Smith regarding payment of monies to investors who are parties to stipulations and order | 0.10 | 35.00 | JEM |
| Feb-08-07 | Review email from E.Monson regarding request for certified order regarding motion to return investor funds and work on issues regarding same | 0.20 | 70.00 | JEM |
| | Emails from E.Monson regarding order returning funds and work on same (.3) | 0.30 | 45.00 | LIA |
| Feb-09-07 | Review multiple emails from D.Monson and J. McPherson re stipulation and order re issue partial releases for Rio Rancho loan (.3); revise same (.3); review response emails re approval for stipulation from reviewing parties (.3); review D.Monson email re revisions (.2) and review T.Lomazow, C.Carlyon, R.Charles, G.Garman, and J.Chubb emails in response (.5); conference with J. McPherson re U.S. Trustee approval (.2); email to and from A.Loraditch re stipulation and finalize same for submission (.2) | 2.00 | 300.00 | LIA |
| Feb-16-07 | Telephone call from N.Leatham regarding status of closing (.1); draft email to same regarding status of closing (.1) | 0.20 | 70.00 | JEM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review email from S.Strong regarding closing of sale and effective date | 0.20 | 70.00 | JEM |
|  | Review email from J.Chubb regarding Colt Gateway proposed order | 0.10 | 35.00 | JEM |
| Feb-20-07 | Telephone calls from and to J. Kelley re investor re Placer Vineyards loan | 0.40 | 140.00 | JEM |
|  | Review multiple emails from L. Bubala, J. Chubb, and M. Levenson re proposed revisions to order re Colt Gateway loan (.3); review multiple emails from J. Bart re Colt Gateway loan order (.2) | 0.50 | 175.00 | JEM |
| Feb-22-07 | Review Joinder by committee re distribution | 0.10 | 45.00 | LES |
|  | Review email re information posted on the website re freezing funds (.2) | 0.20 | 70.00 | JEM |
|  | Telephone call from investor counsel, Fontana, re status of investment in Placer loan | 0.20 | 70.00 | JEM |
| Feb-23-07 | Review FTDF brief re allocation of overbid funds | 0.60 | 270.00 | LES |
| Feb-27-07 | Telephone call from P. Swann re tracing of DTDF funds | 0.20 | 70.00 | JEM |
|  | Review and finalize Motion to Provide Reconveyance for Colt Gateway (.4); call from D. Monson re same (.2); review declaration | 0.60 | 210.00 | JEM |
|  | Review email from P. Swann re issues re tracing 10-90 and Mountain Vista monies | 0.20 | 70.00 | JEM |
|  | Review email from D. Monson re errata and supplement to Declaration of T. Allison (.1); draft response to same (.1); review email from M. Levenson re motion re Colt Gateway payoff (.1) | 0.20 | 70.00 | JEM |
| Feb-28-07 | Review email from D. Monson re supplemental declaration of T. Allison and Errata to motion re Colt Gateway | 0.10 | 35.00 | JEM |
|  | Review email from M. Levinson re errata to motion re Colt Gateway (.1) | 0.10 | 35.00 | JEM |
|  | Review docket entry re scheduling motion re Colt/Gateway payoff motion (.1) | 0.10 | 35.00 | JEM |

| | | | |
|---|---|---|---|
| Finalize Errata to Motion for Authorization for USACM to Accept Payments/Provide Reconveyances regarding Colt Gateway Loans (.2); review emails re same (.2) and arrange for service (.2) | 0.60 | 90.00 | LIA |
| Review D.Monson and S.Smith emails (.2) and finalize Supplement to Declaration of T.Allison (.2) | 0.50 | 75.00 | LIA |
| Totals | 7.70 | $2,085.00 | |

