**WILDE HANSEN, LLP**
GREGORY WILDE, ESQ.
Nevada Bar No. 4417
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107
TEL: (702) 258-8200
FAX: (702) 258-8787

E-filed 3/27/07

Attorneys for Sierra Liquidity Fund, LLC

# IN THE UNITED SATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **SUBSTITUTION OF ATTORNEY** |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In Re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
■ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed, Fund, LLC

SIERRA LIQUIDITY FUND, L.L.C. hereby substitutes the law firm of WILDE HANSEN, LLP

1

in the place and stead of Michelle Abrams, Esq. and the law firm of MICHELLE L. ABRAMS, LTD. to represent it in the above-entitled action.

DATED this 26th day of March, 2007.

SIERRA LIQUIDITY FUND, L.L.C.

_____
SCOTT AUGUST

Michelle Abrams, Esq. and the law firm of MICHELLE L. ABRAMS, LTD. Hereby acknowledge that SIERRA LIQUIDITY FUND, L.L.C. is substituting the law firm of WILDE HANSEN, LLP to represent it in the above-entitled action.

DATED this 23rd day of March, 2007.

MICHELLE L. ABRAMS, LTD.

_____
MICHELLE ABRAMS, ESQ.
Nevada Bar No. 5565
3085 South Jones Blvd., Suite C
Las Vegas, Nevada 89146

The law firm of WILDE HANSEN, LLP hereby agrees to represent SIERRA LIQUIDITY FUND, L.L.C., in the above-entitled action in the place and stead of Michelle Abram, Esq. and the law firm of MICHELLE L. ABRAMS, LTD..

DATED this 26th day of March, 2007.

WILDE HANSEN, LLP

_____
GREGORY WILDE, ESQ.
Nevada Bar No. 4417
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107