# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
  USA COMMERCIAL MORTGAGE COMPANY
  fka USA CAPITAL
  4484 SOUTH PECOS ROAD
  LAS VEGAS, NV 89121

Social Security No.:

## ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by TYSON M. LOMAZOW and the appointment of GEORGANNE W. BRADLEY as designated Nevada Counsel in this case is approved.

Dated: 3/28/07

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court