**Entered on Docket
March 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and   tbw@jonesvargas.com

Attorneys for David W. Sexton and
Pamela K. Sexton

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR |
|  | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10729-LBR |
|  | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. |  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS DAVID W. SEXTON and PAMELA K. SEXTON (Affects All Debtors)** |
| USA SECURITIES, LLC, Debtor. |  |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | No Hearing Required. |

1

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for David W. Sexton and Pamela K. Sexton, direct lenders in these cases, consents to the substitution of David W. Sexton and Pamela K. Sexton as their own counsel, in the above-entitled matter in her place and stead.

DATED this 27th day of March, 2007.

_____
JANET L. CHUBB, ESQ.

David W. Sexton and Pamela K. Sexton do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

David W. Sexton and
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ  85255
Email: PamSexton@cox.net

DATED this 24th day of March, 2007.

_____
DAVID W. SEXTON

_____
PAMELA K. SEXTON

**IT IS SO ORDERED.**

# # #