Entered on Docket
March 29, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and   tbw@jonesvargas.com

Attorneys for Robert H. Schultz and
Sharon L. Schultz Living Trust dated 2-25-1997

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor.<br><br>USA SECURITIES, LLC,<br>                                          Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter       11<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS ROBERT H. SCHULTZ and SHARON L. SCHULTZ LIVING TRUST DATED 2-25-1997**<br>**(Affects All Debtors)**<br><br>No Hearing Required. |

1

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Schultz).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for the Robert H. Schultz and Sharon L. Schultz Living Trust dated 2-25-1997, direct lenders in these cases, consents to the substitution of Robert H. Schultz and Sharon L. Schultz, Trustees of the Robert H. Schultz and Sharon L. Schultz Living Trust dated 2-25-1997 as their own counsel, in the above-entitled matter in her place and stead.

DATED this 27th day of March, 2007.

_____
JANET L. CHUBB, ESQ.

Robert H. Schultz and Sharon L. Schultz, Trustees of the Robert H. Schultz and Sharon L. Schultz Living Trust dated 2-25-1997 do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Robert H. & Sharon L. Schultz
P. O. Box 8648
So. Lake Tahoe, CA 96158-1648
Phone: 530-544-2806
Fax: 530-542-2836

DATED this 3rd day of March, 2007.

_____
ROBERT H. SCHULTZ, TRUSTEE

_____
SHARON L. SCHULTZ, TRUSTEE

**IT IS SO ORDERED.**

# # #

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Schultz).doc