| | |
|---|---|
| 1    JOAN C. WRIGHT | ELECTRONICALLY FILED |
|       Nevada State Bar No. 1042 | MARCH 29, 2007 |

JOAN C. WRIGHT
Nevada State Bar No. 1042
ALLISON, MacKENZIE, PAVLAKIS,
WRIGHT & FAGAN, LTD.
402 North Division Street
P.O. Box 646
Carson City, NV 89702
Telephone: (775) 687-0202
Facsimile: (775) 6\882-7918
E-Mail: jwright@allisonmackenzie.com
Attorneys for Royal Vacation Suites, Inc.

ELECTRONICALLY FILED
MARCH 29, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

               Debtor.
_____/

RELATED CASES
_____/

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR
Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725

NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ECF

      JOAN C. WRIGHT, of the law firm of ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGAN, LTD., hereby withdraws as the attorney of record for ROYAL VACATION SUITES, INC., in the above entitled matter.

      DATED this 29th day of March, 2007.

                                       ALLISON, MacKENZIE, PAVLAKIS,
                                       WRIGHT & FAGAN, LTD.
                                       402 North Division Street
                                       P.O. Box 646
                                       Carson City, NV  89702

                                       By:    /s/ JOAN C. WRIGHT_____
                                                     JOAN C. WRIGHT attorney for
                                                     ROYAL VACATION SUITES, INC.

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I hereby certify that I am an employee of ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGAN, LTD., Attorneys at Law, and on this date a true and correct copy of the foregoing document has been served on counsel for all parties by ECF

DATED this 29th day of March, 2007

/s/ JOHN R. BROOKS