|   |   |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com<br><br>Lenard E. Schwartzer, Nevada Bar No. 0399<br>Jeanette E. McPherson, Nevada Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Telephone: (702) 228-7590<br>Facsimile: (702) 892-0122<br>E-Mail: bkfilings@s-mlaw.com<br><br>Attorneys for Debtors and Debtors-in-Possession | E-FILED ON MARCH 29, 2007 |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | **NOTICE OF HEARING ON OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO THE ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, LLC**<br><br>**(Affects USA Commercial Mortgage Company)**<br><br>Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

**NOTICE IS HEREBY GIVEN** that on March 29, 2007, USA Commercial Mortgage Company ("USACM"), by and through its counsel and pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, filed an Objection ("Objection") To The Administrative Claim of Sierra Liquidity Fund, LLC ("Sierra"). USACM objects to the administrative expense claim filed by Sierra and requests that the Court disallow this claim in its entirety.

A copy of the Objection may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held on April 26, 2007 before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada at 9:30 a.m.

**NOTICE IS FURTHER GIVEN** that the hearings may be continued without further notice.

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **April 19, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

/ / /

/ / /

/ / /

/ / /

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Dated: March 29, 2007

   /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Debtors

919440v6