**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/29/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>  Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>  Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>  Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>  Debtor. | |
| USA COMMERCIAL MORTGAGE COMPANY,<br>  Plaintiff,<br>  v.<br>SALVATORE REALE,<br>  Defendant. | Adversary No. 06-01251<br><br>**SUBSTITUTION OF COUNSEL** |

The USACM Liquidating Trust (the "USACM Trust"), by its undersigned counsel, hereby substitutes as Plaintiff for USA Commercial Mortgage Company pursuant to § IV.D.1 of Debtors' Third Amended Joint Plan of Reorganization.

1

1820688.1

**LEWIS AND ROCA LLP**
LAWYERS

The USACM Trust hereby substitutes the law firm of Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169-5996 as its counsel and the law firm of Diamond McCarthy Taylor Finley & Lee, LLP, ("Diamond McCarthy"), Two Houston Center, 909 Fannin Street, Suite 1500, Houston, TX 77010 as its Special Litigation Counsel in the place of Schwartzer & McPherson Law Firm, 2850 South Jones Boulevard, # 1, Las Vegas, Nevada 89146, and Ray Quinney & Nebeker PC, 36 South State Street, Suite 1400, Salt Lake City, UT 84145-0385 in the above-captioned matter.

DATED: March 29, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

We hereby agree to be substituted in the place of Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker PC in the above-captioned matter as Counsel for the USACM Trust.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

2

1820688.1

**LEWIS AND ROCA LLP**
LAWYERS

1
2      We hereby agree to be substituted in the place of Schwartzer & McPherson Law
3  Firm and Ray Quinney & Nebeker PC in the above-captioned matter as Special Litigation
4  Counsel for the USACM Trust.

    DATED:  March 29, 2007.

                    **DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

                    By: /s/ *Eric D. Madden* (*pro hac vice*)
                        Allan B. Diamond, TX 05801800 (pro hac vice)
                        William T. Reid, IV, TX 00788817 (pro hac vice)
                        Eric D. Madden, TX 24013079 (pro hac vice)
                    1201 Elm Street, 34th Floor
                  Dallas, Texas  75270
                  *Special Litigation Counsel to USACM Liquidating Trust*

    We hereby agree to the substitution of the law firm of Lewis and Roca LLP as Counsel and the law firm of Diamond McCarthy as Special Litigation Counsel for the USACM Trust in the above-captioned matter, in our place and stead.

                  **SCHWARTZER & McPHERSON LAW FIRM**

                  By*:* /s/ JES (#5423)
                      Lenard E. Schwartzer (Nevada Bar No. 0399)
                      Jeanette E. McPherson (Nevada Bar No. 5423)
                  2850 South Jones Boulevard, # 1
                  Las Vegas, Nevada 89146
                  Telephone (702) 228-7590
                                and
                  **RAY QUINNEY & NEBEKER PC**

                  By: /s/ *Steven C. Strong (pro hac vice)*
                      Annette W. Jarvis (Utah Bar No. 1649)
                      Steven C. Strong (Utah Bar No. 6340)
                  36 South State Street, Suite 1400
                  Salt Lake City, UT 84145-0385
                  Telephone (801) 532-1500

1820688.1

**LEWIS AND ROCA LLP**
LAWYERS

1                              Proof of Service

2 COPY of the foregoing served via email where an email address is listed, and if no email address is listed, by first class mail, postage prepaid, on March 29, 2007, addressed to:

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
bkfilings@s-mlaw.com
jmcpherson@s-mlaw.com

Douglas D. Gerrard
GERRARD COX & LARSEN
2450 St. Rose Pkwy, Suite 200
Henderson, NV 89074
dgerrard@gerrard-cox.com
Attorneys for Reale

Annette W. Jarvis
Steven C. Strong
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com
sstrong@rqn.com


   /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1820688.1