

**Entered on Docket**
**March 26, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

JONATHAN J. BART, ESQ.
Admitted *Pro Hac Vice*
PA Identification No.: 49119
WILENTZ, GOLDMAN & SPITZER P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone:   215-569-0000
Facsimile:    215-636-3999
E-mail:        jbart@wilentz.com

Attorneys for Estate of Tabas

LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  lbubala@jonesvargas.com

Attorneys for Fertitta Enterprises, Inc.,
Designated NV counsel for Estate of Tabas

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br><br>USA SECURITIES, LLC,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**ORDER ON ESTATE OF DANIEL TABAS' AND FERTITTA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE LOAN SERVICING AGREEMENT FOR THE DIRECT LOAN TO COLT GATEWAY LLC** |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>■ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:  2/15/07<br>Hearing Time: 9:30 a.m. |

Fertitta Enterprises, Inc., and Estate of Tabas, by and through their attorneys, on January,

RECEIVED BY EMAIL
MAR 27 2007

17, 2007, filed their motion to obtain relief from the automatic stay, pursuant to Fed. R. Bankr. P. 9013 and 11 U.S.C. § 362(d) ("Motion"), in order to terminate the loan servicing agreement for the Colt Gateway Loan (Ct. Dkt. #2457), and supported by the declaration of William J. Bullard (Ct. Dkt. #2459). On February 5, 2007, Debtors USA Commercial Mortgage Company ("USACM") and USA Capital Diversified Trust Deed Fund ("Diversified"), LLC filed an opposition (Ct. Dkt. #2696), supported by the declaration of Thomas J. Allison (Ct. Dkt. #2697). On February 7, 2007, the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company joined the opposition (Ct. Dkt. #2706). On February 12, 2007, movants filed their reply (Ct. Dkt. #2742), supported by the declaration of Janet L. Chubb (Ct. Dkt. #2743).

On February 15, 2007, this Court held a hearing on the Motion, with appearances and arguments by counsel for the movants, debtors, and official creditors committees. The Court having considered the pleadings and papers on file and the arguments of counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that the hearing on the Motion is continued to 9:30 a.m. on March 1, 2007, at which time the Court will conduct a status hearing; and

**IT IS FURTHER ORDERED** that on or before February 27, 2007, USACM shall file a motion for approval of a settlement with borrower on the Colt Gateway loan and seek instructions regarding the distribution of the settlement funds, or commence foreclosure proceedings with respect to such loan; and

**IT IS FURTHER ORDERED** that if USACM has satisfied neither of the Conditions on or before February 27, 2007, then on February 28, 2007, the automatic stay shall be terminated to without further order of the Court, and Fertitta Enterprises, Inc., the Estate of Tabas, and Diversified may to proceed with their remedies regarding servicing and/or collection of the Colt Gateway loan; and

///

///

///

2

**IT IS FURTHER ORDERED** that if either of the Conditions is satisfied on or before February 27, 2007, then the Court will conduct an evidentiary hearing on the Motion at 9:30 a.m. on March 15, 2007.

Prepared and Submitted by:

JONES VARGAS

By:     //s// Louis M. Bubala III
        LOUIS M. BUBALA III
Attorneys for Fertitta Enterprises, Inc. &
Designated NV Counsel for Estate of Tabas

| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
|---|---|
| RAY QUINNEY & NEBEKER, P.C. | OFFICE OF THE U.S. TRUSTEE |
| ANNETTE W. JARVIS<br>Counsel for Debtors | AUGUST B. LANDIS<br>Assistant U.S. Trustee |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| ORRICK HERRINGTON & SUTCLIFFE LLP | LEWIS AND ROCA LLP |
| MARC A. LEVINSON<br>Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | SUSAN M. FREEMAN<br>ROB CHARLES<br>Counsel for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| STUTMAN, TREISTER & GLATT | GORDON & SILVER, LTD. |
| FRANK MEROLA<br>CHRISTINE PAJAK<br>Counsel for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | GERALD M. GORDON<br>GREGORY E. GARMAN<br>Counsel for Official Committee of Executory Contract Holders of USA Commercial Mortgage Company |

ALTERNATIVE METHOD re Rule 9021:

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in this case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and unrepresented parties who appeared at the hearing, and any trustee appointed

in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Debtors**: Asked that the proposed order be amended to state that USACM has to file a motion relating to the payoff of the loans (or file a notice of default by February 27) and not specify what kind of motion.

**Office of the U.S. Trustee**: Agreed with the DTDF's response, to submit a competing form of the order with DTDF's proposed language should the parties not reach an agreement to resolve the Colt Gateway loan.

**Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC**: In response to the first version of the proposed order served on all parties on February 16, 2007, this Committee proposed that the second term of the order read:

> **IT IS FURTHER ORDERED** that on or before February 27, 2007, USACM shall file a motion seeking authority from the Bankruptcy Court in connection with a payoff proposal from the borrower on the Colt Gateway loan, or commence foreclosure proceedings with respect to such loan (collectively, the "Conditions");

In response to this proposed order served upon it via email on February 20, 2007, and in light of ongoing negotiations on the Colt Gateway loan, proposed to submit a competing form of the order with its proposed language should the parties not reach an agreement to resolve the Colt Gateway loan. This proposed order incorporates all other changes requested by this Committee in response to the first version of the proposed order served on all parties on February 16, 2007.

**Official Committee of Unsecured Creditors for USA Commercial Mortgage Company**: Failed to respond to the proposed order served upon it via email on February 20, 2007. In response to the first version of the proposed order served on all parties on February 16, 2007, this Committee stated that it did not believe the court required a settlement by February 27, 2007, but required a motion "with respect to the payoff to get this dispute before the court and the money coming in." This Committee responded that the other changes proposed by the DTDF Committee to the first version of the proposed order are "fine."

**Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC**: Responded that it did not recall the court's oral order used the term "settlement" to describe the type of motion it instructed USACM to file.

**Official Committee of Executory Contract Holders of USA Commercial Mortgage Company**: Failed to respond to the proposed order served upon it via email on February 20, 2007, or to a first version of the proposed order served via email on February 16, 2007.

# # #