1    Robert Feldman
2    Tyson M. Lomazow                                    **E-FILED on March 30, 2007**
     WEIL, GOTSHAL & MANGES LLP
3    767 Fifth Avenue
     New York, New York 10153
4    Telephone No.  (212) 310-8000
     Facsmile No.   (212) 310-8007
5    E-Mail:        robert.feldman@weil.com
     E-Mail:        tyson.lomazow@weil.com
6
     Peter C. Bernhard
7    Nevada State Bar No. 734
     Georganne W. Bradley
8    Nevada State Bar No. 1105
     BULLIVANT HOUSER BAILEY PC
9    3980 Howard Hughes Parkway, Suite 550
     Las Vegas, Nevada  89169
10   Telephone No.   (702) 650-6565
     Facsimile No.   (702) 650-2995
11   E-Mail:         peter.bernhard@bullivant.com
     E-Mail:         georganne.bradley@bullivant.com
12
     Counsel for Compass Financial Partners LLC
13

14                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**

15   In re:                                  Case No. BK-S-06-10725 LBR
     USA COMMERCIAL MORTGAGE COMPANY,        Case No. BK-S-06-10726 LBR
16                               Debtor.     Case No. BK-S-06-10727 LBR
                                             Case No. BK-S-06-10728 LBR
17   In re:                                  Case No. BK-S-06-10729 LBR
     USA CAPITAL REALTY ADVISORS, LLC,
18                               Debtor.     Chapter 11

19   In re:                                  Jointly Administered Under
     USA CAPITAL DIVERSIFIED TRUST DEED      Case No. BK-S-06-10725 LBR
     FUND, LLC,
20                               Debtor.     **NOTICE OF HEARING ON**
                                             **MOTION OF COMPASS FINANCIAL**
21   In re:                                  **PARTNERS LLC FOR ORDER**
     USA CAPITAL FIRST TRUST DEED FUND,      **ENFORCING CONFIRMATION ORDER**
     LLC,                                    **AND DETERMINING NO SURVIVING**
22                               Debtor.     **SECTION 3 RIGHT EXISTS WITH**
                                             **RESPECT TO THE FIESTA**
23   In re:                                  **OAK VALLEY LOAN**
     USA SECURITIES, LLC,                    **(AFFECTS USA COMMERCIAL**
                                 Debtor.     **MORTGAGE)**
24   Affects:
     ☐  All Debtors
25   ☒  USA Commercial Mortgage Company
     ☐  USA Securities, LLC                  Date:    April 26, 2007
26   ☐  USA Capital Realty Advisors, LLC     Time:    9:30 AM
     ☐  USA Capital Diversified Trust Deed Fund,
27      LLC
     ☐  USA First Trust Deed Fund, LLC
28

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

**NOTICE IS HEREBY GIVEN** that Compass USA SPE LLC, together with its servicer, Compass Financial Partners LLC, by and through its counsel, has filed a "Motion of Compass Financial Partners LLC for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists With Respect to the Fiesta Oak Valley Loan" (the "Motion"), requesting that the Court enter an order enforcing paragraph 14 of the Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization entered January 8, 2007 (the "Confirmation Order"), and determining that no Surviving Section 3 Right (as such term in defined in the Confirmation Order) exists with respect to the loan commonly referred to as the "Fiesta Oak Valley Loan".

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

\\\\\
\\\\\
\\\\\
\\\\\

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held
before a United States Bankruptcy Judge on April 26, _____, **2007**, in the Foley
Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1,
Las Vegas, Nevada, at the hour of ___9:30___, _.m.

DATED this 30ᵗʰ day of March, 2007.

WEIL, GOTSHAL & MANGES LLP
-and-
BULLIVANT HOUSER BAILEY PC


By: _Georganne W. Bradley_
    Peter C. Bernhard (NV Bar No. 734)
    Georganne W. Bradley (NV Bar No. 1105)
    3980 Howard Hughes Pkwy., Ste. 550
    Las Vegas, Nevada 89169

Attorneys for Compass Financial Partners LLC

\ \ \ \ \
\ \ \ \ \
\ \ \ \ \

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995