1  **WILDE HANSEN, LLP**  E-filed 4-2-07
   GREGORY WILDE, ESQ.
2  Nevada Bar No. 4417
   MARIANNE GATTI, ESQ.
3  Nevada Bar No. 7717
   208 South Jones Blvd.
4  Las Vegas, Nevada 89107
   TEL: (702) 258-8200
5  FAX: (702) 258-8787

6  Attorneys for Sierra Liquidity Fund, LLC

## IN THE UNITED SATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | **DECLARATION OF SCOTT D. AUGUST, CFA OF SIERRA LIQUIDITY FUND, LLC IN SUPPORT OF SIERRA LIQUIDITY FUND, LLC'S RESPONSE TO CLARIFY** |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **TERMS AND CONDITIONS OF SIERRA LIQUIDITY FUND, LLC'S BID FOR PLACER VINEYARDS COMMERCIAL MORTGAGE ASSETS AND** |
| In Re:<br>USA SECURITIES, LLC,<br>Debtor. | **TERM SHEET** |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed, Fund, LLC | Hearing Date: April 9, 2007<br>Hearing Time: 1:30 p.m. |

I Scott D. August, CFA on behalf of Sierra Liquidity Fund, LLC hereby declare as follows:

1

1. I am over 18 years of age, and I have personal knowledge of each of the facts stated in this declaration ("Declaration"), except for those facts stated on information and belief, and as to those facts, I am informed and believe them to be true. If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge, except where otherwise indicated below.

2. I am a Managing Member and Vice President of Sierra Asset Management, LLC, a California Limited Liability Company which manages the Sierra Liquidity Fund, LLC ("Sierra") a California Limited Liability Company. I am competent to testify with respect to the matters recited herein.

3. I submit this declaration in support of Sierra Liquidity Fund, LLC's Response to Clarify Terms and Conditions of Sierra Liquidity Fund, LLC's Bid for Placer Vineyards Commercial Mortgage Assets and Term Sheet, which was filed on April 2nd, 2007 in the above-captioned chapter 11 cases of USA Commercial Mortgage Company ("USACM"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and their other affiliated debtors (collectively, the "Debtors").

### I. Background and Qualifications of James S. Riley, Managing Director of Sierra Asset Management, LLC

4. Mr. Riley is Managing Director of Sierra Asset Management, LLC which manages the Sierra Liquidity Fund, LLC a fund which, founded in 2001, has historically invested in distressed trade claims, and stressed and distressed securities. Sierra Asset Management, LLC performs proprietary analysis in bankruptcy cases including WorldCom, Adelphia, Mirant, Delphi, as well as many stressed and high yield credits.

5. Mr. Riley served as a member of the Official Committee of Unsecured Creditors for Adelphia Communications Corporation, the fifth largest cable company in the United States with over $20 billion in liabilities at the petition date.

6. Since 1982, Mr. Riley has been president of Riley Bower, Inc., a company that developed from 1982 to 1995 over $240,000,000, consisting of over 2,000 units of apartments, homes, condominiums and land entitlements on over 14 projects in Northern and Southern California (Exhibit A). This gives Sierra unique experience in analyzing the ongoing entitlement process for the Placer Vineyard Specific Plan ("PVSP"), asserting the rights and role of the Direct Lenders (if the notes are not cured and the

property is foreclosed) in the PVSP Development Group, and overseeing the marketing and disposition of the property, if required.

7. Mr. Riley was educated at Thacher School, UC Berkeley, Humboldt State (BS Physics), and did graduate work in Physics at UC Santa Barbara. Mr. Riley is currently a member of the Board of Directors of the Long Beach Opera and an advisor to the Bikestation Coalition. He is also co-founder of the West Coast Friends of the Greater Yellowstone Coalition.

## II. Background and Qualifications of E. Frank Bower, Managing Director of Riley Bower, Inc.

8. Mr. Bower co-founded Riley Bower, Inc. and co-managed the development and acquisition of over $240,000,000 of apartments, homes, industrial properties, and land entitlements. In this capacity, Mr. Bower was responsible for site selection, product design, and management, as well as co-managing construction and disposition.

9. As Managing Director of Riley Bower, Inc., Mr. Bower has assembled a portfolio of industrial and multi-family properties in Southern California and Arizona. Mr Bower is responsible for all purchase analysis, proformas, budgeting, maintenance and property selection.

10. In addition, Mr. Bower oversees a management team that manages real estate assets in the San Francisco Bay Area, Southern California, and Phoenix, Arizona.

11. Mr. Bower obtained his BS degree from the University of Kansas, and is a licensed architect in the state of California.

## III. Background and Qualifications of R. Vincent Bower, Managing Director of Riley Bower, Inc.

12. Managing Director of Riley Bower, Inc., Mr. Bower's primary responsibilities are financial analysis and preparation of proformas for all property acquisitions, as well as budgeting and accounting supervision for the Riley Bower portfolio.

13. Mr. Bower has over 25 years of high level financial and accounting responsibility in a wide variety of industries.

14.     Prior to joining Riley Bower, Mr. Bower was accounting supervisor for multiple ConAgra companies, controlling and maintaining corporate fixed asset records totaling $500 million at 12 major manufacturing sites in the United States and Canada.

