LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/3/07

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
     Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**STIPULATION RE CLAIMS FILED
BY THE INTERNAL REVENUE
SERVICE**

Date of Hearing:  May 31, 2007
Time of Hearing:  9:30 a.m.

The USACM Liquidating Trust (the "USACM Trust"), as the successor to USA

Commercial Mortgage Company ("USACM"), and the United States of America on behalf

of its agency, the Internal Revenue Service (the "Service"), hereby stipulate and agree:

    1.    The Service filed the following Proofs of Claims:

1

1821947.1

LEWIS
AND
ROCA
LLP
———————
L A W Y E R S

- 10725-00002 in the amount of $13,723.47;

- 10725-00005 in the amount of $10,142.65;

- 10725-00065 in the amount of $930,000.00;

- 10725-00088 in the amount of $30,000.00;

- 10725-00103-1 in the amount of $30,800.00; and.

- 10725-00103-2 in the amount of $800.00.

2.    On March 9, 2007 USACM filed an objection to claims filed by the Service arguing that the Service did not clearly identify whether each successive proof of claim was intended to replace or simply to add to the previously filed claim(s).

3.    On March 23, 2007, the United States filed a response to objection of USACM to claims filed by the Service in which it agreed that "all of the earlier proofs of claim have been superseded and replaced by the last proof of claim, Claim No. 103-2" [DE 3247]. The Service further stated that "[a]ll of the earlier claims can be disallowed as having been replaced by Claim No. 103-2."

4.    The hearing on the objection and response is scheduled before this Court on May 31, 2007 at 9:30 a.m.

5.    In view of the foregoing, the parties hereby stipulate and agree;

- Claim Nos. 10725-00002, 10725-00005, 10725-00065, 10725-00088, and 10725-00103-1 filed by the Service may be disallowed in their entirety

- Claim No. 10725-00103-2 filed by the Service may be allowed as a general unsecured claim in the amount of $800.00; and

- The hearing scheduled for May 31, 2007 may be vacated.

2

1821947.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    Dated: March 29, 2007.

2                                    **LEWIS AND ROCA LLP**

3                                    By: /s/ RC (#6593)
                                        Susan M. Freeman, AZ 4199 (*pro hac vice*)
4                                        Rob Charles, NV 6593
                                     3993 Howard Hughes Parkway, Suite 600
5                                    Las Vegas, Nevada 89169-5996
                                     Telephone (702) 949-8320
6                                    Facsimile (702) 949-8321
                                     *Counsel for USACM Liquidating Trust*

7
                                     -and-
8
     Dated: Mar 30    , 2007
9

10                                   /s/ RGT (#2339)
                                     Rollin G. Thorley, NV 2339
11                                   110 City Parkway Suit e301
                                     Las Vegas, NV 89106
12                                   Telephone (702)868-5167
                                     Facsimile (702) 868-5438
13                                   *Special Assistant U.S. Attorney*

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1821947.1