LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
(702) 949-8398 (fax)

ROB CHARLES
Nevada Bar No. 006593
Email: rcharles@lrlaw.com

SUSAN M. FREEMAN
Arizona Bar No. 004199
Email: sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

E-FILED ON  APR 0 3 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | **Chapter 11**<br><br>**Jointly Administered Under** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | **Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>                                                                    Debtor. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

# CERTIFICATE OF MAILING
## (USA Commercial Mortgage Company)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Lewis and Rocca LLP, Counsel for the USACM Liquidating Trust in the above-captioned cases, copies of the documents identified below by docket number were sent to those persons listed on the Service Lists attached hereto as Exhibits "A" through "E" at the addresses shown thereon and via the modes of service indicated thereon, on the 28th day of March, 2007:

| | |
|---|---|
| Docket No. 3253 | OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS |
| Docket No. 3254 | NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS [Re: Docket No. 3253] |
| Docket No. 3255 | OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3256 | NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3255] |
| Docket No. 3257 | FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3258 | NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3257] |

| | |
|---|---|
| Docket No. 3259 | SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3260 | NOTICE OF HEARING REGARDING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3259] |
| Docket No. 3261 | THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3262 | NOTICE OF HEARING REGARDING THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3261] |
| Exhibit "A" | Service List regarding Docket Nos. 3253 and 3254 |
| Exhibit "B" | Service List regarding Docket Nos. 3255 and 3256 |
| Exhibit "C" | Service List regarding Docket Nos. 3257 and 3258 |
| Exhibit "D" | Service List regarding Docket Nos. 3259 and 3260 |
| Exhibit "E" | Service List regarding Docket Nos. 3261 and 3262 |

DATED: March 30, 2007
El Segundo, California

*/s/ James H. Myers*
James H. Myers

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on March 30, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP NOV. 13, 2008

*/s/ Yvette Knopp*