# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 108

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24037 | CDW COMPUTER CENTERS INC, RECEIVABLE MANAGEMENT SERVICES, PHYLLIS A HAYES, PO BOX 5126, TIMONIUM, MD, 21094-5126 | US Mail (1st Class) |
| 24037 | GOOLD PATTERSON ALES & DAY, 4496 S PECOS RD, LAS VEGAS, NV, 89121-5030 | US Mail (1st Class) |
| 24037 | NATIONAL CITY COMMERCIAL CAPITAL CORP FKA, LISA M MOORE, 995 DALTON AVE, CINCINNATI, OH, 45203 | US Mail (1st Class) |

Subtotal for this group: 3