# EXHIBIT B

## Exhibit B - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24036 | BASKIN, STEWART, 2625 N GREEN VALLEY PKWY, STE 125, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 24036 | DEBT ACQUISITION COMP OF AMERICA V LLC, 1565 HOTEL CIR SOUTH, STE 310, SAN DIEGO, CA, 92108 | US Mail (1st Class) |
| 24036 | DEBT ACQUISITION COMPANY OF AMERICA V LLC, 1565 HOTEL CIR SOUTH, STE 310, SAN DIEGO, CA, 92108 | US Mail (1st Class) |
| 24036 | ESTEVES, DOUGLAS A, 4500 S LAKESHORE ST, # 322, TEMPE, AZ, 85282 | US Mail (1st Class) |
| 24036 | LEE, DEVIN, 7493 BIG COTTONWOOD CT, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 24036 | MOLLO, MIKE, 316 S BROADWAY, #B, REDONDO BEACH, CA, 90277-3709 | US Mail (1st Class) |
| 24036 | STEPHANIE AMBER MORGAN, 3014 W WILLIAM CANNON, APT 1538, AUSTIN, TX, 78745 | US Mail (1st Class) |

**Subtotal for this group: 7**