# EXHIBIT C

## Exhibit C - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23959 | ADAMS, BRIAN M, 525 S 6TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23959 | ADAMS, HERMAN & BRIAN M & ANTHONY G, 1341 CASHMAN DR, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23959 | ADAMS, HERMAN M BRIAN M & ANTHONY G, 1341 CASHMAN DR, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23959 | ADAMS, KAREN, 15026 STARBUCK ST, WHITTIER, CA, 90603 | US Mail (1st Class) |
| 23959 | ADAMS, KAREN, 15026 STARBUCK ST, WHITTIER, CA, 90603-2251 | US Mail (1st Class) |
| 23959 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23959 | ADDES TRUST, KENNETH & VICTORIA ADDES TTEES, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23959 | ARTHUR E & THELMA KEBBLE FAMILY TRUST DTD 5/19/95, C/O ARTHUR E & THELMA M KEBBLE TTEES, 9512 SALEM HILLS CT, LAS VEGAS, NV, 89134-7883 | US Mail (1st Class) |
| 23959 | BAGINSKI, MICHAEL, 12881 KNOTT ST, # 205, GARDEN GROVE, CA, 92841 | US Mail (1st Class) |
| 23959 | BARCIA, DANIEL, 1600 PICKET CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23959 | BELACIO, RAYMOND, 1533 SHADY REST DR, HENDERSON, NV, 89013 | US Mail (1st Class) |
| 23959 | BENEDICT E & ROSELYN N URBAN FAMILY TRT DTD 2/3/04, BENEDICT & ROSELYN URBAN TTEES, 2691 EVERGREEN OAKS DR, HENDERSON, NV, 89052-7060 | US Mail (1st Class) |
| 23959 | BERRY, DONALD, 408 WASATCH CIR, FERNLEY, NV, 89408 | US Mail (1st Class) |
| 23959 | BOYCE 1989 TRUST DTD 6/12/89, C/O KATHLEEN A BOYCE TRUSTEE, 16865 RUE DU PARC, RENO, NV, 89511-4575 | US Mail (1st Class) |
| 23959 | BOYCE II, WILLIAM, 3448 MONTE CARLO DR, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23959 | BROOKS, ROBERT E & CANDITH, 1405 14TH AVE SW, MINOT, ND, 58701-5781 | US Mail (1st Class) |
| 23959 | BRUCE LIVING TRUST DTD 9/27/01, C/O DON & KIM BRUCE TTEES, 1761 MONTELENA CT, CARSON CITY, NV, 89703-8375 | US Mail (1st Class) |
| 23959 | CASTILLO, TITO, 13390 PARKSIDE TER, COOPER CITY, FL, 33330 | US Mail (1st Class) |
| 23959 | CDW COMPUTER CENTERS INC, RECEIVABLE MANAGEMENT SERVICES, PHYLLIS A HAYES, PO BOX 5126, TIMONIUM, MD, 21094-5126 | US Mail (1st Class) |
| 23959 | CLARK, DONALD, 305 W MOANA LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23959 | CONNELL, HOWARD & LORENE, 1001 JENNIS SILVER ST, LAS VEGAS, NV, 89145-8684 | US Mail (1st Class) |
| 23959 | DAVIS, TODD, 360 W 55TH ST, APT 1G, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 23959 | DI SALVO, ANNE F, PO BOX 18220, RENO, NV, 89511-0220 | US Mail (1st Class) |
| 23959 | DR MELODY A PFINGSTEN & CRYSTAL WITTICH, 43613 SOUTHERLAND WAY, FREMONT, CA, 94539-5933 | US Mail (1st Class) |
| 23959 | DUANE U DEVERILL FAMILY TRUST DTD 10/25/90 TRUST 1, C/O DUANE U DEVERILL TRUSTEE, 774 MAYS BLVD, STE 10  PMB 186, INCLINE VILLAGE, NV, 89451-9613 | US Mail (1st Class) |
| 23959 | DUPIN, WILLIAM & PENNY, 545 COLE CIR, INCLINE VILLAGE, NV, 89451-8108 | US Mail (1st Class) |
| 23959 | EARL & DOROTHY WIGERT 1994 REVOCABLE TR, C/O EARL WIGERT TRUSTEE, 3115 MERRILL DR, TORRANCE, CA, 90503-7128 | US Mail (1st Class) |
| 23959 | ELIAS FAMILY TRUST DTD 5/19/04, C/O DONNA M ELIAS SUCCESSOR TTEE, 9900 WILBUR MAY PKWY, APT 502, RENO, NV, 89521-4014 | US Mail (1st Class) |
| 23959 | ESTEVES, DOUGLAS A, 4500 S LAKESHORE DR, #322, TEMPE, AZ, 85282 | US Mail (1st Class) |
| 23959 | EVANS, RICHARD Z, 10409 SUMMERSHADE LN, RENO, NV, 89521-5168 | US Mail (1st Class) |
| 23959 | FANELLI, JOHN J & GINA A, 27 LARCH ST, FITCHBURG, MA, 01420-2009 | US Mail (1st Class) |

**Subtotal for this group: 31**