**EXHIBIT D**

## Exhibit D - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24034 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 24034 | ELMS HARMON MACCHIA, (RE: LERIN HILLS LTD), ATTN THOMAS S HARMON, 7800 I H 10 WEST, SUITE 600, SAN ANTONIO, TX, 78230-4754 | US Mail (1st Class) |
| 24034 | FINE IRA, LEWIS H & ARLENE J, C/O FIRST TRUST OF ONAGA KS, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 24034 | FINE, LEWIS H & ARLENE J, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 24034 | FOSSATI, DAVID, C/O MARTIN P MEYERS, 1000 SW BROADWAY, #1400, PORTLAND, OR, 97205 | US Mail (1st Class) |
| 24034 | FULLER, DAVID & MONICA, 955 MULLEN, HENDERSON, NV, 89044 | US Mail (1st Class) |
| 24034 | GISH FAMILY TRUST DTD 6/25/89, GEORGE J & DEANNA K GISH TTEES, 2104 RED DAWN SKY ST, LAS VEGAS, NV, 89134-5538 | US Mail (1st Class) |
| 24034 | GORDON, MARX, 2620 WESTERN AVE, LAS VEGAS, NV, 89109-1112 | US Mail (1st Class) |
| 24034 | GRAHAM FAMILY TRUST DTD 10/26/78, ROBIN B & CELIA ALLEN GRAHAM TTEES, 1460 TWINRIDGE RD, SANTA BARBARA, CA, 93111-1223 | US Mail (1st Class) |
| 24034 | GRALINSKI, RICHARD, 7825 GEYSER HILL LN, LAS VEGAS, NV, 89147 | US Mail (1st Class) |
| 24034 | GRUNDMAN, ERNA, 1608 BROWN ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 24034 | GRUNDMAN, JOANNE, 1608 BROWN ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 24034 | HANSEN IRA, HERBERT, PO BOX 841217, DALLAS, TX, 75284-1217 | US Mail (1st Class) |
| 24034 | HEFNER, STEPHEN R, 10329 EVENING PROMROSE AVE, LAS VEGAS, NV, 89135-2801 | US Mail (1st Class) |
| 24034 | HILL, ROBERT W, 4900 SAN TIMOTEO AVE NW, ALBUQUERQUE, NM, 87114-3813 | US Mail (1st Class) |
| 24034 | HOUGHTON DENTAL CORP PSP, FBO GERALDINE HOUGHTON, 2871 PINTA, PERRIS, CA, 92571 | US Mail (1st Class) |
| 24034 | HUFF, GAIL L, 3578 APRIL SPRINGS ST, LAS VEGAS, NV, 89147-7720 | US Mail (1st Class) |
| 24034 | JOHN W BROUWERS MD SEP IRA, 2333 DOLPHIN CT, HENDERSON, NV, 89074-5320 | US Mail (1st Class) |
| 24034 | JOHNSON, TAMARA, 310 PARKHURST DR, CALDWELL, ID, 83605 | US Mail (1st Class) |
| 24034 | KIVEN, NORMAN, ANDREW J ABRAMS ESQ, SUGAR FRIEDBERG & FELSENTHAL LLP, 30 N LASALLE ST, STE 3000, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 24034 | LARRY L & PATSY R RIEGER REVOCABLE TRT DTD 8/14/91, LARRY L & PATSY R RIEGER TTEES, 2615 GLEN EAGLES DR, RENO, NV, 89523-2080 | US Mail (1st Class) |
| 24034 | LAWSON, PAULA M, PO BOX 18652, RENO, NV, 89511-0652 | US Mail (1st Class) |
| 24034 | LEE, DEVIN, 7493 BIG COTTONWOOD CT, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 24034 | LEFF-KAPLAN, RENEE, 4330 ROMERO DR, TARZANA, CA, 91356 | US Mail (1st Class) |
| 24034 | LERIN HILLS LTD, 4820 BACON RD, SAN ANTONIO, TX, 78249-4001 | US Mail (1st Class) |
| 24034 | LUONGO, JOHN M & GLORIA, 965 LEAH CIR, RENO, NV, 89511-8524 | US Mail (1st Class) |
| 24034 | MARRS IRA, BOBBIE, 5753 BEDROCK SPRINGS AVE, LAS VEGAS, NV, 89131-3933 | US Mail (1st Class) |
| 24034 | MARRS, BOBBIE, 5753 BEDROCK SPRINGS AVE, LAS VEGAS, NV, 89131 | US Mail (1st Class) |
| 24034 | MARTIN, JERROLD T & JAMES T, 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 24034 | MILTON P KAPLAN PSP DTD 10/1/77, C/O MILTON P KAPLAN MD TTEE, 18370 BURBANK BLVD, STE 501, TARZANA, CA, 91356-2836 | US Mail (1st Class) |
| 24034 | MORGAN IRA, ROSALIE A, 6869 EAGLE WING DR, SPARKS, NV, 89436-8496 | US Mail (1st Class) |
| 24034 | MUSSO LIVING TRUST DTD 11/30/92, C/O WALTER & BARBARA MUSSO TTEES, PO BOX 2566, 2535 LUPINE CANYON RD, AVILA BEACH, CA, 93424-2566 | US Mail (1st Class) |
| 24034 | NOXON FAMILY TRUST, C/O ARTHUR G & JOAN NOXON TTEES, 2657 WINDMILL PKWY, #197, HENDERSON, NV, 89074-3384 | US Mail (1st Class) |

**Subtotal for this group: 33**