**EXHIBIT E**

## Exhibit E - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24035 | GOOLD PATTERSON ALES DAY, (RE: OBERLANDER, DANIEL), ATTN KELLY J BRINKMAN, 4496 SOUTH PECOS ROAD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 24035 | LEFF-KAPLAN, RENEE, 4330 ROMERO DR, TARZANA, CA, 91356 | US Mail (1st Class) |
| 24035 | M EVELYN FISHER REVOCABLE TRUST DTD 11/7/05, C/O M EVELYN FISHER &/OR SUCCESSOR(S) IN TRUST, 12051 S CHEROKEE LN, TUCSON, AZ, 85736-1317 | US Mail (1st Class) |
| 24035 | OBERLANDER, DANIEL, 5532 SPEARFISH LAKE CT, LAS VEGAS, NV, 89148-7645 | US Mail (1st Class) |
| 24035 | OLYMPIA CAPITAL MANAGEMENT, C/O GERALDINE HOUGHTON, 2871 PINTA, PERRIS, CA, 92571 | US Mail (1st Class) |
| 24035 | OPPIO, CATHERINE, PO BOX 15, 430 GONOWABIE, CRYSTAL BAY, NV, 89402 | US Mail (1st Class) |
| 24035 | OWENS, MILTON, 1094 7TH ST, SAN PEDRO, CA, 90731 | US Mail (1st Class) |
| 24035 | PACZOSA, STANLEY, 8617 LINDERWOOD, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 24035 | PARKER, LEXEY S, 4005 PLATEAU RD, RENO, NV, 89519 | US Mail (1st Class) |
| 24035 | PERRONE, CATHERINE, 923 CROTON RD, CELEBRATION, FL, 34747-4843 | US Mail (1st Class) |
| 24035 | RAYMOND TROLL TRUST, C/O RAYMOND TROLL TRUSTEE, 77420 SKY MESA LN, INDIAN WELLS, CA, 92210-6103 | US Mail (1st Class) |
| 24035 | RICCI, MICHAEL H, 1204 CAMBALLERIA DR, CARSON CITY, NV, 89701-8655 | US Mail (1st Class) |
| 24035 | RICCI, MICHAEL H, 1204 CAMBALLERIA DR, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 24035 | RIORDAN, CECIL E & BARBARA, 2370 OVERLOOK CT, RENO, NV, 89509 | US Mail (1st Class) |
| 24035 | ROACH, BLAIR & BARBARA K, PO BOX 1238, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 24035 | ROBERT L OGREN TRUST DTD 6/30/92, C/O ROBERT L OGREN TRUSTEE, 3768 RICK STRATTON DR, LAS VEGAS, NV, 89120-2647 | US Mail (1st Class) |
| 24035 | ROBERT W ULM LIVING TRUST DATED 4/11/05, ROBERT W ULM TRUSTEE, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 24035 | SANTORO FAMILY TRUST DTD 4/29/02, C/O NICHOLAS J & JUANITA SANTORO TTEES, 2312 PEARL CREST ST, LAS VEGAS, NV, 89134-6732 | US Mail (1st Class) |
| 24035 | SANTORO FAMILY TRUST UTD 4/29/02, C/O NICHOLAS J & JUANITA SANTORO TTEES, 2312 PEARL CREST ST, LAS VEGAS, NV, 89134-6732 | US Mail (1st Class) |
| 24035 | SCHEIDEGGER FAMILY TRUST DTD 12/26/01, C/O EDWARD J SCHEIDEGGER TRUSTEE, 5101 CASHMERE CT, FAIR OAKS, CA, 95628-5365 | US Mail (1st Class) |
| 24035 | SILVESTRI, SILVIO & KATHRYN, 13621 WOLF RD, GRASS VALLEY, CA, 95949-8187 | US Mail (1st Class) |
| 24035 | SMITH, FRASER, 2620 WESTERN AVE, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 24035 | STEWART, JOHN W, 5600 BOULDER HWY, APT S1572, LAS VEGAS, NV, 89122 | US Mail (1st Class) |
| 24035 | STEWART, LYNDA, 4605 E JUANA CT, CAVE CREEK, AZ, 85331 | US Mail (1st Class) |
| 24035 | STIMPSON, SHAWN, 5799 CATHEDRAL PEAK DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 24035 | STIMPSON, SHAWN A, 5799 CATHEDRAL PEAK DR, SPARKS, NV, 89436-1848 | US Mail (1st Class) |
| 24035 | STOEBLING FAMILY TRUST, C/O DAVIDSTOEBLING TRUSTEE, 3568 E RUSEELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 24035 | STOEBLING FAMILY TRUST, C/O DAVID STOEBLING TRUSTEE, 3568 E RUSSELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 24035 | STOEBLING, DAVID, 3568 E RUSSELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 24035 | TUROK, NOEMI N, 8808 RAINBOW RIDGE DR, LAS VEGAS, NV, 89117-5815 | US Mail (1st Class) |
| 24035 | VALLEY INVESTMENTS CORP, 3131 MEADE AVE, STE A-1, LAS VEGAS, NV, 89102-7809 | US Mail (1st Class) |
| 24035 | WAHL, DAVID C, PO BOX 8012, MAMMOTH LAKES, CA, 93546-8012 | US Mail (1st Class) |
| 24035 | WARWICK, WILLIAM, 170 DAYTON ST, DANVERS, MA, 01923 | US Mail (1st Class) |
| 24035 | WEICHERDING, GARY, 4960 HARRISON DR #107, LAS VEGAS, NV, 89120 | US Mail (1st Class) |

**Subtotal for this group: 34**