Robert Feldman
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone No.  (212) 310-8000
Facsmile No.   (212) 310-8007
E-Mail:        robert.feldman@weil.com
E-Mail:        tyson.lomazow@weil.com

Peter C. Bernhard
Nevada State Bar No. 734
Georganne W. Bradley
Nevada State Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada  89169
Telephone No.   (702) 650-6565
Facsimile No.   (702) 650-2995
E-Mail:         peter.bernhard@bullivant.com
E-Mail:         georganne.bradley@bullivant.com

Counsel for Compass Financial Partners LLC

E-FILED on March 30, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | SUPPLEMENT (EXHIBIT "C") TO MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN (AFFECTS USA COMMERCIAL MORTGAGE) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: April 26, 2007<br>Time: 9:30 a.m. |

1   Compass USA SPE LLC, together with its servicer, Compass Financial Partners LLC
2   (together, "Compass"), the purchaser of substantially all of the assets of USA Capital First Trust
3   Deed Fund, LLC and certain assets of USA Commercial Mortgage Company, by and through
4   Compass' counsel, submits this Supplement to its Motion for an Order Enforcing Confirmation
5   Order and Determining No Surviving Section 3 Right Exists With Respect to the Fiesta Oak
6   Valley Loan (the "Motion").

7   Attached to this Supplement is a copy of Exhibit "C" to the Motion, identified therein as
8   the "Kirby Letter", which was initially attached to the Motion but was not accepted for filing
9   through the ECF filing system.

10  DATED this 4th day of April, 2007.

WEIL, GOTSHAL & MANGES LLP
-and-
BULLIVANT HOUSER BAILEY PC

By /s/ Georganne W. Bradley
Peter C. Bernhard (NV Bar No. 734)
Georganne W. Bradley (NV Bar No. 1105)
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

Attorneys for Compass Financial Partners LLC

\\\\\
\\\\\
\\\\\
\\\\\

**EXHIBIT "C"**

**KIRBY LETTER**

(see attached)

– 3 –