LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8320
(702) 949-8321(fax)

ROB CHARLES
Nevada Bar No. 006593
Email: rcharles@lrlaw.com

SUSAN M. FREEMAN
Arizona Bar No. 004199
Email: sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

E-FILED ON 4/4/07

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| In re:<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under** |
| In re:<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>Debtor. | **Case No. BK-S-06-10725 LBR** |
| In re:<br><br>**USA CAPITAL TRUST DEED FUND, LLC,**<br>Debtor. | |
| In re:<br><br>**USA SECURITIES, LLC,**<br>Debtor. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

# CERTIFICATE OF MAILING
## (USA Commercial Mortgage Company)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Lewis and Roca LLP, Counsel for the USACM Liquidating Trust in the above-captioned cases, copies of the documents identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 29th day of March, 2007:

| | |
|---|---|
| Docket No. 3133 | FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3135 | SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3137 | THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3139 | FOURTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3141 | FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3143 | SIXTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3145 | SEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |

| Docket No. 3147 | EIGHTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
|---|---|
| Docket No. 3149 | NINTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3151 | TENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3153 | ELEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3155 | TWELFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3157 | THIRTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3159 | FOURTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3161 | FIFTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3163 | SIXTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3165 | SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3168 | EIGHTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3170 | NINETEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3172 | TWENTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |

| | |
|---|---|
| Docket No. 3174 | TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3176 | TWENTY-SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3180 | TWENTY-THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3182 | TWENTY-FOURTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3183 | TWENTY-FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3184 | TWENTY-SIXTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3185 | TWENTY-SEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3186 | TWENTY-EIGHTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3187 | TWENTY-NINTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3189 | THIRTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3190 | THIRTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3191 | THIRTY-SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |
| Docket No. 3192 | THIRTY-THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS |

| | |
|---|---|
| Docket No. 3194 | AMENDED NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3133] |
| Docket No. 3195 | AMENDED NOTICE OF HEARING REGARDING SECOND OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3135] |
| Docket No. 3196 | AMENDED NOTICE OF HEARING REGARDING THIRD OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3137] |
| Docket No. 3197 | AMENDED NOTICE OF HEARING REGARDING FOURTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3139] |
| Docket No. 3198 | AMENDED NOTICE OF HEARING REGARDING FIFTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3141] |
| Docket No. 3199 | AMENDED NOTICE OF HEARING REGARDING SIXTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3143] |
| Docket No. 3200 | AMENDED NOTICE OF HEARING REGARDING SEVENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3145] |
| Docket No. 3201 | AMENDED NOTICE OF HEARING REGARDING EIGHTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3147] |
| Docket No. 3202 | AMENDED NOTICE OF HEARING REGARDING NINTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3149] |
| Docket No. 3203 | AMENDED NOTICE OF HEARING REGARDING TENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3151] |

| Docket No. 3204 | AMENDED NOTICE OF HEARING REGARDING ELEVENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3153] |
|---|---|
| Docket No. 3205 | AMENDED NOTICE OF HEARING REGARDING TWELFTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3155] |
| Docket No. 3206 | AMENDED NOTICE OF HEARING REGARDING THIRTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3157] |
| Docket No. 3207 | AMENDED NOTICE OF HEARING REGARDING FOURTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3159] |
| Docket No. 3208 | AMENDED NOTICE OF HEARING REGARDING FIFTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3161] |
| Docket No. 3209 | AMENDED NOTICE OF HEARING REGARDING SIXTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3163] |
| Docket No. 3210 | AMENDED NOTICE OF HEARING REGARDING SEVENTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3165] |
| Docket No. 3211 | AMENDED NOTICE OF HEARING REGARDING EIGHTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3168] |
| Docket No. 3212 | AMENDED NOTICE OF HEARING REGARDING NINETEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3170] |
| Docket No. 3213 | AMENDED NOTICE OF HEARING REGARDING TWENTIETH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3172] |

| | |
|---|---|
| Docket No. 3214 | AMENDED NOTICE OF HEARING REGARDING TWENTY-FIRST OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3174] |
| Docket No. 3215 | AMENDED NOTICE OF HEARING REGARDING TWENTY SECOND OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3176] |
| Docket No. 3216 | NOTICE OF HEARING REGARDING TWENTY-THIRD OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3180] |
| Docket No. 3217 | NOTICE OF HEARING REGARDING TWENTY-FOURTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3182] |
| Docket No. 3218 | NOTICE OF HEARING REGARDING TWENTY-FIFTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3183] |
| Docket No. 3219 | NOTICE OF HEARING REGARDING TWENTY-SIXTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3184] |
| Docket No. 3220 | NOTICE OF HEARING REGARDING TWENTY-SEVENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3185] |
| Docket No. 3221 | NOTICE OF HEARING REGARDING TWENTY-EIGHTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3186] |
| Docket No. 3222 | NOTICE OF HEARING REGARDING TWENTY-NINTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3187] |
| Docket No. 3223 | NOTICE OF HEARING REGARDING THIRTIETH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3189] |

| | |
|---|---|
| Docket No. 3224 | NOTICE OF HEARING REGARDING THIRTY-FIRST OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3190] |
| Docket No. 3225 | NOTICE OF HEARING REGARDING THIRTY-SECOND OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3191] |
| Docket No. 3226 | NOTICE OF HEARING REGARDING THIRTY-THIRD OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3192] |
| Docket No. 3253 | OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS |
| Docket No. 3254 | NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS [Re: Docket No. 3253] |
| Docket No. 3255 | OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3256 | NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3255] |
| Docket No. 3257 | FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3258 | NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3257] |
| Docket No. 3259 | SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3260 | NOTICE OF HEARING REGARDING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3259] |

| | |
|---|---|
| Docket No. 3261 | THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS |
| Docket No. 3262 | NOTICE OF HEARING REGARDING THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS [Re: Docket No. 3261] |
| Exhibit "A" | Service List regarding all above-referenced Docket Numbers |

DATED: April 4, 2007
El Segundo, California

_____
James H. Myers

State of California    )
                       ) ss
County of Los Angeles  )

    Personally appeared before me on April 4, 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov 13, 2008