**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

**Total number of parties: 10**

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24098 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (RE: FRANKLIN/STRATFORD INVESTMENT LLC), 720 S 4TH ST, STE 300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 24098 | GEOFFREY L BERMAN, DEVELOPMENT SPECIALISTS, INC., (RE: TRUSTEE FOR USACM LIQUIDATING TRUST), 333 S. GRAND AVE., STE 4070, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 24098 | ALLAN B DIAMOND, DIAMOND MCCARTHY LLP, (RE: SPECIAL LIT COMMITTEE COUNSEL), 909 FANNIN, STE 1500, HOUSTON, TX, 77010 | US Mail (1st Class) |
| 24098 | ERIC D MADDEN, DIAMOND MCCARTHY LLP, (RE: SPECIAL LIT COMMITTEE COUNSEL), 1201 ELM ST, STE 3400, DALLAS, TX, 75270 | US Mail (1st Class) |
| 24098 | JANET L CHUBB, JONES VARGAS, (RE: CHARLES ANDERSON TRUST, ETAL), 100 W LIBERTY ST, 12TH FL, PO BOX 281, RENO, NV, 89504-0281 | US Mail (1st Class) |
| 24098 | ROB CHARLES/SUSAN FREEMAN, LEWIS AND ROCA LLP, (RE: CREDITORS COMMITTEE USACMC), 3993 HOWARD HUGHES PKWY, SUITE 600, LAS VEGAS, NV, 89169-0961 | US Mail (1st Class) |
| 24098 | AUGUST B. LANDIS, OFFICE OF THE U.S. TRUSTEE, (RE: OFFICE OF U.S. TRUSTEE), 300 LAS VEGAS BLVD, S. SUITE 4300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 24098 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (RE: EQUITY SEC HLDRS COMMITTEE), 400 CAPITAL MALL, STE 3000, SACRAMENTO, CA, 95145 | US Mail (1st Class) |
| 24098 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (RE: COUNSEL FOR INVESTOR COMMITTEES), 228 S FOURTH ST, 1ST FL, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 24098 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (RE: COUNSEL FOR INVESTOR COMMITTEES), 1901 AVE OF STARS, 12TH FL, LOS ANGELES, CA, 90067 | US Mail (1st Class) |

**Subtotal for this group: 10**