March 30, 2007

RECEIVED & FILED

'07 APR -4 P1:21

U.S. BANKRUPTCY COURT
PATRICIA GRAY CLERK

Clerk
United Sates Bankruptcy Court
300 Las Vegas Blvd South 4th Floor
Las Vegas, Nevada 89101

RE: Case No. BK-S-06-10725-LBR

I object to the relief requested in the above referenced case. In Exhibit A, under the heading Proposed Treatment/Comments Objection heading, it states that the claim is for commission by broker who signed up lenders for non-performing loans. This is completely untrue. I was hired in December of 2000and my responsibility with USA Capital was to raise money from Institutional clients such as Banks, Insurance Companies, Pension Funds and Broker/Dealers. I also worked with outside counsel on preparing offering documents for purposed product. This was a marketing, not sales position. I was paid a base of $132,000. (Enclosed are 1099's for 2005 and 2006). I was paid bi-monthly and I can supply copies of check stubs if you wish. I was paid on a 1099 as I was a California resident and USA wanted it that way. (Copy of Business Card enclosed) I filed this claim as the original bankruptcy filing indicated I was entitled to $5,587.50. It did not reflect the 30 days of termination compensation as per my employment agreement. Hence my claim was for $16,587.50 with $10,000 being priority status. Doesn't the Court or the multitude of attorneys have access to USA personnel files? Obviously not as the attorneys do not have a clue to what my position was.

Respectfully submitted,

Michael P. Mollo

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| USA Commercial Mortgage<br>4484 South Pecos Road.<br>Las Vegas    Nevada    89121<br>(702) 734-2400  Ext. 0000 | $<br>2 Royalties<br>$ | 2006<br>Form 1099-MISC | |
| | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S federal identification number<br>88-0244801 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>Mike Mollo<br><br><br><br>316 S. Broadway #B<br><br>Redondo Beach   CA       90277 | 7 Nonemployee compensation<br><br>39720.00<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**    ♻ Printed on Recycled Paper    (keep for your records)    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| USA Commercial Mortgage<br>4484 South Pecos Road.<br>Las Vegas    Nevada    89121<br>(702) 734-2400  Ext. 0000 | $<br>2 Royalties<br>$ | 2005<br>Form 1099-MISC | |
| | 3 Other income<br>$ | 4 Federal Income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S Federal identification number<br>88-0244801 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>Mike Mollo<br><br><br><br>316 S. Broadway #B<br><br>Redondo Beach   CA       90277 | 7 Nonemployee compensation<br><br>135500.00<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |



Michael P. Mollo
Managing Director

USA Capital Realty Advisors
120 Montgomery Street · Suite 1200 · San Francisco, CA 94104
Phone: 415-665-9970 · Fax: 702-734-0163
Email: mmollo@usacapitalcorp.com · www.usacapitallender.com