# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 48

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23926 | 1989 DUESING FAMILY TRUST DATED 1/31/89, STEVEN & DEBORAH DUESING TTEES, 1701 GOLDEN OAK DR, LAS VEGAS, NV, 89117-1453 | US Mail (1st Class) |
| 23926 | 1996 KNOBEL TRUST DTD 9/5/96, C/O ANNA S KNOBEL TRUSTEE, 8919 CHALLIS HILL LN, CHARLOTTE, NC, 28226-2687 | US Mail (1st Class) |
| 23926 | 42145 TRUST, C/O RICHARD C MACDONALD TRUSTEE, 1730 W HORIZON RIDGE PKWY, HENDERSON, NV, 89012-1001 | US Mail (1st Class) |
| 23926 | 92173 FAMILY TRUST, C/O RICHARD C & CLAIRE MACDONALD TTEES, 1730 W HORIZON RIDGE PKWY, HENDERSON, NV, 89012-1001 | US Mail (1st Class) |
| 23926 | A-1 SECURITY, 917 SOUTH FIRST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23926 | ACRES CORPORATION PSP, A REHBERGER TRUSTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23926 | ACRES CORPORATION PSP, ANNEMARIE REHBERGER TRUSTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23926 | ACRES CORPORATION PSP, ANNEMARIE REHBERGER TRUSTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23926 | ACRES CORPORATION PSP, ANNEMARIE REHBERGER, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23926 | ACRES CORPORATION PSP, ANNEMARIE REHBERGER, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23926 | ACRES PROFIT SHARING PLAN, C/O ANNEMARIE REHBERGER TTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450-3651 | US Mail (1st Class) |
| 23926 | ACS NEVADA INC, 7990 CASTLE PINES AVE, LAS VEGAS, NV, 89113-1207 | US Mail (1st Class) |
| 23926 | ACS PROPERTIES, PETER MERRIFIELD, 4417 48TH AVE S, ST PETERSBURG, FL, 33701 | US Mail (1st Class) |
| 23926 | ACTION SPORTS ALLIANCE USA INC, 311 W THIRD ST, STE C, CARSON CITY, NV, 89703-4215 | US Mail (1st Class) |
| 23926 | ACTION SPORTS ALLIANCE USA INC, 311 W THIRD ST, STE C, CARSON CITY, NV, 89703-4215 | US Mail (1st Class) |
| 23926 | ADAMS, BRIAN M, 525 S 6TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23926 | ADAMS, HERMAN & BRIAN M & ANTHONY G, 1341 CASHMAN DR, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23926 | ADAMS, HERMAN M BRIAN M & ANTHONY G, 1341 CASHMAN DR, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23926 | ADAMS, HERMAN M BRIAN M & ANTHONY G, 1341 CASHMAN DR, LAS VEGAS, NV, 89102-2001 | US Mail (1st Class) |
| 23926 | ADAMS, KAREN, 15026 STARBUCK ST, WHITTIER, CA, 90603 | US Mail (1st Class) |
| 23926 | ADAMS, KAREN, 15026 STARBUCK ST, WHITTIER, CA, 90603-2251 | US Mail (1st Class) |
| 23926 | ADAMS, MICHAEL, 1730 WINTER MOON CT, RENO, NV, 89523 | US Mail (1st Class) |
| 23926 | ADAMS, MICHAEL, 1730 WINTER MOON CT, RENO, NV, 89523 | US Mail (1st Class) |
| 23926 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561 | US Mail (1st Class) |
| 23926 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23926 | ADDES TRUST, KENNETH & VICTORIA ADDES TTEES, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23926 | ADDES TRUST, KENNETH & VICTORIA ADDES TTEES, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23926 | ADDES TRUST, KENNETH & VICTORIA ADDES TTEES, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23926 | ADDES TRUST, KENNETH & VICTORIA ADDES TTEES, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23926 | ADDES, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561 | US Mail (1st Class) |
| 23926 | ADDES, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561 | US Mail (1st Class) |
| 23926 | ADDY, RONALD M & PRISCILLA K, PO BOX 9550, BEND, OR, 97708 | US Mail (1st Class) |
| 23926 | ADDY, RONALD M & PRISCILLA K, PO BOX 9550, BEND, OR, 97708 | US Mail (1st Class) |
| 23926 | AIG LIMITED A NEVADA LIMITED PARTNERSHIP, 9904 VILLA GRANITO LN, GRANITE BAY, CA, 95746-6481 | US Mail (1st Class) |
| 23926 | ALAN G & PATTY J DONDERO 1992 REVOCABLE TRUST, ALAN & PATTY DONDERO TTEES, 10120 W FLAMINGO RD, STE 4-252, LAS VEGAS, NV, 89147-8394 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23926 | ALBRIGHT PERSING & ASSOC PROFIT SHARING PLAN, DEANE ALBRIGHT & CASEY PERSING TTEES, 1025 RIDGEVIEW DR, #300, RENO, NV, 89519 | US Mail (1st Class) |
| 23926 | ALDERSON IRA, HARVEY, 4941 HARRIS AVE, LAS VEGAS, NV, 89110-2448 | US Mail (1st Class) |
| 23926 | ALDERSON, HARVEY, 4941 HARRIS AVE, LAS VEGAS, NV, 89110-2448 | US Mail (1st Class) |
| 23926 | ALDRICH IRA, GEORGETTE, 2117 LAS FLORES ST, LAS VEGAS, NV, 89102-3813 | US Mail (1st Class) |
| 23926 | ALICE HUMPHRY & VALERIE JAEGER, 3825 CHAMPAGNE WOOD DR, NORTH LAS VEGAS, NV, 89031-2056 | US Mail (1st Class) |
| 23926 | ALLERGY CONSULTANTS MEDICAL GROUP INC, C/O DIONISIO FERNANDES TRUSTEE, 401 K PROFIT SHARING PLAN, 4001 OAK MANOR CT, HAYWARD, CA, 94542-1445 | US Mail (1st Class) |
| 23926 | ALLISON, KAREN R, 2656 SEA SHORE DR, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 23926 | ALVES FAMILY TRUST DTD 10/27/89, ARNOLD R & AGNES J ALVES TTEES, 9904 VILLA GRANITO LN, GRANITE BAY, CA, 95746-6481 | US Mail (1st Class) |
| 23926 | ALVINA AGATHA SEDLAK LIVING TRUST DTD 6/23/04, ALVINA AGATHA SEDLAK TRUSTEE, 7840 E CAMELBACK RD, UNIT 203, SCOTTSDALE, AZ, 85251-2250 | US Mail (1st Class) |
| 23926 | AMBERWAY EQUITIES LLC, 14400 MORNING MOUNTAIN WAY, ALPHARETTA, GA, 30004-4521 | US Mail (1st Class) |
| 23926 | MARGUERITE F HARRISON IRA, 1ST SAVINGS BANK CUSTODIAN, 930 DORCEY DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23926 | PAUL G CHELEW CHARITABLE REMAINDER, ALTA BATES SUMMIT FOUNDATION TTEE, 2855 TELEGRAPH AVE, STE 601, BERKELEY, CA, 94705-1161 | US Mail (1st Class) |
| 23926 | PAUL G CHELEW CHARITABLE REMAINDER, ALTA BATES SUMMIT FOUNDATION TTEE, BERKELEY, CA, 94705 | US Mail (1st Class) |

**Subtotal for this group: 48**