# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

**Total number of parties: 49**

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23927 | ANDERSON FMLY TRUST DTD 7/21/92, GARY B & BARBARA L ANDERSON TTEE, PO BOX 699, CARNELIAN BAY, CA, 96104 | US Mail (1st Class) |
| 23927 | ANDERSON IRA, LARRY, 13250 MAHOGANY DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23927 | ANDERSON TRUSTEE, LARRY, 13250 MAHOGANY DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23927 | ANDERSON, LARRY & NANCY, 13250 MAHOGANY DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23927 | ANDRADE, ALBERT DANIEL, PO BOX 2122, OAKDALE, CA, 95361-5122 | US Mail (1st Class) |
| 23927 | ANDRADE, ALBERT DANIEL, PO BOX 2122, OAKDALE, CA, 95361-5122 | US Mail (1st Class) |
| 23927 | ANDRADE, ALBERT DANIEL, PO BOX 2122, OAKDALE, CA, 95361-5122 | US Mail (1st Class) |
| 23927 | ANDREA T MANCUSO FAMILY LIMITED PARTNERSHIP, ANDRA MANCUSO GENERAL PARTNER, PO BOX 981840, PARK CITY, UT, 84098-1840 | US Mail (1st Class) |
| 23927 | ANGELI, EMILIO J & CHRISTINE E, 9675 IRVINE BAY CT, LAS VEGAS, NV, 89147-8365 | US Mail (1st Class) |
| 23927 | ANITA WATSON LIVING TRUST DTD 4/8/03, ANITA WATSON TTEE, 5309 PARSONAGE CT, VIRGINIA BEACH, VA, 23455-7101 | US Mail (1st Class) |
| 23927 | ANN E BRANT SURVIVORS TRUST DTD 5/22/87, C/O RAYMOND F BRANT TRUSTEE, PO BOX 728, DIABLO, CA, 94528 | US Mail (1st Class) |
| 23927 | ANTHONY & ALICIA PASQUALOTTO 1997 TRUST, ANTHONY & ALICIA PASQUALOTTO TRUST, 5775 DUNEVILLE ST, LAS VEGAS, NV, 89118-2726 | US Mail (1st Class) |
| 23927 | APG TRUST DATED 7/5/00, C/O ALEX G GASSIOT TTEE, 3710 CLOVER WAY, RENO, NV, 89509 | US Mail (1st Class) |
| 23927 | APG TRUST DTD 7/5/00, C/O ALEX G GASSIOT TTEE, 3710 CLOVER WAY, RENO, NV, 89509 | US Mail (1st Class) |
| 23927 | APIGIAN JT TEN, LARRY & LEONA, 172 WOODLAND RD, GOLDENDALE, WA, 98620 | US Mail (1st Class) |
| 23927 | ARBOGAST, SUZANNE L, 1005 W BUFFINGLON ST, UPLAND, CA, 91784 | US Mail (1st Class) |
| 23927 | ARCHER, GUY, 1725 FAIRFIELD AVE, RENO, NV, 89509-3221 | US Mail (1st Class) |
| 23927 | ARCHER, GUY, 1725 FAIRFIELD AVE, RENO, NV, 89509-3221 | US Mail (1st Class) |
| 23927 | ARCHER, SHERRY, 2944 PIERCE ST, SAN FRANCISCO, CA, 94123 | US Mail (1st Class) |
| 23927 | ARECHIGA, ALBERT, 4800 MARCONI AVE, #137, CARMICHAEL, CA, 95608 | US Mail (1st Class) |
| 23927 | ARENDS FAMILY TRUST, JOAN ARENDS AS TRUSTEE, 2310 AQUA HILL RD, FALLBROOK, CA, 92026 | US Mail (1st Class) |
| 23927 | ARONSON, LAWRENCE J & HENRIETTA, 21150 POINT PL, APT 606, AVENTURA, FL, 33180-4034 | US Mail (1st Class) |
| 23927 | ARTHUR E & THELMA KEBBLE FAMILY TRUST DTD 5/19/95, C/O ARTHUR E & THELMA M KEBBLE TTEES, 9512 SALEM HILLS CT, LAS VEGAS, NV, 89134-7883 | US Mail (1st Class) |
| 23927 | AUDREY M WHIGHTSIL REVOCABLE LIVING TRUST, ANDREY M WHIGHTSIL TRUSTEE, 12754 JOLEANE AVE, YUMA, AZ, 85367 | US Mail (1st Class) |
| 23927 | AUFFERT, EUGENE & MARIA TERESA, 534 LAMBETH CT, HENDERSON, NV, 89014-3863 | US Mail (1st Class) |
