# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 41

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23928 | BENJAMIN, PHILIP & MAUREEN, PO BOX 376, INDIAN SPRINGS, NV, 89018-0376 | US Mail (1st Class) |
| 23928 | BENJAMIN, PHILIP & MAUREEN, PO BOX 376, INDIAN SPRINGS, NV, 89018-0376 | US Mail (1st Class) |
| 23928 | BENNETT, ALAN, 14225 S WISPERWOOD DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23928 | BENNETT, ALAN, 14225 S WISPERWOOD DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23928 | BENZ FAMILY TRUST DTD 7/1/95, BERNARD D & MARGARET W BENZ TTEES, 1265 OLD FOOTHILL RD, GARDNERVILLE, NV, 89460 | US Mail (1st Class) |
| 23928 | BERKOWITZ, DAVID M, 827 UNION PACIFIC BLVD, PMB 71-404, LAREDO, TX, 78045 | US Mail (1st Class) |
| 23928 | BERRY, WILLIAM CHAD, 11136 ACAMA ST, APT 312, STUDIO CITY, CA, 91602-3067 | US Mail (1st Class) |
| 23928 | BERRY, WILLIAM, 11136 ACAMA ST #312, STUDIO CITY, CA, 91602 | US Mail (1st Class) |
| 23928 | BERYL WINER FAMILY TRUST, C/O BERYL WINER TRUSTEE, 776 BIRDBAY WAY, VENICE, FL, 34285-6142 | US Mail (1st Class) |
| 23928 | BERYL WINER FAMILY TRUST, C/O BERYL WINER, 776 BIRDBAY WAY, VENICE, FL, 34285 | US Mail (1st Class) |
| 23928 | BEVAN, DONALD G & BETTE COLEEN, 1553 SPRINGWATER DR, OREM, UT, 84058-5868 | US Mail (1st Class) |
| 23928 | BEVAN, DONALD G & BETTE COLEEN, 1553 SPRINGWATER DR, OREM, UT, 84058-5868 | US Mail (1st Class) |
| 23928 | BEVERLY STILES REVOCABLE TRUST DATED 8/10/05, JOE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23928 | BILLY SHOPE JR FAMILY LP, 2833 MARYLAND HILLS DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23928 | BILLY SHOPE JR FAMILY LP, 2833 MARYLAND HILLS DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23928 | BILLY SHOPE JR FAMILY LP, 2833 MARYLAND HILLS DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23928 | BILLY SHOPE JR FAMILY LP, 2833 MARYLAND HILLS DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23928 | BISHOP, VALON, PO BOX 50041, RENO, NV, 89513 | US Mail (1st Class) |
| 23928 | BISHOP, VALON, PO BOX 50041, RENO, NV, 89513 | US Mail (1st Class) |
| 23928 | BOERIO, CHARLES J & PATRICIA N, 1717 DAMON RD, CARSON CITY, NV, 89701-4875 | US Mail (1st Class) |
| 23928 | BOERIO, CHARLES, 1717 DAMON RD, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23928 | BOLDING, WILLIAM & CAROLYN, 3961 ARIZONA AVE, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 23928 | BOLDING, WILLIAM & CAROLYN, 3961 ARIZONA AVE, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 23928 | BOLDING, WILLIAM & CAROLYN, 3961 ARIZONA AVE, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 23928 | BOLDING, WILLIAM & CAROLYN, 3961 ARIZONA AVE, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 23928 | BOLINO FAMILY REVOCABLE TRUST DATED 3/6/95, JOE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23928 | BONFIGLIO & ASSOCIATES LTD PENSION PLANSHIP, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23928 | BONNEMA, CHRIS, PO BOX 877, TEMPLETON, CA, 93465 | US Mail (1st Class) |
| 23928 | BONNEMA, GARY, PO BOX 8649, HORSESHOE BAY, TX, 78657 | US Mail (1st Class) |
| 23928 | BOYCE 1989 TRUST DTD 6/12/89, C/O KATHLEEN A BOYCE TRUSTEE, 16865 RUE DU PARC, RENO, NV, 89511-4575 | US Mail (1st Class) |
| 23928 | BOYCE II, WILLIAM, 3448 MONTE CARLO DR, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23928 | BRANT TRUST DATED 12/22/92, RAYMOND F & ANN L, C/O RAYMOND F BRANT TRUSTEE, PO BOX 728, DIABLO, CA, 94528 | US Mail (1st Class) |
| 23928 | BRAUER IRA, NANCY, 2222 ALBION ST, DENVER, CO, 80207-3708 | US Mail (1st Class) |
| 23928 | BRAUER, NANCY, 2222 ALBION ST, DENVER, CO, 80207 | US Mail (1st Class) |
| 23928 | BREHMER, HANNAH, 188 BEACON HILL DR, ASHLAND, OR, 97520 | US Mail (1st Class) |
| 23928 | BRENNAN, GARY, 3496 PUEBLO WAY, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 23928 | BRENNAN, GARY, 3496 PUEBLO WAY, LAS VEGAS, NV, 89109-3337 | US Mail (1st Class) |
| 23928 | BRINES REVOCABLE FAMILY TRUST, MICHAEL R & CINDY G, U/A DTD 11/5/94, C/O MICHAEL R & CINDY G BRINES TTEES, 4935 EL SERENO AVE, LA CRESCENTA, CA, 91214-3018 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23928 | CHARLES S BOGGS LIVING TRUST DTD 8/27/98, CHARLES S BOGGS TTEE, 406 PEARL ST, BOULDER, CO, 80302-4931 | US Mail (1st Class) |
| 23928 | MARJORIE Y BERLIN, PO BOX 4805, BOULDER, CO, 80306-4805 | US Mail (1st Class) |
| 23928 | MICHAEL & CINDY BRINES REVOC FAM TRUST DTD 11/5/94, MICHAEL R & CINDY G BRINES TTEES, 4935 EL SERENO AVE, LA CRESCENTA, CA, 91214-3018 | US Mail (1st Class) |

**Subtotal for this group: 41**