# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

**Total number of parties: 50**

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN  JAMES R BONFIGLIO, 8635 WEST SAHARA AVE, PMB 220, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23929 | BROCK FAMILY TRUST DATED 5/25/95, C/O PENNY L BROCK TRUSTEE, 355 MUGO PINE CIR, RENO, NV, 89511-8799 | US Mail (1st Class) |
| 23929 | BROCK, PENNY, 355 MUGO PINE CIR, RENO, NV, 89511 | US Mail (1st Class) |
| 23929 | BROCK, PENNY, 355 MUGO PINE CIR, RENO, NV, 89511 | US Mail (1st Class) |
| 23929 | BROCK, PENNY, 355 MUGO PINE CIR, RENO, NV, 89511 | US Mail (1st Class) |
| 23929 | BROOKS LIVING TRUST DTD 6/30/97, C/O HOWARD D & DOREEN C BROOKS TTEES, 1894 US HIGHWAY 50 E, STE 4-344, CARSON CITY, NV, 89701-3202 | US Mail (1st Class) |
| 23929 | BROOKS, ROBERT E, 1405 14TH AVE SW, MINOT, ND, 58701-5781 | US Mail (1st Class) |
| 23929 | BROUWERS FAMILY TRUST, 8040 VISTA TWILIGHT DR, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23929 | BROUWERS FAMILY TRUST, 8040 VISTA TWILIGHT DR, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23929 | BROUWERS FAMILY TRUST, TRUSTEE, 8040 VISTA TWILIGHT DR, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23929 | BROWN, JACECK, 2391 NW IRVING ST, PORTLAND, OR, 97210 | US Mail (1st Class) |
| 23929 | BRUCE LIVING TRUST DTD 9/27/01, C/O DON & KIM BRUCE TTEES, 1761 MONTELENA CT, CARSON CITY, NV, 89703-8375 | US Mail (1st Class) |
| 23929 | BRUGGEMANS, PAUL, 385 W TAHQUITZ CANYON WAY, PALM SPRINGS, CA, 92262-5647 | US Mail (1st Class) |
| 23929 | BRUGGEMANS, PAUL, 385 W TAHQUITZ CANYON WAY, PALM SPRINGS, CA, 92262-5647 | US Mail (1st Class) |
| 23929 | BRUGGEMANS, PAUL, 385 WEST TAHQUITZ CANYON WAY, PALM SPRINGS, CA, 92262 | US Mail (1st Class) |
| 23929 | BUCKWALD REVOCABLE TRUST DTD 2/11/92, C/O NEIL G BUCKWALD TRUSTEE, 5000 N VALADEZ ST, LAS VEGAS, NV, 89149-5247 | US Mail (1st Class) |
| 23929 | BUCKWALD, NEIL, 5000 NORTH VALDEZ ST, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23929 | BUNN, FRANK, 8279 PALMADA, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23929 | BURDIGE, CYNTHIA, 100 NW 82 AVE, STE 305, PLATATION, FL, 33324 | US Mail (1st Class) |
| 23929 | BURRUS, TIMOTHY F & JOANN ORTIZ-BURRUS, DEL HARDY ESQ, HARDY LAW GROUP, 96-98 WINTER ST, RENO, NV, 89503-5605 | US Mail (1st Class) |
| 23929 | BURRUS, TIMOTHY F & JOANN ORTIZ-BURRUS, DEL HARDY ESQ, HARDY LAW GROUP, 96-98 WINTER ST, RENO, NV, 89503-5605 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23929 | BURRUS, TIMOTHY F & JOANN ORTIZ-BURRUS, DEL HARDY ESQ, HARDY LAW GROUP, 96-98 WINTER ST, RENO, NV, 89503-5605 | US Mail (1st Class) |
| 23929 | BURRUS, TIMOTHY F & JOANN ORTIZ-BURRUS, DEL HARDY ESQ, HARDY LAW GROUP, 96-98 WINTER ST, RENO, NV, 89503-5605 | US Mail (1st Class) |
| 23929 | BURRUS, TIMOTHY F & JOANN ORTIZ-BURRUS, DEL HARDY ESQ, HARDY LAW GROUP, 96-98 WINTER ST, RENO, NV, 89503-5605 | US Mail (1st Class) |
| 23929 | BURT FAMILY TRUST #1 & 2, DONALD BURT & CONNIE CEJMER, PO BOX 2018, QUARTZITE, AZ, 85345 | US Mail (1st Class) |
| 23929 | C ZRUDSKY INC, 106 E VICTORIAN AVE, SPC 35, SPARKS, NV, 89431-5408 | US Mail (1st Class) |
| 23929 | CALE FAMILY TRUST DTD 11/16/88, C/O KEITH J CALE TTEE, 6070 INGLESTON DR, UNIT 1111, SPARKS, NV, 89436-7082 | US Mail (1st Class) |
| 23929 | CALHOUN, ANITA J, 2026 BEL AIR AVE, SAN JOSE, CA, 95128-1409 | US Mail (1st Class) |
| 23929 | CALHOUN, ORVIN, 2026 BEL AIR AVE, SAN JOSE, CA, 95128 | US Mail (1st Class) |
| 23929 | CALLAHAN & MARADON JT TENENTS, VALERIE & CHARLES, 12585 CREEK CREST DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23929 | CANGELOSI TRUSTEE, MARGARET M, 614 HILLSIDE CROSSING, POMPTON PLAINS, NJ, 07444 | US Mail (1st Class) |
| 23929 | CANGELOSI, BRANDON ARNER & DONNA M, 5860 LAUSANNE DR, RENO, NV, 89511-5034 | US Mail (1st Class) |
| 23929 | CANGELOSI, JOHN R & MARGARET M, 614 HILSIDE CROSSING, POMPTON PLAINS, NJ, 07444 | US Mail (1st Class) |
| 23929 | CARANO, MARIE K, 2780 LAKESIDE DR, RENO, NV, 89509-4218 | US Mail (1st Class) |
| 23929 | CARDWELL CHARITABLE TRUST, C/O JAMES B CARDWELL TTEE, C/O MICHAEL J DAWSON ESQ, 515 SOUTH THIRD ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23929 | CARDWELL FAMILY TRUST, C/O JAMES B & REBA JO CARDWELL, C/O MICHAEL J DAWSON ESQ, 515 SOUTH THIRD ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23929 | CARDWELL FAMILY TRUST, C/O JAMES B & REBA JO CARDWELL, C/O MICHAEL J DAWSON ESQ, 515 SOUTH THIRD ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23929 | CARDWELL FAMILY TRUST, C/O JAMES B & REBA JO CARDWELL, C/O MICHAEL J DAWSON ESQ, 515 SOUTH THIRD ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23929 | CARDWELL, REBBA JO, C/O MICHAEL J DAWSON ESQ, 515 SOUTH THIRD ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |

**Subtotal for this group:  50**