**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital
Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23930 | ACOSTA, CELSO, 9061 BLACK ELK AVE, LAS VEGAS, NV, 89143-1180 | US Mail (1st Class) |
| 23930 | ACOSTA, CELSO, 9061 BLACK ELK AVE, LAS VEGAS, NV, 89143-1180 | US Mail (1st Class) |
| 23930 | ACOSTA, CELSO, 9061 BLACK ELK AVE, LAS VEGAS, NV, 89143-1180 | US Mail (1st Class) |
| 23930 | CARHON JT TEN, MICHAEL W & HELEN I, 416 N 10TH ST, BIYTHE, CA, 92225-1835 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL & ZORA N, 390 CORVAIR DR, LAKE HAVASU CITY, AZ, 86406-7074 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 390 CORVAIR DR, LAKE HAVASU CITY, AZ, 86406 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277 | US Mail (1st Class) |
| 23930 | CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277 | US Mail (1st Class) |
| 23930 | CARLTON, MICHAEL W & HELEN I, 416 N 10TH ST, BLYTHE, CA, 92225-1835 | US Mail (1st Class) |
| 23930 | CAROL EDWARD ASSOCIATES, PO BOX 8543, INCLINE VILLAGE, NV, 89452-8543 | US Mail (1st Class) |
| 23930 | CAROL MORTENSEN FAMILY TRUST DTD 9/9/90, C/O CAROL MORTENSE TTEE, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117 | US Mail (1st Class) |
| 23930 | CAROL MORTENSEN FAMILY TRUST DTD 9/9/90, C/O CAROL MORTENSEN TRUSTEE, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117-5854 | US Mail (1st Class) |
| 23930 | CAROLINE GERWIN FAMILY TRUST DTD 11/2/95, C/O CAROLINE M GERWIN TRUSTEE, 4775 SUMMIT RIDGE DR, APT 1101, RENO, NV, 89523-7917 | US Mail (1st Class) |
| 23930 | CAROLLO JT TEN, ROBERT & BEVERLEY, BEVERLY CAROLLO, MORSE & MOWBRAY, 300 SOUTH FOURTH ST, STE 1400, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23930 | CARPENTER, MICHAEL R & ANNE M, 687 W ELLA DR, CORRALES, NM, 87048-7248 | US Mail (1st Class) |
| 23930 | CARRIER FAMILY TRUST DATED 8/9/91, DON F & SARA L CARRIER TTEES, 3175 GREENSBURG CIR, RENO, NV, 89509 | US Mail (1st Class) |
| 23930 | CARRIER FAMILY TRUST DATED 8/9/91, DON F & SARA L CARRIER TTEES, 3175 GREENSBURG CIR, RENO, NV, 89509 | US Mail (1st Class) |
| 23930 | CARRIER FAMILY TRUST, DON F & SARA L CARRIER TTEES, 3175 GREENSBURG CIR, RENO, NV, 89509 | US Mail (1st Class) |
| 23930 | CARSON, DOUGLAS, HC 34 BOX 34153, ELY, NV, 89301 | US Mail (1st Class) |
| 23930 | CARSON, LINDA, PO BOX 8927, ASPEN, CO, 81612 | US Mail (1st Class) |
| 23930 | CARTER FAMILY TRUST DTD 6/17/96, C/O JERRY W & NANCY L CARTER TTEES, 4543 NORTHWIND CT, SPARKS, NV, 89436-4657 | US Mail (1st Class) |
| 23930 | CARTER TRUSTEE, WILLIAM DANIEL, 8710 54TH AVE EAST, BRADENTON, FL, 34211 | US Mail (1st Class) |
| 23930 | CASEBOLT REVOCABLE TRUST DTD 2/30/94, JOSEPHINE CASEBOLT TTEE, 201 ADA AVE, APT 46, MOUNTAIN VIEW, CA, 94043-4943 | US Mail (1st Class) |
