# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23931 | CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23931 | CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23931 | CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23931 | CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23931 | CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23931 | CHIAPPETTA TRUST, PAT & JOANNE CHIUPPETTA TTEES, 7043 CINNAMON DR, SPARES, NV, 89436 | US Mail (1st Class) |
| 23931 | CHRISTINE E MILLER REVOCABLE TRUST DTD 3/5/07, CHRISTINE E MILLER TEE, STEVE MILLER, 7527 E PASARO DR, SCOTTSDALE, AZ, 85262 | US Mail (1st Class) |
| 23931 | CIADELLA LIVING TRUST DTD 2/8/99, C/O STELLA P CIADELLA TRUSTEE, 650 S TOWN CENTER DR, APT 1114, BLDG 29, LAS VEGAS, NV, 89144-4419 | US Mail (1st Class) |
| 23931 | CITICORP VENDOR FINANCE INC FKA EAB LEASING CORP, JEFFREY G SLOANE ESQ, KRAVITZ SCHNITZER SLOANE JOHNSON & EBERHARDY, 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23931 | CLARK IRA, CURTIS, 1403 PUEBLO DR, BOULDER CITY, NV, 89005-3203 | US Mail (1st Class) |
| 23931 | CLARK, HAROLD, 555 TWINING FLATS RD, ASPEN, CO, 81611 | US Mail (1st Class) |
| 23931 | CLAWITER ASSOCIATES LLC, 1620 COLCHESTER ST, DANVILLE, CA, 94506 | US Mail (1st Class) |
| 23931 | CLAYTON, SHANE W & JENNIFER C, DAVID A COLVIN & DONNA M OSBORN, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23931 | CLENDENING FAMILY TRUST DTD 10/8/2004, JOHN P & DOREEN CLENDENING TTEES, 1250 DAVIDSON WAY, RENO, NV, 89509-3141 | US Mail (1st Class) |
| 23931 | CLENDENING, JOHN P & DOREEN S, 1250 DAVIDSON WAY, RENO, NV, 89509-3141 | US Mail (1st Class) |
| 23931 | CLIFTON, HELEN, 10812 WINDROSE POINT, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23931 | COFFING, TERRY, 10001 PARK RUN DR, LAS VEGAS, NV, 89145-8857 | US Mail (1st Class) |
| 23931 | COHAN, GEORGE, 2048 FOXFIRE CT, HENDERSON, NV, 89012 | US Mail (1st Class) |
| 23931 | COHEN, ALLEN, 12 STARBROOK DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23931 | COHUNE, L KANANI, 3530 HACKBERRY ST, SILVER SPRINGS, NV, 89429 | US Mail (1st Class) |
| 23931 | COLAGROSS, CURTIS R & TERRI L, 16227 PASQUALE RD, NEVADA CITY, CA, 95959 | US Mail (1st Class) |
| 23931 | COLAGROSS, CURTIS, 16227 PASQUALE RD, NEVADA CITY, CA, 95959 | US Mail (1st Class) |
| 23931 | COLBORN REVOCABLE LIVING TRUST DTD 8/6/90, LARRY E & LORETTA A COLBORN TTEES, 1127 BROKEN WAGON TRAIL, DEWEY, AZ, 86327 | US Mail (1st Class) |
| 23931 | COLEMAN, MARY, FIRST SAVINGS BANK CUSTODIAN, 108 LOW ST, NEWBURPORT, MA, 01950 | US Mail (1st Class) |
| 23931 | COLEMAN, MARY, FIRST SAVINGS BANK CUSTODIAN, 108 LOW ST, NEWBURPORT, MA, 01950 | US Mail (1st Class) |
| 23931 | COLHOUER, RAYMOND, FOR THE BENEFIT OF GUNNER A COLHOUER, 4328 THRESHOLD CT, NORTH LAS VEGAS, NV, 89032-1143 | US Mail (1st Class) |
