**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 42

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23932 | CYNTHIA D BURDIGE TRUST U/A DATED 4/13/00, C/O CYNTHIA D BURDIGE TRUSTEE, 100 NW 82ND AVE, STE 305, PLANTATION, FL, 33324-1835 | US Mail (1st Class) |
| 23932 | CYNTHIA G DAVIS LIVING TRUST, C/O CYNTHIA G DAVIS TRUSTEE, 2465 TELLURIDE DR, RENO, NV, 89511-9155 | US Mail (1st Class) |
| 23932 | D G MENCHETTI LTD PENSION PLAN, C/O D G MENCHETTI TRUSTEE, PO BOX 7100, INCLINE VILLAGE, NV, 89452-7100 | US Mail (1st Class) |
| 23932 | D&P CURTIS TRUST DATED 7/27/01, PATRICIA M & DAN L CURTIS TTEES, 404 CLUB CT, LAS VEGAS, NV, 89144-0838 | US Mail (1st Class) |
| 23932 | D&P CURTIS TRUST DTD 7/27/01, PATRICIA M & DAN L CURTIS TTEES, 404 CLUB CT, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23932 | D ELIA, HUMBERTO, 72 PARADISE PKWY, HENDERSON, NV, 89074-6200 | US Mail (1st Class) |
| 23932 | DALTON TRUST DTD 1/7/94, C/O BERT A STEVENSON TRUSTEE, 500 N ESTRELLA PKWY, STE B2 405, GOODYEAR, AZ, 85338-4135 | US Mail (1st Class) |
| 23932 | DANIEL & VIRGINIA SALERNO FAMILY TRUST DTD 8/9/89, DANIEL N & VIRGINIA P SALERNO TTEES, PO BOX 7869, INCLINE VILLAGE, NV, 89452-7869 | US Mail (1st Class) |
| 23932 | DANIEL D NEWMAN TRUST DTD 11/1/92, C/O DANIEL D NEWMAN TRUSTEE, 125 ELYSIAN DR, SEDONA, AZ, 86336 | US Mail (1st Class) |
| 23932 | DANIEL LIVING TRUST AS AMENDED DTD 1/9/98, MARK A & CATHY A DANIEL TTEES, 20 REDONDA, IRVINE, CA, 92620 | US Mail (1st Class) |
| 23932 | DANIEL O & TAKEKO CARLTON REVOC TRUST DTD 4/30/97, C/O DANIEL & TAKEKO CARLTON TTEE, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277-6723 | US Mail (1st Class) |
| 23932 | DANIEL O & TAKEKO CARLTON REVOC TRUST DTD 4/30/97, C/O DANIEL & TAKEKO CARLTON TTEE, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277-6723 | US Mail (1st Class) |
| 23932 | DANIEL O & TAKEKO CARLTON REVOC TRUST DTD 4/30/97, C/O DANIEL & TAKEKO CARLTON TTEE, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277-6723 | US Mail (1st Class) |
| 23932 | DANIEL O & TAKEKO CARLTON REVOC TRUST DTD 4/30/97, C/O DANIEL & TAKEKO CARLTON TTEE, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277-6723 | US Mail (1st Class) |
| 23932 | DANIEL O & TAKEKO CARLTON REVOC TRUST DTD 4/30/97, C/O DANIEL & TAKEKO CARLTON TTEE, 4697 HOOKTREE RD, TWENTYNINE PALMS, CA, 92277-6723 | US Mail (1st Class) |
| 23932 | DANIEL, DEBORAH A, 249 S VISTA DEL MONTE, ANAHEIM, CA, 92807 | US Mail (1st Class) |
| 23932 | DANIEL, GREGORY SCOTT, 20 REDONDA, IRVINE, CA, 92620 | US Mail (1st Class) |
| 23932 | DARYL & YVONNE BLANCK TRUST DATED 3/23/94, DARYL L & YVONNE M BLANCK TTEES, 1243 COUNTRY CLUB DR, LAUGHLIN, NV, 89029-1547 | US Mail (1st Class) |
| 23932 | DARYL & YVONNE BLANCK TRUST DATED 3/23/94, DARYL L & YVONNE M BLANCK TTEES, 1243 COUNTRY CLUB DR, LAUGHLIN, NV, 89029-1547 | US Mail (1st Class) |
| 23932 | DAVID A GEAN REVOCABLE TRUST DTD 4/3/92, C/O MARSHA KENDALL TRUSTEE, 6615 E PACIFIC COAST HWY, #260, LONG BEACH, CA, 90803-4228 | US Mail (1st Class) |
| 23932 | DAVID L GROSS FAMILY TRUST DTD 12/4/94, C/O DAVID L GROSS TRUSTEE, 895 ON THE GREEN, BILOXI, MS, 39532-3229 | US Mail (1st Class) |
| 23932 | DAVIS FAMILY TRUST, C/O JOSEPH DAVIS & MARION SHARP CO-TTEE, 3100 ASHBY AVE, LAS VEGAS, NV, 89102-1908 | US Mail (1st Class) |
| 23932 | DAVIS INVESTMENTS, 3100 ASHBY AVE, LAS VEGAS, NV, 89102-1908 | US Mail (1st Class) |
| 23932 | DAVIS IRA, JOSEPH, 3100 ASHBY AVE, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23932 | DAVIS YODER TRUST DTD 12/16/00, ROBERT J YODER & NANCY R DAVIS TTEES, 12291 PROSSER DAM RD, TRUCKEE, CA, 96161 | US Mail (1st Class) |
| 23932 | DAVIS, TODD, 360 W 55TH ST, APT 1G, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 23932 | DCGT FBO CLAUDE M PENCHINA ROTH IRA, 74 RUE DE SEVRES, PARIS 75007, FRANCE | US Mail (1st Class) |
| 23932 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23932 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23932 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23932 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |

