# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 48

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23933 | DI JORIO, RICHARD, 856 NONIE ST, SANTA ROSA, CA, 95403 | US Mail (1st Class) |
| 23933 | DIGRAZIA DMD PSP, PETER M, CHRISTOPHER D JAMES ESQ, PO BOX 30000, RENO, NV, 89520 | US Mail (1st Class) |
| 23933 | DOBYNE IRA, LEAH K, 3416 CANTURA BLUFF AVE, NORTH LAS VEGAS, NV, 89031-3577 | US Mail (1st Class) |
| 23933 | DOBYNE LIVING TRUST, ROBERT S & LEAH K DOBYNE TTEES, 3416 CANTURA BLUFF AVE, NORTH LAS VEGAS, NV, 89031-3577 | US Mail (1st Class) |
| 23933 | DOERR FAMILY TRUST DATED 9/12/02, FRANZ W & LINDA PATRUCCO DOERR TRUSTEE, 690 WEST RIVERVIEW CIR, RENO, NV, 89509-1130 | US Mail (1st Class) |
| 23933 | DOERR FAMILY TRUST DTD 9/12/02, LINDA PATRUCCO DOERR TTEE, 690 WEST RIVERVIEW CIR, RENO, NV, 89509-1130 | US Mail (1st Class) |
| 23933 | DOERR FAMILY TRUST DTD 9/12/02, LINDA PATRUCCO DOERR TTEE, 690 WEST RIVERVIEW CIR, RENO, NV, 89509-1130 | US Mail (1st Class) |
| 23933 | DONAHUE, MICHAEL, 1795 NEWHALL AVE, CAMBRIA, CA, 93428-5507 | US Mail (1st Class) |
| 23933 | DONALD & BEVERLY W ZWEZEY 2001 TRUST 2/20/01, DONALD & BEVERLY W SWEZEY TTEE, 3666 CHEROKEE DR, CARSON CITY, NV, 89705-6813 | US Mail (1st Class) |
| 23933 | DONALD E & JAYLYLE REDMON FAMILY TRST DTD 10/31/95, DONALD E & JAYLYLE REDMON TTEES, 51 SANLO LN, MOUNTAIN HOME, AR, 72653-6333 | US Mail (1st Class) |
| 23933 | DONALD L HESS & KAY J HART JT TEN, 1818 MADERO DR, THE VILLAGES, FL, 32159 | US Mail (1st Class) |
| 23933 | DONALD M & JANICE I BERMAN TRUST, DONALD & JANICE BERMAN TTEES, 3775 CLOVER WAY, RENO, NV, 89509 | US Mail (1st Class) |
| 23933 | DONALD M & JANICE I BERMAN TRUST, DONALD & JANICE BERMAN TTEES, 3775 CLOVER WAY, RENO, NV, 89509 | US Mail (1st Class) |
| 23933 | DONALD P CLARK FAMILY TRUST DTD 10/25/94, C/O DONALD P CLARK TRUSTEE, 305 W MOANA LN, RENO, NV, 89509-4924 | US Mail (1st Class) |
| 23933 | DONALDSON, ARTHUR T, PO BOX 307, JANESVILLE, WI, 53547-0307 | US Mail (1st Class) |
| 23933 | DONNA DUNN TRUST DTD 8/12/05, C/O DONNA DUNN TRUSTEE, 17042 NORLENE WAY, GRASS VALLEY, CA, 95949-7161 | US Mail (1st Class) |
| 23933 | DONNA M CANGELOSI FAMILY TRUST, 5860 LAUSANNE DR, RENO, NV, 89511-5034 | US Mail (1st Class) |
| 23933 | DONNOLO FAMILY TRUST DTD 8/24/88, JOSEPH & LORETTA DONNOLO TTEES, 3120 HIGHLAND FALLS DR, LAS VEGAS, NV, 89134-7422 | US Mail (1st Class) |
| 23933 | DONNOLO FAMILY TRUST DTD 8/24/88, JOSEPH & LORETTA DONNOLO TTEES, 3120 HIGHLAND FALLS DR, LAS VEGAS, NV, 89134-7422 | US Mail (1st Class) |
