# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

**Total number of parties: 47**

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23934 | EARP IRA, ROBERT D, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 23934 | EARP IRA, ROBERT D, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 23934 | EARP, MARY H, 700 POST OAK CT, EL PASO, TX, 79932-2512 | US Mail (1st Class) |
| 23934 | EARP, ROBERT D, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 23934 | EARP, ROBERT D, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 23934 | EARP, ROBERT, 609 N LAUREL, EL PASO, TX, 79903 | US Mail (1st Class) |
| 23934 | EASTLAND, THOMAS, 172 BELLE AVE, PLEASANT HILL, CA, 94523 | US Mail (1st Class) |
| 23934 | EBAUGH, MONICA C, 412 ELK CIR, BASALT, CO, 81621-8202 | US Mail (1st Class) |
| 23934 | EDDIE MAYO & JOCELYNE HELZER JT TEN, 115 SOUTH DEER RUN RD, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23934 | EDWARD & LEAH KLINE FAMILY TRUST DTD 7/9/91, C/O EDWARD & LEAH KLINE TRUSTEES, 9932 ARBUCKLE DR, LAS VEGAS, NV, 89134-7530 | US Mail (1st Class) |
| 23934 | EDWARD & MARGE FRASER TTEES, 14220 SORREL LN, RENO, NV, 89511 | US Mail (1st Class) |
| 23934 | EDWARD & MARGE FRASER, EDWARD & MARGE FRASER TTEES, 14220 SORREL LN, RENO, NV, 89511 | US Mail (1st Class) |
| 23934 | EDWARD G LOUGHLIN & THELMA E GUEVARA, 2636 GOLDEN SANDS DR, LAS VEGAS, NV, 89128-6805 | US Mail (1st Class) |
| 23934 | EDWARDS, DAVID, 9528 YUCCA BLOSSOM DR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23934 | EDWARDS, JEFFREY L & KATHLEEN M, 1525 CEDAR CT, SOUTHLAKE, TX, 76092-4133 | US Mail (1st Class) |
| 23934 | EDWARDS, JEFFREY L & KATHLEEN M, 1525 CEDAR CT, SOUTHLAKE, TX, 76092-4133 | US Mail (1st Class) |
| 23934 | EDWARDS, JEFFREY L & KATHLEEN M, 1525 CEDAR CT, SOUTHLAKE, TX, 76092-4133 | US Mail (1st Class) |
| 23934 | ELAN REDDELL REVOCABLE TRUST DTD 8/4/03, ELAN REDDELL TRUSTEE, 6770 HAWAII KAI DR, #1006, HONOLULU, HI, 96825 | US Mail (1st Class) |
| 23934 | ELEANOR L ROGERS 1991 REVOCABLE TRUST DTD 7/3/91, C/O ELEANOR L ROGERS TTEE, 78 SEAL ROCK DR, SAN FRANCISCO, CA, 94121 | US Mail (1st Class) |
| 23934 | ELLEN V DUSTMAN & OLIVER HENRY, 3159 6TH ST, BOULDER, CO, 80304 | US Mail (1st Class) |
| 23934 | ELLEN V DUSTMAN & OLIVER HENRY, 3159 6TH ST, BOULDER, CO, 80304 | US Mail (1st Class) |
| 23934 | ELLER, JONATHAN & CAROL, PO BOX 1614, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23934 | EMERALD 18 TRUST, C/O AVI BARASHI TTEE, PO BOX 81191, LAS VEGAS, NV, 89180-1191 | US Mail (1st Class) |
| 23934 | ENGLISH, RICHARD, 6727 EAST SWARTHMORE DR, ANAHEIM, CA, 92807 | US Mail (1st Class) |
| 23934 | ENGLISH, RICHARD, 6727 EAST SWARTHMORE DR, ANAHEIM, CA, 92807 | US Mail (1st Class) |
