**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23935 | FALVAI, BRENDA, 252 N PASEO DE JUAN, ANAHEIM, CA, 92807-2319 | US Mail (1st Class) |
| 23935 | FALVAI, BRENDA, 252 N PASEO DE JUAN, ANAHEIM, CA, 92807-2319 | US Mail (1st Class) |
| 23935 | FALVAI, BRENDA, 252 N PASEO DE JUAN, ANAHEIM, CA, 92807-2319 | US Mail (1st Class) |
| 23935 | FALVAI, BRENDA, 252 N PASEO DE JUAN, ANAHEIM, CA, 92807-2319 | US Mail (1st Class) |
| 23935 | FALVAI, BRENDA, 252 N PASEO DE JUAN, ANAHEIM, CA, 92807-2319 | US Mail (1st Class) |
| 23935 | FANELLI, JOHN & JODI, 47 BARRETT RD, GREENVILLE, NH, 03048-3305 | US Mail (1st Class) |
| 23935 | FANELLI, MARK, 244 PROSPECT ST, LEOMINSTER, MA, 01453 | US Mail (1st Class) |
| 23935 | FANELLI, MARK, 244 PROSPECT ST, LEOMINSTER, MA, 01453-3004 | US Mail (1st Class) |
| 23935 | FARADJOLLAH, JACK, 10851 FURLONG DR, SANTA ANA, CA, 92705 | US Mail (1st Class) |
| 23935 | FELD, JANE, 1141 GRAND AVE, OROVILLE, CA, 95965 | US Mail (1st Class) |
| 23935 | FELDMAN, BENJAMIN, 1 ST MARYS CT, RANCHO MIRAGE, CA, 92270 | US Mail (1st Class) |
| 23935 | FERGUSON LIVING TRUST DTD 6/28/00, C/O PATRICIA FERGUSON TTEE, 3985 LAKE PLACID DR, RENO, NV, 89511-6780 | US Mail (1st Class) |
| 23935 | FERNANDES, CHRISTOPHER, 4001 OAK MANOR CT, HAYWARD, CA, 94542 | US Mail (1st Class) |
| 23935 | FERNANDES, DIONISIO A & FIOLA, 4001 OAK MANOR CT, HAYWARD, CA, 94542-1445 | US Mail (1st Class) |
| 23935 | FERNANDES, JASON D & FIOLA, 4001 OAK MANOR CT, HAYWARD, CA, 94542-1445 | US Mail (1st Class) |
| 23935 | FERNANDES, MELISSA, 4001 OAK MANOR CT, HAYWARD, CA, 94542 | US Mail (1st Class) |
| 23935 | FERRARO, STANLEY & FLORENCE, 2300 AIRLAND ST, LAS VEGAS, NV, 89134-5317 | US Mail (1st Class) |
| 23935 | FINE IRA, LEWIS H & ARLENE J, C/O FIRST TRUST OF ONAGA KS, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINE IRA, LEWIS H & ARLENE J, C/O FIRST TRUST OF ONAGA KS, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINE, LEWIS H & ARLENE J, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINE, LEWIS H & ARLENE J, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINE, LEWIS H & ARLENE J, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINE, LEWIS H & ARLENE J, PO BOX 487, OAKLEY, UT, 84055-0487 | US Mail (1st Class) |
| 23935 | FINNMAN FAMILY TRUST DTD 4/4/94, MARTHA ANN LUTZ SUCCESSOR TTEE, 2712 EASTERN PKWY, WINTERPARK, FL, 32789 | US Mail (1st Class) |
| 23935 | FIRST SAVINGS BANK CUSTODIAN OF JOHN W BROUWERS MD, TRUST DEPARTMENT, 2605 E FLAMINGO, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23935 | FIRST SAVINGS BANK CUSTODIAN OF THE PAUL BLOCH IRA, TRUST DEPARTMENT, 2605 E FLAMINGO, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23935 | FIRST SAVINGS BANK, TRUST DEPARTMENT, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23935 | FIRST SAVINGS BANK, TRUST DEPARTMENT, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23935 | FLORENCE BOLATIN LIVING TRUST DTD 10/28/93, C/O FLORENCE BOLATIN TTEE, 2105 DIAMOND BROOK CT, LAS VEGAS, NV, 89117-1866 | US Mail (1st Class) |
