# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23936 | BONNEMA, GARY, PO BOX 8649, HORSESHOE BAY, TX, 78657 | US Mail (1st Class) |
| 23936 | ELLYSON J GALLOWAY, 27 THE COLONNADE, LONG BEACH, CA, 90803 | US Mail (1st Class) |
| 23936 | FREDA NEWMAN TRUST DTD 7/26/84, FREDA NEWMAN TRUSTEE, C/O DANIEL NEWMAN, 125 ELYSIAN DR, SEDONA, AZ, 86336 | US Mail (1st Class) |
| 23936 | FREEDA COHEN TRUST DTD 7/11/04, FREEDA COHEN TTEE, C/O ROSALIND L STARK, 10905 CLARION LN, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23936 | FREEDOM PROPERTIES INC, 1820 STAR PINE CT, RENO, NV, 89523-4807 | US Mail (1st Class) |
| 23936 | FREEDUS, MICHAEL, 2535 LAKE RD, DELANSON, NY, 12053 | US Mail (1st Class) |
| 23936 | FRIEDA MOON & SHARON C VAN ERT JOINT, 2504 CALLITA CT, LAS VEGAS, NV, 89102-2094 | US Mail (1st Class) |
| 23936 | FRIEDA MOON & SHARON C VAN ERT JOINT, 2504 CALLITA CT, LAS VEGAS, NV, 89102-2094 | US Mail (1st Class) |
| 23936 | FRIEDA MOON FBO SHARON C VAN ERT, 2504 CALLITA CT, LAS VEGAS, NV, 89102-2020 | US Mail (1st Class) |
| 23936 | FRIEDA MOON FBO SHARON C. VAN ERT, C/O NANCY L ALLF, 411 E BONNEVILLE, STE 100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23936 | FUCHS, STEPHEN J, 117 29TH AVE N, SAINT CLOUD, MN, 56303-4253 | US Mail (1st Class) |
| 23936 | FULLER, DAVID & MONICA, 955 MULLEN, HENDERSON, NV, 89044 | US Mail (1st Class) |
| 23936 | G&L NELSON LIMITED PARTNERSHIP, ATTN C JAIME ESQ, PO BOX 30000, MAUPIN COX LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23936 | G&L NELSON LIMITED PARTNERSHIP, ATTN C JAIME ESQ, PO BOX 30000, MAUPIN COX LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23936 | GAIL HODES LIVING TRUST DTD 9/10/03, C/O GAIL R HODES TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA, 92649 | US Mail (1st Class) |
| 23936 | GAIL HODES LIVING TRUST DTD 9/10/03, C/O GAIL R HODES TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA, 92649-3020 | US Mail (1st Class) |
| 23936 | GALE GLADSTONE-KATZ REVOCABLE TRUST, GALE GLADSTONE-KATZ TRUSTEE, 1320 NORTH ST, #29, SANTA ROSA, CA, 95404 | US Mail (1st Class) |
| 23936 | GARY HOGAN IRA H01BD, 9900 WILBUR MAY PKWY, APT 1604, RENO, NV, 89521-4016 | US Mail (1st Class) |
| 23936 | GARY L & VIRGINIA L MCDANIEL 1991 LIVING TRUST, DTD 5/1/91, C/O GARY L & VIRGINIA L MCDANIEL TRUSTEES, 2101 LOOKOUT POINT CIRCLE, LAS VEGAS, NV, 89117-5805 | US Mail (1st Class) |
| 23936 | GASPARRO, KEELEY N & NICOLAS S, 8919 CHALLIS HILL LN, CHARLOTTE, NC, 28226-2687 | US Mail (1st Class) |
| 23936 | GASSIOT IRA, JOAN B, C/O AMERICAN PENSION SERVICES, 11027 S STATE ST, SANDY, UT, 84070 | US Mail (1st Class) |
| 23936 | GATES FAMILY TRUST DTD 6/16/00, ELWYN G & MILDRED ANN GATES TTEES, 387 1/2 OCEAN VIEW AVE, ENCINITAS, CA, 92024-2625 | US Mail (1st Class) |
| 23936 | GAZELLA TEAGUE LIVING, GAZELLA TEAGUE TTEE, R SCOTT PALMER, WATKINSON LAIRD RUBENSTEIN BALDWIN & BURGESS, 101 E BROADWAY, STE 200, EUGENE, OR, 97401 | US Mail (1st Class) |
| 23936 | GELLER, ROBERT, 1849 CHERRY KNOLLS ST, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23936 | GENE SMITH & EMILY SMITH PATRICIA GUNN, 419 SHIPLEY DR, YERINGTON, NV, 89447-2632 | US Mail (1st Class) |
