# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 45

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23937 | DAR LIVING TRUST DTD 2/12/03, DARLENE HAMMOND TTEE, 308 LA RUE CT, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23937 | GOLD PLATED LLC, DWIGHT W & MARY ANN HAROUFF, 5680 RUFFIAN RD, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23937 | GOLDEN, JOSEPH, 144 DAWN CT, OLD BRIDGE, NJ, 08857 | US Mail (1st Class) |
| 23937 | GOLDSTEIN, MARILYN, 37 LINWOOD RD SOUTH, PORT WASHINGTON, NY, 11050 | US Mail (1st Class) |
| 23937 | GOODE IRA, JAMES PAUL, C/O FIRST SAVINGS BANK CUSTODIAN, 401 PUUHALE RD, HONOLULU, HI, 96819 | US Mail (1st Class) |
| 23937 | GOODE, JAMES PAUL, 401 PUUHALE RD, HONOLULU, HI, 96819 | US Mail (1st Class) |
| 23937 | GOODNESS LIVING TRUST DTD 6/28/00, C/O RACHELLE A GOOODNESS TTEE, 3985 LAKE PLACID DR, RENO, NV, 89511-6780 | US Mail (1st Class) |
| 23937 | GOODWIN, MICHAEL JOHN, 555 YELLOW PINE RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23937 | GOODWIN, MICHAEL, 555 YELLOW PINE RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23937 | GRAF, PAUL D & MARGARET A, 2530 GREAT HWY, SAN FRANCISCO, CA, 94116-2613 | US Mail (1st Class) |
| 23937 | GRAF, PAUL D & MARGARET A, 2530 GREAT HWY, SAN FRANCISCO, CA, 94116-2613 | US Mail (1st Class) |
| 23937 | GRAF, PAUL D & MARGARET A, 2530 GREAT HWY, SAN FRANCISCO, CA, 94116-2613 | US Mail (1st Class) |
| 23937 | GRAF, PAUL D & MARGARET A, 2530 GREAT HWY, SAN FRANCISCO, CA, 94116-2613 | US Mail (1st Class) |
| 23937 | GRAHAM, DOUGLAS S & VALERIE L, PO BOX 276, CAMBRIA, CA, 93428-0276 | US Mail (1st Class) |
| 23937 | GRAHAM, NANCI, 240 UPPER TERRACE, #3, SAN FRANCISCO, CA, 94117-4516 | US Mail (1st Class) |
| 23937 | GRAHAM, WILLIAM, 3124 QUEENSGATE LN, MODESTO, CA, 95355 | US Mail (1st Class) |
| 23937 | GRAY IRA, THOMAS C, 31672 SCENIC DR, LAGUNA BEACH, CA, 92651-8205 | US Mail (1st Class) |
| 23937 | GREGORY D YONAI FAMILY TRUST, C/O GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23937 | GREGORY D YONAI FAMILY TRUST, C/O GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23937 | GREGORY D YONAI FAMILY TRUST, C/O GREGORY D YONAI TTEE, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23937 | GREGORY D YONAI FAMILY TRUST, GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23937 | GREGORY D YONAI FAMILY TRUST, GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23937 | GREGORY J & SHAUNA M WALCH FAMILY TRST DTD 11/2/04, C/O GREGORY J WALCH TRUSTEE, 344 DOE RUN CIR, HENDERSON, NV, 89012-2704 | US Mail (1st Class) |
| 23937 | GROSS, MARY MARGARET, 717 MERIALDO LN, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23937 | GRUNDMAN, ERNA, 1608 BROWN ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23937 | GRUNDMAN, JOANNE, 1608 BROWN ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23937 | GUNDERSON, WYNN A & LORRAINE J, 33941 N 67TH ST, SCOTTSDALE, AZ, 85262-7250 | US Mail (1st Class) |
| 23937 | GUNDERSON, WYNN, 33941 N 67TH ST, SCOTTSDALE, AZ, 85262 | US Mail (1st Class) |
| 23937 | GUNNING, TOBY A, 7245 BROCKWAY CT, RENO, NV, 89523-3247 | US Mail (1st Class) |
| 23937 | GUNNING, TOBY, 7245 BROCKWAY CT, RENO, NV, 89523 | US Mail (1st Class) |
| 23937 | GUNTHER, BARBARA L, PO BOX 614, VERDI, NV, 89439 | US Mail (1st Class) |
| 23937 | GUPTAIL, PRISCILLA M, PO BOX 9550, BEND, OR, 97708 | US Mail (1st Class) |
| 23937 | GUYER, NANCY, 455 ENTERPRISE CT, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23937 | HAINS, KELLEY M & JAMIE K, 5349 MIRA LOMA DR, RENO, NV, 89502 | US Mail (1st Class) |
| 23937 | HALSETH FAMILY TRUST TOTALLY RESTATED 4/21/00, DANIEL R & SANDRA K HALSETH TTEES, 23 MOLAS DR, DURANGO, CO, 81301 | US Mail (1st Class) |
| 23937 | HANDAL, JOHN A M, 3575 SISKIYOU CT, HAYWARD, CA, 94542 | US Mail (1st Class) |
| 23937 | HANDAL, JOHN A, 3575 SISKIYOU CT, HAYWARD, CA, 94542 | US Mail (1st Class) |
| 23937 | HANDELMAN CHARITABLE REMAINDER UNITRUST DTD 5/3/97, C/O GLORIA W HANDELMAN TTEE, 2324 CASERTA CT, HENDERSON, NV, 89074-5316 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23937 | HANDELMAN, GLORIA & JIM, 2324 CASERTA CT, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 23937 | HANDELMAN, GLORIA W & JIM, 2324 CASERTA CT, HENDERSON, NV, 89074-5316 | US Mail (1st Class) |
| 23937 | HANDLIN FAMILY TRUST 4/16/04, C/O SHIRLEY M HANDLIN TRUSTEE, 8855 LEROY ST, RENO, NV, 89523-9777 | US Mail (1st Class) |
| 23937 | HANSEN, EDWIN C & RACHEL M, 2549 SHETTLER RD, MUSKEGON, MI, 49444-4356 | US Mail (1st Class) |
| 23937 | HANSLIK, WALDEMAR, 10420 MARYMONT PL, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23937 | HARDING, NEMO & ERIN, 419A ATKINSON DR, APT 504, HONOLULU, HI, 96814-4711 | US Mail (1st Class) |
| 23937 | HARDING, NEMO & ERIN, 419A ATKINSON DR, APT 504, HONOLULU, HI, 96814-4711 | US Mail (1st Class) |

**Subtotal for this group: 45**