# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 49

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23938 | HARKINS 2001 REVOCABLE TRUST DTD 8/23/01, LESLIE & LINDA HARKINS TTEES, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARKINS 2001 REVOCABLE TRUST DTD 8/23/01, LESLIE & LINDA HARKINS TTEES, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARKINS 2001 REVOCABLE TRUST DTD 8/23/01, LESLIE & LINDA HARKINS TTEES, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARKINS 2001 REVOCABLE TRUST DTD 8/23/01, LESLIE & LINDA HARKINS TTEES, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARKINS 2001 REVOCABLE TRUST DTD 8/23/01, LESLIE & LINDA HARKINS TTEES, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARKINS OF THE HARKINS 2001 REVOC-, LESLIE & LINDA, ABLE TR, 2050 LONGLEY LN, APT 2008, RENO, NV, 89502 | US Mail (1st Class) |
| 23938 | HARMS, KURT & SANDRA, 5513 INDIAN HILLS AVE, LAS VEGAS, NV, 89130-2073 | US Mail (1st Class) |
| 23938 | HAROLD & BEVERLY WILLARD 1980 TRUST DTD 12/18/80, HAROLD & BEVERLY WILLARD TTEES, 400 BAVARIAN DR, CARSON CITY, NV, 89705-7008 | US Mail (1st Class) |
| 23938 | HAROLD EPSTEIN REVOCABLE LIVING TRUST DTD 2/14/91, C/O HAROLD EPSTEIN TRUSTEE, 40 W 3RD AVE, APT 703, SAN MATEO, CA, 94402-7117 | US Mail (1st Class) |
| 23938 | HAROLD EPSTEIN REVOCABLE LIVING TRUST DTD 2/14/91, C/O HAROLD EPSTEIN TRUSTEE, 40 W 3RD AVE, APT 703, SAN MATEO, CA, 94402-7117 | US Mail (1st Class) |
| 23938 | HAROLD EPSTEIN REVOCABLE LIVING TRUST DTD 2/14/91, C/O HAROLD EPSTEIN TRUSTEE, 40 W 3RD AVE, APT 703, SAN MATEO, CA, 94402-7117 | US Mail (1st Class) |
| 23938 | HAROUFF CHARITABLE REMAINDER TRUST DTD 9/5/96, DWIGHT W & MARY ANN HAROUFF TTEES, 5680 RUFFIAN RD, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23938 | HAROUFF JT TEN, DWIGHT W & MARY ANN, 5680 RUFFIAN RD, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23938 | HARRINGTON, SUZE, 2131 CONNOR PARK CV, SALT LAKE CITY, UT, 84109-2468 | US Mail (1st Class) |
| 23938 | HARRISON FAMILY TRUST 7/27/99, THOMAS & MARGUERITE HARRISON, 930 DORCEY DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23938 | HARRISON FAMILY TRUST DTD 7/27/99, THOMAS B & MARGUERITE F HARRISON TTEES, 930 DORCEY DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23938 | HARRY B MCHUGH REVOCABLE TRUST DTD 03/12/01, C/O HARRY B MCHUGH TRUSTEE, 525 COURT ST, RENO, NV, 89501-1731 | US Mail (1st Class) |
| 23938 | HARRY G & BEVERLY C FRITZ FAMILY TRUST DTD 4/13/95, C/O BEVERLY C FRITZ TRUSTEE, 3242 BROOKFIELD DR, LAS VEGAS, NV, 89120-1939 | US Mail (1st Class) |
| 23938 | HART, KAY J, 455 MAGNOLIA AVE, FAIRHOPE, AL, 36532 | US Mail (1st Class) |
| 23938 | HARTWELL, HAROLD, 3424 E TONOPAH AVE, N LAS VEGAS, NV, 89030 | US Mail (1st Class) |
| 23938 | HARVEY, ALDERSON, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23938 | HARVEY, RODERICK J SR & PAULINE W, TRUSTEES OF HARVEY FAMILY TRUST, DTD 4/13/97, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23938 | HARVEY, RODERICK J SR & PAULINE W, TRUSTEES OF HARVEY FAMILY TRUST, DTD 4/13/97, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23938 | HASEN, TERRY, PO BOX 458, SPARKS, NV, 89432 | US Mail (1st Class) |
