# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23939 | GRIST, INGE, 9041 NEWCOMBE ST, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 23939 | HOGLUND IRA, JOHN A, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HOGLUND IRA, JOHN A, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HOGLUND IRA, PATRICIA O, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HOGLUND, JOHN & PATRICIA, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HOGLUND, JOHN & PATRICIA, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HOGLUND, JOHN & PATRICIA, 7574 E GREEN LAKE DR N, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 23939 | HORGAN, PATRICK J, ATTN C JAIME ESQ, PO BOX 30000, MAUPIN COX LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23939 | HORGAN, PATRICK J, ATTN C JAIME ESQ, PO BOX 30000, MAUPIN COX LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23939 | HOUGHTON DENTAL CORP PSP, FBO GERALDINE HOUGHTON, 2871 PINTA, PERRIS, CA, 92571 | US Mail (1st Class) |
| 23939 | HOUSTON REVOCABLE FAMILY TRUST, WILLIAN & SUSAN, DTD 12/20/85, C/O SUSAN & WILLIAM HOUSTON TTEES, 7737 SPANISH BAY DR, LAS VEGAS, NV, 89113-1396 | US Mail (1st Class) |
| 23939 | HOUSTON, SUSAN, 7737 SPANISH BAY DR, LAS VEGAS, NV, 89113 | US Mail (1st Class) |
| 23939 | HOWARTH, MARJORIE, 2240 VILLAGE WALK DR, #2212, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23939 | HRUBY, MONICA M, PO BOX 3191, INCLINE VILLAGE, NV, 89450-3191 | US Mail (1st Class) |
| 23939 | HUFFMAN FAMILY TRUST DATED 5/28/98, HILARY A & CYNTHIA L HUFFMAN TTEES, 140 GAZELLE RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23939 | HUFFMAN FAMILY TRUST DTD 5/28/98, HILARY & CYNTHIA HUFFMAN TTEES, 140 GAZELLE RD, RENO, NV, 89511-6642 | US Mail (1st Class) |
| 23939 | HUISH, JAMIE, 2013 MADAGASCAR LN, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23939 | HUISH, JAMIE, 2013 MADAGASCAR LN, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23939 | HUMPHREY, TODD, 18665 MEADOWLARK CT, PENN VALLEY, CA, 95946 | US Mail (1st Class) |
| 23939 | HUMPHRY 1999 TRUST, C/O JACK & ALICE HUMPHRY TTEES, 3825 CHAMPAGNE WOOD DR, NORTH LAS VEGAS, NV, 89031-2056 | US Mail (1st Class) |
| 23939 | HUTHERT, JAMES F & ELIZABETH A, 487 SUDDEN VLY, BELLINGHAM, WA, 98229-4809 | US Mail (1st Class) |
| 23939 | HUTHERT, JAMES, 487 SUDDEN VLY, BELLINGHAM, WA, 98229 | US Mail (1st Class) |
| 23939 | INGMAN, MARC M, 1923 LA MESA DR, SANTA MONICA, CA, 90402-2322 | US Mail (1st Class) |
| 23939 | INGRID A RUTHERFORD FAMILY TRUST DTD 7/8/99, INGRID A RUTHERFORD TTEE, PO BOX 224, I A R CMR 419, APO, AE, 09102 | US Mail (1st Class) |
| 23939 | INGRID A RUTHERFORD FAMILY TRUST DTD 7/8/99, INGRID A RUTHERFORD TTEE, PO BOX 224, I A R CMR 419, APO, AE, 09102 | US Mail (1st Class) |
| 23939 | INGRID A RUTHERFORD FAMILY TRUST DTD 7/8/99, INGRID A RUTHERFORD TTEE, PO BOX 224, I A R CMR 419, APO, AE, 09102 | US Mail (1st Class) |
