# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 44

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23940 | BURGARELLO INC PROFIT SHARING PLAN, C/O RONALD A JOHNSON TTEE, 50 SNIDER WAY, SPARKS, NV, 89431-6308 | US Mail (1st Class) |
| 23940 | BURGARELLO INC PROFIT SHARING PLAN, RONALD A JOHNSON TTEE, 50 SNIDER WAY, SPARKS, NV, 89431-6308 | US Mail (1st Class) |
| 23940 | CIBB INC PENSION PLAN, RONALD A JOHNSON TTEE, 50 SNIDER WAY, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23940 | CIBB INC PENSION PLAN, RONALD A JOHNSON TTEE, 50 SNIDER WAY, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23940 | ELLER INC, JONATHAN M, PO BOX 1614, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23940 | ELLER IRA, JONATHAN M, FIRST SAVINGS BANK C/F JONATHAN M ELLER IRA, PO BOX 1614, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23940 | JAMES W & KARENE K JELF, 731 S HOUSTON ST, ARKANSAS PASS, TX, 78336 | US Mail (1st Class) |
| 23940 | JANET P JOHNSON LIVING TRUST DATED 7/14/04, JANET P & CHARLES E JOHNSON TTEES, 17 FRONT ST, PALM COAST, FL, 32137 | US Mail (1st Class) |
| 23940 | JANUS, JEFFREY, C/O LINCOLN TRUST COMPANY TTEE, 8013 GLENDALE DR, FREDERICK, MD, 21702-2919 | US Mail (1st Class) |
| 23940 | JASON KEFALAS TRUST, C/O FRANCIS HOWARD TRUSTEE, 7 COMMERCE CENTER DR, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 23940 | JAY E HENMAN RETIREMENT PLAN, C/O JAY E HENMAN TRUSTEE, 1023 RIDGEVIEW CT, CARSON CITY, NV, 89705-8054 | US Mail (1st Class) |
| 23940 | JAYEM FAMILY LP JACQUES MASSA GP, 7 PARADISE VALLEY CT, HENDERSON, NV, 89052-6706 | US Mail (1st Class) |
| 23940 | JEAN H MURRAY SEPARATE PROPERTY TR DTD 9/12/02, C/O JEAN H MURRAY TRUSTEE, 865 COLOMA DR, CARSON CITY, NV, 89705-7204 | US Mail (1st Class) |
| 23940 | JEANNINE M GAHRING REVOCABLE TRUST DTD 6/27/97, C/O JEANNIENE M GAHRING TTEE, 17282 CANDLEBERRY, IRVINE, CA, 92612-2310 | US Mail (1st Class) |
| 23940 | JILLIAN CAMPBELL & PATSY RIEER JT TEN, 2024 DOUGLAS RD, STOCKTON, CA, 95207 | US Mail (1st Class) |
| 23940 | JOAN B GASSIOT TRUST 1987 DTD 8/7/87, JOAN B GASSIOT, 4050 BITTER CREEK CT, RENO, NV, 89509-0609 | US Mail (1st Class) |
| 23940 | JOCELYN HELZER & EDDIE MAYO JT TEN, 115 SOUTH DEER RUN RD, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23940 | JOHN & JANET MRASZ TRUST DTD 12/2/04, C/O JOHN T & JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN & JANET MRASZ TRUST DTD 12/2/04, C/O JOHN T & JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN & JANET MRASZ TRUST DTD 12/2/04, C/O JOHN T & JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN & JANET MRASZ TRUST DTD 12/2/04, C/O JOHN T & JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN B & PRISCILLA J JAEGER FAMILY TRUST, JOHN B & PRISCILLA J JAEGER, 2256 HOT OAK RIDGE ST, LAS VEGAS, NV, 89134-5520 | US Mail (1st Class) |
| 23940 | JOHN L WADE TRUST DTD 5/8/01, C/O JOHN L WADE TRUSTEE, 881 LAKE COUNTRY DR, INCLINE VILLAGE, NV, 89451-9042 | US Mail (1st Class) |
| 23940 | JOHN P & NANCY K MANTER LIVING TRUST, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23940 | JOHN P & NANCY K MANTER LIVING TRUST, JOHN P & NANCY K MANTER TTEES, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451-7902 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN T MRASZ ENT INC DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T & JANET MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS, CA, 91040-1512 | US Mail (1st Class) |
| 23940 | JOHN W & BARBARA S GAY TRUST DATED 10/17/89, C/O JOHN W & BARBARA S GAY TTEES, PO BOX 974, 54 HOFF RD, KENWOOD, CA, 95452-0974 | US Mail (1st Class) |
| 23940 | JOHN W BROUWERS MD SEP IRA, 2333 DOLPHIN CT, HENDERSON, NV, 89074-5320 | US Mail (1st Class) |
| 23940 | JOHNSON JT TEN, CHARLES E & JANET P, 17 FRONT ST, PALM COAST, FL, 32137 | US Mail (1st Class) |
| 23940 | JOHNSON JT TEN, CHARLES E & JANET P, 17 FRONT ST, PALM COAST, FL, 32137-1453 | US Mail (1st Class) |
| 23940 | JOHNSON, PHYLLIS, C/O RON JOHNSON, PO BOX 27, RENO, NV, 89504 | US Mail (1st Class) |
| 23940 | JOHNSON, PHYLLIS, C/O RON JOHNSON, PO BOX 27, RENO, NV, 89504 | US Mail (1st Class) |
| 23940 | JOHNSON, RONALD A & MARILYN, 50 SNIDER WAY, SPARKS, NV, 89431-6308 | US Mail (1st Class) |
| 23940 | JOSEPH J MACHETTA TRUST DTD 8/25/04, C/O JOSEPH J MACETTA TRUSTEE, PO BOX 187, BRUSH, CO, 80723-0187 | US Mail (1st Class) |
| 23940 | JOY INVESTMENT INC A NEVADA CORPORATION, 8080 HARBORVIEW RD, BLAINE, WA, 98230 | US Mail (1st Class) |
| 23940 | JOY MERLENE JACKSON LIVING TRUST, 827 UNION PACIFIC BLVD, PMB 71-175, LAREDO, TX, 78045 | US Mail (1st Class) |
| 23940 | JOYCE BOMBARD 2000 TRUST DTD 11/11/00, C/O JOYCE BOMBARD TRUSTEE, 8122 DARK HOLLOW PL, LAS VEGAS, NV, 89117-7618 | US Mail (1st Class) |

**Subtotal for this group: 44**

USA Commercial Mortgage Company fka USA Capi