# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 45

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23941 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561 | US Mail (1st Class) |
| 23941 | ADDES IRA, KENNETH, 100 W BROADWAY, APT 7V, LONG BEACH, NY, 11561-4019 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV, 89135-1548 | US Mail (1st Class) |
| 23941 | JOYCE, DAVID, 7465 SILVER KING DR, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23941 | JWB INVESTMENTS INC PENSION PLAN, 2333 DOLPHIN CT, HENDERSON, NV, 89052-5320 | US Mail (1st Class) |
| 23941 | JWB INVESTMENTS INC PENSION PLAN, 2333 DOLPHIN CT, HENDERSON, NV, 89052-5320 | US Mail (1st Class) |
| 23941 | JWB INVESTMENTS INC PENSION PLAN, 2333 DOLPHIN CT, HENDERSON, NV, 89074-5320 | US Mail (1st Class) |
| 23941 | KANTOR FAMILY TRUST DATED 5/6/82, RONALD A & RUTH E KANTOR TTEES, 1921 N BEVERLY DR, BEVERLY HILLS, CA, 90210-1612 | US Mail (1st Class) |
| 23941 | KAREN L PIDGEON 2006 LIVING TRUST DATED 2/27/06, C/O KAREN L PIDGEON TTEE, PO BOX 41619, SACRAMENTO, CA, 95841-1619 | US Mail (1st Class) |
| 23941 | KAREN L PIDGEON 2006 LIVING TRUST DATED 2/27/06, C/O KAREN L PIDGEON TTEE, PO BOX 41619, SACRAMENTO, CA, 95841-1619 | US Mail (1st Class) |
| 23941 | KAREN PETERSEN TYNDALL TRUST DTD 3/9/94, C/O KAREN PETERSEN TYNDALL TTEE, 1012 GREYSTOKE ACRES ST, LAS VEGAS, NV, 89145-8659 | US Mail (1st Class) |
| 23941 | KAREN PETERSEN TYNDALL TRUST DTD 3/9/94, C/O KAREN PETERSEN TYNDALL TTEE, 1012 GREYSTOKE ACRES ST, LAS VEGAS, NV, 89145-8659 | US Mail (1st Class) |
| 23941 | KARLIN TRUST DTD 3/3/89, C/O FRANCIS J KARLIN TRUSTEE, 4009 CUTTING HORSE AVE, N LAS VEGAS, NV, 89032-2674 | US Mail (1st Class) |
| 23941 | KARREN, THOMAS, 20483 POWDER MOUNTAIN CT, BEND, OR, 97702 | US Mail (1st Class) |
| 23941 | KASSEL 1988 TRUST, C/O WILLIAM J KASSEL TRUSTEE, 4533 PONY EXPRESS ST, NORTH LAS VEGAS, NV, 89031-0114 | US Mail (1st Class) |
| 23941 | KASSEL, WILLIAM, 4533 PONY EXPRESS ST, N LAS VEGAS, NV, 89031 | US Mail (1st Class) |
| 23941 | KATHY JOHN & TINA EDEN JT WROS, 57 POINTSETTIA DR, ORMOND BEACH, FL, 32176-3518 | US Mail (1st Class) |
| 23941 | KATHY JOHN & TINA EDEN JT WROS, 57 POINTSETTIA DR, ORMOND BEACH, FL, 32176-3518 | US Mail (1st Class) |
| 23941 | KATHY JOHN & TINA EDEN JT WROS, 57 POINTSETTIA DR, ORMOND BEACH, FL, 32176-3518 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23941 | KATHY JOHN & TINA EDEN JT WROS, 57 POINTSETTIA DR, ORMOND BEACH, FL, 32176-3518 | US Mail (1st Class) |
| 23941 | KATHY JOHN & TINA EDEN JT WROS, 57 POINTSETTIA DR, ORMOND BEACH, FL, 32176-3518 | US Mail (1st Class) |
| 23941 | KATZMAN FAMILY TRUST DTD 4/3/87, C/O HAROLD KATZMAN TRUSTEE, 5 TORREY PINE DR, NEWPORT COAST, CA, 92657-1539 | US Mail (1st Class) |
| 23941 | KAY M CANTRELL & DONALD L HESS JT TEN, 1818 MADERO DR, THE VILLAGES, FL, 32159 | US Mail (1st Class) |
| 23941 | KAY M CANTRELL & KAY J HART JT TEN, 455 MAGNOLIA AVE, FAIRHOPE, AL, 36532 | US Mail (1st Class) |
| 23941 | KEFALAS TRUST DTD 7/3/97, C/O KENNETH & DEBBIE KEFALAS TTEES, 2742 CARINA WAY, HENDERSON, NV, 89052-4055 | US Mail (1st Class) |
| 23941 | KEFALAS, CHRIS & KATHY, 2050 S ROBB WAY, LAKEWOOD, CO, 80227-1963 | US Mail (1st Class) |
| 23941 | KELLER, PETER, 640 VALENCIA DR, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23941 | KELLEY FAMILY TRUST UAD 10/10/91, C/O DAVID G & ANA W KELLEY TTEES, 633 HAVERKAMP DR, GLENDALE, CA, 91206-3118 | US Mail (1st Class) |
| 23941 | KEN WYATT ENTERPRISES INC, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23941 | KENNEDY, VALDA, PO BOX 2845, RENO, NV, 89505 | US Mail (1st Class) |
| 23941 | KM TRUST, AIMEE E KEARNS TTEE, 5886 N BONITA VISTA ST, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23941 | MURRAY TRUST, AIMEE E KEARNS TTEE, 5886 N BONITA VISTA ST, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23941 | VIRGA, JULIE A, 2567 HARKNESS ST, SACRAMENTO, CA, 95818-2325 | US Mail (1st Class) |

Subtotal for this group: 45

USA Commercial Mortgage Company fka USA Capi