# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH & PHYLLIS WYATT TTEES, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KENNETH L SCHUMANN LIVING TRUST DTD 7/19/96, C/O KENNETH L SCHUMANN TTEE, 10 TOWN PLZ, #99, DURANGO, CO, 81301-5104 | US Mail (1st Class) |
| 23942 | KERN, FRANCIS, 1060 COUNTRY RIDGE DR, SPARKS, NV, 89434 | US Mail (1st Class) |
| 23942 | KERNER REVOCABLE TRUST DTD 3/16/81, MELVIN W KERNER TTEE, 15758 SUNSET DR, POWAY, CA, 92064 | US Mail (1st Class) |
| 23942 | KIVEN JOINT TENANTS, NORMAN & CARYN, ANDREW J ABRAMS ESQ, SUGAR FRIEDBERG & FELSENTHAL LLP, 30 N LASALLE ST, STE 3000, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 23942 | KIVEN, NORMAN, ANDREW J ABRAMS ESQ, SUGAR FRIEDBERG & FELSENTHAL LLP, 30 N LASALLE ST, STE 3000, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 23942 | KIWI NEVADA LP, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KIWI NEVADA LP, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KIWI NEVADA LP, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23942 | KLAY LIVING TRUST DTD 7/11/90, OTHMAR & CHRISTINE KLAY TTEES, 5530 LAUSANNE DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23942 | KLINE, EDWARD, 9932 ARBUCKLE DR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23942 | KM FINANCIALS LLC, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117-5854 | US Mail (1st Class) |
| 23942 | KM GROUP A NEVADA GENERAL PARTNERSHIP, AIME KEARNS, 5886 N BONITA VISTA ST, LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 23942 | KNOBEL II, ROBERT H & MATTHEW S, 225 RIVERTON RD, WEDDINGTON, NC, 28104-6003 | US Mail (1st Class) |
| 23942 | KOERWITZ FAMILY TRUST DTD 5/13/03, KENNETH & JAN CASE KOERWITZ TTEES, 44 WINFIELD LN, WALNUT CREEK, CA, 94595 | US Mail (1st Class) |
| 23942 | KOLBERT, CARL, 11200 BONDSHIRE DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23942 | KOPF, KLAUS & COLETTE, 8096 MERLEWOOD AVE, LAS VEGAS, NV, 89117-7647 | US Mail (1st Class) |
| 23942 | KPT IRREVOCABLE TRUST DTD 7/16/99, C/O KAREN PETERSEN TYNDALL TTEE, 1012 GREYSTOKE ACRES ST, LAS VEGAS, NV, 89145-8659 | US Mail (1st Class) |
| 23942 | KPT IRREVOCABLE TRUST DTD 7/16/99, C/O KAREN PETERSEN TYNDALL TTEE, 1012 GREYSTOKE ACRES ST, LAS VEGAS, NV, 89145-8659 | US Mail (1st Class) |
| 23942 | KRISS, ARTHUR I, 2398 WEST 1050 N, HURRICANE, UT, 84737 | US Mail (1st Class) |
| 23942 | KRISS, ARTHUR I, 2398 WEST 1050 NORTH, HURRICANE, UT, 84737 | US Mail (1st Class) |
| 23942 | KRISS, ARTHUR I, 2398 WEST 1050 NORTH, HURRICANE, UT, 84737 | US Mail (1st Class) |
| 23942 | KRISS, ARTHUR I, 2398 WEST 1050 NORTH, HURRICANE, UT, 84737 | US Mail (1st Class) |
| 23942 | KRYNZEL INDIVIDUALLY & AS, DAVID B, MANAGING PARTNER OF GOLD RUNNER, 740 ALDO RAE CT, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23942 | KUBLY JTWOS, MARSHALL D & KATHLEEN, 4687 BRADFORD LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23942 | KWONG, WENDY, 1817 CALIFORNIA ST UNIT # 211, SAN FRANCISCO, CA, 94109 | US Mail (1st Class) |
| 23942 | LADD, DINA, 355 MOGUL MOUNTAIN DR, RENO, NV, 89523-9622 | US Mail (1st Class) |
| 23942 | LAENA EMMERICH SURVIVORS TRUST DTD 5/18/89, C/O TODD A HUMPHREY TRUSTEE, 18665 MEADOWLARK CT, PENN VALLEY, CA, 95946-9655 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23942 | LAFAYETTE, JOSEPH B & CATHERINE D, 9030 JUNIPERO AVE, ATASCADERO, CA, 93422 | US Mail (1st Class) |
| 23942 | LAND EXCHANGE ACCOMMODATORS, 2775 S RAINBOW BLVD, STE 150, LAS VEGAS, NV, 89146-5192 | US Mail (1st Class) |
| 23942 | LAND EXCHANGE ACCOMMODATORS, PO BOX STE 150, 2775 S RAINBOW BLVD, LAS VEGAS, NV, 89146-5192 | US Mail (1st Class) |
| 23942 | LANGE, ROBERT, 7915 HELENA AVE, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 23942 | LANZAS, JOSE M & GLADYS, 3345 SPOTTED FAWN DR, ORLANDO, FL, 32817-5006 | US Mail (1st Class) |
| 23942 | LANZAS, JOSE, 3345 SPOTTED FAWN DR, ORLANDO, FL, 32817 | US Mail (1st Class) |
| 23942 | LARRY L & PATSY R RIEGER REVOCABLE TR DTD 8/14/91, LARRY L & PATSY R RIEGER TTEES, 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE, NV, 89027 | US Mail (1st Class) |
| 23942 | NANCY N LAFLEUR TRANSFER ON DEATH TO, STEPHEN M & JAMES R LAFLEUR, 9508 GRENVILLE AVE, LAS VEGAS, NV, 89134 | US Mail (1st Class) |

**Subtotal for this group: 50**