# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties. 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23943 | DOERR FAMILY TRUST DTD 9/12/02, FRANZ J DOERR SHELTER TRUST OF, LINDA PATRUCCO DOERR TRUSTEE, 690 WEST RIVERVIEW CIR, RENO, NV, 89509-1130 | US Mail (1st Class) |
| 23943 | JAMES H LIDSTER FAMILY TRUST DATD 1/20/92, JAMES H & PHYLLUS M LIDSTER TTEES, PO BOX 2577, MINDEN, NV, 89423 | US Mail (1st Class) |
| 23943 | LAURENCE A & SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN, NV, 89423-7816 | US Mail (1st Class) |
| 23943 | LAURENCE A & SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN, NV, 89423-7816 | US Mail (1st Class) |
| 23943 | LAWRENCE H & LORRAINE K TENGAN REVOCABLE TRUST, LAWRENCE H & LORRAINE K TENGAN, 504 EDGEFIELD RIDGE PL, HENDERSON, NV, 89012-4543 | US Mail (1st Class) |
| 23943 | LAWSON, PAULA, PO BOX 18652, RENO, NV, 89511 | US Mail (1st Class) |
| 23943 | LAYNE FAMILY TRUST, BRUCE & SHERRY LAYNE, C/O LAWRENCE D ROUSE ESQ, 523 S 8TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 23943 | LEE, WILLIAM, 9050 DOUBLE R BLVD, UNIT 421, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | LEE, WILLIAM, 9050 DOUBLE R BLVD, UNIT 421, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | LEE, WILLIAM, 9050 DOUBLE R BLVD, UNIT 421, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | LEER, HANS J & CAROLYN F, 2024 GENTRY LN, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23943 | LEER, HANS, 2024 GENTRY LN, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23943 | LEHART, MILTON, 184 BUCKLAND DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23943 | LEONARD & BARBARA BAKER REVOCABLE TRUST, C/O LEONARD & BARBARA BAKER CO-TTEES, 8520 BAYLAND DR, LAS VEGAS, NV, 89134-8641 | US Mail (1st Class) |
| 23943 | LERIN HILLS LTD, DAVID A COLVIN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23943 | LESTER, ERIC LYNN & CASSIE, 500 W GOLDFIELD AVE, YERINGTON, NV, 89447-3317 | US Mail (1st Class) |
| 23943 | LESTER, ERIC, 500 W GOLDFIELD AVE, YERINGTON, NV, 89447 | US Mail (1st Class) |
| 23943 | LEVY, ROBERT, 2115 BENSLEY ST, HENDERSON, NV, 89044 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA JT WROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 23943 | LIM, JAY, 208 CLARENCE WAY, FREMONT, CA, 94539 | US Mail (1st Class) |
| 23943 | LIMA, STEPHEN R & PAULETTA C, 460 WHISKEY HILL RD, WATSONVILLE, CA, 95076-8522 | US Mail (1st Class) |
| 23943 | LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80, MILDRED KESLER TTEE, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117 | US Mail (1st Class) |
| 23943 | LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80, C/O MILDRED P KESLER TRUSTEE, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117-5854 | US Mail (1st Class) |
| 23943 | LINDSEY H KESLER JR IRA, FIRST SAVINGS BANK CUSTODIAN, 4847 DAMON CIR, SALT LAKE CITY, UT, 84117 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23943 | LOCOCO, RANDALL & ALLISON, 3001 SAN LUIS CT, FORT COLLINS, CO, 80525 | US Mail (1st Class) |
| 23943 | LOFTFIELD REVOCABLE LIVING TRUST, JAMES RONALD & CATHERINE PAULINE LOFTFIELD TTEES, 1532 BEECH GROVE DR, LAS VEGAS, NV, 89119-0367 | US Mail (1st Class) |
| 23943 | LOFTFIELD REVOCABLE LIVING TRUST, JAMES RONALD & CATHERINE PAULINE LOFTFIELD TTEES, 1532 BEECH GROVE DR, LAS VEGAS, NV, 89119-0367 | US Mail (1st Class) |
| 23943 | LOFTFIELD, JAMES, 1532 BEECH GROVE DR, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23943 | LOFTFIELD, JAMES, 1532 BEECH GROVE DR, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 23943 | LORA & LOYAL CROWNOVER FAMILY TRUST, C/O LOYAL CROWNOVER TRUSTEE, 2213 PLAZA DEL PUERTO, LAS VEGAS, NV, 89102-4045 | US Mail (1st Class) |
| 23943 | LORIN LOUGHLIN & RAND YAZZOLINO, 1259 BAGS BLVD, SONOMA, CA, 95476 | US Mail (1st Class) |
| 23943 | LOS VALLES LAND & GOLF LLC, 233 WILSHIRE BLVD, STE 800, SANTA MONICA, CA, 90401-1207 | US Mail (1st Class) |
| 23943 | LOUGHLIN FAMILY TRUST, C/O RICHARD J & ROBERTA L LOUGHLIN TTEES, 50 GREENBRIAR CIR, NAPA, CA, 94558-1587 | US Mail (1st Class) |
| 23943 | LOUGHLIN, EDWARD, 2636 GOLDEN SANDS DR, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 23943 | LOUGHLIN, R, 12286 CLIPPER CREEK RD, NEVADA CITY, CA, 95959 | US Mail (1st Class) |
| 23943 | LOUIS H & SHIRLEY M TURNER FAMILY TRUST DTD 9/9/97, LOUIS H & SHIRLEY M TURNER, 9558 MAMMOTH CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | LOUIS H & SHIRLEY M TURNER FAMILY TRUST DTD 9/9/97, LOUIS TURNER, 9558 MAMMOTH CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | LOUIS H & SHIRLEY M TURNER FAMILY TRUST DTD 9/9/97, LOUIS TURNER, 9558 MAMMOTH CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23943 | RAUSCH, LAWRENCE, 10708 BRINKWOOD AVE, LAS VEGAS, NV, 89134-5245 | US Mail (1st Class) |
| 23943 | RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23943 | RAUSCH, LAWRENCE, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23943 | WHITNEY H LAUREN FAMILY TRUST DATED 3/5/98, WHITNEY H LAUREN TTEE, 2581 RAMPART TER, RENO, NV, 89519 | US Mail (1st Class) |

**Subtotal for this group: 50**