**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties· 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23944 | JOHN J & DIANE M MAGUIRE LIVING TRUST DTD 8/4/00, JOHN J & DIANE M MACGUIRE TTEES, 5590 SAN PALAZZO CT, LAS VEGAS, NV, 89141-3913 | US Mail (1st Class) |
| 23944 | JOHN J & DIANE M MAGUIRE LIVING TRUST DTD 8/4/00, JOHN J & DIANE M MAGUIRE TTEES, 5590 SAN PALAZZO CT, LAS VEGAS, NV, 89141-3913 | US Mail (1st Class) |
| 23944 | KELLER, LYNNE, 1431 MALLARD DR, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 23944 | LOUISE ALPORT KOLBERG REVOCABLE TRUST, C/O LOUISE ALPORT KOLBERG TTEE, 5914 ONONDAGA RD, BETHESDA, MD, 20816-2036 | US Mail (1st Class) |
| 23944 | LOUISE ALPORT KOLBERG REVOCABLE TRUST, LOUISE KOLBERG TRUSTEE, 5914 ONONDAGA RD, BETHESDA, MD, 20816 | US Mail (1st Class) |
| 23944 | LOUISE TEETER IRA ROLLOVER, 4201 VIA MARINA, STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 23944 | LUKITO, HENDARSIN & SHU S, 3009 BEAVERWOOD LN, SILVER SPRING, MD, 20906-3011 | US Mail (1st Class) |
| 23944 | LUONGO HW JT TEN, JOHN M & GLORIA, WROS PAYABLE ON DEATH TO STEPHANIE LUONGO, 965 LEAH CIR, RENO, NV, 89511 | US Mail (1st Class) |
| 23944 | M L & PAULINE SMITH FAMILY LIVING TRUST, C/O M L & PAULINE SMITH TRUSTEES, 3108 N MINERSVILLE HWY, CEDAR CITY, UT, 84720-5407 | US Mail (1st Class) |
| 23944 | MACDONALD CENTER, FOR THE ARTS & HUMANITIES, 1730 W HORZON RIDGE PKWY, HENDERSON, NV, 89012-1001 | US Mail (1st Class) |
| 23944 | MACHETTA, JAMES, PO BOX 2242, DENVER, CO, 80201 | US Mail (1st Class) |
| 23944 | MACHETTA, JOSEPH, PO BOX 187, BRUSH, CO, 80723 | US Mail (1st Class) |
| 23944 | MACHETTA, JOSEPH, PO BOX 187, BRUSH, CO, 80723-0187 | US Mail (1st Class) |
| 23944 | MAHESHWARI, RABINDER & USHA, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23944 | MAKI, MARIE & RAYMOND E, 9024 COLUMBIA ST, SAINT JOHN, IN, 46373-9345 | US Mail (1st Class) |
| 23944 | MAKI, MARIE A & RAYMOND E, 9024 COLUMBIA ST, SAINT JOHN, IN, 46373-9345 | US Mail (1st Class) |
| 23944 | MALLIN FAMILY TRUST DATED 7/12/99, JOSE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23944 | MAMUAD, TAMRA, 7935 PLACID ST, LAS VEGAS, NV, 89123-1848 | US Mail (1st Class) |
| 23944 | MAMULA, MELISSA, 3318 TRICKLING STREAM CIR, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23944 | MANTAS, LEO G, 7440 S BLACKHAWK ST, #12208, ENGLEWOOD, CO, 80112-4355 | US Mail (1st Class) |
| 23944 | MANTER, JOHN, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23944 | MANTER, JOHN, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23944 | MANTER, JOHN, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451-7902 | US Mail (1st Class) |
| 23944 | MANTER, JOHN, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451-7902 | US Mail (1st Class) |
| 23944 | MANTER, JOHN, 1835 CIRCLE LN SE, APT 502, LACEY, WA, 98503 | US Mail (1st Class) |
| 23944 | MARCHUK, ALEXANDER W & DOREEN W, 325 MARCHE CHASE DR, APT 138, EUGENE, OR, 97401-8894 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DATED 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89510 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, TRUST DATED 8/16/04, 1885 VINTNERS PL, RENO, NV, 89519-4334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARICA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89509-8334 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV, 89519 | US Mail (1st Class) |
| 23944 | MARCONI, CAROL A, 3731 SARASOTA SQUARE BLVD, APT 307, SARASOTA, FL, 34238-5462 | US Mail (1st Class) |
| 23944 | MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORG TRUSTEE, 727 3RD AVE, CHULA VISTA, CA, 91910-5803 | US Mail (1st Class) |
| 23944 | MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORG TTEE, 727 3RD AVE, CHULA VISTA, CA, 91910-5803 | US Mail (1st Class) |

Subtotal for this group: 50