# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 46

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23945 | DONNOLO, MARK DANIEL, 6413 HILLSIDE BROOK AVE, LAS VEGAS, NV, 89130-1836 | US Mail (1st Class) |
| 23945 | IRWIN, MARTIN, 5221 LINDELL RD M102, LAS VEGAS, NV, 89118 | US Mail (1st Class) |
| 23945 | MARILYN JOHNSON LIVING TRUST DTD 10/5/99, MARILYN JOHNSON TRUSTEE, 1010 LARUE AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23945 | MARION C SHARP TRUST, C/O MARION C SHARP TRUSTEE, 20 LEROY TER, NEW HAVEN, CT, 06512-3114 | US Mail (1st Class) |
| 23945 | MARK COMBS PENSION & PSPS THE, 4790 CAUGHLIN PKWY, RENO, NV, 89509-0907 | US Mail (1st Class) |
| 23945 | MARKWELL FAMILY TRUST, TERRY & CHRISTIANE MARKWELL TTEES, 12765 SILVER WOLF RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23945 | MARKWELL, MONIQUE, 100 NORTH ARLINGTON AVE, #9H, RENO, NV, 89501 | US Mail (1st Class) |
| 23945 | MARLIN LEASING CORPORATION, 300 FELLOWSHIP RD, MOUNT LAUREL, NJ, 08054-1201 | US Mail (1st Class) |
| 23945 | MARRS IRA, BOBBIE, 5753 BEDROCK SPRINGS AVE, LAS VEGAS, NV, 89131-3933 | US Mail (1st Class) |
| 23945 | MARRS, BOBBIE, 5753 BEDROCK SPRINGS AVE, LAS VEGAS, NV, 89131 | US Mail (1st Class) |
| 23945 | MARSHAL BRECHT TRUST DTD 2/5/86, MARSHALL J & JANET L BRECHT TRUSTEES, 640 COLONIAL CIR, FULLERTON, CA, 92835 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TRUSTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TRUSTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TRUSTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TRUSTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TRUSTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON FAMILY TRUST DATED 8/13/93, E GRACE MARSTON TTEE, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328-9213 | US Mail (1st Class) |
| 23945 | MARSTON, JOHN M & LINDA S, 12441 ROAD 44, MANCOS, CO, 81328-9213 | US Mail (1st Class) |
| 23945 | MARTIN IRA, GERALDINE E, 4786 VILLAGE GREEN PKWY, RENO, NV, 89509-8030 | US Mail (1st Class) |
| 23945 | MARTIN, GERALDINE, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23945 | MARTIN, JERROLD T & JAMES T, 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 23945 | MARTIN, JERROLD T & JAMES T, 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 23945 | MARTINEZ FAMILY TRUST DTD 2/24/97, C/O MARCELLA & ROSS MARTINEZ TTEES, 2283 VEGAS VALLEY DR, LAS VEGAS, NV, 89109-1875 | US Mail (1st Class) |
| 23945 | MARTINEZ, LEONARD & TARA, 6297 ELVIDO AVE, LAS VEGAS, NV, 89122-7562 | US Mail (1st Class) |
| 23945 | MARVIN & VALLIERA MYERS TRUST, 3655 S DECATUR, #14-169, LAS VEGAS, NV, 89103 | US Mail (1st Class) |
| 23945 | MARY E DUNLOP 1992 TRUST DTD 7/29/03, MARY E DUNLOP TRUSTEE, 10969 LAS CASITAS, ATASCADERO, CA, 93422 | US Mail (1st Class) |
| 23945 | MASSRY, MORRIS, C/O SEGEL GOLDMAN MAZZOTTA & SIEGEL PC, 9 WASHIGTON SQ, ALBANY, NY, 12205 | US Mail (1st Class) |
| 23945 | MATHIEU, MARIA, 2623 ALBANO VILLA CT, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23945 | MAURICE FINK TRUST, C/O MAURICE FINK TRUSTEE, 3111 BEL AIR DR, #15G, LAS VEGAS, NV, 89109 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23945 | MAURICE FINK TRUST, MAURICE FINK TTEE, 3111 BEL AIR DR, #15G, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 23945 | MAURICE FINK TRUST, MAURICE FINK TTEE, 3111 BEL AIR DR, #15G, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 23945 | MAYO FAMILY TRUST, C/O MONROE & LOUISE MAYO TTEES, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117-5858 | US Mail (1st Class) |
| 23945 | MAYO FAMILY TRUST, C/O MONROE & LOUISE MAYO TTEES, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117-5858 | US Mail (1st Class) |
| 23945 | MAYO FAMILY TRUST, C/O MONROE & LOUISE MAYO TTEES, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117-5858 | US Mail (1st Class) |
| 23945 | MAYO, MONROE, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23945 | MAYO, MONROE, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23945 | MAYO, MONROE, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23945 | MAYO, MONROE, 8635 W SAHARA AVE, #532, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23945 | MCALLISTER, MARLIN, 2670 MARVIN TRAIL, REDDING, CA, 96001 | US Mail (1st Class) |
| 23945 | TERRY MARKWELL PROFIT SHARING PLAN & TRUST, TERRY MARKWELL TTEE, 12765 SILVER WOLF RD, RENO, NV, 89511 | US Mail (1st Class) |

**Subtotal for this group: 46**