# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23946 | 2001 MICHAEL T MCGRATH REVOC TR DTD 12/11/01, MICHAEL T MCGRATH TTEE, 66 SCHANDA DR, NEWMARKET, NH, 03857-2151 | US Mail (1st Class) |
| 23946 | ALLDREDGE, MICHAEL M & ELLEN M, 3270 SOCRATES DR, RENO, NV, 89512-4507 | US Mail (1st Class) |
| 23946 | BRAIDA IRA, MICHAEL S, 1168 DOVER LN, FOSTER CITY, CA, 94404-3609 | US Mail (1st Class) |
| 23946 | MCCONNELL FAMILY TRUST DTD 12/3/81, JAMES & MAUDRENE MCCONNELL TTEES, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCCONNELL FAMILY TRUST DTD 12/3/81, JAMES M & MAUDRENE F MCCONNELL TTEES, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCCONNELL FAMILY TRUST DTD 12/3/81, JAMES M & MAUDRENE F MCCONNELL TTEES, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCCONNELL FAMILY TRUST DTD 12/3/81, JAMES M & MAUDRENE F MCCONNELL TTEES, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCCONNELL FAMILY TRUST DTD 12/3/81, JAMES M & MAUDRENE F MCCONNELL TTEES, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCCONNELL IRA, JAMES M, 970 FAIRWAY BLVD, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23946 | MCHUGH, RANDI, 4790 CAUGHLIN PKWY, #239, RENO, NV, 89509 | US Mail (1st Class) |
| 23946 | MCHUGH, WILLIAM, 335 DESERT MEADOW CT, RENO, NV, 89502 | US Mail (1st Class) |
| 23946 | MCKENNON, MARY, 303 ESPLANADE, NEWPORT BEACH, CA, 92660 | US Mail (1st Class) |
| 23946 | MCKNIGHT, JAMES E, 233 BRANCH AVE, FREEPORT, NY, 11520 | US Mail (1st Class) |
| 23946 | MCKNIGHT, JAMES E, 233 BRANCH AVE, FREEPORT, NY, 11520 | US Mail (1st Class) |
| 23946 | MCKNIGHT, JAMES E, 233 BRANCH AVE, FREEPORT, NY, 11520-6007 | US Mail (1st Class) |
| 23946 | MCKNIGHT, JAMES, 233 BRANCH AVE, FREEPORT, NY, 11520 | US Mail (1st Class) |
| 23946 | MCMAHON, GARY, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23946 | MCMICHAEL LIVING TRUST DTD 12/16/88, J RICHARD & KAREN L MCMICHAEL TTEES, 13840 18TH AVE SW, BURIEN, WA, 98166-1049 | US Mail (1st Class) |
| 23946 | MEHLMAN IRA, MARINA, 2027 HATHAWAY AVE, WESTLAKE VILLAGE, CA, 91362-5171 | US Mail (1st Class) |
| 23946 | MELINDA & RICHARD DAVID ESTEVEZ #1, 8916 BALBOA BLVD, NORTHRIDGE, CA, 91325-2609 | US Mail (1st Class) |
| 23946 | MELINDA & RICHARD DAVID ESTEVEZ ACCT #2, 8916 BALBOA BLVD, NORTHRIDGE, CA, 91325-2609 | US Mail (1st Class) |
| 23946 | MELINDA & RICHARD DAVID ESTEVEZ ACCT #3, 8916 BALBOA BLVD, NORTHRIDGE, CA, 91325-2609 | US Mail (1st Class) |
| 23946 | MEMON, SHAHNAZ, 7210 NATIVE DANCER DR, RENO, NV, 89502 | US Mail (1st Class) |
| 23946 | MENCHETTI, D G, PO BOX 7100, INCLINE VILLAGE, NV, 89452-7100 | US Mail (1st Class) |
| 23946 | MICHAEL & JO ANN MALONEY REVOC TRUST DATED 12/1/04, MICHAEL J & JO ANN L MALONEY TTEES, 2198 PEYTEN PARK ST, HENDERSON, NV, 89052-7053 | US Mail (1st Class) |
| 23946 | MICHAEL FAMILY TRUST DTD 12/4/03, ALAIN MICHAEL & DAWN LEVY TTEES, 1861 TUSCAN GROVE PL, CAMARILLO, CA, 93012-8960 | US Mail (1st Class) |
