LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
(702) 949-8398 (fax)

ROB CHARLES
Nevada Bar No. 006593
Email: rcharles@lrlaw.com

SUSAN M. FREEMAN
Arizona Bar No. 004199
Email: sfreeman@lrlaw.com

**E-FILED ON 4/05/07**

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                                          **Debtor.** | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                                          **Debtor.** | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                                          **Debtor.** | |
| **In re:**<br><br>**USA CAPITAL TRUST DEED FUND, LLC,**<br>                                          **Debtor.** | |
| **In re:**<br><br>**USA SECURITIES, LLC,**<br>                                          **Debtor.** | |

**Affects:**
- ☐ **All Debtors**
- ☒ **USA Commercial Mortgage Company**
- ☐ **USA Capital Realty Advisors, LLC**
- ☐ **USA Capital Diversified Trust Deed Fund, LLC**
- ☐ **USA Capital First Trust Deed Fund, LLC**
- ☐ **USA Securities, LLC**

## CERTIFICATE OF MAILING
### (USA Commercial Mortgage Company)

I, James H. Myers, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2.      At the direction of Lewis and Rocca LLP, Counsel for the USACM Liquidating Trust in the above-captioned cases, copies of the documents identified below by docket number and Exhibit number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 26th day of March, 2007:

| | |
|---|---|
| Docket No. 3176 | TWENTY- SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS [excluding exhibits] |
| Docket No. 3215 | AMENDED NOTICE OF HEARING REGARDING TWENTY--SECOND OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS [Re: Docket No. 3137] |
| Exhibit 1 | CLAIMS ASSERTING SECURED STATUS - RECLASSIFY AS GENERAL UNSECURED CLAIMS [custom sample cover sheet attached hereto] |

Exhibit "A"    Service List regarding Docket Nos. 3176 and 3215 and Exhibit 1

DATED: March _39_ , 2007
El Segundo, California

James H. Myers

State of California          )
                             ) ss
County of Los Angeles        )

Personally appeared before me on March _29_ , 2007, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM EXP Nov 13, 2008

# EXHIBIT 1

1989 DUESING FAMILY TRUST DATED 1/31/89
STEVEN & DEBORAH DUESING TTEES
1701 GOLDEN OAK DR
LAS VEGAS, NV 89117-1453

# SAMPLE

**PLEASE NOTE THAT THE DEBTOR IS OBJECTING TO THE CLAIM THAT YOU FILED.
PLEASE REVIEW THE NOTICE AND OBJECTION FOR DEADLINES TO RESPOND.**

# Cover Sheet

## USA COMMERCIAL MORTGAGE COMPANY

### Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| Claimant | Case Number | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Priority |
|---|---|---|---|---|---|
| 1989 DUESING FAMILY TRUST DATED 1/31/89 STEVEN & DEBORAH DUESING TTEES 1701 GOLDEN OAK DR LAS VEGAS, NV 89117-1453 | 06-10725 | 10725-01460 | 11/16/2006 | $175,719 00 | S, U |