*page 6 of 8*

**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | O'SULLIVAN, PATRICK EDWARD & SOON YOUNG, 7328 GENTLE VALLEY ST, LAS VEGAS, NV, 89149-1616 | US Mail (1st Class) |
| 23948 | OGREN, WILLIAM W & BETTY R, 22102 SHANNON DELL DR, AUDUBON, PA, 19403 | US Mail (1st Class) |
| 23948 | OHMS, SANDRA & PAUL, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23948 | OLGA O'BUCH TRUST DTD 5/28/98, C/O OLGA O BUCH TRUSTEE, 140 GAZELLE RD, RENO, NV, 89511-6642 | US Mail (1st Class) |
| 23948 | OLGA O'BUCH TRUST DTD 5/28/98, OLGA O'BUCH TTEE, 140 GAZELLE RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23948 | OLSEN, DONALD, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 23948 | OLSON, DEAN, 6760 CHESTERFIELD LN, RENO, NV, 89523 | US Mail (1st Class) |
| 23948 | OLYMPIA CAPITAL MANAGEMENT, C/O GERALDINE HOUGHTON, 2871 PINTA, PERRIS, CA, 92571 | US Mail (1st Class) |
| 23948 | OOSTHUIZEN, ADRIAN J R, 5860 LAUSANNE DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23948 | OOSTHUIZEN, ADRIAN JR, 5860 LAUSANNE DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23948 | OSHEROW TRUST DTD 9/11/89, AARON OSHEROW TRUSTEE, 200 S BRENTWOOD BLVD, #9D, ST LOUIS, MO, 63105 | US Mail (1st Class) |
| 23948 | OSTER, PAUL, PO BOX 2618, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23948 | OVCA ASSOCIATES INC DEFINED PENSION PLAN, C/O WILLIAM J OVCA JR TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA, 92649-3020 | US Mail (1st Class) |
| 23948 | OWENS, MILTON, 1094 7TH ST, SAN PEDRO, CA, 90731 | US Mail (1st Class) |
| 23948 | OXX, LORI E, 6501 DUME DR, MALIBU, CA, 90265-4274 | US Mail (1st Class) |
| 23948 | PAEPAE ESTATE TRUST DTD 05/01/00, C/O KIMBERLY HAVINS TRUSTEE, 3125 SHADOWLEAF CT, LAS VEGAS, NV, 89117-3256 | US Mail (1st Class) |
| 23948 | PAGE, PATTI, 1225 TRIUMPH CT, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & AIKATERINI GIANNOPOULOUS, 14 MIKINON ST, GLYFADA ATHENS HELLAS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16674, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16675, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16675, GREECE | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16675, GREECE | US Mail (1st Class) |
| 23948 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JT WROS, 14 MIKINON ST, GLYFADA ATHENS 16675, GREECE | US Mail (1st Class) |
| 23948 | PANEK, WILLIAM, 106 MANGO CT, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 23948 | PARK, YOUNG JIN & SEJIN, 4417 LOS REYES CT, LAS VEGAS, NV, 89121-5345 | US Mail (1st Class) |
| 23948 | PARK, YOUNGJIN & SEJIN, 4417 LOS REYES CT, LAS VEGAS, NV, 89121-5345 | US Mail (1st Class) |
| 23948 | PARK, YOUNGJIN & SEJIN, 4417 LOS REYES CT, LAS VEGAS, NV, 89121-5345 | US Mail (1st Class) |
| 23948 | PARKER, CHARLES & MARY, 14470 EMERALD PATH, APPLE VALLEY, MN, 55124 | US Mail (1st Class) |
| 23948 | PARKER, LEXEY S, 4005 PLATEAU RD, RENO, NV, 89509-7957 | US Mail (1st Class) |
| 23948 | PARTCH, TIM & KATHLEEN, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23948 | PASQUALE C MAURO FAMILY TRUST DATED 4/19/95, C/O PASQUALE C MAURO TRUSTEE, 7768 PAINTED SUNSET DR, LAS VEGAS, NV, 89149-6453 | US Mail (1st Class) |
| 23948 | PATRICIA A HERRIN & TERRY W ROYDER, 9404 MOUNTAINAIR AVE, LAS VEGAS, NV, 89134-6215 | US Mail (1st Class) |
| 23948 | PATRICIA A HERRIN & TERRY W ROYDER, 9404 MOUNTAINAIR AVE, LAS VEGAS, NV, 89134-6215 | US Mail (1st Class) |
| 23948 | PATRICIA LEE TIEDE, 5225 POOKS HILL ROAD, 1520 NORTH, BETHESDA, MD, 20814 | US Mail (1st Class) |
| 23948 | PATTERSON-ROGERS FAMILY 2001 TRUST, ROBERT C & JOYCE PATTERSON-ROGERS TRUSTEES, PO BOX 60175, LAS VEGAS, NV, 89160 | US Mail (1st Class) |
| 23948 | PAUL BLOCH LIVING TRUST DATED 10/29/02, TRUSTEE OF PAUL BLOCH LIVING TRUST, 2111 STRADA MIA, LAS VEGAS, NV, 89117-1980 | US Mail (1st Class) |
| 23948 | PAUL BLOCH LIVING TRUST DTD 10/29/02, PAUL BLOCH TTEE, 2111 STRADA MIA, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23948 | PAUL BLOCH LIVING TRUST DTD 10/29/02, TRUSTEE, 2111 STRADA MIA, LAS VEGAS, NV, 89117-1980 | US Mail (1st Class) |
| 23948 | ROBERT L OGREN TRUST DTD 6/30/92, ROBERT L OGREN TTEE, 3768 RICK STRATTON DR, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23948 | ROBERT L OGREN TRUST DTD 6/30/92, ROBERT L ORGREN TTEE, 3768 RICK STRATTON DR, LAS VEGAS, NV, 89120 | US Mail (1st Class) |

**Subtotal for this group: 50**