# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23949 | JAMES ROGERS IRA, PENSCO TRUST CO INC CUSTODIAN, 78 SEAL ROCK DR, SAN FRANCISCO, CA, 94121 | US Mail (1st Class) |
| 23949 | LYNDA L PINNELL LIVING TRUST DTD 7/24/00, LYNDA L PINNELL TTEE, 9915 SADDLEBACK DR, LAKESIDE, CA, 92040 | US Mail (1st Class) |
| 23949 | PAUL G CHELEW CHARITABLE REMAINDER UNTRUST III, C/O ALTA BATES SUMMIT FOUNDATION TTEE, 2855 TELEGRAPH AVE, STE 601, BERKELEY, CA, 94705-1161 | US Mail (1st Class) |
| 23949 | PAUL L & MARIE LINNEY TRUST DATED 10-25-96, C/O PAUL L LINNEY TRUSTEE, 2079 MERITAGE DR, SPARKS, NV, 89434-2102 | US Mail (1st Class) |
| 23949 | PAUL L & MARIE LINNEY TRUST DATED 10-25-96, C/O PAUL L LINNEY TRUSTEE, 2079 MERITAGE DR, SPARKS, NV, 89434-2102 | US Mail (1st Class) |
| 23949 | PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 23949 | PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 23949 | PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 23949 | PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 23949 | PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 23949 | PEDRO L & CAROL A BARROSO TRUST DTD 11/29/90, PEDRO LUIS & CAROL ANN BARROSO TTEE, 3231 CAMBRIDGESHIRE ST, LAS VEGAS, NV, 89146-6223 | US Mail (1st Class) |
| 23949 | PEDRO L & CAROL A BARROSO TRUST DTD 11/29/90, PEDRO LUIS & CAROL ANN BARROSO TTEE, 3231 CAMBRIDGESHIRE ST, LAS VEGAS, NV, 89146-6223 | US Mail (1st Class) |
| 23949 | PEDRO L & CAROL A BARROSO TRUST DTD 11/29/90, PEDRO LUIS & CAROL ANN BARROSO TTEE, 3231 CAMBRIDGESHIRE ST, LAS VEGAS, NV, 89146-6223 | US Mail (1st Class) |
| 23949 | PEELE BYPASS TRUST DTD 2/10/87, JENNEFER PEELE TTEE, 2581 RAMPART TER, RENO, NV, 89519 | US Mail (1st Class) |
| 23949 | PEELE SPOUSAL TRUST DTD 2/10/87, JENNEFER C PEELE TTEE, 2581 RAMPART TER, RENO, NV, 89519 | US Mail (1st Class) |
| 23949 | PENA, MARIA, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23949 | PENGILLY, JAMES W, 232 MULDOWNEY LN, LAS VEGAS, NV, 89138 | US Mail (1st Class) |
| 23949 | PERRONE, NICHOLAS, 5112 SAN ANSELMO ST, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23949 | PETER M DIGRAZIA DMD PSP, CHRISTOPHER D JAIME ESQ, PO BOX 30000, RENO, NV, 89520 | US Mail (1st Class) |
| 23949 | PETER VALVE COMPANY INC, 2800 WRONDEL WAY, STE A, RENO, NV, 89502-4297 | US Mail (1st Class) |
| 23949 | PETERS, RONALD, 531 CAMBRIAN WAY, DANVILLE, CA, 94526 | US Mail (1st Class) |
| 23949 | PETERSEN, MICHAEL, C/O JOHN F O REILLY LAW GROUP LLC, NEVADA PROFESSIONAL CENTER, 325 S MARYLAND PKWY, LAS VEGAS, NV, 89101-5300 | US Mail (1st Class) |
| 23949 | PETERSEN, MICHAEL, JOHN O REILLY O'REILY LAW GROUP, NEVADA PROFESSIONAL CENTER, 325 S MARYLAND PKWY, LAS VEGAS, NV, 89101-5300 | US Mail (1st Class) |
| 23949 | PETRO, ALEKO, 6224 LONE CYPRESS CT, LAS VEGAS, NV, 89141 | US Mail (1st Class) |
| 23949 | PETUCK CAPITAL CORP, 80 DOUBLING RD, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 23949 | PHIL, TERI, PO BOX 96331, LAS VEGAS, NV, 89193-6331 | US Mail (1st Class) |
| 23949 | PIETRYK, JERRY & LEEANN, 12811 STELLAR LN, PLAINFIELD, IL, 60585-4210 | US Mail (1st Class) |
| 23949 | PINNELL IRA, LYNDA L, 9915 SADDLEBACK DR, LAKESIDE, CA, 92040 | US Mail (1st Class) |
| 23949 | PINSKER, DONALD H, 8650 WEST VERDE WAY, LAS VEGAS, NV, 89149-4145 | US Mail (1st Class) |
| 23949 | PIRANI, ALI & ANISHA, 13174 N 100TH PL, SCOTTSDALE, AZ, 85260-7203 | US Mail (1st Class) |
| 23949 | PIRANI, ALI, 13174 N 100TH PL, SCOTTSDALE, AZ, 85260 | US Mail (1st Class) |
| 23949 | PIRANI, ALI, 13174 N 100TH PL, SCOTTSDALE, AZ, 85260-7203 | US Mail (1st Class) |
| 23949 | POLACHECK & ASSOCIATES INC PSP DTD 2/20/73, C/O STEPHEN B POLACHECK TTEE, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302-3360 | US Mail (1st Class) |
| 23949 | POLACHECK JEWELER'S EMPLOYEE PSP DTD 2/20/73, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23949 | POLACHECK JEWELER`S EMPLOYEE PSP DTD 2/20/73, STEPHEN POLACHECK TRUSTEE, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302 | US Mail (1st Class) |
| 23949 | POLACHECK JEWELER`S EMPLOYEE PSP, STEPHEN POLACHECK TRUSTEE, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302 | US Mail (1st Class) |
| 23949 | POLACHECK S JEWELER`S PSP DTD 2/20/73, STEPHEN POLACHECK TRUSTEE, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302 | US Mail (1st Class) |
| 23949 | POLACHECKS JEWELERS EMPLOYEE PSP DTD 2/20/73, STEVEN POLACHECK, 4719 COMMONS WAY, STE E, CALABASAS, CA, 91302 | US Mail (1st Class) |
| 23949 | PORTNOFF BUILDING, PO BOX 97593, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 23949 | PORTNOFF BUILDING, PO BOX 97593, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 23949 | PRESCIA, ANTHONY & NANCY, 5475 W TECO AVE, LAS VEGAS, NV, 89118 | US Mail (1st Class) |
| 23949 | PRESCIA, ANTHONY & NANCY, 5475 W TECO AVE, LAS VEGAS, NV, 89118 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | PRESWICK CORP, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23949 | ROBERT WILLIAM ULM IRA, PENSCO TRUST COMPANY CUSTODIAN, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 23949 | ULM IRA, ROBERT W, PENSCO TRUST CO INC FBO, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |

**Subtotal for this group: 50**

USA Commercial Mortgage Company fka USA Capi