# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 48

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23950 | PRISCILLA M GUPTAIL & PRISCILLA K ADDY, PO BOX 9550, BEND, OR, 97708-9550 | US Mail (1st Class) |
| 23950 | QUINN, EDWARD & DARLENE, 660 NW BROOKHAVEN DR, LEE'S SUMMIT, MO, 64081 | US Mail (1st Class) |
| 23950 | QUINN, EDWARD & DARLENE, 660 NW BROOKHAVEN DR, LEE'S SUMMIT, MO, 64081 | US Mail (1st Class) |
| 23950 | QUINN, SYDNEY, PO BOX 340, BIG PINE, CA, 93513-0340 | US Mail (1st Class) |
| 23950 | R & S ROLOFF TRUST DTD 9/20/03, RODNEY L & SHARYN A ROLOFF TTEES, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23950 | R L ALLGEIER FAMILY TRUST DTD 10/4/97, ROBERT ALLGEIER, 1767 SHAMROCK CIR, MINDEN, NV, 89423 | US Mail (1st Class) |
| 23950 | R&D FILKIN TRUST DATED 9/26/90, C/O ROY & DIANNA L FILKIN TTEES, 2340 WATT ST, RENO, NV, 89509-4248 | US Mail (1st Class) |
| 23950 | RAGGI, DENNIS, PO BOX 10475, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23950 | RAGGI, DENNIS, PO BOX 10475, ZEPHYR COVE, NV, 89448-2475 | US Mail (1st Class) |
| 23950 | RAICHBART, MICHAEL, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAINS PROPERTIES LP, DONNA M OSBORN ESQ, MARQUIS & AURBACH, 10001 PARK RUN DR, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 23950 | RAMSEY, AARON & LARA, 7713 N 41ST ST, NIWOT, CO, 80503 | US Mail (1st Class) |
| 23950 | RAMSEY, AARON S & LARA, 7713 N 41ST ST, LONGMONT, CO, 80503-8842 | US Mail (1st Class) |
| 23950 | RAMSEY, AARON S & LARA, 7713 N 41ST ST, NIWOT, CO, 80503 | US Mail (1st Class) |
| 23950 | RAUSCH, LAWRENCE, 10708 BRINKWOOD AVE, LAS VEGAS, NV, 89134-5245 | US Mail (1st Class) |
| 23950 | RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23950 | RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23950 | RAUSCH, LAWRENCE, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23950 | RBR PARTNERSHIP, PO BOX 376, INDIAN SPRINGS, NV, 89018-0376 | US Mail (1st Class) |
| 23950 | RBR PARTNERSHIP, PO BOX 376, INDIAN SPRINGS, NV, 89018-0376 | US Mail (1st Class) |
| 23950 | RDJ INVESTMENTS, RICHARD ANDERSON MANAGER, 7417 OAK GROVE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23950 | REARDON IRA, JAMES E, 120 S MAIN ST, MANSFIELD, MA, 02048-2529 | US Mail (1st Class) |
| 23950 | REBECCA A ROGERS TRUST DTD 9/18/96, REBECCA A ROGERS TRUSTEE, 2309 SIERRA HEIGHTS DR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23950 | REBER FAMILY TRUST DTD 1/18/99, C/O JOHN J REBER TRUSTEE, PO BOX 570032, LAS VEGAS, NV, 89157-0032 | US Mail (1st Class) |
| 23950 | REBER, JOHN, PO BOX 570032, LAS VEGAS, NV, 89157 | US Mail (1st Class) |
| 23950 | REDMON, DONALD, 51 SANLO LN, MOUNTAIN HOME, AR, 72635 | US Mail (1st Class) |
| 23950 | REED IRA, LINDA S, 259 OVERLOOK DR, CADIZ, KY, 42211-8185 | US Mail (1st Class) |
| 23950 | REED IRA, MICHAEL, 259 OVERLOOK DR, CADIZ, KY, 42211-8185 | US Mail (1st Class) |
| 23950 | REHBERGER FAMILY TRUST DTD 6/17/92, ANNEMARIE REHBERGER TRUSTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23950 | REHBERGER FAMILY TRUST DTD 6/17/92, C/O ANNEMARIE REHBERGER TRUSTEE, PO BOX 3651, INCLINE VILLAGE, NV, 89450-3651 | US Mail (1st Class) |
| 23950 | REHBERGER FAMILY TRUST DTD 6/17/92, C/O ANNEMARIE REHBERGER, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23950 | REHBERGER FAMILY TRUST DTD 6/17/92, C/O ANNEMARIE REHBERGER, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23950 | REHBERGER FAMILY TRUST DTD 6/17/92, C/O ANNEMARIE REHBERGER, PO BOX 3651, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23950 | REHN IRA, THOMAS, 15405 W ROBERTSON DR, SUN CITY WEST, AZ, 85375-3038 | US Mail (1st Class) |
| 23950 | REHN, THOMAS, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23950 | REINER ROTH IRA, ROBERT J, 4643 CORDOBA WAY, OCEANSIDE, CA, 92056-5105 | US Mail (1st Class) |
| 23950 | RENO AERONAUTICAL CORP DEFINED BENEFIT PLAN, C/O RICHARD R TRACY TRUSTEE, PO BOX 1404, CARSON CITY, NV, 89702-1404 | US Mail (1st Class) |
| 23950 | RHOADES PASSIVE INVESTMENTS LLC, 3385 MERIDIAN LN, RENO, NV, 89509-3841 | US Mail (1st Class) |
| 23950 | RHODA DYBVIG SCHAEFER REVOCABLE LIVING DTD 7/29/02, C/O RHODA DYBVIG SCHAEFER TTEE, 678 SKYLINE RD, HENDERSON, NV, 89002 | US Mail (1st Class) |
| 23950 | RICHARD E SCHNEIDER & PHYLLIS I PRATT REVOCABLE, TRUST DTD 12/16/04, RICHARD E SCHNEIDER & PHYLLIS I PRATT CO-TTEES, 3424 HERRING GULL LN, NORTH LAS VEGAS, NV, 89084-2424 | US Mail (1st Class) |
| 23950 | RICHARD M RAKER LIVING TRUST DTD 3/18/98, RICHARD M RAKER TTEE, 982 SHORELINE DR, SAN MATEO, CA, 94404 | US Mail (1st Class) |
| 23950 | ROACH, BLAIR E & BARBARA K, PO BOX 1238, ZEPHYR COVE, NV, 89448-1238 | US Mail (1st Class) |

**Subtotal for this group: 48**