# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23951 | JOHNSON, MARILYN & RONALD, 1010 LARUE AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | KIEL, RONALD, 700 MARKER LN, LOVELOCK, NV, 89419 | US Mail (1st Class) |
| 23951 | KIEL, RONALD, 700 MARKER LN, LOVELOCK, NV, 89419 | US Mail (1st Class) |
| 23951 | RICHARD A NIELSEN INC, 1305 BONNIE COVE AVE, GLENDORA, CA, 91740-5204 | US Mail (1st Class) |
| 23951 | RICHARD A NIELSEN INC, 1305 BONNIE COVE AVE, GLENDORA, CA, 91740-5204 | US Mail (1st Class) |
| 23951 | RICHARD A NIELSEN INCORPORATED PSP, 1305 BONNIE COVE AVE, GLENDORA, CA, 91740-5204 | US Mail (1st Class) |
| 23951 | RICHARD N ANDERSON SEPERATE PROPERTY TRUST, RICHARD N ANDERSON TTEE, 7417 OAK GROVE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23951 | RIEGER IRA, LARRY L, 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 23951 | RIEGER IRA, PATSY R, 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 23951 | RIORDAN, CECIL E & BARBARA, 2370 OVERLOOK CT, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | RIZZO, WILLIAM, 146 TRIBERG CT, HENDERSON, NV, 89047-2498 | US Mail (1st Class) |
| 23951 | RNR LIVING TRUST DTD 10/1/04, C/O ROBERT & RENEE LEVY TRUSTEES, 2115 BENSLEY ST, HENDERSON, NV, 89044-0155 | US Mail (1st Class) |
| 23951 | ROBERT G FULLER IRA, FIRST SAVINGS BANK CUSTODIAN, 5172 ENGLISH DAISY WAY, LAS VEGAS, NV, 89142 | US Mail (1st Class) |
| 23951 | ROBERT L OGREN TRUST DTD 6/30/92, C/O ROBERT L OGREN TRUSTEE, 3768 RICK STRATTON DR, LAS VEGAS, NV, 89120-2647 | US Mail (1st Class) |
| 23951 | ROBERT R LANGE FAMILY TRUST, BERNARD LANGE TRUSTEE, 7915 HELENA AVE, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 23951 | ROBERT R LANGE FAMILY TRUST, BERNARD LANGE TRUSTEE, 7915 HELENA AVE, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 23951 | ROBERT R RODRIGUEZ REVOCABLE TRUST DTD 1/31/06, C/O ROBERT R RODRIGUEZ TRUSTEE, 2809 EASY ST, PLACERVILLE, CA, 95667-3906 | US Mail (1st Class) |
| 23951 | ROBERT W & JOAN H SCOTT TRUST DTD 3/22/93, ROBERT W & JOAN H SCOTT TTEES, PO BOX 33014, LAS VEGAS, NV, 89133-3014 | US Mail (1st Class) |
| 23951 | ROBERT W ULM LIVING TRUST DATED 4/11/05, ROBERT W ULM TRUSTEE, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 23951 | ROBERT W ULM LIVING TRUST DATED 4/11/05, ROBERT W ULM TRUSTEE, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 23951 | ROBERTS, GEORGE, 1272 CASTLECOMBE LN, MONUMENT, CO, 80132 | US Mail (1st Class) |
| 23951 | ROCHELLE HORNSBY TRUST DTD 1/92, ROCHELLE HORNSBY TTE, 3959 PEMBRIDGE CT, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23951 | ROCKLIN/REDDING LLC, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23951 | RODRIGUEZ, ROBERT R, 2809 EASY ST, PLACERVILLE, CA, 95667-3906 | US Mail (1st Class) |
| 23951 | ROGERS, JAMES WILLIAM, 78 SEAL ROCK DR, SAN FRANCISCO, CA, 94121 | US Mail (1st Class) |
| 23951 | ROISENTUL FAMILY TRUST, SAUL & ILENE ROISENTUL TRUSTEES, 74075 KOKOPELLI CIR, PALM DESERT, CA, 92211-2075 | US Mail (1st Class) |
| 23951 | ROMONOSKI, MAURY, 4429 PEACEFUL MORNING LN, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 23951 | RONALD ABRAMS ENTERPRISES INC EMPLOYEE RETIREMENT, RONALD & CLAIRE ABRAMS TTEES, 2894 WOODWARDIA DR, LOS ANGELES, CA, 90077-2123 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 23951 | ROSENTHAL, ARNOLD, 6059 WOODMAN AVE, VAN NUYS, CA, 91401 | US Mail (1st Class) |
| 23951 | ROSENTHAL, ARNOLD, 6059 WOODMAN AVE, VAN NUYS, CA, 91401-2925 | US Mail (1st Class) |
| 23951 | ROTOLA, LOUIS, 5569 N COUNTRY RD 29, LOVELAND, CO, 80538 | US Mail (1st Class) |
| 23951 | ROUTSIS, THALIA, PO BOX 4311, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23951 | ROUTSIS, THALIA, PO BOX 4311, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 23951 | ROUTSIS, THALIA, PO BOX 4311, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |

**Subtotal for this group: 50**