# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital
Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23952 | FILKIN, ROY, 2340 WATT ST, RENO, NV, 89509 | US Mail (1st Class) |
| 23952 | RUBY M HILL FAMILY TRUST DTD 12/12/92, C/O RUBY M HILL TRUSTEE, 877 E MARCH LN, APT 377, STOCKTON, CA, 95207-5880 | US Mail (1st Class) |
| 23952 | RUEGG LIVING TRUST DTD 11/28/94, FRANK C & MARGARET S RUEGG TTEES, 107 NAVIGATOR LN, FRIDAY HARBOR, WA, 98250-6017 | US Mail (1st Class) |
| 23952 | RUEGG LIVING TRUST DTD 11/28/94, FRANK CHARLES & MARGARET S RUEGG TTEES, 107 NAVIGATOR LN, FRIDAY HARBOR, WA, 98250-6017 | US Mail (1st Class) |
| 23952 | RULON D ROBINSON PROFIT SHARING PLAN, 9100 EAGLE HILLS DR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23952 | RULON, PHILLIP, 2800A WRONDEL WAY, RENO, NV, 89502 | US Mail (1st Class) |
| 23952 | RUSSELL JR, FRANK, 3314 PACES FERRY RD SE, ATLANTA, GA, 30339 | US Mail (1st Class) |
| 23952 | RUTH E RUDD REVOCABLE TRUST DTD 11/11/92, C/O RUTH E RUDD TRUSTEE, 1519 DEERFORD CIR, LAS VEGA, NV, 89110-1984 | US Mail (1st Class) |
| 23952 | RUTH ZIMMERMAN & MOSHE KIRSH JTWROS, 15721 MILBANK ST, ENCINO, CA, 91436 | US Mail (1st Class) |
| 23952 | RUTH ZIMMERMAN & MOSHE KIRSH JTWROS, 15721 MILBANK ST, ENCINO, CA, 91436 | US Mail (1st Class) |
| 23952 | S J MEYER CO, 2660 S RAINBOW BLVD, STE H108, LAS VEGAS, NV, 89146-5183 | US Mail (1st Class) |
| 23952 | SABIA, JOSEPH & VICTORIA, 2720 E QUAIL AVE, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23952 | SABIA, JOSEPH W & VICTORIA L, 2720 E QUAIL AVE, LAS VEGAS, NV, 89120-2443 | US Mail (1st Class) |
| 23952 | SAK FAMILY TRUST DTD 12/17/04, C/O GREGORY V & JANA L SAK TTEE, 2512 SKIPPERS COVE AVE, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23952 | SALVO, ANNE F D, PO BOX 18220, RENO, NV, 89511-0270 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ IRA, RANDY, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST 10/03/06, RANDY & SHARON SANCHEZ, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST DTD 10/13/03, RANDY & SHARON SANCHEZ, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST DTD 10/13/03, RANDY & SHARON SANCHEZ, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST DTD 10/13/03, RANDY & SHARON SANCHEZ, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST DTD 10/13/03, RANDY M & SHARON SANCHEZ TTEE, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST DTD 10/13/03, RANDY M & SHARON SANCHEZ TTEES, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANCHEZ LIVING TRUST, RANDY & SHARON SANCHEZ TTEES, 5713 N WHITE SANDS RD, RENO, NV, 89511 | US Mail (1st Class) |
| 23952 | SANDLER LIVING TRUST DTD 8/29/05, TRUSTEE, 8912 E PINNACLE PEAK RD, BOX 591, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 23952 | SANTORO FAMILY TRUST DTD 4/29/02, C/O NICHOLAS J & JUANITA SANTORO TTEES, 2312 PEARL CREST ST, LAS VEGAS, NV, 89134-6732 | US Mail (1st Class) |
| 23952 | SANTORO FAMILY TRUST UTD 4/29/02, C/O NICHOLAS J & JUANITA SANTORO TTEES, 2312 PEARL CREST ST, LAS VEGAS, NV, 89134-6732 | US Mail (1st Class) |
| 23952 | SAPPHIRE 18 TRUST, C/O NIMROD BARASHY TRUSTEE, 2868 REDWOOD ST, LAS VEGAS, NV, 89146-5113 | US Mail (1st Class) |
| 23952 | SASS IRA, KAREN E, 250 RIVER FRONT DR, RENO, NV, 89523-8945 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23952 | SASS, CHARLES, 250 RIVER FRONT DR, RENO, NV, 89523 | US Mail (1st Class) |
| 23952 | SAUNDERS, JOHN H & ANITA, 3665 BRIGHTON WAY, RENO, NV, 89509 | US Mail (1st Class) |
| 23952 | SAYLER FAMILY TRUST DTD 9/2/98, HOWARD C & PHYLLIS L SAYLER TTEES, PO BOX 1311, KINGS BEACH, CA, 96143-1311 | US Mail (1st Class) |
| 23952 | SB WRIGHT FAMILY TRUST DTD 12/28/94, MELVIN B & SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO, NV, 89502-7510 | US Mail (1st Class) |
| 23952 | SB WRIGHT FAMILY TRUST DTD 12/28/94, MELVIN B & SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO, NV, 89502-7510 | US Mail (1st Class) |
| 23952 | SB WRIGHT FAMILY TRUST DTD 12/28/94, MELVIN B & SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO, NV, 89502-7510 | US Mail (1st Class) |
| 23952 | SB WRIGHT FAMILY TRUST DTD 12/28/94, MELVIN B & SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO, NV, 89502-7510 | US Mail (1st Class) |
| 23952 | SCHEIDEGGER FAMILY TRUST DTD 12/26/01, C/O EDWARD J SCHEIDEGGER TRUSTEE, 5101 CASHMERE CT, FAIR OAKS, CA, 95628-5365 | US Mail (1st Class) |
| 23952 | SCHNEIDER, RICHARD, 3424 HERRING GULL LN, NORTH LAS VEGAS, NV, 89084 | US Mail (1st Class) |
| 23952 | SCHNITZER LIVING TRUST DTD 10/24/91, ARTHUR F & LINN S SCHNITZER TTEES, 20155 NE 38TH CT, #1604, AVENTURA, FL, 33180 | US Mail (1st Class) |
| 23952 | SCHOLEM, FREDERICK, 9917 WHALERS LANDING CT, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23952 | SCHOONOVER FAMILY TRUST DTD 2/23/04, EDWARD L & SUSAN A SCHOONOVER CO-TTEES, 164 SHORETT DR, FRIDAY HARBOR, WA, 98250 | US Mail (1st Class) |
| 23952 | SCHORR, MARC, PO BOX 15107, LAS VEGAS, NV, 89114 | US Mail (1st Class) |
| 23952 | SCHROEDER, DAVID W, 864 GRANVILLE AVE, APT 1, LOS ANGELES, CA, 90049-5422 | US Mail (1st Class) |
| 23952 | VENTURA, ROY R & NANCY B, AMERICAN EMBASSY JAKARTA, UNIT 8135 USAID, FPO, AP, 96520 ARMED FORCES PACIFIC | US Mail (1st Class) |
| 23952 | VENTURA, ROY, AMERICAN EMBASSY JAKARTA, UNIT 8135 USAID, FPO, AP, 96520 ARMED FORCES PACIFIC | US Mail (1st Class) |

**Subtotal for this group: 50**