# EXHIBIT A

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23953 | CHARLES HENRY SMALL REVOCABLE LIVING TRUST, CHARLES H SMALL TTEE, 12754 JOLEANE AVE, YUMA, AZ, 85367-6490 | US Mail (1st Class) |
| 23953 | CHARLOTTE SNOPKO MARITAL TRUST DTD 8/31/04, FRANK SNOPKO TTEE, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | CHARLOTTE SNOPKO RESIDUAL TRUST DTD 8/31/04, FRANK SNOPKO TTEE, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | JAMES L SCHULTE & CYNTHIA L SCHULTE, 162 OBED POINT, CROSSVILLE, TN, 38571 | US Mail (1st Class) |
| 23953 | JAMES L SCHULTE & CYNTHIA L SCHULTE, 162 OBED POINT, CROSSVILLE, TN, 38571 | US Mail (1st Class) |
| 23953 | MARION C SHARP IRA, 20 LEROY TER, NEW HAVEN, CT, 06512-3114 | US Mail (1st Class) |
| 23953 | SCHUMANN, KENNETH, 10 TOWN PLZ, #99, DURANGO, CO, 81301 | US Mail (1st Class) |
| 23953 | SCHWAB, ARDATH, 73 SMOKESTONE CT, LAS VEGAS, NV, 89110 | US Mail (1st Class) |
| 23953 | SCHWARTZ & EARP JOINT VENTURE, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 23953 | SECURE RETIREMENT TRUST B, C/O LEONA APIGIAN TRUSTEE, 172 WOODLAND RD, GOLDENDALE, WA, 98620-2613 | US Mail (1st Class) |
| 23953 | SEDLAK, ALVINA, 7840 E CAMELBACK RD #203, SCOTTSDALE, AZ, 85251 | US Mail (1st Class) |
| 23953 | SEXTON, THOMAS, 450 WAYCLIFFE AVE N, WAYZATA, MN, 55391 | US Mail (1st Class) |
| 23953 | SHARP JT TEN, CHRIS & TERRI, 29276 WHITEGATE LN, HIGHLAND, CA, 92346 | US Mail (1st Class) |
| 23953 | SHELDON & MARION G PORTMAN TRUST DTD 11/1/85, SHELDON & MARION G PORTMAN TTEES, 9505 CITY HILL CT, LAS VEGAS, NV, 89134-1171 | US Mail (1st Class) |
| 23953 | SHIRLEY J SUTTON TRUST, C/O SHIRLEY J SUTTON TRUSTEE, 1477 BEAR CREEK DR, BISHOP, CA, 93514-1947 | US Mail (1st Class) |
| 23953 | SHULER, MICHAEL, C/O JAY R EATON, EATON & O'LEARY, PLLC, PO BOX 18, FAIRBURY, IL, 61739 | US Mail (1st Class) |
| 23953 | SIERRA WEST INC, PO BOX 8346, INCLINE VILLAGE, NV, 89452-8346 | US Mail (1st Class) |
| 23953 | SIERRA, DEBRA, JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94583 | US Mail (1st Class) |
| 23953 | SILVESTRI, SILVIO & KATHRYN, 13621 WOLF RD, GRASS VALLEY, CA, 95949-8187 | US Mail (1st Class) |
| 23953 | SIMMONS HWJTWROS, ALAN R & JUDITH B, PO BOX 13296, SOUTH LAKE TAHOE, CA, 96151-3296 | US Mail (1st Class) |
| 23953 | SIMMTEX INC A NEVADA CORP, JED BARISH, 2011 OAK ST, SAN FRANCISCO, CA, 94117 | US Mail (1st Class) |
| 23953 | SIMMTEX INC A NEVADA CORP, JED BARISH, 2011 OAK ST, SAN FRANCISCO, CA, 94117 | US Mail (1st Class) |
| 23953 | SIMMTEX INC A NEVADA CORP, JED BARISH, 2011 OAK ST, SAN FRANCISCO, CA, 94117 | US Mail (1st Class) |
| 23953 | SIMMTEX INC A NEVADA CORP, JED BARISH, 2011 OAK ST, SAN FRANCISCO, CA, 94117 | US Mail (1st Class) |
| 23953 | SIMON FAMILY TRUST, TRUSTEE OF THE SIMON FAMILY TRUST, 15517 OAKSTAND CT, POWAY, CA, 92064 | US Mail (1st Class) |
| 23953 | SIMON FAMILY TRUST, TRUSTEE OF THE SIMON FAMILY TRUST, 15517 OAKSTAND CT, POWAY, CA, 92064 | US Mail (1st Class) |
| 23953 | SIMON TTEES OF SIMON FAMILY TR 2000, ALAN & CAROL, 1800 WALDMAN AVE, LAS VEGAS, NV, 89102-2437 | US Mail (1st Class) |
| 23953 | SIMON, RUBY & EVIE, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SIMON, RUBY, 8728 CASTLE VIEW AVE, LAS VEGAS, NV, 89129-7680 | US Mail (1st Class) |
| 23953 | SINETT, SHELDON & ANNETTE, 239 HARBOR VIEW DR, PORT WASHINGTON, NY, 11050-4706 | US Mail (1st Class) |
| 23953 | SINETT, SHELDON, 239 HARBOR VIEW DR, PORT WASHINGTON, NY, 11050 | US Mail (1st Class) |
| 23953 | SINETT, SHELDON, 239 HARBOR VIEW DR, PORT WASHINGTON, NY, 11050 | US Mail (1st Class) |
| 23953 | SINETT, TODD & WENDY, 11 CEDAR LN, SANDS POINT, NY, 11050-1334 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23953 | SINETT, TODD, 11 CEDAR LN, SANDS POINT, NY, 11050 | US Mail (1st Class) |
| 23953 | SKLAR, BARBARA, 2429 BRYAN AVE, VENICE BEACH, CA, 90291 | US Mail (1st Class) |
| 23953 | SMALL FAMILY TRUST, RICHARD & JACQUELIND SMALL TTEES, 4801 CALLE SANTA CRUZE, PRESCOTT VALLEY, AZ, 86314 | US Mail (1st Class) |
| 23953 | SMITH, GENE & EMILY, 419 SHIPLEY DR, YERINGTON, NV, 89447-2632 | US Mail (1st Class) |
| 23953 | SNOPKO 1981 TRUST DTD 10/27/81, FRANK SNOPKO TTEE, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | SNOPKO 1981 TRUST DTD 10/27/81, FRANK SNOPKO, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | SNOPKO TTEE OF THE CHARLOTTE SNOPKO MA, FRANK, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | SNOPKO TTEE OF THE CHARLOTTE SNOPKO MAR, FRANK, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | SNOPKO TTEE OF THE CHARLOTTE SNOPKO RESI, FRANK, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23953 | SOBESKY, STEPHEN F, 1118 OLMO WAY, BOULDER CITY, NV, 89005-3116 | US Mail (1st Class) |
| 23953 | SOBESKY, STEPHEN, 1118 OLMO, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23953 | SOBESKY, STEPHEN, 1118 OLMO, BOULDER CITY, NV, 89005 | US Mail (1st Class) |

**Subtotal for this group: 50**