Entered on Docket
April 05, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| USA Commercial Mortgage Company<br>06-10725 – Lead Case | Chapter 11 Cases |
| USA Capital Realty Advisors, LLC<br>06-10726 | Judge Linda B. Riegle Presiding<br>Date of Hearing: May 31, 2007<br>Time:     9:30 a.m. |
| USA Capital Diversified Trust Deed Fund, LLC<br>06-10727 | Affecting:<br>☐ All Cases<br>or Only: |
| USA Capital First Trust Deed Fund, LLC<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| USA Securities, LLC<br>06-10729<br>Debtors. | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**ORDER APPROVING STIPULATION BY AND BETWEEN USACM LIQUIDATING TRUST AND THE UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, THE INTERNAL REVENUE SERVICE**

1822128.1

The Court having considered the Stipulation of the USACM Liquidating Trust (the "USACM Trust"), the successor to USA Commercial Mortgage Company ("USACM"), and the United States of America on behalf of its agency, the Internal Revenue Service (the "Service") [DE3332], and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;

2. The following claims filed by the Service are disallowed in their entirety: Claim Nos. 10725-00002, 10725-00005, 10725-00065, 10725-00088, and 10725-00103-1; and

3. Claim No. 10725-00103-2 is allowed as a general unsecured claim in the USACM case in the amount of $800.00

4. The hearing scheduled for May 31, 2007, at 9:30 a.m. on the USACM objection to the Service's claim [DE3039] is hereby vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
Attorneys for USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

/s/ RGT (#2339)
Rollin G. Thorley, NV 2339
110 City Parkway Suite 301
Las Vegas, NV 89106
Telephone (702)868-5167
Facsimile (702) 868-5438
*Special Assistant U.S. Attorney*

1822128.1