# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 49

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23954 | DONALD & BEVERLY W ZWEZEY 2001 TRUST 2/20/01, DONALD & BEVERLY W SWEZEY TTEE, 3666 CHEROKEE DR, CARSON CITY, NV, 89705-6813 | US Mail (1st Class) |
| 23954 | SONDRA SKIPWORTH REVOCABLE TRUST DTD 11/28/01, C/O SONDRA SKIPWORTH TRUSTEE, 3033 VIA VENEZIA, HENDERSON, NV, 89052-3807 | US Mail (1st Class) |
| 23954 | SONNENKLAR, HERBERT & NORMA R, 2501 POINCIANA DR, WESTON, FL, 33327-1415 | US Mail (1st Class) |
| 23954 | SOUZA JT TEN, DAVID A & ELIZABETH M, 542 SOCORRO CT, RENO, NV, 89511 | US Mail (1st Class) |
| 23954 | SPANGLER, WILLIAM M & JEAN A, 711 GORDON AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23954 | SPANGLER, WILLIAM M & JEAN A, 711 GORDON AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23954 | SPANGLER, WILLIAM M, 711 GORDON AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23954 | SPANGLER, WILLIAM M, 711 GORDON AVE, RENO, NV, 89509 | US Mail (1st Class) |
| 23954 | SPARKS FAMILY TRUST DTD 2/26/93, C/O MICHAEL R & MURIEL S SPARKS CO-TTES, 1812 CYPRESS GREENS AVE, HENDERSON, NV, 89012-6143 | US Mail (1st Class) |
| 23954 | SPARKS, LUCRECIA, 868 VEGAS VALLEY DR, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 23954 | SPINDLE, FLOYD M, 706 NE 22ND ST, GRAND PRAIRIE, TX, 75050-4001 | US Mail (1st Class) |
| 23954 | SPRING, DONALD W & EVELYN MAE, 3153 CANYON OAKS TER, CHICO, CA, 95928-3987 | US Mail (1st Class) |
| 23954 | SPRING, DONALD W & EVELYN MAE, 3153 CANYON OAKS TER, CHICO, CA, 95928-3987 | US Mail (1st Class) |
| 23954 | SPRING, DONALD W & EVELYN MAE, 3153 CANYON OAKS TER, CHICO, CA, 95928-3987 | US Mail (1st Class) |
| 23954 | SPRING, DONALD W & EVELYN MAE, 3153 CANYON OAKS TER, CHICO, CA, 95928-3987 | US Mail (1st Class) |
| 23954 | SPRING, DONALD W & EVELYN MAE, 3153 CANYON OAKS TER, CHICO, CA, 95928-3987 | US Mail (1st Class) |
| 23954 | SPRING, DONALD, 3153 CANYON OAKS TER, CHICO, CA, 95928 | US Mail (1st Class) |
| 23954 | STACY GRANT REVOCABLE TRUST DTD 12/24/99, TRUSTEE, 934 E GRANDVIEW, PHOENIX, AZ, 85022 | US Mail (1st Class) |
| 23954 | STARK FAMILY TRUST DTD 4/2/84, ROLAIND L STARK TTEE, 10905 CLARION LN, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23954 | STEPHEN FAMILY TRUST DTD 3/22/84, C/O ROY M & CAROL J STEPHEN TTEES, 1214 YUCCA CIR, ST GEORGE, UT, 84790-7551 | US Mail (1st Class) |
| 23954 | STEPHEN, TAD, 120 E SOUTH AVE, REDLANDS, CA, 92373 | US Mail (1st Class) |
| 23954 | STERLING NATIONAL BANK, 500 7TH AVE, 11TH FL, NEW YORK, NY, 10018-4502 | US Mail (1st Class) |
| 23954 | STERLING, TOM, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23954 | STERLING, TOM, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23954 | STERLING, TOM, 213 ROYAL ABERDEEN WY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23954 | STERLING, TOM, 213 ROYAL ABERDEEN WY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23954 | STEUER, MIKLOS, PO BOX 60267, LAS VEGAS, NV, 89160 | US Mail (1st Class) |
| 23954 | STEUER, MIKLOS, PO BOX 60267, LAS VEGAS, NV, 89160 | US Mail (1st Class) |
| 23954 | STEVEN ANTHONY FONTANA TRUST DTD 6/28/02, C/O STEVEN ANTHONY FONTANA TTEE, 262 VIOLET NOTE ST, HENDERSON, NV, 89074-8900 | US Mail (1st Class) |
| 23954 | STEVENSON PENSION TRUST DTD 1/7/94, C/O BERT A STEVENSON TRUSTEE, 10 PINE LN, LAKESIDE, OR, 97449-8664 | US Mail (1st Class) |
| 23954 | STEVENSON, BERT, 500 N ESTRELLA PKWY B2-405, GOODYEAR, AZ, 85338 | US Mail (1st Class) |
| 23954 | STOEBLING FAMILY TRUST, C/O DAVID STOEBLING TRUSTEE, 3568 E RUSSELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 23954 | STOEBLING FAMILY TRUST, C/O DAVIDSTOEBLING TRUSTEE, 3568 E RUSEELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 23954 | STOEBLING, DAVID, 3568 E RUSSELL RD, STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 23954 | STOKES TRUST DTD 5/16/84, NORMA M & EUGENE, NORMA M KERNER TTEE, 15758 SUNSET DR, POWAY, CA, 92064 | US Mail (1st Class) |
| 23954 | STRAUSS, BERTHA M, 2099 WEST GLEN CT, RENO, NV, 89523 | US Mail (1st Class) |
| 23954 | STRICKER, LESLEY, 4 STANLEY ST, PLEASANTVILLE, NY, 10570 | US Mail (1st Class) |

*page 7 of 8*

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23954 | STRUNK, ALLEN D, 2762 DARBY FALLS DR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23954 | SUGAR 1990 LIVING REVOCABLE TRUST DTD 10/4/90, WILLIAM & MARILYN R SUGAR TTEES, 2790 19TH AVE, APT 4, SAN FRANCISCO, CA, 94132-1673 | US Mail (1st Class) |
| 23954 | SULLIVAN, ERIN & JEAN, 30 PALM SPRINGS CT, SPARKS, NV, 89436-0522 | US Mail (1st Class) |
| 23954 | SUMPOLEC 1989 TRUST DATED 4/13/89, C/O JOHN SUMPOLEC JR TRUSTEE, 2405 HOWARD DR, LAS VEGAS, NV, 89104-4224 | US Mail (1st Class) |
| 23954 | SUZANNE ARBOGAST & GREGORY R THOMPSON JT TEN, 1005 W BUFFINGTON ST, UPLAND, CA, 91784 | US Mail (1st Class) |
| 23954 | T-2 ENTERPRISES LLC, MANAGER WARREN W TRIPP, 250 GREG ST, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23954 | T-3 ENTERPRISES LLC, MANAGER WARREN W TRIPP, 250 GREG ST, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23954 | TAMMADGE, DAVID, 7292 HORNER ST, SAN DIEGO, CA, 92120 | US Mail (1st Class) |
| 23954 | TAMMADGE, JANIE, 1400 COLORADO ST, STE C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 23954 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, C/O T DWIGHT & BONNIE SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23954 | TRAGER, STEPHANIE & LAWRENCE B, 4027 LA COLINA RD, SANTA BARBARA, CA, 93110-1426 | US Mail (1st Class) |
| 23954 | WARD IRA, SUSAN J, 26077 CHARING CROSS RD, VALENCIA, CA, 91355-2029 | US Mail (1st Class) |

**Subtotal for this group: 49**