**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23955 | BERTHELOT LIVING TRUST DTD 4/9/03, JEAN JACQUES BERTHELOT TTEE, 9328 SIENNA VISTA DR, LAS VEGAS, NV, 89117-7034 | US Mail (1st Class) |
| 23955 | DEXTER & BETTY JEAN GUIO TRUST DATED 4/9/2002, THE, BETTY J GUIO TTEE, 4790 CAUGHLIN PARKWAY #379, RENO, NV, 89519 | US Mail (1st Class) |
| 23955 | ERIC NOEL CARTAGENA TRUST, C/O ERIC N CARTAGENA TRUSTEE, PO BOX 60742, SAN DIEGO, CA, 92166-8742 | US Mail (1st Class) |
| 23955 | M EVELYN FISHER REVOCABLE TRUST DTD 11/7/05, C/O M EVELYN FISHER &/OR SUCCESSOR(S) IN TRUST, 12051 S CHEROKEE LN, TUCSON, AZ, 85736-1317 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TDS REVOCABLE FAMILY TRUST DTD 9/29/98, T DWIGHT & BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS, NV, 89144-1425 | US Mail (1st Class) |
| 23955 | TEETER, LOUISE & NORMAN, 4201 VIA MARINA, STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 23955 | TEETER, NORMAN, 4201 VIA MARINA, #300, MARINA DEL REY, CA, 90292 | US Mail (1st Class) |
| 23955 | TEETER, ROBERT G, 4201 VIA MARINA, STE 300, MARINA DEL REY, CA, 90292 | US Mail (1st Class) |
| 23955 | TERRY BOMBARD 1998 TRUST DTD 1/23/98, C/O TERRY BOMBARD TRUSTEE, 3570 W POST RD, LAS VEGAS, NV, 89118-3866 | US Mail (1st Class) |
| 23955 | TERRY R HELMS LIVING TRUST DTD 11/11/94, TERRY HELMS, 809 UPLAND BLVD, LAS VEGAS, NV, 89107-3719 | US Mail (1st Class) |
| 23955 | TESSEL, MICHEL, JEAN JACQUES BERTHELOT W/POA, 9328 SIENNA VISTA DR, LAS VEGAS, NV, 89117-7034 | US Mail (1st Class) |
| 23955 | THALIA ROUTSIS FAMILY TRUST DTD 7/24/90, C/O THALIA NICHOLAS ROUTSIS TTEE, PO BOX 4311, INCLINE VILLAGE, NV, 89450-4311 | US Mail (1st Class) |
| 23955 | THOMAS J KARREN LIVING TRUST, C/O THOMAS J KARREN SOLE TRUSTEE, 20483 POWDER MOUNTAIN CT, BEND, OR, 97702-9552 | US Mail (1st Class) |
| 23955 | THOMPSON, GREGORY R, 1005 W BUFFINGTON ST, UPLAND, CA, 91784 | US Mail (1st Class) |
| 23955 | THOMPSON, WILMA JEAN, 12 BREWSTER WAY, REDLANDS, CA, 92373 | US Mail (1st Class) |
| 23955 | THRELFALL, RONDA L, 9915 SADDLEBACK DR, LAKESIDE, CA, 92040 | US Mail (1st Class) |
| 23955 | THROWER, DEBBIE, STEPHEN R HARRIS ESQ, BELDING HARRIS & PETRONI LTD, 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 23955 | THURMAN, LYNNETTE S & JOHN H, 1635 GREYCREST WAY, RENO, NV, 89521-4052 | US Mail (1st Class) |
| 23955 | TIANO, JACK, 116 W EL PORTAL, STE 103, SAN CLEMENTE, CA, 92672 | US Mail (1st Class) |
| 23955 | TIANO, NORMAN, EAGLE MEADOWS DEVELOPMENT LTD, 7070 ROCK DOVE ST, CARLSBAD, CA, 92011-5025 | US Mail (1st Class) |
| 23955 | TIANO, NORMAN, MEADOW CREEK PARTNERS LLC, 7070 ROCK DOVE ST, CARLSBAD, CA, 92011 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23955 | TIKI INVESTMENT ENTERPRISES LP, 2578 HIGHMORE AVE, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23955 | TIMOTHY FOLENDORF TRUST DTD 3/21/00, C/O TIMOTHY FOLENDORF TRUSTEE, PO BOX 2, ANGELS CAMP, CA, 95222-0002 | US Mail (1st Class) |
| 23955 | TISCHLER, HILLARI, 7408 DOE AVE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23955 | TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144 | US Mail (1st Class) |
| 23955 | TOOMBES, PATSY, PO BOX 11665, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23955 | TOOMBES, ROBERT C & PATSY G, PO BOX 11665, ZEPHYR COVE, NV, 89448-3665 | US Mail (1st Class) |
| 23955 | TRACY, RICHARD R & URSULA, PO BOX 1404, CARSON CITY, NV, 89702-1404 | US Mail (1st Class) |
| 23955 | TRIANTOS, RORY L, 13842 MALCOM AVE, SARATOGA, CA, 95070-5314 | US Mail (1st Class) |
| 23955 | TRIANTOS, RORY L, 13842 MALCOM AVE, SARATOGA, CA, 95070-5314 | US Mail (1st Class) |
| 23955 | TRIPP ENTERPRISES INC A NEVADA CORP, WARREN W TRIPP, 250 GREG ST, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23955 | TRIPP ENTERPRISES INC RESTATED PROFIT SHARING PLAN, WARREN W TRIPP TTEE, 250 GREG ST, SPARKS, NV, 89431 | US Mail (1st Class) |
| 23955 | TRIPP FAMILY TRUST, WALTER C TRIPP TTEE, 5590 BRIARHILLS LN, RENO, NV, 89502 | US Mail (1st Class) |
| 23955 | TRIPP, CAROL A, 2185 KINNEY LN, RENO, NV, 89511-6553 | US Mail (1st Class) |
| 23955 | TRIPP, WALTER C, 5590 BRIARHILLS LN, RENO, NV, 89502 | US Mail (1st Class) |
| 23955 | TRIPP, WARREN W, 250 GREG ST, SPARKS, NV, 89431 | US Mail (1st Class) |

**Subtotal for this group: 50**