**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23956 | ARIF & SALIMA VIRANI, 774 CLOVE CT, HENDERSON, NV, 89012 | US Mail (1st Class) |
| 23956 | ARIF & SALIMA VIRANI, 774 CLOVE CT, HENDERSON, NV, 89012 | US Mail (1st Class) |
| 23956 | LOUIS H & SHIRLEY M TURNER FAM TRST DTD 9/19/97, LOUIS H & SHIRLEY M TURNER TTEES, 9558 MAMMOTH CT, RENO, NV, 89521 | US Mail (1st Class) |
| 23956 | NAKASHIMA, VICKY, 1681 FAIRBURN AVE, LOS ANGELES, CA, 90024 | US Mail (1st Class) |
| 23956 | ROBERT W ULM LIVING TRUST DTD 4/11/05, ROBERT W ULM TTEE, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 23956 | TRUJILLO, CARLOS A, 2818 HORSESHOE DR, LAS VEGAS, NV, 89120-3338 | US Mail (1st Class) |
| 23956 | TUCH, CARY & CAROL, 11445 GERALD AVE, GRANADA HILLS, CA, 91344-3623 | US Mail (1st Class) |
| 23956 | TURNER DEVELOPMENT LLC, CHRIS TURNER, 461 N CARLISLE PL, ORANGE, CA, 92869 | US Mail (1st Class) |
| 23956 | TUROK, NOEMI N, 8808 RAINBOW RIDGE DR, LAS VEGAS, NV, 89117-5815 | US Mail (1st Class) |
| 23956 | TUTTLE, DALE L, 6252 CHINOOK WAY, LAS VEGAS, NV, 89108-1733 | US Mail (1st Class) |
| 23956 | ULM, ROBERT W, 414 MORNING GLORY RD, ST MARYS, GA, 31558 | US Mail (1st Class) |
| 23956 | UNDERPASS TRUST, RONALD MONTESANT TTEE, 5121 BIG RIVER AVE, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 23956 | UNDERPASS TRUST, RONALD MONTESANT TTEE, 5121 BIG RIVER AVE, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 23956 | UNDERPASS TRUST, RONALD MONTESANT TTEE, 5121 BIG RIVER AVE, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 23956 | UNDERPASS TRUST, RONALD MONTESANT TTEE, 5121 BIG RIVER AVE, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 23956 | UNIVERSAL MANAGEMENT INC A NEVADA CORP, 8080 HARBORVIEW RD, BLAINE, WA, 98230 | US Mail (1st Class) |
| 23956 | URSULA GREGER & STEPHANIE CURRAN, 95703 KITTERY RD, BROOKINGS, OR, 97415 | US Mail (1st Class) |
| 23956 | URSULA R GREGER & STEPHANIE CURRAN, 95703 KITTERY RD, BROOKINGS, OR, 97415-8158 | US Mail (1st Class) |
| 23956 | VALLEY INVESTMENTS CORP, 3131 MEADE AVE, STE A-1, LAS VEGAS, NV, 89102-7809 | US Mail (1st Class) |
| 23956 | VALON R BISHOP TRUST DTD 5/7/03, C/O VALON R BISHOP TRUSTEE, PO BOX 50041, RENO, NV, 89513-0041 | US Mail (1st Class) |
| 23956 | VALON R BISHOP TRUST DTD 5/7/03, C/O VALON R BISHOP TRUSTEE, PO BOX 50041, RENO, NV, 89513-0041 | US Mail (1st Class) |
| 23956 | VERUSIO SOLUTIONS LLC, 208 CLARENCE WAY, FREMONT, CA, 94539 | US Mail (1st Class) |
| 23956 | VIOLET, MELODY J, PO BOX 2201, VISTA, CA, 92085 | US Mail (1st Class) |
| 23956 | VIRTS REVOCABLE LIVING TRUST, DONALD E & PATRIZIA VIRTS TTEES, 4381 W HIDDEN VALLEY, RENO, NV, 89502 | US Mail (1st Class) |
| 23956 | VOGLIS, MARIETTA, 201 EAST 79TH ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 23956 | VOLPEL TRUST DTD 2/2/96, GUNTER VOLPEL TRUSTEE, 90876 LIBBY LN, COOS BAY, OR, 97420 | US Mail (1st Class) |
