# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 50

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23957 | LEE 2003 FAMILY TRUST, WILLIAM W & TERESA H, DTD 6/26/03, C/O TERESA H LEE TRUSTEE, 9050 DOUBLE R BLVD, APT 421, RENO, NV, 89521-4850 | US Mail (1st Class) |
| 23957 | MARLIN L & R YVONNE WONDERS, PO BOX 2262, OVERGAARD, AZ, 85933 | US Mail (1st Class) |
| 23957 | MARLIN L & R YVONNE WONDERS, PO BOX 2262, OVERGAARD, AZ, 85933 | US Mail (1st Class) |
| 23957 | REEVES, WILLIAM S, 2930 E SERENE AVE, HENDERSON, NV, 89074-6536 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE CT, BLUFFTON, SC, 29910 | US Mail (1st Class) |
| 23957 | WEAVER, JOHN & COLLEEN, 9225 CORDOBA BLVD, SPARKS, NV, 89436-7235 | US Mail (1st Class) |
| 23957 | WEAVER, JOHN, 9225 CORDOBA BLVD, SPARKS, NV, 89436 | US Mail (1st Class) |
| 23957 | WEBER, HEINRICH & BRIGITTE, 2099 WESTGLEN CT, RENO, NV, 89523 | US Mail (1st Class) |
| 23957 | WEICHERDING, GARY, 4960 HARRISON DR #107, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 23957 | WELCHER, ANDREW, C/O WILLIAM E WINFIELD ESQ, NORDMAN CORMANY HAIR & COMPTON LLP, 1000 TOWN CENTER DR, 6TH FL, OXNARD, CA, 93030 | US Mail (1st Class) |
| 23957 | WESTBROOK, CONNIE, 14320 GHOST RIDER DR, RENO, NV, 89511 | US Mail (1st Class) |
| 23957 | WHITEHURST FUND LLC, C/O LINDA KELLY CARSON MANAGER, PO BOX 8927, ASPEN, CO, 81612-8927 | US Mail (1st Class) |
| 23957 | WHITMAN AN UNMARRIED MAN, H DANIEL, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN TRUST 12/1/04, H DANIEL WHITMAN TRUSTEE, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN TRUST 12/1/04, H DANIEL WHITMAN TRUSTEEE, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN TRUST DTD 12/1/04, WHITMAN TTEE, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN TRUST, H DANIEL WHITMAN TRUSTEE, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN TRUST, H DANIEL WHITMAN TTEE, PO BOX 10200, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 23957 | WHITMAN, H DANIEL, PO BOX 10200, ZEPHYR COVE, NV, 89449 | US Mail (1st Class) |
| 23957 | WILKELIS, LYNN, PO BOX 642, BUELLTON, CA, 93427 | US Mail (1st Class) |
| 23957 | WILLIAM & WALTRUUD SCHNEIDER FAMILY TR, 135 CLEARVIEW DR, CARSON CITY, NV, 89701-6698 | US Mail (1st Class) |
| 23957 | WILLIAM B FRASER & JUDY A GARRETT, 1250 E AVE J #2, LANCASTER, CA, 93535 | US Mail (1st Class) |
| 23957 | WILLIAM DANIEL CARTER TTEE, 8710 54TH AVE E, BRADENTON, FL, 34211-3704 | US Mail (1st Class) |
| 23957 | WILLIAM KOSTECHKO REVOCABLE TRUST DTD 10/31/05, C/O WILLIAM KOSTECHKO TRUSTEE, 5415 W HARMON AVE, UNIT 1035, LAS VEGAS, NV, 89103-7013 | US Mail (1st Class) |
| 23957 | WILLIAM W & BETTY R OGREN, 22102 SHANNONDELL DR, AUDUBON, PA, 19333 | US Mail (1st Class) |
| 23957 | WILLIAM W & TERESA H LEE 2003 FAMILY TR, C/O TERESA H LEE TRUSTEE, 9050 DOUBLE R BLVD, APT 421, RENO, NV, 89521-4850 | US Mail (1st Class) |
| 23957 | WILLIAMS, SUSAN MARIE, PO BOX 9270, TRUCKEE, CA, 96162 | US Mail (1st Class) |
| 23957 | WIMSATT TRUST DTD 10/19/04, C/O LINDA J WIMSATT TRUSTEE, 4920 AMADOR DR, OCEANSIDE, CA, 92056-4971 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23957 | WINKLER FAMILY TRUST DTD 3/13/86, CARMEL WINKLER TRUSTEE, 10000 ROSSBURY PL, LOS ANGELES, CA, 90064 | US Mail (1st Class) |
| 23957 | WINKLER FAMILY TRUST DTD 3/13/86, RUDOLF & CARMEL WINKLER TTEES, 10000 ROSSBURY PL, LOS ANGELES, CA, 90064 | US Mail (1st Class) |
| 23957 | WINKLER IRA, RUDOLF, 10000 ROSSBURY PL, LOS ANGELES, CA, 90064-4826 | US Mail (1st Class) |
| 23957 | WISCH, CRAIG, 210 ANDREW AVE, NAUGATUCK, CT, 06770 | US Mail (1st Class) |
| 23957 | WISCH, CRAIG, 210 ANDREW AVE, NAUGATUCK, CT, 06770 | US Mail (1st Class) |
| 23957 | WM W & TERESA H LEE 2003 FAMILY TRUST DTD 6/26/03, C/O TERESA H LEE TRUSTEE, 9050 DOUBLE R BLVD, APT 421, RENO, NV, 89521-4850 | US Mail (1st Class) |
| 23957 | WOLF, EDGAR, 3868 CARLTON DR, ATLANTA, GA, 30341 | US Mail (1st Class) |
| 23957 | WOLKEN, STAN, 598 LARIAT CIR, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 23957 | WOOD, RAUL A, 5211 N LISA LN, LAS VEGAS, NV, 89149-4647 | US Mail (1st Class) |
| 23957 | WOOD, RAUL, 5211 N LISA LN, LAS VEGAS, NV, 89516 | US Mail (1st Class) |

Subtotal for this group: 50