# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital
**Total number of parties· 45**

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 23958 | WOODY CONTRACTING INC, 63210 MCKENZIE LN, SUMMERVILLE, OR, 97876 | US Mail (1st Class) |
| 23958 | WORLD LINKS GROUP LLC, C/O LEO G MANTAS, 7440 S BLACKHAWK ST, #12208, ENGLEWOOD, CO, 80112-4355 | US Mail (1st Class) |
| 23958 | WORTHING, RALPH E & MARYANNE H, 443 ARBOLES DR, BISHOP, CA, 93514 | US Mail (1st Class) |
| 23958 | WRIGHT, WANDA, 16500 PYRAMID HWY, RENO, NV, 89510 | US Mail (1st Class) |
| 23958 | WYATT IRA, KENNETH H, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23958 | WYATT IRA, KENNETH H, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23958 | WYATT IRA, KENNETH H, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23958 | WYATT IRA, PHYLLIS P, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23958 | WYATT IRA, PHYLLIS P, PO BOX 370400, LAS VEGAS, NV, 89137-0400 | US Mail (1st Class) |
| 23958 | XAVIER, NEIL A & JOSEPHINE E, 2506 LIBRETTO AVE, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23958 | XAVIER, NEIL A & JOSEPHINE E, 2506 LIBRETTO AVE, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 23958 | XAVIER, NEIL A & JOSEPHINE E, 2506 LIBRETTO AVE, HENDERSON, NV, 89052-6563 | US Mail (1st Class) |
| 23958 | XAVIER, NEIL A & JOSEPHINE E, 2506 LIBRETTO AVE, HENDERSON, NV, 89052-6563 | US Mail (1st Class) |
| 23958 | YERUSHALMI, MAZAL, 8904 GREENSBORO LN, LAS VEGAS, NV, 89134-0502 | US Mail (1st Class) |
| 23958 | YODER DEFINED BENEFIT PLAN, ROBERT J, ROBERT J YODER TRUSTEE, 12291 PROSSER DAM RD, TRUCKEE, CA, 96161 | US Mail (1st Class) |
| 23958 | YONAI IRA, GREGORY, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YONAI TRUSTEE, GREGORY D, 1982 COUNTRY COVE CT, LAS VEGAS, NV, 89135-1552 | US Mail (1st Class) |
| 23958 | YOUNG, JUDY S, 13825 VIRGINIA FOOTHILLS DR, RENO, NV, 89521-7394 | US Mail (1st Class) |
| 23958 | YOUNG, PERCY & RUTH, 1814 W OLNEY AVE, PHOENIX, AZ, 85041-8617 | US Mail (1st Class) |
| 23958 | YOUNG, PERCY, 1814 W OLNEY AVE, PHOENIX, AZ, 85041 | US Mail (1st Class) |
| 23958 | YOUNGER, WILLIAM & LISA K, 1746 LAKE ST, HUNTINGTON BEACH, CA, 92648 | US Mail (1st Class) |
| 23958 | ZADEL, WILLIAM, PO BOX 1817, PAROWAN, UT, 84761 | US Mail (1st Class) |
| 23958 | ZAK, JANET E, 9720 VERLAINE CT, LAS VEGAS, NV, 89145-8695 | US Mail (1st Class) |
| 23958 | ZALKIND, ALLEN & SANDY, 684 NAHANE DR, SOUTH LAKE TAHOE, CA, 96150 | US Mail (1st Class) |
| 23958 | ZAPPULLA, JOSEPH G & CAROL A, 12706 W MYER LN, EL MIRAGE, AZ, 85335 | US Mail (1st Class) |
| 23958 | ZAWACKI A CALIFORNIA LLC, PO BOX 5156, BEAR VALLEY, CA, 95223-5156 | US Mail (1st Class) |
| 23958 | ZERBO, ANTHONY J, 780 SARATOGA AVE, APT S-107, SAN JOSE, CA, 95129 | US Mail (1st Class) |
| 23958 | ZERBO, ANTHONY, 780 SARATOGA AVE #S107, SAN JOSE, CA, 95129 | US Mail (1st Class) |
| 23958 | ZERBO, ANTHONY, 780 SARATOGA AVE, #S107, SAN JOSE, CA, 95129 | US Mail (1st Class) |
| 23958 | ZERBO, ANTHONY, 780 SARATOGA AVE, #S107, SAN JOSE, CA, 95129 | US Mail (1st Class) |
| 23958 | ZERBO, MARSHALL R, 250 W EL CAMINO REAL, APT 5100, SUNNYVALE, CA, 94087 | US Mail (1st Class) |

**Exhibit A - USA Commercial Mortgage Co**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23958 | ZOE BROWN 1989 FAMILY TRUST, C/O ZOE BROWN TRUSTEE, 2877 PARADISE RD, UNIT 803, LAS VEGAS, NV, 89109-5244 | US Mail (1st Class) |
| 23958 | ZORRILLA, REINALDO, PO BOX 11305, LAS VEGAS, NV, 89111 | US Mail (1st Class) |
| 23958 | ZRUDSKY, COLLEN, 106 E VICTORIAN AVE, #35, SPARKS, NV, 89431 | US Mail (1st Class) |

**Subtotal for this group: 45**