Electronically filed April 5, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, California 5814-4497 | Las Vegas, Nevada 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; jhermann@orrick.com | Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com |

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

| | |
|---|---|
| Susan M. Freeman (Arizona Bar No. 4199) | Rob Charles (Nevada Bar No. 6593) |
| LEWIS AND ROCA LLP | LEWIS AND ROCA LLP |
| 40 North Central Avenue, Suite 1900 | 3993 Howard Hughes Parkway, Suite 600 |
| Phoenix, Arizona 85004-4429 | Las Vegas, Nevada 89169 |
| Telephone: (602) 262-57561 | Telephone: (702) 949-8320 |
| Facsimile: (602) 734-38240 | Facsimile: (702) 949-8321 |
| Email: sfreeman@lrlaw.com | Email: rcharles@lrlaw.com |

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ORDER OF UNITED STATES DISTRICT COURT MODIFYING ITS PRIOR ORDER APPOINTING A RECEIVER FOR USA INVESTMENT PARTNERS, LLC**<br><br>[No Hearing Scheduled] |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                  Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                  Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                  Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00387001;}

Page 1


**TO: THE HONORABLE LINDA B. RIEGLE, UNITED STATES TRUSTEE, CREDITORS IN THE ABOVE-CAPTIONED BANKRUPTCY CASES, AND ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on April 4, 2007, the United States District Court for the Central District of California (Eastern Division) (the "California Court") entered its Order on Emergency Motion for Modification of Order Appointing Receiver to Allow For Involuntary Bankruptcy Petition for be Filed Against USAIP (the "Modification Order") modifying its prior order entered March 28, 2007 (the "Receiver Order"), appointing a receiver for USA Investment Partners, LLC ("USAIP"), such that the Receiver Order **shall not prohibit** (i) Movants or any other entity from (a) immediately commencing and prosecuting an involuntary bankruptcy petition against USAIP, or (b) seeking the appointment of an interim bankruptcy trustee or a permanent bankruptcy trustee in such case; (ii) the commencement or continuation of any adversary proceedings or other litigation against or involving USAIP or any entities directly or indirectly owned or controlled by USAIP in this Court; (iii) any bankruptcy trustee from taking possession, custody and control of the business and financial affairs of USAIP or any entities directly or indirectly owned or controlled by USAIP; or (iv) this Court from considering and ruling upon any and all of the above matters.

A true and correct copy of the Modification Order is attached hereto as **Exhibit A**.

DATED this 5th day of April 2007.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Jeffery D. Hermann
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)

**BECKLEY SINGLETON, CHARTERED**

By: /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles
Rob Charles (Nevada Bar No. 6593)
Susan M. Freeman (Arizona Bar No. 4199)
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC and USACM Liquidating Trust*