# EXHIBIT A

## ORDER ON EMERGENCY MOTION FOR MODIFICATION OF ORDER APPOINTING RECEIVER TO ALLOW FOR INVOLUNTARY BANKRUPTCY PETITION FOR BE FILED AGAINST USAIP

Marc A. Levinson (California Bar No. 57613)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
Email:       malevinson@orrick.com

Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California, 90017
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499
Email:       jhermann@orrick.com

Rob Charles (Nevada Bar No. 6593)
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:   (702) 949-8320
Facsimile:   (702) 949-8321
Email:       rcharles@lrlaw.com

Susan M. Freeman (Arizona Bar No. 4199)
LEWIS AND ROCA, LLP
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Telephone:   (602) 262-5756
Facsimile:   (602) 734-3824
Email:       sfreeman@lrlaw.com

*Attorneys for Creditors and Interested Parties USA Capital Diversified Trust Deed Fund, LLC and the USACM Liquidating Trust*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Robert A. Russell, an individual, Placer County Land Investors, LLC, a California limited liability company, and SVRB Investments, LLC, an Arizona limited liability company<br><br>Plaintiff,<br><br>v.<br><br>USA Investment Partners, LLC, a Nevada limited liability company,<br>Defendant. | Case No. EDCV07-0343 SGL (JCRx)<br><br>[Proposed] Order on Emergency Motion For Modification of Order Appointing Receiver to Allow For Involuntary Bankruptcy Petition to be Filed Against USAIP<br><br>Hearing Date: April 4, 2007<br>Hearing Time: 1:30 p.m.<br><br>Courtroom #1 |

The Court has considered the Emergency Motion For Modification of Order Appointing Receiver to Allow For Involuntary Bankruptcy Petition to be Filed Against USAIP ("Motion") of USA Capital Diversified Trust Deed Fund, LLC ("Diversified") and the USACM Liquidating Trust (together with Diversified, "Movants") and, good cause appearing, IT IS HEREBY

ORDERED:

This Court's "Order Appointing Temporary Receiver, Temporary Restraining Order and Other Equitable Relief, And Order to Show Cause Why Preliminary Injunction Should Not Issue And Why Permanent Receiver Should Not Be Appointed", entered on the Court's docket on March 28, 2007 (the "Receiver Order"), is hereby modified to the extent necessary to confirm the following:

    a. The Receiver Order shall not prohibit Movants or any other entity from commencing and prosecuting an involuntary bankruptcy petition against defendant USA Investment Partners, LLC ("USAIP") or any entities directly or indirectly owned or controlled by USAIP;

    b. The Receiver Order shall not prohibit the commencement or continuation of any adversary proceedings or other litigation against or involving USAIP or any entities directly or indirectly owned or controlled by USAIP in the United States Bankruptcy Court for the District of Nevada;

    c. The Receiver Order shall not prohibit Movants or any other entity from seeking the appointment of an interim bankruptcy trustee or a permanent bankruptcy trustee for USAIP or any entities directly or indirectly owned or controlled by USAIP;

    d. The Receiver Order shall not prohibit any such bankruptcy trustee from taking possession, custody and control of the business and financial affairs of USAIP and of the assets of USAIP and any entities directly or indirectly owned or controlled by USAIP;

e. The Receiver Order shall not prohibit the United States Bankruptcy Court for the District of Nevada from considering and ruling upon any and all of the above matters.

Ordered this 4th day of April 2007.

UNITED STATES DISTRICT COURT

By: /s/ Stephen G. Larson
Stephen G. Larson
United States District Judge

**STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE**

Presented by:

LEWIS AND ROCA LLP AND
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Jeffery D. Hermann
Jeffery D. Hermann