Robert Feldman
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone No.: (212) 310-8000
Facsimile No.: (212) 310-8007
E-mail:  robert.feldman@weil.com
E-Mail:  tyson.lomazow@weil.com

and

Peter C. Bernhard
Nevada State Bar No. 734
Georganne W. Bradley
Nevada State Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada  89169
Telephone No.:  (702) 650-6565
Facsimile No.:  (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-Mail: georganne.bradley@bullivant.com

Counsel for Compass Financial Partners LLC

**E-FILED ON:** April 6, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>Debtor. | |
| **In re:**<br><br>**USA CAPITAL TRUST DEED FUND, LLC,**<br>Debtor. | |

In re:

USA SECURITIES, LLC,

Debtor.

Affects:
☐ **All Debtors**
☒ **USA Commercial Mortgage Company**
☐ **USA Capital Realty Advisors, LLC**
☐ **USA Capital Diversified Trust Deed Fund, LLC**
☐ **USA Capital First Trust Deed Fund, LLC**
☐ **USA Securities, LLC**

## CERTIFICATE OF MAILING
### (USA Commercial Mortgage Company)

I, James H. Myers, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2.    At the direction of Bullivant Houser Bailey PC, Counsel for Compass Financial Partners LLC in the above-captioned cases, copies of the documents identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 5th day of April, 2007:

| | |
|---|---|
| Docket No. 3317 | MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK LOAN (AFFECTS USA COMMERCIAL MORTGAGE) [Re: Docket No. 2376] |

Docket
No. 3318

NOTICE OF HEARING ON MOTION OF COMPASS
FINANCIAL PARTNERS LLC FOR ORDER ENFORCING
CONFIRMATION ORDER AND DETERMINING NO
SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT
TO THE FIESTA OAK VALLEY LOAN (AFFECTS USA
COMMERCIAL MORTGAGE) [Re: Docket No. 3317]

Exhibit "A"      Service List regarding Docket Nos. 3317 and 3318

DATED: April _6_, 2007
El Segundo, California

James H. Myers

State of California      )
                        ) ss
County of Los Angeles    )

　　　Personally appeared before me on April _6_, 2007, James H. Myers, an individual,
known to me to be the person who executed the foregoing instrument and acknowledged the
same.

JAMES F. BARTLETT
Comm. # 1523213
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Oct. 30, 2008

