**Entered on Docket
April 06, 2007**



_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, NV Bar No. 5423 |
| 36 South State Street, Suite 1400 | SCHWARTZER & MCPHERSON LAW FIRM |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER DISALLOWING APPLICATION FOR ATTORNEY FEES AND COSTS OF ROBERT C. LEPOME** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Date: March 15, 2007<br>Time: 9:30 a.m. PST** |

The Application for Attorneys Fees and Costs (Docket No. 2816) having come before this Court on March 15, 2007 at 9:30 a.m.; Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm Law Firm appearing on behalf of USA Commercial Mortgage Company, and Robert

1

916070

1  LePome appearing on behalf of several Direct Lenders, the Court having considered the pleadings
2  and arguments on file, it is hereby
3      ORDERED that the Application for Attorneys Fees and Costs (Docket No. 2816) is
4  disallowed.

5  Submitted by:                                         Approved / Disapproved by:

6  RAY QUINNEY & NEBEKER P.C. and          OFFICE OF THE U.S. TRUSTEE
7  SCHWARTZER & MCPHERSON LAW FIRM

8  By: /s/ Lenard E. Schwartzer, Esq.           By: _____
   LENARD E. SCHWARTZER, ESQ.               AUGUST B. LANDIS, ESQ.
9     JEANETTE E. MCPHERSON, ESQ.
10    *Attorneys for Debtor and Debtor-In-Possession*

11
12 **Approved** / Disapproved by:                  Approved / Disapproved by:

13 LAW OFFICE OF ROBERT LEPOME and      LEWIS AND ROCA, LLP
   PARSONS BEHLE & LATIMER
14
15 By: /s/ Robert LePome                             By: _____
   ROBERT C. LEPOME, ESQ.                       ROB CHARLES, ESQ.
   NANCY L. ALLF, ESQ.                           SUSAN FREEMAN, ESQ.
16 *Attorneys for several Direct Lenders*         *Counsel for the USACM Liquidating Trust*

17
18 In accordance with LR 9021, counsel submitting this document certifies as follows (check one):
19 ___ The court has waived the requirement of approval under LR 9021.
20 ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
21 _X_ I delivered a copy of this proposed order on March 23, 2007 to all counsel who appeared at
22 the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below
23 [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
24 Failed to respond: Office of U.S. Trustee, Lewis and Roca LLP

25
26                                                    # # #
27
28

916070