Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON APRIL 6, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING SUPPLEMENT TO CONTINUED EMPLOYMENT AND RETENTION OF DEBTORS' PROFESSIONALS PURSUANT TO INTERIM ORDER AND CERTIFICATE OF SERVICE**<br><br>Date: January 31, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 1 -

NOTICE IS HEREBY GIVEN that an Order Granting Supplement to Continued Employment and Retention of Debtors' Professional Pursuant to Interim Order was entered on the 2nd day of April, 2007, a copy of which is attached hereto.

Dated: April 6, 2007

      /s/  *Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146

Attorneys for Plaintiff, USA Commercial Mortgage Company

## CERTIFICATE OF SERVICE

1. On April 6, 2007, I served the following document(s):

    a. Notice of Entry of Order Granting Supplement To Continued Employment And Retention of Debtors' Professional Pursuant To Interim Order

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

| | |
|---|---|
| 1 | GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com |
| 2 | |
| 3 | KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com |
| 4 | THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com |
| 5 | ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com |
| 6 | |
| 7 | LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com |
| 8 | |
| 9 | MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com |
| 10 | CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 11 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 12 | |
| 13 | MICHAEL W! . CHEN    yvette@ccfirm.com |
| 14 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 15 | JANET L. CHUBB    tbw@jonesvargas.com |
| 16 | EDWARD S. COLEMAN    mail@coleman4law.com |
| 17 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 18 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com |
| 19 | |
| 20 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 21 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 22 | ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM |
| 23 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 24 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 25 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM |
| 26 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 27 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 28 | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 3 -

1  GERALD M GORDON     bankruptcynotices@gordonsilver.com

2  R. VAUGHN GOURLEY     vgourley@lvcm.com

3  TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

4  JAMES D. GREENE     bknotice@bhfs.com

5

6  MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

7  PETER W. GUYON     pguyon@yahoo.com

8  JEFFREY! R. HALL     jhall@sheacarlyon.com, bankruptcy! filings@
   sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
9

10  XANNA R. HARDMAN     xanna.hardman@gmail.com

11  STEPHEN R HARRIS     noticesbh&p@renolaw.biz

12  JEFFREY L HARTMAN     notices@bankruptcyreno.com

13

14  BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

15  RICHARD F. HOLLEY     rholley@nevadafirm.com,
    paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
16

17  RANDOLPH L. HOWARD     rhoward@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com
18

19  DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

20  CHRISTOPHER D JAIME     cjaime@walt! herkey.com, kbernhar@waltherkey.com

21  EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

22  ANNETTE W JARVIS     ajarvis@rqn.com

23

24  ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

25  TY E. KEHOE     TyKehoeLaw@aol.com

26  ROBERT R. KINAS     rkinas@swlaw.com,
    jmcbee@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com;cdossier@swlaw.com;lvdocket@
27  mindspring.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 4 -

| | |
|---|---|
| 1 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 2 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 3 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 4-5 | GEORGE C LAZAR    gl! azar@foxjohns.com, gclazar@sbcglobal.net |
| 6 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 7 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 8-9 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 10 | ERIC D MADDEN    emadden@diamondmccarthy.com |
| 11 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 12 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 13 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 14 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 15-16 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 17 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 18 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 19-20 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 21-22 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 23 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 24 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 25-26 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 27-28 | BOB L. OLSON    ecffilings@beckleylaw.c! om, bolson@beckleylaw.com; |

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 5 -

1  dgriffis@beckleylaw.com

2  DONNA M. OSBORN   ebaker@marquisaurbach.com,
3  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

4  CHRISTINE M PAJAK   cpajak@stutman.com, ekarasik@stutman.com

5  ANDREW M. PARLEN   aparlen@stutman.com

6  DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com

7  PAUL C RAY   info@johnpeterlee.com
8
   CHRISTINE A ROBERTS   bankruptcy@rocgd.com
9

10 SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com

11 LENARD E. SCHWARTZER   bkfilings@s-mlaw.com

12 JAMES PATRICK SHEA  !  bankruptcyfilings@sheacarlyon.com,
13 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

14 SHLOMO S. SHERMAN   ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;r
15 msmith@sheacarlyon.com

16 AMBRISH S. SIDHU   ecf@lslawnv.com

17 JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com

18 ALAN R SMITH   mail@asmithlaw.com,
19 turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

20 DAVID A. STEPHENS   dstephens@lvcm.com

21 PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com

22 JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com
23
   RO! LLIN G. THORLEY   rollin.g.thorley@irscounsel! .treas.g ov
24

25 AMY N. TIRRE   , lmccarron@kkbrf.com

26 AMY N. TIRRE   atirre@kkbrf.com, lmccarron@kkbrf.com

27 U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  GREGORY J. WALCH    GWalch@Nevadafirm.com

2  RUSSELL S. WALKER    rwalker@wklawpc.com,
3  eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

4
5  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

6  GREGORY L. WILDE    bk@wildelaw.com

7  WILLIAM J. WRAY    rh@oreillylawgroup.com,
8  rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

9  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

10 ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
11 bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

12  ☐    b.    **By United States mail, postage fully prepaid**:

13  ☐    c.    **By Personal Service**
       I personally delivered the document(s) to the persons at these addresses:
14     ☐    For a party represented by an attorney, delivery was made by handing the
15  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
16  in the office.
       ☐    For a party, delivery was made by handing the document(s) to the party or by
17  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
    suitable age and discretion residing there.
18

19
20  ☐    d.    **By direct email (as opposed to through the ECF System)**
       Based upon the written agreement to accept service by email or a court order, I
21  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
    receive, within a reasonable time after the transmission, any electronic message or other indication
22  that the transmission was unsuccessful.

23  ☐    e.    **By fax transmission**
       Based upon the written agreement of the parties to accept service by fax
24  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
    below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
25  transmission is attached.

26
    ☐    f.    **By messenger**
27     I served the document(s) by placing them in an envelope or package addressed to
    the persons at the addresses listed below and providing them to a messenger for service.
28

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 7 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: April 6, 2007

<u>SARAH ARNOLD</u>                                         <u>/s/     SARAH ARNOLD</u>
(Name of Declarant)                                         (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NOE and COS Order Granting SUPP re Continued_Employment_033007.DOC

- 8 -