**Entered on Docket
April 02, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING SUPPLEMENT TO CONTINUED EMPLOYMENT AND RETENTION OF DEBTORS' PROFESSIONALS PURSUANT TO INTERIM ORDER**<br><br>**Date: January 31, 2007<br>Time: 9:30 a.m.** |

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\Order Granting SUPP re Continued_Employment_033007.DOC

- 1 -

1  The matter before the Court is the "Supplement to Continued Employment and Retention of Debtors' Professionals Pursuant to Interim Orders" that was filed by the Debtors on January 25, 2007 [Docket No. 2567] ("Supplemental Request"). In the Supplemental Request, the Debtors seek an order authorizing an extension of the employment of the Debtors' professionals as set forth therein and in the documents referenced therein, including: Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the Debtors and the Employment of Certain Temporary Employees [Docket No. 6]; Application by Debtors and Debtors-in-Possession for Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under General Retainer [Docket No. 21]; and Application to Employ Ray Quinney & Nebeker PC as Counsel for the Debtors [Docket No. 23] (collectively, the "Applications"). No objection to the Supplemental Request has been filed.

A hearing on the Supplemental Request was held on January 31, 2007. Annette W. Jarvis of Ray Quinney & Nebeker P.C. and Jeanette E. McPherson of Schwartzer & McPherson Law Firm appeared on behalf of the Debtors. Other appearances were made on the record. The Court has considered the Supplemental Request and documents incorporated therein, including the Applications and all previous orders authorizing the Debtors' professionals' employment entered by the Court, the applicable law, and the representations of counsel at the hearing, and for good cause appearing

It is HEREBY ORDERED that the Debtors' Supplemental Request is GRANTED.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

**ORDER GRANTING SUPPLEMENT TO CONTINUED EMPLOYMENT AND RETENTION OF DEBTORS' PROFESSIONALS PURSUANT TO INTERIM ORDER**

| | |
|---|---|
| No opposition:<br>LEWIS AND ROCA, LLP | No opposition:<br>STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By:  /s/  Susan M. Freeman<br>    SUSAN M. FREEMAN, ESQ.<br>    ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By:      /s/     Eve Karasik<br>    EVE KARASIK, ESQ.<br>    CHRISTINE PAJAK, ESQ.<br>    CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

# # #

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\Order Granting SUPP re Continued_Employment_033007.DOC

- 3 -