E-Filed on April 9, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that USA Commercial Mortgage Company has filed:

**Proof of Service of Subpoena for Rule 2004 Examination by Acceptance of Service by Ronald J. Thompson for Santoro, Driggs, Walch, Kearney, Johnson & Thompson (Exhibit A Attached).**

113333-1

DATED: April 9, 2007

        **LEWIS AND ROCA LLP**

        By: /s/ *Rob Charles* (#6593)
            Susan M. Freeman, AZ 4199 (pro hac vice)
            Rob Charles, NV 6593
            3993 Howard Hughes Parkway, Suite 600
            Las Vegas, Nevada 89169-5996

        *Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

        -and-

        **DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

        By: /s/ *Eric D. Madden* (pro hac vice)
            Allan B. Diamond, TX 05801800 (pro hac vice)
            William T. Reid, IV, TX 00788817 (pro hac vice)
            Eric D. Madden, TX 24013079 (pro hac vice)
            1201 Elm Street, 34th Floor
            Dallas, Texas 75270

        *Special Litigation Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

113333-1

# EXHIBIT A

LEWIS
AND
ROCA
LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br>Chapter 11 Cases<br><br>JOINTLY ADMINISTERED UNDER CASE NO. BK-S-06-1-725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**ACCEPTANCE OF SERVICE** |

I, Ronald J. Thompson, am duly authorized to accept service of process on behalf of Santoro, Driggs, Walch, Kearney, Johnson & Thompson in the above captioned matter.

112288-1

1  I hereby acknowledge receipt of the Notice of Subpoena for Rule 2004 Examination and
2  do accept service of process on behalf of Santoro, Driggs, Walch, Kearney, Johnson, &
3  Thompson.

DATED: Mar 28, 2007

_____
RONALD J. THOMPSON

2

112342-1