

1

2

3          Entered on Docket
           April 10, 2007                    _____
                                             Hon. Linda B. Riegle
4                                            United States Bankruptcy Judge

5

6

**DIAMOND MCCARTHY LLP**                          **LEWIS AND ROCA LLP**
7   909 Fannin, Suite 1500                            3993 Howard Hughes Parkway, Suite 600
    Houston, Texas 77010                              Las Vegas, NV 89169-5996
    Telephone (713) 333-5100                          Telephone (702) 949-8320
8   Facsimile (713) 333-5199                          Facsimile  (702) 949-8321

9   Allan B. Diamond, TX State Bar No. 05801800       Susan M. Freeman, AZ State Bar No. 004199
    Email: adiamond@diamondmccarthy.com               Email: sfreeman@lrlaw.com
    Eric D. Madden, TX State Bar No. 24013079         Rob Charles, NV State Bar No. 006593
    Email: emadden@diamondmccarthy.com                Email: rcharles@lrlaw.com

10  Special Litigation Counsel for USACM Liquidating Trust    Counsel for USACM Liquidating Trust

11

12              **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**

13  In re:

14  USA COMMERCIAL MORTGAGE              Case No. BK-S-06-10725-LBR
    COMPANY,                             Case No. BK-S-06-10726-LBR
15                                       Case No. BK-S-06-10727-LBR
    USA CAPITAL REALTY ADVISORS, LLC,    Case No. BK-S-06-10728-LBR
16                                       Case No. BK-S-06-10729-LBR
    USA CAPITAL DIVERSIFIED TRUST
17  DEED FUND, LLC,                      CHAPTER 11

18  USA CAPITAL FIRST TRUST DEED         Jointly Administered Under Case No.
    FUND, LLC,                           BK-S-06-10725 LBR
19
    USA SECURITIES, LLC,                 **ORDER REQUIRING BANK OF**
20                        Debtors.       **AMERICA, N.A. TO PRODUCE A**
                                         **CUSTODIAN OF DOCUMENTS**
21      **Affects:**                     **AND CORPORATE**
        ☐ All Debtors                    **REPRESENTATIVE FOR**
22      ☒ USA Commercial Mortgage Company **EXAMINATION PURSUANT TO**
        ☐ USA Capital Realty Advisors, LLC **FEDERAL RULE OF**
23      ☐ USA Capital Diversified Trust Deed Fund, LLC **BANKRUPTCY PROCEDURE 2004**
        ☐ USA Capital First Trust Deed Fund, LLC
24      ☐ USA Securities, LLC            [No hearing required]

25
            The USACM Liquidating Trust (the "Trust") having filed a Motion for Order
26
    Requiring Bank of America, N.A.. to Produce A Custodian of Documents and Corporate

207439.1

Representative for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Bank of America, N.A. ("BofA"): (1) produce a custodian of documents for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada  89169 beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed; and (2) designate a corporate representative to appear for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada  89169 beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than May 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**


By:  ___/s/ Eric D. Madden_____       By: ___/s/ Rob Charles_____
Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)   3993 Howard Hughes Parkway, Suite 600
Erin E. Jones, TX 24032478 (pro hac vice)    Las Vegas, Nevada  89169-5996
909 Fannin, Suite 1500                       (702) 949-8321 (telephone)
Houston, Texas 77010                         (702) 949-8320 (facsimile)
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)                   *Counsel for USACM Liquidating Trust*

*Special Counsel for USACM Liquidating Trust*

###