

Entered on Docket
April 10, 2007

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                         Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER REQUIRING BANK OF THE WEST TO PRODUCE A CUSTODIAN OF DOCUMENTS AND A CORPORATE REPRESENTATIVE FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

      The USACM Liquidating Trust (the "Trust") having filed a Motion for Order Requiring Bank of the West to Produce A Custodian of Documents and A Corporate

207439.1

Representative for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Bank of the West ("BofW") (1) produce a custodian of documents for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169 beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed; and (2) designate a corporate representative to appear for examination at the law offices of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169 beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than May 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**

By: ___/s/ Eric D. Madden_____
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Erin E. Jones, TX 24032478 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**

By: ___/s/ Rob Charles_____
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8321 (telephone)
(702) 949-8320 (facsimile)

*Counsel for USACM Liquidating Trust*

###