George A. Davis, Esq. (GD 2761)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

E-filed on April 10, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>USA CAPITAL REALTY ADVISORS, LLC<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>USA SECURITIES, LLC<br><br>Debtors. | Bankruptcy No. BK-S-06-10725 LBR<br>Bankruptcy No. BK-S-06-10726 LBR<br>Bankruptcy No. BK-S-06-10727 LBR<br>Bankruptcy No. BK-S-06-10728 LBR<br>Bankruptcy No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 |

### NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

George A. Davis hereby gives notice of the following changes of email address, mailing address, or both:

☒ A. CHANGE OF EMAIL ADDRESS

    Old email address: george.davis@weil.com

    New email address: george.davis@cwt.com

    Date of the change: March 14, 2007

USActive 8058391.1

☒ B. CHANGE OF MAILING ADDRESS

Old mailing address: Weil, Gotshal, & Manges LLP, 767 Fifth Ave., New York, NY 10153

New mailing address: Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281

Date of the change: March 14, 2007

_____
Signature of Attorney

4/9/07
Date