1

```
 1              UNITED STATES BANKRUPTCY COURT

 2                    DISTRICT OF NEVADA

 3                    LAS VEGAS, NEVADA

 4   In re:  USA COMMERCIAL MORTGAGE  ) JANUARY 3, 2007
            COMPANY,                  ) E-Filed:  04/04/07
 5                                    )
               Debtor.                ) Case No.
 6                                    ) BK-S-06-10725-LBR
     _____  ) Chapter 11
 7   USA COMMERCIAL MORTGAGE COMPANY, )
                                      )
 8             Plaintiff,             )
                                      )
 9       vs.                          ) Adversary No.
                                      ) 06-01201-LBR
10   GATEWAY STONE ASSOCIATES, LLC,   )
                                      )
11             Defendant.             )
     _____  )
12   USA COMMERCIAL MORTGAGE COMPANY, )
     et al.,                          )
13                                    )
               Plaintiffs,            )
14                                    )
         vs.                          ) Adversary No.
15                                    ) 06-01256-LBR
     HMA SALES, LLC, et al.,          )
16                                    )
               Defendants.            )
17   _____  )

18            PARTIAL TRANSCRIPT OF PROCEEDINGS
                             OF
19          (06-10725) MOTION TO ENFORCE ORDER
       GRANTING DEBTOR'S MOTION TO DISTRIBUTE FUNDS, 1389
20                           AND
             MOTION FOR PROTECTIVE OVER, NO. 1843
21                           AND
       (06-01201) SCHEDULING CONFERENCE RE: COMPLAINT, NO. 6
22                           AND
            (06-10725) OMNIBUS OBJECTION TO CLAIM OF
23             IN THE AMOUNT OF CLAIMS ON EQUITY
              MISFILED AS CREDITOR CLAIMS, NO. 1901
24                           AND

25   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
```

Cline Transcription Services (702) 644-1123

```
 1                OMNIBUS OBJECTION TO CLAIM OF
       IN THE AMOUNT OF WRONG DEBTOR CLAIMS MISFILED AGAINST
 2      USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, NO. 1893
                              AND
 3             STATUS HEARING RE: MOTION FOR APPROVAL
                OF PROCEDURES REGARDING ASSIGNMENTS
 4         OF DIRECT LENDERS' INTERESTS IN LOANS, NO. 1806
                              AND
 5         MOTION TO ALLOW CLAIMS OR INTERESTS, NO. 2175
                              AND
 6        (06-01256) MOTION FOR PRELIMINARY INJUNCTION, NO. 8
                              AND
 7              MOTION FOR PRELIMINARY INJUNCTION
                     CONTINUING ASSET FREEZE
 8         AND MOTION FOR IMMEDIATE WRIT OF ATTACHMENT
                      WITH NOTICE, NO. 11
 9                          VOLUME 3
             BEFORE THE HONORABLE LINDA B. RIEGLE
10              UNITED STATES BANKRUPTCY JUDGE

11               Wednesday, January 3, 2007

12                         9:30 a.m.

13

14

15

16

17

18

19

20

21

22

23

24   Court Recorder:        Helen C. Smith

25   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
```