EXHIBIT A

Donald Walker
Unsecured Creditors Committee
Expenses

| Date | Event | Place | Mileage 11.3 mi to court | Parking |
|---|---|---|---|---|
| 4/17/2006 | Initial B.K. hearing | Federal Courthouse | 22.6 | $2.50 |
| 5/3/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 5/7/2006 | First creditors meeting | Federal Courthouse | 22.6 | $2.50 |
| 5/8/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 5/23/2006 | Committee meeting | Federal Courthouse | 22.6 | $2.50 |
| 6/5/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 6/15/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 6/21/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 7/12/2006 | 341 hearing | Cashman Field Theatre | 22.6 | |
| 7/25/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 7/25/2006 | Meet w/Tom Allison | Pecos offices | 28.4 | |
| 8/4/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 8/15/2006 | Meet w/Silver Pointe | Pecos offices | 28.4 | |
| 8/16/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 8/17/2006 | All committee meeting | Gordon & Silver offices | 26.8 | |
| 8/31/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 9/6/2006 | Meet w/Tom Allison | Pecos offices | 28.4 | |
| 9/13/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 9/28/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 10/19/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 10/25/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 10/30/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 11/13/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 11/27/2006 | Interview liquidating Trustees | Lewis & Roca | 26.8 | |
| 11/28/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 12/7/2006 | USA auction | Federal Courthouse | 22.6 | $2.50 |
| 12/12/2006 | Settlement conf. w/DTDF | Federal Courthouse | 22.6 | $2.50 |
| 12/15/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| 12/19/2006 | Confirmation hearing | Federal Courthouse | 22.6 | $2.50 |
| 12/20/2006 | Omnibus hearing | Federal Courthouse | 22.6 | $2.50 |
| | | | 703.8 | $60.00 |

LARRY REIGER EXPENSES

Page 1 of 3

**From:** Southwest Airlines
**Date:** Monday, July 24, 2006 8:18:52 PM
**Subject:** Ticketless Confirmation - RIEGER/LARRY - BDGPQS

******************** RECEIPT AND ITINERARY ********************

Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at southwest.com by visiting:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt

Receipt and Itinerary as of 07/24/06 10:18PM

```
*********************************
*                               *
*    Confirmation Number        *
*        BDGPQS                 *
*                               *
*********************************
```

*B BGPQT*

Confirmation Date: 07/24/06

Received: PATSY RI

Passenger(s):
RIEGER/LARRY 526-2735416498-0
Account Number: 00000110240970

Itinerary:
Tuesday, July 25 - RENO-TAHOE NV(RNO) to LAS VEGAS NV(LAS)
Flight 685 Y
Depart RENO-TAHOE NV(RNO) at 1:55PM and
Arrive in LAS VEGAS NV(LAS) at 3:05PM

Tuesday, July 25 - LAS VEGAS NV(LAS) to RENO-TAHOE NV(RNO)
Flight 542 Y
Depart LAS VEGAS NV(LAS) at 7:55PM and
Arrive in RENO-TAHOE NV(RNO) at 9:05PM

**************************** COST ****************************
Total for 1 Passenger(s)
AIR: .....................$ 213.96
TAX: .....................$  22.64
PFC FEE: .................$   9.00
SECURITY FEE: ............$   5.00

*$250.60*

Taxi $18

http://us.f821.mail.yahoo.com/dc/launch?action=welcome&YY=49490379&.rand=fpqnjkp...  7/24/2006