Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
10120 S. Eastern Ave. #200  
Henderson, NV 89052  
(702) 492-171  
Nevada Bar #1980  
rlepome@cox.net  
Attorney for Interested Parties

E-Filed on April 11, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |

1

Affects:                                          )
   ■ All Debtors                   )
   ☐ USA Commercial Mortgage Co.    )
   ☐ USA Securities, LLC            )
   ☐ USA Capital Realty Advisors, LLC   )   DATE: 5-31-07
   ☐ USA Capital Diversified Trust Deed )   TIME: 9:30 AM
   ☐ USA First Trust Deed Fund, LLC )
_____)

MOTION TO WITHDRAW AS COUNSEL

COME NOW Robert C. LePome, Esq. and Nancy Allf, Esq. and moves this Court that they be allowed to withdraw as counsel in the above-entitled case as to the following: CLARK BARTKOWSKI , JEAN BARTKOWSKI, CHARMA BLOCK, JEROME BLOCK, MARK R CAMPBELL, CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS, HOWARD CONNELL, LORENE CONNELL, GARETH AR CRANER, PATRICK DAVIS, SUSAN DAVIS, NORMA DEULL, JAMES DICKINSON, FIRST SAVINGS BANK CUSTODIAN FOR PATRICK DAVIS IRA, RONALD GARDNER, NANCY GOLDEN, ROBIN B GRAHAM, GEORGE HUBBARD, CAROL HUBBARD, CHARLES E. HUFF, JAYEM FAMILY LP, SHARON JUNO, JEFF KARR, PHYLLIS KARR, BETTY KOLSTRUP, MARTIN LEAF, STUART MADSEN, PAMELA MARTON, CRAIG MEDOFF, MARILYN MOLITCH, MOLITCH 97 TRUST, MATTHEW MOLTICH, DANIEL D NEWMAN, DANIEL D. NEWMAN TRUST, MARK OLDS, SALLY OLDS, FRANCES PHILLIPS, STEPHEN PHILLIPS, PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989, HANS J. PRAKELT, CAROLE TALAN, LOUISE TEETER, NORMAN TEETER, ROBERT G TEETER, CLAUDIA VOSS, WOLF VOSS, VOSS FAMILY TRUST, RICHARD

WILLIAMS, CARMEL WINKLER, RUDOLF WINKLER, WINKLER FAMILY TRUST, for the reason that the Plan has been confirmed and the case is being administered and no further work is necessary at this time.

    /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorneys for Defendants
Alexander, et al.

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

## AFFIDAVIT OF ROBERT C. LEPOME

STATE OF NEVADA    )
                             ) ss.
COUNTY OF CLARK    )

ROBERT C. LEPOME, being first duly sworn, deposes and states that:

1. Nancy Allf, Esq. and I am licensed to practice law in the State of Nevada.

2. The Chapter 11 Bankruptcy Plan has been confirmed and the case is being administered according to the Plan. The last known addresses of the Direct Lenders are as follows:

3

Clark and Jean Bartkowski
P.O. Box 1180
Darby, MT 59829

Church of Movement
of Spiritual Inner Awareness
P.O. Box 513935
Los Angeles, CA 90051

Howard and Lorene Connell
1001 Jennis Silver St.
Las Vegas, NV 89145

Gareth AR Craner
P.O. Box 1284
Minden, NV 89423

Patrick and Susan Davis
6816 Citrine Drive
Carlsbad, CA 92009

Norma Deull
140 Riverside Drive #8A
New York, NY 10024

Martin Leaf
71 Pierce Road
P.O. Box 142
Windsor, MA 01270

David and Sally Olds
25 N. Washington St.
Port Washington, NY 11050

Jerome and Charma Block
201 S. 18th St Apt. 2119
Philadelphia, PA 19103

Charles E. Huff
3426 Pino Circle
Las Vegas, NV 89121

Nancy Golden
5524 Rainier St.
Ventura, CA 93003

Robin Graham
1460 Twinridge Road
Santa Barbara, CA 93111

George and Carol Hubbard
6340 N. Calle Tregua Serena
Tucson, AZ 85750

Pamela Marton
2652 ½ Lake View Terrace E.
Los Angeles, CA 90039

Jeff and Phyllis Karr
825 Cooper Basin Rd.
Prescott, AZ 86303

Betty Kolstrup
1830 Balboa Drive
Reno, NV 89503

Sharon Juno
27139 Stratford Glen Dr.
Daphne, AL 36526

Jayem Family, LP
7 Paradise Valley Court
Henderson, NV 89052

Stuart Madsen
5843 Valle Vista Court
Granite Bay, CA 95746

Craig Medoff
3110 Larkwood Creek
Fallbrook, CA 92028

Matthew and Marilyn Molitch  
2251 N. Rampart Blvd. #185  
Las Vegas, NV 89128  

Daniel D. Newman  
Daniel D. Newman Trust  
125 Elysian Drive  
Sedona, AZ 86336  

Hans Prakelt  
1299 Kingsbury Grade  
Gardnerville, NV 89460  

Dr. Carole Talan  
1299 Kingsbury Grade  
Gardnerville, NV 89460  

Louis & Norman Teeter  
Robert Teeter  
Rudolf & Carmel Winkler  
4201 Via Marina, Suite 300  
Marina del Rey, CA 90292  

Wolf Voss  
14 Via Ambra  
Newport Coast, CA 92657  

Ronald Gardner  
430 Bavarian Drive  
Carson City, NV 89705  

    /s/ Robert C. LePome, Esq.  
       ROBERT C. LEPOME  

SUBSCRIBED AND SWORN to before me this 11th day of April, 2007.

   /s/ Susan M. Stanton  
NOTARY PUBLIC in and for said County and State.