USA COMMERCIAL MORTAGE COMPANY
FKA USA CAPITAL
C/O BMC GROUP
PO BOX 911
ELSEGUNDO, CA 90245-0911

RECEIVED & FILED
'07 APR -5 P1 :29
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Claimant
HENDLER, JANE
4154 ST. CLAIR AVE.
STUDIO CITY, CA 91604-1607

Case Number
06-10725-00446

Dear Sir/Madam:

I have received the letter informing me that the DEBTOR is objecting to the claim that I filed.

Please note that my claim of $71,160.43 for principal plus interest was made Sept. 28, 2006,

Since that time two payment toward principal have been sent.  One for $62,148.54 was sent Oct.20, 2006.    The second for $1,109.26 was sent Jan 25, 2007.

Therefore, at this time, principal owed, on this loan Proof of Claim Number 10725-00446 is $1,742.20.

Please, also note, that although I had only one loan, I have two Proof of Claim Numbers.10725-00446 and 10725-00447

Yours truly,

Jane Hendler