April 5, 2007

U. S. Govt. Bankruptcy Court
300 S. Las Vegas Blvd.
Las Vegas, NV 89101

Re:   Amended Notice of Hearing
      Regarding Fifth Omnibus Objection
      Of USA Commercial Mortgage Company
      To Claims Asserting Secured Status

Based on documentation submitted in support of the proof of claim, I am opposing the objection to the relief in this matter.

I also wish to state that, based on the fact that the financial principals of USA Capital apparently failed to exercise their fiduciary responsibility to safeguard the funds in their possession, therefore USA Capital should act as security for those funds.

This letter should be regarded as my compliance with Local Rule 3007 (b), as my written response served to the objecting party and filed with the Court.

Case data as listed on cover sheet attached.

Sincerely,


Celso Acosta
9061 Black Elk Ave.
Las Vegas, NV 89143

702.641.7467

Case Numbers:   06-10725, Proof of Claim # 10725-00609
                06-10725, Proof of Claim # 10725-00610
                06-10725, Proof of Claim # 10725-00611

Cc:
Susan M. Freeman, AZ 4199
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996

| Claimant | Case Number | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Priority |
|---|---|---|---|---|---|
| ACOSTA, CELSO<br>9061 BLACK ELK AVE<br>LAS VEGAS, NV 89143-1180 | 06-10725 | 10725-00611 | 10/16/2006 | $52,906.93 | S |