1 | Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED on April 11, 2007**
2 | Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
3 | 36 South State Street, Suite 1400
P.O. Box 45385
4 | Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
5 | Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
6 |
7 | Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
8 | SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
9 | Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
10 | Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
11 |
12 | Attorneys for Debtors and Debtors-in-Possession
13 |                     **UNITED STATES BANKRUPTCY COURT**
14 |                          **DISTRICT OF NEVADA**

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align=right>Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align=right>Debtor.</div> | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><div align=right>Debtor.</div> | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align=right>Debtor.</div> | **OBJECTION OF USA CAPITAL<br>REALTY ADVISORS, LLC TO<br>CLAIM FILED BY THE INTERNAL<br>REVENUE SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br><div align=right>Debtor.</div> | **(Affects USA Capital Realty Advisors,<br>LLC)** |
| Affects:<br>    ☐  All Debtors<br>    ☐  USA Commercial Mortgage Company<br>    ☐  USA Securities, LLC<br>    ☒  USA Capital Realty Advisors, LLC<br>    ☐  USA Capital Diversified Trust Deed Fund, LLC<br>    ☐  USA First Trust Deed Fund, LLC | Date:   June 22, 2007<br>Time:  9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Capital Realty Advisors, LLC ("USA Realty"), by and through its counsel, hereby

2  files its Objection to Claim Filed by the Internal Revenue Service (the "Objection") and moves

3  this Court, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code")

4  and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an

5  order disallowing proof of claim 10726-00045 filed by the Internal Revenue Service (the "IRS

6  Claim").  In support of this Objection, USA Realty states as follows:

7                                   **I.      BACKGROUND**

8    1.      USA Realty is a Nevada limited liability company.  It was the nominal manager of

9  DTDF and FTDF prior to the Petition Date.

10    2.      The Internal Revenue Service (the "IRS") has asserted a claim against USA Realty

11  as follows:

| Claim Number | Date Filed | General Unsecured Amount Claimed | Priority Amount Claimed | Total Amount Claimed |
|---|---|---|---|---|
| 10726-00045 | 11/14/2006 | 1,000.00 | 0.00 | 1,000.00 |

16                            **II.      OBJECTION TO CLAIM**

17    **1.      USA Realty is a pass-through entity for federal income tax purposes.**

18    2.      USA Realty's records do not indicate any liability owing to the IRS, and USA

19  Realty is unaware of any basis for such liability.  The IRS has not substantiated the basis for the

20  IRS Claim.

21

22  / / /

23

24  / / /

25

26  / / /

27

28  / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    III.    **CONCLUSION**

2    For the reasons set forth above, USA Realty objects to the IRS Claim and requests that the

3    Court disallow IRS Claim #10726-00045 in its entirety.

4    Respectfully submitted this 11th day of April, 2007.

5

6    _/s/  Lenard E. Schwartzer, Esq._
     Lenard E. Schwartzer, Nevada Bar No. 0399

7    Jeanette E. McPherson, Nevada Bar No. 5423
     SCHWARTZER & MCPHERSON LAW FIRM

8    2850 South Jones Boulevard, Suite 1
     Las Vegas, Nevada  89146

9
     and
10

11   Annette W. Jarvis, Utah Bar No. 1649
     Steven C. Strong, Utah Bar No. 6340

12   RAY QUINNEY & NEBEKER P.C.
     36 South State Street, Suite 1400

13   P.O. Box 45385
     Salt Lake City, Utah 84145-0385

14

15

16

17

18
     922269v1
19

20

21

22

23

24

25

26

27

28

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\IRS\Realty Objection to Claim Filed by IRS revised.DOC