Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on April 11, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                             Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                             Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                             Debtor. | **CERTIFICATE OF SERVICE OF OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE AND NOTICE OF HEARING ON OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE**<br>**(Affects USA Capital Realty Advisors, LLC)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                             Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                             Debtor. | |
| Affects:<br>  ☐ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☒ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

- 1 -

1.   On April 11, 2007 I served the following document(s):

   a.   Objection of USA Capital Realty Advisors, LLC To Claim Filed by the Internal Revenue Service

   b.   Notice of Hearing on Objection of USA Capital Realty Advisors, LLC To Claim Filed by the Internal Revenue Service

2.   I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

| | |
|---|---|
| 1 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 2 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 3 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 4 | JANET L. CHUBB    tbw@jonesvargas.com |
| 5 | |
| 6 | EDWARD S. COLEMAN    mail@coleman4law.com |
| 7 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 8 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com |
| 9 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 10 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 11 | ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM |
| 12 | |
| 13 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 14 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 15 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM |
| 16 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 17 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 18 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 19 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 20 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 21 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 22 | |
| 23 | JAMES D. GREENE    bknotice@bhfs.com |
| 24 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 25 | PETER W. GUYON    pguyon@yahoo.com |
| 26 | JEFFREY R. HALL    jhall@sheacarlyon.com, |
| 27 | bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 28 | XANNA R. HARDMAN    xanna.hardman@gmail.com |

1  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

2  JEFFREY L HARTMAN    notices@bankruptcyreno.com

3  BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

4
5  RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
6

7  RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

8
9  DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

10  CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

11  EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

12  ANNETTE W JARVIS    ajarvis@rqn.com

13  ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

14
15  TY E. KEHOE    TyKehoeLaw@aol.com

16  ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com
17

18  DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

19  ZACHARIAH LARSON    ecf@lslawnv.com

20  JOHN J. LAXAGUE    jlaxague@caneclark.com

21  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

22
23  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

24  ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

25  ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
26

27  ERIC D MADDEN    emadden@diamondmccarthy.com

28  PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

1 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

2 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

3 RICHARD MCKNIGHT    mcknightlaw@cox.net,
4 gkopang@lawlasvegas.com;cburke@lawlasvegas.com

5 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
6 smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

7 DAVID MINCIN    mcknightlaw@cox.net,
8 gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

9 JOHN F MURTHA    jmurtha@woodburnandwedge.com

10 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

11 VICTORIA L NELSON    bkecf@nevadafirm.com,
12 vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
13

14 BOB L. OLSON    ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com
15

16 DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

17 CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

18 ANDREW M. PARLEN    aparlen@stutman.com

19
20 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

21 PAUL C RAY    info@johnpeterlee.com

22 CHRISTINE A ROBERTS    bankruptcy@rocgd.com

23 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

24 JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
25 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

26 SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
27 bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

28 AMBRISH S. SIDHU    ecf@lslawnv.com

- 5 -

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

2. ALAN R SMITH     mail@asmithlaw.com,
3. turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

4. DAVID A. STEPHENS     dstephens@lvcm.com

5. PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

6. JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

7. ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov
8. 
9. AMY N. TIRRE     , lmccarron@kkbrf.com

10. AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com

11. U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

12. GREGORY J. WALCH     GWalch@Nevadafirm.com

13. RUSSELL S. WALKER     rwalker@wklawpc.com,
14. eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

15. 
16. WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

17. GREGORY L. WILDE     bk@wildelaw.com

18. WILLIAM J. WRAY     rh@oreillylawgroup.com,
19. rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

20. MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

21. ANTHONY A. ZMAILA     azmaila@nevadafirm.com,
22. bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

23. 
24. ☒     b.     **By United States mail, postage fully prepaid**:

25. Attorney General of the United States          Steven W. Myhre
    Department of Justice, Tax Division            Acting U.S. Attorney
26. Civil Trial Section, Western Region            333 Las Vegas Blvd. South, Suite 5000
    P.O. Box 683                                   Las Vegas, NV 89101
27. Ben Franklin Station
    Washington, DC 20044
28.

Internal Revenue Service
Attn: Bankruptcy Dept
110 City Parkway
Stop 5028LVG
Las Vegas, NV 89101

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     April 11, 2007

| | |
|---|---|
| LIA DORSEY | /s/     LIA DORSEY |
| (Name of Declarant) | (Signature of Declarant) |