Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Commercial Mortgage Company

E-FILED ON APRIL 11, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF WITHDRAWAL OF:** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | MOTION TO SELL UNDER SECTION 363 ALL COMMERCIAL MORTGAGE ASSETS OF DEBTOR USA COMMERCIAL MORTGAGE COMPANY IN THE PLACER VINEYARDS LOANS |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: April 27, 2007<br>Hearing Time: 9:30 a.m. |

1

1  USA Commercial Mortgage Company ("USACM"), by and through its undersigned counsel, along with the USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, HEREBY JOINTLY WITHDRAW the "Motion to Sell Under Section 363 All Commercial Mortgage Assets of Debtor USA Commercial Mortgage Company in the Placer Vineyard Loans to Compass USA SPE, LLC" (the "Motion") [Docket No. 3037], and HEREBY GIVE NOTICE OF SUCH WITHDRAWAL.

The Motion, which was filed on March 9, 2007, by USACM with the support of the USACM Trust, was initially heard on March 15, 2007, and a continued hearing on the Motion was held on April 9, 2007. At the April 9, 2007 hearing, the Court indicated that unless the Motion was withdrawn, a further hearing on the Motion would be held on April 27, 2007 at 9:30 a.m. Accordingly, the April 27, 2007 hearing and all related deadlines may be vacated.

Based on changed circumstances, including the recent involuntary Chapter 11 bankruptcy case filed against USA Investment Partners ("USAIP") in this Court and the appointment of an interim trustee for USAIP, USACM and the USACM Trust believe it is no longer appropriate to sell the "Placer Vineyards Commercial Mortgage Assets" (as defined in the Motion) from the USACM estate, and therefore withdraw the Motion.

Accordingly, effective immediately upon the filing of this Notice of Withdrawal pursuant to the terms of the "Stipulation and Order Postponing the Transfer of USACM's Rights and Assets Relating to the Placer Vineyards Loans to the USACM Trust" [Docket No. 3031 entered March 9, 2007], the Placer Vineyards Commercial Mortgage Assets are transferred to the USACM Trust in accordance with the Debtors' Third Amended Joint Plan of Reorganization (the "Plan"), the Order

///
///
///
///
///
///
///

Confirming the Plan [Docket No. 2376, entered January 8, 2007], and the Order Granting Second Joint Motion for Order for Implementation of Confirmed Plan [Docket No. 2987, entered March 5, 2007].

Dated: April 11, 2007.

        /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Debtors

*Counsel for USA Commercial Mortgage Company*

and

        /s/ Rob Charles
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: RCharles@LRLaw.com

*Counsel for USACM Liquidating Trust*

922309v1