

**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

RECEIVED AND FILED

2007 APR 11 A 10: 05

Phyllis A. Hayes
Paralegal – Bankruptcy Services

April 4, 2007

Clerk
U.S. Bankruptcy Court
District of Nevada
300 Las Vegas Blvd., South
Las Vegas, NV 89101

Date: 4-26-07
Time: 9:30

Response to First Omnibus Objection of the USA CM Liquidating Trust ("USACM Trust")
to Claims Asserting Priority Status
In re: USA Commercial Mortgage Company, *et al.* ("Debtors")
Case No. BK-S-06-10725 (Jointly Administered) (Chapter 11)
Claimant – CDW Computer Centers, Inc., Claim No. 3 @$1,381.30

Dear Clerk:

As agent for the creditor, CDW Computer Centers, Inc. ("CDW"), we disagree with the USACM Trust's objection to reclassify CDW's entire claim as being general unsecured. We believe an administrative priority allowance should be made for those goods shipped to the Debtors in the ordinary course of business and received by the Debtors within 20-days before its bankruptcy filing, i.e., between March 29, 2006 and March 30, 2006. Copies of the actual invoices AND proofs of delivery are attached in support of the claim.

In that regard, we ask that the claim be evaluated on its merit in the amount of $1,381.30 (administrative priority) on the basis of 11 U.S.C. **§503(b)(9)**.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for CDW Computer Centers, Inc.

Enclosures

cc:
Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169-5996

*Counsel for the USACM Liquidating Trust*

# CDW CORPORATION

## STATEMENT OF ACCOUNT

| SOLD TO | Account No. | Invoice No. | Invoice Date | Purchase Order | SubTotal | Sales Tax | Freight | Invoice Total | AMOUNT OWED | BKCY DATE | Date of Receipt | No. of Days from receipt to bkcy filing | Amt Eligible for Admin Expense 503(b)(9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA CAPITAL | 4626389 | XK38694 | 03/28/06 | 135 | $ 780.00 | $ 61.61 | $ 14.99 | $ 856.60 | $ 856.60 | 04/13/06 | 03/30/06 | 14 | $ 856.60 |
| | | XK31849 | 03/28/06 | 134 | $ 136.00 | $ 11.54 | $ 12.99 | $ 160.53 | $ 160.53 | 04/13/06 | 03/29/06 | 15 | $ 160.53 |
| | | XK95826 | 03/29/06 | 131 | $ 320.00 | $ 26.20 | $ 17.97 | $ 364.17 | $ 364.17 | 04/13/06 | 03/30/06 | 14 | $ 364.17 |
| | | | | TOTAL: | $ 1,236.00 | $ 99.35 | $ 45.95 | $ 1,381.30 | $ 1,381.30 | | | | $ 1,381.30 |

***ORIGINAL COPY***

# CDW
**The Right Technology. Right Away.™**

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| XK38694 | 4626389 | 3-28-06 |

**SOLD TO:**
USA CAPITAL
4484 S PECOS RD
ACCTS PAYABLE
LAS VEGAS, NV  89121-5030
7027342400

**SHIP TO:**
USA CAPITAL
4484 S PECOS RD
PO# 135
LAS VEGAS, NV  89121-5030
YOUR P.O. # 135

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| IRA BALLIN | 3-28-06 | 3-28-06 | | DHL Second Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 15 | 15 | 0 | 493384  (07) MFG#: KVR400X64C3A/512 | KINGSTON 512MB 400MHZ DDR | 52.00 | 780.00 |
| | | | | Subtotal: | | 780.00 |
| | | | | Freight: | | 14.99 |
| | | | | Sales Tax: | | 61.61 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ➡  US Currency
856.60

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:
✓ Account managers dedicated to providing solutions specific to your computing needs  ✓ Custom configuration  ✓ Extended service plans
✓ Toll-free technical support   ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



CDW
The Right Technology.
Right Away.™
www.cdw.com
800-800-4239



***ORIGINAL COPY***

**The Right Technology. Right Away.™**

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| XK31849 | 4626389 | 3-28-06 |

SOLD TO:
USA CAPITAL
4484 S PECOS RD
ACCTS PAYABLE
LAS VEGAS, NV  89121-5030
7027342400

SHIP TO:
@SA CAPITAL
4484 S PECOS RD
PO# 134
LAS VEGAS, NV  89121-5030
YOUR P.O.# 134

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| IRA BALLIN | 3-28-06 | 3-28-06 | | UPS Ground | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 447403      (07)<br>MFG#: WAP54G | LINKSYS WIRELESS G ACCESS | 68.00 | 136.00 |
| | | | | Subtotal:<br>Freight:<br>Sales Tax: | | 136.00<br>12.99<br>11.54 |

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

INVOICE TOTAL ➤  US Currency
160.53

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:
✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support   ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

UPS: Tracking Information

Page 1 of 1

| | Home | About UPS | Contact UPS | Getting Started @ UPS.com |
|---|---|

**UPS United**

Tracking

**Tracking**

Track Shipments
 Track by Reference
 Get Signature Images
 Track by E-mail
 Import Tracking Numbers
 SMS Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Void a Shipment
 Help

Log-In  User ID:            Password:              → | Forgot Password

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Detail**                                                 Printer Friendly

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 9R1 40W 03 0118 299 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 03/29/2006 12:26 P.M. |
| Signed by: | ELISA |
| Location: | FRONT DESK |
| Delivered to: | LAS VEGAS, NV, US |
| Service Type: | GROUND |

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAS VEGAS, NV, US | 03/29/2006 | 12:26 P.M. | DELIVERY |

Tracking results provided by UPS: 04/04/2007 12:17 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

