U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

TO: Clerk, Bankruptcy Court - Las Vegas, NV

DEBTOR(S): USA COMMERCIAL MORTGAGE COMPANY
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC

BAP NO.: NV-07-1067

BK. NO.: S-06-10725-LBR
S-06-10726-LBR
S-06-10727-LBR
S-06-10728-LBR
S-06-10729-LBR

CONCERNING: Notice of Appeal Filed on 02/14/07

INTERNAL BK. CT. NO.: 07-06

The Bankruptcy Appellate Panel has received and docketed the notice of appeal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
Deputy Clerk

Date: April 9, 2007

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:
1. _PAID_ No Filing Fees paid [PAID: 02/14/07; RCPT#: 3862006]
2. _____ No Designation of Record
3. _____ No Statement of Issues
4. _____ No Notice Regarding the Transcript
5. _____ No Reporter's Transcript(s)
   Reporter name: _____
           phone: _____
   Judge: _____
   Transcript date(s): _____
6. _____ No Transcript Fees paid
7. _____ Extension of Time Granted to Reporter: _____
   New deadline: _____
8. _____ Other: _____

B) DEPUTY CLERK PROCESSING THIS APPEAL
1. Name: _____
2. Phone: _____
3. Date: _____

BAP# NV-07-1067

RECEIVED
AND FILED

FEB 15  1 07 PM '07

BANKRUPTCY
PATRICIA GRAY
CLERK

# TRANSMITTAL FORM

TO: **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 South Grand Avenue, Pasadena, CA 91105

FROM: **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
District Office No. 0978/2

CASE NAME     USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO     BK-S   06-10725-lbr

ADVERSARY NO

REFERENCE NO     APPEAL REF   07-06

BANKRUPTCY JUDGE     LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED     2/14/07

DATE OF ENTRY OF ORDER APPEALED     EOD  2/14/07

DATE BANKRUPTCY FILED     4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD     2/15/07
MAILED TO PARTIES

DATE OF TRANSMITTAL     2/15/07

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

FEB 20 2007

FILED _____
DOCKETED  2/20/07  J.D. B.
           DATE         INITIAL

/s/ WILLIAM M. LAKAS
**DEPUTY CLERK**

( 1 )