## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY

          Debtor

BK-S    06–10725–LBR

ADV

BAP No.    NV–07–1067

SEE PAGE 2

          Appellant

Appeal Ref    07–06

vs

OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Appellee

TO: CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT and
   SEE PAGE 2

### CERTIFICATE OF READINESS

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies, pursuant to Local Rule 4(a) of the Rules of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, that the Statement of Issues, Designation of Record and transcripts are now on file in this office. The record will be so transmitted upon notice from the Clerk of the Bankruptcy Appellate Panel.

DATED:    4/13/07

PATRICIA GRAY, CLERK

By William M. Lakas
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

9/04

| APPELLANTS | PARTIES |
|---|---|
| MARGARET B. MCGIMSEY TRUST<br>BRUCE MCGIMSEY<br>JERRY MCBIMSEY & SHARON MCGINSEY<br>JOHNNY CLARK | U.S. TRUSTEE<br>300 LAS VEGAS BLVD S #4300<br>LAS VEGAS, NV 89101<br><br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD, SUITE 1<br>LAS VEGAS, NV 89146<br><br>RAY QUINNEY & NEBEKER, PC<br>36 SO. STATE ST., SUITE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145<br><br>BECKLEY SINCLETON, CHTD<br>530 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101<br><br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL, SUITE 3000<br>SACRAMENTO, CA 95814 |