

# GREEN VALLEY SECURE INVESTMENTS
### "Helping You Secure Your Financial Future"

'07 APR 11 P4 :0⁻

April 9, 2007

Honorable Judge Linda B. Riegle
U.S. Bankruptcy Judge
Foley Federal Bldg
300 Las Vegas Blvd. So.
Courtroom # 1
Las Vegas, Nevada 89101

Dear Judge Riegle,

I have received a letter objecting to the claim I filed in the USA bankruptcy case. I realize my claim is small ($3500), but I hope you will consider allowing it. I am an independent financial advisor who unfortunately placed some of my clients into USA Capital first trust deeds in good faith. I have never worked for nor been employed in any capacity by USACM other than to obtain my mortgage license through them for the purposes of being able to offer their first trust deeds to my clients. I typically recommend only guaranteed and insured investments such as annuities to my clients. I was being lied to right along with everyone else and had no idea any of USA Capital's loans were nonperforming, and have written proof of that in the form of a document from the company in early April 2006 showing all their loans performing. The suggestion in the objection to claim that I might in any way have knowingly introduced my clients to nonperforming loans was not only insulting, but a grossly false accusation. Also, the two loans I am seeking commissions on were not nonperforming in any event, as both Meadow Creek ($300,000), and Gateway Stone ($50,000) have both been paid off in full to my clients, who not only recovered 100% of their principal, but their promised interest as well.

Whether priority or non-priority, these are valid claims. I did all possible due diligence on these loans, and have serviced my clients in these loans throughout the entire year since the bankruptcy, keeping them well informed and updated to the best of my ability at all times. Not only that, but I and my business have suffered greatly this past year as a result of the fraud and criminal actions of the principals of USA Capital and USACM. Receiving these long overdue commissions would be but a very small compensation for the damage I have suffered and endured. I have been an innocent victim of this carefully devised scam just like everyone else who has suffered from the fallout of this bankruptcy.

---

2501 N. Green Valley Parkway, Suite 126, Henderson NV 89014          Phone: (702) 434-5684
Securities offered through Financial West Group, Member NASD / SIPC / MSRB          Fax: (702) 434-6055



# GREEN VALLEY SECURE INVESTMENTS
*"Helping You Secure Your Financial Future"*

I regret that I will be unable to attend the scheduled April 26th hearing, as my broker dealer's annual mandatory compliance meeting this year is from April 25-29th out of town, but I hope you will allow my claim to stand, and this response to the objection to my claim since I am unaccustomed to legal proceedings myself, and do not intend to retain counsel.

Please feel free to contact me at 702-966-3558, or at my return address, should you wish to discuss these matters with me. Also, on behalf of myself and my clients who invested with USA Capital through either the individual loans or the FTDF, please accept my gratitude for the consistent and logical manner in which you have conducted these bankruptcy hearings this past year under such difficult circumstances. Because of your efforts, most of my clients are emerging from this debacle with minimal damage, and we will be forever grateful to you for that.

I have included copies of the correspondence I received pertaining to the objection of claim.

Sincerely,

Stewart Baskin
Green Valley Secure Investments
2625 N. Green Valley Pkwy, # 125
Henderson, NV. 89014

---

2625 ~~2501~~ N. Green Valley Parkway, Suite 125, Henderson NV 89014          Phone: (702) 434-5684
Securities offered through Financial West Group, Member NASD / SIPC / MSRB          Fax: (702) 434-6055