3/29/07

Linda B. Riegle, Judge
US Bankruptcy Court – Foley Bldg.
300 Las Vegas Blvd South
Las Vegas, Nevada

RECEIVED JUDGE RIEGLE
DATE: 4-3-07

'07 APR 12 AM :34

U.S. BANKRUPTCY COURT
PATRICIA ... CLERK

Dear Judge Riegle:

Re: Case # 06-10725 Proof of Claim 10725-00244
USA Mortgage Co.

Please allow me to object to the transferring of my investment in the USA 1st Trust Deed Fund to an un-secured status. I desire to keep my $15,000. investment in the pool of mortgages in the Fund.

Thank you.

Sincerely,

Jack + Diane Hoggard
(916) 939-0125

Mr. Jack Hoggard
7022 Rushwood Dr.
El Dorado Hills, CA 95762-5002