RECEIVED
JUDGE RIEGLE
DATE: 4-16-07

4/6/07

To Judge, Mrs, & Sir,

This is my written objection to your response that the following claims are Not Secured Property. Per your instructions this Objection is filed prior to the deadline of April 19, 2007.

I sent funds to USA Capital. Those funds were misappropriated by USA Capital and its owners. Those entities have property and funds. That property and funds represents secured assets. This written objection represents the following:

| Case Number | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Priority |
|---|---|---|---|---|
| 06-10725 | 10725-00396 | 10/2/2006 | $100,000 | S |
| 06-10725 | 10725-00399 | 10/2/2006 | $200,000 | S |
| 06-10725 | 10725-00398 | 10/2/2006 | $200,000 | S |
| 06-10725 | 10725-00400 | 10/2/2006 | $200,000 | S |
| 06-10725 | 10725-00397 | 10/2/2006 | $50,000 | S |

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS TTEES
2778 Bedford Way
Carson City, NV 89703

Joseph P. Walls
Ellen Walls