April 11, 2007

RECEIVED & FILED

'07 APR 12 P2 49

U.S. ...
PA...

Honorable Linda B. Riegle
U. S. Bankruptcy Judge
Courtroom 1
300 Las Vegas Blvd South
Las Vegas, NV 89101

Subject: Hearing Notice regarding USA Commercial Mortgage, etc. on April 26, 2007 - case BK-S-06-10725LBR

Dear Judge Riegle:

I am in receipt of a Court Claim Filing by Lewis and Roca, LLP with the United States Bankruptcy Judge to be heard on April 26, 2007 at 9:30 AM objecting to my claim as a direct lender to specific properties used as collateral.

I Strongly object to their allegation to reclassify my claim from secured to unsecured based on the following facts.

I initially invested through USA Commercial Mortgage as a direct lender to specific named properties. All subsequent statements received from USA Capital linked my individual investments to these specifically identified property borrowers and further, all interest received was also identified as paid by each specific property borrower. Based on these facts, completly substantiated, I strongly assert that my loans to these individual property borrowers are completely collaterized.

Copies of statements received from USA Capital indicating specific loans to specific properties are enclosed for your review.

Respectfully submitted,

Jack Humphry, Trustee - Humphry 1999 Trust
3825 Champagne Wood Dr.
North Las Vegas, NV 89031

Copy to: Lewis and Roca, LLP
3993 Howard Hughes Parkway - Suite 600
Las Vegas, NV 89169-5996

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

**PLEASE NOTE THAT THE DEBTOR IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.
PLEASE REVIEW THE NOTICE AND OBJECTION FOR DEADLINES TO RESPOND.**

## Cover Sheet

### USA COMMERCIAL MORTGAGE COMPANY

Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| Claimant | Case Number | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Priority |
|---|---|---|---|---|---|
| HUMPHRY 1999 TRUST<br>C/O JACK & ALICE HUMPHRY TTEES<br>3825 CHAMPAGNE WOOD DR<br>NORTH LAS VEGAS, NV 89031-2056 | 06-10725 | 10725-00588 | 10/13/2006 | $186,631.00 | S |

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Jack Humphry & Alice Humphry Trustees of the Humphry 1999 Trust
Loan: Placer Vineyards
Client ID: 4113
Account ID: 3476
Loan Interest Rate: 12.50%
Original Service Fee: 0.00%
Current Service Fee[1]: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = I Cumul Amou (Due fr Held f Inves |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2007 | -PRIOR MONTH ENDING BALANCES- | $75,000.00 | | | | | $21,051.18 | $920.83 | $8,545.34 | $11,585.02 | $11,484.37 | ($2,9 |
| 02/28/2007 | Interest and Service Fee (2/1 - 2/28) | $75,000.00 | | | | | $850.59 | $62.50 | | $12,373.11 | | ($2,9 |
| 03/12/2007 | Prepetition Service Fee Waiver | $75,000.00 | | | | | | ($275.00) | | $12,648.11 | | ($2,9 |
| 03/12/2007 | Recoupment of Prepaid Interest | $75,000.00 | | | | | | | | $12,648.11 | ($1,369.30) | ($1,9 |
| **TOTALS:** | | $75,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,901.78 | $708.33 | $8,546.34 | $12,648.11 | $10,115.07 | ($1,9 |

[1] This rate has been adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

As of February 16, 2007, Compass Financial Partners, LLC ("CFP") became the servicer of most of the loan portfolio formerly serviced by USA Commercial Mortgage Company ("USACM"). Pending licensing by the State of Nevada, CFP will utilize USACM as a subservicer of these loans.

THIS STATEMENT REFLECTS ACTIVITY FROM 2/1/2007 TO 3/15/2007

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Jack Humphry & Alice Humphry Trustees of the Humphry 1999 Trust
Loan: Margarita Annex
Client ID: 4113
Account ID: 3476
Loan Interest Rate: 13.00%
Original Service Fee: 1.00%
Current Service Fee[1]: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H Cumulative Amount Held for (Due from Investor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/01/2007 | -PRIOR MONTH ENDING BALANCES- | $75,000.00 | | | | | $25,244.27 | $1,879.03 | $15,266.80 | $8,098.43 | $14,475.00 | $7 |
| 02/28/2007 | Interest and Service Fee (2/1 - 2/28) | $75,000.00 | | | | | $846.54 | $62.50 | | $8,882.47 | | $7 |
| 03/12/2007 | Prepetition Service Fee Waiver | $75,000.00 | | | | | | ($25.00) | | $8,907.47 | | $7 |
| 03/12/2007 | Recoupment of Prepaid Interest | $75,000.00 | | | | | | | $8,907.47 | ($8,907.47) | $791.80 | |
| 03/12/2007 | Transfer to Compass for Servicing | ($75,000.00) | | | | | | | | | | |
| | **TOTALS:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$26,090.80** | **$1,916.53** | **$15,266.80** | **$0.00** | **$15,266.80** | |

[1] This rate has been adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

As of February 16, 2007, Compass Financial Partners, LLC ("CFP") became the servicer of most of the loan portfolio formerly serviced by USA Commercial Mortgage Company ("USACM"). Pending licensing by the State of Nevada, CFP will utilize USACM as a subservicer of these loans.

THIS STATEMENT REFLECTS ACTIVITY FROM 2/1/2007 TO 3/15/2007

Page -

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Jack Humphry & Alice Humphry Trustees of the Humphry 1999 Trust
Loan: Amesbury/Hatters Point
Client ID: 3476
Account ID: 4113
Loan Interest Rate: 13.50%
Original Service Fee: 0.50%
Current Service Fee[1]: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower, Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H Cumulative Amount Held for (Due from Invest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2007 -PRIOR MONTH ENDING BALANCES- | | $36,631.19 | | | | | $21,244.03 | $1,007.82 | $16,332.63 | $3,903.57 | $15,755.14 | $5 |
| 02/28/2007 | Interest and Service Fee (2/1 - 2/28) | $36,631.19 | | | | | $428.61 | $30.53 | | $4,301.66 | | $5 |
| 03/12/2007 | Recoupment of Prepaid Interest | $36,631.19 | $3,368.81 | $3,368.80 | | | | | | $4,301.66 | | $5 |
| 03/12/2007 | Recoupment of Prepaid Interest | $36,631.19 | | $0.01 | | | | | | $4,301.66 | $577.49 | |
| 03/12/2007 | Transfer to Compass for Servicing | ($36,631.19) | | | | | | | | ($4,301.66) | | |
| **TOTALS:** | | **$0.00** | **$3,368.81** | **$3,368.81** | **$0.00** | **$0.00** | **$21,872.64** | **$1,038.35** | **$16,332.63** | **$0.00** | **$16,332.63** | |

[1] This rate has been adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote.  USA reserves the right to update and supplement this statement.

As of February 16, 2007, Compass Financial Partners, LLC ("CFP") became the servicer of most of the loan portfolio formerly serviced by USA
Commercial Mortgage Company ("USACM"). Pending licensing by the State of Nevada, CFP will utilize USACM as a subservicer of these loans.

THIS STATEMENT REFLECTS ACTIVITY FROM 2/1/2007 TO 3/15/2007

Page -