

April 12, 2007

United States Bankruptcy Court
District of Nevada
Honorable Linda B. Riegle
Foley Federal Building
300 Las Vegas Blvd So.
Courtroom 1 Las Vegas, Nevada 89101


Lewis and Roca, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996


Re: Amended notice of Hearing Regarding Ninth Omnibus Objection to Claims


I object to the conversion from secured to general unsecured status of my Proof of Claim.

I do not understand all the legal ramifications.  I filed my proof of claim timely and with all the documents and references to the First Trust Deed loans together with my proof of payments.

USA was responsible for their failures in fiduciary responsibility.  Apparently there is no telling what the money I turned over to them for the respective notes was used for – secured or unsecured or any part thereof.   All I know is that the money was for secured First Trust Deed notes.

Therefore as indicated in denial is received, I hereby use the language as follows:

"Written documentation in support of the proof of claim has already been provided to the objecting party and the any further documentation will be provided at any evidentiary hearing or trial on the matter."

I will be happy to answer any questions from any of your assistants.

Signed:    *Evalyn C Taylor*

Evalyn C. Taylor, trustee Separate Property Trust Dated 2/17/07
1908 Rolling Dunes Ct. Las Vegas, Nevada 89117  702-242-4389

EVALYN C TAYLOR SEPARATE PROP TRUST DATED 2/17/87
C/O EVALYN C TAYLOR TRUSTEE
1908 ROLLING DUNES CT
LAS VEGAS, NV 89117-6916

**PLEASE NOTE THAT THE DEBTOR IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.
PLEASE REVIEW THE NOTICE AND OBJECTION FOR DEADLINES TO RESPOND.**

# Cover Sheet

## USA COMMERCIAL MORTGAGE COMPANY

Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| Claimant | Case Number | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Priority |
|---|---|---|---|---|---|
| EVALYN C TAYLOR SEPARATE PROP TRUST DATED 2/17/87 C/O EVALYN C TAYLOR TRUSTEE 1908 ROLLING DUNES CT LAS VEGAS, NV 89117-6916 | 06-10725 | 10725-00947 | 11/2/2006 | $249,788.86 | S |