| | |
|---|---|
| **REQUESTOR'S NAME:** | Peter Susi, Esq. |
| **ADDRESS:** | 7 West Figueroa Street, 2nd Floor |
| | Santa Barbara, CA 93101 |
| **TELEPHONE NO.:** | (805) 965-1011/peter@msmlaw.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re  USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR<br><br>Chapter  7 _____  11 x _____  13 _____<br><br>**CHANGE OF ADDRESS**<br><br>___ DEBTOR<br><br>x ___ CREDITOR    **CHECK ONLY ONE** |

(Please print or type)                **MUST BE FILED IN DUPLICATE**

NAME: Bernard Sandler & Linda Marie Sandler
NEW MAILING ADDRESS: Revocable Intervivos Trust dated 9/13/91
99 La Vuelta
Santa Barbara, CA 93108

Dated: April 16, 2007

*Signature*
PETER SUSI

Attorney for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03                                                                        B-1098