| | |
|---|---|
| **REQUESTOR'S NAME:** | Peter Susi, Esq. |
| **ADDRESS:** | 7 West Figueroa Street, 2nd Floor |
| | Santa Barbara, CA 93101 |
| **TELEPHONE NO.:** | (805) 965-1011/peter@msmlaw.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re  USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR<br>Chapter  7 ____  11 x ____  13 ____<br>**CHANGE OF ADDRESS**<br>____ DEBTOR<br>x ____ CREDITOR   **CHECK ONLY ONE** |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

NAME: Robert J. Rowley and Kathleen M. Rowley Living Trust
NEW MAILING ADDRESS: 398 Arboleda Road
Santa Barbara, CA 93110

Dated: April 16, 2007

Signature
PETER SUSI

Attorney for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03

B-1098