**REQUESTOR'S NAME:** Peter Susi, Esq.

**ADDRESS:** 7 West Figueroa Street, 2nd Floor

Santa Barbara, CA 93101

**TELEPHONE NO.:** (805) 965-1011/peter@msmlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR |
|---|---|
| | Chapter 7 ___ 11 x ___ 13 ___ |
| | **CHANGE OF ADDRESS** |
| | ___ DEBTOR |
| | x CREDITOR    **CHECK ONLY ONE** |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

NAME: David E. Gackenbach IRA

NEW MAILING ADDRESS: 12240 North 128th Place

Scottsdale, AZ 85259

Dated: April 16, 2007

Signature
Peter Susi

Attorney for Creditor
Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03

B-1098