| | |
|---|---|
| **REQUESTOR'S NAME:** | Peter Susi, Esq. |
| **ADDRESS:** | 7 West Figueroa Street, 2nd Floor |
| | Santa Barbara, CA 93101 |
| **TELEPHONE NO.:** | (805) 965-1011/peter@msmlaw.com |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re  USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR<br><br>Chapter  7 _____  11 x _____  13 _____ |
| | **CHANGE OF ADDRESS** |
| | ___ DEBTOR |
| | **CHECK ONLY ONE** |
| | x   CREDITOR |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

NAME:  Jay S. Stein Charitable Remainder Unitrust of 7/15/02

NEW MAILING ADDRESS:  c/o Connie Cobb, CPA

P.O. Box 5339

Santa Barbara, CA 93150

Dated: April 16, 2007

Signature
PETER SUSI

Attorney for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03

B-1098