| | |
|---|---|
| **REQUESTOR'S NAME:** | Peter Susi, Esq. |
| **ADDRESS:** | 7 West Figueroa Street, 2nd Floor |
| | Santa Barbara, CA 93101 |
| **TELEPHONE NO.:** | (805) 965-1011/cheryl@msmlaw.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re    USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR<br>Chapter  7 _____   11 x _____   13 _____ |
| | **CHANGE OF ADDRESS**<br>____ DEBTOR<br>x ___ CREDITOR   **CHECK ONLY ONE** |

(Please print or type)                **MUST BE FILED IN DUPLICATE**

NAME:                 Jay S. Stein IRA
NEW MAILING ADDRESS:  c/o Connie Cobb, CPA
                      P.O. Box 5339
                      Santa Barbara, CA 93150

Dated: April 16, 2007

_Signature_
PETER SUSI

Attorneys for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03                                                                 B-1098