| | |
|---|---|
| **REQUESTOR'S NAME:** | Peter Susi, Esq. |
| **ADDRESS:** | 7 West Figueroa Street, 2nd Floor |
| | Santa Barbara, CA 93101 |
| **TELEPHONE NO.:** | (805) 965-1011/peter@msmlaw.com |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re USA COMMERCIAL MORTGAGE COMPANY | CASE NO.: BK-S-06-10725 LBR<br>Chapter 7 _____ 11 x _____ 13 _____ |
| | **CHANGE OF ADDRESS**<br>___ DEBTOR<br>x CREDITOR     **CHECK ONLY ONE** |

(Please print or type)                              **MUST BE FILED IN DUPLICATE**

NAME:                         Jay S. Stein Trust 12/12/00
NEW MAILING ADDRESS:          c/o Connie Cobb, CPA
                              P.O. Box 5339
                              Santa Barbara, CA 93150

Dated: April 16, 2007

*Signature*
PETER SUSI

Attorney for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03

B-1098