**REQUESTOR'S NAME:** Peter Susi, Esq.

**ADDRESS:** 7 West Figueroa Street, 2nd Floor

Santa Barbara, CA  93101

**TELEPHONE NO.:** (805) 965-1011/peter@msmlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re    USA COMMERCIAL MORTGAGE COMPANY | CASE NO.:  BK-S-06-10725 LBR |
|---|---|
|  | Chapter   7 _____   11 x _____   13 _____ |
|  | **CHANGE OF ADDRESS** |
|  | ___ DEBTOR |
|  | x___ CREDITOR    **CHECK ONLY ONE** |

(Please print or type)

**MUST BE FILED IN DUPLICATE**

NAME: Susan Gackenbach IRA

NEW MAILING ADDRESS: c/o Matt Dawson, CPA

P.O. Box 5339

Santa Barbara, CA  93150

Dated: April _16_, 2007

_signature_
Signature
PETER SUSI

Attorney for Creditor
*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
Revised 03/03

B-1098