| | |
|---|---|
| 1 | Kelly J. Brinkman, Esq. |
| | Nevada Bar No. 6238 |
| 2 | GOOLD PATTERSON ALES & DAY |
| | 4496 South Pecos Road |
| 3 | Las Vegas, Nevada 89121 |
| | (702) 436-2600(Telephone) |
| 4 | (702) 436-2650 (Fax) |
| 5 | Attorneys for Creditors |

E-Filed on 4/16/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
                                                              Debtor.

In re:

USA CAPITAL REALTY ADVISORS, LLC,
                                                              Debtor.

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                              Debtor.

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                              Debtor.

In re:

USA SECURITIES, LLC,
                                                              Debtor.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**CERTIFICATE OF SERVICE REGARDING RESPONSE TO NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS**

1.      On April 16, 2007, I served the following document: **RESPONSE TO NOTICE OF HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING ADMINISTRATIVE EXPENSE STATUS**

.

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

2. I served the above-named document(s) by the following means to the persons as listed below:

**(Check all that apply)**

☒ **a. ECF System**

Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

rcharles@lrlaw.com
sfreeman@lrlaw.com

☒ **b. United States mail, postage fully prepaid**

*Lewis and Roca, LLP*
*3993 Howard Hughes Parkway*
*Las Vegas, Nevada 89109*
*Attention: Rob Charles*

*Lewis and Roca, LLP*
*3993 Howard Hughes Parkway*
*Las Vegas, Nevada 89109*
*Attention: Susan Freeman*

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

2

numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.     By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on: April 16, 2007**

/s/ Lisa Risco-Hoen
Lisa Risco-Hoen

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

3