FILED ELECTRONICALLY
4/16/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: N/A<br>TIME: N/A |

**STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NUMBER 10729-00034 FILED BY HOUGHTON DENTAL CORP. PSP F/B/O GERALDINE PEARL HOUGHTON (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA SECURITIES, LLC)**

413457v1

1  The Official Committee of Equity Security Holders of USA Capital First Trust
2  Deed Fund, LLC ("FTDF Committee"), hereby stipulates with Houghton Dental Corp. PSP f/b/o
3  Geraldine Pearl Houghton ("Claimant") as follows:

4   1.  On or about November 8, 2007, Claimant filed a proof of claim (the
5  "Houghton Claim") in the amount of "$100,000.00 Plus" that was intended to assert a claim
6  against USA Capital First Trust Deed Fund, LLC (the "FTDF").

7   2.  Because the Houghton Claim erroneously listed FTDF's case number as
8  06-10729, as opposed to the correct case number of 06-10728, the Houghton Claim was entered
9  into the claims register for USA Securities, LLC ("USA Securities").

10  3.  On March 8, 2007, USA Securities filed the "Omnibus Objection of USA
11  Securities, LLC to Certain Claims" (the "Objection") [Docket No. 3021], by which it objected to
12  numerous claims, including the Houghton Claim.  The Objection requests that the Houghton
13  claim be disallowed in its entirety.  It further states that the "[Houghton] Claim is against FTDF
14  and claimant has already filed the same claim against FTDF."

15  4.  In fact, Claimant did not file a proof of claim against FTDF because the
16  claim that it intended to file against FTDF Case (the Houghton Claim) was entered in the USA
17  Securities claims register.  Claimant, however, did file a proof of interest in the amount of
18  $100,000 in the FTDF case (FTDF proof of interest number 53) (the "Houghton Proof of
19  Interest"), which amount is the amount of Claimant's equity interest in FTDF as of the filing of
20  FTDF's chapter 11 bankruptcy petition.

21  5.  The Claimant has agreed to withdraw with prejudice the Houghton Claim.

22  6.  This stipulation shall not affect Claimant's claims against other debtors in
23  this jointly-administered proceeding.

24  WHEREFORE, based on this stipulation set forth above, the parties hereby agree,
25  and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R.
26  Bankr. P. 3006, as follows:

413457v1                                     2

1. The Houghton Claim is hereby withdrawn with prejudice.

2. The Houghton Proof of Interest is allowed in the amount of $100,000.00.

Dated this ___ of April, 2007

STUTMAN, TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
EVE H. KARASIK
CANDACE C. CARLYON
ANDREW M. PARLEN
Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

HOUGHTON DENTAL CORP. PSP F/B/O
GERALDINE PEAL HOUGHTON

By: _____

BRIAN M. ADAMS, ESQ
525 S. 6TH STREET
LAS VEGAS, NV 89101

Approved:

RAY QUINNEY & NEBEKER P.C.
and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
ANNETTE W. JARVIS / Steven Strong
LENARD E. SCHWARTZER
JEANETTE E. McPHERSON
Attorneys for USA Capital First Trust Deed Fund, LLC and USA Securities, LLC

413457v1

3