Debt Acquisition Company of America
Fiesta Oak Valley Interest Purchased

| # | NAME | PRINCIPAL AMT |
|---|---|---|
| 1 | Bruce H. Corum Trustee of the Credit Shelter | $125,000.00 |
| 2 | David M. Jacobson & Cristina Jacobson Trustee | $100,000.00 |
| 3 | Alan B. Friedman, a single man | $100,000.00 |
| 4 | Albert J. Mineconzo Trustee of the Albert J. | $50,000.00 |
| 5 | Anna S. Knobel Trustee of the 1996 Knobel Tru | $150,000.00 |
| 6 | Benjamin J. Solomon & Margaret C. Solomon Tru | $250,000.00 |
| 7 | Charles Sass | $50,000.00 |
| 8 | Daniel C. Barcia, a married man dealing with | $50,000.00 |
| 9 | David Joyce, a married man dealing with his s | $75,000.00 |
| 10 | Donald H. Forbes & Raquel R. Forbes Trustees | $50,000.00 |
| 11 | Dorothy Ellis, a single woman | $40,000.00 |
| 12 | Edward Roldan and Stephanie K. Roldan, husban | $100,000.00 |
| 13 | First Savings Bank Custodian For Herbert R. H | $50,000.00 |
| 14 | Gazella Teague Trustee of the Gazella Teague | $50,000.00 |
| 15 | Gregory D. Yonai Trustee of the Gregory D. Yo | $50,000.00 |
| 16 | James D. Gillmore & Lynn M. Gillmore Trustees | $50,000.00 |
| 17 | James N. Nicksick & Z. Kay Nicksick Trustees | $50,000.00 |
| 18 | Jill Chioino & John Choe, husband & wife, as | $75,000.00 |
| 19 | John Borkoski & Kathleen Borkoski, husband & | $50,000.00 |
| 20 | Karryn Rae Sherman Trustee of the Jeanne Heat | $50,000.00 |
| 21 | Kenneth D. Coxey & Valerie Coxey Trustees of | $100,000.00 |
| 22 | Leonard Baker & Barbara Baker Co-Trustees of | $50,000.00 |
| 23 | Leslie F. Kerns & Alma D. Kerns, husband & wi | $50,000.00 |
| 24 | Mario M. Lommori & Clarice E. Lommori Trustee | $50,000.00 |
| 25 | Mary Monica Cady | $50,000.00 |
| 26 | Richard A. Helmberger & Genene M. Helmberger, | $100,000.00 |
| 27 | Robert L. Hansen & Patricia S. Hansen, husban | $50,000.00 |
| 28 | Robert Lundberg, a married man dealing with h | $65,000.00 |
| 29 | Robert T Chylak & Barbara M Chylak Trustees o | $60,000.00 |
| 30 | Rocklin/Redding LLC | $1,000,000.00 |
| 31 | Stefan R. Cavin, an unmarried man | $50,000.00 |
| 32 | Teri L. Melvin, a single woman | $100,000.00 |
| 33 | Tina K.L. Low Wood Trustee of the Wood Family | $50,000.00 |
| 34 | X-Factor, Inc., a Nevada corporation | $150,000.00 |

*MERLIN FALCON PARTNERS LP*

| # | NAME | PRINCIPAL AMT |
|---|---|---|
| 35 | A I G Limited, A Nevada Limited Partnership | $50,000.00 |
| 36 | Charles E. Johnson & Janet P. Johnson, husban | $100,000.00 |
| 37 | Daniel D. Newman Trustee of the Daniel D. New | $50,000.00 |
| 38 | David A. Souza & Elizabeth M. Souza, husband | $100,000.00 |
| 39 | Lawrence A. Kirkham & Kathleen B. Sanginiti T | $50,000.00 |
| 40 | Lynda L. Pinnell Trustee of the Lynda L. Pinn | $75,000.00 |
| 41 | Michael D. Stewart & Mary Jude Stewart | $50,000.00 |
| 42 | Robert A. Schell & Ruth M Schell Trustees of | $50,000.00 |
| 43 | Terry Markwell & Christiane Markwell Trustees | $150,000.00 |
| 44 | Philip A. Palmintere & Nanci S. Palmitere Trustees of the Palminte | $50,000.00 |
| 45 | Ardis Weible & Dean F. Weible Co-Trustees of the Weible 1981 T | $100,000.00 |
| 46 | Norman Teeter, a single man | $82,000.00 |
| 47 | Robert G. Teeter, an unmarried man | $60,000.00 |
| 48 | Saul Roisentul & Ilene Roisentul Trustees of the Roisentul Family | $50,000.00 |
| 49 | First Savings Bank Custodian for Louise Teeter IRA | $60,000.00 |
| 50 | Tad Stephen & Diane Stephen, Husband & Wife as joint tenants w | $50,000.00 |
| 51 | Larry E. Colborn and Loretta A. Colborn, trustees for the Colborn | $50,000.00 |
| | *Sum:* | *$4,667,000.00* |

Exhibit 9 Page 1 of 1