When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121



DOC # 2006-0293509
04/24/2006 08:00A Fee:33.00
Page 1 of 9
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|-----|------|-------|-----|-------|
|   |   |   | 9    |      |     |      |       |     |       |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

# ASSIGNMENT OF BENEFICIAL INTEREST
# IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **California National Bank custodian for benefit of the Jay S. Stein IRA** ("Assignee"), One Hundred Percent (100%) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated June 15, 2004 executed by **Oak Mesa Investors, LLC** as Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on June 17, 2004 as Instrument No. 04-467495 in the Official Records of Riverside County, California and recorded o June 18, 2004 as Instrument No. 04-435051 in the Official Records of San Bernardino County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 21st day of December, 2005.

**ASSIGNOR:** William E. Hansen & Kathleen Hansen, husband & wife, as joint tenants with right of survivorship

_____            _____
William E. Hansen                        Kathleen Hansen

STATE OF __NV__                )
                              ) ss.
COUNTY OF __Washoe__          )

On __12/21__, 2005, before me, __P Lombardi__, a Notary Public in and for said State, personally appeared **William E. Hansen** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

(Seal)

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

**Exhibit 8 Page 1 of 9**

STATE OF _NV_ )
                     ) ss.
COUNTY OF _Washoe_ )

On _12/21_, 2005, before me, _P Lombardi_, a Notary Public in and for said State, personally appeared **Kathleen Hansen,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_P. Lombardi_
        Signature

(Seal)

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 02-75719-2 - Expires June 12, 2006

**Exhibit 8 Page 2 of 9**

# EXHIBIT "A"
## LENDERS

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| Liberty Resource Management Corp., a Pennsylvania company | $200,000.00 |
| Deane Albright & Casey Persing Trustees of the Albright Persing & Associates Profit Sharing Plan | $100,000.00 |
| First Savings Bank Custodian For Harvey Alderson IRA | $50,000.00 |
| Robert L. Allgeier & Donna L. Allgeier Trustees of the R. L. Allgeier Family Trust dated 10/4/97 | $105,000.00 |
| AIG Limited, a Nevada Limited Partnership | $50,000.00 |
| Elizabeth J. Annin Trustee of Annin Family Trust | $50,000.00 |
| Rod Arbogast & Donna Arbogast Trustees of the Arbogast Family Trust | $500,000.00 |
| Bert E. Arnlund Trustee of the Bert E. Arnlund Charitable Remainder Unitrust dated 12/31/01 | $100,000.00 |
| B.E.A. Family, Inc., a Nevada corporation | $50,000.00 |
| X-Factor, Inc., a Nevada corporation | $150,000.00 |
| Helen T. Bahneman | $100,000.00 |
| Leonard Baker & Barbara Baker Co-Trustees of the Leonard Baker & Barbara Baker Revocable Trust | $50,000.00 |
| Daniel C. Barcia, a married man dealing with his sole & separate property | $50,000.00 |
| Denise L. Barzan, a married woman dealing with her sole & separate property & Barbara Snelson, a married woman dealing with her sole & separate property, as joint tenants with the right of survivorship | $50,000.00 |
| Jack J. Beaulieu Trustee of the Jack J. Beaulieu Revocable Living Trust dated 9/1/94 | $400,000.00 |
| Bay Area Capital, LLC, an Oregon limited liability company | $55,000.00 |
| Stanley Belnap & Gloria Belnap, husband & wife, as joint tenants with right of survivorship | $150,000.00 |
| Russell M. Blood & Judy A. Blood Trustees of the Blood Family Trust dated 5/18/99 | $50,000.00 |
| William Bolding & Carolyn Bolding, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Judy A. Bonnet, an unmarried woman | $100,000.00 |
| John S. Borkoski & Kathleen Borkoski, husband & wife, as joint tenants with rights of survivorship | $50,000.00 |
| Marshall J. Brecht & Janet L. Brecht Trustees of the Marshall J. Brecht Trust dated 2/5/86 | $125,000.00 |
| June F. Brehm, an unmarried woman | $50,000.00 |
| Robert W. Browne & Muriel L. Browne Trustees of the Browne 1990 Family Trust dated 6/11/90 | $100,000.00 |
| Paul Bruggemans | $200,000.00 |
| First Savings Bank Custodian For Edward Burgess IRA | $130,000.00 |
| Mary Monica Cady | $50,000.00 |
| Doyne J. Carson & Elsie L. Carson Trustees of the Carson Family Trust dated 11-19-04 | $50,000.00 |
| Stefan R. Cavin, an unmarried man | $50,000.00 |
| Barbara A. Cecil, a married woman dealing with her sole & separate property | $50,000.00 |
| Kar Sei Cheung, a married woman dealing with her sole & separate property | $50,000.00 |

