# Silvia Lukes

**From:** Silvia Lukes
**Sent:** Tuesday, January 02, 2007 10:20 AM
**To:** 'Maggie Stone'
**Subject:** Assignments include all accrued interest

Maggie:

I also wanted to add that our assignments are not only for the principle, but also for all the accrued interest for each assignment. We have provided you with copies of the assignments on a weekly basis, thus we ask that you provide a reconciliation of what is included in each of the assignments. The statements we have received to date have not included the accrued interest and have been extremely difficult to reconcile.

Also, Mitch Siegler at Pathfinder Partners should have already provided you with a copy of the assignment of the Bay Pompano interest. I have asked him to email you one as well.

Thank you,

Silvia Lukes

# Silvia Lukes

**From:** Silvia Lukes
**Sent:** Tuesday, January 30, 2007 3:18 PM
**To:** 'Maggie Stone'; 'molson@usacapitalcorp.com'
**Subject:** Monthly Investor History Reports

Maggie/Mark:

I would like to state that we dispute the interest earned as well as the loan service fee shown on the monthly investor history reports once again. As previously stated, DACA has been assigned the investment amounts along with the accrued interest.

Please update your records.

Thank you,


**Silvia Lukes**
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone:  619-220-8900 x 110
              800-400-5033 x 110
Facsimile:  619-220-8112
Website: www.daca4.com

## Silvia Lukes

**From:** Tan, Ching Wei [ctan@mesirowfinancial.com]
**Sent:** Friday, March 30, 2007 6:04 AM
**To:** Silvia Lukes
**Subject:** RE: DACA Assignments

Thanks Silvia.


**Ching Wei Tan**
Vice President

**Mesirow Financial Consulting**
666 Third Avenue
New York, NY 10017
v 212-808-8358
f 212-682-5015
e ctan@mesirowfinancial.com

---

**From:** Silvia Lukes [mailto:slukes@daca4.com]
**Sent:** Thursday, March 29, 2007 6:40 PM
**To:** Steele, Sarah; Tan, Ching Wei
**Subject:** DACA Assignments

Sarah/Ching:

As requested, attached you shall find our lists of all the assigned beneficial interests and unsecured claims. Please note that the beneficial interest includes *all* accrued interest, late fees any any other rights of payment. Apparently, this has not been included in the statements we have received to date from USA Capital.

Regards,


*Silvia Lukes*
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone:  619-220-8900 x 110
            800-400-5033 x 110
Facsimile:  619-220-8112
Website: www.daca4.com