E-Filed on April 17, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile  (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                          Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                          Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                          Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that USACM Liquidating Trust has filed:

> **Proof of Service of Subpoena for Rule 2004 Examination by Acceptance of Service by Brian C. Walsh for Bryan Cave, LLP – St. Louis (Exhibit A Attached).**

113860-1

DATED: April 17, 2007

**LEWIS AND ROCA LLP**

By: /s/ *Rob Charles* (#6593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169-5996

*Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

-and-

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

By: /s/ *Eric D. Madden* (pro hac vice)
    Allan B. Diamond, TX 05801800 (pro hac vice)
    William T. Reid, IV, TX 00788817 (pro hac vice)
    Eric D. Madden, TX 24013079 (pro hac vice)
    1201 Elm Street, 34th Floor
    Dallas, Texas 75270

*Special Litigation Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

113860-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DISTRICT

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| USA COMMERCIAL MORTGAGE ) | Case No. BK-S-06-10725 LBR |
| COMPANY, et al., ) | (District of Nevada) |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| BRYAN CAVE LLP, ) | |
| ) | |
| Movant, ) | |
| ) | |
| V. ) | Misc. Action No. 07-401-A659 |
| ) | |
| USACM LIQUIDATING TRUST, by and ) | |
| through its Trustee, GEOFFREY L. ) | |
| BERMAN, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| USA SECURITIES, LLC, USA ) | |
| COMMERCIAL MORTGAGE ) | |
| COMPANY, USA CAPITAL ) | |
| DIVERSIFIED TRUST DEED FUND, ) | |
| LLC, USA CAPITAL FIRST TRUST ) | |
| DEED FUND, LLC, USA CAPITAL ) | |
| REALTY ADVISORS, LLC, USA ) | |
| INVESTMENT PARTNERS, LLC, ) | |
| JOSEPH D. MILANOWSKI, and JOHN ) | |
| DOES 1-5 (unknown principals of USA ) | |
| Investment Partners, LLC), ) | |
| ) | |
| Additional Interested Parties. ) | |
| _____) | |

### ACCEPTANCE OF SERVICE

I, Brian C. Walsh, am duly authorized to accept service of process on behalf of Bryan Cave LLP in the above captioned matter. I hereby acknowledge receipt of the Subpoena for


EXHIBIT A

Rule 2004 Examination (dated March 16, 2007) and do accept service of process on behalf of

Bryan Cave LLP.

DATED: April 16, 2007

*[signature]*
BRIAN C. WALSH

113686v1