Edward Kline
In Pro Per
9932 Arbuckle Dr.
Las Vegas, Nevada 89134
Tel: (702)256 6439

RECEIVED AND FILED

2007 APR 15  A II: 08

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>*Objection*<br><br>**AMENDED NOTICE OF HEARING REGARDING SEVENTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS**<br><br>Hearing Date:  April 26, 2007<br>Hearing Time:  9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

I, Edward Kline, in Pro Per, am filing an objection to

the above ----- "AMENDED NOTICE OF HEARING REGARDING

SEVENTEENTH OMNIBUS OBJECTION OF USA COMMERCIAL MORTGAGE

COMPANY TO CLAIMS ASSERTING SECURED STATUS).

As a Direct Lender to Fox Hills 216 LCC, I oppose this petition to absolve USACM Liquidating Trust of USAMC's responsibilty as a beneficiary ie holding my Power of Attorney to administer this loan. To remove themselves from this responsibility leaves no one to notify the Trustees of default by the Borrower or to order the Trustee to foreclose. I am not allowed to act in the above by orders of the Bankruptcy Court, which leaves me in a more precarious position.

This action by the Liquidating Trust is premature in that this loan has not been paid, resolved, or con- cluded. USACM has been paid for a year to do this.  It was reported in one open meeting that USACM had settled several loans and was making sufficient progress to continue to negotiate with Debtors.  USACM also requested over $200,000 to hire a Company to appraise these properties. They also requested secrecy in their negotiations in order to make further progress. Even though they were given these tools, Ihave not heard of any progress, nor received any of the $294,000,000 USACM has claimed to have received.

The Lenders Committee previously appointed by the Court has been compossed of large investors only and apparently USACM has made progress in resolving those larger loans. The largest loan in Fox Hills is $500,000, and I assume that little has been done by USACM to administer, appraise, negotiate, Notify Trustee to Foreclose, etc., to resolve this loan.

(2)

Therefore I hope that USACM is kept in its fiduciary responsibility until the loan has been repaid, foreclosed or adjudicated. USACM does not warrant to be absolved of its responsibilities to the 292 lenders in this loan.

In addition, attorneys for this Liquidating Trust have received all papers filed by me on 10/10/06, which I am again including in this petition to the Court which constitutes **"Proof of Claim"**. The court should note that USACM prepared the "Promissory Note Secured by Deed of Trust", "Deed of Trust, Assignment of Rent, etc", and "Loan Agreement" acting as a legal agent for the Lenders including their own benefits if there is a default or delinquency of payments.

USACM claims to have no assets, but it has received substantial fees in collecting $295,000,000 plus fees, etc collected in this past year.

*Edward Kline*

(3)

# PROOF OF CLAIM

| Name of Debtor: MARGARITA ANNEX | Case Number: 06-10725-LBR |
|---|---|

**NOTE: See Reverse for List of Debtors and Case Numbers.**
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

▆▆▆▆▆▆▆▆▆▆▆  11321241000504
EDWARD KLINE & LEAH KLINE FAMILY TRUST
DATED 7/9/81
C/O EDWARD KLINE AND LEAH KLINE TRUSTEES
9932 ARBUCKLE DR
LAS VEGAS NV 89134-7530

Creditor Telephone Number (702) 256 6438

Last four of account or other number by which creditor identifies debtor:
102  MARGARITA ANNEX

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Check here ☐ replaces  ☐ or  ☐ amends  a previously filed claim dated: _____
if this claim

**1. BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed from: _____ to _____ (date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 7/27/04

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $ 1,0,000
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (____).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ _____ $ 105,000 $ _____ $ 105,000
(unsecured) (secured) (priority) (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 10 2006

| DATE 10/1/06 | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Edward Kline Edward Kline, Trustee |
|---|---|

USA CMC
1072500547

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Proof of Claim

## Packet Contents

1. Proof of Claim form
2. Receipt of investment in Fox Hills
3. List of interest due to Creditor
4. Copy of Deed of Trust from Fox Hill
5. List of Contributors
6. Previously filed "Feedback" forms
7. Self addressed envelope & copy of Claim form



February 1, 2006

Edward Kline and Leah Kline Trustees of the Edward Kline & Leah Kline Family Trust dated 7/9/91
Edward Kline
9932 Arbuckle Drive
Las Vegas, NV 89134

Dear Edward,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $100000 in the **Foxhill 216, LLC** loan was funded on 01-26-06. You will start earning interest from 01-26-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

April 15, 2006

Re:    Fox Hills 216, LLC

Dear Investors:

Enclosed are copies of the Loan Agreement, Promissory Note, Deed of trust recorded in Merced County and Deed of Trust recorded in Fresno county in the above-referenced loan for your records.

