OPP
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Movant
MAYO FAMILY TRUST

E-Filed On 4/17/07

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>    Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>    Debtor | Date of Hearing: N/A<br>Time of Hearing: N/A |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>    Debtor | Affects:<br>■USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>    Debtor | ☐USA Realty Advisors, LLC<br>☐All Debtors |

## OPPOSITION TO OBJECTION TO PROOFS OF CLAIM

COMES NOW, Secured Creditor, **MONROE and LOUISE MAYO, Trustees of the MAYO FAMILY TRUST("MAYO TRUST")**, by and through their attorney, SUSAN WILLIAMS SCANN, ESQ., of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and opposes the USACM's Liquidating Trust's objection to the following Proofs of Claim:

| Name of Claimant | Proof of Claim Number | Amount | Date Filed | Loan |
|---|---|---|---|---|
| Mayo Family Trust | 01590 | $ 5,449.49 | 12/8/06 | Mountain House Business Park |
| Mayo Family Trust | 01595 | $ 12,285.97 | 12/8/06 | Bay Pompano |
| Mayo Family Trust | 01599 | $ 11,447.25 | 12/8/06 | Amesbury Hatters Point |
| Mayo Family Trust | 01591 | $ 8,700.00 | 12/8/06 | Castaic Partners LLC |
| Mayo Family Trust | 01592 | $ 5,000.00 | 12/8/06 | Fiesta Murietta |
| Mayo Family Trust | 01593 | $25,000.00 | 12/8/06 | Bar USA |
| Mayo Family Trust | 01594 | $ 1,612.91 | 12/8/06 | Palm Harbor |

The creditors acknowledged that the collateral is owned by the borrowers and not the USACM Liquidating Trust. However, a general unsecured claim may well result once the collateral has been liquidated. The amount of that claim cannot be determined at this time.

Dated this 17th day of April, 2007.

DEANER, DEANER, SCANN, MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Monroe and Louise Mayo,
Trustee of the MAYO TRUST

# CERTIFICATE OF MAILING

I hereby certify that on the 18th day of April, 2007, I served the foregoing OPPOSITION TO OBJECTION TO PROOFS OF CLAIM by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

USA Commercial Mortgage
4484 S. Pecos Rd.
Las Vegas, NV 89121

Lenard Schwartzer, ESQ
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., #1
Las Vegas, NV 89146
Attorney for Debtor

U.S. Trustee
300 Las Vegas Blvd., S., Ste., 4300
Las Vegas, NV 89101

Geoffrey L. Berman
Matthew Sorenson
Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

Rob Charles, ESQ.
Susan M. Freeman, ESQ.
Lewis and Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169

Alan B. Diamond
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Thomas J. Allison
Mesirow Financial Interim Management, LLC
321 N. Clark Street, 13th Fl.
Chicago, IL 60610

1  Susan M. Smith
   Mesirow Financial Interim Management, LLC
2  One Biscayne Tower
   2 South Biscayne Boulevard, Ste., 1800
3  Miami, FL 33131

4  Annette W. Jarvis, ESQ.
   RAY QUINNEY & NEBEKER P.C.
5  36 South State Street, Ste., 1400
   P. O. Box 45385
6  Salt Lake City, UT 84145-0385

7  Eve H. Karasik
   Stutman Treister & Glatt P.C
8  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067

Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Mayo vs. USA Commercial Mortgage\DOCS\OPPOSITION to Objection2POC.wpd