# Exhibit "1"

FORM B10 (Official Form 10) (4/05)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>   FRIEDA MOON FBO SHARON C  VAN ERT | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent.<br>c/o Nancy L. Allf<br>411 E. Bonneville, Ste 100<br>Las Vegas, NV 89101<br><br>Telephone number  (702) 599-6000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor<br>4153 | Check here<br>if this claim | ☐ replaces<br>☐ amends | a previously filed claim, dated _____ |
|---|---|---|---|

**1   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- X  Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS# _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

**2   Date debt was incurred**   July 14, 2004

**3   If court judgment, date obtained**

**4   Total Amount of Claim at Time Case Filed   $**

|  | (unsecured) | 35 583 34 | | 35 583 34 |
|---|---|---|---|---|
|  |  | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5   Secured Claim**
X Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral   1ST Trust Deed Fund LLC
X  Real Estate   ☐ Motor Vehicle membership units
☐ Other _____

Value of Collateral   $   unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any   $   35,583 34

**6   Unsecured Nonpriority Claim   $**

☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7   Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority   $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C  § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment  $10 000 and 180 day limits apply to cases filed on or after 4/20/05  Pub  L  109-8

**8   Credits**  The amount of all payments on this proof of claim has been credited and deducted for the purpose of making this proof of claim

**9   Supporting Documents**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**10  Date-Stamped Copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Filed date
5/23/2006

| Date<br>5/20/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Nancy L. Allf*  Nancy L. Allf, Attorney |
|---|---|

USA FIRST TRUST

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S

99997 793/852467 1

1072800006



USA Securities, LLC
4484 S Pecos Road
Las Vegas, NV 89121

Account Trade Confirmation

Frieda Moon FBO Sharon C Van Ert
2504 Callita Court
Las Vegas, NV 89102

Phil Dickinson
4484 S Pecos Road
Las Vegas, NV 89121
Account # 4153

## Your Portfolio Summary As Of Thursday, July 15, 2004

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port |
|------|------------------|------------------|--------------------|--------|
| USA Cap 1st TR Deed Fund LLC Class A | 7 0000 | 5,000 0000 | 35,000 00 | 100 00% |
| | | **Total** | 35,000 00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|------------|------------|--------|-------------------|-------------|---------|
| 15-Jul-2004 | Starting Balance | | | | 0 0000 |
| 15-Jul-2004 | Purchase | 35 000 00 | 7 0000 | 5,000 0000 | 7 0000 |

*Frieda Moore FBO Sharon C Van Ett*

*7-15-04*

*Entry*

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### A Nevada Limited-Liability Company

### SUBSCRIPTION BOOKLET AND INSTRUCTIONS

---

### SUBSCRIPTION INSTRUCTIONS

Attached is the Subscription Agreement and Power of Attorney (the "Subscription Agreement") relating to the purchase of the limited-liability company membership units of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company")  The Company is offering an aggregate of 24,000 Class A, Class B and Class C limited-liability company membership units (the "Units") at a purchase price of $5,000 00 per Unit for an aggregate offering amount of $120,000,000 00  The Units are being offered pursuant to the Company's Prospectus dated as of November 8, 2002, as amended from time to time by the Company

A prospective investor desiring to subscribe for Units must complete and execute the Subscription Agreement in accordance with the instructions herein and send this completed Subscription Booklet and payment for the relevant Units as follows

1    Verification of Investor Suitability   Please initial the appropriate boxes in Section 2 of the Subscription Agreement (Page 3) to verify whether the prospective investor is suitable to purchase the Units

2    Subscription for Units   Please indicate in Section 4 of the Subscription Agreement (Page 4) the number of Units to be purchased

3    Classification of Units   Of the Units to be purchased, please indicate in Section 5 of the Subscription Agreement (Page 4) the class of Units for the Units to be purchased

4    Distribution or Reinvestment Election   Please indicate in Section 6 of the Subscription Agreement (Page 5) the election of the prospective investor on whether to reinvest or receive monthly distributions, if any

5    Investor Information   Please complete Section 7 of the Subscription Agreement (Pages 5-6) by providing the relevant name, address and contact information

6    Signature Page   Please date and sign the signature page to this Subscription Agreement (Page 7)

Once the Subscription Booklet is fully completed and executed, the Subscription Booklet and the payment for the Units should be sent to

> USA Capital First Trust Deed Fund, LLC
> c/o USA Capital Realty Advisors, LLC
> 4484 South Pecos Road
> Las Vegas, Nevada 89121

## SUBSCRIPTION AGREEMENT AND POWER OF ATTORNEY

Pursuant to the terms and conditions of this Subscription Agreement and Power of Attorney (this 'Agreement"), the undersigned hereby applies to become a member ("Member ") of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"), and subscribes to purchase the number of limited-liability company membership units in the Company (the "Units") herein indicated in accordance with the Company's Prospectus, as amended (the "Prospectus ") and the terms and conditions of the Company's Amended and Restated Operating Agreement, as amended (the "Operating Agreement"), a copy of which is provided as part of the Prospectus

1   REPRESENTATIONS AND WARRANTIES  The undersigned represents and warrants to the Company and its manager, USA Capital Realty Advisors, LLC, a Nevada limited-liability company, its successors and assigns (the "Manager") as follows

(a)  The undersigned has received, read and fully understand the Prospectus, and in making this investment, the undersigned is relying only on the information provided therein and has not relied on any statements or representations inconsistent with those contained in the Prospectus

(b)  The undersigned is aware that this subscription may be rejected in whole or in part by the Manager in its sole and absolute discretion and that the investment, if accepted, is subject to certain risks described in part in the Prospectus in the section entitled "Risks Factors "

(c)  The undersigned understands that the Units may not be sold or otherwise disposed of without the prior written consent of the Manager, which consent may be granted or withheld in its sole discretion, and that any transfer is subject to numerous other restrictions described in the Prospectus and in the Operating Agreement  The undersigned has liquid assets sufficient to assure the undersigned that such purchase will cause the undersigned no undue financial difficulties and that the undersigned can provide for the undersigned's current needs and possible personal contingencies, or if the undersigned is the trustee of a retirement trust, that the limited liquidity of the Units will not cause difficulty in meeting the trust's obligations to make distributions to plan participants in a timely manner

(d)  The undersigned is of the age of majority (as established in the state in which the undersigned is domiciled), if an individual, and, in any event, the undersigned has full power, capacity and authority to enter into a contractual relationship with the Company  If acting in a representative or fiduciary capacity for a corporation, fund or trust, or as a custodian or agent for any person or entity, the undersigned has full power or authority to enter into this Agreement in such capacity and on behalf of such corporation, fund, trust, person or entity

(e)  The undersigned is buying the Units solely for the undersigned's own account, or for the account of a member or members of undersigned's immediate family or in a fiduciary capacity for the account of another person or entity, and not as an agent for another

