# Exhibit "3"

FORM B10 (Official Form 10) (4/05)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)  FRIEDA MOON FBO SHARON C  VAN ERT | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name  and address where notices should be sent  Freeda Moon  2504 Callua Court  Las Vegas NV 8910 2  Telephone number   (702) 599 6000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case  ☐ Check box if the address differs from the address on the envelope sent to you by the court |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor  1538 | Check here  if this claim | ☐ replaces  ☐ amends | a previously filed claim, dated _____ |
|---|---|---|---|

**1   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- X Money  loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- Other  Purchase ownership in Fund _____

- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages salaries, and compensation (fill out below)  
  Last four digits of SS#  
  Unpaid compensation for services performed  
  from _____ to _____  
  (date)         (date)

**2   Date debt was incurred   January 19 2004**

**3   If court judgment, date obtained**

**4   Total Amount of Claim at Time Case Filed   $**

|  | 17 538 18 |  | 17 538 18 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority  also complete Item 5 or 7 below
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5   Secured Claim**

X Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral  Units in First Trust Deed Fund
- X  Real Estate      ☐  Motor Vehicle
- ☐  Other _____

Value of Collateral  $   unknown

Amount of arrearage and other charges at time case filed included in secured claim if any  $   17,538 18

**6   Unsecured Nonpriority Claim  $ _____**

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**7   Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority  $ _____

Specify the priority of the claim
- ☐ Wages salaries or commissions (up to $10 000) *  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier - 11 U S C  § 507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(4)
- ☐ Up to $2 225* of deposits toward purchase lease  or rental of property or services for personal family  or household use - 11 U S C  § 507(a)(6)
- ☐ Alimony  maintenance, or support owed to a spouse, former spouse, or child - 11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C  § 507(a)( )  
  *Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment  $10 000 and 180 day limits apply to cases filed on or after 4 20 05  Pub  L  109 8

**8   Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9   Supporting Documents**  Attach copies of supporting documents  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**10  Date-Stamped Copy**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

filed date
5/23/2006

USA FIRST TRUST

| Date  5/22/06 | Sign and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)  Nancy L  Allf — Nancy L  Allf  Attorney |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U

99997 793/852468 1

1072800007

USA Capital First Trust Deed Fund
4484 S Pecos Road
Las Vegas, NV 89121

# Account Transaction Summary

Freda Moon FBO Sharon C Van Ert
2504 Callita Court
Las Vegas, NV 89102

Phill Dickinson
4484 S Pecos Road
Las Vegas, NV 89121
Account # 1538

## Your Portfolio Summary As Of Wednesday, March 01, 2006

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | % Port |
|------|------------------|------------------|--------------------|--------|
| USA Cap 1st TR Deed Fund, LLC | 3 4558 | 5,000 0000 | 17,279 00 | 100 00% |
| | | **Total** | 17,279 00 | |

When applicable  the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|------------|-----------|--------|-------------------|-------------|---------|
| -Feb-2006 | Starting Balance | | | | 3 4558 |
| 01-Feb-2006 | Daily Accrued Dividend ACH | 129 59 | 0 0000 | 5 000 0000 | 3 4558 |
| 01-Mar-2006 | Daily Accrued Dividend ACH | 129 59 | 0 0000 | 5 000 0000 | 3 4558 |



USA Securities LLC
4484 S Pecos Road
s Vegas, NV 89121

Freda Moon FBO Shron C Van Ert
2504 Callita Court
Las Vegas, NV 89102

Account # 1536

## Your Portfolio Summary As Of Sunday, February 01, 2004

| Fund | Number of Shares | Last Price (USD) | Book Value (USD) | Market Value (USD) | *% Port |
|------|-----------------|------------------|------------------|--------------------|---------|
| USA Cap 1st TR Deed Fund LLC Class A | 3 0000 | 5 000 0000 | 15 000 00 | 15 000 00 | 100 00* |
| | | Totals | 15,000.00 | 15,000 00 | |

When applicable the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

**USA Cap 1st TR Deed Fund LLC - Class A**

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|-----------|-----------|--------|-------------------|-------------|---------|
| Feb-2004 | Starting Balance | | | | 0 0000 |
| 01-Feb-2004 | Purchase | 15 000 00 | 3 0000 | 5,000 0000 | 3 0000 |

*Frieda Moore*

*February 1, 04*

## USA CAPITAL FIRST TRUST DEED FUND, LLC
A Nevada Limited-Liability Company

### SUBSCRIPTION BOOKLET AND INSTRUCTIONS

---

### SUBSCRIPTION INSTRUCTIONS

Attached is the Subscription Agreement and Power of Attorney (the "Subscription Agreement") relating to the purchase of the limited-liability company membership units of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company")  The Company is offering an aggregate of 24,000 Class A, Class B and Class C limited-liability company membership units (the "Units") at a purchase price of $5,000 00 per Unit for an aggregate offering amount of $120,000,000 00  The Units are being offered pursuant to the Company's Prospectus dated as of November 8, 2002, as amended from time to time by the Company

A prospective investor desiring to subscribe for Units must complete and execute the Subscription Agreement in accordance with the instructions herein and send this completed Subscription Booklet and payment for the relevant Units as follows

1    Verification of Investor Suitability  Please initial the appropriate boxes in Section 2 of the Subscription Agreement (Page 3) to verify whether the prospective investor is suitable to purchase the Units

2    Subscription for Units  Please indicate in Section 4 of the Subscription Agreement (Page 4) the number of Units to be purchased.

3    Classification of Units  Of the Units to be purchased, please indicate in Section 5 of the Subscription Agreement (Page 4) the class of Units for the Units to be purchased.

4    Distribution or Reinvestment Election  Please indicate in Section 6 of the Subscription Agreement (Page 5) the election of the prospective investor on whether to reinvest or receive monthly distributions, if any

5    Investor Information  Please complete Section 7 of the Subscription Agreement (Pages 5-6) by providing the relevant name, address and contact information

6    Signature Page  Please date and sign the signature page to this Subscription Agreement (Page 7)

Once the Subscription Booklet is fully completed and executed, the Subscription Booklet and the payment for the Units should be sent to

> USA Capital First Trust Deed Fund, LLC
> c/o USA Capital Realty Advisors, LLC
> 4484 South Pecos Road
> Las Vegas, Nevada 89121

## SUBSCRIPTION AGREEMENT AND POWER OF ATTORNEY

Pursuant to the terms and conditions of this Subscription Agreement and Power of Attorney (this "Agreement"), the undersigned hereby applies to become a member ("Member") of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"), and subscribes to purchase the number of limited-liability company membership units in the Company (the "Units") herein indicated in accordance with the Company's Prospectus, as amended (the "Prospectus"), and the terms and conditions of the Company s Amended and Restated Operating Agreement, as amended (the "Operating Agreement"), a copy of which is provided as part of the Prospectus

1  REPRESENTATIONS AND WARRANTIES  The undersigned represents and warrants to the Company and its manager, USA Capital Realty Advisors, LLC, a Nevada limited-liability company, its successors and assigns (the "Manager") as follows

(a)  The undersigned has received, read and fully understand the Prospectus, and in making this investment, the undersigned is relying only on the information provided therein and has not relied on any statements or representations inconsistent with those contained in the Prospectus

(b)  The undersigned is aware that this subscription may be rejected in whole or in part by the Manager in its sole and absolute discretion and that the investment, if accepted, is subject to certain risks described in part in the Prospectus in the section entitled "Risks Factors "

