ELECTRONICALLY FILED
April 18, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429),
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee of
Equity Security Holders of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects | |
| ☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:  April 26, 2007<br>Time:  9:30 a.m. |

**LIMITED RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO OMNIBUS OBJECTION OF USA SECURITIES, LLC TO CERTAIN CLAIMS (AFFECTS DEBTORS USA SECURITIES, LLC AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

413143v3

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

In response to the "Omnibus Objection of USA Securities, LLC to Certain Claims," (the "Objection") [docket no. 3021], the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby submits a limited response as follows:

## I.

### PURPOSE OF RESPONSE

1.     In the Objection, USA Securities, LLC ("USA Securities") objects to thirty (30) proofs of claim filed against USA Securities on the grounds that "they are in reality claims against either USACM or one of the Funds, and which were also separately filed as claims against those Debtors (the 'Misfiled Claims')." Objection, ¶ 9.

2.     According to Exhibit A to the Objection, three of the Misfiled Claims are claims against USA Capital First Trust Deed Fund, LLC ("FTDF") and therefore should be disallowed in their entirety against USA Securities. Specifically, USA Securities requests that claim number 10729-00004 filed by Frieda Moon & Sharon C. Van Ert in the amount of $35,583.34, claim number 10729-00005 filed by Frieda Moon & Sharon C. Van Ert ("Moon & Van Ert") in the amount of $17,538.18 (together with claim number 10729-00004, the "Moon & Van Ert Claims"), and claim number 10729-00034 filed by Houghton Dental Corp PSP FBO Geraldine Pearl Houghton ("Houghton") in the amount of $100,000.00 (the "Houghton Claim") be disallowed in their entirety against USA Securities. With respect to each of these claims, Exhibit A to the Objection states that, "Claim is against FTDF and claimant has already filed the same claim against FTDF."

3.     The FTDF Committee submits this response (a) to inform the Court that the FTDF Committee has already objected to claims in the same amount filed against FTDF by Moon & Van Ert, and that such objections have already been ruled upon and sustained by the Court; (b) to inform the Court that the Houghton Claim has been withdrawn pursuant to a stipulation entered into between the FTDF Committee and Houghton; and (c) to ensure that any order sustaining the Objection (i) does not deem the Moon & Van Ert Claims or the Houghton

413143v3                                    2

1    Claim to have been filed against FTDF and (ii) does not conflict with the prior orders of the

2    Court sustaining the FTDF Committee's objections to claims filed by Moon & Van Ert.

3                                                    **II.**

4               **RELEVANT PROOFS OF CLAIM FILED AGAINST FTDF**

5    A.      **Objections to Claims Filed by Moon & Van Ert**

6         4.      On August 1, 2006, the FTDF filed the "Omnibus Objection of the

7    Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to

8    Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund,

9    LLC" [docket no. 1066] (the "First Claim on Equity Objection"). Among the claims subject to

10    the First Claim on Equity Objection were claim number 10728-00006 and claim number 10728-

11    00007, both of which were filed by Moon & Van Ert in the respective amounts of $35,583.34

12    and $17,538.18. The FTDF Committee requested that such claims be reclassified as proofs of

13    interest in FTDF as the claims were based upon membership interests in FTDF. On September

14    14, 2006, the Court entered an order granting the relief requested [docket no. 1278].

15         5.      Claim number 10728-00006 (filed against FTDF and subsequently

16    reclassified as a proof of interest in FTDF) is identical to claim number 10729-00004 (filed

17    against USA Securities), which is the subject of the Objection. True and correct copies of claim

18    number 10728-00006 and claim number 10729-00004 are attached hereto as Exhibits "1" and

19    "2," respectively.

20         6.      Claim number 10728-00007 (filed against FTDF and subsequently

21    reclassified as a proof of interest in FTDF) is identical to claim number 10729-00005 (filed

22    against USA Securities), which is the subject of the Objection. True and correct copies of claim

23    number 10728-00007 and claim number 10729-00005 are attached hereto as Exhibits "3" and

24    "4," respectively.

25         7.      Because claims identical to the Moon & Van Ert Claims have been filed

26    against FTDF and have been reclassified as proofs of interest in FTDF pursuant to order of this

27    Court, in ruling upon the Objection, the Court should not deem the Moon & Van Ert Claims to

28    have been filed against FTDF.

**B.    Stipulation re Claim Filed by Houghton**

8.    As set forth above, Exhibit A to the Objection states that the Houghton Claim should be disallowed in its entirety against USA Securities as it is, in actuality, a claim against FTDF.  Exhibit A to the Objection also states that Houghton filed the same claim against FTDF.  In actuality, Houghton did not file a proof of claim against FTDF.  Rather, Houghton intended to file the Houghton Claim against FTDF (the proof of claim lists FTDF as the relevant debtor) but it was mistakenly entered on the USA Securities claims register because Houghton made a typographical error with respect to the case number to which the Houghton Claim related.

9.    After meeting and conferring, Houghton and the FTDF Committee have entered into a stipulation withdrawing the Houghton Claim against USA Securities and FTDF with prejudice.  That stipulation was filed on April 16, 2007 [docket no. 3465].  The proposed order approving that stipulation will be lodged with this Court upon the approval of the Office of the United States Trustee.  Accordingly, the Objection is moot as to the Houghton Claim.

**WHEREFORE,** the FTDF Committee requests that in ruling on the Objection, the Court (i) not deem the Moon & Van Ert Claims or the Houghton Claim to have been filed against FTDF; and (ii) not enter an order inconsistent with the orders sustaining the FTDF Committee's objections to claim numbers 10728-00006 and 10728-00007 filed by Moon & Van Ert against FTDF, which claims have already been reclassified as proofs of interest in the FTDF case.

Respectfully submitted this 18 day of April, 2007.

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

413143v3                                   4

1

2  CANDACE C. CARLYON
   Shea & Carlyon, Ltd.
3  228 S. Fourth Street, First Floor
   Las Vegas, NV 89101
4  Telephone: (702) 471-7432

5  COUNSEL FOR THE
   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
6  OF USA CAPITAL FIRST TRUST DEED FUND, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

413143v3                                    5