**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/18/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                           Debtors.

**Affects:**
¨ All Debtors
× USA Commercial Mortgage Company
× USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
¨ USA Capital First Trust Deed Fund, LLC
× USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION CONTINUING HEARING ON OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION**

Date of Hearing: April 26, 2007
Time of Hearing: 9:30 a.m.

New Date of Hearing: June 15, 2007
Time of Hearing: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, USA Capital Realty Advisors, LLC, USA Securities, LLC, USA Commercial Mortgage Company, by and through its counsel, Ray Quinney & Nebeker, and Pension Benefit Guaranty Corporation ("PBGC"). by and through its counsel, hereby stipulate:

1

1826581.2

**LEWIS AND ROCA LLP**
LAWYERS

1. USA Commercial Mortgage Company filed an objection to Claim Nos. 791, 793, and 794 of PBGC in Case No. 06-10725 [DE 2978].

2. USA Capital Realty Advisors field an objection to Claim Nos. 37, 38 and 39 of PBGC in Case No. 06-10726 [DE 2980].

3. USA Securities, LLC filed an objection to Claim Nos. 24, 25, and 26 of PBGC in Case No. 06-10729 [DE 2982].

4. The objections are set for status hearing on April 26, 2007 at 9:30 a.m.

5. Counsel for PBGC notified counsel for the USACM Liquidating Trust that it will be filing amended claims.

6. The undersigned counsel agree that:

- Amended proofs of claim shall be filed by April 23, 2007.

- The parties will endeavor to agree on deadlines of objections to the amended proofs of claim after reviewing such amended filings;

- The PBGC is not required to file a response to the objections to the initial PBGC proofs of claim, and the parties will endeavor to agree on deadlines for responses to any objections to the amended Claims;

- The status hearing on PBGC Claims, and on any objections to amended proofs of claim then filed or to be filed by USA Commercial Mortgage Company or USACM Trust, USA Capital Realty Advisors and USA Securities scheduled for April 26, 2007 shall be continued to June 15, 2007 at 9:30 a.m.

DATED: April 18, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
 Susan M. Freeman, AZ 4199 (*pro hac vice*)
 Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

1826581.2

LEWIS AND ROCA LLP
LAWYERS

-and-

**PENSION BENEFIT GUARANTY CORPORATION**

By: /s/ *James Eggeman*
   James Eggeman Assistant Chief Counsel
   Frank A. Anderson, DC 478234 (*pro hac vice*)
   Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov

-and-

**RAY QUINNEY & NEBEKER PC**

By: /s/ *Steven C. Strong (pro hac vice)*
   Annette W. Jarvis, UT 1649
   Steven C. Strong, UT 6340
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
Tel: 801-532-1500
Email: ajarvis@rqn.com; sstrong@rqn.com
*Attorneys for USA Commercial Mortgage, USA Capital Realty Advisors and USA Securities LLC*

1826581.2