06-10725

April 17, 2007

Clerk
US Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

To whom it may concern,

This letter pertains to the following referenced Proof of Claims filed with the bankruptcy court:
Marcia J. Knox – Claim #s: 10725- (00615, 00616, 00617, 00647, 00648, 00649, 00676, 00699, 00722, 00756, 00766, 00797, 00798, 01028, 01029, 01037, 01634, 01635, 01636, 01637, and 01905) and James E. McKnight – Claim #s: 10725- (00673, 00674, 00723, 00751, 01683, and 01684)  Written documentation in support of these proof of claim forms has already been provided to the objecting party (see claim numbers above) and the documentation will be provided at any evidentiary hearing or trail on the matter.

This letter is to express Marcia J. Knox Trust's and James E. McKnight's objection to filed proof of claims and other direct lenders filed proof of claims as being classified as general unsecured claims.  Not only should all direct lenders have a security interest in the borrowers' property in which they decided to be investors in, but also be secured by property of the bankruptcy estate.  The reasoning for this point of view is because USA Capital or USA Commercial Mortgage was the entity brokering the loans and offering the secured status, and this bankruptcy is due to their negligence, therefore this entities property and that of the bankruptcy estate should be included to fully satisfy any shortfall from the borrowers' proceeds to the direct lenders. *

Thank you for your consideration.

Sincerely,

*[signature]* Trustee for the Marcia J. Knox Trust date 8/16/04
Marcia J. Knox

*[signature]*
James E. McKnight

\* NOTE: THIS LETTER IS ONLY EFFECTIVE IF THE LENDERS PROTECTION GROUP HAS NOT ALREADY EXPRESSED THIS ~~VIEW~~ OBJECTION ON OUR BEHALF.