Larry & Patsy Rieger, trustees
The Larry L. Rieger and Patsy R. Rieger Revocable Trust dtd 8/14/91
2615 Glen Eagles Drive
Reno, NV 89523

April 17, 2007

U.S. Govt. Bankruptcy Court
300 S. Las Vegas Blvd.
Las Vegas, NV 89101
VIA CERTIFIED MAIL

Re:   DE #3135 filed on 3/23/07
      Amended Notice of Hearing
      Regarding Fifth Omnibus Objection of USA Commercial Mortgage Company
      To Claims Asserting Secured Status

Based on documentation submitted in support of our proof of claim, we are opposing the objection to relief in this matter. In regard to the Amesbury Hatters Point loan, breach of fiduciary duty was carried on post-petition in the same manner as pre-petition, specifically deeded releases of collateral were granted by USACM without collecting principal repayment from the borrower as per the terms of the loan agreement and the loan servicing agreement. The proportionate amount of our claim applicable to this post-petition breach ($32,844.00) should be classified as priority status.

This letter should be regarded as our compliance with Local Rule 3007(b), as written response served to the objecting party and filed with the Court.

Thank you,

Larry L. Rieger, Tee

Patsy R. Rieger, Tee

(775) 746-1439

Case Number: 06-10725, Proof of Claim #10725-01739

Cc:
Lewis and Roca
Susan M. Freeman
Rob Charles
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

# PROOF OF CLAIM

Copy

**UNITED STATES BANKRUPTCY COURT — DISTRICT OF NEVADA**

| Name of Debtor: | Case Number: |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

Larry L. Rieger & Patsy R. Rieger
Revocable Trust Dated 8/14/91
c/o Larry L. & Patsy R. Rieger, Ttees.
2615 Glen Eagles Drive
Reno, NV 89523-2080

Creditor Telephone Number ( ) (775) 746-1439

Last four digits of account or other number by which creditor identifies debtor: 2658

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.**
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.
**THIS SPACE IS FOR COURT USE ONLY**

Check here ☐ replaces ☐ amends a previously filed claim dated: ____
if this claim

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: ____
  - Unpaid compensation for services performed from: ____ (date) to ____ (date)
- ☒ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 7/24/03 – 4/30/06

**3. IF COURT JUDGMENT, DATE OBTAINED:** N/A

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ 260,008.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) if none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ 32,844.00
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $ ____
Amount of arrearage and other charges **at time case filed** included in secured claim, if any: $ ____
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ 260,008.00 (unsecured) $ ____ (secured) $ 32,844.00 (priority) $ $292,852.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED DEC 11 2006

| DATE | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 11/10/2006 | Larry L. Rieger, Ttee.   Patsy R. Rieger, TTEE Patsy R. Rieger, Ttee |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

USA CMC
1072501739

**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/23/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING REGARDING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS**

Hearing Date: April 26, 2007
Hearing Time: 9:30 a.m.

THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED. THIS IS NOT AN OBJECTION TO THE VALIDITY OR AMOUNT OF YOUR CLAIM, RATHER IT ARGUES THAT YOUR CLAIM IS NOT ENTITLED TO PRIORITY STATUS. THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>APRIL 19, 2007</u>. <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A

1820650.1

2nd Objection to Claims Asserting Priority Status

| | | | | | |
|---|---|---|---|---|---|
| 18 | Hill, Robert W<br>4900 San Timoteo Ave Nw<br>Albuquerque, NM 87114-3813 | 10725-00356 | 10/2/2006 | $800.39 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 19 | Houghton Dental Corp Psp<br>F/B/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10725-01257 | 11/9/2006 | $400,000.00 | S<br>P, U -- Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 20 | John W Brouwers Md Sep Ira<br>2333 Dolphin Ct<br>Henderson, NV 89074-5320 | 10725-00806 | 10/30/2006 | $163,611.11 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 21 | Johnson, Tamara<br>310 Parkhurst Dr<br>Caldwell, Id 83605 | 10725-00277 | 9/27/2006 | $40,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 23 | Kiven, Norman<br>Andrew J. Abrams ESQ<br>Sugar Friedberg & Felsenthal LLP<br>30 N LaSalle St. Ste 3000<br>Chicago, IL 60602 | 10725-01478 | 11/15/2006 | $48,248.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Larry L & Patsy R Rieger Revocable Trt Dtd 8/14/91<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, Nv 89523-2080 | 10725-01739 | 12/11/2006 | $292,852.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Lawson, Paula M<br>Po Box 18652<br>Reno, NV 89511-0652 | 10725-01117 | 11/8/2006 | $45,110.52 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Lee, Devin<br>7493 Big Cottonwood Ct.<br>Las Vegas, NV 89123 | 10725-00943 | 11/2/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

EXHIBIT A