Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on April 19, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTIONS TO THE KANTOR CLAIMANTS' CLAIMS FILED AGAINST USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC**<br>**(Affects USA Capital Realty Advisors, LLC and USA Securities, LLC)**<br><br>Date:   April 26, 2007<br>Time:   9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

USA Capital Realty Advisors, LLC ("USA Realty"), and USA Securities, LLC ("USA Securities") jointly, by and through their counsel, and Dr. Gary Kantor, both individually and as trustee of the Kantor Nephrology Consultants, Ltd. 401K PSP, and Lynn M. Kantor (collectively the "Kantor Claimants"), by and through their counsel, hereby stipulate as follows:

1.  USA Realty filed objections to Claim No. 60, Claim No. 61, and Claim No. 63, all in unliquidated amounts filed against it by the Kantor Claimants. USA Securities filed objections to Claim No. 38, Claim No. 39, and Claim No. 40, all in unliquidated amounts filed against it by the Kantor Claimants.

2.  These objections are set for hearing on April 26, 2007, at 9:30 a.m.

3.  Counsel for the Kantor Claimants requests additional time to negotiate with USA Securities and USA Realty concerning the Claims and objections.

4.  In order to facilitate that negotiation, the parties have agreed that the hearing on the objections filed by USA Securities and USA Realty to the Kantor Claimants' Claims be continued to June 15, 2007, at 9:30 a.m., and that any response by the Kantor Claimants to the objections will be filed on or before June 1, 2007.

5.  The parties submit a stipulated order herewith for the Court's convenience.

Respectfully submitted this 19th day of April, 2007.

        RAY QUINNEY & NEBEKER P.C. and
        SCHWARTZER & McPHERSON LAW FIRM

By:   /s/   Jeanette E. McPherson
      STEVEN C. STRONG
      LENARD E. SCHWARTZER
      JEANETTE E. MCPHERSON
      *Attorneys for the Debtors*

AND

McGUIREWOODS LLP

By:   /s/   Michael M. Schmahl
      MICHAEL M. SCHMAHL
      *Attorney for the Kantor Claimants*