1 | Dean T. Kirby, Jr.   Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
2 | KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
3 | San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4 | dkirby@kirbymac.com
lackerman@kirbymac.com
5 |
Michelle L. Abrams    Nev. Bar No. 5565
6 | MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
7 | Las Vegas, NV 89146
Telephone: (702) 369-3724 Facsimile (702) 369-0651
8 | mabrams@mabramslaw.com

9 | Attorneys for Creditor
Debt Acquisition Company of America V

E-Filed April 19, 2007

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor.<br><br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>Debtor.<br><br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST FUND, LLC<br>Debtor.<br><br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor.<br><br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br><br>DECLARATION OF HOWARD JUSTUS IN RESPONSE TO OBJECTION TO CLAIM NOS. 10725-00779, 10725-00780, 10725-00781, 10725-00783, AND 10725-00904, ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC<br><br>[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]<br><br>DATE: April 26, 2007<br><br>TIME: 9:30 a.m. |

I, Howard Justus, declare:

1. I am the Managing Member of Debt Acquisition Company of America V, LLC, a California limited liability company ("DACA"). I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. DACA has obtained by assignment the following claims:

   2.1 The claim of Pompeo J. Lombardi, in the amount of $43,017.52. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 1. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 2.

   2.2 The claim of Dalton Maffett, in the amount of $20,067.97. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 3. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 4.

   2.3 The claim of Oliver Puhr, in the amount of $31,762.23. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 5. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 6.

   2.4 The claim of Tom Stewart, in the amount of $37,037.93. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 7. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 8.

///
///
///
///
///
///
///

In re USA Commercial Mortgage Company, et al.  
Justus Declaration in Response to Objection to Claim Nos. 10725-00779

Bankruptcy Case No. BK-S-06-10729 LBR  
Page No. 1

2.5  The claim of Janet Szabo, in the amount of $25,107.97. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 9. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 18, 2007 at San Diego, California.

_____
HOWARD JUSTUS

2.5    The claim of Janet Szabo, in the amount of $25,107.97. A true and correct copy of the Notice of Transfer of Claim filed with the Bankruptcy Court is attached as Exhibit 9. A true and correct copy of the Courtesy Notice re Claim Transfer received by DACA from The BMC Group is attached as Exhibit 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 18, 2007 at San Diego, California.

_____
HOWARD JUSTUS

In re USA Commercial Mortgage Company, et al.  
Justus Declaration in Response to Objection to Claim Nos. 10725-00779  
Bankruptcy Case No. BK-S-06-10729 LBR  
Page No. 2

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Jointly Administered Under |
| ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE** |
| ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **POMPEO LOMBARDI** ("Transferor") against the Debtor in the amount of **$43,017.52**, as listed within Schedule E of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $43,017.52 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**POMPEO LOMBARDI**
572 SUGARPINE DR INCLINE VILLAGE, NV 89451-8414

Print Name: Pompeo J. Lombardi    Title: Broker
Signature: P. Lombardi    Date: 8/9/06

Updated Address (if needed): _____

Phone: 775-240-0084    Fax: 775-826-1697    E-Mail: pompeo@excite.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Tom Scheidt

Mail Ref# 2-17207
2619900

**Exhibit 1 Page 1 of 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,  ) Chapter 11
                                         )
                                         ) Case No. 06-10725
                    Debtors.             ) (Jointly Administered)
                                         )

## COURTESY NOTICE RE CLAIM TRANSFER OF CLAIM NO S19652

TO:   POMPEO LOMBARDI
      572 SUGARPINE DR
      INCLINE VILLAGE NV 89451-8414

PLEASE TAKE NOTICE that we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record [s19652] in the amount of $43,017.52.

**DATED:** August 21, 2006

*THE BMC GROUP*

1330 East Franklin Avenue
El Segundo, California 90245

Official Claims and Noticing Agent for the Clerk of the Court in the USA COMMERCIAL MORTGAGE COMPANY bankruptcy cases

**Exhibit 2 Page 1 of 1**

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                  ) Chapter 11
                                        ) Jointly Administered Under
                                        ) Case No. BK-S-06-10725 LBR
USA COMMERICAL MORTGAGE COMPANY,        )
                                        ) NOTICE OF TRANSFER OF CLAIM
                                        ) OTHER THAN FOR SECURITY AND
                Debtors.                ) WAIVER OF NOTICE
                                        ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of DALTON F MAFFETT ("Transferor") against the Debtor in the amount of $26,057.97 has been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claim, hereby assign and transfer my claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the current net amount is not less than $14,005.47 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
DALTON F MAFFETT
4745 BUBONNET DR SPARKS, NV 89436-3134

Print Name: Dalton Maffett            Title:

Signature: [signature]                Date: 9/11/06

Updated Address: (if needed)

Phone 775-219-9550    Fax           E-Mail DamMfett@charter.net

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signature]
Traw Schmidt

Mail Ref# 2-3842
2419001

1

**Exhibit 3 Page 1 of 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,  ) Chapter 11
) 
) Case No. 06-10725
Debtors.  ) (Jointly Administered)
)

### COURTESY NOTICE RE CLAIM TRANSFER OF CLAIM NO S19653

TO:   DALTON MAFFETT
      4948 DUBONNET DR
      SPARKS NV 89436-8134

PLEASE TAKE NOTICE that we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record **[s19653]** in the amount of $20,067.97.

