Dean T. Kirby, Jr.    Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004
dkirby@kirbymac.com
lackerman@kirbymac.com

Michelle L. Abrams   Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
Las Vegas, NV 89146
Telephone: (702) 369-3724 Facsimile (702) 369-0651
mabrams@mabramslaw.com

Attorneys for Creditor
Debt Acquisition Company of America V

E-Filed April 19, 2007

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST FUND, LLC<br><br>Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor.<br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br><br>DECLARATION OF OLIVER PUHR IN RESPONSE TO OBJECTION TO CLAIM NO. 10725-00783 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC<br><br>[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]<br><br>DATE: April 26, 2007<br><br>TIME: 9:30 a.m. |

I, Oliver Puhr, declare:

1. I was formerly employed as a commissioned salesperson by USA Commercial Mortgage Company. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. I have assigned a claim in the total amount of $31,762.23 to Debt Acquisition Company of America V, LLC.

3. This amount represents wages, salary or commissions, all of which were earned during the 180 days preceding April 13, 2006 (the date of filing of the chapter 11 petition).

4. At the time that I performed these services, I had no knowledge that any of these commissions were earned for placing in investors in nonperforming loans, as the Objection alleges.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 17, 2007 at San Diego, California.

OLIVER PUHR

In re USA Commercial Mortgage Company, et al.
Puhr Declaration in Response to Objection to Claim No. 10725-00783

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 1

I, Oliver Puhr, declare:

1. I was formerly employed as a commissioned salesperson by USA Commercial Mortgage Company. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. I have assigned a claim in the total amount of $31,762.23 to Debt Acquisition Company of America V, LLC.

3. This amount represents wages, salary or commissions, all of which were earned during the 180 days preceding April 13, 2006 (the date of filing of the chapter 11 petition).

4. At the time that I performed these services, I had no knowledge that any of these commissions were earned for placing in investors in nonperforming loans, as the Objection alleges.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 17, 2007 at San Diego, California.

_____
OLIVER PUHR