Dean T. Kirby, Jr.    California Bar No.090114
Leonard J. Ackerman    California Bar No. 204880
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004

Michelle L. Abrams, Esq. Nevada Bar No. 5565
MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
Las Vegas, Nevada 89146
Telephone: (702)369-3724 Facsimile (702)369-0651
mabrams@mabramslaw.com
Attorneys for Debt Acquisition Company of America

E-Filed April 19, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S- 06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, *fka* USA Capital | PROOF OF SERVICE |
| Debtor | |

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On April 19, 2007 I served the following document(s):

- MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO OBJECTION TO CLAIM NOS. 10725-00779, 10725-00780, 10725-00781, 10725-00783, AND 10725-00904, ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

- DECLARATION OF HOWARD JUSTUS IN RESPONSE TO OBJECTION TO CLAIM NOS. 10725-00779, 10725-00780, 10725-00781, 10725-00783, AND 10725-00904, ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

- DECLARATION OF TOM STEWART IN RESPONSE TO OBJECTION TO CLAIM NO. 10725-00779 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

- DECLARATION OF POMPEO J. LOMBARDI IN RESPONSE TO OBJECTION TO CLAIM NO.10725-00780 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

- DECLARATION OF OLIVER PUHR IN RESPONSE TO OBJECTION TO CLAIM NO.10725-00783 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

By:

■ U.S. MAIL: on April 19, 2007, by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per list below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

| | |
|---|---|
| USA Commercial Mortgage<br>4484 S. Pecos Road<br>Las Vegas, NV 89121 | Lenard Schwartzer, Esq.<br>Schwartzer & McPherson<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146 |
| U.S. Trustee<br>300 Las Vegas Blvd., S., Suite 4300<br>Las Vegas, NV 89101 | Geoffrey L. Berman<br>Matthew Sorenson<br>Development Specialists, Inc.<br>333 South Grand Avenue, Suite 4070<br>Los Angeles, CA 90071-1544 |
| Rob Charles, Esq.<br>Susan M. Freeman, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes Parkway., Suite 600<br>Las Vegas, NV 89169 | Alan D. Diamond<br>Diamond McCarthy LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010 |
| Eric D. Madden<br>Diamond McCarthy LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270 | Thomas J. Allison<br>Mesirow Financial Interim Management, LLC<br>321 N. Clark Street, 13th Fl.<br>Chicago, IL 60610 |
| Susan M. Smith<br>Mesirow Financial Interim Management, LLC<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Ste., 1800<br>Miami, FL 33131 | Annette W. Jarvis, ESQ.<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Ste., 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 |

| Eve H. Karasik<br>Stutman Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Fidelity National Title Group<br>Attn: Lisa Campbell<br>2390 East Camel Back Road, Suite 260<br>Phoenix, AZ 85016-1048 |

☐ ECF Email system as per attached list on _____ ,2007

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2007

/s/ John Hebert
John Hebert

---

In re USA Commercial Mortgage  
Proof of Service

Case No. BK 06-10725-LBR  
Page No. 3