**OPP**
SUSAN WILLIAMS SCANN, ESQ.          E-Filed on: 4/19/07
Nevada Bar No. 000776
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Copper Sage Commerce Center, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor_____ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>_____Debtor_____ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>_____Debtor_____ | Date of Hearing: 4/26/07<br>Time of Hearing: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>_____Debtor_____ | Affects:<br>■ USA Commercial Mortgage Company<br>■ USA Capital First Trust Deed Fund, LLC<br>☐ USA Realty Advisors, LLC<br>☐ USA Securities, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ All Debtors |
| In re:<br>USA SECURITIES, LLC.<br><br>_____Debtor_____ | |

### OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 792 FILED BY COPPER SAGE COMMERCIAL CENTER LLC

COMES NOW, Creditor, COPPER SAGE COMMERCIAL CENTER LLC, ("Copper Sage") by and through its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and hereby opposes USA Commercial Mortgage Company's Objection to Proof of Claim No. 792 Filed By Copper Sage.

The grounds for the Opposition are based on the following grounds:

**1. USACM contends that the loan documentation is incomplete.**

Attached hereto is complete copy of the Loan Agreement.

**2. The Loan Agreement does not clearly and unambiguously provide that Direct Lenders have an option but no obligation to further fund the loan.**

In early 2006, USACM agreed to provide loan funds to Copper Sage for Copper Sage to finance the acquisition and development of the Project. During the negotiations for the Loan, Copper Sage and USACM discussed and negotiated a loan sufficient for Copper Sage to not only acquire the Property, but to undertake the construction and development thereof. At all times during the negotiations, USACM knew and understood Copper Sage's borrowing needs and, accordingly, committed to fund the total Loan amount of Eleven Million Three Hundred Thousand Dollars ($11,300,000.00). USACM knew and understood that the failure to fund all of the requested Loan would significantly damage Copper Sage, prohibit their development and construction of the Project, and destroy the purpose of the Loan. At all times during the Loan negotiations, USACM promised and assured Copper Sage that the entire amount needed to acquire and develop the Project would be provided. Based upon USACM's commitment and promises to provide the total sum of $11,300,000.00, Copper Sage entered into the Construction Loan Agreement. USACM received an origination fee of three percentage points on the total Loan amount (or about $330,000.00 in origination fees on a Loan of $11,300,000.00). Exhibit "C" to the Loan Agreement shows the Disbursement Schedule for the completing the project.

**3. Copper Sage's damages are not too speculative to be allowed at this stage of the proceedings.**

Copper Sage has filed suit against the Direct Lenders in order to enforce the Loan Agreement. This matter has been filed in the Eighth Judicial District Court.

The Proof of Claim states $3,500,000.00. This is the loss of profits based upon the budget for the project. Copper Sage is also entitled to $660,000.00 development fees and overhead. Copper Sage is seeking to mitigate its damages in this matter presently.

2

Because the project is not complete, the damages would have to be estimated at this time. This Court allowed the claim of Copper Sage for voting purposes only. No objection was filed to this claim when voting took place. Copper Sage was allowed to vote in favor of the Plan.

### CONCLUSION

Based on the fact that the claim can be estimated pursuant to 502(c) and that USACM breached the Agreement, Binford requests that the objection to its Proof of Claim be denied and that the Claim be estimated and allowed for purposes of distribution.

DATED this 19th day of April, 2007

Respectfully Submitted,

DEANER, DEANER, SCANN,
MALAN and LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Copper Sage Commerce Center LLC

### CERTIFICATE OF MAILING

I hereby certify that service of the OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 792 FILED BY COPPER SAGE COMMERCIAL CENTER LLC was made this 19th day of April, 2007, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

USA Commercial Mortgage
4484 S. Pecos Rd.
Las Vegas, NV 89121

Lenard Schwartzer, ESQ
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., #1
Las Vegas, NV 89146
Attorney for Debtor

U.S. Trustee
300 Las Vegas Blvd., S., Ste., 4300
Las Vegas, NV 89101

Geoffrey L. Berman
Matthew Sorenson
Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

3

| | |
|---|---|
| Rob Charles, ESQ.<br>Susan M. Freeman, ESQ.<br>Lewis and Roca LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV  89169 | Alan B. Diamond<br>Diamond McCarthy LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX  77010 |
| Eric D. Madden<br>Diamond McCarthy LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX  75270 | Thomas J. Allison<br>Mesirow Financial Interim Management, LLC<br>321 N. Clark Street, 13th Fl.<br>Chicago, IL  60610 |
| Susan M. Smith<br>Mesirow Financial Interim Management, LLC<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Ste., 1800<br>Miami, FL  33131 | Annette W. Jarvis, ESQ.<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Ste., 1400<br>P. O. Box 45385<br>Salt Lake City, UT  84145-0385 |
| Eve H. Karasik<br>Stutman Treister & Glatt P.C<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067 | Fidelity National Title Group<br>Attn:  Lisa Campbell<br>2390 East Camel Back Road, Suite 260<br>Phoenix, AZ  85016-1048 |

/s/ *[signature]*
Employee of DEANER, DEANER, SCANN,
MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\OPP to Obj2POC.wpd

4