Erven T. Nelson, Esq.
Nevada Bar #2332
Bolick & Boyer
6060 W. Elton Avenue, Suite A
Las Vegas, NV  89107
Tel:  (702) 870-6060
Fax:  (702) 870-6090
Email:  erv@rlbolick.com

Attorneys for Leo G. Mantas and Others

*Elecontronically filed*
*April 19, 2007*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                                         **Debtor.** | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                                         **Debtor.** | |
| **In re:**<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                                         **Debtor.** | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>                                         **Debtor.** | **Hearing Date:  April 26, 2007**<br>**Hearing Time: 9:30 a.m.** |
| **In re:**<br>**USA SECURITIES, LLC,**<br>                                         **Debtor.** | |
| **Affects:**<br>**___    All Debtors**<br>**_x_  USA Commercial Mortgage Company**<br>**___  USA Securities, LLC**<br>**___  USA Capital Realty Advisors, LLC**<br>**___  USA Capital Diversified Trust Deed Fund, LLC**<br>**_ _  USA First Trust Deed Fund, LLC** | **MANTAS GROUP'S OPPOSITION TO**<br>**OBJECTION TO PROOFS OF CLAIM** |

        Come now the Mantas Group by and through their attorney, Erven T. Nelson of the law firm Bolick &

1
#
#
#

Boyer, and hereby oppose the Objections of the USACM Liquidating Trust to the following Proofs of Claim:

| Name of Claimant | Proof of Claim Number | Amount | Date Filed |
|---|---|---|---|
| Nancy N. LaFleur Transfer on Death to Stephen & James R. LaFleur | 10725-02302 | $115,000.00 | 1/13/2007 |
| DG Menchetti Ltd. Pension Plan, c/o D G Menchetti, Trustee | 10725-02307 | $140,000.00 | 1/13/2007 |
| Menchetti, D G | 10725-02306 | $900,000.00 | 1/13/2007 |
| Mantas, Leo | 10725-02308 | $164,558.00 | 1/13/2007 |
| World Links Group, LLC C/o Leo G. Mantas | 10725-02309 | $198,000.00 | 1/13/2007 |
| Anderson Family Trust DTD 7/21/92, Gary B & Barbara L. Anderson, Trustees | 10725-02301 | $500,000.00 | 1/13/2007 |
| Erven J & Frankie J Nelson Trust | 10725-02305 | $450,000.00 | 1/13/2007 |
| Erven J Nelson LTD PSP Dated 10/31/72 | 10725-02304 | $250,000.00 | 1/13/2007 |
| Zawacki, A California LLC | 10725-02299 | $1,500,000.00 | 1/13/2007 |
| L Earle Romak IRA | 10725-02326 | $1,000,000.00 | 1/13/2007 |

        The creditors listed above (the "Creditors") acknowledge that the loans that were serviced by USA

Commercial Mortgage are secured by property owned by the various borrowers, and not the USACM

Liquidating Trustee.  However, the Creditors wish to reserve their right to assert general unsecured claims.  The

amount to be claimed cannot be determined at this time.

                                        BOLICK & BOYER

                                        By:  /s/ Erven T. Nelson
                                             ERVEN T. NELSON
                                             6060 W. Elton Ave., Suite A
                                             Las Vegas, Nevada  89107
                                             Nevada Bar # 2332
                                    2        Attorney for Mantas Group
                                    #
                                    #
                                    #