DEMETRAS & O'NEILL
J. Craig Demetras, Esq.
State Bar No. 4246
Shelly T. O'Neill, Esq.
State Bar No. 986
232 Court Street
Reno, Nevada 89501
(775) 348-4600 Telephone
(775) 348-9315 Facsimile

E-FILED APRIL 19, 2007

Attorneys for

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>USA SECURITIES, LLC<br>           Debtors.<br>_____ / | CASE NO. BK-S-06-10725-LBR<br>CASE NO. BK-S-06-10726-LBR<br>CASE NO. BK-S-06-10727-LBR<br>CASE NO. BK-S-06-10728-LBR<br>CASE NO. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**REPLY TO TWENTY-FOURTH OMNIBUS OBJECTION OF USA COMMERICIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS AND JOINDER TO RE;OY FILED BY EVELYN C. TAYLOR** |

Paul L. Linney Trustee of the Paul L. & Marie Linney Trust dated 10/25/96 has filed a secured Proof of Claim. At this time Mr. Linney is not aware of any property of the estate which is encumbered by his lien. Mr. Linney joins in the reply filed by Evelyn C. Taylor, Trustee Separate Property Trust Dated 2/17/07 filed April 18, 2007

Respectfully submitted this 19th day of April, 2007.

                                                Demetras & O'Neill
                                                /s/ J. Craig Demetras
                                                By: J. Craig Demetras
                                                Attorney for Creditor