# *Exhibit A*

## *Professional Fees By Professional*

| Professional | Title | Hours | | Hourly Rate | | Fees |
|---|---|---:|---|---:|---|---:|
| Ted Burr | Principal | 759.10 | $ | 295.00 | $ | 223,934.50 |
| Dave Tiffany | Director | 422.20 | $ | 250.00 | $ | 105,550.00 |
| Doug Noblitt | Director | 132.40 | $ | 250.00 | $ | 33,100.00 |
| Josephine Giordano | Director | 21.60 | $ | 250.00 | $ | 5,400.00 |
| No Charge Time | | 10.50 | | | $ | - |
| | | 1,345.80 | | | $ | 367,984.50 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| Average Rate / Hour | | $ | 273.43 | | | |
| Total Expenses | | | | | $ | 8,241.05 |
| Total Due | | | | | $ | 376,225.55 |
| | | | | | | |
| Less Payments Received: | | November | | | $ | 16,832.25 |
| | | February | | | $ | 170,441.69 |
| | | March | | | $ | 65,738.87 |
| | | | | | $ | 253,012.81 |
| | | | | | | |
| **Unpaid Balance** | | | | | **$** | **123,212.74** |