*Exhibit B*

## *Professional Fees By Activity*

| Activity | Hours | Fees |
|---|---:|---:|
| Assets Sales | 139.20 | $ 40,627.50 |
| Claims Analysis | 33.10 | $ 8,689.00 |
| Depos, Trial Preparation | 21.10 | $ 6,224.50 |
| Financial Analysis and Review | 704.90 | $ 187,714.00 |
| Financial Projections and Feasibility | 18.70 | $ 4,675.00 |
| General Case Strategy | 116.80 | $ 33,501.50 |
| Liquidation Analysis | 20.90 | $ 5,355.50 |
| Misc. Motions and Responses | 73.50 | $ 20,097.00 |
| Operating Reports | 56.30 | $ 13,629.50 |
| Plan and Disclosure Statement | 161.30 | $ 47,471.00 |
| Travel Time - No charge | - | $ - |
| Fee Application, Monthly Statement Preparation | - | $ - |
|  | 1,345.80 | $ 367,984.50 |
| Total Expenses |  | $ 8,241.05 |
| Total Due |  | $ 376,225.55 |

| Less Payments Received: |  |  |
|---|---|---:|
|  | November | $ 16,832.25 |
|  | February | $ 170,441.69 |
|  | March | $ 65,738.87 |
|  |  | $ 253,012.81 |
| Unpaid Balance |  | **$ 123,212.74** |