GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10725 LBR |
| | ) | Case No. BK-S-06-10726-LBR |
| Debtor. | ) | Case No. BK-S-06-10727-LBR |
| In re: | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL RALTY ADVISORS, LLC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| | ) | Jointly Administered Under |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Case No. BK-S-06-10725 LBR |
| | ) | |
| Debtor. | ) | ~~Adversary No. 06-~~ |
| In re: | ) | |
| | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | RESPONSE OF JOHN DUTKIN, TRUSTEE, |
| | ) | TO OBJECTION OF USA COMMERCIAL |
| USA SECURITIES, LLC, | ) | MORTGAGE COMPANY TO CLAIMS |
| Debtor. | ) | ASSERTING SECURED STATUS |
| Affects: | ) | |
| | ) | Hearing date: April 26, 2007 |
| ☐ All Debtors | ) | Hearing time: 9:30 a.m. |
| ■ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | ) | |
| ☐ USA First Trust Deed Fund, LLC | ) | |

Claimant, JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00, hereinafter referred to as "DUTKIN", by and through

his undersigned counsel, responds to Objection of USA COMMERCIAL MORTGAGE COMPANY as follows:

1. John Dutkin, original Trustee of the John Dutkin Revocable Living Trust dated 1/17/00, did hold a security interest as a direct lender in two borrowers' properties as collateral, to-wit:

   A. Fiesta USA/Stoneridge with a balance owed thereon in the sum of $50,000.00, plus continuing interest; and

   B. Brookmere/Matteson with a balance owed thereon in the sum of $6,120.90, plus continuing interest.

2. On October 4, 2004, John Dutkin died in Clark County, Nevada, and by Order of Court entered on April 1, 2005, in Case No. P53531 in the Eighth Judicial District Court of Clark County, Nevada, Philip Witko and Ronald Witko were appointed Joint Successor Trustees of the John Dutkin Revocable Living Trust Dated 1/17/00 and liquidation of the Trust assets was ordered for the purpose of distribution to the beneficiaries.

3. In accordance with the terms of the District Court Order, USA Commercial Mortgage was notified by the Successor Trustees of the need to sell the interests of the Trust in both investments.

4. In and about February, 2006, USA Commercial Mortgage sent to the Trustee Ronald Witko Assignments of Beneficial Interest in Deeds of Trust requesting his signature releasing the Trust's interest in both the Brookmere/Matteson and Fiesta USA/Stoneridge. Mr. Witko executed these Assignments and returned them to USA thereby releasing the secured status of the Trust in the respective properties. See Exhibits "A" – copies of the recorded Assignments.

5. USA Commercial Mortgage then issued and mailed the following checks to the John Dutkin Trust:

   A. Check No. 2955 dated 3-27-2006 for $25,000.00 in partial payoff of the Fiesta USA account;

   B. Check No. 2967 dated 3-30-2006 for $25,000.00 in payoff

Of the balance of the Fiesta USA account; and

C. Check No. 2986 dated 4-5-2006 for $6,120.90 in payoff of the Brookmere/Matteson account.

See Exhibits "B" — copies of check stubs.

6. These checks were deposited to the account of the John Dutkin Revocable Living Trust at the Nevada State Bank, Las Vegas, Nevada, on April 26, 2006, and were returned and deducted from the Dutkin Trust Account on May 1, 2006. See Exhibits "C" — copies of returned checks.

7. The acts of USA Commercial Mortgage in recording the Assignments of Interest executed by Mr. Witko on behalf of the Trust prior to the clearance to the checks issued in consideration of such execution constitutes fraud and has deprived the Trust of its secured position under the Deeds of Trust. By reason of such deliberate and fraudulent acts on the part of USA Commercial Mortgage, the Dutkin Trust is entitled to payment of the $56,120.90 represented by the checks issued in consideration for the assignments or a secured Claim against the assets USA Commercial Mortgage.

8. This responding Claimant requests that it be awarded reasonable attorney's fees by reason of the necessity of responding to the Motion of USA Commercial Mortgage in that it was the fraudulent acts of USA Commercial Mortgage in causing the Trust to loose its underlying security which necessitated the filing of the secured claim against USA Commercial.

