GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

RECEIVED AND FILED

2007 APR 19  A 11: 27

U.S. BANKRUPTCY COURT
[illegible] CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10725 LBR |
| | Case No. BK-S-06-10726-LBR |
| Debtor. | Case No. BK-S-06-10727-LBR |
| In re: | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL RALTY ADVISORS, LLC. | |
| | Chapter 11 |
| Debtor. | |
| In re: | |
| | Jointly Administered Under |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| Debtor. | Adversary No. 06- |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | **MOTION TO FILE ON PAPER** |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |
| ☐ All Debtors | Hearing date: April 26, 2007 |
| ■ USA Commercial Mortgage Co. | Hearing time: 9:30 a.m. |
| ☐ USA Securities | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

    1. Movant GEORGE D. FRAME hereby declares an exemption or requests permission to file documents on paper because:

■    a.    Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐    b.    Movant claims an exemption under LR 5005(a)(4) because (state why):

_____

_____

☐    c.    Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

    ☐    (1)    Movant's internet service is not available due to circumstances that cannot be prevented.

        (i)    Describe the nature and extent of the circumstances that have made the internet service unavailable (be specific):

_____

_____

        (ii) Describe what steps will be taken to ensure that the internet service will be operable for electronic filing in the future:

_____

_____

    ■    (2)    Other grounds exist for the exception circumstance motion (be specific):

As previously stated in this case, counsel is retiring, does not maintain full time office or secretary, and does not operate a computer. Counsel does not take work in bankruptcy court due to electronic filing. However, this case is a part of an estate which must be concluded and is sole instance on need to file on paper.

    ■    (3)    Movant has filed a prior exceptional circumstances motion.

        (i)    Number of prior motions:    Cannot recall.

      (ii) Date of prior motions: 2003/2004 & this case 8-230-06.

      (iii) Reason for prior motions: Cannot use computer, & retiring.

      (iv) Case number and disposition for each prior motion: Other than this case — cannot recall. This case — granted.

  2. The document that the movant wants to file on paper is: RESPONSE OF JOHN DUTKIN, TRUSTEE, TO OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS.

  Based upon the foregoing, the movant asks the court to grant this motion.

  DATED this ___ day of April, 2007.

            GEORGE D. FRAME, LTD.

            By /s/ George D. Frame
            George D. Frame, Esq.
            601 Greenway Rd., Ste. D
            Henderson, NV 89002
            Attorney for Joint Successor Trustees Of John Dutkin Revoc. Liv. Trust Dated Jan. 17, 2000