**Entered on Docket**
**April 23, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**WILDE HANSEN, LLP**
GREGORY WILDE, ESQ.
Nevada Bar No. 4417
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107
TEL: (702) 258-8200
FAX: (702) 258-8787
Local Counsel for Sierra Liquidity Fund, LLC

E-filed  4-20-07

## IN THE UNITED SATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION TO CONTINUE RESPONSE DATE AND HEARING DATE FOR OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, LLC; ORDER THEREON** |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Current Hearing Date: April 26, 2007<br>Hearing Time:9:30 a.m. |
| In Re:<br>USA SECURITIES, LLC,<br>Debtor. | Continued Hearing Date: May 31, 2007<br>Hearing Time:9:30 a.m. |

1

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed, Fund, LLC

COME NOW, Sierra Liquidity Fund, LLC ("Sierra"), by and through its counsel Robert S. Coldren, Esq., and Debtor, USA Commercial Mortgage Company, by and through its counsel, Steven C. Strong, Esq., and USACM Liquidating Trust by and through its counsel, Rob Charles, Esq. and hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the April 26, 2007 hearing date on the Objection to the Administrative Expense Claim of Sierra Liquidity Fund, LLC shall be continued to May 31, 2007 at 9:30 a.m.;

///

///

///

///

///

///

///

2

IT IS FURTHER AGREED AND STIPULATED that Sierra's Response to Objection to the Administrative Expense Claim of Sierra Liquidity Fund, LLC shall now be filed no later than Friday May 18, 2007;

IT IS SO ORDERED.

LEWIS AND ROCA LLP

/s/                                            Date: 4-19-07

Rob Charles, Esq.
Nevada Bar No. 6593
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Phone: (702)949-8320
Attorney for USACM Liquidating Trust


RAY QUINNEY & NEBEKER P.C.

/s/ Steven C. Strong                           Date: 4/19/07

Steven C. Strong, Esq.
Utah Bar No. 6340
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Direct: 801-323-3345
Fax: 801-532-7543
Attorney for Debtors


HART, KING & COLDREN, A PLC

/s/ Robert S. Coldren                          Date: 4/19/07

Robert S. Coldren
200 Sandpointe, 4th Floor
Santa Ana, CA 92707
Phone: (714) 432-8700
Fax: (714) 546-7457
Attorney for Sierra Liquidity Fund, LLC


WILDE HANSEN, LLP

/s/                                            Date: 4-20-07

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107
Local Counsel for Sierra Liquidity Fund, LLC

3