Dean T. Kirby, Jr.    Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004
dkirby@kirbymac.com
lackerman@kirbymac.com

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
Las Vegas, NV 89146
Telephone: (702) 369-3724 Facsimile (702) 369-0651
mabrams@mabramslaw.com

Attorneys for Creditor
Debt Acquisition Company of America V

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST FUND, LLC<br><br>_____ Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>_____ Debtor.<br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>_____ Debtor.<br>Affects:<br>  ☐ All Debtors<br>  ☒ USA Commercial Mortgage Company<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Fund, LLC<br>  ☐ USA Capital First Trust Deed Fund, LLC<br>  ☐ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br><br>DECLARATION OF JANET SZABO IN RESPONSE TO OBJECTION TO CLAIM NO. 10725-00781 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA<br><br>[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]<br><br>DATE: April 26, 2007<br><br>TIME: 9:30 a.m. |

I, Janet Szabo, declare:

1. I was formerly employed as a commissioned salesperson by USA Commercial Mortgage Company. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. I have assigned a claim in the total amount of $25,107.97 to Debt Acquisition Company of America V, LLC.

3. This amount represents wages, salary or commissions, all of which were earned during the 180 days preceding April 13, 2006 (the date of filing of the chapter 11 petition).

4. At the time that I performed these services, I had no knowledge that any of these commissions were earned for placing in investors in nonperforming loans, as the Objection alleges.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 17, 2007 at San Diego, California.

_____
JANET SZABO

I, Janet Szabo, declare:

1. I was formerly employed as a commissioned salesperson by USA Commercial Mortgage Company. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. I have assigned a claim in the total amount of $25,107.97 to Debt Acquisition Company of America V, LLC.

3. This amount represents wages, salary or commissions, all of which were earned during the 180 days preceding April 13, 2006 (the date of filing of the chapter 11 petition).

4. At the time that I performed these services, I had no knowledge that any of these commissions were earned for placing in investors in nonperforming loans, as the Objection alleges.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 17, 2007 at San Diego, California.

_____
JANET SZABO

In re USA Commercial Mortgage Company, et al.
Szabo Declaration in Response to Objection to Claim No. 10725-00781

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 1

1  Dean T. Kirby, Jr.    California Bar No.090114
   Leonard J. Ackerman    California Bar No. 204880
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4
   Michelle L. Abrams, Esq. Nevada Bar No. 5565
5  MICHELLE L. ABRAMS, LTD.
   3085 South Jones Blvd., Suite C
6  Las Vegas, Nevada 89146
   Telephone: (702)369-3724 Facsimile (702)369-0651
7  mabrams@mabramslaw.com
   Attorneys for Debt Acquisition Company of America
8
                IN THE UNITED STATES BANKRUPTCY COURT
9
                         DISTRICT OF NEVADA
10
   In re                          )   Bankruptcy Case No. BK-S- 06-10725-LBR
11                                 )
                                   )
12 USA COMMERCIAL MORTGAGE         )
   COMPANY,                        )
13 *fka* USA Capital               )   PROOF OF SERVICE
                                   )
14      Debtor                     )
                                   )
15                                 )
   _____)
16

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On April 23 , 2007 I served the following document(s):

- DECLARATION OF JANET SZABO IN RESPONSE TO OBJECTION TO CLAIM NO. 10725-00781 ASSIGNED TO DEBT ACQUISITION COMPANY OF AMERICA V, LLC

By:

■ U.S. MAIL: on April23, 2007, by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with

postage fully prepaid, addressed as per list below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

| | |
|---|---|
| USA Commercial Mortgage<br>4484 S. Pecos Road<br>Las Vegas, NV 89121 | Lenard Schwartzer, Esq.<br>Schwartzer & McPherson<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146 |
| U.S. Trustee<br>300 Las Vegas Blvd., S., Suite 4300<br>Las Vegas, NV 89101 | Geoffrey L. Berman<br>Matthew Sorenson<br>Development Specialists, Inc.<br>333 South Grand Avenue, Suite 4070<br>Los Angeles, CA 90071-1544 |
| Rob Charles, Esq.<br>Susan M. Freeman, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes Parkway., Suite 600<br>Las Vegas, NV 89169 | Alan D. Diamond<br>Diamond McCarthy LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010 |
| Eric D. Madden<br>Diamond McCarthy LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270 | Thomas J. Allison<br>Mesirow Financial Interim Management, LLC<br>321 N. Clark Street, 13th Fl.<br>Chicago, IL 60610 |
| Susan M. Smith<br>Mesirow Financial Interim Management, LLC<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Ste., 1800<br>Miami, FL 33131 | Annette W. Jarvis, ESQ.<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Ste., 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 |
| Eve H. Karasik<br>Stutman Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Fidelity National Title Group<br>Attn: Lisa Campbell<br>2390 East Camel Back Road, Suite 260<br>Phoenix, AZ 85016-1048 |

☐    ECF Email system as per attached list on_____,2007

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 23, 2007

/s/ John Hebert
John Hebert