# EXHIBIT "A"

# DEBT ACQUISITION COMPANY OF AMERICA

Acquiring distressed debt since 1993

- Home
- About Chapter 11
- Transfer Process
- Bid Request
- FAQ's
- Our Staff
- References
- Contact Us

## FREQUENTLY ASKED QUESTIONS

- **Is DACA affiliated with or hired by the company in bankruptcy?**
- **Why does DACA purchase claims? How does DACA make money?**
- **Why should we sell our claim?**
- **Why should we sell our claim to DACA?**
- **How do you determine your offer price?**
- **What if we disagree with the amount DACA lists as our claim?**
- **How long will it take for DACA to pay us?**
- **What else will we have to do to transfer our claim to DACA?**
- **Do you have any requirements for the sale of our claim?**
- **DACA's offer has expired. Will DACA still purchase my claim?**
- **Does DACA have account or invoice numbers to help me reconcile the claim to my books and records?**
- **We have other claims against companies in bankruptcy. Are you interested in purchasing those claims?**
- **How can we be assured that DACA will pay us?**
- **What if we do not have documents to support our claim?**

Q: Is DACA affiliated with or hired by the company in bankruptcy?

A: No. DACA is an independent investment company that is not affiliated with or hired by the companies in bankruptcy.

Q: Why does DACA purchase claims? How does DACA make money?

A. DACA purchases claims at a discount in anticipation of receiving a favorable return from the debtor upon its emergence from bankruptcy.

Q: Why should we sell our claim?

A. DACA provides your company with a way to liquidate your claim for an immediate cash settlement. You no longer have to contend with the uncertainty of bankruptcy nor expend time, money, and valuable human resources to follow and monitor the bankruptcy proceeding to protect your rights.

Q: Why should we sell our claim to DACA?

A. DACA provides prompt payment for claims. Some of our competitors do not pay creditors in what we consider a timely manner. If you receive other offers, DACA recommends that you read all letters and assignment agreements carefully to ensure that you will be paid timely.

Q: How do you determine your offer price?

A: Our offer price is based on several factors including the amount of your claim, the Debtor's financial condition, the Debtor's industry condition, our estimated term of the bankruptcy, and our anticipated return.

Q: What if we disagree with the amount DACA lists as our claim?



A: DACA will review any documentation (including invoices or filed Proofs of Claim) that you may have to support a revision of your claim amount. After such documentation is approved, DACA will forward a revised offer to you.

Q: How long will it take for DACA to pay us?

A: DACA will mail your check pursuant to the terms of the offer letter you received. DACA can send your payment by wire transfer or overnight mail for a nominal fee.

Q: What else will we have to do to transfer our claim to DACA?

Top

A: Once DACA receives your acceptance of our offer, no further action will be required. DACA files all Notices of Transfer of Claim with the U.S. Bankruptcy Court.

Q: Do you have any requirements for the sale of our claim?

A: DACA requires that you have a valid claim that has not been previously sold, objected to, or satisfied. DACA recommends that you check your records carefully prior to accepting our offer. DACA reserves the right to review the validity of any claim presented and may refuse to purchase it for any reason.

Q: DACA's offer has expired. Will DACA still purchase my claim?

A: DACA may agree to accept the transfer of your claim after the offer has expired. Please contact us regarding the status of expired offers.

Q: Does DACA have account or invoice numbers to help me reconcile the claim to my books and records?

Top

A: DACA is an independent investment company that is not affiliated with or hired by the company in bankruptcy; therefore, we do not have full access to the debtor's books and records. No account information, invoice numbers, or other details are available from DACA.

Q: We have other claims against companies in bankruptcy. Are you interested in purchasing those claims?

A: Please fax a listing of such claims to DACA at 619-220-8112. We will review the documents and contact you within five business days.

Q: How can we be assured that DACA will pay us?

A: DACA has been in business since 1993, has been a member of the San Diego Better Business Bureau (www.bbb.com) since 1995, and has acquired thousands of claims. Please see our reference page for comments from satisfied creditors. If you have further concerns, do not hesitate to contact DACA.

Q: What if we do not have documents to support our claim?

A: Please contact DACA for further instruction.

Debt Acquisition Company of America V, LLC 2003 All rights reserved.