EXHIBIT "B"

Investors who Assigned Interests to DACA

| | Original Investor | Amount | % Interest | Date Assigned to DACA |
|---|---|---|---|---|
| 1 | David W. Knobel & Anna S. Knobel, Trustees of the 1996 Knobel Trust dated 9/5/96, Assignee of the Original Investor - David W. Knobel | $150,000.00 | 0.73171% | 10/18/2006 |
| 2 | Robert Lundberg | $65,000.00 | 0.31707% | 10/18/2006 |
| 3 | Mario M. Lommori & Clarice E. Lommori Trustees of the Lommori Family Trust dated 4/12/1993 | $50,000.00 | 0.24390% | 10/19/2006 |
| 4 | Donald H. Forbes & Raquel R. Forbes Trustees of the Forbes Revocable Trust dated 9/18/03 | $50,000.00 | 0.24390% | 10/20/2006 |
| 5 | James D. Gillmore & Lynn M. Gillmore Trustees of the James D. Gillmore & Lynn M. Gillmore Living Trust dated 2/2/05, Assignee of Original Investor – Lynn M. Gillmore & Jimmy D. Gillmore, husband & wife | $50,000.00 | 0.24390% | 10/24/2006 |
| 6 | Charles Sass | $50,000.00 | 0.24390% | 10/24/2006 |
| 7 | Rocklin/Redding LLC | $1,000,000.00 | 4.87805% | 10/24/2006 |
| 8 | Alan B. Friedman | $100,000.00 | 0.48780% | 10/25/2006 |
| 9 | First Savings Bank Custodian For Herbert R. Heider IRA | $50,000.00 | 0.24390% | 10/26/2006 |
| 10 | James N. Nicksick & Z. Kay Nicksick, Trustees of the Nicksick Family Trust dated 3/19/98, Assignee of % interest of Original Investor - Zeev Mansdorf & Cila Mansdorf Trustees of the Mansdorf 1993 Trust | $50,000.00 | 0.24390% | 10/26/2006 |
| 11 | Tina K.L. Low Wood, Trustee of the Wood Family Trust dated 9/29/98, Assignee of Original Investor - Sharlyn Woolley, an unmarried woman | $50,000.00 | 0.24390% | 10/26/2006 |
| 12 | Stefan R. Cavin, an unmarried man | $50,000.00 | 0.24390% | 10/27/2006 |
| 13 | Leonard Baker & Barbara Baker Co-Trustees of the Leonard Baker & Barbara Baker Revocable Trust | $50,000.00 | 0.24390% | 10/30/2006 |
| 14 | Daniel C. Barcia, a married man dealing with his sole & separate property | $50,000.00 | 0.24390% | 10/30/2006 |
| 15 | Dorothy Ellis, a single woman, Assignee of % interest of Original Investor - Michaelian Holdings, LLC | $40,000.00 | 0.19512% | 10/30/2006 |
| 16 | Karryn Rae Sherman Trustee of the Jeanne Heater Trust II | $50,000.00 | 0.24390% | 11/6/2006 |
| 17 | David Joyce, a married man dealing with his sole & separate property | $75,000.00 | 0.36585% | 11/16/2006 |

1

Investors who Assigned Interests to DACA

| | Original Investor | Amount | % Interest | Date Assigned to DACA |
|---|---|---|---|---|
| 18 | Robert T. Chylak & Barbara M. Chylak Trustees of the Robert T. Chylak & Barbara M. Chylak Family Trust dated 10/30/90 | $60,000.00 | 0.29268% | 11/17/2006 |
| 19 | Benjamin J. Solomon & Margaret C. Solomon Trustees of the Solomon Family Living Trust dated 3/12/93 | $250,000.00 | 1.21951% | 11/17/2006 |
| 20 | Teri L. Melvin, a single woman | $100,000.00 | 0.48780% | 11/20/2006 |
| 21 | Kenneth D. Coxey & Valerie Coxey, Trustees of the Coxey Living Trust dated 12/03/98, Assignee of % interest of Original Investor - James E. Maclaren | $100,000.00 | 0.48780% | 11/22/2006 |
| 22 | Gregory D. Yonai Trustee of the Gregory D. Yonai Family Trust | $50,000.00 | 0.24390% | 11/22/2006 |
| 23 | Richard A. Helmberger & Genene M. Helmberger, joint tenants with right of survivorship | $100,000.00 | 0.48780% | 11/25/2006 |
| 24 | Albert J. Mineconzo Trustee of the Albert J. Mineconzo Living Trust dtd 11/4/97 | $50,000.00 | 0.24390% | 11/25/2006 |
| 25 | Leslie F. Kerns & Alma D. Kerns, husband & wife, as joint tenants with right of survivorship | $50,000.00 | 0.24390% | 11/27/2006 |
| 26 | Robert L. Hansen & Patricia S. Hansen, husband & wife, as joint tenants with the right of survivorship | $50,000.00 | 0.24390% | 11/28/2006 |
| 27 | Gazella Teague, Trustee of the Gazella Teague Living Trust, Assignee of the Original Investor - Michael C. Ross & Gayle G. Ross Trustees of the Ross Family Trust dtd 6/12/03 | $50,000.00 | 0.24390% | 11/28/2006 |
| 28 | John Borkoski & Kathleen Borkoski, husband & wife, as joint tenants with right of survivorship | $50,000.00 | 0.24390% | 11/30/2006 |
| 29 | Leonard E. Cady & Mary Monica Cady, joint tenants with right of survivorship **(Mary Monica Cady transferred the 0.24% interest to DACA)** | $50,000.00 | 0.24390% | 11/30/2006 |
| 30 | Edward Roldan and Stephanie K. Roldan, husband and wife as joint tenants with the right of survivorship, Assignee of the Original Investor - William Lukasavage & Joanne Lukasavage, husband & wife, as joint tenants with right of survivorship | $50,000.00 | 0.24390% | 12/2/2006 |
| 31 | Jill Chioino & John Choe, joint tenants with right of survivorship | $75,000.00 | 0.36585% | 12/3/2006 |
| 32 | David Jacobson & Cristina Jacobson Trustees of the Jacobson Family Trust dated 2/13/97 | $50,000.00 | 0.24390% | 12/5/2006 |

DA#480314v1/38011.0003

2

Investors who Assigned Interests to DACA

|    | Original Investor | Amount | % Interest | Date Assigned to DACA |
|----|---|---|---|---|
| 33 | Bruce H. Corum, Trustee of the Credit Shelter Trust | $125,000.00 | 0.60976% | 12/18/2006 |
| 34 | X-Factor, Inc. | $150,000.00 | 0.73171% | 12/21/2006 |
|    | **TOTAL** | **$3,390,000.00** | **16.53659%** |  |

On 11/14/06, DACA assigned to **DACA-RCJ1 LP, a CA L.P.** a 6.04024% beneficial interest recorded in Riverside County Records on 12/05/2006.

3

DA#480314v1/38011.0003