EXHIBIT "C"



## FAQs

**vindrauga (vin drau ga):**

Q. Who is Debt Acquisition Company of America and how are they related to Vindrauga?

A. Debt Acquisition Company of America is our sister company to Vindrauga. See their website at **www.daca4.com** for more information on Debt Acquisition Company of America.

Window of Opportunity

*vindr* window, *auga* eye

Origin: 12th Century Norse

Q. Why do you wish to be the Loan Servicing Agent for the Fiesta Oak Valley loan?

A. Debt Acquisition Company of America now holds approximately 15% of the Fiesta Oak Valley Loan. Our goal is to either acquire the property and continue the development of the project with a new developer or push the current parties to perform under the loan allowing both you and us to be paid in full plus interest as quickly as possible.

Q. Regarding the foreclosure and payment of specific projects (i.e. Fiesta Oak Valley), how will you accomplish paying off the Direct Lenders?

A. We have entered into a partnership with a residential developer to continue the development of this project. If elected as the new Loan Servicing Agent, we will initiate foreclosure proceedings. Upon a successful foreclosure and acquisition of the property, we will remit full payment plus interest to you within 30 days.

Q. Please elaborate on the fee structure(s).

A. At the Lender's election, you can either maintain the existing fee structure or elect the alternative structure. For example:

| Loan Servicing Agent | Alternative | Existing |
|---|---|---|
| Loan Servicing Fee on Monies Collected | 6% flat | 1% or 3% (annual) |
| Termination Fee | N/A | Up to 4% |
| Default Interest | N/A | 8% (annual) |
| Sum | 6% | Up to 15% |

VINDRAUGA - Distressed Companies                                          Page 2 of 2

Q. Who will receive the late fees and default interest as specified in the original loan agreement with the borrower, the Direct Lenders or Vindrauga?

A. The direct lenders get the late fees and default interest for the period that Vindrauga is the Loan Servicing Agent if the alternative fee structure is elected.

Q. What happens if Vindrauga does not obtain 51% of the Direct Lender interest?

A. Direct Lenders will remain in the existing agreement with the same Loan Servicing Agent.

Q. Who will pay for all the litigation fees?

A. Vindrauga will pay for legal costs related to the change in Loan Servicing Agent. All other fees will be borne by the loan.

Q. Regarding other loans, why should we want to substitute Vindrauga as the Loan Servicing Agent?

A. Vindrauga anticipates locating alternative funding sources for all loans for which we are appointed as the Loan Servicing Agent. We anticipate paying off these loans at the highest possible value in the shortest possible time. On another note, Vindrauga and Debt Acquisition Company of America are established firms managed by three Certified Public Accountants and will maintain an accurate database of transactions to ensure all payments of interest and principal are remitted timely to you.

Q. How does Vindrauga acquire alternative funding sources?

A. Vindrauga will use their expertise to locate alternative funding sources such as developers, private investors, etc.

Q. If I have additional questions, whom should I contact?

A. Feel free to contact Howard Justus (hjustus@daca4.com; 1-800-400-5033 x102) or Silvia Lukes (slukes@daca4.com; 1-800-400-5033 x110).

Q. Are there any forms I can complete to substitute Vindrauga Corporation as my choice for Loan Servicing Agent?

A. Yes, **contact us** for these forms.

---


Copyright 2007 Vindrauga Corporation. All Rights Reserved.        Designed by the VERITAS agency