

Entered on Docket
April 24, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearings: April 26, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: June 15, 2007<br>Time of Hearings: 9:30 a.m. |

1825613.1

## ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC

**IT IS HEREBY ORDERED:**

- approving the Stipulation by and between USACM Liquidating Trust and Los Valles Land & Golf LLC [DE      ];
- the deadline for Los Valles to file and serve a response to the objections (the "Objections") [DE 3076, 3168] to Claim No. 1366 of Los Valles Land & Golf LLC is extended to May 15, 2007;
- the reply to the response shall be filed and served by June 7, 2007; and
- the hearings on the Objections are continued to **June 15, 2007 at 9:30 a.m.**

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____
      Drake D. Foster
2029 Century Park E, Suite 2400
Los Angeles, CA 90067
Tel: 310-552-6450
Email: dfoster@akingump.com
*Attorneys for Los Valles Land & Golf LLC*