|   |   |   |
|---|---|---|
| 1 | GEORGE D. FRAME, LTD. | FILED AND ENTERED |
| 2 | George D. Frame, Esq.<br>State Bar No. 000591 | ON DOCKET |
| 3 | 601 Greenway Rd., Ste. D<br>Henderson, NV 89002 | APR 24  10 56 AM '07 |
| 4 | (702) 598-4620<br>(702) 598-4624 fax |   |
| 5 | Attorney for Defendant<br>John Dutkin, Trustee |   |

Entered on Docket
April 24, 2007

4/19/07 d

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,  ) Case No. BK-S-06-10725 LBR
                                  ) Case No. BK-S-06-10726-LBR
                         Debtor.) Case No. BK-S-06-10727-LBR
In re:                            ) Case No. BK-S-06-10728-LBR
                                  ) Case No. BK-S-06-10729-LBR
USA CAPITAL RALTY ADVISORS, LLC.  )
                                  ) Chapter 11
                         Debtor.)
In re:                            )
                                  ) Jointly Administered Under
USA CAPITAL DIVERSIFIED TRUST DEED ) Case No. BK-S-06-10725 LBR
FUND, LLC,                        )
                         Debtor.) Adversary No. 06-
In re:                            )
                                  )
USA CAPITAL FIRST TRUST DEED FUND, )
LLC,                              )
                         Debtor.) ORDER GRANTING
In re:                            ) **PERMISSION TO FILE ON PAPER**
                                  )
USA SECURITIES, LLC,              )
                         Debtor.)
Affects:                          )
                                  ) Hearing date:  April 26, 2007
  ☐ All Debtors                   ) Hearing time:  9:30 a.m.
  ■ USA Commercial Mortgage Co.   )
  ☐ USA Securities                )
  ☐ USA Capital Realty Advisors,  )
     LLC                          )
  ☐ USA Capital Diversified Trust )
     Deed Fund, LLC               )
  ☐ USA First Trust Deed Fund, LLC )
                                  )

The Court hereby grants the motion filed by GEORGE D. FRAME, ESQ.

The Clerk of the Bankruptcy Court is hereby directed to accept on paper

the following document as identified in the movant's "Motion to File on Paper": RESPONSE OF JOHN DUTKIN, TRUSTEE, TO OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS.

No other documents may be filed on paper without first seeking permission from the Court.

IT IS SO ORDERED this ____ day of April, 2007.

_____
U. S. DISTRICT JUDGE