Ronald H. Pacheco
Acting as Agent for
Pete Monighetti under
POA dated April 19, 2007

RECEIVED & FILED

'07 APR 23 P1 :27

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

| | |
|---|---|
| USA COMMERCIAL MORTGAGE | ) Case No. BK-S-06-10725LBR |
| | ) Case No. BK-S-06-10726LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Case No. BK-S-06-10727LBR |
| | ) Case No. BK-S-06-10728LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Case No. BK-S-06-10729LBR |
| | ) |
| | ) CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) |
| | ) Jointly Administered Under |
| | ) Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | ) |
| | ) OBJECTION TO MOTION FILED |
| | ) BY USACM LIQUIDATING TRUST |
| | ) ON MARCH 20, 2007 |

Claimant Pete Monighetti hereby objects to the motion filed by the USACM LIQUIDATING TRUST which seeks to convert claimant's **secured** status as a direct lender for funds to an **unsecured** status. Written documentation in support of the proof of claim has already been provided to the objecting party and that documentation will be provided at any evidentiary hearing or trial on the matter.

Dated: **April 19, 2007**              By: /s/ Ronald H. Pacheco
                                                Ronald H. Pacheco, Agent
                                                Acting under Power of
                                                Attorney dated April 19,
                                                2007.

**POWER OF ATTORNEY FOR A SPECIFIC TRANSACTION.**

I, Pete Monighetti, of 6515 Frankie Lane, Prunedale, CA **appoint** Ronald H. Pacheco, 737 S. Main St., Salinas, CA as my agent (attorney-in-fact) to act for me for the specific purpose of objecting to a motion made by USACM Liquidating Trust to convert my security interest as a Direct Lender to an unsecured status.

Signed this 19th day of April, 2006.

State of California            County of Monterey

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.