**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on April 24, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | **STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM OF COPPER SAGE COMMERCIAL CENTER LLC (CLAIM N0. 792)** |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | **Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |
| **USA Securities, LLC**<br>    **06-10729**<br>                        **Debtors.** | |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Copper Sage Commercial Center LLC ("Copper Sage") by and through its counsel, Susan Williams Scann of Deaner, Deaner, Scann, Malan & Larsen stipulate:

1.    USA Commercial Mortgage Company filed an objection to Claim No. 792 of Copper Sage [DE 3077] (the "Objection").

218687.1

**LEWIS AND ROCA LLP**
LAWYERS

1  2. On March 12, 2007, the Effective Date of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, the USACM Liquidating Trust took over the prosecution of this objection.

3. The Objection is set for status hearing on April 26, 2007 at 9:30 a.m.

4. Counsel for the USACM Liquidating Trust requests additional time to investigate the claim and negotiate with the Claimant's counsel over investigation and prosecution of the Claims and the Objections.

5. In order to facilitate further investigation and negotiation, the parties agree to continue the status hearing on the Objection to June 15, 2007 at 9:30 a.m.

6. The parties submit a stipulated order for the Court's convenience.

RESPECTFULLY SUBMITTED April 24, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By: /s/ SWS (#776)
Susan Williams Scann (NV 000776)
720 S Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-382-6911
E-Mail: sscann@deanerlaw.com
*Attorneys for Binford Medical Developers, LLC*