Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912
Email: rholley@nevadafirm.com

Electronically filed on
April 24, 2007

*Attorneys for Del Bunch and Ernestine Bunch*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE CO.; USA CAPITAL REALTY ADVISORS, LLC; USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; USA CAPITAL FIRST TRUST DEED FUND, LLC; and USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10719-LBR<br>Chapter 11<br><br>Jointly Administered under<br>Case No. BK-S-06-10725-LBR |
| DEL BUNCH and ERNESTINE BUNCH,<br><br>Appellants,<br><br>v.<br><br>USA COMMERCIAL MORTGAGE CO., et al,<br><br>Appellees. | **Appeal Ref. No. 07-05**<br><br>**APPELLANTS' THIRD SUPPLEMENT TO THEIR DESIGNATION OF RECORD and CERTIFICATE OF SERVICE**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |

Pursuant to Bankruptcy Rule 8006 and LR 8006, Del Bunch and Ernestine Bunch ("Appellants") hereby file this third supplement to their designation of record on appeal to include the recent partial transcript filed with the Court from the January 3, 2007 as follows:

06725-01/162978.doc

## THIRD SUPPLEMENT TO DESIGNATION OF RECORD

| NO. | DOCKET TEXT | DATE DOCKETED | DOCKET NO. |
|---|---|---|---|
| 1. | Partial Transcript from January 3, 2007 Hearing | 04/04/2007 | 39[1] |

DATED this 19 day of April, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

*(signature)*

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del Bunch and Ernestine Bunch*

---

[1] The partial transcript is docketed in Adv. No. 06-01201.

- 2 -

06725-01/162978.doc

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, and that on the 24th day of April, 2007, I caused to be served a true and correct copy of Appellants' Third Supplement to Their Designation of Record in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Pat Whitney

An employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson

06725-01/162978.doc

- 3 -