E-Filed on April 24, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                              Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>                              Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>                              Debtor. | **NOTICE OF FILING PROOF OF<br>SERVICE OF SUBPOENA FOR<br>RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>                              Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that USACM Liquidating Trust has filed herewith:

**Proof of Service of Subpoena for Rule 2004 Examination
on Bank of the West (Exhibit A Attached).**

113860-1

1    DATED:   April 24, 2007

2                                                    **LEWIS AND ROCA LLP**

3                                                    By: /s/ *Rob Charles* (#6593)

4                                                        Susan M. Freeman, AZ 4199 (pro hac vice)
                                                        Rob Charles, NV 6593

5                                                        3993 Howard Hughes Parkway, Suite 600
                                                        Las Vegas, Nevada  89169-5996

6
                                                    *Counsel for Official Committee of Unsecured Creditors of*
7                                                    *USA Commercial Mortgage Company*

8                                                    -and-

9                                                    **DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

10                                                   By: /s/ *Eric D. Madden* (pro hac vice)

11                                                       Allan B. Diamond, TX 05801800 (pro hac vice)
                                                        William T. Reid, IV, TX 00788817 (pro hac vice)

12                                                       Eric D. Madden, TX 24013079 (pro hac vice)
                                                        1201 Elm Street, 34th Floor

13                                                       Dallas, Texas  75270

14                                                   *Special Litigation Counsel for Official Committee of*
                                                    *Unsecured Creditors of USA Commercial Mortgage Company*
15

16

17

18

19

20

21

22

23

24

25

26

113860-1

## AFFIDAVIT

State of Nevada                )
                                          ss.
County of Washoe            )


**SETH FLATLEY, being first duly sworn deposes and says:**

That affiant is a citizen of the United States, over 18

years of age, licensed to serve civil process in the State

of Nevada under license #322, and not a party to, nor

interested in the within action affiant received the documents

on **Apr 16 2007  3:10PM** and on **Apr 16 2007  4:40PM**

affiant personally served a copy of the
**SUBPOENA FOR RULE 2004 EXAMINATION**


on **CANDICE MAYHEW OF THE OFFICE OF CORPORATION TRUST COMPANY OF NEVADA, RESIDENT AGENT FOR BANK OF THE WEST**


**6100  NEIL RD #500
RENO, NV 89511**

    Affiant does hereby affirm under penalty of perjury that

the assertions of this affidavit are true.

                                                                    _____
                                                                            SETH FLATLEY

    Signed and sworn to before me on **Apr 17 2007**

    by **SETH FLATLEY**


_____
Notary Public

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded In Washoe County
No: 04-89542-2 - Expires January 28, 2008

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

**EXHIBIT "A"**

RNPERSI 02/07/00

0230623 - DIAM1