ELECTRONICALLY FILED
APRIL 24, 2007

1  STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
   FRANK A. MEROLA                        JAMES PATRICK SHEA
2  (CA State Bar No. 136934)              (Nevada State Bar No. 000405)
   EVE H. KARASIK                         CANDACE C. CARLYON, ESQ.
3  (CA State Bar No. 155356)              (Nevada State Bar No. 002666
   ANDREW M. PARLEN                       SHLOMO S. SHERMAN, ESQ.
4  (CA State Bar No. 230429)              (Nevada State Bar No. 009688)
   1901 Avenue of the Stars, 12th Floor   228 South Fourth Street, First Floor
5  Los Angeles, CA 90067                  Las Vegas, Nevada 89101
   Telephone: (310) 228-5600              Telephone: (702) 471-7432
6  Facsimile: (310) 228-5788              Facsimile: (702) 471-7435
7  E-mail:    fmerola@stutman.com         E-mail:    jshea@sheacarlyon.com
                      ekarasik@stutman.com                 ccarlyon@sheacarlyon.com
8                     aparlen@stutman.com                  ssherman@sheacarlyon.com

9  *Counsel for the Official Committee of Equity Security
   Holders of USA Capital First Trust Deed Fund, LLC*
10

11          **UNITED STATES BANKRUPTCY COURT**
                        **DISTRICT OF NEVADA**

| | |
|---|---|
| 12  In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>13            Debtor | )  BK-S-06-10725-LBR<br>)  Chapter 11<br>) |
| 14  In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>15            Debtor | )  BK-S-06-10726-LBR<br>)  Chapter 11<br>) |
| 16  In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>17            Debtor | )  BK-S-06-10727-LBR<br>)  Chapter 11<br>) |
| 18  In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | )  BK-S-06-10728-LBR<br>)  Chapter 11<br>) |
| 19  In re:<br>USA SECURITIES, LLC,<br>20            Debtor. | )  BK-S-06-10729-LBR<br>)  Chapter 11<br>) |
| 21  Affects<br>☐ All Debtors<br>22  ☐ USA Commercial Mortgage Co.<br>    ☐ USA Securities, LLC<br>23  ☐ USA Capital Realty Advisors, LLC<br>    ☐ USA Capital Diversified Trust Deed<br>24  ☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)  Date: N/A<br>)  Time: N/A<br>)<br>)<br>) |

25    **NINTH COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF**
      **MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO**
26    **SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL**
      **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST**
27    **DEED FUND, LLC FOR THE PERIOD OF MARCH 1, 2007 THROUGH THE EFFECTIVE**
      **DATE OF MARCH 12, 2007 (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**
28

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), hereby submits this Ninth Cover Sheet Application for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for the Period of March 1, 2007 through the Effective Date of March 12, 2007 (the "Application"), and respectfully represents as follows:

1.    SC hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing March 1, 2007 and ending March 12, 2007, the Effective Date (the "Application Period").

2.    SC's fees for services rendered in the Application Period total $17,170.00, representing 75.80 hours expended during that period. SC's expenses incurred in the Application Period total $493.24.[1] SC seeks allowance and payment of interim compensation for fees in the amount of $13,736.00, representing 80% of the fees for services rendered during the Application Period, plus $493.24, representing 100% of the expenses incurred during that period, for a total interim award of **$14,229.24.**

3.    Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case during the Application Period and the hourly rate for each such professional. Attached as **Exhibit "2"** hereto is a summary of the expenses incurred during the Application Period. Detailed chronological schedules of both the time

---

[1] In several instances, expenses incurred prior to the Effective Date were only entered and billed subsequent to the Effective Date. Such expenses are included in this request for expense reimbursement.

expended by SC professionals during the Application Period, as well as expenses incurred during that period, are attached hereto as **Exhibits "3"** and **"4"**, respectively.

4. This Application is being served electronically upon the Office of the United States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel, and counsel for each of the official committees appointed in these cases. In addition, this Application is being served by mail upon the individual members of the FTDF Committee.

5. Pursuant to this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on August 29, 2006, USA Capital First Trust Deed Fund, LLC (the "FTDF") is authorized to make the payment requested herein without a further hearing or order of the Court unless an objection to this Application is served upon SC on or before May 15, 2007. If such an objection is filed, the FTDF is authorized to promptly pay the appropriate percentage of the amounts not in dispute.

