Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON APRIL 24, 2007

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**DEBTORS' AUTHORIZATION FOR USACM LIQUIDATING TRUST TO REQUEST AND RECEIVE DOCUMENTS FROM DEBTORS' PRE-PETITION COUNSEL** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☒ USA Securities, LLC | |

USA Capital Realty Advisors, LLC ("Realty"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC ("Securities") (each a "Debtor" and collectively, the "Debtors") hereby authorize the USACM Liquidating Trust (the "Trust") to request and receive, by Federal Rule of Bankruptcy Procedure 2004 or otherwise, as agent for the Debtors, respectively, all documents and files (including documents subject to attorney-client privilege and/or work-product protection) belonging to Debtors from the following counsel:

- Bryan Cave, LLP
- Goold Patterson Ales & Day, Chtd.
- Kummer Kaempfer Bonner Renshaw & Ferrario, Ltd.
- Law Offices of Richard McKnight, PC
- Santoro, Driggs, Walch, Kearney, Johnson & Thompson, Ltd.

Upon receipt of any documents and files from the above counsel belonging to the Debtors, the Trust shall: (1) maintain such documents and files on behalf of the applicable Debtor; (2) have access to such documents and files; and (3) make such documents and files available to the applicable Debtor (in the case of FTDF, FTDF and the Official Committee of Equity Security Holders of the First Trust Deed Fund, LLC) and/or USA Capital Diversified Trust Deed Fund, LLC, upon request. Any attorney-client privilege or work-product protection which the Debtors

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

may have or may assert with respect to such documents and files shall be preserved and maintained and shall not be waived by the Trust's possession of such documents and files.

Dated this 24th day of April, 2007

        Annette W. Jarvis, Utah Bar No. 1649
        Steven C. Strong, Utah Bar No. 6340
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385

              and

        /s/   Lenard E. Schwartzer, Esq.
        Lenard E. Schwartzer, Nevada Bar No. 0399
        Jeanette E. McPherson, Nevada Bar No. 5423
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas, Nevada  89146-5308

        *Attorneys for Debtors and Debtors-in-Possession*

**AGREED:**

 /s/   Eric D. Madden
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010
*Special Counsel for USACM Liquidating Trust*