LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on April 24, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STATUS AND AGENDA FOR APRIL 26, 2007 HEARINGS** |
| USA SECURITIES, LLC, | Date of Hearing:  April 26, 2007 |
| Debtors. | Time of Hearing:  9:30 a.m. |

**Affects:**
×  All Debtors
¨  USA Commercial Mortgage Company
¨  USA Capital Realty Advisors, LLC
¨  USA Capital Diversified Trust Deed Fund, LLC
¨  USA Capital First Trust Deed Fund, LLC
¨  USA Securities, LLC

1. **OMNIBUS OBJECTION TO TRUSTEE CLAIM 123, CLAIM 124 AND CLAIM #125 FILED BY ANDREW M. PARLEN ON BEHALF OF OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.** [DE 3129]

1

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

| | | |
|---|---|---|
| **Related Filings:** 12/26/2006 | Omnibus Objection to Claim 115 of BRIAN M. ADAMS in the amount of; Claim 118 of HERMAN M. ADAMS; Claim 118 of BRIAN ANTHONY G. ADAMS; Claim 118 of ANTHONY G. ADAMS *OLYMPIA CAPITAL MANAGEMENT Claim #119, KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(k) PSP, GARY KANTOR, TRUSTEE Claim #123, DR. GARY KANTOR Claim #124, LYNN M. KANTOR Claim #125* filed by ANDREW M. PARLEN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Attachments: # (1) Exhibit 1 [DE 2295] | |
| **Opposition Filed:** 2/20/2007 | Gary L. Kantor, MD, Trustee Kantor Nephrology Consultants, Ltd. [2841] | |
| **Status:** | A stipulation [DE 3491] to continue the hearing on the Kantor claims to June 15, 2007 has been circulated. | |

2.    Adv: 2-06-01212 Binford Medical Developers, LLC v USACM, Status hearing on Partial Motion for Summary Judgment for Declaratory Relief [DE 22, 47]

   **Status:**

3.    **Objection to Claim 784 of Binford Medical Developers** filed by Lenard E. Schwartzer on behalf of USA Commercial Mortgage Company [DE 3129]

| | | |
|---|---|---|
| **Opposition Filed:** 12/29/2006 | Binford Medical Developers LLC [DE 2295] | |
| **Status:** | A stipulation to continue the hearing to June 15, 2007 has been circulated. | |

4.    **Status Hearing Re: Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,00; Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY

2

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Response Filed:**<br>1/10/2007 | | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2394] |
| 1/10/2007 | | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2398] |
| 1/11/2007 | | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (FLEMING, SCOTT) Modified on 1/12/2007 to add "amended" verbiage [DE 2404] |
| 1/11/2007 | | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2406] |
| **Stipulation Filed:**<br>1/12/2007 | | Stipulation By SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL and Between Debtors *Continuing Hearing from January 17, 2007 to January 31, 2007* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 2425] |
| 1/17/2007 | | Stipulation to Continue Hearing on ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC's Proofs of Claim (Related document(s) [2425] Stipulation, filed by Creditor ROLLAND P. WEDDELL, Creditor SPECTRUM FINANCIAL GROUP.) [DE 2437] |
| 1/20/2007 | | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY's Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P. WEDDELL. Hearing scheduled 3/1/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg... (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2838] |

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

| | | |
|---|---|---|
| 3/02/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY'S Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P WEDDELL (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.)  [DE 2975] | |
| 3/26/2007 | Stipulation By USACM LIQUIDATING TRUST and Between SPECTRUM FINANCIAL and ROLLAND P. WEDDELL Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3277] | |
| **Related Filings:** | Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000 **filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY  [DE 2021].** | |
| 1/10/07 | Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s) [2394] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, 4 & 5) [DE 2396] | |
| 1/11/2007 | Amended Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s) [2404] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibits 4 & 5)  [DE 2405] | |
| 1/11/2007 | Amended Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s) [2406] Response filed by Creditor ROLLAND P. WEDDELL) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibit 4 & 5) [DE 2407] | |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s) [3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) (Lakas, WM) Modified on 3/26/2007 to Reflect Docket Entry Change - Incorrect Image Attached - See #32  [DE 3278] |
| 3/27/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s) [3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3281] |
| **Status:** | A Stipulation [and Order Continuing the hearing on this Objection to June 15, 2007AT 9:30 a.m. has been filed with the Court [DE 3521] |

5.   **SECOND MOTION FOR APPROVAL OF PROCEDURES SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN (AFFECTS ALL DEBTORS)** FILED BY JEANETTE E. MCPHERSON ON BEHALF OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC [DE 3295]

   **Status:**   A Stipulation and Order Continuing the hearing on this Objection to June 15, 2007 at 9:30 a.m. has been filed with the Court [DE 3538].

