JANET L. CHUBB, ESQ.
Nevada Bar # 176
LOUIS M. BUBALA III, ESQ.
Nevada Bar # 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
tbw@jonesvargas.com
lbubala@jonesvargas.com

Attorneys for Robert J. Kehl; Ruth Ann Kehl;
and Judy A. Bonnet

*Electronically Filed on April 25, 2007*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                              Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC, Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                              Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                              Debtor.<br><br>USA SECURITIES, LLC,<br>                                                                               Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter        11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**JOINDER IN OPPOSITION OF DEBT ACQUISITION COMPANY OF AMERICA TO MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN**<br><br>Hearing Date:   April 26, 2007<br>Hearing Time:   9:30 a.m. |

      Robert J. Kehl, Ruth Ann Kehl, and Judy Bonnet, as Direct Lenders in the Fiesta Oak Valley Loan, by and through their counsel, Janet L. Chubb, Esq., and Louis M. Bubala III, Esq., of Jones Vargas, hereby incorporate, as if set forth herein, and join in Debt Acquisition Company

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

of America's Memorandum of Points and Authorities in Opposition to Motion of Compass Financial Partners LLC for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists with Respect to the Fiesta Oak Valley Loan, which Debt Acquisition filed on April 16, 2007.

DATED this 25th day of April, 2007.

JONES VARGAS

By:    //s// Janet L. Chubb
      JANET L. CHUBB
      LOUIS M. BUBALA III

Attorneys for Robert J. Kehl; Ruth Ann Kehl; and Judy A. Bonnet

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

# CERTIFICATE OF SERVICE

1.  On April 25, 2007, I served the following document(s):

**JOINDER IN OPPOSITION OF DEBT ACQUISITION COMPANY OF AMERICA TO MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN**

2.  I served the above-named document(s) by the following means to the persons as listed below:

   ■  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- EDWARD S. COLEMAN    mail@coleman4law.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@bhfs.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- PETER W. GUYON    pguyon@yahoo.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- ERIC D MADDEN    emadden@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

- ROLLIN G. THORLEY  rollin.g.thorley@irscounsel.treas.gov
- AMY N. TIRRE  , lmccarron@kkbrf.com
- AMY N. TIRRE  atirre@kkbrf.com, lmccarron@kkbrf.com
- U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH  GWalch@Nevadafirm.com
- RUSSELL S. WALKER  rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com
- WHITNEY B. WARNICK  wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- GREGORY L. WILDE  bk@wildelaw.com
- WILLIAM J. WRAY  rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,
- MATTHEW C. ZIRZOW  bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA  azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com

☐ b.  **United States mail, postage fully prepaid** (list persons and addresses):

☐ c.  **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Geoffrey L. Berman
gberman@dsi.biz

George A. Davis
George.davis@cwt.com

Allan B. Diamond
adiamond@diamondmccarthy.com

Susan M. Freeman
SFreeman@LRLaw.com

Jeffrey D. Hermann
jhermann@orrick.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc

August B. Landis
USTPRegion17.lv.ecf@usdoj.gov; Augie.Landis@usdoj.gov

Marc A. Levinson
malevinson@orrick.com

Michael Tucker
Michael.tucker@fticonsulting.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✔ e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

✔ f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 25th day of April, 2007.

|    J. Englehart & Tawney Waldo    |    //s// Tawney Waldo & J. Englehart    |
|---|---|
| Name | Signature |

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Joinder in Debt Acquisition's Opposition to Compass re Fiesta Oak Valley.doc