Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED APRIL 25, 2007**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **FIRST AND FINAL APPLICATION FOR<br>AWARD OF PROFESSIONAL FEES OF<br>KPMG LLP FOR THE PERIOD<br>THROUGH MARCH 12, 2007** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

1    KPMG LLP ("KPMG") hereby files this First and Final Application for Award of

2    Professional Fees of KPMG LLP for the Period Through March 12, 2007 (the "KPMG

3    Application") under 11 U.S.C. § 330 for allowance of reasonable compensation in the amount of

4    $94,374.00 for 361.2 hours of professional services rendered to the Debtors.

5                                    **BACKGROUND**

6    On April 13, 2006, (the "Petition Date") USA Commercial Mortgage Company

7    ("USACM"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust

8    Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF") and USA

9    Securities, LLC ("USA Securities") (collectively, "Debtors"), filed for Chapter 11 bankruptcy

10   relief.

11   On October 23, 2006, the Court entered an order granting the Debtors' Motion for an

12   Order Authorizing Retention of Professionals Utilized in the Ordinary Course of Business (Docket

13   No. 1628) (the "Order"). The Order stated that the Debtors were authorized "to retain the services

14   of Ordinary Course Professionals without filing a separate retention application and without

15   obtaining approval by this Court for each Ordinary Course Professionals," subject to certain

16   conditions including the filing of verified statement pursuant to Fed. R. Bankr. P. 2014 (a

17   "Verified Statement") for each Ordinary Course Professional employed. KPMG filed its Verified

18   Statement on January 25, 2007 (Docket No. 2570). KPMG has rendered services to each of the

19   Debtors through March 12, 2007 (the "Application Period").

20   On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended

21   Joint Chapter 11 Plan of Reorganization" (Docket No. 2376). The Effective Date of the Plan was

22   March 12, 2007.

23                     **FEES INCURRED DURING APPLICATION PERIOD**

24   KPMG has not filed any previous fee reimbursement applications. As more particularly

25   described below and in the attached Exhibits, KPMG performed a total of 361.2 hours of

26   professional services during the Application Period. The fees for such services computed at the

27   hourly billing rates set forth in the Verified Statement are $94,374.00. The net average blended

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

billing rate for services that KPMG rendered during the Application Period is $261.28.

KPMG performed services for all five of the Debtors. A summary of the fees included in this KPMG Application and broken out by Debtor is as follows:

### USA Capital Diversified Trust Deed Fund, LLC

KPMG rendered 50.8 hours of service to DTDF and incurred a total of $14,223.00 in fees. A summary of the work performed for DTDF is as follows:

Through February 2007. Through February 2007, KPMG incurred fees of $11,229.00 for services rendered to DTDF. As set forth in greater detail in the billing records attached as Exhibit A-1, these fees were incurred in analyzing tax issues regarding DTDF's business including how these issues relate to bankruptcy; performing various administrative procedures including conflict checks; and preparing DTDF's 2006 federal income tax returns.

March 2007. During March 2007, KPMG incurred fees of $2,994.00 for services rendered to DTDF. As set forth in greater detail in the billing records attached as exhibit A-2, these fees were incurred in the continued analysis of tax issues regarding DTDF's business.

### USA Capital First Trust Deed Fund, LLC

KPMG rendered 289.6 hours of service to FTDF and incurred a total of $74,768.00 in fees. A summary of the work performed for FTDF is as follows:

Through February 2007. Through February 2007, KPMG incurred fees of $37,494.00 for services rendered to FTDF. As set forth in greater detail in the billing records attached as Exhibit B-1, these fees were incurred analyzing tax issues regarding FTDF's business including how these issues relate to bankruptcy; performing various administrative procedures including conflict checks; and preparing FTDF's 2006 federal income tax returns.

March 2007. During March 2007, KPMG incurred fees of $37,274.00 for services rendered to FTDF. As set forth in greater detail in the billing records attached as Exhibit B-2, these fees were incurred in continued analysis of tax issues regarding FTDF's business including how these issues relate to bankruptcy, and the continued preparation of FTDF's 2006 federal income tax returns.

3

**USA Capital Realty Advisors, LLC**

Through February 2007.  Through February 2007, KPMG incurred fees of $848.00 for 3.2 hours of services rendered to USA Realty.  As set forth in greater detail in the billing records attached as Exhibit C, these fees were incurred in performing various administrative procedures including conflict checks, and preparing and reviewing information needed to prepare USA Realty's tax returns.

