# EXHIBIT A

# USA Commercial Mortgage Company



892014