

# GREG YORK
**VICE PRESIDENT**

Greg York, specializes in the areas of security policy development, information risk management and network security. His expertise includes the study of TCP/IP internetworking protocols and their application to network security tools and configurations, as well as security management frameworks (ISO 17799, NIST) and legal and regulatory issues (HIPAA, GLBA).

Greg also has extensive experience with the configuration of internetworking hardware (Cisco and other vendor routers, firewalls and switches), vulnerability assessment tools and intrusion detection systems. He is well versed in scripting and programming in C, C++, VisualBasic, Perl and VBScript.

In addition to managing security for the firm, Greg is also a member of the Securities Industry and Financial Markets Association's Information Security Sub-committee of ChicagoFIRST. Greg holds the Certified Information Systems Security Professional certification from ISC2.

He graduated from Northern Illinois University in 2000 and is expected to complete his work towards a master in science degree in computer, information and network security from DePaul University in May, 2007.



# SONAL AGARWAL
**VICE PRESIDENT**

Sonal Agarwal has more than seven years of experience providing financial advisory services, and more than five years of experience providing financial advisory and restructuring services to unsecured creditors, debtors, secured lenders and other parties in bankruptcies and related litigation.  Her industry experience includes manufacturing, distribution communications, airlines, and retail.

Sonal has advised the official unsecured trade creditors' committees in bankruptcies including Delphi Corp and Kmart Corporation, and advised secured lenders for Warnaco Group.

Debtor companies which Sonal advised include Genesis Health Ventures.

Sonal also has extensive experience in cross border bankruptcy proceedings which includes Global Crossing in which she worked with professionals from the UK and Bermuda.

Sonal has advised both plaintiffs and defendants in preference and fraudulent conveyance actions, and in other bankruptcy-related litigation.

**Education, Certification and Professional Associations**
B.A., Economics and Business, York University
Member, Association of Insolvency and Restructuring Advisors
Member, American Bankruptcy Association



# JOSEPH P. CONTE
**VICE PRESIDENT**

Joseph is a vice president of the Firm in Miami.  He has six years experience in a public accounting/consulting environment providing assistance to debtors, creditors and other parties in bankruptcies, restructurings, turnarounds, liquidations, and litigation related matters in a variety of industries, including communications, financial services, manufacturing, retail, and transportation.

**Representative Accomplishments**
- *Communications* (Unsecured Creditors Committees) – Constructed liquidation analyses to help determine the liquidation value of a bankrupt U.S. Telecommunications Service Provider and recommended alternative actions available to maximize stakeholder value.  Assisted Unsecured Creditors Committee in determining preference and fraudulent transfer actions, and assisted in analyzing solvency, liquidation and litigation issues.  Performed research and analyses that led to the filing of several causes of action against the company for fraudulent transfers and preference payments.

- *Financial Services* (Receiver, Trustee) – Assisted Receiver in the investigation of alleged corporate fraud in connection with transactions involving SEC Rule 144 Restricted Stock.  Assisted U.S. Bankruptcy Trustee in identifying and recovering several millions of dollars in assets for the benefit of unsecured creditors.  On behalf of several debtors, Joseph managed the process of preparing various financial reports as required by the Bankruptcy Court, including Statement of Financial Affairs, Bankruptcy Schedules, monthly Debtor-in-Possession reports and Trustee-in-Possession reports.

- *Defense Contracting* (Litigation Support) – Provided litigation support services to a U.S. Defense subcontractor in connection with contracts to provide maintenance, manufacturing and technology services to the U.S. Military.

- *Transportation* (Debtor) –Managed the process of preparing financial reports for a major international cargo airline as required by the U.S. Bankruptcy Court.  Assisted in advising the client on various bankruptcy related matters, including creditors rights as they relate to potential bankruptcy claims.  Analyzed values pertaining to thousands of executory leases and contracts in connection with this international cargo airline.

- *Transportation* (Creditor) –Monitored liquidity and cash flow of a major international Commercial airline and prepared reports detailing our findings.  Analyzed historical operational results as well as financial and operational projections and assisted in the preparation of a comprehensive business plan review.

