

# MATTHEW GRANCHER
**ASSOCIATE**

Matthew Grancher is an associate of the Firm in Chicago.

**Recent Engagements**

- Assisted in litigation support services for an executive from an accounting perspective.

- Conducted valuation work for a litigation support case.

- Compiled financial and non financial data in order to facilitate the sale of an automotive parts supplier.

**Education**
Bachelor of Arts, Business, May 2002 – Dominican University of California
Master of Business Administration, May 2006 – University of Illinois at Chicago
Master of Science in Accounting, May 2006 – University of Illinois at Chicago



# NATHAN MOERI
**ASSOCIATE**

Nathan Moeri is an associate of the Firm in Chicago.

Nathan's specific experience includes assisting in the valuation services group; analyzing management projections; analyzing purchase, supply and non-compete agreements; researching various industries to value certain identified intangible assets; assisted with the purchase price allocation for an acquiring company; assisted with a business enterprise valuation.

Nathan's representative engagements include PPG Industries, A.T. Kearney, Colson Associates Inc., Chicago Mercantile Exchange and a confidential engagement involving a major energy company.

**Education, Certification and Professional Associations**

B.S., Finance, University of Illinois - Chicago



# GREG IRVIN
**SECURITY ADMINISTRATOR**

Greg Irvin, specializes in the areas of security policy development, information risk management and network security. His expertise includes the study of system vulnerabilities, computer forensics and network security tools.

Greg also has experience with the configuration of internetworking hardware (Cisco and other vendor routers, firewalls and switches), vulnerability assessment tools and intrusion detection systems. Greg is responsible for identifying and mitigating physical and electronic risks to the firm.

Greg holds an A+ and MCP Certifications, and several system specific certifications. He graduated from Indiana University in 1993.



# JIGAR ASTIK
**ASSOCIATE**

Jigar Astik is an associate of the Firm in Chicago. He brings to this firm over two years of corporate recovery and litigation experience. Jigar has industry experience within a broad range of industries including aviation, manufacturing, healthcare, and retail.

**Selected Relevant Experience/Engagements**

- <u>Kmart Creditor Trust:</u>  We were retained as expert witness on behalf of the Kmart Creditor Trust. We evaluated the actions of management during the company's decline and eventual Chapter 11 filing.

- <u>Official Committee of Unsecured Creditors for UAL Corporation:</u>  We were retained as restructuring advisors to the Official Committee of Unsecured Creditors of United Airlines, the second largest air carrier in the world, to maximize the recovery of the unsecured creditors by evaluating the Company's long-term strategy and alternatives and its restructuring plan, including financial forecasts for five years. We evaluated the Company's fleet plan, including refinancing of its aircraft portfolio and associated Section 1110 issues; monitored and analyzed labor issues associated with §1113; analyzed route profitability, regional carrier operations and agreements, and network structure and competitive factors; monitored and reported on cash management, operational and financial results; and assessed DIP compliance and availability of funding. We continue to advise the Plan Oversight Committee.

- <u>Project Recline:</u>  We served as the financial advisor for a high-end patio furniture manufacturer. We evaluated and revised the company business plan, as well as, develop a short term strategic plan to move operations overseas. We monitored daily cash flow and inventory fluctuations along with negotiations with key vendors.

- <u>Official Committee of Unsecured Creditors for SpecialtyChem Corporation:</u>  We were retained as restructuring advisors to the Official Committee of Unsecured Creditors of SpecialtyChem, a custom made chemical manufacturer to maximize the recovery of the unsecured creditors by evaluating the Company's long-term strategy and alternatives and its restructuring plan. We evaluated the business plan, daily cash operations, along with bids and appraisals for the Company's assets. We also served as an expert witness on behalf of the Unsecured Creditors.

**Education and Associations**
B.S., Economics– University of Michigan – Ann Arbor, Michigan
Member, Association of Insolvency and Restructuring Advisors
Member, Turnaround Management Association



# KRISTIN CADWELL
**ASSOCIATE**

Kristin Cadwell is an associate of the Firm in Los Angeles.

**Recent Engagements**

- Provided due diligence services to prospective purchaser of a property involved in the gaming industry.
- Provided litigation consulting services related to the defense of a former officer of an entity involved in the mortgage lending industry against allegations of earnings management. The Firm investigated certain accounting practices related to complex derivatives issues and provided information to counsel.

**Education**
Bachelor of Arts, June 2005 – University of California Los Angeles



## LINDSAY FAIELLA
**ASSOCIATE**

Lindsay Faiella joined the Firm as an associate in 2005.

