# EXHIBIT C

**EXHIBIT C**                                                                                                            x

USA Commercial Mortgage Company, et al.
Summary Of Hours and Fees Incurred By Professional
April 13, 2006 through March 12, 2007

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---:|---:|---:|
| Allison, Tom | Senior Managing Director | 1,537.4 | $ 650 | $ 999,310.00 |
| Atkinson, James | Senior Managing Director | 1,037.6 | 650 | 674,440.00 |
| Koe, Robert | Director | 533.3 | 650 | 346,645.00 |
| Fasel, Bill | Managing Director | 855.6 | 620 | 530,472.00 |
| Nagle, Peter | Managing Director | 1.0 | 620 | 620.00 |
| Kehl, Monty | Managing Director | 710.6 | 620 | 440,572.00 |
| Nugent, James | Managing Director | 440.9 | 620 | 273,358.00 |
| Delaney, Rosanne | Senior Vice President | 10.5 | 590 | 6,195.00 |
| Porter, James | Senior Vice President | 44.9 | 590 | 26,491.00 |
| Smith, Susan | Senior Vice President | 2,341.0 | 590 | 1,381,190.00 |
| Cheng, Patrick | Senior Vice President | 908.7 | 560 | 508,872.00 |
| Sartori, Elisa | Senior Vice President | 54.5 | 560 | 30,520.00 |
| Haftl, Michael | Senior Vice President | 1,441.1 | 530 | 763,783.00 |
| Tan, Ching Wei | Vice President | 1,159.1 | 490 | 567,959.00 |
| Vidal, Adriana | Vice President | 445.0 | 490 | 218,050.00 |
| York, Greg | Vice President | 16.5 | 490 | 8,085.00 |
| Agarwal, Sonal | Vice President | 160.7 | 460 | 73,922.00 |
| Conte, Joseph | Vice President | 183.0 | 430 | 78,690.00 |
| Reed, James | Vice President | 1,772.8 | 430 | 762,304.00 |
| Steele, Sarah | Vice President | 1,990.5 | 430 | 855,915.00 |
| Kirby, Shane | Senior Associate | 78.5 | 390 | 30,615.00 |
| Fillip, Kasey | Senior Associate | 1,681.9 | 330 | 555,027.00 |
| Guerrero, Adolfo | Senior Associate | 116.5 | 330 | 38,445.00 |
| King, Vincent | Senior Associate | 23.8 | 330 | 7,854.00 |
| Oriti, Joseph | Senior Associate | 1,602.9 | 330 | 528,957.00 |
| Wooley, Erin | Senior Associate | 1,040.4 | 330 | 343,332.00 |
| Bauck, Lyle | Associate | 1,135.8 | 290 | 329,382.00 |
| Chemtob, Victor | Associate | 230.7 | 290 | 66,903.00 |
| Grancher, Matthew | Associate | 159.9 | 290 | 46,371.00 |
| Moeri, Nathan | Associate | 14.9 | 290 | 4,321.00 |
| Irvin, Greg | Staff | 11.0 | 290 | 3,190.00 |
| Astik, Jigar | Associate | 425.7 | 240 | 102,168.00 |
| Cadwell, Kristin | Associate | 1,534.7 | 190 | 291,593.00 |
| Faiella, Lindsay | Associate | 654.6 | 190 | 124,374.00 |
| Graham, Jeff | Associate | 350.6 | 190 | 66,614.00 |
| McClellan, Christian | Associate | 1,191.5 | 190 | 226,385.00 |
| Markin, Eric | Associate | 80.4 | 190 | 15,276.00 |
| Montague, Kathleen | Associate | 17.4 | 190 | 3,306.00 |
| Potter, Jeffrey | Associate | 39.5 | 190 | 7,505.00 |
| Rafail, Marios | Associate | 52.8 | 190 | 10,032.00 |
| Tonn, Jeremiah | Associate | 38.0 | 190 | 7,220.00 |
| Curchack, Jonas | Intern | 272.3 | 150 | 40,845.00 |
| Beserra, Rebecca | Paraprofessional | 942.8 | 150 | 141,420.00 |
| Franco, Shoshana | Paraprofessional | 4.0 | 150 | 600.00 |
| Karki, Vera | Paraprofessional | 5.0 | 150 | 750.00 |
| Velasco, Jin | Paraprofessional | 67.3 | 150 | 10,095.00 |
| Total Hours and Fees | | 27,417.6 | | $ 11,549,973.00 |
| Estimate of Future Fees | | | | 200,000.00 [1] |

**EXHIBIT C** x

USA Commercial Mortgage Company, et al.
Summary Of Hours and Fees Incurred By Professional
April 13, 2006 through March 12, 2007

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---|---|---|
| Less: Voluntary Reduction | | | | (360,769.91) [2] |
| | | | | 11,389,203.09 |
| Total Hourly Blended Rate | | | $ 415.40 | |

1 - Estimate of Future Fees represents fees related to MFIM's final fee application and the review of fee applications by other professionals in these cases

2 - Voluntary reduction relates to fee application time in excess of 3%