# EXHIBIT D

**EXHIBIT D**

USA Commercial Mortgage Company, et al.
Summary of Hours and Fees Incurred by Category
April 13, 2006 through March 12, 2007

| Category | Exhibit | Hours | Fees |
|---|---|---|---|
| Forensic Loan Accounting | E1 | 5,313.8 | $ 1,967,965.00 |
| Loan and Financial Accounting Systems | E2 | 1,118.9 | 517,937.00 |
| Financial Analyses | E3 | 2,229.2 | 930,226.00 |
| Cash Flow Model/Analyses | E4 | 333.0 | 153,405.00 |
| Loan Portfolio | E5 | 2,466.2 | 1,276,608.00 |
| Investor Issues and Requests | E6 | 2,611.2 | 870,603.00 |
| Valuation Analyses / Appraisal | E7 | 158.5 | 62,749.00 |
| Company Administration | E8 | 850.4 | 507,344.00 |
| Analyzing Restructuring and Sale Options | E9 | 1,983.7 | 1,039,263.00 |
| LSA - Document Review, Extraction and Loan by Loan Classification | E10 | 583.1 | 147,435.00 |
| Compass Sub-servicing | E11 | 52.6 | 28,553.00 |
| Transition to Compass | E12 | 424.8 | 208,964.00 |
| Disclosure Statement/Plan of Reorganization | E13 | 461.6 | 261,773.00 |
| Liquidation Analysis | E14 | 541.2 | 246,908.00 |
| Accounts and Notes Receivable Related Activities | E15 | 1,018.1 | 451,016.00 |
| Avoidance Actions / Preference Analysis | E16 | 155.0 | 86,433.00 |
| Litigation Matters | E17 | 64.5 | 30,006.00 |
| Committee Requests | E18 | 701.3 | 281,864.00 |
| Committee Meetings | E19 | 556.8 | 276,421.00 |
| Employment/Fee Applications | E20 | 1,895.5 | 806,245.00 |
| Bankruptcy Motions/Filings | E21 | 442.5 | 251,613.00 |
| Bankruptcy Schedules and SOFAs | E22 | 359.1 | 133,089.00 |
| DIP Financing / Cash Collateral | E23 | 129.7 | 72,042.00 |
| Employee Retention and Severance Plan | E24 | 38.7 | 22,083.00 |
| Court Hearings/Preparation | E25 | 608.2 | 345,104.00 |
| Case Administration | E26 | 910.4 | 282,490.00 |
| Leases, Executory Contracts and Agreements | E27 | 408.4 | 87,912.00 |
| Tax Issues/Analysis | E28 | 95.6 | 54,473.00 |
| Monthly Operating Reports | E29 | 90.8 | 38,872.00 |
| Claims Analysis | E30 | 611.6 | 191,800.00 |
| Transition Issues and Activities | E31 | 203.2 | 118,777.00 |
| **Subtotal: USA Commercial Mortgage Company, et al.** | | **27,417.6** | **11,749,973.00** |
| **Less: Voluntary Reduction** | | | **(360,769.91)** [1] |
| **Total Hours and Fees Requested** | | **27,417.6** | **$ 11,389,203.09** |

(1) Voluntary reduction relates to fee application time in excess of 3%