# EXHIBIT E4

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **April 13, 2006 through April 30, 2006** | | | | | |
| Reed, James | 04/22/06 | Update cash forecast. | 1.4 | $ 430.00 | $ 602.00 |
| Kehl, Monty | 04/27/06 | Review draft 13 week cash flow. | 0.9 | 620.00 | 558.00 |
| | | **Total Cash Flow Model/Analyses** | **2.3** | | **$ 1,160.00** |
| | | | | | |
| **May 1, 2006 through May 31, 2006** | | | | | |
| Kehl, Monty | 05/01/06 | Review draft of 13 week cash flow. | 0.4 | $ 620.00 | $ 248.00 |
| Kehl, Monty | 05/01/06 | Additional review of and direct changes to 13 week cash flow. | 1.4 | 620.00 | 868.00 |
| Reed, James | 05/01/06 | Meet with R. Hilson (USACM) to review line items of cash forecast, discuss additional cash disbursements and evaluate post-bankruptcy reductions in expenses. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/01/06 | Adjust and update cash forecast. | 2.0 | 430.00 | 860.00 |
| Reed, James | 05/01/06 | Review cash forecast. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/01/06 | Meet with Company management to discuss management fees charged by USA Capital Realty to the two funds. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/01/06 | Create Interest Paid - Interest Received Schedule. | 2.0 | 430.00 | 860.00 |
| Smith, Susan | 05/01/06 | Review and comment on cash budget. | 0.7 | 590.00 | 413.00 |
| Reed, James | 05/02/06 | Meet with A. Jarvis (RQN to discuss changes to the cash flow forecast due to recent evaluations of service agreement contracts. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/02/06 | Continue to adjust and update cash forecast. | 2.1 | 430.00 | 903.00 |
| Reed, James | 05/02/06 | Continue to adjust and update cash forecast. | 1.9 | 430.00 | 817.00 |
| Kehl, Monty | 05/03/06 | Participate in meeting with R. Hilson (USACM) to discuss and review wire payments made by Commercial Mortgage in March 06; assemble, analyze and summarize supporting information. | 2.4 | 620.00 | 1,488.00 |
| Reed, James | 05/04/06 | Create template for daily cash account summary and meet with Company to implement. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 05/08/06 | Review and discuss 13 week cash forecast with R. Hilson (USACM). | 1.1 | 620.00 | 682.00 |
| Reed, James | 05/08/06 | Meet with R. Hilson (USACM) to confirm specific nonrecurring line items on cash forecast. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/08/06 | Meet with V. Loob (USACM) to collect data related to Company health and savings plan. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/11/06 | Begin to evaluate bankruptcy tracking system for all cash receipts. | 2.0 | 430.00 | 860.00 |
| Reed, James | 05/17/06 | Meet with R. Hilson and M. Olson (both USACM) to review cash outlays and budget. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/17/06 | Confirm that certain payments meet bankruptcy guidelines. | 0.5 | 430.00 | 215.00 |
| Reed, James | 05/17/06 | Continue to develop financial model related to historical information. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 05/19/06 | Meet with Controller to discuss cash receipts tracking process. | 1.0 | 430.00 | 430.00 |
| Kehl, Monty | 05/22/06 | Meet with R. Hilson (USACM) to discuss actual weekly cash flows. | 0.7 | 620.00 | 434.00 |
| Reed, James | 05/23/06 | Meet with R. Hilson and M. Olson (both USACM) to review cash budget. | 2.0 | 430.00 | 860.00 |
| Reed, James | 05/24/06 | Meet with CEO and CFO to review week's cash outlays. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/31/06 | Meet with CEO and CFO to review week's cash outlays. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/31/06 | Review and analyze cash budget. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/31/06 | Update cash forecast. | 3.8 | 430.00 | 1,634.00 |
| Reed, James | 05/31/06 | Review and check accuracy of cash forecast. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 05/31/06 | Discuss cash forecast with Company management. | 2.5 | 430.00 | 1,075.00 |
| | | **Total Cash Flow Model/Analyses** | **44.5** | | **$ 20,387.00** |
