# EXHIBIT E7

EXHIBIT 7

USA Commercial Mortgage Company, et al.
Valuation Analyses / Appraisal
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **April 13, 2006 through April 30, 2006** | | | | | |
| Kehl, Monty | 04/19/06 | Draft and distribute confidentiality agreement to potential real estate appraisals. | 1.6 | $ 620.00 | $ 992.00 |
| Kehl, Monty | 04/19/06 | Calls with potential appraisers to initiate appraisal of collateral for loans. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/20/06 | Distribute summary information on loan collateral to potential appraisers. | 0.7 | 620.00 | 434.00 |
| Allison, Tom | 04/25/06 | Attend presentation by Keen Consultants, LLC. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 04/25/06 | Attend presentation by Cushman & Wakefield. | 0.9 | 650.00 | 585.00 |
| Allison, Tom | 04/25/06 | Attend presentation by Hilco. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 04/25/06 | Attend presentation by Keen Consultants, LLC. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 04/25/06 | Attend presentation by Cushman & Wakefield. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 04/25/06 | Attend presentation by Hilco. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/26/06 | Calls with appraisal firms to clarify terms of proposals. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 04/26/06 | Call Hilco and counsel to initiate retention. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 04/26/06 | Review and prioritize list of collateral for appraisal. | 1.3 | 620.00 | 806.00 |
| Kehl, Monty | 04/27/06 | Revise and transmit list of collateral for appraisal to Hilco. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 04/28/06 | Review Hilco retention letter. | 0.8 | 620.00 | 496.00 |
| Allison, Tom | 04/30/06 | Call with M. Kehl (MFIM) to discuss Hilco retention agreement. | 0.3 | 650.00 | 195.00 |
| Kehl, Monty | 04/30/06 | Call with T. Allison (MFIM) to discuss Hilco retention agreement. | 0.3 | 620.00 | 186.00 |
| | | **Total Valuation Analyses / Appraisal** | **13.9** | | **$ 8,723.00** |
| | | | | | |
| **May 1, 2006 through May 31, 2006** | | | | | |
| Kehl, Monty | 05/01/06 | Call with Hilco to negotiate engagement letter. | 0.4 | $ 620.00 | $ 248.00 |
| Allison, Tom | 05/02/06 | On site meetings with Hilco to initiate appraisals. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 05/02/06 | On site meetings with Hilco to initiate appraisals. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 05/23/06 | Participate in update meeting with Hilco. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 05/24/06 | Collect historical data on funds advance and send to Hilco. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 05/25/06 | Calls and e-mails with T. Haney (Hilco). | 1.3 | 620.00 | 806.00 |
| | | **Total Valuation Analyses / Appraisal** | **5.5** | | **$ 3,443.00** |
| | | | | | |
| **June 1, 2006 through June 30, 2006** | | | | | |
| Kehl, Monty | 06/01/06 | Update meeting with T. Haney (Hilco). | 0.6 | $ 620.00 | $ 372.00 |
| Kehl, Monty | 06/11/06 | Review five appraisal reports. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 06/12/06 | Review appraisal report. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 06/12/06 | Participate in call with Hilco for update on remaining appraisals. | 0.4 | 620.00 | 248.00 |
| Curchack, Jonas | 06/13/06 | Bind Hilco property appraisals. | 2.6 | 150.00 | 390.00 |
| Kehl, Monty | 06/13/06 | Review and summarize schedule from Hilco. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 06/13/06 | Review appraisal report. | 0.6 | 620.00 | 372.00 |
| Curchack, Jonas | 06/19/06 | Prepare workfiles for Hilco appraisals. | 0.9 | 150.00 | 135.00 |
| Curchack, Jonas | 06/19/06 | Prepare workfiles for Hilco appraisals. | 1.0 | 150.00 | 150.00 |
| Curchack, Jonas | 06/20/06 | Prepare workfiles for Hilco appraisals. | 1.8 | 150.00 | 270.00 |
| Curchack, Jonas | 06/22/06 | Create Hilco appraisal summary spreadsheet. | 1.8 | 150.00 | 270.00 |
| Curchack, Jonas | 06/22/06 | Revise and update Loan Summary file with appraisal results. | 1.7 | 150.00 | 255.00 |
| Curchack, Jonas | 06/22/06 | Prepare workfiles for Hilco appraisals. | 1.5 | 150.00 | 225.00 |
| Kehl, Monty | 06/22/06 | Study additional appraisals received from Hilco. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 06/22/06 | Call with Hilco and financial advisors for First Trust Committee to discuss appraisals. | 0.9 | 620.00 | 558.00 |
| Reed, James | 06/22/06 | Meet with Hilco to discuss appraisal delivery. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 06/22/06 | Review of appraisals arrived to date. | 3.0 | 430.00 | 1,290.00 |
| Curchack, Jonas | 06/26/06 | Prepare workfiles for Hilco appraisals. | 1.0 | 150.00 | 150.00 |
| Curchack, Jonas | 06/26/06 | Update Hilco appraisal summary spreadsheets. | 1.1 | 150.00 | 165.00 |
| Curchack, Jonas | 06/27/06 | Prepare workfiles for Hilco appraisals. | 1.2 | 150.00 | 180.00 |
| Kehl, Monty | 06/27/06 | Participate in call with T. Haney (Hilco) to discuss status of appraisals and appraisals with loans requiring additional funding. | 0.9 | 620.00 | 558.00 |
| Curchack, Jonas | 06/28/06 | Prepare workfiles for Hilco appraisals. | 0.7 | 150.00 | 105.00 |
| Reed, James | 06/28/06 | Update appraisal sheet. | 3.0 | 430.00 | 1,290.00 |

