# EXHIBIT E10

EXHIBIT E10

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **September 1, 2006 through September 30, 2006** | | | | | |
| Steele, Sarah | 09/19/06 | Instruct accounting team on servicing contract database. | 1.6 | $ 430.00 | $ 688.00 |
| Astik, Jigar | 09/21/06 | Analyze most recent loan monitoring analysis to determine any changes in principal payment forecast for liquidation analysis. | 0.9 | 240.00 | 216.00 |
| Astik, Jigar | 09/22/06 | Analyze loan service agreement for participants with last names ending in "Ha-Hg". | 3.9 | 240.00 | 936.00 |
| Astik, Jigar | 09/22/06 | Analyze loan service agreement for participants with last names ending in "Hg-Hy". | 3.5 | 240.00 | 840.00 |
| Astik, Jigar | 09/22/06 | Analyze loan service agreement for participants with last names beginning with "Ma-Mg". | 3.6 | 240.00 | 864.00 |
| Steele, Sarah | 09/22/06 | Meet with L. Weese (USACM) regarding loan servicing contract project. | 1.1 | 430.00 | 473.00 |
| Astik, Jigar | 09/23/06 | Analyze loan service agreement for participants with last names beginning with "Ka-Ke". | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 09/23/06 | Continue to analyze loan service agreement for participants with last names beginning with "Ka-Ke". | 1.9 | 240.00 | 456.00 |
| Astik, Jigar | 09/23/06 | Analyze loan service agreement for participants with last names beginning with "Ke-Ky". | 2.9 | 240.00 | 696.00 |
| Astik, Jigar | 09/23/06 | Analyze loan service agreement for participants with last names beginning with "Ma-Mi". | 2.3 | 240.00 | 552.00 |
| Astik, Jigar | 09/23/06 | Continue to analyze loan service agreement for participants with last names beginning with "Ma-Mi". | 1.7 | 240.00 | 408.00 |
| Astik, Jigar | 09/24/06 | Analyze loan service agreement for participants with last names beginning with "Mi-My". | 3.8 | 240.00 | 912.00 |
| Astik, Jigar | 09/24/06 | Prepare and produce scanned document for participants with names ending in "G". | 3.6 | 240.00 | 864.00 |
| Astik, Jigar | 09/24/06 | Prepare and produce scanned document for participants with names ending in "C". | 2.9 | 240.00 | 696.00 |
| Astik, Jigar | 09/24/06 | Prepare and produce scanned document for participants with names ending in "B". | 3.9 | 240.00 | 936.00 |
| Astik, Jigar | 09/24/06 | Prepare and produce scanned document for participants with names ending in "O". | 1.8 | 240.00 | 432.00 |
| Astik, Jigar | 09/24/06 | Continue to prepare and produce scanned document for participants with names ending in "O". | 2.2 | 240.00 | 528.00 |
| Steele, Sarah | 09/24/06 | Instruct staff on loan servicing contract project. | 0.5 | 430.00 | 215.00 |
| Astik, Jigar | 09/25/06 | Prepare and produce scanned document for participants with names ending in "L". | 1.9 | 240.00 | 456.00 |
| Astik, Jigar | 09/25/06 | Continue to prepare and produce scanned document for participants with names ending in "L". | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 09/25/06 | Prepare and produce scanned document for participants with names ending in "J". | 2.2 | 240.00 | 528.00 |
| Astik, Jigar | 09/25/06 | Continue to prepare and produce scanned document for participants with names ending in "J". | 1.8 | 240.00 | 432.00 |
| Astik, Jigar | 09/25/06 | Prepare and produce scanned document for participants with names ending in "K". | 1.1 | 240.00 | 264.00 |
| Cadwell, Kristin | 09/25/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 2.8 | 190.00 | 532.00 |
| Cadwell, Kristin | 09/25/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 2.9 | 190.00 | 551.00 |
| Cadwell, Kristin | 09/25/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 09/25/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 2.3 | 190.00 | 437.00 |
| McClellan, Christian | 09/25/06 | Research current participation, sort, and number Loan Servicing Agreements H-Ha. | 3.4 | 190.00 | 646.00 |
| McClellan, Christian | 09/25/06 | Research current participation, sort, and number Loan Servicing Agreements Ha-He. | 3.3 | 190.00 | 627.00 |
| Smith, Susan | 09/25/06 | Organize team to review Loan Service Agreement's for bidder. | 0.5 | 590.00 | 295.00 |
| Astik, Jigar | 09/26/06 | Prepare and produce scanned document for participants with names ending in "D". | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 09/26/06 | Continue to prepare and produce scanned document for participants with names ending in "D". | 1.9 | 240.00 | 456.00 |
| Astik, Jigar | 09/26/06 | Prepare and produce loan servicing model electronic file for external distribution. | 2.2 | 240.00 | 528.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Astik, Jigar | 09/26/06 | Continue to prepare and produce loan servicing model electronic file for external distribution. | 1.8 | 240.00 | 432.00 |
| Astik, Jigar | 09/26/06 | Update and analyze loan servicing model electronic. | 2.2 | 240.00 | 528.00 |
