# EXHIBIT E11

**EXHIBIT E11**

USA Commercial Mortgage Company, et al.
Compass Sub-servicing
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **February 1, 2007 through February 28, 2007** | | | | | |
| Steele, Sarah | 02/16/07 | Discuss with L. Weese (USACM) regarding Borrower invoices and outstanding issues. | 0.8 | $ 430.00 | $ 344.00 |
| Allison, Tom | 02/20/07 | Participate in meeting on sub-servicing for Compass with R. Koe (MFIM) and A. Jarvis (RQN). | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/20/07 | Participate in meeting on sub-servicing for Compass with T. Allison (MFIM) and A. Jarvis (RQN). | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/20/07 | Review budget and work assignments with Compass for sub-servicing agreement. | 1.2 | 650.00 | 780.00 |
| Koe, Robert | 02/20/07 | Review portfolio servicing status with Compass. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/20/07 | Discuss with Compass application, payments received during sub-servicing. | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 02/21/07 | Discussion of legal aspects of sub-servicing with Compass, Compass attorney and RQN. | 1.3 | 650.00 | 845.00 |
| Koe, Robert | 02/21/07 | Participate in meeting with all new Compass employees on what is expected. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/21/07 | Meet with J. Reed and S. Smith (both MFIM) regarding sub-servicing agreement and issues. | 0.5 | 650.00 | 325.00 |
| Reed, James | 02/21/07 | Meet with R. Koe and S. Smith (both MFIM) regarding sub-servicing agreement and issues. | 0.5 | 430.00 | 215.00 |
| Smith, Susan | 02/21/07 | Meet with R. Koe and J. Reed (both MFIM) regarding sub-servicing agreement and issues. | 0.5 | 590.00 | 295.00 |
| Steele, Sarah | 02/21/07 | Review default interest adjustments for Compass Sale. | 1.1 | 430.00 | 473.00 |
| Smith, Susan | 02/22/07 | Discuss with D. Blatt (Compass) regarding the D&O insurance. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/22/07 | Participate in call with S. Strong (RQN) regarding the Trust account issues with the sub-servicing agreement; Discussion and instructions to L. Weese (USACM) on the transfer of cash from Borrower payments. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/22/07 | Research current D&O policy for Compass. | 1.1 | 590.00 | 649.00 |
| Steele, Sarah | 02/26/07 | Prepare payoff statement for Interstate Commerce Phase II. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 02/26/07 | Discuss with A. Stevens (USACM) regarding Standard Property. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 02/26/07 | Prepare Shamrock Tower payoff statements. | 0.8 | 430.00 | 344.00 |
| Smith, Susan | 02/27/07 | Respond to C. Liu (Compass) questions on calculation of service fee accruals. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 02/27/07 | Research and comment on payroll issues. | 0.3 | 590.00 | 177.00 |
| Steele, Sarah | 02/27/07 | Review Compass assignments to be processed. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 02/27/07 | Oversee staff to recalculate the amounts owed and owing for Standard Property. | 0.4 | 430.00 | 172.00 |
| Steele, Sarah | 02/27/07 | Discuss with C. Liu (Compass) regarding assignments to Compass. | 0.7 | 430.00 | 301.00 |
| Steele, Sarah | 02/27/07 | Prepare payoff statements for Anchor B, Gramercy, Shamrock, and Gess. | 1.3 | 430.00 | 559.00 |
| Koe, Robert | 02/28/07 | Visit Compass's office and discuss reporting and sub-servicing requirements with A. Stevens (USACM). | 1.4 | 650.00 | 910.00 |
| Koe, Robert | 02/28/07 | Review sub-servicing requirements with Compass in New York. | 1.3 | 650.00 | 845.00 |
| Koe, Robert | 02/28/07 | Review budget for sub-servicing. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/28/07 | Participate in call on required insurance for sub-servicing with N. Peterman (GT). | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 02/28/07 | Participate in call with Compass on insurance needs for sub-servicing. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/28/07 | Discuss with RQN continuing transition items, moving servicing from USA Commercial Mortgage to Compass. | 0.6 | 650.00 | 390.00 |
| Steele, Sarah | 02/28/07 | Prepare payoff statements for Clear Creek. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 02/28/07 | Prepare payoff statements for Fox Hills and Eagle Meadows. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 02/28/07 | Discuss with C. Liu (Compass) regarding assignments that cannot be processed for Compass. | 0.4 | 430.00 | 172.00 |
| | | **Total Compass Sub-servicing** | **25.6** | | **$ 14,220.00** |
| **March 1, 2007 through March 12, 2007** | | | | | |
| Smith, Susan | 03/01/07 | Analyze Compass service fee schedule with current payments. | 1.2 | $ 590.00 | $ 708.00 |
| Koe, Robert | 03/02/07 | Participate in call with D. Blatt and B. Piskin (both Compass) on servicing of their recently purchase portfolio. | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 03/06/07 | Participate in meeting at Compass headquarters in New York with D. Blatt and B. Piskin (both Compass) and principle investors and lenders and Compass Partners LLC on final issues relating to sub-servicing. | 1.7 | 650.00 | 1,105.00 |

