# EXHIBIT E12

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **January 1, 2007 through January 31, 2007** | | | | | |
| Allison, Tom | 01/02/07 | Review result of Auction and relationship of Asset Purchase Agreement with collection activities going forward. | 2.7 | $ 650.00 | $ 1,755.00 |
| Smith, Susan | 01/02/07 | Prepare list of loans to be serviced by Compass. | 0.2 | 590.00 | 118.00 |
| Fasel, Bill | 01/03/07 | Participate in conference calls with Counsel regarding outstanding issues and transition tasks related to closing the Compass transaction. | 2.3 | 620.00 | 1,426.00 |
| Smith, Susan | 01/03/07 | Correspond with D. Blatt (Compass) regarding loans to be serviced by Compass. | 0.2 | 590.00 | 118.00 |
| Fasel, Bill | 01/04/07 | Participate in meetings with Compass Partners to discuss sale transition-related issues and open due-diligence items. | 3.2 | 620.00 | 1,984.00 |
| Koe, Robert | 01/04/07 | Review the current collection strategy with Compass Partners. | 1.8 | 650.00 | 1,170.00 |
| Koe, Robert | 01/04/07 | Discuss with E. Monson (RQN), A. Stevens (USACM) on default interest effect on loans that could close before closing of Compass servicing. | 1.3 | 650.00 | 845.00 |
| Reed, James | 01/04/07 | Review Asset Purchase Agreement regarding clause related to First Trust Deed Fund loan treatment. | 1.4 | 430.00 | 602.00 |
| Reed, James | 01/04/07 | Review Asset Purchase Agreement related to treatment of default interest issue. | 1.9 | 430.00 | 817.00 |
| Smith, Susan | 01/04/07 | Participate in call with D. Blatt (Compass) regarding transition issues and closing of sale. | 0.4 | 590.00 | 236.00 |
| Allison, Tom | 01/05/07 | Participate in conference call with B. Piskin (Compass Partners), R. Koe, J. Reed (both MFIM) and A. Stevens (USACM) to discuss various issues on Compass assuming servicing rights. | 1.4 | 650.00 | 910.00 |
| Allison, Tom | 01/05/07 | Participate in conference call with R. Koe, J. Reed (both MFIM), A. Stevens (USACM) to review Compass Partner's positions on servicing. | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 01/05/07 | Participate in conference call with A. Jarvis (RQN) and S. Smith (MFIM) regarding Compass, Plan Order and transition issues. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 01/05/07 | Participate in conference call with B. Piskin (Compass Partners), T. Allison, J. Reed (both MFIM) and A. Stevens (USACM) to discuss various issues on Compass assuming servicing rights. | 1.4 | 650.00 | 910.00 |
| Koe, Robert | 01/05/07 | Participate in conference call with T. Allison, J. Reed (both MFIM), A. Stevens (USACM) to review Compass Partner's positions on servicing. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 01/05/07 | Prepare for Compass Partner conference call. | 0.8 | 650.00 | 520.00 |
| Reed, James | 01/05/07 | Review outstanding issues related to close of Compass transaction. | 1.5 | 430.00 | 645.00 |
| Reed, James | 01/05/07 | Participate in conference call with B. Piskin (Compass Partners), R. Koe, T. Allison (both MFIM) and A. Stevens (USACM) to discuss various issues on Compass assuming servicing rights. | 1.4 | 430.00 | 602.00 |
| Reed, James | 01/05/07 | Participate in conference call with T. Allison, R. Koe (both MFIM), A. Stevens (USACM) to review Compass Partner's positions on servicing. | 0.8 | 430.00 | 344.00 |
| Smith, Susan | 01/05/07 | Participate in conference call with A. Jarvis (RQN) and T. Allison (MFIM) regarding Compass, Plan Order and transition issues. | 0.7 | 590.00 | 413.00 |
| Reed, James | 01/08/07 | Participate in call with Compass related to closing of Standard Property Loan. | 0.7 | 430.00 | 301.00 |
| Allison, Tom | 01/09/07 | Evaluate alternatives for resolution of purchase price adjustment issue as relates to resolution of loan negotiations. | 1.8 | 650.00 | 1,170.00 |
| Fasel, Bill | 01/09/07 | Participate in conference calls with Compass Partners to discuss sale transition-related issues and open due-diligence items. | 0.8 | 620.00 | 496.00 |
| Reed, James | 01/09/07 | Participate in call with Compass concerning recent developments in loan portfolio. | 1.1 | 430.00 | 473.00 |
| Fasel, Bill | 01/10/07 | Review USA's loan portfolio and collections to-date pertaining to potential purchase price adjustments applied to Compass' bid. | 1.3 | 620.00 | 806.00 |
| Smith, Susan | 01/10/07 | Participate in call with D. Blatt (Compass) regarding transition issues and closing of sale. | 0.4 | 590.00 | 236.00 |
| Fasel, Bill | 01/11/07 | Discuss with Compass and Counsel regarding certain sale transition issues (servicing operations, collection status on certain loans). | 0.7 | 620.00 | 434.00 |
| Smith, Susan | 01/11/07 | Participate in call with A. Jarvis, S. Strong (both RQN) to discuss sale closing and transition issues. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 01/16/07 | Review status of loan negotiations and relationship to potential purchase price adjustments. | 1.7 | 650.00 | 1,105.00 |
| Atkinson, James | 01/16/07 | Review Compass Partners statement in connection with reply motion to bid procedures. | 1.2 | 650.00 | 780.00 |

