# EXHIBIT E13

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| **July 1, 2006 through July 31, 2006** | | | | | |
| Nugent, James | 07/12/06 | Analyze representative plans of reorganizations, disclosure statements, and term sheets to assist Debtor in evaluation of plan of reorganization structures and alternatives. | 1.1 | $ 620.00 | $ 682.00 |
| Nugent, James | 07/13/06 | Analyze representative plans of reorganizations, disclosure statements, and term sheets to assist Debtor in evaluation of plan of reorganization structures and alternatives. | 1.6 | 620.00 | 992.00 |
| Nugent, James | 07/13/06 | Meet with potential acquirers of loan portfolio assets and other assets (three meetings) regarding due diligence matters and proposal timing and structure. | 1.5 | 620.00 | 930.00 |
| Atkinson, James | 07/17/06 | Discussion with M. Kehl (MFIM) regarding plan process. | 1.3 | 650.00 | 845.00 |
| Kehl, Monty | 07/17/06 | Discussion with J. Atkinson (MFIM) regarding plan process. | 1.3 | 620.00 | 806.00 |
| Nugent, James | 07/17/06 | Analyze summary plan of reorganization term sheets in other cases to prepare summary plan of reorganization term sheet and analyze bid term sheets from prospective investors. | 1.4 | 620.00 | 868.00 |
| Allison, Tom | 07/31/06 | Participate in call with J. Nugent and J. Atkinson (both MFIM) regarding disclosure statement and plan of reorganization term sheet matters. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 07/31/06 | Discussion with T. Allison and J. Nugent (both MFIM) regarding activities related to drafting plan of reorganization. | 1.8 | 650.00 | 1,170.00 |
| Nugent, James | 07/31/06 | Participate in call with A. Jarvis and S. Strong (both RQN) regarding information requirements and assistance needed for draft of disclosure statement. | 0.2 | 620.00 | 124.00 |
| Nugent, James | 07/31/06 | Participate in call with T. Allison and J. Atkinson (both MFIM) regarding disclosure statement and plan of reorganization term sheet matters. | 1.8 | 620.00 | 1,116.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **13.8** | | **$ 8,703.00** |
| **August 1, 2006 through August 31, 2006** | | | | | |
| Astik, Jigar | 08/01/06 | Analyze various Disclosure Statements in cases similar to USA Capital. | 3.2 | $ 240.00 | $ 768.00 |
| Atkinson, James | 08/01/06 | Prepare Plan of Reorganization processes and templates. | 2.6 | 650.00 | 1,690.00 |
| Nugent, James | 08/01/06 | Analyze correspondence between A. Jarvis (RQN) and Committees in connection with Plan of Reorganization, sale process, exclusivity period, and Committee requests in preparation for a call with A. Jarvis (RQN) and to prepare data for the Committees. | 0.5 | 620.00 | 310.00 |
| Nugent, James | 08/01/06 | Discuss Disclosure Statement and Plan of Reorganization matters and Creditor Committees' requests and issues with A. Jarvis (RQN). | 0.5 | 620.00 | 310.00 |
| Atkinson, James | 08/03/06 | Prepare the draft Plan of Reorganization templates. | 2.3 | 650.00 | 1,495.00 |
| Atkinson, James | 08/03/06 | Prepare draft Disclosure Statement templates. | 2.2 | 650.00 | 1,430.00 |
| Smith, Susan | 08/03/06 | Research historical data for draft Disclosure. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 08/03/06 | Draft historical background on each entity. | 1.6 | 590.00 | 944.00 |
| Steele, Sarah | 08/04/06 | Gather information for L. Weese (USACM) to construct updated balance sheets. | 2.1 | 430.00 | 903.00 |
| Nugent, James | 08/08/06 | Analyze draft Disclosure Statement and correspondence received from Debtors' counsels regarding needed information and analyses and requests by the Committees. | 0.4 | 620.00 | 248.00 |
| Allison, Tom | 08/11/06 | Participate in conference call with S. Smith (MFIM) regarding workplans for Plan of Reorganization. | 0.7 | 650.00 | 455.00 |
| Smith, Susan | 08/11/06 | Participate in conference call with T. Allison (MFIM) regarding workplans for Plan of Reorganization. | 0.7 | 590.00 | 413.00 |
| Atkinson, James | 08/14/06 | Discuss with B. Fasel (MFIM) regarding sales process and current status of potential bidders. | 1.1 | 650.00 | 715.00 |
| Fasel, Bill | 08/14/06 | Discuss with J. Atkinson (MFIM) regarding sales process and current status of potential bidders. | 1.1 | 620.00 | 682.00 |
| Atkinson, James | 08/16/06 | Review draft Disclosure Statement template. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 08/16/06 | Meet with A. Jarvis (RQN) and S. Smith (MFIM) regarding Plan issues. | 1.4 | 650.00 | 910.00 |
| Smith, Susan | 08/16/06 | Meet with A. Jarvis (RQN) and J. Atkinson (MFIM) regarding Plan issues. | 1.4 | 590.00 | 826.00 |
| Allison, Tom | 08/18/06 | Participate in call with S. Smith (MFIM), A. Jarvis (RQN) regarding Plan and Investment Partner. | 1.2 | 650.00 | 780.00 |
| Smith, Susan | 08/18/06 | Participate in call with T. Allison (MFIM), A. Jarvis (RQN) regarding Plan and Investment Partner. | 1.2 | 590.00 | 708.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 08/21/06 | Participate in call with Counsel and MFIM personnel to discuss Plan of Reorganization and Disclosure Statement process / information. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 08/21/06 | Participate in call with Counsel and MFIM personnel to discuss Plan of Reorganization and Disclosure Statement process / information. | 1.3 | 620.00 | 806.00 |
| Atkinson, James | 08/22/06 | Participate in meeting with T. Burr (Sierra) regarding the Unsecured Creditor Committee's proposed term sheet. | 0.8 | 650.00 | 520.00 |
| Nugent, James | 08/22/06 | Analyze draft Disclosure Statement template in preparation for conference call meeting with S. Strong (RQN) regarding schedules and analysis needed for the proposed filing. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 08/22/06 | Discuss Disclosure Statement and Plan of Reorganization matters including schedules and analysis needed for the proposed filing with S. Strong and P. Hunt (both RQN). | 0.8 | 620.00 | 496.00 |
| Nugent, James | 08/22/06 | Analyze status of preparation of schedules and analysis needed for the proposed filing of Disclosure Statement and Plan of Reorganization based on direction from S. Strong (RQN). | 0.2 | 620.00 | 124.00 |
| Smith, Susan | 08/22/06 | Participate in conference call to discuss the Disclosure Statement. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 08/22/06 | Revise and edit draft Disclosure Statement | 0.8 | 590.00 | 472.00 |
