# EXHIBIT E14

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **July 1, 2006 through July 31, 2006** | | | | | |
| Reed, James | 07/05/06 | Review and update supporting documents for liquidation analysis. | 3.0 | $ 430.00 | $ 1,290.00 |
| Reed, James | 07/05/06 | Review and update liquidation analysis. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 07/06/06 | Meet with Company management to discuss liquidation analysis assumptions. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 07/09/06 | Review and edit liquidation analyses for Commercial Mortgage Co. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 07/09/06 | Review and edit liquidation analyses for Diversified Trust Deed Fund. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 07/09/06 | Review and edit liquidation analyses for First Trust Deed Fund. | 0.6 | 620.00 | 372.00 |
| Atkinson, James | 07/12/06 | Review draft liquidation analyses related to Commercial Mortgage. | 1.7 | 650.00 | 1,105.00 |
| Atkinson, James | 07/12/06 | Review draft liquidation analyses related to Diversified Trust Deed Fund. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 07/12/06 | Review draft liquidation analyses related to First Trust Deed Fund. | 0.7 | 650.00 | 455.00 |
| Nugent, James | 07/19/06 | Analyze Company's previous financial model and projections for incorporation of data in liquidation analyses. | 0.4 | 620.00 | 248.00 |
| Nugent, James | 07/19/06 | Discuss previous financial projections and 2006 budget with R. Hilson (USACM). | 0.6 | 620.00 | 372.00 |
| Nugent, James | 07/20/06 | Analyze Company's historical financial model and projections to identify implications for liquidation analyses. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 07/20/06 | Discuss previous financial projections and 2006 budget with R. Hilson (USACM). | 0.4 | 620.00 | 248.00 |
| Haftl, Michael | 07/21/06 | Review liquidation analysis scenarios. | 0.8 | 530.00 | 424.00 |
| Nugent, James | 07/21/06 | Analyze Company's financial model and projections. | 0.8 | 620.00 | 496.00 |
| Nugent, James | 07/26/06 | Meet with R. Hilson (USACM) to discuss historical and projected cash flow, revenues and expenses and financial modeling and analyses requirements for USACM. | 2.2 | 620.00 | 1,364.00 |
| Nugent, James | 07/26/06 | Analyze financial analyses and data received from R. Hilson (USACM) regarding estimated operating expenses for USACM. | 0.9 | 620.00 | 558.00 |
| Haftl, Michael | 07/27/06 | Review comparable companies for use in liquidation analysis. | 2.0 | 530.00 | 1,060.00 |
| | | **Total Liquidation Analysis** | **21.9** | | **$ 11,896.00** |
| **August 1, 2006 through August 31, 2006** | | | | | |
| Nugent, James | 08/01/06 | Analyze appraisals related to various loans, balance sheets for the Debtors and preliminary liquidation analyses to identify data needed, analysis process and edits to update liquidation analyses. | 3.8 | $ 620.00 | $ 2,356.00 |
| Reed, James | 08/01/06 | Review and do research related to liquidation analysis and real estate foreclosures. | 3.5 | 430.00 | 1,505.00 |
| Haftl, Michael | 08/03/06 | Review liquidation analyses of comparable Companies. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 08/04/06 | Review liquidation analyses of comparable Companies. | 1.8 | 530.00 | 954.00 |
| Nugent, James | 08/04/06 | Analyze trial balances for USACM as of June 30, 2006 for incorporation into the liquidation and recovery analyses for presentation to the Committees. | 0.2 | 620.00 | 124.00 |
| Nugent, James | 08/04/06 | Analyze prior preliminary liquidation analyses presented to the Committees at the July 11, 2006 meeting in preparation for updating recovery analyses for presentation and discussion at next Committees' meeting. | 0.9 | 620.00 | 558.00 |
| Astik, Jigar | 08/05/06 | Update liquidation analysis for Commercial Mortgage, First Trust Deed Fund, and Diversified Trust Deed Fund with June balance sheet information. | 3.6 | 240.00 | 864.00 |
| Astik, Jigar | 08/05/06 | Update liquidation analysis for USA SEC and USARA with June balance sheet information. | 2.2 | 240.00 | 528.00 |
| Nugent, James | 08/05/06 | Analyze trial balances for USACM as of June 30, 2006 for incorporation into the liquidation and recovery analyses for presentation to the Committees. | 0.7 | 620.00 | 434.00 |
| Nugent, James | 08/05/06 | Analyze prior preliminary liquidation analyses presented to the Committees at the July 11, 2006 meeting identifying updates to the liquidation and recovery analyses for presentation and discussion with the Committees. | 1.7 | 620.00 | 1,054.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Nugent, James | 08/05/06 | Provide edits and direction to staff regarding updating liquidation and recovery analyses and liquidity analyses for discussion with Committees at next meeting. | 1.2 | 620.00 | 744.00 |
| Astik, Jigar | 08/06/06 | Continue to update liquidation analysis for USA SEC and USARA with June balance sheet information. | 3.0 | 240.00 | 720.00 |
| Nugent, James | 08/06/06 | Provide edits and direction regarding updating liquidation and recovery analyses for discussion with Committees at next meeting. | 1.8 | 620.00 | 1,116.00 |
| Reed, James | 08/07/06 | Review liquidation analysis for presentation to Committees. | 2.0 | 430.00 | 860.00 |
| Reed, James | 08/11/06 | Review and update liquidity analysis. | 3.0 | 430.00 | 1,290.00 |
| Astik, Jigar | 08/14/06 | Analyze short and long term liquidity Unsecured Creditors Committee. | 3.0 | 240.00 | 720.00 |
| Haftl, Michael | 08/14/06 | Update draft liquidation analysis. | 3.7 | 530.00 | 1,961.00 |
| Haftl, Michael | 08/14/06 | Review comparable liquidation analysis. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 08/20/06 | Review liquidation analyses. | 0.2 | 530.00 | 106.00 |
| Astik, Jigar | 08/21/06 | Analyze loan portfolio and loan monitoring document for updated liquidation analysis. | 3.2 | 240.00 | 768.00 |
| Atkinson, James | 08/21/06 | Review documents pertaining to USA Investment Partners and on-going discussions with Debtors counsel regarding document production procedures. | 2.4 | 650.00 | 1,560.00 |
| Astik, Jigar | 08/22/06 | Analyze collateral descriptions and guarantor information in most recent liquidation analysis. | 2.5 | 240.00 | 600.00 |
| Astik, Jigar | 08/22/06 | Update and analyze July balance sheet information and update liquidation analysis. | 3.5 | 240.00 | 840.00 |
| Astik, Jigar | 08/22/06 | Analyze various appraisal summaries and update liquidation analysis. | 3.0 | 240.00 | 720.00 |
| Atkinson, James | 08/23/06 | Participate in meeting with J. Reed and M. Haftl (both MFIM) regarding liquidation valuation analysis. | 0.8 | 650.00 | 520.00 |
| Fasel, Bill | 08/23/06 | Plan of Reorganization discussions with Counsel and MFIM team (liquidation analysis). | 2.3 | 620.00 | 1,426.00 |
