# EXHIBIT E17

**EXHIBIT E17**

USA Commercial Mortgage Company, et al.
Litigation Matters
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **December 1, 2006 through December 31, 2006** | | | | | |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Atkinson, James | 12/03/06 | Review draft of the Declaration of T. Allison in support of motion to appoint Trustee in Tree Moss. | 1.2 | $ 650.00 | $ 780.00 |
| Atkinson, James | 12/04/06 | Review draft pleadings in connection with appointing trustee in Tree Moss. | 2.3 | 650.00 | 1,495.00 |
| Atkinson, James | 12/06/06 | Review draft of the Declaration of T. Allison (MFIM) in support of motion to appoint Trustee in Tree Moss. | 1.2 | 650.00 | 780.00 |
| Bauck, Lyle | 12/06/06 | Analyze and review exhibits to Tree Moss Court filings. | 2.7 | 290.00 | 783.00 |
| Cheng, Patrick | 12/06/06 | Read and comment on the various drafts motion and related Declaration requesting appointment of Trustee over Tree Moss Partners, LCC, an affiliate of the Debtors. | 2.9 | 560.00 | 1,624.00 |
| Cheng, Patrick | 12/08/06 | Review and research about Diversified Trust Deed Fund Committee's inquiry about the draft involuntary bankruptcy petition USA Investors VI, an affiliate of the Debtors. | 1.1 | 560.00 | 616.00 |
| Allison, Tom | 12/11/06 | Review documents related to Investors VI and the properties owned by Investors VI. | 2.7 | 650.00 | 1,755.00 |
| Allison, Tom | 12/11/06 | Participate in call with Diversified Trust Deed Fund advisors related to Investors VI and possible options to move forward. | 2.5 | 650.00 | 1,625.00 |
| Bauck, Lyle | 12/12/06 | Analyze and review various documents related to Tree Moss including Court filings. | 2.8 | 290.00 | 812.00 |
| Atkinson, James | 12/13/06 | Review draft pleadings in connection with appointing Trustee in Tree Moss. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 12/13/06 | Review draft Declaration of T. Allison (MFIM) in support of motion to appoint Trustee in Tree Moss. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 12/13/06 | Review financial information and supporting analysis contained in draft Declaration of T. Allison (MFIM) in support of motion to appoint Trustee in Tree Moss. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 12/13/06 | Participate in call with Debtors' counsel regarding draft pleadings and Declaration in connection with appointment of Trustee in Tree Moss. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 12/13/06 | Attend 2004 examination of Investors VI. | 0.5 | 650.00 | 325.00 |
| Cheng, Patrick | 12/13/06 | Review myriad copies of draft motion and related Declaration requesting appointment of an Interim Trustee over USA Investors VI, an affiliate of the Debtors. | 2.3 | 560.00 | 1,288.00 |
| Koe, Robert | 12/14/06 | Follow-up with RQN on USA Investors VI, LLC involuntary bankruptcy. | 0.3 | 650.00 | 195.00 |
| Atkinson, James | 12/15/06 | Review draft Declaration of T. Allison (MFIM) in support of motion to appoint Trustee in Investors VI. | 1.2 | 650.00 | 780.00 |
| Cheng, Patrick | 12/15/06 | Review draft motion and related Declaration requesting appointment of an interim trustee over USA Investors VI, an affiliate of the Debtors. | 0.7 | 560.00 | 392.00 |
| Cheng, Patrick | 12/15/06 | Review certain schedules and data contained in the draft motion and related Declaration requesting appointment of an interim trustee over USA Investors VI, an affiliate of the Debtors. | 0.6 | 560.00 | 336.00 |
| Cheng, Patrick | 12/18/06 | Review other relevant data and documents supporting the motion for appointment of an Interim Trustee over USA Investors VI. | 0.9 | 560.00 | 504.00 |
| Cheng, Patrick | 12/28/06 | Corresponded with E. Monson (RQN) on the Motion and related filings filed in respect of the USA Investors VI matters. | 0.2 | 560.00 | 112.00 |
| Cheng, Patrick | 12/28/06 | Review copies of motion and related Declarations filed in respect of the USA Investors VI matters. | 1.2 | 560.00 | 672.00 |
| Cheng, Patrick | 12/28/06 | Participate in telephone call with E. Monson (RQN) regarding the temporary restraining motions filed against HMA Sales and USA Investors VI. | 0.4 | 560.00 | 224.00 |
| | | **Total Litigation Matters for DTDF** | **31.8** | | **$ 17,763.00** |

