**EXHIBIT E19**

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **May 1, 2006 through May 31, 2006** | | | | | |
| Kehl, Monty | 05/19/06 | Create outline of presentation to be made to Creditors Committees. | 0.7 | $ 620.00 | $ 434.00 |
| Kehl, Monty | 05/19/06 | Draft section of Creditors Committees presentation relating to HFA pay-off. | 0.8 | 620.00 | 496.00 |
| Reed, James | 05/19/06 | Continue to develop presentation materials for presentation to Committee. | 3.4 | 430.00 | 1,462.00 |
| Reed, James | 05/19/06 | Review presentation for Committees. | 2.5 | 430.00 | 1,075.00 |
| Kehl, Monty | 05/20/06 | Review and provide revisions to Creditors Committees presentation. | 1.1 | 620.00 | 682.00 |
| Reed, James | 05/20/06 | Continue to develop presentation materials for presentation to Committees. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 05/20/06 | Review presentation for Committees. | 3.8 | 430.00 | 1,634.00 |
| Kehl, Monty | 05/21/06 | Review and provide revisions to Creditors Committees presentation. | 1.9 | 620.00 | 1,178.00 |
| Kehl, Monty | 05/22/06 | Call to discuss Creditors Committees' meeting with A. Jarvis (RQN) and Committee counsel. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 05/22/06 | Plan agenda and content of Creditors Committees meeting with A. Jarvis (RQN). | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 05/22/06 | Review draft presentation for Creditors Committees with USA management team. | 1.3 | 620.00 | 806.00 |
| Kehl, Monty | 05/22/06 | Additional analyses and revisions to presentation for Creditors Committees. | 2.6 | 620.00 | 1,612.00 |
| Reed, James | 05/22/06 | Meet A. Stevens (USACM) to discuss presentation content. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 05/22/06 | Continue to work on work on presentation. | 2.0 | 430.00 | 860.00 |
| Reed, James | 05/22/06 | Continue to work on work on presentation. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 05/23/06 | Receive comments from A. Jarvis (RQN) and make final revisions to presentation to Creditors Committees. | 1.8 | 620.00 | 1,116.00 |
| Reed, James | 05/23/06 | Revise presentation slides for presentation to Committees. | 3.9 | 430.00 | 1,677.00 |
| Reed, James | 05/23/06 | Review and revise presentation for Committees. | 3.5 | 430.00 | 1,505.00 |
| Allison, Tom | 05/31/06 | Discuss communications and requests with creditor's committee with A. Jarvis (RQN). | 0.4 | 650.00 | 260.00 |
| | | **Total Committee Meetings** | **38.7** | | **$ 18,857.00** |
| **June 1, 2006 through June 30, 2006** | | | | | |
| Allison, Tom | 06/05/06 | Participate in meeting with Creditors Committees. | 3.1 | $ 650.00 | $ 2,015.00 |
| Allison, Tom | 06/05/06 | Conference with A. Jarvis; S. Strong (both RQN); and L. Schwartzer (Schwartzer & McPherson) regarding meeting with Committees. | 1.0 | 650.00 | 650.00 |
| Allison, Tom | 06/05/06 | Meet to discuss committee issues with A. Jarvis (RQN). | 0.6 | 650.00 | 390.00 |
| Kehl, Monty | 06/05/06 | Participate in meeting with Creditors Committee. | 3.1 | 620.00 | 1,922.00 |
| Kehl, Monty | 06/05/06 | Prepare for meeting with the Creditors Committees. | 0.9 | 620.00 | 558.00 |
| Reed, James | 06/05/06 | Meet with Committees who had signed confidentiality agreement. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 06/05/06 | Provide information to Committees. | 2.5 | 430.00 | 1,075.00 |
| Allison, Tom | 06/12/06 | Telephone conference with A. Jarvis (RQN) regarding Committee meetings. | 0.4 | 650.00 | 260.00 |
| Kehl, Monty | 06/12/06 | Discuss topics to be reviewed during Committee presentations with A. Jarvis (RQN). | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 06/12/06 | Initiate with J. Reed (MFIM) and provide revisions to materials for presentation to Committees relating to motions to be heard during 6/21 hearing. | 1.6 | 620.00 | 992.00 |
| Reed, James | 06/12/06 | Meet with M. Kehl (MFIM) to discuss presentation to Committees. | 1.0 | 430.00 | 430.00 |
| Reed, James | 06/12/06 | Collect and format information related to presentation to Committees. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 06/12/06 | Create presentation materials for presentation to Committees. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 06/13/06 | Collect and format information related to presentation to Committees. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 06/13/06 | Create presentation materials for presentation to Committees. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 06/14/06 | Meet with T. Allison, M. Kehl (both MFIM) and A. Jarvis (RQN) to review presentation materials. | 2.0 | 430.00 | 860.00 |
| Reed, James | 06/14/06 | Collect and format information related to presentation to Committees. | 3.3 | 430.00 | 1,419.00 |
| Reed, James | 06/14/06 | Create presentation materials for presentation to Committees. | 3.7 | 430.00 | 1,591.00 |
| Allison, Tom | 06/15/06 | Attend meeting with Committees who had signed confidentiality agreement. | 1.5 | 650.00 | 975.00 |
| Reed, James | 06/15/06 | Attend meeting with Committees who had signed confidentiality agreement. | 1.5 | 430.00 | 645.00 |
| Reed, James | 06/16/06 | Prepare documents related to loan portfolio for financial advisors. | 2.6 | 430.00 | 1,118.00 |

# EXHIBIT E19

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 06/19/06 | Respond to investor inquiries related to loan portfolio. | 2.0 | 430.00 | 860.00 |
| Cadwell, Kristin | 06/20/06 | Fill request for information on particular investor by using the database to locate specific investments by loan. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 06/20/06 | Continue to fill requests for information on particular investor by using the database to locate specific investments by loan. | 2.7 | 190.00 | 513.00 |
| Cadwell, Kristin | 06/20/06 | Continue to fill requests for information on particular investor by using the database to locate specific investments by loan. | 2.2 | 190.00 | 418.00 |
