# EXHIBIT E22

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **April 13, 2006 through April 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Oriti, Joseph | 04/14/06 | Prepare SOFA & Schedule workplan and templates for USA Capital filing entities. | 3.0 | $ 330.00 | $ 990.00 |
| Oriti, Joseph | 04/18/06 | Analyze and prepare SOFAs & Schedules templates for USA Commercial Mortgage Company. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 04/19/06 | Revise contracts template for current case, discuss with S. Steele (MFIM), and edit for current case. | 0.9 | 590.00 | 531.00 |
| Oriti, Joseph | 04/20/06 | Prepare for meeting with the Company and Attorneys to discuss Schedules and SOFAs. | 2.0 | 330.00 | 660.00 |
| Oriti, Joseph | 04/20/06 | Participate in meeting with M. Olson, R. Hilson, L. Weese, V. Loob (all USACM); S. Strong (RQN); and S. Smith (MFIM) to discuss Schedules and SOFAs protocol. | 1.5 | 330.00 | 495.00 |
| Smith, Susan | 04/20/06 | Participate in meeting with R. Hilson, M. Olson, L. Weese, V. Loob (all USACM); S. Strong, (RQN); and J. Oriti (MFIM) on workplan for Schedules and SOFA's. | 1.5 | 590.00 | 885.00 |
| Steele, Sarah | 04/20/06 | Create request list for Debtor to supply for schedules and statements. | 1.4 | 430.00 | 602.00 |
| Oriti, Joseph | 04/24/06 | Analyze insurance policies for Form B-9 Schedules and SOFAs for USA Commercial Mortgage Company. | 2.2 | 330.00 | 726.00 |
| Smith, Susan | 04/24/06 | Update Schedules workplan. | 1.6 | 590.00 | 944.00 |
| Graham, Jeff | 04/26/06 | Prepare Schedule B-9 for USA Commercial Mortgage. | 0.8 | 190.00 | 152.00 |
| Graham, Jeff | 04/26/06 | Research insurance documents for USA Securities from 2003-2006. | 2.5 | 190.00 | 475.00 |
| Graham, Jeff | 04/26/06 | Prepare Schedule B-9 for USA Securities. | 0.9 | 190.00 | 171.00 |
| Smith, Susan | 04/26/06 | Review contracts files and provide comments to K. Cadwell (MFIM). | 0.6 | 590.00 | 354.00 |
| | | **Total Bankruptcy Schedules & SOFAs for USACM** | **20.8** | | **$ 7,612.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 04/18/06 | Analyze and prepare SOFAs & Schedules initial data for USA Diversified Trust Deed Fund, LLC. | 1.2 | $ 330.00 | $ 396.00 |
| Cadwell, Kristin | 04/19/06 | Prepare Shareholder listing schedule DIV. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 04/19/06 | Prepare Shareholder listing schedule DIV. | 0.5 | 190.00 | 95.00 |
| Cadwell, Kristin | 04/20/06 | Edit Shareholder listing schedule DIV. | 0.5 | 190.00 | 95.00 |
| | | **Total Bankruptcy Schedules & SOFAs for DTDF** | **4.2** | | **$ 966.00** |
| **USA Capital First Trust Deed Fund, LLC** | | | | | |
| Cadwell, Kristin | 04/18/06 | Prepare Shareholder listing schedule Class A. | 1.3 | $ 190.00 | $ 247.00 |
| Cadwell, Kristin | 04/18/06 | Prepare Shareholder listing schedule Class A. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 04/18/06 | Prepare Shareholder listing schedule Class A. | 0.5 | 190.00 | 95.00 |
| Fillip, Kasey | 04/18/06 | Prepare summary of percentage ownership by loan for USA National Fund. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 04/18/06 | Analyze and prepare SOFAs & Schedules initial data. | 1.4 | 330.00 | 462.00 |
| Cadwell, Kristin | 04/19/06 | Prepare Shareholder listing schedule Class A. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 04/19/06 | Prepare Shareholder listing schedule Class B. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 04/19/06 | Prepare Shareholder listing schedule Class B. | 1.1 | 190.00 | 209.00 |
| | | **Total Bankruptcy Schedules & SOFAs for FTDF** | **9.4** | | **$ 2,066.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Oriti, Joseph | 04/18/06 | Analyze and prepare SOFAs & Schedules initial data for USA Capital Realty Advisors, LLC. | 1.3 | $ 330.00 | $ 429.00 |
| | | **Total Bankruptcy Schedules & SOFAs for CRA** | **1.3** | | **$ 429.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 04/18/06 | Analyze and prepare SOFAs & Schedules templates for USA Securities, LLC. | 1.7 | $ 330.00 | $ 561.00 |
| Oriti, Joseph | 04/24/06 | Analyze insurance policies for Form B-9 Schedules and SOFAs for USA Securities. | 1.7 | 330.00 | 561.00 |
| | | **Total Bankruptcy Schedules & SOFAs for S** | **3.4** | | **$ 1,122.00** |
