# EXHIBIT E23

**EXHIBIT E23**

USA Commercial Mortgage Company
DIP Financing / Cash Collateral
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **April 13, 2006 through April 30, 2006** | | | | | |
| Kehl, Monty | 04/14/06 | Respond to information requests and inquiries from potential DIP lenders. | 0.6 | $ 620.00 | $ 372.00 |
| Reed, James | 04/14/06 | Provide support for visiting lenders, including developing and presenting reports and data related to specific loans and the loan portfolio. | 3.1 | 430.00 | 1,333.00 |
| Reed, James | 04/14/06 | Provide support for visiting financial advisors, including developing and presenting reports and data related to specific loans and the loan portfolio. | 1.6 | 430.00 | 688.00 |
| Kehl, Monty | 04/16/06 | Collect and distribute "First Day" motions to potential DIP lender. | 0.4 | 620.00 | 248.00 |
| Steele, Sarah | 04/17/06 | Participate in discussions with potential lenders regarding due diligence. | 2.2 | 430.00 | 946.00 |
| Allison, Tom | 04/18/06 | Update A. Jarvis (RQN) regarding negotiations for DIP financing. | 0.3 | 650.00 | 195.00 |
| Kehl, Monty | 04/18/06 | Participate in meetings with potential DIP lender to respond to questions and information requests. | 1.6 | 620.00 | 992.00 |
| Kehl, Monty | 04/20/06 | Calls with potential DIP lenders gathering information requests and responding to inquiries. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/20/06 | Gather and distribute information to potential DIP lenders in response to requests. | 1.4 | 620.00 | 868.00 |
| Allison, Tom | 04/21/06 | Calls with potential DIP lenders to review case and collateral package. | 2.6 | 650.00 | 1,690.00 |
| Kehl, Monty | 04/21/06 | Calls with potential DIP lenders to review case and collateral package. | 2.6 | 620.00 | 1,612.00 |
| Kehl, Monty | 04/23/06 | Gather and distribute information to potential DIP lenders. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 04/24/06 | Review draft DIP term sheet received from potential DIP lender. | 1.4 | 620.00 | 868.00 |
| Kehl, Monty | 04/24/06 | Review draft DIP term sheet received from potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/24/06 | Review draft DIP term sheet received from potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/24/06 | Draft matrix to allow for comparison of terms among three potential lenders. | 1.8 | 620.00 | 1,116.00 |
| Kehl, Monty | 04/24/06 | Call with potential DIP lender to clarify term sheet. | 0.8 | 620.00 | 496.00 |
| Smith, Susan | 04/24/06 | Analyze DIP term sheets. | 0.4 | 590.00 | 236.00 |
| Kehl, Monty | 04/25/06 | Call with potential DIP lender to discuss term sheet. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 04/25/06 | Complete analysis comparing terms among potential DIP lenders; distribute same to USA professional group. | 1.6 | 620.00 | 992.00 |
| Oriti, Joseph | 04/25/06 | Analyze and prepare DIP profile and post-petition bank account signature cards for USA Commercial Mortgage Company for potential DIP lender and per the request of the U.S. Trustee. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 04/25/06 | Call with RQN to discuss DIP financing issues. | 0.6 | 590.00 | 354.00 |
| Kehl, Monty | 04/26/06 | Call with potential DIP lender to clarify term sheet. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 04/26/06 | Call with potential DIP lender to clarify term sheet. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/26/06 | Assemble information and distribute to potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/27/06 | Call with potential DIP lender for update on term sheet. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/27/06 | Call with potential DIP lender for follow-up information. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/28/06 | Call with potential DIP lender regarding construction monitoring process. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 04/28/06 | Call with potential DIP lender to discuss unfunded commitments. | 0.3 | 620.00 | 186.00 |
| Allison, Tom | 04/30/06 | Call with M. Kehl (MFIM) to discuss DIP lender term sheets. | 0.3 | 650.00 | 195.00 |
| Kehl, Monty | 04/30/06 | Call with T. Allison (MFIM) to discuss DIP lender term sheets. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 04/30/06 | Call and e-mail with potential DIP lender to initiate due diligence. | 0.3 | 620.00 | 186.00 |
| | | **Total DIP Financing / Cash Collateral** | **35.9** | | **$ 20,462.00** |
| **May 1, 2006 through May 31, 2006** | | | | | |
| Allison, Tom | 05/02/06 | On site meetings with potential DIP lender. | 1.3 | $ 650.00 | $ 845.00 |
| Kehl, Monty | 05/02/06 | On site meetings with potential DIP lender. | 1.3 | 620.00 | 806.00 |
| Reed, James | 05/03/06 | Develop and present reports and data related to specific loans and the loan portfolio for potential DIP lenders. | 3.8 | 430.00 | 1,634.00 |
| Reed, James | 05/03/06 | Provide support for visiting lenders related to specific loans and the loan portfolio. | 3.7 | 430.00 | 1,591.00 |
| Reed, James | 05/04/06 | Meet with potential DIP lender and former Company management to aid discussions between the two. | 2.0 | 430.00 | 860.00 |
| Reed, James | 05/04/06 | Provide support for visiting lenders, including developing and presenting reports and data related to specific loans and the loan portfolio. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 05/05/06 | Call with potential DIP lender to discuss status of due diligence and work fee; follow-up call with counsel regarding work fee. | 1.0 | 620.00 | 620.00 |

