# EXHIBIT E24

**EXHIBIT E24**

USA Commercial Mortgage Company, et al.
Employee Retention and Severance Plan
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **September 1, 2006 through September 30, 2006** | | | | | |
| Smith, Susan | 09/11/06 | Analyze Company personnel issues in order to develop plan to retain employees. | 0.7 | $ 590.00 | $ 413.00 |
| Allison, Tom | 09/13/06 | Review Scenario analysis related to employee retention matters | 2.9 | 650.00 | 1,885.00 |
| Allison, Tom | 09/13/06 | Participate in meeting with J. Atkinson (MFIM) regarding employee retention matters. | 1.4 | 650.00 | 910.00 |
| Atkinson, James | 09/13/06 | Participate in meeting with T. Allison (MFIM) regarding employee retention matters. | 1.4 | 650.00 | 910.00 |
| Smith, Susan | 09/13/06 | Analyze basis of retention plan for all employees. | 1.4 | 590.00 | 826.00 |
| Allison, Tom | 09/14/06 | Participate in call with S. Smith (MFIM) and A. Jarvis (RQN) regarding personnel issues. | 0.4 | 650.00 | 260.00 |
| Astik, Jigar | 09/14/06 | Analyze proposed compensation plan and various scenarios under plan. | 2.5 | 240.00 | 600.00 |
| Astik, Jigar | 09/14/06 | Update and analyze payroll analysis per updated ADP reports. | 2.3 | 240.00 | 552.00 |
| Smith, Susan | 09/14/06 | Participate in call with T. Allison (MFIM) and A. Jarvis (RQN) regarding personnel issues. | 0.4 | 590.00 | 236.00 |
| Haftl, Michael | 09/15/06 | Review and update employee compensation analysis. | 1.6 | 530.00 | 848.00 |
| Smith, Susan | 09/15/06 | Analyze and revise retention program schedule. | 0.7 | 590.00 | 413.00 |
| Atkinson, James | 09/18/06 | Participate in meeting with S. Smith (MFIM) regarding employee retention matters. | 0.5 | 650.00 | 325.00 |
| Smith, Susan | 09/18/06 | Participate in meeting with J. Atkinson (MFIM) regarding employee retention matters. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 09/18/06 | Evaluate Employee retention issues, formulate plan and edit spreadsheet on numbers. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 09/18/06 | Participate in call with M. Tucker, D. Belt (both FTI) regarding employee retention issues. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 09/19/06 | Participate in meeting with J. Atkinson (MFIM) regarding employee retention matters. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/19/06 | Participate in meeting with T. Allison (MFIM) regarding employee retention matters. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/19/06 | Review of employee termination letter. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 09/20/06 | Attend conference call with Debtors' counsel regarding employee retention matters. | 0.3 | 650.00 | 195.00 |
| Smith, Susan | 09/20/06 | Prepare answers to comments from Committees on the employee retention plan. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 09/21/06 | Edit summary of costs of Retention plan. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 09/23/06 | Prepare draft of background for Motion to pay Employee Retention and Severance. | 1.8 | 590.00 | 1,062.00 |
| Smith, Susan | 09/23/06 | Edit summary of costs of Retention plan. | 0.7 | 590.00 | 413.00 |
| Atkinson, James | 09/26/06 | Participate in conference call with Debtors' counsel regarding employee retention matters. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 09/26/06 | Analyze proposed employee retention bonus and severance proposal. | 1.8 | 650.00 | 1,170.00 |
| Smith, Susan | 09/27/06 | Review edits to draft of Employee Retention motion and circulate to FA's. | 0.4 | 590.00 | 236.00 |
| | | **Total Employee Retention and Severance Plan** | **29.1** | | **$ 16,143.00** |
| **October 1, 2006 through October 1, 2006** | | | | | |
| Smith, Susan | 10/02/06 | Edit Declaration of T. Allison in support of Motion on Retention plan. | 0.6 | $ 590.00 | $ 354.00 |
| Smith, Susan | 10/02/06 | Draft Declaration for Employee Retention motion. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 10/02/06 | Review and comment on Motion for Employee Retention. | 0.8 | 590.00 | 472.00 |
| Atkinson, James | 10/03/06 | Review draft motion and accompanying schedule regarding employee retention matters. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 10/03/06 | Review Declaration of T. Allison in support of motion involving employee retention. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 10/03/06 | Participate in call with Debtors' Counsel regarding Declaration of T. Allison in support of motion involving employee retention. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 10/05/06 | Meet with S. Smith (MFIM) regarding personnel issues. | 0.3 | 650.00 | 195.00 |
| Smith, Susan | 10/05/06 | Meet with T. Allison (MFIM) regarding personnel issues. | 0.3 | 590.00 | 177.00 |
| Atkinson, James | 10/09/06 | Participate in meeting with M. Olsen (USACM) regarding employee matters. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 10/10/06 | Participate in meeting with M. Olsen (USACM) regarding employee matters. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 10/30/06 | Discuss with M. Olsen (USACM) regarding employee matters. | 0.4 | 650.00 | 260.00 |

**EXHIBIT E24**

USA Commercial Mortgage Company, et al.
Employee Retention and Severance Plan
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | **Total Employee Retention and Severance Plan** | 7.5 | | $ 4,701.00 |
| **January 1, 2007 through January 31, 2007** | | | | | |
| Smith, Susan | 01/04/07 | Participate in conference with S. Strong (RQN) regarding retention package. | 0.2 | $ 590.00 | $ 118.00 |
| Smith, Susan | 01/08/07 | Meet with USA Commercial Mortgage staff to discuss issues with retention package. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 01/08/07 | Meet with L. Weese (USACM) regarding personnel issues. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/30/07 | Meet with M. Olson and L. Weese (both USACM) regarding personnel termination. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 01/30/07 | Locate and forward retention plan documents for use in preparation of termination letters. | 0.2 | 590.00 | 118.00 |
| | | **Total Employee Retention and Severance Plan** | 2.1 | | $ 1,239.00 |
| | | **Total Hours and Fees for Employee Retention and Severance Plan from April 13, 2006 through March 12, 2007** | 38.7 | | $ 22,083.00 |
| | | USA Commercial Mortgage Company | 100% | | $ 22,083.00 |