# EXHIBIT E25

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| **April 13, 2006 through April 30, 2006** | | | | | |
| Allison, Tom | 04/17/06 | Attend First Day Hearing. | 4.1 | $  650.00  $ | 2,665.00 |
| Kehl, Monty | 04/17/06 | Hearing preparation with T. Allison and S. Smith (both MFIM) and A. Jarvis (RQN) | 1.9 | 620.00 | 1,178.00 |
| Smith, Susan | 04/17/06 | Prepare for Court hearing by reviewing motions, arguments and facts with A. Jarvis (RQN) and T. Allison and M. Kehl (both MFIM). | 1.9 | 590.00 | 1,121.00 |
| Smith, Susan | 04/17/06 | Attend First Day Hearing. | 4.1 | 590.00 | 2,419.00 |
| Kehl, Monty | 04/26/06 | Call with counsel to review and discuss motions for 5/3/06 hearing. | 2.4 | 620.00 | 1,488.00 |
| | | **Total Court Hearings/Preparation** | **14.4** | **$** | **8,871.00** |
| | | | | | |
| **May 1, 2006 through May 31, 2006** | | | | | |
| Allison, Tom | 05/02/06 | Attend Initial Debtor Interview. | 1.6 | $  650.00  $ | 1,040.00 |
| Allison, Tom | 05/02/06 | Review responses to objections to cash management motion with A. Jarvis (RQN); discuss potential testimony. | 1.6 | 650.00 | 1,040.00 |
| Smith, Susan | 05/02/06 | Attend Initial Debtor Interview. | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 05/03/06 | Debrief with S. Smith (MFIM) and A. Jarvis (RQN). | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 05/03/06 | Attend Court Hearing on Motion to Extend time to file Schedules, Motion to authorize payroll. | 1.5 | 650.00 | 975.00 |
| Allison, Tom | 05/03/06 | Attend hearing on Cash Management Motion. | 3.2 | 650.00 | 2,080.00 |
| Allison, Tom | 05/03/06 | Attend hearing on procedural issues and joint administration. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 05/03/06 | Attend hearing to consider extension of time to file SOFAs and Schedules. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 05/03/06 | Attend hearing to consider payment of pre-petition employee benefits. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 05/03/06 | Attend hearing to consider cash management/Use of Cash Collateral Motion. | 1.9 | 620.00 | 1,178.00 |
| Smith, Susan | 05/03/06 | Preparation for Hearing. | 1.3 | 590.00 | 767.00 |
| Smith, Susan | 05/03/06 | Attend Court Hearing on Motion to Extend time to file Schedules, Motion to authorize payroll. | 1.5 | 590.00 | 885.00 |
| Smith, Susan | 05/03/06 | Attend hearing on Cash Management Motion. | 3.2 | 590.00 | 1,888.00 |
| Smith, Susan | 05/03/06 | Attend hearing on procedural issues and joint administration. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 05/03/06 | Debrief with T. Allison (MFIM) and A. Jarvis (RQN). | 0.8 | 590.00 | 472.00 |
| Allison, Tom | 05/17/06 | Attend 341 hearing. | 4.9 | 650.00 | 3,185.00 |
| Smith, Susan | 05/17/06 | Attend 341 hearing. | 4.9 | 590.00 | 2,891.00 |
| Allison, Tom | 05/18/06 | Attend Court hearing | 4.7 | 650.00 | 3,055.00 |
| Reed, James | 05/18/06 | Develop presentation support for court hearing. | 3.2 | 430.00 | 1,376.00 |
| Smith, Susan | 05/18/06 | Attend Court hearing | 4.7 | 590.00 | 2,773.00 |
| Reed, James | 05/19/06 | Review slides related to overall loan portfolio and make adjustments related to information provided by Company. | 3.1 | 430.00 | 1,333.00 |
| Reed, James | 05/21/06 | Amalgamate data related to several aspects of funding process and funding needs. | 3.0 | 430.00 | 1,290.00 |
| Reed, James | 05/21/06 | Continue to develop presentation materials for presentation to Court and Committees. | 2.4 | 430.00 | 1,032.00 |
| Reed, James | 05/21/06 | Review presentation for Court hearing. | 3.1 | 430.00 | 1,333.00 |
| | | **Total Court Hearings/Preparation** | **56.4** | **$** | **32,165.00** |
| | | | | | |
| **June 1, 2006 through June 30, 2006** | | | | | |
| Allison, Tom | 06/01/06 | Prepare for hearings with A. Jarvis (RQN). | 0.9 | $  650.00  $ | 585.00 |
| Allison, Tom | 06/02/06 | Participate in call with RQN to discuss 6/5 hearing and Committee meetings. | 0.7 | 650.00 | 455.00 |
| Kehl, Monty | 06/02/06 | Participate in call with RQN to discuss 6/5 hearing and Committee meetings. | 0.7 | 620.00 | 434.00 |
| Allison, Tom | 06/03/06 | Participate in call with M. Kehl (MFIM) and RQN to prep for 6/5 hearing. | 1.8 | 650.00 | 1,170.00 |
| Kehl, Monty | 06/03/06 | Participate in call with T. Allison (MFIM) and RQN to prep for 6/5 hearing. | 1.8 | 620.00 | 1,116.00 |
| Smith, Susan | 06/03/06 | Participate in conference call with RQN, T. Allison and M. Kehl (both MFIM) regarding upcoming hearing. | 1.8 | 590.00 | 1,062.00 |
| Kehl, Monty | 06/04/06 | Prepare for 6/5 hearing with A. Jarvis (RQN). | 1.0 | 620.00 | 620.00 |
| Smith, Susan | 06/04/06 | Review D. Cangelosi' notes on hearings. | 0.3 | 590.00 | 177.00 |
| Allison, Tom | 06/05/06 | Attend Court hearing. | 3.5 | 650.00 | 2,275.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Reed, James | 06/05/06 | Attend Court hearing. | 3.5 | 430.00 | 1,505.00 |
