# EXHIBIT E27

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **April 13, 2006 through April 30, 2006** | | | | | |
| Steele, Sarah | 04/19/06 | Meet with S. Smith (MFIM) regarding contract analysis and template for Schedule G. | 0.9 | $ 430.00 | $ 387.00 |
| Steele, Sarah | 04/19/06 | Research contract locations in file room. | 2.1 | 430.00 | 903.00 |
| Steele, Sarah | 04/20/06 | Gather contracts from V. Loob (USACM) for insurance. | 1.9 | 430.00 | 817.00 |
| Steele, Sarah | 04/21/06 | Research contracts to be included in Schedule G. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 04/21/06 | Meet with M. Stone (USACM) regarding potential contracts to be included in Schedule G. | 0.8 | 430.00 | 344.00 |
| Cadwell, Kristin | 04/24/06 | Analyze IT contracts for preparation of the Company Schedule G. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 04/24/06 | Analyze Equipment contracts for preparation of the Schedule G. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 04/24/06 | Analyze Equipment contracts for preparation of the Schedule G. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 04/24/06 | Analyze 60th Street Venture contracts for preparation of the Schedule G. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 04/24/06 | Analyze 60th Street Venture contracts for preparation of the Schedule G. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 04/24/06 | Analyze 6835 San Fernando Road, LP contracts for preparation of the Schedule G. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 04/24/06 | Analyze 6835 San Fernando Road, LP contracts for preparation of the Schedule G. | 1.9 | 190.00 | 361.00 |
| Steele, Sarah | 04/24/06 | Review contract process with K. Cadwell (MFIM). | 1.6 | 430.00 | 688.00 |
| Steele, Sarah | 04/24/06 | Discussion with L. Weese (USACM) regarding contract assumption and rejection process. | 1.1 | 430.00 | 473.00 |
| Steele, Sarah | 04/24/06 | Gather IT contracts for Schedule G. | 0.9 | 430.00 | 387.00 |
| Cadwell, Kristin | 04/25/06 | Analyze 5055 Collwood, LLC contracts for preparation of the Schedule G. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 04/25/06 | Analyze 5055 Collwood, LLC contracts | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 04/25/06 | Analyze 5055 Collwood, LLC contracts | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 04/25/06 | Analyze Equipment contracts | 1.9 | 190.00 | 361.00 |
| Cadwell, Kristin | 04/25/06 | Analyze 5252 Orange, LLC contracts. | 2.8 | 190.00 | 532.00 |
| Cadwell, Kristin | 04/25/06 | Analyze 6425 Gess, Ltd. contracts. | 2.1 | 190.00 | 399.00 |
