# EXHIBIT E28

**EXHIBIT E28**

USA Commercial Mortgage Company, et al.
Tax Issues/Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **November 1, 2006 through November 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 11/27/06 | Participate in call with J. McPherson (Schwartzer & McPherson) regarding employing Beadle McBride. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Tax Issues/Analysis for USACM** | 0.3 | | **$ 177.00** |
| | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 11/13/06 | Analyze tax issues for write down of loans. | 0.9 | $ 590.00 | $ 531.00 |
| Smith, Susan | 11/15/06 | Analyze tax issues, potential write downs for collectibility and tax returns. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 11/16/06 | Participate in conference call with M. Wallace, E. Karasik (both Stutman); K. Applegate (RQN) regarding tax issues for Fund. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 11/16/06 | Participate in conference call with K. Applegate (RQN) regarding tax issues for Fund. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 11/16/06 | Review analysis of tax research. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 11/17/06 | Correspond with tax professional regarding First Trust Deed Fund tax research. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 11/17/06 | Participate in call with M. Kvarda (A&M) regarding tax issues and fees. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 11/20/06 | Reply to investors inquiry regarding tax treatment. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 11/27/06 | Participate in call with tax professional regarding 1099 tax issues and First Trust Deed Fund tax issues. | 0.3 | 590.00 | 177.00 |
| | | **Total Tax Issues/Analysis for FTDF** | 4.2 | | **$ 2,478.00** |
| | | | | | |
| | | **Total Tax Issues/Analysis for USACM / FTDF** | 4.5 | | **$ 2,655.00** |
| | | | | | |
| **December 1, 2006 through December 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 12/05/06 | Participate in call with K. Applegate (RQN) regarding tax issues. | 0.4 | $ 590.00 | $ 236.00 |
| | | **Total Tax Issues/Analysis for USACM** | 0.4 | | **$ 236.00** |
| | | | | | |
| **January 1, 2007 through January 31, 2007** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 01/08/07 | Correspond with K. Applegate (RQN) regarding tax preparation and issues. | 0.2 | $ 590.00 | $ 118.00 |
| Sartori, Elisa | 01/09/07 | Prepare for conference call with K. Applegate (RQN), S. Smith (MFIM) and R. Hadley (KPMG) to discuss tax return preparation services and status of opinion letter from KPMG. | 0.5 | 560.00 | 280.00 |
| Sartori, Elisa | 01/09/07 | Participate in conference call with K. Applegate (RQN), S. Smith (MFIM) and KPMG to discuss tax return preparation services and status of opinion letter from KPMG. | 0.4 | 560.00 | 224.00 |
| Smith, Susan | 01/09/07 | Participate in call with K. Applegate (RQN), R Hadley (KPMG), L. Weese (USACM) and E. Sartori (MFIM) regarding 2006 tax preparation. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 01/09/07 | Participate in call with L. Reiker (Reiker & Assoc) and L. Weese (USACM) regarding 2006 tax preparation. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/09/07 | Locate tax forms for Accounting Department. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 01/09/07 | Locate and transmit data for tax bid. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/10/07 | Answer questions from potential tax preparer and transmit additional information. | 0.6 | 590.00 | 354.00 |
| Sartori, Elisa | 01/11/07 | Review various tax issues. | 0.6 | 560.00 | 336.00 |
| Smith, Susan | 01/11/07 | Respond to questions from potential tax preparer. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/12/07 | Contact Grant Thornton and BDO Seidman regarding tax return prep work. Email S. Smith (MFIM) regarding information needed to prepare estimates for the tax return prep work. | 0.6 | 560.00 | 336.00 |
| Smith, Susan | 01/12/07 | Analyze data to be provided to tax preparers. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 01/12/07 | Analyze capital account balances and Visual Fast files to determine last years data. | 1.8 | 590.00 | 1,062.00 |
| Smith, Susan | 01/16/07 | Analyze prior year tax issues with L. Weese (USACM) to determine info to be provided for this year taxes. | 1.2 | 590.00 | 708.00 |

