# EXHIBIT E29

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **May 1, 2006 through May 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 05/18/06 | Review templates and discuss requirements with L. Weese (USACM). | 0.6 | $ 590.00 | $ 354.00 |
| Oriti, Joseph | 05/19/06 | Analyze and prepare USA Commercial Mortgage Company monthly operating report for the period April 13, 2006 through April 30, 2006. | 2.6 | 330.00 | 858.00 |
| Smith, Susan | 05/19/06 | Review and edit MOR. Discuss edits with J. Oriti (MFIM). | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 05/19/06 | Review monthly operating report and discuss with L. Weese (USACM). | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 05/19/06 | Review monthly operating report and discuss with L. Weese (USACM). | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 05/22/06 | Review and edit operating report including account information for the Collection Account and the Investment Account. | 1.2 | 590.00 | 708.00 |
| | | **Total Monthly Operating Reports for USACM** | **6.3** | | **$ 3,041.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 05/19/06 | Analyze and prepare USA Capital Diversified Trust Deed Fund monthly operating report for the period April 13, 2006 through April 30, 2006. | 1.7 | $ 330.00 | $ 561.00 |
| Smith, Susan | 05/22/06 | Review and edit Diversified Trust Deed Fund operating report. | 0.7 | 590.00 | 413.00 |
| | | **Total Monthly Operating Reports for DTDF** | **2.4** | | **$ 974.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Oriti, Joseph | 05/19/06 | Analyze and prepare monthly operating report for the period April 13, 2006 through April 30, 2006. | 1.7 | $ 330.00 | $ 561.00 |
| | | **Total Monthly Operating Reports for FTDF** | **1.7** | | **$ 561.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Oriti, Joseph | 05/19/06 | Analyze and prepare USA Capital Realty Advisors monthly operating report for the period April 13, 2006 through April 30, 2006. | 1.5 | $ 330.00 | $ 495.00 |
| | | **Total Monthly Operating Reports for CRA** | **1.5** | | **$ 495.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 05/19/06 | Analyze and prepare USA Securities monthly operating report for the period April 13, 2006 through April 30, 2006. | 1.3 | $ 330.00 | $ 429.00 |
| Smith, Susan | 05/19/06 | Review monthly operating report and discuss with L. Weese (USACM). | 0.4 | 590.00 | 236.00 |
| | | **Total Monthly Operating Reports for S** | **1.7** | | **$ 665.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **13.6** | | **$ 5,736.00** |
| **June 1, 2006 through June 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Oriti, Joseph | 06/02/06 | Analyze and prepare monthly operating report template for USA Commercial Mortgage Company. | 1.4 | $ 330.00 | $ 462.00 |
| Smith, Susan | 06/22/06 | Review final MOR's for April and May. | 0.5 | 590.00 | 295.00 |
| Steele, Sarah | 06/22/06 | Receive direction from S. Smith (MFIM) regarding Monthly Operating Reports. | 0.5 | 430.00 | 215.00 |
| Smith, Susan | 06/23/06 | Review MOR's and arrange signature from T. Allison (MFIM), send to J. McPherson (Schwartzer & McPherson) for filing. | 0.4 | 590.00 | 236.00 |
| | | **Total Monthly Operating Reports for USACM** | **2.8** | | **$ 1,208.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 06/02/06 | Analyze and prepare monthly operating report initial data. | 1.3 | $ 330.00 | $ 429.00 |
| Smith, Susan | 06/21/06 | Review MOR drafts sent by L. Weese (USACM) and note issues and edits. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 06/22/06 | Review final MOR with L. Weese (USACM) and suggest edits. | 0.7 | 590.00 | 413.00 |

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 06/23/06 | Review MOR's and arrange signature from T. Allison (MFIM), send to J. McPherson (Schwartzer & McPherson) for filing. | 0.2 | 590.00 | 118.00 |
