# EXHIBIT E30

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **November 1, 2006 through November 30, 2006** | | | | | |
| **USA Commercial Mortgage Company** | | | | | |
| Cadwell, Kristin | 11/01/06 | Categorize claims to match corresponding proof of claims. | 2.0 | $ 190.00 | $ 380.00 |
| Cadwell, Kristin | 11/01/06 | Continue to categorize claims to match corresponding proof of claims. | 2.9 | 190.00 | 551.00 |
| Cheng, Patrick | 11/01/06 | Review schedule claims information captured from BMC and reconcile them to updated ledgers. | 1.7 | 560.00 | 952.00 |
| Steele, Sarah | 11/01/06 | Discuss with BMC regarding claims analysis and download. | 0.6 | 430.00 | 258.00 |
| Wooley, Erin | 11/01/06 | Incorporate filed proofs of claim, received from BMC, into the master claims template. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 11/01/06 | Reconcile scheduled claims to filed proofs of claim. | 3.6 | 330.00 | 1,188.00 |
| Wooley, Erin | 11/01/06 | Continue to reconcile the scheduled claims to the proofs of claim. | 3.4 | 330.00 | 1,122.00 |
| Cadwell, Kristin | 11/02/06 | Match proof of claim to USA Capital schedule claimants. | 1.2 | 190.00 | 228.00 |
| Cadwell, Kristin | 11/02/06 | Continue to match proof of claim to USA Capital schedule claimants. | 1.8 | 190.00 | 342.00 |
| Smith, Susan | 11/02/06 | Analyze claims schedule needed, give direction to E. Wooley (MFIM) and update template. | 0.8 | 590.00 | 472.00 |
| Steele, Sarah | 11/02/06 | Discuss claims reconciliation with staff. | 1.2 | 430.00 | 516.00 |
| Wooley, Erin | 11/02/06 | Categorize both scheduled and proofs of claim into specified categories. | 2.8 | 330.00 | 924.00 |
| Wooley, Erin | 11/02/06 | Analyze and incorporate claims reconciled by K. Cadwell (MFIM) into the master claims template. | 2.9 | 330.00 | 957.00 |
| Smith, Susan | 11/03/06 | Prepare summary page of Claims Template with Plan classes. | 0.4 | 590.00 | 236.00 |
| Wooley, Erin | 11/03/06 | Analyze certain proof of claim forms to determine the nature of the claim in order to place the claim into a specified category. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 11/04/06 | Prepare summary for each claim type by Debtor. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 11/06/06 | Update claims template with First Trust Deed Fund scheduled equity claims. | 0.7 | 330.00 | 231.00 |
| Smith, Susan | 11/08/06 | Review claims analysis used in estimated claims in Plan. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 11/12/06 | Analyze claims per class. | 0.7 | 590.00 | 413.00 |
| Wooley, Erin | 11/17/06 | Review and analyze claims template prepared by C. Jordan (Lewis & Roca) in preparation for conference call. | 0.7 | 330.00 | 231.00 |
| Wooley, Erin | 11/17/06 | Participate in conference call with C. Jordan (Lewis & Roca) to discuss claims analysis. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 11/27/06 | Participate in conference call with R. Charles, C. Jordan and M. Schoenike (all Lewis & Roca) to discuss claims template as well as discuss the objections to certain unsecured claims. | 0.9 | 330.00 | 297.00 |
| Wooley, Erin | 11/27/06 | Update claims template with filed USACM proofs of claim number 551 through 699 and categorize claims. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 11/27/06 | Reconcile USA Commercial Mortgage proofs of claim number 551 to 601 to scheduled claims. | 1.4 | 330.00 | 462.00 |
| Smith, Susan | 11/28/06 | Review claims analysis and review schedule. | 0.8 | 590.00 | 472.00 |
| Wooley, Erin | 11/28/06 | Reconcile USA Commercial Mortgage proofs of claim number 602 to 699 to scheduled claims. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 11/28/06 | Analyze USA Commercial Mortgage proof of claim forms, ranging from number 551 to 590, to determine the nature of the claim and update claims template. | 0.9 | 330.00 | 297.00 |
| Wooley, Erin | 11/28/06 | Analyze USA Commercial Mortgage proof of claims, ranging from number 591 to 617, to determine the nature of the claim and update claims template. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 11/29/06 | Participate in call to S. Cummings (RQN) to discuss claims objections. | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 11/29/06 | Analyze updated claims file received from BMC and determine claims filed through November 6, 2006. | 1.3 | 330.00 | 429.00 |
| Wooley, Erin | 11/29/06 | Update master claims template with additional claims that have been filed through November 6, 2006 and determine the category for each claim. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 11/29/06 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number 700 to 775, to scheduled claims. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 11/29/06 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number 776 through 850, to scheduled claims. | 1.4 | 330.00 | 462.00 |
| Cadwell, Kristin | 11/30/06 | Begin work on identifying Proof of Claims and classifying them according to claim. | 1.2 | 190.00 | 228.00 |
| Steele, Sarah | 11/30/06 | Discuss with staff regarding claims analysis. | 0.6 | 430.00 | 258.00 |
| Wooley, Erin | 11/30/06 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number 851 through 900, to scheduled claims. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 11/30/06 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number 901 through 960, to scheduled claims. | 1.7 | 330.00 | 561.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 11/30/06 | Analyze USA Commercial Mortgage proofs of claim, ranging from number 700 to 775, to determine the nature of the claim and update claims template. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 11/30/06 | Analyze USA Commercial Mortgage proofs of claim, ranging from number 776 to 876, to determine the nature of the claim and update claims template. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 11/30/06 | Analyze USA Commercial Mortgage proofs of claim, ranging from number 877 to 976, to determine the nature of the claim and update claims template. | 3.4 | 330.00 | 1,122.00 |
| | | **Total Claims Analysis for USACM** | **63.1** | | **$ 21,038.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cheng, Patrick | 11/01/06 | Participate in telephone call with A. Parlen (Stutman Treister et al) regarding certain secured claims filed in respect of First Trust Deed Fund. | 0.3 | $ 560.00 | $ 168.00 |
| Wooley, Erin | 11/06/06 | Update claims template with Diversified Trust Deed Fund scheduled equity claims. | 0.7 | 330.00 | 231.00 |
