# EXHIBIT E31

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **January 1, 2007 through January 31, 2007** | | | | | |
| Allison, Tom | 01/02/07 | Review workplan and staffing needs for January. | 1.5 | $ 650.00 | $ 975.00 |
| Reed, James | 01/02/07 | Review open transition issues. | 1.4 | 430.00 | 602.00 |
| Smith, Susan | 01/02/07 | Prepare workplan for transition. | 0.9 | 590.00 | 531.00 |
| Reed, James | 01/03/07 | Review outstanding transition issues. | 1.4 | 430.00 | 602.00 |
| Atkinson, James | 01/04/07 | Participate in meeting with Debtors' counsel, S. Smith, S. Steele, J. Reed (all MFIM) and L. Weese (USACM) to discuss transition planning | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 01/04/07 | Review transition planning workstreams. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 01/04/07 | Participate in meeting with Debtors' counsel, C. Harvick (FTI), T. Burr (Sierra) and R. Koe and S. Smith (both MFIM) to discuss Committee and liquidation trust transition planning | 0.9 | 650.00 | 585.00 |
| Atkinson, James | 01/04/07 | Participate in meeting with T. Burr (Sierra) to discuss liquidation trust transition planning. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 01/04/07 | Participate in meeting with T. Burr (Sierra) and Development Specialists, Inc. | 1.6 | 650.00 | 1,040.00 |
| Koe, Robert | 01/04/07 | Participate in meeting with Debtors' counsel, C. Harvick (FTI), T. Burr (Sierra) and J. Atkinson and S. Smith (both MFIM) to discuss Committee and liquidation trust transition planning | 0.9 | 650.00 | 585.00 |
| Reed, James | 01/04/07 | Review transition issues and document retention planning. | 0.8 | 430.00 | 344.00 |
| Reed, James | 01/04/07 | Meet with E. Monson, A. Jarvis, (RQN) S. Steele, J. Atkinson, S. Smith (all MFIM), L. Weese (USACM) regarding transition issues. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 01/04/07 | Meet with E. Monson, A. Jarvis, (RQN) S. Steele, J. Atkinson, J. Reed (all MFIM), L. Weese (USACM) regarding transition issues. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 01/04/07 | Prepare workplan for transition. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 01/04/07 | Participate in meeting with Debtors' counsel, C. Harvick (FTI), T. Burr (Sierra) and R. Koe and J. Atkinson (both MFIM) to discuss Committee and liquidation trust transition planning | 0.9 | 590.00 | 531.00 |
| Steele, Sarah | 01/04/07 | Meet with E. Monson, A. Jarvis, (RQN) S. Smith, J. Atkinson, J. Reed (all MFIM), L. Weese (USACM) regarding transition issues. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 01/05/07 | Correspond with E. Monson (RQN) regarding instructions on indexing and boxing records for successor entities. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/07/07 | Expand transition plan with timing and staffing requirements, programming requirements. | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 01/08/07 | Participate in meeting with G. Berman and M. Sorenson (DSI), C. Harvick (FTI), J. Atkinson and S. Smith (both MFIM) to discuss liquidation trust transition planning issues. | 1.5 | 650.00 | 975.00 |
| Atkinson, James | 01/08/07 | Participate in meeting with G. Berman and M. Sorenson (DSI), C. Harvick (FTI), T. Allison and S. Smith (both MFIM) to discuss liquidation trust transition planning issues. | 1.5 | 650.00 | 975.00 |
| Smith, Susan | 01/08/07 | Meet with C. Hurst (RQN) and L. Weese (USACM) regarding transition and documents. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/08/07 | Participate in meeting with G. Berman and M. Sorenson (DSI), C. Harvick (FTI), J. Atkinson and T. Allison (both MFIM) to discuss liquidation trust transition planning issues. | 1.5 | 590.00 | 885.00 |
| Smith, Susan | 01/08/07 | Update transition workplan and assess staffing and timeline. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 01/09/07 | Review planning documents related to transition plan. | 1.9 | 650.00 | 1,235.00 |
