# EXHIBIT F4

*USA Capital Realty Advisors, LLC*
*Summary of MFIM's Billing Categories (April 13, 2006 - March 12, 2007)*

| Category | RA | Overview of Activities | Benefits to the Estates |
|---|---:|---|---|
| Cash Flow Model/Analyses | $ 7,670.25 | Prepared and monitored cash flow and cash balances of Realty including the payment of management fees from FTDF and DTDF and the payment of these funds to USACM as the party with the staff and knowledge to carry out the management functions. Monitored and corrected cash flows pursuant to the agreements of payment of management fees. | Operated Realty throughout the case without additional financing. Disseminated Realty's financial position to various parties in interest. |
| Employment/Fee Applications | 2,802.75 | Prepared and reviewed monthly invoices and fee applications as required by the bankruptcy code and the administrative order. Negotiated allocations to each Debtor. | Communicated MFIM's efforts in the cases to the Committees and other parties. The delayed payment of MFIM's monthly statements provided sufficient cash flow to operate the businesses through the confirmation of the Plan. |
| Bankruptcy Schedules & SOFAs | 8,473.00 | Researched, located and analyzed financial information from Realty. Provided information to BMC for the preparation of the Schedules of Assets and Liabilities. Reviewed, edited and finalized Schedules and SOFA's produced by BMC. | Provided constituents with information about Realty including the list of assets available to pay the liabilities. |
| Case Administration | 14,124.50 | Ensured the Debtors' cases progressed in a timely manner. Created an information call in number for parties in interest. Engaged a claims agent, BMC, and assisted with the mailing matrix to ensure adequate notice. Drafted various press releases and other communications for parties in interest. Organized, indexed, and stored the Debtors' records for use in their cases. Fulfilled numerous requests and held meetings with the US Trustee. | Facilitated the efficient management of the businesses and these cases. Facilitated information provided in due diligence requests, investor inquiries, Committee requests and the transition of documents to post-effective date and post-closing entities. |
| Monthly Operating Reports | 5,367.00 | Reviewed and edited Monthly Operating Reports for April 2006 through January 2007. | Communicated the performance of the Debtor to the parties in interest. |
| Claims Analysis | 2,409.00 | Researched and reconciled claims to the scheduled amounts, the books and records, and the account numbers. Provided exhibits to counsel for objections to claims filed against the Estate. | Ensured only valid claims were paid from the Estate, resulting in a higher recovery on the remaining claims. |
| **Gross Total** | **$ 40,846.50** | | |
| Less Voluntary Reductions | (1,254.15) | Related to Employment / Fee Application category | |
| **Net Total** | **$ 39,592.36** | | |