| Invoice No.: | 1868847 | Page 2 |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.60 | 545.00 | 327.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 0.90 | 421.67 | $ 379.50 |

Invoice No.: 1868864  Page 1
Matter No.: 083230.012700

## Description of Professional Services Rendered:

ACTION CODE: 813   FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/03/06 | Nancy A. Peterman | Draft email to S. Darr re additional disclosure issues. | 0.10 | 54.50 |
| 07/19/06 | Nancy A. Peterman | Telephone conference with T. Allison re retention hearing (.1); review retention papers (.3); prepare email to S. Darr re same (.1). | 0.50 | 272.50 |
| 07/21/06 | Nancy A. Peterman | Review and comment on supplemental affidavit (.2); prepare email to S. Darr re same (.1). | 0.30 | 163.50 |
| 07/21/06 | Yolanda Powell | Reviewed court docket for filing date of Mesirow's supplemental declaration. | 0.50 | 87.50 |
| 07/24/06 | Nancy A. Peterman | Review objection to retention filed by the Committees (1.0); telephone conference and emails with T. Allison re same (1.3); prepare for court (.2). | 2.50 | 1,362.50 |
| 07/24/06 | Yolanda Powell | Reviewed court docket for retention applications and any objections relating to the 7/25/06 hearings (.9); forwarded same to N. Peterman (.1). | 1.00 | 175.00 |
| 07/25/06 | Nancy A. Peterman | Prepare for and attend court hearing. | 5.00 | 2,725.00 |
| 07/27/06 | Nancy A. Peterman | Review draft retention order (.1); prepare email to Debtor's counsel re same (.1). | 0.20 | 109.00 |

Total Hours: 10.10

Total Amount: $ 4,949.50

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.60 | 545.00 | 4,687.00 |
| Yolanda Powell | 1.50 | 175.00 | 262.50 |
| Totals: | 10.10 | 490.05 | $ 4,949.50 |

Invoice No.:    1868864                                                                                          Page 2
Matter No.:    083230.012700

Description of Professional Services Rendered

ACTION CODE:    922            TRAVEL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/24/06 | Nancy A. Peterman | Travel to Las Vegas for hearing (4.0). | 4.00 | 2,180.00 |
| 07/25/06 | Nancy A. Peterman | Travel to Chicago after hearing (4.0). | 4.00 | 2,180.00 |
| | | Total Hours: | 8.00 | |
| | | Total Amount: | | $ 4,360.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 922,

    TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.00 | 545.00 | 4,360.00 |
| Totals: | 8.00 | 545.00 | $ 4,360.00 |

Invoice No.:   1868864                                                           Page 3
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 16.60 | 545.00 | 9,047.00 |
| Yolanda Powell | 1.50 | 175.00 | 262.50 |
| Totals: | 18.10 | 514.34 | $ 9,309.50 |

Invoice No.: 1868700 Page 1
Matter No.: 083230.012700

## Description of Professional Services Rendered:

ACTION CODE:   806   EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/25/06 | Nancy A. Peterman | Review and analysis of board resolution (.4); telephone conferences with J. Atkinson and S. Strom re pension issues (.3). | 0.70 | 381.50 |
| 08/25/06 | Richard A. Sirus | Conference with N. Peterman regarding plan freeze and actions. | 0.30 | 138.00 |
| 08/31/06 | Andre L. Zafrani | Review and comment on pension termination motion and affidavit. | 1.00 | 420.00 |

Total Hours: 2.00

Total Amount: $ 939.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.70 | 545.00 | 381.50 |
| Richard A. Sirus | 0.30 | 460.00 | 138.00 |
| Andre L. Zafrani | 1.00 | 420.00 | 420.00 |
| Totals: | 2.00 | 469.75 | $ 939.50 |

Invoice No.:     1868700                                                                             Page 2
Matter No.:      083230.012700

Description of Professional Services Rendered

ACTION CODE:     813         FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/06 | Nancy A. Peterman | Telephone conference with Debtors' counsel re retention issues. | 0.20 | 109.00 |
| 08/08/06 | Yolanda Powell | Reviewed court docket for retention order. | 0.30 | 52.50 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 161.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.20 | 545.00 | 109.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 0.50 | 323.00 | $  161.50 |

Invoice No.:    1868700                                                                                           Page 3
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.90 | 545.00 | 490.50 |
| Richard A. Sirus | 0.30 | 460.00 | 138.00 |
| Andre L. Zafrani | 1.00 | 420.00 | 420.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 2.50 | 440.40 | $ 1,101.00 |