Invoice No.:   1868891                                                                                           Page 3
Matter No.:    083230.012700

<u>Description of Professional Services Rendered</u>

ACTION CODE:      813           FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/07 | Kerry E. Carlson | Research all pleadings related to retention and forward to C. Williams (.3); review all documents for provision relating to requests for attorney fees (1.5). | 1.80 | 342.00 |
| 02/01/07 | Nancy A. Peterman | Prepare for and meet with UST re fee issues (3.0); meet with MFIM representatives before and after meeting (7.5). | 10.50 | 6,090.00 |
| 02/01/07 | Collin B. Williams | Research regarding allowance of financial advisor's attorneys' fees from debtor's estate (2.0); prepare memo regarding allowance of advisor's attorneys' fees from estate property (2.0). | 4.00 | 1,280.00 |
| 02/05/07 | Kerry E. Carlson | Review docket to determine status of order continuing interim retention of Mesirow (.2); forward update to N. Peterman (.1). | 0.30 | 57.00 |
| 02/05/07 | Nancy A. Peterman | Prepare for and participate in call with S. Smith re fee issues (.6); review draft fee summary (.8). | 1.40 | 812.00 |
| 02/12/07 | Nancy A. Peterman | Review fee chart to be sent to UST. | 0.20 | 116.00 |
| 02/13/07 | Nancy A. Peterman | Follow-up on fee issues with UST. | 0.50 | 290.00 |
| 02/15/07 | Nancy A. Peterman | Prepare email to UST re fee issues. | 0.50 | 290.00 |
| 02/15/07 | Nancy A. Peterman | Review new retention order for Debtors' professionals. | 0.30 | 174.00 |
| 02/16/07 | Kerry E. Carlson | Research and review administrative order and stipulated amendments establishing interim compensation procedures (.5); review deadlines (.2); discuss same with N. Peterman (.3). | 1.00 | 190.00 |
| 02/16/07 | Nancy A. Peterman | Prepare emails to S. Smith re MFIM fees (.1); review fee procedures order (.1); telephone conference with A. Landis re MFIM fees (.2); review email from A. Landis re same (.1). | 0.50 | 290.00 |
| 02/27/07 | Nancy A. Peterman | Telephone conference with S. Darr re success fee, GT attorney fee reimbursement and other issues (.6); prepare email to S. Darr re same (.1). | 0.70 | 406.00 |
| 02/28/07 | Nancy A. Peterman | Review GT bills to determine MFIM's ability to seek reimbursement under caselaw (.5) | 0.50 | 290.00 |

Total Hours:   22.20

Total Amount:   $ 10,627.00

| | | Page 4 |
|---|---|---:|
| Invoice No.: | 1868891 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Nancy A. Peterman | 15.10 | 580.00 | 8,758.00 |
| Collin B. Williams | 4.00 | 320.00 | 1,280.00 |
| Kerry E. Carlson | 3.10 | 190.00 | 589.00 |
| Totals: | 22.20 | 478.69 | $ 10,627.00 |

| | | | |
|---|---|---|---|
| Invoice No.: | 1868891 | | Page 5 |
| Matter No.: | 083230.012700 | | |

<u>Description of Professional Services Rendered</u>

ACTION CODE:    838    SALE OF PROPERTY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/12/07 | Nancy A. Peterman | Review and revise license agreement. | 0.10 | 58.00 |
| 02/12/07 | Nancy A. Peterman | Telephone conference with S. Strong re licensing issues (1.0); review various information re licenses (1.0); review and respond to emails from MFIM and the Debtor re licensing issues (1.0). | 3.00 | 1,740.00 |
| 02/13/07 | Nancy A. Peterman | Telephone conference with G. Rudolph re license issues (.4); review and comment on various drafts of the subservicing agreement (1.2); review mortgage licensing statutes (.5); telephone conference with S. Strong re transaction structure with Compass/subservicing agreement (.2); telephone conference with J. Atkinson re mortgage license issues (.2); exchange numerous emails with MFIM and Debtor's counsel re license issues (.7). | 3.20 | 1,856.00 |
| 02/13/07 | David W. Schoenberg | Review and revise licensing agreement (.4); telephone calls with Nancy Peterman re same (.1). | 0.50 | 297.50 |
| 02/14/07 | Nancy A. Peterman | Telephone conference with D. Warshawsky re mortgage licensing issues (1.0); exchange emails with D. Warshawsky, S. Strong and MFIM re additional licensing issues and related issues, including insurance (1.0); several telephone conferences and emails with S. Darr re same (1.5). | 3.50 | 2,030.00 |
| 02/14/07 | Daniel B. Warshawsky | Review subservicer arrangement for regulatory issues (.8); prepare comments to subservicer agreement (1.0). | 1.80 | 441.00 |
| 02/15/07 | Nancy A. Peterman | Review draft budget for post-closing costs. | 0.30 | 174.00 |
| 02/15/07 | Nancy A. Peterman | Several telephone conferences with S. Strong, J. Atkinson and S. Darr re subservicing agreement, post-effective date structure (1.0); several telephone conferences with J. Atkinson re sale closing and related matters (.8); revise subservicing agreement (.4); exchange emails with Mesirow Insurance re D&O issues (.5); telephone conference with S. Strong re sale closing and subservicing agreement (.5). | 3.20 | 1,856.00 |
| 02/16/07 | Nancy A. Peterman | Review revised subservicing agreements (1.0); exchange emails with S. Smith and S. Strong re same (.2); telephone conference | 1.40 | 812.00 |

