**EXHIBIT I**

USA Commercial Mortgage Company, et al.
Summary of Expenses
April 13, 2006 through March 12, 2007

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 278,763.84 |
| Ground Transportation | | 79,519.61 |
| Lodging | | 231,959.38 |
| Meals | | 69,472.85 |
| Miscellaneous - Federal Express | | 393.21 |
| Miscellaneous - Items for Meeting | | 843.74 |
| Miscellaneous - Legal Fees | | 453,359.85 |
| Miscellaneous - Office Supplies | | 2,856.26 |
| Total Out-of-Pocket Expenses | $ | 1,117,168.74 |
| **Total Out-of-Pocket Expenses Requested from April 13, 2006 through March 12, 2007** [1] | **$** | **1,117,168.74** |

1 - MFIM has included expenses associated with preparing this Final Application incurred after March 12, 2007.