# EXHIBIT K

USA Capital
MFIM Final Fee Application
Success Fee Awards in Comparable Cases

| Case | Firm | Role | Success Fee | Basis for Award |
|---|---|---|---|---|
| Advanced Marketing Services, Inc. et al. | Houlihan Lokey Howard & Zukin Capital, Inc. | Debtors' Investment Banker | Financing Fee, Restructuring Transaction Fee, and Merger & Acquisition Fee ("M&A Fee) | Financing Fee: Greater of $750,000 or 1.25% of DIP; M&A Fee: $1.25 million plus 2% aggregate consideration above $150M up to $160M plus 4% aggregate consideration above $160M up to $170M plus 6% aggregate consideration above $170M up to $180M plus 8% aggregate consideration above $180M; Restructuring Transaction Fee: 1.25 million |
| Bridgeport Holdings, Inc., et al. | AP Services, LLC | Debtors' Crisis Managers | Total Success Fee paid: $2,359,641 | 1.25% of $187.5 million asset recovery. Success Fee terms: (1) Sale of major U.S. operating assets - $1,000,000 plus 5% of total distribution to pre-petition stakeholders over $85,000,000 from U.S. recovery, and (2) Sale of European operations - $250,000 plus 2% of total distribution to pre-petition stakeholders over $50,000,000 from European recovery. |
| Dana Corporation, et al. | Jefferies & Company, Inc. | Equity Security Holders' Financial Advisor | $2,500,000 or $5,250,000 | Equity ownership retained or received by original equity holders (50% threshold) |
| Dana Corporation, et al. | Miller Buckfire & Company, LLC | Debtors' Financial Advisor & Investment Banker | Financing Fee, Restructuring Transaction Fee, and Sale Transaction Fee | Restructuring Transaction Fee: $12.5 million pursuant to a successful restructuring or Sale Transaction Fee: 1% aggregate consideration of sale up to $300M, over $300M is subject to a customary transaction fee, certain sale transaction fees are credited toward restructuring transaction fee; Financing Fee (other than DIP): (i) 1% of gross proceeds of indebtedness issued that is subject to 1st lien, (ii) 3% of gross proceeds of indebtedness issued that is secured by junior lien, is unsecured or is subordinated, and (iii) 5% of gross proceeds of equity securities issued. Exit financing with the majority of DIP lenders capped at $1,000,000. All other exit financing capped at $3,000,000. |
| Dana Corporation, et al. | UBS Securities LLC | Unsecured Creditor Committee's Financial Advisor | $2,250,000 | Amount payable upon consummation of any Restructuring Transaction |
| Dennis Bamber, Inc. | Fort Dearborn Advisors, LLC | Debtors' Investment Banker | Success Fee based entirely on transaction amount. | "Existing Bidder" Transaction Fee: 1.25% Net Transaction Amount or Outside Bidder Transaction Fee: 1.25% Net Transaction Amount plus 5% of proceeds exceeding the purchase price up to $5M plus 10% of proceeds exceeding the purchase price more than $5M. |

USA Capital
MFIM Final Fee Application
Success Fee Awards in Comparable Cases

| Case | Firm | Role | Success Fee | Basis for Award |
|---|---|---|---|---|
| Distribution Dynamics, Inc., Distribution Dynamics Holdings, Inc., Pro Fasteners, Northwestern Company, and Rainbow Fastener Company | Houlihan Lokey Howard & Zukin Capital | Debtors' Financial Advisor | Sale Transaction Fee | $450,000 Sales Transaction to $20 million then 5% > $20 million |
| Dura Automotive Systems, Inc., et al. | Miller Buckfire & Company, LLC | Debtors' Investment Banker | Financing Fee, Restructuring Transaction Fee, and Sale Transaction Fee | If sale of substantially all the debtors' assets is consummated, then Sale Transaction Fee: 1% Aggregate Consideration or Restructuring Fee: $7,700,000. If a portion of debtors' assets are sold, the firm is entitled to the Sale Transaction Fee and Restructuring Fee, with 25% of the Sale Transaction Fee applied to the Restructuring Fee. Financing Fee: (i) 3% of gross proceeds of indebtedness issued that is unsecured or is subordinated and (ii) 5% of gross proceeds of equity securities issued. |
| Environmental Elements Corporation | FTI Capital Advisors, LLC | Debtor's Agent for Marketing and Sales of Business, Operations and Assets | Sale Transaction Fee | $250,000 plus 3% of proceeds over $5.0M |
| G&G Retail, Inc. | Corporate Revitalization Partners, LLC | Debtor's Crisis Managers | $350,000 | Sold or Emerge with 250 stores with Plan of Reorganization |
| Home Products International, Inc. and Home Products International-North America, Inc. | Giuliani Capital Advisors LLC | Unsecured Creditor Committee's Financial Advisor | Sale Transaction Fee: $500,000 | Recapitalization or restructuring of Company |
| Interstate Bakeries Corporation, et al. | Alvarez & Marsal, LLC | Debtors' Restructuring Managers | Incentive Compensation: 5% of Value Created with a minimum compensation of $3.85M | |
| J.L. French Automotive Castings, Inc. | Miller Buckfire & Company, LLC | Debtor's Financial Advisor & Investment Banker | Restructuring Transaction Fee and Sale Transaction Fee | Restructuring Fee: $2,125,000 or Sale Transaction Fee: 1% of Aggregate Consideration |
| NewComm Wireless Services, Inc. | Jefferies & Company, Inc. and Ironbark Associates LLC | Debtor's Financial Advisor | Sale Transaction Fee and Capital Raise Fee | Transaction Fee: $2,000,000, Capital Raise Fee: 2% to 6% of principal placed dependant on the type of instrument placed. |
| Parmalat USA Corp., et al. | AP Services, LLC | Debtors' Crisis Managers | $1,000,000 | Implementation and closing of the Parmalat Dairy Value Recovery Plan including the sale of a majority of Parmalat assets; 1% of any distribution over $135,000,000. |

USA Capital
MFIM Final Fee Application
Success Fee Awards in Comparable Cases

| Case | Firm | Role | Success Fee | Basis for Award |
|---|---|---|---|---|
| Radnor Holdings Corporation, et al. | Lazard Freres & Co. LLC | Debtors' Investment Banker | Financing Fee, Restructuring Transaction Fee, and Sale Transaction Fee | Restructuring Fee: $2,500,000, Sale Transaction Fee: $2,500,000 or AND 5% Aggregate Considered, Financing Fee: 1% - 6% depending on credit facility |
| Skin Nuvo International, LLC, et al. | Camino Real Advisors, LLC | Debtors' Restructuring Advisors | $260,000 | 5% of winning bid of $5.2M |
| Weld Wheel Industries, Inc., et al. | White Oak Capital Advisors, LLC | Debtors' Investment Banker | $375,000 plus 1% Aggregate Consideration over $10M | |
| Werner Holding Co. (DE), Inc. et al. | Rothschild Inc. | Debtors' Financial Advisor & Investment Banker | New Indebtedness Fee, Lien Fee, Notes Exchange Fee, Restructuring Transaction Fee, and M&A Fee | New Indebtedness Fee: 1% of gross proceeds raised from financing, capped at $2,000,000; Lien Fee: $1,250,000 for a First and Second Lien Facility; Notes Exchange Fee: $1,750,000 for refinancing of senior subordinated notes; Restructuring Fee of $3,000,000, M&A Transaction Fee: $3,000,000 |