| Project Name | Date | Task | Consultant | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| USA Capital | | | | | | |
| | 6/1/2006 | | Aulabaugh | 1.6 | 668.50 | CC to discuss case |
| | 6/2/2006 | | Aulabaugh | 2.1 | 803.25 | review Debtor presentation |
| | | | | 0.6 | 229.50 | internal discussions |
| | 6/4/2006 | | Aulabaugh | 0.3 | 114.75 | CC on upcoming Committee meeting |
| | | | | 0.3 | 114.75 | review MK notes on Meslow call on Saturday |
| | 6/7/2006 | | Aulabaugh | 0.8 | 306.00 | review motion on the Franklin/Stratford property sale and funding |
| | | | | 1.1 | 420.75 | research market data relating to Franklin/Stratford property sale |
| | | | | 0.3 | 114.75 | conversation with MK on Franklin/Stratford sale issues |
| | | | | 1.2 | 459.00 | review purchase agreement, contractor draw schedule, counter offer, etc. |
| | 6/8/2006 | | Aulabaugh | 0.6 | 229.50 | research comps on Franklin/Stratford deal |
| | | | | 2.2 | 841.50 | reading deed of Trust on Franklin/Stratford Investments LLC |
| | | | | 0.7 | 267.75 | develop questions for call with developer |
| | | | | 1.1 | 420.75 | Conference call with Franklin/Stratford developer |
| | | | | 0.7 | 267.75 | CC with Slutman and Committee to discuss earlier call |
| | 6/9/2006 | | Aulabaugh | 3.4 | 1,300.50 | reviewing loan docs on Amesberry Halbart/Point and Franklin/Stratford |
| | | | | 0.8 | 306.00 | email correspondence about the various loans and follow up on Franklin/Stratford legal description |
| | 6/12/2006 | | Aulabaugh | 4.2 | 1,606.50 | review various loan documents relating to Amesberry, Franklin/Stratford and Homes for America info |
| | 6/13/2006 | | Aulabaugh | 3.7 | 1,415.25 | review motions filed |
| | 6/14/2006 | | Aulabaugh | 0.6 | 229.50 | Conversation with Debtor's Advisor relating to release of appraisal and Stratford loan reserve |
| | | | | 0.3 | 114.75 | Call with Slutman relating conversations with Debtor and FTI Consulting |
| | | | | 0.4 | 153.00 | Call with FTI Consulting on Stratford Loan |
| | 6/15/2006 | | Aulabaugh | 0.2 | 76.50 | conversation with Slutman |
| | | | | 1.1 | 420.75 | Conference call of debtor/creditor meeting |
| | 6/16/2006 | | Aulabaugh | 0.8 | 306.00 | review Shamrock Tower appraisal |
| | | | | 1.1 | 420.75 | review HFA Monaco appraisal |
| | | | | 1.1 | 420.75 | review 10.23 acre site in Gilroy appraisal |
| | | | | 1.3 | 497.25 | review Lake Helen appraisal |
| | | | | 0.6 | 229.50 | Communication with Slutman |
| | 6/17/2006 | | Aulabaugh | 2.7 | 1,032.75 | Draft overheads on Shamrock, HFA Monaco, vacant site in Gilroy and Lake Helen appraisals |
| | 6/19/2006 | | Aulabaugh | 1.1 | 420.75 | weekly debtor call |
| | | | | 0.8 | 306.00 | finish drafting comments on appraisals |
| | | | | 1.2 | 459.00 | review HFA Monaco loan docs |
| | 6/20/2006 | | Aulabaugh | 3.2 | 1,224.00 | review non-performing loan portfolio and travel to LV to meet with Debtors |
| | | | | 2.4 | 918.00 | meet with debtor |
| | | | | 1.3 | 497.25 | review loan support files for Stratford and Convwest |
| | | | | 3.2 | 1,224.00 | travel home from LV and review of meeting notes from Debtor meeting |
| | 6/21/2006 | | Aulabaugh | 2.7 | 1,032.75 | reviewing (4) appraisals and drafting appraisal questions for Hilco |
| | 6/22/2006 | | Aulabaugh | 1.1 | 420.75 | CC with Meslow and Hilco regarding aforementioned appraisals |
| | | | | 2.1 | 803.25 | begin drafting memo regarding non-performing loans |
| | | | | 0.7 | 267.75 | review loans requesting additional funding |
| | 6/23/2006 | | Aulabaugh | 0.9 | 344.25 | CC with Meslow about non-performing loans |
| | | | | 2.6 | 994.50 | drafting non-performing loan memo |
| | | | | 1.4 | 535.50 | begin reviewing loan docs requesting additional funding |
| | 6/26/2006 | | Aulabaugh | 3.2 | 1,224.00 | continue non-performing loan memo draft |
| | | | | 0.4 | 153.00 | speak with MF about appraisal timing and response to questions |
| | | | | 0.4 | 153.00 | Conference call with Slutman regarding plan, DIP and strategy |
| | 6/27/2006 | | Aulabaugh | 1.3 | 497.25 | review comments from Hilco regarding appraisals |
| | | | | 2.3 | 879.75 | reviewing loan docs on additional funding loans |
| | | | | 1.7 | 650.25 | initial memo drafting on appraisals |
| | 6/28/2006 | | Aulabaugh | 2.2 | 841.50 | finalize non-performing loan memo |
| | | | | 1.4 | 535.50 | work on appraisal memo |
| | | | | 1.6 | 612.00 | begin reviewing new appraisals |
| | 6/29/2006 | | Aulabaugh | 1.2 | 459.00 | reviewing rio rancho appraisal |
| | | | | 1.1 | 420.75 | reviewing cornvwest condo appraisal |
| | | | | 0.8 | 306.00 | reviewing amesbury appraisal |
| | | | | 3.6 | 1,377.00 | reviewing loan documents relating to non-performing loan portfolio |
| | 6/30/2006 | | Aulabaugh | 1.9 | 726.75 | Conference call with Committee |
| | | | | 0.4 | 153.00 | Conference call with Meslow |
| | | | | 3.2 | 1,224.00 | continue to review loan documents and supporting information relating to non-performing loan portfolio |
| | | | | 1.4 | 535.50 | Discussion with David Herr of Westland Corp. to discuss Huntsville loan |

