# EXHIBIT A

# SUMMARY OF FEES/COSTS/PAYMENTS

| TIME PERIOD | NET FEES | COSTS INCURRED | HOLDBACK AMOUNT | PAYMENT RECEIVED | UNPAID AMOUNT |
|---|---|---|---|---|---|
| 06/09/06 – 7/31/06 | $73,162.87 | $7,917.04 | $ 0.00 | $81,079.91 | $ 0.00 |
| 08/01/06 - 08/31/06 | $75,681.50 | $14,969.19 | $15,136.30 | $75,514.39 | $15,136.30 |
| 09/01/06 – 09/30/06 | $50,284.00 | $12,045.47 | $10,056.80 | $52,272.67 | $10,056.80 |
| 10/01/06 – 10/31/06 | $62,236.50 | $12,761.32 | $12,447.30 | $62,550.52 | $12,447.30 |
| 11/01/06 – 11/30/06 | $39,145.50 | $ 4,131.16 | $ 7,829.10 | $35,447.56 | $ 7,829.10 |
| 12/01/06 – 12/31/06 | $42,459.00 | $ 5,989.00 | $ 8,491.80 | $39,956.20 | $ 8,491.80 |
| 01/01/07 – 01/31/07 | $54,132.50 | $ 2,655.62 | $ 0.00 | $ 0.00 | $56,788.12 |
| 02/01/07 – 02/28/07 | $45,823.00 | $ 3,242.28 | $ 0.00 | $ 0.00 | $49,065.28 |
| 03/01/07 – 03/12/07 | $15,420.00 | $ 1,758.75 | $ 0.00 | $ 0.00 | $17,178.75 |
| **TOTALS** | **$458,344.87** | **$57,552.79** | **$53,961.30** | **$346,821.25** | **$176,993.45** |

{00392116;}