# EXHIBIT B

## SUMMARY OF FEES BY PROFESSIONALS/HOURS/MONTHS

{00392231;}

| SERVICES BY PERSONNEL | HOURLY RATE[1] | JUN 2006 | JUL 2006 | AUG 2006 | SEPT 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2006 | FEB 2007 | MAR 2007 | TOTAL HRS | TOTAL FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHAREHOLDERS** | | | | | | | | | | | | | |
| Brett A. Axelrod | $365.00 | 23.3 | 26.9 | 30.1 | 13.1 | 1.7 | .4 | 0.6 | 0.6 | 0.2 | 0.2 | 97.1 | $ 35,476.50 |
| Bob L. Olson | $350.00 | 19.7 | 12.8 | 45.5 | 48.6 | 66.6 | 28.2 | 47.0 | 50.8 | 54.2 | 6.2 | 379.6 | $138,245.00 |
| Michael Feder | $300.00 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | $ 180.00 |
| Scott MacTaggart | $390.00 | 0.0 | 0.0 | 2.7 | 0.4 | 0.0 | 1.0 | 13.6 | 2.4 | 2.9 | 4.9 | 27.9 | $ 11,238.00 |
| Judith Simon-Kohl | $350.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | 2.4 | $ 840.00 |
| Dan R. Waite | $375.00 | 0.0 | 0.0 | 4.4 | 1.9 | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | $ 3,562.50 |
| Bruce Beesley | $400.00 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | $ 800.00 |
| **ASSOCIATES** | | | | | | | | | | | | | |
| Andrew Dixon | $250.00 | 0.0 | 0.0 | 60.0 | 25.8 | 17.9 | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 105.6 | $ 26,200.00 |
| Anne M. Loraditch | $250.00 | 80.7 | 69.7 | 91.0 | 69.9 | 108.9 | 90.6 | 66.8 | 108.5 | 78.1 | 32.1 | 796.3 | $204,367.50 |
| Micaela Rustia | $200.00 | 0.6 | 0.0 | 0.0 | 0.0 | 9.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 10.5 | $ 2,100.00 |
| Dustin Moyes | $175.00 | 0.0 | 1.2 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.1 | $ 717.50 |
| Jason Maier | $210.00 | 0.0 | 0.0 | 13.5 | 7.6 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.2 | $ 4,872.00 |
| Scott Halvorsen | $175.00 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 8.8 | $ 1,540.00 |
| Cynthia Tijsseling | $200.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | $ 40.00 |
| Bryan Murray | $225.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 3.1 | 2.0 | 3.3 | 14.4 | $ 3,270.00 |
| Joel Henriod | $300.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.6 | $ 180.00 |
| **LAW CLERKS/PARAPROFESSIONALS** | | | | | | | | | | | | | |
| Patricia M. Kois | $140.00 | 49.2 | 10.1 | 7.8 | 5.2 | 17.6 | 30.3 | 17.4 | 11.9 | 2.7 | 0.8 | 153.0 | $ 20,146.00 |
| Victoria L. Hightower | $110.00 | 0.0 | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | $ 4,988.00 |
| Maria F. Elusorio | $125.00 | 0.0 | 0.0 | 33.3 | 6.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 39.6 | $ 0.00 |
| Christine Grady | $125.00 | 0.0 | 0.0 | 0.0 | 0.6 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | $ 212.50 |
| Deborah Griffis | $ 45.00 | 0.0 | 0.0 | 0.0 | 1.6 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.9 | $ 85.50 |
| Corina Rivera | $140.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 | 1.2 | $ 168.00 |
| **TOTAL** | | | | | | | | | | | | 1683.4 | $459,229.00 |

| | | |
|---|---|---|
| TOTALS/SHAREHOLDERS | 519.1 | $190,342.00 |
| TOTALS/ASSOCIATES | 963.7 | $243,287.00 |
| TOTALS LAW CLERKS/ PARAPROFESSIONALS | 200.6 | $25,600.00 |
| **TOTAL HOURS/FEES REQUESTED:** | 1683.4 | $458,344.87[2] |

---

[1] Effective through December 31, 2006. The currently hourly rates for personnel who primarily rendered services are detailed at paragraph 21 in the Application.
[2] This figure is net of Beckley's voluntary reductions totaling $884.13.

{00392220;}