# EXHIBIT C

# SUMMARY OF HOURS BY TASK CODES/MONTHS

{00392319;}

| TASK CODE | DESCRIPTION | JUN 2006 | JUL 2006 | AUG 2006 | SEP 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2007 | FEB 2007 | MAR 2007 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | Creditor/Equity Communications | 0.0 | 5.2 | 6.3 | 6.7 | 2.8 | 3.3 | 2.3 | 0.9 | 2.7 | 0.4 | 30.6 |
| 1003 | Financing/Use of Cash Collateral | 27.9 | 3.1 | 1.6 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.9 |
| 1004 | Employment & Compensation (Beckley) | 27.7 | 4.3 | 35.9 | 12.6 | 10.1 | 9.4 | 4.9 | 8.0 | 2.7 | 0.0 | 115.6 |
| 1005 | Employment & Compensation (Other Professionals) | 32.3 | 4.6 | 12.0 | 25.1 | 9.5 | 4.0 | 12.0 | 1.2 | 3.4 | 0.8 | 104.9 |
| 1006 | Financial Filings | 8.2 | 0.8 | 1.1 | 0.0 | 0.2 | 0.9 | 0.0 | 0.0 | 0.2 | 0.0 | 11.4 |
| 1007 | Epic Loan | 0.0 | 0.0 | 0.00 | 4.4 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 |
| 1008 | 10-90, Inc. Loan | 0.0 | 0.0 | .6 | 10.3 | 0.7 | 0.0 | 14.5 | 3.5 | 14.3 | 1.0 | 44.9 |
| 1009 | Business Operations | 0.0 | 0.0 | 0.00 | 0.0 | 0.7 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 |
| 1010 | Asset Disposition & Sales | 9.2 | 27.4 | 13.20 | 2.9 | 6.8 | 0.6 | 0.6 | 0.4 | 0.3 | 0.5 | 61.9 |
| 1011 | Case Administration | 38.2 | 22.5 | 20.9 | 4.6 | 6.0 | 5.0 | 4.3 | 3.3 | 9.5 | 1.3 | 115.6 |
| 1012 | Tree Moss Partners/ USA Investors VI | 0.0 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | 9.9 | 16.7 | 21.3 | 4.4 | 52.3 |
| 1013 | Stay Litigation | 0.0 | 2.2 | 0.1 | 0.00 | 0.0 | 0.0 | 0.2 | 0.9 | 0.6 | 0.0 | 4.0 |
| 1014 | Bankruptcy Litigation | 11.0 | 37.5 | 56.7 | 16.0 | 19.7 | 37.4 | 5.0 | 31.6 | 20.6 | 20.7 | 256.2 |
| 1015 | Claims Administration | 0.0 | 0.2 | 1.3 | 5.5 | 38.2 | 33.4 | 16.1 | 45.3 | 7.4 | 5.6 | 153 |
| 1016 | Committee Communications | 18.8 | 4.8 | 19.5 | 7.1 | 12.4 | 17.2 | 7.2 | 1.4 | 2.0 | 0.0 | 90.4 |
| 1017 | Asset Analysis and Recovery | 0.2 | 1.3 | 0.00 | 14.0 | 19.9 | 7.7 | 6.9 | 2.0 | 4.7 | 0.6 | 57.3 |
| 1018 | Disclosure Statement and Plan | 0.0 | 2.4 | 20.7 | 23.6 | 35.5 | 32.3 | 45.4 | 26.8 | 14.7 | 0.0 | 201.4 |
| 1019 | Plan Implementation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 21.5 | 20.3 | 22.2 | 14.6 | 78.6 |
| 1020 | Prospect High Income Fund | 0.0 | 8.2 | 99.7 | 51.1 | 67.4 | 6.3 | 0.6 | 15.0 | 15.3 | 0.0 | 263.6 |
| **TOTAL** | | | | | | | | | | | | **1683.4** |

{00392318;}