# EXHIBIT D

## SUMMARY OF FEES BY TASK CODES/MONTHS

{00392321;}

| TASK CODE | DESCRIPTION | JUN 2006 | JUL 2006 | AUG 2006 | SEP 2006 | OCT 2006 | NOV 2006 | DEC 2006 | JAN 2007 | FEB 2007 | MAR 2007 | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | Creditor/Equity Communications | $0.00 | $1,423.00 | $1,743.00 | $1,755.00 | $723.00 | $875.00 | $625.00 | $310.00 | $580.50 | $110.00 | $8,144.50 |
| 1003 | Financing/Use of Cash Collateral | $8,816.50 | $880.00 | $277.00 | $0.00 | $325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,298.50 |
| 1004 | Employment/Comp. (Beckley) | $7,358.00 | $1,020.00 | $9,188.00 | $3,536.00 | $2,531.00 | $2,330.00 | $1,192.00 | $2,387.50 | $767.50 | $0.00 | $30,310.00 |
| 1005 | Employment/Comp. (Other Professionals) | $6,747.00 | $1,130.00 | $3,235.50 | $7,000.50 | $2,532.50 | $1,041.00 | $2,688.00 | $430.00 | $1,160.00 | $282.50 | $26,247.00 |
| 1006 | Financial Filings | $2,544.50 | $200.00 | $386.50 | $0.00 | $50.00 | $265.00 | $0.00 | $0.00 | $55.00 | $0.00 | $3,501.00 |
| 1007 | Epic Loan | $0.00 | $0.00 | $0.00 | $977.50 | $0.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,012.50 |
| 1008 | 10-90, Inc. Loan | $0.00 | $0.00 | $210.00 | $2,615.50 | $245.00 | $0.00 | $3,671.00 | $975.00 | $5,232.50 | $400.00 | $13,349.00 |
| 1009 | Business Operations | $0.00 | $0.00 | $0.00 | $0.00 | $175.00 | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $825.00 |
| 1010 | Asset Disposition & Sales | $2,369.00 | $9,000.50 | $4,074.50 | $690.00 | $1,534.00 | $180.00 | $129.00 | $135.00 | $82.50 | $200.00 | $18,394.50 |
| 1011 | Case Administration | $5,073.00 | $4,743.00 | $6,079.50 | $1,376.00 | $1,605.00 | $1,259.00 | $1,078.00 | $1,220.00 | $3,212.50 | $457.50 | $26,103.50 |
| 1012 | Tree Moss Partners/ USA Investors VI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,265.00 | $5,142.50 | $6,832.50 | $1,347.50 | $16,587.50 |
| 1013 | Stay Litigation | $0.00 | $550.00 | $25.00 | $0.00 | $0.00 | $0.00 | $70.00 | $272.50 | $227.50 | $0.00 | $1,145.00 |
| 1014 | Bankruptcy Litigation | $2,530.00 | $10,204.00 | $16,144.00 | $4,234.00 | $4,661.00 | $9,072.50 | $1,393.00 | $8,890.00 | $5,640.00 | $5,692.50 | $68,461.00 |
| 1015 | Claims Administration | $0.00 | $50.00 | $325.00 | $1,425.00 | $8,906.00 | $5,888.00 | $3,632.00 | $11,682.50 | $2,147.50 | $1,590.00 | $35,646.00 |
| 1016 | Committee Communications | $5,293.50 | $1,241.50 | $5,739.50 | $1,975.00 | $3,610.00 | $4,500.00 | $2,100.00 | $385.00 | $625.00 | $0.00 | $25,469.50 |
| 1017 | Asset Analysis and Recovery | $73.00 | $325.00 | $0.00 | $4,361.50 | $5,064.50 | $2,075.00 | $,1725.00 | $550.00 | $1,292.50 | $177.50 | $15,644.00 |
| 1018 | Disclosure Statement and Plan | $0.00 | $710.50 | $6,181.50 | $6,350.00 | $9,593.00 | $9,027.00 | $13,472.00 | $8,820.00 | $4,855.00 | $0.00 | $59,009.00 |
| 1019 | Plan Implementation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,209.00 | $6,932.50 | $7,052.50 | $5,162.50 | $26,356.50 |
| 1020 | Prospect High Income Fund | $0.00 | $2,050.00 | $22,072.50 | $14,093.00 | $20,891.50 | $1,948.00 | $210.00 | $6,000.00 | $6,060.00 | $0.00 | $73,325.00 |
|  | **TOTALS** | $40,804.50 | $33,527.50 | $75,681.50 | $50,389.00 | $62,446.50 | $39,145.50 | $42,459.00 | $54,132.50 | $45,823.00 | $15,420.00 | **$458,344.87**[1] |

---

[1] Net of Beckley's voluntary reductions.

{00392320;}