BOB L. OLSON (Nevada Bar No. 3783)
ANNE M. LORADITCH (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com
       aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Electronically Filed April 26, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                               Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                               Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**DECLARATION OF ROBERT G. WORTHEN IN SUPPORT OF BECKLEY SINGLETON, CHARTERED'S FINAL FEE APPLICATION WITH ATTACHED TIME AND EXPENSE RECORDS FOR THE PERIOD FROM JUNE 9, 2006, THROUGH MARCH 12, 2007**<br><br>Hearing Date: June 22, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                               Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                               Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00392273;}                          1

I, Robert G. Worthen, declare as follows:

1. I am the duly elected Chair of the USA Capital Diversified Trust Deed Fund Committee ("DTDF Committee") that was appointed by the Office of the United States Trustee on May 10, 2006 and was disbanded pursuant to the Plan on March 12, 2007 (the Plan's Effective Date). Since March 13, 2007, I have been the Chair of the Board of Directors of USA Capital Diversified Trust Deed Fund LLC, the revested debtor.

2. I submit this declaration in support of Beckley Singleton Chartered's Final Fee Application ("Application") for the period of June 9, 2006 through March 12, 2007. I have personal knowledge of the facts set forth below and if called to testify I could and would competently testify to such facts.

3. Pursuant to the Court's order approving Beckley's application to serve as Nevada counsel to the DTDF Committee in the above-captioned chapter 11 cases, Beckley has performed services for the DTDF Committee since June 9, 2006.

4. Beckley has submitted invoices to me, on behalf of the DTDF Committee, for all work performed during the period of June 1, 2006 through March 12, 2007, copies of which are attached to accompanying Loraditch Declaration as Exhibit 1. On behalf of the DTDF Committee, I have reviewed and approved Beckley's invoices and believe, based on my experience and knowledge, that the amounts sought by Beckley for the Entire Fee Period were reasonable and necessary to represent the DTDF Committee in this matter.

5. I have reviewed the Application and, on behalf of the DTDF Committee, support approval of the Application in its entirety.

Executed this 26th day of April at Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert G. Worthen