

## Douglas M. Monson
SHAREHOLDER

801-323-3345 DIRECT
801-532-7543 FAX

dmonson@rqn.com

Douglas M. Monson joined the Banking and Financial Institutions Section of Ray Quinney, & Nebeker in 1982. Since that time, Mr. Monson has been deeply involved in the full array of banking and financial institution services offered by Ray Quinney & Nebeker. Mr. Monson has had extensive experience with commercial loan documentation projects involving numerous multi-million loans, as well as loan workouts and lender liability strategy and resolution. He continues to be involved in a wide spectrum of commercial lending negotiation and documentation services, both in the commercial real estate finance area as well as general corporate and business finance lending. Mr. Monson was the chief architect and reviser of a unique set of multi-state real estate project finance documents for residential development and construction loans for First Security Bank, N.A., (now Wells Fargo Bank Northwest, N.A.).

Mr. Monson has significant expertise with Uniform Commercial Code issues as well as real estate finance issues. Mr. Monson also has considerable experience representing secured creditors with both real estate collateral and personal property collateral in bankruptcy proceedings. He also assists clients with negotiating and drafting general commercial contracts, and has represented the Utah Insurance Commissioner since 1992 in the Commissioner's capacity as liquidator in several insurance company insolvency cases.

Mr. Monson is on the firm's Executive Committee and is the Financial Director and Treasurer for the firm.

Mr. Monson maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He has also been named as one of The Best Lawyers in America in Financial Institutions and Transactions Law, and has been voted by his peers throughout the state as one of Utah's "Legal Elite" in the categories of Banking/Financial Law and  Bankruptcy/Creditor Rights Law (as published in Utah Business Magazine).

## Education

J. Reuben Clark Law School, Brigham Young University, J.D., 1981

- *magna cum laude*
- J. Reuben Clark Scholar
- Managing Editor, BYU LAW REVIEW, 1980-81

University of Utah, B.A., Business Management, 1978

- *magna cum laude*

## Practice Areas

Banking and Financial Institutions

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Real Estate Transactions and Litigation

## Prior Professional Experience

Law Clerk to Judge Bailey Brown, United States Court of Appeals, 6th Circuit, 1981-82

Law Clerk to Constitution Subcommittee, United States Senate Judiciary Committee, 1979

## Admitted to Practice

Utah State Bar

United States Court of Appeals, Sixth Circuit

United State Court of Appeals, Tenth Circuit

United State District Court for the District of Utah

Utah Supreme Court

## Professional Affiliations and Memberships

Utah State Bar Association

Utah State Bar, Banking and Bankruptcy Sections

Salt Lake County Bar Association

Utah Bankruptcy Lawyers Forum

American Bankruptcy Institute

## Professional and Civic Activities

Member, International Board of Directors, J. Reuben Clark Law Society (1997-2004)

President, Brigham Young University Law School Alumni Association (1998-99); Past-President (1999-2000); President-Elect (1997-98); Member of Alumni Board (1993-2000)

Faculty Member, "Commercial Lending in Utah," National Business Institute, Salt Lake City, Utah (2000)

Chair, Constitutional Law Symposium Committee, J. Reuben Clark Law School (1997); Committee Member (1996-97)

Member, Ballet West Law Night Committee (1996)

Faculty Member, "Insolvency Workshop 1996," National Association of Insurance Commissioners and International Association of Insurance Receivers, Albuquerque, New Mexico (1996)

Member, Legislative Affairs Committee, Utah State Bar (1995-98)

Member, Insolvency and Uniform Commercial Code Committees, Utah State Bar Committee of Bar Examiners (1988-94)

Graduate, "Leadership Utah" Program, Salt Lake Area Chamber of Commerce (1992)

Member, Leadership Utah Alumni, Salt Lake Area Chamber of Commerce (1995-2004)

Member, Ambassadors Group, Salt Lake Area Chamber of Commerce (1993-94)

Member and Director, Bountiful Men's Lacrosse (2004) (non-profit corporation to promote community youth lacrosse program)



**Elaine A. Monson**
SHAREHOLDER

801-323-3346 DIRECT
801-532-7543 FAX

emonson@rqn.com

Ms. Monson is a shareholder at Ray Quinney & Nebeker and is in the Firm's litigation, banking and bankruptcy sections. The primary focus of Ms. Monson's practice is commercial litigation, creditor's rights in bankruptcy and insurance liquidations. Ms. Monson has represented several national, regional and local banks. Ms. Monson also serves as counsel to the liquidator of one of the largest insurance company liquidation cases filed in the United States.

## Education

Brigham Young University, J.D., 1989

- *cum laude*
- West's Publishing Award (Academic Achievement)
- Articles Editor, BYU JOURNAL OF PUBLIC LAW
- Moot Court Board of Advocates
- American Inns of Court I
- Phi Delta Phi

Utah State University, B.A., Business Administration, 1986

- *cum laude*
- Phi Kappa Phi

## Practice Areas

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Clerkship, Ray Quinney & Nebeker, 1988

Clerkship, Morgan, Scalley & Reading, 1987

Internship, United States Congress, 1986

## Admitted to Practice

Utah State Bar

United States Court of Appeals, Tenth Circuit

United States District Court for the District of Utah

## Professional Affiliations and Memberships

Utah State Bar Association

American Bar Association

Salt Lake County Bar Association

Women Lawyers of Utah

J. Reuben Clark Law Society

Alumni Board, J. Reuben Clark Law School, Brigham Young University



**Larry G. Moore**
SHAREHOLDER

801-323-3347 DIRECT
801-532-7543 FAX

lmoore@rqn.com

Mr. Moore has practiced real estate law and property litigation for more than twenty five years. He has extensive experience with real estate acquisitions and dispositions, mortgage lending, real estate loan workouts and foreclosures, land use and zoning, real estate litigation, quiet title, slander of title and title insurance issues. Mr. Moore has tried over twenty real estate cases in the Utah courts. Mr. Moore is also the chairman of Ray Quinney & Nebeker's Real Estate Section and a member of the Firm's Management Committee.