**Total Fee & Disbursements for all charges on this matter**                    **$2,085.00**

TAX ID Number    46-0469211

# *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                    March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

|  |  |
|---|---|
| File #: | 30566-00014c |
| Inv #: | Settle |

**Attention:**

**RE:**     USA project categories - Business Operations

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-07 | Work on issues regarding office leases to committees for moving purposes | 0.20 | 70.00 | JEM |
|  | Email to counsel re Pecos/Haspinov leases | 0.20 | 30.00 | LIA |
| Feb-06-07 | Review letter from Milanowski regarding Haspinov and Pecos lease and property in same and continued on issues regarding same | 0.30 | 105.00 | JEM |
| Feb-15-07 | Conference with J.Sylvester regarding personal property in leased promises | 0.20 | 70.00 | JEM |
| Feb-16-07 | Review email from N. Leatham regarding office space and GE (.1); draft response to same and work on issues regarding same (.2) | 0.30 | 105.00 | JEM |
|  | Review email from S.Smith regarding leased premises | 0.10 | 35.00 | JEM |
| Feb-17-07 | Review email from S. Smith re office leases and lenders | 0.10 | 35.00 | JEM |
| Feb-19-07 | Review email from S. Smith re office space | 0.10 | 35.00 | JEM |
| Feb-20-07 | Review January 2007 Monthly Operating Report for USA Commercial | 0.30 | 105.00 | JEM |
|  | Review January 2007 Monthly Operating Report for FTDF | 0.30 | 105.00 | JEM |

| | | | | |
|---|---|---|---|---|
| | Review January 2007 Monthly Operating Report for DTDF | 0.30 | 105.00 | JEM |
| | Review January 2007 Monthly Operating Report for USA Securities | 0.20 | 70.00 | JEM |
| | Review January 2007 Monthly Operating Report for USA Capital Realty | 0.20 | 70.00 | JEM |
| | Telephone call from B. Kotter re lease issues and reaching potential agreement re use of property | 0.30 | 105.00 | JEM |
| | Draft cover for Monthly Operating Report for USA Commercial (.2) and finalize same for filing (.2) | 0.40 | 60.00 | LIA |
| | Draft cover for Monthly Operating Report for Diversified Trust (.2) and finalize same for filing (.2) | 0.40 | 60.00 | LIA |
| | Draft cover for Monthly Operating Report for USA Capital Realty (.2) and finalize same for filing (.2) | 0.40 | 60.00 | LIA |
| | Draft cover for Monthly Operating Report for FTDF (.2) and finalize same for filing (.2) | 0.40 | 60.00 | LIA |
| | Draft cover for Monthly Operating Report for USA Securities (.2) and finalize same for filing (.2) | 0.40 | 60.00 | LIA |
| Feb-21-07 | Review email from B. Kotter re Haspinov lease (.1); draft response to same (.1) | 0.20 | 70.00 | JEM |
| | Review J. McPherson and B.Kotter emails re Haspinov lease and respond to same | 0.20 | 30.00 | LIA |
| Feb-22-07 | Review Motion to Continue Use of Leased Premises and email to S. Strong | 0.50 | 225.00 | LES |
| | Review Joinder filed by Direct Lenders | 0.10 | 45.00 | LES |
| | Review email from S. Smith re lease issues (.1); draft email to same re same (.1) | 0.20 | 70.00 | JEM |
| | Review email from S. Smith re Haspinov lease issue (.1); review email from S. Strong re motion to permit USACM to stay on premises and review same (.3); review email from S. Strong re legal authority for motion (.1) | 0.50 | 175.00 | JEM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review revisions to motion re premises from S. Freeman and work on incorporation of same | 0.20 | 70.00 | JEM |
|  | Review email from R. Charles re additions to Motion to Stay on Premises (.2); review final Motion to Stay on Premises and ifnalize same (.3); review, revise and finalize application to shorten time to hear Motion to Stay on Premises (.3); review, revise and finalize declaration in support of same. | 0.80 | 280.00 | JEM |
|  | Telephone call to J.Sylvester re order shortening time on Motion to Remain on Premises (.1); work on order shortening time application (.3), declaration (.2), order (.3), attorney information sheet (.2) and finalize Motion for filing per edits (.3) | 1.40 | 210.00 | LIA |
| Feb-23-07 | Review email from S. Smith re lease issues and draft response to same | 0.10 | 35.00 | JEM |
| Feb-26-07 | Telephone call with J. Sylvester re lease issues (.1); telephone calls to and from J. Sylvester re lease issues (.3) | 0.60 | 210.00 | JEM |
|  | Review email from J. Sylvester re extension of office lease and work on issues re same (.3); review email from S. Smith re personal property and draft response (.1); review emails from A. Jarvis re same (.2) | 0.60 | 210.00 | JEM |
|  | Telephone call from J. Sylvester re office lease issues | 0.10 | 35.00 | JEM |
| Feb-27-07 | Draft email to G. Bradley re leases | 0.20 | 70.00 | JEM |
|  | Review list of personal property items | 0.10 | 35.00 | JEM |
|  | Review entry of order re motion re staying on premises (.1); telephone call to G. Bradley re Compass issues re personal property (.1) | 0.20 | 70.00 | JEM |
|  | Telephone call from Compass' counsel, G. Bradley, and conference with same re lease issues and personal property | 0.30 | 105.00 | JEM |
|  | Telephone call from T. Lomazow re office lease items | 0.30 | 105.00 | JEM |
|  | Calls with J. Sylvester re specific list of | 0.80 | 280.00 | JEM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | fixtures on premises (.3); work on issues for J. Milanowski to create list and calls with S. Smith re same (.2); call with T. Lomazow re Compass' claims on personal property (.3) |  |  |  |
|  | Review list of personal property items claimed by J. Milanowski in premises (.1); draft email to same re same (.1); telephone call from J. Sylvester re personal property (.3) | 0.50 | 175.00 | JEM |
|  | Draft facsimile to J.Sylvester transmitting order granting shortened time to hear Motion to Remain on Leased Premises | 0.10 | 15.00 | LIA |
| Feb-28-07 | Review email from J. Sylvester re property on premises (.3); draft email to T. Lomazow re same (.2); telephone call from J. Sylvester re premises and personal property (.3); telephone call from T. Lomazow re same (.1); draft email to same (.1) | 1.00 | 350.00 | JEM |
|  | Telephone call from T. Lomazow re status of negotiations with landlords (.3); telephone call from J. Sylvester re potential settlement offer (.3); draft email to S. Smith re lease deposit (.1); telephone call again from J. Sylvester re additional offer (.2); draft email to S. Smith re offer (.2); telephone call to J. Sylvester re acceptance of offer in part (.3); work on issues re motion to stay on leased premises (.3) | 1.90 | 665.00 | JEM |
|  | Review emails from A. Jarvis re lease issues and respond | 0.10 | 35.00 | JEM |
|  | Review emails form T. Lomazow re lease issues (.1) | 0.10 | 35.00 | JEM |
|  | Totals | 16.20 | $4,950.00 |  |