### IV. Background and Qualifications of Scott D. August, CFA and Managing Director of Sierra Asset Management, LLC

15.     Mr. August is Managing Member and Vice President of Sierra Asset Management, LLC which manages the Sierra funds and Sierra Liquidity Fund, LLC.

16.     Mr. August is a financial analyst and trader for Sierra Liquidity Fund, LLC. Mr. August employs public records, SEC filings, and bankruptcy case filings to prepare proprietary analysis utilized for security selection. Mr. August also assists in the asset allocation and portfolio construction for the fund.

17.     Prior to joining Sierra, Mr. August was employed by Trust Company of the West from 1998 until 2003 working in analysis, as well as marketing investment portfolios to High Net Worth and Institutional clients.

18.     Mr. August was educated at the University of Michigan in Ann Arbor, where he received a Bachelor of Arts in Political Science with an emphasis in Economics. Mr. August is a Chartered Financial Analyst and a member of the CFA Institute and the Los Angeles Society of Financial Analysts.

### V. Sierra as a potential Successor Servicer to the Placer CMA's will fulfill the Fiduciary Duty owed to the Direct Lenders

19.     Sierra is an Assignee of Direct Lender interests in certain USACM related loans totaling in excess of $3 million in principal amount, including almost 3% of the principal amount outstanding on the Placer Vineyards Senior Note. Sierra's interests are aligned with those of the Direct Lenders in preserving the value of the collateral securing the Deeds of Trust and Promissory Notes. Sierra also fully understands the rights the Direct Lenders, the Borrower, and the Servicer maintain under the Promissory Note, Deed of Trust, Loan Agreement and Loan Servicing Agreement.

20.     Should Sierra win the bidding for the Placer CMA's, and execute a final and acceptable asset purchase agreement with USACM, Sierra will implement the allocation of payments, or "waterfall", as

it was intended under the terms of the Promissory Note, Deed of Trust, Loan Agreement and Loan Servicing Agreement, and as further described in Sierra Liquidity Fund, LLC's Response to Clarify Terms and Conditions of Sierra Liquidity Fund, LLC's Bid for Placer Vineyards Commercial Mortgage Assets and Term Sheet; thereby protecting the collateral pledged to the Direct Lenders by the Borrower from any predatory servicer who may interpret that Default Interest and Late Fees are due to a Servicer, senior in priority of payment to the principal and interest owed to the Direct Lenders, even in the event of a foreclosure, and not collected from the Borrower.

21.  Sierra has reason to believe, that Compass Partners, LLC ("Compass"), the successor servicer to the majority of the loans where USACM was the prior servicer and where such servicing rights were sold to Compass by USACM asserts their right as the servicer to receive default interest and late fees senior in right of priority to Direct Lender principal and interest, even in the event of a foreclosure, where such amounts are not collected from the Borrower, and even if the Direct Lenders elect to waive default interest and late fees -- as further described in Sierra Liquidity Fund, LLC's Response to Clarify Terms and Conditions of Sierra Liquidity Fund, LLC's Bid for Placer Vineyards Commercial Mortgage Assets and Term Sheet. Not only has Compass has failed to reject Sierra's assertion, but Compass has clarified on several occasions to Sierra and the Lender Protection Group that they believe they are correct in their methodology. Sierra has had conversations with each of the following individuals who have verbally confirmed Compass' position regarding Compass' alleged priority of default interest and late fees:

- Mark Olson - former Chief Operating Officer at USA Commercial Mortgage Company, now employed by Compass Financial Partners
- James Reed - formerly employed by Mesirow Financial, now employed by Compass Financial Partners
- Robert Koe - currently employed by Mesirow Financial. To Mr. Koe's credit he stated to Sierra that he believes he was fooled by Compass and is shocked that they are trying to assert a senior right to default interest and late fees.
- Steve Strong - currently employed by Ray Quinney & Nebeker P.C. counsel to USACM and affiliated Debtors.

- Donna Cangelosi - Head of the Lender Protection Group. Ms. Cangelosi and numerous other Direct Lenders have confirmed to Sierra verbally that Compass has related the same position to the Lender Protection Group regarding default interest and late fees.

22. If in any way, Sierra has mischaracterized Compass' view of the Servicer's priority right to default interest and late fees senior in right of payment to the principal and interest owed to the Direct Lenders, even in the event of a foreclosure, where such amounts are not collected from the Borrower, then Sierra urges Compass to simply clarify their position to the Direct Lenders and the Court.

## VI. Sierra intends to utilize the services of FCI National Lender Services as sub-servicer.

23. Sierra's proposed Subservicer is FCI National Lender Services: http://www.trustfci.com/index.html, one of the largest and most qualified private money Servicers in the United States, and a licensed servicer in the state of Nevada.