| 23927 | AUGUSTINE TUFFANELLI FAMILY TRUST, AUGUSTINE TUFFANELLI TTEE, THOMAS R BROOKSBANK ESQ, 689 SIERRA ROSE DR STE A2, RENO, NV, 89511 | US Mail (1st Class) |
| 23927 | AURORA INVESTMENTS LP, 2710 HARBOR HILLS LN, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23927 | AVERETT, GEORGE MICHAEL & CLAIRE H, 760 LITTLE SWEDEN RD, HEBER CITY, UT, 84032-3503 | US Mail (1st Class) |
| 23927 | AYERS, C DONALD, PO BOX 1769, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23927 | BAGINSKI, MICHAEL, 12881 KNOTT ST, # 205, GARDEN GROVE, CA, 92841 | US Mail (1st Class) |
| 23927 | BAKAS-HALLIDAY, IONA, PO BOX 39147, FT LAUDERDALE, FL, 33339 | US Mail (1st Class) |
| 23927 | BAKER, SIGFRIED, 8057 LANDS END, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23927 | BAKER, SIGFRIED, 8057 LANDS END, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23927 | BARASHY, NIMROD, 2868 REDWOOD ST, LAS VEGAS, NV, 89146 | US Mail (1st Class) |
| 23927 | BARBARA J KEWELL TRUST DATED 7/18/89, FREDERICK W KEWELL TTEE, 5426 HIDDEN VALLEY CT, RENO, NV, 89502-9571 | US Mail (1st Class) |
| 23927 | BARCIA, DANIEL, 1600 PICKET CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23927 | BARCIA, DANIEL, 1600 PICKET CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23927 | BARCIA, DANIEL, 1600 PICKET CT, RENO, NV, 89521 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23927 | BARROSO, PEDRO, 3231 CAMBRIDGESHIRE ST, LAS VEGAS, NV, 89146 | US Mail (1st Class) |
| 23927 | BARTHOLOMEW FAMILY TRUST DTD 7/1/99, LARRY B & KAREN S BARTHOLOMEW, PO BOX 521, AMERICAN FORK, UT, 84003-0521 | US Mail (1st Class) |
| 23927 | BARTHOLOMEW FAMILY TRUST, LARRY B & KAREN S BARTHOLOMEW TTEES, PO BOX 521, AMERICAN FORK, UT, 84003-0521 | US Mail (1st Class) |
| 23927 | BARZAN FAMILY TRUST DTD 5/23/90, JOHN C & ROSEMARIE A BARZAN TTEES, 1409 MORADA DR, MODESTO, CA, 95350-0655 | US Mail (1st Class) |
| 23927 | BARZAN, RICHARD D & LELIA J, 7231 LANGWORTH RD, OAKDALE, CA, 95361 | US Mail (1st Class) |
| 23927 | BAUER IRA, JOHN, 40808 N RIVER BEND RD, ANTHEM, AZ, 85086-2946 | US Mail (1st Class) |
| 23927 | BAUER, TIMOTHY & ANGELA, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23927 | BENJAMIN & ALEATH NICOSIA FAMILY TRUST DTD 5/10/02, BENJAMIN & ALEATH NICOSIA TTEES, 15775 W VERDE LN, GOODYEAR, AZ, 85338-8124 | US Mail (1st Class) |
| 23927 | BENJAMIN & ALEATH NICOSIA FAMILY TRUST DTD 5/10/02, C/O BENJAMIN & ALEATH NICOSIA TTEES, 15775 W VERDE LN, GOODYEAR, AZ, 85338-8124 | US Mail (1st Class) |
| 23927 | BENJAMIN & ALEATH NICOSIA FAMILY TRUST DTD 5/10/02, C/O BENJAMIN & ALEATH NICOSIA TTEES, 15775 W VERDE LN, GOODYEAR, AZ, 85338-8124 | US Mail (1st Class) |
| 23927 | LEONARD & BARBARA BAKER REVOCABLE TRUST, C/O LEONARD & BARBARA BAKER CO-TRUSTEES, 8520 BAYLAND DR, LAS VEGAS, NV, 89134-8641 | US Mail (1st Class) |

Subtotal for this group· 49

USA Commercial Mortgage Company fka USA Capı