| 23930 | CASEY, RICHARD, STERLING TRUST COMPANY CUSTODIAN FBO, PO BOX 2526, WACO, TX, 76702-2526 | US Mail (1st Class) |
| 23930 | CASTILLO, TITO, 13390 PARKSIDE TER, COOPER CITY, FL, 33330 | US Mail (1st Class) |
| 23930 | CATHERINE B STRETMATER REVOCABLE TRUST DTD 6/5/89, C/O CATHERINE B STRETMATER TTEE, 12000 N 90TH ST, UNIT 2006, SCOTTSDALE, AZ, 85260-8631 | US Mail (1st Class) |
| 23930 | CENTER STATE BEVERAGE INC, PO BOX 877, TEMPLETON, CA, 93465-0877 | US Mail (1st Class) |
| 23930 | CHAI 18 TRUST, C/O SAM & SIMHA BARASHY TTEES, 7447 TAMARID AVE, LAS VEGAS, NV, 89147-4380 | US Mail (1st Class) |
| 23930 | CHAI MILLER LLC, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |
| 23930 | CHAI MILLER LLC, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |
| 23930 | CHAI MILLER LLC, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |
| 23930 | CHAI MILLER LLC, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |
| 23930 | CHAI MILLER LLC, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23930 | CHARLES & SANDRA MASTERS FAMILY TRUST DTD 10/9/92, C/O SANDRA O MASTERS TRUSTEE, 18124 WEDGE PKWY, #550, RENO, NV, 89511-8134 | US Mail (1st Class) |
| 23930 | CHARLES B DUNN IV TRUST DTD 8/12/05, C/O CHARLES B DUNN IV TRUSTEE, 17042 NORLENE WAY, GRASS VALLEY, CA, 95949-7161 | US Mail (1st Class) |
| 23930 | CHARLES BOMBARD 1999 TRUST DTD 12/3/99, C/O CHARLES BOMBARD TTEE, 1076 MULLEN AVE, LAS VEGAS, NV, 89044-9544 | US Mail (1st Class) |
| 23930 | CHARLES DUKE & APRIL M CUMMINS, DAVID A COLVIN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23930 | CHARLES R & JEAN MARADEN FAM TR DTD 12/16/03, CHARLES & JEAN MAREDEN TTEES, 12585 CREEK CREST DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23930 | CHARLES ROBERT & GENEVA COWMAN JT REVOCABLE, INTER VIVOS TRUST, ROBERT ALAN & TERRY LEE COWMAN, 1525 WINTERWOOD AVE, SPARKS, NV, 89434-6730 | US Mail (1st Class) |
| 23930 | CHAVEZ, ROLAND, 5 FALKNER DR, LADERA RANCH, CA, 92694 | US Mail (1st Class) |
| 23930 | CHAVEZ, ROLAND, 5 FALKNER DR, LADERA RANCH, CA, 92694-0924 | US Mail (1st Class) |
| 23930 | CHEGWIN 1989 REVOCABLE TRUST DTD 4/18/89, C/O DENNIS M & VICKI L CHEGWIN TTEES, 78530 ARAPAHOE, INDIAN WELLS, CA, 92210-9151 | US Mail (1st Class) |
| 23930 | CHELEW, PAUL, 2855 TELEGRAPH AVE, STE 601, BERKELEY, CA, 94705 | US Mail (1st Class) |
| 23930 | CHIAPPE FAMILY TRUST DTD 1/22/96, ELIO A & GERALDINE N CHIAPPE TTEES, PO BOX 7288, CARMEL, CA, 93921-7288 | US Mail (1st Class) |
| 23930 | CHIAPPE FAMILY TRUST DTD 1/22/96, ELIO A & GERALDINE N CHIAPPE TTEES, PO BOX 7288, CARMEL, CA, 93921-7288 | US Mail (1st Class) |
| 23930 | ELLER IRA, CAROL A, FIRST SAVING BANK C/F, PO BOX 1614, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23930 | PIAZZA IRA, CESARI, 1401 MONTEREY DR, BOULDER CITY, NV, 89005-2224 | US Mail (1st Class) |

Subtotal for this group: 50