| 23931 | COLLINS FAMILY TRUST DATED 1/29/93, SHIRLEY M COLLINS TRUSTEE, 1975 SHOWBERRY CT, CARLSBAD, CA, 92009 | US Mail (1st Class) |
| 23931 | COLLINS, SHIRLEY, 1975 SNOWBERRY CT, CARLSBAD, CA, 92009 | US Mail (1st Class) |
| 23931 | COLT GATEWAY LLC, HOMES FOR AMERICA HOLDINGS, 86 MAIN ST, SECOND FL, YONKERS, NY, 10701-2738 | US Mail (1st Class) |
| 23931 | COOK JT TEN, ALDON G & DEEDRA, 1435 E VENICE AVE, #261, VENICE, FL, 34292 | US Mail (1st Class) |
| 23931 | COPPLE, LOIS, 3660 GRAND AVE, DES MOINES, IA, 50312 | US Mail (1st Class) |
| 23931 | CORISON, JAMES, PO BOX 21214, RIVERSIDE, CA, 92516 | US Mail (1st Class) |
| 23931 | COSTA, ROSE M, 101 SAN CARLOS AVE, SAUSALITO, CA, 94965-2018 | US Mail (1st Class) |
| 23931 | COSTANZA 1987 DECENDENT'S TRUST, C/O SAM COSTANZA TRUSTEE, 9809 CANTEBURY ROSE LN, LAS VEGAS, NV, 89134-5913 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23931 | COSTANZA, SAM, 9809 CANTEBURY ROSE LN, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23931 | COWAN, MELANIE, 10794 GRANDE PALLADIUM WAY, BOYNTON BEACH, FL, 33436 | US Mail (1st Class) |
| 23931 | COWMAN, ROBERT A & SANDRA L, 1525 WINTERWOOD AVE, SPARKS, NV, 89434-6730 | US Mail (1st Class) |
| 23931 | COXEY LIVING TRUST DTD 12/3/98, 1945 HIDDEN MEADOWS DR, RENO, NV, 89502 | US Mail (1st Class) |
| 23931 | COXEY LIVING TRUST DTD 12/3/98, KENNETH D & VALERIE COXEY TRUSTEE, 1945 HIDDEN MEADOWS DR, RENO, NV, 89502-8762 | US Mail (1st Class) |
| 23931 | COXEY LIVING TRUST DTD 12/3/98, KENNETH D & VALERIE COXEY TTEES, 1945 HIDDEN MEADOWS DR, RENO, NV, 89502-8762 | US Mail (1st Class) |
| 23931 | CRAIG FAMILY TRUST DTD 8/10/00, HOWARD L & FRANKYE D CRAIG TTEES, 1735 CAUGHLILN CREEK RD, RENO, NV, 89519 | US Mail (1st Class) |
| 23931 | CRAIG FAMILY TRUST DTD 8/10/00, HOWARD L CRAIG TRUSTEE, 1735 CAUGHLIN CREEK RD, RENO, NV, 89519 | US Mail (1st Class) |
| 23931 | CRAIG ZAGER SEP IRA, PO BOX 10051, ZEPHYR COVE, NV, 89448-2051 | US Mail (1st Class) |
| 23931 | CREATING MOVING EXPERIENCES, 503 KIEL ST, HENDERSON, NV, 89015-4729 | US Mail (1st Class) |
| 23931 | CRITTENDEN, JOAN M, PO BOX 2577, OLYMPIC VALLEY, CA, 96146-2577 | US Mail (1st Class) |
| 23931 | CRUISE, RICHARD & MARGARET, 8021 DIVERNON AVE, LAS VEGAS, NV, 89149-4942 | US Mail (1st Class) |
| 23931 | CUNNINGHAM IRA, CHARLES D, C/O FIRST TRUST CO OF ONAGA CUST, 1964 OLIVER SPRINGS ST, HENDERSON, NV, 89052-8502 | US Mail (1st Class) |
| 23931 | CUNNINGHAM, CHARLES D & SUSAN M, 1964 OLIVER SPRINGS ST, HENDERSON, NV, 89052-8502 | US Mail (1st Class) |
| 23931 | DONALD P CLARK FAMILY TRUST DATED 10/25/94, 305 W MOANA LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23931 | HAMMOND, CHRIS J & TARA M, 10145 SW 151ST PL, BEAVERTON, OR, 97007 | US Mail (1st Class) |

**Subtotal for this group: 50**