**Exhibit A - USA Commercial Mortgage Co**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23932 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23932 | DENNIS G CAMPTON MD PSP DTD 3/16/72, C/O DENNIS G CAMPTON TRUSTEE, 5741 KENS PL, PAHRUMP, NV, 89060-1751 | US Mail (1st Class) |
| 23932 | DERY TENANTS IN COMMON, ANN R & JAMES D, 19601 VAN AKEN BLVD, SHAKER HEIGHTS, OH, 44122 | US Mail (1st Class) |
| 23932 | DERY, JAMES D & ANN R, HUSBAND & WIFE, 19601 VAN AKEN BLVD, SHAKER HEIGHTS, OH, 44122 | US Mail (1st Class) |
| 23932 | DESERT COMMERCIAL SWEEPING INC, CHRISTOPHER D JAIME ESQ, PO BOX 30000, MAUPIN COX & LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23932 | DESERT COMMERCIAL SWEEPING INC, CHRISTOPHER D JAIME ESQ, PO BOX 30000, MAUPIN COX & LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23932 | DEUTSCHER, DWAYNE H & MICHELLE T, 5430 FENTON WAY, GRANITE BAY, CA, 95746 | US Mail (1st Class) |
| 23932 | DEWHURST FAMILY TRUST, PO BOX 6836, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23932 | JOSEPH & ARDEE DARASKEVIUS, 2761 KIOWA BLVD S, LAKE HAVASU CITY, AZ, 86403 | US Mail (1st Class) |
| 23932 | JOSEPH & ARDEE DARASKEVIUS, 2761 KIOWA BLVD S, LAKE HAVASU CITY, AZ, 86403 | US Mail (1st Class) |
| 23932 | MOON TRUSTEE OF THE DECEDENT S TRUST, FRIEDA, OF THE RESTATED MOON IRREVOCABLE TRUST, 2504 CALLITA COURT, LAS VEGAS, NV, 89102 | US Mail (1st Class) |

**Subtotal for this group: 42**