| 23933 | DONNOLO FAMILY TRUST DTD 8/24/88, JOSEPH & LORETTA DONNOLO TTEES, 3120 HIGHLAND FALLS DR, LAS VEGAS, NV, 89134-7422 | US Mail (1st Class) |
| 23933 | DONNOLO FAMILY TRUST DTD 8/24/88, JOSEPH & LORETTA DONNOLO TTEES, 3120 HIGHLAND FALLS DR, LAS VEGAS, NV, 89134-7422 | US Mail (1st Class) |
| 23933 | DOUGLASS, JOHN J, 1951 QUAIL CREEK CT, RENO, NV, 89509-0671 | US Mail (1st Class) |
| 23933 | DOWNEY, WILLIAM A, 3637 LANCH AVE, #3, SO LAKE TAHOE, CA, 96150 | US Mail (1st Class) |
| 23933 | DOWNEY, WILLIAM A, 3637 LANCH AVE, #3, SO LAKE TAHOE, CA, 96150 | US Mail (1st Class) |
| 23933 | DOWNEY, WILLIAM A, 3637 LANCH AVE, #3, SO LAKE TAHOE, CA, 96150 | US Mail (1st Class) |
| 23933 | DOWNING, ERNEST W & EVA M, 811 NE 157TH AVE, PORTLAND, OR, 97230-5428 | US Mail (1st Class) |
| 23933 | DOYLE FAMILY TRUST DTD 9/23/99, C/O PATRICK J & JILL M DOYLE TTEES, 10770 OSAGE RD, RENO, NV, 89506-8516 | US Mail (1st Class) |
| 23933 | DOYLE FAMILY TRUST DTD 9/23/99, C/O PATRICK J & JILL M DOYLE TTEES, 10770 OSAGE RD, RENO, NV, 89506-8516 | US Mail (1st Class) |
| 23933 | DOYLE FAMILY TRUST DTD 9/23/99, C/O PATRICK J & JILL M DOYLE TTEES, 10770 OSAGE RD, RENO, NV, 89506-8516 | US Mail (1st Class) |
| 23933 | DRUBIN, DANIEL & LAURA, JOE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23933 | DUBERG, JOHN H, 4455 VISTA CORONADO DR, CHULA VISTA, CA, 91910-3234 | US Mail (1st Class) |
| 23933 | DUBERG, JOHN H, 4455 VISTA CORONADO DR, CHULA VISTA, CA, 91910-3234 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23933 | DUNHAM TRUST COMPANY, RE FRED KEWELL IRA, 4777 CAUGHLIN PKWY, RENO, NV, 89519 | US Mail (1st Class) |
| 23933 | DUNHAM TRUST COMPANY, RE FRED KEWELL IRA, 4777 CAUGHLIN PKWY, RENO, NV, 89519 | US Mail (1st Class) |
| 23933 | DUNKLEE IRA, JOHN C, 700 FLANDERS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23933 | DUNKLEE IRA, JOHN C, 700 FLANDERS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23933 | DUTKIN TRUSTEE, JOHN, C/O GEORGE D FRAME ESQ, 601 GREENWAY, STE D, HENDERSON, NV, 89002 | US Mail (1st Class) |
| 23933 | E&M HARDWARE PROFIT SHARING PLAN, C/O JAMES FEENEY TRUSTEE, PO BOX 19122, RENO, NV, 89511-0893 | US Mail (1st Class) |
| 23933 | E&M HARDWARE PROFIT SHARING PLAN, C/O JAMES FEENEY TRUSTEE, PO BOX 19122, RENO, NV, 89511-0893 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE G SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 23933 | LOUISE G SHERK MD EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DI BIAS & LOUISE SHERK TTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |

**Subtotal for this group: 48**