| 23934 | ENGLISH, RICHARD, 6727 EAST SWARTHMORE DR, ANAHEIM, CA, 92807 | US Mail (1st Class) |
| 23934 | ENGLISH, RICHARD, 6727 EAST SWARTHMORE DR, ANAHEIM, CA, 92807 | US Mail (1st Class) |
| 23934 | ERIC NOEL CARTAGENA TRUST, C/O ERIC N CARTAGENA TTEE, 2066 FLAG AVENUE SOUTH, ST LOUIS PARK, MN, 55426 | US Mail (1st Class) |
| 23934 | ERICKSON, DOLORES Y, 1455 SUPERIOR AVE, #342, NEWPORT BEACH, CA, 92663-6125 | US Mail (1st Class) |
| 23934 | ERVEN J & FRANKIE J NELSON TRUST, ERVEN J & FRANKIE J NELSON TTEES, 2023 W ASPIRATION POINT, ST GEORGE, UT, 84790 | US Mail (1st Class) |
| 23934 | ERVEN J NELSON LTD PSP DTD 10/31/72, C/O ERVEN J NELSON TRUSTEE, 2023 W ASPIRATION POINT, ST GEORGE, UT, 84790 | US Mail (1st Class) |
| 23934 | ESPERANCE FAMILY TRUST DTD 12/9/04, ROBERT J & MARY A ESPERANCE TTEES, 904 DOLCE DR, SPARKS, NV, 89434-6646 | US Mail (1st Class) |
| 23934 | EVALYN C TAYLOR SEPARATE PROP TRUST DATED 2/17/87, C/O EVALYN C TAYLOR TRUSTEE, 1908 ROLLING DUNES CT, LAS VEGAS, NV, 89117-6916 | US Mail (1st Class) |
| 23934 | EVANS, RICHARD Z, 10409 SUMMERSHADE LN, RENO, NV, 89521-5168 | US Mail (1st Class) |
| 23934 | EVANS, RICHARD, 7143 VIA SOLANA, SAN JOSE, CA, 95135 | US Mail (1st Class) |
| 23934 | EVERETT H JOHNSTON FAMILY TRUST DTD 1/24/90, C/O EVERETT H JOHNSTON TRUSTEE, PO BOX 3605, INCLINE VILLAGE, NV, 89450-3605 | US Mail (1st Class) |
| 23934 | EVERETT, DAN & SANDRA M, 921 CRYSTAL COURT, FOSTER CITY, CA, 94404 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 23934 | EVERETT, DAN & SANDRA M, 921 CRYSTAL COURT, FOSTER CITY, CA, 94404 | US Mail (1st Class) |
| 23934 | EVERETT, DAN & SANDRA M, 921 CRYSTAL CT, FOSTER CITY, CA, 94404 | US Mail (1st Class) |
| 23934 | EVERETT, DANIEL L & SANDRA M, 921 CRYSTAL CT, FOSTER CITY, CA, 94404-3517 | US Mail (1st Class) |
| 23934 | EVERETT, JOHN P, HEART CLINICS NORTHWEST, 6002 N MAYFAIR ST, 2ND FL, SPOKANE, WA, 99208 | US Mail (1st Class) |
| 23934 | EVIE DEAN 2000 TRUST DTD 12/12/00, C/O EVIE DEAN TRUSTEE, 29 PHEASANT RIDGE DR, HENDERSON, NV, 89014-2110 | US Mail (1st Class) |
| 23934 | EVO E & BILLIE D ZEPPONI FAMILY TRUST, UNDER AGT DTD 2/9/93, C/O EVO & BILLIE ZEPPONI TTEES, 14385 W MORNING STAR TRL, SURPRISE, AZ, 85374-3816 | US Mail (1st Class) |
| 23934 | FAILLA, FRANK, 182 APACHE TEAR CT, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23934 | FALKENBORG FAMILY LLC, 727 3RD AVE, CHULA VISTA, CA, 91910-5803 | US Mail (1st Class) |
| 23934 | FALKENBORG FAMILY LLC, 727 3RD AVE, CHULA VISTA, CA, 91910-5803 | US Mail (1st Class) |
| 23934 | FALLON, THOMAS, 6410 NW 82 AVE, MIAMI, FL, 33166 | US Mail (1st Class) |

**Subtotal for this group: 47**