| 23935 | FLORENCE BOLATIN LIVING TRUST DTD 10/28/93, C/O FLORENCE BOLATIN TTEE, 2105 DIAMOND BROOK CT, LAS VEGAS, NV, 89117-1866 | US Mail (1st Class) |
| 23935 | FOLENDORF, TAD, PO BOX 1, ANGELS CAMP, CA, 95222 | US Mail (1st Class) |
| 23935 | FONTANA, STEFFI, 16400 SAYBROOK LN, SPC 111, HUNTINGTON BEACH, CA, 92649-2268 | US Mail (1st Class) |
| 23935 | FORD, TOMIE S, 335 DESERT MEADOW CT, RENO, NV, 89502-8725 | US Mail (1st Class) |
| 23935 | FOSSATI, DAVID, C/O MARTIN P MEYERS, 1000 SW BROADWAY, #1400, PORTLAND, OR, 97205 | US Mail (1st Class) |
| 23935 | FOSSATI, DAVID, C/O MARTIN P MEYERS, 1000 SW BROADWAY, STE 1400, PORTLAND, OR, 97205 | US Mail (1st Class) |
| 23935 | FOXCROFT LIVING TRUST DTD 1/10/02, FRED J & ROBERTA FOXCROFT TTEES, PO BOX 362, CARNELIAN BAY, CA, 96140-0362 | US Mail (1st Class) |
| 23935 | FOXCROFT, DAVID, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23935 | FRANCIS FAMILY TRUST DTD 11/10/98, BRUCE & TAMARA FRANCIS TTEE, 2360 E MALLORY CIR, MESA, AZ, 85213 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23935 | FRASER ATWATER PROPERTIES LLC, EDWARD FRASER, 14220 SORREL LN, RENO, NV, 89511 | US Mail (1st Class) |
| 23935 | FRASER IRA, EDWARD C, 14220 SORREL LN, RENO, NV, 89511 | US Mail (1st Class) |
| 23935 | FRASER IRA, EDWARD C, 14220 SORREL LN, RENO, NV, 89511 | US Mail (1st Class) |
| 23935 | FRASER, EDWARD & MARGE, 14220 SORREL LN, RENO, NV, 89511-6744 | US Mail (1st Class) |
| 23935 | FRED & KELLEE KEMPF TRUST, C/O MARIUS & MARY A KEMPF TTEEES, 2560 FOREST CITY DR, HENDERSON, NV, 89052-6951 | US Mail (1st Class) |
| 23935 | JOCELYNE HELZER IRA, FIRST SAVINGS BANK C/F, 115 SOUTH DEER RUN RD, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23935 | JOHN A M HANDAL IRA, FIRST SAVINGS BANK CUSTODIAN FOR, 3575 SISKIYOU CT, HAYWARD, CA, 94542 | US Mail (1st Class) |
| 23935 | L EARLE ROMAK IRA, FIRST SAVINGS BANK CUSTODIAN, L EARLE ROMAK IRA, PO BOX 6185, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23935 | RANDY SANCHEZ IRA, FIRST SAVINGS BANK CUSTODIAN, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23935 | RICHARD W GILMOUR IRA, C/O FIRST SAVINGS BANK CUSTODIAN, PO BOX 1241, CAMANO ISLAND, WA, 98292-1241 | US Mail (1st Class) |
| 23935 | ROBERT G FULLER IRA, FIRST SAVINGS BANK CUSTODIAN, 5172 ENGLISH DAISY WAY, LAS VEGAS, NV, 89142 | US Mail (1st Class) |
| 23935 | TERIANO, FRED, PO BOX 96331, LAS VEGAS, NV, 89193-6331 | US Mail (1st Class) |

**Subtotal for this group: 50**