| 23936 | GENERAL ELECTRIC CAPITAL CORPORATION, DLA PIPER RUDNICK GRAY CARY US LLP, ATTN ALEX TERRAS ESQ, 203 N LASALLE ST, STE 1900, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 23936 | GENERAL ELECTRIC CAPITAL CORPORATION, DLA PIPER RUDNICK GRAY CARY US LLP, ATTN ALEX TERRAS ESQ, 203 N LASALLE ST, STE 1900, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 23936 | GENERAL ELECTRIC CAPITAL CORPORATION, DLA PIPER RUDNICK GRAY CARY US LLP, ATTN ALEX TERRAS ESQ, 203 N LASALLE ST, STE 1900, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 23936 | GENERAL ELECTRIC CAPITAL CORPORATION, DLA PIPER RUDNICK GRAY CARY US LLP, ATTN ALEX TERRAS ESQ, 203 N LASALLE ST, STE 1900, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 23936 | GENTLE BAY 1997 TRUST, C/O JACQUES M MASSA TTEE, 7 PARADISE VALLEY CT, HENDERSON, NV, 89052-6706 | US Mail (1st Class) |
| 23936 | GEORGE S & NATALIE H COHAN FAMILY TRUST DTD 4/3/03, C/O GEORGE S COHAN TRUSTEE, 2048 FOXFIRE CT, HENDERSON, NV, 89012-2190 | US Mail (1st Class) |
| 23936 | GEORGES 1987 TRUST DTD 12/23/87, C/O LEONARD J & JEAN GEORGES CO-TTEES, 701 RANCHO CIR, LAS VEGAS, NV, 89107-4619 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23936 | GEORGES 1987 TRUST DTD 12/23/87, C/O LEONARD J & JEAN GEORGES CO-TTEES, 701 RANCHO CIR, LAS VEGAS, NV, 89107-4619 | US Mail (1st Class) |
| 23936 | GERWIN, CAROLINE, 4775 SUMMIT RIDGE DR, APT 1101, RENO, NV, 89523-7917 | US Mail (1st Class) |
| 23936 | GGRM PENSION PROFIT SHARING PLAN, C/O GABRIEL A MARTINEZ TTEE, 601 S 9TH ST, LAS VEGAS, NV, 89101-7012 | US Mail (1st Class) |
| 23936 | GIANNETTI, RICHARDO, 5295 VIA ANDALUSIA, YORBA LINDA, CA, 92886 | US Mail (1st Class) |
| 23936 | GILBERT JR, ELMER EUGENE, 81590 CHENEL RD, FOLSOM, LA, 70437 | US Mail (1st Class) |
| 23936 | GILBERT MANUEL LIVING TRUST DTD 1/3/92, C/O GILBERT MANUEL TTEE, 4617 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110 | US Mail (1st Class) |
| 23936 | GILBERT, LAUREN J & ERIN M, C/O MICHELE GILBERT CUSTODIAN, 3331 S PARK ST, LAS VEGAS, NV, 89117-6722 | US Mail (1st Class) |
| 23936 | GILBERT, LAUREN J, C/O MICHELE GILBERT CUSTODIAN, 3331 S PARK ST, LAS VEGAS, NV, 89117-6722 | US Mail (1st Class) |
| 23936 | GISH FAMILY TRUST DTD 6/25/89, GEORGE J & DEANNA K GISH TTEES, 2104 RED DAWN SKY ST, LAS VEGAS, NV, 89134-5538 | US Mail (1st Class) |
| 23936 | GLEN & CARRIE DONAHUE LIVING TRUST DTD 4/30/94, GLENN M & CARRIE DONAHUE TTEE, 39 BRIDGEPORT RD, NEWPORT BEACH, CA, 92657-1015 | US Mail (1st Class) |
| 23936 | GLOY, TOM, PO BOX 4497, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23936 | GODGREY, JOHN A, PINNACLE ENTERTAINMENT INC, 3800 HOWARD HUGHES PKWY, STE 1800, LAS VEGAS, NV, 89109-5921 | US Mail (1st Class) |
| 23936 | GOETSCH, DAVID, 1616 JONES ST, MINDEN, NV, 89423 | US Mail (1st Class) |
| 23936 | GOFORTH, PHILLIP DARIN & FRANCESCA M, 13301 SILVER PEAK PL NE, ALBUQUERQUE, NM, 87111-8264 | US Mail (1st Class) |
| 23936 | RGF REVOCABLE TRUST, ROBERT G FULLER TTEE, 5172 ENGLISH DAISY WAY, LAS VEGAS, NV, 89142 | US Mail (1st Class) |
| 23936 | RUTH AND/OR ROBERT GEIGER, 1352 MT HOOD ST, LAS VEGAS, NV, 89110 | US Mail (1st Class) |
| 23936 | THIBAULT, GARY A & SANDRA C, 4525 DAWN PEAK ST, LAS VEGAS, NV, 89129-3235 | US Mail (1st Class) |
| 23936 | WARD IRA, GARY D, 26077 CHARING CROSS RD, VALENCIA, CA, 91355-2029 | US Mail (1st Class) |

**Subtotal for this group: 50**