| 23938 | HAUSLER JR LIVING TRUSR DTD 1/3/92, EDWIN L, C/O EDWIN L HAUSLER TTEE, 4617 CONSTITUTION AVE NE, ALBUQUERQUE, NM, 87110 | US Mail (1st Class) |
| 23938 | HAVINS, KIMBERLY, 3125 SHADOWLEAF CT, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23938 | HEDLUND, MICHAEL & CAROL, ALBRIGHT STODDARD WARNICK & ALBRIGHT, 801 S RANCHO DR, #D-4, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 23938 | HEINBAUGH, JUDITH, PO BOX 8537, INCLINE VILLAGE, NV, 89452 | US Mail (1st Class) |
| 23938 | HELLER TRUST DTD 4/30/90, C/O ROBERT E & EDNA W HELLER TTEES, 152 AVE DE LA BLEU DE CLAIR, SPARKS, NV, 89434-9558 | US Mail (1st Class) |
| 23938 | HELMBERGER, RICHARD A, 2300 ROCK SPRINGS DR, APT 2044, LAS VEGAS, NV, 89128-3150 | US Mail (1st Class) |
| 23938 | HELMBERGER, RICHARD A, 39080 SANTA ROSA CT, MURRIETTA, CA, 92563 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23938 | HELMS HOMES LLC, TERRY HELMS, 809 UPLAND BLVD, LAS VEGAS, NV, 89107-3719 | US Mail (1st Class) |
| 23938 | HELZER, JOCELYNE, 115 SOUTH DEER RUN RD, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23938 | HENDLER, JANE, 4154 SAINT CLAIR AVE, STUDIO CITY, CA, 91604-1607 | US Mail (1st Class) |
| 23938 | HENDLER, JANE, 4154 ST CLAIR AVE, STUDIO CITY, CA, 91604 | US Mail (1st Class) |
| 23938 | HERD FAMILY TRUST DTD 4/23/99, C/O ALLEN & MARILYN HERD TTEES, 598 ALAWA PL, ANGELS CAMP, CA, 95222-9768 | US Mail (1st Class) |
| 23938 | HERMAINE & SEYMOUR HINDEN LIVING TRUST DTD 2/22/00, C/O HERMAINE & SEYMOUR HINDEN TTEES, 2721 ORCHID VALLEY DR, LAS VEGAS, NV, 89134-7327 | US Mail (1st Class) |
| 23938 | HESS JT TEN, CHRISTINA L & DONALD L, 1818 MADERO DR, THE VILLAGES, FL, 32159 | US Mail (1st Class) |
| 23938 | HESS, DONALD L, 1818 MADERO DR, THE VILLAGES, FL, 32159 | US Mail (1st Class) |
| 23938 | HEWLETT PACKARD FINANCIAL SERVICES COMP, PETER J ASHCROFT ESQUIRE, BERNSTEIN LAW FIRM PC, 2200 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 23938 | HEYBOER, JUDY, 1150 HIDDEN OAKS DR, MENLO PARK, CA, 94025 | US Mail (1st Class) |
| 23938 | HFAH ASYLUM LLC, HOMES FOR AMERICA HOLDINGS INC, 86 MAIN ST, SECOND FL, YONKERS, NY, 10701-2738 | US Mail (1st Class) |
| 23938 | HIGGINS, DIANE H, 571 ALDEN, INCLINE VILLAGE, NV, 89451-8333 | US Mail (1st Class) |
| 23938 | HIGGINS, LARRY D, 571 ALDEN, INCLINE VILLAGE, NV, 89451-8333 | US Mail (1st Class) |
| 23938 | HIGH, EDWARD O, 1413 PELICAN BAY TRAIL, WINTER PARK, FL, 32792 | US Mail (1st Class) |
| 23938 | HILL, ROBERT W, 4900 SAN TIMOTEO AVE NW, ALBUQUERQUE, NM, 87114-3813 | US Mail (1st Class) |
| 23938 | HOGAN, GARY M, 9900 WILBUR MAY PKWY, APT 1604, RENO, NV, 89521-4016 | US Mail (1st Class) |
| 23938 | HOGGARD, JACK, 7022 RUSHWOOD DR, EL DORADO HILLS, CA, 95762 | US Mail (1st Class) |
| 23938 | SKIP & MARY HAROUFF TRUST DTD 12/5/95, MARY ANN & DWIGHT W HAROUFF TTEES, 5680 RUFFIAN RD, LAS VEGAS, NV, 89149 | US Mail (1st Class) |

Subtotal for this group: 49