| 23939 | IONA PETE BAKAS HALLIDAY, PO BOX 39147, FT LAUDERDALE, FL, 33339-9147 | US Mail (1st Class) |
| 23939 | ISENBERG, EDWIN, 952 LAS LOMAS AVE, PACIFIC PALISADES, CA, 90272-2430 | US Mail (1st Class) |
| 23939 | JACK J BEAULIEU REVOCABLE LIVING TRUST DTD 9/1/94, JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23939 | JACK J BEAULIEU REVOCABLE LIVING TRUST DTD 9/1/94, JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23939 | JACK J BEAULIEU REVOCABLE LIVING TRUST DTD 9/1/94, JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23939 | JACK J BEAULIEU REVOCABLE LIVING TRUST DTD 9/1/94, JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23939 | JACK J BEAULIEU REVOCABLE LIVING TRUST DTD 9/1/94, JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23939 | JACK R CLARK & LINDA C REID JT TEN, 9900 WILBUR MAY PKWY, #4701, RENO, NV, 89521-3089 | US Mail (1st Class) |
| 23939 | JACK S TIANO ACCOUNTANCY CORP, 116 W EL PORTAL, STE 103, SAN CLEMENTE, CA, 92672 | US Mail (1st Class) |
| 23939 | JACK S TIANO ACCOUNTANCY CORP, 116 W EL PORTAL, STE 103, SAN CLEMENTE, CA, 92672 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23939 | JACQUELINE BARBARA VALIENTE REVOCABLE LIVING TRUST, C/O JACQUELINE BARBARA VALIENTE TTEE, 8804 RIO GRANDE FALLS AVE, LAS VEGAS, NV, 89178-7217 | US Mail (1st Class) |
| 23939 | JAMES GARY MACHETTA TRUST DTD 7/9/02, C/O JAMES GARY MACHETTA TRUSTEE, PO BOX 2242, DENVER, CO, 80201-2242 | US Mail (1st Class) |
| 23939 | JAMES, DONALD E, 2038 PALM ST SPC 438, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 23939 | JAMIE KEFALAS TRUST, C/O FRANCIS HOWARD TRUSTEE, 7 COMMERCE CENTER DR, STE A, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23939 | JANET P JOHNSON LIVING TRUST DTD 7/10/04, CHARLES & JANET JOHNSON TTEES, 17 FRONT ST, PALM COAST, FL, 32137-1453 | US Mail (1st Class) |
| 23939 | JANICE JANIS & CHRISTINE BRAGER TENANTS, 406 PEARL ST, BOULDER, CO, 80302-4931 | US Mail (1st Class) |
| 23939 | JANICE JANIS LIVING TRUST DTD 2/3/99, C/O JANICE JANIS TRUSTEE, 406 PEARL ST, BOULDER, CO, 80302 | US Mail (1st Class) |
| 23939 | JANICE JANIS LIVING TRUST DTD 2/3/99, C/O JANICE JANIS TRUSTEE, 406 PEARL ST, BOULDER, CO, 80302-4931 | US Mail (1st Class) |
| 23939 | JANIS LIVING TRUST DTD 2/3/99, JANICE, C/O JANICE JANIS TTEE, 406 PEARL ST, BOULDER, CO, 80302-4931 | US Mail (1st Class) |
| 23939 | MCKNIGHT, JAMES E, 233 BRANCH AVE, FREEPORT, NY, 11520 | US Mail (1st Class) |
| 23939 | MCKNIGHT, JAMES, 233 BRANCH AVE, FREEPORT, NY, 11520 | US Mail (1st Class) |
| 23939 | MELVIN J & EVELYN A IVES BYPASS TRUST DTD 1/6/93, EVELYN A IVES TRUSTEE, 220 FIRST ST, #3, SEAL BEACH, CA, 90740 | US Mail (1st Class) |
| 23939 | MELVIN J & EVELYN A IVES QTIP TRUST, EVELYN A IVES TTEE, 220 FIRST ST, #3, SEAL BEACH, CA, 90740 | US Mail (1st Class) |
| 23939 | SCOTT, JACQUELINE, 306 TORREY PINES, DAYTON, NV, 89403 | US Mail (1st Class) |

**Subtotal for this group: 50**

USA Commercial Mortgage Company fka USA Capi