| 23946 | MICHAEL S FREEDUS DDS PC DEFINED BENEFIT PLAN, 2535 LAKE RD, DELANSON, NY, 12053 | US Mail (1st Class) |
| 23946 | MICHAELIAN HOLDINGS LLC, 413 CANYON GREENS DR, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23946 | MICHEL F & PATRICIA A AIELLO TRUST AGT DTD 10/4/94, MICHEL F & PATRICA A AIELLO TTEES, 312 SKI WAY, INCLINE VILLAGE, NV, 89451-9223 | US Mail (1st Class) |
| 23946 | MICHELLE REVOCABLE TRUST DTD 05/03/02, DIANA FORDE TTEE, 4956 RIDGE DR #83, LAS VEGAS, NV, 89103 | US Mail (1st Class) |
| 23946 | MILLAR DR, RUSSELL, 923 CERES RD, PALM SPRINGS, CA, 92262 | US Mail (1st Class) |
| 23946 | MILLAR DR, RUSSELL, 923 CERES RD, PALM SPRINGS, CA, 92262 | US Mail (1st Class) |
| 23946 | MILLAR, RUSSELL, 923 CERES RD, PALM SPRINGS, CA, 92262 | US Mail (1st Class) |
| 23946 | MILLAR, RUSSELL, 923 CERES RD, PALM SPRINGS, CA, 92262 | US Mail (1st Class) |
| 23946 | MILLER TRUST DATED 8/13/87, GARY I & BARBARA MILLER TTEES, 2832 TILDEN AVE, LOS ANGELES, CA, 90064 | US Mail (1st Class) |
| 23946 | MILLER, STEVE H & KAREN L, 7527 E PASARO DR, SCOTTSDALE, AZ, 85262 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23946 | MILTON LEROY OWENS MD INC, C/O MILTON LEROY OWENS TRUSTEE, DEFINED BENEFIT PENSION PLAN & T, 1094 W 7TH ST, SAN PEDRO, CA, 90731-2928 | US Mail (1st Class) |
| 23946 | MIRZAIAN, KATRINE, 708 PROSPECT DR, GLENDALE, CA, 91205 | US Mail (1st Class) |
| 23946 | MOLINA, SERGIO & IRENE SCHMUKER, PO BOX 859, 12150 S DART RD, MOLALLA, OR, 97038-0859 | US Mail (1st Class) |
| 23946 | MOLINA, SERGIO & IRENE SCHMUKER, PO BOX 859, 12150 S DART RD, MOLALLA, OR, 97038 | US Mail (1st Class) |
| 23946 | MOLLIE SCHOICHET & HENRIETTA ARONSON, 21150 POINT PL, APT 606, AVENTURA, FL, 33180-4034 | US Mail (1st Class) |
| 23946 | MONIGHETTI, PETE, 6515 FRANKIE LN, PRUNEDALE, CA, 93907 | US Mail (1st Class) |
| 23946 | MOON TRUSTEE OF THE DECEDENT'S TRUST, FRIEDA, OF THE RESTATED MOON IRREVOCABLE TRUST, 2504 CALLITA COURT, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23946 | MOON TRUSTEE OF THE DECEDENT'S TRUST, FRIEDA, OF THE RESTATED MOON IRREVOCABLE TRUST, 2504 CALLITA COURT, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23946 | MOON TRUSTEE OF THE DECEDENT'S TRUST, FRIEDA, OF THE RESTATED MOON IRREVOCABLE TRUST, 2504 CALLITA COURT, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 23946 | MOORE, ERNEST J, 2028 I ST, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23946 | MOORE, JAMES, 2009 WILLOW TREE CT, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 23946 | MOORE, KATHLEEN J, 1603 LEFTY GARCIA WAY, HENDERSON, NV, 89002 | US Mail (1st Class) |
| 23946 | MOORE, KATHLEEN J, 1603 LEFTY GARCIA WAY, HENDERSON, NV, 89002 | US Mail (1st Class) |
| 23946 | MOORE, KATHLEEN J, 1603 LEFTY GARCIA WAY, HENDERSON, NV, 89002 | US Mail (1st Class) |

Subtotal for this group: 50