| 23956 | WADE, JENNIFER A, 2314 TALL TIMBERS LN, MARIETTA, GA, 30066 | US Mail (1st Class) |
| 23956 | WADE, MARLEE, 2314 TALL TIMBERS LN, MARIETTA, GA, 30066 | US Mail (1st Class) |
| 23956 | WADE, MARLENE C, 2314 TALL TIMBERS LN, MARIETTA, GA, 30066 | US Mail (1st Class) |
| 23956 | WAGNER, SCOTT E, PO BOX 523, CUMBERLAND, WI, 54829-0523 | US Mail (1st Class) |
| 23956 | WAHL JT TEN WROS, DAVID C & MARGARET A, PO BOX 8012, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23956 | WAHL, DAVID C, PO BOX 8012, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23956 | WAHL, DAVID, PO BOX 8012, MAMMOTH LAKES, CA, 93546 | US Mail (1st Class) |
| 23956 | WALD FINANCIAL GROUP INC, 249 MARGO WAY, PISMO BEACH, CA, 93449-3252 | US Mail (1st Class) |
| 23956 | WALD FINANCIAL GRP INC DEFINED BENEFIT PENSION TRT, PO BOX 307, 249 MARGO WAY, PISMO BEACH, CA, 93448-0307 | US Mail (1st Class) |
| 23956 | WALD FINANCIAL GRP INC DEFINED BENEFIT PENSION, TRUST 2, PO BOX 307, 249 MARGO WAY, PISMO BEACH, CA, 93448-0307 | US Mail (1st Class) |
| 23956 | WALD FINANCIAL GRP INC DEFINED BENEFIT, PENSION TRUST, 249 MARGO WAY, PISMO BEACH, CA, 93449 | US Mail (1st Class) |
| 3956 | WALKER, LINDA M, 3710 CLOVER WAY, RENO, NV, 89509 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23956 | WALLACE III, WILLIAM C & ANN MARIE K, CHRISTOPHER D JAIME ESQ, PO BOX 30000, MAUPIN COX & LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23956 | WALLACE III, WILLIAM C & ANNA MARIE K, CHIRSTOPHER D JAIME ESQ, PO BOX 30000, MAUPIN COX & LEGOY, RENO, NV, 89520 | US Mail (1st Class) |
| 23956 | WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P & ELLEN WALLS TTEES, 2778 BEDFORD WAY, CARSON CITY, NV, 89703-4618 | US Mail (1st Class) |
| 23956 | WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P & ELLEN WALLS TTEES, 2778 BEDFORD WAY, CARSON CITY, NV, 89703-4618 | US Mail (1st Class) |
| 23956 | WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P & ELLEN WALLS TTEES, 2778 BEDFORD WAY, CARSON CITY, NV, 89703-4618 | US Mail (1st Class) |
| 23956 | WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P & ELLEN WALLS TTEES, 2778 BEDFORD WAY, CARSON CITY, NV, 89703-4618 | US Mail (1st Class) |
| 23956 | WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P & ELLEN WALLS TTEES, 2778 BEDFORD WAY, CARSON CITY, NV, 89703-4618 | US Mail (1st Class) |
| 23956 | WALTER F HENNINGSEN REVOCABLE TRUST DTD 2/18/03, C/O WALTER F HENNINGSEN TRUSTEE, 5470 SW SPRUCE AVE, BEAVERTON, OR, 97005-3561 | US Mail (1st Class) |
| 23956 | WALTER, DIANE, 3 MALACHITE RD, YERINGTON, NV, 89447 | US Mail (1st Class) |
| 23956 | WALTHER, STEPHEN G & SONJA, 7990 CASTLE PINES, LAS VEGAS, NV, 89113 | US Mail (1st Class) |
| 23956 | WANDA WRIGHT REVOCABLE LIVING TRUST, C/O WANDA C WRIGHT TRUSTEE, 16500 PYRAMID WAY, RENO, NV, 89510-8711 | US Mail (1st Class) |
| 23956 | WARWICK, WILLIAM, 170 DAYTON ST, DANVERS, MA, 01923 | US Mail (1st Class) |

**Subtotal for this group: 50**