**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital

**Total number of parties: 219**

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 24168 | 1989 KOHLER LIVING, TRUST DATED 6/13/89, C/O GUENTHER A KOHLER & ELFRIEDE KOHLER TRUSTEES, 842 OVERLOOK CT, SAN MATEO, CA, 94403-3865 | US Mail (1st Class) |
| 24168 | 1996 KNOBEL TRUST DATED 9/5/96, C/O ANNA S KNOBEL TRUSTEE, 8919 CHALLIS HILL LN, CHARLOTTE, NC, 28226-2687 | US Mail (1st Class) |
| 24168 | AIG LIMITED, 9904 VILLA GRANITO LN, GRANITE BAY, CA, 95746-6481 | US Mail (1st Class) |
| 24168 | AL MOSCHOGIANIS REVOCABLE, TRUST DATED 11/30/04, C/O ADELAIDE L MOSCHOGIANIS & CHRISTINE MOSCHOGIAN, 2916 GILLIS WAY, CARSON CITY, NV, 89701-6001 | US Mail (1st Class) |
| 24168 | ALAN R SIMMONS & JUDITH B SIMMONS, PO BOX 13296, SOUTH LAKE TAHOE, CA, 96151-3296 | US Mail (1st Class) |
| 24168 | ALBRIGHT PERSING & ASSOCIATES PSP, C/O DEANE ALBRIGHT & CASEY PERSING TRUSTEES, 1025 RIDGEVIEW DR, RENO, NV, 89509-6322 | US Mail (1st Class) |
| 24168 | ALI PIRANI, 13174 N 100TH PL, SCOTTSDALE, AZ, 85260-7203 | US Mail (1st Class) |
| 24168 | ALVIN BROIDO MARITAL TRUST U/A DATED 4/24/72, C/O JUNE COOK TRUSTEE, 7228 ESTRELLA DE MAR RD, CARLSBAD, CA, 92009-6721 | US Mail (1st Class) |
| 24168 | ALVIN M SWANSON & GRACE E SWANSON LIVING, TRUST DATED 7/26/01, C/O LELAND K SWANSON TRUSTEE, 212 GREENBRIAR LN, BUFFALO, MN, 55313-9329 | US Mail (1st Class) |
| 24168 | ANNE MARIE MUELLER TRUST, C/O ANNE MARIE MUELLER TRUSTEE, 31302 MULHOLLAND HWY, MALIBU, CA, 90265-2701 | US Mail (1st Class) |
| 24168 | ANNIN FAMILY TRUST, ELIZABETH J ANNIN TTEE, 2918 SYCAMORE AVENUE, LA CRESCENTA, CA, 91214 | US Mail (1st Class) |
| 24168 | ARBOGAST FAMILY TRUST, C/O RODNEY J ARBOGAST & DONNA ARBOGAST TRUSTEES, 4771 LAURENTIA AVE, LAS VEGAS, NV, 89141 | US Mail (1st Class) |
| 24168 | ARTHUR B MOORE, 994 LILAC CT, MINDEN, NV, 89423-5131 | US Mail (1st Class) |
| 24168 | ARTHUR E KEBBLE & THELMA M KEBBLE FAMILY, TRUST DATED 5/19/95, C/O ARTHUR E KEBBLE & THELMA M KEBBLE TRUSTEES, 9512 SALEM HILLS CT, LAS VEGAS, NV, 89134-7883 | US Mail (1st Class) |
| 24168 | ATHANASIOS N IORDANOU & REBECCA IORDANOU, 15 VAN BUREN AVE, PORTSMOUTH, NH, 03801-5832 | US Mail (1st Class) |
| 24168 | AUGUSTINE TUFFANELLI FAMILY, TRUST DATED 7/26/94, C/O AUGUSTINE TUFFANELLI TRUSTEE, 2260 MOHIGAN WAY, LAS VEGAS, NV, 89109-3374 | US Mail (1st Class) |
| 24168 | AYLENE GERINGER AND MARK ZIPKIN, 4321 CHERRY HILLS LN, TARZANA, CA, 91356-5406 | US Mail (1st Class) |
| 24168 | BARBARA A CECIL, 899 TIMBERLAKE DR, ASHLAND, OR, 97520-9090 | US Mail (1st Class) |
| 24168 | BARBARA J KEWELL, TRUST DATED 7/18/89, C/O FREDERICK W KEWELL II TRUSTEE, 5426 HIDDEN VALLEY CT, RENO, NV, 89502-9571 | US Mail (1st Class) |
| 24168 | BARBARA REISS MILLER REVOCABLE LIVING, TRUST DATED 2/4/03, C/O BARBARA REISS MILLER TRUSTEE, 2652 CROWN RIDGE DR, LAS VEGAS, NV, 89134-8329 | US Mail (1st Class) |
| 24168 | BARBARA SUE LUTHI, TRUST DATED 7/9/97, C/O BARBARA SUE LUTHI TRUSTEE, 4908 WOMACK CIR, THE COLONY, TX, 75056-2214 | US Mail (1st Class) |
| 24168 | BARRY GAMBARANA, 2761 CARNATION LN, HENDERSON, NV, 89074-2402 | US Mail (1st Class) |
| 24168 | BAY AREA CAPITAL LLC, 1050 WILLAGILLESPIE RD STE 4, EUGENE, OR, 97401-6718 | US Mail (1st Class) |
| 24168 | BEA FAMILY INC, 82 INNISBROOK AVE, LAS VEGAS, NV, 89113-1242 | US Mail (1st Class) |
| 24168 | BERT E ARNLUND, CHARITABLE REMAINDER UNITRUST DATED 12/31/01, C/O BERT E ARNLUND TRUSTEE, 82 INNISBROOK AVE, LAS VEGAS, NV, 89113-1242 | US Mail (1st Class) |