*nv XK 31849*

http://wwwapps.ups.com/WebTracking/summary



***ORIGINAL COPY***

**The Right Technology.**
**Right Away.**™

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| XK95826 | 4626389 | 3-29-06 |

SOLD TO:
USA CAPITAL
4484 S PECOS RD
ACCTS PAYABLE
LAS VEGAS, NV  89121-5030
7027342400

SHIP TO:
USA CAPITAL
4484 S PECOS RD
PO# 131
LAS VEGAS, NV  89121-5030
YOUR P.O. # 131

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| IRA BALLIN | 3-29-06 | 3-29-06 | | Dynamex Messenger | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 20 | 20 | 0 | 074122   (01) | BELKIN CAT5E PATCH CAB 25F | 8.00 | 160.00 |
| | | | MFG#: A3L791-25-GRN | | | |
| 20 | 20 | 0 | 074124   (01) | BELKIN CAT5E PATCH CAB 25F | 8.00 | 160.00 |
| | | | MFG#: A3L791-25-ORG | | | |
| | | | | Subtotal: | | 320.00 |
| | | | | Freight: | | 17.97 |
| | | | | Sales Tax: | | 26.20 |

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

INVOICE TOTAL ➤  US Currency
364.17

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

**Buy with confidence! CDW is a Fortune 500 company.**

CDW offers the best service and support in the industry with:
✓ Account managers dedicated to providing solutions specific to your computing needs  ✓ Custom configuration  ✓ Extended service plans
✓ Toll-free technical support   ✓ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! www.cdw.com
Your Business is Appreciated



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

Apr. 26. 2006  6:57AM                                                                 No. 2972   P. 2

**ACCURATE COURIER & Logistics**

SERVICE ORDER # 308398

Phone (702) 914-1919
4081 WEST SUNSET ROAD, SUITE E • LAS VEGAS, NV 89118
24 HOUR DELIVERY SERVICE IN LAS VEGAS & SO. NEVADA AREAS
SERVICE TO ALL CITIES
LICENSED • BONDED • INSURED

DATE 03/30/06   CLIENT / REFERENCE Rid Berghuis

CHARGE TO CW

FROM Occurate Co
4050 Sunset Rd
Las Vegas NV

TO USA Capital
4484 S. Pecos Rd
Las Vegas NV 39121
Bay 131

DESCRIPTION (1 box)

PACKAGES 1

PRIORITY ☐   STANDARD ☐   ECONOMY ☒

PICK-UP TIME
DELIVERY TIME 8:00
WAITING TIME
EXCLUSIVE HANDLING
TOTAL CHARGE

DRIVER X [signature]

RECEIVED IN GOOD CONDITION. PLEASE SIGN LEGIBLY.
PINK: SHIPPER'S COPY

SHIPPER [signature]
YELLOW: CUSTOMER'S COPY
WHITE: ORIGINAL

*hw* XK95826

```
[ope_ordr] r5.148.325.27        Order Processing           Co.: 850 ORD LS
Sg:J MEYERS              Del: 6:00 Quote:    11.29
| Cust# | Customer Name          | SvcTyp  | Pc | Wght | Ctrl #   | CSR  |
| 98254 | CDW / LAS VEGAS        | DISTRIB | 1  |  12  | 1890448  | OT*  |

| Ordered By | Reference   [REQ] | Pg/Of | RdTrp | COD | OrdDte  | Vhcl |
| CDW LOAD   | BPR6104           | 1/  1 |       |  N  | 3/30/06 |      |

Pickup Information   [CUST] [INVLD ADR]  BOL#:BPR610401    Req PU      Hrs
Nam:DYNAMEX INC.                                           3/30/06
Adr:3201 E ALEXANDER RD                                    Fr: 6:00  Mi/Blk
Cty:NORTH LAS VEGAS   St:NV   Zp:89030                     To:            16
Phn:              Ext:         Zns:   /
See:              Rm:                                      * Chg / Hist **

Delivery Information         [INVLD ADR]                   Req DL      Drv1
Nam:USA CAPITAL                                            3/30/06       2
Adr:4484 S PECOS RD                                        Fr:         Drv2
Cty:LAS VEGAS         St:NV   Zp:89121                     To:10:00
Phn:702 734-2400  Ext:         Zns:   /
See:ATTN: TODD BERGL Rm:                   *OT *: 3/30/06  5:12 Sign? Y  CB? N

Cannot Change Order - Press Desired Function:       [Return]-Continue
[^P] Menu   [F9] Delete/Abort   [^A] Add'l OrderInfo   [F12] Note Pad   [Tab] ->
```

Inv XK95826

## Carol Drew

**From:** Marra Balan [marrbal@cdw.com]
**Sent:** Wednesday, April 26, 2006 9:34 AM
**To:** Robyn McDermott; Carol Drew
**Cc:** Diane Lawrin
**Subject:** CSR Number..: 962479 / DYN POD

Hello,

Please fax signed copy of POD as customer states he never received this shipment. Thanks.

Int Ord# 10 BPR6104

Tracking Number    Box Weight
XBPR610401001         11.800
 3/29/2006 24:29:35   Shp Cd NR

USA CAPITAL
4484 S PECOS RD
PO# 131

ATTN: TODD BERGLUND
LAS VEGAS, NV 89121-5030
Phone: 7027342400
Contact: TODD BERGLUND

*Marra V. Balan*
*Customer Relations - Carrier Specialist*
*CDW - The Right Technology Right Way*
*Direct: 847-371-6027*
*Fax: 847-371-2679*
*Email: marrbal@cdw.com*
*www.cdw.com/customerrelations*
*www.cdwg.com/customerrelations*

*Inv XK95826*

4/26/2006