A - 1

Exhibit 8 Page 3 of 9

Fiesta Oak Valley

| NAME | Amount |
|------|-------:|
| Jill Chioino & John Choe, husband & wife, as joint tenants with right of survivorship | $75,000.00 |
| Robert T Chylak & Barbara M Chylak Trustees of the Robert T Chylak & Barbara M Chylak Family Trust dated 10/30/90 | $60,000.00 |
| Larry E. Colborn & Loretta A. Colborn Trustees for the Colborn Revocable Living Trust dated 8/6/90 | $50,000.00 |
| Donald W. Cook Trustee of the Donald W. Cook Trust | $100,000.00 |
| June Cook Trustee of the Alvin Broido Marital Trust U/A dated 4/24/72 | $50,000.00 |
| James B. Corison Trustee of the James B. Corison Trust dated 12/3/98 | $100,000.00 |
| Bruce H. Corum Trustee of the Credit Shelter Trust | $125,000.00 |
| Sam Costanza, Trustee of The Costanza 1987 Decedent's Trust | $50,000.00 |
| Sam Costanza Trustee of the Costanza 1987 Survivor's Trust dated 3/12/87 | $55,500.00 |
| Kevon Cottrell & Karen Cottrell, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Kenneth D. Coxey & Valerie Coxey Trustees of the Coxey Living Trust dated 12/03/98 | $100,000.00 |
| James A. Coy & Margaret G. Coy Trustees of the James A. Coy & Margaret G. Coy Revocable Trust dated 9/27/00 | $50,000.00 |
| Gareth A. R. Craner Trustee of The Gareth A. R. Craner Trust Dtd 6/01/02 | $120,000.00 |
| Jean C. Crowley, an unmarried woman | $50,000.00 |
| Chris Dagiantis Trustee of the Chris Dagiantis Revocable Inter Vivos Trust | $60,000.00 |
| Glenn B. Davis & Bernie S. Davis Trustees of the Davis Revocable Living Trust UA 7/06/88 | $50,000.00 |
| Cynthia G. Davis Trustee of the Cynthia G. Davis Living Trust | $50,000.00 |
| Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $80,000.00 |
| Tracy A. DeBerry, an unmarried man | $50,000.00 |
| DeHart/Hooks, LP a Nevada limited partnership | $50,000.00 |
| Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk, MD, a medical corporation, Employee Benefit Plan Trust | $60,000.00 |
| Eric C. Disbrow Trustee of the Eric C. Disbrow MD Inc. Profit Sharing Plan | $50,000.00 |
| Pat A Dolce & Lora Dean Dolce, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| First Savings Bank Custodian For John C. Dunklee IRA | $200,000.00 |
| Sierra Eye Associates Profit Sharing Plan | $100,000.00 |
| Mark L. Eames & Sandy K. Eames, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| First Savings Bank Custodian For Robert D. Earp IRA | $50,000.00 |
| Dorothy Ellis, a single woman | $40,000.00 |
| First Savings Bank Custodian For Lamberto Eugenio IRA | $100,000.00 |
| Byrne E. Falke Sr. Trustee of the Byrne Falke Living Trust | $125,000.00 |
| Byrne E. Falke Sr. Trustee of the Village Hardware Pension Trust | $125,000.00 |
| Marguerite Falkenborg Trustee of the Marguerite Falkenborg 2000 Trust dated 6/20/00 | $100,000.00 |
| Sierra West, Inc., a Nevada corporation | $50,000.00 |
| William H. Favro & Carol M. Favro Trustees of the Favro Trust dated 9/14/00 | $60,000.00 |
| Paul Fedrizzi & Jane E. Fedrizzi, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| James Feeney Trustee of the E & M Hardware Profit Sharing Plan | $200,000.00 |
| Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/84 | $50,000.00 |
| First Savings Bank Custodian For Lynn Fetterly IRA | $125,000.00 |
| Daniel K. Fix & Barbara J. Fix Trustees of the Daniel K. Fix & Barbara J. Fix Family Trust | $50,000.00 |
| Dennis Flier Trustee of the Dennis Flier, Inc. Defined Benefit Trust dated 6/29/87 | $130,000.00 |