If you have any questions or need additional information, please contact your broker. Thank you for your prompt attention to this matter. If you should have any questions regarding your investment, please contact your broker in the Las Vegas office (888) 921-8009, the Incline Village office (775) 833-2233 or the Reno office (866) 851-8180.

Very truly yours,

*USA CAPITAL*

Enclosures

v.1 Rev. 8/04

INTEREST  DUE  TO  CREDITOR
Fox Hills

| | | |
|---|---|---|
| 3/1/06 — 3/30/06 | | 1000 |
| 4/12/06 | 4/30/06 | 600 |
| 5/1/06 | 5/31/06 | 1000 |
| 6/1/06 | 6/30/06 | 1000 |
| 7/1/06 | 7/30/06 | 1000 |
| 8/1/06 | 8/30/06 | 1000 |
| | | 5600 |

38

FRESNO County Recorder
Robert C. Werner
DOC- 2006-0033404
Acct 2-Chicago Title Company
Wednesday, FEB 15, 2006 08:00:00
Ttl Pd  $179.00          Nbr-0002099173
                                    JZG/R2/3-38

When Recorded, Return To:
Goold Patterson Ales & Day
4496 South Pecos Road
Las Vegas, NV 89121
Attn: Bryan Day

## DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

THIS DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING ("Deed of Trust"), made this 23rd day of January, 2006, by and between Fox Hills Fresno Slough, LLC, a California limited liability company ("Trustor"), Fidelity National Title Insurance Company ("Trustee"), and those persons listed on Exhibit "A" attached hereto ("Beneficiary"). Capitalized terms used herein and not otherwise defined herein are used with the meanings set forth in that certain Loan Agreement ("Loan Agreement") of even date herewith between Trustor and Beneficiary.

### WITNESSETH:

That for good and valuable consideration, including the indebtedness herein recited and the trust herein created, the receipt of which is hereby acknowledged, and for the purpose of securing, in such priority as Beneficiary may elect, each of the following:

1.  The due, prompt and complete payment, observance, performance and discharge of each and every obligation, covenant and agreement contained in that certain Promissory Note of even date herewith in the initial principal amount of Twenty Five Million Seven Hundred Fifty-five Thousand Dollars ($25,755,000.00) (the "Note"), together with interest thereon specified therein, executed by Trustor and Fox Hills 216, LLC, a California limited liability company, Fox Hills 99, LLC, a California limited liability company, Fox Hills 50, LLC, a California limited liability company, Fox Hills Nursery, LLC, a California limited liability company, Fox Hills Mitigation, LLC, a California limited liability company (collectively "Co-Borrower"), as maker, to the order of Beneficiary and any and all modifications, extensions or renewals thereof, whether hereafter evidenced by the Note or otherwise, and whether advanced now or in the future; and

2.  The payment of all other sums, with interest thereon at the rate of interest provided for herein or in the Note, becoming due or payable under the provisions of this Deed of Trust, the Loan Agreement or any other instrument or instruments heretofore or hereafter executed by Trustor having reference to or arising out of or securing the indebtedness represented by the Note; and

1

See Page 31
List of Lenders #143



**USA COMMERCIAL MORTGAGE COMPANY ("USACM")**
**Account Statement Feedback Form**

USACM mailed new account statements for all Direct Lenders on July 10, and account statements for Fund members on July 11. We have made an extraordinary effort to be 100% accurate in our loan-by-loan and account-by-account reconciliation, but we recognize there may be lenders whose records don't match our statements. Print and complete this form to submit concerns you may have with your account statement(s)

If you need additional space, use a separate sheet of paper. You may attach any documentation you feel is necessary to support your concerns. Please remember to retain copies of this form and all documentation sent for your own records.