(f)  The undersigned acknowledges and agrees that counsel representing the Company, the Manager and their affiliates does not represent the undersigned and shall not be deemed under the applicable codes of professional responsibility to have represented or to be representing the undersigned or any other investor in any respect

(g)  To the extent that the undersigned is purchasing the Units in a fiduciary capacity or as a custodian for the account of another person or entity, the undersigned has been directed by that person or entity to purchase the Units, and such person or entity is aware of the purchase of the Units on such person's or entity's behalf, and consents thereto and is aware of the merits and risks involved in the investment in the Company

(h)  The undersigned understands that an investment in the Units will not, in itself, create a retirement plan as described in the Internal Revenue Code of 1986, as amended (the "Code"), and that, to create a retirement plan, the undersigned must comply with all applicable provisions of the Code

– 2 –

(i) The undersigned  (i) is or will be in a financial position appropriate to enable the undersigned to realize to a significant extent the benefits described in the Prospectus, including the tax benefits where they are a significant aspect of the Company, (ii) has a fair market net worth sufficient to sustain the risks inherent in the Company, including loss of investment and lack of liquidity, and (iii) the investment in the Company is otherwise suitable for the undersigned

(j) The undersigned understands that  (i) it may not be possible to readily liquidate an investment in the Company; (ii) there is no public market for the Units, (iii) no public market for the Units is expected to develop, (iv) even if a potential buyer could be found, the transferability of the Units is also restricted by the provisions of the state and federal securities laws, and (v) any sale or transfer of Units also requires the prior written consent of the Manager, which may be withheld in its sole discretion

By making these representations, the undersigned has not waived any right of action available under applicable federal or state securities laws

2   INVESTOR SUITABILITY  The undersigned hereby acknowledges and understands that an investment in the Units involves a high degree of risk and hereby represents and warrants that the undersigned (a) is able to bear the loss of the undersigned's entire investment without any material adverse effect on the undersigned's economic stability, (b) understands that an investment in the Company involves substantial risks, and (c) has such knowledge and experience in financial and business matters that the undersigned is capable of evaluating the merits and risks of the investment to be made by the undersigned pursuant to the Prospectus

In addition, the undersigned represents and warrants that the undersigned is a resident of one of the following states and meets one of the investor suitability requirements for such state

☐   CALIFORNIA

If a resident of California, the undersigned represents and warrants that the undersigned

☐   1 a.   Has a minimum net worth of $60,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $60,000, where the investment does not represent more than 10% of the undersigned's net worth

-OR-

☐   1 b   Has a minimum net worth of $225,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐   1 c   Is purchasing in a fiduciary capacity for a person meeting the requirements of either 1 a or 1.b above

☒   ALL OTHER STATES

If a resident of any other state, the undersigned represents and warrants that the undersigned

☐   2 a.   Has a minimum net worth of $45,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $45,000

-OR-

☒   2 b   Has a minimum net worth of $150,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐   2 c   Is purchasing in a fiduciary capacity for a person meeting the requirements of either 2 a or 2 b above

-3-

3  ACCEPTANCE OF OPERATING AGREEMENT  By execution of this Agreement the undersigned acknowledges and understands that the ownership of the Units and the management of the Company are governed solely by the terms and conditions of the Operating Agreement  In addition, the undersigned acknowledges

(a) The receipt of the Operating Agreement,

(b) The ability to review the terms and conditions of the Operating Agreement (either with or without the undersigned's own legal counsel or business or tax advisor),

(c) The ability to ask questions of and receive answers from the Company with respect to the Operating Agreement (with all such questions, if any, being answered to the full satisfaction of the undersigned), and

(d) The acceptance to be bound by the terms and conditions of the Operating Agreement

4  PURCHASE OF UNITS, PAYMENT  The undersigned hereby agrees to subscribe to the following number of Units at the purchase price of Five Thousand Dollars (US $5,000) per Unit, payable in cash concurrently with delivery of this Agreement

| | |
|---|---|
| PURCHASE PRICE PER UNIT | $   5,000 00 |
| NUMBER OF UNITS TO BE PURCHASED (MINIMUM OF TWO (2) UNITS) | x   7 |
| TOTAL PURCHASE PRICE | $   35,000 |

The total purchase price is payable in cash concurrently with delivery of this Agreement either through wire transfer, previously delivered, or through personal or certified check  Until the Company has sold the minimum 300 Units, payments should be made to our escrow agent as follows  "Wells Fargo Bank fbo USA Capital First Trust Deed Fund "  Once the Company has sold the minimum 300 units, payments should be made to "USA Capital First Trust Deed Fund, LLC "  The total purchase price should be returned with this completed and executed Agreement to

USA Capital First Trust Deed Fund, LLC
c/o USA Capital Realty Advisors, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121

The undersigned understands that the subscription funds will not be entitled to distributions from the Company until the undersigned is admitted to the Company as a Member

5.  CLASSIFICATION OF UNITS  As described in the sections entitled, "Terms of the Offering – Classification of Units" and "Summary of Operating Agreement – Classification of Units," of the Prospectus, the undersigned is required to select a class for the Units to be purchased, where such selection is subject to the approval of the Manager  The three classes of Units are identical in right and obligation with the exception of the relevant holding periods for which the Units must be held and the relevant preferred returns for the Units  The relevant holding periods and the preferred returns for the Class A Units, the Class B Units or the Class C Units are provided for below  As discussed in the Prospectus, since the preferred returns for each class will vary during the course of the Company's offering, as adjusted by the Manager in light of applicable market conditions, the preferred returns for the classes and the spreads between the same will be maintained for Units issued as of any one date and may vary for Units of the same class issued as of different dates  The undersigned hereby designates the Units to be purchased as follows

| | CLASS | HOLDING PERIOD | PREFERRED RATE OF RETURN AS OF NOVEMBER 8, 2002 | NUMBER OF UNITS |
|---|---|---|---|---|
| ☑ | Class A | Twelve (12) months | 9% per annum | 7  Units |
| ☑ | Class B | Twenty-four (24) months | 10% per annum | ____ Units |
| ☐ | Class C | Thirty-six (36) months | 11% per annum | ____ Units |
| | | | TOTAL | 7  Units |

– 4 –

6  ELECTION TO RECEIVE OR REINVEST DISTRIBUTIONS  The undersigned acknowledges and understands that the Company maintains a distribution reinvestment plan under which the undersigned may elect to receive or reinvest cash distributions  For additional information, see the sections of the Prospectus entitled "Summary – Distribution Reinvestment Plan" and "Summary of Operating Agreement – Receipt or Reinvestment of Distributions " Accordingly, to the extent that the undersigned remains qualified to purchase the Units and the Units are registered under the Securities Act of 1933, as amended, and applicable state securities statutes or an exemption from such registration is available, the undersigned may continue participating in the Company's distribution reinvestment plan  In order to elect whether to receive or reinvest monthly cash distributions, please choose one of the following two options

☐  OPTION A  The undersigned elects to participate in the Company's distribution reinvestment plan rather than receive distributions in cash.