(c)  The undersigned understands that the Units may not be sold or otherwise disposed of without the prior written consent of the Manager, which consent may be granted or withheld in its sole discretion, and that any transfer is subject to numerous other restrictions described in the Prospectus and in the Operating Agreement  The undersigned has liquid assets sufficient to assure the undersigned that such purchase will cause the undersigned no undue financial difficulties and that the undersigned can provide for the undersigned's current needs and possible personal contingencies, or if the undersigned is the trustee of a retirement trust, that the limited liquidity of the Units will not cause difficulty in meeting the trust's obligations to make distributions to plan participants in a timely manner

(d)  The undersigned is of the age of majority (as established in the state in which the undersigned is domiciled), if an individual, and, in any event, the undersigned has full power, capacity and authority to enter into a contractual relationship with the Company  If acting in a representative or fiduciary capacity for a corporation, fund or trust, or as a custodian or agent for any person or entity, the undersigned has full power or authority to enter into this Agreement in such capacity and on behalf of such corporation, fund, trust, person or entity

(e)  The undersigned is buying the Units solely for the undersigned's own account, or for the account of a member or members of undersigned's immediate family or in a fiduciary capacity for the account of another person or entity, and not as an agent for another

(f)  The undersigned acknowledges and agrees that counsel representing the Company, the Manager and their affiliates does not represent the undersigned and shall not be deemed under the applicable codes of professional responsibility to have represented or to be representing the undersigned or any other investor in any respect.

(g)  To the extent that the undersigned is purchasing the Units in a fiduciary capacity or as a custodian for the account of another person or entity, the undersigned has been directed by that person or entity to purchase the Units, and such person or entity is aware of the purchase of the Units on such person's or entity's behalf, and consents thereto and is aware of the merits and risks involved in the investment in the Company

(h)  The undersigned understands that an investment in the Units will not, in itself, create a retirement plan as described in the Internal Revenue Code of 1986, as amended (the "Code' ), and that, to create a retirement plan, the undersigned must comply with all applicable provisions of the Code

– 2 –

(i)  The undersigned  (i) is or will be in a financial position appropriate to enable the undersigned to realize to a significant extent the benefits described in the Prospectus, including the tax benefits where they are a significant aspect of the Company, (ii) has a fair market net worth sufficient to sustain the risks inherent in the Company, including loss of investment and lack of liquidity, and (iii) the investment in the Company is otherwise suitable for the undersigned

(j)  The undersigned understands that  (i) it may not be possible to readily liquidate an investment in the Company (ii) there is no public market for the Units, (iii) no public market for the Units is expected to develop, (iv) even if a potential buyer could be found, the transferability of the Units is also restricted by the provisions of the state and federal securities laws, and (v) any sale or transfer of Units also requires the prior written consent of the Manager, which may be withheld in its sole discretion

By making these representations, the undersigned has not waived any right of action available under applicable federal or state securities laws

2   INVESTOR SUITABILITY   The undersigned hereby acknowledges and understands that an investment in the Units involves a high degree of risk and hereby represents and warrants that the undersigned (a) is able to bear the loss of the undersigned's entire investment without any material adverse effect on the undersigned's economic stability, (b) understands that an investment in the Company involves substantial risks, and (c) has such knowledge and experience in financial and business matters that the undersigned is capable of evaluating the merits and risks of the investment to be made by the undersigned pursuant to the Prospectus

In addition, the undersigned represents and warrants that the undersigned is a resident of one of the following states and meets one of the investor suitability requirements for such state

☐   CALIFORNIA

If a resident of California, the undersigned represents and warrants that the undersigned

☐   1 a.   Has a minimum net worth of $60,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $60,000, where the investment does not represent more than 10% of the undersigned's net worth

-OR-

☐   1 b   Has a minimum net worth of $225,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐   1 c   Is purchasing in a fiduciary capacity for a person meeting the requirements of either 1 a or 1 b above

☒   ALL OTHER STATES

If a resident of any other state, the undersigned represents and warrants that the undersigned.

☒   2 a   Has a minimum net worth of $45,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $45,000

-OR-

☐   2 b   Has a minimum net worth of $150,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐   2 c   Is purchasing in a fiduciary capacity for a person meeting the requirements of either 2 a or 2 b above

– 3 –

3   ACCEPTANCE OF OPERATING AGREEMENT   By execution of this Agreement, the undersigned acknowledges and understands that the ownership of the Units and the management of the Company are governed solely by the terms and conditions of the Operating Agreement   In addition, the undersigned acknowledges

        (a)  The receipt of the Operating Agreement,

        (b)  The ability to review the terms and conditions of the Operating Agreement (either with or without the undersigned's own legal counsel or business or tax advisor),

        (c)  The ability to ask questions of and receive answers from the Company with respect to the Operating Agreement (with all such questions, if any, being answered to the full satisfaction of the undersigned), and

        (d)  The acceptance to be bound by the terms and conditions of the Operating Agreement.

4   PURCHASE OF UNITS, PAYMENT   The undersigned hereby agrees to subscribe to the following number of Units at the purchase price of Five Thousand Dollars (US $5,000) per Unit, payable in cash concurrently with delivery of this Agreement

| | | |
|---|---|---|
| PURCHASE PRICE PER UNIT | $ | 5,000 00 |
| NUMBER OF UNITS TO BE PURCHASED (MINIMUM OF TWO (2) UNITS) | x | 3 |
| TOTAL PURCHASE PRICE | $ | 15,000 |

The total purchase price is payable in cash concurrently with delivery of this Agreement either through wire transfer, previously delivered, or through personal or certified check   Until the Company has sold the minimum 300 Units, payments should be made to our escrow agent as follows   "Wells Fargo Bank fbo USA Capital First Trust Deed Fund"   Once the Company has sold the minimum 300 units, payments should be made to "USA Capital First Trust Deed Fund, LLC"   The total purchase price should be returned with this completed and executed Agreement to

        USA Capital First Trust Deed Fund, LLC
        c/o USA Capital Realty Advisors, LLC
        4484 South Pecos Road
        Las Vegas, Nevada 89121

The undersigned understands that the subscription funds will not be entitled to distributions from the Company until the undersigned is admitted to the Company as a Member

5   CLASSIFICATION OF UNITS   As described in the sections entitled, "Terms of the Offering – Classification of Units" and "Summary of Operating Agreement – Classification of Units," of the Prospectus, the undersigned is required to select a class for the Units to be purchased, where such selection is subject to the approval of the Manager   The three classes of Units are identical in right and obligation with the exception of the relevant holding periods for which the Units must be held and the relevant preferred returns for the Units   The relevant holding periods and the preferred returns for the Class A Units, the Class B Units or the Class C Units are provided for below   As discussed in the Prospectus, since the preferred returns for each class will vary during the course of the Company's offering, as adjusted by the Manager in light of applicable market conditions, the preferred returns for the classes and the spreads between the same will be maintained for Units issued as of any one date and may vary for Units of the same class issued as of different dates   The undersigned hereby designates the Units to be purchased as follows

| CLASS | HOLDING PERIOD | PREFERRED RATE OF RETURN AS OF NOVEMBER 8, 2002 | NUMBER OF UNITS |
|---|---|---|---|
| Class A | Twelve (12) months | 9% per annum | 3 Units |
| Class B | Twenty-four (24) months | 10% per annum | ____ Units |
| Class C | Thirty-six (36) months | 11% per annum | ____ Units |
| | | TOTAL | 3 Units |
| | | | $15,000 |

-4-

**6   ELECTION TO RECEIVE OR REINVEST DISTRIBUTIONS**  The undersigned acknowledges and understands that the Company maintains a distribution reinvestment plan under which the undersigned may elect to receive or reinvest cash distributions  For additional information, see the sections of the Prospectus entitled "Summary – Distribution Reinvestment Plan" and "Summary of Operating Agreement – Receipt or Reinvestment of Distributions ' Accordingly, to the extent that the undersigned remains qualified to purchase the Units and the Units are registered under the Securities Act of 1933, as amended, and applicable state securities statutes or an exemption from such registration is available, the undersigned may continue participating in the Company's distribution reinvestment plan  In order to elect whether to receive or reinvest monthly cash distributions, please choose one of the following two options