**DATED:** August 30, 2006

*THE BMC GROUP*

1330 East Franklin Avenue
El Segundo, California 90245

Official Claims and Noticing Agent for the Clerk of the Court in the USA COMMERCIAL MORTGAGE COMPANY bankruptcy cases

**Exhibit 4 Page 1 of 1**

08-14-'06 11:46 FROM- T-046 P002/010 F-085

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                            ) Chapter 11
                                                  ) Jointly Administered Under
                                                  ) Case No. BK-S-06-10725 LBR
USA COMMERCIAL MORTGAGE COMPANY                   )
                                                  ) NOTICE OF TRANSFER OF CLAIM
         Debtors.                                 ) OTHER THAN FOR SECURITY AND
                                                  ) WAIVER OF NOTICE
                                                  ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of OLIVER C PUHR ("Transferor") against the Debtor in the amount of $31,762.23, as listed within Schedule E of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $26,262.23 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**OLIVER C PUHR**
**1696 HEARTHSTONE CT RENO, NV 89521-4048**

Print Name OLIVER PUHR          Title VICE-PRESIDENT
Signature [signed]              Date 8/14/06

Updated Address (if needed) _____

Phone _____ Fax _____ E-Mail _____

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signed]
          Todd Schultz

Mail Ref# 2-10505
2619903

2

**Exhibit 5 Page 1 of 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,   ) Chapter 11
)
) Case No. 06-10725
Debtors.   ) (Jointly Administered)
)

### COURTESY NOTICE RE CLAIM TRANSFER OF CLAIM NO S19655

TO:   OLIVER PUHR
1696 HEARTHSTONE CT
RENO NV 89521-4048

PLEASE TAKE NOTICE that we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record **[s19655]** in the amount of $31,762.23.

DATED: August 21, 2006

*THE BMC GROUP*

1330 East Franklin Avenue
El Segundo, California 90245

Official Claims and Noticing Agent for the Clerk of the Court in the USA COMMERCIAL MORTGAGE COMPANY bankruptcy cases

08/15/2006 11:32 FAX                                                                                 ☐002/002

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                                    ) Chapter 11
                                                          ) Jointly Administered Under
                                                          ) Case No. BK-S-06-10725 LBR
USA COMMERCIAL MORTGAGE COMPANY,                          )
                                                          ) NOTICE OF TRANSFER OF CLAIM
                                                          ) OTHER THAN FOR SECURITY AND
         Debtors.                                         ) WAIVER OF NOTICE
                                                          ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of THOMAS STEWART ("Transferor") against the Debtor in the amount of $37,037.93 has been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claim, hereby assign and transfer my claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim amount is not less than $37,037.93 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**THOMAS STEWART**
**300 GLISTENING CLOUD DR. HENDERSON, NV 89012-3119**

Print Name Thomas Stewart          Title _____

Signature /s/                                Date 8/15/06

Updated Address (if needed) _____

Phone 702-456-7127  Fax _____   E-Mail 4stewarts@earthlink.net

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: /s/
                Tom _____

Mail Ref# 2-12615
2519006

2

**Exhibit 7 Page 1 of 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,   ) Chapter 11
                                                                             )
                                                                             ) Case No. 06-10725
        Debtors.                                                        ) (Jointly Administered)
                                                                             )

### COURTESY NOTICE RE CLAIM TRANSFER OF CLAIM NO s19656

TO:     THOMAS STEWART
          330 GLISTENING CLOUD DR
          HENDERSON NV 89012-3119

     PLEASE TAKE NOTICE that we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record [s19656] in the amount of $37,037.93.

**DATED: August 21, 2006**                *THE BMC GROUP*

                                              1330 East Franklin Avenue
                                              El Segundo, California 90245

                                              Official Claims and Noticing Agent for the Clerk of the Court in the USA COMMERCIAL MORTGAGE COMPANY bankruptcy cases

**Exhibit 8 Page 1 of 1**

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                    ) Chapter 11
                                                          ) Jointly Administered Under
                                                          ) Case No. BK-S-06-10725 LBR
USA COMMERCIAL MORTGAGE COMPANY                           )
                                                          ) **NOTICE OF TRANSFER OF CLAIM**
            Debtors.                                      ) **OTHER THAN FOR SECURITY AND**
                                                          ) **WAIVER OF NOTICE**
                                                          ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of JANET SZABO ("Transferor") against the Debtor in the amount of $25,107.97, as listed within Schedule E of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $25,107.97 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**JANET SZABO**
**292 FRANCISCO ST HENDERSON, NV 89014-6026**

Print Name: Janet Szabo           Title: Account Executive
Signature: [signature]             Date: 7/31/06
Updated Address (if needed): _____
Phone: 702 570 2000   Fax: _____   E-Mail: premadoll@hotmail.com

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: [signature]
           Tom Scheidt

Mail Ref# 2-10043
2619907

**Exhibit 9 Page 1 of 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,   ) Chapter 11
                                          )
                                          ) Case No. 06-10725
                Debtors.                  ) (Jointly Administered)
                                          )

### COURTESY NOTICE RE CLAIM TRANSFER OF CLAIM NO S19657

TO:    JANET SZABO
       292 FRANCISCO ST
       HENDERSON NV 89014-6026

PLEASE TAKE NOTICE that we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record **[s19657]** in the amount of $25,107.97.

**DATED:** August 21, 2006        *THE BMC GROUP*

1330 East Franklin Avenue
El Segundo, California 90245

Official Claims and Noticing Agent for the Clerk of the Court in the USA **COMMERCIAL MORTGAGE COMPANY** bankruptcy cases

Exhibit 10 Page 1 of 1