DATED this 18 day of April, 2007.

GEORGE D. FRAME, LTD.

By /s/ George D. Frame
George D. Frame, Esq.
601 Greenway Rd., Ste. D
Henderson, NV 89002
Attorney for Joint Successor
Trustees Of John Dutkin Revoc.
Liv. Trust Dated Jan. 17, 2000

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of GEORGE D. FRAME, LTD. and that on the 18 day of April, 2007, I did deposit in the United States Post Office at Henderson, Nevada, postage pre-paid, first class mail, in a sealed envelope, a true and correct copy of the foregoing document addressed to each party on the attached mailing matrix.

*[signature]*
Employee of GEORGE D. FRAME, LTD.

MAILING MATRIX
USA vs. DUTKIN, TRUSTEE, et al.

David W. Houston, P.C.
601 So. 7th St., 2nd Floor
Las Vegas, NV 89101

Beverly J Stiles, Trust
P. O. Box 1507
Albany, OR 97321

Robert J. & Ruth A. Kehl
4963 Mesa Capella Dr.
Las Vegas, NV 89148

Rocklin/Redding, LLC
Frank Snopko
278 Sussex St.
Carson City, NV 89702

Retirement Accounts Inc.
Custodian for Judd Robbins
IRA
1340 Anderson Creek Rd.
Talent, OR 97540

Daniel & Laura Drubin
1363 W. Stony Run Place
Oro Valley, Arizona 85755

Grable P. Ronning
P. O. Box 7804
Incline Village, NV 89452

Gregory W. & Carrie M. Stimpson
2665 Firenze Drive
Sparks, NV 89434

Castulo O. Martinez
2208 Hot Oak. Ridge
Las Vegas, NV 89134

The Wild Water LP
c/o Grable Ronning
P. O. Box 9288
Incline Village, NV 89452

Crosbie B. Ronning
P. O. Box 7804
Incline Village, NV 89452

First Saving Bank C/F
George J. Motto IRA
17212 Spates Hill Rd.
Poolesville, MD 20837

John Robert Mallin Jr. &
Marie Theresa Mallin, Trustee
9809 Pinnacle Pass Dr.
Las Vegas, NV 89117

Phillip N & Benita M. Ralston
Trustee Ralston Family Trust
Dated 5-16-00
28 Hassayampa Tr.
Henderson, NV 89052

James Feeney, Trustee
E & M Hardware Profit Sharing Plan
P. O. Box 19122
Reno, NV 89511

Janis N. Romo C/F
Mario W. Romo
P. O. Box 50522
Henderson, NV 89016

Marietta S. Von Berg, Trustee
24622 Rimrock Cyn Rd.
Salinas, CA 93908

Robert W. Ulm, Trustee
Robert W. Ulm Living Trust
Dated 4-11-05
414 Morning Glory
St. Marys, GA 31558

Peter A. & Fabiola A. Bolino
17412 Serene Dr.
Morgan Hill, CA 95037

Howard Connell and Lorene Connell
1001 Jennis Silver St.
Las Vegas, NV 89145

Jean Jacques Berthelot Trustee of
The Berthelot Living Trust dated
4-9-03
9328 Sienna Vista Dr.
Las Vegas, NV 89117

First Trust Co. of Onaga C/F
Karen Moberly IRA
420 Warren Ter.
Hinsdale, IL 60521

Betty Kolstrup
1830 Balboa Drive
Reno, NV 89503

William P. Kenny and
Nancy J. Costello
P. O. Box 4242
Truckee, CA 96160

Gareth A.R. Craner Trustee
Of the Gareth A.R. Craner
Trust dated 6-1-02
P. O. Box 1284
Minden, NV 89423

George W. Hubbard and
Carol N. Hubbard
6340 N. Calle Tregua Serena
Tucson, AZ 85750

Donald Pinsker
8650 W. Verde Way
Las Vegas, NV 89149

Paul D. Graf and
Margaret A. Graf
2530 Great Highway
San Francisco, CA 94116

Bunny Vreeland and
Scott A. Jusich
2334 Eagle Creek Lane
Oxnard, CA 93036

Dina Ladd
355 Mogul Mountain Dr.
Reno, NV 89523

Mary Ann Deal
1813 N. California St.
Burbank, CA 91505

Monighetti, Inc.
Pete Monighetti
6515 Frankie Lane
Prunedale, CA 93907

John G. Schlichting and
Elizabeth A. Schlichting
10653 Edaemonth Pl
Hichland Ranch, CO 80129