6. The payment of interim fees and reimbursement of expenses sought in this Application is on account and is not final. Pursuant to Section II(B)(1)(c)(ii) of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (As Modified) [DE #1799], the deadline for filing professional administrative claims is on April 26, 2007. On or before that date, SC will seek fees and reimbursement of expenses incurred for the totality of the services rendered in these cases. Any interim compensation approved by the Court and received by SC will be credited against such final compensation as may be allowed by the Court.

7. Neither SC nor any member of SC's firm has any agreement or understanding of any kind to divide, pay over or share any portion of the fees or expenses to be awarded to

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

1    SC with any other person or attorney except as between the professionals of SC's firm.[2]

2         WHEREFORE, SC respectfully requests that the FTDF pay to Shea and Carlyon, Ltd.

3    interim compensation in the amount of $14,229.24 as requested herein pursuant to and in

4    accordance with the terms of this Court's Administrative Order Establishing Procedures for

5    Interim Compensation and Reimbursement of Expenses of Professionals.

6

7         DATED this 24 day of April, 2007.

8                                                SHEA & CARLYON, LTD.

9

10

11                                               JAMES PATRICK SHEA, ESQ
                                                 CANDACE C. CARLYON, ESQ.
12                                               SHLOMO S. SHERMAN, ESQ.
                                                 228 South Fourth Street, First Floor
13                                               Las Vegas, NV 89101

14

15

16

17

18

19

20

21

22

23

24

25

26    _____
      [2] One of the firm's professionals, Dawn M. Cica, Esq., is affiliated with the firm on an "of Counsel" basis.  Ms.
27    Cica is a transactional attorney who was assigned a lead role in the negotiations, preparation, and consummation
      of the several Asset Purchase Agreements negotiated in this case and the documents related thereto.

28

# EXHIBIT "1"

## EXHIBIT "1" TO NINTH COVER SHEET
## FEE APPLICATION OF SHEA & CARLYON, LTD.
## SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS OF
## USA CAPITAL FIRST TRUST DEED FUND, LLC

| Names of Professionals and Paraprofessionals | Hours Billed this Period | Rate | Total for Period[1] |
|---|---|---|---|
| James Patrick Shea | 0.90 | $450.00 | $405.00 |
| Candace C. Carlyon | 14.90 | $450.00 | $6,615.00 |
| Shlomo S. Sherman | 29.90 | $210.00 | $6,279.00 |
| Paralegal | 7.10 | $160.00 | $1,111.00 |
| Legal Assistants | 23.00 | $120.00 | $2,760.00 |

**Total Hours** (Including paraprofessional time)
75.80

**Total Fees**
$17,170.00

**Blended Rate**
$226.52

**Total Hours** (Excluding paraprofessional time)
45.70

**Total Fees**
$13,299.00

**Blended Rate**
$291.01

---

[1] In many instances, the amount billed is lower than the hours times the hourly rate, due to "no charge" time.

# EXHIBIT "2"

## EXHIBIT "2" TO NINTH COVER SHEET
## FEE APPLICATION OF SHEA & CARLYON, LTD.
## SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS OF
## USA CAPITAL FIRST TRUST DEED FUND, LLC

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Delivery | $7.50 per delivery | $45.00 |
| Facsimile | $1.00 per page for long distance transmission; $.50 per page for receipt/local transmission | $2.00 |
| Postage | Actual costs | $58.99 |
| Pacer | Actual costs | $105.28 |
| Scanning | $.10 per page | $26.30 |
| Telephone | Actual cost for long distance/teleconferencing | $82.11 |
| Copying | $.25 per page or actual cost for outside copying service | $173.56 |
| **TOTAL:** | | **$ 493.24** |

# EXHIBIT "3"

### Shea & Carlyon Ltd.
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432              Fax:(702) 471-7435

USA Mortgage, et al                                    Mar 19, 2007
Equity Security Committee

|  |  |  |
|---|---|---|
| | File #: | 1500-1 |
| Attention: | Inv #: | 20148 |

RE:    Asset Analysis and Recovery

| | |
|---|---|
| **Total Fees, Disbursements** | **$0.00** |
| Previous Balance | $614.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$614.00** |