6.   *Reserve Disclosure Pursuant to Second Joint Motion for Order For Implementation of Confirmed Plan* **Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[2869] Motion for Approval of Procedures,** filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC) [DE 2913].

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Response Filed**: 2/28/2007 | Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[2913] Document,, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY. [DE 2921] | |
| **Stipulation Filed:** 3/16/2007 | Stipulation and Order to Continue Hearing on Debtor's Reserve Disclosure for Post-Effective Date USA CAPITAL FIRST TRUST DEED FUND, LLC (Affects USA CAPITAL FIRST TRUST DEED FUND LLC) Hearing scheduled 3/27/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) [2913] Document, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 3102] | |
| 3/26/2007 | Stipulation and Order to Continue Hearing on Debtor's Reserve Disclosure for Post-Effective Date USA CAPITAL FIRST TRUST DEED FUND, LLC (Affects USA CAPITAL FIRST TRUST DEED FUND LLC) Hearing Continued to 4/26/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg... (Related document(s) [2913] Document, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 3267] | |
| **Related Filings:** 2/22/2007 | Second Motion for Approval of Procedures *Second Joint Motion For Order for Implementation of Confirmed Plan (Affects All Debtors)* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC  [DE 2869] | |

7.    **Objection to Claim 791, 793, and 794 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2978].

| | |
|---|---|
| **Related Filings:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, |

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

[2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) (CHARLES, ROB) [DE 3486]

**Status:**    A Stipulation [and Order Continuing the hearing on this Objection to June 15, 2007 at 9:30 a.m. has been filed with the Court [DE 3521].

8. **Objection to Claim 37, 38, and 39 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC [DE 2980].

**Related Filings:**    Stipulation By USACM LIQUIDATING TRUST and Between
4/18/2007    Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3486]

**Status:**    A Stipulation [and Order Continuing the hearing on this Objection to June 15, 2007 at 9:30 a.m. has been filed with the Court [DE 3521].

9. **Objection to Claim 24, 25, and 26 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA SECURITIES, LLC  [DE 2992].

**Related Filings:**    Stipulation By USACM LIQUIDATING TRUST and Between
4/18/2007    Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC,

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2
         [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY)  [DE 3486]

3
4
5
**Status:**      A Stipulation [and Order Continuing the hearing on this Objection to June 15, 2007 at 9:30 a.m. has been filed with the Court [DE 3521].

6
7
8
10.    **Objection to Claim of CERTAIN CLAIMS** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC  [DE 3017].

9
10
11
12
**Response Filed**
4/19/07
    Response Filed by WILLIAM L. MCGIMSEY on behalf of JOHNNY CLARK, MARGARET B. MCGIMSEY TRUST, BRUCE MCGIMSEY, JERRY MCGIMSEY, SHARON MCGIMSEY (Related document(s)[3017] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC.) (Attachments: # (1) Exhibit A-C) [DE 3487]

13
14
15
16
17
**Related Filings:**
4/19/2007
    Stipulation By USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC and Between KANTOR CLAIMANTS *Continuing Hearing on Objections to the Kantor Claimants' Claims* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC (Related document(s)[3017] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC) [DE 3491]

18
19
20
**Status:**      A stipulation [DE 3491] to continue the hearing on the Kantor claims to June 15, 2007 at 9:30 a.m. has been signed by the parties and filed with the court.

21
22
11.    **Objection to Claim of MISFILED CLAIMS** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC [DE 3019].

23
24
25
26
**Response Filed**
4/18/07
    Limited Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[3019] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC.) (Attachments: # (1) Exhibit 1-2# (2) Exhibit 3-6) [DE 3482]

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Status:** | A stipulation [DE 3491] to continue the hearing on the Kantor claims to June 15, 2007 at 9:30 a.m. has been signed by the parties and filed with the Court. |

12. **Omnibus Objection to Claim of CERTAIN CLAIMS** filed by LENARD E. SCHWARTZER on behalf of USA SECURITIES, LLC  [DE 3021].