**USA Commercial Mortgage Company**

KPMG rendered 14.4 hours of service to USACM and incurred a total of $3,687.00 in fees. A summary of the work performed for USACM is as follows:

Through February 2007.  Through February 2007, KPMG incurred fees of $3,463.00 for services rendered to USACM.  As set forth in greater detail in the billing records attached as Exhibit D-1, these fees were incurred in performing various administrative procedures including conflict checks, and preparing and reviewing information needed to prepare USACM's tax returns.

March 2007.  During March 2007, KPMG incurred fees of $224.00 for services rendered to USACM.  As set forth in greater detail in the billing records attached as Exhibit D-2, these fees were incurred in preparing and filing and extension to file USACM's federal tax returns.

**USA Securities, LLC**

Through February 2007.  Through February 2007, KPMG incurred fees of $848.00 for 3.2 hours of services rendered to USA Securities.  As set forth in greater detail in the billing records attached as Exhibit E, these fees were incurred in performing various administrative procedures including conflict checks, and preparing and reviewing information needed to prepare USA Securities' tax returns.

**CONCLUSION**

As outlined herein, KPMG believes the services rendered assisted the Debtors in maximizing the value of the respective estates for the benefit of all creditors.  Accordingly, KPMG believes that its services have been beneficial to the Debtors' estates and various interested parties thereby satisfying the requirements of Section 330.  Wherefore, KPMG requests that the Court

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

1    enter an order:

2          1.        Allowing on a final basis total compensation to KPMG for professional

3    services rendered to the Debtors in the amount of $94,374.00.

4          2.        Granting such other and further relief as this Court deems just and proper.

5

6    Respectfully submitted this 25th day of April, 2007.

7                              KPMG LLP

8                    BY: Richard Hartley

9                         Richard Hartley
                          KPMG LLP
10                        Suite 1500
                         15 W. South Temple
11                       Salt Lake City, UT 84101

12

13   924374

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**Exhibit A-1**



Date:   April 23, 2007
Invoice: *42744790*

**_Revised 04/24/07_**

USA CAPITAL DIVERSIFIED TRUST DEED FUND
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0771 |
| |
| TIN: 13-5565207 |

Services rendered inside the US

Business Unit:  US240                     Client Number:   60274964

Project: 11543554/ mds                    EP: Richard S. Hartley                    EM: Dakon E. Mortenson

Billing for professional services rendered through February 28, 2007.

**Total Due**          $11,229

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy          Upon Receipt

**USA Capital Diversified Trust Deed Fund, LLC**
**Billing Detail - Through February 28, 2007**
**For the Invoice #42744790 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Research and consultation regarding the treatment of worthless securities under Internal Revenue Code §166 and whether the activities of USA Capital Diversified Trust Deed Fund constitute a trade or business.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 6.0 | 385 | 2,310 |
| | Dakon Mortenson | 2.3 | 325 | 748 |
| | Elliott Smith | 9.7 | 185 | 1,795 |
| | **Subtotal** | **18.0** | | **4,852** |

Administrative procedures including client conflict checks, client acceptance and setup, etc. relating to acceptance of client in bankruptcy.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.9 | 385 | 347 |
| | Dakon Mortenson | 4.2 | 325 | 1,365 |
| | Monica Sellers | 3.6 | 225 | 810 |
| | Barbara Howell | 3.6 | 185 | 666 |
| | **Subtotal** | **12.3** | | **3,188** |

Research and consultation regarding the treatment under Treas. Reg. §1.263(a)-5 of costs incurred to institute or administer a proceeding under Chapter 11 of the Bankruptcy Code.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 1.0 | 385 | 385 |
| | Dakon Mortenson | 1.4 | 325 | 455 |
| | Brett Gappmayer | 1.0 | 300 | 300 |
| | Catherine Fitzpatrick | 0.5 | 325 | 163 |
| | **Subtotal** | **3.9** | | **1,303** |

Progress billing for preparation of the federal income tax return for USA Capital Diversified Trust Deed Fund for the year ended December 31, 2006.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Scott Harris | 10.2 | 185 | 1,887 |
| | **Subtotal** | **10.2** | | **1,887** |

| | | |
|---|---|---|
| TOTAL FEES AT STANDARD RATES | $ | 11,229 |
| PLUS OUT OF POCKET EXPENSES | | - |
| **TOTAL DUE** | **$** | **11,229** |

| | |
|---|---|
| Total Hours | 34.20 |

**Exhibit A-2**



Date:   April 23, 2007
Invoice: 42744786

**_Revised 04/24/07_**

USA CAPITAL DIVERSIFIED TRUST DEED FUND
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV  89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX  120001 |
| DALLAS, TX 75312-0771 |
| |
| TIN: 13-5565207 |

Services rendered inside the US

| Business Unit:  US240 | Client Number:   60274964 | |
| --- | --- | --- |
| Project: 11543554/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered from March 1, 2007 through March 12, 2007.