**JOSEPH P. CONTE**
Page 2

## List of Selected Clients
American Financial Group (Financial Advisors to the Receiver/Trustee)
Arctic Slope (Litigation Support)
Atlas Air Cargo/Polar Air (Financial Advisors to the Debtors)
Delta Air Lines (Financial Advisors to the Unsecured Creditors Committee)
Devon Mobile Communications (Financial Advisors to the Unsecured Creditors Committee)
Georgia Pacific (Litigation Support)
Pliant Corporation (Financial Advisors to the Debtor)
Technical Chemicals and Products, Inc. (Financial Advisors to the Trustee)
United Airlines (Financial Advisors to the Unsecured Creditors Committee)

## Education, Certification and Professional Associations
B.S., Accounting, Florida State University
Certified Public Accountant - New York
Association of Insolvency and Restructuring Advisors



# JAMES REED
**VICE PRESIDENT**

James Reed joined the Firm after helping to integrate and sell a failed roll-up in the packaging industry. He has experience in corporate finance, restructuring and general financial advisory, including engagements involving business plan and strategic analyses, commercial due diligence, litigation support, mergers and acquisitions and valuation analyses.

Recently, he has served as a financial advisor to a syndicate of financial institutions developing financial models used to value both domestic and international assets for use in a solvency analysis related to the identification of preference payments in a major bankruptcy.

James speaks, reads and writes Japanese after living in Japan for six years where he started his own digital contents distribution company and worked in the video game industry. He has also done graduate level research at Kyoto and Waseda Universities in Japanese Philosophy.

James assisted a paint manufacturer and retailer with asbestos liabilities value the business, negotiate with plaintiffs, establish and fund a 524(g) trust, and reorganize via Chapter 11 of the bankruptcy code.

His industry specialization includes chemical, retail, high-tech, media, packaging, and oil and gas. James also has provided services to the biotechnology and insurance industries.

**Education, Certification and Professional Associations**
M.B.A., Fuqua School of Business, Duke University
B.A., Philosophy, Knox College
Member, Association of Insolvency and Restructuring Advisors
Member, Turnaround Management Association
Member, American Bankruptcy Association
Member, Bay Area Bankruptcy Forum



# SARAH M. STEELE
**VICE PRESIDENT**

Sarah Steele is a vice president of the Firm in Dallas. She brings to this firm over 5 years of corporate recovery and litigation experience. Sarah has experience within a broad range of industries including energy, industrial services, aviation, manufacturing and retail.

**Selected Relevant Experience/Engagements**

- Texas Petrochemical LP: The Firm was hired by Texas Petrochemical (TPC), a refinery that manufactures commodity chemicals including butadiene and MTBE, to assist in their Chapter 11 proceeding. Services performed included developing a cash flow forecast to support their efforts to obtain the use of cash collateral during their Chapter 11 case. As a result, TPC was able to obtain the use of cash collateral during the course of the bankruptcy proceeding. Additional services included developing and maintaining a regular budget in connection with the allowed use of cash collateral; assistance with the preparation of mandatory court filings including statements of financial affairs, schedules of assets and liabilities and monthly operating reports; assistance in preparing TPC's plan of reorganization and disclosure statements; analysis of potential avoidance actions; and claims reconciliation leading to distribution.

- Androscoggin Energy: The Firm was engaged by Androscoggin Energy LLC as financial advisor to assist them through the Chapter 11 process. The company owns, operates, and maintains a natural-gas fired cogeneration facility with a capacity of approximately 150 megawatts in Jay, Maine. Services included assistance with court filings including statements and schedules, monthly operating reports and the development of a plan of reorganization. In addition, we performed a valuation of certain intangible assets of the debtor (oil and gas contracts) and provided expert testimony in support of our findings.

- Kellogg Brown & Root/DII Industries: The Firm acted as financial advisor to Kellogg Brown & Root and DII Industries, energy industry construction/engineering companies, in their restructuring efforts relative to the prepackaged bankruptcy filing of KBR, DII and several other subsidiaries of Halliburton. The bankruptcy settled over $4.5 billion of open asbestos claims under the guidance of the bankruptcy court through the creation of a 524(g) trust. We assisted the Companies in analyzing financial information related to projections and estimates of creditor claims, coordinating efforts of the Companies' various other advisors and professionals, and the Chapter 11 filing. Tasks in regard to the Chapter 11 filing included assembling information required for first-day orders; preparing Schedules and Statements of Financial Affairs; assisting the Companies' personnel in understanding and complying with the information requirements of a Chapter 11 filing, and advising on modifications to operating and administrative procedures in order to comply with the accounting and reporting requirements of a Chapter 11 filing, including AICPA SOP 90-7.