Lindsay's specific experience includes assisting in valuation; analyzing insurance contracts and potential claims damage; monitoring cash flow; assisting with the performance of sensitivity analyses and scenario testing with respect to business plans; analyzing operational efficiency; performing bankruptcy accounting and reporting; and analyzing loan extension agreements
.
Lindsay's representative engagements include Refco, Engineered Plastic Products, USA Capital, and a confidential engagement involving a global insurance company and a confidential engagement involving a major energy company.

**Education, Certification and Professional Associations**

B.S., Finance, University of Maryland



# JEFFREY GRAHAM
**ASSOCIATE**

Jeff Graham is an associate of the Firm in Dallas.

**Recent Engagements**

- <u>Pliant Corporation</u>:  Financial advisors to the Debtor in its Chapter 11 bankruptcy filing. Services performed include assistance with preparation of the schedule of assets and liabilities as well as the statement of financial affairs, and assistance with the claims resolution procedures.

**Education**
M.B.A., December 2005 – University of Texas at Dallas; Dallas, TX
B.S. in Engineering, May 2002 – Bucknell University; Lewisburg, PA



# CHRISTIAN MCCLELLAN
**ASSOCIATE**

Christian McClellan is an associate of the Firm in Chicago.

**Recent Engagements**

**Background**
Associate, Mesirow Financial Consulting, LLC
July 2006 through Present

Disputes & Investigations Intern, Huron Consulting Group
May 2005 through August 2005

Restructuring & Reorganization Intern, Grant Thornton UK, LLC
June 2004 through July 2004

**Education**
Bachelor of Arts in Economics, May 2006 – Amherst College; Amherst, Massachusetts



# ERIC MARKIN
**ASSOCIATE**

Eric Markin is an associate of the firm in Chicago.

Eric has worked on projects related to all four areas of the firm's consulting business: valuation services, corporate restructuring, litigation services, and interim management. His specific responsibilities include cash flow analysis and financial analysis, budget analysis, borrowing base analysis, product profitability analysis, price trends analysis, transition activities and issues, insurance due diligence, assisting with the performance of comparable company analyses and comparable transaction analyses.

Eric's representative engagements include USA Capital, AIG, and a confidential engagement involving a generic pharmaceutical manufacturing company in the Chicago area.

**Education, Certification and Professional Associations**

B.B.A., Finance, University of Wisconsin-Madison
Member, Financial Services Division of Trades, Industries, and Professions – JUF Chicago



# KATHLEEN MONTAGUE
**ASSOCIATE**

Kathleen Montague is an associate of the Firm in Chicago.

Kathleen's specific experience includes assisting in valuation; analyzing borrowing base, monitoring cash flow, assisting with the performance of comparable company analyses and comparable transaction analyses.

Kathleen's representative engagements include Best Manufacturing Group, LLC, Delphi Corp., USA Capital, and a confidential engagement involving a leading energy corporation.

**Education, Certification and Professional Associations**

B.S., Economics, University of Illinois Urbana-Champaign



# JEFFREY S. POTTER
**ASSOCIATE**

Jeff Potter is an associate of the Firm in Chicago.

Jeff's experience includes assisting in valuation, restructuring, litigation, and refinancing engagements. Specifically, Jeff has assisted in the preparation of an expert report in a securities fraud lawsuit brought upon by the SEC, due diligence necessary for an asset-based refinancing, comparable company analyses and comparable transaction analyses; among other tasks.

Jeff's representative engagements include i2 Technologies, USA Capital, a confidential engagement involving a leading energy corporation and a confidential refinancing effort involving a furniture manufacturer; among other efforts.

**Education, Certification and Professional Associations**

B.S., Northwestern University- Evanston, Illinois



# MARIOS RAFAIL
**ASSOCIATE**

Marios Rafail is an associate of the firm in Boston.

Mario's industry experience include litigation consulting services to a logistics company with headquarters in Columbus, Ohio; cash flow analysis and financial forecasting for a manufacturing company; budget analysis, customer profitability and insurance due diligence.
Mario's representative engagements include Pacer International, Enesco, USA Capital, and a new engagement involving a manufacturing company in the Boston area

**Education, Certification and Professional Associations**

B.S., Finance, University of Athens
M.A International Economics and Finance, Brandeis University



# JEREMIAH TONN
**ASSOCIATE**

Jeremiah Tonn is an associate of the firm in Chicago.