| | | | | | |
| **June 1, 2006 through June 30, 2006** | | | | | |
| Reed, James | 06/01/06 | Meet with CFO to discuss cash forecast. | 1.8 | $ 430.00 | $ 774.00 |
| Reed, James | 06/01/06 | Develop updated cash forecast plan for review with M. Kehl (MFIM). | 1.8 | 430.00 | 774.00 |
| Reed, James | 06/01/06 | Update cash forecast. | 3.9 | 430.00 | 1,677.00 |
| Kehl, Monty | 06/02/06 | Provide comments and revisions to weekly cash budget. | 1.8 | 620.00 | 1,116.00 |
| Reed, James | 06/02/06 | Update cash forecast. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 06/02/06 | Perform calculation of interest due CMC. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 06/02/06 | Meet with S. Smith (MFIM) to review budget for noticing agent. | 1.0 | 430.00 | 430.00 |
| Allison, Tom | 06/03/06 | Meet with J. Reed (MFIM) and A. Jarvis (RQN) to review the cash forecast. | 2.0 | 650.00 | 1,300.00 |
| Kehl, Monty | 06/03/06 | Analyze and provide revisions to draft 13 week cash budget. | 1.6 | 620.00 | 992.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Reed, James | 06/03/06 | Meet with T. Allison (MFIM) and A. Jarvis (RQN) to review the cash forecast. | 2.0 | 430.00 | 860.00 |
| Reed, James | 06/03/06 | Update cash forecast. | 2.0 | 430.00 | 860.00 |
| Allison, Tom | 06/04/06 | Review revised 13 week cash budget with M. Kehl (MFIM). | 0.7 | 650.00 | 455.00 |
| Kehl, Monty | 06/04/06 | Analyze and provide revisions to draft 13 week cash budget. | 1.0 | 620.00 | 620.00 |
| Kehl, Monty | 06/04/06 | Review revised 13 week cash budget with T. Allison (MFIM). | 0.7 | 620.00 | 434.00 |
| Reed, James | 06/04/06 | Format cash forecast related to changes. | 2.0 | 430.00 | 860.00 |
| Reed, James | 06/04/06 | Update cash forecast. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 06/04/06 | Meet with M. Kehl and T. Allison (both MFIM) to review cash forecast. | 0.7 | 430.00 | 301.00 |
| Kehl, Monty | 06/05/06 | Provide final revisions to 13 week cash budget. | 1.0 | 620.00 | 620.00 |
| Reed, James | 06/05/06 | Meet with M. Kehl (MFIM) to review cash budget and receive revisions. | 2.0 | 430.00 | 860.00 |
| Reed, James | 06/06/06 | Update assumptions for cash budget. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 06/06/06 | Update format for cash budget. | 2.0 | 430.00 | 860.00 |
| Reed, James | 06/14/06 | Meet with CEO and CFO to review week's cash outlays. | 1.0 | 430.00 | 430.00 |
| Kehl, Monty | 06/20/06 | Review and provide revisions to update for weekly cash flow budget. | 2.7 | 620.00 | 1,674.00 |
| Reed, James | 06/20/06 | Review forecast model for Court. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 06/23/06 | Meet with Company CFO to review actuals to forecast. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 06/26/06 | Research and provide information to direct investor regarding cash flows. | 1.7 | 620.00 | 1,054.00 |
| Reed, James | 06/29/06 | Meet with company management to review weekly expenses. | 2.5 | 430.00 | 1,075.00 |
| | | **Total Cash Flow Model/Analyses** | **52.4** | | **$ 25,121.00** |

**July 1, 2006 through July 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Reed, James | 07/03/06 | Review and update cash forecast. | 3.5 | $ 430.00 | $ 1,505.00 |
| Nugent, James | 07/07/06 | Analyze cash management procedures motions and 13-week cash flow forecast for the Debtors. | 0.6 | 620.00 | 372.00 |
| Nugent, James | 07/09/06 | Analyze cash management procedures motions and 13-week cash flow forecast for the Debtors. | 1.2 | 620.00 | 744.00 |
| Reed, James | 07/09/06 | Review and update cash forecast. | 2.0 | 430.00 | 860.00 |
| Nugent, James | 07/10/06 | Analyze cash management procedures motions and 13-week cash flow forecast for the Debtors. | 0.8 | 620.00 | 496.00 |
| Reed, James | 07/10/06 | Review and update recovery analysis. | 3.2 | 430.00 | 1,376.00 |
| Nugent, James | 07/11/06 | Analyze cash flow forecast and receipts data and reports available from the Debtors to determine information available to prepare responses to Committee and their advisors. | 0.7 | 620.00 | 434.00 |