**EXHIBIT 7**

USA Commercial Mortgage Company, et al.
Valuation Analyses / Appraisal
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Curchack, Jonas | 06/29/06 | Prepare workfiles for Hilco appraisals. | 0.9 | 150.00 | 135.00 |
| Reed, James | 06/29/06 | Update of Hilco summary. | 2.5 | 430.00 | 1,075.00 |
| | | **Total Valuation Analyses / Appraisal** | **34.1** | | **$ 11,343.00** |

**July 1, 2006 through July 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 07/03/06 | Review and update appraisal summary. | 0.5 | $ 430.00 | $ 215.00 |
| Kehl, Monty | 07/05/06 | Participate in call with Hilco to discuss progress of appraisals. | 0.6 | 620.00 | 372.00 |
| Cadwell, Kristin | 07/06/06 | Take new inventory of the appraisals outstanding. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/06/06 | Update Hilco appraisal summary sheet and enter appraisal amounts. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/07/06 | Update Hilco appraisal summary sheet and enter appraisal amounts. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 07/07/06 | Update loan summary sheet with appraisals received to date. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 07/07/06 | Update appraisal inventory sheet. | 0.5 | 190.00 | 95.00 |
| Allison, Tom | 07/10/06 | Participate in call with M. Kahn (Hilco) to discuss value of Rio Rancho loan. | 0.6 | 650.00 | 390.00 |
| Cadwell, Kristin | 07/10/06 | Send appraisals to M. Olson (USACM) per his request. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 07/10/06 | Update Hilco appraisal summary sheet and enter appraisal amounts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 07/10/06 | Update loan summary sheet with appraisals received to date. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 07/10/06 | Receive new appraisals, and update loan summary sheet. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 07/11/06 | Update loan summary sheet with appraisals received to date. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/11/06 | Update Hilco appraisal summary sheet and enter appraisal amounts. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/11/06 | Update Hilco appraisal summary sheet and enter appraisal amounts. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/11/06 | Create schedule of appraisals sent and outstanding to date. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 07/11/06 | Conduct inventory of appraisals received. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 07/12/06 | Send appraisals to M. Olson (USACM) per his request. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 07/12/06 | Update appraisal inventory sheet. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 07/12/06 | Update loan summary sheet with appraisals received to date. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 07/12/06 | Update Hilco appraisal schedule with newly received appraisals. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 07/13/06 | Update loan summary sheet with appraisals received to date. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 07/13/06 | Update Hilco appraisal schedule with newly received appraisals. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 07/13/06 | Update appraisal inventory sheet. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 07/14/06 | Receive new appraisals, and update loan summary sheet. | 2.5 | 190.00 | 475.00 |
| Allison, Tom | 07/17/06 | Discuss valuation for Ashby loans with M. Kahn (Hilco). | 1.9 | 650.00 | 1,235.00 |
| Cadwell, Kristin | 07/18/06 | Conduct inventory of appraisals received. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 07/18/06 | Receive new appraisals, and update loan summary sheet. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 07/19/06 | Update Hilco summary sheet. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 07/19/06 | Update loan summary sheet with appraisals received to date. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 07/19/06 | Discuss with Hilco regarding the status of Wasco appraisal. | 0.5 | 190.00 | 95.00 |
| Haftl, Michael | 07/20/06 | Review appraisals received to date. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 07/20/06 | Compile summary of appraisal amounts. | 3.5 | 530.00 | 1,855.00 |
| Nugent, James | 07/21/06 | Analyze and compare updated appraisals to appraisals performed at origination for loan for a select loan. | 0.5 | 620.00 | 310.00 |
| Haftl, Michael | 07/24/06 | Update appraisal summary. | 1.9 | 530.00 | 1,007.00 |
| McClellan, Christian | 07/24/06 | Update Loan Appraisal Summary with Hilco. | 3.6 | 190.00 | 684.00 |
| Haftl, Michael | 07/25/06 | Update appraisal summary. | 3.3 | 530.00 | 1,749.00 |
| Nugent, James | 07/25/06 | Analyze summary of appraisal reports and comparison of appraised values to principal loan amounts. | 0.4 | 620.00 | 248.00 |
| Reed, James | 07/25/06 | Review appraisal distribution log. | 1.0 | 430.00 | 430.00 |
| Haftl, Michael | 07/26/06 | Update appraisal summary. | 2.8 | 530.00 | 1,484.00 |
| McClellan, Christian | 07/26/06 | Update appraisal information with recently received Hilco reports. | 2.7 | 190.00 | 513.00 |
| McClellan, Christian | 07/26/06 | Continue to update appraisal information with recently received Hilco reports. | 2.6 | 190.00 | 494.00 |
| Reed, James | 07/26/06 | Review and update recovery analysis. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 07/26/06 | Review appraisal summary. | 1.0 | 430.00 | 430.00 |
| McClellan, Christian | 07/27/06 | Prepare appraisal information with recently received Hilco reports. | 3.4 | 190.00 | 646.00 |
| McClellan, Christian | 07/27/06 | Continue to prepare appraisal information with recently received Hilco reports. | 3.4 | 190.00 | 646.00 |
| Nugent, James | 07/27/06 | Analyze Hilco appraised values of underlying collateral for loans identified with potential additional funding requirements. | 0.6 | 620.00 | 372.00 |