| Astik, Jigar | 09/26/06 | Prepare and produce loan servicing model to monitor Loan Servicing Agreement analysis. | 3.8 | 240.00 | 912.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "D" and enter them into current investor spreadsheet. | 2.4 | 190.00 | 456.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "L" and enter them into current investor spreadsheet. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "L" and enter them into current investor spreadsheet. | 2.5 | 190.00 | 475.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "L" and enter them into current investor spreadsheet. | 1.9 | 190.00 | 361.00 |
| Cadwell, Kristin | 09/26/06 | Research and identify individual service fees for Investors whose last name begins with "L" and enter them into current investor spreadsheet. | 2.0 | 190.00 | 380.00 |
| McClellan, Christian | 09/26/06 | Research current participation, sort, and number Loan Servicing Agreements He-Hi. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 09/26/06 | Research current participation, sort, and number Loan Servicing Agreements Hi-Hu. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 09/26/06 | Research current participation, sort, and number Loan Servicing Agreements beginning with "M". | 3.9 | 190.00 | 741.00 |
| Reed, James | 09/26/06 | Review and manage Loan Service Agreement copying process. | 2.0 | 430.00 | 860.00 |
| Steele, Sarah | 09/26/06 | Review progress of loan servicing contract project. | 0.3 | 430.00 | 129.00 |
| Cadwell, Kristin | 09/27/06 | Research and identify individual service fees for Investors whose last name begins with "M" and enter them into current investor spreadsheet. | 2.3 | 190.00 | 437.00 |
| Cadwell, Kristin | 09/27/06 | Research and identify individual service fees for Investors whose last name begins with "M" and enter them into current investor spreadsheet. | 2.7 | 190.00 | 513.00 |
| Cadwell, Kristin | 09/27/06 | Research and identify individual service fees for Investors whose last name begins with "M" and enter them into current investor spreadsheet. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 09/27/06 | Copy Loan Servicing Agreements for investors with the last name beginning with "M" to be given to potential purchaser of the portfolio. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 09/27/06 | Copy Loan Servicing Agreements for investors with the last name beginning with "M" to be given to potential purchaser of the portfolio. | 1.9 | 190.00 | 361.00 |
| McClellan, Christian | 09/27/06 | Research current participation, sort, and number Loan Servicing Agreements beginning with "M". | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 09/27/06 | Research current participation, sort, and number Loan Servicing Agreements beginning with "Mc". | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 09/27/06 | Sort and scan Loan Servicing Agreements. | 3.9 | 190.00 | 741.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Z" into individual files and file by loan. | 2.7 | 190.00 | 513.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Z" into individual files and file by loan. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Z" into individual files and file by loan. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Z" into individual files and file by loan. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "X" into individual files and file by loan. | 0.2 | 190.00 | 38.00 |
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Y" into individual files and file by loan. | 1.0 | 190.00 | 190.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cadwell, Kristin | 09/28/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a 'Y' into individual files and file by loan. | 1.3 | 190.00 | 247.00 |
| Grancher, Matthew | 09/28/06 | Review procedures for Loan Service Agreement extraction and classification. | 0.7 | 290.00 | 203.00 |
| Grancher, Matthew | 09/28/06 | Extract and classify Loan Servicing Agreements beginning with the last name beginning with "U". | 3.2 | 290.00 | 928.00 |
| McClellan, Christian | 09/28/06 | Research current participation, extraction and loan by loan classification for Investors "Z". | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 09/28/06 | Instruct individuals in extraction and loan by loan classification. | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 09/28/06 | Create log to track, and monitor team progress on Loan Servicing Agreement extraction and classification. | 2.7 | 190.00 | 513.00 |
| Moeri, Nathan | 09/28/06 | Participate in conference call with USA Capital Team to discuss the scope of the Loan Service Agreement sorting project. | 0.7 | 290.00 | 203.00 |
| Montague, Kathleen | 09/28/06 | Analyze the methodology to successfully organize Loan Service Agreement's. | 0.5 | 190.00 | 95.00 |
| Reed, James | 09/28/06 | Review of Loan Service Agreement procurement process. | 2.0 | 430.00 | 860.00 |
| Astik, Jigar | 09/29/06 | Prepare and produce scanned document for participants with names ending in "V". | 3.5 | 240.00 | 840.00 |