**EXHIBIT E11**

USA Commercial Mortgage Company, et al.
Compass Sub-servicing
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Steele, Sarah | 03/06/07 | Analyze assignments for Compass on Gateway Stone and prepare information for processing. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 03/06/07 | Analyze service fee accruals outstanding for Clear Creek per Compass request. | 1.4 | 430.00 | 602.00 |
| Steele, Sarah | 03/06/07 | Prepare payoff statements for The Gardens loans (3). | 1.3 | 430.00 | 559.00 |
| Fasel, Bill | 03/07/07 | Participate in conference callas with Compass regarding issues related to the sub-servicing agreement. | 1.5 | 620.00 | 930.00 |
| Koe, Robert | 03/07/07 | Discuss sub-servicing requirements with S. Smith and J. Reed (both MFIM) and S. Strong (RQN). | 0.4 | 650.00 | 260.00 |
| Koe, Robert | 03/07/07 | Participate in call with D. Blatt and B. Piskin (both Compass) on sub-servicing issues. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 03/07/07 | Participate in call with J. Reed (MFIM) on Compass call and action items that need to be addressed. | 0.3 | 650.00 | 195.00 |
| Koe, Robert | 03/07/07 | Participate in call with RQN on status of legal issues regarding sub-servicing. | 0.4 | 650.00 | 260.00 |
| Koe, Robert | 03/07/07 | Discuss with L. Weese (USACM) about sub-servicing. | 0.5 | 650.00 | 325.00 |
| Reed, James | 03/07/07 | Discuss sub-servicing requirements with R. Koe and S. Smith (both MFIM) and S. Strong (RQN). | 0.4 | 430.00 | 172.00 |
| Reed, James | 03/07/07 | Participate in call with R. Koe (MFIM) on Compass call and action items that need to be addressed. | 0.3 | 430.00 | 129.00 |
| Smith, Susan | 03/07/07 | Review service fee audit report for Compass and provide comment. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 03/07/07 | Discuss sub-servicing requirements with R. Koe and J. Reed (both MFIM) and S. Strong (RQN). | 0.4 | 590.00 | 236.00 |
| Steele, Sarah | 03/07/07 | Discuss with C. Liu (Compass) regarding assignments made to Compass Partners. | 0.7 | 430.00 | 301.00 |
| Steele, Sarah | 03/07/07 | Analyze Gateway Stone service fees collected. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 03/07/07 | Prepare payoff statements for Cornman Toltec and Huntsville. | 1.4 | 430.00 | 602.00 |
| Steele, Sarah | 03/07/07 | Prepare analysis of Gateway Stone service fees. | 1.8 | 430.00 | 774.00 |
| Steele, Sarah | 03/07/07 | Update Gardens Timeshare loan for default interest. | 0.6 | 430.00 | 258.00 |
| Koe, Robert | 03/08/07 | Participate in conference call with N. Peterman (GT), A. Jarvis, S. Strong (both RQN), S. Smith, J. Reed (both MFIM) regarding sub-servicing agreement. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 03/08/07 | Participate in call with A. Jarvis, S. Strong (both RQN), S. Smith, J. Reed (both MFIM), N. Peterman (GT) regarding handling of Trust account under the sub-servicing agreements. | 0.7 | 650.00 | 455.00 |
| Reed, James | 03/08/07 | Participate in conference call with N. Peterman (GT), A. Jarvis, S. Strong (both RQN), S. Smith, B. Koe (both MFIM) regarding sub-servicing agreement. | 0.7 | 430.00 | 301.00 |
| Reed, James | 03/08/07 | Participate in call with A. Jarvis, S. Strong (both RQN), S. Smith, B. Koe (both MFIM), N. Peterman (GT) regarding handling of Trust account under the sub-servicing agreements. | 0.7 | 430.00 | 301.00 |
| Smith, Susan | 03/08/07 | Participate in conference call with N. Peterman (GT), A. Jarvis, S. Strong (both RQN), J. Reed, B. Koe (both MFIM) regarding sub-servicing agreement. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 03/08/07 | Participate in call with A. Jarvis, S. Strong (both RQN), J. Reed, B. Koe (both MFIM), N. Peterman (GT) regarding handling of Trust account under the sub-servicing agreements. | 0.7 | 590.00 | 413.00 |
| Steele, Sarah | 03/08/07 | Discuss with C. Liu (Compass) regarding Standard Property payoff. | 0.4 | 430.00 | 172.00 |
| Koe, Robert | 03/09/07 | Discuss with Compass on personnel needs for USA Commercial Mortgage, sub-servicing status of Placer Vineyard and USA Commercial Mortgage insurance requirements. | 1.0 | 650.00 | 650.00 |
| Steele, Sarah | 03/09/07 | Review Compass assignments. | 0.3 | 430.00 | 129.00 |
| Koe, Robert | 03/12/07 | Participate in call with B. Piskin and D. Blatt (both Compass) on open issues regarding sub-servicing which includes data and insurance extension. | 0.9 | 650.00 | 585.00 |
| Smith, Susan | 03/12/07 | Respond to issues with release of funds from escrow account. | 0.3 | 590.00 | 177.00 |
| Steele, Sarah | 03/12/07 | Prepare payoff statements for Southern California Loan and Hesperia. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 03/12/07 | Update Standard Property payoff. | 0.4 | 430.00 | 172.00 |
| | | **Total Compass Sub-servicing** | **27.0** | | **$ 14,333.00** |

**EXHIBIT E11**

USA Commercial Mortgage Company, et al.
Compass Sub-servicing
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | **Total Hours and Fees for Compass Sub-servicing from April 13, 2006 through March 12, 2007** | **52.6** | | **$ 28,553.00** |
| | | USA Commercial Mortgage Company | 100% | | $ 28,553.00 |