# EXHIBIT E12

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 01/16/07 | Participate in conference calls with NRC Realty regarding potential foreclosure situations and introduction to Compass to assist in on potential loan foreclosure opportunities. | 2.3 | 620.00 | 1,426.00 |
| Fasel, Bill | 01/16/07 | Discuss with Stalking Horse Bidder regarding sale closing status and payment of break-up fee. | 0.7 | 620.00 | 434.00 |
| Fasel, Bill | 01/16/07 | Review Estoppel Certificates and related follow-up information. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 01/17/07 | Discuss with Counsel regarding Stalking Horse Bidder's questions regarding sale closing status and payment of break-up fee. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 01/17/07 | Review Estoppel Certificates and related follow-up information. | 1.5 | 620.00 | 930.00 |
| Koe, Robert | 01/17/07 | Participate in meeting with J. Reed (MFIM) on status on Compass Partner sale and their ability to obtain financing. | 1.0 | 650.00 | 650.00 |
| Koe, Robert | 01/17/07 | Participate in call with RQN to discuss legal alternatives to Compass Partner issues. | 1.2 | 650.00 | 780.00 |
| Reed, James | 01/17/07 | Participate in meeting with R. Koe (MFIM) on status on Compass Partner sale and their ability to obtain financing. | 1.0 | 430.00 | 430.00 |
| Reed, James | 01/17/07 | Participate in meeting with Compass related to USA Investment Partners. | 1.5 | 430.00 | 645.00 |
| Reed, James | 01/17/07 | Participate in meeting with Compass concerning transition issues. | 1.5 | 430.00 | 645.00 |
| Allison, Tom | 01/19/07 | Discuss status of Compass sale with R. Koe (MFIM). | 0.4 | 650.00 | 260.00 |
| Fasel, Bill | 01/19/07 | Participate in conference calls with Counsel regarding outstanding issues and transition tasks related to closing the Compass transaction. | 2.3 | 620.00 | 1,426.00 |
| Fasel, Bill | 01/19/07 | Participate in conference calls with Compass regarding ongoing issues related to closing of the transaction and related transition issues. | 2.3 | 620.00 | 1,426.00 |
| Koe, Robert | 01/19/07 | Discuss status of Compass sale with T. Allison (MFIM). | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 01/21/07 | Analyze bid reduction schedule regarding sale of USA First Deed Trust loans. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 01/22/07 | Review transition issues related to transition and final transaction tasks in preparation for related calls. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 01/22/07 | Participate in conference calls with Compass regarding ongoing issues related to closing of the transaction and related transition issues. | 1.8 | 620.00 | 1,116.00 |
| Fasel, Bill | 01/22/07 | Participate in conference calls with Counsel regarding outstanding issues and transition tasks related to closing the Compass transaction. | 1.3 | 620.00 | 806.00 |
| Reed, James | 01/22/07 | Review Asset Purchase Agreement for detail on purchase price adjustment. | 2.5 | 430.00 | 1,075.00 |
| Fasel, Bill | 01/23/07 | Review (and internal discussions) related to Compass/Weil Gotshal's Document Request List regarding additional legal due diligence required to close transaction. | 1.7 | 620.00 | 1,054.00 |
| Fasel, Bill | 01/23/07 | Participate in conference calls with Compass regarding ongoing issues related to closing of the transaction and related transition issues. | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 01/23/07 | Analyze purchase price calculations. | 0.2 | 530.00 | 106.00 |
| Reed, James | 01/23/07 | Participate in call with Compass related to title work done on loans. | 0.8 | 430.00 | 344.00 |
| Reed, James | 01/23/07 | Participate in call with Compass related to IT issues. | 0.9 | 430.00 | 387.00 |
| Allison, Tom | 01/24/07 | Review current status of closing and contingent alternatives. | 1.8 | 650.00 | 1,170.00 |
| Fasel, Bill | 01/24/07 | Review with Counsel - Compass/Weil Gotshal's Document Request List regarding additional legal due diligence required to close transaction. | 1.7 | 620.00 | 1,054.00 |
| Fasel, Bill | 01/24/07 | Participate in conference calls with Compass regarding ongoing issues related to closing of the transaction and related transition issues. | 0.8 | 620.00 | 496.00 |
| Reed, James | 01/24/07 | Participate in call with Weil (Compass counsel) related to assignment issues for Amesbury. | 0.8 | 430.00 | 344.00 |
| Reed, James | 01/24/07 | Respond to due diligence request from Compass counsel. | 2.5 | 430.00 | 1,075.00 |
| Fasel, Bill | 01/25/07 | Participate in conference calls with Counsel and Compass regarding loan servicing operations and collection status on certain loans. | 2.3 | 620.00 | 1,426.00 |
| Reed, James | 01/25/07 | Collect and prepare land survey information for Compass. | 0.9 | 430.00 | 387.00 |
| Reed, James | 01/25/07 | Collect assignment information for Compass. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 01/25/07 | Prepare ownership percentage breakdown for Amesbury. | 0.9 | 430.00 | 387.00 |