| Allison, Tom | 08/23/06 | Participate in call with Counsel and MFIM personnel to discuss Plan of Reorganization and Disclosure Statement process / information. | 3.3 | 650.00 | 2,145.00 |
| Atkinson, James | 08/23/06 | Attend conference call with Debtors' counsel regarding Plan of Reorganization and Disclosure Statement activities. | 1.1 | 650.00 | 715.00 |
| Bauck, Lyle | 08/23/06 | Research U.S. Bankruptcy code related to the preparation of the Debtors' Disclosure Statement. | 1.8 | 290.00 | 522.00 |
| Cadwell, Kristin | 08/23/06 | Research motions filed by USA Capital in the Court docket for use in the business plan development. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 08/23/06 | Assist with tables of information for Disclosure Statement. | 1.9 | 190.00 | 361.00 |
| Cadwell, Kristin | 08/23/06 | Prepare data for Disclosure Statement. | 2.1 | 190.00 | 399.00 |
| Cadwell, Kristin | 08/23/06 | Create schedule of motions filed by USA Capital from Court docket for use in the business plan development. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 08/23/06 | Revise draft of Disclosure Statement with information from schedule of motions filed by USA Capital. | 2.0 | 190.00 | 380.00 |
| Fasel, Bill | 08/23/06 | Participate in call with Counsel and MFIM personnel to discuss Plan of Reorganization and Disclosure Statement process / information. | 3.3 | 620.00 | 2,046.00 |
| Haftl, Michael | 08/23/06 | Review comparable Disclosure Statements. | 2.1 | 530.00 | 1,113.00 |
| Nugent, James | 08/23/06 | Analyze draft Disclosure Statement template in preparation for conference call meeting with A. Jarvis and S. Strong (both RQN) regarding schedules and analysis needed for the proposed filing. | 0.9 | 620.00 | 558.00 |
| Nugent, James | 08/23/06 | Discuss Disclosure Statement and Plan of Reorganization matters including schedules and analysis needed for the proposed filing with A. Jarvis, S. Strong and P. Hunt (all RQN). | 1.0 | 620.00 | 620.00 |
| Smith, Susan | 08/23/06 | Participate in call with RQN on Plan and Disclosure. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 08/23/06 | Review issues on potential purchasers with MFIM team and RQN. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 08/23/06 | Draft background section of Disclosure Statement. | 1.2 | 590.00 | 708.00 |
| Atkinson, James | 08/24/06 | Participate in conference call with Debtors' counsel to discuss Plan of Reorganization and Disclosure Statement status and efforts to complete. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 08/25/06 | Review proposed term sheet outlining distributions to creditors as proposed by the Creditor Committees and discussion with Debtors' counsel. | 2.9 | 650.00 | 1,885.00 |
| Allison, Tom | 08/26/06 | Plan of Reorganization discussions with Counsel and MFIM team (preparation of Plan of Reorganization and Disclosure Statement). | 1.5 | 650.00 | 975.00 |
| Atkinson, James | 08/26/06 | Participate in conference call with Debtors' counsel, B. Fasel and S. Smith (both MFIM) regarding draft letters of intent, Plan of Reorganization process and related timelines. | 0.8 | 650.00 | 520.00 |
| Fasel, Bill | 08/26/06 | Plan of Reorganization discussions with Counsel and MFIM team (preparation of Plan of Reorganization and Disclosure Statement). | 1.5 | 620.00 | 930.00 |
| Smith, Susan | 08/26/06 | Participate in conference call with Debtors' counsel, B. Fasel and J. Atkinson (both MFIM) regarding draft letters of intent, Plan of Reorganization process and related timelines. | 0.8 | 590.00 | 472.00 |
| Atkinson, James | 08/27/06 | Review draft Plan of Reorganization. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 08/27/06 | Review draft Plan of Reorganization. | 1.5 | 620.00 | 930.00 |
| Fasel, Bill | 08/28/06 | Review draft Plan of Reorganization and Disclosure Statements. | 1.5 | 620.00 | 930.00 |
| Smith, Susan | 08/28/06 | Review draft of Plan of Reorganization. | 1.3 | 590.00 | 767.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 08/28/06 | Edit draft of Disclosure Statement | 1.1 | 590.00 | 649.00 |
| Allison, Tom | 08/29/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 08/29/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 1.2 | 620.00 | 744.00 |
| Allison, Tom | 08/30/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 1.8 | 650.00 | 1,170.00 |
| Fasel, Bill | 08/30/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 1.8 | 620.00 | 1,116.00 |
| Allison, Tom | 08/31/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 08/31/06 | Meet with A. Jarvis (RQN) and S. Smith (MFIM) regarding Plan negotiations. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 08/31/06 | Participate in conference call(s) with Counsel to discuss Plan of Reorganization status and Committee feedback. | 0.8 | 620.00 | 496.00 |
| Smith, Susan | 08/31/06 | Meet with A. Jarvis (RQN) and T. Allison (MFIM) regarding Plan negotiations. | 1.2 | 590.00 | 708.00 |
| **Total Disclosure Statement/Plan of Reorganization** | | | **85.5** | | **$ 46,979.00** |

**September 1, 2006 through September 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 09/08/06 | Participate in conference call with S. Smith, J. Atkinson (both MFIM) and A. Jarvis (RQN) regarding Plan. | 0.5 | $ 650.00 | $ 325.00 |
| Atkinson, James | 09/08/06 | Participate in conference call with T. Allison, J. Atkinson (both MFIM) and A. Jarvis (RQN) regarding Plan. | 0.5 | 650.00 | 325.00 |
| Smith, Susan | 09/08/06 | Participate in conference call with T. Allison, J. Atkinson (both MFIM) and A. Jarvis (RQN) regarding Plan. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 09/11/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 09/11/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.2 | 620.00 | 744.00 |
| Atkinson, James | 09/12/06 | Review of draft joint term sheet. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/12/06 | Participate in conference call with Debtors' counsel regarding plan of reorganization exclusivity period, finalizing LOI. | 0.6 | 650.00 | 390.00 |
| Allison, Tom | 09/13/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and Disclosure Statements. | 1.3 | 650.00 | 845.00 |
| Atkinson, James | 09/13/06 | Participate in conference call with Debtors' counsel and M. Haftl (MFIM) to discuss plan of reorganization and bidding procedures motion. | 0.5 | 650.00 | 325.00 |