| Haftl, Michael | 08/23/06 | Update loan by loan analysis for liquidation analysis. | 2.7 | 530.00 | 1,431.00 |
| Haftl, Michael | 08/23/06 | Participate in meeting with J. Reed and J. Atkinson (both MFIM) regarding liquidation valuation analysis. | 0.8 | 530.00 | 424.00 |
| Reed, James | 08/23/06 | Participate in meeting with J. Atkinson and M. Haftl (both MFIM) regarding liquidation valuation analysis. | 0.8 | 430.00 | 344.00 |
| Astik, Jigar | 08/24/06 | Update liquidation analysis with July financial information. | 2.5 | 240.00 | 600.00 |
| Atkinson, James | 08/24/06 | Preparation of Liquidation Analysis for USA Commercial Mortgage. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 08/24/06 | Participate in meeting with M. Olson, A. Stevens, (both USACM) to discuss liquidation analysis for USA Commercial Mortgage. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 08/24/06 | Preparation of Liquidation Analysis for USA Diversified Deed Trust. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 08/24/06 | Participate in meeting with M. Olson, A. Stevens, (both USACM) to discuss liquidation analysis for USA Diversified Deed Trust. | 0.2 | 650.00 | 130.00 |
| Atkinson, James | 08/24/06 | Preparation of Liquidation Analysis for USA First Deed Trust. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 08/24/06 | Participate in meeting with M. Olson, A. Stevens, (both USACM) to discuss liquidation analysis for USA First Deed Trust. | 0.1 | 650.00 | 65.00 |
| Haftl, Michael | 08/24/06 | Prepare liquidation narrative for disclosure statements. | 1.8 | 530.00 | 954.00 |
| Haftl, Michael | 08/24/06 | Update payment waterfall in liquidation analysis. | 1.9 | 530.00 | 1,007.00 |
| Reed, James | 08/24/06 | Review and discuss liquidation analysis detail. | 3.0 | 430.00 | 1,290.00 |
| Allison, Tom | 08/25/06 | Plan of Reorganization discussions with Counsel and MFIM team (liquidation analysis). | 1.3 | 650.00 | 845.00 |
| Astik, Jigar | 08/25/06 | Update USACM liquidation analysis summary sheet with July financials. | 2.0 | 240.00 | 480.00 |
| Astik, Jigar | 08/25/06 | Proof and update liquidation analysis with updated information. | 3.0 | 240.00 | 720.00 |
| Astik, Jigar | 08/25/06 | Update service fees and related information for inclusion in liquidation analysis. | 1.3 | 240.00 | 312.00 |
| Fasel, Bill | 08/25/06 | Plan of Reorganization discussions with Counsel and MFIM team (liquidation analysis). | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 08/25/06 | Update liquidation analysis for service fee estimate. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 08/25/06 | Update liquidation analysis for management fees. | 1.4 | 530.00 | 742.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 08/25/06 | Update liquidation analysis for non-loan assets. | 3.3 | 530.00 | 1,749.00 |
| Haftl, Michael | 08/25/06 | Update liquidation analysis for extension and related fees. | 2.2 | 530.00 | 1,166.00 |
| Haftl, Michael | 08/25/06 | Update liquidation analysis loan waterfall. | 3.1 | 530.00 | 1,643.00 |
| Haftl, Michael | 08/25/06 | Update liquidation analysis for service fees. | 1.2 | 530.00 | 636.00 |
| Nugent, James | 08/25/06 | Analyze prior liquidation analysis to determine edits and approach to update analysis. | 0.3 | 620.00 | 186.00 |
| Nugent, James | 08/25/06 | Analyze and discuss liquidation analysis approach and updates with J. Atkinson (MFIM). | 0.4 | 620.00 | 248.00 |
| Reed, James | 08/25/06 | Review and update loan status for liquidation analysis. | 2.5 | 430.00 | 1,075.00 |
| Atkinson, James | 08/26/06 | Participate in call with M. Haftl (MFIM) regarding liquidation valuation analysis. | 0.7 | 650.00 | 455.00 |
| Haftl, Michael | 08/26/06 | Discussions with J. Atkinson (MFIM) regarding liquidation analysis. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 08/26/06 | Update liquidation analysis per discussions. | 1.6 | 530.00 | 848.00 |
| Atkinson, James | 08/27/06 | Discussions with M. Haftl (MFIM) regarding liquidation analysis. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 08/27/06 | Preparation of liquidation valuation model and assumptions for Commercial Mortgage. | 3.3 | 650.00 | 2,145.00 |
| Atkinson, James | 08/27/06 | Preparation of liquidation valuation model and assumptions for Diversified Trust Deed. | 2.8 | 650.00 | 1,820.00 |
| Atkinson, James | 08/27/06 | Preparation of liquidation valuation model and assumptions for First Trust Deed. | 1.9 | 650.00 | 1,235.00 |
| Haftl, Michael | 08/27/06 | Update liquidation analysis loan waterfall. | 3.7 | 530.00 | 1,961.00 |
| Haftl, Michael | 08/27/06 | Update liquidation analysis related to accrued interest. | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 08/27/06 | Discussions with J. Atkinson (MFIM) regarding liquidation analysis. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 08/27/06 | Update liquidation analysis for claim classes. | 0.8 | 530.00 | 424.00 |
| Atkinson, James | 08/28/06 | Preparation of liquidation valuation model and assumptions-Commercial Mortgage. | 1.3 | 650.00 | 845.00 |
| Atkinson, James | 08/28/06 | Preparation of liquidation valuation model and assumptions-Diversified Deed Trust. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 08/28/06 | Preparation of liquidation valuation model and assumptions-First Deed Trust. | 0.8 | 650.00 | 520.00 |
| Haftl, Michael | 08/28/06 | Update liquidation analysis assumptions. | 1.5 | 530.00 | 795.00 |
| Haftl, Michael | 08/28/06 | Discussions regarding liquidation analysis with M. Kehl (MFIM). | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 08/28/06 | Update liquidation analysis waterfall. | 1.8 | 530.00 | 954.00 |
| Haftl, Michael | 08/28/06 | Reconcile balances sheets to liquidation analysis. | 2.1 | 530.00 | 1,113.00 |
| Haftl, Michael | 08/28/06 | Analyze collateral on $58M note. | 2.0 | 530.00 | 1,060.00 |
| Haftl, Michael | 08/28/06 | Review PP&E appraisal for use in liquidation analysis. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 08/28/06 | Review USACM non-loan assets for liquidation analysis. | 2.7 | 530.00 | 1,431.00 |
| Kehl, Monty | 08/28/06 | Review draft liquidation analysis for USACM. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 08/28/06 | Discuss revisions to draft liquidation analysis with M. Haftl (MFIM). | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 08/28/06 | Review draft liquidation analysis for Diversified Trust Deed Fund. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 08/28/06 | Review draft liquidation analysis for First Trust Deed Fund. | 0.7 | 620.00 | 434.00 |
| Nugent, James | 08/28/06 | Analyze and provide edits for the preliminary liquidation analyses for USACM. | 2.1 | 620.00 | 1,302.00 |
| Nugent, James | 08/28/06 | Analyze and provide edits for the revised liquidation analysis for each of the Debtors. | 2.5 | 620.00 | 1,550.00 |