**January 1, 2007 through January 31, 2007**

**EXHIBIT E17**

USA Commercial Mortgage Company, et al.
Litigation Matters
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Allison, Tom | 01/17/07 | Meet with R. Koe (MFIM), A. Jarvis (RQN) on options on Tree Moss and Investor VI. | 0.4 | $ 650.00 | $ 260.00 |
| Koe, Robert | 01/17/07 | Participate in meeting with U.S. Trustee for Tree Moss and Investor VI. | 0.5 | 650.00 | 325.00 |
| Koe, Robert | 01/17/07 | Meet with T. Allison (MFIM), A. Jarvis (RQN) on options on Tree Moss and Investor VI. | 0.4 | 650.00 | 260.00 |
| Bauck, Lyle | 01/18/07 | Analyze and review Tree Moss support related to involuntary bankruptcy filing. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 01/19/07 | Analyze Epic resort expenses paid by Diversified Trust Deed Fund in 2002. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 01/19/07 | Analyze Epic resort expenses paid by Diversified Trust Deed Fund in 2003. | 1.3 | 290.00 | 377.00 |
| Bauck, Lyle | 01/19/07 | Continue to analyze and review Tree Moss support related to involuntary bankruptcy filing. | 2.6 | 290.00 | 754.00 |
| Bauck, Lyle | 01/22/07 | Create and prepare executive summary of the history of the Epic Resorts loan involving USA Diversified Trust Deed Fund and Tree Moss. | 0.8 | 290.00 | 232.00 |
| Cheng, Patrick | 01/22/07 | Review and perform further analysis on documents available related to the Epic Marquis Villas Loan and Tree Moss transactions. | 1.6 | 560.00 | 896.00 |
| Bauck, Lyle | 01/22/07 | Analyze and review Diversified Trust Deed Fund assignments agreements involving the Epic Resorts loan. | 2.8 | 290.00 | 812.00 |
| Bauck, Lyle | 01/22/07 | Analyze and review First Trust Deed Fund general ledger related to entries of assignments into the Epic Resorts loan. | 0.8 | 290.00 | 232.00 |
| Bauck, Lyle | 01/22/07 | Research and obtain Diversified Trust Deed Fund bank support for payments to assign into the Epic Resorts loan. | 1.9 | 290.00 | 551.00 |
| Bauck, Lyle | 01/22/07 | Analyze and review USA Commercial Mortgage interest in the Epic Resorts loan including history of assignment agreements out of the loan. | 0.7 | 290.00 | 203.00 |
| Bauck, Lyle | 01/22/07 | Edit and revise Epic Resorts Loan timeline documenting significant events related to the loan and parties involved with the loan. | 1.9 | 290.00 | 551.00 |
| Bauck, Lyle | 01/23/07 | Analyze and review Epic Resorts expenses paid by Diversified Trust Deed Fund following the September 2003 quit claim of the Epic property to Tree Moss. | 2.3 | 290.00 | 667.00 |
| Bauck, Lyle | 01/23/07 | Research and obtain Diversified Trust Deed Fund bank payment support for payments of expenses related to the Epic Resorts loan. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 01/23/07 | Analyze and review Diversified Trust Deed Fund loan fundings to Tree Moss following the September 2003 quit claim of the Epic property to Tree Moss. | 1.8 | 290.00 | 522.00 |
| Smith, Susan | 01/23/07 | Review Tree Moss /EPIC documentation. | 0.4 | 590.00 | 236.00 |
| Bauck, Lyle | 01/25/07 | Analyze and review the settlement agreement between Diversified Trust Deed Fund and Thomas Flatley--guarantor of the Epic Resorts loan. | 0.4 | 290.00 | 116.00 |
| | | **Total Litigation Matters for DTDF** | **24.8** | | **$ 8,212.00** |

**February 1, 2007 through February 28, 2007**
**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Bauck, Lyle | 02/01/07 | Edit and review the Tree Moss analysis and prepare documentation to include in master index of files. | 1.4 | $ 290.00 | $ 406.00 |
| Smith, Susan | 02/01/07 | Review litigation matters and document requests. | 0.6 | 590.00 | 354.00 |
| Atkinson, James | 02/03/07 | Review bid procedures proposed by Trustee in Tree Moss matter. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 02/05/07 | Review Objections filed in connection with Trustee's proposed biding procedures for Tree Moss. | 1.1 | 650.00 | 715.00 |
| Bauck, Lyle | 02/21/07 | Research Sheraton Hotel loan payment received by Diversified Trust Deed Fund on 3/17/2006. | 1.3 | 290.00 | 377.00 |
| | | **Total Litigation Matters for DTDF** | **5.5** | | **$ 2,567.00** |

**March 1, 2007 through March 12, 2007**
**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 03/06/07 | Participate in conference call with Diversified Trust Deed Fund and RQN to discuss hearing on 3/2 and additional work required. | 0.8 | $ 650.00 | $ 520.00 |
| Smith, Susan | 03/06/07 | Participate in conference call with Diversified Trust Deed Fund and RQN to discuss hearing on 3/2 and additional work required. | 0.8 | 590.00 | 472.00 |

**EXHIBIT E17**

USA Commercial Mortgage Company, et al.
Litigation Matters
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 03/06/07 | Review filings on Investor VI, and provide information to FTI. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 03/11/07 | Review transcript of Investor VI hearing to determine additional information needed. | 0.2 | 590.00 | 118.00 |
| | | **Total Litigation Matters for DTDF** | **2.4** | | **$ 1,464.00** |
| | | **Total Hours and Fees for Litigation Matters from April 13, 2006 through March 12, 2007** | **64.5** | | **$ 30,006.00** |
| | | **USA Capital Diversified Trust Deed Fund, LLC** | **100%** | | **$ 30,006.00** |