| Cadwell, Kristin | 06/22/06 | Make edits to template for recording Committee requests. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/22/06 | Begin recording Committee requests into master request file. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/22/06 | Record and organize Committee requests into master request file. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/22/06 | Make formatting changes to master request file. | 0.4 | 190.00 | 76.00 |
| Curchack, Jonas | 06/22/06 | Create binders for presentation to lawyers. | 2.0 | 150.00 | 300.00 |
| Steele, Sarah | 06/22/06 | Discuss with S. Smith (MFIM) regarding Committee requests. | 0.4 | 430.00 | 172.00 |
| Allison, Tom | 06/23/06 | Participate in call with A. Jarvis (RQN) and M. Kehl (MFIM) to discuss meeting with Creditors Committees on 6/29. | 0.6 | 650.00 | 390.00 |
| Cadwell, Kristin | 06/23/06 | Record request for borrower summaries into master Committee request file. | 0.4 | 190.00 | 76.00 |
| Cadwell, Kristin | 06/23/06 | Locate investor information from the database. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/23/06 | Make edits to executory contract master file. | 0.4 | 190.00 | 76.00 |
| Cadwell, Kristin | 06/23/06 | Organize and assemble Committee requests for filing purposes. | 1.6 | 190.00 | 304.00 |
| Kehl, Monty | 06/23/06 | Participate in call with A. Jarvis (RQN) and T. Allison (MFIM) to discuss meeting with Creditors Committees on 6/29. | 0.6 | 620.00 | 372.00 |
| Cadwell, Kristin | 06/26/06 | Organize USA Capital responses to Committee requests to date. | 1.9 | 190.00 | 361.00 |
| Kehl, Monty | 06/26/06 | Direct development for shell of presentation to Committees. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 06/26/06 | Plan and develop initial draft with S. Smith and J. Reed (both MFIM) for presentation to Committees. | 1.1 | 620.00 | 682.00 |
| Reed, James | 06/26/06 | Create presentation for Committee presentation. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 06/26/06 | Review presentation for Committee. | 2.0 | 430.00 | 860.00 |
| Smith, Susan | 06/26/06 | Analyze and set up procedures for Committee requests. | 0.4 | 590.00 | 236.00 |
| Cadwell, Kristin | 06/27/06 | Organize appraisals to be sent out in response to Committee requests. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/27/06 | Organize loan documents to be sent in response to Committee requests. | 1.0 | 190.00 | 190.00 |
| Kehl, Monty | 06/27/06 | Review and provide edits to first drafts of presentation for Committees. | 3.0 | 620.00 | 1,860.00 |
| Reed, James | 06/27/06 | Update presentation for Committee presentation. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 06/27/06 | Prepare summary of Schedules for Committee presentation. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/27/06 | Analyze and prepare samples of Loan Summary for Committee presentation. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/27/06 | Review and comment on draft presentation, prepare notes and comments. | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 06/28/06 | Discuss issues with presentation with A. Jarvis, S. Strong (both RQN); and S. Smith, M. Kehl (both MFIM); research and prepare edits. | 1.4 | 650.00 | 910.00 |
| Cadwell, Kristin | 06/28/06 | Verify interest paid to USA by borrower in the balance sheets by loan. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 06/28/06 | Organize loan origination documents for J. Reed (MFIM). | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 06/28/06 | Organize operating agreements for J. Reed (MFIM). | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 06/28/06 | Send legal language in all e-mails with appraisals at the request of USA Capital counsel. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/28/06 | Draft appropriate headers and footers for all outgoing MFIM documents. | 0.4 | 190.00 | 76.00 |
| Kehl, Monty | 06/28/06 | Final review and editing to MFIM work review section of presentation. | 1.8 | 620.00 | 1,116.00 |
| Kehl, Monty | 06/28/06 | Final review and editing to distribution of funds section of presentation. | 1.4 | 620.00 | 868.00 |
| Kehl, Monty | 06/28/06 | Final review and editing to schedules and statements section of presentation. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 06/28/06 | Final review and editing to reorganization option section of presentation. | 1.4 | 620.00 | 868.00 |
| Kehl, Monty | 06/28/06 | Final review and editing to next meeting section of presentation. | 0.7 | 620.00 | 434.00 |
| Reed, James | 06/28/06 | Update presentation for Committee presentation. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 06/28/06 | Prepare edits to draft presentation, review comments from M. Kehl (MFIM), discuss issues raised in presentation and request changes. | 1.9 | 590.00 | 1,121.00 |
| Smith, Susan | 06/28/06 | Review draft presentation, edit sample Loan Summary file, research samples for discussion. | 1.7 | 590.00 | 1,003.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/28/06 | Meet with A. Jarvis, S. Strong, K. Glade (all RQN) to discuss investor issues and presentation. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/28/06 | Discuss issues with presentation with A. Jarvis, S. Strong (both RQN); and T. Allison, M. Kehl (both MFIM); research and prepare edits. | 1.4 | 590.00 | 826.00 |
| Allison, Tom | 06/29/06 | Final review and edits to presentation, discuss presentation with M. Kehl, S. Smith (MFIM). | 2.7 | 650.00 | 1,755.00 |
| Allison, Tom | 06/29/06 | Make presentation to Committees. | 3.3 | 650.00 | 2,145.00 |
| Cadwell, Kristin | 06/29/06 | Record new requests from Committees into Committee request log. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 06/29/06 | Make copies of appraisal CDs for distribution to Committees. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 06/29/06 | Record CD distribution into Committee request log. | 0.8 | 190.00 | 152.00 |