| | | **Total Bankruptcy Schedules & SOFAs for USACM / DTDF / FTDF / CRA / S** | **39.1** | | **$ 12,195.00** |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **May 1, 2006 through May 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 05/04/06 | Review contract file and provide comment to K. Cadwell (MFIM). | 0.4 | $ 590.00 | $ 236.00 |
| Smith, Susan | 05/08/06 | Research payments to bankruptcy professionals. | 0.2 | 590.00 | 118.00 |
| Oriti, Joseph | 05/09/06 | Analyze law suits and administrative proceedings for USA Commercial Mortgage Company for inclusion in SOFA 4a. | 3.2 | 330.00 | 1,056.00 |
| Smith, Susan | 05/09/06 | Meet with A. Stevens (USACM) regarding related party lists. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 05/10/06 | Research leases from USA Securities, signed by USA Commercial Mortgage. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 05/23/06 | Analyze related party list and forward to J. Oriti (MFIM) for further research. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 05/24/06 | Discuss insider issues with L. Jenkins (RQN). | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 05/24/06 | Prepare related party list and send to L. Weese (USACM) for Question 3c data. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 05/24/06 | Update workplan with J. Oriti (MFIM). | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 05/24/06 | Review data for Schedules and SOFA. | 0.6 | 590.00 | 354.00 |
| Steele, Sarah | 05/24/06 | Discussion with R. Hilson (USACM) regarding related party information required for the SOFA. | 0.9 | 430.00 | 387.00 |
| Oriti, Joseph | 05/30/06 | Analyze and draft related party entities list for purposes of determining payments made to insiders for SOFA 3C for each of the filing entities. | 2.6 | 330.00 | 858.00 |
| | | **Total Bankruptcy Schedules & SOFAs for USACM** | **11.0** | | **$ 4,838.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 05/31/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 3.6 | $ 330.00 | $ 1,188.00 |
| | | **Total Bankruptcy Schedules & SOFAs for DTDF** | **3.6** | | **$ 1,188.00** |
| **USA Capital First Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 05/31/06 | Research, analyze and prepare information for Schedules & SOFA's. | 3.4 | $ 330.00 | $ 1,122.00 |
| | | **Total Bankruptcy Schedules & SOFAs for FTDF** | **3.4** | | **$ 1,122.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 05/03/06 | Analyze income from operation for USA Securities per fiscal year 2005 and 2004 for inclusion in SOFA. | 2.2 | $ 330.00 | $ 726.00 |
| Oriti, Joseph | 05/03/06 | Analyze security deposits for USA Securities for inclusion in Schedule B-2. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 05/03/06 | Analyze bank account balance as of the filing date for USA Securities for inclusion in Schedule B-1. | 1.0 | 330.00 | 330.00 |
| Oriti, Joseph | 05/04/06 | Analyze outstanding taxes for USA Securities for inclusion in Schedule E. | 1.4 | 330.00 | 462.00 |
| Oriti, Joseph | 05/04/06 | Analyze accounts payable for USA Securities for inclusion in Schedule F. | 2.1 | 330.00 | 693.00 |
| Oriti, Joseph | 05/04/06 | Analyze 2005 and 2006 check registers to determine payments to insiders for USA Securities for inclusion in SOFA 3c. | 2.4 | 330.00 | 792.00 |
| Oriti, Joseph | 05/04/06 | Analyze 2006 check registers to determine payments to creditors within 90 days preceding the filing date for USA Securities for inclusion in SOFA 3c. | 2.3 | 330.00 | 759.00 |
| Oriti, Joseph | 05/04/06 | Analyze prior address and sales offices of USA Securities for inclusion in SOFA 15. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 05/08/06 | Analyze information provided by the Company regarding keeper of the books and records, auditors, supervision of the book, etc for USA Securities for inclusion in SOFA 19. | 1.4 | 330.00 | 462.00 |
| Oriti, Joseph | 05/08/06 | Analyze current officers and directors for USA Securities for inclusion in SOFA 21b. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 05/08/06 | Analyze schedule of redemptions and distributions for inclusion in SOFA 23. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 05/08/06 | Discussion with V. Loob (USACM) regarding information received and outstanding per the USA Securities SOFAs & Schedules. | 2.0 | 330.00 | 660.00 |