**EXHIBIT E23**

USA Commercial Mortgage Company
DIP Financing / Cash Collateral
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Reed, James | 05/05/06 | Attend conference call with related to progress of evaluation and potential for a commitment letter. | 1.0 | 430.00 | 430.00 |
| Reed, James | 05/05/06 | Respond to questions from potential DIP lender related to specific loans. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 05/08/06 | Review and initiate information request from potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Reed, James | 05/08/06 | Provide support for visiting lenders, including developing and presenting reports and data related to specific loans and the loan portfolio. | 3.7 | 430.00 | 1,591.00 |
| Reed, James | 05/08/06 | Continue to develop and present reports and data related to specific loans and the loan portfolio to provide support for visiting lenders. | 1.3 | 430.00 | 559.00 |
| Kehl, Monty | 05/09/06 | Call with potential DIP lender to discuss additional funding for existing loans; obtain and send list of priority funding. | 1.3 | 620.00 | 806.00 |
| Reed, James | 05/09/06 | Provide support for visiting lenders, including developing and presenting reports and data related to specific loans and the loan portfolio. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 05/09/06 | Attend conference call with related to progress toward commitment letter. | 1.0 | 430.00 | 430.00 |
| Kehl, Monty | 05/10/06 | Send list of priority projects for additional funding to potential lender; discuss on call. | 0.8 | 620.00 | 496.00 |
| Reed, James | 05/10/06 | Collect and provide additional loan documents to potential DIP lender. | 2.0 | 430.00 | 860.00 |
| Kehl, Monty | 05/11/06 | Calls with potential DIP lender to discuss collateral for 10-90 loan and other loans. | 1.7 | 620.00 | 1,054.00 |
| Kehl, Monty | 05/11/06 | Work with counsel to analyze 10-90 collateral to respond to potential lender. | 1.6 | 620.00 | 992.00 |
| Kehl, Monty | 05/11/06 | Collect and send information relating to additional funding for HFA to potential lender. | 0.9 | 620.00 | 558.00 |
| Reed, James | 05/11/06 | Attend conference call with RQN and potential DIP lender. | 1.0 | 430.00 | 430.00 |
| Kehl, Monty | 05/14/06 | Call with potential lender to discuss commitment letter. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 05/15/06 | Review commitment letter received from potential DIP lender. | 1.7 | 620.00 | 1,054.00 |
| Reed, James | 05/15/06 | Provide support to potential DIP lender. | 1.5 | 430.00 | 645.00 |
| Kehl, Monty | 05/16/06 | Discuss DIP commitment letter with RQN; request revisions from potential DIP lender; distribute revised letter. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 05/18/06 | Analyze proposal from potential DIP lender. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 05/18/06 | Call with potential DIP lender to discuss work plan and project funding. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 05/18/06 | Call with potential DIP lender to schedule visit. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 05/19/06 | Participate in meeting with potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 05/19/06 | Call with potential DIP lender to discuss results of court hearing and go forward strategy. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 05/23/06 | Phone call with potential lender to discuss funding needs for budget shortfall. | 0.4 | 620.00 | 248.00 |
| Allison, Tom | 05/24/06 | Participate in meeting with potential DIP lender. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 05/24/06 | Participate in meeting with potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Reed, James | 05/25/06 | Provide support to potential DIP lender. | 1.1 | 430.00 | 473.00 |
| Kehl, Monty | 05/30/06 | Participate in call with counsel and potential DIP lender to provide financing for case. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 05/30/06 | Call to potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 05/30/06 | Send Confidentiality Agreement to potential DIP lender; follow-up with call. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 05/30/06 | Send Confidentiality Agreement to potential DIP lender; follow-up with call. | 0.4 | 620.00 | 248.00 |
| Allison, Tom | 05/31/06 | Participate in meeting with potential DIP lender. | 1.6 | 650.00 | 1,040.00 |
| Allison, Tom | 05/31/06 | Participate in meeting with potential DIP lender. | 1.2 | 650.00 | 780.00 |
| Kehl, Monty | 05/31/06 | Participate in meeting with potential DIP lender. | 1.6 | 620.00 | 992.00 |
| Kehl, Monty | 05/31/06 | Participate in meeting with potential DIP lender. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 05/31/06 | Call with potential DIP lender. | 0.3 | 620.00 | 186.00 |
| | | **Total DIP Financing / Cash Collateral** | **57.7** | | **$ 30,496.00** |