| Smith, Susan | 06/05/06 | Attend Court Hearing. | 3.5 | 590.00 | 2,065.00 |
| Curchack, Jonas | 06/14/06 | Make copies of information packets to give to lawyers. | 0.9 | 150.00 | 135.00 |
| Allison, Tom | 06/15/06 | Attend Court hearing. | 4.2 | 650.00 | 2,730.00 |
| Allison, Tom | 06/15/06 | Meet with J. Reed (MFIM) and A. Jarvis (RQN) to discuss results of hearing. | 2.1 | 650.00 | 1,365.00 |
| Allison, Tom | 06/15/06 | Participate in conference with S. Strong and A. Jarvis (both RQN) regarding arguments for hearing. | 0.5 | 650.00 | 325.00 |
| Reed, James | 06/15/06 | Attend Court hearing. | 3.5 | 430.00 | 1,505.00 |
| Reed, James | 06/15/06 | Review results of Court hearing. | 1.5 | 430.00 | 645.00 |
| Reed, James | 06/15/06 | Meet with T. Allison (MFIM) and A. Jarvis (RQN) to discuss results of hearing. | 2.1 | 430.00 | 903.00 |
| Smith, Susan | 06/15/06 | Attend Court hearing. | 4.2 | 590.00 | 2,478.00 |
| Allison, Tom | 06/20/06 | Meet with S. Smith (MFIM) and A Jarvis (RQN) to prepare for Court hearing. | 2.3 | 650.00 | 1,495.00 |
| Smith, Susan | 06/20/06 | Meet with T. Allison (MFIM) and A Jarvis (RQN) to prepare for Court hearing. | 2.3 | 590.00 | 1,357.00 |
| Allison, Tom | 06/21/06 | Participate in Court hearing for motion to remove Fertitta Enterprises from Executory Contract Committee. | 1.5 | 650.00 | 975.00 |
| Allison, Tom | 06/21/06 | Participate in Court hearing for motion to approve interim DIP financing. | 2.8 | 650.00 | 1,820.00 |
| Allison, Tom | 06/21/06 | Participate in Court hearing for motion to extend period for use of cash collateral. | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 06/21/06 | Participate in Court hearing to approval pledge of collateral from Investment Partners. | 1.8 | 650.00 | 1,170.00 |
| Allison, Tom | 06/21/06 | Participate in Court hearing for motion to forbear and release partial collateral for certain loans. | 1.1 | 650.00 | 715.00 |
| Kehl, Monty | 06/21/06 | Participate in Court hearing for motion to remove Fertitta Enterprises from Executory Contract Committee. | 1.5 | 620.00 | 930.00 |
| Kehl, Monty | 06/21/06 | Participate in Court hearing for motion to approve interim DIP financing. | 2.8 | 620.00 | 1,736.00 |
| Kehl, Monty | 06/21/06 | Participate in Court hearing for motion to extend period for use of cash collateral. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 06/21/06 | Participate in Court hearing for motion to approve pledge of collateral from Investment Partners. | 1.8 | 620.00 | 1,116.00 |
| Kehl, Monty | 06/21/06 | Participate in Court hearing for motion to forbear and release partial collateral for certain loans. | 1.1 | 620.00 | 682.00 |
| Reed, James | 06/21/06 | Participate in Court hearing for motion to remove Fertitta Enterprises from Executory Contract Committee. | 1.5 | 430.00 | 645.00 |
| Reed, James | 06/21/06 | Participate in Court hearing for motion to approve interim DIP financing. | 2.8 | 430.00 | 1,204.00 |
| Reed, James | 06/21/06 | Participate in Court hearing for motion to extend period for use of cash collateral. | 0.8 | 430.00 | 344.00 |
| Reed, James | 06/21/06 | Participate in Court hearing for motion to approve pledge of collateral from Investment Partners. | 1.8 | 430.00 | 774.00 |
| Reed, James | 06/21/06 | Participate in Court hearing for motion to forbear and release partial collateral for certain loans. | 1.1 | 430.00 | 473.00 |
| Steele, Sarah | 06/21/06 | Participate in Court hearing for motion to remove Fertitta Enterprises from Executory Contract Committee. | 1.5 | 430.00 | 645.00 |
| Steele, Sarah | 06/21/06 | Participate in Court hearing for motion to approve interim DIP financing. | 2.8 | 430.00 | 1,204.00 |
| Steele, Sarah | 06/21/06 | Participate in Court hearing for motion to extend period for use of cash collateral. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 06/21/06 | Participate in Court hearing for motion to approve pledge of collateral from Investment Partners. | 1.8 | 430.00 | 774.00 |
| Steele, Sarah | 06/21/06 | Participate in Court hearing for motion to forbear and release partial collateral for certain loans. | 1.1 | 430.00 | 473.00 |
| | | **Total Court Hearings/Preparation** | **75.1** | **$** | **41,442.00** |

**July 1, 2006 through July 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 07/12/06 | Prepare for §341 hearings, review schedules and financial information. | 1.2 | $ 650.00 | $ 780.00 |
| Allison, Tom | 07/12/06 | Attend §341 hearing. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 07/12/06 | Attend §341 hearing. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 07/12/06 | Attend §341 hearing. | 0.9 | 650.00 | 585.00 |
| Allison, Tom | 07/12/06 | Attend §341 hearing. | 1.1 | 650.00 | 715.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 07/12/06 | Attend §341 hearing . | 0.6 | 650.00 | 390.00 |