| Steele, Sarah | 04/25/06 | Supervise Schedule G construction by K. Cadwell (MFIM) and V. Firner (USACM). | 1.5 | 430.00 | 645.00 |
| Steele, Sarah | 04/25/06 | Discussion with S. Smith (MFIM) regarding proposed template for Schedule G. | 0.5 | 430.00 | 215.00 |
| Steele, Sarah | 04/25/06 | Research equipment leases to be included in Schedule G. | 0.7 | 430.00 | 301.00 |
| Cadwell, Kristin | 04/26/06 | Analyze 6425 Gess, Ltd. contracts. | 3.0 | 190.00 | 570.00 |
| Cadwell, Kristin | 04/26/06 | Analyze Amesburyport Corporation Hatter's Point contracts. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 04/26/06 | Analyze Amesburyport Corporation Hatter's Point contracts.. | 0.5 | 190.00 | 95.00 |
| Cadwell, Kristin | 04/26/06 | Analyze Equipment contracts.. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 04/26/06 | Analyze Amesburyport Corporation Hatter's Point contracts.. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 04/26/06 | Analyze Anchor B, LP contracts.. | 2.0 | 190.00 | 380.00 |
| Steele, Sarah | 04/26/06 | Discussion with S. Smith and K. Cadwell (both MFIM) regarding contract information required. | 1.9 | 430.00 | 817.00 |
| Steele, Sarah | 04/26/06 | Discussion with V. Loob (USACM) regarding equipment leases. | 0.7 | 430.00 | 301.00 |
| Steele, Sarah | 04/26/06 | Discussion with K. Cadwell (MFIM) regarding contract library. | 0.8 | 430.00 | 344.00 |
| Cadwell, Kristin | 04/27/06 | Analyze Anchor B, LP contracts.. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 04/27/06 | Analyze Anchor B, LP contracts.. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 04/27/06 | Analyze Arapahoe Land Investments, LP contracts.. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 04/27/06 | Analyze Arapahoe Land Investments, LP contracts . | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 04/27/06 | Analyze Ashby Financial Company, Inc. & R&D Land Investors contracts . | 3.8 | 190.00 | 722.00 |
| Cadwell, Kristin | 04/27/06 | Analyze BarUSA, LLC contracts. | 1.8 | 190.00 | 342.00 |
| Steele, Sarah | 04/27/06 | Discussion with K. Cadwell (MFIM) regarding progress on contract database. | 0.6 | 430.00 | 258.00 |
| Cadwell, Kristin | 04/28/06 | Analyze BarUSA, LLC contracts. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 04/28/06 | Analyze Bay Pompano Beach, LLC contracts. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 04/28/06 | Analyze Bay Pompano Beach, LLC contracts. | 1.8 | 190.00 | 342.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **62.8** | | **$ 15,916.00** |