**EXHIBIT E28**

USA Commercial Mortgage Company, et al.
Tax Issues/Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 01/16/07 | Review 1099 issues with L. Weese (USACM). | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 01/17/07 | Prepare discussion points for call on tax issues. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/18/07 | Review engagement letter from KPMG and correspond with K. Applegate (RQN) regarding procedures and tax preparation. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/19/07 | Review financial statements and prior year capital adjustments and follow-up with GT on proposal status. | 3.1 | 560.00 | 1,736.00 |
| Smith, Susan | 01/22/07 | Compare bids and ask further questions. | 0.4 | 590.00 | 236.00 |
| Sartori, Elisa | 01/23/07 | Review quotes for tax return work and continue to work on capital account reconciliation. | 1.2 | 560.00 | 672.00 |
| Smith, Susan | 01/23/07 | Review tax bids and propose firm to use, solicit comments from attorneys, L. Weese (USACM) and E. Sartori (MFIM). | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 01/23/07 | Participate in call with T. Burr (Sierra) regarding tax bids. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 01/23/07 | Participate in call with E. Sartori (MFIM) regarding tax information. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/23/07 | Participate in call with S. Smith (MFIM) regarding tax information. | 0.3 | 560.00 | 168.00 |
| Smith, Susan | 01/23/07 | Participate in call with L. Reiker (Reiker & Assoc.) regarding tax information. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/24/07 | Participate in telephone conversation with D. Romano (Grant Thorton) regarding price quotes for tax return prep, Grant Thorton; email to D. Romano (Grant Thorton) regarding requirements for tax return prep; email to S. Smith (MFIM) regarding information needed to complete tax return reconciliation. | 2.5 | 560.00 | 1,400.00 |
| Sartori, Elisa | 01/24/07 | Participate in call with S. Smith (MFIM) regarding tax information. | 0.4 | 560.00 | 224.00 |
| Smith, Susan | 01/24/07 | Participate in call with E. Sartori (MFIM) regarding tax information. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 01/25/07 | Analyze bids for tax services. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/31/07 | Analyze status of work done thus far and information needed from her to complete the work and request guidance going forward. | 0.3 | 560.00 | 168.00 |
| Steele, Sarah | 01/31/07 | Discuss with L. Weese (USACM) regarding 1099 reports and revisions. | 1.1 | 430.00 | 473.00 |
| | | **Total Tax Issues/Analysis for USACM** | **20.7** | | **$ 11,740.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Smith, Susan | 01/10/07 | Analyze Diversified Trust Deed Fund investor reports and K-1's to determine past tax treatment. | 2.1 | $ 590.00 | $ 1,239.00 |
| Sartori, Elisa | 01/17/07 | Review Diversified Trust Deed Fund tax returns and K-1 reconciliations and discuss with L. Weese (USACM). | 2.2 | 560.00 | 1,232.00 |
| Sartori, Elisa | 01/22/07 | Review financial statements received, begin to reconcile 2005 information, telephone conversation with D. Romano (Grant Thorton) regarding tax return quotes, review email and forward to S. Smith (MFIM). | 2.2 | 560.00 | 1,232.00 |
| Smith, Susan | 01/23/07 | Participate in call with M. Tucker (FTI) regarding tax bids. | 0.3 | 590.00 | 177.00 |
| Sartori, Elisa | 01/25/07 | Reconcile 2001 through 2005 tax return to financial statements/financial records (Diversified).  Search for reasons for the variances including reserves, etc.  Analyze capital account transactions and balances.  Attempt to reconcile to books and records. | 2.3 | 560.00 | 1,288.00 |
| Sartori, Elisa | 01/25/07 | Continue to reconcile 2001 through 2005 tax return to financial statements/financial records (Diversified).  Search for reasons for the variances including reserves, etc.  Analyze capital account transactions and balances.  Attempt to reconcile to books and records. | 2.4 | 560.00 | 1,344.00 |
| Sartori, Elisa | 01/26/07 | Continue reconciliation of Diversified Trust Deed Fund, e-mail S. Smith (MFIM) and L. Weese (USACM) with questions and to request an update on hiring professionals to prepare returns and negotiations with Committee. | 1.2 | 560.00 | 672.00 |
| Smith, Susan | 01/26/07 | Reply to request from D. Belt (FTI). | 0.1 | 590.00 | 59.00 |
| Sartori, Elisa | 01/29/07 | Reconcile First Trust Deed Fund financials to tax returns. | 2.5 | 560.00 | 1,400.00 |
| Sartori, Elisa | 01/29/07 | Follow-up with L. Weese (USACM) regarding hiring of professionals and information needed to complete Diversified's reconciliation of financials to tax returns. | 0.2 | 560.00 | 112.00 |
| | | **Total Tax Issues/Analysis for DTDF** | **15.5** | | **$ 8,755.00** |
| **USA Capital First Trust Deed Fund, LLC** | | | | | |
| Smith, Susan | 01/08/07 | Correspond with M. Wallace (Stutman) regarding First Trust Deed Fund tax issues. | 0.3 | $ 590.00 | $ 177.00 |