| | | **Total Monthly Operating Reports for DTDF** | **2.8** | | **$ 1,314.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Oriti, Joseph | 06/02/06 | Analyze and prepare monthly operating report initial data. | 1.3 | $ 330.00 | $ 429.00 |
| Smith, Susan | 06/21/06 | Review MOR drafts sent by L. Weese (USACM) and note issues and edits. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 06/22/06 | Review final MOR with L. Weese (USACM) and suggest edits. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 06/23/06 | Review MOR's and arrange signature from T. Allison (MFIM), send to J. McPherson (Schwartzer & McPherson) for filing. | 0.3 | 590.00 | 177.00 |
| | | **Total Monthly Operating Reports for FTDF** | **3.1** | | **$ 1,491.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Oriti, Joseph | 06/02/06 | Analyze and prepare monthly operating report initial data. | 1.1 | $ 330.00 | $ 363.00 |
| Smith, Susan | 06/21/06 | Review MOR drafts sent by L. Weese (USACM) and note issues and edits. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/22/06 | Review final MOR with L. Weese (USACM) and suggest edits. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/23/06 | Review MOR's and arrange signature from T. Allison (MFIM), send to J. McPherson (Schwartzer & McPherson) for filing. | 0.2 | 590.00 | 118.00 |
| | | **Total Monthly Operating Reports for CRA** | **1.9** | | **$ 835.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 06/02/06 | Analyze and prepare monthly operating report initial data. | 1.0 | $ 330.00 | $ 330.00 |
| Smith, Susan | 06/21/06 | Review MOR drafts sent by L. Weese (USACM) and note issues and edits. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 06/22/06 | Review final MOR with L. Weese (USACM) and suggest edits. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 06/23/06 | Review MOR's and arrange signature from T. Allison (MFIM), send to J. McPherson (Schwartzer & McPherson) for filing. | 0.2 | 590.00 | 118.00 |
| | | **Total Monthly Operating Reports for S** | **1.7** | | **$ 743.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **12.3** | | **$ 5,591.00** |
| **July 1, 2006 through July 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Oriti, Joseph | 07/10/06 | Analyze and amend USA Commercial Mortgage Company Monthly Operating Report pre-petition assets and liabilities per SoFAs and Schedules. | 1.9 | $ 330.00 | $ 627.00 |
| McClellan, Christian | 07/20/06 | Prepare M.O.R. filings. | 1.2 | 190.00 | 228.00 |
| Oriti, Joseph | 07/20/06 | Analyze April 30, 2006 post-petition USA Commercial Mortgage Company monthly operating report. | 0.9 | 330.00 | 297.00 |
| Oriti, Joseph | 07/20/06 | Analyze May 31, 2006 post-petition USA Commercial Mortgage Company monthly operating report. | 1.2 | 330.00 | 396.00 |
| Oriti, Joseph | 07/20/06 | Analyze June 30, 2006 post-petition USA Commercial Mortgage Company monthly operating report. | 1.3 | 330.00 | 429.00 |
| Oriti, Joseph | 07/20/06 | Prepare USA Commercial Mortgage Company April, May, and June monthly operating reports for filing with the Bankruptcy Court. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 07/20/06 | Review full monthly operating reports for April, May and June. | 1.4 | 590.00 | 826.00 |
| | | **Total Monthly Operating Reports for USACM** | **9.8** | | **$ 3,430.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 07/10/06 | Analyze and amend USA Capital Diversified Trust Deed Fund Monthly Operating Report pre-petition assets and liabilities per SoFAs and Schedules. | 1.6 | $ 330.00 | $ 528.00 |
| Oriti, Joseph | 07/14/06 | Analyze April 30, 2006 post-petition USA Capital Diversified Trust Deed Fund monthly operating report. | 0.5 | 330.00 | 165.00 |

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Oriti, Joseph | 07/14/06 | Analyze May 31, 2006 post-petition USA Capital Diversified Trust Deed Fund monthly operating report. | 0.7 | 330.00 | 231.00 |