| Wooley, Erin | 11/28/06 | Participate in call to A. Parlen (Stutman) to discuss First Trust Deed Fund claims and questions regarding certain scheduled claims. | 0.4 | 330.00 | 132.00 |
| | | **Total Claims Analysis for FTDF** | **1.4** | | **$ 531.00** |
| | | **Total Claims Analysis USACM / FTDF** | **64.5** | | **$ 21,569.00** |

**December 1, 2006 through December 31, 2006**
**USA Commercial Mortgage Company**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Cadwell, Kristin | 12/01/06 | Analyze proofs of claim number 1-1000 to determine the nature of the claim. | 2.0 | $ 190.00 | $ 380.00 |
| Cadwell, Kristin | 12/01/06 | Analyze proofs of claim in the range 2000-3000 to determine the nature of the claim. | 2.0 | 190.00 | 380.00 |
| Cadwell, Kristin | 12/01/06 | Update secured and priority claim in database. | 2.5 | 190.00 | 475.00 |
| Steele, Sarah | 12/01/06 | Instruct staff regarding claims analysis. | 0.6 | 430.00 | 258.00 |
| Wooley, Erin | 12/01/06 | Analyze USA Commercial Mortgage proofs of claim, ranging from number 977 to 1040, to determine the nature of the claim and update claims template. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 12/01/06 | Analyze USA Commercial Mortgage proofs of claim, ranging from number 1041 to 1179, to determine the nature of the claim and update claims template. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 12/01/06 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number 961 to 1064, to scheduled claims. | 2.2 | 330.00 | 726.00 |
| Wooley, Erin | 12/02/06 | Update claims template with claims filed between 11/6/06 and 11/29/06. | 1.7 | 330.00 | 561.00 |
| Wooley, Erin | 12/02/06 | Categorize the claims filed between 11/6/06 and 11/29/06. | 1.7 | 330.00 | 561.00 |
| Wooley, Erin | 12/02/06 | Update summary of claims to include the newly added claims filed between 11/6/06 and 11/29/06. | 1.1 | 330.00 | 363.00 |
| Wooley, Erin | 12/03/06 | Review files prepared by K. Fillip and K. Caldwell (both MFIM), research necessary proof of claim forms and update template. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 12/03/06 | Update claims template with comments from claims reviewed by K. Caldwell and K. Fillip (both MFIM). | 1.2 | 330.00 | 396.00 |
| Wooley, Erin | 12/03/06 | Analyze claims file to determine which claims should be included on the objections. | 2.1 | 330.00 | 693.00 |
| Smith, Susan | 12/04/06 | Review Exhibit for Objection. | 0.4 | 590.00 | 236.00 |
| Wooley, Erin | 12/04/06 | Prepare claims objection exhibit for claims filed in USA Commercial Mortgage with no supporting documentation. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 12/04/06 | Prepare claims objection exhibit for claims filed in USA Commercial Mortgage that should've been filed in another case. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 12/04/06 | Prepare claims objection exhibit for secured claims filed in USA Commercial Mortgage where claimant is claiming original investment. | 2.3 | 330.00 | 759.00 |
| Wooley, Erin | 12/04/06 | Prepare claims objection exhibit for unsecured claims filed in USA Commercial Mortgage where claimant is claiming original investment. | 1.8 | 330.00 | 594.00 |
| Wooley, Erin | 12/04/06 | Prepare claims objection exhibit for priority claims filed in USA Commercial Mortgage where claimant is claiming original investment. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 12/05/06 | Review claims master file. | 0.6 | 590.00 | 354.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Steele, Sarah | 12/06/06 | Review diverted principal as scheduled. | 1.7 | 430.00 | 731.00 |
| | | **Total Claims Analysis for USACM** | **37.0** | | **$ 11,790.00** |

**January 1, 2007 through January 31, 2007**
**USA Commercial Mortgage Company**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Wooley, Erin | 01/04/07 | Update claims template with USA Commercial Mortgage claims #1408 through #1763. | 2.9 | $ 330.00 | $ 957.00 |
| Wooley, Erin | 01/05/07 | Categorize claims #1408 through #1763. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 01/05/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1407 to #1500, to scheduled claims and analyze claim forms when necessary. | 3.7 | 330.00 | 1,221.00 |
| Wooley, Erin | 01/05/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1501 to #1600, to scheduled claims. | 3.6 | 330.00 | 1,188.00 |
| Smith, Susan | 01/08/07 | Assess issues regarding claim Objections. | 0.7 | 590.00 | 413.00 |
| Wooley, Erin | 01/08/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1601 to #1675, to scheduled claims. | 3.1 | 330.00 | 1,023.00 |
| Wooley, Erin | 01/08/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1676 to #1763, to scheduled claims. | 3.4 | 330.00 | 1,122.00 |
| Wooley, Erin | 01/08/07 | Instruct staff on claims analysis. | 0.8 | 330.00 | 264.00 |
| Smith, Susan | 01/10/07 | Participate in call with RQN and E. Wooley (MFIM) regarding claims. | 0.7 | 590.00 | 413.00 |
| Steele, Sarah | 01/10/07 | Participate in conference call with RQN regarding Claims Objections process. | 1.4 | 430.00 | 602.00 |
| Wooley, Erin | 01/10/07 | Participate in conference call with S. Smith (MFIM), A. Jarvis and S. Cummings (both RQN) to discuss claims analysis and Objections. | 0.7 | 330.00 | 231.00 |
| McClellan, Christian | 01/11/07 | Supplement claims schedules with unique Account & Client IDs (A-B). | 2.9 | 190.00 | 551.00 |
| McClellan, Christian | 01/11/07 | Supplement claims schedules with unique Account & Client IDs (C-D). | 3.2 | 190.00 | 608.00 |
| Smith, Susan | 01/11/07 | Review issues with claims analysis. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 01/11/07 | Participate in call with A. Jarvis (RQN) to discuss claims and assignment issues. | 0.4 | 590.00 | 236.00 |
| Steele, Sarah | 01/11/07 | Instruct staff regarding diverted principal claims. | 1.1 | 430.00 | 473.00 |
| Wooley, Erin | 01/11/07 | Review the proposed amended schedule F-1 in regard to diverted principal and compare to the claims that have been filed for diverted principal. | 3.9 | 330.00 | 1,287.00 |
| Wooley, Erin | 01/11/07 | Continue to review the proposed amended schedule F-1 in regard to diverted principal and compare to the claims that have been filed for diverted principal. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 01/11/07 | Check 5 specific account numbers to see if the Investor filed a proof of claim for diverted principal. | 0.9 | 330.00 | 297.00 |
| Atkinson, James | 01/12/07 | Review Declaration of W. Schilz in connection with Spectrum Financial Group proof of claim. | 1.8 | 650.00 | 1,170.00 |