| Allison, Tom | 01/09/07 | Participate in meeting with Debtors' counsel and J. Atkinson (MFIM) to discuss transition planning issues. | 0.6 | 650.00 | 390.00 |
| Atkinson, James | 01/09/07 | Participate in meeting with Debtors' counsel and T. Allison (MFIM) to discuss transition planning issues. | 0.6 | 650.00 | 390.00 |
| Reed, James | 01/09/07 | Review outstanding closing issues and creation of related documents for close. | 1.4 | 430.00 | 602.00 |
| Smith, Susan | 01/09/07 | Meet with L. Weese (USACM) regarding IT and transition issues. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 01/09/07 | Meet with L. Weese and J. Schlee (both USACM) regarding IT and transition issues. | 0.5 | 590.00 | 295.00 |
| Atkinson, James | 01/10/07 | Participate in call with Debtors' counsel, S. Smith and S. Steele (both MFIM) regarding transition planning issues. | 0.5 | 650.00 | 325.00 |
| Smith, Susan | 01/10/07 | Participate in call with Debtors' counsel, J. Atkinson and S. Steele (both MFIM) regarding transition planning issues. | 0.5 | 590.00 | 295.00 |
| Steele, Sarah | 01/10/07 | Participate in call with Debtors' counsel, S. Smith and J. Atkinson (both MFIM) regarding transition planning issues. | 0.5 | 430.00 | 215.00 |
| Allison, Tom | 01/11/07 | Review status of loan negotiations and relationship to potential purchase price adjustments. | 2.8 | 650.00 | 1,820.00 |
| Reed, James | 01/11/07 | Review transition plan. | 0.4 | 430.00 | 172.00 |
| Smith, Susan | 01/11/07 | Review progress on computer related issues and assess needs. | 1.5 | 590.00 | 885.00 |
| Steele, Sarah | 01/11/07 | Review transition plan received from A. Jarvis (RQN). | 2.1 | 430.00 | 903.00 |
| Smith, Susan | 01/16/07 | Participate in Committee call on transition issues. | 1.5 | 590.00 | 885.00 |
| Smith, Susan | 01/16/07 | Review and add to RQN's transition issues for meeting. | 0.6 | 590.00 | 354.00 |

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 01/17/07 | Participate in conference call with Committees, Debtors' counsel, J. Atkinson and S. Smith (both MFIM) to review draft transition plan. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 01/17/07 | Meet with A. Jarvis, E. Monson (both RQN) and S. Smith (MFIM) on transitions issues. | 0.7 | 650.00 | 455.00 |
| Atkinson, James | 01/17/07 | Participate in conference call with Committees, Debtors' counsel, T. Allison and S. Smith (both MFIM) to review draft transition plan. | 1.2 | 650.00 | 780.00 |
| Smith, Susan | 01/17/07 | Participate in conference call with Committees, Debtors' counsel, T. Allison and J. Atkinson (both MFIM) to review draft transition plan. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 01/17/07 | Meet with A. Jarvis, E. Monson (both RQN) and T. Allison (MFIM) on transitions issues. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 01/19/07 | Participate in call with A. Jarvis (RQN) regarding transition issues. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 01/19/07 | Meet with G. Berman (DSI) regarding transition issues. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 01/19/07 | Participate in Committee conference call regarding appeal issues and transition issues. | 1.7 | 590.00 | 1,003.00 |
| Atkinson, James | 01/23/07 | Review revised draft transition workplan. | 1.1 | 650.00 | 715.00 |
| Reed, James | 01/23/07 | Review outstanding closing and transition issues. | 1.5 | 430.00 | 645.00 |
| Atkinson, James | 01/24/07 | Review revised draft transition workplan. | 2.8 | 650.00 | 1,820.00 |
| Atkinson, James | 01/24/07 | Attend Committee call. | 1.4 | 650.00 | 910.00 |
| Smith, Susan | 01/24/07 | Participate in conference call with Committees on transition issues. | 1.4 | 590.00 | 826.00 |
| Allison, Tom | 01/25/07 | Review documents related to appeals process and Lender Protection group. | 3.0 | 650.00 | 1,950.00 |
| Allison, Tom | 01/25/07 | Review outstanding transition issues. | 1.2 | 650.00 | 780.00 |