Invoice No.:   1868891                                                                                           Page 6
Matter No.:    083230.012700

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | with S. Darr re same (.2). | | |
| 02/21/07 | Nancy A. Peterman | Review and comment on draft press release re Compass sale. | 0.40 | 232.00 |
| 02/22/07 | Nancy A. Peterman | Telephone conference with Compass attorney re insurance issue (.5); prepare email to MFIM re same (.5); review revised press release re Compass transaction (.3). | 1.30 | 754.00 |
| 02/23/07 | Nancy A. Peterman | Review final version of press release (.3); review and analysis of D&O insurance policy (.6); prepare email to C. Gossel and S. Darr re same (.5). | 1.40 | 812.00 |

Total Hours:   20.10

Total Amount:   $ 11,062.50


TIMEKEEPER SUMMARY FOR ACTION CODE 838,

SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 17.80 | 580.00 | 10,324.00 |
| Daniel B. Warshawsky | 1.80 | 245.00 | 441.00 |
| David W. Schoenberg | 0.50 | 595.00 | 297.50 |
| Totals: | 20.10 | 550.37 | $ 11,062.50 |

| | |
|---|---|
| Invoice No.: | 1868891 |
| Matter No.: | 083230.012700 |

Page 7

Description of Professional Services Rendered

ACTION CODE:    922    TRAVEL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/07 | Nancy A. Peterman | Travel to and from Las Vegas for meeting (4.0). | 4.00 | 2,320.00 |
| | | Total Hours: | 4.00 | |
| | | Total Amount: | | $ 2,320.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 922,

TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 4.00 | 580.00 | 2,320.00 |
| Totals: | 4.00 | 580.00 | $ 2,320.00 |

Invoice No.:   1868891  Page 8
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 41.40 | 580.00 | 24,012.00 |
| Daniel B. Warshawsky | 1.80 | 245.00 | 441.00 |
| Collin B. Williams | 4.00 | 320.00 | 1,280.00 |
| David W. Schoenberg | 0.50 | 595.00 | 297.50 |
| Kerry E. Carlson | 4.50 | 190.00 | 855.00 |
| Totals: | 52.20 | 515.05 | $ 26,885.50 |

| | | Page 9 |
|---|---|---|
| Invoice No.: | 1868891 | |
| Re: | USA Commercial Mortgage Company | |
| Matter No.: | 083230.012700 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/31/07 | LiveEdgar Research Charges for January 2007. Re: Mesirow USA Capital | $ 52.12 |
| 01/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200007042 DATE: 2/12/2007 Tkt. No. 01 67812837831 - Peterman/Nancy A Air/Rail Travel on 02/01/2007: ORD LAS ORD | $ 475.00 |
| 01/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200007042 DATE: 2/12/2007 Tkt. No. 89 08139978328 - Peterman/Nancy A Travel agency service fee | $ 29.00 |
| 02/01/07 | Westlaw Research by WILLIAMS,COLLIN B. | $ 156.31 |
| 02/13/07 | Westlaw Research by OSTROW,ETHAN. | $ 18.66 |
| 02/16/07 | VENDOR: Base Limousine Service; INVOICE#: 8131; DATE: 2/16/2007 - Acct: GTLAW, Limousine Services from 2/1/07 to 2/15/07 | $ 237.00 |
| | Total Expenses: | $ 968.09 |

Invoice No.:  1858669                                                                                          Page 1
Matter No.:   083230.012700