| Project Name | Date | Task | Consultant | Hours | Description |
|---|---|---|---|---|---|
| USA Capital | 7/5/2006 | | Aulabaugh | 1.2 | CC to discuss Huntsville negotiations; discuss appraisal timing |
| | | | | 4.6 | review recently received appraisals |
| | | | | 3.2 | drafting appraisal comment presentation for committee |
| | | | | 1.2 | various conference calls and email communication with Mesirow regarding a variety of loans |
| | 7/6/2006 | | Aulabaugh | 4.8 | reviewing appraisals |
| | | | | 4.2 | work on appraisal presentation |
| | | | | 0.9 | discussions with Mesirow on appraisals and loan details |
| | 7/7/2006 | | Aulabaugh | 6.7 | work on appraisal analysis presentation |
| | | | | 3.4 | begin reviewing new appraisals |
| | 7/10/2006 | | Aulabaugh | 2.6 | reading/reviewing motions filed by debtor and Stutman |
| | | | | 5.3 | Reviewing new appraisals |
| | 7/11/2006 | | Aulabaugh | 4.1 | meeting with debtor |
| | | | | 1.8 | meeting with FTDF committee |
| | | | | 1.2 | prepare for committee meeting |
| | | | | 2.1 | review motions, Stutman memos and our presentation |
| | 7/12/2006 | | Aulabaugh | 2.6 | meeting with debtor to discuss loan negotiations, etc. |
| | | | | 3.2 | begin reviewing new appraisals |
| | | | | 2.2 | follow up with Mesirow regarding certain loan questions (Harbor Georgetown, Interstate Phase II and Huntsville) |
| | 7/13/2006 | | Aulabaugh | 1.4 | reviewing staff remarks on certain appraisals |
| | | | | 2.6 | reviewing loan docs on Harbor Georgetown, Interstate Phase II and Huntsville |
| | 7/14/2006 | | Aulabaugh | 1.6 | CC with Committee |
| | | | | 1.3 | researching Eagle Meadow loan docs to better understand appraisal value |
| | | | | 2.2 | reviewing appraisal comments from staff on Tapia Ranch and Castaic Partners II |
| | | | | 3.3 | researching loan docs relating to Anchor B, Gramercy and Shamrock (all related to Tracy Suttles) |
| | 7/16/2006 | | Aulabaugh | 2.2 | review appraisals of Roam Development, Midvale and J. Jiren |
| | 7/17/2006 | | Aulabaugh | 1.4 | review Harbor Georgetown Loan |
| | | | | 0.7 | reviewing LOI for payoff on Tapia Ranch |
| | | | | 2.7 | understanding loan support documents relating to Cloudbreak, Bysynery and J. Jireh |
| | 7/18/2006 | | Aulabaugh | 0.8 | CC with Committee and Counsel (Mary and Eve) |
| | | | | 0.7 | Call with Mesirow relating to Castaic and Eagle Meadows and Monaco Forbearance agreement |
| | | | | 2.6 | reviewing Castaic Partners III appraisal |
| | | | | 2.9 | Elizabeth May appraisal, Franklin Stratford and Roam Development |
| | | | | 1.4 | communications with Stutman and Mesirow |
| | 7/19/2006 | | Aulabaugh | 0.7 | internal conversation about funding requests |
| | | | | 0.8 | debtor call |
| | | | | 0.4 | review updated funding requirements |
| | | | | 2.2 | appraisal reviews |
| | | | | 3.6 | research and understand loan support info on several loans sent over from Mesirow on 7/18 |
| | | | | 0.6 | review Franklin Stratford release clauses in loan |
| | 7/25/2006 | | Aulabaugh | 0.4 | review appraisal summary and update summary totals |
| | | | | 0.6 | review and respond to Mesirow comments about Roam Development |
| | 7/26/2006 | | Aulabaugh | 0.3 | internal discussion about loans needs funding |
| | | | | 0.9 | review loan information sent by Mesirow |
| | 7/31/2006 | | Aulabaugh | 1.2 | CC to discuss Huntsville negotiations; discuss appraisal timing |
| | | | | 2.6 | review recently received LOIs from potential purchasers |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | 9/1/2006 | | Aulabaugh | 2.5 | 956.25 | | research on loans and negotiations |
| | | | | 0.9 | 344.25 | | CC with buyer |
| | 9/4/2006 | | Aulabaugh | 0.6 | 229.50 | | review Stutman comments on potential servicer |
| | 9/5/2006 | | Aulabaugh | 1.2 | 459.00 | | Debtor call to discuss buyer offer, etc. |
| | 9/6/2006 | | Aulabaugh | 0.4 | 153.00 | | diligence on loan negotiations; correspondence to set up weekly call |
| | 9/8/2006 | | Aulabaugh | 0.7 | 267.75 | | Call to discuss deal points |
| | | | | 0.4 | 153.00 | | review allocation buckets |
| | | | | 0.6 | 229.50 | | calls to Mesirow to set up weekly call; respond to emails |
| | 9/11/2006 | | Aulabaugh | 1.7 | 650.25 | | update sale proceeds based on collections since August 1st. |
| | 9/12/2006 | | Aulabaugh | 0.8 | 306.00 | | review collections |
| | 9/13/2006 | | Aulabaugh | 1.3 | 497.25 | | review Mountain House Business Park LOIs and other correspondence |
| | 9/14/2006 | | Aulabaugh | 1.1 | 420.75 | | FTDF loan update |
| | | | | 0.6 | 229.50 | | CC with Committee |
| | | | | 0.4 | 153.00 | | review emails relating to various loans |
| | 9/15/2006 | | Aulabaugh | 0.4 | 153.00 | | conversation with Mesirow about Binford Property |
| | 9/20/2006 | | Aulabaugh | 0.4 | 153.00 | | review 8/31 loan balances |
| | 9/21/2006 | | Aulabaugh | 0.1 | 38.25 | | review J Meyer analysis of loan balance comparison |
| | | | | 0.3 | 114.75 | | CC with B Fasel of Mesirow regarding sale process |
| | | | | 0.4 | 153.00 | | correspondence with Debtor regarding loan negotiation updates |
| | 9/22/2006 | | Aulabaugh | 0.4 | 153.00 | | CC with B Fasel and other committees about sale process |
| | 9/26/2006 | | Aulabaugh | 1.1 | 420.75 | | CC with Committee to discuss case progress, etc. |
| | 9/27/2006 | | Aulabaugh | 2.2 | 841.50 | | prep for meeting with Mesirow regarding loan collections, sale process |
| | | | | 2.7 | 1,032.75 | | meet with Mesirow |
| | | | | 0.9 | 344.25 | | inspect Cloudbreak, a loan of FTDF |
| | 9/28/2006 | | Aulabaugh | 0.7 | 267.75 | | review notes regarding loan portfolio |
| | | | | 2.2 | 841.50 | | draft memo regarding loan collections |
| | 9/29/2006 | | Aulabaugh | 2.4 | 918.00 | | work on loan collection memo |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |
| | 10/3/2006 | | Aulabaugh | 1.3 | 497.25 | | Discussion with buyer regarding process, due diligence, etc. |
| | 10/4/2006 | | Aulabaugh | 0.6 | 229.50 | | prep for meeting with Mesirow |
| | | | | 1.1 | 420.75 | | meeting with Mesirow and Stalking Horse to discuss servicer transition to buyer |
| | | | | 0.9 | 344.25 | | meet with B Fasel (of Mesirow) to discuss sale process, other bidders, etc. |
| | | | | 1.2 | 459.00 | | research Palm Harbor collateral and sales progress |
| | 10/5/2006 | | Aulabaugh | 0.9 | 344.25 | | CC with Mesirow and other committee Financial Advisors to discuss bidder list, etc. |
| | | | | 0.8 | 306.00 | | review motion regarding Marlton Sq and Palm Harbor loan modification |
| | | | | 0.7 | 267.75 | | Conversation with new potential bidder |
| | | | | 0.3 | 114.75 | | correspondence with Mesirow regarding Confidentiality agreement |
| | 10/10/2006 | | Aulabaugh | 0.9 | 344.25 | | research extra collateral for P&S |
| | | | | 0.3 | 114.75 | | discussion of P&S with F Merola |
| | 10/12/2006 | | Aulabaugh | 1.1 | 420.75 | | Conference call with committee |
| | 10/13/2006 | | Aulabaugh | 0.6 | 229.50 | | review of stalking horse due diligence findings |
| | | | | 0.2 | 76.50 | | discussion of buyer due diligence findings |
| | 10/15/2006 | | Aulabaugh | 1.6 | 612.00 | | review title issues relating to FTDF assets |
| | 10/16/2006 | | Aulabaugh | 0.8 | 306.00 | | CC with Stutman to discuss APA revisions |
| | | | | 0.6 | 229.50 | | Discussion with debtor and Stutman to discuss APA after buyer comments on earlier call |
| | | | | 0.7 | 267.75 | | discussion with buyer regarding APA deal points |
| | 10/17/2006 | | Aulabaugh | 1.4 | 535.50 | | review/discuss Silverpoint tax liens relevancy |
| | | | | 0.6 | 229.50 | | research Margarita Annex interpleader loan balance |
| | | | | 1.2 | 459.00 | | further discussion of loan mechanics liens |
| | | | | 0.6 | 229.50 | | review Comvest motion and comment |
| | | | | 1.3 | 497.25 | | CC to discuss APA revisions |
| | | | | 0.4 | 153.00 | | review title analysis prepared by Stutman |
| | 10/18/2006 | | Aulabaugh | 0.9 | 344.25 | | CC with buyer regarding APA, |
| | | | | 1.6 | 612.00 | | analysis and discussion of title and tax lien issues |
| | | | | 1.4 | 535.50 | | CC with Stutman regarding title issues and APA adjustment |
| | | | | 0.4 | 153.00 | | review Binford motion |
| | 10/19/2006 | | Aulabaugh | 0.6 | 229.50 | | review revised APA |
| | 10/20/2006 | | Aulabaugh | 0.8 | 306.00 | | follow up with Debtor regarding title and lien issues |
| | 10/23/2006 | | Aulabaugh | 0.7 | 267.75 | | review cash budget |