Mr. Moore has been selected by his peers for inclusion in the list of The Best Lawyers in America in Real Estate Law, and the Chambers Guide to America's Leading Lawyers. He has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Real Estate Law (as published in Utah Business Magazine). Mr. Moore maintains an "AV" rating from Martindale-Hubbell.

## Education

Columbia Law School, J.D., 1980

- Harlan Fiske Stone Scholar

Brigham Young University, B.A., Economics, 1977

- *magna cum laude*

## Practice Areas

Business Formation, Planning and Transactions

Litigation

Real Estate Transactions and Litigation

Winter Sports Practice Group

## Admitted to Practice

Utah State Bar

## Professional Affiliations and Memberships

Fellow, American College of Mortgage Attorneys

Chair, Real Property Section of the Utah State Bar 2001-2002

Member, Governmental Relations Committee of the Utah State Bar, 2000-2001

## Publications and Presentations

Instructor in Real Estate Law University of Utah Graduate School of Business, 1988-1991

Lecturer on Utah Real Property Law BAR-BRI Utah Bar Review Course, 1987-1992

Speaker on "Real Estate Lending and Foreclosures," Utah State Bar 2000 Annual Meeting

Speaker at National Business Institute 1998 Seminar on "Utah Foreclosure and Related Bankruptcy and Title Issues"

Speaker on "Creation, Priority and Foreclosure of Condominium PUD Assessment Liens" Real Property Section of Utah State Bar, 1998 Seminar

Speaker and Panelist at National Business Institute 1993 Seminar on "Property Foreclosures and Workouts"

Speaker at National Business Institute 1992 Seminar on "Real Estate Workouts"

Speaker on "Enforcement of Real Estate Loan Guarantees", Real Property Section of Utah State Bar, 1991 Seminar on Property Law

Speaker and Panelist at National Business Institute 1989 Seminar on "Mortgage Foreclosures and Repossession in Utah"

Speaker and Panelist at National Mortgage Bankers Association 1989 Seminar on "Legal Issues in Income Property Construction Lending"

Speaker and Panelist on "Title Insurance Law" Real Property Section of Utah State Bar, 1987 Seminar on Title Insurance

Speaker at National Mortgage Bankers Association Convention, 1986, on "Recent Developments In Income Property Financing"

Instructor in Property Law, American Bankers Institute Law and Banking Courses, 1981-1984

Member of International Association of Attorneys and Executives in Corporate Real Estate

Co-Chairman Committee to Revise Uniform Earnest Money Agreement, Real Property Section of Utah State Bar, Member Committee to Revise Uniform Real Estate Contract, Real Property Section of Utah State Bar, 1983-1984

## Professional and Civic Activities

KSL Radio "Legal Issues" Commentator

Listed in "Who's Who in American Law"



**Bruce L. Olson**
SHAREHOLDER

801-323-3350 DIRECT
801-532-7543 FAX

bolson@rqn.com

## Nonprofit and Tax Exempt

Mr. Olson is a leader in Utah in organizing and advising nonprofit and tax-exempt organizations, including some of the largest private foundations, universities, health care institutuions, and charities in the State, as well as small tax-exempt organizations. He prepares organizational documents, helps secure tax exemption from the IRS and provides advice on charitable solicitation matters, Board member duties and State and Federal tax matters. His numerous contacts with the Utah State Tax Commission and Internal Revenue Service (IRS) assist in resolving complex legal circumstances. As principal drafter of the Utah's Nonprofit Corporation Act, he is in an exceptional position to advise Utah nonprofit corporations concerning their statutory rights and duties.

## Tax Planning and Tax Controversies

Mr. Olson provides tax planning advice to new and existing limited liability companies, corporations, and partnerships. He advises boards of directors and officers concerning their duties, counsels organizations relative to filing positions on tax returns and assists them in complying with tax and business requirements.

Mr. Olson also has many years experience handling controversies for taxpayers before the IRS and State Tax Commission, including representation at the audit level, appeals division, and filing documents in court. Mr. Olson has been a member and chair of numerous IRS practitioner liaison groups. These working relationships with government officials have provided Mr. Olson important contacts to help resolve Federal and State tax disputes.

## State Taxation

Mr. Olson has advised taxpayers concerning their rights and duties under Utah state law and has represented their interests before administrative tribunals and in court. His counsel extends to both profit and nonprofit entities and includes all types of State and local taxes. He has sat on numerous boards and practitioner groups and reviewed program initiatives of the Tax Commission before they were made public. His practice includes providing tax opinions.

Mr. Olson maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He has also been named as one of The Best Lawyers in America in Tax Law, and has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the categories of Government Law and Taxes/Estates/Trusts (as published in Utah Business Magazine).