**Total Fee & Disbursements for all charges on this matter**            **$4,950.00**

TAX ID Number      46-0469211

### *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                                   March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

| | |
|---|---|
| File #: | 30566-00014d |
| **Attention:** | |
| Inv #: | Settle |

**RE:**     USA project categories - Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-01-07 | Review email from E.Karasik regarding final order issues | 0.10 | 35.00 | JEM |
| Feb-02-07 | Review email from J.Hermann regarding 2/6/07 conference call | 0.10 | 35.00 | JEM |
| Feb-05-07 | Review information on USA website regarding 2% fees on December statement | 0.20 | 70.00 | JEM |
| Feb-07-07 | Review email from A.Jarvis regarding issues regarding occupying office premises and Compass closing | 0.10 | 35.00 | JEM |
| Feb-12-07 | Review and revise letter to T.Davis regarding 2003 audit (.2); review email from S.Strong regarding meeting with S.Bice and Attorney General and draft response (.2) | 0.40 | 140.00 | JEM |
| | Review email from G.Garman regarding meeting with Scott Bice and draft response (.1); review emails from M.Levinson and Scott Freeman regarding attending meeting with Scott Bice (.1) | 0.20 | 70.00 | JEM |
| | Review email from A.Jarvis regarding conference call with Compass | 0.10 | 35.00 | JEM |
| Feb-13-07 | Draft and attend meeting with Scott Bice (1.9); conference with S.Strong regarding issues regarding licensing (.4) | 1.90 | 665.00 | JEM |