Respectfully submitted and Executed this 2nd day of April 2007 at Irvine, California

_____
Scott D. August, CFA

6

# EXHIBIT A

## RILEY BOWER NEVADA, INC.

| PROJECT NAME | LOCATION | DATE | # | VALUATION |
|---|---|---|---|---|
| Santa Fe Village I | North Las Vegas | 10/94 | 40 | $4,320,000 |
| Santa Fe Village II | North Las Vegas | 3/95 | 75 | $8,100,000 |

## RILEY BOWER, INC.
### MULTIFAMILY PROJECTS

In the following projects, Riley Bower, Inc. was the developer, general contractor and general partner. Riley Bower also provided the property management services for all the apartment complexes.

| PROJECT NAME | LOCATION | YEAR | # | VALUATION |
|---|---|---|---|---|
| Elden Mesa | Costa Mesa, CA | 1980 | 13 | $1,560,000 |
| Oak Knoll | Pasadena, CA | 1982 | 9 | 1,170,000 |
| Three Palms | Pasadena, CA | 1983 | 24 | 3,120,000 |
| The Groves | Pasadena, CA | 1983 | 58 | 6,600,000 |
| Parkridge Meadow | Corona, CA | 1984 | 88 | 4,525,000 |
| Contra Loma | Antioch, CA | 1985 | 128 | 6,900,000 |
| Highland Orchard | Placentia, CA | 1985 | 104 | 7,000,000 |
| Crossbrook | Rohnert Park, CA | 1986 | 226 | 12,500,000 |
| Village Green | Suisun City, CA | 1987 | 224 | 12,300,000 |
| Arcadian | Concord, CA | 1987 | 192 | 13,200,000 |
| Rivershore | W. Pittsburg, CA | 1988 | 240 | 16,500,000 |
| Emeritus Park | Corona, CA | 1987 | 133 | 5,300,000 |
| Riverview | Santa Ana, CA | 1987 | 240 | 16,500,000 |
| Gateway | San Leandro, CA | 1989 | 236 | 15,500,000 |
| Willow Glen | Hercules, CA | 1988 | 84 | 5,800,000 |
| Civic Plaza | El Cerrito, CA | 1989 | 162 | 14,000,000 |
| **TOTAL** | | | **2,166** | **$140,475,000** |

# SINGLE FAMILY PROJECTS
## Land Developments Projects

In the following projects, Riley Bower, Inc. acquired or optioned the land, obtained all the entitlements through all governmental entities, and in cases provided limited land development before reselling for a profit to Kaufman & Broad (2 projects), Lewis Homes, and others. All values given are for the completed project.

| Project | Location | Year | Units | Value |
|---|---|---|---|---|
| Glen Avon | Glen Avon, CA | 1988 | 105 | $17,000,000 |
| Upland Estates | Upland, CA | 1987 | 101 | 30,300,000 |
| Parkside | La Habra, CA | 1989 | 48 | 9,600,000 |
| Ben Nevis | Glen Avon, CA | 1989 | 18 | 2,800,000 |
| Hesperian | San Lorenzo | 1990 | 73 | 17,500,000 |
| Huntwood | Hayward, CA | 1990 | 30 | 7,500,000 |
| Civic Center | Castro Valley | 1989 | 154 | 14,000,000 |
| **TOTAL** | | | **529** | **$104,700,000** |

## RBI INDUSTRIAL PROPERTIES

The following list of properties have been acquired, managed, re-leased, and resold or held and managed by the company.

| Property | Year | SF | Purchase |
|---|---|---|---|
| Alma School Business Center  Mesa, AZ | 1999 | 54,600 | $2,460,000 |

**Sold 9/2000 for $3,160,000**

| | | | |
|---|---|---|---|
| Central Business Center, Phoenix, AZ | 2000 | 54,700 | $2,050,000 |
| 2805 Barranca, Irvine, CA | 1999 | 15,110 | $1,565,000 |

**Sold for $1,650,000, November, 1999**

| | | | |
|---|---|---|---|
| Carter Building, S. Laguna, CA | 2000 | 7,650 | $758,000 |

**Sold for $995,000, May, 2002**

| | | | |
|---|---|---|---|
| Jorgenson Steel Building, City of Industry, CA | 2000 | 83,629 | $3,675,000 |

**Sold for $4,950,000 August 2001**

| | | | |
|---|---|---|---|
| Arizona Corporate Center, Chandler, AZ | 2001 | 65630 | $4,800,000 |

| | | | |
|---|---|---|---|
| Roosevelt Tech Center, Tempe, AZ | 2002 | 60458 | $5,160,000 |
| Hardy Business Center, Tempe, AZ | 2002 | 49180 | $3,700,000 |

# RILEY BOWER INC.

## Current Properties Under Management

| | | | |
|---|---|---|---|
| Arizona Corporate Center, Chandler, AZ | 2001 | 65630 | $4,800,000 |
| Roosevelt Tech Center, Tempe, AZ | 2002 | 60458 | $5,160,000 |
| Hardy Business Center, Tempe, AZ | 2002 | 49180 | $3,700,000 |
| **Total Industrial/ Office:** | | | **175,268 sf** |
| Civic Plaza Apartments | El Cerrito, CA | 162 units | $20,250,000 |
| Fountain Plaza Apartments | Vallejo, CA | 184 units | $16,560,000 |
| **Total Apartment Properties:** | | | **346 units** |

**Grand Total Valuation:** $50,470,000