| 24168 | BLOOD FAMILY TRUST DATED 5/18/99, C/O RUSSELL M BLOOD & JUDY A BLOOD TRUSTEES, 140 BROWNSTONE DR, MOORESVILLE, NC, 28117-3717 | US Mail (1st Class) |
| 24168 | BOBBIE MARRS IRA, 5753 BEDROCK SPRINGS AVE, LAS VEGAS, NV, 89131-3933 | US Mail (1st Class) |
| 24168 | BRENDA J HIGH IRA, 2884 E POINT DR, CHESAPEAKE, VA, 23321-4125 | US Mail (1st Class) |
| 24168 | BRETT W SPERRY, 7824 BLUEWATER DR, LAS VEGAS, NV, 89128-6872 | US Mail (1st Class) |
| 24168 | BROWNE 1990 FAMILY, TRUST DATED 6/11/90, C/O ROBERT W BROWNE & MURIEL L BROWNE TRUSTEES, 700 KEELE DR, RENO, NV, 89509-1156 | US Mail (1st Class) |
| 24168 | BYRNE FALKE LIVING TRUST, C/O BYRNE E FALKE SR TRUSTEE, PO BOX 3774, INCLINE VILLAGE, NV, 89450-3774 | US Mail (1st Class) |
| 24168 | CARMEN G MCCOLLY IRA, 1009 DOMNUS LN APT 102, LAS VEGAS, NV, 89144-0861 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24168 | CASSANDRA J ROBBINS, 57 TOPPLER DR, CASTLE ROCK, CO, 80108-8208 | US Mail (1st Class) |
| 24168 | CHARLES E JOHNSON & JANET P JOHNSON, 17 FRONT ST, PALM COAST, FL, 32137-1453 | US Mail (1st Class) |
| 24168 | CHARLES LEBRON & MARY JANE PARKER, 14470 EMERALD PATH, APPLE VALLEY, MN, 55124 | US Mail (1st Class) |
| 24168 | CHRIS DAGIANTIS REVOCABLE INTER VIVOS TRUST, C/O CHRIS DAGIANTIS TRUSTEE, LEVIDI ARCADIAS, TK, 22002GREECE | US Mail (1st Class) |
| 24168 | CLAWITER ASSOCIATES LLC, 1620 COLCHESTER ST, DANVILLE, CA, 94506 | US Mail (1st Class) |
| 24168 | COLBORN REVOCABLE TRUST DATED 8/6/90, LARRY E COLBORN & LORETTA A COLBORN TTEES, 1127 BROKEN WAGON TRAIL, DEWEY, AZ, 86327 | US Mail (1st Class) |
| 24168 | COLLEEN POINDEXTER, 60 JOANN CT, WALNUT CREEK, CA, 94597-3205 | US Mail (1st Class) |
| 24168 | COMMUNITY NATIONAL BANK, (RE: JAMES A COY & MARGARET G COY REVOCABLE), ATTN: KATHY HEINEN, 210 MAIN ST, SENECA, KS, 66538-0210 | US Mail (1st Class) |
| 24168 | COMPASS FINANCIAL PARTNERS LLC, 4730 S FORT APACHE RD, STE 140, LAS VEGAS, NV, 89147 | US Mail (1st Class) |
| 24168 | COMPASS FINANCIAL PARTNERS LLC, 333 SEVENTH AVE, 3RD FL, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 24168 | CONNIE MIHOS & IVAN LOEBS, 236 GARRETT AVE, CHULA VISTA, CA, 91910-2605 | US Mail (1st Class) |
| 24168 | COSTANZA 1987 SURVIVOR'S, TRUST DATED 3/12/87, C/O SAM COSTANZA TRUSTEE, 9809 CANTEBURY ROSE LN, LAS VEGAS, NV, 89134-5913 | US Mail (1st Class) |
| 24168 | COXEY LIVING TRUST DATED 12/03/98, C/O KENNETH D COXEY & VALERIE COXEY TRUSTEES, 1945 HIDDEN MEADOWS DR, RENO, NV, 89502-8762 | US Mail (1st Class) |
| 24168 | CREDIT SHELTER TRUST, C/O BRUCE H CORUM TRUSTEE, 528 MONTEREY DR, APTOS, CA, 95003 | US Mail (1st Class) |
| 24168 | CYNTHIA G DAVIS LIVING TRUST, C/O CYNTHIA G DAVIS TRUSTEE, 2465 TELLURIDE DR, RENO, NV, 89511-9155 | US Mail (1st Class) |
| 24168 | DALTON TRUST DATED 1/7/94, C/O BERT A STEVENSON TRUSTEE, 500 N ESTRELLA PKWY STE B2-405, GOODYEAR, AZ, 85338-4135 | US Mail (1st Class) |
| 24168 | DANIEL C BARCIA, 1600 PICKET CT, RENO, NV, 89521-5018 | US Mail (1st Class) |
| 24168 | DANIEL D NEWMAN, TRUST DATED 11/1/92, C/O DANIEL D NEWMAN TRUSTEE, 125 ELYSIAN DR, SEDONA, AZ, 86336-6836 | US Mail (1st Class) |
| 24168 | DANIEL K & BARBARA J FIX FAMILY TRUST, 113 PEBBLE BEACH DR, TROPHY CLUB, TX, 76262 | US Mail (1st Class) |
| 24168 | DAVID A SOUZA & ELIZABETH M SOUZA, 542 SOCORRO CT, RENO, NV, 89511-5389 | US Mail (1st Class) |
| 24168 | DAVID L ZWARG & CARA D ZWARG, 1391 NEWPORT AVE, ARROYO GRANDE, CA, 93420-2217 | US Mail (1st Class) |
| 24168 | DAVID M THATCHER, PO BOX 37, SEDALIA, CO, 80135-0037 | US Mail (1st Class) |