A - 2

**Exhibit 8 Page 4 of 9**

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| Dennis Flier & Carol Flier Trustees of the Flier Family Trust dated 1/21/98 | $50,000.00 |
| Donald H. Forbes & Raquel R. Forbes Trustees of the Forbes Revocable Trust dated 9/18/03 | $50,000.00 |
| Tomie S. Ford, an unmarried woman | $60,000.00 |
| James W. Forsythe & Earlene M. Forsythe, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Judith L. Fountain Trustee of the Judith L. Fountain Irrevocable Trust dated 08/26/97 | $250,000.00 |
| Alan B. Friedman, a single man | $100,000.00 |
| Barry Gambarana, an unmarried man | $50,000.00 |
| Aylene Geringer and Mark Zipkin, husband and wife, as joint tenants with the rights of survivorship | $75,000.00 |
| James D. Gillmore & Lynn M. Gillmore Trustees of the James D. Gillmore & Lynn M. Gillmore Living Trust dated 2/2/05 | $50,000.00 |
| Sylvia M. Good Successor Trustee under the Sylvia M. Good Survivor's Trust established under the Sam Good Family Trust dated 6/25/86 as amended & restated 3/14/91 | $50,000.00 |
| Kenneth R. Greene & N. Dean Greene, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Erna D. Grundman, an unmarried woman & Joanne M. Grundman, a single women, as joint tenants with right of survivorship | $50,000.00 |
| Suzanne M. Halvorson Trustee of the Suzanne M. Halvorson Trust dated 3/21/03 | $50,000.00 |
| Gloria W. Handelman and Jim Handelman, wife and husband, as joint tenants with the right of survivorship | $800,000.00 |
| Robert L. Hansen & Patricia S. Hansen, husband & wife, as joint tenants with the right of survivorship | $50,000.00 |
| Ronald W. Harford and Dora D. Harford Trustees of the Harford Family Trust dated 10/15/1993 | $50,000.00 |
| Paul Hargis & Susan Gail Hargis, husband & wife, as joint tenants with right of survivorship | $125,000.00 |
| First Savings Bank Custodian For Herbert R. Heider IRA | $50,000.00 |
| Richard A. Helmberger & Genene M. Helmberger, joint tenants with right of survivorship | $100,000.00 |
| Donald L. Hess, an unmarried man & Kay J. Hart, an unmarried woman, as joint tenants with right of survivorship | $50,000.00 |
| First Trust Co. Of Onaga Custodian for Hamilton High IRA | $50,000.00 |
| First Trust Co. Of Onaga Custodian For Brenda High IRA | $82,000.00 |
| William J. Hinson, Jr., an unmarried man | $50,000.00 |
| Delwin C. Holt, an unmarried man | $50,000.00 |
| Athanasios N. Iordanou & Rebecca Iordanou, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| David M. Jacobson & Cristina Jacobson Trustees of the Jacobson Family Trust dated 2/13/97 | $100,000.00 |
| Walter M. Jagodzinski & Jacqueline F. Jagodzinski Trustees of the Walter Jagodzinski Family Trust dated 10/31/90 | $100,000.00 |
| Charles E. Johnson & Janet P. Johnson, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| David Joyce, a married man dealing with his sole & separate property | $75,000.00 |
| K. Ken Kaneda & Brigitte Arend-Kaneda Trustees of the Kaneda Living Trust dated 5/30/02 | $50,000.00 |
| Russell E. Karsten Trustee of the Karsten 1987 Trust | $200,000.00 |