Vesting Name: _Edward And Leah Kline of the Edward Kline and Leah Kline_
_Family Trust date 7/9/91_

Account No. _FoxHill 216, LLC_    Client ID: _102_

Name of Person Completing Form: _Edward Kline_

Address (Street, City, ST, Zip): _9932 Arbuckle Dr., Las Vegas NV 89134_

Phone Number(s): Home (_702_) _256-6439_    Cell (_—_)

Email Address: _—_

Use the space below (and separate sheets, if necessary) to describe your concern about your new account statement and any action you would like from USACM. Please remember to include the name of any loan(s) referenced in your comments

_Last Statement shows (7/30/04 - 4/12/06) A Surplus_
_of $9. The Last Payment Received by us_
_was on 3/8/06. No Payments were Received_
_After that date. Verifiable by our Bank_
_Statements (Direct Deposit)._
_    Therefore No Payments were made_
_From the Period 3-1-06 Through 4/12/06_
_And Payment Should be due us for_
_That Period of Time. This Account was_
_Not in Arrears_

Signature: _Edward Kline_    Date: _7/25/06_

Mail the completed form to: USA CAPITAL, 4484 S. Pecos Road, Las Vegas, NV 89121. Attn: Investor Relations. Please allow up to 30 days for a response from the date we receive the form

_Copy_
_Sent 7/25/06_



## USA COMMERCIAL MORTGAGE COMPANY ("USACM")
### Account Statement Feedback Form

USACM mailed new account statements for all Direct Lenders on July 10, and account statements for Fund members on July 11. We have made an extraordinary effort to be 100% accurate in our loan-by-loan and account-by-account reconciliation, but we recognize there may be lenders whose records don't match our statements. Print and complete this form to submit concerns you may have with your account statement(s)

If you need additional space, use a separate sheet of paper. You may attach any documentation you feel is necessary to support your concerns. Please remember to retain copies of this form and all documentation sent for your own records.

Vesting Name: _Edward Kline and Leah Kline of the Edward and Leah Kline Family Trust date 7/9/91_

Account No. _Foxhill 216, LLC_        Client ID: _102_

Name of Person Completing Form: _Edward Kline, Trustee_

Address (Street, City, ST, Zip): _9932 Arbuckle Dr, Las Vegas, NV 89134_

Phone Number(s): Home _(702) 256-6439_       Cell (___) ___

Email Address: ___

Use the space below (and separate sheets, if necessary) to describe your concern about your new account statement and any action you would like from USACM. Please remember to include the name of any loan(s) referenced in your comments

_IN RE: Reconciliation Statement as of 6/30/06._
_Your statement shows this loan to be performing,_
_yet the accounting shows it as Non-Performing_
_My accounting shows no payments to us_
_for the months of April, May and June 2006_
_Therefore it should show approximately_
_$1312 x 3 = $3916 owed to us._
_We can verify these non-payments_
_by our Bank Statements (Automatic Deposits)._

Signature: _Edward Kline_                    Date: _7/28/06_

Mail the completed form to: USA CAPITAL, 4484 S. Pecos Road, Las Vegas, NV 89121. Attn: Investor Relations. Please allow up to 30 days for a response from the date we receive the form

_El Segundo, CA_

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BMC GROUP
1330 E FRANKLIN AVE
El SEGUNDo, CA 90245

ATTN: USACM
CLAIMS DOCKETING
CENTER

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_____    10-16-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service)    7006 2150 0004 8082 4425

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| | EL SEGUNDO CA 90245 | $1.35 |
| Postage | $ | |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here

USPS 10/03/2006

7006 2150 0004 2808 4425

Sent To    BMC GROUP
Street, Apt. No.; or PO Box No.    1330 FRANKLIN AVE
City, State, ZIP+4    EL SEGUNDO CA 90245

PS Form 3800, August 2006                See Reverse for Instructions

Name, Address, Bar No., Telephone No. and E-mail Address

RECEIVED AND FILED

E-filed on: _____

2007 APR 16  A II: 13

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

V S A C M    Debtor(s)
_____
*(Name of Plaintiff)*

Plaintiff

vs.

*(Name of Defendant)*

Defendant

Case No. BK ~ 06 ~ 10725 L BR

Chapter ☑7 ☐11 ☐13

Adversary No.: _____

Hearing Date: April 26, 2007
Time: 930 AM

## CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.

1. On 4/16/07 *(date)* I served the following document(s) *(specify):*

OBJECTION TO OBJECTION
MARGARITA ANNEX    BY MAIl.
Edward Klein

1