☐  OPTION B  The undersigned elects not to participate in the Company's distribution reinvestment plan and, instead, elects to receive distributions in cash

If you check neither blank, the undersigned will be considered to have elected to receive distributions in cash (Option B)

7  INVESTOR INFORMATION  (Please print or type )

Please complete the following, as applicable  (Investments by more than one of the following entities, even if related to each other or controlled by the same person, require completion of a separate Subscription Agreement and Power of Attorney )

INDIVIDUAL  Frieda Moon

Name  FBO  Sharon C Van ERT          SSN  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

Address  2504 Collito Court          Email _____
         Las Vegas NV  89102

Telephone  (702 302-8128            Telephone  ( ) _____-_____
(Home)                              (Office)

Joint Investor /Additional Signatory (if applicable)

Name _____          SSN _____

Address _____       Email _____

Telephone  ( ) _____-_____      Telephone  ( ) _____-_____
(Home)                              (Office)

INDIVIDUAL RETIREMENT ACCOUNT ("IRA") OR PENSION OR PROFIT SHARING TRUST ("ERISA PLAN")

Trustee _____       Tax ID No _____

Address _____       Acct No _____

Telephone  ( ) _____-_____      Telephone  ( ) _____-_____
(Home)                              (Office)

Names of All Participants _____
                         _____
                         _____

– 5 –

CORPORATION, BUSINESS TRUST, LIMITED-LIABILITY COMPANY, PARTNERSHIP, TRUST OR OTHER

| | | |
|---|---|---|
| Name _____ | Tax ID No _____ | |
| Address _____ | Acct No _____ | |
| _____ | | |
| Telephone ( ) ____ - _____ | Telephone ( ) ____ - _____ | |
| (Home) | (Office) | |

Names of All Equity Owners, Partners or Grantors _____
_____
_____

8.  **POWER OF ATTORNEY**  The undersigned hereby irrevocably constitutes and appoints the Manager as the undersigned's true and lawful attorney-in-fact, with full power and authority for the undersigned, and in the undersigned's name, place and stead, to execute, acknowledge, verify, deliver, record, publish and file on the undersigned's behalf the following

(a)  The Operating Agreement and the articles of organization of the Company and any amendments thereto or cancellations thereof required under the laws of the State of Nevada,

(b)  Any other certificates, instruments and documents as may be required by, or may be appropriate under, the laws of any state or other jurisdiction in which the Company is doing or intends to do business, and

(c)  Any documents that may be required to effect the continuation of the Company, the admission of an additional or substituted Member, or the dissolution and termination of the Company

This power of attorney is a special power of attorney and is coupled with an interest in favor of the Manager and as such

(x)  Shall be irrevocable and continue in full force and effect notwithstanding the subsequent death or incapacity of any party granting this power of attorney, regardless of whether the Company or the Manager shall have had notice thereof,

(y)  May be exercised for a Member by a facsimile signature of the Manager or, after listing more than one Member, including the undersigned, by a single signature of the Manager acting as attorney in fact for all of them, and

(z)  Shall survive the delivery of an assignment by a Member of the whole or any portion of the Member's Units in the Company, except that where the assignee thereof has been approved by the Manager for admission to the Company and a substituted Member, this power of attorney given by the assignor shall survive the delivery of such assignment for the sole purpose of enabling the Manager to execute, acknowledge, and file any instrument necessary to effect such substitution

9.  **INDEMNIFICATION**  THE UNDERSIGNED AGREES TO INDEMNIFY, DEFEND (BY COUNSEL REASONABLY ACCEPTABLE TO THE INDEMNIFIED PARTY) AND HOLD THE COMPANY, THE MANAGER, ITS MEMBERS AND THEIR RESPECTIVE MANAGERS, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS, AND EACH OF THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LIABILITIES AND DAMAGES (INCLUDING, WITHOUT LIMITATION, ALL ATTORNEYS' FEES, WHICH SHALL BE PAID AS INCURRED) THAT ANY OF THEM MAY INCUR, IN ANY MANNER OR TO ANY PERSON, BY REASON OF THE FALSITY, INCOMPLETENESS OR MISREPRESENTATION OF ANY INFORMATION FURNISHED BY THE UNDERSIGNED HEREIN OR IN ANY DOCUMENT SUBMITTED HEREWITH

10 ACCEPTANCE This Agreement will be accepted or rejected by the Manager within fifteen (15) days of its receipt by the Company Upon acceptance, this subscription will become irrevocable and will obligate the undersigned to purchase the number of Units specified herein, for the purchase price of Five Thousand Dollars (US $5 000) per Unit The Manager will return a countersigned copy of this Agreement to the undersigned, which copy of this Agreement (together with the cancelled check or other evidence of payment) will be evidence of the purchase of the Units by the undersigned

IN WITNESS WHEREOF, the undersigned hereby agrees to become a Member in USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, upon the terms and conditions set forth herein and in the Operating Agreement

INDIVIDUAL

_Frieda Moon_
(Signature of Subscriber)

Date _7-14-2004_

By _FRIEDA MOON_
(Print Name of Subscriber)


(Signature of Joint Investor / Additional Signatory) (if applicable)

Date

By
(Print Name of Joint Investor / Additional Signatory)


CORPORATION, TRUST OR OTHER


(Signature of Authorized Signatory)

Date

By
(Print Name of Authorized Signatory)

Its
(Print Title of Authorized Signatory)

IRA OR ERISA PLAN


(Signature of Individual Plan Participant)

Date

By
(Print Name of Individual Plan Participant)


(Signature of Custodian or Trustee)

Date

By
(Print Name of Custodian or Trustee)

Its
(Print Title of Custodian or Trustee)

FOR IRA OR ERISA PLANS, BOTH TRUSTEE AND BENEFICIAL OWNER(S) MUST SIGN

– 7 –

## ACCEPTANCE

The foregoing Subscription Agreement and Power of Attorney is hereby accepted by USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, for the number and class of Units indicated below

Dated _____, 20____

USA CAPITAL FIRST TRUST DEED FUND, LLC

By      USA CAPITAL REALTY ADVISORS, LLC,
         its sole manager

        By      USA INVESTMENT PARTNERS, LLC,
                 its sole manager

                By      USA COMMERCIAL MORTGAGE COMPANY,
                         its sole manager

                        By _Victori S. Loob_____

                        Its _____

| INVESTMENT SUMMARY | | | |
|---|---|---|---|
| EFFECTIVE DATE OF INVESTMENT | 7 - 15, 2004 | | |
| NUMBER OF UNITS PURCHASED | 7        Units | | |
| CLASSIFICATION OF UNITS | NUMBER | HOLDING PERIOD | PREFERRED RETURN |
| Class A | 7      Units | 12   Months | 9    % per annum |
| Class B | _____ Units | 24   Months | _____ % per annum |
| Class C | _____ Units | 36   Months | _____ % per annum |
| TOTAL | 7      Units | | |