☒   OPTION A   The undersigned elects to participate in the Company's distribution reinvestment plan rather than receive distributions in cash

☐   OPTION B   The undersigned elects not to participate in the Company's distribution reinvestment plan and, instead, elects to receive distributions in cash

If you check neither blank, the undersigned will be considered to have elected to receive distributions in cash (Option B)

**7   INVESTOR INFORMATION**   (Please print or type )

Please complete the following, as applicable  (Investments by more than one of the following entities, even if related to each other or controlled by the same person, require completion of a separate Subscription Agreement and Power of Attorney )

INDIVIDUAL

Name  Frieda Moon fbo Sharon C Van Epps    SSN  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

Address  2504 Callita Court Las Vegas NV 89102    Email  _____

Telephone  (702) 362 - 8128    Telephone  (        ) _____-_____
(Home)                              (Office)

Joint Investor /Additional Signatory (if applicable)

Name  _____    SSN  _____

Address  _____    Email  _____
_____

Telephone  (        ) _____-_____    Telephone  (        ) _____-_____
(Home)                              (Office)

INDIVIDUAL RETIREMENT ACCOUNT ("IRA") OR PENSION OR PROFIT SHARING TRUST ("ERISA PLAN")

Trustee  _____    Tax ID No  _____

Address  _____    Acct No  _____
_____

Telephone  (        ) _____-_____    Telephone  (        ) _____-_____
(Home)                              (Office)

Names of All Participants    _____
_____
_____

– 5 –

CORPORATION, BUSINESS TRUST, LIMITED-LIABILITY COMPANY, PARTNERSHIP, TRUST OR OTHER

Name _____     Tax ID No _____

Address _____     Acct No _____

_____

Telephone   (      ) _____ - _____     Telephone   (      ) _____ - _____
(Home)                                                   (Office)

Names of All Equity Owners, Partners or Grantors   _____
_____
_____

**8.  POWER OF ATTORNEY**  The undersigned hereby irrevocably constitutes and appoints the Manager as the undersigned's true and lawful attorney-in-fact, with full power and authority for the undersigned, and in the undersigned's name, place and stead, to execute, acknowledge, verify, deliver, record, publish and file on the undersigned's behalf the following

(a)  The Operating Agreement and the articles of organization of the Company and any amendments thereto or cancellations thereof required under the laws of the State of Nevada,

(b)  Any other certificates, instruments and documents as may be required by, or may be appropriate under, the laws of any state or other jurisdiction in which the Company is doing or intends to do business, and

(c)  Any documents that may be required to effect the continuation of the Company, the admission of an additional or substituted Member, or the dissolution and termination of the Company

This power of attorney is a special power of attorney and is coupled with an interest in favor of the Manager and as such:

(x)  Shall be irrevocable and continue in full force and effect notwithstanding the subsequent death or incapacity of any party granting this power of attorney, regardless of whether the Company or the Manager shall have had notice thereof,

(y)  May be exercised for a Member by a facsimile signature of the Manager or, after listing more than one Member, including the undersigned, by a single signature of the Manager acting as attorney in fact for all of them, and

(z)  Shall survive the delivery of an assignment by a Member of the whole or any portion of the Member's Units in the Company, except that where the assignee thereof has been approved by the Manager for admission to the Company and a substituted Member, this power of attorney given by the assignor shall survive the delivery of such assignment for the sole purpose of enabling the Manager to execute, acknowledge, and file any instrument necessary to effect such substitution

**9.  INDEMNIFICATION**  THE UNDERSIGNED AGREES TO INDEMNIFY, DEFEND (BY COUNSEL REASONABLY ACCEPTABLE TO THE INDEMNIFIED PARTY) AND HOLD THE COMPANY, THE MANAGER, ITS MEMBERS AND THEIR RESPECTIVE MANAGERS, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS, AND EACH OF THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LIABILITIES AND DAMAGES (INCLUDING, WITHOUT LIMITATION, ALL ATTORNEYS' FEES, WHICH SHALL BE PAID AS INCURRED) THAT ANY OF THEM MAY INCUR, IN ANY MANNER OR TO ANY PERSON, BY REASON OF THE FALSITY INCOMPLETENESS OR MISREPRESENTATION OF ANY INFORMATION FURNISHED BY THE UNDERSIGNED HEREIN OR IN ANY DOCUMENT SUBMITTED HEREWITH.

10  ACCEPTANCE   This Agreement will be accepted or rejected by the Manager within fifteen (15) days of its receipt by the Company   Upon acceptance, this subscription will become irrevocable, and will obligate the undersigned to purchase the number of Units specified herein, for the purchase price of Five Thousand Dollars (US $5,000) per Unit   The Manager will return a countersigned copy of this Agreement to the undersigned, which copy of this Agreement (together with the cancelled check or other evidence of payment) will be evidence of the purchase of the Units by the undersigned

IN WITNESS WHEREOF, the undersigned hereby agrees to become a Member in USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, upon the terms and conditions set forth herein and in the Operating Agreement

INDIVIDUAL

_X Frieda Moon_____                  Date  __1 - 19 - 04__
        (Signature of Subscriber)

By   _Frieda Moon_____
        (Print Name of Subscriber)


_____                  Date  _____
  (Signature of Joint Investor / Additional Signatory) (if applicable)

By   _____
        (Print Name of Joint Investor / Additional Signatory)


CORPORATION, TRUST OR OTHER


_____                  Date  _____
        (Signature of Authorized Signatory)

By   _____
        (Print Name of Authorized Signatory)

Its  _____
        (Print Title of Authorized Signatory)

IRA OR ERISA PLAN


_____                  Date  _____
        (Signature of Individual Plan Participant)

By   _____
        (Print Name of Individual Plan Participant)


_____                  Date  _____
        (Signature of Custodian or Trustee)

By   _____
        (Print Name of Custodian or Trustee)

Its  _____
        (Print Title of Custodian or Trustee)


FOR IRA OR ERISA PLANS, BOTH TRUSTEE AND BENEFICIAL OWNER(S) MUST SIGN

## ACCEPTANCE

The foregoing Subscription Agreement and Power of Attorney is hereby accepted by USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, for the number and class of Units indicated below

Dated _____, 20____

USA CAPITAL FIRST TRUST DEED FUND, LLC

By    USA CAPITAL REALTY ADVISORS, LLC,
      its sole manager

   By    USA INVESTMENT PARTNERS, LLC,
         its sole manager

      By    USA COMMERCIAL MORTGAGE COMPANY,
            its sole manager

         By  _____

         Its _____

| INVESTMENT SUMMARY | | | |
|---|---|---|---|
| EFFECTIVE DATE OF INVESTMENT | | 2, 11, 2004 | |
| NUMBER OF UNITS PURCHASED | | 3 Units | |
| CLASSIFICATION OF UNITS | NUMBER | HOLDING PERIOD | PREFERRED RETURN |
| Class A | 3 Units | 12 Months | 7 % per annum |
| Class B | ___ Units | 24 Months | ___ % per annum |
| Class C | ___ Units | 36 Months | ___ % per annum |
| TOTAL | 3 Units | | |

1    Parsons Behle & Latimer
     Nancy L Allf, Bar No 0128
2    Timothy P. Thomas, Bar No 5148
     411 E Bonneville Ave , #100
3    Las Vegas, NV 89101
     Telephone     (702) 599-6000
4    Facsimile      (702) 599-6062