Donald S. Tomlin and
Dorothy R. Tomlin, Trustee of
The Donald S. Tomlin and
Dorothy R. Tomlin Rev. Trust
7145 Beverly Glen Avenue
Las Vegas, NV 89110

Mark L. Eames and
Sandra K. Eames
7849 S. Valentia St.
Englewood, CO 80112

Robert L. Ogren Trustee for
The benefit of the Robert L.
Ogren Trust daed 6-30-92
3768 Rick Stratton Drive
Las Vegas, NV 89120

Jasper Benincasa Jr.
9359 Roping Cowboy Ave.
Las Vegas, NV 89178

Pat A. Dolce and Lora Dean Dolce
4410 W. Jefferson Blvd.
Los Angeles, CA 90016

Drs. Stanley Alexander and
Florence Alexander
812 Sweetwater Club Blvd.
Longwood, FL 32779

MW Gorts and Company and
Edwin Arnold IRA
20170 Redwood Dr.
Forest Hills, CA 95631

M. Craig Medoff Trustee of the
Medoff Family Trust dated 9-1-88
3110 Larkwood Cr.
Fallbrook, CA 92028

Susan M. Freeman, Esq.
Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, #600
Las Vegas, NV 89169-5996

**Recording Requested By**
First American Title Company

When Recorded, Return To:
USA Commercial Mortgage Company, Inc.
4484 South Pecos Road
Las Vegas, NV 89121

DOC # 2006-0267258
04/13/2006 08:00A Fee:18.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

2045-21

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|-----|------|-------|-----|-------|
|   |   |   |      |      |    |      |       |     |       |
| A | R | L |      |      |    | COPY | LONG  | REFUND | NCHG | EXAM |

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to Howard Connell & Lorene Connell, husband & wife, as joint tenants with right of survivorship("Assignee") Twenty-Five Thousand Dollars($25,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated September 22, 2003 executed by Capital Land Investors, LLC, a California limited liability company as Trustor, First American Title Company as Trustee and those person listed on Exhibit "A" hereto as Beneficiaries. The Deed of Trust was recorded on June 22, 2004 as Document No. 2004-0479211 in the Official Records of Riverside County, California with all amendments and modifications thereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 23 day of March, 2006.

ASSIGNOR: Ronald J. Witko, Executor of the John Dutkin Revocable Living Trust dated 1/17/00

Ronald J. Witko, Executor

STATE OF Pa         )
                    ) ss.
COUNTY OF Lehigh    )

On 3/23, 2006, before me, Ronald J. Witko, a Notary Public in and for said State, personally appeared Ronald J. Witko, Executor of the John Dutkin Revocable Living Trust dated 1/17/00, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Sandra Lee Miller
Signature

(Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sandra Lee Miller, Notary Public
Hanover Twp., Lehigh County
My Commission Expires Oct. 5, 2008
Member, Pennsylvania Association Of Notaries

Case 06-10725-gwz    Doc 3512    Entered 04/20/07 14:01:07    Page 8 of 15

Recording Requested By
First American Title Company

When Recorded, Return To:
USA Commercial Mortgage Company, Inc.
4484 South Pecos Road
Las Vegas, NV 89121



DOC # 2006-0267260
04/13/2006 08:00A Fee:18.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

2045-21

# ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Jean Jacques Berthelot Trustee of the Berthelot Living Trust dated 4/9/03** ("Assignee") Twenty-Five Thousand Dollars ($25,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated September 22, 2003 executed by **Capital Land Investors, LLC**, a California limited liability company as Trustor, First American Title Company as Trustee and those person listed on Exhibit "A" hereto as Beneficiaries. The Deed of Trust was recorded on June 22, 2004 as Document No. 2004-0479211 in the Official Records of Riverside County, California with all amendments and modifications thereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 23 day of March, 2006.