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                 **LC - Law Clerk**
**DMC - Dawn M. Cica**                 **P - Paralegal**
                                       **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                      Mar 19, 2007
Equity Security Committee

|  | File #: | 1500-2 |
|---|---|---|
| Attention: | Inv #: | 20153 |

RE:    Asset Disposition/Executory Contracts

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-07 | Review electronic correspondence from Mr. Parlan; Ms. Smith; re distributions | 0.10 | 45.00 | CCC |
| Mar-05-07 | Review electronic correspondence from Ms. Karasik re settlement offer to UCC | 0.10 | 45.00 | CCC |
|  | Review electronic correspondence from Ms. Pajak to Committee re distribution; windup | 0.10 | 45.00 | CCC |
|  | Review electronic correspondence from Mr. Wallace (x2); Mr. Parlan; Ms. Pajak; re interim distribution amount and calculation methodology; as well as delay in timing | 0.20 | 90.00 | CCC |
| Mar-06-07 | Review electronic correspondence from Ms. Karasik; Ms. Freeman; re allocation settlement proposals; Exchange electronic correspondence with Ms. Karasik re same | 0.20 | 90.00 | CCC |
|  | Telephone call with STG re possible appeal re 1142/allocation motion; strategy re dealing with USACM issues | 0.40 | 180.00 | CCC |
| Mar-07-07 | Exchange electronic correspondence with Mr. Kvarda re anticipated date of distribution to FTDF members | 0.10 | 21.00 | SSS |
|  | Telephone call to Mr. Goldenfall re distirbution expected by March 15 (voicemail) | 0.10 | 21.00 | SSS |
| Mar-09-07 | Exchange electronic correspondence with Ms. Karasik; other FTDF professionals; re possible settlement proposal to DTDF; including review of prior BMC analysis | 0.30 | 135.00 | CCC |
| | Totals | 1.60 | $672.00 | |

Invoice #:        20153                                    Page         2

### Total Fees, Disbursements                                    $672.00

Previous Balance                                          $79,723.50
Previous Payments                                              $0.00

### Balance Due Now                                          $80,395.50

**JPS - James Patrick Shea**        **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**        **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**              **LC - Law Clerk**
**DMC - Dawn M. Cica**              **P - Paralegal**
                                    **LA- Legal Assistant**

## Shea & Carlyon Ltd.
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432            Fax:(702) 471-7435

USA Mortgage, et al                                                  Mar 19, 2007
Equity Security Committee

|  | File #: | 1500-3 |
|---|---|---|
| Attention: | Inv #: | 20154 |

RE:    Business Operations

| **Total Fees, Disbursements** | **$0.00** |
|---|---|
| Previous Balance | $62.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$62.00** |

**JPS - James Patrick Shea**           **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**           **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                 **LC - Law Clerk**
**DMC - Dawn M. Cica**                 **P - Paralegal**
                                       **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-4 |
| Inv #: | 20155 |

Attention:

RE:    Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-01-07 | Review docket entries (numerous) re hearing | 0.20 | 90.00 | CCC |
| | Review memos from Ms. Karasik; Mr. Sherman; re outcome of omnibus hearings | 0.20 | 90.00 | CCC |
| | Organize and index pleadings for hearing on 03/01/07 | 1.50 | 180.00 | LA |
| | Review and oversee organization of late-filed pleadings for March 1 Omnibus Hearing Date | 0.20 | 42.00 | SSS |
| | Review Status and Agenda for March 1 hearings | 0.10 | 21.00 | SSS |
| | Attendance at court for March 1 omnibus hearings | 4.40 | 924.00 | SSS |
| Mar-02-07 | Organize and index pleadings for hearing on 3/2/2007 | 1.00 | 120.00 | LA |
| | Attendance at court for hearings on USA Investor VI Motion to Dismiss Involuntary Petition; Motion for Writ of Attachment re HMA Sales proceeds; Motion to Enforce Distribution Order | 1.50 | 315.00 | SSS |
| | Electronic correspondence to FTDF Committee professionals re summary of March 2 hearings | 0.30 | 63.00 | SSS |
| | Telephone call with Mr. Parlen re master calendar; reply in support of FTDF Committee objection to Kantor claims | 0.10 | 21.00 | SSS |
| | Electronic correspondence to Ms. Karasik and Mr. Parlen attaching updated master calendar | 0.10 | 21.00 | SSS |
| | Update master calendar; review pleadings re response deadlines | 3.10 | 651.00 | SSS |