| | |
|---|---|
| **Objection Filed**<br>3/19/07 | Objection Filed by MICHAEL P. MOLLO (Related document(s) [3021] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC.) [DE 3177] |
| 4/04/07 | Objection Filed by MICHAEL P. MOLLO (Related document(s) [3021] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC.) [DE 3337] |
| **Response Filed**<br>4/18/07 | Limited Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[3021] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC.) (Attachments: # (1) Exhibit 1-2# (2) Exhibit 3-4) [DE 3483] |
| **Reply Filed**<br>4/19/07 | Reply with Certificate of Service *In Support of Objection To Claim No 22* Filed by JEANETTE E. MCPHERSON on behalf of USA SECURITIES, LLC (Related document(s)[3337] Objection filed by Creditor MICHAEL P. MOLLO, [3021] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC.) [DE 3503] |
| **Related Filings:**<br>4/16/2007 | Stipulation By OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC and Between OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND and HOUGHTON DENTAL CORP, PSP f/b/o GERALDINE PERAL HOUGHTON Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[3021] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC) [DE 3465] |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**Status:**    A stipulation [DE 3491] continuing the hearing to June 15, 2007 at 9:30 a.m. has been signed by the parties and filed with the Court.

13.    **Motion to Extend Time *Ex Parte Motion To Extend Deadline To Object To Claims Arising From Rejection Of Executory Contracts Or Unexpired Leases*** Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY [DE 3056].

**Related Filings:**    Declaration Of: Edward M. Burr In Support Of Ex Parte Motion
3/12/2007    To Extend Deadline To Object To Claims Arising From Rejection Of Executory Contracts Or Unexpired Leases Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[3056] Motion to Extend Time, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY)  [DE 3057]

**Opposition:**    None

**Status:**    A proposed form of order will be submitted to the Court.

14.    **Motion to Classify Claim *USACM Liquidating Trust's Motion to Classify Claims filed by Tanamera Corporate Center LLC in Plan Class A-7, and Reservation of Counterclaims and Objections*** Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3) [DE 3075].

**Opposition:**    Correspondence from Sergio Del Canizo re Informal Opposition
4/05/2007

**Status:**    Counsel for the USACM Liquidating Trust is circulating a stipulation for resolution of the claim.

15.    **Objection to Claim 1366 of Los Valles Land & Golf LLC** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3076].

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Related Filings:** | Declaration Of: Edward M. Burr *in Support of USACM* |
| 3/13/2007 | *Liquidating Trust Objections to Proofs of Claim and Motions to* |
| | *Classify Claims* Filed by ROB CHARLES on behalf of USACM |
| | LIQUIDATING TRUST (Related document(s)[3076] Objection |
| | to Claim filed by Interested Party USACM LIQUIDATING |
| | TRUST, [3081] Motion to Classify Claim, filed by Interested |
| | Party USACM LIQUIDATING TRUST, [3079] Objection to |
| | Claim filed by Interested Party USACM LIQUIDATING TRUST, |
| | [3077] Objection to Claim filed by Interested Party USACM |
| | LIQUIDATING TRUST, [3080] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST, [3075] |
| | Motion to Classify Claim, filed by Interested Party USACM |
| | LIQUIDATING TRUST, [3078] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST)  [DE 3082] |

| | |
|---|---|
| 4/18/07 | Stipulation By USACM LIQUIDATING TRUST and Between |
| | Los Valles Land & Golf LLC *Continuing Hearing on Objections* |
| | *to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB |
| | CHARLES on behalf of USACM LIQUIDATING TRUST |
| | (Related document(s)[3076] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST, [3168] |
| | Objection to Claim filed by Interested Party USACM |
| | LIQUIDATING TRUST) [DE 3484] |

| | |
|---|---|
| **Status:** | An order to reschedule this hearing to June 15, 2007 at 9:30 a.m. |
| | [DE 3529] has been approved by the Court. |

16.     **Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3077].

| | |
|---|---|
| **Opposition Filed:** | Opposition with Certificate of Service Filed by SUSAN |
| 4/19/07 | WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE |
| | CENTER (Related document(s) [3077] Objection to Claim filed |
| | by Interested Party USACM LIQUIDATING TRUST.) |
| | (Attachments: # (1) Exhibit Loan Agreement# (2) Exhibit |
| | Construction Loan Agmt) [3052] |

| | |
|---|---|
| **Related Filings:** | Declaration Of: Edward M. Burr *in Support of USACM* |
| 3/13/2007 | *Liquidating Trust Objections to Proofs of Claim and Motions to* |
| | *Classify Claims* Filed by ROB CHARLES on behalf of USACM |
| | LIQUIDATING TRUST (Related document(s)[3076] Objection |

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST)  [DE 3082]

**Status:**    A stipulation to continue the scheduling conference to June 15, 2007 [DE 3537] was filed.

17.    **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3078].