**Total Due**          $2,994

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy          Upon Receipt

**USA Capital Diversified Trust Deed Fund, LLC**
**Billing Detail – March 1, 2007 through March 12, 2007**
**For the Invoice #42744786 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Research and consultation regarding the treatment of worthless securities under Internal Revenue Code §166 and whether the activities of USA Capital Diversified Trust Deed Fund constitute a trade or business. | | | | |
| | Rick Hartley | 3.7 | 385 | 1,425 |
| | Mark Price | 1.3 | 385 | 501 |
| | Elliott Smith | 0.5 | 185 | 93 |
| | **Subtotal** | **5.5** | | **2,018** |
| Research and consultation regarding non-accrual of interest income. | | | | |
| | Rick Hartley | 0.9 | 385 | 347 |
| | **Subtotal** | **0.9** | | **347** |
| **TOTAL FEES AT STANDARD RATES** | | | | $  **2,994** |
| **PLUS OUT OF POCKET EXPENSES** | | | | - |
| **TOTAL DUE** | | | | $  **2,994** |

**Exhibit B-1**



Date:   April 23, 2007
Invoice: *42744787*

***Revised 04/24/07***

USA CAPITAL FIRST TRUST DEED FUND, LLC
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

| **PLEASE REMIT TO:** |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0771 |
| TIN: 13-5565207 |

Services rendered inside the US

| | |
| --- | --- |
| Business Unit:  US240 | Client Number:  60274964 |
| Project: **11543554**/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered through February 28, 2007.

| | |
| --- | --- |
| **Total Due** | **$37,494** |

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy            Upon Receipt

**USA Capital First Trust Deed Fund, LLC**
**Billing Detail – Through February 28, 2007**
**For the invoice #42744787 issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Research and consultation regarding the treatment of worthless securities under Internal Revenue Code §166 and whether the activities of USA Capital First Trust Deed Fund constitute a trade or business.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 6.0 | 385 | 2,310 |
| | Dakon Mortenson | 2.3 | 325 | 748 |
| | Elliott Smith | 9.7 | 185 | 1,795 |
| | **Subtotal** | **18.0** | | **4,852** |

Administrative procedures including client conflict checks, client acceptance and setup, etc. relating to acceptance of client in bankruptcy.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.9 | 385 | 347 |
| | Dakon Mortenson | 4.2 | 325 | 1,365 |
| | Monica Sellers | 3.6 | 225 | 810 |
| | Barbara Howell | 3.6 | 185 | 666 |
| | **Subtotal** | **12.3** | | **3,188** |

Research and consultation regarding the treatment under Treas. Reg. §1.263(a)-5 of costs incurred to institute or administer a proceeding under Chapter 11 of the Bankruptcy Code.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 1.0 | 385 | 385 |
| | Dakon Mortenson | 1.4 | 325 | 455 |
| | Brett Gappmayer | 1.0 | 300 | 300 |
| | Catherine Fitzpatrick | 0.5 | 325 | 163 |
| | **Subtotal** | **3.9** | | **1,303** |

Progress billing for preparation of the federal income tax return for USA Capital First Trust Deed Fund for the year ended December 31, 2006.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 1.5 | 385 | 578 |
| | Dakon Mortenson | 20.7 | 325 | 6,728 |
| | Brett Gappmayer | 4.5 | 300 | 1,350 |
| | Evan Lewis | 81.8 | 225 | 18,405 |
| | Scott Harris | - | 185 | - |
| | Brady Tew | 4.9 | 185 | 907 |
| | Elliott Smith | 1.0 | 185 | 185 |
| | **Subtotal** | **114.4** | | **28,152** |

| | | | | |
|---|---|---|---|---|
| TOTAL FEES AT STANDARD RATES | | | $ | 37,494 |
| PLUS OUT OF POCKET EXPENSES | | | | - |
| TOTAL DUE | | | $ | 37,494 |

| | | |
|---|---|---|
| Total Hours | | 148.60 |

**Exhibit B-2**



Date:   April 23, 2007
Invoice: 42744780

*Revised 04/24/07*

USA CAPITAL FIRST TRUST DEED FUND, LLC
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV  89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX  120001 |
| DALLAS, TX 75312-0771 |
| |
| TIN: 13-5565207 |