- Friedman's, Inc.: The Firm was hired as a financial advisor to the Official Unsecured Creditors' Committee of Friedman's Inc., the nation's third largest jewelry retailer. The scope of our services

**SARAH M. STEELE**
Page 2

included the provision of financial analysis to assess the extent to which the Debtors could create a viable business around which to reorganize and monitoring of the Debtors' progress towards revitalization; the evaluation of reorganization and liquidation values to facilitate plan negotiations; forensic analysis of events and actions that resulted in a variety of governmental investigations as a basis to identify potential actions that might generate additional returns for unsecured creditors.

**Education and Associations**
B.B.A., Finance Texas Christian University; Fort Worth, Texas
Certified Insolvency and Restructuring Advisor
Member, Association of Insolvency and Restructuring Advisors
Member, Turnaround Management Association

**List of Selected Clients**
Encompass Services (Debtor)
Pliant Corporation (Debtor)
Oxford Automotive (Creditor Committee)
Delta Airlines (Creditor Committee)
APW Ltd. (Senior Lender)
Quorum Broadcasting (Senior Lender)
Tom's Foods (Creditor Committee)



# SHANE D. KIRBY
**SENIOR ASSOCIATE**

Shane Kirby has over four years of utility specific experience in a range of roles and responsibilities. Shane has gained considerable experience in the areas related to corporate and operational processes including process documentation, implementation, and improvement; Sarbanes-Oxley implementation; and executive reporting.

**Representative Accomplishments**:

Pepco – *Washington D.C.*
KPMG - *Internal Audit Services*
Shane led a team to analyze and implement process documentation to meet requirements of Sarbanes-Oxley for a power delivery business unit; resolved control and documentation deficiencies and evaluated satisfaction of relevant financial statement assertions; and conceptualized a global view of the entire organization and built a working model as a deliverable report to C-level executives of Pepco and the external auditors.

Duke Energy – *Charlotte, NC*
Business Management - *Human Resources*
Shane served as internal consultant for a diverse assembly of corporate groups aligning operations with corporate guidance; informed directors and staff of strategies, corporate compliance, and IT initiatives on a weekly basis; provided reports and associated charging structures to ascertain effective management of budgeted funds; and managed the CEO reporting process for the human resources department.

Internal Audit - *Energy Services*
Shane audited natural gas and electric businesses for compliance with company policies; audited regulated electric businesses for compliance with state and federal regulations; researched specific occurrences of fraud for methods of abuse and deviation from company policy; and examined subsidiary accounts payable for effectiveness of internal controls.

**Education, Certification and Professional Associations**
M.B.A., Appalachian State University, Boone, North Carolina
B.S.B.A., Accounting, Appalachian State University
Member, Association of Insolvency and Restructuring Advisors
Member, Turnaround Management Association



# KASEY B. FILLIP
**SENIOR ASSOCIATE**

Kasey is a senior associate at the Firm in Dallas. She brings to the firm approximately 3 years of corporate recovery experience.

**Representative Accomplishments**

- Served as the financial advisors to the Debtors' of a US Liquids, Inc, a waste management company, for a Chapter 11 filing. Assisted in preparing several documents required by the Bankruptcy Court, which included the Statement of Financial Affairs ("SOFA"), Schedules of Assets and Liabilities ("SOAL"), and the Creditor Matrix.

- Assisted the Project Management Office in accordance with the financial audit restatement of MCI-Worldcom. Assisted with the administration and organization of team members and on-site facilities.

- Worked as the debtors' advisors for the preparation of the SOAL and SOFA for Outsourcing Solutions Incorporated ("OSI"). Supported the debtors as the claims agent in the distribution and organization of the secured and unsecured claims.

**Education**
B.B.A., Finance, Baylor University - Waco, TX



# ADOLFO J. GUERRERO
**SENIOR ASSOCIATE**

Adolfo Guerrero is a senior associate of the firm in Miami. He brings to this firm over 2 years of corporate recovery and litigation experience. His industry experience includes aviation, retail and professional employer organizations.

**Selected Relevant Experience/Engagements**

- <u>Certified HR Services Company f/k/a The Cura Group, Inc.</u>: Forensic accountants and consultants to the Chapter 11 Trustee in a matter currently pending in the Southern District of Florida. Assisted the Trustee in the tracing of assets to identify potential recoveries, examined documents in order to identify alleged causes of action against numerous parties and performed various analyses.