Jeremiah has worked on projects related to two areas of the firm's consulting business: valuation services and litigation services. His specific responsibilities include financial analysis where he has been involved in assisting with the comparable company and comparable transaction methods. He is most interested in learning about valuation, corporate restructuring, and interim management.

Jeremiah's representative engagements include GB Holdings, Friedman's Inc., Jean Coutu, and a confidential engagement involving an energy company.

**Education, Certification and Professional Associations**

B. S., Finance, DePaul University
Has passed CFA Level 1



# JONAS A. CURCHACK
**INTERN**

Jonas Curchack is an intern of the Firm in New York.

**Recent Engagements**

- <u>Delta Air Lines, Inc.:</u>  Domestic and international origin & destination analysis for passenger statistics by airline carrier.

Prior to joining the Firm, Jonas served as a Research and Lion Properties intern for ING Clarion Partners during the summer of 2004.  He gathered and analyzed data to generate/update reports and statements; he examined comparable properties to potential acquisitions.

Jonas has also served as the vice president – marketing for New Age Investor.  He directed marketing of start-up company dedicated to improving the financial literacy of young adults; he developed innovative and wide reaching marketing strategies.  He worked alongside CEO to partner with both for-profit companies and non-profit organizations.

**Education, Certification and Professional Associations**
Emory University, Bachelor of Arts in Economics and Japanese (expected May 2007)

Kansai Gaidai University, Osaka, Japan, Study Abroad Program, Fall 2005



# REBECCA BESERRA
**PARAPROFESSIONAL**

Rebecca Beserra is a paraprofessional of the Firm in Dallas.  She brings to this firm approximately 7 years of billing experience.

**List of Selected Clients**
Delta Air Lines, Inc. (Unsecured Creditors Committee)
Mirant Corporation (Debtor)
FFP Operating Partners, LP (Unsecured Creditors Committee)
Mississippi Chemical Corporation (Debtors)
Transit (Unsecured Creditors Committee)
Pillowtex Corporation (Debtor)
Orion (Unsecured Creditors Committee)
Texas Petrochemicals, LP (Debtor)
Allegiance Telecom, Inc. (Debtor)
Quail Piping Products, Inc. (Chapter 7 Trustee)
Atlantic Western Corporation (Chapter 7 Trustee)
Wazoo Group, Inc. (Chapter 7 Trustee)
Evergreen Micro, Inc. (Chapter 7 Trustee)
Duracom Computer System (Chapter 7 Trustee)


**Education and Associations**
B.S. Administration, Kaplan College
B.S. Computer Science, Texas Christian University
Member, Association of Insolvency and Restructuring Advisors



## SHOSHANA FRANCO
PARAPROFESSIONAL

Shoshana Franco is a paraprofessional of the Firm in San Francisco.

Shoshana has been a paraprofessional with Mesirow Financial for the past year. Prior to being at Mesirow Financial she was a business analyst for a San Francisco Bay Area bank for seven years.



# VERA KARKI
**PROPOSAL ANALYST**

Vera Karki is a proposal analyst of the Firm in New York.  She brings to this firm more than 20 years of global marketing and business experience.

The scope of Vera's roles and responsibilities within the firm encompasses pitching prospective clients, preparing existing client presentations and reports, brand management and compliance within the Firm, and corporate communications.

**Selected Recent Engagements:**
- UAL Corporation (United Airlines)..................... prepared pitch, assisted in preparing quarterly reports
- Delta Air Lines, Inc............................................... prepared pitch, assists in preparing quarterly reports
- Best Manufacturing......... prepared pitch, assisted in preparing the initial report to the Secured Lenders
- Delphi Corporation.............................................................prepared pitch, assists in preparing reports
- Project Bean ................................................................ prepared proposal to lawyers in a litigation suit
- Confidential Engagement...............................assisting in the rebuttal reports on behalf of the defendant


**Education and Associations**
B.S. Business Administration, Barber-Scotia College
Member, The American Marketing Association
Affiliation, The Global Marketing Special Interest Group



# JIN S. VELASCO
**PARAPROFESSIONAL**

Jin Velasco is a paraprofessional of the Firm in Portland, OR. She brings to this firm approximately 8 years of billing experience.

**Recent Engagements**

- Reviewed time entries and expense documentation submitted by Mesirow Financial personnel in order to ensure compliance with the U.S. Trustee billing guidelines.
- Implemented process for collecting, reviewing and summarizing client billing data, resulting in accurate and timely billing.
- Prepared monthly and quarterly fee application narrative and exhibits filed with the US Bankruptcy Court.

**Education**
Bachelor of Science – California State University, Chico