| Reed, James | 07/11/06 | Review and update monthly model template. | 3.5 | 430.00 | 1,505.00 |
| Nugent, James | 07/12/06 | Analyze summary of cash receipts to identify data reported on a weekly basis. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 07/12/06 | Summarize format for reporting weekly cash flow receipts based on requests from Committee advisors. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 07/12/06 | Analyze Debtors' cash flow forecast. | 0.6 | 620.00 | 372.00 |
| Reed, James | 07/12/06 | Review and update monthly model template. | 3.5 | 430.00 | 1,505.00 |
| Kehl, Monty | 07/17/06 | Draft and provide revisions to updated weekly cash forecast. | 1.9 | 620.00 | 1,178.00 |
| Kehl, Monty | 07/17/06 | Organize meeting to review draft of updated weekly cash forecast. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 07/17/06 | Analyze payroll data and forecasted bi-weekly cash flow based on current active employees and compensation levels and alternative assumptions. | 0.8 | 620.00 | 496.00 |
| Reed, James | 07/17/06 | Review and update cash forecast. | 3.5 | 430.00 | 1,505.00 |
| Atkinson, James | 07/18/06 | Preparation and review of 13 week cash flow forecast. | 2.7 | 650.00 | 1,755.00 |
| Reed, James | 07/18/06 | Review updates related to structure of cash forecast. | 1.0 | 430.00 | 430.00 |
| Reed, James | 07/18/06 | Review and update cash forecast. | 3.5 | 430.00 | 1,505.00 |
| Allison, Tom | 07/19/06 | Discuss updated cash flow forecast for cash collateral with Debtors' counsel and MFIM Team. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 07/19/06 | Preparation of 13 week cash flow forecast. | 1.2 | 650.00 | 780.00 |
| Kehl, Monty | 07/19/06 | Lead meeting to review draft of updated weekly cash forecast. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 07/19/06 | Analyze and provide final revisions to updated weekly cash forecast. | 2.1 | 620.00 | 1,302.00 |
| Nugent, James | 07/19/06 | Analyze updated cash flow forecast for cash collateral filing. | 0.5 | 620.00 | 310.00 |
| Nugent, James | 07/19/06 | Discuss updated cash flow forecast for cash collateral with Debtors' counsel, T. Allison (MFIM) and MFIM Team. | 0.8 | 620.00 | 496.00 |
| Reed, James | 07/19/06 | Meet with Company to review payables. | 1.0 | 430.00 | 430.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 07/20/06 | Analysis of weekly cash flow forecast. | 3.1 | 650.00 | 2,015.00 |
| Nugent, James | 07/20/06 | Analyze operating expenses and payroll data for active employees for discussion with CRO. | 0.6 | 620.00 | 372.00 |
| Nugent, James | 07/21/06 | Analyze the Debtors' 13-week cash flow forecast. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 07/24/06 | Discuss payroll data information needs with R. Hilson (USACM). | 0.2 | 620.00 | 124.00 |
| Nugent, James | 07/24/06 | Analyze projected bi-weekly disbursement for payroll based on current payroll data for active employees and compensation level and alternatives. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 07/24/06 | Analyze weekly cash flow forecast through October 2006. | 1.2 | 620.00 | 744.00 |
| Allison, Tom | 07/26/06 | Discuss cash flow forecast and payroll data with J. Nugent (MFIM). | 0.2 | 650.00 | 130.00 |
| Haftl, Michael | 07/26/06 | Review draft budget. | 0.4 | 530.00 | 212.00 |
| Nugent, James | 07/26/06 | Analyze operating expenses and payroll data for active employees for discussion with the CRO. | 0.6 | 620.00 | 372.00 |
| Nugent, James | 07/26/06 | Discuss cash flow forecast and payroll data with T. Allison (MFIM). | 0.2 | 620.00 | 124.00 |
| Nugent, James | 07/26/06 | Discuss operating expenses and payroll data with R. Hilson (USACM). | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 07/31/06 | Direct and initiate revisions to weekly cash budget with J. Reed (MFIM). | 0.4 | 620.00 | 248.00 |
| Reed, James | 07/31/06 | Review and update cash forecast. | 3.5 | 430.00 | 1,505.00 |
| | | **Total Cash Flow Model/Analyses** | **53.4** | | **$ 27,954.00** |