EXHIBIT 7

USA Commercial Mortgage Company, et al.
Valuation Analyses / Appraisal
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Nugent, James | 07/27/06 | Analyze Hilco appraisal report for underlying collateral for a loan situation where borrower may have additional funding requirements. | 0.4 | 620.00 | 248.00 |
| Reed, James | 07/27/06 | Review appraisal information. | 1.0 | 430.00 | 430.00 |
| Haftl, Michael | 07/28/06 | Update appraisal summary. | 1.8 | 530.00 | 954.00 |
| McClellan, Christian | 07/28/06 | Update appraisal information with recently received Hilco reports. | 2.1 | 190.00 | 399.00 |
| Haftl, Michael | 07/31/06 | Update appraisal summary. | 2.1 | 530.00 | 1,113.00 |
| | | **Total Valuation Analyses / Appraisal** | **78.3** | | **$ 25,004.00** |

**August 1, 2006 through August 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 08/01/06 | Review loan detail and appraisal values for First Deed Trust. | 1.2 | $ 650.00 | $ 780.00 |
| Haftl, Michael | 08/01/06 | Review and summarize appraisals of properties. | 3.1 | 530.00 | 1,643.00 |
| Haftl, Michael | 08/01/06 | Analyze appraisal methods and discrepancies. | 1.7 | 530.00 | 901.00 |
| Haftl, Michael | 08/01/06 | Review appraisal dates to ensure current status. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 08/01/06 | Prepare for and discuss appraisals with T. Haney (Hilco). | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 08/02/06 | Update appraisal summary analysis. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 08/02/06 | Research various appraisal related questions. | 2.3 | 530.00 | 1,219.00 |
| Allison, Tom | 08/03/06 | Discuss appraisals related to loans, status of completion, and preliminary summary of values relative to outstanding principal and accrued interest with J. Nugent (MFIM). | 0.5 | 650.00 | 325.00 |
| Allison, Tom | 08/03/06 | Participate in call with M. Kahn (Hilco) and J. Nugent (MFIM) regarding appraisals related to loans, status of completion, and preliminary summary of values relative to outstanding balances. | 0.6 | 650.00 | 390.00 |
| Haftl, Michael | 08/03/06 | Update appraisal summary analysis. | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 08/03/06 | Review Stoneridge appraisal collateral. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 08/03/06 | Update appraisal summary analysis for senior debt. | 2.6 | 530.00 | 1,378.00 |
| Nugent, James | 08/03/06 | Discuss appraisals related to loans, status of completion, and preliminary summary of values relative to outstanding principal and accrued interest with T. Allison (MFIM). | 0.5 | 620.00 | 310.00 |
| Nugent, James | 08/03/06 | Participate in call with M. Kahn (Hilco) and T. Allison (MFIM) regarding appraisals related to loans, status of completion, and preliminary summary of values relative to outstanding balances. | 0.6 | 620.00 | 372.00 |
| Haftl, Michael | 08/07/06 | Reconcile appraisals provided to list requested. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 08/11/06 | Research open appraisal questions. | 1.3 | 530.00 | 689.00 |
| Haftl, Michael | 08/14/06 | Update appraisal summary analysis. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 08/15/06 | Respond to various requests for appraisals and review additional information provided by Hilco. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 08/16/06 | Review Brookmere appraisal. | 0.5 | 530.00 | 265.00 |
| Astik, Jigar | 08/21/06 | Analyze appraisals and organize based on appraisal name. | 1.0 | 240.00 | 240.00 |
| | | **Total Valuation Analyses / Appraisal** | **26.7** | | **$ 14,236.00** |

| | Hours | Fees |
|---|---|---|
| **Total Hours and Fees for Valuation Analysis / Appraisal from April 13, 2006 through March 12, 2007** | **158.5** | **$ 62,749.00** |

| | | |
|---|---|---|
| **USA Commercial Mortgage Company** | **100%** | **$ 62,749.00** |