| Astik, Jigar | 09/29/06 | Prepare and produce scanned document for participants with names ending in "V". | 2.2 | 240.00 | 528.00 |
| Astik, Jigar | 09/29/06 | Update and analyze loan servicing model electronic | 2.7 | 240.00 | 648.00 |
| Astik, Jigar | 09/29/06 | Update and verify loan servicing agreement information. | 0.4 | 240.00 | 96.00 |
| Cadwell, Kristin | 09/29/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "Y" into individual files and file by loan. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 09/29/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "W" into individual files and file by loan. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 09/29/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "W" into individual files and file by loan. | 1.2 | 190.00 | 228.00 |
| Conte, Joseph | 09/29/06 | Draft workplan in preparation for analysis of the Loan Service Agreement's. | 0.2 | 430.00 | 86.00 |
| Grancher, Matthew | 09/29/06 | Extract and classify Loan Servicing Agreements for last names beginning with "I, O, Q". | 2.5 | 290.00 | 725.00 |
| Grancher, Matthew | 09/29/06 | Extract and classify Loan Servicing Agreements for last names beginning with "E". | 3.1 | 290.00 | 899.00 |
| Grancher, Matthew | 09/29/06 | Extract and classify Loan Servicing Agreements for last names beginning with "J". | 2.9 | 290.00 | 841.00 |
| McClellan, Christian | 09/29/06 | Upload and divide bulk Loan Service Agreement files to Server for classification. | 1.1 | 190.00 | 209.00 |
| McClellan, Christian | 09/29/06 | Disseminate bulk files for extraction and classification to team. | 3.3 | 190.00 | 627.00 |
| McClellan, Christian | 09/29/06 | Research current participation, extraction and loan by loan classification for Investors names beginning with "V". | 3.6 | 190.00 | 684.00 |
| Moeri, Nathan | 09/29/06 | Assemble and organize active Loan Servicing Agreements by loan for legal vesting names beginning with "N'. | 3.0 | 290.00 | 870.00 |
| Moeri, Nathan | 09/29/06 | Assemble and organize active Loan Servicing Agreements by loan for legal vesting names beginning with "A". | 3.0 | 290.00 | 870.00 |
| Moeri, Nathan | 09/29/06 | Assemble and organize active Loan Servicing Agreements by loan for legal vesting names beginning with "A" and "F". | 3.0 | 290.00 | 870.00 |
| Montague, Kathleen | 09/29/06 | Extract documents with last names that began with "T". | 2.4 | 190.00 | 456.00 |
| Reed, James | 09/29/06 | Participate in meeting with Company management concerning Loan Service Agreement transfer process. | 0.5 | 430.00 | 215.00 |
| Velasco, Jin | 09/29/06 | Obtain initial guidance regarding Loan Service Agreement work to be performed. | 0.5 | 150.00 | 75.00 |
| Bauck, Lyle | 09/30/06 | Obtain and review Loan Servicing Agreements of Investors with last name starting with "G" for potential purchaser request. | 1.3 | 290.00 | 377.00 |
| Bauck, Lyle | 09/30/06 | Create and prepare master file list for all Loans Servicing Agreements related to investors with last names starting with "G" for potential purchaser request. | 3.1 | 290.00 | 899.00 |
| Beserra, Rebecca | 09/30/06 | Participate in conference regarding next actions steps for Loan Service Agreement extraction and classification. | 0.4 | 150.00 | 60.00 |
| Beserra, Rebecca | 09/30/06 | Extract and classify Loan Service Agreements section "C-2". | 3.3 | 150.00 | 495.00 |
| Beserra, Rebecca | 09/30/06 | Continue to extract and classify Loan Service Agreements section "C-2". | 3.3 | 150.00 | 495.00 |
| Cadwell, Kristin | 09/30/06 | Participate with all MFIM professionals working on the USACM case in status update call with regards to our progress on the Loan Servicing Agreements. | 1.7 | 190.00 | 323.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cadwell, Kristin | 09/30/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "W" into individual files and file by loan. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 09/30/06 | Extract and organize Loan Servicing Agreements for Investors whose last name begins with a "W" into individual files and file by loan. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 09/30/06 | Continue to extract and organize Loan Servicing Agreements for Investors whose last name begins with a "M" into individual files and file by loan. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 09/30/06 | Continue to extract and organize Loan Servicing Agreements for Investors whose last name begins with a "M" into individual files and file by loan. | 1.4 | 190.00 | 266.00 |
| Chemtob, Victor | 09/30/06 | Review and extract Loan Service Agreement document "L-1". | 1.8 | 290.00 | 522.00 |
| Chemtob, Victor | 09/30/06 | Organize and file extracted Loan Service Agreement documents for file "L-1". | 1.3 | 290.00 | 377.00 |
| Conte, Joseph | 09/30/06 | Extract and create independent files for Loan Service Agreement's for the letters "Cab-Car". | 1.8 | 430.00 | 774.00 |