# EXHIBIT E12

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 01/26/07 | Prepare for (and conference calls with) Counsel regarding (i) bid allocation issues and preparation for conference call with the USA Commercial Mortgage and (ii) discussions regarding remaining sale closing tasks and open diligence items. | 2.4 | 620.00 | 1,488.00 |
| Fasel, Bill | 01/26/07 | Participate in conference calls with Compass and Weil Gotshal regarding open transition issues, loan collection issues and overall sale closing process. | 2.5 | 620.00 | 1,550.00 |
| Koe, Robert | 01/26/07 | Discuss with Weil Gotshal, RQN and Stutman on various Committee issues. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 01/26/07 | Discuss with A. Jarvis (RQN) and RQN attorneys regarding issues on compact closing. | 1.5 | 650.00 | 975.00 |
| Koe, Robert | 01/26/07 | Discuss with RQN, R. Charles (L&R), T. Burr (Sierra) regarding Declaration of William Fasel concerning allocation of Compass Partners LLC bid to particular assets. | 0.6 | 650.00 | 390.00 |
| Reed, James | 01/26/07 | Respond to due diligence request from Compass counsel. | 1.3 | 430.00 | 559.00 |
| Fasel, Bill | 01/29/07 | Participate in conference calls with Counsel regarding follow-up to USA Commercial Mortgage's request to discuss valuation and allocation of Compass' bid. | 1.8 | 620.00 | 1,116.00 |
| Fasel, Bill | 01/29/07 | Review information to be provided to Compass regarding additional due diligence requests. | 2.3 | 620.00 | 1,426.00 |
| Haftl, Michael | 01/29/07 | Review motion related to purchase price allocation. | 0.4 | 530.00 | 212.00 |
| Reed, James | 01/29/07 | Meet with S. Smith (MFIM) regarding Compass. | 0.4 | 430.00 | 172.00 |
| Reed, James | 01/29/07 | Monitor onsite due diligence by Capital Source and Compass financing source. | 2.0 | 430.00 | 860.00 |
| Smith, Susan | 01/29/07 | Meet with J. Reed (MFIM) regarding Compass. | 0.4 | 590.00 | 236.00 |
| Cadwell, Kristin | 01/30/07 | Locate and obtain assignments pertaining to 16 loans at the request of Compass Partners. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 01/30/07 | Continue to locate and obtain assignments pertaining to 16 loans at the request of Compass Partners. | 1.1 | 190.00 | 209.00 |
| Fasel, Bill | 01/30/07 | Participate in conference calls with Counsel regarding follow-up to USA Commercial Mortgage's request to discuss valuation and allocation of Compass' bid. | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 01/30/07 | Review information to be provided to Compass regarding additional due diligence requests. | 1.8 | 620.00 | 1,116.00 |
| Reed, James | 01/30/07 | Participate in call with Compass counsel related to due diligence items. | 0.8 | 430.00 | 344.00 |
| Reed, James | 01/30/07 | Provide documents to Compass counsel related to loan portfolio. | 1.6 | 430.00 | 688.00 |
| Reed, James | 01/30/07 | Participate in call with Compass concerning hardware transfer issues. | 0.8 | 430.00 | 344.00 |
| Fasel, Bill | 01/31/07 | Participate in conference calls with Compass regarding loan collection and refinancing status on Franklin Stratford and follow-on discussions with Counsel. | 1.6 | 620.00 | 992.00 |
| Fasel, Bill | 01/31/07 | Review with Counsel information to be provided to Compass regarding additional due diligence requests. | 1.8 | 620.00 | 1,116.00 |
| Reed, James | 01/31/07 | Collect guarantee information for Compass. | 1.3 | 430.00 | 559.00 |
| Reed, James | 01/31/07 | Provide additional due diligence materials to Compass. | 2.3 | 430.00 | 989.00 |
| **Total Transition to Compass** | | | **113.1** | | **$ 62,833.00** |

**February 1, 2007 through February 28, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 02/01/07 | Participate in conference calls with Counsel and Compass regarding ongoing Sale transition issues. | 1.2 | $ 620.00 | $ 744.00 |
| Reed, James | 02/01/07 | Oversee Compass document review. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 02/01/07 | Discuss with L. Weese (USACM) regarding information requests coming from Compass. | 1.2 | 430.00 | 516.00 |
| Fasel, Bill | 02/02/07 | Prepare with Counsel for conference call with Creditor's Committees regarding status of certain loan issues and overall Sale transition/closing issues. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 02/02/07 | Participate in conference calls with Counsel regarding ongoing Sale transition issues and open due diligence issues raised by Compass. | 2.0 | 620.00 | 1,240.00 |
| Fasel, Bill | 02/02/07 | Review Bid Tracking Analysis (identifying potential purchase price adjustments) with First Trust Deed Fund's Financial Advisor (A&M). | 0.8 | 620.00 | 496.00 |
| Reed, James | 02/02/07 | Review and respond to Compass due diligence open request list. | 0.9 | 430.00 | 387.00 |
| Reed, James | 02/02/07 | Oversee transaction closing issues. | 2.3 | 430.00 | 989.00 |