| Fasel, Bill | 09/13/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and Disclosure Statements. | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 09/13/06 | Participate in conference call with Debtors' counsel and J. Atkinson (MFIM) to discuss Plan of Reorganization and bidding procedures motion. | 0.5 | 530.00 | 265.00 |
| Allison, Tom | 09/14/06 | Review draft changes to the Plan of Reorganization and Disclosure Statements | 1.3 | 650.00 | 845.00 |
| Allison, Tom | 09/14/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 0.8 | 650.00 | 520.00 |
| Fasel, Bill | 09/14/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 0.8 | 620.00 | 496.00 |
| Allison, Tom | 09/15/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 09/15/06 | Review of draft Plan of Reorganization. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/15/06 | Review of draft Disclosure Statement. | 1.8 | 650.00 | 1,170.00 |
| Fasel, Bill | 09/15/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.6 | 620.00 | 992.00 |
| Smith, Susan | 09/15/06 | Review draft Disclosure Statement and provide comments to RQN. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 09/15/06 | Review draft Disclosure Statement for filing. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 09/17/06 | Analyze Committee's term sheet. | 0.9 | 590.00 | 531.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 09/18/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 09/18/06 | Participate in conference call with Debtors' counsel and M. Haftl (MFIM) regarding timeline and process for filing bid procedures motion and amended Plan of Reorganization. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 09/18/06 | Discuss with internal MFIM management and Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 1.4 | 620.00 | 868.00 |
| Fasel, Bill | 09/18/06 | Review of Plan of Reorganization and Disclosure Statements (filed 9/15). | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 09/18/06 | Participate in conference call with Debtors' counsel and J. Atkinson (MFIM) regarding timeline and process for filing bid procedures motion and amended plan of reorganization. | 1.3 | 530.00 | 689.00 |
| Allison, Tom | 09/19/06 | Review issues raised by the First Trust Deed Fund with respect to the Plan of Reorganization. | 2.3 | 650.00 | 1,495.00 |
| Allison, Tom | 09/19/06 | Discuss with Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 09/19/06 | Participate in conference call with Counsel to discuss issues raised in the First Trust Deed Fund Committee conference call regarding the Plan of Reorganization filed on 9/15. | 0.5 | 650.00 | 325.00 |
| Fasel, Bill | 09/19/06 | Discuss with Counsel to review status of filing the Plan of Reorganization and resulting Disclosure Statements. | 0.7 | 620.00 | 434.00 |
| Fasel, Bill | 09/19/06 | Participate in conference call with Counsel to discuss issues raised in the First Trust Deed Fund Committee conference call regarding the Plan of Reorganization filed on 9/15. | 0.5 | 620.00 | 310.00 |
| Atkinson, James | 09/22/06 | Review of revised joint plan term sheet. | 2.2 | 650.00 | 1,430.00 |
| Smith, Susan | 09/25/06 | Review issues with Plan discussions and modifications. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 09/26/06 | Participate in conference call with A. Jarvis (RQN) regarding plan issues. | 1.3 | 590.00 | 767.00 |
| Atkinson, James | 09/27/06 | Participate in call with Debtors' counsel regarding status of Committee Plan of Reorganization negotiations. | 0.9 | 650.00 | 585.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **38.0** | | **$ 23,884.00** |

**October 1, 2006 through October 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 10/05/06 | Participate in conference call with RQN, and S. Smith (MFIM) regarding plan and bar date issues. | 0.9 | $ 650.00 | $ 585.00 |
| Allison, Tom | 10/05/06 | Review current draft of Disclosure Statement | 2.3 | 650.00 | 1,495.00 |
| Smith, Susan | 10/05/06 | Participate in conference call with RQN, and T. Allison (MFIM) regarding plan and bar date issues. | 0.9 | 590.00 | 531.00 |
| Fasel, Bill | 10/09/06 | Participate in conference call with Counsel regarding current modifications to the Plan of Reorganization and Disclosure Statements and Intercompany Claims Motion. | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 10/17/06 | Review revised JT Plan Term Sheet. | 0.8 | 620.00 | 496.00 |
| Smith, Susan | 10/24/06 | Analyze issues in the Disclosure Statement revisions. | 1.5 | 590.00 | 885.00 |
| Haftl, Michael | 10/27/06 | Review netting amount in collections account and impact on recovery amounts under plan. | 0.8 | 530.00 | 424.00 |
| Smith, Susan | 10/28/06 | Prepare memo on collection account. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 10/28/06 | Discuss collection account with D. Baddley (GT) for Disclosure Statement. | 0.8 | 590.00 | 472.00 |
| Atkinson, James | 10/30/06 | Participate in call with Debtors' Counsel regarding revisions to Disclosure Statement. | 0.5 | 650.00 | 325.00 |
| Haftl, Michael | 10/30/06 | Research collateral securing $58M security agreement for use in plan recovery analysis. | 1.7 | 530.00 | 901.00 |
| Haftl, Michael | 10/31/06 | Review IP and 1090 collateral for use in plan recovery analysis. | 0.7 | 530.00 | 371.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **12.6** | | **$ 7,527.00** |

**November 1, 2006 through November 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 11/02/06 | Review revised draft Disclosure Statement. | 1.7 | $ 650.00 | $ 1,105.00 |
| Atkinson, James | 11/02/06 | Review First Trust Deed schedules and narrative for inclusion in Disclosure Statement. | 0.9 | 650.00 | 585.00 |
| Fasel, Bill | 11/02/06 | Participate in conference calls with Counsel regarding proposed JT Plan to be filed by the Committees. | 1.3 | 620.00 | 806.00 |
| Smith, Susan | 11/02/06 | Review chart of Plan categories. | 0.4 | 590.00 | 236.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 11/03/06 | Discuss plan issues with A. Jarvis, and S. Strong (both RQN), S. Smith (MFIM). | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/03/06 | Review draft plan of reorganization. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 11/03/06 | Participate in conference call with Committees regarding discussion of the proposed draft JT Plan. | 1.1 | 620.00 | 682.00 |