| Nugent, James | 08/28/06 | Analyze and provide edits for the revised liquidation analysis for each of the Debtors. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 08/28/06 | Analyze and provide edits for the revised liquidation analysis for each of the Debtors. | 1.3 | 620.00 | 806.00 |
| Smith, Susan | 08/28/06 | Analyze liquidation analysis and research additional financial information. | 1.7 | 590.00 | 1,003.00 |
| Astik, Jigar | 08/29/06 | Prepare and produce liquidation assumption analysis for use in Disclosure Statement preparation. | 3.3 | 240.00 | 792.00 |
| Atkinson, James | 08/29/06 | Preparation of liquidation valuation model and analysis. | 1.0 | 650.00 | 650.00 |
| Haftl, Michael | 08/29/06 | Reconcile liquidation analysis to loan documents. | 2.7 | 530.00 | 1,431.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 08/29/06 | Update liquidation analysis. | 3.2 | 530.00 | 1,696.00 |
| Haftl, Michael | 08/29/06 | Review liquidation analysis for recently paid off loans. | 1.3 | 530.00 | 689.00 |
| Haftl, Michael | 08/29/06 | Update liquidation analysis assumptions. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 08/29/06 | Review monthly fee applications from various professionals. | 2.2 | 530.00 | 1,166.00 |
| Haftl, Michael | 08/29/06 | Discussions regarding liquidation analysis and the amounts per the forensic accounting. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 08/29/06 | Discuss loan coding with management. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 08/29/06 | Review liquidation analysis for future interest. | 2.2 | 530.00 | 1,166.00 |
| Kehl, Monty | 08/29/06 | Revise draft liquidation analysis for USACM. | 1.0 | 620.00 | 620.00 |
| Kehl, Monty | 08/29/06 | Revise draft liquidation analysis for Diversified Trust Deed Fund. | 0.5 | 620.00 | 310.00 |
| Kehl, Monty | 08/29/06 | Revise draft liquidation analysis for First Trust Deed Fund. | 0.5 | 620.00 | 310.00 |
| Reed, James | 08/29/06 | Prepare liquidation analysis notes. | 2.5 | 430.00 | 1,075.00 |
| Smith, Susan | 08/29/06 | Analyze various loans for liquidation purposes. | 1.4 | 590.00 | 826.00 |
| Astik, Jigar | 08/30/06 | Prepare and produce set of various liquidation analysis from similar cases' Disclosure Statements. | 1.7 | 240.00 | 408.00 |
| Astik, Jigar | 08/30/06 | Prepare and produce liquidation analysis source information for team use and reference. | 2.5 | 240.00 | 600.00 |
| Atkinson, James | 08/30/06 | Preparation of liquidation valuation model and analysis. | 2.4 | 650.00 | 1,560.00 |
| Haftl, Michael | 08/30/06 | Update liquidation analysis claims waterfall. | 1.9 | 530.00 | 1,007.00 |
| Haftl, Michael | 08/30/06 | Participate in teleconference with counsel regarding liquidation analysis. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 08/30/06 | Review liquidation analysis and relationship to revised bids. | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 08/30/06 | Review outstanding extension, exit, and related fees. | 1.7 | 530.00 | 901.00 |
| Reed, James | 08/30/06 | Prepare liquidation analysis notes. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 08/30/06 | Review structure of liquidation analysis. | 2.0 | 430.00 | 860.00 |
| Steele, Sarah | 08/30/06 | Revise service fee file for liquidation analysis. | 3.5 | 430.00 | 1,505.00 |
| Steele, Sarah | 08/30/06 | Edit liquidation analysis regarding interest for Diversified Trust Deed Fund in liquidation analysis. | 0.9 | 430.00 | 387.00 |
| Astik, Jigar | 08/31/06 | Analyze and update loan portfolio analysis for liquidation analysis. | 1.8 | 240.00 | 432.00 |
| Astik, Jigar | 08/31/06 | Analyze service fee and interest accrual for liquidation analysis. | 2.0 | 240.00 | 480.00 |
| Astik, Jigar | 08/31/06 | Analyze general support for liquidation analysis to verify numbers. | 2.1 | 240.00 | 504.00 |
| Atkinson, James | 08/31/06 | Preparation of Liquidation Analysis for USA Commercial Mortgage. | 2.4 | 650.00 | 1,560.00 |
| Haftl, Michael | 08/31/06 | Review management fee calculations. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 08/31/06 | Review treatment of prepaid interest and servicing fees both paid and unpaid. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 08/31/06 | Review liquidation analysis binder. | 1.3 | 530.00 | 689.00 |
| Haftl, Michael | 08/31/06 | Review BySynergy interest rate. | 0.2 | 530.00 | 106.00 |
| Haftl, Michael | 08/31/06 | Review Epic and Sheraton recoveries. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 08/31/06 | Reconcile loan summary report. | 3.3 | 530.00 | 1,749.00 |
| Haftl, Michael | 08/31/06 | Review liquidation analysis narrative. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 08/31/06 | Perform quality control on liquidation analysis. | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 08/31/06 | Perform quality control on liquidation analysis binder. | 3.3 | 530.00 | 1,749.00 |
| Kehl, Monty | 08/31/06 | Provide comments on methodology for draft liquidation analysis. | 0.7 | 620.00 | 434.00 |
| Reed, James | 08/31/06 | Prepare liquidation analysis notes. | 4.0 | 430.00 | 1,720.00 |
| | | **Total Liquidation Analysis** | **220.7** | | **$ 106,285.00** |

**September 1, 2006 through September 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Astik, Jigar | 09/01/06 | Analyze liquidation analysis source documentation for liquidation analysis. | 2.8 | $ 240.00 | $ 672.00 |
| Astik, Jigar | 09/01/06 | Update and analyze liquidation analysis with updated information and analysis. | 2.3 | 240.00 | 552.00 |
| Astik, Jigar | 09/01/06 | Update and analyze loan portfolio information for liquidation analysis. | 1.0 | 240.00 | 240.00 |
| Haftl, Michael | 09/01/06 | Perform quality control on liquidation analysis. | 1.3 | 530.00 | 689.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 09/01/06 | Perform quality control on liquidation analysis binder. | 0.9 | 530.00 | 477.00 |
| Astik, Jigar | 09/05/06 | Update and analyze service fee analysis for liquidation analysis. | 2.7 | 240.00 | 648.00 |
| Astik, Jigar | 09/05/06 | Update and analyze service fees and interest accrual for loans outstanding after 11/15/06. | 2.9 | 240.00 | 696.00 |
| Astik, Jigar | 09/05/06 | Update and analyze loan documentation to verify information in liquidation analysis. | 1.4 | 240.00 | 336.00 |
| Astik, Jigar | 09/06/06 | Analyze service fee accrual at 12/31/06 for best interest analysis. | 3.2 | 240.00 | 768.00 |
| Astik, Jigar | 09/06/06 | Analyze loans outstanding at 12/31/06 for best interest analysis. | 3.8 | 240.00 | 912.00 |
| Astik, Jigar | 09/06/06 | Update analyze liquidation analysis for use in Plan of Reorganization. | 3.7 | 240.00 | 888.00 |