| Curchack, Jonas | 06/29/06 | Prepare files for Committees. | 2.7 | 150.00 | 405.00 |
| Kehl, Monty | 06/29/06 | Final edits and rehearsal for presentation to Committees. | 2.7 | 620.00 | 1,674.00 |
| Kehl, Monty | 06/29/06 | Make presentation to Committees. | 3.2 | 620.00 | 1,984.00 |
| Smith, Susan | 06/29/06 | Final review and edits to presentation, discuss presentation with M. Kehl and T. Allison (both MFIM). | 2.7 | 590.00 | 1,593.00 |
| Smith, Susan | 06/29/06 | Attend Committee presentation. | 3.3 | 590.00 | 1,947.00 |
| Smith, Susan | 06/29/06 | Discuss issues raised at Committee meeting with A. Jarvis, S. Strong (both RQN); and M. Kehl, T. Allison (both MFIM). | 1.1 | 590.00 | 649.00 |
| | | **Total Committee Meetings** | **132.8** | | **$ 59,425.00** |

**July 1, 2006 through July 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 07/05/06 | Participate in conference call with Creditors Committees. | 1.2 | $ 650.00 | $ 780.00 |
| Smith, Susan | 07/05/06 | Participate in conference call with Creditors Committees. | 1.2 | 590.00 | 708.00 |
| Steele, Sarah | 07/05/06 | Review requests from Committees. | 1.8 | 430.00 | 774.00 |
| Atkinson, James | 07/09/06 | Discussion with M. Kehl and J. Nugent (both MFIM) regarding project activities and draft Committee report. | 1.2 | 650.00 | 780.00 |
| Kehl, Monty | 07/09/06 | Create and circulate agenda for meeting with Committees. | 0.4 | 620.00 | 248.00 |
| Nugent, James | 07/09/06 | Analyze draft presentation to the Committee for upcoming meeting and recent presentations to the Committee. | 0.4 | 620.00 | 248.00 |
| Allison, Tom | 07/10/06 | Participate in call with Creditors Committee professionals and RQN. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 07/10/06 | Meet with J. Nugent (MFIM) to discuss update regarding loans, asset disposition and servicing alternative, edits to presentation to the Committee and other matters in preparation for meeting with the Committee. | 0.4 | 650.00 | 260.00 |
| Cadwell, Kristin | 07/10/06 | Make edits to presentation per M. Kehl (MFIM). | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 07/10/06 | Make additional edits to presentation per M. Kehl (MFIM). | 1.1 | 190.00 | 209.00 |
| Kehl, Monty | 07/10/06 | Provide template for presentation to Creditors Committees. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 07/10/06 | Draft Distribution of Funds section of presentation. | 1.4 | 620.00 | 868.00 |
| Kehl, Monty | 07/10/06 | Draft Borrower Proposal section of presentation. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 07/10/06 | Draft Reorganization Options section of presentation. | 2.5 | 620.00 | 1,550.00 |
| Kehl, Monty | 07/10/06 | Lead meeting to review draft of presentation with MFIM and RQN. | 0.7 | 620.00 | 434.00 |
| Nugent, James | 07/10/06 | Attend conference call meeting with Committees. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 07/10/06 | Analyze draft presentation to the Committee for the July 11, 2006 meeting. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 07/10/06 | Meet with T. Allison (MFIM) to discuss update regarding loans, asset disposition and servicing alternative, edits to presentation to the Committee and other matters in preparation for meeting with the Committee. | 0.4 | 620.00 | 248.00 |
| Reed, James | 07/10/06 | Provide support for presentation to Creditors Committees. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 07/10/06 | Participate in call with Creditors Committee professionals and RQN. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 07/10/06 | Prepare slides for Creditors Committee presentation. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 07/10/06 | Participate in call with RQN to review Committee presentation. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 07/10/06 | Edit and prepare slides for Creditors Committee presentation. | 0.4 | 590.00 | 236.00 |
| Allison, Tom | 07/11/06 | Attend and participate in presentation for Creditors Committees. | 3.5 | 650.00 | 2,275.00 |
| Atkinson, James | 07/11/06 | Review draft Committee report. | 0.7 | 650.00 | 455.00 |
| Kehl, Monty | 07/11/06 | Review and provide final revisions to presentation for Creditors Committees. | 2.5 | 620.00 | 1,550.00 |
| Kehl, Monty | 07/11/06 | Prepare remarks for presentation to Creditors Committees. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 07/11/06 | Attend and participate in presentation for Creditors Committees. | 3.5 | 620.00 | 2,170.00 |
| Nugent, James | 07/11/06 | Analyze draft presentation in preparation for the meeting with the Committee. | 0.7 | 620.00 | 434.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Nugent, James | 07/11/06 | Attend and participate in Committee meeting. | 3.5 | 620.00 | 2,170.00 |
| Nugent, James | 07/11/06 | Discuss various case matters with Committee members and their advisors following the formal Committee meeting. | 1.1 | 620.00 | 682.00 |
| Reed, James | 07/11/06 | Provide support for presentation to Creditors Committees. | 3.0 | 430.00 | 1,290.00 |
| Smith, Susan | 07/11/06 | Attend Committee meeting. | 1.9 | 590.00 | 1,121.00 |
| Smith, Susan | 07/11/06 | Research and edit materials for presentation to Creditors Committee on investor information and vesting names. | 1.6 | 590.00 | 944.00 |
| Nugent, James | 07/12/06 | Analyze summary of combined information requests from the Creditor Committee received from Debtors' local counsel. | 0.8 | 620.00 | 496.00 |
| Atkinson, James | 07/14/06 | Participate in conference call with counsel to discuss Creditor Committees information requests. | 1.5 | 650.00 | 975.00 |
| Kehl, Monty | 07/14/06 | Participate in call with MFIM and RQN teams regarding subpoenas and information requests from Committees. | 0.8 | 620.00 | 496.00 |
| Nugent, James | 07/14/06 | Issue summary of information to T. Allison (MFIM) regarding creditor issues and coordinating meeting schedule. | 0.4 | 620.00 | 248.00 |