| Oriti, Joseph | 05/30/06 | Analyze and revise draft SOFA for USA Securities. | 2.9 | 330.00 | 957.00 |
| Oriti, Joseph | 05/30/06 | Analyze and revise draft Schedules for USA Securities. | 3.1 | 330.00 | 1,023.00 |
| | | **Total Bankruptcy Schedules & SOFAs for S** | **26.6** | | **$ 8,778.00** |
| | | **Total Bankruptcy Schedules & SOFAs for USACM / DTDF / FTDF / S** | **44.6** | | **$ 15,926.00** |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **June 1, 2006 through June 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 06/01/06 | Meet with R. Hilson, L. Weese (both USACM) to review workplan. | 1.3 | $ 590.00 | $ 767.00 |
| Smith, Susan | 06/01/06 | Analyze contract file provide comments to S. Steele. | 0.8 | 590.00 | 472.00 |
| Steele, Sarah | 06/01/06 | Update with S. Smith (MFIM) regarding progress on contract database for Schedule G. | 1.0 | 430.00 | 430.00 |
| Steele, Sarah | 06/01/06 | Review and edit schedules. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 06/01/06 | Review and edit schedules. | 1.4 | 430.00 | 602.00 |
| Steele, Sarah | 06/01/06 | Review and edit SOFA. | 1.6 | 430.00 | 688.00 |
| Steele, Sarah | 06/01/06 | Review and finalize SOFA. | 1.4 | 430.00 | 602.00 |
| Oriti, Joseph | 06/02/06 | Analyze and prepare administrative suits and proceedings to be included SOFA 4a. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 06/02/06 | Analyze and prepare prior addresses of Debtor to be included SOFA 4a. | 1.1 | 330.00 | 363.00 |
| Smith, Susan | 06/02/06 | Analyze issues with extracting loan data to B-18. | 1.6 | 590.00 | 944.00 |
| Smith, Susan | 06/02/06 | Analyze issues with extracting loan data to B-21. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 06/02/06 | Analyze issues with extracting loan data to F-Unremitted principal. | 1.8 | 590.00 | 1,062.00 |
| Smith, Susan | 06/06/06 | Review contracts file and send to RQN for questions on executory issues. | 0.8 | 590.00 | 472.00 |
| Cadwell, Kristin | 06/08/06 | Enter suits and administrative proceedings into SOFA 4a. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/08/06 | Continue entering suits and administrative proceedings into SOFA 4a. | 1.0 | 190.00 | 190.00 |
| Steele, Sarah | 06/08/06 | Participate in call with RQN to discuss issues related to the schedules. | 2.2 | 430.00 | 946.00 |
| Oriti, Joseph | 06/09/06 | Analyze Unsecured Creditors Committee filings for Schedule D. | 3.7 | 330.00 | 1,221.00 |
| Oriti, Joseph | 06/09/06 | Analyze check register for SOFA 3b. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 06/09/06 | Analyze accounts payable for Schedule F. | 3.3 | 330.00 | 1,089.00 |
| Oriti, Joseph | 06/09/06 | Analyze Charitable Donations for SOFA 7. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 06/09/06 | Analyze Bank Accounts for Schedule B-2. | 1.0 | 330.00 | 330.00 |
| Oriti, Joseph | 06/09/06 | Analyze Insurance Policies for Schedule B-9. | 1.7 | 330.00 | 561.00 |
| Curchack, Jonas | 06/10/06 | Create Schedule D files. | 3.0 | 150.00 | 450.00 |
| Oriti, Joseph | 06/10/06 | Analyze Credit Line for Schedule F. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 06/10/06 | Analyze Notes Payable for Schedule F. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 06/10/06 | Analyze Security Deposits for Schedule B-3. | 1.2 | 330.00 | 396.00 |
| Oriti, Joseph | 06/10/06 | Analyze Equipment Leases and Non-Residential Leases for Schedule G. | 3.3 | 330.00 | 1,089.00 |
| Oriti, Joseph | 06/10/06 | Analyze Accounts receivable, Notes Receivable, and Investments for Schedule B-16. | 3.8 | 330.00 | 1,254.00 |
| Smith, Susan | 06/10/06 | Prepare footnotes for schedules and statement of financial affairs. | 2.1 | 590.00 | 1,239.00 |
| Smith, Susan | 06/10/06 | Review updated workplan and check on progress. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 06/10/06 | Review progress on files to be pulled from database for schedules. | 0.6 | 590.00 | 354.00 |
| Steele, Sarah | 06/10/06 | Prepare contract databases for upload into schedule G. | 1.4 | 430.00 | 602.00 |
| Oriti, Joseph | 06/11/06 | Analyze Operating account December 2005 through April 2006 check register for SOFA 3b & 3c. | 3.9 | 330.00 | 1,287.00 |