**June 1, 2006 through June 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kehl, Monty | 06/01/06 | Participate in meetings with potential DIP lender. | 1.2 | $ 620.00 | $ 744.00 |
| Kehl, Monty | 06/01/06 | Collect and forward information to potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Allison, Tom | 06/02/06 | Participate in meetings with potential DIP lender. | 1.6 | 650.00 | 1,040.00 |
| Allison, Tom | 06/02/06 | Participate in call with potential DIP lender. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 06/02/06 | Participate in meetings with potential DIP lender. | 1.6 | 620.00 | 992.00 |

**EXHIBIT E23**

USA Commercial Mortgage Company
DIP Financing / Cash Collateral
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kehl, Monty | 06/02/06 | Participate in call with potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 06/02/06 | Review term sheet from potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 06/05/06 | Participate in call with potential DIP lender. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 06/05/06 | Study draft term sheet provided by potential DIP lender; call with lender to discuss. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 06/06/06 | Participate in call with potential DIP lender. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 06/06/06 | Participate in call with potential DIP lender. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 06/06/06 | Participate in meeting with potential DIP lender on premises; execute confidentiality agreement. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 06/07/06 | Participate in call with potential DIP lender and their counsel. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 06/07/06 | Participate in calls with two DIP lenders to discuss their draft term sheets. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 06/07/06 | Provide information to potential DIP lender performing onsite due diligence. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 06/07/06 | Participate in call to potential DIP lender and their counsel. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 06/08/06 | Participate in call with DIP lender to negotiate term sheet. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 06/08/06 | Participate in call with second DIP lender to negotiate term sheet. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 06/08/06 | Analyze and compare draft term sheets. | 2.6 | 620.00 | 1,612.00 |
| Kehl, Monty | 06/09/06 | Execute Term Sheet with potential DIP lender. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 06/12/06 | Discuss information needs with potential DIP lender; collect information and transmit. | 2.4 | 620.00 | 1,488.00 |
| Allison, Tom | 06/13/06 | Participate in call with counsel for Unsecured Creditors Committee to discuss DIP motion. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 06/13/06 | Review DIP term sheet with A. Jarvis (RQN) in preparation for call with counsel for Unsecured Creditors Committee. | 0.5 | 650.00 | 325.00 |
| Kehl, Monty | 06/13/06 | Assemble materials and provide list of loans for collateral to potential DIP lender. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 06/14/06 | Meet with personnel from potential DIP lender and their counsel; initiate onsite due diligence process with potential DIP lender. | 1.3 | 620.00 | 806.00 |
| Reed, James | 06/14/06 | Meet with potential DIP lender. | 1.0 | 430.00 | 430.00 |
| Allison, Tom | 06/16/06 | Conduct call with potential DIP financier and A. Jarvis (RQN). | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 06/19/06 | Update A. Jarvis (RQN) regarding DIP financing. | 0.3 | 650.00 | 195.00 |
| Reed, James | 06/19/06 | Provide support for potential DIP lender. | 3.5 | 430.00 | 1,505.00 |
| Kehl, Monty | 06/20/06 | Participate in calls with potential DIP lender to further negotiate DIP term sheet after receiving feedback from Committees. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 06/20/06 | Discuss comments to DIP financing motion with S. Strong (RQN). | 0.6 | 620.00 | 372.00 |
| Reed, James | 06/20/06 | Provide support for potential DIP lender. | 3.5 | 430.00 | 1,505.00 |
| Allison, Tom | 06/22/06 | Outline DIP financing issues and alternatives to DIP financing for A. Jarvis (RQN). | 0.7 | 650.00 | 455.00 |
| | | **Total DIP Financing / Cash Collateral** | **36.1** | | **$ 21,084.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Hours and Fees for DIP Financing / Cash Collateral from April 13, 2006 through March 12, 2007** | **129.7** | | **$ 72,042.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | **USA Commercial Mortgage Company** | | **100%** | **$ 72,042.00** |