| Smith, Susan | 07/12/06 | Prepare for §341 hearings, review schedules and financial information. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 07/12/06 | Attend §341 hearing. | 1.7 | 590.00 | 1,003.00 |
| Smith, Susan | 07/12/06 | Attend §341 hearing. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 07/12/06 | Attend §341 hearing. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 07/12/06 | Attend §341 hearing. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 07/12/06 | Attend  §341 hearing . | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 07/24/06 | Review materials related to HFA motion to forbear for hearing on 7/25/06. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 07/25/06 | Prepare for Court hearing by reviewing Motions and filings. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 07/25/06 | Attend Court Hearing. | 2.5 | 650.00 | 1,625.00 |
| Kehl, Monty | 07/25/06 | Prepare analysis of loan performance for First Trust, Diversified Trust and Direct Investor loan portfolios. | 1.3 | 620.00 | 806.00 |
| McClellan, Christian | 07/25/06 | Assist T. Allison and S. Smith (both MFIM) at Court Hearing. | 4.2 | 190.00 | 798.00 |
| Reed, James | 07/25/06 | Prepare loan summary documents for hearing. | 3.8 | 430.00 | 1,634.00 |
| Smith, Susan | 07/25/06 | Attend Court Hearing. | 2.5 | 590.00 | 1,475.00 |
| | | **Total Court Hearings/Preparation** | **30.1** | **$** | **16,236.00** |

**August 1, 2006 through August 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Kehl, Monty | 08/02/06 | Analyze T. Allison (MFIM) Declaration for 8/4/06 hearing. | 0.8 | $ 620.00 $ | 496.00 |
| Allison, Tom | 08/03/06 | Review pre-petition cash issues with S. Smith (MFIM). | 1.1 | 650.00 | 715.00 |
| Smith, Susan | 08/03/06 | Review pre-petition cash issues with T. Allison (MFIM). | 1.1 | 590.00 | 649.00 |
| Allison, Tom | 08/04/06 | Discuss various matters in preparation for hearing with J. Nugent (MFIM) and L. Schwartzer (Schwartzer & McPherson). | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 08/04/06 | Prepare for hearing on Motion to Distribute. | 1.1 | 650.00 | 715.00 |
| Allison, Tom | 08/04/06 | Attend Court Hearing. | 4.3 | 650.00 | 2,795.00 |
| Nugent, James | 08/04/06 | Discuss various matters in preparation for hearing with T. Allison (MFIM) and L. Schwartzer (Schwartzer & McPherson). | 0.4 | 620.00 | 248.00 |
| Oriti, Joseph | 08/04/06 | Prepare documents and analyses for Court Hearing. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 08/04/06 | Attend August 4th Motion to Distribute Funds Hearing. | 4.3 | 330.00 | 1,419.00 |
| Smith, Susan | 08/04/06 | Prepare for hearing on Motion to Distribute. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 08/04/06 | Attend Court Hearing. | 4.3 | 590.00 | 2,537.00 |
| Smith, Susan | 08/16/06 | Prepare for Court hearing, review documents and agenda. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 08/16/06 | Attend Court Hearing. | 2.1 | 590.00 | 1,239.00 |
| McClellan, Christian | 08/30/06 | Prepare Standard Property Development injunction for filing in re: 2006-CA-5756. | 1.2 | 190.00 | 228.00 |
| McClellan, Christian | 08/31/06 | Prepare for Court hearing, including gathering document and review agenda. | 2.2 | 190.00 | 418.00 |
| McClellan, Christian | 08/31/06 | Attend Court hearing. | 2.3 | 190.00 | 437.00 |
| Smith, Susan | 08/31/06 | Prepare for Court hearing. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 08/31/06 | Attend Court hearing. | 2.3 | 590.00 | 1,357.00 |
| | | **Total Court Hearings/Preparation** | **31.2** | **$** | **15,278.00** |

**September 1, 2006 through September 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 09/13/06 | Attend Court hearing. | 2.3 | $ 650.00 $ | 1,495.00 |
| Allison, Tom | 09/13/06 | Review various documents in preparation for Court hearing. | 2.3 | 650.00 | 1,495.00 |
| Faiella, Lindsay | 09/13/06 | Prepare documents and binders for Court hearing. | 1.5 | 190.00 | 285.00 |
| Faiella, Lindsay | 09/13/06 | Attend bankruptcy Court hearing regarding extending the Debtor's period of exclusivity to file a Plan of Reorganization. | 2.3 | 190.00 | 437.00 |
| Smith, Susan | 09/13/06 | Prepare update for Judge, and review with A. Jarvis (RQN). | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 09/13/06 | Attend Court hearing. | 2.3 | 590.00 | 1,357.00 |
| Allison, Tom | 09/27/06 | Participate in meeting with MFIM counsel and S. Darr and J. Atkinson (both MFIM) to prepare for Court hearing. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 09/27/06 | Participate in meeting with MFIM counsel and S. Darr and T. Allison (both MFIM) to prepare for Court hearing. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 09/28/06 | Review various documents in preparation for Court hearing. | 1.8 | 650.00 | 1,170.00 |