**May 1, 2006 through May 31, 2006**

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cadwell, Kristin | 05/01/06 | Analyze Bay Pompano Beach, LLC contracts. | 1.6 | $ 190.00 | $ 304.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Binford Medical Developers, LLC contracts. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Binford Medical Developers, LLC contracts. | 1.8 | 190.00 | 342.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Boise/Gowan 93, LLC contracts. | 0.7 | 190.00 | 133.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Boise/Gowan 93, LLC contracts. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Brookmere, LLC & Lord & Essex Matteson, LLC contracts. | 0.5 | 190.00 | 95.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Brookmere, LLC & Lord & Essex Matteson, LLC contracts. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Bundy Canyon Land Development, LLC contracts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 05/01/06 | Analyze Bundy Canyon Land Development, LLC contracts. | 0.7 | 190.00 | 133.00 |
| Oriti, Joseph | 05/01/06 | Analyze and prepare current insurance policies for USA Commercial Mortgage per the request of the U.S. Trustee. | 3.9 | 330.00 | 1,287.00 |
| Cadwell, Kristin | 05/02/06 | Analyze BySynergy, LLC contracts. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 05/02/06 | Analyze BySynergy, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Cabernet Highlands, LLC contracts. | 1.9 | 190.00 | 361.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Cabernet Highlands, LLC contracts. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Capital Land Investors, LLC contracts. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Capital Land Investors, LLC contracts. | 0.4 | 190.00 | 76.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Capital Land Investors, LLC contracts. | 0.3 | 190.00 | 57.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Castaic Partners, LLC Tapia Ranch contracts. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Castaic Partners, LLC Tapia Ranch contracts. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 05/02/06 | Analyze Castaic Partners II, LLC contracts. | 0.5 | 190.00 | 95.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Castaic Partners II, LLC contracts. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Castaic Partners III, LLC contracts. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Castaic Partners III, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Cloudbreak Las Vegas, LLC contracts. | 1.8 | 190.00 | 342.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Cloudbreak Las Vegas, LLC contracts. | 0.5 | 190.00 | 95.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Columbia Managing Partners, LLC contracts. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 05/03/06 | Analyze Columbia Managing Partners, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Comvest Capital Satellite Arms, Inc. contracts. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Comvest Capital Satellite Arms, Inc. contracts. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Comvest Copper Sage Commerce Center, LLC contracts. | 1.7 | 190.00 | 323.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Comvest Copper Sage Commerce Center, LLC contracts. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 05/04/06 | Analyze The Gardens, LLC contracts. | 0.6 | 190.00 | 114.00 |
| Cadwell, Kristin | 05/04/06 | Analyze The Gardens, LLC contracts. | 1.8 | 190.00 | 342.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Cornman Toltec 160, LLC contracts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Cornman Toltec 160, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/04/06 | Analyze Cottonwood Hills, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/05/06 | Analyze Cottonwood Hills, LLC contracts. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 05/05/06 | Analyze Del Valle Capital Corporation, LLC contracts. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 05/05/06 | Analyze Del Valle Capital Corporation, LLC contracts. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 05/05/06 | Analyze Elizabeth May Real Estate, LLC contracts. | 1.6 | 190.00 | 304.00 |
| Graham, Jeff | 05/05/06 | Prepare a detailed summary of executory contracts for the loan to B&J Investments. | 2.3 | 190.00 | 437.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Elizabeth May Real Estate, LLC contracts. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Fiesta Development Inc. Beaumont contracts. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Fiesta Development Inc. Beaumont contracts. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Fiesta Development Inc Murrieta contracts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Fiesta Development Inc Murrieta contracts. | 0.8 | 190.00 | 152.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Franklin/Stratford Investments, LLC contracts. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Franklin/Stratford Investments, LLC contracts. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 05/08/06 | Analyze Franklin/Stratford Investments, LLC contracts. | 0.8 | 190.00 | 152.00 |
| Graham, Jeff | 05/08/06 | Prepare a detailed summary of executory contracts for the loan to Bundy Canyon $5M. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 05/08/06 | Prepare a detailed summary of executory contracts for the loan to Fiesta Development $6.6M. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 05/08/06 | Prepare a detailed summary of executory contracts for the loan to The Gardens Phase II. | 2.3 | 190.00 | 437.00 |
| Graham, Jeff | 05/08/06 | Prepare a detailed summary of executory contracts for the loan to Meadow Creek. | 1.9 | 190.00 | 361.00 |