**EXHIBIT E28**

USA Commercial Mortgage Company, et al.
Tax Issues/Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 01/08/07 | Participate in call with M. Wallace (Stutman) regarding tax issues. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 01/09/07 | Analyze First Trust Deed Fund investor reports and K-1's to determine past tax treatment. | 1.8 | 590.00 | 1,062.00 |
| Smith, Susan | 01/11/07 | Research use of 2/1 to 1/31 distributions on K-1's. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/16/07 | Participate in call with M .Wallace (Stutman) regarding tax issues, provide impairment analysis. | 0.4 | 590.00 | 236.00 |
| Sartori, Elisa | 01/22/07 | Continue with review financial statements received, begin to reconcile 2005 information, telephone conversation with D. Romano at (Grant Thorton) regarding tax return quotes, review email and forward to S. Smith (MFIM). | 1.9 | 560.00 | 1,064.00 |
| Smith, Susan | 01/24/07 | Participate in call with M. Wallace (Stutman) regarding the tax preparer and the tax issues for First Trust Deed Fund. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/25/07 | Participate in call with M. Wallace (Stutman) regarding the tax preparer and the tax issues for First Trust Deed Fund. | 0.2 | 590.00 | 118.00 |
| Sartori, Elisa | 01/26/07 | Begin reconciliation of First Trust Deed Fund. | 3.3 | 560.00 | 1,848.00 |
| | | **Total Tax Issues/Analysis for FTDF** | **8.7** | | **$ 4,977.00** |
| | | **Total Tax Issues/Analysis for USACM / DTDF / FTDF** | **44.9** | | **$ 25,472.00** |

**February 1, 2007 through February 28, 2007**
**USA Commercial Mortgage Company**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Sartori, Elisa | 02/01/07 | Email Greenberg Traurig regarding tax return preparation. | 0.1 | $ 560.00 | $ 56.00 |
| Smith, Susan | 02/02/07 | Prepare and send out request for agreement on KPMG as tax preparer. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/02/07 | Review Investor issues with 1099's and review relevant files to determine differences. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/05/07 | Review and circulate tax engagement letters. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/06/07 | Edit Frequently Asked Questions for website. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/08/07 | Review tax data requests and discuss status with L. Weese (USACM). | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/08/07 | Review engagement letters for tax preparation and arrange for signature. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/11/07 | Review tax data and forward files. | 0.3 | 590.00 | 177.00 |
| | | **Total Tax Issues/Analysis for USACM** | **3.0** | | **$ 1,767.00** |