| Oriti, Joseph | 07/14/06 | Analyze June 30, 2006 post-petition USA Capital Diversified Trust Deed Fund monthly operating report. | 0.8 | 330.00 | 264.00 |
| McClellan, Christian | 07/20/06 | Prepare M.O.R. filings. | 1.2 | 190.00 | 228.00 |
| Oriti, Joseph | 07/20/06 | Prepare USA Capital Diversified Trust Deed Fund April, May, and June monthly operating reports for filing with the Bankruptcy Court. | 1.5 | 330.00 | 495.00 |
| Smith, Susan | 07/20/06 | Review full monthly operating reports for April, May and June. | 1.2 | 590.00 | 708.00 |
| | | **Total Monthly Operating Reports for DTDF** | **7.5** | | **$ 2,619.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Oriti, Joseph | 07/10/06 | Analyze and amend USA Capital First Trust Deed Fund Monthly Operating Report pre-petition assets and liabilities per SoFAs and Schedules. | 1.4 | $ 330.00 | $ 462.00 |
| Oriti, Joseph | 07/14/06 | Analyze April 30, 2006 post-petition USA Capital First Trust Deed Fund monthly operating report. | 0.4 | 330.00 | 132.00 |
| Oriti, Joseph | 07/14/06 | Analyze May 31, 2006 post-petition USA Capital First Trust Deed Fund monthly operating report. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 07/14/06 | Analyze June 30, 2006 post-petition USA Capital First Trust Deed Fund monthly operating report. | 0.7 | 330.00 | 231.00 |
| Smith, Susan | 07/19/06 | Review full monthly operating reports for April, May and June. | 1.2 | 590.00 | 708.00 |
| McClellan, Christian | 07/20/06 | Prepare M.O.R. filings. | 1.2 | 190.00 | 228.00 |
| Oriti, Joseph | 07/20/06 | Prepare USA Capital First Trust Deed Fund April, May, and June monthly operating reports for filing with the Bankruptcy Court. | 1.5 | 330.00 | 495.00 |
| | | **Total Monthly Operating Reports for FTDF** | **7.0** | | **$ 2,454.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Oriti, Joseph | 07/10/06 | Analyze and amend USA Capital Realty Advisors Monthly Operating Report pre-petition assets and liabilities per SoFAs and Schedules. | 1.2 | $ 330.00 | $ 396.00 |
| Oriti, Joseph | 07/18/06 | Analyze April 30, 2006 post-petition USA Capital Realty Advisors monthly operating report. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 07/18/06 | Analyze May 31, 2006 post-petition USA Capital Realty Advisors monthly operating report. | 0.8 | 330.00 | 264.00 |
| Oriti, Joseph | 07/18/06 | Analyze June 30, 2006 post-petition USA Capital Realty Advisors monthly operating report. | 0.8 | 330.00 | 264.00 |
| Smith, Susan | 07/19/06 | Review full monthly operating reports for April, May and June. | 0.9 | 590.00 | 531.00 |
| McClellan, Christian | 07/20/06 | Prepare M.O.R. filings. | 1.2 | 190.00 | 228.00 |
| Oriti, Joseph | 07/20/06 | Prepare USA Capital Realty Advisors April, May, and June monthly operating reports for filing with the Bankruptcy Court. | 1.4 | 330.00 | 462.00 |
| | | **Total Monthly Operating Reports for CRA** | **6.9** | | **$ 2,343.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 07/10/06 | Analyze and amend USA Securities Monthly Operating Report pre-petition assets and liabilities per SoFAs and Schedules. | 1.0 | $ 330.00 | $ 330.00 |
| Oriti, Joseph | 07/18/06 | Analyze April 30, 2006 post-petition USA Securities monthly operating report. | 0.4 | 330.00 | 132.00 |
| Oriti, Joseph | 07/18/06 | Analyze May 31, 2006 post-petition USA Securities monthly operating report. | 0.6 | 330.00 | 198.00 |
| Oriti, Joseph | 07/18/06 | Analyze June 30, 2006 post-petition USA Securities monthly operating report. | 0.7 | 330.00 | 231.00 |
| McClellan, Christian | 07/20/06 | Prepare M.O.R. filings. | 0.4 | 190.00 | 76.00 |
| Oriti, Joseph | 07/20/06 | Prepare USA Securities April, May, and June monthly operating reports for filing with the Bankruptcy Court. | 1.3 | 330.00 | 429.00 |
| Smith, Susan | 07/20/06 | Review full monthly operating reports for April, May and June. | 0.7 | 590.00 | 413.00 |