| Atkinson, James | 01/12/07 | Review Declaration or R. Weddell in connection with Spectrum Financial Group proof of claim. | 1.6 | 650.00 | 1,040.00 |
| McClellan, Christian | 01/12/07 | Supplement claims schedules with unique Account & Client IDs (E-G). | 3.9 | 190.00 | 741.00 |
| McClellan, Christian | 01/12/07 | Supplement claims schedules with unique Account & Client IDs (H-K). | 3.3 | 190.00 | 627.00 |
| Wooley, Erin | 01/12/07 | Organize collection reports, budget to actual reports and loan summary files and send to K. Fillip (MFIM). | 0.7 | 330.00 | 231.00 |
| Grancher, Matthew | 01/16/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1 to #124 to determine the nature of the claim and update the claims template. | 2.9 | 290.00 | 841.00 |
| McClellan, Christian | 01/16/07 | Supplement claims schedules with unique Account & Client IDs (L-M). | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 01/16/07 | Supplement claims schedules with unique Account & Client IDs (N-P). | 3.2 | 190.00 | 608.00 |
| Smith, Susan | 01/16/07 | Participate in call with E. Wooley (MFIM) regarding Claims Objections. | 0.3 | 590.00 | 177.00 |
| Wooley, Erin | 01/16/07 | Participate in call with S. Smith (MFIM) regarding Claims Objections. | 0.3 | 330.00 | 99.00 |
| Wooley, Erin | 01/16/07 | Instruct staff on claims analysis and procedures. | 0.6 | 330.00 | 198.00 |
| Wooley, Erin | 01/16/07 | Discuss Claims Objections with S. Cummings (RQN). | 0.2 | 330.00 | 66.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Grancher, Matthew | 01/17/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #125 to #229 to determine the nature of the claim and update the claims template. | 3.0 | 290.00 | 870.00 |
| Grancher, Matthew | 01/17/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #232 to #365 to determine the nature of the claim and update the claims template. | 3.1 | 290.00 | 899.00 |
| McClellan, Christian | 01/17/07 | Supplement claims schedules with unique Account & Client IDs (Q-S). | 3.7 | 190.00 | 703.00 |
| McClellan, Christian | 01/17/07 | Supplement claims schedules with unique Account & Client IDs (T-Z). | 3.6 | 190.00 | 684.00 |
| Wooley, Erin | 01/17/07 | Analyze claims analysis and review with staff. | 0.4 | 330.00 | 132.00 |
| Grancher, Matthew | 01/18/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #368 to #433 to determine the nature of the claim and update the claims template. | 1.3 | 290.00 | 377.00 |
| Grancher, Matthew | 01/18/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #434 to #598 to determine the nature of the claim and update the claims template. | 1.4 | 290.00 | 406.00 |
| Smith, Susan | 01/18/07 | Review claims files. | 0.5 | 590.00 | 295.00 |
| Wooley, Erin | 01/18/07 | Review claims analysis prepared by M. Grancher (MFIM) and provide comments. | 1.2 | 330.00 | 396.00 |
| Grancher, Matthew | 01/19/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #501 to #606 to determine the nature of the claim and update the claims template. | 2.7 | 290.00 | 783.00 |
| Grancher, Matthew | 01/19/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #608 to #720. | 2.9 | 290.00 | 841.00 |
| Wooley, Erin | 01/19/07 | Update claims template with USA Commercial Mortgage claims #1764 through #2004. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 01/19/07 | Categorize claims #1764 through #2004. | 2.2 | 330.00 | 726.00 |
| Wooley, Erin | 01/19/07 | Reconcile claims in the range #2236 to #2335 to the scheduled amounts. | 2.6 | 330.00 | 858.00 |
| Grancher, Matthew | 01/21/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #724 to #782 to determine the nature of the claim and update the claims template. | 1.5 | 290.00 | 435.00 |
| Grancher, Matthew | 01/21/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #785 to #829 to determine the nature of the claim and update the claims template. | 1.6 | 290.00 | 464.00 |
| Grancher, Matthew | 01/22/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #830 to #1000 to determine the nature of the claim and update the claims template. | 1.5 | 290.00 | 435.00 |
| Grancher, Matthew | 01/22/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1001 to #1144 to determine the nature of the claim and update the claims template. | 3.7 | 290.00 | 1,073.00 |
| Grancher, Matthew | 01/22/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1145 to #1280 to determine the nature of the claim and update the claims template. | 3.8 | 290.00 | 1,102.00 |
| Wooley, Erin | 01/22/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1764 to #1860 to scheduled claims. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 01/22/07 | Review claims analysis prepared by M. Grancher (MFIM), research necessary proof of claim forms and update claims template. | 3.1 | 330.00 | 1,023.00 |
| Wooley, Erin | 01/22/07 | Analyze 50 USA Commercial Mortgage proofs of claim, in the range of #1764 to #2004, to determine the nature of the claim and update claims template. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 01/22/07 | Analyze 60 USA Commercial Mortgage proofs of claim, in the range of #1764 to #2004, to determine the nature of the claim and update claims template. | 2.6 | 330.00 | 858.00 |
| Wooley, Erin | 01/22/07 | Analyze 65 USA Commercial Mortgage proofs of claim, in the range of #1764 to #2004, to determine the nature of the claim and update claims template. | 2.8 | 330.00 | 924.00 |
| Grancher, Matthew | 01/23/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1283 to #1415 to determine the nature of the claim and update the claims template. | 3.5 | 290.00 | 1,015.00 |
| Grancher, Matthew | 01/23/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1432 to #1560 to determine the nature of the claim and update the claims template. | 3.8 | 290.00 | 1,102.00 |
| Grancher, Matthew | 01/23/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1569 to #1722 to determine the nature of the claim and update the claims template. | 3.6 | 290.00 | 1,044.00 |
| Wooley, Erin | 01/23/07 | Reconcile USA Commercial Mortgage proofs of claim, ranging from number #1861to #2004 to scheduled claims. | 3.3 | 330.00 | 1,089.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 01/23/07 | Analyze 55 USA Commercial Mortgage proofs of claim, in the range of #1764 to #2004, to determine the nature of the claim and update claims template. | 1.9 | 330.00 | 627.00 |
| Grancher, Matthew | 01/24/07 | Analyze USA Commercial Mortgage proofs of claim, ranging from #1857 to #2049 to determine the nature of the claim and update the claims template. | 1.4 | 290.00 | 406.00 |