| Allison, Tom | 01/25/07 | Meet with Company management to review outstanding transition items related to transfer of documents. | 1.6 | 650.00 | 1,040.00 |
| Allison, Tom | 01/26/07 | Review documents related to appeals process and Lender Protection group. | 3.1 | 650.00 | 2,015.00 |
| Allison, Tom | 01/26/07 | Participate in conference call with Committees regarding appeals and transition. | 0.9 | 650.00 | 585.00 |
| Koe, Robert | 01/26/07 | Participate in conference call with A. Jarvis (RQN) on recap of conference phone calls. | 0.7 | 650.00 | 455.00 |
| Reed, James | 01/26/07 | Review transition and closing outstanding items. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 01/26/07 | Participate in conference call with Committees regarding appeals and transition. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 01/26/07 | Prepare answers and direction on transition issues. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 01/29/07 | Review documents related to appeals process and Lender Protection group. | 3.5 | 650.00 | 2,275.00 |
| Allison, Tom | 01/29/07 | Participate in meeting with Debtors' counsel, J. Atkinson and S. Smith (both MFIM) regarding review of agenda and transition planning issues for Committee call. | 2.8 | 650.00 | 1,820.00 |
| Atkinson, James | 01/29/07 | Participate in meeting with Debtors' counsel, T. Allison and S. Smith (both MFIM) regarding review of agenda and transition planning issues for Committee call. | 2.8 | 650.00 | 1,820.00 |
| Atkinson, James | 01/29/07 | Review transition plan and results achieved to-date. | 0.6 | 650.00 | 390.00 |
| Smith, Susan | 01/29/07 | Meet with A. Jarvis, S. Strong, E Monson, (all RQN) and T. Allison, J. Atkinson (both MFIM) regarding agenda for meeting with Lewis & Roca and Liquidating Trustee. | 2.8 | 590.00 | 1,652.00 |
| Smith, Susan | 01/29/07 | Update transition plan documents with notes on progress. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 01/30/07 | Participate in meeting with Trustee for USA Commercial Mortgage liquidating trust, Trustee's counsel, financial advisor to USA Diversified Trust Fund, Debtors' counsel, J. Atkinson and S. Smith (both MFIM) to discuss transition and litigation matters. | 4.2 | 650.00 | 2,730.00 |
| Atkinson, James | 01/30/07 | Participate in meeting with Trustee for USA Commercial Mortgage liquidating trust, Trustee's counsel, financial advisor to USA Diversified Trust Fund, Debtors' counsel, T. Allison and S. Smith (both MFIM) to discuss transition and litigation matters. | 4.2 | 650.00 | 2,730.00 |
| Reed, James | 01/30/07 | Review transition and closing outstanding items. | 0.8 | 430.00 | 344.00 |
| Smith, Susan | 01/30/07 | Participate in conference call with Compass, Unsecured Creditors Committee, Diversified Trust Deed Fund Committee and Liquidating Trust T. Allison (MFIM). | 1.6 | 590.00 | 944.00 |
| Allison, Tom | 01/31/07 | Review documents related to appeals process and Lender Protection group. | 3.0 | 650.00 | 1,950.00 |
| Reed, James | 01/31/07 | Review outstanding transition issues. | 1.2 | 430.00 | 516.00 |
| Smith, Susan | 01/31/07 | Organize additional resources for boxing and indexing the accounting records. | 0.9 | 590.00 | 531.00 |
| | | **Total Transition Issues and Activities** | **98.8** | | **$ 59,314.00** |

**February 1, 2007 through February 28, 2007**

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 02/01/07 | Review status of transition activities | 2.3 | $ 650.00 | $ 1,495.00 |
| Atkinson, James | 02/01/07 | Review transition matters and determine action items. | 0.9 | 650.00 | 585.00 |
| Smith, Susan | 02/01/07 | Analyze plan and contract with AIS for securing and moving the computer systems. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 02/02/07 | Participate in call with Committees regarding transition. | 1.2 | 650.00 | 780.00 |
| Atkinson, James | 02/02/07 | Participate in call with Committees regarding transition. | 1.2 | 650.00 | 780.00 |