## Description of Professional Services Rendered:

ACTION CODE:      804          CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/07 | Nancy A. Peterman | Telephone conference with C. Goesel re D&O insurance (.2); several telephone conferences with S. Darr re same and fee issues (.2). | 0.40 | 232.00 |
| 03/01/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 1.20 | 120.00 |
| 03/05/07 | Nancy A. Peterman | Review and comment on fee enhancement/success fee research memo (1.0); conference with C. Williams re same (.1); telephone conference with C. Goesel re insurance issues (.2); telephone conference with Compass' counsel re same (.2); prepare email to client re same (.2); review recent pleadings (.1). | 1.80 | 1,044.00 |
| 03/06/07 | Carla Greenberg | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 03/06/07 | Nancy A. Peterman | Review recent pleadings. | 0.40 | 232.00 |
| 03/07/07 | Kerry E. Carlson | Check status of appeal (.1); forward appellee's opening brief (.1). | 0.20 | 38.00 |
| 03/07/07 | Nancy A. Peterman | Review recent pleadings. | 0.80 | 464.00 |
| 03/07/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.30 | 30.00 |
| 03/08/07 | Nancy A. Peterman | Participate in conference call with client re licensing issues/control of funds issues. | 0.60 | 348.00 |
| 03/08/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.30 | 30.00 |
| 03/09/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.30 | 30.00 |
| 03/12/07 | Carla Greenberg | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 03/12/07 | Nancy A. Peterman | Review and analysis of recent pleadings. | 0.30 | 174.00 |

Total Hours:  7.00

Total Amount:  $ 2,782.00

| Invoice No.: | 1858669 | Page 2 |
|---|---|---|
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 4.30 | 580.00 | 2,494.00 |
| Kerry E. Carlson | 0.20 | 190.00 | 38.00 |
| Carla Greenberg | 0.40 | 100.00 | 40.00 |
| Elisa Rodriguez | 2.10 | 100.00 | 210.00 |
| Totals: | 7.00 | 397.43 | $ 2,782.00 |

Invoice No.:    1858669                                                                               Page 3
Matter No.:     083230.012700

Description of Professional Services Rendered

ACTION CODE:    813         FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/07 | Collin B. Williams | Research regarding 9th Circuit and other law on proprietary of success fees/fee enhancements (2.9); work on memo regarding same (4.1). | 7.00 | 2,240.00 |
| 03/05/07 | Collin B. Williams | Work on memo regarding fee enhancements | 2.60 | 832.00 |
| 03/21/07 | Matthew T. Gensburg | Review emails re: status from Darr on fee application issues. | 0.10 | 58.00 |
| 03/21/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application issues and other matters (2.0); work on various issues relating to the fee application (1.2). | 1.40 | 812.00 |
| 03/21/07 | Collin B. Williams | Research regarding judicial notice of rulings, pleadings and orders in other cases for fee application (1.6); draft memo regarding same (1.0). | 2.60 | 832.00 |
| 03/22/07 | Matthew T. Gensburg | Review emails re: judicial notice from Peterman and Williams. | 0.10 | 58.00 |
| 03/22/07 | Nancy A. Peterman | Work on fee application issues. | 1.00 | 580.00 |
| 03/22/07 | Collin B. Williams | Work on materials for success fee binder and argument (3.1); research regarding lodester multipliers as they pertain to trustee compensation (2.3). | 5.40 | 1,728.00 |
| 03/23/07 | Kerry E. Carlson | Pull all cases cited in C. Williams memo on success fees (.3); gather additional research and background information on success fees in other cases (.8). | 1.10 | 209.00 |
| 03/23/07 | Sonal P. Desai | Research re success fee cases. | 0.30 | 55.50 |
| 03/23/07 | Collin B. Williams | Work on success fee binders and materials in preperation for fee application hearing. | 6.50 | 2,080.00 |
| 03/26/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application, Sal Reale issues, etc. (.4); telephone conferences (2) with S. Strong re fee applications, Sal Reale, Sierra Liquidity and other issues (.6). | 1.00 | 580.00 |
| 03/26/07 | Nancy A. Peterman | Prepare agenda for call with MFIM representatives (.8); prepare and participate in same call (1.2); follow-up on all open issues (.6). | 2.60 | 1,508.00 |
| 03/28/07 | Matthew T. Gensburg | Review fee application materials. | 0.20 | 116.00 |
| 03/30/07 | Matthew T. Gensburg | Review emails re: status of fee application preparation. | 0.20 | 116.00 |
| | | Total Hours: | 32.10 | |

| | |
|---|---|
| Invoice No.: 1858669 | Page 4 |
| Matter No.: 083230.012700 | |

Description of Professional Services Rendered

Total Amount: $ 11,804.50

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Matthew T. Gensburg | 0.60 | 580.00 | 348.00 |
| Nancy A. Peterman | 6.00 | 580.00 | 3,480.00 |
| Collin B. Williams | 24.10 | 320.00 | 7,712.00 |
| Kerry E. Carlson | 1.10 | 190.00 | 209.00 |
| Sonal P. Desai | 0.30 | 185.00 | 55.50 |
| Totals: | 32.10 | 367.74 | $ 11,804.50 |