| | | | | 0.2 | 76.50 | | direct staff on getting detail on loan payoffs |
| | 10/24/2006 | | Aulabaugh | 1.6 | 612.00 | | preparation for meeting with Mesirow regarding current loan pool |
| | | | | 1.3 | 497.25 | | meeting with Mesirow to discuss portfolio |
| | | | | 1.5 | 573.75 | | dinner with Mesirow to discuss sale process, bidder interest |
| | 10/25/2006 | | Aulabaugh | 1.6 | 612.00 | | in court for hearing |
| | | | | 0.4 | 153.00 | | meeting with buyer to discuss APA terms |
| | | | | 1.2 | 459.00 | | meeting with Stutman to discuss solutions to APA hurdles |
| | | | | 1.3 | 497.25 | | in court for hearing |
| | | | | 1.6 | 612.00 | | work on loan payment timing memo |
| | 10/26/2006 | | Aulabaugh | 0.7 | 267.75 | | review University Estates correspondence |
| | | | | 0.4 | 153.00 | | review offer info on Shamrock Tower loan |
| | | | | 0.6 | 229.50 | | administrative |
| | 10/31/2006 | | Aulabaugh | 1.2 | 459.00 | | review joint plan term sheet |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |
| | 11/1/2006 | | Aulabaugh | 0.7 | 267.75 | 3 | review loan payoff updates sent by Mesirow |
| | 11/2/2006 | | Aulabaugh | 0.8 | 306.00 | | discussion regarding FTDF assets and sale process with potential bidder |
| | 11/3/2006 | | Aulabaugh | 0.8 | 306.00 | 4 | conference call to disuss plan |
| | | | | 0.8 | 306.00 | 4 | conference call with Committee |
| | 11/8/2006 | | Aulabaugh | 0.5 | 191.25 | | conference call with debtor to discuss sale progress |
| | | | | 0.7 | 267.75 | | review plan |
| | | | | 1.4 | 535.50 | | research Margarita Annex for interpleader issue |
| | 11/9/2006 | | Aulabaugh | 0.3 | 114.75 | | conference call with Stutman regarding Margarita Annex interpleader strategy |
| | 11/10/2006 | | Aulabaugh | 2.2 | 841.50 | | work on unsecured claim support analysis |
| | 11/11/2006 | | Aulabaugh | 0.4 | 153.00 | | review liquidation analysis |
| | 11/15/2006 | | Aulabaugh | 0.3 | 114.75 | | call with Stutman to discuss claim deficiency analysis |
| | 11/17/2006 | | Aulabaugh | 1.8 | 688.50 | | analysis of loan payoffs |
| | | | | 1.6 | 612.00 | | deficiency claim analysis |
| | 11/18/2006 | | Aulabaugh | 1.2 | 459.00 | | review loan portfolio for notice letters |
| | 11/20/2006 | | Aulabaugh | 1.1 | 420.75 | | deficiency claim analysis |
| | | | | 0.6 | 229.50 | | discuss sale process with Mesirow |
| | 11/21/2006 | | Aulabaugh | 2.2 | 841.50 | | loan payoff analysis |
| | | | | 1.2 | 459.00 | | deficiency claim analysis |
| | 11/27/2006 | | Aulabaugh | 2.6 | 994.50 | | deficiency claim analysis |
| | 11/28/2006 | | Aulabaugh | 2.4 | 918.00 | | deficiency claim analysis |
| | | | | 0.4 | 153.00 | | call with debtor advisors about sale process |
| | 11/29/2006 | | Aulabaugh | 1.8 | 688.50 | | deficiency claim analysis cont'd |
| | 11/30/2006 | | Aulabaugh | 3.7 | 1,415.25 | | review qualified bids |
| | | | | 0.3 | 114.75 | | call with Stutman |
| | | | | 0.7 | 267.75 | | call with Debtor advisor regarding qualified bids |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |
| | 12/1/2006 | | Aulabaugh | 0.7 | 267.75 | 3 | review loan payoff updates sent by Mesirow |
| | | | | 0.3 | 114.75 | 3 | call with potential bidder |
| | | | | 0.8 | 306.00 | 9 | committee call |
| | | | | 2.4 | 918.00 | 8 | call with Debtor |
| | 12/3/2006 | | Aulabaugh | 0.8 | 306.00 | 8 | discussion with Mesirow regarding financial qualifications of bidder |
| | | | | 1.4 | 535.50 | 3 | review recast term sheet put forth by bidder |
| | 12/4/2006 | | Aulabaugh | 0.8 | 306.00 | 8 | call with debtor advisor |
| | | | | 1.1 | 420.75 | 8 | call with all committees for update on sale process, etc. |
| | | | | 0.7 | 267.75 | 8 | discussion regarding bidder qualification with Stutman |
| | 12/5/2006 | | Aulabaugh | 2.2 | 841.50 | | call with Debtor and Committees |
| | | | | 3.3 | 1,262.25 | | qualifying bids |
| | | | | 1.6 | 612.00 | | further analysis to qualify bidders |
| | 12/6/2006 | | Aulabaugh | 0.9 | 344.25 | | committee call |
| | | | | 1.9 | 726.75 | | prep for auction meeting |
| | | | | 2.3 | 879.75 | | auction meeting with debtor and committees |
| | 12/7/2006 | | Aulabaugh | 2.2 | 841.50 | | analyzing competing bids for consistency from bid to bid |
| | | | | 1.6 | 612.00 | | in court for auction |
| | | | | 2.3 | 879.75 | | in court for auction |
| | | | | 1.8 | 688.50 | | auction |
| | | | | 2.1 | 803.25 | | discussions with bidders about purchase agreements |
| | 12/8/2006 | | Aulabaugh | 0.3 | 114.75 | | review final auction results |
| | | | | 0.3 | 114.75 | | analysis to determine FTDF recovery |
| | 12/12/2006 | | Aulabaugh | 0.8 | 306.00 | | review ballot results |
| | 12/15/2006 | | Aulabaugh | 1.1 | 420.75 | | Committee call |
| | 12/18/2006 | | Aulabaugh | 1.6 | 612.00 | | prep for meeting with professionals |
| | | | | 2.1 | 803.25 | | meeting with professionals |
| | 12/19/2006 | | Aulabaugh | 1.6 | 612.00 | | prep for Confirmation hearing |
| | | | | 3.1 | 1,185.75 | | Confirmation hearing |
| | | | | 0.6 | 229.50 | | review strategy for confirmation and afternoon hearing |
| | | | | 3.3 | 1,262.25 | | confirmation hearing |
| | | | | 1.3 | 497.25 | | confirmation hearing cont'd |
| | 12/20/2006 | | Aulabaugh | 0.3 | 114.75 | | review distribution allocation |
| | | | | 0.2 | 76.50 | | discussion of applicable claims for holdback |
| | 12/21/2006 | | Aulabaugh | 0.6 | 229.50 | | review revisions to confirmation plan |
| | | | | 0.8 | 306.00 | | conference call regarding confirmation order |
| | | | | 0.2 | 76.50 | | research Monaco loans |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |
| | 1/4/2007 | | Aulabaugh | 0.7 | 267.75 | 3 | review recovery analysis as indicated by payoffs and auction results |
| | 1/5/2007 | | Aulabaugh | 0.4 | 153.00 | | conversation with Compass Partners regarding close issues |
| | | | | 0.6 | 229.50 | | discussion of outstanding issues relating to Compass close |
| | 1/6/2007 | | Aulabaugh | 0.4 | 153.00 | | review Standard Property negotiations regarding loan payoff |
| | 1/8/2007 | | Aulabaugh | 0.90 | 344.25 | | conference call to discuss Standard Property with Stutman |
| | | | | 0.70 | 267.75 | | conference call with the debtor regarding buyer discussions |
| | | | | 0.40 | 153.00 | | reviewing language on Standard Property |
| | 1/9/2007 | | Aulabaugh | 0.7 | 267.75 | | research loan funding on Standard Property |
| | | | | 0.4 | 153.00 | | follow up with Debtor regarding loan payoffs |
| | | | | 0.7 | 267.75 | | call with debtor regarding payoffs |
| | 1/10/2007 | | Aulabaugh | 0.7 | 267.75 | | Conference call with debtor on payoffs |
| | | | | 0.6 | 229.50 | | review of Standard Loan negotiations |
| | 1/11/2007 | | Aulabaugh | 0.6 | 229.50 | | review motion |
| | | | Aulabaugh | 0.5 | 191.25 | | review loan payment email from Debtor |
| | | | | 0.3 | 114.75 | | review info on claims traders |
| | 1/12/2007 | | Aulabaugh | 0.3 | 114.75 | | review communication draft regarding claims traders |
| | 1/16/2007 | | Aulabaugh | 0.6 | 229.50 | | review closing punchlist |
| | | | | 0.2 | 76.50 | | call with Compass to discuss closing timing |
| | 1/18/2007 | | Aulabaugh | 0.6 | 229.50 | | discussion regarding certain loan payoffs |
| | | | | 0.4 | 153.00 | | review stay motion |
| | 1/19/2007 | | Aulabaugh | 0.2 | 76.50 | | call to Compass regarding close |
| | | | | 0.4 | 153.00 | | review emails regarding close issues |
| | 1/23/2007 | | Aulabaugh | 0.4 | 153.00 | | review correspondence from buyer regarding assets for sale |
| | | | | 0.2 | 76.50 | | review updates from Stutman on legal issues relating to close |
| | 1/24/2007 | | Aulabaugh | 1.1 | 420.75 | | call with debtor to discuss close issues |
| | | | | 0.3 | 114.75 | | discussion with Stutman regarding close and PP adjustment |
| | 1/25/2007 | | Aulabaugh | 0.8 | 306.00 | | review debtor calculation of FTDF recovery |
| | | | | 0.4 | 153.00 | | discussion on USACM and FTDF allocation issue |
| | 1/30/2007 | | Aulabaugh | 0.3 | 114.75 | | review motion on overbid allocation |
| | | | | 0.2 | 76.50 | | review Kvarda declaration |
| | | | | 0.7 | 267.75 | | call with debtor |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | | | | | |
| | 3/6/2007 | | Aulabaugh | 0.6 | 229.50 | | discussion with Compass regarding auction results |
| | | | | 0.7 | 267.75 | | discussion with Stutman regarding overbid allocation |
| | 3/9/2007 | | | 0.6 | 229.50 | | review of allocation settlement from Stutman |
| | | | Total Hours | 1.9 | $ 727 | | |