## Education

Brigham Young University, J.D., 1981
- *cum laude*
- Managing Editor, BYU JOURNAL OF LEGAL STUDIES
- Phi Alpha Delta

Brigham Young University, B.S., Accounting, 1975
- *magna cum laude*

## Practice Areas

Business Formation, Planning and Transactions

Charitable and Exempt Organizations

Health Care Law

Tax Planning and Tax Controversies

## Prior Professional Experience

Colonel, U.S. Army Reserve, Retired

United States Army Officer, 1975-78

## Admitted to Practice

All Utah Courts

United States Supreme Court

United States Tax Court

United States Court of Federal Claims

## Professional Affiliations and Memberships

Fellow, American College of Tax Counsel

Washington College of Law - Instructor on Exempt Organizations

Member, Tax and Nonprofit Law Sections, Utah State Bar Association; Former Chair, Tax Section and Nonprofit Section; 2001 Tax Practitioner of the Year

Principal Draftsman, Utah Revised Nonprofit Corporation Act

Member, Tax and Business Law Sections, American Bar Association

Member, IRS TE/GE Pacific Area Exempt Organization Council

Former Chair, ABA IRS Regional Liaison Committee (Southwest)

Former Member and Chair, IRS Western Regional Bar Association

Former Chair, IRS Salt Lake District Advisory Council

Former Member, IRS Ogden Service Center Advisory Council

Former Member, IRS Dallas Key District EP/EO Council

## Publications and Presentations

Guardianship of Minors and Incompetents in Utah, BYU JOURNAL OF LEGAL STUDIES (1980)

Taxation of Members of the Military, BNA TAX MANAGEMENT FINANCIAL PLANNING JOURNAL (July 1986)

Utah Editor, Limited Liability Company Laws, Aspen law Publishers

Written articles on Utah Revised Nonprofit Corporation Act

Speaker at numerous educational seminars



**Mark W. Pugsley**
SHAREHOLDER

801-323-3380 DIRECT
801-532-7543 FAX

mpugsley@rqn.com

Mr. Pugsley is the Chair of the Securities Litigation Group at Ray Quinney & Nebeker, and a member of the Firm's Litigation Section. Mr. Pugsley was the Chair of the Securities Section of the Utah State Bar in 2006-2007 and was recently appointed by Utah Governor Jon M. Huntsman, Jr. to a four-year term on the State's Securities Advisory Board.

Mr. Pugsley has worked on a broad range of commercial litigation matters, including securities, antitrust, appellate, automobile franchise, real estate, intellectual property, products liability and bankruptcy disputes. Mr. Pugsley practiced law for several years in Los Angeles, California before moving to Utah, and holds active licenses to practice law in both California and Utah.

A significant portion of Mr. Pugsley's time is devoted to securities matters, including federal and state securities litigation, NASD arbitrations, regulatory investigations, enforcement cases, injunctive actions, disciplinary cases, and branch audits brought by the Securities and Exchange Commission, the New York Stock Exchange, the Commodity Futures Trading Commission, the National Association of Securities Dealers, and the Utah Division of Securities.

Mr. Pugsley has been accepted for membership in the Securities Industry Association's Compliance and Legal Division. He is also a member of the National Society of Compliance Professionals, and an affiliated member of the National Association of Investment Professionals. Mr. Pugsley is an arbitrator with both the NASD and the NYSE.

Mr. Pugsley maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He was voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Business Litigation in 2004, 2005 and 2006 (as published in Utah Business Magazine).

**REPRESENTATIVE ENFORCEMENT LITIGATION**

Representation of USA Securities, USA Commercial Mortgage Company, USA Capital Realty Advisors, USA Capital Diversified Trust Deed Fund, and USA Capital First Trust Deed Fund in multiple federal and state regulatory investigations and related litigation, USBC Case No. BK-S-06-10725 LBR (Nevada)

Representation of two former executives for TenFold Corporation in SEC v. Tenfold, USDC Case No. 2:03-CV-442. All claims were dismissed by the SEC in December of 2005

Representation of the Utah Educational Savings Plan Trust in an administrative settlement with the SEC, 1933 Act Release No. 8601, August 4, 2005, File No. 3-12004

Representation of several defendants in the SEC enforcement action captioned SEC v. David Wolfson, et al., USDC Case No. 2:03-CV-0914

Representation of several defendants in the SEC enforcement action captioned SEC v. Allen Wolfson, USDC Case No. Civil No. 2:02-CV-1086

Representation of the defendant in a Commodities Futures Trading Commission enforcement action, captioned CFTC v. Varner, USDC Civil No. 2:02-CV-1373

Representation of three former Fidelity branch managers in a joint SEC and NYSE investigation, and in one of the cases that went to trial before the NYSE Hearing Board

## Education

Duke University, J.D., 1994

- Editorial Board, Duke Law Journal, 1993-94
- Jessup Cup International Moot Court Team, 1993

Duke University, Sanford Institute of Public Policy, Master of Arts, Public Policy, 1994

University of Utah, B.S., Political Science, 1991

## Practice Areas

Automobile Dealer Law

Litigation

Securities Litigation

White Collar Criminal Defense and Corporate Compliance

Winter Sports Practice Group

## Prior Professional Experience

Morgan Lewis & Bockius LLP

Jones, Bell, Simpson & Abbott, LLP

## Admitted to Practice

Utah State and Federal Courts

California State and Federal Courts

Fourth Circuit Court of Appeals

## Professional Affiliations and Memberships

Utah State Bar

California State Bar

Federal Bar Association

American Bar Association

Salt Lake County Bar Association

Affiliated Member, National Association of Investment Professionals

Member, Securities Industry Association, Compliance and Legal Division

Member, National Society of Compliance Professionals

## Publications and Presentations

Approved as a CE provider in Utah, and frequent presenter at continuing education seminars for broker-dealers

Moderator of Panel Discussion on Regulatory Enforcement Issues at the 2006 Securities Law Workshop, sponsored by the Securities Section of the Utah State Bar (August 2006)

Presentation: "The Regulators are Watching: How to Survive Increasing Securities Regulation and Litigation" before the Salt Lake Estate Planning Council's 2005 Fall Institute