| | | | | |
|---|---|---|---|---|
| | Review email from A.Jarvis regarding conference call with Compass | 0.10 | 35.00 | JEM |
| | Review email from S.Strong regarding 2/15/07 hearings | 0.20 | 70.00 | JEM |
| | Telephone call from Compass' local counsel regarding issues regarding licensing | 0.70 | 245.00 | JEM |
| | Review S.Strong email re February 15 hearing calendar (.1) and research same (.3); email to counsel re hearing calendar and matters resolved and matters to be heard (.2) | 0.60 | 90.00 | LIA |
| Feb-14-07 | Emails re various motions, draft responses | 1.00 | 450.00 | LES |
| | Review and revise agenda for 2/15/07 hearings (.4); review email and conference with S.Simmons regarding same (.1) | 0.50 | 175.00 | JEM |
| | Work on Status and Agenda for omnibus hearing | 1.50 | 225.00 | LIA |
| | Index pleadings and prepare court files for omnibus hearing | 3.00 | 450.00 | LIA |
| Feb-15-07 | Attend 2/15/07 hearings | 2.40 | 840.00 | JEM |
| Feb-19-07 | Emails re effective date | 0.30 | 135.00 | LES |
| Feb-22-07 | Review section 1142 Motion for Post-Effective Date Actions by Debtors and Committees | 2.60 | 1,170.00 | LES |
| Feb-26-07 | Review email from A. Jarvis re 3/1/07 hearings | 0.20 | 70.00 | JEM |
| Feb-28-07 | Review open letter by Compass to lenders | 0.10 | 35.00 | JEM |
| | Review and revise agenda for March 1, 2007 hearings | 0.50 | 175.00 | JEM |
| | Work on Status and Agenda for March 1 omnibus hearing | 1.50 | 225.00 | LIA |
| | Work on filing and indexing pleadings for March 1 omnibus hearing court files | 3.00 | 450.00 | LIA |
| | Totals | 21.30 | $5,925.00 | |

**Total Fee & Disbursements for all charges on this matter**          $5,925.00

TAX ID Number      46-0469211

## *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590                 Fax:(702) 892-0122

USA Commercial Mortgage Company                         March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

|                    |              |
|--------------------|--------------|
| File #:            | 30566-00014e |