| 24168 | DAVID ROSNER REVOCABLE, TRUST DATED 01/05/2005, C/O DAVID ROSNER TRUSTEE, 71 TRINIDAD DR, TIBURON, CA, 94920-1077 | US Mail (1st Class) |
| 24168 | DAVID SOUZA, 542 SOCORRO CT, RENO, NV, 89511 | US Mail (1st Class) |
| 24168 | DAVIS FAMILY TRUST, C/O JOSEPH DAVIS & MARION SHARP CO-TRUSTEES, 3100 ASHBY AVE, LAS VEGAS, NV, 89102-1908 | US Mail (1st Class) |
| 24168 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC, 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA, 92108 | US Mail (1st Class) |
| 24168 | DEHART/HOOKS LP, 2737 BILLY CASPER DR, LAS VEGAS, NV, 89134-7814 | US Mail (1st Class) |
| 24168 | DELWIN C HOLT, 6606 EVERGREEN AVE, OAKLAND, CA, 94611-1516 | US Mail (1st Class) |
| 24168 | DENISE L BARZAN & BARBARA SNELSON, 2508 VAN HOEKS CIR, MODESTO, CA, 95356-0367 | US Mail (1st Class) |
| 24168 | DENNIS FLIER INC DEFINED BENEFIT, TRUST DATED 6/29/87, C/O DENNIS FLIER TRUSTEE, 20155 PORTO VITA WAY APT 1803, AVENTURA, FL, 33180-3259 | US Mail (1st Class) |
| 24168 | DONALD E REDMON & JAYLYLE REDMON FAMILY, TRUST DATED 10/31/95, C/O DONALD E REDMON & JAYLYLE REDMON TRUSTEES, 51 SANLO LN, MOUNTAIN HOME, AR, 72653-8333 | US Mail (1st Class) |
| 24168 | DONALD L HESS & KAY J HART, 1818 MADERO DR, THE VILLAGES, FL, 32159 | US Mail (1st Class) |
| 24168 | DONALD W COOK TRUST, C/O DONALD W COOK TRUSTEE, 2505 ANTHEM VILLAGE DR STE E-463, HENDERSON, NV, 89052-5505 | US Mail (1st Class) |
| 24168 | DOROTHY ELLIS, 2700 OTTER CREEK CT APT 102, LAS VEGAS, NV, 89117-1727 | US Mail (1st Class) |
| 24168 | E & M HARDWARE PROFIT SHARING PLAN, C/O JAMES FEENEY TRUSTEE, PO BOX 19122, RENO, NV, 89511-0893 | US Mail (1st Class) |
| 24168 | EDWARD BURGESS IRA, PO BOX 422, ROYAL, AR, 71968-0422 | US Mail (1st Class) |
| 24168 | EDWARD H KIM, 2101 W WARM SPRINGS RD APT 3814, HENDERSON, NV, 89014-5519 | US Mail (1st Class) |
| 24168 | EDWARD ROLDAN AND STEPHANIE K ROLDAN, 1128 BROOKLINE CIR, ROSEVILLE, CA, 95747-7539 | US Mail (1st Class) |
| 24168 | EDWIN L SNELSON & BARBARA SNELSON, 2601 KONYNENBURG LN, MODESTO, CA, 95356-0325 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 24168 | ERIC C DISBROW MD INC PSP, C/O ERIC C DISBROW TRUSTEE, 3640 FAIRWAY DR, CAMERON PARK, CA, 95682-8626 | US Mail (1st Class) |
| 24168 | ERIC S PERLMAN, PO BOX 8636, TRUCKEE, CA, 96162-8636 | US Mail (1st Class) |
| 24168 | ERNA & JOANNE GRUNDMAN, 1608 BROWN ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 24168 | FAVRO TRUST DATED 9/14/00, C/O WILLIAM H FAVRO & CAROL M FAVRO TRUSTEES, 8909 ROCKY SHORE DR, LAS VEGAS, NV, 89117-2378 | US Mail (1st Class) |
| 24168 | FENSTERSTOCK, LAURA, 1009 AINSDALE DRIVE, MATTHEWS, NC, 28104 | US Mail (1st Class) |
| 24168 | FERNANDEZ FAMILY, TRUST DATED 6/20/84, C/O LARRY FERNANDEZ TRUSTEE, 3312 PLAZA DEL PAZ, LAS VEGAS, NV, 89102-4032 | US Mail (1st Class) |
| 24168 | FLIER FAMILY TRUST DATED 1/21/98, C/O DENNIS FLIER & CAROL FLIER TRUSTEES, 20155 NE 38TH CT APT 1803, AVENTURA, FL, 33180-3259 | US Mail (1st Class) |
| 24168 | FRANK C KENDRICK IRA, 3140 SCARLET OAKS CT, SPARKS, NV, 89436-8464 | US Mail (1st Class) |
| 24168 | FRANK WASKO, 6222 W WICKIEUP LN, GLENDALE, AZ, 85308-5207 | US Mail (1st Class) |
| 24168 | GERALD LEWIS & JUDITH J LEWIS, 1225 SE 36TH TERRACE, CAPE CORAL, FL, 33904 | US Mail (1st Class) |
| 24168 | GERRY TOPP, 10745 W RIVER ST, TRUCKEE, CA, 96161-0327 | US Mail (1st Class) |
| 24168 | GLENN B DAVIS, 1110 N HENNESS RD #1856, CASA GRANDE, AZ, 85222 | US Mail (1st Class) |