A - 3

**Exhibit 8 Page 5 of 9**

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| Arthur E. Kebble & Thelma M. Kebble Trustees of the Arthur E. Kebble & Thelma M. Kebble Family Trust dated 5/19/95 | $50,000.00 |
| First Savings Bank Custodian For Frank C. Kendrick IRA | $70,000.00 |
| Leslie F. Kerns & Alma D. Kerns, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Frederick W. Kewell II, Trustee of the Barbara J. Kewell Trust dated 7/18/89 | $100,000.00 |
| Clawiter Associates, LLC, a California limited liability company | $50,000.00 |
| Edward H. Kim, an unmarried man | $50,000.00 |
| Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000.00 |
| Anna S. Knobel Trustee of the 1996 Knobel Trust dated 9/5/96 | $150,000.00 |
| Guenther A. Kohler & Elfriede Kohler Trustees of the 1989 Kohler Living Trust dated 6/13/89 | $75,000.00 |
| Ruth A. Kuester Trustee of the Ruth A. Kuester Trust dated 1/29/91 | $115,000.00 |
| Nancy N. LaFleur, A Married Woman, Transfer on Death to Stephen M. LaFleur and James R. LaFleur Jr. | $100,000.00 |
| Sidney L. Larson & Ruth Ann Larson Trustees of the Larson Family Trust dated 6/19/94 | $50,000.00 |
| Han K. Lee & Carol L. Lee, husband & wife, as joint tenants with the right of survivorship | $50,000.00 |
| Larry D. Lehrmann & Kathleen F. Lehrmann Trustees of the Lehrmann Family Trust dated 4/19/96 | $75,000.00 |
| Robert Levy & Renee Levy Trustees of the RNR Living Trust dated 10/1/04 | $50,000.00 |
| Gerald Lewis & Judith J. Lewis, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| James H. Lidster & Phyllis M. Lidster Trustees of the James H. Lidster Family Trust dated 1/20/92 | $50,000.00 |
| Mario M. Lommori & Clarice E. Lommori Trustees of the Lommori Family Trust dated 4/12/93 | $50,000.00 |
| Robert S. Louis and Rose M. Louis, Trustees of The Robert S. Louis and Rose M. Louis Family Revocable Living Trust dated 4/22/05 | $50,000.00 |
| Robert Lundberg, a married man dealing with his sole & separate property | $65,000.00 |
| John M. Luongo & Gloria Luongo, husband & wife, as joint tenants with right of survivorship payable on death to Stephanie Luongo | $50,000.00 |
| B. Sue Luthi Trustee of the B. Sue Luthi Trust dated 7/9/97 | $60,000.00 |
| Rogie C. Madlambayan, a single man | $100,000.00 |
| Marie A. Maki & Raymond E. Maki, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Martin L. Manning, a married man dealing with his sole & separate property | $50,000.00 |
| Lily Markham, a married woman dealing with her sole & separate property & Irene Anne Markham-Tafoya, a married woman dealing with her sole & separate property | $50,000.00 |
| Terry Markwell & Christiane Markwell Trustees of the Markwell Family Trust | $150,000.00 |
| J V Marrone Trustee for the benefit of The J V Marrone Revocable Trust dated 12/12/95 | $50,000.00 |
| V. R. Marrone & Reba F. Marrone Trustees of the V. R. & Reba F. Marrone Trust dated 10/22/01 | $50,000.00 |
| First Savings Bank Custodian For Bobbie Marrs IRA | $50,000.00 |
| First Savings Bank Custodian For Martin W. McColly IRA | $55,000.00 |
| First Savings Bank Custodian For Carmen G. McColly IRA | $62,000.00 |
| Randi E. McHugh | $50,000.00 |
| William T. McHugh | $100,000.00 |