USA Securities, LLC
4484 S Pecos Road
Las Vegas, NV 89121

Frieda Moon FBO
Sharon C van Dit
2504 Callita Court
Las Vegas NV 89102

Phill Dickinson
4484 S Pecos Road
Las Vegas, NV 89121
Account # 4153

## Your Portfolio Summary As Of Friday, July 15, 2005

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port |
|------|------------------|------------------|--------------------|--------|
| USA Cap 1st TR Deed Fund  LLC | 0 0000 | 5 000 0000 | 0 00 | 0 00% |
| USA Cap 1st TR Deed Fund, LLC | 7 0000 | 5 000 0000 | 35 000 00 | 100 00% |
| | | **Total** | 35,000 00 | |

When applicable the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| e Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|--------|-----------|--------|-------------------|-------------|---------|
| 15-Jul-2005 | Starting Balance | | | | 7 0000 |
| 15 Jul-2005 | Redemption | -35 000 00 | -7 0000 | 5,000 0000 | 0 0000 |

### USA Cap 1st TR Deed Fund, LLC - Class B

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|------------|-----------|--------|-------------------|-------------|---------|
| 15 Jul-2005 | Starting Balance | | | | 0 0000 |
| 15-Jul-2005 | Purchase | 35 000 00 | 7 0000 | 5 000 0000 | 7 0000 |

*Frieda Moon FBO*
*Sharon C Van Ert*

**EXHIBIT C**

FORM OF REQUEST FOR CHANGE OF CLASSIFICATION *7-15-04 Entr*

USA Capital Realty Advisors, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121

Ladies/Gentlemen

    I am an investor in USA Capital First Trust Deed Fund, LLC (the "Fund")  Through this notice, I am requesting a change in the class of my membership units in the Fund and, as a result, a change in the holding period and the preferred return applicable to my membership units in the Fund  In this regard, I am requesting that the following membership units in the Fund,

    __7__ membership units (insert number), all designated as Class __A__ Units (insert class)

be converted into the following class(es) in the following amount(s)

|  | Class A Units | Class B Units | Class C Units |
|---|---|---|---|
| Number | _____ Units | 7 Units | _____ Units |

    This request for change in classification is subject to all of the terms and conditions set forth in the Fund's prospectus and the Fund's operating agreement, as amended, including, without limitation, the prior written approval of the change in classification by USA Capital Realty Advisors, LLC, the Fund's manager, which may be withheld in its sole discretion

__Frieda Moon__
[Name of investor]

__Frieda Moon__
[Signature of investor]

__6-1-05__
[Date]

__2504 Callita Court__
__Las Vegas NV 89102__
[Current address of investor]

## ACKNOWLEDGEMENT

    On behalf of the Fund, USA Capital Realty Advisors, LLC, the Fund's manager, hereby

☐  Rejects the above request for change in classification such that the membership units referenced above shall remain in the same class, have the same holding period or bear the same preferred return

☒  Approves the request for change in classification as follows

|  | Class A Units | Class B Units | Class C Units |
|---|---|---|---|
| Number | 7 Units | _____ Units | _____ Units |

    The undersigned hereby executes this Acknowledgement as of _____, 20____

USA CAPITAL REALTY ADVISORS, LLC,
  as manager of USA Capital First Trust Deed Fund, LLC

By __Thomas A. Leon__

Its _____

11581_24 DOC

C-1

*Acct #1538  7/15/04*
*# 15 63*
*# 41 63*

**FRIEDA MOON**
2504 CALLITA CT   PH  362 8128
LAS VEGAS  NV  89102

91-7074 2687
3212
0330101361

4827

Date 7-14-2004

Pay to the
Order of USA Capital first Trust Deed fund U$ 35,000.00

THIRTY FIVE THOUSAND & 00/100 — Dollars

Wells Fargo Bank Nevada N A
530 Las Vegas Blvd. S
Las Vegas, NV 89101
www.wellsfargo.com

Memo 7-15-04 Enter Frieda Moon                        MP

⑈321270742⑈:0330101361⑈ 4827        ⑈0003500000⑈

---

**FRIEDA MOON**
2504 CALLITA CT   PH  362 8128
LAS VEGAS  NV  89102

91-7074 2687
3212
0330101361

4827

Date 7-14-2004

Pay to the
Order of USA Capital first Trust Deed fund U$ 35,000.00

THIRTY FIVE THOUSAND & 00/100 — Dollars

Wells Fargo Bank Nevada N A
530 Las Vegas Blvd. S
Las Vegas, NV 89101
www.wellsfargo.com

Memo 7-15-04 Enter Frieda Moon                        MP

⑈321270742⑈:0330101361⑈ 4827

1  Parsons Behle & Latimer
   Nancy L Allf, Bar No 0128
2  Timothy P Thomas, Bar No 5148
   411 E Bonneville Ave , #100
3  Las Vegas, NV 89101
   Telephone      (702) 599-6000
4  Facsimile      (702) 599-6062

5  Attorneys for Creditors Frieda Moon FBO Sharon
   Van Ert,
6
   Frieda Moon and Sharon C Van Ert
7

8  Frieda Moon, Trustee of the Decedent's Trust of the
   Restated Moon Irrevocable Trust dated 6/12/1987
9
                UNITED STATES BANKRUPTCY COURT
10                     DISTRICT OF NEVADA

11 In re                              CASE NO  BK-S-06-10725 LBR
                                      CASE NO  BK-S-06-10726 LBR
12 USA COMMERCIAL MORTGAGE COMPANY,   CASE NO  BK-S-06-10727 LBR
                            Debtor    CASE NO  BK-S-06-10728 LBR
13                                    CASE NO  BK-S-06-10729 LBR
   USA CAPITAL REALTY ADVISORS, LLC,
14                          Debtor    Chapter 11

15 USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC,
16                          Debtor
                                              PROOF OF CLAIM
17 USA CAPITAL FIRST TRUST DEED FUND, LLC
                            Debtor
18
   USA SECURITIES, LLC,
19                          Debtor

20
   Affects
21
      X  All Debtors
22
      ___  USA Commercial Mortgage Company
23
      ___  USA Securities, LLC
24
      ___  USA Capital Realty Advisors, LLC
25
      X  USA Capital Diversified Trust Deed Fund, LLC
26
         USA First Trust Deed Fund, LLC
27

28

PARSONS BEHLE &     99997 793/852532 1
   LATIMER
ATTORNEYS AT LAW

| Claim No 6 | Creditor Name Frieda Moon FBO Sharon C Van Ert<br>2504 Calhta Court<br>Las Vegas NV 89102 | Last Date to File Cla<br>08/15/2006<br>Last Date to File (Govt)<br>Filing Status<br>Docket Status<br>Late N |
|---|---|---|
| Claim Date<br>05/23/2006 | Amends Claim No<br>Amended By Claim No | Duplicates Claim No<br>Duplicated By Claim No |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Secured | $35583 34 | |
| **Total** | **$35583 34** | |