5    Attorneys for Creditors Frieda Moon FBO Sharon
     Van Ert,
6

7    Frieda Moon and Sharon C Van Ert

8    Frieda Moon, Trustee of the Decedent's Trust of the
     Restated Moon Irrevocable Trust dated 6/12/1987
9

10               **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**

11    In re

12    USA COMMERCIAL MORTGAGE COMPANY,
                            Debtor
13    _____
     USA CAPITAL REALTY ADVISORS, LLC,
14                            Debtor

15    _____
     USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC,
16                            Debtor
17    _____
     USA CAPITAL FIRST TRUST DEED FUND, LLC
                           Debtor
18    _____
     USA SECURITIES, LLC,
19                            Debtor

20

21    Affects

     ⊠   All Debtors
22

23      ___   USA Commercial Mortgage Company

24      ___   USA Securities, LLC

25      ___   USA Capital Realty Advisors, LLC

26      ☒   USA Capital Diversified Trust Deed Fund, LLC

27         USA First Trust Deed Fund, LLC

28

CASE NO   BK-S-06-10725 LBR
CASE NO   BK-S-06-10726 LBR
CASE NO   BK-S-06-10727 LBR
CASE NO   BK-S-06-10728 LBR
CASE NO   BK-S-06-10729 LBR

Chapter 11

**PROOF OF CLAIM**

PARSONS BEHLE &
LATIMER
ATTORNEYS AT LAW

99997 793/852532 1

| Claim No 7 | Creditor Name  Frieda Moon FBO Sharon C  Van Ert<br>2504 Callita Court<br>Las Vegas, NV 89102 | Last Date to File Claims<br>08/15/2006<br>Last Date to File (Govt)<br>Filing Status<br>Docket Status<br>Late  N |
|---|---|---|
| Claim Date<br>05/23/2006 | Amends Claim No<br>Amended By Claim No | Duplicates Claim No<br>Duplicated By Claim No |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Secured | $17538 18 | |
| **Total** | **$17538 18** | |
| Description | | |
| Remarks | | |

# Exhibit "4"

1  Parsons Behle & Latimer
   Nancy L. Allf, Bar No. 0128
2  Timothy P. Thomas, Bar No. 5148
   411 E. Bonneville Ave., #100
3  Las Vegas, NV 89101
   Telephone:    (702) 599-6000
4  Facsimile:    (702) 599-6062

5  Attorneys for Creditors Frieda Moon FBO Sharon
   Van Ert;
6
   Frieda Moon and Sharon C.Van Ert
7

8  Frieda Moon, Trustee of the Decedent's Trust of the
   Restated Moon Irrevocable Trust dated 6/12/1987
9

10                 UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEVADA

11  In re:

12  USA COMMERCIAL MORTGAGE COMPANY,
                                            Debtor.
13  _____
    USA CAPITAL REALTY ADVISORS, LLC,
14                                          Debtor.

15  USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC,
16                                          Debtor.

17  USA CAPITAL FIRST TRUST DEED FUND, LLC
                                            Debtor.
18  _____
    USA SECURITIES, LLC,
19                                          Debtor.

20
    Affects:
21
        ☒  All Debtors
22
        ___  USA Commercial Mortgage Company
23
        ___  USA Securities, LLC
24
        ___  USA Capital Realty Advistors, LLC
25
        ☒  USA Capital Diversified Trust Deed Fund, LLC
26
        ___  USA First Trust Deed Fund, LLC
27

28

CASE NO.  BK-S-06-10725 LBR
CASE NO.  BK-S-06-10726 LBR
CASE NO.  BK-S-06-10727 LBR
CASE NO.  BK-S-06-10728 LBR
CASE NO.  BK-S-06-10729 LBR

Chapter 11


**PROOF OF CLAIM**

FORM B10 (Official Form 10) (4/05)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>　FRIEDA MOON FBO SHARON C. VAN ERT<br><br>Name and address where notices should be sent:<br>Frieda Moon<br>2504 Callitn Court<br>Las Vegas, NV 8910 2̶<br><br>Telephone number:  (702) 599-6000 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>　1538 | Check here if this claim ☐ replaces<br>☐ amends   a previously filed claim, dated: _____ |
|---|---|

| 1.   Basis for Claim | |
|---|---|
| ☐ Goods sold<br>☐ Services performed<br>X Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>　Other  Purchase ownership in Fund | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>　Last four digits of SSfl: _____<br>　Unpaid compensation for services performed<br>　from _____ to _____<br>　　(date)　　　　(date) |

| 2.   Date debt was incurred:  January 19, 2004 | 3.   If court judgment, date obtained: |
|---|---|

4.   Total Amount of Claim at Time Case Filed: $ _____ 17,538.18 _____ _____ 17,538.18
　　　　　　　　　　　　　　　(unsecured)　　　(secured)　　　(priority)　　　(Total)
　If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5.   Secured Claim. | 7.   Unsecured Priority Claim. |
|---|---|
| X Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:  Units in First Trust Deed Fund<br>X Real Estate　☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral:  $ ___ unknown ___<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ ___ 17,538.18 ___ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ____ ).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.  $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8. |

| 6.   Unsecured Nonpriority Claim $ _____ |
|---|
| ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. |

| 8.   Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

9.   Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>5/22/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Nancy L. Allf*　—Nancy L. Allf, Attorney |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

99997.793/852468.1

USA Capital First Trust Deed Fund
4484 S. Pecos Road
̄ as Vegas, NV 89121

# Account Transaction Summary

Frieda Moon FBO Sharon C. Van Ert
2504 Callita Court
Las Vegas, NV 89102

Phill Dickinson
4484 S. Pecos Road
Las Vegas, NV 89121
Account #: 1538

## Your Portfolio Summary As Of Wednesday, March 01, 2006:

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|------|------------------|------------------|--------------------|----------|
| USA Cap 1st TR Deed Fund, LLC | 3.4558 | 5,000.0000 | 17,279.00 | 100.00% |
| | | Total | 17,279.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| de Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---------|-----------|--------|-------------------|-------------|---------|
| . . Feb-2006 | Starting Balance | | | | 3.4558 |
| 01-Feb-2006 | Daily Accrued Dividend ACH | 129.59 | 0.0000 | 5,000.0000 | 3.4558 |
| 01-Mar-2006 | Daily Accrued Dividend ACH | 129.59 | 0.0000 | 5,000.0000 | 3.4558 |

FEB

USA Securities, LLC
4484 S. Pecos Road
s Vegas, NV 89121

Account Trade Confirmation

Frieda Moon FBO Shron C. Van Ert
2504 Callita Court
Las Vegas, NV 89102

Account #: 1538

## Your Portfolio Summary As Of Sunday, February 01, 2004:

| Fund | Number of Shares | Last Price (USD) | Book Value (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|---|
| USA Cap 1st TR Deed Fund, LLC Class A | 3.0000 | 5,000.0000 | 15,000.00 | 15,000.00 | 100.00% |
| Totals | | | 15,000.00 | 15,000.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

### USA Cap 1st TR Deed Fund, LLC - Class A

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| Feb-2004 | Starting Balance | | | | 0.0000 |
| 01-Feb-2004 | Purchase | 15,000.00 | 3.0000 | 5,000.0000 | 3.0000 |

*Frieda Moore*

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### A Nevada Limited-Liability Company *february 1, 04*

## SUBSCRIPTION BOOKLET AND INSTRUCTIONS

---

### SUBSCRIPTION INSTRUCTIONS

Attached is the Subscription Agreement and Power of Attorney (the "Subscription Agreement") relating to the purchase of the limited-liability company membership units of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"). The Company is offering an aggregate of 24,000 Class A, Class B and Class C limited-liability company membership units (the "Units") at a purchase price of $5,000.00 per Unit for an aggregate offering amount of $120,000,000.00. The Units are being offered pursuant to the Company's Prospectus dated as of November 8, 2002, as amended from time to time by the Company.