ASSIGNOR: Ronald J. Witko, Executor of the John Dutkin Revocable Living Trust dated 1/17/00

_____
Ronald J. Witko, Executor

STATE OF Pa            )
                       ) ss.
COUNTY OF Lehigh       )

On 3/23, 2006, before me, Ronald J. Witko, a Notary Public in and for said State, personally appeared **Ronald J. Witko, Executor of the John Dutkin Revocable Living Trust dated 1/17/00**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____        (Seal)
Signature

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sandra Lee Miller, Notary Public
Hanover Twp., Lehigh County
My Commission Expires Oct. 5, 2008
Member, Pennsylvania Association Of Notaries

# EXHIBIT "A"
## LENDERS

Fiesta USA/Stoneridge

**NAME**                                                                                                                   Amount

| Name | Amount |
|---|---|
| Bert E. Arnlund Trustee of the Bert E. Arnlund Charitable Remainder Unitrust dated 12/31/01 | $28,000.00 |
| X-Factor, Inc., a Nevada corporation | $405,000.00 |
| Thomas Avena & Cindy Avena, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Teresa Anne Bell Trustee of the Teresa Anne Bell Living Trust | $50,000.00 |
| Stanley Belnap & Gloria Belnap, husband & wife, as joint tenants with right of survivorship | $200,000.00 |
| Alan B. Bennett, A Married Man Dealing With His Sole & Separate Property | $60,000.00 |
| Jean Jacques Berthelot Trustee of the Berthelot Living Trust dated 4/9/03 | $25,000.00 |
| David P. Betteridge, a single man | $35,000.00 |
| Brooks Bishofberger, an unmarried man | $25,000.00 |
| Thomas E. Bishofberger & Betty Bishofberger Trustees of the Bishofberger Char. Rem. Trust UAD 11/3/94 | $50,000.00 |
| Florence Bolatin Trustee of the Florence Bolatin Living Trust dated 10/28/93 | $20,000.00 |
| Zoe Brown Trustee of the Zoe Brown 1989 Family Trust | $25,000.00 |
| Bruce D. Bryen, an unmarried man, transfer on death to Erica Bryen, an unmarried woman | $100,000.00 |
| Cynthia D. Burdige Trustee of the Cynthia D. Burdige Trust U/A dated 4/13/00 | $100,000.00 |
| Jillian Campbell & Patsy Rieger, joint tenants with right of survivorship | $35,000.00 |
| James B. Cardwell Trustee of the Cardwell Charitable Trust | $50,000.00 |
| Robert Carollo & Beverly Carollo, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Howard Connell & Lorene Connell, husband & wife, as joint tenants with right of survivorship | $37,500.00 |
| James A. Coy & Margaret G. Coy Trustees of the James A. Coy & Margaret G. Coy Revocable Trust dated 9/27/00 | $27,000.00 |
| Gareth A. R. Craner Trustee of The Gareth A. R. Craner Trust Dtd 6/01/02 | $50,000.00 |
| S & P Davis Limited Partnership, a Texas Partnership | $100,000.00 |
| DeHart/Hooks, LP a Nevada limited partnership | $100,000.00 |
| William A. Downey, married man dealing with his sole & separate property | $280,000.00 |
| Daniel T. Drubin & Laura Drubin, husband & wife, as joint tenants with right of survivorship | $220,000.00 |
| Robert D. Earp, a married man dealing with his sole & separate property | $50,000.00 |
| Ronald W. Ezra Trustee of the Ronald W. Ezra Living Trust | $25,000.00 |
| William H. Favro & Carol M. Favro Trustees of the Favro Trust dated 9/14/00 | $50,000.00 |
| James Feeney Trustee of the E & M Hardware Profit Sharing Plan | $100,000.00 |
| Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/84 | $100,000.00 |
| Gilda Ferrara, an unmarried woman | $37,000.00 |
| Iain B. Finlayson Trustee of the Finlayson 1991 Family Trust | $500,000.00 |
| Karyn Y. Finlayson Trustee of the 2003 Karyn Y. Finlayson Trust dated 12/29/03 | $100,000.00 |
| George J. Gage & Miriam B. Gage Co-Trustees of the George Gage Trust dated 10/8/99 | $100,000.00 |