| Invoice #: | 20155 | | Page | 2 | |
|---|---|---|---|---|---|
| Mar-05-07 | Receipt and review of notice of committee meeting | 0.10 | 45.00 | | JPS |
| | Organize and index pleadings for hearing on 3/15/07 | 6.00 | 720.00 | | LA |
| Mar-06-07 | Review electronic correspondence from Ms. Schmahl re subordination issues; Exchange electronic correspondence with Stutman re same | 0.10 | 45.00 | | CCC |
| | Review/revise calendar memo | 0.20 | 90.00 | | CCC |
| | Review documents circulated by "LPG" | 0.30 | 135.00 | | CCC |
| | Organize and index pleadings for hearing on 03/15/07 | 7.00 | 840.00 | | LA |
| | Review and revise updated master calendar re appeal and effective date deadlines | 1.50 | 315.00 | | SSS |
| | Electronic correspondence to Ms. Karasik and Mr. Parlen attaching revised master calendar | 0.10 | 21.00 | | SSS |
| | Review electronic correspondence from Ms. Karasik re updated calendar | 0.00 | 0.00 | | SSS |
| Mar-07-07 | Review electronic correspondence from Mr. Schwartzer re Judge Riegle's request for update re omnibus hearings; Exchange electronic correspondence with FTDF professionals working group re same | 0.20 | 90.00 | | CCC |
| | Review electronic correspondence from Stutman, Treister & Glatt re updated USA Capital Hearings/Deadlines table | 0.10 | 15.00 | | P |
| | Update upcoming hearings/deadlines through the end of the year in both master and outlook calendars; forward to interested parties | 2.00 | 300.00 | | P |
| Mar-08-07 | Organize and index pleadings for appeal 2:07 cv 00138 usa investment partners milanowski | 0.50 | 60.00 | | LA |
| | Review electronic correspondence from Mr. Schwartzer re providing early status report to Judge Riegle of March 15 matters | 0.20 | 42.00 | | SSS |
| | Preparation of status report re FTDF Committee matters to be heard on March 15 Omnibus Hearing Date | 1.50 | 315.00 | | SSS |
| Mar-09-07 | Update courtesy copy table re Reply in support of omnibus objection and certificate of service filed on 3/7/07 and 3/8/07 | 0.10 | 15.00 | | P |
| | Oversee and review organization of pleadings for March 15 Omnibus Hearing Date | 0.50 | 105.00 | | SSS |
| | Review electronic correspondence from Ms. Karasik re handling March 15 hearings | 0.10 | 21.00 | | SSS |
| Mar-10-07 | Analysis of debtor's effective date cash analysis; Exchange electronic correspondence with Ms. Karasik; Ms. Jarvis re same | 0.20 | 90.00 | | CCC |

Invoice #:        20155                                Page            3

| | | | | |
|---|---|---:|---:|---:|
| | Telephone call with all hands re effective date distributions | 0.30 | 135.00 | CCC |
| Mar-12-07 | Telephone call with Mr. Parlen re telephonic appearances at hearing on 3/15 | 0.10 | 16.00 | P |
| | Telephone call with Eileen at bankruptcy court re appearing telephonically at hearing on 3/15 | 0.10 | 16.00 | P |
| | Prepare electronic correspondence to Mr. Parlen re appearing telephonically at hearing on 3/15 | 0.10 | 16.00 | P |
| | Organize and index pleadings for hearing on 03/15/07 | 7.00 | 840.00 | LA |
| | Telephone call with Mr. Parlen re telephonic attendance of Stutman Treister & Glatt at March 15 hearings | 0.10 | 21.00 | SSS |
| | Update master calendar | 0.80 | 168.00 | SSS |

Totals                                    41.90      $7,014.00

**Total Fees, Disbursements**                                  **$7,014.00**

Previous Balance                                              $44,335.94
Previous Payments                                                  $0.00

**Balance Due Now**                                          **$51,349.94**

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-5 |
| Inv #: | 20156 |

Attention:

RE:    Claims Administration and Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-07 | Electronic correspondence to Ms. Karasik and Mr. Parlen re deadline to file Kantor reply; review stipulation re same | 0.20 | 42.00 | SSS |
| Mar-06-07 | Review and revise reply re Kantor (in light of EK comments) | 0.20 | 90.00 | CCC |
|  | Review Ms. Karasik's redline of FTDF Committee Reply in Support of Objection to Kantor Claims; revise reply | 0.90 | 189.00 | SSS |
| Mar-07-07 | Review and revise reply in support of FTDF Committee's objection to Kantor Claims per comments provided by Ms. Karasik, Ms. Carlyon | 1.40 | 294.00 | SSS |
|  | Electronic correspondence to Ms. Karasik, Mr. Parlen attaching clean and redlined copies of reply re Kantor Claims | 0.20 | 42.00 | SSS |
|  | Exchange electronic correspondence with Ms. Karasik, Mr. Parlen, Ms. Carlyon re revisions to reply re Kantor Claims | 0.20 | 42.00 | SSS |
| Mar-08-07 | Telephone call with Cheryl at Bankrptcy Court re claims matrix | 0.10 | 45.00 | CCC |
|  | Preparation of summaries; narratives re claims objections and reserve motion | 2.50 | 1,125.00 | CCC |
|  | Review 5th, 6th, 7th and 8th omnibus claims objections; prepare claims status/tracking charts for court re same | 1.50 | 240.00 | P |
|  | Preparation of Certificate of Service of Reply in Support of Omnibus Objection for filing | 0.10 | 15.00 | P |

| Invoice #: | 20156 | | Page | 2 | |
|---|---|---|---|---|---|
| | Electronic filing of court pleadings - Electronic scan, upload and filing of certificate of service re reply in support of omnibus objection with the bankruptcy court | 0.20 | 30.00 | | P |
| | Review electronic correspondence from Ms. Karasik, Ms. Carlyon re preparation of chart re status of FTDF Committee's Omnibus Claims Obejctions | 0.10 | 21.00 | | SSS |
| | Electronic correspondence to Ms. Karasik, Mr. Parlen re clarifying FTDF Committee's Omnibus Claims Objections to be heard on March 15 | 0.10 | 21.00 | | SSS |
| | Compile exhibits to FTDF Committee's Omnibus Claim Objections re preparation of claim objection chart for bankruptcy court | 0.20 | 42.00 | | SSS |
| Mar-09-07 | Legal research re notice issues for claims objections | 0.50 | 225.00 | | JPS |
| | Continued preparation of claims summary; charts (including two calls with Mr. Parlan re same; .1 and .2 ) | 2.50 | 1,125.00 | | CCC |
| | Review docket entries re LES objections to claims; IRS (no charge per CCC) | 0.10 | 0.00 | | CCC |
| | Exchange electronic correspondence with Mr. Parlen re claims status/tracking charts for 5th, 6th, 7th and 8th omnibus objections | 0.30 | 48.00 | | P |
| | Review and revise claims objections status/tracking charts re 5th, 6th, 7th and 8th omnibus objections | 0.40 | 64.00 | | P |
| | Prepare electronic correspondence to Ms. Dorsey at Schwartzer & McPherson re status of FTDF matters for hearing on 3/15 | 0.10 | 16.00 | | P |
| | Electronic filing of court pleadings - conversion to electronic format and electronic filing of Status of FTDF Committee Matters to be Heard on March 15 Omnibus Hearing Date | 0.20 | 32.00 | | P |
| | Prepare certificate of service of Status of FTDF Committee Matters to be Heard on March 15 Omnibus Hearing Date | 0.20 | 32.00 | | P |
| | Electronic filing of court pleadings - conversion to electronic format and electronic filing of certificate of service of status of FTDF committee matters to be heard on March 15 omnibus hearing date | 0.20 | 32.00 | | P |
| | Review proof of service for all claimants to confirm service of FTDF Committee's four omnibus claims objections in preparation for March 15 Omnibus Hearing Date | 1.30 | 273.00 | | SSS |
| | Preparation of Revise claim charts for FTDF Committee's four omnibus claims objections per court's request | 1.20 | 252.00 | | SSS |

| Invoice #: | 20156 | | Page | 3 | |
|---|---|---|---|---|---|
| Mar–12-07 | Conference with SS re claims status | 0.30 | 135.00 | | JPS |
| | Brief review of USA Capital Realty Advisors' omnibus claims objections | 0.30 | 63.00 | | SSS |
| | Totals | 15.50 | $4,535.00 | | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$4,535.00** |
| Previous Balance | $49,890.30 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$54,425.30** |