**Related Filings:**    Declaration Of: Edward M. Burr *in Support of USACM*
3/13/2007    *Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST)  [DE 3082]

4/18/07    Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [3485]

LEWIS
AND
ROCA
LLP
L A W Y E R S

**Status:**    A stipulation and order continuing the objection deadline and the hearing to June 15, 2007 [DE 3485] has been filed.

18.    **Objection to Claim 736-2 of Haspinov, LLC in the amount of $404,261.60** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3079].

**Related Filings:**
3/13/2007

Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST)  [DE 3082]

**Status:**    The interim trustee for USA Investment Partners, LLC has requested that the scheduling conference be continued.  A stipulation is being prepared.

19.    **Motion to Classify Claim** *USACM Liquidating Trust's Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership in Plan of Class A-7, and Reservation of Counterclaims and Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3081].

**Opposition Filed:**
4/19/2007

Opposition Filed by JEFFREY R. SYLVESTER on behalf of PECOS PROFESSIONAL PARK, LLC (Related document(s) [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST.) (Attachments: # (1) Exhibit A) [3494]

**Related Filings:**
3/13/2007

Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

to Claim filed by Interested Party USACM LIQUIDATING
TRUST, [3081] Motion to Classify Claim, filed by Interested
Party USACM LIQUIDATING TRUST, [3079] Objection to
Claim filed by Interested Party USACM LIQUIDATING TRUST,
[3077] Objection to Claim filed by Interested Party USACM
LIQUIDATING TRUST, [3080] Objection to Claim filed by
Interested Party USACM LIQUIDATING TRUST, [3075]
Motion to Classify Claim, filed by Interested Party USACM
LIQUIDATING TRUST, [3078] Objection to Claim filed by
Interested Party USACM LIQUIDATING TRUST) [DE 3082]

**Status:**        A scheduling conference is required.

20.    **Application for Administrative Expenses *and Request for Payment Thereof***
**Filed by MICHELLE L. ABRAMS** on behalf of SIERRA LIQUIDITY FUND,
L.L.C. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C) [DE 3088].

**Objection Filed:**    Objection to Claim of Sierra Liquidity Fund, LLC, filed by
3/29/2007        Jeanette E. McPherson on behalf of USA Commercial Mortgage
Company [DE 3309]

**Related Filings:**    Affidavit Of: James S. Riley *in Support of Administrative Expense*
3/14/2007        *Claim of Sierra Liquidity Fund, LLC and Request for Payment*
*Thereof* Filed by MICHELLE L. ABRAMS on behalf of SIERRA
LIQUIDITY FUND, L.L.C. (Related document(s)[3088]
Application for Administrative Claim/Expenses filed by Interested
Party SIERRA LIQUIDITY FUND, L.L.C.)  [DE 3090]

4/02/2007        Joinder filed on behalf of USACM Liquidating Trust [DE 3330]

**Status:**        A stipulation continuing this hearing to May 31, 2007 at 9:30 a.m.
[DE 3523] has been filed with the Court.

21.    **First Objection to Secured Claim of Exhibit A in the amount of *(First Omnibus***
***Objection)*** filed by ROB CHARLES on behalf of USACM LIQUIDATING
TRUST (Attachments: # (1) Exhibit A)  [DE 3133].

**Status:**        The USACM Liquidating Trust will submit a proposed order
disallowing the claims as <u>secured</u> claims without prejudice to their
consideration as <u>unsecured</u> claims, subject to possible objection.

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

22.    **Second Objection to Claim of Exhibit A in the amount of** *(Second Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3135].

| | |
|---|---|
| **Opposition Filed:** 4/19/2007 | Opposition Reply *to Objection to Proofs of Claim* Filed by ERVEN T. NELSON on behalf of BOLICK & BOYER (Related document(s) [3135] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3507] |
| 4/19/2007 | Objection Filed by GUY ARCHER (Related document(s) [3135] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3515] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

23.    **Third Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(THIRD OMNIBUS OBJECTION)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3137].

| | |
|---|---|
| **Status:** | The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

24.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Fourth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3139].

| | |
|---|---|
| **Status:** | The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

25.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Fifth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3141].