Services rendered inside the US

| Business Unit:   US240 | Client Number:   60274964 | |
| --- | --- | --- |
| Project: 11543554/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered from March 1, 2007 through March 12, 2007.

**Total Due**          $37,274

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy            Upon Receipt

**USA Capital First Trust Deed Fund, LLC**
**Billing Detail - March 1, 2007 through March 12, 2007**
**For the Invoice #42744780 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Research and consultation regarding the treatment of worthless securities under Internal Revenue Code §166 and whether the activities of USA Capital First Trust Deed Fund constitute a trade or business.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 3.7 | 385 | 1,425 |
| | Mark Price | 1.3 | 385 | 501 |
| | Elliott Smith | 0.5 | 185 | 93 |
| | **Subtotal** | **5.5** | | **2,018** |

Research and consultation regarding non-accrual of interest income.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.9 | 385 | 347 |
| | **Subtotal** | **0.9** | | **347** |

Research and consultation regarding the treatment under Treas. Reg. §1.263(a)-5 of costs incurred to institute or administer a proceeding under Chapter 11 of the Bankruptcy Code.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.9 | 385 | 347 |
| | **Subtotal** | **0.9** | | **347** |

Progress billing for preparation of the federal income tax return for USA Capital First Trust Deed Fund for the year ended December 31, 2006.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 6.1 | 385 | 2,349 |
| | Dakon Mortenson | 25.9 | 325 | 8,418 |
| | Brett Gappmayer | 15.2 | 300 | 4,560 |
| | Evan Lewis | 85.5 | 225 | 19,238 |
| | **Subtotal** | **132.7** | | **34,564** |

| | | | | |
|---|---|---|---|---|
| TOTAL FEES AT STANDARD RATES | | | $ | 37,274 |
| PLUS OUT OF POCKET EXPENSES | | | | - |
| **TOTAL DUE** | | | **$** | **37,274** |

**Exhibit C**



Date:   April 23, 2007
Invoice: 42744794

*Revised 04/24/07*

USA CAPITAL REALTY ADVISORS, LLC
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV  89121

**PLEASE REMIT TO:**

KPMG, LLP
Dept 0771
P.O. BOX  120001
DALLAS,  TX 75312-0771

TIN: 13-5565207

Services rendered inside the US

| | | |
|---|---|---|
| Business Unit:  US240 | Client Number:   60274964 | |
| Project: **11543554**/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered through February 28, 2007.

**Total Due**          **$848**

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy             Upon Receipt

**USA Capital Realty Advisors, LLC**
**Billing Detail - Through February 28, 2007**
**For the Invoice #42744794 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Administrative procedures including client conflict checks, client acceptance and setup, etc. relating to acceptance of client in bankruptcy.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.2 | 385 | 77 |
| | Dakon Mortenson | 0.7 | 325 | 228 |
| | Monica Sellers | 0.7 | 225 | 158 |
| | Barbara Howell | 0.6 | 185 | 111 |
| | **Subtotal** | **2.2** | | **573** |

Prepare and review information requests for preparation of income tax returns for USA Capital Realty Advisors, LLC.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Dakon Mortenson | 0.5 | 325 | 163 |
| | Emily Murphy | 0.5 | 225 | 113 |
| | **Subtotal** | **1.0** | | **275** |

| | | |
|---|---|---|
| **TOTAL FEES AT STANDARD RATES** | $ | **848** |
| PLUS OUT OF POCKET EXPENSES | | - |
| **TOTAL DUE** | $ | **848** |

**Exhibit D-1**



Date:   April 23, 2007
Invoice: 42744792

**_Revised 04/24/07_**

USA COMMERCIAL MORTGAGE COMPANY
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0771 |
| |
| TIN: 13-5565207 |

Services rendered inside the US

| Business Unit:   US240 | Client Number:   60274964 | |
| --- | --- | --- |
| Project: 11543554/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered through February 28, 2007.