- <u>United Airlines Corporation</u>: Financial advisor to the Unsecured Creditors' Committee of United Airlines, the nation's second largest airline. Assisted in the analysis of the Company's business plan and viability of various assumptions, strategies on liquidity and cost structure. Benchmarked airline industry operating cost structure.

- <u>Atlas Air Worldwide Holdings, Inc.</u>: Financial advisor to the Company in its Chapter 11 bankruptcy. The Company is a worldwide cargo carrier that operates a Boeing 747 fleet through its operating subsidiaries, Atlas Air, Inc. and Polar Air Cargo, Inc. Services performed included assisting in the bankruptcy reporting requirements and analyzing creditor claims.

- <u>Pliant Corporation</u> – Financial advisor to the Company in its Chapter 11 bankruptcy. Assisted with the assembly of Statements of Financial Affairs.

**Education and Associations**

Masters of Science – Economics, Florida International University, Miami, FL
Bachelors of Science – Economics, Florida State University, Tallahassee, FL
Member, Association of Insolvency and Restructuring Advisors



# VINCENT A. KING
**SENIOR ASSOCIATE**

Vincent King is a senior associate of the firm in Miami. He has been with the group for over 2 years and has experience in turnaround and restructurings, including airline restructurings, as well as experience in litigation support activities.

**Recent Engagements**

- **Delta Air Lines, Inc.**
  Mesirow Financial Consulting ("MFC") is currently serving as financial advisors to the Official Committee of Unsecured Creditors of Delta Air Lines, Inc. ("OCUC"), the third largest air carrier in the United States, to assist the Committee with analyses of the Debtors' business plans and the Business and financial condition of the Debtors generally. Vincent's role has included assisting with the analysis and evaluation of the Company's initiatives to restructure business, including providing recommendation to the OCUC regarding executory contract and facilities rejection and renegotiations. Vincent has also assisted in the analysis and tracking of the Company's progress towards the goals outlined in the Company's transformation plan, as well as its on going financial progress.

- **Gemini Air Cargo, Inc.**
  MFC was hired to provide financial advisory services in connection with a secured lender's pending and proposed investment activities in Gemini Air Cargo, Inc. Vincent assisted in preparing sensitivity analyses for the valuation of the Company.

- **All America Cables and Radio (AACR) vs. International Telecom, Inc.**
  Retained by the attorneys of a telecommunications company as an expert witness in an arbitration to determine whether alleged damages as set forth in the opposing party's expert witness report presented a reasonable basis for and calculation of alleged damages. Vincent has assisted the expert witness in the preparation of a damages model, as well as the analysis and evaluation of documents surrounding the matter.

- **Certified HR Services Company f/k/a The Cura Group, Inc.**
  Forensic accountants and consultants to the Chapter 11 Trustee in a matter currently pending in the Southern District of Florida. Assisted the Trustee in the tracing of assets to identify potential recoveries and examined documents in order to identify alleged causes of action against numerous parties including the auditing firm of the parent company Certified Services, Inc., a publicly traded company. Vincent has assisted in the analysis and tracking of transactions amongst certain parties.

- **Havens Steel Company**
  Financial advisors to the debtor, Havens Steel Company, which provides steel fabrication, erection and design services in commercial construction, in its Chapter 11 proceedings. Services

included assistance to management in preparing and sensitizing financial pro-forma and cash-flow projections; assessing alternatives for restructuring and refinancing debt obligations; and evaluating strategic and business operations alternatives. Vincent prepared and reconciled daily and weekly cash flow reports, as well as assisted in the preparation of cash flow projections.

- **Atlas Air Worldwide Holdings, Inc.**
  Financial advisor to the Company in its Chapter 11 bankruptcy. Vincent assisted in the claims administration process.

- **AMERICAN FINANCIAL GROUP**
  Retained as accountants and financial advisors to assist Arthur Rice, Esq. as Receiver/Trustee for American Financial Group, a financial services firm. Vincent has assisted in the preparation of analyses regarding the flow and transfer of funds to certain parties and the ongoing preparation of monthly financial reports for the Trustee.

- **Engagement at a Healthcare Business Management Firm**
  Performed an investigation involving earnings management and employee discrimination issues in a Healthcare Business Management and Technology System Services Company. Vincent assisted in interviews with certain employees, the review of e-mail communications, and the evaluation of certain accounting principles.
  Received Encore Standing Ovation recognition award.