**August 1, 2006 through August 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kehl, Monty | 08/01/06 | Compose list of revisions to be made to cash forecast and distribute list. | 1.1 | $ 620.00 | $ 682.00 |
| Nugent, James | 08/01/06 | Analyze Debtors' 13-week cash flow forecast, bi-weekly payroll data, and implications on cash flow for changes in payroll. | 0.4 | 620.00 | 248.00 |
| Reed, James | 08/01/06 | Review and update cash flow forecast. | 2.5 | 430.00 | 1,075.00 |
| Allison, Tom | 08/02/06 | Discuss Debtors' 13-week cash flow forecast and bi-weekly payroll data with A. Jarvis (RQN) and J. Nugent (MFIM). | 0.3 | 650.00 | 195.00 |
| Kehl, Monty | 08/02/06 | Study and provide revisions to weekly cash flow forecast. | 2.1 | 620.00 | 1,302.00 |
| Nugent, James | 08/02/06 | Analyze Debtors' 13-week cash flow forecast, bi-weekly payroll data, and implications on cash flow for changes in payroll. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 08/02/06 | Discuss Debtors' 13-week cash flow forecast and bi-weekly payroll data with A. Jarvis (RQN) and T. Allison (MFIM). | 0.3 | 620.00 | 186.00 |
| Reed, James | 08/02/06 | Review and update cash flow forecast. | 1.5 | 430.00 | 645.00 |
| Atkinson, James | 08/03/06 | Review cash flow forecast for week of July 3. | 1.2 | 650.00 | 780.00 |
| Nugent, James | 08/03/06 | Analyze Debtors' 13-week cash flow forecast, payroll analyses for various scenarios, and bi-weekly payroll data. | 1.8 | 620.00 | 1,116.00 |
| Nugent, James | 08/03/06 | Draft and issue summary of cash flow forecast and related payroll cash flow analyses to Debtors' counsel. | 0.8 | 620.00 | 496.00 |
| Nugent, James | 08/05/06 | Analyze Debtors' cash flow forecast to identify liquidity need for collection of loans and case for discussion with Committees at next meeting. | 0.5 | 620.00 | 310.00 |
| Reed, James | 08/05/06 | Review and update cash flow forecast. | 3.5 | 430.00 | 1,505.00 |
| Nugent, James | 08/06/06 | Analyze Debtors' cash flow forecast to identify liquidity need for collection of loans and case for discussion with Committees at next meeting. | 0.4 | 620.00 | 248.00 |
| Atkinson, James | 08/17/06 | Analyze Debtors' cash flow forecast. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 08/22/06 | Analyze cash flow forecast for USA Commercial Mortgage. | 0.4 | 650.00 | 260.00 |
| | | **Total Cash Flow Model/Analyses** | **17.6** | | **$ 9,559.00** |

**September 1, 2006 through September 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 09/12/06 | Analyze September 8, 2006 Weekly Loan Collections for the Committee and for publication. | 1.9 | $ 330.00 | $ 627.00 |
| Atkinson, James | 09/27/06 | Analysis of changes in pro forma cash balances in USACM from changes in timing of loan payoffs. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 09/27/06 | Analysis related to updating cash flow projections for remainder of case. | 0.8 | 650.00 | 520.00 |
| Haftl, Michael | 09/27/06 | Review cash flow forecast methodology and provide comments. | 2.1 | 530.00 | 1,113.00 |
| Oriti, Joseph | 09/27/06 | Analyze loan portfolio summary and statistics analysis to amend USA Commercial Mortgage Cash Flow Analysis. | 3.2 | 330.00 | 1,056.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 09/27/06 | Analyze USA Commercial Mortgage Cash Flow analysis to amend USA Commercial Mortgage Cash Flow Scenario Analysis. | 3.1 | 330.00 | 1,023.00 |
| Haftl, Michael | 09/28/06 | Update worse case cash flow scenario. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 09/28/06 | Update worse cash flow for prepaid interest. | 0.3 | 530.00 | 159.00 |
| Oriti, Joseph | 09/28/06 | Draft and analyze cash flow forecast for projected service fees through December 31, 2006. | 2.0 | 330.00 | 660.00 |
| Oriti, Joseph | 09/28/06 | Draft and analyze cash flow forecast for projected interest through December 31, 2006. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 09/28/06 | Draft and analyze cash flow forecast for projected prepaid interest payoff through December 31, 2006. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 09/28/06 | Draft and analyze cash flow forecast for projected principal payoff through December 31, 2006. | 1.8 | 330.00 | 594.00 |