| Conte, Joseph | 09/30/06 | Create master database with all Loan Service Agreement's saved as individual files. | 1.6 | 430.00 | 688.00 |
| Conte, Joseph | 09/30/06 | Assign electronic copies of individual Loan Service Agreement's to appropriate Loan File folders for "Cab-Car". | 1.1 | 430.00 | 473.00 |
| Faiella, Lindsay | 09/30/06 | Extract 170 loan service agreements from one collective file. | 3.1 | 190.00 | 589.00 |
| Faiella, Lindsay | 09/30/06 | Review 170 loan service agreements to determine the investor's legal vesting name. | 2.9 | 190.00 | 551.00 |
| Faiella, Lindsay | 09/30/06 | Review 170 loan service agreements to determine the corresponding account ID. | 3.4 | 190.00 | 646.00 |
| Faiella, Lindsay | 09/30/06 | Review 170 loan service agreements to determine the corresponding client ID. | 2.7 | 190.00 | 513.00 |
| Faiella, Lindsay | 09/30/06 | Determine the corresponding loan or loans for 170 loan service agreements. | 2.3 | 190.00 | 437.00 |
| Fillip, Kasey | 09/30/06 | Prepare summary of Direct Lenders loan servicing contracts for last name "Ma-Mc". | 2.2 | 330.00 | 726.00 |
| Fillip, Kasey | 09/30/06 | Prepare summary of Direct Lenders loan servicing contracts for last name "Mc-Mi". | 2.1 | 330.00 | 693.00 |
| Fillip, Kasey | 09/30/06 | Prepare summary of Direct Lenders loan servicing contracts for last name "Mi-My". | 2.0 | 330.00 | 660.00 |
| Grancher, Matthew | 09/30/06 | Extract Loan Servicing Agreements for last names beginning with "K". | 2.0 | 290.00 | 580.00 |
| Grancher, Matthew | 09/30/06 | Classify Loan Servicing Agreements for last names beginning with "K". | 3.1 | 290.00 | 899.00 |
| Guerrero, Adolfo | 09/30/06 | Extract Loan Service Agreements from master file for names beginning with the letter "R". | 3.2 | 330.00 | 1,056.00 |
| King, Vincent | 09/30/06 | Review and extract section "M-1" of loan documents. | 2.4 | 330.00 | 792.00 |
| King, Vincent | 09/30/06 | Review and extract section "M-1" of loan documents. | 2.6 | 330.00 | 858.00 |
| McClellan, Christian | 09/30/06 | Prepare for and assist in conducting conference call familiarizing team with extraction and classification. | 1.2 | 190.00 | 228.00 |
| McClellan, Christian | 09/30/06 | Disseminate bulk files for extraction and classification to team. | 2.9 | 190.00 | 551.00 |
| McClellan, Christian | 09/30/06 | Update log to track, and monitor team progress on Loan Servicing Agreement extraction and classification. | 2.3 | 190.00 | 437.00 |
| McClellan, Christian | 09/30/06 | Research current participation, extraction and loan by loan classification for Investors for "V". | 3.3 | 190.00 | 627.00 |
| Moeri, Nathan | 09/30/06 | Assemble and organize active Loan Servicing Agreements by loan for legal vesting names beginning with "F". | 2.0 | 290.00 | 580.00 |
| Moeri, Nathan | 09/30/06 | Assemble and organize active Loan Servicing Agreements by loan for legal vesting names beginning with "F". | 1.9 | 290.00 | 551.00 |
| Montague, Kathleen | 09/30/06 | Extract and sort documents with last names that began with "T". | 0.9 | 190.00 | 171.00 |
| Montague, Kathleen | 09/30/06 | Organize and sort documents with last names that began with "T". | 0.8 | 190.00 | 152.00 |
| Reed, James | 09/30/06 | Participate in call with staff to explain and review process for Loan Service Agreement organization. | 2.0 | 430.00 | 860.00 |
| Reed, James | 09/30/06 | Coordinate and manage Loan Service Agreement organization process. | 3.0 | 430.00 | 1,290.00 |
| Velasco, Jin | 09/30/06 | Participate on conference call regarding procedures for Loan Service Agreement review and classification. | 0.5 | 150.00 | 75.00 |
| Velasco, Jin | 09/30/06 | Extract and classify Loan Servicing Agreements for last names beginning with "H-1". | 2.9 | 150.00 | 435.00 |
| Velasco, Jin | 09/30/06 | Continue - extract and classify Loan Servicing Agreements for last names beginning with "H-1". | 2.9 | 150.00 | 435.00 |
| Velasco, Jin | 09/30/06 | Finish - extract and classify Loan Servicing Agreements for last names beginning with "H-1". | 2.9 | 150.00 | 435.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | **Total LSA - Document Review, Extraction and Loan by Loan Classification** | **289.7** | | **$ 68,358.00** |
| **October 1, 2006 through October 31, 2006** | | | | | |
| Astik, Jigar | 10/01/06 | Prepare and produce scanned document for participants with names ending in "D". | 3.4 | $ 240.00 | $ 816.00 |
| Astik, Jigar | 10/01/06 | Prepare and produce loan servicing model electronic file for external distribution. | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 10/01/06 | Update and analyze loan servicing model electronic. | 2.2 | 240.00 | 528.00 |
| Astik, Jigar | 10/01/06 | Prepare and produce loan servicing model to monitor loan servicing agreement analysis. | 2.3 | 240.00 | 552.00 |
| Bauck, Lyle | 10/01/06 | Extract and classify loans with last names starting with 'G' and organize their respective Loan Servicing Agreement. | 3.4 | 290.00 | 986.00 |