# EXHIBIT E12

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 02/05/07 | Participate in meeting with R. Koe and B. Fasel (both MFIM) on the status of the Compass Sale, Standard Property loans, B. Russell (Borrower) loans and Colt Gateway loans. | 0.7 | 650.00 | 455.00 |
| Fasel, Bill | 02/05/07 | Participate in conference calls with Compass regarding closing status, Standard Property loan issues, and outstanding Capital Source diligence issues. | 0.5 | 620.00 | 310.00 |
| Fasel, Bill | 02/05/07 | Participate in meeting with R. Koe and T. Allison (both MFIM) on the status of the Compass Sale, Standard Property loans, B. Russell (Borrower) loans and Colt Gateway loans. | 0.7 | 620.00 | 434.00 |
| Fasel, Bill | 02/05/07 | Participate in conference calls with Counsel regarding loan issues (Colt, Standard Property) and overall closing process and transition issues. | 1.4 | 620.00 | 868.00 |
| Fasel, Bill | 02/05/07 | Participate in conference calls with Compass regarding ongoing Sale transition issues and review of due diligence information to be provided to Compass. | 2.2 | 620.00 | 1,364.00 |
| Fasel, Bill | 02/05/07 | Participate in conference call with A&M regarding Standard Property loan issues and provided update on overall closing/transition issues. | 0.5 | 620.00 | 310.00 |
| Koe, Robert | 02/05/07 | Participate in meeting with T. Allison and B. Fasel (both MFIM) on the status of the Compass Sale, Standard Property loans, B. Russell (Borrower) loans and Colt Gateway loans. | 0.7 | 650.00 | 455.00 |
| Reed, James | 02/05/07 | Review and respond to Compass questions. | 0.7 | 430.00 | 301.00 |
| Reed, James | 02/05/07 | Analyze insurance certificates for closing. | 1.2 | 430.00 | 516.00 |
| Fasel, Bill | 02/06/07 | Prepare for and participate in conference call with Creditor's Committees regarding status of certain loan issues and overall Sale transition/closing issues. | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 02/06/07 | Participate in conference calls with Compass regarding ongoing Sale transition issues and review of due diligence information to be provided to Compass. | 0.5 | 620.00 | 310.00 |
| Fasel, Bill | 02/06/07 | Participate in conference calls with Counsel regarding loan issues (Colt, Standard Property) and overall closing process and transition issues. | 1.7 | 620.00 | 1,054.00 |
| Reed, James | 02/06/07 | Respond to Compass questions. | 0.5 | 430.00 | 215.00 |
| Steele, Sarah | 02/06/07 | Analyze fees collected since auction date. | 1.7 | 430.00 | 731.00 |
| Fasel, Bill | 02/07/07 | Participate in conference calls with Counsel regarding ongoing Sale transition issues. | 0.5 | 620.00 | 310.00 |
| Fasel, Bill | 02/07/07 | Review Bid Tracking Analysis (identifying potential purchase price adjustments) to be provided to First Trust Deed Fund's Financial Advisor (A&M). | 0.8 | 620.00 | 496.00 |
| Reed, James | 02/07/07 | Review status of insurance certificates to be provided to Compass. | 2.3 | 430.00 | 989.00 |
| Reed, James | 02/07/07 | Respond to Compass diligence questions. | 0.6 | 430.00 | 258.00 |
| Smith, Susan | 02/07/07 | Participate in call with S. Strong and E. Monson (both RQN) regarding records to be turned over to Compass. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 02/07/07 | Update First Trust Deed Fund purchase price allocation, and transmit to J. Reed (MFIM). | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/07/07 | Update First Trust Deed Fund purchase price allocation. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/07/07 | Organize team to scan loan documents to be delivered to Compass; and discuss USA Commercial Mortgage's progress with M. Olson (USACM). | 0.8 | 590.00 | 472.00 |
| Fasel, Bill | 02/08/07 | Participate in conference calls with Compass regarding ongoing Sale transition issues. | 1.5 | 620.00 | 930.00 |
| Fasel, Bill | 02/08/07 | Participate in conference calls with First Trust Deed Fund and Stalking Horse regarding Franklin Stratford loan issues. | 0.7 | 620.00 | 434.00 |
| McClellan, Christian | 02/08/07 | Prepare loan documents to be scanned for loans to be serviced by Compass Partners. | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 02/08/07 | Sort and archive scanned Compass loan documents (Wasco Investments) for use by the liquidating trust. | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 02/08/07 | Sort and archive scanned Compass loan documents (University Estates) for use by the liquidating trust. | 3.4 | 190.00 | 646.00 |
| Potter, Jeffrey | 02/08/07 | Prepare "loans to be serviced by Compass Partners" to be scanned. | 2.4 | 190.00 | 456.00 |
| Potter, Jeffrey | 02/08/07 | Scan fee agreements for Compass Partners. | 1.5 | 190.00 | 285.00 |
| Potter, Jeffrey | 02/08/07 | Scan loan appraisals for Compass Partners. | 1.7 | 190.00 | 323.00 |
| Potter, Jeffrey | 02/08/07 | Scan loan closing binders for Compass Partners. | 2.4 | 190.00 | 456.00 |
| Potter, Jeffrey | 02/08/07 | Scan loan memos and emails for Compass Partners. | 1.5 | 190.00 | 285.00 |
| Reed, James | 02/08/07 | Review status of loan questions for Compass. | 1.4 | 430.00 | 602.00 |
| Reed, James | 02/08/07 | Respond to Compass diligence questions. | 0.9 | 430.00 | 387.00 |
| Smith, Susan | 02/08/07 | Review and analyze schedule of fees collected since auction date for credit to Compass. | 1.3 | 590.00 | 767.00 |

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 02/08/07 | Meet with M. Yoder (AIS) and D. Blatt (Compass) regarding computer transition issues. | 1.5 | 590.00 | 885.00 |
| Fasel, Bill | 02/09/07 | Participate in conference calls with Compass regarding ongoing Sale transition issues. | 1.5 | 620.00 | 930.00 |
| Koe, Robert | 02/09/07 | Review licensing requirements for Compass to obtain servicing license. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/09/07 | Participate in discussions on S. Bice (Nevada Mortgage Lending Division) issues on Compass servicing license. | 0.8 | 650.00 | 520.00 |
| McClellan, Christian | 02/09/07 | Sort and archive scanned Compass loan documents (The Gardens) for use by the liquidating trust. | 3.8 | 190.00 | 722.00 |
| McClellan, Christian | 02/09/07 | Sort and archive scanned Compass loan documents (The Gardens $2.4M) for use by the liquidating trust. | 3.8 | 190.00 | 722.00 |
| McClellan, Christian | 02/09/07 | Sort and archive scanned Compass loan documents (The Gardens Timeshare) for use by the liquidating trust. | 3.9 | 190.00 | 741.00 |
| Potter, Jeffrey | 02/09/07 | Prepare "loans to be serviced by Compass Partners" to be scanned. | 1.3 | 190.00 | 247.00 |
| Potter, Jeffrey | 02/09/07 | Scan loan closing binders for Compass Partners. | 2.5 | 190.00 | 475.00 |
| Potter, Jeffrey | 02/09/07 | Scan loan appraisals for Compass Partners. | 1.2 | 190.00 | 228.00 |
| Smith, Susan | 02/09/07 | Analyze Loan Service Agreement contract rate service fee schedule for Compass loans. | 1.8 | 590.00 | 1,062.00 |
| Smith, Susan | 02/09/07 | Analyze report information on fees collected for Compass, verify data and prepare for use as a Sale closing document. | 1.6 | 590.00 | 944.00 |
| Steele, Sarah | 02/09/07 | Discuss with L. Weese (USACM) regarding outstanding fees. | 1.9 | 430.00 | 817.00 |
| McClellan, Christian | 02/10/07 | Sort and archive scanned Compass loan documents (Ten-Ninety) for use by the liquidating trust. | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 02/10/07 | Sort and archive scanned Compass loan documents (Tapia Ranch) for use by the liquidating trust. | 0.9 | 190.00 | 171.00 |
| Smith, Susan | 02/10/07 | Analyze service fee schedule issues for Compass service fees. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 02/10/07 | Prepare schedules of Sale closing cash credits for Compass Sale. | 1.6 | 590.00 | 944.00 |
| Markin, Eric | 02/11/07 | Scan Ocean Atlantic Loan file. | 2.0 | 190.00 | 380.00 |
| Markin, Eric | 02/11/07 | Scan Palm Harbor One. | 2.1 | 190.00 | 399.00 |
| McClellan, Christian | 02/11/07 | Sort and archive scanned Compass loan documents (Tapia Ranch) for use by the liquidating trust. | 1.1 | 190.00 | 209.00 |
| McClellan, Christian | 02/11/07 | Sort and archive scanned Compass loan documents (SVRB $4.5M) for use by the liquidating trust. | 3.5 | 190.00 | 665.00 |
| Smith, Susan | 02/11/07 | Analyze updated file on service fees at Loan Service Agreement rates for Compass cash credit. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/11/07 | Update and edit file on Compass closing adjustments. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 02/11/07 | Participate in call with Committees regarding Compass closing and transition issues. | 0.7 | 590.00 | 413.00 |
| Allison, Tom | 02/12/07 | Review current status of Compass Sale with R. Koe (MFIM). | 0.3 | 650.00 | 195.00 |
| Allison, Tom | 02/12/07 | Participate in meeting regarding purchase price adjustment with R. Koe and J. Reed (both MFIM). | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 02/12/07 | Participate in call with S. Smith (MFIM) and A. Jarvis (RQN) regarding purchase price adjustments. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 02/12/07 | Review status of closing. | 2.5 | 650.00 | 1,625.00 |
| Atkinson, James | 02/12/07 | Participate in call with Debtors' Counsel and review of correspondence regarding MLD license application of Compass. | 0.6 | 650.00 | 390.00 |
| Fasel, Bill | 02/12/07 | Prepare for and participate in conference call with Creditor's Committees regarding status of certain loan issues, proposed purchase price adjustments and overall Sale transition/closing issues. | 2.7 | 620.00 | 1,674.00 |
| Fasel, Bill | 02/12/07 | Participate in conference calls with Compass regarding certain transaction closing issues (licensing issues with S. Bice (Nevada Mortgage Lending Division), financing commitment from CapitalSource and proposed purchase price adjustments). | 2.3 | 620.00 | 1,426.00 |
| Koe, Robert | 02/12/07 | Participate in meeting and conference call on purchase price adjustments on First Trust Deed Fund, documentation problems with Amesbury, Gramercy Court and Shamrock Tower. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/12/07 | Review purchase price adjustments for servicing fee, First Trust Deed Fund loan balances, default interest, and other fees. | 1.3 | 650.00 | 845.00 |
| Koe, Robert | 02/12/07 | Discuss transition issues with D. Blatt, B. Piskin (both Compass), and S. Smith (MFIM). | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 02/12/07 | Participate in meeting regarding purchase price adjustment with J. Reed and T. Allison (both MFIM). | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/12/07 | Participate in meeting with A. Jarvis (RQN) on approach with Compass and the Committees and escrow problems. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/12/07 | Participate in conference call with Committees on Compass Partners purchase of First Trust Deed Fund portfolio and servicing rights. | 1.2 | 650.00 | 780.00 |