| Smith, Susan | 11/03/06 | Review plan as revised without compromise between Unsecured Creditors Committee and Diversified Trust Deed Fund. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 11/03/06 | Participate in call regarding Plan and Disclosure Statement. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 11/03/06 | Discuss plan issues with A. Jarvis, and S. Strong (both RQN), T. Allison (MFIM). | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 11/03/06 | Participate in discussion regarding appropriate definition of Insider for Plan definitions. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 11/03/06 | Review inserts and charts to Disclosure Statements. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 11/03/06 | Review updates to Plan. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 11/03/06 | Review draft of Disclosure Statement charts. | 0.5 | 590.00 | 295.00 |
| Atkinson, James | 11/04/06 | Review draft ballot procedures motion. | 0.5 | 650.00 | 325.00 |
| Allison, Tom | 11/05/06 | Participate in call with A. Jarvis (RQN), N. Peterman, D. Baddley (both GT) and S. Smith (MFIM) regarding Plan. | 0.5 | 650.00 | 325.00 |
| Allison, Tom | 11/05/06 | Review most recent draft of Plan in preparation for call with RQN. | 2.5 | 650.00 | 1,625.00 |
| Atkinson, James | 11/05/06 | Participate in Committee call to review draft Plan of Reorganization. | 2.1 | 650.00 | 1,365.00 |
| Haftl, Michael | 11/05/06 | Participate in call with Committee's regarding Plan draft and revisions. | 2.1 | 530.00 | 1,113.00 |
| Smith, Susan | 11/05/06 | Answer questions from R. Charles (L&R) regarding prepaid interest and netting. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 11/05/06 | Participate in call with Committee's regarding Plan draft and revisions. | 2.1 | 590.00 | 1,239.00 |
| Smith, Susan | 11/05/06 | Participate in call with A. Jarvis (RQN), N. Peterman, D. Baddley (both GT) and T. Allison (MFIM) regarding Plan. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 11/05/06 | Participate in call with J. Atkinson (MFIM) regarding Plan and Disclosure issues raised in Committee call. | 0.4 | 590.00 | 236.00 |
| Atkinson, James | 11/06/06 | Review revised version of draft Plan of Reorganization. | 2.1 | 650.00 | 1,365.00 |
| Atkinson, James | 11/06/06 | Review updated draft version of draft Plan of Reorganization. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 11/06/06 | Review revised version of draft Disclosure Statement. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 11/06/06 | Review revised Disclosure Statement and Amended JT Plan of Reorganization. | 1.2 | 620.00 | 744.00 |
| Haftl, Michael | 11/06/06 | Update recovery analysis for disclosure statement. | 1.5 | 530.00 | 795.00 |
| Haftl, Michael | 11/06/06 | Review draft Plan of Reorganization. | 2.2 | 530.00 | 1,166.00 |
| Haftl, Michael | 11/06/06 | Review draft Disclosure Statement. | 1.6 | 530.00 | 848.00 |
| Haftl, Michael | 11/06/06 | Review updated claims amounts used in plan recovery analysis. | 2.6 | 530.00 | 1,378.00 |
| Oriti, Joseph | 11/06/06 | Analyze second amended Disclosure Statement and Plan of Reorganization filed on November 6, 2006. | 2.2 | 330.00 | 726.00 |
| Smith, Susan | 11/06/06 | Review Disclosure Statement and research and prepare amounts for descriptions. | 2.7 | 590.00 | 1,593.00 |
| Smith, Susan | 11/06/06 | Review Plan as revised. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 11/06/06 | Participate in call with Committee's regarding Plan draft and revisions. | 3.4 | 590.00 | 2,006.00 |
| Smith, Susan | 11/06/06 | Review balloting procedures. | 0.6 | 590.00 | 354.00 |
| Atkinson, James | 11/07/06 | Participate in and attend Committee call to review revised version of draft Disclosure Statement. | 1.7 | 650.00 | 1,105.00 |
| Atkinson, James | 11/07/06 | Review revised version of draft Disclosure Statement. | 2.1 | 650.00 | 1,365.00 |
| Atkinson, James | 11/07/06 | Review final version of Disclosure Statement. | 1.4 | 650.00 | 910.00 |
| Fasel, Bill | 11/07/06 | Review revised Disclosure Statement and Amended JT Plan of Reorganization. | 1.1 | 620.00 | 682.00 |
| Haftl, Michael | 11/07/06 | Review updated plan recovery analysis. | 3.8 | 530.00 | 2,014.00 |
| Smith, Susan | 11/07/06 | Monitor and review changes to the Disclosure Statement. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 11/07/06 | Participate on call with Committee's regarding the Disclosure Statement. | 2.3 | 590.00 | 1,357.00 |
| Smith, Susan | 11/07/06 | Review and provide comments on Summary of Plan and Disclosure Statement. | 0.8 | 590.00 | 472.00 |
| Atkinson, James | 11/08/06 | Discuss with MFIM counsel regarding agreed upon settlements between Committees as outlined in Plan of Reorganization and Disclosure Statement. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 11/08/06 | Participate in call with Debtors' counsel, M. Haftl and J. Oriti (both MFIM) to discuss liquidation and plan analysis in connection with agreed upon settlements between the Committees. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 11/08/06 | Review operating agreements between Commercial Mortgage and Realty and management fee provisions. | 1.4 | 650.00 | 910.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Atkinson, James | 11/08/06 | Review Application of agreed upon settlements between the Committees as outlined in the Plan of Reorganization and Disclosure Statement to liquidation and plan analysis calculations. | 3.3 | 650.00 | 2,145.00 |
| Atkinson, James | 11/08/06 | Review assumptions and methodologies in liquidation and plan analysis and calculations for agreed upon settlements between the Committees as outlined in the plan of reorganization and disclosure statement. | 3.2 | 650.00 | 2,080.00 |
| Atkinson, James | 11/08/06 | Review Loan Service Agreements between Commercial Mortgage and First Deed Trust and Diversified Deed Trust and management fee provisions. | 0.7 | 650.00 | 455.00 |
| Fasel, Bill | 11/08/06 | Review revised Disclosure Statement with Counsel. | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 11/08/06 | Participate in call with Debtors' counsel, J. Atkinson and J. Oriti (both MFIM) to discuss liquidation and plan analysis in connection with agreed upon settlements between the Committees. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 11/08/06 | Review deficiency claim scenarios. | 1.8 | 530.00 | 954.00 |