| Astik, Jigar | 09/07/06 | Update and analyze source documentation to verify information in liquidation analysis. | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 09/07/06 | Continue to update and analyze source documentation to verify information in liquidation analysis. | 1.9 | 240.00 | 456.00 |
| Atkinson, James | 09/07/06 | Prepare draft liquidation analysis for Commercial Mortgage. | 3.2 | 650.00 | 2,080.00 |
| Atkinson, James | 09/07/06 | Analyze liquidation valuation for Commercial Mortgage to proposed offer in draft LOI. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 09/07/06 | Review of latest draft of the liquidation analysis for the Disclosure Statement. | 0.5 | 620.00 | 310.00 |
| Haftl, Michael | 09/07/06 | Review liquidation analysis changes and updates. | 3.0 | 530.00 | 1,590.00 |
| Nugent, James | 09/07/06 | Analyze and provide edits regarding updating liquidation and recovery analyses for USACM. | 0.6 | 620.00 | 372.00 |
| Atkinson, James | 09/10/06 | Review liquidation analysis for Commercial Mortgage. | 2.4 | 650.00 | 1,560.00 |
| Haftl, Michael | 09/10/06 | Review liquidation analysis summary memo. | 1.8 | 530.00 | 954.00 |
| Fasel, Bill | 09/11/06 | Review of Liquidation Analysis to be included in the Disclosure Statements. | 1.2 | 620.00 | 744.00 |
| Haftl, Michael | 09/11/06 | Analyze relationship between prepaid interest and service fees. | 1.7 | 530.00 | 901.00 |
| Astik, Jigar | 09/12/06 | Update and analyze liquidation analysis methodology. | 3.3 | 240.00 | 792.00 |
| Fasel, Bill | 09/12/06 | Review of latest draft of the liquidation analysis for the Disclosure Statement. | 1.3 | 620.00 | 806.00 |
| Haftl, Michael | 09/12/06 | Review AR on Diversified Trust Deed Fund's balance sheet. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 09/12/06 | Update liquidation analysis methodology document. | 1.8 | 530.00 | 954.00 |
| Steele, Sarah | 09/12/06 | Review the liquidation analysis and treatment of prepaid interest. | 0.8 | 430.00 | 344.00 |
| Astik, Jigar | 09/13/06 | Update and analyze liquidation analysis assumptions and methodology. | 2.1 | 240.00 | 504.00 |
| Atkinson, James | 09/13/06 | Preparation of liquidation analysis for Commercial Mortgage and comparison of offer in signed LOI. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 09/13/06 | Discuss with M. Haftl (MFIM) to review assumptions for liquidation valuation of Commercial Mortgage assets. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 09/13/06 | Discuss with M. Haftl (MFIM) to review assumptions for liquidation valuation of First Deed Trust. | 0.4 | 650.00 | 260.00 |
| Haftl, Michael | 09/13/06 | Discuss with J. Atkinson (MFIM) to review assumptions for liquidation valuation of Commercial Mortgage assets. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 09/13/06 | Discuss with J. Atkinson (MFIM) to review assumptions for liquidation valuation of First Trust Deed Fund. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 09/13/06 | Update liquidation analysis with comments from J. Atkinson (MFIM). | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 09/13/06 | Update liquidation analysis methodology document. | 1.9 | 530.00 | 1,007.00 |
| Allison, Tom | 09/14/06 | Discuss with Counsel regarding the latest draft of the liquidation analysis to be inserted in the Disclosure Statement. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 09/14/06 | Review of assumptions in liquidation analysis regarding accounts receivable. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 09/14/06 | Review of latest draft of the liquidation analysis for the Disclosure Statement. | 1.8 | 620.00 | 1,116.00 |
| Fasel, Bill | 09/14/06 | Discuss with Counsel regarding the latest draft of the liquidation analysis to be inserted in the Disclosure Statement. | 0.8 | 620.00 | 496.00 |
| Haftl, Michael | 09/14/06 | Review collateral securing $58M note and its application to the various Debtors. | 1.3 | 530.00 | 689.00 |
| Astik, Jigar | 09/15/06 | Analyze various sensitivities to liquidation analysis to test original assumptions. | 2.3 | 240.00 | 552.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 09/15/06 | Review of draft liquidation analysis for Commercial Mortgage. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/15/06 | Review of draft liquidation analysis for First Trust Deed. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 09/15/06 | Review of draft liquidation analysis for Diversified Deed Trust. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 09/15/06 | Review of draft liquidation analysis for USA Capital Realty Advisors. | 0.1 | 650.00 | 65.00 |
| Atkinson, James | 09/15/06 | Review of draft liquidation analysis for USA Securities. | 0.1 | 650.00 | 65.00 |
| Atkinson, James | 09/15/06 | Discuss liquidation analysis with M. Haftl (MFIM). | 0.9 | 650.00 | 585.00 |
| Haftl, Michael | 09/15/06 | Update liquidation analysis based on discussions with J. Atkinson (MFIM) and RQN. | 3.6 | 530.00 | 1,908.00 |
| Haftl, Michael | 09/15/06 | Review impact of netting on recovery on money in collections account for liquidation analysis. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 09/15/06 | Update liquidation analysis for current loan collection estimates. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 09/15/06 | Discuss liquidation analysis with J. Atkinson (MFIM). | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 09/15/06 | Review Diversified Trust Deed Fund bid for use in liquidation analysis. | 0.4 | 530.00 | 212.00 |
| McClellan, Christian | 09/15/06 | Locate and cross-reference backup documentation for liquidation analysis. | 3.3 | 190.00 | 627.00 |
| Astik, Jigar | 09/18/06 | Prepare and analyze service fee rollforward analysis for liquidation rollforward. | 3.8 | 240.00 | 912.00 |
| Astik, Jigar | 09/18/06 | Prepare and analyze interest fee rollforward analysis for liquidation rollforward. | 1.9 | 240.00 | 456.00 |
| Astik, Jigar | 09/18/06 | Continue to prepare and analyze interest fee rollforward analysis for liquidation rollforward. | 2.1 | 240.00 | 504.00 |
| Haftl, Michael | 09/18/06 | Coordinate completion of liquidation analysis binder. | 0.5 | 530.00 | 265.00 |
| Astik, Jigar | 09/19/06 | Prepare and produce rollforward analysis for liquidation roll forward. | 3.7 | 240.00 | 888.00 |
| Astik, Jigar | 09/19/06 | Analyze potential purchaser bid based on projected data for 11/15/06 for rollforward analysis. | 3.6 | 240.00 | 864.00 |
| Haftl, Michael | 09/19/06 | Coordinate liquidation analysis binder. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 09/19/06 | Review liquidation analysis rollforward. | 0.5 | 530.00 | 265.00 |
| Astik, Jigar | 09/20/06 | Prepare and produce support for liquidation analysis rollforward for 11/15/06 rollforward analysis. | 2.8 | 240.00 | 672.00 |
| Haftl, Michael | 09/20/06 | Review liquidation analysis subschedules prepared by J. Astik (MFIM). | 2.4 | 530.00 | 1,272.00 |