| Nugent, James | 07/14/06 | Attend and participate in call with A. Jarvis and S. Strong (both RQN) regarding due diligence request by the Committees and preparation of response. | 1.5 | 620.00 | 930.00 |
| Atkinson, James | 07/16/06 | Review of draft Committee report. | 2.9 | 650.00 | 1,885.00 |
| Nugent, James | 07/17/06 | Analyze due diligence listing from Creditor Committees. | 0.4 | 620.00 | 248.00 |
| Smith, Susan | 07/18/06 | Participate in call with FTI, Alvarez & Marsal and Sierra Consulting to discuss Investor Summary Data. | 1.1 | 590.00 | 649.00 |
| Kehl, Monty | 07/19/06 | Participate in weekly call with Creditor Committees. | 2.1 | 620.00 | 1,302.00 |
| Nugent, James | 07/19/06 | Analyze Committees' financial advisors' requests for information to prepare responses. | 0.4 | 620.00 | 248.00 |
| Smith, Susan | 07/19/06 | Participate in call with A. Jarvis, S. Strong (both RQN) to discuss Committee due diligence request. | 0.4 | 590.00 | 236.00 |
| Cadwell, Kristin | 07/21/06 | Make edits to Committee contact list for team members. | 0.8 | 190.00 | 152.00 |
| Nugent, James | 07/21/06 | Attend conference call meeting with Committees. | 1.0 | 620.00 | 620.00 |
| Haftl, Michael | 07/25/06 | Prepare presentation of loans with funding requirements report for Committees. | 2.9 | 530.00 | 1,537.00 |
| Haftl, Michael | 07/26/06 | Prepare presentation of loans with funding requirements report for Committees. | 3.3 | 530.00 | 1,749.00 |
| Haftl, Michael | 07/27/06 | Update confidentiality agreement list. | 1.5 | 530.00 | 795.00 |
| Haftl, Michael | 07/27/06 | Review collateral summary and confidentiality list. | 1.7 | 530.00 | 901.00 |
| Kehl, Monty | 07/27/06 | Attend and participate in weekly call with Creditors Committees. | 1.7 | 620.00 | 1,054.00 |
| Kehl, Monty | 07/27/06 | Tabulate and review list of executed confidentiality agreements and collateral summary per request from Committees. | 0.9 | 620.00 | 558.00 |
| Nugent, James | 07/27/06 | Attend and participate in joint Committee conference call meeting. | 1.6 | 620.00 | 992.00 |
| Reed, James | 07/27/06 | Collect and provide information for Committee request. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 07/27/06 | Participate in call with all Committees. | 1.6 | 590.00 | 944.00 |
| Atkinson, James | 07/31/06 | Attend conference call with Committee. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 07/31/06 | Discussion with J. Nugent (MFIM) regarding follow-up items from Committee call. | 0.4 | 650.00 | 260.00 |
| Kehl, Monty | 07/31/06 | Participate in call with RQN to discuss exclusivity proposal for Committees as well as response to objections filed by Committees. | 1.3 | 620.00 | 806.00 |
| Kehl, Monty | 07/31/06 | Attend and participate in weekly call with Creditors Committees. | 1.1 | 620.00 | 682.00 |
| Nugent, James | 07/31/06 | Discussion with J. Atkinson (MFIM) regarding follow-up items from Committee call. | 0.4 | 620.00 | 248.00 |
| Nugent, James | 07/31/06 | Attend conference call meeting with Committees. | 0.8 | 620.00 | 496.00 |
| Smith, Susan | 07/31/06 | Participate in conference call with A. Jarvis, S. Strong (both RQN) regarding Committee issues to be discussed. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 07/31/06 | Participate in Committee conference call. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 07/31/06 | Participate in conference call with A. Jarvis, S. Strong (RQN) regarding Committee issues. | 0.7 | 590.00 | 413.00 |
| | | **Total Committee Meetings** | **89.9** | | **$ 50,973.00** |

**August 1, 2006 through August 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 08/01/06 | Attend conference with Debtors' counsel regarding Committee information requests and exclusivity. | 1.2 | $ 650.00 | $ 780.00 |
| McClellan, Christian | 08/01/06 | Log and respond to Committees' requests. | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 08/01/06 | Continue to log and respond to Committees' requests. | 2.1 | 190.00 | 399.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Atkinson, James | 08/02/06 | Participate in call with Debtors' counsel regarding Committee information requests and exclusivity. | 0.8 | 650.00 | 520.00 |
| McClellan, Christian | 08/02/06 | Draft and issue standards for Committee requests. | 2.4 | 190.00 | 456.00 |
| McClellan, Christian | 08/02/06 | Log and respond to Committees' requests. | 2.1 | 190.00 | 399.00 |
| McClellan, Christian | 08/02/06 | Continue to log and respond to Committees' requests. | 1.9 | 190.00 | 361.00 |
| Reed, James | 08/02/06 | Analyze and respond to review Committee request process. | 2.3 | 430.00 | 989.00 |
| Reed, James | 08/02/06 | Continue to analyze and respond to review Committee request process. | 1.7 | 430.00 | 731.00 |
| Allison, Tom | 08/03/06 | Attend and participate in meeting with J. Nugent (MFIM), L. Schwartzer (Debtors' counsel) and the Committees' legal and financial professionals. | 2.8 | 650.00 | 1,820.00 |
| Allison, Tom | 08/03/06 | Discuss requests of the Committees' professionals, sale and bidding process, and other case issues with A. Jarvis (RQN) and J. Nugent (MFIM) following the meeting with the Committees' professionals. | 0.4 | 650.00 | 260.00 |
| McClellan, Christian | 08/03/06 | Analyze log and respond to Committees' requests. | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 08/03/06 | Continue to analyze log and respond to Committees' requests. | 3.6 | 190.00 | 684.00 |
| Nugent, James | 08/03/06 | Attend and participate in meeting with T. Allison (MFIM), L. Schwartzer (Debtors' counsel) and the Committees' legal and financial professionals. | 2.8 | 620.00 | 1,736.00 |
| Nugent, James | 08/03/06 | Discuss analyses and various restructuring and case matters with various of the Committees' advisors prior to and following the formal meeting. | 0.4 | 620.00 | 248.00 |