| Oriti, Joseph | 06/11/06 | Analyze Brokers Commissions for Schedule E and Schedule F. | 1.6 | 330.00 | 528.00 |
| Oriti, Joseph | 06/11/06 | Analyze outstanding taxes for Schedule E. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 06/11/06 | Analyze current officers, directors, and shareholders for SOFA 21b. | 1.2 | 330.00 | 396.00 |
| Smith, Susan | 06/11/06 | Review draft Schedules. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 06/11/06 | Review Q3b schedules for Collection account and Operating account. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 06/11/06 | Query RQN on legal proceedings for Q4a. | 0.2 | 590.00 | 118.00 |
| Cadwell, Kristin | 06/12/06 | Enter income data into SOFA 1 and 2. | 2.6 | 190.00 | 494.00 |
| Oriti, Joseph | 06/12/06 | Analyze extension fees for Schedule B-16. | 1.8 | 330.00 | 594.00 |
| Oriti, Joseph | 06/12/06 | Analyze co debtors Schedule H. | 2.7 | 330.00 | 891.00 |
| Oriti, Joseph | 06/12/06 | Analyze former officers, directors, and shareholders for SOFA 22b. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 06/12/06 | Analyze fixed assets for Schedule B-28. | 1.7 | 330.00 | 561.00 |
| Smith, Susan | 06/12/06 | Review draft SOFA's. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 06/12/06 | Meet with A. Stevens (USACM) regarding contracts. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 06/12/06 | Review report information to pull data necessary for B-21. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/12/06 | Review report information to pull data necessary for F schedule. | 1.5 | 590.00 | 885.00 |
| Oriti, Joseph | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), S. Smith (MFIM). | 1.7 | 330.00 | 561.00 |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 06/13/06 | Edit Intercompany transactions for SOFA 3c. | 2.6 | 330.00 | 858.00 |
| Oriti, Joseph | 06/13/06 | Analyze executory contract for Schedule G. | 1.6 | 330.00 | 528.00 |
| Smith, Susan | 06/13/06 | Review footnotes with S. Strong, (RQN) and revise. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), J. Oriti (MFIM). | 1.7 | 590.00 | 1,003.00 |
| Smith, Susan | 06/13/06 | Review notes and prepare list of issues to review. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/13/06 | Analyze loan statistics summary for information to verify that correct information was pulling in to reports. | 2.1 | 590.00 | 1,239.00 |
| Smith, Susan | 06/13/06 | Analyze service fees to verify that correct information is in reports. | 0.5 | 590.00 | 295.00 |
| Cadwell, Kristin | 06/14/06 | Enter Commercial Mortgage Intercompany data into SOFA 3c spreadsheet. | 2.0 | 190.00 | 380.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to SOFAs for filing. | 2.9 | 330.00 | 957.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to Schedules for filing. | 3.5 | 330.00 | 1,155.00 |
| Smith, Susan | 06/14/06 | Review F-1 unremitted principal against loan report, note issues with assignments. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/14/06 | Review new drafts of F-1 report and check with loan report. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 06/14/06 | Review draft Schedule G and check against contract database, other sources of contracts. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 06/14/06 | Update footnotes with attorney edits and customize for entity. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/14/06 | Review B-20 Unliquidated claims report. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/14/06 | Review updated draft of F Schedule. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/14/06 | Review updated draft of Schedules. | 1.7 | 590.00 | 1,003.00 |
| Smith, Susan | 06/14/06 | Review updated draft of SOFA's. | 1.4 | 590.00 | 826.00 |
| Steele, Sarah | 06/14/06 | Revise footnotes for schedule and statements. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 06/14/06 | Revise footnotes for schedule and statements. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 06/14/06 | Revise footnotes for schedule and statements. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 06/14/06 | Revise footnotes for schedule and statements. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 06/14/06 | Revise footnotes for schedule and statements. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 06/14/06 | Review schedule and statements. | 2.4 | 430.00 | 1,032.00 |