| Allison, Tom | 09/28/06 | Attend Court hearing. | 4.3 | 650.00 | 2,795.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 09/28/06 | Participate in meeting with Debtors' counsel, J. Atkinson, S. Smith (both MFIM) to discuss agenda items and prepare for Court hearing. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 09/28/06 | Attend Court hearing. | 4.3 | 650.00 | 2,795.00 |
| Atkinson, James | 09/28/06 | Participate in meeting with Debtors' counsel, T. Allison, S. Smith (both MFIM) to discuss agenda items and prepare for Court hearing. | 1.1 | 650.00 | 715.00 |
| Smith, Susan | 09/28/06 | Attend Court Hearing. | 4.3 | 590.00 | 2,537.00 |
| Smith, Susan | 09/28/06 | Participate in meeting with Debtors' counsel, J. Atkinson, T. Allison (both MFIM) to discuss agenda items and prepare for Court hearing. | 1.1 | 590.00 | 649.00 |
| | | **Total Court Hearings/Preparation** | **31.7** | | **$    18,359.00** |

**October 1, 2006 through October 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 10/19/06 | Attend Court session. | 3.9 | $  650.00  $ | 2,535.00 |
| Allison, Tom | 10/19/06 | Review Court documents in preparation for Court hearing. | 1.3 | 650.00 | 845.00 |
| Fasel, Bill | 10/19/06 | Participate in conference call with Counsel to recap discussions from today's Court hearing and identify issues that need to be addressed in the 10/25 Court hearing. | 2.3 | 620.00 | 1,426.00 |
| Reed, James | 10/19/06 | Prepare documents for Court. | 0.5 | 430.00 | 215.00 |
| Smith, Susan | 10/19/06 | Attend Court session. | 3.9 | 590.00 | 2,301.00 |
| Allison, Tom | 10/23/06 | Review Supplemental Declaration. | 2.0 | 650.00 | 1,300.00 |
| Allison, Tom | 10/24/06 | Review affidavit and pleadings for Court. | 4.0 | 650.00 | 2,600.00 |
| Allison, Tom | 10/24/06 | Meet with A. Jarvis and E. Monson (both RQN) regarding preparation for testimony. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 10/25/06 | Review material with R. Koe (MFIM) and Company Attorneys for presentation to Bankruptcy Court. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 10/25/06 | Prepare for potential testimony. | 3.0 | 650.00 | 1,950.00 |
| Allison, Tom | 10/25/06 | Prepare for Court hearing, Company administration and conduct Company meeting. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 10/25/06 | Attend Court session. | 4.3 | 650.00 | 2,795.00 |
| Atkinson, James | 10/25/06 | Participate in call with B. Fasel (MFIM) to discuss open items from Court hearing. | 0.6 | 650.00 | 390.00 |
| Fasel, Bill | 10/25/06 | Participate in call with J. Atkinson (MFIM) to discuss open items from Court hearing. | 0.6 | 620.00 | 372.00 |
| Fasel, Bill | 10/25/06 | Participate in meetings with Counsel in preparation for Court hearing. | 2.4 | 620.00 | 1,488.00 |
| Fasel, Bill | 10/25/06 | Participate in the Court hearing proceedings. | 4.3 | 620.00 | 2,666.00 |
| Koe, Robert | 10/25/06 | Review material with T. Allison (MFIM) and Company Attorneys for presentation to Bankruptcy Court. | 1.2 | 650.00 | 780.00 |
| Koe, Robert | 10/25/06 | Participate in and attend USA Capital Court proceedings. | 4.3 | 650.00 | 2,795.00 |
| Koe, Robert | 10/25/06 | Participate in conference call with Company attorney and attorney's for Creditors Committees to update on the Court proceedings. | 1.1 | 650.00 | 715.00 |
| Reed, James | 10/25/06 | Prepare and provide information for Court related to bids. | 0.5 | 430.00 | 215.00 |
| Smith, Susan | 10/25/06 | Review declarations and motions to prepare for Court hearing. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 10/25/06 | Attend Court Hearing on Bid Procedures Motion and Employee Retention Program. | 4.3 | 590.00 | 2,537.00 |
| Allison, Tom | 10/30/06 | Participate in Court hearing on Motion to convert. | 2.0 | 650.00 | 1,300.00 |
| Allison, Tom | 10/30/06 | Participate in Court hearing on Cash Motion and other matters. | 1.0 | 650.00 | 650.00 |
| Atkinson, James | 10/30/06 | Participate in meeting with Debtors' Counsel to prepare for Court hearing and pending motions. | 3.1 | 650.00 | 2,015.00 |
| Koe, Robert | 10/30/06 | Prepare for Court proceedings. | 0.5 | 650.00 | 325.00 |
| McClellan, Christian | 10/30/06 | Prepare for Court hearing. | 2.0 | 190.00 | 380.00 |
| McClellan, Christian | 10/30/06 | Support T. Allison and S. Smith (both MFIM) in Court hearing. | 3.0 | 190.00 | 570.00 |
| McClellan, Christian | 10/30/06 | Digitize and deliver signed Asset Purchase Agreement and related information to RQN. | 2.2 | 190.00 | 418.00 |
| Smith, Susan | 10/30/06 | Review Motion to convert issues and prepare documents for hearing. | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 10/30/06 | Participate in Court hearing on Motion to convert. | 2.0 | 590.00 | 1,180.00 |
| Smith, Susan | 10/30/06 | Participate in Court hearing on Cash Motion and other matters. | 1.0 | 590.00 | 590.00 |
| | | **Total Court Hearings/Preparation** | **68.5** | | **$    39,877.00** |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| **November 1, 2006 through November 30, 2006** | | | | | |