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 05/08/06 | Research Incline Village and Reno leases, terms payments and discuss when property can be returned to landlord with F. Siddiqui (USACM). | 1.4 | 590.00 | 826.00 |
| Steele, Sarah | 05/08/06 | Discussion with V. Firner (USACM) regarding Diversified Trust Deed Fund subscription agreements and completion of the schedule G template. | 0.9 | 430.00 | 387.00 |
| Steele, Sarah | 05/08/06 | Discussion with J. Graham (MFIM) regarding the Palm Harbor loan and related documents. | 0.4 | 430.00 | 172.00 |
| Cadwell, Kristin | 05/09/06 | Analyze The Gardens Timeshare, LLC contracts. | 2.0 | 190.00 | 380.00 |
| Graham, Jeff | 05/09/06 | Prepare a detailed summary of executory contracts for the loan to USA Investor VI. | 3.5 | 190.00 | 665.00 |
| Graham, Jeff | 05/09/06 | Prepare a detailed summary of executory contracts for the loan to West Hills LLC. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/09/06 | Prepare a detailed summary of executory contracts for the loan to Fox Hills, 216 LLC. | 3.3 | 190.00 | 627.00 |
| Graham, Jeff | 05/10/06 | Prepare a detailed summary of executory contracts for the loan to Fox Hills, Eagle Meadows. | 3.7 | 190.00 | 703.00 |
| Graham, Jeff | 05/10/06 | Prepare a detailed summary of executory contracts for the loan to The Gardens Gateway. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/10/06 | Prepare a detailed summary of executory contracts for the loan to Golden State Investments. | 3.6 | 190.00 | 684.00 |
| Graham, Jeff | 05/11/06 | Prepare a detailed summary of executory contracts for the loan to Glendale. | 2.4 | 190.00 | 456.00 |
| Graham, Jeff | 05/11/06 | Prepare a detailed summary of executory contracts for the loan to Gramercy. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/11/06 | Prepare a detailed summary of executory contracts for the loan to Harbor Georgetown. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 05/11/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Clear Lake (to $2.75M). | 3.0 | 190.00 | 570.00 |
| Smith, Susan | 05/11/06 | Research Incline Village lease agreements, prepare loan rejection analysis, discuss settlement terms with M. Olson (USACM), and transmit results back to J. McPherson (Schwartzer & McPherson) for negotiation with landlord. | 1.3 | 590.00 | 767.00 |
| Graham, Jeff | 05/12/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Clear Lake (to $16M). | 2.6 | 190.00 | 494.00 |
| Graham, Jeff | 05/12/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Monaco. | 1.4 | 190.00 | 266.00 |
| Smith, Susan | 05/15/06 | Discuss Incline Village lease with F. Siddiqui (USACM), fax lease to J. McPherson (Schwartzer & McPherson), discuss settlement offer with J. McPherson (Schwartzer & McPherson). | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 05/15/06 | Review draft stipulation and order on Incline Village and return comments to J. McPherson (Schwartzer & McPherson). | 0.6 | 590.00 | 354.00 |
| Graham, Jeff | 05/17/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Monaco. | 1.2 | 190.00 | 228.00 |
| Graham, Jeff | 05/17/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Beau Rivage. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/17/06 | Prepare a detailed summary of executory contracts for the loan to HFAH. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 05/17/06 | Prepare a detailed summary of executory contracts for the loan to HFAH Colt Gateway. | 3.3 | 190.00 | 627.00 |
| Steele, Sarah | 05/17/06 | Update with J. Graham (MFIM) regarding contracts and preparation of Schedule G. | 0.9 | 430.00 | 387.00 |
| Graham, Jeff | 05/18/06 | Prepare a detailed summary of executory contracts for the loan to I-40 Gateway West (to $1.065M). | 2.1 | 190.00 | 399.00 |
| Graham, Jeff | 05/18/06 | Prepare a detailed summary of executory contracts for the loan to I-40 Gateway West (to $4.5M). | 3.3 | 190.00 | 627.00 |
| Graham, Jeff | 05/18/06 | Prepare a detailed summary of executory contracts for the loan to Interstate Commerce Center. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 05/18/06 | Prepare a detailed summary of executory contracts for the loan to ISCC Phase II. | 2.0 | 190.00 | 380.00 |
| Smith, Susan | 05/18/06 | Review letter from Marlin leasing and research. | 0.7 | 590.00 | 413.00 |
| Graham, Jeff | 05/19/06 | Prepare a detailed summary of executory contracts for the loan to J. Jireh's Corporation. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/19/06 | Prepare a detailed summary of executory contracts for the loan to King - Margarita Annex. | 3.7 | 190.00 | 703.00 |
| Graham, Jeff | 05/19/06 | Prepare a detailed summary of executory contracts for the loan to King. | 2.7 | 190.00 | 513.00 |