**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Sartori, Elisa | 02/01/07 | Complete reconciliation of Diversified Trust Deed Fund and send to S. Smith (MFIM). | 2.1 | $ 560.00 | $ 1,176.00 |
| Sartori, Elisa | 02/05/07 | Finalize Diversified Trust Deed Fund reconciliation of book to tax and send to L. Weese (USACM) and S. Smith (MFIM) to review. | 0.9 | 560.00 | 504.00 |
| Sartori, Elisa | 02/06/07 | Prepare for and participate in call with KPMG and K. Applegate (RQN) to discuss tax return preparation, information needed, methodology for impairment/reserve calculation, engagement letters, priority of tax return preparation by entity; finalize reconciliations and send to KPMG. | 1.3 | 560.00 | 728.00 |
| Smith, Susan | 02/06/07 | Analyze information to be provided to KPMG for Fund tax returns. | 0.4 | 590.00 | 236.00 |
| Sartori, Elisa | 02/07/07 | Review information requests received from KPMG, request clarification, modify and send to L. Weese (USACM) and S. Smith (MFIM) to complete. | 0.4 | 560.00 | 224.00 |
| Smith, Susan | 02/12/07 | Analyze issues with Diversified Trust Deed Fund reconciliation for tax purposes. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/13/07 | Review Diversified Trust Deed Fund's capital reconciliation file for transmittal to KPMG. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/26/07 | Research BySynergy loan and criteria for reserve for KPMG to determine tax status. | 0.5 | 590.00 | 295.00 |
| | | **Total Tax Issues/Analysis for DTDF** | **7.2** | | **$ 4,107.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Sartori, Elisa | 02/01/07 | Complete reconciliation of First Trust Deed Fund and send to S. Smith (MFIM). | 1.4 | $ 560.00 | $ 784.00 |
| Sartori, Elisa | 02/01/07 | Review tax issues and arrange conference call with KPMG. | 0.2 | 560.00 | 112.00 |

**EXHIBIT E28**

USA Commercial Mortgage Company, et al.
Tax Issues/Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 02/01/07 | Discuss tax issues with E. Sartori (MFIM) and arrange conference call with KPMG. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/01/07 | Discuss tax issues with Committee counsel. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/01/07 | Participate in conference call with KPMG, K. Applegate (RQN) and L. Weese (USACM). | 0.5 | 590.00 | 295.00 |
| Sartori, Elisa | 02/02/07 | Review information needed for KPMG; review memorandum; review methodology behind impairment charges and forward along to KPMG. | 2.1 | 560.00 | 1,176.00 |
| Tan, Ching Wei | 02/02/07 | Document approach of loan impairment analysis. | 1.2 | 490.00 | 588.00 |
| Sartori, Elisa | 02/05/07 | Finalize reconciliation of First Trust Deed Fund book to tax. | 2.1 | 560.00 | 1,176.00 |
| Smith, Susan | 02/05/07 | Analyze reconciliation of First Trust Deed Fund tax to book. | 0.6 | 590.00 | 354.00 |
| Sartori, Elisa | 02/08/07 | Correspond with D. Mortenson (KPMG) regarding information needed to prepare tax returns; modify information request and send on to L. Weese (USACM) and S. Smith (MFIM); and review information received and forward to KPMG. | 2.9 | 560.00 | 1,624.00 |
| Smith, Susan | 02/08/07 | Review First Trust Deed Fund member distribution and capital data for transmittal to tax preparer. | 0.9 | 590.00 | 531.00 |
| Sartori, Elisa | 02/09/07 | Review First Trust Deed Fund information S. Smith (MFIM) sent including list of partners and financial statements; email S. Smith (MFIM) and L. Weese (USACM) with questions and request revisions; forward information to KPMG. | 0.9 | 560.00 | 504.00 |
| Smith, Susan | 02/09/07 | Review and forward to KPMG First Trust Deed Fund year end financial information. | 0.4 | 590.00 | 236.00 |
| Sartori, Elisa | 02/12/07 | Follow-up with KPMG regarding information status on First Trust Deed Fund tax return preparation and send additional information to KPMG; forward response to S. Smith (MFIM). | 1.8 | 560.00 | 1,008.00 |
| Sartori, Elisa | 02/20/07 | Review information received from L. Weese (USACM) on impairment analysis for First Trust Deed Fund; review and reconcile to other statements and to financial information. | 2.3 | 560.00 | 1,288.00 |
| Sartori, Elisa | 02/20/07 | Review loan impairment analysis used for financial statements and discuss with L. Weese (USACM) and S. Smith (MFIM). | 0.6 | 560.00 | 336.00 |
| Smith, Susan | 02/20/07 | Review loan impairment analysis used for financial statements and discuss with L. Weese (USACM) and E. Sartori (MFIM). | 0.6 | 590.00 | 354.00 |
| Sartori, Elisa | 02/21/07 | Follow-up on information needed to complete the First Trust Deed Fund tax returns, schedule a call with L. Weese (USACM) and S. Smith (MFIM) to go over the loan impairment analysis, etc; and various emails with KPMG regarding questions and information needed. | 2.1 | 560.00 | 1,176.00 |
| Smith, Susan | 02/21/07 | Research and answer questions from KPMG regarding First Trust Deed Fund tax returns. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/23/07 | Review information requests from KPMG and provide information and comments. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/23/07 | Participate in conference call with KPMG, K. Applegate (RQN) and L. Weese (USACM) regarding tax issues for returns. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/23/07 | Review and edit impairment analysis for tax return back up. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/23/07 | Edit file on First Trust Deed Fund accruals. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 02/26/07 | Answer questions from KPMG regarding tax issues, write off of loan portfolio and income determination. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 02/26/07 | Edit professional fee schedule for First Trust Deed Fund to back-up accrual entry for year end. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/28/07 | Participate in call with M. Wallace (Stutman), R. Hartley (KPMG) D. Mortenson (KPMG), K. Applegate and S. Strong (both RQN) regarding First Trust Deed Fund tax issues. | 0.7 | 590.00 | 413.00 |
| | | **Total Tax Issues/Analysis for FTDF** | **26.9** | | **$ 15,259.00** |
| | | **Total Tax Issues/Analysis for USACM / DTDF / FTDF** | **37.1** | | **$ 21,133.00** |