| | | **Total Monthly Operating Reports for S** | **5.1** | | **$ 1,809.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **36.3** | | **$ 12,655.00** |

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **August 1, 2006 through August 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Oriti, Joseph | 08/21/06 | Prepare USA Commercial Mortgage Company July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 1.0 | $ 330.00 | $ 330.00 |
| Smith, Susan | 08/21/06 | Review and edit July report. Review balances with L. Weese (USACM), check corrections for final | 1.8 | 590.00 | 1,062.00 |
| | | **Total Monthly Operating Reports for USACM** | **2.8** | | **$ 1,392.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Oriti, Joseph | 08/21/06 | Prepare USA Capital Diversified Trust Deed Fund July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.7 | $ 330.00 | $ 231.00 |
| Smith, Susan | 08/21/06 | Review and edit July report. | 0.8 | 590.00 | 472.00 |
| | | **Total Monthly Operating Reports for DTDF** | **1.5** | | **$ 703.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Oriti, Joseph | 08/21/06 | Prepare USA Capital First Trust Deed Fund July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.6 | $ 330.00 | $ 198.00 |
| Smith, Susan | 08/21/06 | Review and edit July report. | 0.7 | 590.00 | 413.00 |
| | | **Total Monthly Operating Reports for FTDF** | **1.3** | | **$ 611.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Oriti, Joseph | 08/21/06 | Prepare USA Capital Realty Advisors July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.5 | $ 330.00 | $ 165.00 |
| Smith, Susan | 08/21/06 | Review and edit July report. | 0.4 | 590.00 | 236.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.9** | | **$ 401.00** |
| **USA Securities, LLC** | | | | | |
| Oriti, Joseph | 08/21/06 | Prepare USA Securities July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.4 | $ 330.00 | $ 132.00 |
| Smith, Susan | 08/21/06 | Review and edit July report. | 0.2 | 590.00 | 118.00 |
| | | **Total Monthly Operating Reports for S** | **0.6** | | **$ 250.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **7.1** | | **$ 3,357.00** |
| **September 1, 2006 through September 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 09/19/06 | Review August monthly operating report's for issues. | 0.7 | $ 590.00 | $ 413.00 |
| Tan, Ching Wei | 09/19/06 | Analyze final payoff information of loans repaid in August 2006 in relation to the August monthly operating report. | 1.6 | 490.00 | 784.00 |
| Oriti, Joseph | 09/20/06 | Prepare USA Commercial Mortgage Company July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 1.1 | 330.00 | 363.00 |
| Smith, Susan | 09/20/06 | Review August monthly operating report, check numbers with L. Weese (USACM), analyze report on collections for attachment. | 1.1 | 590.00 | 649.00 |
| Tan, Ching Wei | 09/20/06 | Analyze recovery of prepaid investor interest as of August 31, 2006. | 1.6 | 490.00 | 784.00 |
| | | **Total Monthly Operating Reports for USACM** | **6.1** | | **$ 2,993.00** |

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | | |
| Oriti, Joseph | 09/20/06 | Prepare USA Capital Diversified Trust Deed Fund July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.6 | $ 330.00 | $ | 198.00 |
| Smith, Susan | 09/20/06 | Review August monthly operating report. | 0.5 | 590.00 | | 295.00 |
| | | **Total Monthly Operating Reports for DTDF** | **1.1** | | **$** | **493.00** |
| | | | | | | |
| **USA Capital First Trust Deed, LLC** | | | | | | |
| Smith, Susan | 09/19/06 | Review August monthly operating report. | 0.6 | $ 590.00 | $ | 354.00 |
| Oriti, Joseph | 09/20/06 | Prepare USA Capital First Trust Deed Fund July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.5 | 330.00 | | 165.00 |
| | | **Total Monthly Operating Reports for FTDF** | **1.1** | | **$** | **519.00** |