| Grancher, Matthew | 01/24/07 | Review claims #2005 through #2145 to extract claimant information and update the claims template. | 3.5 | 290.00 | 1,015.00 |
| Grancher, Matthew | 01/24/07 | Review claims #2005 through #2145 to determine the nature of the claim and update the claims template. | 3.7 | 290.00 | 1,073.00 |
| McClellan, Christian | 01/24/07 | Prepare Objections to Claims filed against the incorrect Debtor. | 3.8 | 190.00 | 722.00 |
| McClellan, Christian | 01/24/07 | Prepare Objections to Claims filed against the incorrect Debtor. | 3.8 | 190.00 | 722.00 |
| Wooley, Erin | 01/24/07 | Analyze Claims Objection Exhibits and claims review process with staff. | 0.9 | 330.00 | 297.00 |
| Wooley, Erin | 01/24/07 | Review claims analysis prepared by M. Grancher (MFIM), research necessary proof of claim forms and update claims template. | 3.4 | 330.00 | 1,122.00 |
| Wooley, Erin | 01/24/07 | Analyze blocked claims file prepared by M. Grancher (MFIM) research necessary proof of claim forms and update claims template. | 0.9 | 330.00 | 297.00 |
| Grancher, Matthew | 01/25/07 | Review claims #2146 through #2302 to extract claimant information and update the claims template. | 3.7 | 290.00 | 1,073.00 |
| Grancher, Matthew | 01/25/07 | Review claims #2146 through #2302 to determine the nature of the claim and update the claims template. | 3.9 | 290.00 | 1,131.00 |
| Grancher, Matthew | 01/25/07 | Review claims #2303 through #2335 to extract claimant information and update the claims template. | 0.9 | 290.00 | 261.00 |
| Grancher, Matthew | 01/25/07 | Review claims #2303 through #2335 to determine the nature of the claim and update the claims template. | 1.0 | 290.00 | 290.00 |
| McClellan, Christian | 01/25/07 | Categorize Claims and indicating Objection (10725-02269-10725-02335). | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 01/25/07 | Categorize claims and indicating objection (10725-02203-10725-02268). | 3.1 | 190.00 | 589.00 |
| Wooley, Erin | 01/25/07 | Discuss Claims Objection Exhibits with S. Cummings (RQN). | 0.3 | 330.00 | 99.00 |
| Grancher, Matthew | 01/26/07 | Review claims filed in wrong debtor ranging from #12 through #2204 to determine the nature of the claim and update the claims template. | 2.0 | 290.00 | 580.00 |
| Grancher, Matthew | 01/26/07 | Review claims filed with diverted principal ranging from #70 through #482 to determine the nature of the claim and update the claims template. | 3.4 | 290.00 | 986.00 |
| Grancher, Matthew | 01/26/07 | Review claims filed with diverted principal ranging from #555 through #1639 to determine the nature of the claim and update the claims template. | 2.1 | 290.00 | 609.00 |
| McClellan, Christian | 01/26/07 | Research diverted principal claims (10725-00219 to 10725-00570). | 3.6 | 190.00 | 684.00 |
| McClellan, Christian | 01/26/07 | Categorize diverted principal claims (10725-00219 to 10725-00570). | 3.6 | 190.00 | 684.00 |
| Wooley, Erin | 01/26/07 | Update claims template with claims #2005 through #2335. | 2.3 | 330.00 | 759.00 |
| Wooley, Erin | 01/26/07 | Categorize claims #2005 through #2335. | 2.3 | 330.00 | 759.00 |
| Wooley, Erin | 01/26/07 | Analyze claims file for claims #2005 through #2202 prepared by M. Grancher (MFIM), research necessary proof of claim forms and update claims template. | 3.4 | 330.00 | 1,122.00 |
| Wooley, Erin | 01/26/07 | Analyze claims file of claims #2203 through #2335 prepared by C. McClellan (MFIM), research necessary proof of claim forms and update claims template. | 3.3 | 330.00 | 1,089.00 |
| Wooley, Erin | 01/28/07 | Analyze diverted claims file prepared by M. Grancher (MFIM) research necessary proof of claim forms and update claims template. | 1.8 | 330.00 | 594.00 |
| Wooley, Erin | 01/28/07 | Analyze diverted claims file prepared by C. McClellan (MFIM) research necessary proof of claim forms and update claims template. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 01/28/07 | Analyze claims reviewed by staff, research necessary proof of claim forms and update claims template. | 3.4 | 330.00 | 1,122.00 |
| Grancher, Matthew | 01/29/07 | Review comments on claims template for claims #882 through #1127 to determine Objection reasoning and update claims template. | 0.9 | 290.00 | 261.00 |
| Grancher, Matthew | 01/29/07 | Review comments on claims template for claims #1 through #563 to determine Objection reasoning and update claims template. | 3.9 | 290.00 | 1,131.00 |
| Grancher, Matthew | 01/29/07 | Review comments on claims template for claims #564 through #881 to determine Objection reasoning and update claims template. | 3.8 | 290.00 | 1,102.00 |
| McClellan, Christian | 01/29/07 | Research diverted principal claims (10725-00570 to 10725-00920). | 2.4 | 190.00 | 456.00 |
| McClellan, Christian | 01/29/07 | Categorize diverted principal claims (10725-00570 to 10725-00920). | 2.4 | 190.00 | 456.00 |
| Wooley, Erin | 01/29/07 | Reconcile claims in the range #2005 to #2135 to the scheduled amounts. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 01/29/07 | Reconcile claims in the range #2136 to #2235 to the scheduled amounts. | 2.7 | 330.00 | 891.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 01/29/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.6 | 330.00 | 1,188.00 |
| Grancher, Matthew | 01/30/07 | Review comments on claims template for claims #882 through #1304 to determine Objection reasoning and update claims template. | 2.7 | 290.00 | 783.00 |
| Grancher, Matthew | 01/30/07 | Review comments on claims template for claims #1305 through #1630 to determine Objection reasoning and update claims template. | 3.8 | 290.00 | 1,102.00 |
| McClellan, Christian | 01/30/07 | Research diverted principal claims (10725-00920 to 10725-01270). | 2.3 | 190.00 | 437.00 |
| McClellan, Christian | 01/30/07 | Categorize diverted principal claims (10725-00920 to 10725-01270). | 2.6 | 190.00 | 494.00 |
| Wooley, Erin | 01/30/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.7 | 330.00 | 1,221.00 |
| Wooley, Erin | 01/30/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.8 | 330.00 | 1,254.00 |
| Wooley, Erin | 01/30/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.7 | 330.00 | 1,221.00 |
| Grancher, Matthew | 01/31/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts for claims #1 through #34. | 1.0 | 290.00 | 290.00 |
| Grancher, Matthew | 01/31/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts for claims #35 through #112. | 3.5 | 290.00 | 1,015.00 |
| Grancher, Matthew | 01/31/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts for claims #113 through #197. | 3.8 | 290.00 | 1,102.00 |