| Smith, Susan | 02/02/07 | Participate in call with Committees regarding transition. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 02/02/07 | Participate in call with A. Jarvis (RQN) regarding transition. | 0.5 | 590.00 | 295.00 |
| Allison, Tom | 02/05/07 | Participate in conference call with RQN and R. Koe (MFIM) on Standard Property, Compass Sale, Colt, and B. Russell (Borrower) loans. | 0.9 | 650.00 | 585.00 |
| Allison, Tom | 02/05/07 | Discuss transition actives with team and communicate action items. | 2.3 | 650.00 | 1,495.00 |
| Allison, Tom | 02/05/07 | Participate in Committee call regarding transition. | 1.0 | 650.00 | 650.00 |
| Atkinson, James | 02/05/07 | Participate in Committee call regarding transition. | 1.0 | 650.00 | 650.00 |
| Koe, Robert | 02/05/07 | Participate in meeting with T. Allison and B. Fasel (both MFIM) on the status of the Compass Sale, Standard Property loans, B. Russell (Borrower) loans and Colt Gateway loans. | 0.7 | 650.00 | 455.00 |
| Allison, Tom | 02/06/07 | Review status of transition of systems. | 2.2 | 650.00 | 1,430.00 |
| Atkinson, James | 02/06/07 | Review revised transition plan. | 2.4 | 650.00 | 1,560.00 |
| Atkinson, James | 02/06/07 | Review correspondence from Pecos Park landlord regarding listing of personal property and vacating schedule. | 0.6 | 650.00 | 390.00 |
| Cheng, Patrick | 02/06/07 | Review action items list received from E. Monson (RQN) related to the HMA litigation and transitional issues. | 0.4 | 560.00 | 224.00 |
| Delaney, Rosanne | 02/06/07 | Participate in conference call with M. Yoder (AIS), S. Smith (MFIM), G. York (Mesirow Financial - Information Technology) regarding computer moving and transition to Liquidating Trustee. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 02/06/07 | Review A&M's questions on the Sale adjustment schedule and forward back up information to support amounts. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/06/07 | Analyze Loan Service Agreement contract rate service fee schedule for Compass loans. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/06/07 | Participate in conference call with M. Yoder (AIS), R. Delaney, G. York (both Mesirow Financial - Information Technology) regarding computer moving and transition to Liquidating Trustee. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 02/06/07 | Participate in call with Committees regarding transition. | 1.1 | 590.00 | 649.00 |
| York, Greg | 02/06/07 | Participate in conference call with M. Yoder (AIS), S. Smith (MFIM) R. Delaney (Mesirow Financial - Information Technology) regarding computer moving and transition to Liquidating Trustee. | 0.5 | 490.00 | 245.00 |
| Allison, Tom | 02/07/07 | Oversee transition activities and provide input as to priorities. | 2.2 | 650.00 | 1,430.00 |
| Smith, Susan | 02/07/07 | Review late fees and request new schedule. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 02/07/07 | Participate in call with E. Monson (RQN) regarding archiving and scanning status. | 0.3 | 590.00 | 177.00 |
| Allison, Tom | 02/08/07 | Revise transition work streams and communicate changes to team. | 1.1 | 650.00 | 715.00 |
| Reed, James | 02/08/07 | Oversee document retention process review. | 2.0 | 430.00 | 860.00 |
| Cheng, Patrick | 02/09/07 | Review and draft listings of documents to be produced and analyses to be completed in respect of the HMA litigations. | 0.4 | 560.00 | 224.00 |
| Cheng, Patrick | 02/12/07 | Further review of the 10-90 Inc. loan analysis and related documents that are to be transitioned to Diversified Trust Deed Fund's Committee. | 0.9 | 560.00 | 504.00 |
| Cheng, Patrick | 02/12/07 | Review updated catalogue of documents at the Debtors' offices and search for documents to be produced to the authorities. | 0.7 | 560.00 | 392.00 |
| Reed, James | 02/12/07 | Review purchase price adjustment for sale closing. | 1.1 | 430.00 | 473.00 |