| Project Name | Date | Consultant | Hours | Daily Hrs. | Amount | Description |
|---|---|---|---|---|---|---|
| USA Capital | 6/2/2006 | Peterson | 0.20 | | | P/C w/ Dirk Aulabaugh re: USA Capital engagement. Monday's meeting / coordination. (Not in Agresso) |
| | 6/2/2006 | Peterson | 0.40 | 0.60 | | P/C w/ Matt Kvarda re: USA Capital engagement. Monday's meeting / coordination. Scope of engagement. (Not in Agresso) |
| | 6/4/2006 | Peterson | 0.40 | | | Travel arrangements for Monday's meeting |
| | 6/4/2006 | Peterson | 1.00 | | | Review data received from Mesirow for Monday's meeting. |
| | 6/4/2006 | Peterson | 0.50 | 1.90 | | Read Matt Kvarda's comments on Mesirow data. P/C w/ Matt Kvarda to discuss comments |
| | 6/5/2006 | Peterson | 6.80 | | | Travel to / from Las Vegas / courthouse. Including time in attorney's office discussing meeting. |
| | 6/5/2006 | Peterson | 3.40 | 10.20 | | Attend meeting chaired by Mesirow @ courthouse. |
| | 6/6/2006 | Peterson | 1.00 | 1.00 | | Meet w/ Greg Gotthardt to download from meeting. Review additional data / e-mails. |