Presentation: "Recent 9th and 10th Circuit Securities Decisions" at the Securities Section's Securities Law Workshop (August 2004 and August 2005)

Presentation: "NASD Arbitration" at CLE seminar on Securities Practice

sponsored by the Utah State Bar (October 2003)

Moderator of Panel Discussion on Ethical Issues for Securities Attorneys under SEC Rule 205 at the 26th Annual Securities Law Workshop, sponsored by the Securities Section of the Utah State Bar (August 2003)

Speaker at CLE seminar "Stockbroker Fraud in Utah," sponsored by the National Business Institute (October 1999)

"Ninth Circuit Confirms the CFTC Does Not Have Jurisdiction Over Off-Exchange Foreign Currency Transactions," Securities Law Roundup, Winter 1997

"Brokerage Firm Policies Governing the Use of Internet and E-mail by Associated Persons," Compliance Reporter, Institutional Investor, Inc., March 31, 1997

"Nonsmoking Hiring Policies: Examining the Status of Smokers Under Title I of the Americans With Disabilities Act of 1990," 43 Duke Law Journal 1089

## Professional and Civic Activities

Member of the Securities Advisory Board for the State of Utah (2006 to present)

Chair of the Securities Section of the Utah State Bar 2006-2007

Salt Lake County Bar Executive Committee (2005 to present)

Advisory Board Member to the Utah Division of Securities on the Uniform Securities Act of 2002

Arbitrator with the National Association of Securities Dealers Inc. (1999 to present)

Arbitrator with the New York Stock Exchange (2004 to present)

Globus Relief (formerly the Humanitarian Resource Center of North America) Executive Board Member (2001 to 2006)

Young Lawyers' Division of the Utah State Bar, board member (1999-2001)

Salt Lake City Citizens Review Board member (1999-2002)

Board of Directors of the United Way of the Great Salt Lake Area (1989-90)



## Robert O. Rice
SHAREHOLDER

801-323-3352 DIRECT
801-532-7543 FAX

rrice@rqn.com

Rob Rice, a senior member of Ray Quinney's employment section, is recognized by Utah Business Magazine as one of Utah's "Legal Elite" in the category of Labor and Employment, and maintains an "AV" rating with Martindale Hubble, the highest rating awarded to attorneys for professional competence and ethics. Rob's practice focuses on defending employers in all aspects of employment litigation and protecting clients' interests in complex commercial, intellectual property and unfair competition disputes. Rob represents clients in covenant-not-to-compete cases at all stages of litigation, including in emergency temporary restraining order hearings and at the preliminary injunction phase. Rob also has experience freezing assets and obtaining injunctive relief in the United Kingdom in support of proceedings in the United States.

Rob's clients include employers in Utah and from across the country in the software, transportation, home improvement, direct marketing, timeshare, hotel management, waste management, nutrition, healthcare and other industries. He also advises professional employer organizations in human resources, wage and hour, benefits and other issues.

His employment practice involves representing management in all areas of employment law, including Title VII, the ADA, the ADEA, the FLSA, the FMLA and other state and federal employment laws. As part of his employment practice, Rob frequently conducts anti-harassment and employment law training for clients, their managers and employees. Rob also assists clients in drafting and maintaining employee handbooks and counsels management on employee discipline and termination issues.

Born in Sparta, Wisconsin in 1963, Rob has lived in and around Utah since 1982. Before attending the S. J. Quinney College of Law at the University of Utah, Rob was a newspaper and television reporter in Salt Lake City. Rob graduated from the S.J. Quinney College of Law at the University of Utah in 1993 as a William H. Leary Scholar. He continues to teach employment law at the University of Utah. Rob also serves on the executive committee of the Salt Lake County Bar Association and is a board member of the non-profit Legal Aid Society of Salt Lake.

*RECENT REPORTED CASES*

Tademy v. Union Pacific Corp., et al., 2006 WL 325376 (D. Utah, Feb. 10, 2006). Obtained summary judgment on all claims in a Title VII and § 1981 racial harassment claim against a national transportation carrier.

Fullwiley v. Union Pacific Corp., et al., 2006 WL 266615 (D. Utah, Feb. 1, 2006). Obtained summary judgment on all claims in a §1981 racial harassment claim against a national transportation carrier.

Uragami v. Home Depot USA, Inc., 2005 WL 2177232 (D. Utah, Sep. 02, 2005). Obtained summary judgment on all claims in a sexual harassment claim against a national home improvement retailer.

Keirnan v. Utah Transit Authority, 339 F.3d 1217 (10th Cir. 2003). Affirming summary judgment in favor of employer on disability discrimination claim under Article II of the Americans with Disabilities Act against a mass transit entity.

Russ v. Woodside Homes, Inc., 905 P.2d 901 (Utah 1995). Affirming summary judgment on behalf of contractor in wrongful death action under hold harmless agreement in contract.