**Attention:**                                          Inv #:            Settle

**RE:**    USA project categories - Claims Administration & Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-07 | Review email from C.Carlyon regarding motion to liquidate claims and review responses to same | 0.10 | 35.00 | JEM |
| Feb-05-07 | Review motion to estimate claims, motion to shorten time and affidavit of S.Sherman | 0.50 | 175.00 | JEM |
| Feb-06-07 | Review and authorize for signature order regarding standard claim (.1); misfiled claim (.1); and compromised claims (.1) | 0.30 | 105.00 | JEM |
|  | Review declaration of M. Kvarda in support of motion to liquidate claims | 0.10 | 35.00 | JEM |
| Feb-08-07 | Review email from S.Strong regarding order regarding misfiled claims | 0.10 | 35.00 | JEM |
|  | Review amended opposition to claim filed by FTDF by A. Brumby (.3); review affidavit in support of same (.2) | 0.50 | 175.00 | JEM |
| Feb-09-07 | Review stipulation and order regarding claim of Ova Hodes (.1); review stipulation and order regarding Hodes (.2); review stipulation and order regarding Kantor Nephrology (.1); review stipulation and order regarding Kantor claim (.1); review stipulation and order regarding Halseth claim (.1); | 0.60 | 210.00 | JEM |
| Feb-13-07 | Review order approving stipulation with | 0.30 | 105.00 | JEM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Standard Property regarding: Proof Of Claim #120 (.1); review emails from C.Carlyon and A. Brumdy regarding same (.1); review stipulation regarding same (.1) |  |  |  |
|  | Review email from C.Carlyon regarding OVCA/Hodes claim and interim resume | 0.10 | 35.00 | JEM |
|  | Work on discovery plan re Spectrum/Weddell objection to proof of claim (.5); prepare stipulation and order continuing hearing on objection to claim (.4) | 0.90 | 135.00 | LIA |
| Feb-14-07 | Review and execute stipulation and order regarding Weddell and Spectrum (.2) | 0.20 | 70.00 | JEM |
| Feb-15-07 | Review emails from S.Strong regarding claims objections and continued on same (.2); review email from E.Karasik regarding draft order regarding emergency motion (.1) | 0.30 | 105.00 | JEM |
| Feb-16-07 | Telephone call to Eileen regarding objections to claim issues (.2); telephone call to S.Strong regarding same (.1) | 0.30 | 105.00 | JEM |
|  | Review and sign order re Mirzaian claim (.1); review emails from A.Jarvis regarding same (.1); telephone call to A.Boehmer regarding authorization (.1) | 0.30 | 105.00 | JEM |
|  | Work on issues regarding claims objections and complexity of objecting to thousands of claims | 0.20 | 70.00 | JEM |
| Feb-20-07 | Review Stipulation and Order re Halseth Claim | 0.20 | 90.00 | LES |
|  | Review Omnibus Objection to Misfiled Equity Claims | 0.30 | 135.00 | LES |
|  | Telephone call from S. Simmons re settlement of Standard Property Claim and continue work on issues re same | 0.20 | 70.00 | JEM |
|  | Review notices re fifth, sixth, seventh, and eighth omnibus objections to claims filed by FTDF committee | 0.30 | 105.00 | JEM |
|  | Receipt of Omnibus Objection to Claims by FTDF Committee and Declaration, update calendars re 5th, 6th, 7th, and 8th objections | 0.40 | 60.00 | LIA |

|  |  |  |  |  |
|---|---|---|---|---|
|  | and email to Ray Quinney and Mesirow attaching documents for review |  |  |  |
| Feb-22-07 | Review Reply filed by Kantor to Committee objection | 0.10 | 45.00 | LES |
|  | Review response by Kantor claimants to objection to claims | 0.30 | 105.00 | JEM |
|  | Review letter from R. Charles re staying objection to claim of Wnedell & Spectrion and continue work on same (.2) | 0.20 | 70.00 | JEM |
|  | Revise stipulation re withdrawal of Standard Property proof of claim; revise order re same and email to and from L. Schwartzer re same | 0.50 | 75.00 | LIA |
| Feb-23-07 | Draft email to T. Waldo re stipulation and order re Kehl objection | 0.10 | 35.00 | JEM |
|  | Review email from S. Strong re objections to claims | 0.10 | 35.00 | JEM |
|  | Review email from S. Strong re objections to claims | 0.10 | 35.00 | JEM |
|  | Review A.Brumby email and revise order regarding stipulation withdrawing Standard Property proof of claim | 0.30 | 45.00 | LIA |
| Feb-25-07 | Review Eighth Omnibus objection to claim by FTDF re proofs of claim and proofs of interest (1.1); review Fifth Omnibus objection to claims by FTDF re misfiled claims (.3); review declaration of M. Kvarda in support of same (.1); review Seventh Omnibus objection to claims (amount of proofs of interest) (.7); review declaration of M. Kvarda in support of Eighth Objection to claims (.2); review declaration of M. Kvarda in support of Sixth Omnibus objection to claim - claims based on prepetition equity security interests (.1); review Sixth Omnibus objection to claims based on prepetition equity interests of USA FTDF (.9); review notices for each set of oobjections (.2) | 3.70 | 1,295.00 | JEM |
| Feb-26-07 | Review proposed Objection to Secured Claims; email to S. Strong re further objections | 0.70 | 315.00 | LES |