| 24168 | GLORIA VALAIR, 3524 WEBSTER ST, SAN FRANCISCO, CA, 94123-1717 | US Mail (1st Class) |
| 24168 | GLORIA W HANDELMAN AND JIM HANDELMAN, 2324 CASERTA CT, HENDERSON, NV, 89074-5316 | US Mail (1st Class) |
| 24168 | HAMILTON M HIGH IRA, 2884 E POINT DR, CHESAPEAKE, VA, 23321-4125 | US Mail (1st Class) |
| 24168 | HAN K LEE & CAROL L LEE, 2910 SARINA AVE, HENDERSON, NV, 89074-2850 | US Mail (1st Class) |
| 24168 | HARFORD FAMILY TRUST DATED 10/15/1993, C/O RON & DORA HARFORD TTEES, 7582 LAS VEGAS BLVD S #502, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 24168 | HARVEY ALDERSON IRA, 4941 HARRIS AVE, LAS VEGAS, NV, 89110-2448 | US Mail (1st Class) |
| 24168 | HELEN T BAHNEMAN, 930 TAHOE BLVD STE 802, INCLINE VILLAGE, NV, 89451-9488 | US Mail (1st Class) |
| 24168 | HERBERT R HEIDER IRA, 9721 SW 192ND COURT RD, DUNNELLON, FL, 34432-4235 | US Mail (1st Class) |
| 24168 | HERBERT SLOVIS & JULIE B SLOVIS, 50 NOTTINGHAM DR, OLD BRIDGE, NJ, 08857-3243 | US Mail (1st Class) |
| 24168 | JACK & GLADYS POLEN FAMILY, TRUST DATED 6/28/88, C/O JACK POLEN TRUSTEE, 3150 E TROPICANA AVE APT 234, LAS VEGAS, NV, 89121-7323 | US Mail (1st Class) |
| 24168 | JACK J BEAULIEU REVOCABLE LIVING TRUST, DATED 9/1/94, C/O JACK J BEAULIEU TRUSTEE, 2502 PALMA VISTA AVE, LAS VEGAS, NV, 89121-2129 | US Mail (1st Class) |
| 24168 | JACOBSON FAMILY, TRUST DATED 2/13/97, C/O DAVID M JACOBSON & CRISTINA JACOBSON TRUSTEES, 12219 OAKVIEW WAY, SAN DIEGO, CA, 92128-6301 | US Mail (1st Class) |
| 24168 | JAMES A COY & MARGARET G COY REVOCABLE, TRUST DATED 9/27/00, C/O JAMES A COY & MARGARET G COY TRUSTEES, 3333 ROYAL GLEN CT, LAS VEGAS, NV, 89117-0719 | US Mail (1st Class) |
| 24168 | JAMES B CORISON, TRUST DATED 12/3/98, C/O JAMES B CORISON TRUSTEE, PO BOX 21214, RIVERSIDE, CA, 92516-1214 | US Mail (1st Class) |
| 24168 | JAMES C STILL, 25 TOWNHOUSE LN, CORPUS CHRISTI, TX, 78412-4264 | US Mail (1st Class) |
| 24168 | JAMES D GILLMORE & LYNN M GILLMORE LIVING, TRUST DATED 2/2/05, C/O JAMES D GILLMORE & LYNN M GILLMORE TRUSTEES, 17502 N RAINBOW CIR, SURPRISE, AZ, 85374-3599 | US Mail (1st Class) |
| 24168 | JAMES H LIDSTER FAMILY, TRUST DATED 1/20/92, C/O JAMES H LIDSTER & PHYLLUS M LIDSTER TRUSTEES, PO BOX 2577, MINDEN, NV, 89423-2577 | US Mail (1st Class) |
| 24168 | JAMES W FORSYTHE & EARLENE M FORSYTHE, 2660 W LAKE RIDGE SHRS, RENO, NV, 89509-5780 | US Mail (1st Class) |
| 24168 | JAY S STEIN IRA, PO BOX 188, SUMMERLAND, CA, 93067-0188 | US Mail (1st Class) |
| 24168 | JEAN C CROWLEY, 5724 HAZEL DR, BARTLESVILLE, OK, 74006 | US Mail (1st Class) |
| 24168 | JEANNE HEATER TRUST II, C/O KARRYN RAE SHERMAN TRUSTEE, UBS FINANCIAL-ERIC KIRSHNER #KV64541EK, 3800 HOWARD HUGHES PKWY STE 1200, LAS VEGAS, NV, 89109-5966 | US Mail (1st Class) |
| 24168 | JEANNE RAWDIN, 4974 VIA CINTA, SAN DIEGO, CA, 92122-3905 | US Mail (1st Class) |
| 24168 | JOHN C DUNKLEE IRA, 700 FLANDERS RD, RENO, NV, 89511-4760 | US Mail (1st Class) |
| 24168 | JOHN M LUONGO & GLORIA LUONGO, 965 LEAH CIR, RENO, NV, 89511-8524 | US Mail (1st Class) |
| 24168 | JOHNSON, RONALD, 50 SNIDER WAY, SPARKS, NV, 89431 | US Mail (1st Class) |
| 24168 | JOSEPH N RIZZUTO FAMILY, TRUST DATED 4/24/89, C/O JOSEPH N & DOROTHY RIZZUTO TRUSTEES, 5655 MONTEREY ROAD, GILROY, CA, 95020 | US Mail (1st Class) |
| 24168 | JUDITH L FOUNTAIN IRREVOCABLE, TRUST DATED 08/26/97, C/O JUDITH L FOUNTAIN TRUSTEE, 9808 BRIDGEVIEW DR, RENO, NV, 89521-4051 | US Mail (1st Class) |
| 24168 | JUDY A BONNET, 11 ROSE LN, FULTON, IL, 61252-1926 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capl