**Exhibit 8 Page 6 of 9**

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| Harry B. McHugh Trustee of the Harry B. McHugh Revocable Trust dated 3/12/01 | $90,000.00 |
| Dale J. McMullan Trustee of the McMullan Living Trust dated 8/19/94 | $50,000.00 |
| Teri L. Melvin, a single woman | $100,000.00 |
| Robert D. Mierau & Sandra J. Mierau Trustees of the Mierau Living Trust dated 9/14/98 | $50,000.00 |
| Connie Mihos & Ivan Loebs, wife & husband, as joint tenants with right of survivorship | $50,000.00 |
| Barbara Reiss Miller Trustee of the Barbara Reiss Miller Revocable Living Trust dated 2/4/03 | $50,000.00 |
| Albert J. Mineconzo Trustee of the Albert J. Mineconzo Living Trust 11/4/97 | $50,000.00 |
| Douglas Minter & Elizabeth F. Minter Trustees of the Minter Family 1994 Trust | $50,000.00 |
| Monighetti, Inc., a Nevada corporation | $100,000.00 |
| Ronald K. Montesano Trustee for the benefit of The Underpass Trust | $50,000.00 |
| Arthur B. Moore, an unmarried man | $60,000.00 |
| Adelaide L. Moschogianis & Christine Moschogianis Trustees of the Al Moschogianis Revocable Trust dated 11/30/04 | $50,000.00 |
| Anne Marie Mueller Trustee of the Anne Marie Mueller Trust | $50,000.00 |
| Laura Anne Taylor Mulkey | $175,000.00 |
| Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | $50,000.00 |
| James N. Nicksick & Z. Kay Nicksick Trustees of the Nicksick Family Trust dtd 3/19/98 | $50,000.00 |
| Annie Omaye & Stanley Omaye Trustees of the Omaye 1990 Trust | $50,000.00 |
| Philip A. Palmintere & Nanci S. Palmintere Trustees of the Palmintere Revocable Trust dated 6/19/98 | $50,000.00 |
| Charles Lebron Parker & Mary Jane Parker, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Bill Penn & Isa Penn Trustees of the Penn Family Trust dated 1/20/90 | $87,000.00 |
| Michael Percy & Carol Percy Trustees of the Percy Family Trust U/A 9/28/99 | $150,000.00 |
| Eric S. Perlman, an unmarried man | $50,000.00 |
| Perlman Investment Partners, L.P., a California limited partnership | $150,000.00 |
| Nicholas Perrone Trustee of the Nicholas Perrone Trust dated 7/12/99 | $90,000.00 |
| Robert D. Phillips, an unmarried man | $120,000.00 |
| Lynda L. Pinnell Trustee of the Lynda L. Pinnell Living Trust dated 7/24/00 | $75,000.00 |
| Ali Pirani, a married man as his sole and separate property | $100,000.00 |
| Colleen Poindexter, an unmarried woman | $50,000.00 |
| Stephen B. Polacheck Trustee of the Polacheck & Associates, Inc. Profit Sharing Plan dated 2/20/73 | $100,000.00 |
| Jack Polen Trustee of the Jack & Gladys Polen Family Trust dated 6/28/88 | $50,000.00 |
| Donald E. Redmon & Jaylyle Redmon Trustees of the Donald E. Redmon & Jaylyle Redmon Family Trust dated 10/31/95 | $50,000.00 |
| First Savings Bank Custodian For Manuel G. Rice IRA | $62,000.00 |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $100,000.00 |
| Rachel Riehle, an unmarried woman | $100,000.00 |
| Joseph N. Rizzuto & Dorothy Rizzuto Trustees of the Joseph N. Rizzuto Family Trust dated 4/24/89 | $50,000.00 |
| Cassandra J. Robbins, an unmarried woman | $60,000.00 |
| George A. Roberts & Sharon D. Roberts Trustees of the Roberts Trust dated 3/11/03 | $400,000.00 |
| Saul Roisentul & Ilene Roisentul Trustees of the Roisentul Family Trust | $50,000.00 |
| Edward Roldan and Stephanie K. Roldan, husband and wife as joint tenants with the right of survivorship | $100,000.00 |