Description

# Exhibit "2"

1   Parsons Behle & Latimer
    Nancy L. Allf, Bar No. 0128
2   Timothy P. Thomas, Bar No. 5148
    411 E. Bonneville Ave., #100
3   Las Vegas, NV 89101
    Telephone:     (702) 599-6000
4   Facsimile:     (702) 599-6062

5   Attorneys for Creditors Frieda Moon FBO Sharon
    Van Ert;
6
    Frieda Moon and Sharon C.Van Ert
7
8   Frieda Moon, Trustee of the Decedent's Trust of the
    Restated Moon Irrevocable Trust dated 6/12/1987
9
                    **UNITED STATES BANKRUPTCY COURT**
10                       **DISTRICT OF NEVADA**

11  In re:                                    CASE NO.  BK-S-06-10725 LBR
                                              CASE NO.  BK-S-06-10726 LBR
12  USA COMMERCIAL MORTGAGE COMPANY,          CASE NO.  BK-S-06-10727 LBR
                                   Debtor.    CASE NO.  BK-S-06-10728 LBR
13                                            CASE NO.  BK-S-06-10729 LBR
    USA CAPITAL REALTY ADVISORS, LLC,
14                                 Debtor.    Chapter 11

15  USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC,
16                                 Debtor.
                                                     **PROOF OF CLAIM**
17  USA CAPITAL FIRST TRUST DEED FUND, LLC
                                   Debtor.
18
    USA SECURITIES, LLC,
19                                 Debtor.

20
    Affects:
21
        $\boxed{X}$  All Debtors
22
        ___  USA Commercial Mortgage Company
23
        ___  USA Securities, LLC
24
        ___  USA Capital Realty Advistors, LLC
25
        $\boxed{X}$  USA Capital Diversified Trust Deed Fund, LLC
26
        USA First Trust Deed Fund, LLC
27
28

PARSONS BEHLE &     99997.793/852532.1
   LATIMER
ATTORNEYS AT LAW

FORM B10 (Official Form 10) (4/05)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>FRIEDA MOON FBO SHARON C. VAN ERT .<br><br>Name and address where notices should be sent:<br>c/o Nancy L. Allf<br>411 E. Bonneville, Ste. 100<br>Las Vegas, NV 89101<br><br>Telephone number:   (702) 599-6000 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Account or other number by which creditor identifies debtor:<br>4153 | Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated: _____ |
|---|---|

| 1.  Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>X  Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS#: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)          (date) |
|---|---|

| 2.  Date debt was incurred:  July 14, 2004 | 3.  If court judgment, date obtained: |
|---|---|

4.  Total Amount of Claim at Time Case Filed:  $ _____ (unsecured)   35,583.34 (secured)   _____ (priority)   35,583.34 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5.  Secured Claim.<br>X Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:  1ST Trust Deed Fund LLC<br>X  Real Estate   ☐ Motor Vehicle membership units<br>☐ Other _____<br><br>Value of Collateral:  $   unknown<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any:  $   35,583.34<br><br>6.  Unsecured Nonpriority Claim  $ _____<br><br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7.  Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority  $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(  ).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8. |
|---|---|

| 8.  Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 9.  Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date<br>5/22/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Nancy C. Allf*  Nancy L. Allf, Attorney |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

99997.793/852467.1

USA Securities, LLC
4484 S. Pecos Road
Las Vegas, NV 89121

Account Trade Confirmation

Frieda Moon FBO Sharon C. Van Ert
2504 Callita Court
Las Vegas, NV 89102

Phill Dickinson
4484 S. Pecos Road
Las Vegas, NV 89121
**Account #: 4153**

| Your Portfolio Summary As Of Thursday, July 15, 2004: | | | |
|---|---|---|---|
| Fund | Number of Shares | Last Price (USD) | Market Value (USD) *% Port. |
| USA Cap 1st TR Deed Fund, LLC Class A | 7.0000 | 5,000.0000 | 35,000.00  100.00% |
| | | Total | 35,000.00 |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

| USA Cap 1st TR Deed Fund, LLC - Class A | | | | | |
|---|---|---|---|---|---|
| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
| 15-Jul-2004 | Starting Balance | | | | 0.0000 |
| 15-Jul-2004 | Purchase | 35,000.00 | 7.0000 | 5,000.0000 | 7.0000 |

*Frieda Moore FBO Sharon C. Van Est*

*7-15-04*
*Entry .*

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### A Nevada Limited-Liability Company

## SUBSCRIPTION BOOKLET AND INSTRUCTIONS

---

### SUBSCRIPTION INSTRUCTIONS

Attached is the Subscription Agreement and Power of Attorney (the "Subscription Agreement") relating to the purchase of the limited-liability company membership units of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"). The Company is offering an aggregate of 24,000 Class A, Class B and Class C limited-liability company membership units (the "Units") at a purchase price of $5,000.00 per Unit for an aggregate offering amount of $120,000,000.00. The Units are being offered pursuant to the Company's Prospectus dated as of November 8, 2002, as amended from time to time by the Company.

A prospective investor desiring to subscribe for Units must complete and execute the Subscription Agreement in accordance with the instructions herein and send this completed Subscription Booklet and payment for the relevant Units as follows:

1.    Verification of Investor Suitability:  Please initial the appropriate boxes in Section 2 of the Subscription Agreement (Page 3) to verify whether the prospective investor is suitable to purchase the Units.

2.    Subscription for Units:  Please indicate in Section 4 of the Subscription Agreement (Page 4) the number of Units to be purchased.

3.    Classification of Units:  Of the Units to be purchased, please indicate in Section 5 of the Subscription Agreement (Page 4) the class of Units for the Units to be purchased.

4.    Distribution or Reinvestment Election:  Please indicate in Section 6 of the Subscription Agreement (Page 5) the election of the prospective investor on whether to reinvest or receive monthly distributions, if any.

5.    Investor Information:  Please complete Section 7 of the Subscription Agreement (Pages 5-6) by providing the relevant name, address and contact information.

6.    Signature Page.  Please date and sign the signature page to this Subscription Agreement (Page 7).

Once the Subscription Booklet is fully completed and executed, the Subscription Booklet and the payment for the Units should be sent to:

> USA Capital First Trust Deed Fund, LLC
> c/o USA Capital Realty Advisors, LLC
> 4484 South Pecos Road
> Las Vegas, Nevada 89121.

— 1 —

## SUBSCRIPTION AGREEMENT AND POWER OF ATTORNEY

Pursuant to the terms and conditions of this Subscription Agreement and Power of Attorney (this "Agreement"), the undersigned hereby applies to become a member ("Member") of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"), and subscribes to purchase the number of limited-liability company membership units in the Company (the "Units") herein indicated in accordance with the Company's Prospectus, as amended (the "Prospectus"), and the terms and conditions of the Company's Amended and Restated Operating Agreement, as amended (the "Operating Agreement"), a copy of which is provided as part of the Prospectus.