A prospective investor desiring to subscribe for Units must complete and execute the Subscription Agreement in accordance with the instructions herein and send this completed Subscription Booklet and payment for the relevant Units as follows:

1.      Verification of Investor Suitability: Please initial the appropriate boxes in Section 2 of the Subscription Agreement (Page 3) to verify whether the prospective investor is suitable to purchase the Units.

2.      Subscription for Units: Please indicate in Section 4 of the Subscription Agreement (Page 4) the number of Units to be purchased.

3.      Classification of Units: Of the Units to be purchased, please indicate in Section 5 of the Subscription Agreement (Page 4) the class of Units for the Units to be purchased.

4.      Distribution or Reinvestment Election: Please indicate in Section 6 of the Subscription Agreement (Page 5) the election of the prospective investor on whether to reinvest or receive monthly distributions, if any.

5.      Investor Information: Please complete Section 7 of the Subscription Agreement (Pages 5-6) by providing the relevant name, address and contact information.

6.      Signature Page. Please date and sign the signature page to this Subscription Agreement (Page 7).

Once the Subscription Booklet is fully completed and executed, the Subscription Booklet and the payment for the Units should be sent to:

USA Capital First Trust Deed Fund, LLC
c/o USA Capital Realty Advisors, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121.

## SUBSCRIPTION AGREEMENT AND POWER OF ATTORNEY

Pursuant to the terms and conditions of this Subscription Agreement and Power of Attorney (this "Agreement"), the undersigned hereby applies to become a member ("Member") of USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company (the "Company"), and subscribes to purchase the number of limited-liability company membership units in the Company (the "Units") herein indicated in accordance with the Company's Prospectus, as amended (the "Prospectus"), and the terms and conditions of the Company's Amended and Restated Operating Agreement, as amended (the "Operating Agreement"), a copy of which is provided as part of the Prospectus.

1. REPRESENTATIONS AND WARRANTIES. The undersigned represents and warrants to the Company and its manager, USA Capital Realty Advisors, LLC, a Nevada limited-liability company, its successors and assigns (the "Manager") as follows:

(a) The undersigned has received, read and fully understand the Prospectus, and in making this investment, the undersigned is relying only on the information provided therein and has not relied on any statements or representations inconsistent with those contained in the Prospectus.

(b) The undersigned is aware that this subscription may be rejected in whole or in part by the Manager in its sole and absolute discretion and that the investment, if accepted, is subject to certain risks described in part in the Prospectus in the section entitled "Risks Factors."

(c) The undersigned understands that the Units may not be sold or otherwise disposed of without the prior written consent of the Manager, which consent may be granted or withheld in its sole discretion, and that any transfer is subject to numerous other restrictions described in the Prospectus and in the Operating Agreement. The undersigned has liquid assets sufficient to assure the undersigned that such purchase will cause the undersigned no undue financial difficulties and that the undersigned can provide for the undersigned's current needs and possible personal contingencies, or if the undersigned is the trustee of a retirement trust, that the limited liquidity of the Units will not cause difficulty in meeting the trust's obligations to make distributions to plan participants in a timely manner.

(d) The undersigned is of the age of majority (as established in the state in which the undersigned is domiciled), if an individual, and, in any event, the undersigned has full power, capacity and authority to enter into a contractual relationship with the Company. If acting in a representative or fiduciary capacity for a corporation, fund or trust, or as a custodian or agent for any person or entity, the undersigned has full power or authority to enter into this Agreement in such capacity and on behalf of such corporation, fund, trust, person or entity.

(e) The undersigned is buying the Units solely for the undersigned's own account, or for the account of a member or members of undersigned's immediate family or in a fiduciary capacity for the account of another person or entity, and not as an agent for another.

(f) The undersigned acknowledges and agrees that counsel representing the Company, the Manager and their affiliates does not represent the undersigned and shall not be deemed under the applicable codes of professional responsibility to have represented or to be representing the undersigned or any other investor in any respect.

(g) To the extent that the undersigned is purchasing the Units in a fiduciary capacity or as a custodian for the account of another person or entity, the undersigned has been directed by that person or entity to purchase the Units, and such person or entity is aware of the purchase of the Units on such person's or entity's behalf, and consents thereto and is aware of the merits and risks involved in the investment in the Company.

(h) The undersigned understands that an investment in the Units will not, in itself, create a retirement plan as described in the Internal Revenue Code of 1986, as amended (the "Code"), and that, to create a retirement plan, the undersigned must comply with all applicable provisions of the Code.

(i)  The undersigned: (i) is or will be in a financial position appropriate to enable the undersigned to realize to a significant extent the benefits described in the Prospectus, including the tax benefits where they are a significant aspect of the Company; (ii) has a fair market net worth sufficient to sustain the risks inherent in the Company, including loss of investment and lack of liquidity; and (iii) the investment in the Company is otherwise suitable for the undersigned.

(j)  The undersigned understands that: (i) it may not be possible to readily liquidate an investment in the Company; (ii) there is no public market for the Units; (iii) no public market for the Units is expected to develop; (iv) even if a potential buyer could be found, the transferability of the Units is also restricted by the provisions of the state and federal securities laws; and (v) any sale or transfer of Units also requires the prior written consent of the Manager, which may be withheld in its sole discretion.

By making these representations, the undersigned has not waived any right of action available under applicable federal or state securities laws.

2.  INVESTOR SUITABILITY.  The undersigned hereby acknowledges and understands that an investment in the Units involves a high degree of risk and hereby represents and warrants that the undersigned: (a) is able to bear the loss of the undersigned's entire investment without any material adverse effect on the undersigned's economic stability, (b) understands that an investment in the Company involves substantial risks; and (c) has such knowledge and experience in financial and business matters that the undersigned is capable of evaluating the merits and risks of the investment to be made by the undersigned pursuant to the Prospectus.

In addition, the undersigned represents and warrants that the undersigned is a resident of one of the following states and meets one of the investor suitability requirements for such state:

☐      CALIFORNIA

If a resident of California, the undersigned represents and warrants that the undersigned:

☐      1.a.      Has a minimum net worth of $60,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $60,000, where the investment does not represent more than 10% of the undersigned's net worth

-OR-

☐      1.b.      Has a minimum net worth of $225,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐      1.c.      Is purchasing in a fiduciary capacity for a person meeting the requirements of either 1.a or 1.b above

☒      ALL OTHER STATES

If a resident of any other state, the undersigned represents and warrants that the undersigned:

☒      2.a.      Has a minimum net worth of $45,000 (exclusive of home, home furnishings and automobiles) and minimum annual gross income of $45,000

-OR-

☐      2.b.      Has a minimum net worth of $150,000 (exclusive of home, home furnishings and automobiles)

-OR-

☐      2.c.      Is purchasing in a fiduciary capacity for a person meeting the requirements of either 2.a or 2.b above

-3-

3.   ACCEPTANCE OF OPERATING AGREEMENT. By execution of this Agreement, the undersigned acknowledges and understands that the ownership of the Units and the management of the Company are governed solely by the terms and conditions of the Operating Agreement.  In addition, the undersigned acknowledges:

(a)  The receipt of the Operating Agreement;

(b)  The ability to review the terms and conditions of the Operating Agreement (either with or without the undersigned's own legal counsel or business or tax advisor);

(c)  The ability to ask questions of and receive answers from the Company with respect to the Operating Agreement (with all such questions, if any, being answered to the full satisfaction of the undersigned); and

(d)  The acceptance to be bound by the terms and conditions of the Operating Agreement.