A-1

Fiesta USA/Stoneridge

**NAME**

| Name | Amount |
|---|---|
| Ronald G. Gardner Trustee of the Ronald G. Gardner Trust | $50,000.00 |
| Nogah Gaynor, Laurie Merlis & Steven Elster, joint tenants with right of survivorship | $30,000.00 |
| Stanley C. Germain & Dorothy Germain, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Noel S. Gouveia, a married man dealing with his sole & separate property | $25,000.00 |
| Bernard Greenblatt Trustee of the Bernard Greenblatt Living Trust UA dated 7/15/96 | $300,000.00 |
| Reverend Timothy Hall Trustee of the Nash Irrevocable Trust | $75,000.00 |
| Susan P. Hall Trustee of the George W. Hall & Susan P. Hall Revocable Living Trust dated 10/26/01 | $32,000.00 |
| Raymond E. Harshman & Margaret E. Harshman Trustees of the Raymond E. & Margaret Elise Harshman Family Trust dated 3/4/87 | $40,000.00 |
| Michael Hedlund & Carol Hedlund, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Mel Herman & Emma Herman husband & wife as joint tenants with rights of survivorship | $100,000.00 |
| Marjorie Howarth, an unmarried woman | $25,000.00 |
| George W. Hubbard and Carol N. Hubbard Trustees of the Hubbard trust dated 7/29/1998 | $90,000.00 |
| Jamie Huish & Margo Huish, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Porter A. Hurt, a single man | $100,000.00 |
| Margarita Jung, a single woman | $25,000.00 |
| Arthur E. Kebble & Thelma M. Kebble Trustees of the Arthur E. Kebble & Thelma M. Kebble Family Trust dated 5/19/95 | $25,000.00 |
| Christina M. Kehl, an unmarried woman | $150,000.00 |
| Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | $500,000.00 |
| William P. Kenny and Nancy J. Costello, husband and wife, as joint tenants with right of survivorship | $90,000.00 |
| Norman Kiven, a married man dealing with his sole & separate property | $100,000.00 |
| Betty Kolstrup, a single woman dealing with her sole and separtate property | $100,000.00 |
| Paul L. Kwiatkowski and Colita Jo Kwiatkowski, Trustees of the Kwiatkowski Revocable Trust, dated 12/17/04 | $70,000.00 |
| Gary Leach & Stacie Leach, husband & wife, as joint tenants with right of survivorship | $10,000.00 |
| Andrew J. Lembersky, an unmarried man | $145,000.00 |
| Leona Lubliner Trustee of the Leona Lubliner Living Trust U/A dated 7/16/96 | $40,000.00 |
| Philip Lyons & Dora Lyons Trustees of the Philip & Dora Lyons Trust UA 8/9/99 | $30,000.00 |
| Gabriel A. Martinez Trustee of the GGRM Pension Profit Sharing Plan | $133,000.00 |
| Leonard Martinez & Tara Martinez, husband & wife, as joint tenants with right of survivorship | $30,000.00 |
| Marcella Martinez & Ross Martinez Trustees of the Martinez Family Trust dated 2/24/97 | $50,000.00 |
| Dale J. McMullan Trustee of the McMullan Living Trust dated 8/19/94 | $50,000.00 |
| Harvey J. McShaffrey & Christina F. McShaffrey Trustees of the McShaffrey Living Trust dated 3/27/81 | $50,000.00 |
| Joseph L. Melz and Sandra L. Melz, husband and wife, as joint tenants with the right of survivorship | $50,000.00 |
| George H. Michael & Doramae Michael Trustees of the George H. Michael Family Trust Agreement dated 12/4/81 | $150,000.00 |