**JPS - James Patrick Shea**
**CCC - Candace C. Carlyon**
**SWM - Shawn Miller**
**DMC - Dawn M. Cica**

**SSS - Shlomo Sherman**
**JRH - Jeffrey R. Hall**
**LC - Law Clerk**
**P - Paralegal**
**LA- Legal Assistant**

### Shea & Carlyon Ltd.
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432                    Fax:(702) 471-7435

USA Mortgage, et al                                              Mar 19, 2007
Equity Security Committee

|  | File #: | 1500-6 |
|---|---|---|
| Attention: | Inv #: | 20157 |

RE:    Employee Benefits/Pensions

| **Total Fees, Disbursements** | **$0.00** |
|---|---|
| Previous Balance | $229.30 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$229.30** |

**JPS - James Patrick Shea**           **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                    Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-7 |
Attention:                                      Inv #:    20158

RE:    Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-07 | Review and revise second and final fee application of Shea & Carlyon | 0.60 | 96.00 | P |
|  | Review electronic correspondence from Mr. Parlen re stipulation re professional fees; review same | 0.20 | 42.00 | SSS |
| Mar-03-07 | Exchange electronic correspondence with Ms. Karasik (multiple); Mr. Charles; Mr. Levinson; Mr. Landis; re fee applications | 0.20 | 90.00 | CCC |
| Mar-05-07 | Review draft stip and order re extension of interim fee procedures; Exchange electronic correspondence with Mr. Parlan; Mr. Charles re same | 0.20 | 90.00 | CCC |
| Mar-06-07 | Review electronic correspondence from USA professionals re approval of third stipulation re professional fee applications | 0.20 | 42.00 | SSS |
|  | Review electronic correspondence from Mr. Parlen re obtaining approval on third stipulation re professional fee applications | 0.10 | 21.00 | SSS |
|  | Review invoices/task allocation re Seventh Cover Sheet Fee Application | 0.80 | 168.00 | SSS |
|  | Review and revise invoices re She & Carlyon's Eighth Cover Sheet Fee Application | 2.70 | 567.00 | SSS |
| Mar-07-07 | Exchange electronic correspondence with Mr. Parlen, Ms. Karasik, Ms. Carlyon re conforming task organization | 0.20 | 42.00 | SSS |
| Mar-08-07 | Preparation of Second and Final fee application | 2.30 | 1,035.00 | CCC |
|  | Electronic correspondence to Mr. Parlen attaching draft of Shea & Carlyon's Second and Final Fee Application | 0.10 | 21.00 | SSS |

Invoice #:        20158                                          Page            2

| Date | Description | | | |
|------|-------------|------|--------|-----|
| Mar-09-07 | Preparation of task anslysis (Feb) | 0.50 | 225.00 | CCC |
| | Exchange electronic correspondence with Ms. Karasik re disposition of Debtors' professionals continued employment application | 0.10 | 21.00 | SSS |
| | Review and revise invoices re Shea & Carlyon's Eighth Cover Sheet Fee Application | 1.00 | 210.00 | SSS |
| Mar-12-07 | Preparation of list of matters and hearing dates for Shea & Carlyon's Final Fee Application | 1.70 | 357.00 | SSS |
| | Totals | 10.90 | $3,027.00 | |

**Total Fees, Disbursements**                                                  **$3,027.00**

Previous Balance                                                           $11,710.00
Previous Payments                                                               $0.00

**Balance Due Now**                                                         **$14,737.00**

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432              Fax:(702) 471-7435

USA Mortgage, et al                                         Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-8 |
Attention: | Inv #: | 20159 |

RE:    Fee/Employment Objections

| | |
|---|---|
| **Total Fees, Disbursements** | **$0.00** |
| Previous Balance | $1,245.20 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$1,245.20** |

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### Shea & Carlyon Ltd.
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432                    Fax:(702) 471-7435

USA Mortgage, et al                                             Mar 19, 2007
Equity Security Committee

|  | File #: | 1500-9 |
|---|---|---|
| Attention: | Inv #: | 20160 |

RE:    Financing/Cash Collateral

| **Total Fees, Disbursements** | **$0.00** |
|---|---|
| Previous Balance | $530.40 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$530.40** |

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432              Fax:(702) 471-7435