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| **Opposition Filed:** | Opposition *(No Original Signature)* Filed by CELSO ACOSTA |
| 4/06/2007 | (Related document(s) [3141] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST.) [DE 3415] |

| 4/06/2007 | Opposition *(No Original Signature)* Filed by CELSO ACOSTA |
| | (Related document(s) [3141] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST.) [DE 3416] |

| 4/06/2007 | Opposition *(No Original Signature)* Filed by CELSO ACOSTA |
| | (Related document(s) [3141] Objection to Claim filed by |
| | Interested Party USACM LIQUIDATING TRUST.) [DE 3417] |

**Status:** The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

26.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(6th Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3143].

**Opposition Filed:** Curtis F. Clark (Claim No. 10725-589) [DE 3338]
4/04/2007

**Status:** The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

27.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Seventh Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3145].

**Opposition Filed:** Mantas Group (DG Menchetti, Ltd. Pension Plan, Claim No.
4/19/2007 10725-2307) [DE 3507]

**Status:** The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

28.   **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Eighth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3147].

| | |
|---|---|
| **Response Filed:** 4/19/07 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN (Related document(s) [3147] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [de 3512] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

29.   **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Ninth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3149]

| | |
|---|---|
| **Opposition Filed:** 4/13/2007 | Opposition Filed by EVALYN C TAYLOR (Related document(s) [3149] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [3435] |
| 4/15/2007 | Informal opposition in correspondence from Thomas Fallon (Claim No. 10725-01884) |
| 4/19/2007 | Mantas Group, Erven J. & Frankie J. Nelson Trust, (Claim 10725-2305) [DE 3507] |
| 4/19/2007 | Mantas Group, Erven J. Nelson LTD PSP (claim no. 10725-2304) [DE 3507] |
| **Related Filings:** 4/19/2007 | Joinder Filed by J CRAIG DEMETRAS on behalf of Paul Linney (Related document(s) [3435] Opposition filed by Creditor EVALYN C TAYLOR.)  [DE 3510] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

30.   **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Tenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3151]

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Opposition Filed:** 4/19/2007 | Mantas Group, L Earle Romak IRA (Claim No. 10725-2326) [DE 3507] | |

**Status:** The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

31. **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Eleventh Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3153].

**Status:** The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection.

32. **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twelfth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3155].

| | |
|---|---|
| **Objection Filed:** 4/18/2007 | Objection Filed by JOANNE M. GRUNDMAN (Related document(s) [3155] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST. Claim Nos. 10725-01542, 1544) [DE 3480] |
| 4/18/2007 | Objection Filed by ERNA D. GRUNDMAN, JOANNE M. GRUNDMAN (Related document(s) [3155] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3481] |
| 4/19/2007 | Objection with Certificate of Service Filed by LORRAINE GUNDERSON, WYNN A. GUNDERSON (Related document(s) [3155] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3414] |
| 4/18/2007 | Larry and Patsy Rieger (Claim No. 10725-1739, 2210) [DE3489] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

33.  **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount
of (*Thirteenth Omnibus Objection*) filed by ROB CHARLES on behalf of
USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3157].**

| | |
|---|---|
| **Reply Filed:**<br>4/05/2007 | Reply Filed by JANE HENDLER (Related document(s)[3157] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST Claim Nos. 10725-446, 447.) [DE 3412] |
| **Objection Filed:**<br>4/12/2007 | Objection Filed by JACK HOGGARD (Related document(s) [3157] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3431] |
| 4/17/2007 | Jack S Tiano (Claim No. 10725-391 [DE 3489] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

34.  **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount
of (*Fourteenth Omnibus Objection*) filed by ROB CHARLES on behalf of
USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3159].**

| | |
|---|---|
| **Objection Filed:**<br>4/12/2007 | Objection Filed by HUMPHRY 1999 TRUST (Related document(s) [3159] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST (Claim No. 10725-588). [DE 3433] |
| **Opposition Filed:**<br>4/17/2007 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of JACK J. BEAULIEU REVOCABLE LIVING TRUST (Related document(s)[3159] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.  Claim Nos. 10725-1585, 1586, 1587, 1588, 1589) [DE 3478] |
| 4/18/2007 | Objection Filed by JAMES E. MCKNIGHT, MARCIA J. KNOX (Related document(s)[3170] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3174] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3159] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3488] |
| 4/17/2007 | Jack S Tiano (Claim No. 10725-1831, 1832) [DE 3489] |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

35.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Fifteenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A  [DE 3161].