**Total Due**          $3,463

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and
Enclose Remittance Copy

Payment Due
Upon Receipt

**USA Commercial Mortgage Company**
**Billing Detail - Through February 28, 2007**
**For the Invoice #42744792 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Administrative procedures including client conflict checks, client acceptance and setup, etc. relating to acceptance of client in bankruptcy.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Rick Hartley | 0.9 | 385 | 347 |
| | Dakon Mortenson | 4.2 | 325 | 1,365 |
| | Monica Sellers | 3.6 | 225 | 810 |
| | Barbara Howell | 3.6 | 185 | 666 |
| | **Subtotal** | **12.3** | | **3,188** |

Prepare and review information requests for preparation of income tax returns for USA Commercial Mortgage Company.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Dakon Mortenson | 0.5 | 325 | 163 |
| | Emily Murphy | 0.5 | 225 | 113 |
| | **Subtotal** | **1.0** | | **275** |

| | | |
|---|---|---|
| TOTAL FEES AT STANDARD RATES | $ | 3,463 |
| PLUS OUT OF POCKET EXPENSES | | - |
| **TOTAL DUE** | **$** | **3,463** |

**Exhibit D-2**



Date:   April 23, 2007
Invoice: 42744783

**_Revised 04/24/07_**

USA COMMERCIAL MORTGAGE COMPANY
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0771 |
| TIN: 13-5565207 |

Services rendered inside the US

| Business Unit:  US240 | Client Number:   60274964 | |
| --- | --- | --- |
| Project: 11543554/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered from March 1, 2007 through March 12, 2007.

**Total Due**            $224

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP. a U.S. limited liability partnership and a member firm of
the KPMG network of independent member firms affiliated with KPMG
International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy         Upon Receipt

**USA Commercial Mortgage Company**
**Billing Detail - March 1, 2007 through March 12, 2007**
**For the Invoice #42744783 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Prepare, review, and file extension for federal income tax return.

| | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | Evan Lewis | 0.5 | 225 | 113 |
| | Brady Tew | 0.6 | 185 | 111 |
| | **Subtotal** | **1.1** | | **224** |

| | | |
|---|---|---|
| TOTAL FEES AT STANDARD RATES | $ | 224 |
| PLUS OUT OF POCKET EXPENSES | | - |
| **TOTAL DUE** | **$** | **224** |

**Exhibit E**



Date:  April 23, 2007
Invoice: 42744793

**_Revised 04/24/07_**

USA SECURITIES, LLC
MR. THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

| PLEASE REMIT TO: |
| --- |
| KPMG, LLP |
| Dept 0771 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0771 |
| |
| TIN: 13-5565207 |

Services rendered inside the US

| Business Unit:  US240 | Client Number:  60274964 | |
| --- | --- | --- |
| Project: **11543554**/ mds | EP: Richard S. Hartley | EM: Dakon E. Mortenson |

Billing for professional services rendered through February 28, 2007.

**Total Due**          $848

If you have any questions regarding this invoice, please contact Dakon Mortenson at (801) 237-1303.

© 2007 KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.

Please Pay By Invoice and
Enclose Remittance Copy

Payment Due
Upon Receipt

**USA Securities, LLC**
**Billing Detail – Through February 28, 2007**
**For the Invoice #42744793 Issued April 23, 2007**

| Invoice Item | Employee | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|

Administrative procedures including client conflict checks, client acceptance and setup, etc. relating to acceptance of client in bankruptcy.

|  | Rick Hartley | 0.2 | 385 | 77 |
|---|---|---|---|---|
|  | Dakon Mortenson | 0.7 | 325 | 228 |
|  | Monica Sellers | 0.7 | 225 | 158 |
|  | Barbara Howell | 0.6 | 185 | 111 |
|  | **Subtotal** | **2.2** |  | **573** |

Prepare and review information requests for preparation of income tax returns for USA Securities, LLC.

|  | Dakon Mortenson | 0.5 | 325 | 163 |
|---|---|---|---|---|
|  | Emily Murphy | 0.5 | 225 | 113 |
|  | **Subtotal** | **1.0** |  | **275** |

| TOTAL FEES AT STANDARD RATES |  |  | $ | 848 |
|---|---|---|---|---|
| PLUS OUT OF POCKET EXPENSES |  |  |  | - |
| **TOTAL DUE** |  |  | **$** | **848** |