- **Engagement at a Global Financial Services Firm**
  Served as an Independent Consultant, based on an Offer of Settlement with the Securities and Exchange Commission, to investigate and provide a method for the client to place customers whom entered into certain transactions into an equal financial position as if they had entered into a transaction of a different class. Vincent assisted in the tracking and documentation of the value of transactions for certain clients.

  **Additional Engagements**
  Tom's Foods, Inc.
  Oxford Automotive
  Dupont
  Sarbanes Oxley Testing
  BUDGET RENT-A-CAR GROUP

**Education and Associations**

Florida International University (FIU) - College of Business Administration - Miami, Florida
Bachelor of Business Administration in Finance and Management - December 2003
Former Student Government Intern Coordinator
Member, Association of Insolvency and Restructuring Advisors (AIRA)
Completed Certified Insolvency and Restructuring Advisor (CIRA) Part 1 – April 2005
Lifetime Member, National INROADS Alumni Association (NIAA)
Regional Vice-President Southeast, National INROADS Alumni Association
Alumni, Black Executive Forum (BEF) – James K. Batten Fellows Program
Lifetime Member, Florida International University (FIU) Alumni Association
Former Member and Intern Representative, INROADS South Florida Board of Directors



# JOSEPH ORITI
**SENIOR ASSOCIATE**

Joseph Oriti is a senior associate of the Firm in Chicago. He brings to this firm over two and half years of corporate recovery and litigation experience. Joseph has industry experience within a broad range of industries including aviation, manufacturing, healthcare, and retail.

**Selected Relevant Experience/Engagements**

- Official Committee of Unsecured Creditors for UAL Corporation: We were retained as restructuring advisors to the Official Committee of Unsecured Creditors of United Airlines, the second largest air carrier in the world, to maximize the recovery of the unsecured creditors by evaluating the Company's long-term strategy and alternatives and its restructuring plan, including financial forecasts for five years. We evaluated the Company's fleet plan, including refinancing of its aircraft portfolio and associated Section 1110 issues; monitored and analyzed labor issues associated with §1113; analyzed route profitability, regional carrier operations and agreements, and network structure and competitive factors; monitored and reported on cash management, operational and financial results; and assessed DIP compliance and availability of funding. We continue to advise the Plan Oversight Committee.

- Pliant Corporation: The Firm was retained as financial advisors to the Company during their Chapter 11 proceedings. Pliant Corporation is one of North American's leading manufacturer of value added films and flexible packaging with 15 foreign and domestic subsidiaries. Pliant was the first case to be jointly administered in Canada and the U.S. As of the Petition Date, Pliant operated 22 facilities with assets of $776.3 million and annual sales of nearly $1 billion. MFC assisted the Company with the preparation of reports to the Court including the Statement of Financial Affairs and the Schedule of Assets and Liabilities. In addition, MFC assisted with the contract assumption and cure analysis, and the analysis of claims for objections.

- Project Senior (Nursing Home Owner and Operator): We were retained as financial advisors to an Illinois nursing home owner and operator of eight nursing facilities that were experiencing liquidity issues. We assisted the Company with analyzing and identifying restructuring alternatives and its heavy debt load. Our assistance included preparing financial projections for each of the facilities, analyzing cash flows, identifying and analyzing alternative restructuring scenarios for the facilities and debt capacity. We also assisted management with discussions and negotiations with its senior lenders and second mortgage holder for debt restructurings. .

- Friedman's Creditor's Trust: The Firm was hired as financial advisors to the Official Committee of Unsecured Creditors of Friedman's Inc., the nation's third largest jewelry retailer. The scope of our services included providing financial analysis to assess whether the Debtors could create a viable business around which to reorganize, monitoring the Debtors' progress towards

Case 06-10725-gwz    Doc 3552-3    Entered 04/25/07 23:41:41    Page 14 of 17

**JOSEPH ORITI**
Page 2

revitalization, evaluating reorganization and liquidation values to facilitate plan negotiations, and forensic analysis of events and actions that resulted in a variety of governmental investigations as a basis to identify potential actions that might generate additional returns for unsecured creditors.

**Education and Associations**
B.B.A., Finance, Accounting, & International Business – Kent State University; Kent, Ohio
Member, Association of Insolvency and Restructuring Advisors
Member, Turnaround Management Association

**Internship**
United Nations Environmental Programme – Financial Initiatives; Geneva, Switzerland



# ERIN WOOLEY
**SENIOR ASSOCIATE**

Erin Wooley is a Senior Associate of the Firm in Dallas.