| Oriti, Joseph | 09/28/06 | Draft and analyze cash flow forecast for projected late, origination, extension, exit fees through December 31, 2006. | 1.9 | 330.00 | 627.00 |
| Reed, James | 09/28/06 | Update Cash flow forecast. | 2.0 | 430.00 | 860.00 |
| Haftl, Michael | 09/29/06 | Review cash flow forecast methodology and provide comments. | 0.7 | 530.00 | 371.00 |
| Oriti, Joseph | 09/29/06 | Amend cash flow forecast and projections analysis through December 31, 2006. | 1.9 | 330.00 | 627.00 |
| | | **Total Cash Flow Model/Analyses** | **28.5** | | **$ 11,149.00** |

**October 1, 2006 through October 31 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 10/01/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through December 31, 2006. | 3.9 | $ 330.00 | $ 1,287.00 |
| Oriti, Joseph | 10/01/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through December 31, 2006. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 10/01/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through December 31, 2006. | 1.5 | 330.00 | 495.00 |
| Reed, James | 10/01/06 | Update cash flow forecast. | 2.1 | 430.00 | 903.00 |
| Fasel, Bill | 10/02/06 | Review updated USA Capital cash flow forecasts. | 0.7 | 620.00 | 434.00 |
| Oriti, Joseph | 10/03/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through December 31, 2006. | 3.7 | 330.00 | 1,221.00 |
| Oriti, Joseph | 10/03/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through December 31, 2006. | 2.4 | 330.00 | 792.00 |
| Oriti, Joseph | 10/03/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through December 31, 2006. | 2.1 | 330.00 | 693.00 |
| Reed, James | 10/03/06 | Update and revise cash flow model. | 3.0 | 430.00 | 1,290.00 |
| Haftl, Michael | 10/04/06 | Review status of loan collections for use in cash flow forecast. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 10/04/06 | Review cash flow forecast for all Debtors. | 1.1 | 530.00 | 583.00 |
| Oriti, Joseph | 10/04/06 | Update and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest collected for specific loans in September 30, 2006 per the weekly collections report. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 10/04/06 | Update and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans in September 30, 2006 per the weekly collections report. | 1.2 | 330.00 | 396.00 |
| Oriti, Joseph | 10/04/06 | Update and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans in September 30, 2006 per the weekly collections report. | 1.0 | 330.00 | 330.00 |
| Oriti, Joseph | 10/05/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through December 31, 2006. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 10/05/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through December 31, 2006. | 1.7 | 330.00 | 561.00 |
| Oriti, Joseph | 10/05/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through December 31, 2006. | 1.3 | 330.00 | 429.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 10/05/06 | Review and edit Cash Management Order. | 1.0 | 430.00 | 430.00 |
| Reed, James | 10/05/06 | Review and update cash flow forecast. | 1.0 | 430.00 | 430.00 |
| Atkinson, James | 10/06/06 | Preparation of draft cash budget for MFIM professional fees. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 10/06/06 | Preparation of cash and accounting management reporting system and model. | 0.8 | 650.00 | 520.00 |
| Fasel, Bill | 10/06/06 | Review updated USA Capital cash flow forecasts. | 1.1 | 620.00 | 682.00 |
| Oriti, Joseph | 10/06/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through January 31, 2006. | 2.8 | 330.00 | 924.00 |
| Oriti, Joseph | 10/06/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 10/06/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through January 31, 2006. | 1.7 | 330.00 | 561.00 |
| Atkinson, James | 10/07/06 | Prepare cash and accounting management reporting system and model. | 2.1 | 650.00 | 1,365.00 |
| Haftl, Michael | 10/09/06 | Review loan cash flow model revisions. | 0.6 | 530.00 | 318.00 |