| Bauck, Lyle | 10/01/06 | Organize and review Loan Servicing Agreements of Investors with last name starting with "Si through So". | 0.9 | 290.00 | 261.00 |
| Bauck, Lyle | 10/01/06 | Create and prepare master file list for all Loans Servicing Agreements related to investors with last names starting with "Si through So". | 2.1 | 290.00 | 609.00 |
| Bauck, Lyle | 10/01/06 | Extract and classify loans with last names starting with 'Si' to 'So' and organize their respective Loan Servicing Agreement. | 2.5 | 290.00 | 725.00 |
| Beserra, Rebecca | 10/01/06 | Extract and classify Loan Service Agreements section "C-2". | 3.9 | 150.00 | 585.00 |
| Beserra, Rebecca | 10/01/06 | Extract and classify Loan Service Agreements section "S-5". | 2.3 | 150.00 | 345.00 |
| Cadwell, Kristin | 10/01/06 | Continue to extract and organize loan servicing agreements for investors whose last name begins with "M" into individual files and file by loan. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 10/01/06 | Continue to extract and organize loan servicing agreements for investors whose last name begins with "M" into individual files and file by loan. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 10/01/06 | Continue to extract and organize loan servicing agreements for investors whose last name begins with "M" into individual files and file by loan. | 2.5 | 190.00 | 475.00 |
| Cadwell, Kristin | 10/01/06 | Continue to file loan servicing agreements by loan. | 0.3 | 190.00 | 57.00 |
| Cadwell, Kristin | 10/01/06 | Continue to extract and organize loan servicing agreements for investors whose last name begins with "M" into individual files and file by loan. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 10/01/06 | Continue to extract and organize loan servicing agreements for investors whose last name begins with "M" into individual files and file by loan. | 0.7 | 190.00 | 133.00 |
| Chemtob, Victor | 10/01/06 | Input organized files onto "T" drive based for file "L-1". | 2.2 | 290.00 | 638.00 |
| Conte, Joseph | 10/01/06 | Extract and create independent files for Loan Service Agreement's for the letters "Cav-Chap". | 1.8 | 430.00 | 774.00 |
| Conte, Joseph | 10/01/06 | Extract and create independent files for Loan Service Agreement's for the letters "Chap-Chri". | 2.3 | 430.00 | 989.00 |
| Conte, Joseph | 10/01/06 | Assign electronic copies of individual Loan Service Agreement's to appropriate Loan File folders for "Cav-Chap". | 0.8 | 430.00 | 344.00 |
| Conte, Joseph | 10/01/06 | Assign electronic copies of individual Loan Service Agreement's to appropriate Loan File folders for "Chap-Chri". | 1.1 | 430.00 | 473.00 |
| Conte, Joseph | 10/01/06 | Update Master database with all Loan Service Agreement's saved as individual files. | 1.2 | 430.00 | 516.00 |
| Franco, Shoshana | 10/01/06 | Extract and classify Loan Service Agreements by investor for investors with last names beginning with "L". | 3.1 | 150.00 | 465.00 |
| Franco, Shoshana | 10/01/06 | Extract Loan Service Agreements by investor for investors with last names beginning with "S" into smaller groups. | 0.9 | 150.00 | 135.00 |
| Grancher, Matthew | 10/01/06 | Review, extract and classify Loan Service Agreements with loans names ranging with the letter "P". | 2.3 | 290.00 | 667.00 |
| Grancher, Matthew | 10/01/06 | Review, extract and classify Loan Service Agreements with loans names ranging with the letter "P". | 3.8 | 290.00 | 1,102.00 |
| Guerrero, Adolfo | 10/01/06 | Review, extract and classify Loan Service Agreements with loan names ranging from "Raf - Red". | 3.1 | 330.00 | 1,023.00 |
| Guerrero, Adolfo | 10/01/06 | Review, extract and classify Loan Service Agreements with loan names ranging from "Ree - Rie". | 3.1 | 330.00 | 1,023.00 |
| Guerrero, Adolfo | 10/01/06 | Review, extract and classify Loan Service Agreements with loan names ranging from "Rif - Rol". | 3.1 | 330.00 | 1,023.00 |
| Guerrero, Adolfo | 10/01/06 | Review, extract and classify Loan Service Agreements with loan names ranging from "Rom - Ryb". | 2.9 | 330.00 | 957.00 |
| King, Vincent | 10/01/06 | Review and extract section "M-1" of loan documents. | 2.8 | 330.00 | 924.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| King, Vincent | 10/01/06 | Review and extract section "M-1" of loan documents. | 2.9 | 330.00 | 957.00 |
| King, Vincent | 10/01/06 | Review and extract section "M-1" of loan documents. | 2.6 | 330.00 | 858.00 |
| McClellan, Christian | 10/01/06 | Update log to track, and monitor team progress on Loan Servicing Agreement extraction and classification. | 2.5 | 190.00 | 475.00 |
| McClellan, Christian | 10/01/06 | Upload Loan Servicing Agreements for distribution to Stalking Horse Bidder and other bidders. | 2.8 | 190.00 | 532.00 |
| Montague, Kathleen | 10/01/06 | Extract Loan Service Agreements with last names that begin with "B". | 3.1 | 190.00 | 589.00 |