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Koe, Robert | 02/12/07 | Review Compass's licensing issues and S. Bice (Nevada Mortgage Lending Division) meeting tomorrow; discuss with Compass sub-servicing agreement with USA Commercial Mortgage. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/12/07 | Review current status of Compass Sale with T. Allison (MFIM). | 0.3 | 650.00 | 195.00 |
| McClellan, Christian | 02/12/07 | Sort and archive scanned Compass loan documents (SVRB 2nd) for use by the liquidating trust. | 3.5 | 190.00 | 665.00 |
| McClellan, Christian | 02/12/07 | Sort and archive scanned Compass loan documents (Standard Property Development) for use by the liquidating trust. | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 02/12/07 | Sort and archive scanned Compass loan documents (Southern California Land) for use by the liquidating trust. | 3.3 | 190.00 | 627.00 |
| Reed, James | 02/12/07 | Participate in meeting regarding purchase price adjustment with R. Koe and T. Allison (both MFIM). | 0.8 | 430.00 | 344.00 |
| Reed, James | 02/12/07 | Review status of Compass license issues. | 1.3 | 430.00 | 559.00 |
| Smith, Susan | 02/12/07 | Discuss transition issues with D. Blatt, B. Piskin (both Compass), and R. Koe (MFIM). | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/12/07 | Analyze and edit calculations on Compass service fees. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 02/12/07 | Participate in meeting with Committees regarding Compass closing and transition issues. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/12/07 | Participate in call with T. Allison (MFIM) and A. Jarvis (RQN) regarding purchase price adjustments. | 0.4 | 590.00 | 236.00 |
| Allison, Tom | 02/13/07 | Participate in conference with Compass, Weil, Committees RQN and MFIM team to discuss Sale. | 1.4 | 650.00 | 910.00 |
| Allison, Tom | 02/13/07 | Participate in meeting and conference call with the Committees and Compass on financing sources for financing the sale, closing date, licensing and purchase price adjustments. | 1.0 | 650.00 | 650.00 |
| Allison, Tom | 02/13/07 | Oversee close of transaction. | 3.3 | 650.00 | 2,145.00 |
| Allison, Tom | 02/13/07 | Review various close documents. | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 02/13/07 | Participate in conference with Compass, Weil, Committees RQN and MFIM team to discuss Sale. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 02/13/07 | Attend call with Committees and Compass. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 02/13/07 | Participate in conference calls with Compass regarding certain transaction closing issues (licensing issues with S. Bice (Nevada Mortgage Lending Division), financing commitment from CapitalSource and proposed purchase price adjustments). | 1.8 | 620.00 | 1,116.00 |
| Fasel, Bill | 02/13/07 | Review transaction closing information and follow-up conference calls with Counsel regarding closing process related to the Compass transaction. | 1.5 | 620.00 | 930.00 |
| Koe, Robert | 02/13/07 | Prepare for meeting with S. Bice (Nevada Mortgage Lending Division) and Committees. | 1.1 | 650.00 | 715.00 |
| Koe, Robert | 02/13/07 | Participate in call with J. Milanowski (formerly USACM) on Placer Vineyard, his personal property at the office and the status of the Compass Partners Sale. | 0.5 | 650.00 | 325.00 |
| Koe, Robert | 02/13/07 | Prepare for meeting on final issues relating to Compass Partners closing. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/13/07 | Verify escrow amounts and define issues for meetings with Committees on Compass closing. | 1.2 | 650.00 | 780.00 |
| Koe, Robert | 02/13/07 | Participate in conference call with First Trust Deed Fund Committee on Compass Partners licensing. | 0.5 | 650.00 | 325.00 |
| Koe, Robert | 02/13/07 | Participate in meeting and conference call with the Committees and Compass on financing sources for financing the sale, closing date, licensing and purchase price adjustments. | 1.0 | 650.00 | 650.00 |
| Koe, Robert | 02/13/07 | Discuss escrow items for Compass closing with RQN. | 0.4 | 650.00 | 260.00 |
| McClellan, Christian | 02/13/07 | Sort and archive scanned Compass loan documents (Southern California Land 2nd) for use by the liquidating trust. | 3.7 | 190.00 | 703.00 |
| McClellan, Christian | 02/13/07 | Sort and archive scanned Compass loan documents (Shamrock Tower) for use by the liquidating trust. | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 02/13/07 | Sort and archive scanned Compass loan documents (Rio Rancho) for use by the liquidating trust. | 3.4 | 190.00 | 646.00 |
| Reed, James | 02/13/07 | Participate in meeting at Gordon and Silver concerning license options. | 1.1 | 430.00 | 473.00 |
| Reed, James | 02/13/07 | Participate in meeting regarding Compass purchase price adjustment. | 1.0 | 430.00 | 430.00 |
| Reed, James | 02/13/07 | Participate in meeting and conference call with the Committees and Compass on financing sources for financing the sale, closing date, licensing and purchase price adjustments. | 1.0 | 430.00 | 430.00 |
| Reed, James | 02/13/07 | Participate in meeting with Compass and Committees regarding purchase price adjustment. | 1.1 | 430.00 | 473.00 |