| Haftl, Michael | 11/08/06 | Review updated Disclosure Statement. | 0.6 | 530.00 | 318.00 |
| Oriti, Joseph | 11/08/06 | Participate in call with Debtors' counsel, M. Haftl and J. Atkinson (both MFIM) to discuss liquidation and plan analysis in connection with agreed upon settlements between the Committees. | 0.5 | 330.00 | 165.00 |
| Smith, Susan | 11/08/06 | Review final revisions and edits of Disclosure Statement. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 11/08/06 | Review final revisions and edits of Plan of Reorganization. | 1.3 | 590.00 | 767.00 |
| Haftl, Michael | 11/09/06 | Participate in call with A. Jarvis, S. Strong (both RQN), N. Peterman (GT), S. Smith (MFIM) regarding USA Capital Realty treatment under the Plan. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 11/09/06 | Review inter-debtor claim scenarios. | 1.5 | 530.00 | 795.00 |
| Haftl, Michael | 11/09/06 | Review updated plan and disclosure statements. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 11/09/06 | Review fund Loan Service Agreement's. | 0.2 | 530.00 | 106.00 |
| Haftl, Michael | 11/09/06 | Review plan issues related to Realty. | 1.3 | 530.00 | 689.00 |
| Smith, Susan | 11/09/06 | Provide data to attorneys for Plan corrections and Notice of Balloting procedures. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 11/09/06 | Participate in call with A. Jarvis, S. Strong (both RQN), N. Peterman (GT), M. Haftl (MFIM) regarding USA Capital Realty treatment under the Plan. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 11/09/06 | Provide comments and data for discussion on Capital Realty plan descriptions. | 0.6 | 590.00 | 354.00 |
| Haftl, Michael | 11/10/06 | Review analysis of Realty. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 11/10/06 | Participate in Committee call to discuss Realty. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 11/10/06 | Participate in conference call regarding Realty. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 11/10/06 | Analyze and document plan for Realty. | 1.1 | 530.00 | 583.00 |
| Smith, Susan | 11/10/06 | Participate in call with Committees and RQN regarding the Disclosure Statement. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 11/10/06 | Participate in call with S. Strong (RQN) to discuss service fee compromise language. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 11/10/06 | Review draft of Disclosure Statement. | 1.9 | 590.00 | 1,121.00 |
| Smith, Susan | 11/10/06 | Review Committee edits to Notices and Orders on the Plan. | 0.2 | 590.00 | 118.00 |
| Haftl, Michael | 11/11/06 | Review administrative claims estimates in plan. | 1.8 | 530.00 | 954.00 |
| Atkinson, James | 11/12/06 | Review revised red-lined Plan of Reorganization. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 11/12/06 | Review revised re-lined Disclosure Statement. | 1.4 | 650.00 | 910.00 |
| Haftl, Michael | 11/12/06 | Review updated Plan of Reorganization. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 11/12/06 | Review updated Disclosure Statement. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 11/12/06 | Review comments from Committees related to claims. | 0.6 | 530.00 | 318.00 |
| Smith, Susan | 11/12/06 | Review last draft of Plan. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 11/12/06 | Review and track further comments to Plan and Disclosure statement by Committees. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 11/12/06 | Review drafts of Order on Disclosure Statement. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 11/13/06 | Review current plan status and scheduling issues. | 2.2 | 650.00 | 1,430.00 |
| Atkinson, James | 11/13/06 | Analysis of pre-petition service fees in connection with modifications to Disclosure Statement. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/13/06 | Review draft revisions to Disclosure Statement. | 0.7 | 650.00 | 455.00 |
| Haftl, Michael | 11/13/06 | Review sample Loan Service Agreement. | 0.2 | 530.00 | 106.00 |
| Haftl, Michael | 11/13/06 | Review claims filed to date. | 1.3 | 530.00 | 689.00 |
| Oriti, Joseph | 11/13/06 | Analyze and review Plan of Reorganization filed on November 6, 2006. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 11/13/06 | Analyze and review Disclosure Statement filed on November 6, 2006. | 1.9 | 330.00 | 627.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Smith, Susan | 11/13/06 | Continue discussion on service fee compromise language. | 0.4 | 590.00 | 236.00 |
| Atkinson, James | 11/14/06 | Review revised draft Plan of Reorganization. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/14/06 | Review draft revisions to Disclosure Statement and hypothetical examples. | 2.8 | 650.00 | 1,820.00 |
| Fasel, Bill | 11/14/06 | Participate in conference calls with Counsel regarding amendments to the Disclosure Statement. | 1.1 | 620.00 | 682.00 |
| Haftl, Michael | 11/14/06 | Review cash flow analysis as it relates to administrative claims. | 1.7 | 530.00 | 901.00 |
| Haftl, Michael | 11/14/06 | Discuss claims assumptions with Counsel. | 0.8 | 530.00 | 424.00 |
| Oriti, Joseph | 11/14/06 | Analyze and review draft Plan of Reorganization to be filed on November 15, 2006. | 1.4 | 330.00 | 462.00 |
| Oriti, Joseph | 11/14/06 | Analyze and review draft Disclosure Statement to be filed on November 15, 2006. | 1.6 | 330.00 | 528.00 |
| Smith, Susan | 11/14/06 | Review final Plan. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 11/14/06 | Review final Disclosure Statement. | 0.9 | 590.00 | 531.00 |
| Cheng, Patrick | 11/15/06 | Review a copy of Disclosure Statement filed with the Court. | 1.4 | 560.00 | 784.00 |
| Cheng, Patrick | 11/15/06 | Review a copy of Plan of Reorganization filed with the Court. | 1.1 | 560.00 | 616.00 |
| Haftl, Michael | 11/15/06 | Review updated plan recovery analysis binder and analysis. | 3.1 | 530.00 | 1,643.00 |
| Haftl, Michael | 11/15/06 | Update plan recovery methodology document. | 1.1 | 530.00 | 583.00 |
| Smith, Susan | 11/20/06 | Read Investor email on Plan, participate in discussion regarding ramifications and issues with email. | 0.7 | 590.00 | 413.00 |
| Atkinson, James | 11/21/06 | Participate in and attend Committee call regarding notice to investors sent by third party investor. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 11/21/06 | Review notice to investors sent by third party investor. | 1.4 | 650.00 | 910.00 |