| Astik, Jigar | 09/21/06 | Analyze weekly collection from 8/1/06 - 8/31/06 to determine any principal payments to build into rollforward analysis. | 1.7 | 240.00 | 408.00 |
| Astik, Jigar | 09/21/06 | Analyze fees and expenses for case YTD for use in liquidation analysis rollforward. | 2.9 | 240.00 | 696.00 |
| Haftl, Michael | 09/22/06 | Review liquidation analysis and provide feedback. | 1.1 | 530.00 | 583.00 |
| | | **Total Liquidation Analysis** | **113.7** | | **$ 44,621.00** |

**October 1, 2006 through October 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 10/25/06 | Discuss liquidation analysis with S. Strong (RQN). | 0.1 | $ 530.00 | $ 53.00 |
| Atkinson, James | 10/26/06 | Participate in call with M. Haftl (MFIM) regarding liquidation analysis and revised Disclosure Statement. | 1.4 | 650.00 | 910.00 |
| Haftl, Michael | 10/26/06 | Participate in call with J. Atkinson (MFIM) regarding liquidation analysis and revised Disclosure Statement. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 10/26/06 | Review liquidation analysis and prepare for rollforward for amended Disclosure Statement. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 10/30/06 | Discuss liquidation analysis and timing with S. Strong (RQN). | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 10/31/06 | Review and update liquidation analysis. | 2.6 | 530.00 | 1,378.00 |
| | | **Total Liquidation Analysis** | **6.7** | | **$ 3,719.00** |

**November 1, 2006 through November 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 11/01/06 | Participate in meeting with M. Haftl (MFIM) to discuss updating liquidation and plan analyses. | 0.7 | $ 650.00 | $ 455.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cheng, Patrick | 11/01/06 | Perform a preliminary research on quantifying the amount of unsecured claims to be applied in the liquidation analysis. | 1.1 | 560.00 | 616.00 |
| Cheng, Patrick | 11/01/06 | Review claim classes included in the liquidation analyses and determine what available claim information may be applicable. | 1.9 | 560.00 | 1,064.00 |
| Cheng, Patrick | 11/01/06 | Continue researching on the amount of unsecured claims to be applied in the liquidation analysis. | 0.6 | 560.00 | 336.00 |
| Haftl, Michael | 11/01/06 | Discuss liquidation analysis and recovery rates. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 11/01/06 | Participate in meeting with J. Atkinson (MFIM) to discuss updating liquidation and plan analyses. | 0.7 | 530.00 | 371.00 |
| Oriti, Joseph | 11/01/06 | Analyze USA Commercial Mortgage scheduled claims for incorporation in the liquidation analysis. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/01/06 | Analyze USA First Trust Deed Fund scheduled claims for incorporation in the liquidation analysis. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/01/06 | Analyze USA Diversified Trust Deed Fund scheduled claims for incorporation in the liquidation analysis. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/01/06 | Analyze USA Capital Realty Advisors scheduled claims for incorporation in the liquidation analysis. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/01/06 | Analyze USA Securities scheduled claims for incorporation in the liquidation analysis. | 0.1 | 330.00 | 33.00 |
| Atkinson, James | 11/02/06 | Discuss with M. Haftl (MFIM) regarding liquidation and plan analysis. | 1.0 | 650.00 | 650.00 |
| Cheng, Patrick | 11/02/06 | Draft claim analysis templates for the Debtors for incorporating into the liquidation analysis. | 3.1 | 560.00 | 1,736.00 |
| Cheng, Patrick | 11/02/06 | Review and update draft claim analysis templates for the Debtors for incorporating into the liquidation analysis. | 1.2 | 560.00 | 672.00 |
| Haftl, Michael | 11/02/06 | Discuss with J. Atkinson (MFIM) regarding liquidation and plan analysis. | 1.0 | 530.00 | 530.00 |
| Haftl, Michael | 11/02/06 | Discuss liquidation analysis and recovery rates. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 11/02/06 | Update liquidation analysis. | 1.7 | 530.00 | 901.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend Collateral Securing $58M Note Receivable from Investment Partners and 10-90 Loan analysis for incorporation into the liquidation analysis. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage recovery summary under the Chapter 7 liquidation scenario. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage recovery summary under the Plan of Reorganization scenario. | 0.8 | 330.00 | 264.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage cash on hand at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage cash on hand at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage investments in loans at 11.15.2006 analysis under the liquidation scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage investments in loans at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage accounts receivable at 11.15.2006 analysis under the liquidation scenario. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage accounts receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage notes receivable at 11.15.2006 analysis under the liquidation scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/02/06 | Analyze and amend USA Commercial Mortgage notes receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.5 | 330.00 | 165.00 |
| Atkinson, James | 11/03/06 | Preparation of draft liquidation and plan analysis. | 3.7 | 650.00 | 2,405.00 |
| Haftl, Michael | 11/03/06 | Review claims for use in liquidation analysis. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 11/03/06 | Review claims template. | 1.2 | 530.00 | 636.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage prepaid expenses at 11.15.2006 analysis under the liquidation scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage prepaid expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.1 | 330.00 | 33.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage property, plant, and equipment at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage property, plant, and equipment at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage other assets at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage other assets at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage administrative expenses at 11.15.2006 analysis under the liquidation scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend USA Commercial Mortgage administrative expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund recovery summary under the Chapter 7 liquidation scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund recovery summary under the Plan of Reorganization scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund cash on hand at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund cash on hand at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund accounts receivable at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund accounts receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund notes receivable at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund notes receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund administrative expenses at 11.15.2006 analysis under the liquidation scenario. | 0.4 | 330.00 | 132.