| Nugent, James | 08/03/06 | Discuss requests of the Committees' professionals, sale and bidding process, and other case issues with A. Jarvis (RQN) and T. Allison (MFIM) following the meeting with the Committees' professionals. | 0.4 | 620.00 | 248.00 |
| Smith, Susan | 08/03/06 | Meet with Committee professionals. | 2.8 | 590.00 | 1,652.00 |
| Allison, Tom | 08/04/06 | Discuss Committees information requests and comparison of loan balances to appraisal values and preliminary recovery analysis by Debtor with J. Nugent (MFIM). | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 08/04/06 | Discuss initial analyses and an updated outline of presentation to the Committees for the next meeting with J. Nugent (MFIM). | 0.4 | 650.00 | 260.00 |
| Fasel, Bill | 08/04/06 | Review Draft Creditor Committees presentation for 8/8/06. | 2.4 | 620.00 | 1,488.00 |
| Nugent, James | 08/04/06 | Discuss Committees information requests and comparison of loan balances to appraisal values and preliminary recovery analysis by Debtor with T. Allison (MFIM). | 0.4 | 620.00 | 248.00 |
| Nugent, James | 08/04/06 | Discuss initial analyses and an updated outline of presentation to the Committees with T. Allison (MFIM). | 0.4 | 620.00 | 248.00 |
| Nugent, James | 08/04/06 | Draft outline of presentation for next meeting with the Committees. | 0.4 | 620.00 | 248.00 |
| Oriti, Joseph | 08/04/06 | Attend Diversified Trust Deed Fund Committee meeting. | 2.0 | 330.00 | 660.00 |
| Smith, Susan | 08/04/06 | Meet with Diversified Trust Deed Fund Committee professionals. | 2.3 | 590.00 | 1,357.00 |
| Haftl, Michael | 08/05/06 | Update Committee presentation slides. | 2.4 | 530.00 | 1,272.00 |
| Nugent, James | 08/05/06 | Analyze and provide edits to draft presentation to the Committees for presentation and discussion at upcoming meeting. | 1.2 | 620.00 | 744.00 |
| Reed, James | 08/05/06 | Conduct liquidity analysis for presentation to Committees. | 3.6 | 430.00 | 1,548.00 |
| Astik, Jigar | 08/06/06 | Prepare and update Committee presentation dated August 8, 2006. | 2.0 | 240.00 | 480.00 |
| Astik, Jigar | 08/06/06 | Analyze loan monitoring report to summarize in report to Unsecured Creditors Committee report. | 2.0 | 240.00 | 480.00 |
| Fasel, Bill | 08/06/06 | Review modifications and revisions to the Draft Creditor Committees presentation for 8/8/06. | 2.4 | 620.00 | 1,488.00 |
| Haftl, Michael | 08/06/06 | Update recovery analyses. | 3.8 | 530.00 | 2,014.00 |
| Haftl, Michael | 08/06/06 | Continue to update recovery analyses. | 3.8 | 530.00 | 2,014.00 |
| Haftl, Michael | 08/06/06 | Update Committee presentation slides. | 1.2 | 530.00 | 636.00 |
| Nugent, James | 08/06/06 | Analyze and provide edits to draft presentation to the Committees for presentation and discussion at upcoming meeting. | 3.6 | 620.00 | 2,232.00 |
| Reed, James | 08/06/06 | Review and update liquidity analysis for presentation to Committees. | 3.6 | 430.00 | 1,548.00 |
| Reed, James | 08/06/06 | Create slides related to liquidity analysis for presentation to Committees. | 3.6 | 430.00 | 1,548.00 |
| Allison, Tom | 08/07/06 | Modify and revise the Draft Creditor Committees presentation for 8/8/06 regarding sales status process. | 3.2 | 650.00 | 2,080.00 |
| Allison, Tom | 08/07/06 | Continue to modify and revise the Draft Creditor Committees presentation for 8/8/06 regarding sales status process. | 2.8 | 650.00 | 1,820.00 |
| Allison, Tom | 08/07/06 | Discuss with J. Atkinson (MFIM) regarding Committee meeting agenda. | 0.4 | 650.00 | 260.00 |

# EXHIBIT E19

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Astik, Jigar | 08/07/06 | Update presentation to Committee dated August 8, 2006. | 2.1 | 240.00 | 504.00 |
| Astik, Jigar | 08/07/06 | Continue to update presentation to Committee dated August 8, 2006. | 1.9 | 240.00 | 456.00 |
| Astik, Jigar | 08/07/06 | Analyze the preliminary analysis of baseline recovery. | 3.2 | 240.00 | 768.00 |
| Astik, Jigar | 08/07/06 | Status update of going concern options for report to Unsecured Creditors Committee. | 2.0 | 240.00 | 480.00 |
| Astik, Jigar | 08/07/06 | Update potential reorganization options for report to Unsecured Creditors. | 2.3 | 240.00 | 552.00 |
| Astik, Jigar | 08/07/06 | Continue to update potential reorganization options for report to Unsecured Creditors. | 1.7 | 240.00 | 408.00 |
| Atkinson, James | 08/07/06 | Discuss with T. Allison (MFIM) regarding Committee meeting agenda. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 08/07/06 | Prepare Committee report outlining status of sales process, bids received, and loan payoff summary. | 3.1 | 650.00 | 2,015.00 |
| Atkinson, James | 08/07/06 | Continue to prepare Committee report outlining status of sales process, bids received, and loan payoff summary. | 2.9 | 650.00 | 1,885.00 |
| Fasel, Bill | 08/07/06 | Modify and revise the Draft Creditor Committees presentation for 8/8/06 regarding sales status process. | 2.8 | 620.00 | 1,736.00 |
| Fasel, Bill | 08/07/06 | Modify and revise the Draft Creditor Committees presentation for 8/8/06 regarding loans and recovery. | 2.8 | 620.00 | 1,736.00 |
| Haftl, Michael | 08/07/06 | Update Committee presentation slides. | 1.9 | 530.00 | 1,007.00 |
| Haftl, Michael | 08/07/06 | Continue to update Committee presentation slides. | 2.1 | 530.00 | 1,113.00 |
| McClellan, Christian | 08/07/06 | Log and respond to Committees' requests. | 2.2 | 190.00 | 418.00 |
| McClellan, Christian | 08/07/06 | Continue to log and respond to Committees' requests. | 2.2 | 190.00 | 418.00 |
| Nugent, James | 08/07/06 | Analyze and provide edit for the preliminary draft presentation to the Committees for the upcoming meeting. | 2.4 | 620.00 | 1,488.00 |
| Reed, James | 08/07/06 | Review and update liquidity analysis for presentation to Committees. | 3.6 | 430.00 | 1,548.00 |
| Reed, James | 08/07/06 | Create slides related to liquidity analysis for presentation to Committees. | 3.6 | 430.00 | 1,548.00 |
| Reed, James | 08/07/06 | Review presentation for Committee. | 2.0 | 430.00 | 860.00 |