| Steele, Sarah | 06/14/06 | Review schedule and statements. | 1.2 | 430.00 | 516.00 |
| Steele, Sarah | 06/14/06 | Review schedule and statements. | 1.9 | 430.00 | 817.00 |
| Steele, Sarah | 06/14/06 | Review schedule and statements. | 1.8 | 430.00 | 774.00 |
| Steele, Sarah | 06/14/06 | Review schedule and statements. | 1.3 | 430.00 | 559.00 |
| Cadwell, Kristin | 06/15/06 | Verify data entry in SOFA 3b. | 1.6 | 190.00 | 304.00 |
| Curchack, Jonas | 06/15/06 | Check Intercompany files for completion and correctness. | 2.6 | 150.00 | 390.00 |
| Oriti, Joseph | 06/15/06 | Analyze and edit USA Commercial Mortgage SOFAs for filing. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 06/15/06 | Analyze and edit USA Commercial Mortgage Schedules for filing. | 1.7 | 330.00 | 561.00 |
| Smith, Susan | 06/15/06 | Review Schedules and SOFA's, note issues. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 06/15/06 | Discuss problems with Schedules and SOFA's with J. McPherson (Schwartzer & McPherson), J. Miller (BMC) to determine if necessary to file schedules with noted problems. | 0.4 | 590.00 | 236.00 |
| Steele, Sarah | 06/15/06 | Participate in conference call with BMC for review of edits for schedules and SOFA. | 1.5 | 430.00 | 645.00 |
| Steele, Sarah | 06/15/06 | Review of B-16 for USACM. | 1.1 | 430.00 | 473.00 |
| Steele, Sarah | 06/15/06 | Discuss with L. Weese (USACM) regarding money owed to Diversified Trust Deed Fund from Commercial Mortgage Company. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 06/15/06 | Discuss with R. Hilson (USACM) regarding guarantees to be listed on the schedules. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 06/15/06 | Review schedule and statements for USA Commercial Mortgage. | 1.8 | 430.00 | 774.00 |
| Steele, Sarah | 06/15/06 | Prepare schedule and statements for filing. | 0.9 | 430.00 | 387.00 |
| Smith, Susan | 06/16/06 | Review Schedules and SOFA's and prepare list of needed corrections and missing files. | 2.7 | 590.00 | 1,593.00 |
| Curchack, Jonas | 06/19/06 | Put together USACM SOFA 3C. | 3.6 | 150.00 | 540.00 |
| Smith, Susan | 06/19/06 | Review support schedules for missing Schedules data and SOFA data. | 1.7 | 590.00 | 1,003.00 |
| Smith, Susan | 06/19/06 | Review Schedules and SOFA's and prepare list of needed corrections and missing files. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 06/19/06 | Participate in call with J. Miller (BMC) regarding corrections and missing files. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/19/06 | Review Intercompany data and discuss preparation of corrected files with S. Steele (MFIM). | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 06/19/06 | Answer questions regarding Schedules and note corrections needed from query's. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/19/06 | Research contracts missing from Schedule G, prepare instructions for coordinating database of service agreement. | 1.4 | 590.00 | 826.00 |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/19/06 | Review Intercompany data and answer questions regarding inclusion of data. | 0.5 | 590.00 | 295.00 |
| Steele, Sarah | 06/19/06 | Discuss with S. Smith (MFIM) regarding changes to the Schedule and SOFAs. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 06/19/06 | Participate in call with BMC regarding changes to the Schedules. | 1.4 | 430.00 | 602.00 |
| Steele, Sarah | 06/19/06 | Discuss with staff regarding revisions to the Schedules. | 0.7 | 430.00 | 301.00 |
| Steele, Sarah | 06/19/06 | Revise information to be amended on SOFA 3C. | 1.4 | 430.00 | 602.00 |
| Steele, Sarah | 06/19/06 | Discuss with L. Weese (USACM) regarding insider payments. | 0.9 | 430.00 | 387.00 |
| Cadwell, Kristin | 06/20/06 | Make edits to direct investors loan servicing contracts consolidated file for use in Schedule G. | 0.4 | 190.00 | 76.00 |