| Fasel, Bill | 11/03/06 | Preparation with Counsel for telephonic call with Judge Riegle regarding proposed amendments to the Stalking Horse Bidder Asset Purchase Agreement. | 1.4 | $ 620.00 $ | 868.00 |
| Fasel, Bill | 11/03/06 | Participate in conference call with Judge Riegle regarding proposed amendments to the Stalking Horse Bidder Asset Purchase Agreement. | 1.1 | 620.00 | 682.00 |
| Bauck, Lyle | 11/13/06 | Prepare for Court hearing on 11/13/2006 related to approval of the Disclosure Statement. | 1.0 | 290.00 | 290.00 |
| Bauck, Lyle | 11/13/06 | Attend Court hearing on 11/13/2006 related to approval of the Disclosure Statement, among other matters. | 2.5 | 290.00 | 725.00 |
| Bauck, Lyle | 11/13/06 | Obtain and prepare documents and support material for 11/13/2006 Court hearing. | 0.2 | 290.00 | 58.00 |
| Fasel, Bill | 11/13/06 | Prepare with Counsel for Court hearing (regarding Disclosure Statement Motion). | 2.2 | 620.00 | 1,364.00 |
| Fasel, Bill | 11/13/06 | Participation in Court Hearing regarding the Disclosure Statement Motion. | 2.5 | 620.00 | 1,550.00 |
| Haftl, Michael | 11/13/06 | Prepare for Court hearing. | 1.5 | 530.00 | 795.00 |
| Haftl, Michael | 11/13/06 | Attend Court hearing. | 2.5 | 530.00 | 1,325.00 |
| Smith, Susan | 11/13/06 | Review last drafts of Plan and Disclosure Statement. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 11/13/06 | Attend Court hearing on Disclosure Statement. | 2.5 | 590.00 | 1,475.00 |
| Reed, James | 11/27/06 | Collect and provide documents for RQN in preparation for Court hearing. | 0.4 | 430.00 | 172.00 |
| Koe, Robert | 11/28/06 | Attend debrief on today's Court proceedings. | 0.5 | 650.00 | 325.00 |
| Smith, Susan | 11/28/06 | Attend Court hearings. | 2.5 | 590.00 | 1,475.00 |
| | | **Total Court Hearings/Preparation** | **21.7** | **$** | **11,635.00** |
| **December 1, 2006 through December 31, 2006** | | | | | |
| Allison, Tom | 12/06/06 | Participate in conference call with J. McPherson (Schwartzer & McPherson), S. Smith (MFIM) and S. Strong (RQN) regarding hearing. | 0.7 | $ 650.00 $ | 455.00 |
| Smith, Susan | 12/06/06 | Provide information to J. McPherson (Schwartzer & McPherson) for attendance at Court Hearing on lis pendis motion. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/06/06 | Participate in conference call with J. McPherson (Schwartzer & McPherson), T. Allison (MFIM) and S. Strong (RQN) regarding hearing. | 0.7 | 590.00 | 413.00 |
| Allison, Tom | 12/07/06 | Prepare for Court supervised Auction. | 1.9 | 650.00 | 1,235.00 |
| Allison, Tom | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 650.00 | 5,265.00 |
| Atkinson, James | 12/07/06 | Prepare for Court supervised Auction. | 1.5 | 650.00 | 975.00 |
| Atkinson, James | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 650.00 | 5,265.00 |
| Fasel, Bill | 12/07/06 | Prepare for Court supervised Auction. | 3.0 | 620.00 | 1,860.00 |
| Fasel, Bill | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 620.00 | 5,022.00 |
| Fasel, Bill | 12/07/06 | Follow-up meeting in Court with the winning Bidder (Compass Partners) related to clean-up issues associated with their Asset Purchase Agreement. | 0.9 | 620.00 | 558.00 |
| Haftl, Michael | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 530.00 | 4,293.00 |
| Koe, Robert | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 650.00 | 5,265.00 |
| Reed, James | 12/07/06 | Prepare for Court supervised Auction. | 1.9 | 430.00 | 817.00 |
| Reed, James | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 430.00 | 3,483.00 |
| Smith, Susan | 12/07/06 | Prepare for Court supervised Auction. | 1.9 | 590.00 | 1,121.00 |
| Smith, Susan | 12/07/06 | Attend Court supervised Auction and participate in various meetings with the Committees and the Bidders. | 8.1 | 590.00 | 4,779.00 |
| Cheng, Patrick | 12/14/06 | Prepare for Court Hearing on the Debtors' motion for appointment of an Interim Trustee overseeing Tree Moss LLC. | 1.1 | 560.00 | 616.00 |
| Cheng, Patrick | 12/14/06 | Correspond with E. Monson (RQN) via emails regarding the hearing on the Tree Moss matter. | 0.3 | 560.00 | 168.00 |
| Haftl, Michael | 12/14/06 | Prepare and review liquidation analysis talking points for Confirmation Hearing. | 0.7 | 530.00 | 371.00 |
| Allison, Tom | 12/15/06 | Prepare for Court Hearing. | 2.4 | 650.00 | 1,560.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Allison, Tom | 12/15/06 | Attend Court Hearing related to the motion to appoint a Trustee to oversee Tree Moss Partners LLC. | 3.2 | 650.00 | 2,080.00 |
| Atkinson, James | 12/15/06 | Attend Court Hearing related to the motion to appoint a Trustee to oversee Tree Moss Partners LLC. | 3.2 | 650.00 | 2,080.00 |
| Cheng, Patrick | 12/15/06 | Attend Court Hearing related to the motion to appoint a Trustee to oversee Tree Moss Partners LLC. | 3.2 | 560.00 | 1,792.00 |