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 05/19/06 | Research contracts in CM's name but services/equipment is provided to 12 Horses. | 0.8 | 590.00 | 472.00 |
| Graham, Jeff | 05/20/06 | Prepare a detailed summary of executory contracts  for the loan to La Hacienda Estates, LLC. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 05/20/06 | Prepare a detailed summary of executory contracts  for the loan to Lerin Hills LTD. | 3.4 | 190.00 | 646.00 |
| Smith, Susan | 05/20/06 | Review dozen contracts in CM's name for 12 Horses or other IP entities and mark for rejections. | 1.1 | 590.00 | 649.00 |
| Smith, Susan | 05/20/06 | Review and comment on preparation of contract list for Schedule G. | 0.7 | 590.00 | 413.00 |
| Graham, Jeff | 05/21/06 | Prepare a detailed summary of executory contracts  for the loan to Lindsay LTD. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/21/06 | Prepare a detailed summary of executory contracts  for the loan to Los Valles Land and Golf. | 2.4 | 190.00 | 456.00 |
| Graham, Jeff | 05/21/06 | Prepare a detailed summary of executory contracts  for the loan to Midvale Market. | 3.3 | 190.00 | 627.00 |
| Graham, Jeff | 05/22/06 | Prepare a detailed summary of executory contracts  for the loan to MS Acquisitions $6M. | 2.5 | 190.00 | 475.00 |
| Graham, Jeff | 05/22/06 | Prepare a detailed summary of executory contracts  for the loan to MS Acquisitions $30M. | 3.4 | 190.00 | 646.00 |
| Graham, Jeff | 05/22/06 | Prepare a detailed summary of executory contracts  for the loan to Oak Mesa Investors. | 2.6 | 190.00 | 494.00 |
| Graham, Jeff | 05/22/06 | Prepare a detailed summary of executory contracts  for the loan to Ocean Atlantic $9.4. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 05/23/06 | Prepare a detailed summary of executory contracts  for the loan to Ocean Atlantic $2.7. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 05/23/06 | Prepare a detailed summary of executory contracts  for the loan to Lake Helen Partners. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/23/06 | Prepare a detailed summary of executory contracts  for the loan to One Point Street Inc. | 2.6 | 190.00 | 494.00 |
| Graham, Jeff | 05/23/06 | Prepare a detailed summary of executory contracts  for the loan to Palm Harbor One. | 3.3 | 190.00 | 627.00 |
| Faiella, Lindsay | 05/24/06 | Review loan extension agreements for various loans for relevant terms of the contracts. | 1.2 | 190.00 | 228.00 |
| Faiella, Lindsay | 05/24/06 | Prepare matrix of loan extension agreements for various loans. | 2.3 | 190.00 | 437.00 |
| Graham, Jeff | 05/24/06 | Prepare a detailed summary of executory contracts  for the loan to Pegaus Mountain House. | 3.4 | 190.00 | 646.00 |
| Graham, Jeff | 05/24/06 | Prepare a detailed summary of executory contracts  for the loan to Placer County Land Development. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 05/24/06 | Prepare a detailed summary of executory contracts  for the loan to Preserve at Galleria. | 2.6 | 190.00 | 494.00 |
| Graham, Jeff | 05/24/06 | Prepare a detailed summary of executory contracts  for the loan to Rio Rancho. | 2.4 | 190.00 | 456.00 |
| Graham, Jeff | 05/25/06 | Prepare a detailed summary of executory contracts  for the loan to Rivera - Homes for America Holdings $5M. | 3.3 | 190.00 | 627.00 |
| Graham, Jeff | 05/25/06 | Prepare a detailed summary of executory contracts  for the loan to Rivera - Homes for America Housing $8.5M. | 2.4 | 190.00 | 456.00 |
| Graham, Jeff | 05/25/06 | Prepare a detailed summary of executory contracts  for the loan to Roam Development Group. | 2.9 | 190.00 | 551.00 |
| Graham, Jeff | 05/30/06 | Prepare a detailed summary of executory contracts  for the loan to Savannah Homes. | 3.7 | 190.00 | 703.00 |
| Graham, Jeff | 05/30/06 | Prepare a detailed summary of executory contracts  for the loan to Shamrock Tower. | 3.3 | 190.00 | 627.00 |
| Graham, Jeff | 05/30/06 | Prepare a detailed summary of executory contracts  for the loan to Slade Development. | 3.9 | 190.00 | 741.00 |
| Graham, Jeff | 05/31/06 | Prepare a detailed summary of executory contracts  for the loan to Southern California Land Development $4.25M. | 3.6 | 190.00 | 684.00 |
| Graham, Jeff | 05/31/06 | Prepare a detailed summary of executory contracts  for the loan to Southern California Land Development $3M. | 3.4 | 190.00 | 646.00 |
| Graham, Jeff | 05/31/06 | Prepare a detailed summary of executory contracts  for the loan to Standard Property. | 3.3 | 190.00 | 627.00 |
| Steele, Sarah | 05/31/06 | Discussion with A. Morgan (USACM) regarding subscription agreements. | 0.6 | 430.00 | 258.00 |
| Steele, Sarah | 05/31/06 | Discuss with A. Connor and A. Morgan (both USACM) regarding subscription agreements. | 1.1 | 430.00 | 473.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **233.9** | | **$ 48,843.00** |