**March 1, 2007 through March 12, 2007**
**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Sartori, Elisa | 03/02/07 | Review reorganization expense issues with KPMG. | 1.2 | $ 560.00 | $ 672.00 |
| Smith, Susan | 03/02/07 | Answer questions from KPMG regarding First Trust Deed Fund past practices. | 0.4 | 590.00 | 236.00 |
| Sartori, Elisa | 03/06/07 | Review Revenue Ruling R. Hartley (KPMG) sent. | 0.9 | 560.00 | 504.00 |

**EXHIBIT E28**

USA Commercial Mortgage Company, et al.
Tax Issues/Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Sartori, Elisa | 03/06/07 | Prepare for call with KPMG regarding tax issues. | 0.2 | 560.00 | 112.00 |
| Sartori, Elisa | 03/06/07 | Participate in conference call with S. Smith (MFIM), K. Applegate (RQN), R. Hartley and D. Mortenson (KPMG). | 0.8 | 560.00 | 448.00 |
| Smith, Susan | 03/06/07 | Participate in conference call with E. Sartori (MFIM), K. Applegate (RQN), R. Hartley and D. Mortenson (KPMG). | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 03/06/07 | Review First Trust Deed Fund tax issues and provide information to KPMG on reorganization costs. | 0.6 | 590.00 | 354.00 |
| Sartori, Elisa | 03/08/07 | Review draft tax returns and K-1's; prepare list of questions, send to Dakon (KPMG) and correspond with him regarding the questions and issues. | 2.1 | 560.00 | 1,176.00 |
| Smith, Susan | 03/08/07 | Analyze draft tax return and sample K-1's. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 03/11/07 | Review First Trust Deed Fund tax return and sample K-1's. | 0.8 | 590.00 | 472.00 |
| | | **Total Tax Issues/Analysis for FTDF** | **8.7** | | **$ 4,977.00** |

| | Hours | | Fees |
|---|---|---|---|
| **Total Hours and Fees for Tax Issues/Analysis from April 13, 2006 through March 12, 2007** | **95.6** | **$** | **54,473.00** |
| USA Commercial Mortgage Company | 24.4 | $ | 13,920.00 |
| USA Capital Diversified Trust Deed Fund, LLC | 22.7 | $ | 12,862.00 |
| USA Capital First Trust Deed Fund, LLC | 48.5 | $ | 27,691.00 |
| | 95.6 | $ | 54,473.00 |