| | | | | | | |
| **USA Capital Realty Advisors, LLC** | | | | | | |
| Smith, Susan | 09/19/06 | Review August monthly operating report. | 0.3 | $ 590.00 | $ | 177.00 |
| Oriti, Joseph | 09/20/06 | Prepare USA Capital Realty Advisors July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.7 | 330.00 | | 231.00 |
| | | **Total Monthly Operating Reports for CRA** | **1.0** | | **$** | **408.00** |
| | | | | | | |
| **USA Securities, LLC** | | | | | | |
| Smith, Susan | 09/19/06 | Review August monthly operating report. | 0.3 | $ 590.00 | $ | 177.00 |
| Oriti, Joseph | 09/20/06 | Prepare USA Securities July 31, 2006 monthly operating reports for filing with the Bankruptcy Court. | 0.3 | 330.00 | | 99.00 |
| | | **Total Monthly Operating Reports for S** | **0.6** | | **$** | **276.00** |
| | | | | | | |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **9.9** | | **$** | **4,689.00** |
| | | | | | | |
| **October 1, 2006 through October 31, 2006** | | | | | | |
| **USA Commercial Mortgage Company** | | | | | | |
| Smith, Susan | 10/19/06 | Review and edit September monthly operating report and add schedules. | 0.6 | $ 590.00 | $ | 354.00 |
| | | **Total Monthly Operating Reports for USACM** | **0.6** | | **$** | **354.00** |
| | | | | | | |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | | |
| Smith, Susan | 10/19/06 | Review September monthly operating report and obtain clarification from L. Weese (USACM). | 0.3 | $ 590.00 | $ | 177.00 |
| | | **Total Monthly Operating Reports for DTDF** | **0.3** | | **$** | **177.00** |
| | | | | | | |
| **USA Capital First Trust Deed, LLC** | | | | | | |
| Smith, Susan | 10/19/06 | Review September monthly operating report and obtain clarification from L. Weese (USACM). | 0.4 | $ 590.00 | $ | 236.00 |
| | | **Total Monthly Operating Reports for FTDF** | **0.4** | | **$** | **236.00** |
| | | | | | | |
| **USA Capital Realty Advisors, LLC** | | | | | | |
| Smith, Susan | 10/19/06 | Review September monthly operating report. | 0.3 | $ 590.00 | $ | 177.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.3** | | **$** | **177.00** |
| | | | | | | |
| **USA Securities, LLC** | | | | | | |
| Smith, Susan | 10/19/06 | Review September monthly operating report. | 0.3 | $ 590.00 | $ | 177.00 |
| | | **Total Monthly Operating Reports for S** | **0.3** | | **$** | **177.00** |
| | | | | | | |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **1.9** | | **$** | **1,121.00** |

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **November 1, 2006 through November 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 11/20/06 | Review October Operating Report and edit and attach additional reports. | 0.8 | $ 590.00 | $ 472.00 |
| | | **Total Monthly Operating Reports for USACM** | **0.8** | | **$ 472.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Smith, Susan | 11/20/06 | Review October Operating Report. | 0.5 | $ 590.00 | $ 295.00 |
| | | **Total Monthly Operating Reports for DTDF** | **0.5** | | **$ 295.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Smith, Susan | 11/20/06 | Review October Operating Report. | 0.5 | $ 590.00 | $ 295.00 |
| | | **Total Monthly Operating Reports for FTDF** | **0.5** | | **$ 295.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Smith, Susan | 11/20/06 | Review October Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.3** | | **$ 177.00** |
| **USA Securities, LLC** | | | | | |
| Smith, Susan | 11/20/06 | Review October Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for S** | **0.3** | | **$ 177.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **2.4** | | **$ 1,416.00** |
| **December 1, 2006 through December 31, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 12/20/06 | Review and edit November Operating Reports. | 0.7 | $ 590.00 | $ 413.00 |