| McClellan, Christian | 01/31/07 | Research diverted principal claims (10725-01270 to 10725-01610). | 2.6 | 190.00 | 494.00 |
| McClellan, Christian | 01/31/07 | Categorize diverted principal claims (10725-01270 to 10725-01610). | 2.5 | 190.00 | 475.00 |
| McClellan, Christian | 01/31/07 | Update scheduled diverted principal claim amounts. | 3.0 | 190.00 | 570.00 |
| Wooley, Erin | 01/31/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.6 | 330.00 | 1,188.00 |
| Wooley, Erin | 01/31/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 3.6 | 330.00 | 1,188.00 |
| | | **Total Claims Analysis for USACM** | **271.6** | | **$ 79,014.00** |

**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 01/11/07 | Review claims files for Diversified Trust Deed Fund. | 0.5 | $ 590.00 | $ 295.00 |
| Steele, Sarah | 01/29/07 | Review Diversified Trust Deed Fund Claims Objection. | 0.8 | 430.00 | 344.00 |
| | | **Total Claims Analysis for DTDF** | **1.3** | | **$ 639.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 01/03/07 | Update claims template with First Trust Deed Fund filed proofs of claims and filed proofs of interest. | 1.8 | $ 330.00 | $ 594.00 |
| Wooley, Erin | 01/09/07 | Review First Trust Deed Fund Objections on claims based on equity interests and provide comments. | 2.4 | 330.00 | 792.00 |
| Smith, Susan | 01/10/07 | Review claims files and Declaration for First Trust Deed Fund. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 01/11/07 | Participate in call with A. Parlan (Stutman) regarding claims holdbacks. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 01/16/07 | Participate in call with A. Jarvis, E. Monson (both RQN) E. Karasik, A. Parlan (Stutman) M. Kvarda (A&M) regarding First Trust Deed Fund proofs of claim or interest. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 01/16/07 | Participate in call with P. Hunt (RQN) regarding First Trust Deed Fund Claim Objection. | 0.3 | 590.00 | 177.00 |
| Wooley, Erin | 01/16/07 | Review and analyze First Trust Deed Fund proofs of claim 1-60 to determine the nature of the claim. | 2.2 | 330.00 | 726.00 |
| Wooley, Erin | 01/16/07 | Review and analyze First Trust Deed Fund proofs of claim 61-100 to determine the nature of the claim. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 01/17/07 | Review First Trust Deed Fund Objections regarding Misfiled Claims and Compromised Claims and provide comments. | 2.9 | 330.00 | 957.00 |
| Wooley, Erin | 01/17/07 | Review and analyze First Trust Deed Fund proofs of claim #101 - #145 to determine the nature of the claim. | 1.3 | 330.00 | 429.00 |
| Wooley, Erin | 01/17/07 | Analyze First Trust Deed Fund filed proofs of interest and reconcile to scheduled amounts. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 01/18/07 | Reconcile First Trust Deed Fund filed claims to the scheduled claims. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 01/18/07 | Determine whether or not the claims misfiled in First Trust Deed Fund were also filed with the correct Debtor and prepare list. | 1.8 | 330.00 | 594.00 |
| Smith, Susan | 01/19/07 | Participate in call with A. Parlen (Stutman), P. Hunt (RQN) E. Wooley (MFIM) regarding First Trust Deed Fund claims and Objection Exhibits. | 1.1 | 590.00 | 649.00 |
| Wooley, Erin | 01/19/07 | Determine which First Trust Deed Fund claimants filed both a proof of claim and a duplicate proof of interest and prepare listing of such. | 1.6 | 330.00 | 528.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 01/19/07 | Participate in conference call with S. Smith (MFIM), P. Hunt (RQN), A. Parlen (Stutman) to discuss First Trust Deed Fund Claims Objections. | 1.1 | 330.00 | 363.00 |
| Smith, Susan | 01/25/07 | Participate in call with A. Parlen (Stutman) regarding claims estimation. | 0.4 | 590.00 | 236.00 |
| | | **Total Claims Analysis for FTDF** | **23.9** | | **$ 8,693.00** |
| **USA Capital Realty Advisors, LLC** | | | | | |
| Wooley, Erin | 01/18/07 | Determine whether or not the claims misfiled in USA Capital Realty Advisors were also filed with the correct Debtor. | 1.4 | $ 330.00 | $ 462.00 |
| Wooley, Erin | 01/19/07 | Review and analyze proofs of claim filed in USA Capital Realty Advisors to determine the nature of the claims. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 01/25/07 | Review USA Capital Realty Advisors Objection Exhibits and update. | 1.2 | 330.00 | 396.00 |
| Wooley, Erin | 01/25/07 | Prepare summary by category of claims filed in USA Capital Realty Advisors. | 0.9 | 330.00 | 297.00 |
| Wooley, Erin | 01/25/07 | Revise USA Capital Realty Advisors exhibits and reconcile claims. | 1.3 | 330.00 | 429.00 |
| | | **Total Claims Analysis for CR** | **6.7** | | **$ 2,211.00** |
| **USA Securities, LLC** | | | | | |
| Wooley, Erin | 01/18/07 | Review and analyze proofs of claim filed in USA Securities to determine the nature of the claims. | 1.7 | $ 330.00 | $ 561.00 |
| Wooley, Erin | 01/19/07 | Determine whether or not the claims misfiled in USA Securities were also filed with the correct Debtor. | 1.3 | 330.00 | 429.00 |
| Wooley, Erin | 01/25/07 | Prepare summary by category of claims filed in USA Securities. | 1.3 | 330.00 | 429.00 |
| | | **Total Claims Analysis for S** | **4.3** | | **$ 1,419.00** |
| | | **Total Claims Analysis USACM / DTDF / FTDF / CR / S** | **307.8** | | **$ 91,976.00** |

**February 1, 2007 through February 28, 2007**
**USA Commercial Mortgage Company**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Grancher, Matthew | 02/01/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Bay Pompano). | 3.9 | $ 290.00 | $ 1,131.00 |
| Grancher, Matthew | 02/01/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Copper Sage Commerce Center). | 1.0 | 290.00 | 290.00 |
| Grancher, Matthew | 02/01/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Cabernet). | 1.7 | 290.00 | 493.00 |
| Grancher, Matthew | 02/01/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Beau Rivage 8MM). | 3.4 | 290.00 | 986.00 |
| Grancher, Matthew | 02/01/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Beastar). | 2.8 | 290.00 | 812.00 |
| McClellan, Christian | 02/01/07 | Update scheduled diverted principal claim amounts (Freeway 101). | 3.5 | 190.00 | 665.00 |
| McClellan, Christian | 02/01/07 | Update scheduled diverted principal claim amounts (Lake Helen Partners). | 3.4 | 190.00 | 646.00 |
| McClellan, Christian | 02/01/07 | Update scheduled diverted principal claim amounts (Oak Shores II). | 1.3 | 190.00 | 247.00 |