| Reed, James | 02/12/07 | Participate in meeting regarding Committee transition issues. | 0.7 | 430.00 | 301.00 |
| Smith, Susan | 02/12/07 | Participate in calls with RQN and MFIM teams to discuss closing and licensing issues. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 02/12/07 | Update First Trust Deed Fund closing schedule and prepare for distribution. | 0.9 | 590.00 | 531.00 |
| Smith, Susan | 02/12/07 | Research loan and closing issues. | 0.7 | 590.00 | 413.00 |
| Smith, Susan | 02/12/07 | Meet with C. Burrow (DM) to discuss inventory of records. | 0.3 | 590.00 | 177.00 |
| Atkinson, James | 02/13/07 | Review draft license agreement. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 02/13/07 | Review draft consulting agreement. | 0.4 | 650.00 | 260.00 |
| Atkinson, James | 02/13/07 | Attend Committee call with S. Bice (Nevada Mortgage Lending Division). | 1.0 | 650.00 | 650.00 |
| Cheng, Patrick | 02/13/07 | Continue reviewing updated catalogue of documents at the Debtors' offices and search for documents to be produced to the government officials. | 0.9 | 560.00 | 504.00 |

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 02/14/07 | Review and comment on latest version of sub-servicing agreement; and participate in call with S. Strong, A. Jarvis (RQN), S. Smith (MFIM) on agreements. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 02/14/07 | Review transaction closing information. | 1.9 | 650.00 | 1,235.00 |
| Smith, Susan | 02/14/07 | Update First Trust Deed Fund closing schedule for payoff of Franklin Stratford, check data and recirculate. | 1.2 | 590.00 | 708.00 |
| Smith, Susan | 02/14/07 | Review and comment on escrow agreements. | 0.4 | 590.00 | 236.00 |
| Markin, Eric | 02/15/07 | Scan and archive all documents contained in the Gateway Loan file for use by the liquidating trust. | 1.6 | 190.00 | 304.00 |
| Markin, Eric | 02/15/07 | Scan and archive all documents contained in the Gramercy Loan file for use by the liquidating trust. | 1.0 | 190.00 | 190.00 |
| Reed, James | 02/15/07 | Review status of document issues and coordinate transition to liquidating trust. | 2.5 | 430.00 | 1,075.00 |
| Reed, James | 02/15/07 | Review and analyze transition issues. | 1.7 | 430.00 | 731.00 |
| Allison, Tom | 02/19/07 | Participate in meeting with U.S. Trustee Unsecured Creditors Committee, Diversified Trust Deed Fund, transition. | 1.8 | 650.00 | 1,170.00 |
| Reed, James | 02/19/07 | Participate in meeting with U.S. Trustee Unsecured Creditors Committee, Diversified Trust Deed Fund, transition. | 1.8 | 430.00 | 774.00 |
| Allison, Tom | 02/20/07 | Participate in meeting with R. Koe (MFIM) on open transition items. | 0.6 | 650.00 | 390.00 |
| Allison, Tom | 02/20/07 | Prepare for meeting with Committee. | 0.4 | 650.00 | 260.00 |
| Allison, Tom | 02/20/07 | Participate in meeting Committees regarding transition. | 1.3 | 650.00 | 845.00 |
| Allison, Tom | 02/20/07 | Participate in call with Unsecured Creditors Committee First Trust Deed Fund, and A. Jarvis (RQN) regarding distribution of escrow. | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 02/20/07 | Meet with R. Charles (L&R) G. Berman, M Sorenson (both DSI), E. Madden (DM), C. Harvick (FTI), J. Hermann (Orrick) regarding transition issues, reserves, office space, storage space and Effective Date. | 2.3 | 650.00 | 1,495.00 |
| Koe, Robert | 02/20/07 | Participate in meeting with T. Allison (MFIM) on open transition items. | 0.6 | 650.00 | 390.00 |
| Reed, James | 02/20/07 | Participate in meeting Committees regarding transition. | 1.3 | 430.00 | 559.00 |
| Reed, James | 02/20/07 | Prepare for call with Unsecured Creditors Committee Fund. | 0.4 | 430.00 | 172.00 |
| Reed, James | 02/20/07 | Participate in call with Unsecured Creditors Committee First Trust Deed Fund, and A. Jarvis (RQN) regarding distribution of escrow. | 0.8 | 430.00 | 344.00 |
| Reed, James | 02/20/07 | Coordinate activities related to transition. | 0.9 | 430.00 | 387.00 |