| Project Name | Date | Consultant | Hours | Daily Hrs. | Description |
|---|---|---|---|---|---|
| USA Capital | 7/13/06 | Peterson | 5.20 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/14/2006 | Peterson | 5.20 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/15/2006 | Peterson | 0.40 | 0.40 | Discuss appraisal review w/ Dirk Aulabaugh. |
| | 7/18/2006 | Peterson | 1.40 | 1.40 | Review appraisal comments and write up questions for appraisers. |
| | 7/20/2006 | Peterson | 5.20 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/21/2006 | Peterson | 1.00 | 1.00 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/31/2006 | Peterson | 1.20 | 1.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |

| Project Name | Date | Consultant | Hours | Daily Hrs. | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | 8/1/2006 | Peterson | 0.40 | | $ 154.00 | 1 | P/C w/ Dirk Aulabaugh re: strategy for significant loans. |
| | 8/1/2006 | Peterson | 2.00 | | | 1 | Review data on significant loans. Develop / write-up action plan / document requests for significant loans. |
| | 8/1/006 | Peterson | 2.80 | | | 1 | Continue review data on significant loans. Develop / write-up action plan / document requests for significant loans. |
| | 8/1/2006 | Peterson | 0.80 | | 308.00 | 1 | Continue review data on significant loans. Develop / write-up action plan / document requests for significant loans. |
| | 8/2/2006 | Peterson | 0.20 | 6.00 | | 1 | Discuss write-ups / findings w/ Dirk |
| | 8/2/2006 | Peterson | 3.80 | 4.00 | 1,463.00 | 1 | Review data on loans on Funding Summary provided by Mesirow. Develop / write-up action plan / requests for decision on additional funding. |
| | 8/3/2006 | Peterson | 1.00 | 1.00 | 385.00 | 1 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 8/4/2006 | Peterson | 2.60 | | | 1 | Review data on loans on Funding Summary provided by Mesirow. Develop / write-up action plan / requests for decision on additional funding. |
| | 8/4/2006 | Peterson | 3.40 | 6.00 | 1,309.00 | 1 | Continue review data on loans on Funding Summary provided by Mesirow. Develop / write-up action plan / requests for decision on additional funding. |
| | 8/6/2006 | Peterson | 1.50 | 1.50 | 577.50 | 1 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 8/7/2006 | Peterson | 3.80 | | 1,463.00 | 1 | Review data on significant loans. Develop / write-up action plan / requests for additional documents / information. |
| | 8/7/2006 | Peterson | 0.20 | | 77.00 | 1 | Continue review data on loans on significant loans. Develop / write-up action plan / requests for additional documents / information. |
| | 8/7/2006 | Peterson | 3.00 | 7.00 | 1,155.00 | 1 | Continue review data on loans on significant loans. Develop / write-up action plan / requests for additional documents / information. Meetings. Meet w/ Fred Koerber on Loan Summary format / input. Meet w/ Greg Gotthardt and Dirk Aulabaugh re: status, ongoing scope of work. |
| | 8/8/2006 | Peterson | 1.40 | | 539.00 | 1 | Review e-mails / notes re: Gardens notes, do write-up. |
| | 8/8/2006 | Peterson | 0.80 | | 308.00 | 1 | Review e-mails / notes re: Gardens notes, do write-up. |
| | 8/8/2006 | Peterson | 3.20 | 5.40 | 1,232.00 | 1 | Review data on loans on significant loans. Develop / write-up action plan / requests for additional documents / information. |
| | 8/9/2006 | Peterson | 1.00 | | 385.00 | 1 | Review Loan Summary prepared by Jay Ian / Fred Koerber. Assist them w/ data collection for Loan Summary. Meet w/ Jay Ian. |
| | 8/9/2006 | Peterson | 0.80 | | 308.00 | 1 | Review Jay's Loan Summary progress. Assist Jay in sourcing data to complete Loan Summary. |
| | 8/9/2006 | Peterson | 3.20 | | 1,232.00 | 1 | Review data on loans on significant loans. Develop / write-up action plan / requests for additional documents / information. |
| | 8/10/2006 | Peterson | 3.60 | | 1,386.00 | 1 | Review data on loans for significant loans. Develop / write-up action plan / requests for additional documents / information. |
| | 8/11/2006 | Peterson | 0.60 | | 231.00 | 1 | Review Loan Summary sheets prepared by Jay Ian / Fred Koerber. Look up missing data. Augment write-ups. |
| | 8/11/2006 | Peterson | 2.40 | | 924.00 | 1 | Continue review Loan Summary sheets prepared by Jay Ian / Fred Koerber. Look up missing data. Augment write-ups. |
| | 8/11/2006 | Peterson | 1.20 | 4.20 | 462.00 | 1 | Continue review Loan Summary sheets prepared by Jay Ian / Fred Koerber. Look up missing data. Augment write-ups. |
| | 8/14/2006 | Peterson | 1.20 | | 462.00 | 7 | DTR. |
| | 8/14/2006 | Peterson | 1.60 | | 616.00 | 1 | Review revised Loan Summary Sheets, look up additional information, augment summary sheets. |
| | 8/15/2006 | Peterson | 2.40 | | 924.00 | 1 | Review / augment / proof Action Plan write-ups. |
| | 8/17/2006 | Peterson | 1.00 | | 385.00 | 1 | Discuss write-ups w/ Dirk Aulabaugh & get Jay Ian started on making the changes. |

| Project Name | Date | Consultant | Hours | Daily Hrs. | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | 9/12/2006 | Peterson | 0.40 | 0.40 | $ 154.00 | 1 DTR | |
| | 9/22/2006 | Peterson | 0.80 | 0.80 | $ 308.00 | 1 DTR - review time sheets to input greater detail. | |

| Project Name | Date | Code | Consultant | Hours | Description |
|---|---|---|---|---|---|
| USA Capital | 7/6/2006 | | Ian | 2.60 | Update loan information and descriptions on Powerpoint file |
| | | | | 3.30 | Reformat, revise and organize appraisal summary spreadsheet |
| | | | | 5.90 | |
| | 7/7/2006 | | Ian | 2.40 | Powerpoint and appraisal summary spreadsheet revisions |
| | 7/14/2006 | | Ian | 1.80 | Review and upload apprasial reports received |

| Project Name | Date | Code | Consultant | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| USA Capital | 8/1/2006 | | Ian | 0.30 | | Update meeting with Steve Peterson to discuss changes to loan summary spreadsheet |
| | | | | 2.20 | | Organize and sort loan summary spreadsheet to reflect appraisals received, non-performing vs. performing, and investor interest calculations |
| | 8/2/2006 | | Ian | 1.50 | | Catalog all appraisals received, print all appraisals and review |
| | 8/7/2006 | | Ian | 1.50 | | Populate appraisal summary spreadsheet with loan maturity dates and amounts |
| | 8/9/2006 | | Ian | 1.00 | | Create format for abstracting spreadsheet data into individual loan summary sheets |
| | | | | 2.75 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Roam Development, Midvale Marketplace, LCG Gilroy, Golden State Investments |
| | 8/10/2006 | | Ian | 2.30 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Franklin-Stratford, Columbia Managing, Binford, Comvest |
| | | | | 0.10 | | Print completed abstracts to review format |
| | | | | 2.80 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Meadows Creek, Rio Rancho, Gramercy, Gateway Stone, Fiesta Development, University Estates |
| | | | | 2.25 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Cloudbreak, Brookmere/Matteson, Ocean Atlantic,  Standard Property Development |
| | | | | 1.90 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Clear Creek, 3685 San Fernando, Urban Housing Alliance |
| | | | | 2.40 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for BySynergy, Mountain House, Del Valle, Elizabeth, J.Jireh |
| | 8/11/2006 | | Ian | 3.00 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Foxhill 216, Castaic Partners III, Oak Shores II, HFAHI/Monaco, Eagle Meadows, Shamrock Tower |
| | | | | 3.00 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Margarita Annex, Anchor B, Interstate Commerce, Palm Harbor, Cottonwood Hills |
| | | | | 2.75 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Lake Helen Partners, 6425 Gess, Harbor Georgetown, Huntsville, Castaic Partners II, Amesbury/Hatters Point |
| | 8/14/2006 | | Ian | 2.00 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for Tapia Ranch, Wasco, Bay Pompano, Marlton Square |
| | | | | 2.00 | | Revise abstracts per comments from S. Peterson and F. Koerber. Update loan amounts, fund contributions, confirm maturity dates on spreadsheet. |
| | 8/17/2006 | | Ian | 1.10 | | Update spreadsheet per D. Aulabaugh's comments with interest rates and maturity notice sent dates |
| | | | | 2.90 | | Read all Loan Agreements, Amendments (if any), and Appraisals to abstract into individual summary pages for The Gardens, The Gardens Phase II, and The Gardens Timeshare |
| | | | | 2.20 | | Update three Gardens abstracts with loan terms and maturity dates |
| | | | | 0.30 | | Confirm guarantor on spreadsheet vs. loan documents, add descriptions of property |
| | 8/18/2006 | | Ian | 2.75 | | Data entry: hard code all numbers on spreadsheet |
| | | | | 2.75 | | Update summary of loan schedule according to appraisal value as adjusted by A&M, value attributed to FTDF, exit/success fees, guarantee on loans, location, descriptions, estimates of expenses to collect on bad loans |
| | 8/21/2006 | | Ian | 1.75 | | Market research of townhome/condominium markets in the Dallas, Park Cities region per D. Aulabaugh's request. Research Chamber of Commerce and Police Department websites to obtain information on the economy and demographics |
| | | | | 1.75 | | Research MLS, Dataquick for recent comparable sales data. Contact local brokers and realtors for typical pricing per SF, HOA fees, transaction and development costs. |
| | | | | 1.00 | | Research loan servicers and current interest rates for high-interest, prime loans to see what is available on the market (source: George Smith Partners) |
| | 8/23/2006 | | Ian | 1.50 | | Mapping comparable sales and calculate townhome/condominium pricing premium/discount per the Park Cities |
| | | | | 1.00 | | Review formatting, cashflow projections, assumptions, status, loan terms per J. Meyer's cashflow model |
| | 8/24/2006 | | Ian | 3.00 | | Detailed math check for the top twenty five non-performing/performing loans and cashflows |
| | 8/24/2006 | | Ian | 0.80 | | Administrative: Upload FTDF Loans CD from Susan Smith to network and print |
| | | | | 0.70 | | Update and compile daily time reports |