## Education
University of Utah College of Law, J.D., 1993
- William H. Leary Scholar

Northern Arizona University, B.A., Anthropology/Geology, 1986

## Practice Areas
Employment and Labor Law and Litigation

Winter Sports Practice Group

## Admitted to Practice
Utah State and Federal Courts

Utah Court of Appeals

Utah Supreme Court

United States District Court for the District of Utah

United States Court of Appeals, Tenth Circuit

## Professional Affiliations and Memberships
Legal Aid Society of Salt Lake Executive Committee Member

Salt Lake County Bar Executive Committee

American Bar Association Member

Utah State Bar Member

Utah Trial Lawyers Association

Ray Quinney & Nebeker Recruiting Committee

## Publications and Presentations
"Discharge & Documentation," January 1998, Lorman Education Services

"Basics of Employment Law," January 1998, Council on Education in Management

"How to Conduct an Internal Investigation," September 1998, Council on Education in Management

"The American's with Disabilities Act: Real Facts, Real Solutions," November 1997, Ray Quinney & Nebeker

"Issues in Privacy, Termination and Record Keeping," January 1997, Council on Education in Management

"New Court Decisions Answer Your FMLA Questions," November 1996, Council on Education in Management

"Basic Wage and Hour Law in Utah," August 1996, Lorman Education Services

"The Best Answers to the FMLA's Most Frequently Asked Questions," July 1996, Council on Education in Management

"Overview of the Family and Medical Leave Act," January 1996, Council on Education in Management

## Professional and Civic Activities
Employment Law Instructor, University of Utah



**Ira B. Rubinfeld**
SHAREHOLDER

801-323-3354 DIRECT
801-532-7543 FAX

irubinfeld@rqn.com

Mr. Rubinfeld is a member of the Firm's real property section. His practice concentrates on transactions involving real property. His experience encompasses a wide range of matters, including purchase and sales, commercial leasing, mortgage lending, and title insurance. He frequently consults on real property litigation matters with members of the Firm's Litigation Section. Mr. Rubinfeld has been with Ray Quinney & Nebeker since 1985.

Mr. Rubinfeld has been selected by his peers for inclusion in the list of The Best Lawyers in America in Real Estate Law. Mr. Rubinfeld also maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics and has been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Real Estate Law (as published in Utah Business Magazine).

## Education

University of Michigan, J.D., 1983

- Note Editor, MICHIGAN LAW REVIEW, 1982-83

University of Pennsylvania, B.S., Economics/Accounting, 1979

## Practice Areas

Real Estate Transactions and Litigation

Winter Sports Practice Group

## Prior Professional Experience

Law Clerk to Judge J. Edward Lumbard, Second Circuit, United States Court of Appeals, 1983-84

## Admitted to Practice

Utah State Bar

## Professional Affiliations and Memberships

Utah State Bar, Real Property Section

## Professional and Civic Activities

"and Justice for all" Campaign, Chair, 2005; Leadership Committee member, 2000 - present



## Gerald T. Snow
SHAREHOLDER

801-323-3357 DIRECT
801-532-7543 FAX

gsnow@rqn.com

Mr. Snow is chairman of the Firm's Tax and Estate Planning Section. He divides his practice between estate planning and business planning. His estate planning practice has included estates from under $1 million to estates of over $100 million.

In addition to drafting basic wills and revocable trusts, he has counseled and assisted clients in the utilization of a variety of sophisticated estate planning techniques, such as family partnerships and limited liability companies, dynasty trusts, charitable trusts, irrevocable life insurance trusts, defective grantor trusts, split-dollar agreements, foundations and charitable support organizations. Mr. Snow's practice also includes estate administration, the probate of estates and the filing of complicated estate tax returns. Mr. Snow is a fellow of the American College of Trust and Estate Counsel (ACTEC).

Mr. Snow has an LL.M. in taxation from New York University. He has developed a specialization in the taxation of partnerships and limited liability companies. He has also developed a specialization in Section 1031 like-kind exchanges. He is a frequent consultant on tax issues affecting corporations, especially in the area of tax-free reorganizations. He has worked on both the business and tax aspects of numerous mergers and acquisitions. In addition to providing basic corporate and business formation services, Mr. Snow consults and assists clients with the restructuring of business organizations, recapitalizations, buy-sell agreements, and business succession planning.

Mr. Snow is a frequent speaker on estate planning and tax related issues.

Mr. Snow has been selected by his peers for inclusion in the list of The Best Lawyers in America in Trusts and Estates. Mr. Snow also maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Taxes/Estates/Trusts (as published in Utah Business Magazine).

## Education

New York University, LL.M. in Taxation, 1976

Harvard Law School, J.D., 1972

- Editor-in-chief, HARVARD LAW SCHOOL NEWS RECORD

Stanford University, B.A., English, 1969

- with distinction

## Practice Areas

Business Formation, Planning and Transactions

Charitable and Exempt Organizations

Estate and Trust Planning and Administration

Tax Planning and Tax Controversies

## Admitted to Practice

State Bar of Utah

State Bar of California

United States Supreme Court

United States Tax Court

10th Circuit Court of Appeals

## Professional Affiliations and Memberships

Fellow, American College of Trust and Estate Counsel (ACTEC)

Member, Tax Section, American Bar Association

Member, Tax Section, Utah State Bar Association

Member, Salt Lake Estate Planning Council

## Publications and Presentations

Family Partnership Rules Add Complexity to Partnership Allocations, JOURNAL OF PARTNERSHIP TAXATION (Fall 1991)

Problem Areas Under Internal Revenue Code Section 704(e): The Family Partnership Revisited, 3 B.Y.U. JOURNAL OF PUBLIC LAW 29 (1989)

Utah Editor, WESTERN STATES TAX NEWSLETTER, 1982-83

## Professional and Civic Activities

Frequent speaker on estate planning, partnership and LLC issues to Bar Groups and CPA's

Co-drafter of Utah Revised Limited Liability Company Act

Utah Reporter, Prentice Hall State Limited Partnership Laws, 1989-1995

Chairman, Tax Specialization Committee, Utah State Bar, 1988-1990

Bar Examination Grader in Ethics, 1985-87

Member, Executive Committee, and Chairman, Bridging the Gap Committee, Young Lawyers Section, Utah State Bar, 1973-75