| | | | | |
|---|---|---|---|---|
| | Review proposed Objection to Priority Claims; email to staff | 0.30 | 135.00 | LES |
| | Review Objection to Priority Claims; email to staff | 0.40 | 180.00 | LES |
| | Email to staff re requirements for filing multiple claim objections | 0.30 | 135.00 | LES |
| | Call with S. Strong re objections to cliams and issues re same (.4); telephone call to Eileen at Bankruptcy Court re same (.3); follow up phone call to Eileen to provide additional information re claims objections (.1) | 0.80 | 280.00 | JEM |
| | Review objections to claims re misfiled (.3); review objection to claims re secured (.4); review objection to priority claims (.3); review email from S. Strong re same (.1); work on issues re filing objections (.3) | 1.70 | 595.00 | JEM |
| Feb-27-07 | Work on objections to claims issues | 0.30 | 105.00 | JEM |
| | Review email from S. Strong re additional information for allowance of claim | 0.10 | 35.00 | JEM |
| | Review email from S. Strong re filing objections to claims | 0.10 | 35.00 | JEM |
| | Review draft template for objections to secured claims | 0.30 | 105.00 | JEM |
| | Review email from A. Jarvis re required filings for today (.1); review revisions to objections to misfiled claims (.2) | 0.30 | 105.00 | JEM |
| | Conferences with E.Werkheiser, A.Hosey, J. McPherson and S.Strong regarding filing of objections to claims | 0.40 | 60.00 | LIA |
| Feb-28-07 | Review memorandum from L. Schwartzer re objections to claims issue and bar date | 0.10 | 35.00 | JEM |
| | Review and revise notice re claims objections and review local rules re same (.4) | 0.40 | 140.00 | JEM |
| | Totals | 17.80 | $5,960.00 | |

Invoice #:      Settle                    Page 5                    March 27, 2007

**Total Fee & Disbursements for all charges on this matter**                    **$5,960.00**

TAX ID Number      46-0469211

## *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                     March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

File #:    30566-00014f

**Attention:**                                      Inv #:          Settle

**RE:**      USA project categories - Employee Benefits & Pensions

**Total Fee & Disbursements for all charges on this matter**          **$0.00**

TAX ID Number      46-0469211

### Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                          March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

File #:    30566-00014g
**Attention:**                                          Inv #:         Settle

**RE:**    USA project categories - Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-07 | Review amended stipulation regarding extending time to file second interim fee applications (.2); draft email regarding same to committee (.2) | 0.40 | 140.00 | JEM |
| | Review email from A.Jarvis regarding fees through effective date and respond to same (.2) | 0.20 | 70.00 | JEM |
| Feb-05-07 | Review email from E.Karasik regarding stipulation regarding interim fee application (.1); draft response to same (.1); work on issues regarding obtaining remaining signatures (.2) | 0.40 | 140.00 | JEM |
| | Review emails from A.Parlen, R.Charles and J. McPherson re second stipulation regarding interim compensation (.3) and revise same (.2) and email J. McPherson re same (.1) | 0.60 | 90.00 | LIA |
| Feb-06-07 | Review email from E.Karasik regarding stipulation regarding interim fees (.1); draft response to same (.1) | 0.20 | 70.00 | JEM |
| | Work on issues regarding submission of second stipulation regarding interim fees and draft emails to E.Karasik regarding same (.2) | 0.20 | 70.00 | JEM |
| | Email to S.Smith re T.Davis letter re Beadle McBride and request for response | 0.20 | 30.00 | LIA |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call to G.Garman and A.Landis re order re fee applications and conference with J. McPherson re status of same | 0.20 | 30.00 | LIA |
|  | Finalize Order regarding Second Interim Fee Application | 0.30 | 45.00 | LIA |
| Feb-08-07 | Review entry of order regarding filing interim application for fees | 0.10 | 35.00 | JEM |
| Feb-13-07 | Briefly review professional fee schedule and email from S.Smith (.3); review email from C.Carlyon regarding same (.1); review email from S.Smith regarding fee allocation (.1) | 0.50 | 175.00 | JEM |
|  | Review and respond to M.Haftl email re fee applications | 0.20 | 30.00 | LIA |
| Feb-21-07 | Work on moving time entries to task analysis charts | 3.00 | 450.00 | LIA |
| Feb-22-07 | Continue work on moving time entries into task analysis charts | 3.00 | 450.00 | LIA |
| Feb-23-07 | Work on Schwartzer & McPherson Law Firm's monthly fee statement | 3.00 | 450.00 | LIA |
| Feb-25-07 | Review and revise monthly fee statement for January 2007 | 1.10 | 385.00 | JEM |
| Feb-26-07 | Review and sign January monthly statement for Schwartzer & McPherson (.2) | 0.20 | 70.00 | JEM |
|  | Revise Monthly Fee Statement per edits and work on revising time entries (1.5); prepare same for filing (.3) and email same to reviewing parties (.1) | 1.90 | 285.00 | LIA |
|  | Continue work on moving time entries into task analysis charts | 2.00 | 300.00 | LIA |
|  | Totals | 17.70 | $3,315.00 |  |