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 24168 | JUDY S YOUNG, 13825 VIRGINIA FOOTHILLS DR, RENO, NV, 89521-7394 | US Mail (1st Class) |
| 24168 | JUNE F BREHM, 103 MONTESOL DR, HENDERSON, NV, 89012-5204 | US Mail (1st Class) |
| 24168 | KANEDA LIVING TRUST DATED 5/30/02, C/O K KEN KANEDA & BRIGITTE AREND-KANEDA TRUSTEES, PO BOX 485, TRUCKEE, CA, 96160-0485 | US Mail (1st Class) |
| 24168 | KAR SEI CHEUNG, 3200 ALTA DR, LAS VEGAS, NV, 89107-3206 | US Mail (1st Class) |
| 24168 | KARSTEN 1987 TRUST, C/O RUSSELL E KARSTEN TRUSTEE, 6325 S VALLEY VIEW BLVD, LAS VEGAS, NV, 89118-3813 | US Mail (1st Class) |
| 24168 | KENNETH R GREENE & N DEAN GREENE, 821 6TH ST NE, ARAB, AL, 35016-1140 | US Mail (1st Class) |
| 24168 | KEVON COTTRELL & KAREN COTTRELL, PO BOX 716, EL GRANADA, CA, 94018-0716 | US Mail (1st Class) |
| 24168 | KIRKHAM & SANGINITI TRUST, DATED 2/29/96, C/O LAWRENCE A KIRKHAM, & KATHLEEN B SANGINITI TTEES, 2350 HIGH TERRACE DR, RENO, NV, 89509-5075 | US Mail (1st Class) |
| 24168 | LAMBERTO EUGENIO IRA, 3012 CRIB POINT DR, LAS VEGAS, NV, 89134-7401 | US Mail (1st Class) |
| 24168 | LARRY L RIEGER & PATSY R RIEGER REVOCABLE, TRUST DATED 8/14/91, C/O LARRY L RIEGER & PATSY R RIEGER TRUSTEES, 2615 GLEN EAGLES DR, RENO, NV, 89523-2080 | US Mail (1st Class) |
| 24168 | LARSON FAMILY TRUST DATED 6/19/94, C/O SIDNEY L LARSON & RUTH ANN LARSON TRUSTEES, 5613 N 133RD AVE, LITCHFIELD PARK, AZ, 85340-8344 | US Mail (1st Class) |
| 24168 | LAURA ANNE TAYLOR MULKEY, 2860 AUGUSTA DR, LAS VEGAS, NV, 89109-1549 | US Mail (1st Class) |
| 24168 | LEHRMANN FAMILY, TRUST DATED 4/19/96, C/O LARRY D LEHRMANN & KATHLEEN F LEHRMANN TRUSTEE, 204 MILL VALLEY DR W, COLLEYVILLE, TX, 76034-3669 | US Mail (1st Class) |
| 24168 | LEONARD BAKER & BARBARA BAKER, REVOCABLE TRUST, C/O LEONARD BAKER & BARBARA BAKER CO-TRUSTEES, 8520 BAYLAND DR, LAS VEGAS, NV, 89134-8641 | US Mail (1st Class) |
| 24168 | LIBERTY RESOURCE MANAGEMENT CORP, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN, PA, 19403-5230 | US Mail (1st Class) |
| 24168 | LILY MARKHAM &, IRENE ANNE MARKHAM-TAFOYA JTWROS, 7746 FOREDAWN DR, LAS VEGAS, NV, 89123-0756 | US Mail (1st Class) |
| 24168 | LOMMORI FAMILY TRUST DATED 4/12/93, C/O MARIO M LOMMORI & CLARICE E LOMMORI TRUSTEES, 20 S WEST ST, YERINGTON, NV, 89447-2524 | US Mail (1st Class) |
| 24168 | LOUISE G SHERK MD A MEDICAL CORPORATION, EMPLOYEE BENEFIT PLAN TRUST, C/O ROBERT DIBIAS & LOUISE G SHERK TRUSTEES, 3830 OCEAN BIRCH DR, CORONA DEL MAR, CA, 92625-1244 | US Mail (1st Class) |
| 24168 | LOUISE TEETER IRA ROLLOVER, 4201 VIA MARINA STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 24168 | LYNDA L PINNELL LIVING, TRUST DATED 7/24/00, C/O LYNDA L PINNELL TRUSTEE, 9915 SADDLEBACK DR, LAKESIDE, CA, 92040-3411 | US Mail (1st Class) |
| 24168 | LYNN FETTERLY IRA, PO BOX 5986, INCLINE VILLAGE, NV, 89450-5986 | US Mail (1st Class) |
| 24168 | MANUEL G RICE IRA, 2061 SEA COVE LN, COSTA MESA, CA, 92627-4033 | US Mail (1st Class) |
| 24168 | MARGUERITE FALKENBORG 2000, TRUST DATED 6/20/00, C/O MARGUERITE FALKENBORG TRUSTEE, 727 3RD AVE, CHULA VISTA, CA, 91910-5803 | US Mail (1st Class) |
| 24168 | MARIE A MAKI & RAYMOND E MAKI, 9024 COLUMBIA ST, SAINT JOHN, IN, 46373-9345 | US Mail (1st Class) |
| 24168 | MARK L EAMES & SANDRA K EAMES, 7849 S VALENTIA ST, CENTENNIAL, CO, 80112-3338 | US Mail (1st Class) |
| 24168 | MARKWELL FAMILY TRUST, C/O TERRY MARKWELL & CHRISTIANE MARKWELL TRUSTEES, 12765 SILVER WOLF RD, RENO, NV, 89511-4797 | US Mail (1st Class) |
| 24168 | MARSHALL J BRECHT, TRUST DATED 2/5/86, C/O MARSHALL J BRECHT & JANET L BRECHT TRUSTEES, 640 COLONIAL CIR, FULLERTON, CA, 92835-2773 | US Mail (1st Class) |
| 24168 | MARTIN L MANNING, PO BOX 426, GENOA, NV, 89411-0426 | US Mail (1st Class) |
| 24168 | MARTIN W MCCOLLY IRA, 1009 DOMNUS LN APT 102, LAS VEGAS, NV, 89144-0861 | US Mail (1st Class) |
| 24168 | MCMULLAN LIVING, TRUST DATED 8/19/94, C/O DALE J MCMULLAN TRUSTEE, 2605 YOUNGDALE DR, LAS VEGAS, NV, 89134-7874 | US Mail (1st Class) |
| 24168 | MESIAS, CONSUELO, 12 LILAC STREET EL RIO VISTA IV-A, BACACA, DAVAO CITY, 8000PHILIPPINES | US Mail (1st Class) |
| 24168 | MICHAEL P SAPOURN & CATHERINE O SAPOURN HWJTWROS, 286 LANSING ISLAND DR, INDIAN HARBOUR BEACH, FL, 32937-5101 | US Mail (1st Class) |
| 24168 | MIERAU LIVING TRUST DATED 9/14/98, C/O ROBERT D MIERAU & SANDRA J MIERAU TRUSTEES, PO BOX 562, GLENBROOK, NV, 89413-0562 | US Mail (1st Class) |
| 24168 | MINTER FAMILY 1994 TRUST, C/O DOUGLAS MINTER & ELIZABETH F MINTER TRUSTEES, 5389 CONTE DR, CARSON CITY, NV, 89701-6718 | US Mail (1st Class) |
| 24168 | MONIGHETTI INC, 6515 FRANKIE LN, PRUNEDALE, CA, 93907-8540 | US Mail (1st Class) |
| 24168 | NANCY N LAFLEUR, 9508 GRENVILLE AVE, LAS VEGAS, NV, 89134-6202 | US Mail (1st Class) |