A - 5

Exhibit 8 Page 7 of 9

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| David Rosner Trustee of the David Rosner Revocable Trust dated 01/05/2005 | $50,000.00 |
| Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/90 | $50,000.00 |
| Steven G. Sapourn, a married man dealing with his sole & separate property | $65,000.00 |
| Charles Sass | $50,000.00 |
| Howard C. Sayler & Phyllis L. Sayler Trustees of the Sayler Family Trust dated 9/2/98 | $75,000.00 |
| Robert A. Schell & Ruth M Schell Trustees of the Schell Family Trust dated 8/21/92 | $50,000.00 |
| Karryn Rae Sherman Trustee of the Jeanne Heater Trust II | $50,000.00 |
| Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Herbert Slovis, a single man  & Julie B. Slovis, a single woman as joint tenants with right of survivorship | $100,000.00 |
| Edwin L. Snelson & Barbara Snelson, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Rocklin/Redding LLC | $1,000,000.00 |
| Benjamin J. Solomon & Margaret C. Solomon Trustees of the Solomon Family Living Trust dated 3/12/93 | $250,000.00 |
| David A. Souza & Elizabeth M. Souza, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| William M. Spangler & Jean A. Spangler, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 6/11/92 | $125,000.00 |
| Brett W. Sperry, an unmarried man | $200,000.00 |
| California National Bank custodian for benefit of the Jay S. Stein IRA | $100,000.00 |
| Roy M. Stephen & Carol J. Stephen Trustees of the Stephen Family Trust dated 3/22/84 | $50,000.00 |
| Tad Stephen & Diane Stephen, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Joseph Sterling & Theresa Sterling Trustees of the Sterling Family Trust dated 6/14/02 | $50,000.00 |
| Bert A. Stevenson Trustee of the Dalton Trust dated 1/7/94 | $60,000.00 |
| Michael D. Stewart & Mary Jude Stewart Trustees of the Stewart Family Trust dated 1/15/98 | $50,000.00 |
| James C. Still, a married man dealing with his sole & separate property | $50,000.00 |
| David Stoebling Trustee of the Stoebling Family Trust 075400958 | $50,000.00 |
| Robert A. Susskind, an unmarried man | $75,000.00 |
| Leland K. Swanson Trustee of the Alvin M. Swanson & Grace E. Swanson Living Trust dated 7/26/01 | $180,000.00 |
| Sovereign Capital Advisors, LLC, a Nevada limited liability company | $150,000.00 |
| Sharon D. Tarpinian Trustee of the Sharon D. Tarpinian Revocable Living Trust dated 12/17/2002 | $130,000.00 |
| Gazella Teague Trustee of the Gazella Teague Living Trust | $50,000.00 |
| Norman Teeter, a single man | $82,000.00 |
| Robert G. Teeter, an unmarried man | $60,000.00 |
| First Savings Bank Custodian For Louise Teeter IRA Rollover | $60,000.00 |
| David M. Thatcher, a single man | $50,000.00 |
| Daryl D. Thompson Trustee of the Thompson 1993 Trust dated 1/26/93 | $550,000.00 |
| Sterling Tom Trustee of the Tom Trust | $50,000.00 |
| Sigmund L. Tomczak & Diana Tomczak Trustees of the Tomczak Family Trust dated 4/25/83 | $150,000.00 |
| Gerry Topp, a married man dealing with his sole & separate property | $50,000.00 |
| Augustine Tuffanelli Trustee of the Augustine Tuffanelli Family Trust dated 7/26/94 | $50,000.00 |
| Shirley Jean Tuffanelli Trustee of the Shirley Jean Tuffanelli Trust dated 6/18/91 | $50,000.00 |

A - 6

**Exhibit 8 Page 8 of 9**

Fiesta Oak Valley

| NAME | Amount |
|---|---|
| Pensco Trust Company Inc. Custodian For Robert William Ulm IRA | $50,000.00 |
| Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05 | $50,000.00 |
| Benedict E. Urban & Roselyn N. Urban Trustees of The Benedict E. Urban & Roselyn N. Urban Family Trust dated 2/3/04 | $50,000.00 |
| USA Commercial Mortgage Company | $9,500.00 |
| Gloria Valair, a single woman | $50,000.00 |
| Donald E. Virts & Patricia Virts Trustees of the Virts Revocable Living Trust | $60,000.00 |
| Frank Wasko, a single man | $50,000.00 |
| Ardis Weible & Dean F. Weible Co-Trustees of the Weible 1981 Trust dated 6/30/81 | $100,000.00 |
| William D. Wickland & Victoria R. Wickland, husband & wife, as joint tenants with right of survivorship | $200,000.00 |
| Tina K.L. Low Wood Trustee of the Wood Family Trust dated 9/29/98 | $50,000.00 |
| Gregory D. Yonai Trustee of the Gregory D. Yonai Family Trust | $50,000.00 |
| Judy S. Young, an unmarried woman | $100,000.00 |
| David L. Zwarg & Cara D. Zwarg, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| *Exhibit 'A' for  227 people with a total $ value of* | $20,500,000.00 |

A-7

**Exhibit 8 Page 9 of 9**