1.   REPRESENTATIONS AND WARRANTIES. The undersigned represents and warrants to the Company and its manager, USA Capital Realty Advisors, LLC, a Nevada limited-liability company, its successors and assigns (the "Manager") as follows:

(a) The undersigned has received, read and fully understand the Prospectus, and in making this investment, the undersigned is relying only on the information provided therein and has not relied on any statements or representations inconsistent with those contained in the Prospectus.

(b) The undersigned is aware that this subscription may be rejected in whole or in part by the Manager in its sole and absolute discretion and that the investment, if accepted, is subject to certain risks described in part in the Prospectus in the section entitled "Risks Factors."

(c) The undersigned understands that the Units may not be sold or otherwise disposed of without the prior written consent of the Manager, which consent may be granted or withheld in its sole discretion, and that any transfer is subject to numerous other restrictions described in the Prospectus and in the Operating Agreement. The undersigned has liquid assets sufficient to assure the undersigned that such purchase will cause the undersigned no undue financial difficulties and that the undersigned can provide for the undersigned's current needs and possible personal contingencies, or if the undersigned is the trustee of a retirement trust, that the limited liquidity of the Units will not cause difficulty in meeting the trust's obligations to make distributions to plan participants in a timely manner.

(d) The undersigned is of the age of majority (as established in the state in which the undersigned is domiciled), if an individual, and, in any event, the undersigned has full power, capacity and authority to enter into a contractual relationship with the Company. If acting in a representative or fiduciary capacity for a corporation, fund or trust, or as a custodian or agent for any person or entity, the undersigned has full power or authority to enter into this Agreement in such capacity and on behalf of such corporation, fund, trust, person or entity.

(e) The undersigned is buying the Units solely for the undersigned's own account, or for the account of a member or members of undersigned's immediate family or in a fiduciary capacity for the account of another person or entity, and not as an agent for another.

(f) The undersigned acknowledges and agrees that counsel representing the Company, the Manager and their affiliates does not represent the undersigned and shall not be deemed under the applicable codes of professional responsibility to have represented or to be representing the undersigned or any other investor in any respect.

(g) To the extent that the undersigned is purchasing the Units in a fiduciary capacity or as a custodian for the account of another person or entity, the undersigned has been directed by that person or entity to purchase the Units, and such person or entity is aware of the purchase of the Units on such person's or entity's behalf, and consents thereto and is aware of the merits and risks involved in the investment in the Company.

(h) The undersigned understands that an investment in the Units will not, in itself, create a retirement plan as described in the Internal Revenue Code of 1986, as amended (the "Code"), and that, to create a retirement plan, the undersigned must comply with all applicable provisions of the Code.

(i)  The undersigned: (i) is or will be in a financial position appropriate to enable the undersigned to realize to a significant extent the benefits described in the Prospectus, including the tax benefits where they are a significant aspect of the Company; (ii) has a fair market net worth sufficient to sustain the risks inherent in the Company, including loss of investment and lack of liquidity; and (iii) the investment in the Company is otherwise suitable for the undersigned.

(j)  The undersigned understands that: (i) it may not be possible to readily liquidate an investment in the Company; (ii) there is no public market for the Units; (iii) no public market for the Units is expected to develop; (iv) even if a potential buyer could be found, the transferability of the Units is also restricted by the provisions of the state and federal securities laws; and (v) any sale or transfer of Units also requires the prior written consent of the Manager, which may be withheld in its sole discretion.

By making these representations, the undersigned has not waived any right of action available under applicable federal or state securities laws.

2.  **INVESTOR SUITABILITY.**  The undersigned hereby acknowledges and understands that an investment in the Units involves a high degree of risk and hereby represents and warrants that the undersigned: (a) is able to bear the loss of the undersigned's entire investment without any material adverse effect on the undersigned's economic stability, (b) understands that an investment in the Company involves substantial risks; and (c) has such knowledge and experience in financial and business matters that the undersigned is capable of evaluating the merits and risks of the investment to be made by the undersigned pursuant to the Prospectus.

In addition, the undersigned represents and warrants that the undersigned is a resident of one of the following states and meets one of the investor suitability requirements for such state:

☐  CALIFORNIA

If a resident of California, the undersigned represents and warrants that the undersigned:

☐  1.a.  Has a minimum net worth of $60,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $60,000, where the investment does not represent more than 10% of the undersigned's net worth

-OR-

☐  1.b.  Has a minimum net worth of $225,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐  1.c.  Is purchasing in a fiduciary capacity for a person meeting the requirements of either 1.a or 1.b above

☒  ALL OTHER STATES

If a resident of any other state, the undersigned represents and warrants that the undersigned:

☐  2.a.  Has a minimum net worth of $45,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $45,000

-OR-

☒  2.b.  Has a minimum net worth of $150,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐  2.c.  Is purchasing in a fiduciary capacity for a person meeting the requirements of either 2.a or 2.b above

-3-

3.  ACCEPTANCE OF OPERATING AGREEMENT.  By execution of this Agreement, the undersigned acknowledges and understands that the ownership of the Units and the management of the Company are governed solely by the terms and conditions of the Operating Agreement.  In addition, the undersigned acknowledges:

> (a)  The receipt of the Operating Agreement;

> (b)  The ability to review the terms and conditions of the Operating Agreement (either with or without the undersigned's own legal counsel or business or tax advisor);

> (c)  The ability to ask questions of and receive answers from the Company with respect to the Operating Agreement (with all such questions, if any, being answered to the full satisfaction of the undersigned); and

> (d)  The acceptance to be bound by the terms and conditions of the Operating Agreement.

4.  PURCHASE OF UNITS; PAYMENT.  The undersigned hereby agrees to subscribe to the following number of Units at the purchase price of Five Thousand Dollars (US $5,000) per Unit, payable in cash concurrently with delivery of this Agreement:

| | | |
|---|---|---|
| PURCHASE PRICE PER UNIT: | $ | 5,000.00 |
| NUMBER OF UNITS TO BE PURCHASED (MINIMUM OF TWO (2) UNITS): | x | 7 |
| TOTAL PURCHASE PRICE: | $ | 35,000 |

The total purchase price is payable in cash concurrently with delivery of this Agreement either through wire transfer, previously delivered, or through personal or certified check.  Until the Company has sold the minimum 300 Units, payments should be made to our escrow agent as follows:  "Wells Fargo Bank fbo USA Capital First Trust Deed Fund."  Once the Company has sold the minimum 300 units, payments should be made to "USA Capital First Trust Deed Fund, LLC."  The total purchase price should be returned with this completed and executed Agreement to:

> USA Capital First Trust Deed Fund, LLC
> c/o USA Capital Realty Advisors, LLC
> 4484 South Pecos Road
> Las Vegas, Nevada 89121.