4.   PURCHASE OF UNITS; PAYMENT.  The undersigned hereby agrees to subscribe to the following number of Units at the purchase price of Five Thousand Dollars (US $5,000) per Unit, payable in cash concurrently with delivery of this Agreement:

| | | |
|---|---|---|
| PURCHASE PRICE PER UNIT: | $ | 5,000.00 |
| NUMBER OF UNITS TO BE PURCHASED (MINIMUM OF TWO (2) UNITS): | x | 3 |
| TOTAL PURCHASE PRICE: | $ | 15,000 |

The total purchase price is payable in cash concurrently with delivery of this Agreement either through wire transfer, previously delivered, or through personal or certified check.  Until the Company has sold the minimum 300 Units, payments should be made to our escrow agent as follows:  "Wells Fargo Bank fbo USA Capital First Trust Deed Fund."  Once the Company has sold the minimum 300 units, payments should be made to "USA Capital First Trust Deed Fund, LLC."  The total purchase price should be returned with this completed and executed Agreement to:

USA Capital First Trust Deed Fund, LLC
c/o USA Capital Realty Advisors, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121.

The undersigned understands that the subscription funds will not be entitled to distributions from the Company until the undersigned is admitted to the Company as a Member.

5.   CLASSIFICATION OF UNITS.  As described in the sections entitled, "Terms of the Offering – Classification of Units" and "Summary of Operating Agreement – Classification of Units," of the Prospectus, the undersigned is required to select a class for the Units to be purchased, where such selection is subject to the approval of the Manager.  The three classes of Units are identical in right and obligation with the exception of the relevant holding periods for which the Units must be held and the relevant preferred returns for the Units.  The relevant holding periods and the preferred returns for the Class A Units, the Class B Units or the Class C Units are provided for below.  As discussed in the Prospectus, since the preferred returns for each class will vary during the course of the Company's offering, as adjusted by the Manager in light of applicable market conditions, the preferred returns for the classes and the spreads between the same will be maintained for Units issued as of any one date and may vary for Units of the same class issued as of different dates.  The undersigned hereby designates the Units to be purchased as follows:

| | CLASS | HOLDING PERIOD | PREFERRED RATE OF RETURN AS OF NOVEMBER 8, 2002 | NUMBER OF UNITS |
|---|---|---|---|---|
| ☒ | Class A | Twelve (12) months | 9% per annum | 3 Units |
| ☐ | Class B | Twenty-four (24) months | 10% per annum | _____ Units |
| ☐ | Class C | Thirty-six (36) months | 11% per annum | _____ Units |
| | | | TOTAL | 3 Units |
| | | | | $15,000 |

– 4 –

6. ELECTION TO RECEIVE OR REINVEST DISTRIBUTIONS. The undersigned acknowledges and understands that the Company maintains a distribution reinvestment plan under which the undersigned may elect to receive or reinvest cash distributions. For additional information, see the sections of the Prospectus entitled "Summary – Distribution Reinvestment Plan" and "Summary of Operating Agreement – Receipt or Reinvestment of Distributions." Accordingly, to the extent that the undersigned remains qualified to purchase the Units and the Units are registered under the Securities Act of 1933, as amended, and applicable state securities statutes or an exemption from such registration is available, the undersigned may continue participating in the Company's distribution reinvestment plan. In order to elect whether to receive or reinvest monthly cash distributions, please choose one of the following two options:

☑ OPTION A: The undersigned elects to participate in the Company's distribution reinvestment plan rather than receive distributions in cash.

☐ OPTION B: The undersigned elects not to participate in the Company's distribution reinvestment plan and, instead, elects to receive distributions in cash.

If you check neither blank, the undersigned will be considered to have elected to receive distributions in cash (Option B).

7. INVESTOR INFORMATION. (Please print or type.)

Please complete the following, as applicable. (Investments by more than one of the following entities, even if related to each other or controlled by the same person, require completion of a separate Subscription Agreement and Power of Attorney.)

INDIVIDUAL:

Name: Frieda Moon FBO Sharon C. Van Ert

SSN: 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

Address: 2504 Callita Court Las Vegas NV 89102

Email:

Telephone: (702) 362 - 8128
(Home)

Telephone: (    ) _____ - _____
(Office)

Joint Investor /Additional Signatory (if applicable)

Name: _____

SSN: _____

Address: _____

Email: _____

Telephone: (    ) _____ - _____
(Home)

Telephone: (    ) _____ - _____
(Office)

INDIVIDUAL RETIREMENT ACCOUNT ("IRA") OR PENSION OR PROFIT SHARING TRUST ("ERISA PLAN"):

Trustee: _____

Tax ID No.: _____

Address: _____

Acct. No.: _____

Telephone: (    ) _____ - _____
(Home)

Telephone: (    ) _____ - _____
(Office)

Names of All Participants: _____

_____

_____

-5-

CORPORATION, BUSINESS TRUST, LIMITED-LIABILITY COMPANY, PARTNERSHIP, TRUST OR OTHER:

Name: _____    Tax ID No.: _____

Address: _____    Acct. No.: _____

Telephone: ( ) _____ - _____    Telephone: ( ) _____ - _____
(Home)                                              (Office)

Names of All Equity Owners, Partners or Grantors: _____

_____

_____

**8. POWER OF ATTORNEY.** The undersigned hereby irrevocably constitutes and appoints the Manager as the undersigned's true and lawful attorney-in-fact, with full power and authority for the undersigned, and in the undersigned's name, place and stead, to execute, acknowledge, verify, deliver, record, publish and file on the undersigned's behalf the following:

(a) The Operating Agreement and the articles of organization of the Company and any amendments thereto or cancellations thereof required under the laws of the State of Nevada;

(b) Any other certificates, instruments and documents as may be required by, or may be appropriate under, the laws of any state or other jurisdiction in which the Company is doing or intends to do business; and

(c) Any documents that may be required to effect the continuation of the Company, the admission of an additional or substituted Member, or the dissolution and termination of the Company.

This power of attorney is a special power of attorney and is coupled with an interest in favor of the Manager and as such:

(x) Shall be irrevocable and continue in full force and effect notwithstanding the subsequent death or incapacity of any party granting this power of attorney, regardless of whether the Company or the Manager shall have had notice thereof;

(y) May be exercised for a Member by a facsimile signature of the Manager or, after listing more than one Member, including the undersigned, by a single signature of the Manager acting as attorney in fact for all of them; and

(z) Shall survive the delivery of an assignment by a Member of the whole or any portion of the Member's Units in the Company, except that where the assignee thereof has been approved by the Manager for admission to the Company and a substituted Member, this power of attorney given by the assignor shall survive the delivery of such assignment for the sole purpose of enabling the Manager to execute, acknowledge, and file any instrument necessary to effect such substitution.

**9. INDEMNIFICATION.** THE UNDERSIGNED AGREES TO INDEMNIFY, DEFEND (BY COUNSEL REASONABLY ACCEPTABLE TO THE INDEMNIFIED PARTY) AND HOLD THE COMPANY, THE MANAGER, ITS MEMBERS AND THEIR RESPECTIVE MANAGERS, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS, AND EACH OF THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LIABILITIES AND DAMAGES (INCLUDING, WITHOUT LIMITATION, ALL ATTORNEYS' FEES, WHICH SHALL BE PAID AS INCURRED) THAT ANY OF THEM MAY INCUR, IN ANY MANNER OR TO ANY PERSON, BY REASON OF THE FALSITY, INCOMPLETENESS OR MISREPRESENTATION OF ANY INFORMATION FURNISHED BY THE UNDERSIGNED HEREIN OR IN ANY DOCUMENT SUBMITTED HEREWITH.

10. ACCEPTANCE. This Agreement will be accepted or rejected by the Manager within fifteen (15) days of its receipt by the Company. Upon acceptance, this subscription will become irrevocable, and will obligate the undersigned to purchase the number of Units specified herein, for the purchase price of Five Thousand Dollars (US $5,000) per Unit. The Manager will return a countersigned copy of this Agreement to the undersigned, which copy of this Agreement (together with the cancelled check or other evidence of payment) will be evidence of the purchase of the Units by the undersigned.