A-2

Fiesta USA/Stoneridge

| NAME | Amount |
|---|---|
| Barbara Reiss Miller Trustee of the Barbara Reiss Miller Revocable Living Trust dated 2/4/03 | $50,000.00 |
| Douglas Minter & Elizabeth F. Minter Trustees of the Minter Family 1994 Trust | $150,000.00 |
| Matthew Molitch Trustee of the Molitch 1997 Trust | $100,000.00 |
| Herbert W. Mueller & Linda Mueller, Trustees of the Herbert & Linda Mueller Trust dated 2/10/93 | $25,000.00 |
| John Nix & Lisa Nix, husband & wife, as joint tenants with right of survivorship | $75,000.00 |
| Roger Noorthoek, an unmarried man | $25,000.00 |
| Robert Oxendorf & Gary C. Mehlberg Trustees of the Robert Oxendorf Trust dated 3/27/90 | $12,500.00 |
| Donald H. Pinsker, an unmarried man | $17,000.00 |
| Richard Pocock & Cathy Pocock, husband & wife, as joint tenants with right of survivorship | $60,000.00 |
| Jack Polen Trustee of the Jack & Gladys Polen Family Trust dated 6/28/88 | $25,000.00 |
| Rains Properties, LP, a Nevada limited partnership | $200,000.00 |
| First Savings Bank Custodian For Manuel G. Rice IRA | $18,000.00 |
| Frank W. Richardson & Margaret S. Richardson Trustees of the Richardson Family Trust Under Agreement dated 11/2/88 | $13,000.00 |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $100,000.00 |
| Saul Roisentul & Ilene Roisentul Trustees of the Roisentul Family Trust | $50,000.00 |
| William J. Rozak, Jr., an unmarried man | $65,000.00 |
| Frederick William Scholem II Trustee of the Williams Trust | $25,000.00 |
| Rocklin/Redding LLC | $110,000.00 |
| Carallas Holdings, Inc. | $2,000,000.00 |
| Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 6/11/92 | $50,000.00 |
| T. Dwight Sper & Bonnie J. Sper Trustees of the T.D.S. Revocable Family Trust dated 9/29/98 | $25,000.00 |
| Brett W. Sperry, an unmarried man | $200,000.00 |
| Lesley Stricker, a widow | $25,000.00 |
| KTaylorGO Investments, LTD, a Texas company | $100,000.00 |
| First Savings Bank Custodian For Louise Teeter IRA Rollover | $55,000.00 |
| Bob G. Thrower and Debra A. Thrower, husband and wife, as joint tenants with right of survivorship | $150,000.00 |
| Noemi N. Turok, a widow | $50,000.00 |
| John D. Vanderslice & Nancy C. Vanderslice Trustees of the Vanderslice Trust dated 6/1/96 | $50,000.00 |
| Robert R. Wade Trustee of the Robert R. Wade Revocable Trust dated 5/22/01 | $50,000.00 |
| Diana F. Weiland Trustee for the benefit of Gerald R. Weiland & Diana F. Weiland Trust | $50,000.00 |
| Gregory D. Yonai Trustee of the Gregory D. Yonai Family Trust | $25,000.00 |
| *Exhibit 'A' for 97 people with a total $ value of* | $10,000,000.00 |

## USA COMMERCIAL MORTGAGE COMPANY-INVESTORS TRUST ACCOUNT         2967

| Vendor ID | Name | Payment Number | Check Date | Document Number |
|---|---|---|---|---|
| DUTKIN J | John Dutkin, Trustee | 00000676 | 3/30/2006 | 2967 |
| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
| ASGMT FIESTA USA | 3/30/2006 | $25,000.00 | $25,000.00 | $0.00 | $25,000.00 |

           $25,000.00          $25,000.00          $0.00          $25,000.00

## USA COMMERCIAL MORTGAGE COMPANY-INVESTORS TRUST ACCOUNT         2955

| Vendor ID | Name | Payment Number | Check Date | Document Number |
|---|---|---|---|---|
| DUTKIN J | John Dutkin, Trustee | 00000642 | 3/27/2006 | 2955 |
| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
| ASGMT FIESTA USA | 3/27/2006 | $25,000.00 | $25,000.00 | $0.00 | $25,000.00 |

           $25,000.00          $25,000.00          $0.00          $25,000.00

## USA COMMERCIAL MORTGAGE COMPANY-INVESTORS TRUST ACCOUNT         2986

| Vendor ID | Name | Payment Number | Check Date | Document Number |
|---|---|---|---|---|
| DUTKIN J | John Dutkin, Trustee | 00000794 | 4/5/2006 | 2986 |
| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
| ASGMT BROOKMERE | 4/5/2006 | $6,120.90 | $6,120.90 | $0.00 | $6,120.90 |