USA Mortgage, et al                                          Mar 19, 2007
Equity Security Committee

|  | File #: | 1500-10 |
|---|---|---|
| Attention: | Inv #: | 20149 |

RE:    Litigation

| **Total Fees, Disbursements** | **$0.00** |
|---|---|
| Previous Balance | $4,478.70 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$4,478.70** |

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432                Fax:(702) 471-7435

USA Mortgage, et al                                              Mar 19, 2007
Equity Security Committee

|                | File #: | 1500-11 |
|----------------|---------|---------|
| Attention:     | Inv #:  | 20150   |

RE:    Meetings of Creditors

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-01-07 | Exchange electronic correspondence with co counsel; committee; re arranging committee meeting | 0.10 | 45.00 | CCC |
| Mar-06-07 | Status conference with committee | 0.80 | 360.00 | CCC |
| Mar-08-07 | Telephone call with Mr. Goldenthal (FTDF member) re next distribution; reserve amounts | 0.10 | 21.00 | SSS |
|  | Electronic correspondence to Mr. Goldenthal attaching chart of stipulated reserve amounts for outstanding claims | 0.20 | 42.00 | SSS |
| | Totals | 1.20 | $468.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$468.00** |
| Previous Balance | $5,083.50 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$5,551.50** |

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                 **LC - Law Clerk**
**DMC - Dawn M. Cica**                 **P - Paralegal**
                                       **LA- Legal Assistant**

## *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                          Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-12 |
| Inv #: | 20151 |

Attention:

RE:    Plan and Disclosure Statement

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-02-07 | Review electronic correspondence from Ms. Karasik; Mr. Strong; Ms. Freeman; Ms. Hunt; Mr Levinson (multiple) re 1142 order | 0.10 | 45.00 | CCC |
| | Review additional emails from Mr. Levinson; Ms. Freeman; Ms. Karasik; Mr. Garman (multiple) re revised 1142 order | 0.10 | 45.00 | CCC |
| | Review docket entries; Exchange electronic correspondence with Mr. Sherman; re Bunch filings; Preparation of electronic correspondence to Stutman re same | 0.10 | 45.00 | CCC |
| | Review electronic correspondence from Mr. Farrow; Ms. Karasik; Mr. Strong; Ms. Freeman; Mr. Levinson (multiple) re 1142/effective date/order issues | 0.10 | 45.00 | CCC |
| | Prepare disclosure statement of interested parties (DACA appeal) | 0.20 | 32.00 | P |
| | Electronic correspondence to Mr. Merola re obtaining expedited transcript of heairng on LPG Limited Motion for Stay Pending Appeal | 0.10 | 21.00 | SSS |
| Mar-05-07 | Review and execute disclosures re interested parties in DACA appeal; Exchange electronic correspondence with Ms. Karasik re approval for filing of same | 0.20 | 90.00 | CCC |
| | Electronic filing of court pleadings - conversion to electronic format and electronic filing of certificate of interested parties/disclosure statement (DACA appeal) | 0.20 | 32.00 | P |
| | Prepare certificate of service of disclosure statement (DACA appeal) | 0.20 | 32.00 | P |