| | |
|---|---|
| **Withdrawal Filed:** | Correspondence dated 4/12/07 re Withdrawal of claim from John and Barbara Gay (Claim No. 10725-725) |
| **Status:** | The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

36.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Sixteenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3163].

| | |
|---|---|
| **Status:** | The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

37.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Seventeenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3165].

| | |
|---|---|
| **Objection Filed:**<br>4/16/2007 | Objection with Certificate of Service Filed by EDWARD KLINE (Related document(s) [3165] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3475] |
| 4/16/2007 | Objection with Certificate of Service Filed by EDWARD KLINE (Related document(s) [3165] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3476] |
| **Opposition Filed:**<br>4/19/2007 | Mantas Group, (Nancy N. LaFleur), Claim 10725-2302) [DE 3507] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> |

1828660.1

LEWIS
AND
ROCA
LLP
——————
L A W Y E R S

claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

38. **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Eighteenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3168].

**Opposition Filed:**   Informal opposition in correspondence from James and Catherine
4/19/2007              Loftfield (Claim No. 1336, 1344, 1345 and 1349)

**Status:**   The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

39. **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Nineteenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3170].

**Opposition Filed:**   Objection Filed by JAMES E. MCKNIGHT, MARCIA J. KNOX
4/18/2007              (Related document(s)[3170] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3174] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3159] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3488]

4/19/2007              Mantas Group, Leo Mantas, (Claim No. 10725-2308) [DE 3507]

**Status:**   The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

40. **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twentieth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3172].

**Opposition Filed:**   Opposition with Certificate of Service Filed by SUSAN
4/17/2007              WILLIAMS SCANN on behalf of MONROE MAYO (Related document(s) [3172] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3477]

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2
                           Informal opposition in correspondence from Bobbie Marrs (Claim
No. 10725-444, 445)

3     **Status:**     The USACM Liquidating Trust will file a motion for summary

4     judgment for a proposed order disallowing the claims as <u>secured</u>
claims without prejudice to their consideration as <u>unsecured</u>

5     claims, subject to possible objection

6
7 41.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount
of** (*Twenty-First Omnibus Objection*) **filed by ROB CHARLES on behalf of
USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3174].**

8

9    **Objection Filed:**   Objection Filed by JAMES E. MCKNIGHT, MARCIA J. KNOX
4/18/2007   (Related document(s)[3170] Objection to Claim filed by

10    Interested Party USACM LIQUIDATING TRUST, [3174]
Objection to Claim filed by Interested Party USACM

11    LIQUIDATING TRUST, [3159] Objection to Claim filed by

12    Interested Party USACM LIQUIDATING TRUST.)   [DE 3488]

13    4/24/2007   Objection filed by RONALD H. PACHECO (Related
document(s) [3174] Objection to Claim filed by Interested Party

14    USACM LIQUIDATING TRUST.) [DE 3536]

15    **Opposition:**   Informal opposition in correspondence from Michael Alain
3/28/2007   Family Trust (Claim No. 10725-276)

16
   4/19/2007   Mantas Group (Menchetti, D.G., (Claim 10725-2306) [DE 3507]

17
   **Status:**     The USACM Liquidating Trust will file a motion for summary

18    judgment for a proposed order disallowing the claims as <u>secured</u>
claims without prejudice to their consideration as <u>unsecured</u>

19    claims, subject to possible objection

20

21 42.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount
of** (*Twenty-Second Omnibus Objection*) **filed by ROB CHARLES on behalf of**

22    **USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3176].**

23
   **Status:**     The USACM Liquidating Trust will submit a proposed order

24    disallowing the claims as <u>secured</u> claims without prejudice to their

25    consideration as <u>unsecured</u> claims, subject to possible objection.

26

22

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

43.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Third Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3180].

   **Status:**    The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection.

44.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Fourth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3182].

   **Reply Filed:**    Reply Filed by J CRAIG DEMETRAS on behalf of Paul Linney
   4/19/2007    (Related document(s) [3182] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST. Claim Nos. 10725-174, 91)   [DE 3509]

   **Opposition Filed:**    Michael Petersen (Claim Nos. 10725-754, 1470) [DE 3501]
   4/19/2007

   **Status:**    The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection

45.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Fifth Omnibus Objection* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) ([DE 3183].

   **Status:**    The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection.

46.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Sixth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3184].