**Selected Relevant Experience/Engagements**

- <u>Pliant Corporation</u>:  Financial advisors to the Debtor in its Chapter 11 bankruptcy filing. Services performed include assistance with preparation of the schedule of assets and liabilities as well as the statement of financial affairs, and assistance with the claims resolution procedures.

- <u>Oxford Automotive, Inc.</u>:  Financial advisors to the Unsecured Creditors Committee and Post-Effective Date Committee of Oxford Automotive, Inc. in its Chapter 11 reorganization. Oxford is a leading international manufacturers of specialized metal-formed systems, modules, assemblies, components and related services.  Services performed included analyzing creditor claims, reconciling creditor claims to the accounting records of the Debtor, preparing claims objections to be filed with the Bankruptcy Court, assisting with the distribution of funds to allowed claimants, and preparing the federal tax return which include grantor statements that were issued to all allowed claimants.

- <u>Atlas Air Worldwide Holdings, Inc.:</u>  Financial advisors to the Company in its Chapter 11 bankruptcy.  The Company is a worldwide cargo carrier that operates a Boeing 747 fleet through its operating subsidiaries, Atlas Air, Inc. and Polar Air Cargo, Inc.  Services performed included analysis of assumption and rejection issues regarding executory contracts and analyzing creditor claims.

**Education, Certifications and Professional Associations**
M.S., Accounting – University of Texas at Arlington
B.A., Accounting – University of Texas at Arlington
Certified Public Accountant
Member, Association of Insolvency and Restructuring Advisors



# LYLE BAUCK
**ASSOCIATE**

Lyle Bauck is an associate of the Firm in Miami, FL. He recently joined the firm after 1.5 years of accounting experience working as an auditor with Deloitte & Touche, LLP. While working as an auditor, Mr. Bauck performed work for clients in the Aviation, Real Estate, and Technology industries.

**Experience**

<u>Mesirow Financial Interim Management – Associate</u>               June 2006 through Present
- Certified HR Services Company f/k/a The Cura Group, Inc. - Forensic accountants and consultants to the Chapter 11 Trustee in a matter currently pending in the Southern District of Florida. Mr. Bauck contributed to the ongoing efforts in the case by investigating and reviewing various tax filings of the company.

<u>Deloitte & Touche, LLP – Staff Auditor</u>                           August 2004 through June 2006
- TRX, Inc. – TRX, Inc. is a leading, independent provider of transaction processing and data integration services to the global travel industry. Performed audit work for the year end audits and quarterly reviews, including the technical analysis of software capitalization. Also, provided accounting support and review procedures related to the initial public offering of the company.
- Cousins Properties, Inc. – Real Estate Investment Trust with over $1 Billion in assets. Performed audit work for year end audits and quarterly reviews, including Sarbanes Oxley control testing. Also, provided accounting support and review procedures related to a secondary offering.
- Delta Airlines – International airline company which is the third largest in its industry. Performed the audit for three Delta benefit plans.
- McKesson – Fortune 20 company that is the largest pharmaceutical distributor in North America, and is also a leader in health care information technology. Contributed to audit work performed for the year end audits and quarterly reviews for the McKesson Provider Technologies division. Audit work included the technical analysis of software revenue recognition.

**Education**
Emporia Sate University – Bachelor of Science in Business
University of Tennessee – Master of Accountancy



# VICTOR CHEMTOB
**ASSOCIATE**

Victor Chemtob is an associate of the firm in New York. He has been with the firm for over a year and has corporate recovery and litigation experience.

**Recent Engagements**

- **Delphi Corporation**
  Financial advisors to the Official Committee of Unsecured Creditors of Delphi, one of the single largest global supplier of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology. Assisted with the review and analysis of historical financial results, financial projections and proposed business plans and the analysis of the potential cost containment and liquidity enhancement opportunities.

- **Imperial Home Décor Group, Inc**
  Retained as expert witness in a fraudulent conveyance litigation by the attorneys of a post-Chapter 11 litigation trust of Imperial Home Décor Group, a wallpaper manufacturer. Assisted with the assessment of the leveraged buyout ("LBO") transaction that gave rise to the fraudulent conveyance litigation and whether the company received reasonably equivalent value in connection with the LBO, as well as whether the company was rendered insolvent or left with unreasonably small assets and capital as a result of the LBO. Assisted with the preparation of the expert witness report, analysis of the defendants' expert report as well as assisted with the preparation of rebuttal report.

**Education**
Bachelor of Finance – December 2004
Stetson University, School of Business