| Reed, James | 10/09/06 | Prepare and provide cash flow information to Company Management. | 0.5 | 430.00 | 215.00 |
| Reed, James | 10/09/06 | Review and update of cash flow forecast. | 2.0 | 430.00 | 860.00 |
| Atkinson, James | 10/10/06 | Review draft MFIM weekly professional fees and expenses estimate for inclusion in motion to use cash. | 0.7 | 650.00 | 455.00 |
| Oriti, Joseph | 10/10/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through January 31, 2006. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 10/10/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 10/10/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through January 31, 2006. | 1.4 | 330.00 | 462.00 |
| Atkinson, James | 10/11/06 | Prepare cash budget for Debtors pursuant to motion. | 1.7 | 650.00 | 1,105.00 |
| Reed, James | 10/11/06 | Review and update cash flow forecast. | 3.0 | 430.00 | 1,290.00 |
| Atkinson, James | 10/12/06 | Analysis of MFIM professional fee estimates by Debtor by workstream. | 2.1 | 650.00 | 1,365.00 |
| Oriti, Joseph | 10/12/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through January 31, 2006. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 10/12/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006. | 1.7 | 330.00 | 561.00 |
| Oriti, Joseph | 10/12/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through January 31, 2006. | 1.6 | 330.00 | 528.00 |
| Haftl, Michael | 10/13/06 | Review revision to cash flow model and loan payoff summary. | 3.1 | 530.00 | 1,643.00 |
| Oriti, Joseph | 10/13/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through January 31, 2006. | 2.5 | 330.00 | 825.00 |
| Oriti, Joseph | 10/13/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006. | 1.8 | 330.00 | 594.00 |
| Oriti, Joseph | 10/13/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through January 31, 2006. | 2.0 | 330.00 | 660.00 |
| Oriti, Joseph | 10/13/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest estimated to be collected for specific loans by month through January 31, 2006 per Debtor's ownership percentage. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 10/13/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006 per Debtor's ownership percentage. | 1.8 | 330.00 | 594.00 |
| Reed, James | 10/13/06 | Review and update cash flow forecast. | 3.5 | 430.00 | 1,505.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 10/15/06 | Review financial model and draft cash flow assumptions/ projections for Commercial Mortgage. | 3.4 | 650.00 | 2,210.00 |
| Atkinson, James | 10/16/06 | Review cash flow model and assumptions underlying USA Commercial Mortgage cash flow forecast through January 07. | 2.5 | 650.00 | 1,625.00 |
| Oriti, Joseph | 10/16/06 | Analyze and amend MFIM reallocation of professional fees for case cumulative and projected fees through January 31, 2007 by categories for high, adjusted, and average scenarios for incorporation into cash flow forecast to be filed on October 20, 2006. | 2.9 | 330.00 | 957.00 |
| Reed, James | 10/16/06 | Review Fee Estimate Reports. | 1.4 | 430.00 | 602.00 |
| Reed, James | 10/16/06 | Review and update cash flow forecast. | 2.0 | 430.00 | 860.00 |
| Atkinson, James | 10/17/06 | Review draft cash budget for First Trust Deed Fund. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 10/17/06 | Review draft cash budget for Diversified Trust Deed Fund. | 0.7 | 650.00 | 455.00 |
| Reed, James | 10/17/06 | Review and adjust cash flow model with respect to fee allocation issues. | 1.2 | 430.00 | 516.00 |
| Reed, James | 10/17/06 | Update cash flow forecast. | 1.9 | 430.00 | 817.00 |
| Atkinson, James | 10/18/06 | Participate in call with MFIM Counsel regarding draft cash flow forecast for Commercial Mortgage and assumptions. | 1.2 | 650.00 | 780.00 |
| Reed, James | 10/18/06 | Update cash flow forecast. | 2.5 | 430.00 | 1,075.00 |
| Haftl, Michael | 10/19/06 | Prepare fee coverage analysis. | 0.7 | 530.00 | 371.00 |
| Reed, James | 10/19/06 | Collect data concerning employee retention plan. | 0.7 | 430.00 | 301.00 |