| Montague, Kathleen | 10/01/06 | Organize and sort Loan Service Agreements with last names that began with "B". | 2.5 | 190.00 | 475.00 |
| Montague, Kathleen | 10/01/06 | Organize the compiled list of all Loan Service Agreement's names. | 1.7 | 190.00 | 323.00 |
| Reed, James | 10/01/06 | Coordinate and manage Loan Service Agreement organization process. | 2.9 | 430.00 | 1,247.00 |
| Velasco, Jin | 10/01/06 | Extract and sort Loan Service Agreements by investor for investor group "S-4". | 3.3 | 150.00 | 495.00 |
| Velasco, Jin | 10/01/06 | Continue to extract and sort Loan Service Agreements by investor for group "S-4". | 3.1 | 150.00 | 465.00 |
| Velasco, Jin | 10/01/06 | Continue to extract and sort Loan Service Agreements by investor for group "S-4". | 2.2 | 150.00 | 330.00 |
| Vidal, Adriana | 10/01/06 | Extract and classify Loan Service Agreements by investor for investors with last names beginning with "B". | 3.9 | 490.00 | 1,911.00 |
| Vidal, Adriana | 10/01/06 | Rename individual Loan Service Agreement files by investor name, last names starting with "B". | 3.6 | 490.00 | 1,764.00 |
| Vidal, Adriana | 10/01/06 | File renamed individual Loan Service Agreement files by loan name, last names starting with "B". | 3.7 | 490.00 | 1,813.00 |
| Wooley, Erin | 10/01/06 | Extract Loan Servicing Agreements for Direct Lenders in the "S-1" category. | 2.7 | 330.00 | 891.00 |
| Wooley, Erin | 10/01/06 | Reconcile the Loan Servicing Agreements, in the "S-1" category, with the Current Investor report to determine which loans the Direct Lenders are in. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 10/01/06 | Continue to reconcile the Loan Servicing Agreements, in the "S-1" category, with the Current Investor report to determine which loans the Direct Lenders are invested. | 2.1 | 330.00 | 693.00 |
| Wooley, Erin | 10/01/06 | Prepare a copy of each Loan Servicing Agreement in the "S-1" category and place into the respective Loan folder. | 3.3 | 330.00 | 1,089.00 |
| Wooley, Erin | 10/01/06 | Continue to prepare a copy of each Loan Servicing Agreement in the "S-1" category and place into the respective loan folder. | 2.6 | 330.00 | 858.00 |
| Bauck, Lyle | 10/02/06 | Organize loans starting with "Si through So" to their respective Loan Servicing Agreement. | 2.2 | 290.00 | 638.00 |
| Beserra, Rebecca | 10/02/06 | Upload Loan Service Agreements to shared drive for group "S-5". | 1.6 | 150.00 | 240.00 |
| Beserra, Rebecca | 10/02/06 | Upload Loan Service Agreements to shared drive for group "C-2". | 2.2 | 150.00 | 330.00 |
| Cadwell, Kristin | 10/02/06 | Continue to file Loan Serving Agreements by loan. | 2.1 | 190.00 | 399.00 |
| Cadwell, Kristin | 10/02/06 | Continue to file Loan Serving Agreements by loan. | 2.7 | 190.00 | 513.00 |
| Cadwell, Kristin | 10/02/06 | Obtain and log investor inquiries from company mailbox for research and response. | 1.6 | 190.00 | 304.00 |
| Conte, Joseph | 10/02/06 | Upload "Cab-Car" Loan Service Agreements to shared drive. | 0.9 | 430.00 | 387.00 |
| Conte, Joseph | 10/02/06 | Upload "Cav-Chap" Loan Service Agreements to shared drive. | 1.4 | 430.00 | 602.00 |
| Conte, Joseph | 10/02/06 | Upload "Chap-Chri" Loan Service Agreements to shared drive. | 1.2 | 430.00 | 516.00 |
| Fasel, Bill | 10/02/06 | Review Loan Service Agreement analyses and information compiled to-date (SP Diligence Process). | 1.5 | 620.00 | 930.00 |
| Grancher, Matthew | 10/02/06 | Extract and classify Loan Service Agreements. | 2.4 | 290.00 | 696.00 |
| Guerrero, Adolfo | 10/02/06 | Organize and upload Loan Service Agreement categorized by loan type. | 2.2 | 330.00 | 726.00 |
| Guerrero, Adolfo | 10/02/06 | Continue to organize and upload Loan Service Agreement categorized by loan type. | 2.2 | 330.00 | 726.00 |
| King, Vincent | 10/02/06 | Review and extract section "M-1" of Loan Service Agreements. | 1.6 | 330.00 | 528.00 |
| King, Vincent | 10/02/06 | Review and extract section "M-1" of Loan Service Agreements. | 2.1 | 330.00 | 693.00 |
| McClellan, Christian | 10/02/06 | Update log to track, and monitor team progress on Loan Servicing Agreement extraction and classification. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 10/02/06 | Upload Loan Servicing Agreements for distribution to Stalking Horse Bidder and other bidders. | 3.9 | 190.00 | 741.00 |
| Moeri, Nathan | 10/02/06 | Assemble and organize active Loan Service Agreements by loan for legal vesting names beginning with "B". | 1.3 | 290.00 | 377.00 |
| Montague, Kathleen | 10/02/06 | Organize the filed Loan Service Agreements with the last name "W". | 2.1 | 190.00 | 399.00 |
| Montague, Kathleen | 10/02/06 | Organize the filed Loan Service Agreements with the last name "M". | 3.4 | 190.00 | 646.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 10/02/06 | Participate in meeting with Company management concerning Loan Service Agreement transfer process. | 1.0 | 430.00 | 430.00 |
| Reed, James | 10/02/06 | Participate in meeting with Company management concerning missing Loan Service Agreements. | 0.9 | 430.00 | 387.00 |