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 02/13/07 | Participate in conference with Compass, Weil, Committees RQN and MFIM team to discuss Sale. | 1.4 | 590.00 | 826.00 |
| Allison, Tom | 02/14/07 | Participate in conference calls with Compass regarding certain transaction closing issues (licensing issues with S. Bice (Nevada Mortgage Lending Division), financing commitment from CapitalSource and proposed purchase price adjustments). | 2.7 | 650.00 | 1,755.00 |
| Allison, Tom | 02/14/07 | Follow-up conference calls with Counsel regarding closing process related to the Compass transaction. | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 02/14/07 | Participate in discussion with J. Reed and S. Smith (all MFIM) on Sale issues and adjustments. | 0.7 | 650.00 | 455.00 |
| Fasel, Bill | 02/14/07 | Participate in conference calls with Compass regarding certain transaction closing issues (licensing issues with S. Bice (Nevada Mortgage Lending Division), financing commitment from CapitalSource and proposed purchase price adjustments). | 2.7 | 620.00 | 1,674.00 |
| Fasel, Bill | 02/14/07 | Review transaction closing information and follow-up conference calls with Counsel regarding closing process related to the Compass transaction. | 3.3 | 620.00 | 2,046.00 |
| Koe, Robert | 02/14/07 | Participate in meeting and negotiations with Compass with final purchase price adjustments and other issues to finalize closing, in addition discussion on Placer Vineyard servicing rights. | 3.9 | 650.00 | 2,535.00 |
| Koe, Robert | 02/14/07 | Review final closing numbers and including escrows for Compass Partners. | 1.8 | 650.00 | 1,170.00 |
| Koe, Robert | 02/14/07 | Review required sub-servicing by USA Commercial Mortgage after Compass closing. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/14/07 | Participate in conference call regarding open issues on Compass closing with Weil and RQN. | 0.8 | 650.00 | 520.00 |
| Markin, Eric | 02/14/07 | Prepare Loan documents for scanning Loan file. | 1.4 | 190.00 | 266.00 |
| McClellan, Christian | 02/14/07 | Sort and archive scanned Compass loan documents (Placer Vineyards) for use by the liquidating trust. | 3.7 | 190.00 | 703.00 |
| McClellan, Christian | 02/14/07 | Sort and archive scanned Compass loan documents (Ocean Atlantic) for use by the liquidating trust. | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 02/14/07 | Sort and archive scanned Compass loan documents (Mountain House Business Park) for use by the liquidating trust. | 3.8 | 190.00 | 722.00 |
| Reed, James | 02/14/07 | Participate in discussion with S. Smith and T. Allison (all MFIM) on Sale issues and adjustments. | 0.7 | 430.00 | 301.00 |
| Reed, James | 02/14/07 | Participate in call with Compass counsel on closing. | 1.2 | 430.00 | 516.00 |
| Reed, James | 02/14/07 | Participate in meeting with Compass. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 02/14/07 | Participate in discussion with Compass on Sale issues and adjustments. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 02/14/07 | Participate in call with Compass and Weil regarding Sale issues and Closing issues. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/14/07 | Review and comment on latest version of sub-servicing agreement; and participate in call with S. Strong, A. Jarvis (RQN), T. Allison (MFIM) on agreements. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/14/07 | Review and comment on latest version of escrow agreements. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 02/14/07 | Participate in discussion with J. Reed and T. Allison (all MFIM) on Sale issues and adjustments. | 0.7 | 590.00 | 413.00 |
| Steele, Sarah | 02/14/07 | Review purchase price adjustments. | 1.9 | 430.00 | 817.00 |
| Allison, Tom | 02/15/07 | Review sub servicing negotiation and review and sign closing documents. | 3.5 | 650.00 | 2,275.00 |
| Allison, Tom | 02/15/07 | Review status of Compass Sale with R. Koe (MFIM) also review Sale of Placer Vineyard servicing rights to Compass. | 1.0 | 650.00 | 650.00 |
| Allison, Tom | 02/15/07 | Discuss with Compass Partners, escrow issues and other items scheduled for closing today at the Compass Partners Sale. | 2.0 | 650.00 | 1,300.00 |
| Atkinson, James | 02/15/07 | Review revised sub-service agreement. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 02/15/07 | Participate in call with MFIM counsel regarding sub-service agreement. | 0.5 | 650.00 | 325.00 |
| Koe, Robert | 02/15/07 | Participate in call with S. Strong (RQN), and S. Smith (MFIM) regarding sub-servicing agreement. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/15/07 | Discuss with Compass Partners, escrow issues and other items scheduled for closing today at the Compass Partners Sale. | 2.0 | 650.00 | 1,300.00 |
| Koe, Robert | 02/15/07 | Participate in final purchase price negotiations with Compass Partners for Sale. | 3.5 | 650.00 | 2,275.00 |
| Koe, Robert | 02/15/07 | Review status of Compass Sale with T. Allison (MFIM) also review Sale of Placer Vineyard servicing rights to Compass. | 1.0 | 650.00 | 650.00 |
| Koe, Robert | 02/15/07 | Participate in conference call with J. Reed and S. Smith (both MFIM) on final Compass Partners Sale issues. | 1.0 | 650.00 | 650.00 |
| Markin, Eric | 02/15/07 | Rename Loan files and prepare Loan files for scanning. | 2.4 | 190.00 | 456.00 |