| Fasel, Bill | 11/21/06 | Participate in conference call with Counsel to discuss various Plan-related topics (Direct lender correspondence, conversations with former USA management, Investment Partners issues, loan status). | 2.7 | 620.00 | 1,674.00 |
| Smith, Susan | 11/21/06 | Participate in conference call with A. Jarvis, S. Strong, E. Monson (all RQN) regarding Plan confirmation issues and missive from Direct Lender. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 11/21/06 | Participate in conference call with Committees regarding Plan confirmation and response to missive from Direct Lenders. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 11/21/06 | Review and approve Estoppel Letters. | 1.1 | 590.00 | 649.00 |
| Atkinson, James | 11/22/06 | Review draft motion in response to notice to investors sent by third party investor. | 1.1 | 650.00 | 715.00 |
| Fasel, Bill | 11/22/06 | Participate in conference call with Counsel to discuss various Plan-related topics (Direct lender correspondence, conversations with former USA management, Investment Partners issues, loan status). | 1.9 | 620.00 | 1,178.00 |
| Smith, Susan | 11/22/06 | Review and comment on edits to response to Direct Lender Solicitation. | 0.7 | 590.00 | 413.00 |
| Allison, Tom | 11/27/06 | Participate in conference call with A. Jarvis, E. Monson, S. Strong (all RQN), S. Smith (MFIM) regarding plan confirmation and other issues. | 1.4 | 650.00 | 910.00 |
| Smith, Susan | 11/27/06 | Review contract schedule and provide guidance to K. Cadwell (MFIM) for revisions. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 11/27/06 | Participate in conference call with A. Jarvis, E. Monson, S. Strong (all RQN), T. Allison (MFIM) regarding plan confirmation and other issues. | 1.4 | 590.00 | 826.00 |
| Cadwell, Kristin | 11/29/06 | Organize and assemble Disclosure Statement and solicitation package. | 0.6 | 190.00 | 114.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **146.0** | | **$  84,300.00** |

**December 1, 2006 through December 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 12/01/06 | Participate in conference call with R. Koe (MFIM) and RQN to discuss confirmation of plan issues. | 1.4 | $ 650.00 | $  910.00 |
| Haftl, Michael | 12/01/06 | Review liquidation trust issues related to USA Commercial Mortgage. | 0.2 | 530.00 | 106.00 |
| Koe, Robert | 12/01/06 | Participate in conference call with T. Allison (MFIM) & RQN to discuss confirmation of plan issues. | 1.4 | 650.00 | 910.00 |
| Reed, James | 12/06/06 | Review proposed Plan of Reorganization. | 1.8 | 430.00 | 774.00 |
| Allison, Tom | 12/08/06 | Participate in meeting related to transition planning and final stages of Plan. | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 12/08/06 | Review Court documents related to Objection to Plan by individual investor. | 1.5 | 650.00 | 975.00 |
| Allison, Tom | 12/08/06 | Participate in calls related to status of Plan objection filed by individual investor. | 1.0 | 650.00 | 650.00 |
| Haftl, Michael | 12/08/06 | Review various objections to Plan. | 0.5 | 530.00 | 265.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Atkinson, James | 12/10/06 | Review draft Plan of Reorganization. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 12/11/06 | Review draft Plan Confirmation Brief. | 2.8 | 650.00 | 1,820.00 |
| Atkinson, James | 12/11/06 | Review objections to plan by Debt Acquisition Corp. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 12/11/06 | Review objections to plan by USA Investment Partners et al. | 2.4 | 650.00 | 1,560.00 |
| Atkinson, James | 12/11/06 | Review objections to plan by Standard Properties. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 12/11/06 | Review objections to plan by Liberty Bank. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 12/11/06 | Review USA Commercial Mortgage Plan document supplement and liquidation trust. | 0.7 | 650.00 | 455.00 |
| Fasel, Bill | 12/11/06 | Participate in conference calls with Counsel regarding issues related to Plan confirmation process. | 3.1 | 620.00 | 1,922.00 |
| Haftl, Michael | 12/11/06 | Review various objections to Plan. | 0.8 | 530.00 | 424.00 |
| Smith, Susan | 12/11/06 | Participate in conference call with Committees regarding balloting issues. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 12/11/06 | Participate in conference call with Committees regarding Plan issues. | 1.0 | 590.00 | 590.00 |
| Smith, Susan | 12/11/06 | Answer questions of Direct Lenders Committee regarding pre-paid interest and cash tracing. | 0.3 | 590.00 | 177.00 |
| Atkinson, James | 12/12/06 | Participate in call with Debtors' counsel to review Plan Confirmation Brief and open items. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 12/12/06 | Participate in call with Committee to review draft Plan Confirmation Brief. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 12/12/06 | Review Objections to Plan filed by Lenders Protection Group. | 2.2 | 650.00 | 1,430.00 |
| Fasel, Bill | 12/12/06 | Review and discuss with Debtor Counsel regarding Objections filed to the Plan. | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 12/12/06 | Review Investment Partners Objection. | 0.5 | 530.00 | 265.00 |
| Oriti, Joseph | 12/12/06 | Analyze draft of confirmation brief of the Debtors' third amended joint plan or reorganization. | 1.6 | 330.00 | 528.00 |
| Smith, Susan | 12/12/06 | Review and comment on Objection to Plan by LPG. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 12/12/06 | Review confirmation brief section on pre-paid interest. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 12/12/06 | Participate in call with Debtors' counsel to review Plan Confirmation Brief and open items. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 12/12/06 | Participate in conference call with Committees regarding Plan issues. | 1.2 | 590.00 | 708.00 |
| Atkinson, James | 12/13/06 | Prepare analysis related to insolvency of USA Commercial Mortgage. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 12/13/06 | Review draft Plan confirmation language regarding prepaid interest. | 1.6 | 650.00 | 1,040.00 |