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend Diversified Trust Deed Fund administrative expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.4 | 330.00 | 132.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund recovery summary under the Chapter 7 liquidation scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund recovery summary under the Plan of Reorganization scenario. | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund cash on hand at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund cash on hand at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund accounts receivable at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund accounts receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund investments in loans at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund investments in loans at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund administrative expenses at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/03/06 | Analyze and amend First Trust Deed Fund administrative expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Atkinson, James | 11/04/06 | Prepare draft liquidation and plan analysis. | 3.4 | 650.00 | 2,210.00 |
| Atkinson, James | 11/05/06 | Prepare draft liquidation and plan analysis. | 2.1 | 650.00 | 1,365.00 |
| Atkinson, James | 11/05/06 | Participate in call with M. Haftl and J. Oriti (both MFIM) to review liquidation and plan analysis and model. | 1.1 | 650.00 | 715.00 |
| Haftl, Michael | 11/05/06 | Participate in call with J. Atkinson and J. Oriti (both MFIM) to review liquidation and plan analysis and model. | 1.1 | 530.00 | 583.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 11/05/06 | Review updated drafts of liquidation analysis and plan recoveries. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 11/05/06 | Update liquidation methodology document. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 11/05/06 | Review assumptions for inter-debtor claims for liquidation analysis. | 0.8 | 530.00 | 424.00 |
| Oriti, Joseph | 11/05/06 | Participate in call with M. Haftl and J. Atkinson (both MFIM) to review liquidation and plan analysis and model. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors recovery summary under the Chapter 7 liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors recovery summary under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors cash on hand at 11.15.2006 analysis under the liquidation scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors cash on hand at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors accounts receivable at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors accounts receivable at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors investments in loans at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors investments in loans at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors administrative expenses at 11.15.2006 analysis under the liquidation scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend Capital Realty Advisors administrative expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.3 | 330.00 | 99.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities recovery summary under the Chapter 7 liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities recovery summary under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities cash on hand at 11.15.2006 analysis under the liquidation scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities cash on hand at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.1 | 330.00 | 33.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities administrative expenses at 11.15.2006 analysis under the liquidation scenario. | 0.2 | 330.00 | 66.00 |
| Oriti, Joseph | 11/05/06 | Analyze and amend USA Securities administrative expenses at 11.15.2006 analysis under the Plan of Reorganization scenario. | 0.2 | 330.00 | 66.00 |
| Atkinson, James | 11/06/06 | Review assumptions on loan activity and payoffs in liquidation and plan analysis. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 11/06/06 | Review assumptions on notes receivable in liquidation and plan analysis. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 11/06/06 | Review claim estimates and assumptions in liquidation and plan analysis. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 11/06/06 | Participate in call with financial advisor to Diversified Trust regarding liquidation and plan analysis and estimates and assumptions. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 11/06/06 | Participate in call with financial advisor to Commercial Mortgage regarding liquidation and plan analysis and estimates and assumptions. | 0.5 | 650.00 | 325.00 |
| Oriti, Joseph | 11/06/06 | Draft administrative fees schedule for to compare actual and projected professional fees and expense under both the Chapter 7 liquidation and Plan of Reorganization scenarios. | 2.5 | 330.00 | 825.00 |
| Oriti, Joseph | 11/06/06 | Draft and analyze claims schedule and compare projected recovery under both the Chapter 7 liquidation and Plan of Reorganization Scenarios. | 2.4 | 330.00 | 792.00 |
| Oriti, Joseph | 11/06/06 | Analyze and amend deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the liquidation scenario. | 3.1 | 330.00 | 1,023.00 |

# EXHIBIT E14

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 11/06/06 | Analyze and amend deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the Plan of Reorganization scenario. | 3.3 | 330.00 | 1,089.00 |
| Atkinson, James | 11/07/06 | Prepare draft liquidation and plan analysis. | 2.7 | 650.00 | 1,755.00 |
| Atkinson, James | 11/07/06 | Analysis of draft liquidation and plan analysis gross and net proceeds and recovery calculations. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 11/07/06 | Participate in call with S. Smith and M. Haftl (both MFIM) on liquidation analysis. | 0.5 | 650.00 | 325.00 |
| Haftl, Michael | 11/07/06 | Participate in call with J. Atkinson and S. Smith (both MFIM) on liquidation analysis. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 11/07/06 | Review updated liquidation analysis. | 1.9 | 530.00 | 1,007.00 |
| Oriti, Joseph | 11/07/06 | Draft and amend USA Commercial Mortgage estimated recovery summary under both liquidation and reorganization scenarios. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 11/07/06 | Draft and amend Diversified Trust Deed Fund estimated recovery summary under both liquidation and reorganization scenarios. | 1.7 | 330.00 | 561.00 |