| Smith, Susan | 08/07/06 | Participate in call with team regarding Committee presentation. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 08/07/06 | Review draft presentation for Committee. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 08/07/06 | Analyze notes and financial information needed for Committee presentation. | 0.8 | 590.00 | 472.00 |
| Allison, Tom | 08/08/06 | Modify and revise the Draft Creditor Committees presentation for 8/8/06. | 2.1 | 650.00 | 1,365.00 |
| Allison, Tom | 08/08/06 | Continue to modify and revise the Draft Creditor Committees presentation for 8/8/06. | 1.9 | 650.00 | 1,235.00 |
| Allison, Tom | 08/08/06 | Participate in the Creditor Committees meeting. | 2.8 | 650.00 | 1,820.00 |
| Allison, Tom | 08/08/06 | Discuss with Company management and MFIM personnel regarding follow-up from Committee meeting and preparation for 8/14 Committee conference call. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 08/08/06 | Participate in meeting with Debtors' counsel to discuss Creditor Committee meeting agenda, topics and issues. | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 08/08/06 | Prepare Committee report outlining status of sales process, bids received, and loan payoff summary. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 08/08/06 | Modify and revise the Draft Creditor Committees presentation for 8/8/06. | 3.6 | 620.00 | 2,232.00 |
| Fasel, Bill | 08/08/06 | Prepare for Creditor Committee meeting. | 0.8 | 620.00 | 496.00 |
| Fasel, Bill | 08/08/06 | Participate in the Creditor Committees meeting. | 3.2 | 620.00 | 1,984.00 |
| Fasel, Bill | 08/08/06 | Discuss with Company management and MFIM personnel regarding follow-up from Committee meeting and preparation for 8/14 Committee conference call. | 1.2 | 620.00 | 744.00 |
| Haftl, Michael | 08/08/06 | Update Committee presentation slides. | 1.6 | 530.00 | 848.00 |
| McClellan, Christian | 08/08/06 | Log and respond to Committees' requests. | 1.2 | 190.00 | 228.00 |
| Reed, James | 08/08/06 | Meet with all Committees for presentation related to current strategic standpoint. | 3.6 | 430.00 | 1,548.00 |
| Reed, James | 08/08/06 | Review and edit Committee presentation related to restructuring alternatives and sales process. | 2.4 | 430.00 | 1,032.00 |
| Reed, James | 08/08/06 | Review and edit Committee presentation related to potential analyses. | 2.4 | 430.00 | 1,032.00 |
| Smith, Susan | 08/08/06 | Review and edit Committee presentation. | 2.8 | 590.00 | 1,652.00 |
| Smith, Susan | 08/08/06 | Participate in Committee meeting. | 3.2 | 590.00 | 1,888.00 |
| Fasel, Bill | 08/09/06 | Discuss with Company management and MFIM personnel regarding follow-up from 8/8 Committee meeting and preparation for 8/14 Committee conference call. | 2.4 | 620.00 | 1,488.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 08/10/06 | Discuss with MFIM personnel regarding follow-up from 8/8 Committee meeting and preparation for 8/14 Committee conference call. | 2.4 | 650.00 | 1,560.00 |
| Fasel, Bill | 08/10/06 | Discuss with MFIM personnel regarding follow-up from 8/8 Committee meeting and preparation for 8/14 Committee conference call. | 2.4 | 620.00 | 1,488.00 |
| Allison, Tom | 08/11/06 | Discuss with Company personnel regarding follow-up from 8/8 Committee meeting and preparation for 8/14 Committee conference call. | 1.6 | 650.00 | 1,040.00 |
| Fasel, Bill | 08/11/06 | Discuss with Company personnel regarding follow-up from 8/8 Committee meeting and preparation for 8/14 Committee conference call. | 1.6 | 620.00 | 992.00 |
| McClellan, Christian | 08/11/06 | Log and respond to Committees' requests. | 1.2 | 190.00 | 228.00 |
| Allison, Tom | 08/14/06 | Participate in conference call with Creditor Committees (discuss current sale process and Plan of Reorganization status). | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 08/14/06 | Discuss Committee issues with S. Smith (MFIM). | 0.4 | 650.00 | 260.00 |
| Astik, Jigar | 08/14/06 | Analyze summary recovery for Loans for report to Committees. | 3.2 | 240.00 | 768.00 |
| Astik, Jigar | 08/14/06 | Analyze go forward plan for going concern with Third Party for report for Committee. | 2.0 | 240.00 | 480.00 |
| Atkinson, James | 08/14/06 | Attend Committee conference call. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 08/14/06 | Participate in conference call with T. Allison, B. Fasel, J. Nugent, S. Smith (all MFIM) to discuss outstanding requests by Creditors Committee. | 0.8 | 650.00 | 520.00 |
| McClellan, Christian | 08/14/06 | Log and respond to Committees' requests. | 2.4 | 190.00 | 456.00 |
| McClellan, Christian | 08/14/06 | Continue to log and respond to Committees' requests. | 2.4 | 190.00 | 456.00 |
| Nugent, James | 08/14/06 | Attend Committees conference call meeting in support of T. Allison (MFIM) and the Debtors. | 1.2 | 620.00 | 744.00 |
| Smith, Susan | 08/14/06 | Participate in conference call with Committees. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 08/14/06 | Discuss Committee issues with T. Allison (MFIM). | 0.4 | 590.00 | 236.00 |
| Astik, Jigar | 08/15/06 | Prepare and produce source files for Committee report dates August 8, 2006. | 2.4 | 240.00 | 576.00 |
| Atkinson, James | 08/17/06 | Attend Creditor Committee meeting. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 08/17/06 | Analyze Creditor Committee open requests. | 1.2 | 650.00 | 780.00 |
| Smith, Susan | 08/17/06 | Participate in Committee call. | 1.6 | 590.00 | 944.00 |
| McClellan, Christian | 08/18/06 | Disseminate weekly collection activity. | 1.6 | 190.00 | 304.00 |
| McClellan, Christian | 08/18/06 | Log Committee requests. | 1.6 | 190.00 | 304.00 |
| Allison, Tom | 08/21/06 | Participate in meetings with Company management and MFIM personnel to follow-up on certain Committee information requests regarding certain loan collections efforts. | 2.4 | 650.00 | 1,560.00 |