| Smith, Susan | 06/20/06 | Participate in call with J. Miller (BMC) regarding corrections and missing files. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/20/06 | Rerun and check B-18-uncollected interest. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 06/20/06 | Rerun and check B-21 Unliquidated claims. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/20/06 | Review B-16, rerun service fees, check extension fees. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 06/20/06 | Review Schedule F draft, check for litigation claims and guaranty's-give edits to BMC. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/20/06 | Review Schedule F-1, missing investors, locate issues, have report rerun review and check results. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 06/20/06 | Review draft of Q3b and Q3c, work with BMC to correct issues. | 0.9 | 590.00 | 531.00 |
| Steele, Sarah | 06/20/06 | Revise SOFA 3C to be amended. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 06/20/06 | Revise contract file in order to amend Schedule G. | 1.5 | 430.00 | 645.00 |
| Cadwell, Kristin | 06/21/06 | Continue to make edits to direct investors loan servicing contracts consolidated file for use in Schedule G. | 2.5 | 190.00 | 475.00 |
| Cadwell, Kristin | 06/21/06 | Verify addresses in direct investors loan servicing contracts consolidated file for use in Schedule G. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/21/06 | Verify that names match service agreements in direct investors loan servicing contracts consolidated file for use in Schedule G. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/21/06 | Continue to verify that names match service agreements in direct investors loan servicing contracts consolidated file for use in Schedule G. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/21/06 | Continue to verify addresses in direct investors loan servicing contracts consolidated file for use in Schedule G. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 06/21/06 | Organize direct investors loan servicing contracts file and make formatting edits. | 1.6 | 190.00 | 304.00 |
| Smith, Susan | 06/21/06 | Review Schedule G amendment. | 0.3 | 590.00 | 177.00 |
| Cadwell, Kristin | 06/22/06 | Make edits to Schedule F: Creditors holding unsecured non-priority claims. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/22/06 | Continue to make edits to Schedule F: Creditors holding unsecured non-priority claims. | 2.0 | 190.00 | 380.00 |
| Smith, Susan | 06/22/06 | Request revisions to Schedule F for guaranty's still missing and Lines of Credit. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/22/06 | Review draft of Q3b and Q3c, work with BMC to correct issues. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/22/06 | Review draft of Schedule G for loan servicing agreements. | 0.4 | 590.00 | 236.00 |
| Steele, Sarah | 06/22/06 | Review schedule and SOFA amendments to be filed. | 1.9 | 430.00 | 817.00 |
| Cadwell, Kristin | 06/26/06 | Make CDs containing Schedules and SOFAs for Judge's records. | 1.6 | 190.00 | 304.00 |
| Curchack, Jonas | 06/26/06 | Prepare copy of SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| Curchack, Jonas | 06/26/06 | Bind SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| Curchack, Jonas | 06/27/06 | Consolidate filed and amended documents to include in Judge's binder of SOFA and Schedules for all entities. | 2.1 | 150.00 | 315.00 |
| Curchack, Jonas | 06/27/06 | Scan consolidated SOFA and Schedules in order to be burned onto CDs for the Committees. | 2.4 | 150.00 | 360.00 |
| Curchack, Jonas | 06/28/06 | Rescan CMC SOFA and Schedules to include on CDs to Committees. | 1.7 | 150.00 | 255.00 |
| Curchack, Jonas | 06/29/06 | Update summary of schedules for CMC. | 2.4 | 150.00 | 360.00 |
| | | **Total Bankruptcy Schedules & SOFAs for USACM** | **191.8** | | **$ 73,708.00** |

**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 06/10/06 | Analyze Accounts receivable, Notes Receivable, and Investments for Schedule B-16. | 3.1 | $ 330.00 | $ 1,023.00 |
| Oriti, Joseph | 06/11/06 | Analyze accounts payable for Schedule F. | 1.0 | 330.00 | 330.00 |
| Oriti, Joseph | 06/11/06 | Analyze outstanding checks for Schedule F. | 1.1 | 330.00 | 363.00 |
| Smith, Susan | 06/11/06 | Review draft Schedules and provide direction to J. Oriti (MFIM). | 0.9 | 590.00 | 531.00 |
| Oriti, Joseph | 06/12/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 3.5 | 330.00 | 1,155.00 |