| McClellan, Christian | 12/15/06 | Attend Court Hearing related to the motion to appoint a Trustee to oversee Tree Moss Partners LLC. | 3.2 | 190.00 | 608.00 |
| Smith, Susan | 12/15/06 | Attend Court Hearing related to the motion to appoint a Trustee to oversee Tree Moss Partners LLC. | 3.2 | 590.00 | 1,888.00 |
| Allison, Tom | 12/18/06 | Review documents with L. Schwartzer (Schwartzer & McPherson) and S. Smith (MFIM) in preparation for the Deposition of V. Loob (USACM). | 0.8 | 650.00 | 520.00 |
| Atkinson, James | 12/18/06 | Attend Deposition of V. Loob (USACM). | 0.9 | 650.00 | 585.00 |
| Bauck, Lyle | 12/18/06 | Prepare various documents and schedules for the V. Loob (formerly USACM) Deposition held on 12/18/2006. | 0.9 | 290.00 | 261.00 |
| Oriti, Joseph | 12/18/06 | Prepare Objections to the Plan of Reorganization Filed support documents for Confirmation Hearing. | 2.8 | 330.00 | 924.00 |
| Oriti, Joseph | 12/18/06 | Prepare Declaration of T. Allison (MFIM) support documents for Confirmation Hearing. | 3.0 | 330.00 | 990.00 |
| Oriti, Joseph | 12/18/06 | Prepare liquidation analysis support documents for Confirmation Hearing. | 2.7 | 330.00 | 891.00 |
| Smith, Susan | 12/18/06 | Review documents with L. Schwartzer (Schwartzer & McPherson) and T. Allison (MFIM) in preparation for the Deposition of V. Loob (USACM). | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 12/18/06 | Attend Deposition of V. Loob (formerly USACM). | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 12/18/06 | Review and organize files for Confirmation Hearing and potential testimony requirements. | 1.7 | 590.00 | 1,003.00 |
| Allison, Tom | 12/19/06 | Prepare for Confirmation Hearing. | 2.4 | 650.00 | 1,560.00 |
| Allison, Tom | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 650.00 | 4,940.00 |
| Atkinson, James | 12/19/06 | Prepare for Confirmation Hearing. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 650.00 | 4,940.00 |
| Fasel, Bill | 12/19/06 | Prepare for Confirmation Hearing. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 620.00 | 4,712.00 |
| Koe, Robert | 12/19/06 | Prepare for Confirmation Hearing. | 0.4 | 650.00 | 260.00 |
| Koe, Robert | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 650.00 | 4,940.00 |
| Oriti, Joseph | 12/19/06 | Prepare for Confirmation Hearing. | 0.4 | 330.00 | 132.00 |
| Oriti, Joseph | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 330.00 | 2,508.00 |
| Reed, James | 12/19/06 | Prepare for Confirmation Hearing. | 1.4 | 430.00 | 602.00 |
| Reed, James | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 430.00 | 3,268.00 |
| Smith, Susan | 12/19/06 | Prepare for Court Hearing and potential testimony by T. Allison (MFIM). | 1.4 | 590.00 | 826.00 |
| Smith, Susan | 12/19/06 | Attend Confirmation Hearing. | 7.6 | 590.00 | 4,484.00 |
| Allison, Tom | 12/20/06 | Attend Confirmation Hearing. | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 12/20/06 | Attend Hearing on Objection to Claim for voting. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 12/20/06 | Attend Confirmation Hearing. | 2.5 | 650.00 | 1,625.00 |
| Atkinson, James | 12/20/06 | Attend Hearing on Objection to Claim for voting. | 0.7 | 650.00 | 455.00 |
| Cadwell, Kristin | 12/20/06 | Attend Confirmation Hearing. | 2.5 | 190.00 | 475.00 |
| Cadwell, Kristin | 12/20/06 | Attend Hearing on Objection to Claim for voting. | 0.7 | 190.00 | 133.00 |
| Fasel, Bill | 12/20/06 | Attend Confirmation Hearing. | 2.5 | 620.00 | 1,550.00 |
| Fasel, Bill | 12/20/06 | Attend Hearing on Objection to Claim for voting. | 0.7 | 620.00 | 434.00 |
| Smith, Susan | 12/20/06 | Review reports on deposition of Del Bunch. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 12/20/06 | Attend Confirmation Hearing. | 2.5 | 590.00 | 1,475.00 |
| Smith, Susan | 12/20/06 | Attend Hearing on Objection to Claim for voting. | 0.7 | 590.00 | 413.00 |
| | | **Total Court Hearings/Preparation** | **181.9** | **$** | **101,511.00** |

**January 1, 2007 through January 31, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Oriti, Joseph | 01/02/07 | Prepare temporary restraining order and preliminary injunction documents for Court Hearing. | 1.8 | $ 330.00 | $ 594.00 |
| Atkinson, James | 01/03/07 | Prepare for Hearing on the Temporary Restraining Order Motion filed against HMA Sales. | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 01/03/07 | Participate in meeting with Debtors' counsel to discuss motions before the Court. | 0.7 | 650.00 | 455.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Atkinson, James | 01/03/07 | Attend Court Hearing on Plan Confirmation Order | 2.3 | 650.00 | 1,495.00 |
| Atkinson, James | 01/03/07 | Attend Court Hearing on HMA Sales, Objection to claims, Voting claim of D. Bunch (Creditor). | 2.7 | 650.00 | 1,755.00 |
| Cheng, Patrick | 01/03/07 | Prepare for Hearing on the Temporary Restraining Order Motion filed against HMA Sales. | 0.9 | 560.00 | 504.00 |