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **June 1, 2006 through June 30, 2006** | | | | | |
| Graham, Jeff | 06/01/06 | Prepare a detailed summary of executory contracts for the loan to Sunrise International. | 3.8 | $ 190.00 | $ 722.00 |
| Graham, Jeff | 06/01/06 | Prepare a detailed summary of executory contracts for the loan to SVRB Investments $2.325M. | 3.9 | 190.00 | 741.00 |
| Graham, Jeff | 06/01/06 | Prepare a detailed summary of executory contracts for the loan to SVRB Investments $4.5M. | 3.8 | 190.00 | 722.00 |
| Graham, Jeff | 06/02/06 | Prepare a detailed summary of executory contracts for the loan to Amesbury Port Corp. | 3.1 | 190.00 | 589.00 |
| Graham, Jeff | 06/02/06 | Prepare a detailed summary of executory contracts for the loan to 6425 Gess LTD. | 3.8 | 190.00 | 722.00 |
| Graham, Jeff | 06/02/06 | Prepare a detailed summary of executory contracts for the loan to University Estates. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 06/03/06 | Prepare a detailed summary of executory contracts for the loan to Ten-Ninety / Lucas for use in preparing Schedules. | 2.8 | 190.00 | 532.00 |
| Graham, Jeff | 06/03/06 | Prepare a detailed summary of executory contracts for the loan to Urban Housing for use in preparing Schedules. | 3.7 | 190.00 | 703.00 |
| Graham, Jeff | 06/03/06 | Prepare a detailed summary of executory contracts for the loan to Wasco Investments for use in preparing Schedules. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 06/04/06 | Analyze service contracts to verify any relevant executory contracts. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 06/04/06 | Create a summary of service contract information for use in the preparation of schedules. | 2.3 | 190.00 | 437.00 |
| Graham, Jeff | 06/04/06 | Analyze leasing contracts to verify any relevant executory contracts. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 06/05/06 | Analyze leasing contracts to verify any relevant executory contracts. | 1.2 | 190.00 | 228.00 |
| Graham, Jeff | 06/05/06 | Create a summary of leasing contract information for use in the preparation of schedules. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 06/05/06 | Analyze IT contracts to verify any relevant executory contracts. | 3.0 | 190.00 | 570.00 |
| Graham, Jeff | 06/05/06 | Create a summary of IT contract information for use in the preparation of schedules. | 2.7 | 190.00 | 513.00 |
| Graham, Jeff | 06/05/06 | Create an index of files and documentation available including company registrations, broker registrations, insurance documents. | 3.2 | 190.00 | 608.00 |
| Graham, Jeff | 06/06/06 | Revise indexes for IT and leasing contract binders. | 3.9 | 190.00 | 741.00 |
| Steele, Sarah | 06/06/06 | Discuss with A. Morgan and A. Connor (both USACM) regarding contracts. | 0.8 | 430.00 | 344.00 |
| Cadwell, Kristin | 06/12/06 | Locate and organize Commercial Mortgage IT contracts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/12/06 | Continue to locate and organize Commercial mortgage IT contracts. | 0.9 | 190.00 | 171.00 |
| Cadwell, Kristin | 06/13/06 | Locate and organize Commercial Mortgage executory contracts. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 06/13/06 | Locate and organize Commercial Mortgage expired or non executory contracts. | 1.5 | 190.00 | 285.00 |
| Cadwell, Kristin | 06/13/06 | Assemble Commercial Mortgage executory contracts. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/13/06 | Assemble Commercial Mortgage expired and non executory contracts. | 1.8 | 190.00 | 342.00 |
| Curchack, Jonas | 06/13/06 | File extension fee agreements in loan binders. | 1.3 | 150.00 | 195.00 |
| Cadwell, Kristin | 06/14/06 | Enter lease agreements into contract database. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/14/06 | Enter executory contract data into master contract database. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/14/06 | Continue to enter executory contract data into master contract database. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/14/06 | Continue to enter lease agreements into master contract database. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/14/06 | Continue to enter executory contract data into master contract database. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/14/06 | Continue to enter executory contract data into master contract database. | 1.4 | 190.00 | 266.00 |
| Cadwell, Kristin | 06/15/06 | Assemble and organize executory contracts for filing purposes. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/15/06 | Locate addresses from executory contracts. | 1.0 | 190.00 | 190.00 |
| Cadwell, Kristin | 06/15/06 | Enter executory contract data into master contract database. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 06/15/06 | Assemble and organize executory contracts for filing purposes. | 0.7 | 190.00 | 133.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **79.8** | | **$ 15,302.00** |