| | | **Total Monthly Operating Reports for USACM** | **0.7** | | **$ 413.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Smith, Susan | 12/20/06 | Review and edit November Operating Reports. | 0.7 | $ 590.00 | $ 413.00 |
| | | **Total Monthly Operating Reports for DTDF** | **0.7** | | **$ 413.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Smith, Susan | 12/20/06 | Review and edit November Operating Reports. | 0.7 | $ 590.00 | $ 413.00 |
| | | **Total Monthly Operating Reports for FTDF** | **0.7** | | **$ 413.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Smith, Susan | 12/20/06 | Review and edit November Operating Reports. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.3** | | **$ 177.00** |
| **USA Securities, LLC** | | | | | |
| Smith, Susan | 12/20/06 | Review and edit November Operating Reports. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for S** | **0.3** | | **$ 177.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **2.7** | | **$ 1,593.00** |
| **January 1, 2007 through January 31, 2007** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 01/20/07 | Review December Operating Report. | 0.6 | $ 590.00 | $ 354.00 |
| | | **Total Monthly Operating Reports for USACM** | **0.6** | | **$ 354.00** |

**USA Capital Diversified Trust Deed Fund, LLC**

**EXHIBIT E29**

USA Commercial Mortgage Company, et al.
Monthly Operating Reports
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 01/20/07 | Review December Operating Report. | 0.4 | $ 590.00 | $ 236.00 |
| | | **Total Monthly Operating Reports for DTDF** | **0.4** | | **$ 236.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Smith, Susan | 01/20/07 | Review December Operating Report. | 0.4 | $ 590.00 | $ 236.00 |
| | | **Total Monthly Operating Reports for FTDF** | **0.4** | | **$ 236.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Smith, Susan | 01/20/07 | Review December Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.3** | | **$ 177.00** |
| **USA Securities, LLC** | | | | | |
| Smith, Susan | 01/20/07 | Review December Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for S** | **0.3** | | **$ 177.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **2.0** | | **$ 1,180.00** |
| **February 1, 2007 through February 28, 2007** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Smith, Susan | 02/19/07 | Review January Monthly Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for USACM** | **0.3** | | **$ 177.00** |
| **USA Capital Diversified Trust Deed Fund, LLC** | | | | | |
| Smith, Susan | 02/19/07 | Review January Monthly Operating Report. | 0.6 | $ 590.00 | $ 354.00 |
| | | **Total Monthly Operating Reports for DTDF** | **0.6** | | **$ 354.00** |
| **USA Capital First Trust Deed, LLC** | | | | | |
| Smith, Susan | 02/19/07 | Review January Monthly Operating Report. | 0.8 | $ 590.00 | $ 472.00 |
| | | **Total Monthly Operating Reports for FTDF** | **0.8** | | **$ 472.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Smith, Susan | 02/19/07 | Review January Monthly Operating Report. | 0.3 | $ 590.00 | $ 177.00 |
| | | **Total Monthly Operating Reports for CRA** | **0.3** | | **$ 177.00** |
| **USA Securities, LLC** | | | | | |
| Smith, Susan | 02/19/07 | Review January Monthly Operating Report. | 0.6 | $ 590.00 | $ 354.00 |
| | | **Total Monthly Operating Reports for S** | **0.6** | | **$ 354.00** |
| | | **Total Monthly Operating Reports for USACM / DTDF / FTDF / CRA /S** | **2.6** | | **$ 1,534.00** |
| | | **Total Hours and Fees for Monthly Operating Reports from April 13, 2006 through March 12, 2007** | **90.8** | | **$ 38,872.00** |
| | | USA Commercial Mortgage Company | 30.8 | | $ 13,834.00 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 17.8 | | $ 7,578.00 |
| | | USA Capital First Trust Deed Fund, LLC | 17.0 | | $ 7,288.00 |
| | | USA Capital Realty Advisors, LLC | 13.7 | | $ 5,367.00 |
| | | USA Securities, LLC | 11.5 | | $ 4,805.00 |
| | | | 90.8 | | $ 38,872.00 |