| Smith, Susan | 02/01/07 | Review Broker commission memos and analyze V. Loob's (formerly USACM) spreadsheet on commissions to determine if grounds for Objections. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/01/07 | Research commission schedules to determine Brokers pay and possible objections. | 0.9 | 590.00 | 531.00 |
| Wooley, Erin | 02/01/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 2.7 | 330.00 | 891.00 |
| Wooley, Erin | 02/01/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 2.8 | 330.00 | 924.00 |
| Wooley, Erin | 02/01/07 | Analyze 100 lines of claims detail to review comments and determine which Objection Exhibit, if any, the claim should go on. | 2.6 | 330.00 | 858.00 |
| Grancher, Matthew | 02/02/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Universal Hawaii). | 3.7 | 290.00 | 1,073.00 |
| Grancher, Matthew | 02/02/07 | Review Amended Schedule F-1 and claims template for changes in diverted principal amounts (Roam Development, 2nd half). | 2.5 | 290.00 | 725.00 |
| McClellan, Christian | 02/02/07 | Update scheduled diverted principal claim amounts (Oak Shores II). | 2.1 | 190.00 | 399.00 |
| McClellan, Christian | 02/02/07 | Update scheduled diverted principal claim amounts (Roam Development Group). | 3.6 | 190.00 | 684.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Smith, Susan | 02/02/07 | Participate on conference call with E. Wooley (MFIM), P. Hunt and S. Cummings (both RQN) to discuss Claims Objections. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 02/02/07 | Review file of administrative claims. | 0.4 | 590.00 | 236.00 |
| Wooley, Erin | 02/02/07 | Analyze M. Grancher's (MFIM) comments to claims and incorporate into master file. | 3.7 | 330.00 | 1,221.00 |
| Wooley, Erin | 02/02/07 | Participate on conference call with S. Smith (MFIM), P. Hunt and S. Cummings (both RQN) to discuss Claims Objections. | 0.6 | 330.00 | 198.00 |
| Wooley, Erin | 02/02/07 | Prepare a summary of all proof of claims deemed administrative. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 02/02/07 | Review Claims Objection Exhibits. | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 02/03/07 | Compile list of claims to go on Duplicate/Amended, Damages and Fraud Exhibits. | 3.4 | 330.00 | 1,122.00 |
| Wooley, Erin | 02/04/07 | Review Claims Objection Exhibits. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 02/04/07 | Compile list of claims to go on Misfiled, No Support, Diverted Principal and Principal and Interest Objection Exhibits. | 3.4 | 330.00 | 1,122.00 |
| Wooley, Erin | 02/04/07 | Analyze proof of claims which are deemed replacement claims and determine which claims are being replaced. | 3.8 | 330.00 | 1,254.00 |
| Grancher, Matthew | 02/05/07 | Add claimants to Reclassification Exhibit who filed claims with the wrong Debtor. | 2.1 | 290.00 | 609.00 |
| Grancher, Matthew | 02/05/07 | Add claimants to Duplicate Exhibit who filed claims with 2 different Debtors. | 1.9 | 290.00 | 551.00 |
| Grancher, Matthew | 02/05/07 | Add claimants to Amended Exhibit who filed with amended duplicate claims. | 3.6 | 290.00 | 1,044.00 |
| Grancher, Matthew | 02/05/07 | Review and analyze claims template for priority/secured/administrative claims that are contract, trade, guaranty, notes payable, wages, tax claims, or pension claims. | 2.0 | 290.00 | 580.00 |
| Grancher, Matthew | 02/05/07 | Add claimants to Damages Exhibit who filed claims with damages. | 1.7 | 290.00 | 493.00 |
| Wooley, Erin | 02/05/07 | Compile list of claims to go on Diverted Principal and Principal and Interest Objection Exhibits. | 3.6 | 330.00 | 1,188.00 |
| Wooley, Erin | 02/05/07 | Discuss Claims Objection Exhibits with S. Cummings (RQN). | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 02/05/07 | Review Claims Objection Exhibits. | 0.3 | 330.00 | 99.00 |
| Grancher, Matthew | 02/06/07 | Add claimants to No Supporting Documents Exhibit who filed claims without supporting documentation. | 1.0 | 290.00 | 290.00 |
| Grancher, Matthew | 02/06/07 | Add claimants to Diverted Exhibit who filed claims with Diverted Principal. | 2.8 | 290.00 | 812.00 |
| Grancher, Matthew | 02/06/07 | Add claimants to Fraud Exhibit who filed claims claiming fraud. | 2.5 | 290.00 | 725.00 |
| Grancher, Matthew | 02/06/07 | Add claimants to Principal & Interest Exhibit who filed claims claiming principal and interest. | 3.7 | 290.00 | 1,073.00 |
| Wooley, Erin | 02/06/07 | Prepare Claims Objection Exhibit for Principal and interest claims. | 3.7 | 330.00 | 1,221.00 |
| Wooley, Erin | 02/06/07 | Review and revise USA Commercial Mortgage Diverted principal Objection Exhibit and send to attorneys. | 2.8 | 330.00 | 924.00 |
| Wooley, Erin | 02/06/07 | Review and revise USA Commercial Mortgage No Supporting Documentation Claims Objection Exhibit and send to attorneys. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 02/06/07 | Review and revise USA Commercial Mortgage Damages Claims Objection Exhibit and send to attorneys. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 02/06/07 | Review and revise USA Commercial Mortgage Claims Objection Exhibit for Misfiled claims which should be reclassified to another Debtor and send to attorneys. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 02/06/07 | Review Claims Objection Exhibits. | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 02/07/07 | Review and revise USA Commercial Mortgage Fraud Claims Objection Exhibit and send to attorneys. | 2.7 | 330.00 | 891.00 |
| Wooley, Erin | 02/07/07 | Review Claims Objection Exhibits. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 02/07/07 | Review and revise USA Commercial Mortgage Claims Objection Exhibit for Misfiled claims which should be disallowed and send to attorneys. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 02/07/07 | Review and revise USA Commercial Mortgage Duplicate and Amended Claims Objection Exhibit and send to attorneys. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 02/07/07 | Revise diverted principal Exhibits per S. Cummings (RQN). | 1.7 | 330.00 | 561.00 |
| Wooley, Erin | 02/07/07 | Combine Objection Exhibits for fraud and damages into one consolidated exhibit. | 2.2 | 330.00 | 726.00 |
| Wooley, Erin | 02/07/07 | Combine Objection Exhibits for secured and priority claims with no supporting documentation into one consolidated exhibit. | 1.4 | 330.00 | 462.00 |
| Smith, Susan | 02/08/07 | Review exhibits for Objections to priority, secured and duplicative claims. | 0.4 | 590.00 | 236.00 |