| Reed, James | 02/20/07 | Meet with R. Charles (L&R) G. Berman, M Sorenson (both DSI), E. Madden (DM), C. Harvick (FTI), J. Hermann (Orrick) regarding transition issues, reserves, office space, storage space and Effective Date. | 2.3 | 430.00 | 989.00 |
| Smith, Susan | 02/20/07 | Research wire to Stalking Horse and forward relevant information. | 0.2 | 590.00 | 118.00 |
| Smith, Susan | 02/20/07 | Meet with R. Charles (L&R) G. Berman, M Sorenson (both DSI), E. Madden (DM), C. Harvick (FTI), J. Hermann (Orrick) regarding transition issues, reserves, office space, storage space and Effective Date. | 2.3 | 590.00 | 1,357.00 |
| Smith, Susan | 02/20/07 | Meet with E. Madden (DM), C. Harvick (FTI), and E. Monson (RQN) regarding information requests of the liquidating trusts. | 0.3 | 590.00 | 177.00 |
| Allison, Tom | 02/21/07 | Participate in conference calls with USA Commercial Mortgage's Financial Advisor to discuss overbid allocation issues with First Trust Deed Fund. | 1.8 | 650.00 | 1,170.00 |
| Koe, Robert | 02/21/07 | Participate in conference call with Committees regarding 1142 Motion and transition issues. | 1.1 | 650.00 | 715.00 |
| Koe, Robert | 02/21/07 | Participate in meeting with J. Milanowski (formerly USACM) regarding Tanamera Property, personal property, and lease termination. | 0.5 | 650.00 | 325.00 |
| Reed, James | 02/21/07 | Research personal property issue related to items stored on site. | 1.9 | 430.00 | 817.00 |
| Smith, Susan | 02/21/07 | Participate in conference call with Committees regarding 1142 Motion and transition issues. | 1.1 | 590.00 | 649.00 |
| Koe, Robert | 02/22/07 | Participate in call with RQN on personal property dispute, lease termination, lease renewal and property damage. | 0.9 | 650.00 | 585.00 |
| Reed, James | 02/22/07 | Oversee issue related to personal property. | 1.2 | 430.00 | 516.00 |
| Reed, James | 02/22/07 | Coordinate office move from two buildings to one building. | 1.6 | 430.00 | 688.00 |
| Reed, James | 02/22/07 | Oversee document retention activities and direct staff. | 1.7 | 430.00 | 731.00 |
| Koe, Robert | 02/23/07 | Discuss with RQN Motion to Obtain Extension for lease at 4480 South Pecos. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/23/07 | Follow-up on dispute on personal property lease home improvements and damage to building. | 0.7 | 650.00 | 455.00 |

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Koe, Robert | 02/23/07 | Participate in call with J. Milanowski (formerly USACM) on status with leasehold improvements, lease extension and personal property. | 0.5 | 650.00 | 325.00 |
| Reed, James | 02/23/07 | Oversee personal property related to items stored on site. | 0.6 | 430.00 | 258.00 |
| Reed, James | 02/23/07 | Oversee document retention activities and direct staff. | 0.7 | 430.00 | 301.00 |
| Smith, Susan | 02/23/07 | Participate in conference call with Committees regarding Appeal procedures and transition issues. | 0.9 | 590.00 | 531.00 |
| Allison, Tom | 02/26/07 | Participate in conference call with Committees regarding transition issues and Lift Stay motion. | 0.8 | 650.00 | 520.00 |
| Allison, Tom | 02/26/07 | Discuss with A. Jarvis (RQN) regarding Committee transition needs. | 1.5 | 650.00 | 975.00 |
| Smith, Susan | 02/26/07 | Participate in conference call with Committees regarding transition issues and Lift Stay motion. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 02/26/07 | Discuss with D. Blatt (Compass), M. Olson (USACM), and M. Yoder (AIS) regarding moving from 4484 Pecos and retaining 4480 Pecos. | 0.3 | 590.00 | 177.00 |
| Koe, Robert | 02/27/07 | Walk through both lease buildings at 4480 and 4484 Pecos with J. Milanowski (formerly USACM) to review potential damage and list built ins and permanent fixtures. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/28/07 | Discuss with furniture movers on what can be taken from 4480 Pecos building and what cannot be. | 0.6 | 650.00 | 390.00 |