**NAME:JMEYER**

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| REVIEWED DATA PRODUCED BY JAN | | 8/17/2006 | 0.3 |
| RECEIVED INITIAL INSTRUCTIONS AND DATA FROM D AULABAUGH | | 8/17/2006 | 0.8 |
| BEGAN LOAN PROTFOLIO RECOVERY MODEL TEMPLATE FORMATION | | 8/18/2006 | 2.8 |
| REVIEWED CORE ASSUMPTIONS AND RECOVERY MODEL FLEXIBILITY REQUIREMENTS WITH D AULABAUGH | | 8/18/2006 | 0.4 |
| CONTINUED LOAN PROTFOLIO RECOVERY MODEL TEMPLATE FORMATION | | 8/18/2006 | 2.9 |
| ADJUSTED RECOVERY MODEL USING D ALABAUGH FEEDBACK | | 8/19/2006 | 2.4 |
| PREPARED ITINERARY/PLAN FOR LAS VEGAS SITE VISIT | | 8/19/2006 | 0.2 |
| PHONE CONVERSATION WITH D AULABAUGH REGARDING CURRENT RECOVERY MODEL STATUS, TRIP PREPARATION, AND VARIOUS ADDITIONAL ISSUES | | 8/19/2006 | 0.6 |
| CONTINUED TO ADJUST RECOVERY MODEL USING D ALABAUGH FEEDBACK | | 8/19/2006 | 1.1 |
| MET WITH JAMES REED REGARDING INFORMATION ACCESS WHILE ON-SITE | | 8/21/2006 | 0.3 |
| BEGAN PROCESS OF LOAN DATA POPULATION ON-SITE | | 8/21/2006 | 3.6 |
| ASSISTED D ALABAUGH IN LOAN ANALYSIS AFTER INITIAL MODEL DATA POPULATION | | 8/21/2006 | 2.6 |
| ANALYZED MODEL ACCURACY AND ADJUSTED MODEL TO SUIT INITIAL MODEL DATA POPULATION | | 8/21/2006 | 3.8 |
| ANALYZED PRELIMINARY MODEL RESULTS AND PLANNED NEXT DAY STRATEGY WITH D ALABAUGH | | 8/21/2006 | 2.9 |
| ADJUSTED RECOVERY MODEL WITH REGARDS TO FORCLOSURE LOAN GROUP TO ACCOUNT FOR ONE-OFF ISSUES | | 8/22/2006 | 3.9 |
| CONTINUED TO POPULATED RECOVERY MODEL USING D ALABAUGH ANALYSIS AND ADJUSTED DISCOUNTED PAY-OFF LOAN GROUP | | 8/22/2006 | 3.1 |
| VETTED MODEL AFTER FINAL DATA POPULATION | | 8/22/2006 | 3.4 |
| ANALYED UPDATED MODEL RESULTS AND DISCUSSED WITH D ALABAUGH NEXT DAY PRESENTATION FORMATION STRATEGY | | 8/22/2006 | 2.4 |
| BEGAN PRESENTATION DRAFTING | | 8/23/2006 | 3.4 |
| MEETING WITH D ALABAUGH REGARDING MODEL COMMENTS FROM M KVARDA AND G GODDARD | | 8/23/2006 | 0.9 |
| FORMATTED MODEL USING MEETING FEEDBACK | | 8/23/2006 | 2.8 |
| BUILT PRESENTATION SUMMARY AND MODEL RESULT AGGREGATION WITH LINKED REFERENCES | | 8/23/2006 | 2.4 |
| EXAMINED GLOBAL PRESENTATION FOR ERRORS AND ASSUMPTION ISSUES | | 8/23/2006 | 1.8 |
| CONTINUED PRESENTATION DRAFTING AFTER MORNING MEETING WITH D ALABAUGH | | 8/24/2006 | 2.7 |
| FINAL REVIEW OF GLOBAL PRESENTATION PRIOR TO MODEL SPLIT | | 8/24/2006 | 0.8 |
| SPLIT MODEL INTO AGGRESSIVE AND EXPECTED PERFORMANCE SCENARIOS | | 8/24/2006 | 2.8 |
| DRAFTED WITH D ALABAUGH SPLIT MODEL ASSUMPTION SUMMARIES | | 8/24/2006 | 2.4 |
| FINAL PRESENTATION PROOFING AND FORMATTING | | 8/24/2006 | 3.8 |
| WRAP-UP ISSUES POST ON-SITE CREDITOR MEETING | | 8/28/2006 | 0.3 |
| ASSISTED D ALABAUGH WITH ONE-OFF MODEL REPORTS | | 8/29/2006 | 0.4 |
| ASSISTED D ALABAUGH WITH LOAN PORTFOLIO SALE BID ANALYSIS | | 8/30/2006 | 0.4 |

| Project Name | Date | Task | Consultant | Hours | Matter Codes | Description |
|---|---|---|---|---|---|---|
| USA Capital | 9/19/2006 | | Meyer | 0.2 | 1 | Began to analyze various loan pay-off scenarios |
| | 9/20/2006 | | Meyer | 1.9 | 1 | Continued to analyze various loan pay-off scenarios |
| | 9/21/2006 | | Meyer | 2.8 | 1 | Continued to analyze various loan pay-off scenarios |
| | 9/30/2006 | | Meyer | 0.8 | 1 | finalized 150 day loan projection for D. Aulabaugh |

| Project Name | Date | Task | Consultant | Hours | Matter Codes | Description |
|---|---|---|---|---|---|---|
| USA Capital | 10/23/2006 | | Meyer | 1.1 | 1 | Prepared various analyses related to expected loan payoffs |