Co-Founder and Director, Utah Bar Review Course, 1973-75 (Predecessor to BAR-BRI Course)

"ARDY" (American Resort Developers Association) National Gold Award for excellence in resort leadership, 1994

Director and Member of Executive Committee, Owners Resorts & Exchange Inc. (OREI)(1997-2003)

President, 1986-92, and Director, 1983-95, ORE-St. George Condominium Owners Association

Vice Chairman, 1981-83, Legislative District Chairman, 1979-81, Salt Lake County Republican Party

Lincoln Day Dinner Steering Committee Member, 1984-87

State Convention Chairman, Karl Snow Gubernatorial Campaign, 1984

Republican State and County Convention Delegate

President, 1982-83 and Director, 1977-87, Harvard Alumni Association of Utah

Director, Stanford Club of Utah, 1979-82

Regional Chairman, General Fundraising Appeal, 1979-82, Stanford University

Member, Personal Solicitation Committee, 1983-88, Stanford University

LDS Mission to Germany, 1963-66

Teaching, counseling and administration, LDS Church

Various leadership positions in Boy Scouting, including scoutmaster



## Steven C. Strong
SHAREHOLDER

801-323-3382 DIRECT
801-532-7543 FAX

sstrong@rqn.com

Mr. Strong represents creditors, debtors, trustees, receivers, and other interested parties in commercial litigation, bankruptcy and reorganization proceedings, and related negotiations. He has extensive experience advising and assisting clients in a wide variety of bankruptcy and debtor/creditor matters, including collections actions, claims litigation, preference and other avoidance actions, relief-from-stay litigation, contract assumption and rejection matters, bankruptcy/tax disputes, nondischargeability actions, adequate assurance proceedings involving utilities, and disclosure statement and plan of reorganization development and drafting. Mr. Strong has assisted clients in many large and complex Chapter 11 bankruptcy cases, including CF&I Fabricators, America West Airlines, Cajun Electric Power Cooperative, Geneva Steel, The GNI Group, Iridium LLC, and Amerion LLC. Mr. Strong also represents clients efficiently and effectively in smaller bankruptcy cases and commercial disputes.

Mr. Strong has been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Bankruptcy Law (as published in Utah Business Magazine).

## Education

University of Utah College of Law, J.D., 1992

- UTAH LAW REVIEW, 1990-92
- Note & Comment Editor, UTAH LAW REVIEW
- William H. Leary Scholar, 1989-92

Brigham Young University, B.S., Finance, 1986

- Dean's Scholar

## Practice Areas

Appellate Practice

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Qwest Communications International, Inc.; Senior Attorney (2002-2003)

LeBoeuf, Lamb, Greene & MacRae, L.L.P.; Associate (1992-2002)

## Admitted to Practice

Utah State Bar

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Tenth Circuit

United States District Court for the District of Utah

Utah Supreme Court (and all Utah state courts)

## Professional and Civic Activities

Utah State Bar, Bankruptcy and Litigation Sections

American Bankruptcy Institute

Utah Bankruptcy Lawyers' Forum



**Stephen C. Tingey**
SHAREHOLDER

801-323-3360 DIRECT
801-532-7543 FAX

stingey@rqn.com

Mr. Tingey practices in the area of banking and financial institutions. He represents traditional commercial and consumer lenders, as well as non-traditional lenders. That representation includes loan documentation and advice, loan workout and counseling and litigation to enforce loan agreements. Mr. Tingey also defends banks and lenders in litigation, including defense of consumer financial services class action litigation.

In addition to representing lenders in connection with business and commercial loan transactions, Mr. Tingey advises consumer lenders concerning both state and federal consumer lending laws and regulations.

Mr. Tingey advises bank clients in relation to retail banking matters, including forms and procedures relating to retail banking operations.

Mr. Tingey maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Banking / Financial Law (as published by Utah Business Magazine).

## Education

Brigham Young University, J.D., 1984

- *magna cum laude*
- Order of the Coif
- Lead Note and Comment Editor, BYU LAW REVIEW, 1983-84

University of Utah, B.S., Political Science, 1981

- *magna cum laude*
- Phi Kappa Phi

## Practice Areas

Alternative Dispute Resolution

Banking and Financial Institutions

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

Real Estate Transactions and Litigation



## Ellen J. D. Toscano

801-323-3376 DIRECT
801-532-7543 FAX

etoscano@rqn.com

Ellen J. Toscano joined the Banking and Financial Institutions Section of Ray Quinney & Nebeker in 1995. She specializes in equipment leasing, commercial law and commercial finance transactions. She has represented lessors and lenders for over 20 years, having spent 9 of those years as in-house counsel for First Security Leasing Company (now Wells Fargo Equipment Finance, Inc.). She has worked on leveraged lease, middle market lease, and small ticket lease transactions involving many different types of equipment, including aircraft, rolling stock, vessels, and FF&E, as well as many other types of equipment. She has provided seminars for institutional clients and associations on a broad range of topics, including the Uniform Commercial Code and equipment leasing.

Ms. Toscano has been voted by her peers throughout the state as one of Utah's "Legal Elite" in the category of Banking / Financial Law (as published in Utah Business Magazine).