**Total Fee & Disbursements for all charges on this matter**          **$3,315.00**

TAX ID Number        46-0469211

# *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145

**Attention:**

March 27, 2007

File #:     30566-00014h
Inv #:          Settle

**RE:**     USA project categories - Fee/Employment Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-01-07 | Review email from A.Parlen regarding payment of December fees | 0.10 | 35.00 | JEM |
| | Prepare order disallowing PDG application for compensation | 0.40 | 60.00 | LIA |
| Feb-02-07 | Review and revise order granting continued employment | 0.20 | 70.00 | JEM |
| | Review hourly rate change from Stutman Treister | 0.10 | 35.00 | JEM |
| Feb-06-07 | Review J. McPherson email and respond to same re orders pending (.2); revise PDG order re application for compensation (.2) and email to parties for review (.1) | 0.50 | 75.00 | LIA |
| Feb-07-07 | Review email from P.Alexander regarding PDG order regarding application for fees | 0.10 | 35.00 | JEM |
| | Review notice of change of rates by Stutman Treister | 0.10 | 35.00 | JEM |
| Feb-08-07 | Review email responses re PDG fee order (.2); email to and from M.Levinson and A.Loraditch re same (.2) and finalize order for submission (.2) | 0.60 | 90.00 | LIA |
| Feb-09-07 | Review objection to second motion for fees of D.Huston filed by B.Lepome | 0.30 | 105.00 | JEM |

| Feb-12-07 | Review email from M.Levinson regarding stipulation and order with Beadle | 0.10 | 35.00 | JEM |
| | Review James Feeney objection to second motion by USACMC for compensation and review original motion for fees for reference (.2) | 0.20 | 70.00 | JEM |
| Feb-14-07 | Review pleadings and work on filing responses to second interim regarding fees and costs for interpleader (2.1); letter regarding interpleader fees (.4) | 2.50 | 875.00 | JEM |
| Feb-15-07 | Review reply to objections to second motion to award fees and costs | 0.20 | 70.00 | JEM |
| | Review email from N.Peterman regarding retention order | 0.10 | 35.00 | JEM |
| | Review and revise opposition to second motion for fees by D.Huston | 0.80 | 280.00 | JEM |
| Feb-16-07 | Review and finalize opposition to second motion for fees filed by D.Huston (.2) | 0.20 | 70.00 | JEM |
| | Review J. McPherson email (.1) and finalize Opposition to Amended Second Motion to Award Compensation for filing (.4) | 0.50 | 75.00 | LIA |
| Feb-21-07 | Telephone call from and to B. Olson re employment order (.1); review email from T. Zmaila re employment order execution by USA DTDF (.1); draft email to same re same (.1) | 0.30 | 105.00 | JEM |
| Feb-23-07 | Review January Monthly Statement from Shea & Carlyon | 0.50 | 175.00 | JEM |
| | Review Beckley Singleton monthly fee statement | 0.30 | 105.00 | JEM |
| Feb-26-07 | Review email from A. Parlen re payment to R. LePome of fees (.1); review email from S. Smith re same (.1) | 0.20 | 70.00 | JEM |
| | Review email from A. Parlen re payment of $6,000 out of FTDF funds (.1); review email from S. Smith re payment of $6,000 for LePome or D. Auston (.1); review response from A. Parlen re same and review exhibit J (.1) | 0.30 | 105.00 | JEM |