**Exhibit A - USA Commercial Mortgage Co**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24168 | NICHOLAS PERRONE, TRUST DATED 7/12/99, C/O NICHOLAS PERRONE TRUSTEE, 5112 SAN ANSELMO ST, LAS VEGAS, NV, 89120-1775 | US Mail (1st Class) |
| 24168 | NICKSICK FAMILY, TRUST DTD 3/19/98, C/O JAMES N NICKSICK & Z KAY NICKSICK TRUSTEES, 4337 FANUEL ST, SAN DIEGO, CA, 92109-4216 | US Mail (1st Class) |
| 24168 | NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 24168 | OMAYE 1990 TRUST, C/O ANNIE OMAYE & STANLEY OMAYE TRUSTEES, 1846 THREE MILE DR, RENO, NV, 89509-3993 | US Mail (1st Class) |
| 24168 | PALMINTERE REVOCABLE, TRUST DATED 6/19/98, C/O PHILIP A PALMINTERE & NANCI S PALMINTERE TRUST, 11219 STAUFFER LN, CUPERTINO, CA, 95014-5150 | US Mail (1st Class) |
| 24168 | PAT A DOLCE & LORA DEAN DOLCE, 4410 W JEFFERSON BLVD, LOS ANGELES, CA, 90016-4039 | US Mail (1st Class) |
| 24168 | PAUL BRUGGEMANS, 385 W TAHQUITZ CANYON WAY, PALM SPRINGS, CA, 92262-5647 | US Mail (1st Class) |
| 24168 | PAUL FEDRIZZI & JANE E FEDRIZZI, 11005 SE 18TH ST, VANCOUVER, WA, 98664-6196 | US Mail (1st Class) |
| 24168 | PAUL HARGIS & SUSAN GAIL HARGIS, 6950 DARBY AVE, LAS VEGAS, NV, 89117-3102 | US Mail (1st Class) |
| 24168 | PENN FAMILY TRUST DATED 1/20/90, C/O BILL PENN & ISA PENN, 27415 TREFOIL ST, MURRIETA, CA, 92562-2508 | US Mail (1st Class) |
| 24168 | PERCY FAMILY TRUST U/A 9/28/99, C/O MICHAEL PERCY & CAROL PERCY TRUSTEES, 1902 DEEP SPRINGS LN, LINCOLN, CA, 95648-8785 | US Mail (1st Class) |
| 24168 | PERLMAN INVESTMENT PARTNERS LP, PO BOX 8636, TRUCKEE, CA, 96162-8636 | US Mail (1st Class) |
| 24168 | POLACHECK & ASSOCIATES INC, PROFIT SHARING PLAN DATED 2/20/73, C/O STEPHEN B POLACHECK TRUSTEE, 4719 COMMONS WAY STE E, CALABASAS, CA, 91302-3360 | US Mail (1st Class) |
| 24168 | POLACHECK, STEPHEN, 4719 COMMONS WAY STE E, CALABASAS, CA, 91302-3360 | US Mail (1st Class) |
| 24168 | R L ALLGEIER FAMILY, TRUST DATED 10/4/97, C/O ROBERT L ALLGEIER & DONNA L ALLGEIER TRUSTEES, 1767 SHAMROCK CIR, MINDEN, NV, 89423-4706 | US Mail (1st Class) |
| 24168 | RACHEL RIEHLE, 9962 WESTHAVEN CIR, WESTMINSTER, CA, 92683-7552 | US Mail (1st Class) |
| 24168 | RANDI E MCHUGH, 4790 CAUGHLIN PKWY # 239, RENO, NV, 89509-0907 | US Mail (1st Class) |
| 24168 | RNR LIVING TRUST DATED 10/1/04, C/O ROBERT LEVY & RENEE LEVY TRUSTEES, 2115 BENSLEY ST, HENDERSON, NV, 89044-0155 | US Mail (1st Class) |
| 24168 | ROBERT A SUSSKIND, 9900 WILBUR MAY PKWY APT 206, RENO, NV, 89521-4002 | US Mail (1st Class) |
| 24168 | ROBERT D EARP IRA, 609 N LAUREL ST, EL PASO, TX, 79903-3401 | US Mail (1st Class) |
| 24168 | ROBERT D PHILLIPS, 5382 EDINGER AVE, HUNTINGTON BEACH, CA, 92649-1503 | US Mail (1st Class) |
| 24168 | ROBERT G TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 24168 | ROBERT S SPECKERT REV LIVING, TRUST DATED 6/11/92, C/O ROBERT S SPECKERT TRUSTEE, 2128 RED DAWN SKY ST, LAS VEGAS, NV, 89134-5538 | US Mail (1st Class) |
| 24168 | ROBERT W ULM IRA, 414 MORNING GLORY RD, ST MARYS, GA, 31558-4139 | US Mail (1st Class) |
| 24168 | ROBERT W ULM LIVING TRUST DATED 4/11/05, C/O ROBERT W ULM TRUSTEE, 414 MORNING GLORY RD, SAINT MARYS, GA, 31558-4139 | US Mail (1st Class) |
| 24168 | ROBERTS TRUST DATED 3/11/03, GEORGE & SHARON ROBERTS TTEES, 1272 CASTLECOMBE LN, MONUMENT, CO, 80132 | US Mail (1st Class) |
| 24168 | ROGIE C MADLAMBAYAN, 29 OLIVE TREE CT, HENDERSON, NV, 89074-1595 | US Mail (1st Class) |
| 24168 | ROISENTUL FAMILY TRUST, C/O SAUL ROISENTUL & ILENE ROISENTUL TRUSTEES, 74075 KOKOPELLI CIR, PALM DESERT, CA, 92211-2075 | US Mail (1st Class) |
| 24168 | RUTH A KUESTER TRUST DATED 1/29/91, C/O RUTH A KUESTER TRUSTEE, 115 FERN CREEK, BEAUMONT, CA, 92223 | US Mail (1st Class) |
| 24168 | SAYLER FAMILY TRUST DATED 9/2/98, C/O HOWARD C SAYLER & PHYLLIS L SAYLER TRUSTEES, PO BOX 1311, KINGS BEACH, CA, 96143-1311 | US Mail (1st Class) |
| 24168 | SCHELL FAMILY TRUST DATED 8/21/92, C/O ROBERT A SCHELL & RUTH M SCHELL, 855 BLUE SPRUCE RD, RENO, NV, 89511 | US Mail (1st Class) |
| 24168 | SHARON D TARPINIAN REVOCABLE LIVING TRUST, DATED 12/17/2002, SHARON D TARPINIAN TTEE, 327 JACARANDA DR, DANVILLE, CA, 94506-2124 | US Mail (1st Class) |
| 24168 | SHIRLEY JEAN TUFFANELLI, TRUST DATED 6/18/91, C/O SHIRLEY JEAN TUFFANELLI TRUSTEE, 2260 MOHIGAN WAY, LAS VEGAS, NV, 89109-3374 | US Mail (1st Class) |
| 24168 | SIERRA EYE ASSOCIATES PSP, 950 RYLAND ST, RENO, NV, 89502-1605 | US Mail (1st Class) |
| 24168 | SIERRA WEST INC, PO BOX 8346, INCLINE VILLAGE, NV, 89452-8346 | US Mail (1st Class) |
| 24168 | SOLOMON FAMILY LIVING TRUST DATED 3/12/93, BENJAMIN J AND MARGARET C. SOLOMON TTES, BOX 3303, INCLINE VILLAGE, NV, 89450-3303 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capi