The undersigned understands that the subscription funds will not be entitled to distributions from the Company until the undersigned is admitted to the Company as a Member.

5.  CLASSIFICATION OF UNITS.  As described in the sections entitled, "Terms of the Offering – Classification of Units" and "Summary of Operating Agreement – Classification of Units," of the Prospectus, the undersigned is required to select a class for the Units to be purchased, where such selection is subject to the approval of the Manager.  The three classes of Units are identical in right and obligation with the exception of the relevant holding periods for which the Units must be held and the relevant preferred returns for the Units.  The relevant holding periods and the preferred returns for the Class A Units, the Class B Units or the Class C Units are provided for below.  As discussed in the Prospectus, since the preferred returns for each class will vary during the course of the Company's offering, as adjusted by the Manager in light of applicable market conditions, the preferred returns for the classes and the spreads between the same will be maintained for Units issued as of any one date and may vary for Units of the same class issued as of different dates.  The undersigned hereby designates the Units to be purchased as follows:

| | CLASS | HOLDING PERIOD | PREFERRED RATE OF RETURN AS OF NOVEMBER 8, 2002 | NUMBER OF UNITS |
|---|---|---|---|---|
| ☑ | Class A | Twelve (12) months | 9% per annum | 7 Units |
| ☐ | Class B | Twenty-four (24) months | 10% per annum | Units |
| ☐ | Class C | Thirty-six (36) months | 11% per annum | Units |
| | | | TOTAL | 7 Units |

6. ELECTION TO RECEIVE OR REINVEST DISTRIBUTIONS. The undersigned acknowledges and understands that the Company maintains a distribution reinvestment plan under which the undersigned may elect to receive or reinvest cash distributions. For additional information, see the sections of the Prospectus entitled "Summary – Distribution Reinvestment Plan" and "Summary of Operating Agreement – Receipt or Reinvestment of Distributions." Accordingly, to the extent that the undersigned remains qualified to purchase the Units and the Units are registered under the Securities Act of 1933, as amended, and applicable state securities statutes or an exemption from such registration is available, the undersigned may continue participating in the Company's distribution reinvestment plan. In order to elect whether to receive or reinvest monthly cash distributions, please choose one of the following two options:

☐ OPTION A: The undersigned elects to participate in the Company's distribution reinvestment plan rather than receive distributions in cash.

☐ OPTION B: The undersigned elects not to participate in the Company's distribution reinvestment plan and, instead, elects to receive distributions in cash.

If you check neither blank, the undersigned will be considered to have elected to receive distributions in cash (Option B).

7. INVESTOR INFORMATION. (Please print or type.)

Please complete the following, as applicable. (Investments by more than one of the following entities, even if related to each other or controlled by the same person, require completion of a separate Subscription Agreement and Power of Attorney.)

INDIVIDUAL: Frieda Moon
Name: FBO Sharon C. Van FLT          SSN: 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

Address: 2504 Callita Court          Email: _____
Las Vegas, NV 89102

Telephone: (702) 362-8128          Telephone: ( ) _____ - _____
(Home)                              (Office)

Joint Investor /Additional Signatory (if applicable)

Name: _____          SSN: _____

Address: _____          Email: _____

Telephone: ( ) _____ - _____          Telephone: ( ) _____ - _____
(Home)                                   (Office)

INDIVIDUAL RETIREMENT ACCOUNT ("IRA") OR PENSION OR PROFIT SHARING TRUST ("ERISA PLAN"):

Trustee: _____          Tax ID No.: _____

Address: _____          Acct. No.: _____
_____

Telephone: ( ) _____ - _____          Telephone: ( ) _____ - _____
(Home)                                   (Office)

Names of All Participants: _____
_____
_____

– 5 –

CORPORATION, BUSINESS TRUST, LIMITED-LIABILITY COMPANY, PARTNERSHIP, TRUST OR OTHER:

Name: _____     Tax ID No.: _____

Address: _____     Acct. No.: _____

_____

Telephone: ( ) _____ - _____     Telephone: ( ) _____ - _____
(Home)                                                    (Office)

Names of All Equity Owners, Partners or Grantors: _____

_____

_____

**8. POWER OF ATTORNEY.** The undersigned hereby irrevocably constitutes and appoints the Manager as the undersigned's true and lawful attorney-in-fact, with full power and authority for the undersigned, and in the undersigned's name, place and stead, to execute, acknowledge, verify, deliver, record, publish and file on the undersigned's behalf the following:

(a) The Operating Agreement and the articles of organization of the Company and any amendments thereto or cancellations thereof required under the laws of the State of Nevada;

(b) Any other certificates, instruments and documents as may be required by, or may be appropriate under, the laws of any state or other jurisdiction in which the Company is doing or intends to do business; and

(c) Any documents that may be required to effect the continuation of the Company, the admission of an additional or substituted Member, or the dissolution and termination of the Company.

This power of attorney is a special power of attorney and is coupled with an interest in favor of the Manager and as such:

(x) Shall be irrevocable and continue in full force and effect notwithstanding the subsequent death or incapacity of any party granting this power of attorney, regardless of whether the Company or the Manager shall have had notice thereof;

(y) May be exercised for a Member by a facsimile signature of the Manager or, after listing more than one Member, including the undersigned, by a single signature of the Manager acting as attorney in fact for all of them; and

(z) Shall survive the delivery of an assignment by a Member of the whole or any portion of the Member's Units in the Company, except that where the assignee thereof has been approved by the Manager for admission to the Company and a substituted Member, this power of attorney given by the assignor shall survive the delivery of such assignment for the sole purpose of enabling the Manager to execute, acknowledge, and file any instrument necessary to effect such substitution.

**9. INDEMNIFICATION.** THE UNDERSIGNED AGREES TO INDEMNIFY, DEFEND (BY COUNSEL REASONABLY ACCEPTABLE TO THE INDEMNIFIED PARTY) AND HOLD THE COMPANY, THE MANAGER, ITS MEMBERS AND THEIR RESPECTIVE MANAGERS, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS, AND EACH OF THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LIABILITIES AND DAMAGES (INCLUDING, WITHOUT LIMITATION, ALL ATTORNEYS' FEES, WHICH SHALL BE PAID AS INCURRED) THAT ANY OF THEM MAY INCUR, IN ANY MANNER OR TO ANY PERSON, BY REASON OF THE FALSITY, INCOMPLETENESS OR MISREPRESENTATION OF ANY INFORMATION FURNISHED BY THE UNDERSIGNED HEREIN OR IN ANY DOCUMENT SUBMITTED HEREWITH.

10. ACCEPTANCE. This Agreement will be accepted or rejected by the Manager within fifteen (15) days of its receipt by the Company. Upon acceptance, this subscription will become irrevocable, and will obligate the undersigned to purchase the number of Units specified herein, for the purchase price of Five Thousand Dollars (US $5,000) per Unit. The Manager will return a countersigned copy of this Agreement to the undersigned, which copy of this Agreement (together with the cancelled check or other evidence of payment) will be evidence of the purchase of the Units by the undersigned.