IN WITNESS WHEREOF, the undersigned hereby agrees to become a Member in USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, upon the terms and conditions set forth herein and in the Operating Agreement.

INDIVIDUAL:

X _Frieda Moon_____
(Signature of Subscriber)

Date: ___1 - 19 - 04___

By: _Frieda Moon_____
(Print Name of Subscriber)

_____
(Signature of Joint Investor / Additional Signatory) (if applicable)

Date: _____

By: _____
(Print Name of Joint Investor / Additional Signatory)

CORPORATION, TRUST OR OTHER:

_____
(Signature of Authorized Signatory)

Date: _____

By: _____
(Print Name of Authorized Signatory)

Its: _____
(Print Title of Authorized Signatory)

IRA OR ERISA PLAN:

_____
(Signature of Individual Plan Participant)

Date: _____

By: _____
(Print Name of Individual Plan Participant)

_____
(Signature of Custodian or Trustee)

Date: _____

By: _____
(Print Name of Custodian or Trustee)

Its: _____
(Print Title of Custodian or Trustee)

FOR IRA OR ERISA PLANS, BOTH TRUSTEE AND BENEFICIAL OWNER(S) MUST SIGN.

## ACCEPTANCE

The foregoing Subscription Agreement and Power of Attorney is hereby accepted by USA Capital First Trust Deed Fund, LLC, a Nevada limited-liability company, for the number and class of Units indicated below.

Dated: _____, 20___

USA CAPITAL FIRST TRUST DEED FUND, LLC

By:   USA CAPITAL REALTY ADVISORS, LLC,
      its sole manager

      By:   USA INVESTMENT PARTNERS, LLC,
            its sole manager

            By:   USA COMMERCIAL MORTGAGE COMPANY,
                  its sole manager

                  By: _____

                  Its: _____

| INVESTMENT SUMMARY | | | |
|---|---|---|---|
| EFFECTIVE DATE OF INVESTMENT | 2 11 2004 | | |
| NUMBER OF UNITS PURCHASED | 3 Units | | |
| CLASSIFICATION OF UNITS | NUMBER | HOLDING PERIOD | PREFERRED RETURN |
| Class A | 3 Units | 12 Months | 7 % per annum |
| Class B | _____ Units | 24 Months | _____ % per annum |
| Class C | _____ Units | 36 Months | _____ % per annum |
| TOTAL | 3 Units | | |

# Exhibit "5"

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF __Nevada__ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>USA Capital First Trust Deed Fund | Case Number:<br>BK-S-06-10728-LBR | RECEIVED AND FILED<br><br>2006 AUG 11  A 9: 41<br><br>H___  ___PTCY COURT<br>P___  ___RY CLERK |
|---|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Debra A. Gant-Hickel And**
**Russell J. Hickel**

Name and address where notices should be sent:
**4725 Goodwin Rd.**
**Sparks, Nevada 89436**

Telephone number: **(775) 626-5035**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This Space is for Court Use Only*

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces    if this claim ☐ amends   a previously filed claim, dated _____

| 1 | Basis for Claim | |
|---|---|---|
| | ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C § 1114(a) |
| | ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| | ☒ Money loaned | Last four digits of your SS # _____ |
| | ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| | ☐ Taxes | from _____ to _____ |
| | ☐ Other _____ | (date)        (date) |

| 2 | Date debt was incurred<br>**2001** | 3 | If court judgment, date obtained |
|---|---|---|---|

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim  $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.

Amount entitled to priority  $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5).

**Secured Claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral:  $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| 5 | Total Amount of Claim at Time Case Filed: | $unknown | $33,245.88 | | |
|---|---|---|---|---|---|
| | | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7 Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8 Date Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

*This Space is for Court Use Only*

| Date<br>**8.10.06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Debra A. Gant-Hickel* |
|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C

USA FIRST TRUST

1072800041

A1

# USA Commercial Mortgage Company ("USA")

## USA Capital First Trust Deed Fund
as of April 12, 2006

THIS STATEMENT REFLECTS THE STATUS AS OF THE BANKRUPTCY PETITION DATE
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON

Gant-Hickel, Debra A
4725 Goodwin Road
Sparks, NV 89436

11320301040479

as Loan Servicing Agent for

| Vesting Name | Debra A Gant-Hickel And Russell J Hickel |
|---|---|
| Shareholder ID | 8449 |

| Class | Shares | Share Price | Old Statement Value | Book Value* |
|---|---|---|---|---|
| Class A | 0 | $5,000 00 | $0 00 | $0 00 |
| Class B | 0 | $5,000 00 | $0 00 | $0 00 |
| Class C | 6 | $5,000 00 | $31,967 00 | $33,245 88 |
|  |  |  | $31,967 00 | $33,245 88 |

* The book value of the Fund is the net carrying value of the assets and liabilities on the books and records
of the Fund  The actual value and collectibility of the notes and interest receivable has not been determined

Prepared by MFIM, LLC

## U.S Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on 8/28/2006 at 12 42 PM PDT

| | |
|---|---|
| **Case Name·** | USA CAPITAL FIRST TRUST DEED FUND, LLC (JNT-LEAD CASE #06-10725) |
| **Case Number** | 06-10728-lbr |
| **Creditor Name** | DEBRA A GANT-HICKEL & RUSSELL J HICKEL<br>4725 GOODWIN RD<br>SPARKS NV 89436 |
| **Claim Number** | 44 |
| **Total Amount Claimed** | $33245 88 |

The following document(s) are associated with this transaction

**Document description** Main Document
**Original filename** 10728_Debra and Russell Hickel pdf
**Electronic document Stamp**
[STAMP bkecfStamp_ID=989277954 [Date=8/28/2006] [FileNumber=7223953-0]
[74a7f83f2e33967dfbf38ecd8797cb7341644735e1668cb0b4ad00eb52fae2cdfbe8
5928976eee8c35b858e231426b48339acd351a127a8a12b094d9784187e7]]

## 06-10728-lbr Notice will be electronically mailed to

KELLY J BRINKMAN    kbrinkman@gooldpatterson com,

JANET L CHUBB    tbw@jonesvargas com

WILLIAM D COPE    cope_guerra@yahoo com, cope_guerra@yahoo com

LAUREL E DAVIS    bklsclv@lionelsawyer com,
ldavis@lionelsawyer com,gbagley@lionelsawyer com,ldavisesq@aol com

THOMAS H FELL    BANKRUPTCYNOTICES@GORDONSILVER COM

CHRISTOPHER D JAIME    cjaime@waltherkey com, kbernhar@waltherkey com

ROBERT R KINAS    rkinas@swlaw com,
mstrand@swlaw com,jlustig@swlaw com,chaines@swlaw com,imccord@swlaw com

JEANETTE E MCPHERSON    bkfilings@s-mlaw com

LENARD E SCHWARTZER    bkfilings@s-mlaw com

U S TRUSTEE - LV - 11    USTPRegion17 lv ecf@usdoj gov,

# Exhibit "6"

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT of Nevada | RECEIVED AND FILED |
|---|---|---|
| Name of Debtor<br>**USA CAPITAL REALTY ADVISORS, LLC** | Case Number<br>**BK-S-06-10726 LBR** | PROOF OF CLAIM<br>2006 AUG 16 PM 1:12 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503.