           $6,120.90          $6,120.90          $0.00          $6,120.90

**NEVADA STATE BANK™**
P.O. Box 990  Las Vegas, NV  89125-0990

NOTICE OF CHECK RETURNED UNPAID

5/1/2006                                     1702

**SUMMERLIN - LAKE MEAD  (702) 242-1279**

This advice contains 1 item(s) being returned to your account 580001678 for a total of $6,120.90, plus a service fee of $4.00.

| | |
|---|---|
| Account | 580001678 |
| Bank | 18 |
| Maker Name | USA COMMERCIAL |
| Ret. Reason | NSF |
| Amount | $6,120.90 |
| Charge Amount: | $6,120.90 |

JOHN DUTKIN TTEE
THE JOHN DUTKIN REVOC LIV TRUST
HOLD AT UT SLSC 0888
DO NOT MAIL  NV   89134-6614

⑂9999⑂9999⑂    58000 1678⑂    ⑂0000 170 20 ⑂

---

2986

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV  89119
94-7074-3212

DATE  4/5/2006

AMOUNT  $6,120.90

*REFER TO MAKER*

PAY  Six Thousand One Hundred Twenty Dollars And 90 Cents

TO THE ORDER OF

John Dutkin, Trustee
Revocable Living Trust
4635 Rose Dr.
Emmaus PA   18049

*[signature]*  MP

⑂002986⑂  ⑂321270742⑂046565714 6⑂    ⑂000061 2090⑂

**NEVADA STATE BANK**
P.O. Box 990  Las Vegas, NV  89125-0990

NOTICE OF CHECK RETURNED UNPAID

5/1/2006     1703

**SUMMERLIN - LAKE MEAD  (702) 242-1279**

This advice contains 1 item(s) being returned to your account 580001678 for a total of $25,000.00, plus a service fee of $4.00.

| | |
|---|---|
| Account | 580001678 |
| Bank | 18 |
| Maker Name | USA COMMERCIAL |
| Ret. Reason | NSF |
| Amount | $25,000.00 |
| Charge Amount: | $25,000.00 |

JOHN DUTKIN TTEE
THE JOHN DUTKIN REVOC LIV TRUST
HOLD AT UT SLSC 0888
DO NOT MAIL  NV    89134-6614

⑈9999⑈9999⑈    580001678⑈    ⑆000017030⑈

---

2967

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

DATE  3/30/2006

AMOUNT  $25,000.00

*REFER TO MAKER*

PAY  Twenty Five Thousand Dollars And 00 Cents

TO THE ORDER OF

John Dutkin, Trustee
Revocable Living Trust
4635 Rose Dr.
Emmaus PA    18049

⑈002967⑈  ⑆321270742⑈0465657146⑈    ⑆0002500000⑈

**NEVADA STATE BANK**
P.O. Box 990  Las Vegas, NV  89125-0990

NOTICE OF CHECK RETURNED UNPAID

5/1/2006     1704

**SUMMERLIN - LAKE MEAD  (702) 242-1279**

This advice contains 1 item(s) being returned to your account 580001678 for a total of $25,000.00, plus a service fee of $4.00.

| | |
|---|---|
| Account | 580001678 |
| Bank | 18 |
| Maker Name | USA COMMERCIAL |
| Ret. Reason | NSF |
| Amount | $25,000.00 |
| Charge Amount: | $25,000.00 |

JOHN DUTKIN TTEE
THE JOHN DUTKIN REVOC LIV TRUST
HOLD AT UT SLSC 0888
DO NOT MAIL  NV   89134-6614

⑈9999⑉9999⑈     58000 1678⑈     ⑈000017040 1⑈

---

2955

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

DATE  3/27/2006

AMOUNT  $25,000.00

REFER TO MAKER

PAY  Twenty Five Thousand Dollars And 00 Cents

TO THE ORDER OF

John Dutkin, Trustee
Revocable Living Trust
4635 Rose Dr.
Emmaus PA   18049

⑈002955⑈  ⑈321270742⑈0465657146⑈     ⑈0002500000⑈