| Invoice #: | 20151 | | Page | 2 | |
|---|---|---|---|---|---|
| | Electronic filing of court pleadings - conversion to electronic format and electronic filing of certificate of service of disclosure statement (DACA appeal) | 0.20 | | 32.00 | P |
| Mar-06-07 | Review/revise order dismissing IP appeal | 0.10 | | 45.00 | CCC |
| | Review DACA appeal docket re briefing schedule | 0.50 | | 105.00 | SSS |
| | Review electronic correspondence from Ms. Jarvis re anticipated Effective Date; electronic correspondence from Ms. Karasik re same | 0.00 | | 0.00 | SSS |
| Mar-07-07 | Review electronic correspondence from Ms. Karasik re notice of effective date | 0.10 | | 45.00 | CCC |
| | Review draft of Notice of Effecitve Date; electronic correspondence from Ms. Karasik re same; review local rules re same | 0.40 | | 84.00 | SSS |
| Mar-08-07 | Review local rules re effective date/final decree; Preparation of electronic correspondence to Ms. Karasik re same | 0.20 | | 90.00 | CCC |
| | Review order dismissing IP appeal; Exchange electronic correspondence with Ms. Karasik re same | 0.10 | | 45.00 | CCC |
| | Exchange electronic correspondence with Mr, Sherman re calendaring date for time to appeal (IP to 9th Cir); no charge per CCC | 0.10 | | 0.00 | CCC |
| | Exchange electronic correspondence with other counsel (including Ms. Karasik; Ms. Freeman; Ms. Jarvis) re effective date notice/LR 3022/3020 | 0.20 | | 90.00 | CCC |
| | Review electronic correspondence from Ms. Jarvis; Ms. Freeman; Ms. Karasik; Mr. Levinson; Mr. Hermann (multiple) re LPG DC motion for stay | 0.20 | | 90.00 | CCC |
| | Exchange electronic correspondence with Ms. Hunt; Ms. Jarvis; Ms. Treadway (multiple) re transcript of stay hearing (LBR) | 0.10 | | 45.00 | CCC |
| | Review order dismissing IP/Milanowski appeal; update master and appeals calendars re same | 0.40 | | 84.00 | SSS |
| | Review exchange of electronic correspondence between Ms. Karasik and Ms. Freeman re content of Notice of Effective Date | 0.10 | | 21.00 | SSS |
| Mar-09-07 | Review LPG motion for Stay Pending Appeal (District Ct) | 0.30 | | 135.00 | CCC |
| Mar-12-07 | Exchange electronic correspondence with Ms. Freeman; Ms. Hunt Ms. Karasik (multiple) re notice of effective date | 0.10 | | 45.00 | CCC |
| | Review electronic correspondence from Ms. Jarvis re Effective Date is 3/12 | 0.10 | | 45.00 | CCC |

Invoice #:      20151                                    Page        3

| | | | |
|---|---|---|---|
| Exchange electronic correspondence with Ms. Hunt; Ms. Freeman; Ms. Karasik; re LPG stay motion; district ct practice re hearings not automatic | 0.10 | 45.00 | CCC |
| Review electronic correspondence from Ms. Jarvis re occurrence of Effective Date | 0.10 | 21.00 | SSS |
| Totals | 4.70 | $1,454.00 | |

**Total Fees, Disbursements**                                    **$1,454.00**

Previous Balance                                              $70,055.50
Previous Payments                                                  $0.00

**Balance Due Now**                                              **$71,509.50**


**JPS - James Patrick Shea**            **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**            **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                  **LC - Law Clerk**
**DMC - Dawn M. Cica**                  **P - Paralegal**
                                        **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                        Mar 19, 2007
Equity Security Committee

|  |  |  |
|--|--|--|
| | File #: | 1500-13 |
| Attention: | Inv #: | 20152 |

RE:    Relief from Stay proceedings

| | |
|--|--|
| **Total Fees, Disbursements** | **$0.00** |
| Previous Balance | $1,704.70 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$1,704.70** |

| | |
|--|--|
| **JPS - James Patrick Shea** | **SSS - Shlomo Sherman** |
| **CCC - Candace C. Carlyon** | **JRH - Jeffrey R. Hall** |
| **SWM - Shawn Miller** | **LC - Law Clerk** |
| **DMC - Dawn M. Cica** | **P - Paralegal** |
| | **LA- Legal Assistant** |

# EXHIBIT "4"

### *Shea & Carlyon Ltd.*
228 S. Fourth Street
First Floor
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                             Mar 19, 2007
Equity Security Committee

|  |  |
|---|---|
| File # : | 1500 |
| Inv  # : | 20147 |

Attention:

RE:     Costs/Expenses

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
|  | Postage | 58.99 |  |
| Mar-12-07 | Facsimile  2 @ 1.00 | 2.00 |  |
|  | Delivery services/messengers   6 @ 7.50 | 45.00 |  |
|  | Other -Scanning 263 @ 0.10 | 26.30 |  |
|  | Other -Pacer 1316 @ 0.08 | 105.28 |  |
| Mar-16-07 | Conference call 1/22/07 at 1:57pm (CST) | 82.11 |  |
|  | Copy of appendix re LPG appeal | 173.56 |  |
|  | Totals | $493.24 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$493.24** |
| Previous Balance | $6,673.29 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$7,166.53** |

Invoice #:    20147                            Page        2

**JPS - James Patrick Shea**
**CCC - Candace C. Carlyon**
**SWM - Shawn Miller**
**DMC - Dawn M. Cica**

**SSS - Shlomo Sherman**
**JRH - Jeffrey R. Hall**
**LC - Law Clerk**
**P - Paralegal**
**LA- Legal Assistant**