   **Status:**    The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection.

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

47.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Seventh Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3185].**

**Related Filings:**    *Letter regarding advisement to the Court and USACM of*
4/11/2007                  *exception with proposal to the Twenty-Seventh Omnibus*
                              *Objection* Filed by ROY R. VENTURA JR.(Related
                              document(s)[3185] Objection to Claim filed by Interested Party
                              USACM LIQUIDATING TRUST Claim No. 10725-638, 639)
                              [DE 3426]

**Status:**    The USACM Liquidating Trust will file a motion for summary
                    judgment for a proposed order disallowing the claims as <u>secured</u>
                    claims without prejudice to their consideration as <u>unsecured</u>
                    claims, subject to possible objection

48.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Eighth Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3186].**

**Status:**    The USACM Liquidating Trust will submit a proposed order
                    disallowing the claims as <u>secured</u> claims without prejudice to their
                    consideration as <u>unsecured</u> claims, subject to possible objection.

49.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Twenty-Ninth Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3187].**

**Status:**    The USACM Liquidating Trust will submit a proposed order
                    disallowing the claims as <u>secured</u> claims without prejudice to their
                    consideration as <u>unsecured</u> claims, subject to possible objection.

50.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Thirtieth Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3189].**

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Reply Filed:**<br>4/16/2007 | Reply Filed by JACK S. TIANO (Related document(s) [3189] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3474] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

51.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Thirty-First Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3190].**

| | |
|---|---|
| **Reply Filed:**<br>4/05/2007 | Reply Filed by WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99 (Related document(s) [3190] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)   [DE 3410] |
| **Objection Filed:**<br>4/11/2007 | Objection Filed by WALLS FAMILY TRUST DTD 12/10/97 (Related document(s) [3190] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST. Claim Nos. 10725-396, 397, 398, 399, 400) [DE 3432] |
| **Opposition Filed:** | Wanda Wright Revocable Trust (Claim No. 10725-502) [DE 3410] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

52.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** *(Thirty-Second Omnibus Objection)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3191].**

| | |
|---|---|
| **Status:** | The USACM Liquidating Trust will submit a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

53.    **Omnibus Objection to Secured Claim of Claimants on Exhibit A in the amount of** (*Thirty-Third Omnibus Objection*) filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3192].

| | |
|---|---|
| **Opposition Filed:** 4/05/2007 | Wanda Wright (Claim No. 10725-501)  [DE 3410] |
| 4/19/2007 | Mantas Group, World Links Group, LLC (claim 10725-2309) [DE 3507] |
| 4/19/2007 | Mantas Group, Zawacki, A California LLC (claim No. 10725-2299) [DE 3507] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection |

54.    **Omnibus Objection to Claim 10725-00003; 10725-00761; 10725-01656 of CDW Computer Centers Inc.; Goold Patterson Ales & Day; National City Commercial Capital Corp fka Information Leasing Corporation in the amount of $1,381.30; $79,372.96; $14,247.78** (*Claims Asserting Administrative Expense Status*) filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3253].

| | |
|---|---|
| **Response Filed:** 4/16/2007 | Response Filed by KELLY J. BRINKMAN on behalf of GOOLD PATTERSON ALES ROADHOUSE, & DAY (Related document(s) [3253] Objection to Claim, filed by Interested Party USACM LIQUIDATING TRUST.) (BRINKMAN, KELLY) Modified on 4/17/2007 to Remove Amended from Verbiage [DE 3451] |
| **Status:** | The USACM Liquidating Trust will stipulate to the allowance of the CDW Computer Centers priority claim and disallowance of the administrative claim. |
| **Opposition Filed:** 4/16/2007 | Goold Patterson Ales & Day (Claim No. 10725-761) [DE 3507] |
| **Status:** | The USACM Liquidating Trust and Goold Patterson agree that the scheduling conference be continued to May 31, 2007 at 9:30 a.m. |

26

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

55.   **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of** (*Commission Claims Asserting Priority Status*) filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3255].

| | |
|---|---|
| **Objection Filed:** 4/11/2007 | Objection *to Objection to Claim* Filed by GREEN VALLEY SECURE INVESTMENTS (Stewart Baskin -- Claim No. 10725-1792) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) (Lakas, WM) Additional attachment(s) added on 4/18/2007 (Lakas, WM). Modified on 4/18/2007 to Add Attachment, Relate to #3255, and to Remove (NOTE: Could Not Locate an Objection to Claim for this Creditor) Verbiage [DE 3430] |
| **Response Filed:** 4/19/2007 | Response *to Objection to Claims Nos 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3492] |
| 4/19/2007 | Response */Declaration of Tom Stewart to Objection to Claim No. 10725-00779 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3493] |
| 4/19/2007 | Response */Declaration of Howard Justus in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904, Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3495] |
| 4/19/2007 | Response */Declaration of Pompeo Lombardi to Objection to Claim No. 10725-00780 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3496] |