| Reed, James | 10/19/06 | Review and update of cash flow forecast. | 2.1 | 430.00 | 903.00 |
| Atkinson, James | 10/20/06 | Participate in call with Debtors' Counsel to finalize cash flow forecast. | 0.8 | 650.00 | 520.00 |
| Reed, James | 10/20/06 | Review and update cash flow forecast. | 2.8 | 430.00 | 1,204.00 |
| Haftl, Michael | 10/24/06 | Update fee recovery analysis. | 0.8 | 530.00 | 424.00 |
| Oriti, Joseph | 10/24/06 | Analyze and amend total estimated fees waived or deferred analysis based upon total fees outstanding and management's best estimated of projected and negotiated assumptions through January 31, 2007. | 1.9 | 330.00 | 627.00 |
| Atkinson, James | 10/25/06 | Review financial model and draft cash flow assumptions/ projections for Commercial Mortgage. | 3.2 | 650.00 | 2,080.00 |
| Haftl, Michael | 10/26/06 | Review fee application summary for cash flow. | 0.3 | 530.00 | 159.00 |
| Oriti, Joseph | 10/26/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of interest, service fees, and prepaid interest estimated to be collected for specific loans by month through January 31, 2006. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 10/26/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of principal estimated to be collected for specific loans by month through January 31, 2006. | 0.9 | 330.00 | 297.00 |
| Oriti, Joseph | 10/26/06 | Analyze and amend USA Commercial Mortgage cash flow forecast to reflect amount of other fees estimated to be collected for specific loans by month through January 31, 2006. | 0.8 | 330.00 | 264.00 |
| Koe, Robert | 10/30/06 | Review cash flow status of paying fees and monies available to Unsecured Creditors. | 1.0 | 650.00 | 650.00 |
| Oriti, Joseph | 10/30/06 | Amend USA Commercial Mortgage cash flow forecast estimated collections by loan analysis per the October 27, 2006 weekly collections report. | 2.1 | 330.00 | 693.00 |
| Reed, James | 10/31/06 | Review current status of problem loan list. | 1.5 | 430.00 | 645.00 |
| | | **Total Cash Flow Model/Analyses** | **125.8** | | **$ 53,860.00** |

**November 1, 2006 through November 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 11/02/06 | Analysis of Commercial Mortgage current and forecasted cash position and estimation of amounts available to pay professional fees and expenses. | 1.6 | $ 650.00 | $ 1,040.00 |
| | | **Total Cash Flow Model/Analyses** | **1.6** | | **$ 1,040.00** |

**January 1, 2007 through January 31, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 01/19/07 | Review cash budget filed for period ending February 4, 2007. | 0.4 | $ 650.00 | $ 260.00 |
| Haftl, Michael | 01/19/07 | Review prior budget and analyze steps necessary to update cash budget. | 0.3 | 530.00 | 159.00 |
| Haftl, Michael | 01/22/07 | Review cash budget assumptions. | 0.9 | 530.00 | 477.00 |
| Reed, James | 01/22/07 | Review and update cash flow forecast. | 2.3 | 430.00 | 989.00 |

**EXHIBIT E4**

USA Commercial Mortgage Company, et al.
Cash Flow Model/Analyses
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 01/23/07 | Review monthly cash flow and cash burn. | 1.5 | 430.00 | 645.00 |
| Reed, James | 01/29/07 | Review cash budget and cash burn. | 1.5 | 430.00 | 645.00 |
| | | **Total Cash Flow Model/Analyses** | **6.9** | | **$ 3,175.00** |
| | | **Total Hours and Fees for Cash Flow Model/Analyses from April 13, 2006 through March 12, 2007** | **333.0** | | **$ 153,405.00** |
| | | USA Commercial Mortgage Company | **50%** | | $ 76,702.50 |
| | | USA Capital Diversified Trust Deed Fund, LLC | **20%** | | $ 30,681.00 |
| | | USA Capital First Trust Deed Fund, LLC | **20%** | | $ 30,681.00 |
| | | USA Capital Realty Advisors, LLC | **5%** | | $ 7,670.25 |
| | | USA Securities, LLC | **5%** | | $ 7,670.25 |
| | | | | | $ 153,405.00 |
| | | USA Commercial Mortgage Company | **50%** | | 166.5 |
| | | USA Capital Diversified Trust Deed Fund, LLC | **20%** | | 66.6 |
| | | USA Capital First Trust Deed Fund, LLC | **20%** | | 66.6 |
| | | USA Capital Realty Advisors, LLC | **5%** | | 16.7 |
| | | USA Securities, LLC | **5%** | | 16.7 |
| | | | | | **333.0** |