| Vidal, Adriana | 10/02/06 | Identify and break out of loan servicing agreements by investor for investors with last names starting with "H". | 2.3 | 490.00 | 1,127.00 |
| Vidal, Adriana | 10/02/06 | Rename individual loan servicing agreements files by investor name, last names starting with "H". | 2.7 | 490.00 | 1,323.00 |
| Vidal, Adriana | 10/02/06 | File renamed individual loan servicing agreement files by loan name, last names starting with "H". | 2.4 | 490.00 | 1,176.00 |
| Karki, Vera | 10/03/06 | Compile Loan Service Agreements into master file and respective folders. | 2.9 | 150.00 | 435.00 |
| Karki, Vera | 10/03/06 | Continue to compile Loan Service Agreements into master file and respective folders. | 2.1 | 150.00 | 315.00 |
| Tan, Ching Wei | 10/03/06 | Coordinate compilation of Loan Servicing Agreements into master file and respective loan folders for Reed Smith LLP and Stalking Horse Bidder. | 1.7 | 490.00 | 833.00 |
| Reed, James | 10/05/06 | Review Loan Service Agreement compilation and categorization. | 1.0 | 430.00 | 430.00 |
| Reed, James | 10/05/06 | Participate in call with Counsel and potential bidder regarding Loan Service Agreements. | 1.5 | 430.00 | 645.00 |
| McClellan, Christian | 10/09/06 | Address inconsistencies in Loan Service Agreement log and document files. | 1.6 | 190.00 | 304.00 |
| McClellan, Christian | 10/10/06 | Address inconsistencies in Loan Service Agreement log and document files. | 2.9 | 190.00 | 551.00 |
| Reed, James | 10/10/06 | Review Loan Service Agreement log. | 1.2 | 430.00 | 516.00 |
| Tan, Ching Wei | 10/10/06 | Coordinate compilation of Loan Servicing Agreements for Capital Crossing Bank and Buchanan Ingersoll & Rooney PC. | 1.8 | 490.00 | 882.00 |
| Bauck, Lyle | 10/13/06 | Obtain and review Fertitta Enterprises Loan Servicing Agreement. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 10/13/06 | Obtain and review Fertitta Enterprises Power of Attorney Agreement. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 10/13/06 | Obtain and review Daniel Tabas Loan Servicing Agreement. | 0.3 | 290.00 | 87.00 |
| Bauck, Lyle | 10/13/06 | Obtain and review Daniel Tabas Power of Attorney Agreement. | 0.3 | 290.00 | 87.00 |
| Bauck, Lyle | 10/13/06 | Obtain and review the Diversified Fund Loan Servicing Agreement. | 0.3 | 290.00 | 87.00 |
| McClellan, Christian | 10/13/06 | Address inconsistencies in Loan Service Agreement log and document files. | 1.3 | 190.00 | 247.00 |
| McClellan, Christian | 10/16/06 | Address inconsistencies in Loan Service Agreement log and document files. | 3.7 | 190.00 | 703.00 |
| McClellan, Christian | 10/16/06 | Create sampling analysis and delivering representative Loan Service Agreements to potential bidders. | 1.2 | 190.00 | 228.00 |
| McClellan, Christian | 10/27/06 | Address inconsistencies in Loan Service Agreement log and document files. | 2.9 | 190.00 | 551.00 |
| Koe, Robert | 10/30/06 | Review Loan Service Agreement. | 1.1 | 650.00 | 715.00 |
| | | **Total LSA - Document Review, Extraction and Loan by Loan Classification** | **202.0** | | **$ 58,503.00** |

**November 1, 2006 through November 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| McClellan, Christian | 11/07/06 | Research and review Loan Service Agreements in regarding Colt Gateway. | 2.3 | $ 190.00 | $ 437.00 |
| McClellan, Christian | 11/07/06 | Create Loan Service Agreement Investment pairing analysis. | 3.7 | 190.00 | 703.00 |
| McClellan, Christian | 11/08/06 | Create Loan Service Agreement Investment pairing analysis. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/08/06 | Update Loan Service Agreements Investment pairing analysis (A-B). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/09/06 | Update Loan Service Agreements Investment pairing analysis (C). | 3.3 | 190.00 | 627.00 |
| McClellan, Christian | 11/09/06 | Update Loan Service Agreements Investment pairing analysis (D-E). | 3.9 | 190.00 | 741.00 |
| Reed, James | 11/09/06 | Prepare and provide Loan Service Agreement detail to potential bidder. | 0.8 | 430.00 | 344.00 |
| McClellan, Christian | 11/13/06 | Update Loan Service Agreements Investment pairing analysis (F-G). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/13/06 | Update Loan Service Agreements Investment pairing analysis (H). | 3.8 | 190.00 | 722.00 |
| Reed, James | 11/13/06 | Participate in call with potential bidder related to Loan Service Agreement interpretation. | 0.9 | 430.00 | 387.00 |
| McClellan, Christian | 11/14/06 | Update Loan Service Agreement Investment pairing analysis (I-J). | 3.9 | 190.00 | 741.00 |
| Reed, James | 11/14/06 | Review and management of Loan Service Agreement reconciliation process. | 1.2 | 430.00 | 516.00 |
| McClellan, Christian | 11/15/06 | Update Loan Service Agreements Investment pairing analysis (K). | 3.9 | 190.00 | 741.00 |

**EXHIBIT E10**

USA Commercial Mortgage Company, et al.