# EXHIBIT E12

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| McClellan, Christian | 02/15/07 | Sort and archive scanned Compass loan documents (Marlton Square) for use by the liquidating trust. | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 02/15/07 | Sort and archive scanned Compass loan documents (i-40 Gateway) for use by the liquidating trust. | 3.3 | 190.00 | 627.00 |
| Reed, James | 02/15/07 | Participate in purchase price negotiations. | 1.8 | 430.00 | 774.00 |
| Reed, James | 02/15/07 | Participate in conference call with R. Koe and S. Smith (both MFIM) on final Compass Partners Sale issues. | 1.0 | 430.00 | 430.00 |
| Smith, Susan | 02/15/07 | Participate in call with S. Strong (RQN), and R. Koe (MFIM) regarding sub-servicing agreement. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/15/07 | Review Sale documents and verify appropriate documents are signed. | 1.6 | 590.00 | 944.00 |
| Smith, Susan | 02/15/07 | Review closing analysis and various exhibits required for draft escrow agreements. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 02/15/07 | Participate in negotiations on final Sale closing documents. | 2.1 | 590.00 | 1,239.00 |
| Smith, Susan | 02/15/07 | Participate in call with T. Burr (Sierra) to discuss closing compromises. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/15/07 | Prepare budget for sub-servicing agreement. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/15/07 | Discuss budget requirements with D. Blatt (Compass) and N. Peterman (GT). | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/15/07 | Review and comment on escrow agreements. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/15/07 | Review and comment on sub-servicing agreement. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/15/07 | Update closing analysis with negotiated changes. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/15/07 | Assist D. Monson (RQN) with draft of escrow agreement. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 02/15/07 | Negotiate draft escrow agreement with B. Piskin (Compass). | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/15/07 | Participate in conference call with R. Koe and J. Reed (both MFIM) on final Compass Partners Sale issues. | 1.0 | 590.00 | 590.00 |
| Steele, Sarah | 02/15/07 | Prepare statistical information for S. Smith (MFIM) regarding loans outstanding, repaid, and total collections. | 1.3 | 430.00 | 559.00 |
| Steele, Sarah | 02/15/07 | Review updated information for final purchase price adjustments and transfers upon closing. | 0.7 | 430.00 | 301.00 |
| Allison, Tom | 02/16/07 | Review transaction closing information and follow-up conference calls with Counsel regarding closing process related to the Compass transaction. | 3.0 | 650.00 | 1,950.00 |
| Allison, Tom | 02/16/07 | Review with R. Koe (MFIM) open issues and action items created by the sale of servicing rights to Compass Partners. | 0.6 | 650.00 | 390.00 |
| Allison, Tom | 02/16/07 | Participate in call with S. Smith and R. Koe (both MFIM) to discuss closing on the Sale. | 0.4 | 650.00 | 260.00 |
| Fasel, Bill | 02/16/07 | Participate in conference calls with Compass regarding certain transaction closing issues (specifically proposed purchase price adjustments). | 2.7 | 620.00 | 1,674.00 |
| Fasel, Bill | 02/16/07 | Review transaction closing information and follow-up conference calls with Counsel regarding closing process related to the Compass transaction. | 3.3 | 620.00 | 2,046.00 |
| Koe, Robert | 02/16/07 | Review open issues on the closing of the Compass Partners Sales. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/16/07 | Participate in call with B. Piskin (Compass) negotiating the final open issues on the Sale to Compass Partners. | 1.2 | 650.00 | 780.00 |
| Koe, Robert | 02/16/07 | Participate in call with RQN on distribution of proceeds from sale of servicing rights to Compass Partners. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/16/07 | Review with T. Allison (MFIM) open issues and action items created by the sale of servicing rights to Compass Partners. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/16/07 | Participate in call with S. Smith and T. Allison (both MFIM) to discuss closing on the Sale. | 0.4 | 650.00 | 260.00 |
| Reed, James | 02/16/07 | Review status of Closing issues. | 1.5 | 430.00 | 645.00 |
| Smith, Susan | 02/16/07 | Negotiate escrow agreement for the allocation dispute issues. | 2.3 | 590.00 | 1,357.00 |
| Smith, Susan | 02/16/07 | Participate in call with A. Jarvis and S. Strong (RQN) to discuss the issues on the Sale. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/16/07 | Update spreadsheets on Sale allocation. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/16/07 | Participate in call with T. Burr (Sierra) to discuss compromise and Sale issues. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/16/07 | Respond to Inquiries on Sale closing. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/16/07 | Participate in call with T. Allison and R. Koe (both MFIM) to discuss closing on the Sale. | 0.4 | 590.00 | 236.00 |
| Allison, Tom | 02/19/07 | Participate in conference calls with Compass regarding certain transitional issues and roles/responsibilities. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 02/19/07 | Participate in conference calls with Compass regarding certain transitional issues and roles/responsibilities. | 1.3 | 620.00 | 806.00 |
| Smith, Susan | 02/19/07 | Discuss with T. Burr (Sierra) on allocation of Sale price and escrowed funds. | 0.4 | 590.00 | 236.00 |