| Fasel, Bill | 12/13/06 | Review Draft Confirmation Brief prepared by First Trust Deed Fund. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 12/13/06 | Review and discuss with Debtor Counsel regarding Objections filed to the Plan. | 1.5 | 620.00 | 930.00 |
| Haftl, Michael | 12/13/06 | Research and respond to questions on Best Interests Test section of T. Allison's (MFIM) Declaration. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 12/13/06 | Assist counsel with T. Allison (MFIM) Declaration in support of confirmation. | 1.6 | 530.00 | 848.00 |
| Smith, Susan | 12/13/06 | Participate in conference call with Committees regarding Plan Confirmation Brief. | 0.8 | 590.00 | 472.00 |
| Steele, Sarah | 12/13/06 | Instruct staff regarding voting analysis. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 12/13/06 | Discuss with A. Parlen (Stutman) regarding voting analysis. | 0.8 | 430.00 | 344.00 |
| Allison, Tom | 12/14/06 | Participate in meeting with J. Atkinson (MFIM) to discuss draft Plan Confirmation Brief and Declaration. | 0.9 | 650.00 | 585.00 |
| Allison, Tom | 12/14/06 | Participate in call with Debtors' counsel and J. Atkinson (MFIM) to review Plan Confirmation Brief and Declaration. | 0.5 | 650.00 | 325.00 |
| Allison, Tom | 12/14/06 | Participate in call with RQN and S. Smith (MFIM) regarding Plan issues. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 12/14/06 | Participate in meeting with T. Allison (MFIM) to discuss draft Plan Confirmation Brief and Declaration. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 12/14/06 | Participate in call with Debtors' counsel and T. Allison (MFIM) to review Plan Confirmation Brief and Declaration. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 12/14/06 | Participate in call with Debtors' counsel and M. Haftl (MFIM) regarding analysis for Declaration of T. Allison (MFIM) in support of Plan confirmation. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 12/14/06 | Review revised draft Plan Confirmation Brief. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 12/14/06 | Participate in Committee call regarding draft Plan Confirmation Brief. | 0.8 | 650.00 | 520.00 |
| Cadwell, Kristin | 12/14/06 | Analyze votes rejecting plan. | 3.0 | 190.00 | 570.00 |
| Fasel, Bill | 12/14/06 | Review Draft Confirmation Brief with Debtor's counsel (prepared by First Trust Deed Fund). | 1.5 | 620.00 | 930.00 |
| Haftl, Michael | 12/14/06 | Participate in call with Debtors' counsel and J. Atkinson (MFIM) regarding analysis for Declaration of T. Allison (MFIM) in support of Plan confirmation. | 0.6 | 530.00 | 318.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Haftl, Michael | 12/14/06 | Review T. Allison (MFIM) Declaration for confirmation and provide comments. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 12/14/06 | Update best interests test language and analysis. | 1.1 | 530.00 | 583.00 |
| McClellan, Christian | 12/14/06 | Analyze Plan voting results. | 3.7 | 190.00 | 703.00 |
| Oriti, Joseph | 12/14/06 | Draft Final Plan of Reorganization and Disclosure Statement source documentation. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 12/14/06 | Analyze and draft claims assumptions in liquidation analysis and Disclosure Statement. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 12/14/06 | Analyze and draft various asset assumptions in liquidation analysis and Disclosure Statement. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 12/14/06 | Read and comment on drafts of the brief for Plan confirmation. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 12/14/06 | Review and edit draft of T. Allison (MFIM) Declaration. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 12/14/06 | Read and comment on drafts of the brief for Plan confirmation. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/14/06 | Read and comment on the Reply brief to oppositions to the Plan. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/14/06 | Read and comment on drafts of the brief for Plan confirmation. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 12/14/06 | Participate in call with RQN and T. Allison (MFIM) regarding Plan issues. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 12/14/06 | Review and edit draft of T. Allison (MFIM) Declaration. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 12/14/06 | Participate in conference call with Committees regarding Plan issues. | 1.2 | 590.00 | 708.00 |
| Steele, Sarah | 12/14/06 | Instruct staff on voting analysis. | 1.1 | 430.00 | 473.00 |
| Atkinson, James | 12/15/06 | Prepare draft of Declaration of T. Allison (MFIM) in connection with Plan Confirmation Brief and related analyses. | 2.4 | 650.00 | 1,560.00 |
| Atkinson, James | 12/15/06 | Continue to prepare draft of Declaration of T. Allison (MFIM) in connection with Plan Confirmation Brief and related analyses. | 2.4 | 650.00 | 1,560.00 |
| Atkinson, James | 12/15/06 | Review sensitivity analysis regarding USA Investment Partners et al.'s Objections to Plan. | 2.1 | 650.00 | 1,365.00 |
| Cadwell, Kristin | 12/15/06 | Analyze balloting reports. | 2.8 | 190.00 | 532.00 |
| Cadwell, Kristin | 12/15/06 | Analyze balloting issues. | 2.2 | 190.00 | 418.00 |
| Haftl, Michael | 12/15/06 | Research and review issues related to Investment Partners Objection to confirmation. | 2.5 | 530.00 | 1,325.00 |
| Haftl, Michael | 12/15/06 | Update language related to the cancellation of equity interests and coordinate with Counsel. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 12/15/06 | Prepare shortfall analysis related to equity interests. | 1.9 | 530.00 | 1,007.00 |
| McClellan, Christian | 12/15/06 | Analyze Plan voting results. | 2.1 | 190.00 | 399.00 |
| Oriti, Joseph | 12/15/06 | Analyze Shortfall of USA Commercial Mortgage Unsecured Claims in response to Milanowski Objection. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 12/15/06 | Discuss with J. McPherson (Schwartzer & McPherson) regarding Objection of Haspinov and Pecos Partners. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 12/15/06 | Research Objectors to Plan. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 12/15/06 | Review insolvency language for Declaration and provide edits and comments. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 12/15/06 | Review draft of Declaration of T. Allison (MFIM) and provide edits and comments. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 12/15/06 | Review final draft of Memo in support of Plan for references to Declaration to verify facts. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 12/15/06 | Review final draft of Reply to Plan Oppositions for references to Declaration to verify facts. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 12/15/06 | Review final draft of T. Allison (MFIM) Declaration and provide final edits. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 12/15/06 | Participate in conference call with Committees regarding Plan issues. | 0.7 | 590.00 | 413.00 |