| Oriti, Joseph | 11/07/06 | Draft and amend First Trust Deed Fund estimated recovery summary under both liquidation and reorganization scenarios. | 1.8 | 330.00 | 594.00 |
| Oriti, Joseph | 11/07/06 | Draft and amend Capital Realty Advisors estimated recovery summary under both liquidation and reorganization scenarios. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 11/07/06 | Draft and amend USA Securities estimated recovery summary under both liquidation and reorganization scenarios. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 11/07/06 | Analyze and amend estimated Diversified Trust Deed Fund recovery of USA Commercial Mortgage receivable analysis. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 11/07/06 | Analyze and amend estimated 10-90 Loan recovery analysis. | 1.7 | 330.00 | 561.00 |
| Smith, Susan | 11/07/06 | Participate in call with J. Atkinson and M. Haftl (both MFIM) on liquidation analysis. | 0.5 | 590.00 | 295.00 |
| Atkinson, James | 11/08/06 | Review supporting schedules for liquidation and plan analysis. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 11/08/06 | Discuss Realty liquidation analysis with M. Haftl and S. Smith (both MFIM). | 0.3 | 650.00 | 195.00 |
| Haftl, Michael | 11/08/06 | Review liquidation analysis binder. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 11/08/06 | Discuss Realty liquidation analysis with J. Atkinson and S. Smith (both MFIM). | 0.3 | 530.00 | 159.00 |
| Oriti, Joseph | 11/08/06 | Analyze and amend Loan Servicing Agreement example between First Trust Deed Fund and USA Commercial Mortgage. | 0.8 | 330.00 | 264.00 |
| Oriti, Joseph | 11/08/06 | Analyze and amend Loan Servicing Agreement example between Diversified Trust Deed Fund and USA Commercial Mortgage. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 11/08/06 | Analyze and amend USA Commercial Mortgage deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the liquidation scenario. | 3.1 | 330.00 | 1,023.00 |
| Oriti, Joseph | 11/08/06 | Analyze and amend USA Commercial Mortgage deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the Plan of Reorganization scenario. | 3.3 | 330.00 | 1,089.00 |
| Oriti, Joseph | 11/08/06 | Analyze and amend Collateral Securing $58M Note Receivable from Investment Partners and 10-90 Loan analysis for incorporation into the liquidation analysis. | 1.7 | 330.00 | 561.00 |
| Smith, Susan | 11/08/06 | Discuss Realty liquidation analysis with J. Atkinson and M. Haftl (both MFIM). | 0.3 | 590.00 | 177.00 |
| Atkinson, James | 11/09/06 | Discussion with Debtors' counsel regarding application of the Committees' agreed upon settlements, MFIM counsel, M. Haftl and J. Oriti (both MFIM) and the calculations to reflect the agreed upon settlements. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 11/09/06 | Review assumptions and methodologies in liquidation and plan analysis and calculations for agreed upon settlements between the Committees as outlined in the plan of reorganization and disclosure statement. | 3.8 | 650.00 | 2,470.00 |
| Atkinson, James | 11/09/06 | Participate in call with M. Haftl (MFIM) to review liquidation and plan analysis and model. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 11/09/06 | Participate in call with M. Haftl (MFIM) to review liquidation and plan analysis and model. | 0.4 | 650.00 | 260.00 |

# EXHIBIT E14

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Haftl, Michael | 11/09/06 | Discussion with Debtors' counsel regarding application of the Committees' agreed upon settlements, MFIM counsel, J. Atkinson and J. Oriti (both MFIM) and the calculations to reflect the agreed upon settlements. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 11/09/06 | Participate in call with J. Atkinson (MFIM) to review liquidation and plan analysis and model. | 0.4 | 530.00 | 212.00 |
| Oriti, Joseph | 11/09/06 | Discussion with Debtors' counsel regarding application of the Committees' agreed upon settlements, MFIM counsel, M. Haftl and J. Atkinson (both MFIM) and the calculations to reflect the agreed upon settlements. | 0.9 | 330.00 | 297.00 |
| Oriti, Joseph | 11/09/06 | Analyze and amend First Trust Deed Fund deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the liquidation scenario. | 1.5 | 330.00 | 495.00 |
| Oriti, Joseph | 11/09/06 | Analyze and amend First Trust Deed Fund deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the Plan of Reorganization scenario. | 1.7 | 330.00 | 561.00 |
| Oriti, Joseph | 11/09/06 | Analyze and amend Diversified Trust Deed Fund deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the liquidation scenario. | 1.4 | 330.00 | 462.00 |
| Oriti, Joseph | 11/09/06 | Analyze and amend Diversified Trust Deed Fund deficiency claims analysis between estimated potential principal collections and estimated principal recovery under the Plan of Reorganization scenario. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 11/09/06 | Analyze Capital Realty Advisors schedule claim against First Trust Deed Fund and incorporate into liquidation analysis. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 11/09/06 | Analyze Capital Realty Advisors schedule claim against Diversified Trust Deed Fund and incorporate into liquidation analysis. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 11/09/06 | Analyze USA Commercial Mortgage schedule claim against Capital Realty Advisors and incorporate into liquidation analysis. | 0.9 | 330.00 | 297.00 |
| Atkinson, James | 11/10/06 | Participate in and attend call with Committee, Debtors' counsel, M. Haftl (MFIM) to discuss settlement compromise between First Trust Deed Fund and Commercial Mortgage. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/10/06 | Analysis of management fees accrued post-petition and recorded on USA Realty Advisors financial statements. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/10/06 | Analysis of Diversified Trust Deed's claims on USA Realty Advisors. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/10/06 | Participate in call with Debtors' counsel and M. Haftl (MFIM) to discuss liquidation and plan analysis. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/10/06 | Participate in call with M. Haftl (MFIM) to review application of settlement compromises regarding management fees on the Debtors. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 11/10/06 | Participate in and attend call with Committee, Debtors' counsel, M. Haftl (MFIM) to discuss application of settlement compromise between First Trust Deed Fund and Commercial Mortgage on the liquidation and plan analysis. | 0.9 | 650.00 | 585.00 |