| Fasel, Bill | 08/21/06 | Participate in meetings with Company management and MFIM personnel to follow-up on certain Committee information requests regarding certain loan collections efforts. | 2.4 | 620.00 | 1,488.00 |
| Allison, Tom | 08/22/06 | Participate in meetings with Company management and MFIM personnel to follow-up on certain Committee information requests regarding certain loan collections efforts. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 08/22/06 | Prepare for conference call with Committee advisors regarding update on sale process efforts. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 08/22/06 | Participate in conference call with Committee advisors to update on sale process efforts and provide potential buyer feedback. | 0.4 | 650.00 | 260.00 |
| Cadwell, Kristin | 08/22/06 | Update Committee request log, filed new requests, and respond to open requests. | 1.2 | 190.00 | 228.00 |
| Fasel, Bill | 08/22/06 | Participate in meetings with Company management and MFIM personnel to follow-up on certain Committee information requests regarding certain loan collections efforts. | 0.4 | 620.00 | 248.00 |
| Fasel, Bill | 08/22/06 | Prepare for conference call with Committee advisors regarding update on sale process efforts. | 0.4 | 620.00 | 248.00 |
| Fasel, Bill | 08/22/06 | Participate in conference call with Committee advisors to update on sale process efforts and provide potential buyer feedback. | 0.4 | 620.00 | 248.00 |
| Fasel, Bill | 08/22/06 | Participate in meeting with USA Commercial Mortgage financial advisor T. Burr (Sierra) to discuss sale process and certain portfolio issues. | 3.6 | 620.00 | 2,232.00 |
| Allison, Tom | 08/23/06 | Participate in conference call with Committees (discuss current sale process, Plan of Reorganization status, pending motions, fee application process). | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 08/23/06 | Attend conference call with Committees' and Debtors' counsel. | 1.2 | 650.00 | 780.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 08/23/06 | Participate in conference call with Committees (discuss current sale process, Plan of Reorganization status, pending motions, fee application process). | 1.2 | 620.00 | 744.00 |
| McClellan, Christian | 08/23/06 | Disseminate Loan Summary to FAs. | 1.2 | 190.00 | 228.00 |
| McClellan, Christian | 08/23/06 | Disseminate Loan Summary to Counsel. | 1.2 | 190.00 | 228.00 |
| McClellan, Christian | 08/23/06 | Disseminate budget to actual comparison to FAs. | 1.6 | 190.00 | 304.00 |
| Smith, Susan | 08/23/06 | Participate in conference call with Committees regarding Plan. | 1.2 | 590.00 | 708.00 |
| McClellan, Christian | 08/24/06 | Log and address Committee requests. | 2.0 | 190.00 | 380.00 |
| Allison, Tom | 08/28/06 | Prepare for conference call with Committee advisors regarding update on sale process efforts and Plan of Reorganization process to-date. | 1.6 | 650.00 | 1,040.00 |
| Allison, Tom | 08/28/06 | Participate in conference call with Committees. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 08/28/06 | Attend Committee conference call. | 1.6 | 650.00 | 1,040.00 |
| Fasel, Bill | 08/28/06 | Prepare for conference call with Committee advisors regarding update on sale process efforts and Plan of Reorganization process to-date. | 1.6 | 620.00 | 992.00 |
| Fasel, Bill | 08/28/06 | Participate in conference call with Committees. | 1.6 | 620.00 | 992.00 |
| Nugent, James | 08/28/06 | Attend portion of Committees conference call meeting. | 0.8 | 620.00 | 496.00 |
| Reed, James | 08/28/06 | Create loan summary for meeting with Committees. | 2.0 | 430.00 | 860.00 |
| Reed, James | 08/28/06 | Participate in call with Committee FAs to discuss current bid status. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 08/28/06 | Participate in conference call with Committees regarding Plan. | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 08/29/06 | Prepare for Committee conference(s) with B. Fasel (MFIM). | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 08/29/06 | Participate in Committee conference call(s) to discuss potential bidders LOIs and Plan of Reorganization process. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 08/29/06 | Attend Committee conference call. | 1.6 | 650.00 | 1,040.00 |
| Fasel, Bill | 08/29/06 | Prepare for Committee conference(s) with T. Allison (MFIM). | 0.4 | 620.00 | 248.00 |
| Fasel, Bill | 08/29/06 | Participate in Committee conference call(s) to discuss potential bidders LOIs and Plan of Reorganization process. | 1.6 | 620.00 | 992.00 |
| McClellan, Christian | 08/29/06 | Disseminate weekly collection activity. | 1.6 | 190.00 | 304.00 |
| Smith, Susan | 08/29/06 | Participate in conference call with Committees regarding Plan. | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 08/30/06 | Participate in conference call with Committees regarding status of sale process. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 08/30/06 | Attend Committee conference call. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 08/30/06 | Participate in conference call with Committees regarding status of sale process. | 0.8 | 620.00 | 496.00 |
| Fasel, Bill | 08/30/06 | Prepare for Creditor Committee meeting. | 1.2 | 620.00 | 744.00 |
| Smith, Susan | 08/30/06 | Participate in conference call with Committees regarding Plan. | 1.2 | 590.00 | 708.00 |
| | | **Total Committee Meetings** | **254.3** | | **$ 122,189.00** |

**September 1, 2006 through September 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 09/04/06 | Participate in conference call with Creditors Committees to discuss issues regarding potential purchaser's LOI and updates as to the ongoing sale process. | 1.2 | $ 620.00 | $ 744.00 |
| Fasel, Bill | 09/05/06 | Participate in conference call with Creditors Committees to discuss issues regarding potential purchaser's LOI and updates as to the ongoing sale process. | 1.5 | 620.00 | 930.00 |