| Smith, Susan | 06/12/06 | Review draft SOFA's and provide edits and comments to J. Oriti (MFIM) for research. | 0.6 | 590.00 | 354.00 |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/12/06 | Review data pulled for B-16. | 0.9 | 590.00 | 531.00 |
| Oriti, Joseph | 06/13/06 | Research and edit SOFA questions. | 2.2 | 330.00 | 726.00 |
| Oriti, Joseph | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), S. Smith (MFIM). | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 06/13/06 | Analyze executory contract for Schedule G. | 0.5 | 330.00 | 165.00 |
| Smith, Susan | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), J. Oriti (MFIM). | 0.7 | 590.00 | 413.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to SOFAs for filing. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to Schedules for filing. | 2.4 | 330.00 | 792.00 |
| Smith, Susan | 06/14/06 | Review draft Schedules, check B-16 notes. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/14/06 | Review draft SOFA's for corrections, edits. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 06/14/06 | Review updated draft Q3c for insiders. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 06/14/06 | Update footnotes with attorney edits and customize for entity. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/15/06 | Review Schedule and SOFA's, request edits. | 1.4 | 590.00 | 826.00 |
| Steele, Sarah | 06/15/06 | Review schedule and statements for USA Diversified Trust Deed Fund. | 1.5 | 430.00 | 645.00 |
| Smith, Susan | 06/20/06 | Check Notes Receivable to updated Loan Summary. | 0.4 | 590.00 | 236.00 |
| Curchack, Jonas | 06/26/06 | Prepare copy of SOFA and Schedules for all 5 entities for Judge. | 0.3 | 150.00 | 45.00 |
| Curchack, Jonas | 06/26/06 | Bind SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| | | **Total Bankruptcy Schedules & SOFAs for DTDF** | **25.6** | | **$ 10,292.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/11/06 | Review draft Schedules. | 1.2 | $ 590.00 | $ 708.00 |
| Curchack, Jonas | 06/12/06 | Verify Intercompany payments. | 3.1 | 150.00 | 465.00 |
| Curchack, Jonas | 06/12/06 | Prepare data for SOFA 3b. | 0.5 | 150.00 | 75.00 |
| Curchack, Jonas | 06/12/06 | Prepare data for SOFA 3c. | 1.4 | 150.00 | 210.00 |
| Oriti, Joseph | 06/12/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 3.1 | 330.00 | 1,023.00 |
| Smith, Susan | 06/12/06 | Review data pulled for B-16. | 1.2 | 590.00 | 708.00 |
| Oriti, Joseph | 06/13/06 | Edit Intercompany transactions for SOFA 3c. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), S. Smith (MFIM). | 0.8 | 330.00 | 264.00 |
| Oriti, Joseph | 06/13/06 | Analyze executory contract for Schedule G. | 1.6 | 330.00 | 528.00 |
| Smith, Susan | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), J. Oriti (MFIM). | 0.8 | 590.00 | 472.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to SOFAs for filing. | 1.7 | 330.00 | 561.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to Schedules for filing. | 2.3 | 330.00 | 759.00 |
| Smith, Susan | 06/14/06 | Review draft Schedules, check B-16 notes. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/14/06 | Review draft SOFA's for corrections, edits. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 06/14/06 | Review updated draft Q3c for insiders. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 06/14/06 | Update footnotes with attorney edits and customize for entity. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/15/06 | Review final Schedule and SOFA's. | 1.6 | 590.00 | 944.00 |
| Steele, Sarah | 06/15/06 | Review schedule and statements for USA First Trust Deed Fund. | 1.5 | 430.00 | 645.00 |
| Smith, Susan | 06/20/06 | Check Notes Receivable to updated Loan Summary. | 0.3 | 590.00 | 177.00 |
| Curchack, Jonas | 06/26/06 | Prepare copy of SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| Curchack, Jonas | 06/26/06 | Bind SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| | | **Total Bankruptcy Schedules & SOFAs for FTDF** | **24.4** | | **$ 8,952.00** |

**USA Capital Realty Advisors, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 06/11/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 3.8 | $ 330.00 | $ 1,254.00 |
| Smith, Susan | 06/11/06 | Review draft Schedules. | 0.7 | 590.00 | 413.00 |
| Curchack, Jonas | 06/12/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 3.3 | 150.00 | 495.00 |