| Cheng, Patrick | 01/03/07 | Attend Court Hearing on HMA Sales, Objection to claims, Voting claim of D. Bunch (Creditor). | 2.7 | 560.00 | 1,512.00 |
| Smith, Susan | 01/03/07 | Prepare for Court Hearings and review Declaration on Bunch Motion. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 01/03/07 | Attend Court Hearing on Plan Confirmation Order. | 2.3 | 590.00 | 1,357.00 |
| Smith, Susan | 01/03/07 | Attend Court Hearing on HMA Sales, Objection to claims, Voting claim of D. Bunch (Creditor). | 2.7 | 590.00 | 1,593.00 |
| Allison, Tom | 01/04/07 | Review and provide feedback on documents related to Appeals to the confirmation. | 3.0 | 650.00 | 1,950.00 |
| Smith, Susan | 01/16/07 | Prepare for Court Hearing on Bunch and Assignment procedures motion. | 0.7 | 590.00 | 413.00 |
| Allison, Tom | 01/17/07 | Participate in meeting with Debtors' counsel, J. Atkinson (MFIM) in preparation for Court Hearing. | 0.6 | 650.00 | 390.00 |
| Allison, Tom | 01/17/07 | Review pleadings and responses on Assignment procedures motion and other motions scheduled. | 1.1 | 650.00 | 715.00 |
| Allison, Tom | 01/17/07 | Attend Court hearing on Bunch claim and Assignment Procedures Motion. | 2.3 | 650.00 | 1,495.00 |
| Atkinson, James | 01/17/07 | Participate in meeting with Debtors' counsel, T. Allison (MFIM) in preparation for Court Hearing. | 0.6 | 650.00 | 390.00 |
| Smith, Susan | 01/17/07 | Review pleadings and responses on Assignment procedures motion and other motions scheduled. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 01/17/07 | Attend Court hearing on Bunch claim and Assignment Procedures Motion. | 2.3 | 590.00 | 1,357.00 |
| Allison, Tom | 01/22/07 | Meet with A. Jarvis and P. Hunt (both RQN) to review issues for hearing with S. Smith (MFIM). | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 01/22/07 | Meet with Committees to discuss hearing. | 0.7 | 650.00 | 455.00 |
| Smith, Susan | 01/22/07 | Meet with A. Jarvis and P. Hunt (both RQN) to review issues for hearing and conference with T. Allison (MFIM). | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 01/22/07 | Meet with Committees to discuss hearing. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 01/22/07 | Attend Court Hearing. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 01/22/07 | Meet with J. Chubb (Jones Vargas) and A. Smith (Law Offices of Alan Smith) A. Jarvis, P. Hunt (both RQN) to discuss implications of Stay Motion. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 01/29/07 | Discuss with Debtors' counsel, J. Atkinson (MFIM) in regard to matters scheduled for Court Hearing. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 01/29/07 | Attend Court Hearing on Tree Moss involuntary. | 1.1 | 650.00 | 715.00 |
| Atkinson, James | 01/29/07 | Discuss with Debtors' counsel, T. Allison (MFIM) in regard to matters scheduled for Court Hearing. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 01/29/07 | Attend Court Hearing on Tree Moss involuntary. | 1.1 | 650.00 | 715.00 |
| Smith, Susan | 01/29/07 | Attend Court Hearing on Tree Moss involuntary. | 1.1 | 590.00 | 649.00 |
| Allison, Tom | 01/31/07 | Prepare for Court Hearing with RQN. | 2.1 | 650.00 | 1,365.00 |
| Allison, Tom | 01/31/07 | Attend Court Hearing on Objections to claims, and other issues. | 2.5 | 650.00 | 1,625.00 |
| Allison, Tom | 01/31/07 | Attend Court Hearing on litigation matters. | 1.5 | 650.00 | 975.00 |
| Atkinson, James | 01/31/07 | Prepare for Court Hearing with RQN. | 1.6 | 650.00 | 1,040.00 |
| Atkinson, James | 01/31/07 | Attend Court Hearing on Objections to claims, and other issues. | 2.5 | 650.00 | 1,625.00 |
| Atkinson, James | 01/31/07 | Attend Court Hearing on litigation matters. | 1.5 | 650.00 | 975.00 |
| Smith, Susan | 01/31/07 | Attend Court Hearing on Objections to claims, and other issues. | 2.5 | 590.00 | 1,475.00 |
| Smith, Susan | 01/31/07 | Attend Court Hearing on litigation matters. | 1.5 | 590.00 | 885.00 |
| | | **Total Court Hearings/Preparation** | **53.0** | **$** | **32,506.00** |

**February 1, 2007 through February 28, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Smith, Susan | 02/07/07 | Attend Hearing on Appeal. | 0.5 | $ 590.00 | $ 295.00 |
| Smith, Susan | 02/09/07 | Assist attorneys in preparation for Court hearing. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/09/07 | Attend Hearing on Emergency Motion to Dismiss in front of Judge Jones. | 1.2 | 590.00 | 708.00 |
| Allison, Tom | 02/14/07 | Assist RQN in preparing for Appeal hearing. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 02/14/07 | Attend hearing on Emergency Motion to Dismiss LPG and DACA Appeals. | 1.3 | 650.00 | 845.00 |
| Smith, Susan | 02/14/07 | Assist RQN in preparing for Appeal hearing. | 0.7 | 590.00 | 413.00 |

**EXHIBIT E25**

USA Commercial Mortgage Company, et al.