**July 1, 2006 through July 31, 2006**

**EXHIBIT E27**

USA Commercial Mortgage Company, et al.
Leases, Executory Contracts and Agreements
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 07/17/06 | Research and analyze Reno non-residential property lease for potential rejection. | 1.0 | $ 330.00 | $ 330.00 |
| Oriti, Joseph | 07/19/06 | Research and analyze Twelve Horses equipment leases for potential rejection. | 1.9 | 330.00 | 627.00 |
| Oriti, Joseph | 07/21/06 | Research and analyze non-residential property leases and equipment leases for potential rejection. | 3.0 | 330.00 | 990.00 |
| Oriti, Joseph | 07/25/06 | Research and analyze non-residential property leases and equipment leases for potential rejection. | 2.5 | 330.00 | 825.00 |
| Oriti, Joseph | 07/27/06 | Prepare data on non-residential property leases and equipment leases to Schwartzer and McPherson Law Firm for potential rejection. | 2.1 | 330.00 | 693.00 |
| Smith, Susan | 07/28/06 | Review contracts for rejection and send to J. McPherson (Schwartzer & McPherson) for Motion to reject. | 0.4 | 590.00 | 236.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **10.9** | | **$ 3,701.00** |

**August 1, 2006 through August 31, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 08/11/06 | Answer questions on Twelve Horse leases in process of rejection. | 0.2 | $ 590.00 | $ 118.00 |
| Smith, Susan | 08/21/06 | Research and coordinate contact information for pick-up of rejected lease equipment. | 0.2 | 590.00 | 118.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **0.4** | | **$ 236.00** |

**November 1, 2006 through November 30, 2006**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cadwell, Kristin | 11/13/06 | Compile list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. | 2.2 | $ 190.00 | $ 418.00 |
| Cadwell, Kristin | 11/13/06 | Continue to compile a list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 11/14/06 | Make edits to list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 11/14/06 | Check list of executory contracts against list of contracts that were rejected by the Court. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 11/14/06 | Continue to make edits to the list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. | 1.6 | 190.00 | 304.00 |
| Cadwell, Kristin | 11/14/06 | Review list of executory contracts and confirm each contract is accounted for and logged in master contract file. | 2.6 | 190.00 | 494.00 |
| Cadwell, Kristin | 11/27/06 | Make edits to list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. | 1.3 | 190.00 | 247.00 |
| Cadwell, Kristin | 11/27/06 | Continue to make edits to the list of executory contracts listed in Schedule G excluding Loan Servicing Agreements. Separate contracts listed on Motion to Reject. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 11/27/06 | Locate contracts needed to continue the list of executory contracts listed in Schedule G. | 3.6 | 190.00 | 684.00 |
| Cadwell, Kristin | 11/28/06 | Locate contracts needed to continue the list of executory contracts listed in Schedule G. | 2.5 | 190.00 | 475.00 |
| Cadwell, Kristin | 11/28/06 | Continue to locate contracts needed to continue the list of executory contracts listed in Schedule G. | 1.6 | 190.00 | 304.00 |
| | | **Total Leases, Executory Contracts and Agreements** | **20.6** | | **$ 3,914.00** |

| | Hours | Fees |
|---|---|---|
| **Total Hours and Fees for Leases, Executory Contracts and Agreements from April 13, 2006 through March 12, 2007** | **408.4** | **$ 87,912.00** |

| | | |
|---|---|---|
| **USA Commercial Mortgage Company** | **100%** | **$ 87,912.00** |