| Wooley, Erin | 02/08/07 | Combine Objection Exhibits for secured and priority claims for principal and interest into one consolidated exhibit. | 2.1 | 330.00 | 693.00 |
| Wooley, Erin | 02/08/07 | Analyze proof of claim forms for the remaining priority and secured claims, including tax claims. | 3.6 | 330.00 | 1,188.00 |

# EXHIBIT E30

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 02/08/07 | Prepare summary of duplicative and amended non-direct lender claims. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 02/08/07 | Update the claims template with Objection Exhibit information. | 2.7 | 330.00 | 891.00 |
| Wooley, Erin | 02/08/07 | Analyze claims template and determine which claims with priority and secured status have not been placed on objections. | 2.3 | 330.00 | 759.00 |
| Wooley, Erin | 02/08/07 | Revise formatting on Claims Objection Exhibits for USA Commercial Mortgage. | 1.2 | 330.00 | 396.00 |
| Grancher, Matthew | 02/09/07 | Add claimants to Priority Wage Exhibit who filed priority claims for wages. | 1.3 | 290.00 | 377.00 |
| Grancher, Matthew | 02/09/07 | Review and analyze additional timely filed claims for attributes including duplication, principal and interest inclusion, fraud, and no support. | 1.8 | 290.00 | 522.00 |
| Smith, Susan | 02/09/07 | Participate on conference call with E. Wooley (MFIM), S. Strong and S. Cummings (both RQN) to discuss Claims Objections. | 0.6 | 590.00 | 354.00 |
| Steele, Sarah | 02/09/07 | Review diverted principal claims. | 0.9 | 430.00 | 387.00 |
| Wooley, Erin | 02/09/07 | Discuss Claims Objection Exhibits with S. Cummings (RQN). | 0.3 | 330.00 | 99.00 |
| Wooley, Erin | 02/09/07 | Participate on conference call with S. Smith (MFIM), S. Strong and S. Cummings (both RQN) to discuss Claims Objections. | 0.6 | 330.00 | 198.00 |
| Wooley, Erin | 02/09/07 | Analyze proof of claim forms for additional timely filed claims and determine whether or not they should be on Objection Exhibits. | 1.2 | 330.00 | 396.00 |
| Grancher, Matthew | 02/12/07 | Review and analyze diverted principal claims and Diverted Exhibit to add original and amended amounts to Exhibit. | 1.2 | 290.00 | 348.00 |
| Wooley, Erin | 02/12/07 | Analyze prepaid interest file to determine difference for Wasco loan. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 02/13/07 | Review and analyze USA Commercial Mortgage Claims Objection draft. | 0.3 | 330.00 | 99.00 |
| Wooley, Erin | 02/13/07 | Discuss Claims Objection Exhibits with S. Cummings (RQN). | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 02/13/07 | Update diverted principal claims Objection Exhibits to include the current amount of unremitted principal per the records of the Debtor. | 1.8 | 330.00 | 594.00 |
| Wooley, Erin | 02/13/07 | Review and analyze draft Omnibus Objection and provide comments. | 0.6 | 330.00 | 198.00 |
| Wooley, Erin | 02/14/07 | Discuss Claims Objections with S. Cummings (RQN). | 0.1 | 330.00 | 33.00 |
| Wooley, Erin | 02/14/07 | Prepare Claims Objection Exhibit for late filed claims. | 1.7 | 330.00 | 561.00 |
| Wooley, Erin | 02/20/07 | Discuss Claims Objections with S. Cummings (RQN). | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 02/20/07 | Revise Claims Objection exhibits into one consolidated exhibit for secured claims. | 2.1 | 330.00 | 693.00 |
| Wooley, Erin | 02/20/07 | Analyze claims template and Claims Objections and determine which priority and secured claims are not on objections for USA Commercial Mortgage, Capital Realty Advisors and USA Securities. | 1.4 | 330.00 | 462.00 |
| Steele, Sarah | 02/21/07 | Analyze claim classes. | 0.7 | 430.00 | 301.00 |
| Smith, Susan | 02/23/07 | Review claims file for admin, priority and secured claims. | 1.3 | 590.00 | 767.00 |
| Wooley, Erin | 02/23/07 | Update claims template with account identification numbers. | 2.7 | 330.00 | 891.00 |
| Wooley, Erin | 02/24/07 | Update claims template with amended diverted principal amounts. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 02/26/07 | Analyze claims database and selected proofs of claims and prepare listing of contract rejection claims. | 2.8 | 330.00 | 924.00 |
| Smith, Susan | 02/27/07 | Review discussion and comment on administrative and priority claimants. | 0.5 | 590.00 | 295.00 |
| Wooley, Erin | 02/27/07 | Update Claims Objection for claims misfiled in USA Commercial Mortgage with amounts of equity interest per the Debtors' records. | 1.8 | 330.00 | 594.00 |
| Wooley, Erin | 02/27/07 | Update Misfield Claims Objection with the amount of equity interest per the Debtor's records. | 1.4 | 330.00 | 462.00 |
| | | **Total Claims Analysis for USACM** | **154.4** | | **$ 48,812.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 02/09/07 | Review First Trust Deed Fund objections for Misfiled claims that should be reclassified to USA Commercial Mortgage and prepare Claims Objection Exhibits. | 2.7 | $ 330.00 | $ 891.00 |
| Wooley, Erin | 02/09/07 | Review First Trust Deed Fund Second Omnibus Objections and provide comments. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 02/12/07 | Analyze First Trust Deed Fund Objections to claims and interest filed by First Trust Deed Fund Members who had both claims and interests. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 02/20/07 | Analyze claim 219 to determine the nature of the claim and if the claimant is an First Trust Deed Fund member. | 0.3 | 330.00 | 99.00 |
| | | **Total Claims Analysis for FTDF** | **6.8** | | **$ 2,244.00** |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **USA Capital Realty Advisors, LLC** | | | | | |
| Wooley, Erin | 02/06/07 | Determine which claims in USA Capital Realty have not been put on a objection. | 0.6 | $ 330.00 | $ 198.00 |
| | | **Total Claims Analysis for CRA** | **0.6** | | **$ 198.00** |
| | | | | | |
| **USA Securities, LLC** | | | | | |
| Wooley, Erin | 02/06/07 | Review and update USA Securities Objection Exhibits. | 0.8 | $ 330.00 | $ 264.00 |
| Wooley, Erin | 02/06/07 | Determine which claims in USA Securities have not been put on a objection. | 0.4 | 330.00 | 132.00 |
| | | **Total Claims Analysis for S** | **1.2** | | **$ 396.00** |
| | | | | | |
| | | **Total Claims Analysis USACM / FTDF / CRA / S** | **163.0** | | **$ 51,650.00** |

**March 1, 2007 through March 12, 2007**
**USA Commercial Mortgage Company**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Wooley, Erin | 03/01/07 | Discuss unremitted principal with S. Cummings (RQN). | 0.2 | $ 330.00 | $ 66.00 |
| Smith, Susan | 03/02/07 | Analyze scheduled claims to determine which should now be disputed. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 03/02/07 | Forward claims analysis to Sierra including executory contracts and unsecured database. | 0.3 | 590.00 | 177.00 |