| Koe, Robert | 02/28/07 | Participate in call with J. Milanowski (formerly USACM) on personal property and lease home improvements. | 0.7 | 650.00 | 455.00 |
| Koe, Robert | 02/28/07 | Participate in meeting with J. Milanowski (formerly USACM) on his bid for furniture and counter offer from Compass. | 0.4 | 650.00 | 260.00 |
| Koe, Robert | 02/28/07 | Walk through 4480 building with J. Milanowski (formerly USACM) after movers were finished. | 0.7 | 650.00 | 455.00 |
| Reed, James | 02/28/07 | Research on J. Milanowski (formerly USACM) participation of Tanamera Sale and J. Milanowski (formerly USACM) issue. | 1.3 | 430.00 | 559.00 |
| Smith, Susan | 02/28/07 | Participate in conference call with Committees regarding Lift Stay Motion to Continue. | 0.4 | 590.00 | 236.00 |
| | | **Total Transition Issues and Activities** | **91.5** | | **$ 51,474.00** |

**March 1, 2007 through March 12, 2007**

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Allison, Tom | 03/01/07 | Oversee various Effective Date related activities and communicate with remaining staff on priorities and action items. | 3.5 | $ 650.00 | $ 2,275.00 |
| Koe, Robert | 03/01/07 | Prepare for call with G. Berman (DSI) and Trustee for the liquidating trust. | 0.8 | 650.00 | 520.00 |
| Smith, Susan | 03/01/07 | Analyze necessary transactions for the Effective Date. | 0.6 | 590.00 | 354.00 |
| Allison, Tom | 03/02/07 | Coordinate transition plan activities and assign responsibility for action items. | 1.3 | 650.00 | 845.00 |
| Allison, Tom | 03/02/07 | Attend conference call with Committees and counsel. | 0.6 | 650.00 | 390.00 |
| Cheng, Patrick | 03/02/07 | Review certain documents to be transferred to the Diversified Trust Deed Fund advisors. | 0.2 | 560.00 | 112.00 |
| Koe, Robert | 03/02/07 | Participate in call with J. Milanowski (formerly USACM) on direct lender payments being withheld by USA Commercial Mortgage and the continuation of office lease at 4480 South Pecos. | 0.5 | 650.00 | 325.00 |
| Smith, Susan | 03/02/07 | Attend conference call with Committees and counsel. | 0.6 | 590.00 | 354.00 |
| Cheng, Patrick | 03/06/07 | Review data files to be transferred to Diversified Trust Deed Fund's advisor with respect to the S. Reale litigations. | 0.6 | 560.00 | 336.00 |
| Smith, Susan | 03/08/07 | Prepare draft of transfers pursuant to the Plan, circulate to MFIM and RQN, assess comments and issues. | 1.6 | 590.00 | 944.00 |
| Smith, Susan | 03/09/07 | Update Effective Date Transfer schedule and circulate for comment. | 0.8 | 590.00 | 472.00 |
| Smith, Susan | 03/09/07 | Participate in conference call with Committees regarding the Effective Date and transfers. | 0.6 | 590.00 | 354.00 |
| Smith, Susan | 03/10/07 | Participate in conference call with Committees regarding the Effective Date and transfers. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 03/12/07 | Prepare final instructions for transfers necessary for the Effective Date. | 0.8 | 590.00 | 472.00 |
| | | **Total Transition Issues and Activities** | **12.9** | | **$ 7,989.00** |

**EXHIBIT E31**

USA Commercial Mortgage Company, et al.
Transition Issues and Activities
April 13, 2006 through March 12, 2007

| Name | Date | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | **Total Hours and Fees for Transition Issues and Activities from April 13, 2006 through March 12, 2007** | **203.2** | | **$ 118,777.00** |
| | | | | | |
| | | **USA Commercial Mortgage Company** | **80%** | | **$   95,021.60** |
| | | **USA Capital Diversified Trust Deed Fund, LLC** | **10%** | | **$   11,877.70** |
| | | **USA Capital First Trust Deed Fund, LLC** | **10%** | | **$   11,877.70** |
| | | | | | $ 118,777.00 |
| | | | | | |
| | | **USA Commercial Mortgage Company** | **80%** | | 162.6 |
| | | **USA Capital Diversified Trust Deed Fund, LLC** | **10%** | | 20.3 |
| | | **USA Capital First Trust Deed Fund, LLC** | **10%** | | 20.3 |
| | | | | | 203.2 |