| Project Name | Date | Task | Consultant | Hours | Matter Codes | Description |
|---|---|---|---|---|---|---|
| USA Capital | 11/15/2006 | | Meyer | 1.1 | 1 | Prepared various analyses related to expected loan payoffs |

| Project Name | Date | Task | Consultant | Hours | Matter Codes | Description |
|---|---|---|---|---|---|---|
| USA Capital | | | Meyer | | | |
| | 12/11/2006 | | | 0.4 | 12 | Phone discussion w/Andrew Parlen re: identification of potential claims |
| | 12/12/2006 | | | 0.8 | 12 | Analyzed claims files sent by A. Parlen |
| | 12/12/2006 | | | 0.3 | 12 | Follow-up questions w/A. Parlen re: sent files |
| | 12/12/2006 | | | 2.3 | 12 | Prepared and sent mailing file for claimants under direction from A. Parlen |
| | 12/13/2006 | | | 1.6 | 12 | Prepared Potential Claim summary for M. Kvarda |
| | 12/14/2006 | | | 1.2 | 3 | Proofed December 8th Asset Purchase Agreement |

| Project Name | Date | Task | Consultant | Hours | Matter Codes | Description |
|---|---|---|---|---|---|---|
| USA Capital | | | Meyer | | | |
| | 1/10/2007 | | | 0.3 | 3 | Verified loan ownership and bucket percentages with regards to buyer correspondence |
| | 1/25/2007 | | | 0.8 | 3 | Prepared loan ownership/bucket summary for M. Kvarda and began reconciliation of loan interest receipts post petition |
| | 1/26/2007 | | | 1.6 | 3 | Completed interest and ownership reconciliation and discussed with M. Kvarda |

| Project Name | Date | Task | Consultant | Hours | Amount | Matter Codes | Description |
|---|---|---|---|---|---|---|---|
| USA Capital | | | Meyer | | | | |
| | 2/6/2007 | | | 0.6 | 105.00 | 3 | EMAILED S. SMITH RE: DISCREPINCIES IN PRINCIPAL AND INTEREST PAYOUTS FOR THE FTDF |
| | 2/7/2007 | | | 0.7 | 122.50 | 3 | EXCHANGED AND CONFIRMED EMAIL RESPONSE FROM S. SMITH RE: DISCREPINCIES IN PRINCIPAL AND INTEREST PAY |
| | 2/12/2007 | | | 0.9 | 157.50 | 3 | REVIEWED NOTES FROM PRIOR DAY MEETING AND LOAN POOL COLLECTIONS IN PREPARATION FROM DAYS MEETING! |
| | 2/12/2007 | | | 3.7 | 647.50 | 3 | MET WITH M. KVARDA (A&M) TO REVIEW VARIOUS DOCUMENTS AND ANALYSES IN PREPARATION FOR MEETING WITH |
| | 2/12/2007 | | | 2.7 | 472.50 | 3 | PREARED FOR AND PARTICIPATED IN MEETING WITH DEBTOR AND COMMITTEE REPRESSENTATIVES RE: VARIOUS CLO |
| | 2/12/2007 | | | 0.9 | 157.50 | 3 | MET WITH COMMITTEE COUNSEL TO REVIEW VARIOUS CLAIMS OBJECTIONS AND FINALIZE DECLARATION REGARDING |
| | 2/13/2007 | | | 1.4 | 245.00 | 3 | ANALYZED VARIOUS CLOSING DOCUMENTS IN PREPARATION FOR MEETING LATER IN THE DAY |
| | 2/13/2007 | | | 2.6 | 455.00 | 3 | PREPARED FOR AND PARTICIPATED IN MEETING WITH COMMITTEES AND NEVADA MORTGAGE AUTHORITY |
| | 2/13/2007 | | | 0.8 | 140.00 | 3 | MET WITH COMMITTEE COUNSEL PRIOR TO MEETING WITH COMPASS AND DEBTORS RE: PURCHASE PRICE |
| | 2/13/2007 | | | 1.9 | 332.50 | 3 | PARTICIPATED IN MEETINGS WITH DEBTORS, COMMITTEES AND COMPASS REGARDING CLOSE OF SALE |
| | 2/13/2007 | | | 3.6 | 630.00 | 3 | MET WITH M. KVARDA (A&M) TO FURTHER REVIEW VARIOUS DOCUMENTS AND ANALYSES IN PREPARATION FOR MEE |

YOUTS FOR THE FTDF

)S
+ COMPOASS AND THE DEBTORS CONCERNING THE PURCHASE PRICE AND CLOSING
SING ISSUES
3 SAME

ETING WITH COMPOASS AND THE DEBTORS CONCERNING THE PURCHASE PRICE AND CLOSING

# EXHIBIT F



## Professionals



**Gregory Gotthardt**
Managing Director

<u>Email Gregory Gotthardt</u>

Real Estate Advisory
Los Angeles

Greg Gotthardt, a Managing Director with Alvarez & Marsal Real Estate Advisory Services, LLC in Los Angeles, leads the firm's West Coast real estate practice. Mr. Gotthardt focuses on providing strategic real estate advice and capital acquisition services to corporate and real estate clients.

With more than 20 years of real estate experience, Mr. Gotthardt has deep expertise in acquisitions and dispositions, investment due diligence, appraisals, as well as market and financial feasibility studies related to development, financing, litigation, acquisitions and dispositions. He has helped many institutions to purchase, manage, and sell real estate and real estate loan portfolios. His experience includes a variety of land uses with an emphasis on office, industrial, commercial/retail, residential master-planned communities, and golf properties.

Some of Mr. Gotthardt's notable clients have included large real estate owners, investors and developers such as The Boeing Company, Northrop Grumman, The Irvine Company, Amgen, Bank of America, the Department of Defense, and Lennar Homes.

Prior to joining A&M, Mr. Gotthardt was a Partner with the Real Estate Advisory Services practice of E&Y Kenneth Leventhal Real Estate Group, where he directed the firm's transaction advisory and capital markets activities on the West Coast.

Mr. Gotthardt holds a bachelor's degree in finance from San Diego State University. He serves as a Board member of the University of Southern California's Lusk Center for Real Estate, and as a member of its Leadership Council. He is also a member of real estate professional organizations, including Counselors of Real Estate, Urban Land Institute, and the Appraisal Institute. Mr. Gotthardt is a licensed real estate broker and appraiser in California.



# ALVAREZ & MARSAL

## Professionals



**Matt Kvarda**
Managing Director

Email Matt Kvarda

Turnaround and Restructuring
Los Angeles

Matt Kvarda, a Managing Director with Alvarez & Marsal, LLC, specializes in assisting companies, either as an advisor or principal, to navigate complex restructurings and reorganizations. Mr. Kvarda has managed and led all aspects of the restructuring process including negotiating with lender groups and creditor constituencies; developing short-term and long-term cash flow forecasts and business plans; and managing claims processing and other administrative functions of the bankruptcy process. He brings significant hands-on experience in the preparation of business segment profitability analyses, and has provided expert witness testimony on plan feasibility, liquidation analysis and going concern values.

With more than 14 years of restructuring experience, Mr. Kvarda has acted as both a principal, advisor and expert witness in myriad turnaround, restructuring and reorganization situations. Mr. Kvarda has a wealth of experience in a variety of industries, including sub-prime lending operations, automobile parts manufacturing, agriculture, energy, banking, retail, and gaming and hospitality.