## Education

J. Reuben Clark Law School, J.D., 1982
- Moot Court Member
- President of Law Women's Association

Dickinson College, B.A., French, 1976
- *magna cum laude*

## Practice Areas

Banking and Financial Institutions

Business Formation, Planning and Transactions

Equipment Leasing

## Prior Professional Experience

In-house Counsel for First Security Leasing Company - 1986-1995

In-house Counsel for Key Bank - 1983-1985

Callister, Duncan & Nebeker - 1981-1983

## Admitted to Practice

Utah State Bar

United States District Court for the District of Utah, 1982

Supreme Court of Utah, 1982

## Professional Affiliations and Memberships

Salt Lake County Bar Association

American Bar Association



## Steven T. Waterman
SHAREHOLDER

801-323-3362 DIRECT
801-532-7543 FAX

swaterman@rqn.com

Steven T. Waterman is a shareholder of Ray Quinney & Nebeker in the Salt Lake City office, where his practice focuses in the area of creditors' rights, commercial litigation and insolvency proceedings. In particular, Mr. Waterman has a reputation as a zealous advocate for financial institutions and franchisors in bankruptcy cases and commercial litigation. His experience includes bankruptcy reorganizations, Uniform Commercial Code litigation, Lanham Act enforcement litigation, receivership cases and stock brokerage liquidations under the Securities Investor Protection Act.

Mr. Waterman was awarded his Juris Doctorate degree by the University of Utah College of Law in 1983, after receiving a Bachelor of Science in Business Management-Finance from Brigham Young University in 1980. He is admitted to practice law in Utah and Wyoming and is admitted to practice before the United States Supreme Court, Utah Supreme Court, Wyoming Supreme Court, Tenth Circuit Court of Appeals, Eighth Circuit Court of Appeals, United States District Courts for the Districts of Utah and Wyoming, and the Courts of the Shoshone and Arapahoe Tribes. He is a member of the American Bankruptcy Institute and the Utah Bankruptcy Lawyer's Forum (Trustee 1994-1997, President 1994-1995). His civic activities include having served as a trustee of his homeowners' association from 1998-2000. Since 1997, Mr. Waterman has served on the Admissions Committee of the Utah State Bar and has served as its Chair or Co-Chair from 1998 to present. In 2001, Governor Michael O. Leavitt appointed Mr. Waterman as the Chair of the Utah Procurement Appeals Board. He has been a presenter at a number of education programs for bankers, lawyers, accountants and the community.

Mr. Waterman has been selected by his peers for inclusion in the list of The Best Lawyers in America in Bankruptcy and Creditor-Debtor Rights Law. Mr. Waterman also maintains an "AV" rating with Martindale-Hubbell, which is the highest rating awarded to attorneys for professional competence and ethics. He has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the categories of Bankruptcy Law and Business Litigation (as published in Utah Business Magazine).

## Education

University of Utah, J.D., 1983
- William H. Leary Scholar

Brigham Young University, B.S., Business Management-Finance, 1980

## Practice Areas

Banking and Financial Institutions

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Watkiss & Campbell (Watkiss & Saperstein), 1983-1992

## Admitted to Practice

Utah State Bar, 1983

Wyoming State Bar, 1993

United States Supreme Court, 2002

Eighth Circuit Court of Appeals, 1997

Tenth Circuit Court of Appeals, 1985

Courts of the Shoshone and Arapahoe Tribes, 1999

## Professional Affiliations and Memberships

American Bankruptcy Institute

Utah Bankruptcy Lawyer's Forum, Trustee, 1994-1997, President 1994-1995

## Professional and Civic Activities

Board Member, Pepperwood Homeowners' Association (1998-2000)

Member, Admissions Committee, Utah State Bar (1997 to present, Chair or Co-Chair 1998 to present)

Chair, Utah Procurement Appeals Board (2001 to present)



**R. Gary Winger**
SHAREHOLDER

801-323-3322 DIRECT
801-532-7543 FAX

gwinger@rqn.com

Mr. Winger is the Chair of the Business Law Section of Ray Quinney & Nebeker and a past President of the Securities Section of the Utah State Bar. He represents private and publicly held companies, focusing on mergers and acquisitions, securities law, corporate finance, and contracts. He has represented a wide variety of clients, including banks, insurance companies and other financial institutions, contractors, consulting firms and high tech companies. He has represented both buyers and sellers in complex mergers as well as stock and asset purchases. Mr. Winger serves as general counsel for several corporations.

Mr. Winger is actively involved in the securities law practice involving private placements of securities as well as compliance work required by the Securities Exchange Act of 1934, including the preparation of proxy statements and Forms 10, 10-K, 10-Q, and 8-K.

Mr. Winger has represented financial institutions on a wide variety of business and regulatory matters. He has also assisted with the formation of business entities and the documentation of business relationships by drafting contracts such as license agreements, employment agreements, purchase agreements and joint venture agreements.

Mr. Winger has been included on the list of The Best Lawyers in America 2007 in Mergers & Acquisitions. He has also been voted by his peers throughout the state as one of Utah's "Legal Elite" in the area of Corporate Law (as published in Utah Business Magazine).

## Education

Brigham Young University, J.D., 1992
- *magna cum laude*
- Order of the Coif

University of Utah, B.S., Finance, 1989
- *cum laude*

## Practice Areas

Business Formation, Planning and Transactions

Corporate Finance and Securities Law

Mergers and Acquisitions

## Admitted to Practice

Utah State Bar

Tenth Circuit Court of Appeals

## Professional Affiliations and Memberships

Former President, Securities Section, Utah State Bar 2002

Officer, Securities Section, Utah State Bar, 1999-2001

## Publications and Presentations

Younger Abstention Doctrine:  A Morass of Confusion, B.Y.U. L. REV. 1445 (1991)



**Brent D. Wride**
SHAREHOLDER

801-323-3365 DIRECT
801-532-7543 FAX

bwride@rqn.com

## Education

University of Chicago, J.D., 1987

- with honors
- Member, CHICAGO LAW REVIEW

Brigham Young University, B.A., English, 1984

- *magna cum laude*
- Phi Kappa Phi

## Practice Areas

Appellate Practice

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Law Clerk to Honorable Deanell R. Tacha, United States Court of Appeals for the Tenth Circuit, 1987-88