| | | | | |
|---|---|---|---|---|
| | Review Orrick January monthly fee statement | 0.50 | 175.00 | JEM |
| | Review Stutman Treister's January monthly statement (.5) | 0.50 | 175.00 | JEM |
| Feb-27-07 | Review fee disclosure sheet and review all fees and costs for accuracy (1.2); draft multiple emails to S. Smith re same and revisions to same (.5) | 1.70 | 595.00 | JEM |
| | Review multiple emails from A. Jarvis re reserve amount for FTDF committee (.2); review reserve amount from same (.2) | 0.40 | 140.00 | JEM |
| | Review notice of rate change by RQN | 0.10 | 35.00 | JEM |
| | Review monthly fee statement of Sierra Consulting (.3); review monthly fee statement of Lewis & Roca (.4) | 0.70 | 245.00 | JEM |
| | Review numerous emails with A. James and S. Smith establishing reserve amounts and draft responses re same (.5); draft email to S. Smith re revisions to amounts owed (.2) | 0.70 | 245.00 | JEM |
| | Review and revise reserve disclosures documents, fill in missing information and finalize for filing | 0.50 | 175.00 | JEM |
| Feb-28-07 | Review response to reserve disclosures filed by FTDF committee | 0.20 | 70.00 | JEM |
| | Review reply by D. Huston to opposition to second motion for fees (.1) | 0.10 | 35.00 | JEM |
| | Totals | 14.00 | $4,500.00 | |

**Total Fee & Disbursements for all charges on this matter**           **$4,500.00**

TAX ID Number     46-0469211

### Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:(702) 892-0122

USA Commercial Mortgage Company                          March 27, 2007
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT
84145
                                          File #:    30566-00014i
**Attention:**                            Inv  #:              Settle

**RE:**      USA project categories - Financing

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-01-07 | Review and finalize order regarding motion regarding continued use of cash | 0.10 | 35.00 | JEM |
| | Work on changes to order re continued use of cash (.2) and email to counsel for review and signature (.2) | 0.40 | 60.00 | LIA |
| Feb-02-07 | Review further revisions from E.Karasik to motion regarding continued use of cash (.1); draft email to A.Jarvis and S.Smith regarding same (.1) | 0.20 | 70.00 | JEM |
| | Review email from S.Smith regarding order regarding continued use of funds from E.Karasik (.1); draft emails to S.Smith regarding same and review response (.1) | 0.20 | 70.00 | JEM |
| Feb-03-07 | Review email from A.Jarvis regarding order regarding continued use of cash | 0.10 | 35.00 | JEM |
| Feb-05-07 | Work on issues regarding revised order regarding motion for use of cash | 0.20 | 70.00 | JEM |
| | Review email from R.Charles regarding additional language for order regarding continued use of cash (.1); review email from E.Karasik regarding same (.1) | 0.20 | 70.00 | JEM |
| | Review email from S.Smith regarding revisions to order regarding use of cash (.1) | 0.10 | 35.00 | JEM |

|  |  | | | |
|---|---|---|---|---|
|  | Review email from R.Charles regarding order regarding use of cash | 0.10 | 35.00 | JEM |
|  | Review additional email from E.Karasik regarding proposed order regarding use of cash | 0.10 | 35.00 | JEM |
|  | Review E.Karasik, S.Smith and J. McPherson emails re revisions to continued use of cash order (.3); revise same (.2) and re-circulate to reviewing parties (.1) | 0.60 | 90.00 | LIA |
| Feb-07-07 | Work on revisions to proposed order regarding use of cash through 1/31/07 (.2); draft email to S.Smith regarding same and review response (.1); review emails from S.Strong regarding same (.1); review email from S.Strong regarding use of cash going forward (.1) | 0.50 | 175.00 | JEM |
|  | Totals | 2.80 | $780.00 |  |

**Total Fee & Disbursements for all charges on this matter**                        **$780.00**

TAX ID Number        46-0469211