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 24168 | SOVEREIGN CAPITAL ADVISORS LLC, 930 TAHOE BLVD STE 802-550, INCLINE VILLAGE, NV, 89451-9451 | US Mail (1st Class) |
| 24168 | STANLEY BELNAP & GLORIA BELNAP, 9900 FOX SPRINGS DR, LAS VEGAS, NV, 89117-0941 | US Mail (1st Class) |
| 24168 | STEFAN R CAVIN, 508 N CLEARPOINT WAY, EAGLE, ID, 83616-7206 | US Mail (1st Class) |
| 24168 | STEPHEN FAMILY TRUST DATED 3/22/84, C/O ROY M STEPHEN & CAROL J STEPHEN TRUSTEES, 1214 YUCCA CIR, ST GEORGE, UT, 84790-7551 | US Mail (1st Class) |
| 24168 | STERLING FAMILY, TRUST DATED 6/14/02, C/O JOSEPH STERLING & THERESA STERLING TRUSTEES, 25236 VIA ENTRADA, LAGUNA NIGUEL, CA, 92677-7353 | US Mail (1st Class) |
| 24168 | STEVEN G SAPOURN, 774 MAYS BLVD STE 10 PMB 295, INCLINE VILLAGE, NV, 89451-9613 | US Mail (1st Class) |
| 24168 | STEWART FAMILY TRUST DATED 1/15/98, C/O MICHAEL D STEWART & MARY JUDE STEWART TRUSTEES, 15 VISTA MIRAGE WAY, RANCHO MIRAGE, CA, 92270-1906 | US Mail (1st Class) |
| 24168 | STOEBLING FAMILY TRUST 075400958, C/O DAVID STOEBLING TRUSTEE, 3568 E RUSSELL RD STE D, LAS VEGAS, NV, 89120-2234 | US Mail (1st Class) |
| 24168 | SUZANNE M HALVORSON, TRUST DATED 3/21/03, C/O SUZANNE M HALVORSON TRUSTEE, 21820 QUARTZ WAY, WILDOMAR, CA, 92595-8076 | US Mail (1st Class) |
| 24168 | SYLVIA M GOOD SURVIVOR'S TRUST ESTABLISHED, UT SAM GOOD FAM TRUST DTD 6/25/86, AS AMENDED & RESTATED 3/14/91, C/O SYLVIA M GOOD SUCCESSOR TRUSTEE, 610 COLE PL, BEVERLY HILLS, CA, 90210-1918 | US Mail (1st Class) |
| 24168 | TAD STEPHEN & DIANE STEPHEN, 120 E SOUTH AVE, REDLANDS, CA, 92373-7171 | US Mail (1st Class) |
| 24168 | THALIA ROUTSIS FAMILY, TRUST DATED 7/24/90, C/O THALIA NICHOLAS ROUTSIS TRUSTEE, PO BOX 4311, INCLINE VILLAGE, NV, 89450-4311 | US Mail (1st Class) |
| 24168 | THE BENEDICT E URBAN & ROSELYN N URBAN, FAMILY TRUST DATED 2/3/04, C/O BENEDICT E URBAN & ROSELYN N URBAN TRUSTEES, 2691 EVERGREEN OAKS DR, HENDERSON, NV, 89052-7060 | US Mail (1st Class) |
| 24168 | THE CARSON FAMILY TRUST DATED 11/19/04, C/O DOYNE J CARSON & ELSIE L CARSON TRUSTEES, 7820 SETTLERS RIDGE LN, LAS VEGAS, NV, 89145-2924 | US Mail (1st Class) |
| 24168 | THE COSTANZA 1987 DECEDENT'S TRUST, C/O SAM COSTANZA TRUSTEE, 9809 CANTEBURY ROSE LN, LAS VEGAS, NV, 89134-5913 | US Mail (1st Class) |
| 24168 | THE GARETH A R CRANER, TRUST DTD 6/01/02, C/O GARETH A R CRANER TRUSTEE, PO BOX 1284, MINDEN, NV, 89423-1284 | US Mail (1st Class) |
| 24168 | THE J V MARRONE REVOCABLE, TRUST DATED 12/12/95, C/O J V MARRONE TRUSTEE, 55 COLONIAL DR, RANCHO MIRAGE, CA, 92270-1600 | US Mail (1st Class) |
| 24168 | THE ROBERT S LOUIS AND ROSE M LOUIS FAMILY, REVOCABLE LIVING TRUST DATED 4/22/05, C/O ROBERT S LOUIS AND ROSE M LOUIS TRUSTEES, 5814 ENGSTROM DR, RIVERBANK, CA, 95367-9524 | US Mail (1st Class) |
| 24168 | THE UNDERPASS TRUST, C/O RONALD K MONTESANO TRUSTEE, 5121 BIG RIVER AVE, LAS VEGAS, NV, 89130-2919 | US Mail (1st Class) |
| 24168 | THOMPSON 1993 TRUST DATED 1/26/93, C/O DARYL D THOMPSON TRUSTEE, 2204 POINT ROCK LN, LAS VEGAS, NV, 89134-6742 | US Mail (1st Class) |
| 24168 | TOM TRUST, C/O STERLING TOM TRUSTEE, 213 ROYAL ABERDEEN WAY, LAS VEGAS, NV, 89144-4330 | US Mail (1st Class) |
| 24168 | TOMCZAK FAMILY TRUST DATED 4/25/83, C/O SIGMUND L TOMCZAK & DIANA TOMCZAK TRUSTEES, 8507 S HARMON EXTENSION RD, SPOKANE, WA, 99223-9346 | US Mail (1st Class) |
| 24168 | TOMIE S FORD, 335 DESERT MEADOW CT, RENO, NV, 89502-8725 | US Mail (1st Class) |
| 24168 | TRACY A DEBERRY, 1616 SCOTT PL, ENCINITAS, CA, 92024-2465 | US Mail (1st Class) |
| 24168 | V R & REBA F MARRONE, TRUST DATED 10/22/01, C/O V R MARRONE & REBA F MARRONE TRUSTEES, 8975 LAWRENCE WELK DR SPC 430, ESCONDIDO, CA, 92026-6423 | US Mail (1st Class) |
| 24168 | VILLAGE HARDWARE PENSION TRUST, C/O BYRNE E FALKE SR TRUSTEE, PO BOX 3774, INCLINE VILLAGE, NV, 89450-3774 | US Mail (1st Class) |
| 24168 | VIRTS REVOCABLE LIVING TRUST, C/O DONALD E VIRTS & PATRICIA VIRTS TRUSTEES, 4381 W HIDDEN VALLEY DR, RENO, NV, 89502-9537 | US Mail (1st Class) |
| 24168 | WALTER JAGODZINSKI FAMILY, TRUST DATED 10/31/90, C/O WALTER M JAGODZINSKI & JACQUELINE F JAGODZINSK, 2000 S TENAYA WAY, LAS VEGAS, NV, 89117-2007 | US Mail (1st Class) |
| 24168 | WEIBLE 1981 TRUST DATED 6/30/81, C/O ARDIS WEIBLE & DEAN F WEIBLE CO-TRUSTEES, 6314 TARA AVE, LAS VEGAS, NV, 89146-5241 | US Mail (1st Class) |
| 24168 | WILLIAM BOLDING & CAROLYN BOLDING, 3961 ARIZONA AVE, LAS VEGAS, NV, 89104-5105 | US Mail (1st Class) |
| 24168 | WILLIAM D WICKLAND & VICTORIA R WICKLAND, PO BOX 283, TAHOE VISTA, CA, 96148-0283 | US Mail (1st Class) |
| 24168 | WILLIAM J HINSON JR, 5022 STEELE VILLAGE RD, ROCK HILL, SC, 29730-8630 | US Mail (1st Class) |

**Exhibit A - USA Commercial Mortgage Co**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 24168 | WILLIAM M SPANGLER & JEAN A SPANGLER, 711 GORDON AVE, RENO, NV, 89509-1406 | US Mail (1st Class) |
| 24168 | WILLIAM T MCHUGH, 335 DESERT MEADOW CT, RENO, NV, 89502-8725 | US Mail (1st Class) |
| 24168 | WOOD FAMILY TRUST DATED 9/29/98, C/O TINA KL LOW WOOD TRUSTEE, 7195 LIGHTHOUSE LN, RENO, NV, 89511-1022 | US Mail (1st Class) |
| 24168 | X-FACTOR INC, 4012 S RAINBOW BLVD STE D92, LAS VEGAS, NV, 89103-2010 | US Mail (1st Class) |

**Subtotal for this group:  219**

USA Commercial Mortgage Company fka USA Capi