IN WITNESS WHEREOF, the undersigned hereby agrees to become a Member in USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, upon the terms and conditions set forth herein and in the Operating Agreement.

INDIVIDUAL:

_____          Date:  _7 - 14 - 2004_____
(Signature of Subscriber)

By:    _FRIEDA MOON_____
(Print Name of Subscriber)


_____          Date: _____
(Signature of Joint Investor / Additional Signatory) (if applicable)

By:    _____
(Print Name of Joint Investor / Additional Signatory)


CORPORATION, TRUST OR OTHER:

_____          Date: _____
(Signature of Authorized Signatory)

By:    _____
(Print Name of Authorized Signatory)

Its:   _____
(Print Title of Authorized Signatory)

IRA OR ERISA PLAN:

_____          Date: _____
(Signature of Individual Plan Participant)

By:    _____
(Print Name of Individual Plan Participant)


_____          Date: _____
(Signature of Custodian or Trustee)

By:    _____
(Print Name of Custodian or Trustee)

Its:   _____
(Print Title of Custodian or Trustee)

FOR IRA OR ERISA PLANS, BOTH TRUSTEE AND BENEFICIAL OWNER(S) MUST SIGN.

## ACCEPTANCE

The foregoing Subscription Agreement and Power of Attorney is hereby accepted by USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, for the number and class of Units indicated below.

Dated: _____, 20___

USA CAPITAL FIRST TRUST DEED FUND, LLC

By:    USA CAPITAL REALTY ADVISORS, LLC,
       its sole manager

       By:    USA INVESTMENT PARTNERS, LLC,
              its sole manager

              By:    USA COMMERCIAL MORTGAGE COMPANY,
                     its sole manager

                     By:    _Victoria S. Loob_

                     Its:   _____

| INVESTMENT SUMMARY | | | |
|---|---|---|---|
| EFFECTIVE DATE OF INVESTMENT | 7 - 15, 2004 | | |
| NUMBER OF UNITS PURCHASED | 7        Units | | |
| CLASSIFICATION OF UNITS | NUMBER | HOLDING PERIOD | PREFERRED RETURN |
| Class A | 7        Units | 12   Months | 9      % per annum |
| Class B | _____ Units | 24   Months | _____ % per annum |
| Class C | _____ Units | 36   Months | _____ % per annum |
| TOTAL | 7        Units | | |

USA Securities, LLC
4484 S. Pecos Road
Las Vegas, NV 89121

Frieda Moon FBO
Sharon C. van Ert
2504 Callita Court
Las Vegas, NV 89102

Phill Dickinson
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 4153

## Your Portfolio Summary As Of Friday, July 15, 2005:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port. |
|---|---|---|---|---|
| USA Cap 1st TR Deed Fund, LLC | 0.0000 | 5,000.0000 | 0.00 | 0.00% |
| USA Cap 1st TR Deed Fund, LLC | 7.0000 | 5,000.0000 | 35,000.00 | 100.00% |
| | | **Total** | 35,000.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| e Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 15-Jul-2005 | Starting Balance | | | | 7.0000 |
| 15-Jul-2005 | Redemption | -35,000.00 | -7.0000 | 5,000.0000 | 0.0000 |

### USA Cap 1st TR Deed Fund, LLC - Class B

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 15-Jul-2005 | Starting Balance | | | | 0.0000 |
| 15-Jul-2005 | Purchase | 35,000.00 | 7.0000 | 5,000.0000 | 7.0000 |

*Frieda Moon FBO
Sharon C. Van Ert
7-15-04 Entr*

**EXHIBIT C**

FORM OF REQUEST FOR CHANGE OF CLASSIFICATION

USA Capital Realty Advisors, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121

Ladies/Gentlemen:

I am an investor in USA Capital First Trust Deed Fund, LLC (the "Fund"). Through this notice, I am requesting a change in the class of my membership units in the Fund and, as a result, a change in the holding period and the preferred return applicable to my membership units in the Fund. In this regard, I am requesting that the following membership units in the Fund,

_____7_____ membership units (insert number), all designated as Class _A_ Units (insert class)

be converted into the following class(es) in the following amount(s):

|  | Class A Units | Class B Units | Class C Units |
|---|---|---|---|
| Number: | _____ Units | 7 Units | _____ Units |

This request for change in classification is subject to all of the terms and conditions set forth in the Fund's prospectus and the Fund's operating agreement, as amended, including, without limitation, the prior written approval of the change in classification by USA Capital Realty Advisors, LLC, the Fund's manager, which may be withheld in its sole discretion.

*Frieda Moon*
[Name of investor]

*Frieda Moon*
[Signature of investor]

*6-1-05*
[Date]

*2504 Callita Court
Las Vegas NV 89103*
[Current address of investor]

## ACKNOWLEDGEMENT

On behalf of the Fund, USA Capital Realty Advisors, LLC, the Fund's manager, hereby:

☐ Rejects the above request for change in classification such that the membership units referenced above shall remain in the same class, have the same holding period or bear the same preferred return.

☒ Approves the request for change in classification as follows:

|  | Class A Units | Class B Units | Class C Units |
|---|---|---|---|
| Number: | 7 Units | 7 Units | _____ Units |

The undersigned hereby executes this Acknowledgement as of _____, 20____.

USA CAPITAL REALTY ADVISORS, LLC,
as manager of USA Capital First Trust Deed Fund, LLC

By: *Victoria L. Loob*

Its: _____

11581_24.DOC                    C-1

*Acc 38
# 1533
# 415 3
7/15/04*

FRIEDA MOON
2504 CALLITA CT.  PH. 362-8128
LAS VEGAS, NV  89102

94-7074 2687
3212
0330101361

4827

Date 7-14-2004

Pay to the
Order of USA Capital first Trust Deed Fund LLC $ 35,000.00

THIRTY FIVE THOUSAND & 00/100 ━━━━━━━ Dollars

Wells Fargo Bank Nevada, N.A.
530 Las Vegas Blvd. S.
Las Vegas, NV 89101
www.wellsfargo.com

Memo 7-15-04 Erta                    Frieda Moon            MP

⑇321270742⑇:0330101381⑆ 4827        ⑉000 3500000⑈

---

FRIEDA MOON
2504 CALLITA CT.  PH. 362-8128
LAS VEGAS, NV  89102

94-7074 2687
3212
0330101361

4827

Date 7-14-2004

Pay to the
Order of USA Capital first Trust Deed Fund LLC $ 35,000.00

THIRTY FIVE THOUSAND & 00/100 ━━━━━━━ Dollars

Wells Fargo Bank Nevada, N.A.
530 Las Vegas Blvd. S.
Las Vegas, NV 89101
www.wellsfargo.com

Memo 7-15-04 Erta                    Frieda Moon            MP

⑇321270742⑇:0330101381⑆ 4827