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>**Debra A. Gant-Hickel And Russell J. Hickel** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent<br>**4725 Goodwin Rd**<br>**Sparks, Nevada 89436**<br>Telephone number **(775) 626-5035** | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim dated _____ |
|---|---|

**1  Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 USC § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  - Last four digits of your SS # _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)          (date)

**2  Date debt was incurred**
**2001**

**3  If court judgment, date obtained**

**4  Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

**Unsecured Nonpriority Claim** $ _____
- ☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries, or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 USC § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 USC § 507(a)(5)

**Secured Claim**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff)
  - Brief Description of Collateral
  - ☒ Real Estate ☐ Motor Vehicle ☐ Other _____
  - Value of Collateral $ _____
  - Amount of arrearage and other charges at time case filed included in secured claim if any $ _____

- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 USC § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units 11 USC § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 USC § 507(a)( ___ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5  Total Amount of Claim at Time Case Filed** | $ unknown $33,245.88 | | | |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6  Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  Supporting Documents** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8  Date Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>**8 10 06** | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>*Debra A. Gant - Hickel* | USA CAPITAL<br>1072600029 |
|---|---|---|

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 US

*Debra A. Gant-Hickel*

## USA Commerical Mortgage Company ("USA")

### USA Captial First Trust Deed Fund
as of April 12, 2006

THIS STATEMENT REFLECTS THE STATUS AS OF THE BANKRUPTCY PETITION DATE
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON

11320301040479

Gant-Hickel, Debra A
4725 Goodwin Road
Sparks, NV 89436

### as Loan Servicing Agent for

Vesting Name    Debra A Gant-Hickel And Russell J Hickel

Shareholder ID   8449

| Class | Shares | Share Price | Old Statement Value | Book Value* |
|-------|--------|-------------|---------------------|-------------|
| Class A | 0 | $5,000 00 | $0 00 | $0 00 |
| Class B | 0 | $5,000 00 | $0 00 | $0 00 |
| Class C | 6 | $5,000 00 | $31,967 00 | $33,245 88 |
| | | | $31,967 00 | $33,245 88 |

\* The book value of the Fund is the net carrying value of the assets and liabilities on the books and records
of the Fund  The actual value and collectability of the notes and interest receivable has not been determined

Prepared by MFIM, LLC

On this 10th day of August, 2006, I deposited for mailing in the U S Mail, at

Reno, Nevada, a copy of the Proof of Claim to

Office of the U S Trustee
300 Las Vegas Blvd , South
Suite 4300
Las Vegas, NV 89101

RECEIVED AND FILED

UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA
300 Las Vegas Blvd South, Las Vegas, NV 89101
(702) 388-6257

2006 AUG 11  A 9:44

U.S. BKCY COURT
MARY A. SCHOTT, CLERK

The enclosed document was found deficient for the following (x) items  Unless otherwise noted your document has been accepted for filing  To avoid returned documents in the future, please comply with these items and all the local rules

[ ]  Chapter number must be listed on all proof of claim (CH 7, CH 11 & CH 13)  Submit an original plus one copy along with a self-addressed stamped envelope if you want the conformed copies returned to you  (LR 3002)(LR 3001A)

[ ]  The case name does not correspond to any case on file in this court, therefore, your proof of claim/document cannot be filed and is returned to you  Check any notices you may have received to determine whether the case is pending in this court or in another court, or under another name  Forward the proof of claim/document to the appropriate court

[ ]  Your letter does not establish a proper proof of claim  We have temporarily accepted your letter as proof of claim subject to correction  Please complete and return the enclosed (blank) proof of claim form to this court with a self-addressed stamped envelope for your return copy  (CH 7, CH 11 & CH 13 submit original + 1 )  If you did not receive a blank proof of claim form you obtain it from our website under "Court Info"

[X]  The proof of claim/document is not signed or is not originally signed by the claimant  Photocopied signatures are not acceptable  Please sign and return the enclosed copy of your proof of claim/document to this court

[ ]  Submit all proof of claims and attachments stapled in the order that you wish to have them filed  You should submit the proof of claim stapled to the attachment followed by the copies in the same format  Please do not staple the original and the copies together  It is often filed as one document  This will eliminate any confusion as to the filing of your proof of claims

[ ]  You have not utilized the revise Proof of Claim form

[ ]  Documents & exhibits presented for filing shall be on 8 ½" x 11" Legal size documents must be reduced to standard size for filing  (LR 9004)

[ ]  Complete case number, including judges initials and chapter number must be on all documents

[ ]  Reaffirmation agreements require a hearing if the debtor is not represented by an attorney  Please call (702) 388-6705 for a hearing date and time

[ ]  The date and time of the hearing is required on all documents presented for filing  If no date and time is to be set, note "N/A" or "To Be Determined" in the date and time spot  (LR 9004)

[ ]  An Original & 1 Copy is required on all orders or documents to be signed by the Judge

[ ]  The attached pleading has been filed  You are reminded that this matter will not be placed on calendar nor considered by the court until you have mailed a notice of same and filed your certificate of mailing with the court  You may obtain a hearing date and time from the Clerk's office by calling (702) 388-6705

[ ]  This court charges a fee of $26 00 per search and 50 cents per copy  We suggest that you contact Legal Wings, Inc  618 South Sixth Street, Las Vegas, NV 89101 or call them at (702) 384-0305 or visit our website @ www nvb uscourts gov and check our case dockets PACER

[ ]  You did not provide enough copies to get a copy back  Our website provides copy & fee requirements and can be found at www nvb uscourts gov

[ ]  Your conversion is being returned because the case is [ ] dismissed [ ] closed [ ]  The dismissal must be vacated or [ ] the closed case must be reopened

[ ]  You have not utilized the revised Petition form which required only the last 4 digits of the social security number

[ ]  You have not utilized the new versions of Schedules, Statement of Financial Affairs

[ ]  You have 48 hours to file your Statement of Social Security Number with this Court

[ ]  Other _____

If you have any questions regarding these items, please consult the local rules of practice for the District of Nevada @ www nvb uscourts gov

LIVE ECF - Filing Of Claim                                              Page 1 of 2

# U.S Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on 9/21/2006 at 2 19 PM PDT

**Case Name**            ██████████████████████████████
**Case Number.**         ████████

**Creditor Name·**       DEBRA A GANT-HICKEL AND RUSSELL J HICKEL
                         4725 GOODWIN RD
                         SPARKS NV 89436

**Claim Number·**        ████████
**Total Amount Claimed:** $33245 88                    F 8/16/06

The following document(s) are associated with this transaction

**Document description:** Main Document
**Original filename·** 10726_Debra&RussellHickel pdf
**Electronic document Stamp·**
[STAMP bkecfStamp_ID=989277954 [Date=9/21/2006] [FileNumber=7323906-0]
[7c52e99ae1474d44357346b934148646f078cb730b5267a00e13ffd68d34fc866e94
c6551708f9ecf9e3c526350fbdd2812ca605eb163834120ef47233d580df]]

## 06-10726-lbr Notice will be electronically mailed to

KELLY J BRINKMAN    kbrinkman@gooldpatterson com,

MICHAEL W CHEN    yvette@ccfirm com

JANET L CHUBB    tbw@jonesvargas com

WILLIAM D COPE    cope_guerra@yahoo com, cope_guerra@yahoo com

LAUREL E DAVIS    bklsclv@lionelsawyer com,
ldavis@lionelsawyer com,gbagley@lionelsawyer com,ldavisesq@aol com

THOMAS H FELL    BANKRUPTCYNOTICES@GORDONSILVER COM

ROBERT R KINAS    rkinas@swlaw com,
mstrand@swlaw com,jlustig@swlaw com,chaines@swlaw com,imccord@swlaw com

JEANETTE E MCPHERSON    bkfilings@s-mlaw com

LENARD E SCHWARTZER    bkfilings@s-mlaw com

PETER SUSI    cheryl@msmlaw com, msm@msmlaw com

U S TRUSTEE - LV - 11    USTPRegion17 lv ecf@usdoj gov,