1828660.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

| | | |
|---|---|---|
| | 4/19/2007 | Response */Declaration of Oliver Puhr to Objection to Claim No. 10725-00783 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3497] |
| **Opposition Filed:**<br>4/04/2007 | | Michael P. Mollo (Claim Nos. 10725-366, 10725-371) [DE 3337] |
| **Status:** | | Scheduling conference required. |

56.    **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of *(First Omnibus Objection to Claims Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)( [DE 3257].**

| | | |
|---|---|---|
| **Response Filed:**<br>4/11/2007 | | Response Filed by CDW COMPUTER CENTERS INC (Related document(s) [3257] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3427] |
| **Objection Filed:**<br>4/20/2007 | | Objection with Certificate of Service Filed by LORENE CONNELL, HOWARD CONNELL (Related document(s) [3257] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3516] |
| **Status:** | | The USACM Liquidating Trust will stipulate to the allowance of the CDW Computer Centers priority claim.  The USACM Liquidating Trust will stipulate to a $249.87 priority claim for Lorene and Howard Connell to replace the check they returned to USACM post-petition... |

57.    **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of *(Second Omnibus Objection to Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3259].**

| | | |
|---|---|---|
| **Objection Filed:**<br>4/18/2007 | | Objection Filed by PATSY R. RIEGER, LARRY L. RIEGER (Related document(s) [3259] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3489] |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| 4/18/2007 | Joanne & Erna Grundman (Claim No. 10725-1542, 1544) [DE 3480, 3481] | |

**Status:**      Scheduling conference required.

58. **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of** (*Third Omnibus Objection to Claims Asserting Priority Status*) filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3261].

**Response Filed:**      Response Filed by KELLY J. BRINKMAN on behalf of DANIEL
4/16/2007                J. OBERLANDER (Related document(s) [3261] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) (BRINKMAN, KELLY) Modified on 4/17/2007 to Remove Amended from Verbiage  [DE 3453]

**Status:**      Counsel for the USACM Liquidating Trust and for Kelly Brinkman agree that the Scheduling Conference be continued to May 31, 2007 at 9:30 a.m.

59. Adv. 2:06-01146, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A.

3/09/2007      Motion to Withdraw as Attorney of Record *AS SPECIAL COUNSEL TO USA COMMERCIAL MORTGAGE COMPANY AND NOTICE OF HEARING with Certificate of Service* Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY (HUSTON, DAVID)

60. **Motion to Enforce Confirmation Order and for Order Determining No Surviving Section 3 Right Exists With Respect to Fiesta Oak Valley Loan** Filed by GEORGANNE W. BRADLEY on behalf of COMPASS PARTNERS LLC [DE 3317].

**Opposition Filed**:      Opposition *to Motion of Compass Partners LLC for Order
4/16/2007                  Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists with Respect to the Fiesta Oak Valley Loan* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC [DE 3464]

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| 4/16/2007 | Opposition *by Howard Justus to Motion of Compass Partners LLC for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists with Respect to the Fiesta Oak Valley Loan* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC [DE 3466] | |
| 4/16/2007 | Opposition *by Robert Speckert to Motion of Compass Partners LLC for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists with Respect to the Fiesta Oak Valley Loan* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC [DE 3469] | |
| **Related Filings:** 1/08/2007 | Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein (Related document(s) [1799] Amended Chapter 11 Plan (Pre-confirmation), Amended Chapter 11 Plan (Pre-confirmation) filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) (Stiles, TE) Modified on 1/9/2007 to delete verbiage (proposed) [DE 2376] | |
| 4/16/2007 | Declaration Of: HOWARD JUSTUS Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3464] Opposition, filed by Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)) (Attachments: # (1) Exhibit 8# (2) Exhibit 9# (3) Exhibit 10# (4) Exhibit 11) [DE 3471] | |
| 4/16/2007 | Declaration Of: ROBERT S. SPECKERT Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3464] Opposition, filed by Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)) [DE 3472] | |
| **Status:** | Unresolved. | |

1828660.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

DATED:  April 24, 2007.

**LEWIS AND ROCA LLP**


By:  /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

1828660.1