LSA - Document Review, Extraction and Loan by Loan Classification
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| McClellan, Christian | 11/15/06 | Update Loan Service Agreements Investment pairing analysis (L). | 3.0 | 190.00 | 570.00 |
| McClellan, Christian | 11/16/06 | Update Loan Service Agreements Investment pairing analysis (M 1). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/16/06 | Update Loan Service Agreements Investment pairing analysis (N). | 1.9 | 190.00 | 361.00 |
| McClellan, Christian | 11/20/06 | Update Loan Service Agreements Investment pairing analysis (O). | 3.7 | 190.00 | 703.00 |
| Steele, Sarah | 11/20/06 | Instruct staff on pre-petition and post petition service fee analysis after reviewing files necessary to complete analysis. | 0.8 | 430.00 | 344.00 |
| McClellan, Christian | 11/21/06 | Update Loan Service Agreements Investment pairing analysis (P). | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 11/22/06 | Update Loan Service Agreements Investment pairing analysis (Q). | 2.1 | 190.00 | 399.00 |
| McClellan, Christian | 11/22/06 | Update Loan Service Agreements Investment pairing analysis (R 1). | 3.1 | 190.00 | 589.00 |
| Cadwell, Kristin | 11/27/06 | Verify correct service fee amounts by locating investor Loan Servicing Agreements and recording all service fee amounts. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 11/27/06 | Continue pulling Loan Servicing Agreements by investor and verifying service fee amounts for each Loan Servicing Agreement. | 0.5 | 190.00 | 95.00 |
| McClellan, Christian | 11/27/06 | Update Loan Service Agreement Investment pairing analysis (R 2). | 2.6 | 190.00 | 494.00 |
| McClellan, Christian | 11/27/06 | Update Loan Service Agreements Investment pairing analysis (S). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/27/06 | Update Loan Service Agreements Investment pairing analysis (T). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/27/06 | Update Loan Service Agreements Investment pairing analysis (U-Z). | 2.3 | 190.00 | 437.00 |
| Reed, James | 11/27/06 | Review Loan Service Agreement reconciliation process. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 11/27/06 | Review Loan Service Agreements file issues. | 0.3 | 590.00 | 177.00 |
| McClellan, Christian | 11/28/06 | Repair corporation names in Loan Service Agreement investment pairing analysis. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 11/28/06 | Finalize Loan Service Agreement investment pairing analysis. | 2.1 | 190.00 | 399.00 |
| Reed, James | 11/28/06 | Review and management of Loan Service Agreement reconciliation process. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 11/28/06 | Review Loan Servicing Agreement file with summary information. | 1.1 | 430.00 | 473.00 |
| Steele, Sarah | 11/28/06 | Update contract file for Loan Servicing Agreements per S. Smith's (MFIM) instructions. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 11/29/06 | Participate in conference call with RQN regarding Loan Servicing Agreements. | 1.6 | 430.00 | 688.00 |
| | | **Total LSA - Document Review, Extraction and Loan by Loan Classification** | **89.4** | | **$ 19,506.00** |

**December 1, 2006 through December 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 12/04/06 | Participate in call with S. Strong (RQN) regarding Loan Service Agreement schedule. | 0.7 | $ 590.00 | $ 413.00 |
| Steele, Sarah | 12/04/06 | Participate in call with S. Strong (RQN) regarding Loan Service Agreement schedule. | 0.7 | 430.00 | 301.00 |
| Smith, Susan | 12/05/06 | Research Loan Service Agreement schedules and answer inquiries. | 0.6 | 590.00 | 354.00 |
| | | **Total LSA - Document Review, Extraction and Loan by Loan Classification** | **2.0** | | **$ 1,068.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Hours and Fees for LSA - Document Review, Extraction and Loan by Loan Classification from April 13, 2006 through March 12, 2007** | **583.1** | | **$ 147,435.00** |

| | | | | |
|---|---|---|---|---|
| | **USA Commercial Mortgage Company** | **50%** | | **$ 73,717.50** |
| | **USA Capital First Trust Deed Fund, LLC** | **50%** | | **$ 73,717.50** |
| | | | | **$ 147,435.00** |

| | | | |
|---|---|---|---|
| **USA Commercial Mortgage Company** | **50%** | | **291.6** |
| **USA Capital First Trust Deed Fund, LLC** | **50%** | | **291.6** |
| | | | **583.1** |