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 02/20/07 | Participate in conference calls with USA Commercial Mortgage's Financial Advisor to discuss overbid allocation issues with First Trust Deed Fund. | 1.5 | 650.00 | 975.00 |
| Allison, Tom | 02/20/07 | Participate in conference call with Counsel to discuss USA Commercial Mortgage's overbid allocation issues with First Trust Deed Fund. | 1.5 | 650.00 | 975.00 |
| Fasel, Bill | 02/20/07 | Participate in conference calls with USA Commercial Mortgage's Financial Advisor to discuss overbid allocation issues with First Trust Deed Fund. | 1.5 | 620.00 | 930.00 |
| Fasel, Bill | 02/20/07 | Participate in conference call with Counsel to discuss USA Commercial Mortgage's overbid allocation issues with First Trust Deed Fund. | 1.5 | 620.00 | 930.00 |
| Fasel, Bill | 02/20/07 | Participate in conference call with Counsel regarding outstanding items to complete Plan confirmation process. | 1.7 | 620.00 | 1,054.00 |
| Koe, Robert | 02/20/07 | Participate in meeting with Committees and RQN on transition issues following Sale of servicing rights to Compass Partners. | 2.0 | 650.00 | 1,300.00 |
| Koe, Robert | 02/20/07 | Participate in meeting with R. Charles (L&R) on transferring servicing to Compass. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/20/07 | Participate in conference call with USACM, First Trust Deed Fund on allocations of escrow from Compass Sale. | 0.8 | 650.00 | 520.00 |
| Koe, Robert | 02/20/07 | Review bid and sale price reductions on First Trust Deed Fund and approach to recover through Bankruptcy Court. | 0.7 | 650.00 | 455.00 |
| Reed, James | 02/20/07 | Participate in meeting with Compass regarding transition. | 1.3 | 430.00 | 559.00 |
| Reed, James | 02/20/07 | Participate in meeting with Compass regarding escrow issue. | 1.4 | 430.00 | 602.00 |
| Smith, Susan | 02/20/07 | Discuss with D. Blatt and B. Piskin (both Compass) servicing issues, fees, and trust account issues. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/20/07 | Participate in call with L. Weese (USACM) to review issues with Compass servicing, fees, holdbacks and programming. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/20/07 | Discuss issues on escrowed funds with A. Jarvis and D. Monson (both RQN). | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/20/07 | Participate in call with First Trust Deed Fund and Unsecured Creditors Committees regarding the escrowed amounts from the Sale and the transfer of proceeds. | 0.8 | 590.00 | 472.00 |
| Fasel, Bill | 02/21/07 | Participate in conference calls with USA Commercial Mortgage's Financial Advisor to discuss overbid allocation issues with First Trust Deed Fund. | 2.3 | 620.00 | 1,426.00 |
| Fasel, Bill | 02/21/07 | Participate in conference call with Counsel to discuss USA Commercial Mortgage's overbid allocation issues with First Trust Deed Fund. | 1.2 | 620.00 | 744.00 |
| Koe, Robert | 02/21/07 | Discussions on personal property of J. Milanowski and T. Hangtes (both formerly USACM which is commingled with USACM items with M. Olsen (USACM) and J. Reed (MFIM). | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/21/07 | Discuss with Compass Partners compromise on personal property and fixtures at 4484 South Pecos. | 1.2 | 650.00 | 780.00 |
| Reed, James | 02/21/07 | Discussions on personal property of J. Milanowski and T. Hangtes (both formerly USACM which is commingled with USACM items with M. Olsen (USACM) and R. Koe (MFIM). | 0.7 | 430.00 | 301.00 |
| Reed, James | 02/21/07 | Participate in call with Compass related to transition. | 1.0 | 430.00 | 430.00 |
| Smith, Susan | 02/21/07 | Participate in conference call with Compass, Weil Gotshal regarding sub-servicing arrangements. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/21/07 | Meet with E. Monson and A. Jarvis (both RQN) regarding Sale and transition issues. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/21/07 | Meet with L. Weese (USACM) regarding Compass loan servicing arrangements and fee processing. | 0.7 | 590.00 | 413.00 |
| Reed, James | 02/22/07 | Participate in meeting with Compass regarding transition. | 1.1 | 430.00 | 473.00 |
| Smith, Susan | 02/22/07 | Participate in call with C. Liu (Compass) and S. Steele (MFIM), L. Weese (USACM) to discuss default interest calculations used in the disputed escrowed fees. | 0.7 | 590.00 | 413.00 |
| Koe, Robert | 02/27/07 | Discuss with USA Commercial Mortgage employees for potential hiring with Compass Partners. | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 02/27/07 | Review USA Commercial Mortgage employees, which employees are going to be kept, which employees are going to be terminated and actions necessary by USA Commercial Mortgage for these employees. | 1.2 | 650.00 | 780.00 |
| Koe, Robert | 02/27/07 | Discuss with L. Weese (USACM) on Compass's request for recalculation of late fees. | 0.5 | 650.00 | 325.00 |
| Reed, James | 02/27/07 | Discuss with Compass regarding employees to be retain by USA Commercial Mortgage under the sub-servicing agreement. | 2.1 | 430.00 | 903.00 |

**EXHIBIT E12**

USA Commercial Mortgage Company, et al.
Transition to Compass
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Koe, Robert | 02/28/07 | Discuss B. Piskin (Compass) on employee moves and current status of those moves. | 0.8 | 650.00 | 520.00 |
| Reed, James | 02/28/07 | Discuss with Compass regarding employees to be retain by USA Commercial Mortgage under the sub-servicing agreement. | 1.8 | 430.00 | 774.00 |
| | | **Total Transition to Compass** | **311.7** | | **$ 146,131.00** |

| | Hours | Fees |
|---|---|---|
| **Total Hours and Fees for Transition to Compass from April 13, 2006 through March 12, 2007** | **424.8** | **$ 208,964.00** |

| | | |
|---|---|---|
| **USA Commercial Mortgage Company** | 50% | $ 104,482.00 |
| **USA Capital First Trust Deed Fund, LLC** | 50% | $ 104,482.00 |
| | | $ 208,964.00 |

| | | |
|---|---|---|
| **USA Commercial Mortgage Company** | 50% | 212.4 |
| **USA Capital First Trust Deed Fund, LLC** | 50% | 212.4 |
| | | 424.8 |