| Atkinson, James | 12/16/06 | Review filed confirmation brief and Declaration of T. Allison (MFIM) in support of confirmation. | 3.4 | 650.00 | 2,210.00 |
| Atkinson, James | 12/17/06 | Review motion in limine related to USA Investment Partners Objection of Plan Confirmation. | 1.4 | 650.00 | 910.00 |
| Smith, Susan | 12/17/06 | Analyze balloting issues and respond to information requests on specific ballots. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 12/18/06 | Review documents related to Plan Confirmation Hearing. | 4.0 | 650.00 | 2,600.00 |
| Atkinson, James | 12/18/06 | Review plan tabulation results. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 12/18/06 | Inventory documents produced by counsel to USA Investment Partners et al. | 0.4 | 650.00 | 260.00 |
| Fasel, Bill | 12/18/06 | Review with Counsel of certain Objections raised to the Plan of Reorganization. | 2.2 | 620.00 | 1,364.00 |
| Reed, James | 12/18/06 | Review outstanding issues related to Confirmation of Plan. | 0.3 | 430.00 | 129.00 |
| Smith, Susan | 12/18/06 | Review and comment on Findings of Fact. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 12/18/06 | Review and comment on proposed Confirmation Order. | 1.4 | 590.00 | 826.00 |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Smith, Susan | 12/18/06 | Review drafts of disbursing agent agreements. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 12/18/06 | Participate in meeting with Committees to review Plan Confirmation issues. | 1.2 | 590.00 | 708.00 |
| Steele, Sarah | 12/18/06 | Review voting analysis report. | 1.2 | 430.00 | 516.00 |
| Allison, Tom | 12/19/06 | Participate in meeting related to preparation for Plan Objection period. | 3.0 | 650.00 | 1,950.00 |
| Fasel, Bill | 12/19/06 | Review with Counsel of certain Objections raised to the Plan of Reorganization. | 3.2 | 620.00 | 1,984.00 |
| Smith, Susan | 12/19/06 | Participate in meeting with Committees to review Plan Confirmation issues. | 1.1 | 590.00 | 649.00 |
| Fasel, Bill | 12/20/06 | Review with Counsel and discussions regarding on-going claim issues. | 3.5 | 620.00 | 2,170.00 |
| Allison, Tom | 12/21/06 | Participate in conference call with Committees to review proposed Plan Confirmation Order. | 2.4 | 650.00 | 1,560.00 |
| Allison, Tom | 12/21/06 | Review proposed Order on Plan Confirmation. | 1.8 | 650.00 | 1,170.00 |
| Fasel, Bill | 12/21/06 | Review with Counsel and discussions regarding on-going claim issues. | 3.5 | 620.00 | 2,170.00 |
| Fasel, Bill | 12/21/06 | Follow-up with Counsel regarding conclusion of Plan Confirmation Hearings and next steps. | 1.5 | 620.00 | 930.00 |
| Smith, Susan | 12/21/06 | Review proposed Order on Plan Confirmation and give comments and edits to RQN. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/21/06 | Participate in conference call with Committees to review proposed Plan Confirmation Order. | 2.4 | 590.00 | 1,416.00 |
| Atkinson, James | 12/22/06 | Review proposed confirmation order. | 1.5 | 650.00 | 975.00 |
| Smith, Susan | 12/22/06 | Review disbursing agent agreements for First Trust Deed Fund, Realty and Securities. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 12/22/06 | Read through the revised confirmation order and findings of fact for issues. | 0.9 | 590.00 | 531.00 |
| Allison, Tom | 12/23/06 | Review documents related to Plan Confirmation issues. | 1.9 | 650.00 | 1,235.00 |
| Fasel, Bill | 12/27/06 | Review with Counsel and discussions regarding on-going claim issues. | 2.0 | 620.00 | 1,240.00 |
| Smith, Susan | 12/27/06 | Participate in conference call with Committees to review proposed Plan Confirmation Order. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/27/06 | Review and respond to emails and issues on Plan Confirmation Order. | 0.9 | 590.00 | 531.00 |
| Fasel, Bill | 12/28/06 | Review with Counsel and discussions regarding on-going claim issues. | 1.0 | 620.00 | 620.00 |
| Smith, Susan | 12/28/06 | Review issues with Confirmation Order. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 12/28/06 | Research and respond to noticing requirements suggested to be included in Order. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 12/29/06 | Review issues with Confirmation Order and discussions of Committee attorneys. | 0.9 | 590.00 | 531.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **157.3** | | **$    87,504.00** |

**February 1, 2007 through February 28, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Oriti, Joseph | 02/08/07 | Analyze Direct Lender's Group ballot tabulation to reconcile voting results. | 1.9 | $ 330.00 $ | 627.00 |
| Oriti, Joseph | 02/08/07 | Continue to analyze Direct Lender's Group ballot tabulation to reconcile voting results. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 02/08/07 | Analyze Direct Lender's Group ballot tabulation to reconcile voting results. | 2.7 | 330.00 | 891.00 |
| Oriti, Joseph | 02/08/07 | Continue to analyze Direct Lender's Group ballot tabulation to reconcile voting results. | 1.3 | 330.00 | 429.00 |
| Smith, Susan | 02/09/07 | Review information on Appellants and forward to RQN. | 0.4 | 590.00 | 236.00 |
| | | **Total Disclosure Statement/Plan of Reorganization** | **8.4** | | **$     2,876.00** |

| | | | | | |
|------|------|-------------|-------|------|------|
| | | **Total Hours and Fees for Disclosure Statement/Plan of Reorganization from April 13, 2006 through March 12, 2007** | **461.6** | | **$   261,773.00** |

**EXHIBIT E13**

USA Commercial Mortgage Company, et al.
Disclosure Statement/Plan of Reorganization
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| | | USA Commercial Mortgage Company | 33.3% | | $ 87,257.67 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 33.3% | | $ 87,257.67 |
| | | USA Capital First Trust Deed Fund, LLC | 33.3% | | $ 87,257.67 |
| | | | | | $ 261,773.00 |