| Haftl, Michael | 11/10/06 | Review liquidation analysis. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 11/10/06 | Participate in and attend call with Committee, Debtors' counsel, J. Atkinson (MFIM) to discuss settlement compromise between First Trust Deed Fund and Commercial Mortgage. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 11/10/06 | Participate in call with Debtors' counsel and J. Atkinson (MFIM) to discuss liquidation and plan analysis. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 11/10/06 | Participate in call with J. Atkinson (MFIM) to review application of settlement compromises regarding management fees on the Debtors. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 11/10/06 | Participate in and attend call with Committee, Debtors' counsel, J. Atkinson (MFIM) to discuss application of settlement compromise between First Trust Deed Fund and Commercial Mortgage on the liquidation and plan analysis. | 0.9 | 530.00 | 477.00 |
| Oriti, Joseph | 11/10/06 | Analyze and amend USA Commercial Mortgage cash balances as of 11/3/2006 to include in the liquidation analysis. | 1.2 | 330.00 | 396.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 11/10/06 | Analyze and amend Diversified Trust Deed Fund cash balances as of 11/3/2006 to include in the liquidation analysis. | 0.9 | 330.00 | 297.00 |
| Oriti, Joseph | 11/10/06 | Analyze and amend First Trust Deed Fund cash balances as of 11/3/2006 to include in the liquidation analysis. | 0.8 | 330.00 | 264.00 |
| Oriti, Joseph | 11/10/06 | Analyze and amend Capital Realty Advisors cash balances as of 11/3/2006 to include in the liquidation analysis. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 11/10/06 | Analyze and amend summary analysis under both liquidation and Plan of Reorganization scenarios. | 1.4 | 330.00 | 462.00 |
| Atkinson, James | 11/11/06 | Analysis of management fees accrued post-petition and recorded on USA Realty Advisors financial statements. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 11/11/06 | Review assumptions and methodologies in liquidation and plan analysis and calculations for agreed upon settlements between the Committees as outlined in the Plan of Reorganization and Disclosure Statement. | 2.7 | 650.00 | 1,755.00 |
| Atkinson, James | 11/11/06 | Participate in call with M. Haftl (MFIM) to review application of settlement compromises regarding management fees on the Debtors. | 0.7 | 650.00 | 455.00 |
| Haftl, Michael | 11/11/06 | Review updated liquidation analysis. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 11/11/06 | Participate in call with J. Atkinson (MFIM) to review application of settlement compromises regarding management fees on the Debtors. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 11/11/06 | Review updated liquidation analysis and plan recoveries and provide input. | 1.8 | 530.00 | 954.00 |
| Haftl, Michael | 11/11/06 | Update liquidation analysis and plan recovery based on comments received. | 2.2 | 530.00 | 1,166.00 |
| Oriti, Joseph | 11/11/06 | Draft and analyze miscellaneous claims schedule and compare projected recovery under both the Chapter 7 liquidation and Plan of Reorganization Scenarios. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 11/11/06 | Analyze and amend administrative claims schedule and compare projected recovery under both the Chapter 7 liquidation and Plan of Reorganization scenarios. | 2.3 | 330.00 | 759.00 |
| Oriti, Joseph | 11/11/06 | Analyze professional fees & expenses paid analysis and incorporate into the liquidation analysis. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 11/11/06 | Analyze and amend unsecured claims schedule and compare projected recovery under both the Chapter 7 liquidation and Plan of Reorganization scenarios. | 2.9 | 330.00 | 957.00 |
| Oriti, Joseph | 11/11/06 | Analyze and amend Chapter 7 projected fees schedule under the Chapter 7 liquidation scenario. | 1.2 | 330.00 | 396.00 |
| Haftl, Michael | 11/12/06 | Update liquidation analysis using updated balance sheet. | 3.3 | 530.00 | 1,749.00 |
| Oriti, Joseph | 11/12/06 | Analyze and amend summary analysis under both liquidation and plan of reorganization scenarios. | 3.5 | 330.00 | 1,155.00 |
| Atkinson, James | 11/13/06 | Review estimated claims per class analysis. | 1.2 | 650.00 | 780.00 |
| Oriti, Joseph | 11/13/06 | Analyze and amend summary analysis under both liquidation and Plan of Reorganization scenarios. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 11/13/06 | Analyze First Trust Deed Fund scheduled claims for diverted principal on USA Commercial Mortgage's estate to incorporate into liquidation analysis. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 11/13/06 | Analyze Diversified Trust Deed Fund scheduled claims for diverted principal on USA Commercial Mortgage's estate to incorporate into liquidation analysis. | 1.2 | 330.00 | 396.00 |
| Atkinson, James | 11/14/06 | Discuss with M. Haftl (MFIM) regarding liquidation and plan analysis and notes. | 1.2 | 650.00 | 780.00 |
| Haftl, Michael | 11/14/06 | Discuss with J. Atkinson (MFIM) regarding liquidation and plan analysis and notes. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 11/14/06 | Review and provide comments on liquidation analysis / plan recovery document. | 1.2 | 530.00 | 636.00 |
| Oriti, Joseph | 11/14/06 | Analyze and amend USA Commercial Mortgage liquidation analysis and compare recoveries under both liquidation and Plan of Reorganization scenarios. | 2.5 | 330.00 | 825.00 |

**EXHIBIT E14**

USA Commercial Mortgage Company, et al.
Liquidation Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 11/14/06 | Analyze and amend First Trust Deed Fund liquidation analysis and compare recoveries under both liquidation and Plan of Reorganization scenarios. | 1.8 | 330.00 | 594.00 |
| Oriti, Joseph | 11/14/06 | Analyze and amend Diversified Trust Deed Fund liquidation analysis and compare recoveries under both liquidation and Plan of Reorganization scenarios. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 11/15/06 | Prepare support documentation and detail to the Liquidation Analysis/Plan of Reorganization model. | 3.1 | 330.00 | 1,023.00 |
| Oriti, Joseph | 11/15/06 | Draft and amend summary of methodology to the liquidation analysis. | 2.5 | 330.00 | 825.00 |
| | | **Total Liquidation Analysis** | **178.2** | | **$ 80,387.00** |

| | Hours | Fees |
|---|---|---|
| **Total Hours and Fees for Liquidation Analysis from April 13, 2006 through March 12, 2007** | **541.2** | **$ 246,908.00** |

| | | |
|---|---|---|
| USA Commercial Mortgage Company | 80% | $ 197,526.40 |
| USA Capital Diversified Trust Deed Fund, LLC | 10% | $ 24,690.80 |
| USA Capital First Trust Deed Fund, LLC | 10% | $ 24,690.80 |
| | | $ 246,908.00 |

| | | |
|---|---|---|
| USA Commercial Mortgage Company | 80% | 433.0 |
| USA Capital Diversified Trust Deed Fund, LLC | 10% | 54.1 |
| USA Capital First Trust Deed Fund, LLC | 10% | 54.1 |
| | | 541.2 |