| Allison, Tom | 09/06/06 | Participate in conference call with Creditors Committees to discuss issues regarding potential purchaser's LOI and follow-on call directly with potential purchaser to discuss various LOI issues. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 09/06/06 | Participate in Committee conference call to update Committee on status of requested changes and information requests. | 0.5 | 650.00 | 325.00 |
| Fasel, Bill | 09/06/06 | Participate in conference call with Creditors Committees to discuss issues regarding potential purchaser's LOI and follow-on call directly with potential purchaser to discuss various LOI issues. | 1.8 | 620.00 | 1,116.00 |
| Allison, Tom | 09/09/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 0.8 | 650.00 | 520.00 |
| Fasel, Bill | 09/09/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 0.8 | 620.00 | 496.00 |
| Allison, Tom | 09/11/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 1.0 | 650.00 | 650.00 |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 09/11/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 1.0 | 620.00 | 620.00 |
| Allison, Tom | 09/12/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 2.5 | 650.00 | 1,625.00 |
| Fasel, Bill | 09/12/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and resulting issues that need to be addressed. | 2.5 | 620.00 | 1,550.00 |
| Smith, Susan | 09/12/06 | Participate in conference call with Committees. | 1.1 | 590.00 | 649.00 |
| Allison, Tom | 09/13/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and the status of the overall sale process going forward. | 1.2 | 650.00 | 780.00 |
| Fasel, Bill | 09/13/06 | Participate in conference call with Creditors Committees to discuss potential purchaser's latest version of its LOI and the status of the overall sale process going forward. | 1.2 | 620.00 | 744.00 |
| Smith, Susan | 09/14/06 | Participate in conference call with Unsecured Creditors Committee and Diversified Committees. | 2.1 | 590.00 | 1,239.00 |
| Allison, Tom | 09/18/06 | Participate in conference call with Committee FAs to discuss sale process. | 0.4 | 650.00 | 260.00 |
| Fasel, Bill | 09/18/06 | Participate in conference call with Committee FAs to discuss sale process. | 0.4 | 620.00 | 248.00 |
| Reed, James | 09/18/06 | Develop agenda for weekly call with Committee FAs. | 0.5 | 430.00 | 215.00 |
| Reed, James | 09/18/06 | Prepare related documents for call with Committee FAs. | 0.6 | 430.00 | 258.00 |
| Atkinson, James | 09/20/06 | Participate in Committee conference call. | 0.5 | 650.00 | 325.00 |
| Reed, James | 09/21/06 | Prepare for meeting with Committee FAs. | 2.1 | 430.00 | 903.00 |
| Reed, James | 09/22/06 | Participate in call with FAs related to status of sale process. | 0.8 | 430.00 | 344.00 |
| Atkinson, James | 09/26/06 | Participate in Committee call. | 0.9 | 650.00 | 585.00 |
| | | **Total Committee Meetings** | **27.2** | | **$ 16,296.00** |

**October 1, 2006 through October 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Fasel, Bill | 10/05/06 | Participate in conference call with Committee FAs to discuss sale process and Stalking Horse Bidder's diligence process to-date. | 0.5 | $ 620.00 | $ 310.00 |
| Atkinson, James | 10/09/06 | Participate in Committee call. | 1.0 | 650.00 | 650.00 |
| Smith, Susan | 10/09/06 | Participate in conference call with Committees. | 0.9 | 590.00 | 531.00 |
| Fasel, Bill | 10/10/06 | Participate in conference call with Committees regarding Stalking Horse Bidder's Draft Asset Purchase Agreement. | 0.8 | 620.00 | 496.00 |
| Smith, Susan | 10/10/06 | Participate in call with Committee regarding sale negotiations. | 1.1 | 590.00 | 649.00 |
| Fasel, Bill | 10/13/06 | Participate in conference call with Committees regarding Stalking Horse Bidder's proposed Asset Purchase Agreement. | 0.5 | 620.00 | 310.00 |
| Fasel, Bill | 10/16/06 | Participate in conference call with Committees regarding Stalking Horse Bidder's proposed Asset Purchase Agreement. | 0.9 | 620.00 | 558.00 |
| Smith, Susan | 10/16/06 | Participate in call with T. Burr (Sierra) M. Kvarka (A&M) and C. Harvick (FTI) regarding July/August distribution report. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 10/16/06 | Participate in conference call with Committees. | 1.1 | 590.00 | 649.00 |
| Atkinson, James | 10/17/06 | Participate in Committee call. | 0.5 | 650.00 | 325.00 |
| Fasel, Bill | 10/17/06 | Participate in conference call with Committees regarding Bid Procedures Motion and objection raised to the Bid Procedures. | 1.3 | 620.00 | 806.00 |
| Allison, Tom | 10/26/06 | Participate in conference call with Company attorney's and attorney's for Creditors Committee along with R. Koe (MFIM). | 1.5 | 650.00 | 975.00 |
| Koe, Robert | 10/26/06 | Participate in conference call with Company attorney's and attorney's for Creditors Committee along with T. Allison (MFIM). | 1.5 | 650.00 | 975.00 |
| Koe, Robert | 10/26/06 | Participate in conference call to review J. Milanowski's (formerly USACM) meeting with attorney's for Debtor and attorney's for Creditors Committee. | 1.5 | 650.00 | 975.00 |
| | | **Total Committee Meetings** | **13.9** | | **$ 8,681.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Hours and Fees for Committee Meetings from April 13, 2006 through March 12, 2007** | **556.8** | | **$ 276,421.00** |

**EXHIBIT E19**

USA Commercial Mortgage Company, et al.
Committee Meetings
April 13, 2006 through March 12, 2007

| Name | Date | Description | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|---|
| | | USA Commercial Mortgage Company | 50% | | | $ | 138,210.50 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 25% | | | $ | 69,105.25 |
| | | USA Capital First Trust Deed Fund, LLC | 25% | | | $ | 69,105.25 |
| | | | | | | $ | 276,421.00 |
| | | USA Commercial Mortgage Company | 50% | | | | 278.4 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 25% | | | | 139.2 |
| | | USA Capital First Trust Deed Fund, LLC | 25% | | | | 139.2 |
| | | | | | | | 556.8 |