| Curchack, Jonas | 06/12/06 | Prepare edits as directed to Schedule data. | 1.6 | 150.00 | 240.00 |
| Curchack, Jonas | 06/13/06 | Prepare intercompany data for SOFA 3c. | 1.4 | 150.00 | 210.00 |
| Oriti, Joseph | 06/13/06 | Research, analyze and prepare information for Schedules & SOFA's. Transmit to BMC for processing. | 2.3 | 330.00 | 759.00 |
| Oriti, Joseph | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), S. Smith (MFIM). | 0.5 | 330.00 | 165.00 |
| Oriti, Joseph | 06/13/06 | Prepare edits from meeting notes, transmit to BMC for processing. | 1.4 | 330.00 | 462.00 |
| Smith, Susan | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), J. Oriti (MFIM). | 0.5 | 590.00 | 295.00 |
| Oriti, Joseph | 06/14/06 | Prepare edits to SOFAs for filing. | 1.8 | 330.00 | 594.00 |

**EXHIBIT E22**

USA Commercial Mortgage Company
Bankruptcy Schedules & SOFAs
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/14/06 | Review draft Schedules for corrections and edits. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/14/06 | Review draft SOFA's for corrections, edits and 3c disbursements to insiders. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/14/06 | Review updated draft Q3c for insiders. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 06/14/06 | Update footnotes with attorney edits and customize for entity. | 0.3 | 590.00 | 177.00 |
| Oriti, Joseph | 06/15/06 | Analyze and amend USA Capital Realty Advisors Schedules for filing. | 2.5 | 330.00 | 825.00 |
| Smith, Susan | 06/15/06 | Review final Schedule and SOFA's. | 1.3 | 590.00 | 767.00 |
| Steele, Sarah | 06/15/06 | Review schedule and statements for USA Capital Realty Advisors. | 1.2 | 430.00 | 516.00 |
| Curchack, Jonas | 06/26/06 | Prepare copy of SOFA and Schedules for all 5 entities for Judge. | 0.3 | 150.00 | 45.00 |
| Curchack, Jonas | 06/26/06 | Bind SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| | | **Total Bankruptcy Schedules & SOFAs for CRA** | **24.6** | | **$ 8,044.00** |
| **USA Securities, LLC** | | | | | |
| Smith, Susan | 06/11/06 | Review draft Schedules. | 0.6 | $ 590.00 | $ 354.00 |
| Oriti, Joseph | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), S. Smith (MFIM). | 0.6 | 330.00 | 198.00 |
| Smith, Susan | 06/13/06 | Review draft Schedules and SOFA's with R. Hilson, L. Weese, M. Olson (all USACM); and S. Strong (RQN), J. Oriti (MFIM). | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/14/06 | Review draft Schedules for corrections and edits. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 06/14/06 | Review draft SOFA's for corrections, edits and 3c disbursements to insiders. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 06/14/06 | Review updated draft Q3c for insiders. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/14/06 | Update footnotes with attorney edits and customize for entity. | 0.3 | 590.00 | 177.00 |
| Oriti, Joseph | 06/15/06 | Analyze and edit USA Securities Realty Advisors SOFAs for filing. | 1.1 | 330.00 | 363.00 |
| Oriti, Joseph | 06/15/06 | Analyze and edit USA Securities Realty Advisors Schedules for filing. | 1.4 | 330.00 | 462.00 |
| Smith, Susan | 06/15/06 | Review final Schedule and SOFA's. | 1.1 | 590.00 | 649.00 |
| Steele, Sarah | 06/15/06 | Review schedule and statements for USA Securities. | 1.4 | 430.00 | 602.00 |
| Curchack, Jonas | 06/26/06 | Prepare copy of SOFA and Schedules for all 5 entities for Judge. | 0.3 | 150.00 | 45.00 |
| Curchack, Jonas | 06/26/06 | Bind SOFA and Schedules for all 5 entities for Judge. | 0.4 | 150.00 | 60.00 |
| | | **Total Bankruptcy Schedules & SOFAs for S** | **9.0** | | **$ 3,972.00** |
| | | **Total Bankruptcy Schedules & SOFAs for USACM / DTDF / FTDF / CRA / S** | **275.4** | | **$ 104,968.00** |
| | | **Total Hours and Fees for Bankruptcy Schedules & SOFAs from April 13, 2006 through March 12, 2007** | **359.1** | | **$ 133,089.00** |

| | | |
|---|---|---|
| USA Commercial Mortgage Company | 223.6 | $ 86,158.00 |
| USA Capital Diversified Trust Deed Fund, LLC | 33.4 | $ 12,446.00 |
| USA Capital First Trust Deed Fund, LLC | 37.2 | $ 12,140.00 |
| USA Capital Realty Advisors, LLC | 25.9 | $ 8,473.00 |
| USA Securities, LLC | 39.0 | $ 13,872.00 |
| | 359.1 | $ 133,089.00 |