Court Hearings/Preparation
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Smith, Susan | 02/14/07 | Attend hearing on Emergency Motion to Dismiss LPG and DACA Appeals. | 1.3 | 590.00 | 767.00 |
| | | **Total Court Hearings/Preparation** | **6.5** | **$** | **3,955.00** |

**March 1, 2007 through March 12, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|------|------|-------------|-------|------|------|
| Koe, Robert | 03/01/07 | Strategy session with RQN in preparation for bankruptcy court. | 0.8 | $ 650.00 $ | 520.00 |
| Koe, Robert | 03/01/07 | Prepare for U.S. Bankruptcy Court hearing. | 1.3 | 650.00 | 845.00 |
| Koe, Robert | 03/01/07 | Attend U.S. Bankruptcy Court which addressed multiple final issues regarding USA Commercial Mortgage emerging from bankruptcy within the next two weeks. | 3.2 | 650.00 | 2,080.00 |
| Smith, Susan | 03/01/07 | Review Declarations and prepare for possible testimony. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 03/01/07 | Attend Court hearing on Lift Stay Motion. | 3.2 | 590.00 | 1,888.00 |
| Smith, Susan | 03/01/07 | Attend Court hearing on Motion on Overbid. | 0.8 | 590.00 | 472.00 |
| Allison, Tom | 03/06/07 | Review binders and documentation related to the HMA Sales litigation. | 3.9 | 650.00 | 2,535.00 |
| Allison, Tom | 03/06/07 | Discuss with A. Jarvis (RQN) regarding HMA Sales. | 0.9 | 650.00 | 585.00 |
| Allison, Tom | 03/06/07 | Review notes on discussions with J. Milanowski (formerly USACM). | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 03/06/07 | Review notes on discussions with Diversified Trust Deed Fund Committee and with governmental regulatory agency personnel. | 3.3 | 650.00 | 2,145.00 |
| Allison, Tom | 03/12/07 | Meet with A. Jarvis (RQN) and S. Smith (MFIM) to prepare for Deposition for HMA Sales. | 1.7 | 650.00 | 1,105.00 |
| Allison, Tom | 03/12/07 | Provide Deposition related to HMA Sales. | 6.8 | 650.00 | 4,420.00 |
| Bauck, Lyle | 03/12/07 | Analyze and review interest payments made to D. Bunch (Creditor) from February 2002 to February 2006 to determine specific date of payment. | 1.2 | 290.00 | 348.00 |
| Smith, Susan | 03/12/07 | Meet with A. Jarvis (RQN) and T. Allison (MFIM) to prepare for Deposition for HMA Sales. | 1.7 | 590.00 | 1,003.00 |
| Smith, Susan | 03/12/07 | Attend Deposition of T. Allison (MFIM). | 6.8 | 590.00 | 4,012.00 |
| | | **Total Court Hearings/Preparation** | **37.7** | **$** | **23,269.00** |

| | Hours | | Fees |
|---|-------|---|------|
| **Total Hours and Fees for Court Hearings/Preparation from April 13, 2006 through March 12, 2007** | **608.2** | **$** | **345,104.00** |

| | | | |
|---|---|---|---|
| **USA Commercial Mortgage Company** | **50%** | **$** | **172,552.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | **25%** | **$** | **86,276.00** |
| **USA Capital First Trust Deed Fund, LLC** | **25%** | **$** | **86,276.00** |
| | | **$** | **345,104.00** |

| | | | |
|---|---|---|---|
| **USA Commercial Mortgage Company** | **50%** | | **304.1** |
| **USA Capital Diversified Trust Deed Fund, LLC** | **25%** | | **152.1** |
| **USA Capital First Trust Deed Fund, LLC** | **25%** | | **152.1** |
| | | | **608.2** |