| Wooley, Erin | 03/02/07 | Analyze diverted principal amounts for Del Valle Isleton and Roam Development from updated Committee report. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 03/02/07 | Prepare a comparison of diverted principal amounts for both Del Valle Isleton and Roam Development to Amended Schedule F-1 amounts and determine differences. | 1.9 | 330.00 | 627.00 |
| Smith, Susan | 03/05/07 | Participate in call with J. Miller (BMC), S. Strong, S. Cummings (both RQN), E. Wooley (MFIM) regarding refiling the Schedule E and F. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 03/05/07 | Review Amended Schedules. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 03/05/07 | Answer questions regarding claims and executory contracts from Sierra. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 03/05/07 | Review and discuss issues with uncashed checks for the Collection Account to be scheduled. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 03/05/07 | Review related parties to determine claims to be marked as disputed. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 03/05/07 | Search for brokers information for Schedule E and F. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 03/05/07 | Review and comment on cover sheet to Amended Schedules. | 0.2 | 590.00 | 118.00 |
| Wooley, Erin | 03/05/07 | Participate in conference call with S. Strong and S. Cummings (both RQN) and J. Miller (BMC) to discuss amending the Schedules for USACM. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 03/05/07 | Analyze Schedule E file from BMC and indicate which claims are disputed. | 0.8 | 330.00 | 264.00 |
| Wooley, Erin | 03/05/07 | Discuss unremitted principal file with J. Miller (BMC). | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 03/05/07 | Analyze six specific accounts to determine whether or not they have unremitted principal amounts. | 1.1 | 330.00 | 363.00 |
| Wooley, Erin | 03/05/07 | Discuss Schedule Amendments with S. Cummings (RQN). | 0.1 | 330.00 | 33.00 |
| Wooley, Erin | 03/05/07 | Analyze Amended Schedule F-1 file from BMC for accuracy. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 03/05/07 | Review and analyze Schedule F for any claims which need to be marked as disputed. | 1.9 | 330.00 | 627.00 |
| Wooley, Erin | 03/05/07 | Review and analyze Schedule F-1 for any claims which need to be marked as disputed. | 2.4 | 330.00 | 792.00 |
| Wooley, Erin | 03/05/07 | Search for missing account identification numbers for claimants with pre-petition outstanding checks. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 03/05/07 | Review and analyze draft Amended Schedule E from BMC. | 0.8 | 330.00 | 264.00 |
| Smith, Susan | 03/06/07 | Review invoices and back up for scheduled claims to determine disputed items. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 03/06/07 | Review statement to be filed with Amended Schedule and provide comments. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 03/06/07 | Review amended Schedule update. | 0.7 | 590.00 | 413.00 |
| Wooley, Erin | 03/06/07 | Review and analyze Notes to USACM Amendments to Schedules. | 0.9 | 330.00 | 297.00 |
| Wooley, Erin | 03/06/07 | Analyze diverted principal amounts for Del Valle Isleton and Roam Development from updated Committee Report. | 1.7 | 330.00 | 561.00 |
| Wooley, Erin | 03/06/07 | Prepare a comparison of diverted principal amounts for both Del Valle Isleton and Roam Development to Amended Schedule F-1 amounts and determine differences. | 1.8 | 330.00 | 594.00 |

**EXHIBIT E30**

USA Commercial Mortgage Company, et al.
Claims Analysis
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Wooley, Erin | 03/06/07 | Review and analyze Amendments to Schedule E, Schedule F, Schedule F-1 and Schedule F-2 prepared by BMC. | 3.1 | 330.00 | 1,023.00 |
| Wooley, Erin | 03/06/07 | Discuss Schedule F-1 with S. Cummings (RQN). | 0.2 | 330.00 | 66.00 |
| Wooley, Erin | 03/06/07 | Review and analyze the updated Schedule F-1 and prepare list of revisions. | 1.8 | 330.00 | 594.00 |
| Smith, Susan | 03/07/07 | Review Sierra schedule of claims objections to contract claims and forward relevant contract information. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 03/07/07 | Review additional information to be added to Amended Schedules. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 03/07/07 | Review draft objection to IRS claims. | 0.2 | 590.00 | 118.00 |
| Wooley, Erin | 03/07/07 | Review and analyze updated Amended Schedules and provide comments. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 03/07/07 | Reconcile Amended Schedule F-1 to Committee Report. | 1.2 | 330.00 | 396.00 |
| Wooley, Erin | 03/07/07 | Reconcile Amended Schedule F to Schedule F filed in June to determine differences. | 2.4 | 330.00 | 792.00 |
| Smith, Susan | 03/12/07 | Prepare instructions for review of missing scheduled creditor Diversified Trust Deed Fund. | 0.2 | 590.00 | 118.00 |
| Wooley, Erin | 03/12/07 | Assist with preparation of a schedule of loan account adjustments to update iTrack. | 1.4 | 330.00 | 462.00 |
| Wooley, Erin | 03/12/07 | Participate in call with J. Miller (BMC), S. Strong, S. Cummings (both RQN), S. Smith (MFIM) regarding refiling the Schedule E and F. | 0.4 | 330.00 | 132.00 |
| | | **Total Claims Analysis for USACM** | **37.2** | | **$ 14,018.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---:|---:|---:|
| Smith, Susan | 03/08/07 | Review and comment on Declaration in support of First Trust Deed Fund Objections. | 0.4 | $ 590.00 | $ 236.00 |
| Wooley, Erin | 03/08/07 | Review First Trust Deed Fund 5th, 6th, 7th and 8th Omnibus Objections as well as MFIM's Supporting Declaration prepared by RQN. | 1.7 | 330.00 | 561.00 |
| | | **Total Claims Analysis for FTDF** | **2.1** | | **$ 797.00** |

| | | **Total Claims Analysis USACM / FTDF** | **39.3** | | **$ 14,815.00** |
|---|---|---|---:|---:|---:|

| | | **Total Hours and Fees for Claims Analysis from April 13, 2006 through March 12, 2007** | **611.6** | | **$ 191,800.00** |
|---|---|---|---:|---:|---:|

| | Hours | | Fees |
|---|---:|---|---:|
| USA Commercial Mortgage Company | 563.3 | $ | 174,672.00 |
| USA Capital Diversified Trust Deed Fund, LLC | 1.3 | $ | 639.00 |
| USA Capital First Trust Deed Fund, LLC | 34.2 | $ | 12,265.00 |
| USA Capital Realty Advisors, LLC | 7.3 | $ | 2,409.00 |
| USA Securities, LLC | 5.5 | $ | 1,815.00 |
| | **611.6** | $ | **191,800.00** |