Some of Mr. Kvarda's notable experience includes: leading the successful restructuring and reorganization of Daewoo Motor America, Inc., an $800 million distributor of automobiles and related parts in the U.S; and significant roles in other restructuring assignments such as Springtime Growers, Southern California Edison, Oakwood Homes, Collins & Aikman, USA Capital, American Business Financial Services, Liberty House, Inc., Party America, Inc., Aladdin Gaming, Fitzgerald's Gaming Corp., Fountain View, Inc., Integrated Resources and Manchester Center.

Previously, Mr. Kvarda was a Senior Director with the restructuring practice of a Big Four accounting and consulting firm. He also served as an Assistant Vice President with the Special Assets Group of Bank of America.

Mr. Kvarda holds a bachelor's degree in economics from the University of California, San Diego, and a master's degree in business administration, with a concentration in finance, from the University of California, Los Angeles. He is a Certified Insolvency and Restructuring Advisor (CIRA), with distinction, and a member of the Association of Insolvency and Restructuring Advisors (AIRA). Mr. Kvarda has also participated in and chaired various seminars on a variety of restructuring and reorganization related topics.



**ALVAREZ & MARSAL**

## Professionals



**Dirk Aulabaugh**
Senior Director
<u>Email Dirk Aulabaugh</u>

Real Estate Advisory
Los Angeles

Dirk Aulabaugh, a Senior Director with Alvarez & Marsal Real Estate Advisory Services, LLC in Los Angeles, brings more than 15 years of real estate transaction, restructuring, valuation and consulting experience to the firm.

Mr. Aulabaugh's practice focuses on providing real estate transaction and restructuring advisory services to a national client base, including financial service firms, corporations, real estate investors/developers, owners, real estate funds and major REITs. Mr. Aulabaugh has assisted lenders, creditors' committees and debtors in analyzing, developing and implementing strategic plans as they relate to their real estate assets. His advisory assignments have included dispositions, disposition management, due diligence for real estate transactions, highest and best use analysis and real estate valuation in the context of financial reporting requirements (FAS 141), workouts and/or partnership disputes. Mr. Aulabaugh has also testified as an expert in civil and bankruptcy court.

Some of Mr. Aulabaugh's notable advisory assignments include: serving as the real estate advisor for the Official Committee of Unsecured Creditors of a major grocer in the Southeast; serving as the real estate advisor to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund; advising a private equity fund on sale-leaseback opportunity for multiple assets owned by the target company, and performing disposition management services for the fund related to the execution of the sale-leaseback transactions; completing the purchase price allocation (SFAS No. 141) for financial reporting purposes on more than $3 billion of retail real estate (three separate transactions) for a major retail REIT; serving as the real estate advisor to Equity Committee of a public company in a bankruptcy case, and assessing debtors' and secured lender's reports on portfolio of 77 self-storage facilities throughout the U.S.; represented the buyer in a purchase price arbitration involving a major operating theater sale.

Prior to joining A&M, Mr. Aulabaugh was a Director with Huron Consulting Group, where he was in charge of the real estate services practice on the West Coast. His experience includes several years working in the real estate consulting practice of a Big Six accounting firm, as well as several years working in the investment banking arena as a research analyst focused on REITs.

Mr. Aulabaugh holds a bachelor's degree in business administration, with a concentration in finance, and a master's degree in business administration, with a concentration in real estate, from The University of Florida. He is a

with a concentration in real estate, from The University of Florida. He is a member of the Counselors of Real Estate (CRE), The Appraisal Institute

(MAI), the American Bankruptcy Institute and the Association of Insolvency and Restructuring Advisors. He is also an associate member of the Urban Land Institute and a licensed California real estate broker.

Mr. Aulabaugh has been quoted on real estate trends in *The Wall Street Journal* and *wsj.com,* and has appeared as a guest to discuss real estate market conditions on CNBC's *Closing Bell.*



**ALVAREZ & MARSAL**

## Professionals



**Stephen Peterson**
Director

Email Stephen Peterson

Real Estate Advisory
Los Angeles

Steve Peterson is a Director with Alvarez & Marsal Real Estate Advisory Services, LLC, based in Los Angeles. He provides acquisition and loan portfolio due diligence, valuation, disposition, restructuring, and financial analysis services to institutional real estate investors, including pension advisors.

With more than 20 years of broad real estate analytical experience, Mr. Peterson has performed acquisition due diligence, valuation and appraisal, underwriting, financial and market feasibility studies, troubled debt restructurings, litigation support services and loan securitization due diligence for real estate assets. Mr. Peterson has also prepared financing packages and sales packages for real estate assets.

Mr. Peterson's experience includes analysis of office buildings, industrial / warehouse / research and development properties, apartments, retail centers, hotels, land and leases. He has performed acquisition due diligence for over sixty institutional-grade real estate assets, including office, retail, multi-family and industrial properties in fifteen states, with a total value in excess of $1.5 billion.

Prior to joining A&M, Mr. Peterson provided acquisition due diligence, valuation, disposition and analytical services to a national pension fund advisor. Mr. Peterson began his real estate career with eight years of experience in the consulting department of Kenneth Leventhal & Company, a national certified public accounting firm specializing in real estate, which was acquired by Ernst & Young.

Mr. Peterson earned a bachelor's degree in English literature and a master's degree in business administration from California State University, Fresno. Mr. Peterson is a Certified Public Accountant (CPA) in California, a Certified General Real Estate Appraiser in California and a Certified Management Accountant. Mr. Peterson is a member of the Counselors of Real Estate, the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants and the Institute of Management Accountants.

NOTE: Alvarez & Marsal employs CPAs but is not a licensed CPA firm.

# EXHIBIT G

Exhibit G

**USA CAPITAL FIRST TRUST DEED FUND, LLC**
**Summary of Expenses**
**June 1, 2006 - March 12, 2007**

| Expense Category | June & July | August & September | October | November | December | January | February | March | Total |
|---|---|---|---|---|---|---|---|---|---|
| Airfare | $ 1,563.90 | $ 1,321.80 | $ 1,434.60 | $ 582.10 | $ 582.10 | $  - | $  - | $ 169.40 | $ 5,653.90 |
| Rental Car | 227.99 | 366.59 | 412.60 | 40.99 | 110.04 | - | - | - | 1,158.21 |
| Lodging | 162.55 | 729.55 | 1,660.91 | 1,059.28 | 868.53 | - | 274.71 | 169.55 | 4,925.08 |
| Out-of-Town Meals | 129.01 | 331.96 | 677.59 | 316.67 | 736.00 | - | 236.97 | 52.89 | 2,481.09 |
| Taxi/Cab Fare | 92.00 | 10.00 | 250.00 | 30.00 | 53.00 | - | - | - | 560.00 |
| Parking | 100.00 | 180.00 | 165.00 | 80.00 | 120.00 | - | - | 125.00 | 645.00 |
| Mileage | 36.79 | 71.65 | - | - | - | - | - | - | 108.44 |
| Supplies | - | 143.65 | - | - | - | - | - | - | 143.65 |
| Telephone/Conference Calls | - | - | 11.99 | - | - | - | - | - | 11.99 |
| Overnight Mail | 22.44 | - | - | - | - | - | - | - | 22.44 |
| Other | 5.00 | 22.00 | 28.00 | - | 15.00 | - | - | - | 70.00 |
|  | $ 2,339.68 | $ 3,177.20 | $ 4,640.69 | $ 2,109.04 | $ 2,484.67 | $  - | $ 511.68 | $ 516.84 | $ 15,779.80 |