## Admitted to Practice

Utah State Bar

United States Court of Appeals, Ninth Circuit

United States Court of Appeals, Tenth Circuit

United States District Court for the District of Utah

Utah Supreme Court

## Publications and Presentations

Political Protest and the Illinois Defense of Necessity, 54 UNIVERSITY OF CHICAGO LAW REVIEW 1070 (1987)



**Lisa A. Yerkovich**
SHAREHOLDER

801-323-3366 DIRECT
801-532-7543 FAX

lyerkovich@rqn.com

Lisa A. Yerkovich has counseled clients of Ray Quinney & Nebeker in employment and labor law since 1987.  Her practice areas include federal and state discrimination law, wrongful termination, employment related torts and contract litigation, employment agreements, unemployment claims, and drug and alcohol testing policies.  Ms. Yerkovich obtained her law degree from the University of Wyoming after earning a Bachelor of Arts degree magna cum laude from the University of Utah.  Before entering law school, Ms. Yerkovich taught high school for seven years.

A major part of Ms. Yerkovich's practice is educating clients on how to handle employment-related problems to avoid litigation.  A number of organizations have benefited from Ms. Yerkovich's legal expertise, ability as a lecturer, and publisher of legal studies.

Ms. Yerkovich has been voted by her peers throughout the state as one of Utah's "Legal Elite" in the category of Labor and Employment (as published in Utah Business Magazine).

## Education

University of Wyoming, J.D., 1987
- Member, LAND AND WATER LAW REVIEW

University of Utah, Graduate Work in Education

University of Utah, B.A., English, minor in Spanish, 1977
- *magna cum laude*
- Secondary Teaching Certificate

## Practice Areas

Employment and Labor Law and Litigation

## Admitted to Practice

Utah State Bar, 1987

Wyoming State Bar, 1987

United States Supreme Court

Wyoming and Utah Supreme Courts

United States District Courts in Utah and Wyoming

United States Court of Appeals for the Tenth Circuit

## Professional Affiliations and Memberships

Women Lawyers of Utah

American Bar Association, Labor and Employment and Litigation Sections

## Publications and Presentations

Co-Presenter, Utah State Bar's Quarterly Litigation Section Meeting, "Cross-Examination Techniques," May 3, 2006.

Discrimination In The Workplace, Utah Legal Employers and Educators Council, April 5, 1995, by Lisa A. Yerkovich

The Family and Medical Leave Act:  Mastering The Final Department of Labor Regulations, Council on Education in Management, March 17, 1995, by Lisa A. Yerkovich

Sexual Harassment Update, Utah State Bar Mid-Year Meeting, March 3, 1995, by Lisa A. Yerkovich and Scott A. Hagen

Overview of the Family & Medical Leave Act of 1993, January 26, 1995, by Janet Hugie Smith and Lisa A. Yerkovich

The Four Headed Monster:    ADA, OSHA, FMLA, and Worker's Compensation", Council on Education in Management, October 18, 1994, by Lisa A. Yerkovich

Violence In The Workplace: What Every Employer Should Know, Council on Education in Management February 18, 1994

Utah Employment Law Since Berube, UTAH BAR JOURNAL (October, 1992), by Janet Hugie Smith and Lisa A. Yerkovich



**Blake R. Bauman**
ASSOCIATE

801-323-3319 DIRECT
801-532-7543 FAX

bbauman@rqn.com

Mr. Bauman practices as an associate in the law firm of Ray Quinney & Nebeker with the Firm's Business and Real Property sections. Mr. Bauman focuses his practice on commercial and real estate transactions, including real estate financing, contract preparation and review, business formation and planning, and other corporate and real estate matters.

## Education

University of Texas School of Law, J.D., 2005

- Notes Editor, Texas Law Review, 2004-2005

University of Utah, Honors B.S., Business Finance, 2002

## Practice Areas

Business Formation, Planning and Transactions

Corporate Finance and Securities Law

Mergers and Acquisitions

Real Estate Transactions and Litigation

## Prior Professional Experience

Judicial Internship, Third Court of Appeals, Texas State Court, 2005

Summer Associate, Ray Quinney & Nebeker - Summer 2003,2004

## Admitted to Practice

Utah State Bar



**Carolynn   Clark**
ASSOCIATE

801-323-3379 DIRECT
801-532-7543 FAX

cclark@rqn.com

Ms. Clark recently joined Ray Quinney and Nebeker after completing a judicial clerkship for Justice Matthew B. Durrant at the Utah Supreme Court. Ms. Clark practices in the firm's litigation and intellectual property sections.

Ms. Clark has been voted by her peers throughout the state as one of Utah's "Legal Elite" in the category of Business Litigation (as published in Utah Business Magazine).

## Education

J. Reuben Clark Law School, Brigham Young University, J.D., 2003

- *summa cum laude*
- Lead Editor, BYU LAW REVIEW

University of Utah, B.S., Communication, 2000

- *magna cum laude*

## Practice Areas

Alternative Dispute Resolution

Appellate Practice

Intellectual Property Law and Litigation

Litigation

Personal Injury and Insurance Litigation

## Prior Professional Experience

Judicial Clerkship, Justice Matthew B. Durrant, Utah Supreme Court, 2003-2004

## Admitted to Practice

Utah State Bar, 2003

United States District Court, District of Utah

## Professional Affiliations and Memberships

Salt Lake County Bar Association

American Bar Association