

**Scott A. Cummings**
ASSOCIATE

801-323-3363 DIRECT
801-532-7543 FAX

scummings@rqn.com

Mr. Cummings recently joined Ray Quinney & Nebeker as an associate after completing a judicial clerkship with the U.S. Bankruptcy Court for the District of Utah. He focuses his practice on bankruptcy and insolvency law, including both creditor and debtor work, and litigation.

## Education

The George Washington University Law School, J.D., 2005

- American Bankruptcy Institute Medal for Achievement in the Field of Creditor/Debtor Law

Brigham Young University, B.A., English, 2001

## Practice Areas

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Judicial Clerkship, United States Bankruptcy Court for the District of Utah (2006)

Associate, Carr, Morris & Graeff, P.C. (2005-06)

## Admitted to Practice

District of Columbia Bar, 2006

Virginia State Bar (inactive), 2005



## Benjamin J. Kotter
ASSOCIATE

801-323-3395 DIRECT
801-532-7543 FAX

bkotter@rqn.com

Mr. Kotter joined Ray Quinney & Nebeker, P.C. after graduating from the University of Utah S.J. Quinney College of Law in 2002.  Mr. Kotter centers his practice around creditors' rights and commercial litigation both in and out of bankruptcy, as well as other insolvency and receivership proceedings. Mr. Kotter is also experienced in commercial landlord/tenant disputes and unlawful detainer actions.  Mr. Kotter is admitted to practice law in Utah and before the United States Court of Appeals for the Tenth Circuit and is a member of the American Bankruptcy Institute and the Utah Bankruptcy Lawyer's Forum.

Mr. Kotter has been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Bankruptcy / Workout (as published in Utah Business Magazine).

## Education

University of Utah S.J. Quinney College of Law, J.D., 2002
- William H. Leary Scholar
- UTAH LAW REVIEW, staff member 2000-01

University of Utah, B.A., Political Science, 1998

## Practice Areas

Appellate Practice

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Admitted to Practice

Utah State and Federal Courts, October 2002

Tenth Circuit Court of Appeals, January 2003

## Professional Affiliations and Memberships

American Bankruptcy Institute

Utah Bankruptcy Lawyer's Forum



## Richard H. Madsen
ASSOCIATE

801-323-3392 DIRECT
801-532-7543 FAX

rmadsen@rqn.com

Richard H. Madsen II is an associate in the law firm of Ray Quinney & Nebeker in Salt Lake City, and a member of the Firm's business section. Mr. Madsen's practice is best described as a general business law practice as he facilitates transactions associated with the Firm's clients. Mr. Madsen focuses his practice on commercial transactions and litigation, contract review, and corporate organizational matters, including business formation and planning. Mr. Madsen has experience with business financing, including equipment finance transactions, asset purchases and sales, real property transactions, and mergers and acquisitions. Mr. Madsen has an extensive background as a former institutional investment officer with a major financial banking institution.

## Education

Brigham Young University, J. Reuben Clark Law School, J.D., 2003

- *cum laude*
- Executive Editor, BYU JOURNAL OF PUBLIC LAW, 2002-2003
- Research Assistant for W. Cole Durham, 2001

University of Utah, David Eccles School of Business, M.B.A., 1998

- International Business and Foreign Language Certificate
- Financial Emphasis

University of Utah, B.S., Political Science, 1996

- History Minor

## Practice Areas

Automobile Dealer Law

Banking and Financial Institutions

Business Formation, Planning and Transactions

Corporate Finance and Securities Law

Estate and Trust Planning and Administration

Mergers and Acquisitions

Real Estate Transactions and Litigation

## Prior Professional Experience

Judicial Extern for Chief Justice Christine M. Durham, Utah Supreme Court-2003

Summer Associate, Ray Quinney & Nebeker-Summer 2001, 2002

Legal Division Extern, Franklin Covey-Spring 2001

Registered Representative, Investment Officer, Zions Bank Capital Markets-1998-2000

Congressional Tax Fellow, United States Senator Orrin G. Hatch-Summer 1997

Conference Services Manager, Snowbird Corporation-1987-1994

## Admitted to Practice
Utah State Bar, 2003

## Professional Affiliations and Memberships
American Bar Association



## Christopher N. Nelson
ASSOCIATE

801-323-3305 DIRECT
801-532-7543 FAX

cnelson@rqn.com

Mr. Nelson's practice focuses on corporate and tax issues in connection with a variety of business and charitable transactions, including the formation of business and charitable entities and the drafting of agreements and contracts. His practice places particular emphasis on nonprofit and tax-exempt organizations, including the formation and operation of public charities, private foundations and other 501(c) organizations. Mr. Nelson also works with the IRS to resolve tax-exempt organization issues and taxpayer controversies.

Mr. Nelson has been voted by his peers throughout the state as one of Utah's "Legal Elite" in the category of Tax (as published in Utah Business Magazine).

## Education

University of Virginia, J.D., 2001
- Managing & Editorial Board Member, VIRGINIA TAX REVIEW, 1999-2001

University of Utah, B.A., Economics, 1997
- *magna cum laude*

University of Utah, B.A., German, 1997
- *cum laude*

## Practice Areas

Business Formation, Planning and Transactions

Charitable and Exempt Organizations

Tax Planning and Tax Controversies

## Prior Professional Experience

Law Clerk, Justice Michael J. Wilkins, Utah Supreme Court, 2001-2002

Summer Associate, Ray Quinney & Nebeker, 1999, 2000

Intern, Ernst & Young National Tax Dept., Washington, D.C., 2000

Registered Representative, Fidelity Investments, 1997-1998

## Admitted to Practice

Utah State Bar, 2001

## Professional Affiliations and Memberships

Current Program Chair; Non-Profit Section, Utah State Bar



**Angelina   Tsu**
ASSOCIATE

801-323-3332 DIRECT
801-532-7543 FAX

atsu@rqn.com

Ms. Tsu recently joined Ray Quinney and Nebeker after completing a judicial clerkship for Judge Benson at the United States District Court, District of Utah.  Her practice involves Reorganizations and Insolvency Law and Litigation and general litigation.

## Education

University of Utah, J.D., 2002
- William H. Leary Scholar
- UTAH LAW REVIEW

Brigham Young University, B.S., Psychology, 1999

## Practice Areas

Bankruptcy, Reorganizations and Insolvency Law and Litigation

Litigation

## Prior Professional Experience

Judicial Clerkship, Honorable Dee V. Benson, United States District Court for the District of Utah, 2003-04

## Admitted to Practice

Utah State Bar, 2003

United States District Court, District of Utah

"Exhibit C-1"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 10, 2006
Las Vegas, NV  89121                            Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00001

Case Administration

| | | | |
|---|---|---|---|
| 04/13/06 | K Glade | .40 | Work on UCC lien search (.4). |
| 04/13/06 | A Jarvis | .70 | Correspondence regarding preparation of petitions and first day motions. |
| 04/13/06 | A Jarvis | 2.80 | Meet with T. Allison, M. Kehl, S. Smith regarding preparation of first day motions, conferences and correspondence with EA Monson, LA Jenkins, and A. Tsu regarding preparation of first day motions; preparation for meeting with U.S. Trustee and gathering of information for same; review and revise cash management motion, declaration. |
| 04/13/06 | A Jarvis | 1.70 | Meet with U.S. Trustee; discussion of background of case and first day motions, committee (1.7). |
| 04/13/06 | A Jarvis | 1.80 | Complete petitions and arrange for signatures, discussions with T. Allison regarding employee meetings, broker meetings; correspondence regarding first day motions; review and revise same. |
| 04/13/06 | L Jenkins | 1.60 | Read and comment on A. Tsu's first day motions drafted. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/13/06 L Jenkins        .40  Conference with A. Tsu regarding comments on
                               motions drafted by her.

04/13/06 L Jenkins        .30  Conferences with E. Monson regarding first day
                               motion preparation.

04/13/06 L Jenkins        .20  Telephone conference with S. Smith regarding
                               cash management motion.

04/13/06 L Jenkins        .30  Verify current resolutions and telephone
                               conference with M. Kehl regarding same.

04/13/06 L Jenkins        .60  Revise first-day motions.

04/13/06 L Jenkins        .50  Telephone conferences with S. Smith, M. Kehl
                               and M. Pugsley regarding corporate resolutions.

04/13/06 L Jenkins       1.00  Revise cash management motion.

04/13/06 E Monson        9.00  Review emails from SC Strong regarding cash
                               management motion (.2); review emails
                               throughout the day from C. Hurst and J. Oriti
                               regarding equity holder lists (.4); discussion
                               with C. Hurst regarding equity holder lists and
                               lists of 20 largest creditors (.2); conference
                               with L. Jenkins regarding First Day motions
                               (.2); work on ex parte motion for expedited
                               hearing and limiting notice and accompanying
                               order (1.0); review email from SC Strong and
                               draft of cash management motion (.4); review
                               lists of 20 largest equity security holders
                               received from S. Smith and email (.2); review
                               message from AW Jarvis and facilitate with C.
                               Hurst reading her petitions, list of 20 largest
                               creditors (.2); review and revise wage motion
                               and order and ex parte motion for expedited
                               hearing and order (1.8); multiple discussions
                               with L. Jenkins during day regarding First Day
                               Motion and filings (.6); review and revise ex
                               parte motion on expedited hearing and get sent
                               to AW Jarvis (.3); review email from S. Smith
                               regarding exhibits to wage motion (.2); make
                               additional changes to wage motion per S.
                               Smith's comments (.4); discussion with S. Smith
                               regarding status of first day motions (.3);
                               draft motion and order regarding extra time to
                               file statements and schedules (.8); make
                               further revisions to various First Day Motions
                               (1.4); shepardize cases cited in wage motion

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


                              (.3); additional conversation with S. Smith
                              regarding First Day Motions (.2).

04/13/06 S Strong       2.30  Continue work on draft of Debtors' proposed
                              cash-management motion, and circulate draft via
                              email to A. W. Jarvis, M. Kehl, and S. Smith.

04/13/06 C Hurst        7.00  Receipt, review of inventory/address
                              spreadsheets for USA Capital Diversified and
                              USA Capital First TD Fund; work with tech
                              department in creating text files for
                              Bankruptcy filing (1.7); Prepare text files to
                              transmit to L. Schwartzer; transmit petitions
                              and 20 largest lists and other creditor files
                              to Schwartzer; email correspondence between L.
                              Schwartzer's office regarding text files,
                              creditor lists, filing time, additional forms
                              and information needed for emergency filing
                              (5.3).

04/14/06 S Clark        2.20  Discussion of case with Steve Strong, meeting
                              with Peggy Hunt.

04/14/06 A Jarvis        .30  Correspondence regarding filing of petitions,
                              judge assignment.

04/14/06 A Jarvis       2.10  Meetings with EA Monson, LA Jenkins, and A. Tsu
                              regarding preparation of first day motions,
                              changes to same; preparation for hearings;
                              telephone calls to and correspondence with L.
                              Schwartzer and Mesirow regarding filing of
                              first day motions, judge assignment.

04/14/06 A Jarvis       2.50  Conferences and correspondence with L.
                              Schwartzer, EA Monson, A. Tsu, LA Jenkins
                              regarding filing of first day motions; review
                              and revise same; review and organize exhibits;
                              correspondence with Mesirow regarding same.

04/14/06 A Jarvis       2.60  Review and revise first day motions;
                              correspondence with L. Schwartzer regarding
                              same; telephone conference with M. Kehl
                              regarding exhibits; conferences with EA Monson
                              and LA Jenkins regarding motions, filing;
                              prepare for hearing.

04/14/06 L Jenkins       .70  Review and comments on first day motions.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/14/06 L Jenkins        .80  Conference with A. Jarvis and E. Monson
                               regarding pleadings to draft, case strategy and
                               related issues.

04/14/06 L Jenkins       1.40  Draft orders for first-day motions.

04/14/06 L Jenkins        .60  Review of pleadings for filing today, employee
                               payments and joint administration.

04/14/06 L Jenkins        .30  Conference with A. Jarvis regarding orders for
                               first-day motions.

04/14/06 L Jenkins       1.40  Revise cash management motion; draft related
                               order.

04/14/06 L Jenkins        .20  Telephone conference with L. Schwartzer
                               regarding exhibits to cash management motion.

04/14/06 L Jenkins        .90  Conference with A. Jarvis, E. Monson and
                               telephone conferences with L. Schwartzer all
                               regarding filing first-day motions; review cash
                               management motion and exhibits and revisions to
                               motion; conference with A. Jarvis regarding
                               preparations for hearings on first-day motions.

04/14/06 E Monson        8.00  Meet with AW Jarvis, L. Jenkins and A. Tsu
                               regarding First Day Motions and matters in
                               connection with filing (.7); review and revise
                               orders on time to file schedules, expedited
                               hearing on First Day Motions and Wage Motion
                               (.6); review emails from S. Smith regarding
                               various motions (.2); multiple discussion with
                               S. Smith throughout day regarding First Day
                               Motions (.5); conferences with AW Jarvis
                               through day regarding First Day Motions (.8);
                               conference call with AW Jarvis and S. Smith
                               regarding issues relating to Mesirow
                               application (.2); numerous conversations with
                               L. Schwartzer regarding First Day Motions
                               (1.0); work on revising and getting First Day
                               Motions proofed and finalized (2.6); work on
                               putting together pro hac vice pleadings for AW
                               Jarvis and research for background in
                               connection therewith (1.4).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/14/06 S Strong        .50 Review petitions as filed in 5 USA cases
                             yesterday (0.2); exchange emails with A. W.
                             Jarvis regarding information for pro hac
                             admittance (0.1); review various first-day
                             motions filed today (0.2).

04/14/06 A Tsu          4.60 Reviewing and editing motion for joint
                             administration; conference call with A. Jarvis,
                             L. Jenkins and E. Monson; drafting proposed
                             order for same.

04/15/06 A Jarvis       1.70 Prepare for hearing on first day motions;
                             correspondence regarding investor inquiries.

04/16/06 A Jarvis       4.80 Prepare for hearings on first day motions;
                             review motions and prepare arguments, summary
                             of case.

04/16/06 S Strong        .20 Exchange emails with B. Spiegel regarding
                             hearing set on first-day motions.

04/17/06 A Jarvis       1.50 Prepare for first day motion hearings;
                             correspondence regarding first day motions,
                             responses to investor questions.

04/17/06 A Jarvis       6.40 Prepare for and attend hearings on first day
                             motions.

04/17/06 A Jarvis        .50 Telephone conference with S. Strong regarding
                             results of hearing, motions needed to be
                             prepared for filing.

04/17/06 L Jenkins      1.00 Research regarding use of cash.

04/17/06 E Monson       3.00 Review emails and discussions with C. Hurst
                             regarding preparing exhibits to certificate of
                             service on first day motion (.4); draft
                             certificate of service on notice of hearing and
                             get finalized and sent to defendant's counsel
                             (.3); review fed-ex emails on returns and get
                             sent to A. Jarvis (.2); review emails from A.
                             Jarvis (.1); discussion with A. Jarvis
                             regarding motion for limited notice going
                             forward (.2); additional discussion with C.
                             Hurst regarding certificate of service and
                             attachments thereto, get finalized and sent to
                             A. Jarvis in Nevada (.3); update S. Strong on
                             filings and discuss other first day motions to
                             be filed (.2); work on other motions relating

```
Client No. 34585                              Page:    6
Debtor USA Commercial Mortgage Co., et al.    August 10, 2006
```

|  |  |  |  |
|---|---|---|---|
|  |  |  | to first day filings such as additional time to file statements and schedules and limiting notice (1.3). |
| 04/17/06 | S Strong | 1.80 | Telephone conference with A. W. Jarvis regarding results of hearing today on first-day motions and matters needing research and attention (0.6); preliminary research regarding automatic stay and exceptions applicable to governmental entities (0.4); exchange emails with A. Tsu regarding same (0.1); preliminary research regarding holding loan payments (0.4); confer with A. Tsu regarding status of pro hac papers (0.1); email to S. Smith regarding bank contacts and DIP account issues (0.2). |
| 04/17/06 | S Tingey | .20 | Communicate with M. Kehl regarding requested background information. |
| 04/17/06 | C Hurst | 3.00 | Office conference with E. A. Monson; prepare service list of parties receiving first day motions (2.1); receipt and download of filed petitions and creditors list of five entities (.9). |
| 04/18/06 | A Jarvis | 2.40 | Respond to emails and phone calls from interested parties, Mesirow personnel regarding business operations, status of case. |
| 04/18/06 | A Jarvis | 3.90 | Review and revise orders on first day motions; review and analyze research regarding disposition of funds. |
| 04/18/06 | L Jenkins | .60 | Conference with A. Jarvis and B. Kotter regarding motion to use cash for 5/3 hearing. |
| 04/18/06 | L Jenkins | .20 | Conference with B. Kotter regarding research tasks on motion to use cash. |
| 04/18/06 | B Kotter | .60 | Phone call with T. Randeau regarding pending litigation and upcoming hearing (.2); draft email to A. Jarvis regarding same (.2); conference with L. Jenkins regarding research on cash motion (.2). |

Client No. 34585                                         Page:    7
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


04/18/06 E Monson      5.15  Discussions with AW Jarvis regarding renewed
                             motion on wages (.2); draft email to S. Smith
                             regardnig information needed for renewed wage
                             motion (.2); further discussion with AW Jarvis
                             on motion relating to property of estate and
                             motion on statements and schedules (.2); draft
                             email to L. Schwartzer regarding motion and
                             order on statements and schedules and review
                             drafts of those pleadings (.4); review email
                             from J. McPherson regarding motion on time to
                             file statements and schedules and send reply
                             (.2); review emails relating to motion to
                             approve notice and claims agent (.3); work on
                             drafting motion to employ notice and claim
                             agent (2.2); draft email to L. Schwartzer on
                             claims agent and review replies and documents
                             from clerk's office (.7); draft email to AW
                             Jarvis on claims agent and review reply (.2);
                             discussion with S. Strong regarding motion on
                             statements and schedules (.1); review email
                             from S. Smith regarding claims agent motion and
                             attachments which include agreement with BMC
                             and fee schedule (.6); review email from L.
                             Schwartzer regarding 341 meeting and notice
                             (.1); review email from Lia Dorsey regarding
                             pleadings relating to additional time to file
                             statements and schedules; forward to S. Smith
                             (.2).

04/18/06 S Strong      7.10  Participate in meeting with T. Allison and
                             debtors' employees re bankruptcy questions and
                             implications (1.4); participate in conference
                             call with T. Allison, M. Kehl, A. W. Jarvis, J.
                             McPherson and M. W. Pugsley regarding various
                             legal and business matters needing attention
                             during first week of case (1.2); review various
                             news reports re the bankruptcy filings (0.5);
                             confer with S. Smith and Mesirow team regarding
                             various business and legal issues (0.6); ;
                             telephone conference with A. W. Jarvis
                             regarding calls from various investors' counsel
                             (0.3); confer with S. Smith regarding corporate
                             and LLC resolutions needed by UST's office, and
                             forward same to her (0.4); telephone conference
                             with A. W. Jarvis to report on day's events
                             (0.4).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/19/06 L Jenkins          .30  Telephone conference with A. Jarvis regarding
                                 issues relating to employee payment, restated
                                 motion and response to DML request for
                                 documents.

04/19/06 E Monson          3.20  Discussion with L. Jenkins regarding renewed
                                 wage motion (.2); discussion with S. Strong
                                 regarding renewed wage motion (.3); review
                                 emails from AW Jarvis and L. Schwartzer
                                 regarding renewed wage motion (.2); review
                                 emails from L. Schwartzer and J. McPherson
                                 regarding bar dates and motions relating
                                 thereto (.2); discussion with S. Strong
                                 regarding various motions to be drafted and
                                 filed (.3); review pleadings from L. Dorsey on
                                 additional time to file statements and
                                 schedules and send reply email regarding filing
                                 (.4); work on drafting motion and order
                                 limiting notice (1.0); discussion with L.
                                 Schwartzer regarding renewed wage motion (.1);
                                 additional discussion with S. Strong regarding
                                 status of various motions (.3); review email
                                 from L. Schwartzer and draft of renewed wage
                                 motion and payroll information from S. Smith
                                 (.3); review interim order on case management
                                 (.1).

04/19/06 S Strong          4.00  Participate in conference call with S. Smith,
                                 L. Schwartzer, and BMC personnel regarding
                                 noticing requirements and issues in case,
                                 service of Notice of Commencement of Case,
                                 proof of claim and proof of interest issues,
                                 and related issues (0.8); assist S. Smith and
                                 M. Kehl with various case-administration
                                 questions and issues (1.3); participate in
                                 meeting with T. Allison, M. W. Pugsley, and
                                 Mesirow staff regarding current case
                                 administration issues and related matters
                                 (0.7); telephone conferences with L. A. Jenkins
                                 regarding various case administration issues
                                 (0.4); telephone conferences with E. A. Monson
                                 regarding various case administration issues
                                 (0.3); email to C. Hurst regarding form needed
                                 for notice of commencement of case, and
                                 telephone conference with her regarding same
                                 (0.3); leave voice messages for various
                                 investors' counsel to return calls received by
                                 A. W. Jarvis (0.2).

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/19/06 G Winger        .40  Conference with Steve Strong regarding
                              corporate authorization issues

04/19/06 C Hurst        1.60  Voice mail and email from S. Strong regarding
                              section 341 meeting and deadline notice; access
                              Bankruptcy noticing center website and download
                              form; convert to Word format and refine for
                              further revisions.

04/20/06 L Jenkins       .30  Conference with E. Monson regarding revised
                              wage motion.

04/20/06 E Monson       5.10  Review emails from L. Schwartzer on renewal of
                              wage motion (.2); discussion with S. Strong
                              regarding AW Jarvis' comments on renewed wage
                              motion (.2); work on revising wage motion
                              (1.6); work on Declaration for Thomas Alison
                              (.8); conference with S. Strong and L. Jenkins
                              regarding status of various motions (.3);
                              review email from J. Skidmore regarding BMC
                              application (.1); review emails from L.
                              Schwartzer on the wage motion (.2); review
                              email from Lia Dorseyon BMC application and
                              review as to comments (.7); review email from
                              L. Schwartzer on wage motion (.1); review
                              additional email from L. Schwartzer on
                              attachments (.4); draft various emails on
                              motions to AW Jarvis, SC Strong, LA Jenkins, S.
                              Smith, L. Schwartzer and J. McPherson (.5).

04/20/06 S Strong       2.84  Exchange voice mails with R. G. Winger
                              regarding corporate officer issues (.1);
                              discuss legal issues regarding preparation of
                              Debtors' schedules and statements with S. Smith
                              and other Mesirow professionals (.6); meet with
                              S. Smith, R. Hilson, and others from Mesirow
                              team and Debtors' accounting team to discuss
                              information needed for schedules and statements
                              (1.1); telephone conference with J. Grossman,
                              counsel for an investor, regarding status of
                              case and Debtors' intentions and strategies for
                              dealing with investors and funds (.6);
                              telephone conference with A. W. Jarvis
                              regarding same and various other current case
                              administration issues (0.5); confer with A.

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006

                                 Stevens regarding The Gardens LLC pending
collateral release issues (0.3); telephone
conference with A. W. Jarvis regarding same
(0.2); telephone conference with L. A. Jenkins
regarding same (0.2); telephone conference with
K. G. Glade regarding numerous IT project
documents transmitted via email (0.1).

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/20/06 | C Hurst | 1.30 | Receipt and review of correspondence from investor regarding address correction; obtain Amendment form from Nevada counsel (.4); emails with Nevada counsel regarding problems with Court's submission of one investor list - follow up with Tech department (.5); request from Nevada counsel for investor lists in label format - instructions to word processing for same (.4). |
| 04/21/06 | A Jarvis | .30 | Telephone conference with S. Strong regarding DIP financing, collection, operational issues. |
| 04/21/06 | E Monson | 5.00 | Conferences with SC Strong regarding revisions to wage motion and declaration (.4); review numerous emails and drafts of exhibits from L. Schwartzer and S. Smith regarding modified wage motion and declaration and work on revising and finalizing motion (2.4); draft emails to S. Smith, L. Schwartzer and others on modified wage motion (.3); review emails from L. Schwartzer regarding motion to limit notice and additional parties to include on motion to limit notice (.1); review emails from L. Schwartzer and Julie Skidmore on 341 notice (.2); additional review of email from Lia Dorsey on wage motion; review attachements and send comments (.5); conferences with SC Strong regarding issues to be addressed next week and 341 notices (.4); review email from Lennie regarding 341 notices (.1); review email from Jeanette regarding Exhibit A to motion to limit notices and send reply (.2); follow up on various notice issues (.4). |
| 04/21/06 | S Tingey | .30 | Review information from investor (.20); memo to M. Kehl regarding same (.10). |

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

| | | | |
|---|---|---|---|
| 04/21/06 | G Winger | .80 | Research regarding Nevada law pertaining to appointment of corporate officers; conference with Steve Strong regarding the same |
| 04/21/06 | C Hurst | 2.00 | Further emails between Nevada counsel and tech department with problems on one investor list and uploading to Nevada Courts (.3); receipt and revise amendment cover sheet from Nevada (.3); review Nevada local rules regarding amendment (.4); telephone call with S. Strong regarding email from client regarding $175 Verified Petition fee; access clerk's website and review dockets regarding same - place calls; messages left with clerk's office regarding payment of fee; draft email to clerk regarding remitting payment (.5); receipt of label documents for 20 largest investor lists; forward to S&M (.3); brief conference with S. Strong regarding status and designation of responsibilities (.2). |
| 04/23/06 | A Jarvis | 2.40 | Research on property of the estate issues. |
| 04/23/06 | E Monson | .20 | Review numerous emails relating to conference call and issues to be addressed (.2). |
| 04/24/06 | A Jarvis | .40 | Conference with S. Strong regarding investor issues, cash management, motion to hold funds. |
| 04/24/06 | A Jarvis | .80 | Correspondence with investors and arrange for answering of questions. |
| 04/24/06 | A Jarvis | 1.50 | Conference call with working group regarding business, regulatory issues, motions to be filed, strategy. |
| 04/24/06 | A Jarvis | .60 | Conferences with S. Strong and L. Jenkins regarding investor claims, research regarding holding funds. |
| 04/24/06 | A Jarvis | .60 | Respond to email regarding distribution issues, investors. |
| 04/24/06 | A Jarvis | .40 | Review pleadings, information requested from US Trustee. |
| 04/24/06 | A Jarvis | .60 | Research regarding investor funds status. |

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/24/06 L Jenkins        1.50  Telephone conference with Mesirow team, A.
                                Jarvis, S. Strong, K. Glade and others
                                regarding case status, issues with divisions of
                                labors and DIP financing.

04/24/06 L Jenkins         .40  Post-call meeting with S. Strong and A. Jarvis
                                regarding tasks.

04/24/06 B Kotter          .30  Conference with SC Tingey regarding factual
                                questions in USA operations and loan documents
                                (.3).

04/24/06 E Monson         6.20  Work on assisting Mesirow on various legal
                                issues including review of Gramercy loan,
                                review of proposed agreement with Andy Hartges
                                and Devin Lee, review various loan documents in
                                connection with upcoming closing of loans
                                (2.0); meet with Tom Allison, Susan Smith, and
                                others at Mesirow and discuss various issues
                                relating to USA (.6); review and send numerous
                                emails relating to motion to limit notice and
                                mailing matrix (.8); review SC Strong changes
                                to motion to limit notice (.3); discussions
                                with SC Strong regarding issues on limited
                                notice and BMC application (.3); discussion
                                with C. Hurst regarding initial master mailing
                                matrix and revisions thereto (.2); participate
                                in conference call to discuss various legal
                                issues involving Tom Allison, Susan Smith, M.
                                Kehl, LA Jenkins, AW Jarvis, SC Strong, and KG
                                Glade (1.5); review various emails regarding
                                case administration including 342 notice and
                                meeting with US Trustee (.5).

04/24/06 S Strong         8.00  Revise and expand motion to limit notice and
                                work on exhibit to same (1.3); telephone
                                conference with E. A. Monson, BMC, S. Smith, C.
                                Hurst, and A. Hosey regarding same (0.7);
                                review notices of commencement on dockets of 5
                                debtors' cases, and draft and revise combined
                                Notice of Commencement of Cases (2.1); exchange
                                various emails with L. Schwartzer, BMC, E. A.
                                Monson, and S. Smith regarding same (0.3);
                                review L. Schwartzer's comments to same, and
                                exchange follow-up emails to group regarding
                                same (0.3); review and analysis of preliminary
                                List of Investors by Loan prepared by Mesirow
                                (0.8); exchange emails with A. W. Jarvis and L.
                                Schwartzer regarding corporate authority and

Client No. 34585                                        Page:   13
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006

|  |  |  |  |
|---|---|---|---|

resolutions (0.2); review status of all motions to be heard on 5/3/06, notices of hearing for same, and items to include in mass mailing to all 7,000+ parties in interest, and discuss same with E. A. Monson and S. Smith (0.8); participate in conference call with T. Allison and Mesirow team, A. W. Jarvis and K. G. Glade from RQN, and local counsel L. Schwartzer and J. McPherson, regarding key issues and strategies in moving cases forward and unique bankruptcy and business issues and challenges in these cases (1.5).

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/24/06 | C Hurst | 4.20 | Office conference with S. Strong regarding limited service list; review dockets and prepare initial draft of same and communicate with E. A. Monson regarding same; revise (3.5); calls from parties inquiring as to notice and public website and review same (.7). |
| 04/25/06 | A Jarvis | .20 | Correspondence with M. Olson regarding communications with investors. |
| 04/25/06 | A Jarvis | .30 | Telephone calls to investors counsel. |
| 04/25/06 | A Jarvis | .40 | Return phone calls and emails to investors and counsel. |
| 04/25/06 | A Jarvis | .40 | Correspondence on mailing, notice issues. |
| 04/25/06 | A Jarvis | 1.70 | Conference call with working group regarding business, operational issues, status of motions, strategy. |
| 04/25/06 | A Jarvis | .80 | Conference with L. Jenkins and S. Strong regarding motion to hold funds. |
| 04/25/06 | A Jarvis | .30 | Conference with S. Strong regarding motion to return funds held in escrow. |
| 04/25/06 | A Jarvis | .40 | Respond to emails from investor; correspondence with BMC regarding same. |
| 04/25/06 | A Jarvis | .40 | Review and comment on motion regarding return of funds held in escrow. |

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/25/06 L Jenkins        .70   Telephone conference with Ray Quinney & Nebeker
                                and  Mesirow teams regarding status, issues and
                                tasks.

04/25/06 E Monson       10.80   Work on issues relating to initial master
                                matrix to attach to motion to limit notice
                                (.9); conference with SC Strong and L.
                                Schwartzer regarding issues relating to motion
                                to limit notice and various notices and order
                                to be sent out to BMC (.4); work on review of
                                documents and resolving other issues relating
                                to notices and orders to be sent out by BMC
                                (1.9); further review of various contract
                                documents and partial release provisions in
                                connection with closing of upcoming sales
                                (2.4); conference call with BMC, S. Smith, J.
                                Oriti, L. Schwartzer and J. McPherson regarding
                                issues on sending out notice (.5); conference
                                with C. Hurst regarding issues on master
                                mailnig matrix and review emails and calls to
                                Angela Hosey relating to same (.2); further
                                review of Andy Hartges / Devin Lee proposal and
                                draft email to AW Jarvis and review reply (.7);
                                conference call with SC Strong and J. McPherson
                                regarding issues on notice of commencement and
                                other orders and notice we want BMC to send out
                                (.4); review of emails from J. Skidmore
                                regarding order to be sent out and comments to
                                notice of commencement (.3); discussion with AW
                                Jarvis and SC Strong regarding Hartges/Lee
                                proposal (.4); conference with KG Glade
                                regarding partial release issues (.3); forward
                                mailing matrix list to BMC (.1); conference
                                call with KG Glade, SC Strong, and AW Jarvis
                                regarding partial release and ordinary course
                                issues (.6); conference call with M. Pugsley,
                                KG Glade, AW Jarvis, SC Strong, L. Schwartzer,
                                J. McPherson, M. Kehl and Susan Smith regarding
                                various issues relating to real estate
                                appraiser, DIP financing, ordinary course,
                                constructive trust and other issues (1.7).

04/25/06 S Strong        5.80   Telephone conferences with J. Skidmore of MBC,
                                E. A. Monson, S. Smith, and J. McPhearson
                                regarding notices and orders to include in mass
                                mailing to parties in interest, and analysis of
                                related issues (0.8); exchange emails with M.

Client No. 34585                                           Page:   15
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


                        Kehl and telephone conference with S. Smith
                        regarding need for formal documentation of
                        additional officers of USACM (0.1); telephone
                        conferences with R. G. Winger regarding same
                        (0.2); review drafts of CRO and board
                        resolutions prepared by R. G. Winger regarding
                        same, and transmit to M. Kehl and S. Smith
                        (0.4); telephone conference with investor
                        attorney B. Stevens regarding status of case
                        and debtors' intentions regarding investors
                        (0.3); review local Nev. Bankruptcy rules
                        (0.3); telephone conference with A. W. Jarvis,
                        K. G. Glade and E. A. Monson regarding ordinary
                        course collateral release issues and review
                        documents regarding same (0.8); confer with E.
                        A. Monson and D. M. Monson regarding same
                        (0.4); participate in conference call with T.
                        Allison and Mesirow team, A. W. Jarvis, and L.
                        A. Jenkins regarding facts relating to loans
                        and investors, strategies for moving cases
                        forward, and coordination of efforts on various
                        tasks and assignments (1.7); conference with A.
                        W. Jarvis and L. A. Jenkins regarding
                        strategies and issues for motions for limited
                        use of case and to hold other funds for limited
                        period (0.8).

04/25/06 G Winger       2.40  Conference with Steve Strong regarding
                        appointment of new officers of corporation;
                        review Nevada General Corporation law, Action
                        by Written Consent of Board granting President
                        Authority and court order appointing
                        Restructuring Officer; draft Actions by Written
                        Consent relating to the same

04/25/06 C Hurst        1.10  Follow up with S. Strong and E. A. Monson
                        regarding limited service list (.4); return
                        call to creditor (class N investor -
                        diversified) (.4); receipt of requests for
                        notice and instruction from A. W. Jarvis
                        regarding same (.3).

04/26/06 A Jarvis       1.40  Conference call with T. Allison, Mesirow group,
                        RQN group, and L. Schwartzer regarding case
                        administration issues, preparation of motions,
                        loan issues.

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/26/06 A Jarvis          .50 Conference with SC Strong and EA Monson
                               regarding security agreement, Bundy Canyon
                               loan.

04/26/06 A Jarvis          .50 Conference with SC Strong and LA Jenkins
                               regarding research and drafting of various
                               motions.

04/26/06 A Jarvis          .50 Revise investor Questions and Answers for
                               website.

04/26/06 A Jarvis          .50 Responses to investor inquiries.

04/26/06 L Jenkins        2.40 Telephone conference with S. Strong and A.
                               Jarvis (in part) and Mesirow team regarding
                               status, new issues, strategies and
                               problem-solving motion needed.

04/26/06 E Monson         8.10 Work on issues relating to notices to be sent
                               out by BMC (.6); conference call with S. Smith,
                               J. McPherson and BMC representatives regarding
                               notices (.4); follow up on issues relating to
                               number of notices being sent and conference
                               with SC Strong and S. Smith (.4); further work
                               on changes to and issues relating to Exhibit A
                               to motion to limit notice and adding a
                               provision on receiving notice by email (.8);
                               work on issues relating to motion to return
                               $8.9 million and conferences with T. Allison,
                               Mark Olsen and Susan Smith (1.2); follow up on
                               issues relating to IP loan documents and
                               conferences with KG Glade (.8); conference with
                               A. Stevens and review upcoming closings and
                               partial release issues (1.0); review partial
                               release documents and other loan documents on
                               upcoming closings (1.0); meetings with Devin
                               Lee regarding separation agreement (.5);
                               participate in conference call with Tom
                               Allison, S. Smith, M. Kehl, L. Schwartzer, J.
                               McPherson, SC Strong, LA Jenkins, and AW Jarvis
                               (1.4).

04/26/06 S Strong         9.40 Exchange emails with M. Kehl regarding officer
                               resolutions, telephone conference with him
                               regarding effective date for same, revise
                               resolutions to reflect effective date and
                               re-send to M. Kehl, and confer with R. G.

Client No. 34585                                    Page:   17
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006

Winger regarding effective date for resolutions
(0.6); telephone conference with S. Smith
regarding corporate bylaws and name changes of
USACM for bank signing authority, review
relevant documents, and draft and send memo to
S. Smith explaining name changes (0.4); review
and edit proposed Master Service List, exchange
emails with Mesirow team and local counsel
regarding same, telephone conference with A.
Hosey regarding final edits to same (0.6);
participate in conference call with BMC
personnel, Mesirow team, E. A. Monson, and
local counsel regarding details and legal
guidelines for mass mailing today of Notice of
Commencement and related notices and orders to
approx. 7,000 investors, participate in
follow-up discussions with S. Smith and J.
McPherson regarding same, and exchange
follow-up emails regarding same (2.6); exchange
emails with M. W. Pugsley regarding former
officer of USACM (0.2); telephone conference
with S. Smith, M. Olson and E. A. Monson
regarding status of motion for return of Bundy
Canyon escrow funds (0.2), confer with A. W.
Jarvis regarding same (0.2), follow-up
telephone conferences with E. A. Monson and M.
W. Pugsley regarding same (0.3), exchange
emails with M. Olson and S. Smith, and
telephone conference with them, regarding
additional information needed for same (0.3),
and draft motion for return of Bundy Canyon
escrowed funds (3.3); telephone conference with
E. A. Monson, and exchange emails with M. W.
Pugsley, regarding status of and revisions to
lien documents to secure debt owed by IP (0.3);
review email from M. Olson re updating FAQs for
bankruptcy website, exchange emails with A. W.
Jarvis regarding same, and discuss same with A.
W. Jarvis (0.4).

04/26/06 C Hurst        1.00 Call from investor regarding questions about
                             bankruptcy filings (.3); further receipt of
                             Requests for Notice (.2); email to Schwartz and
                             McPherson regarding same (.2); emails with E.
                             Monson regarding service lists (.3).

Client No. 34585                                    Page:   18
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/27/06 S Strong          7.50 Review L. Schwartzer's revisions to draft of
                                motion to repay Bundy Canyon escrowed funds,
                                make further revisions and finalize same for
                                filing, and circulate revised draft to Mesirow
                                team and Schwartzer firm (1.3); review, prepare
                                and transmit exhibits for same (0.3); exchange
                                follow-up emails with M. Kehl, M. Olson, S.
                                Smith, and L. Schwartzer regarding finalizing,
                                filing, request to shorten time, and noticing
                                issues regarding same (0.6); exchange emails
                                with A. W. Jarvis and Mesirow team regarding
                                potential for multiple committees, and
                                increased need for joint administration (0.6);
                                confer with D M Monson and E. A. Monson
                                regarding Loan Servicing Agreement and relevant
                                provisions for analysis of ordinary course loan
                                servicing issues, and review further emails
                                from M. Kehl, D. M. Monson and E. A. Monson
                                regarding same (0.5); telephone conference with
                                R. G. Winger regarding need to formalize
                                corporate officer changes with Nevada secretary
                                of state, and review email from R. Madsen with
                                recommendations for same (0.3); exchange emails
                                with M. W. Pugsley and M. Olson re providing to
                                NMLD copies of bankruptcy court documents filed
                                today regarding return of escrowed funds (0.2);
                                confer with A. Tsu regarding research needed
                                regarding property of estate and offset rights,
                                and discuss with her the preliminary research
                                results (0.5); discuss with B. J. Kotter need
                                for research trustee/receivership right to
                                impose equitable administrative fee on estate,
                                and discuss with him the preliminary findings
                                (0.4); review and analysis of Loan Servicing
                                Fee and Nevada statute regarding loan brokers
                                and funds held or collected, conduct related
                                legal and factual research, and prepare early
                                draft of debtors' brief in support of motion
                                for limited use of cash and in reply to
                                objections to same (4.8).

04/27/06 C Hurst           4.40 Set up service list files (.5); office
                                conference with S. Strong regarding loans and
                                investor lists - create Excel spreadsheet and
                                tag and tally loans in which debtor entities
                                are investors (3.4); receipt, review of PDF
                                pleadings and discuss file organization with
                                staff (.5).

Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


04/27/06 P Paralegal    5.90  Separate and organize bankruptcy files; Pacer
                              printouts of pleadings needed to complete
                              files.

04/28/06 A Jarvis        .50  Conference with S. Strong regarding preparation
                              of Allison declaration, response to cash
                              management objections.

04/28/06 A Jarvis        .30  Telephone conference with S. Smith regarding
                              preparation of Allison declaration.

04/28/06 A Jarvis       1.60  Review objections to cash management motion;
                              draft response to same.

04/28/06 A Jarvis       4.30  Draft responses to objections to cash
                              management motion; research regarding same.

04/28/06 S Strong       7.60  Continue drafting Brief in support of holding
                              and using cash, and circulate same via email to
                              RQN, Mesirow and S&M working group (1.1);
                              various conferences with D. M. Monson regarding
                              ordinary course motion and facts for same,
                              review draft of same, and further discussions
                              with him regarding same (0.9); exchange emails
                              with M. Olson and M. Kehl regarding officer
                              authority to sign ordinary course documents
                              confer with A. W. Jarvis and exchange emails
                              with her regarding same (0.4); confer with A.
                              W. Jarvis, telephone conference with S. Smith,
                              and review emails from A. W. Jarvis and T.
                              Allison regarding increased need for joint
                              administration (0.2); review and analysis of
                              relevant documents from investor files and loan
                              files, and exchange emails with M. W. Pugsley
                              and M. Kehl regarding same (1.9); further
                              analysis of Loan Servicing Agreements, and
                              exchange emails with S. Smith and A. W. Jarvis
                              regarding same (0.7); draft and circulate
                              proposed supplemental declaration of T. Allison
                              for 5/3/06 hearing (2.1); exchange emails with
                              A. W. Jarvis and M. Olson regarding
                              solicitation efforts of investor attorney, and
                              analysis of related issues  (0.3).

04/28/06 C Hurst        2.20  Email from S&M regarding creating investor and
                              unsecured lists on label documents for US
                              Trustee; work on same.

04/28/06 P Paralegal      2.40  Organize bankruptcy files; Pacer printouts of
                                pleadings and prepare indices.

04/29/06 A Jarvis         4.20  Research issues regarding use of cash, property
                                of estate; draft response to objections to cash
                                managment motion; Allison declaration.

04/29/06 L Jenkins        1.90  Research and read cases regarding theories and
                                analogies for cash management motion (reply).

04/29/06 L Jenkins        1.40  Research and read cases regarding theories and
                                analogies for cash management motion (reply).

04/29/06 L Jenkins         .50  Conference with A. Jarvis and S. Strong
                                regarding discussion of cases and related
                                issues to cash usage.

04/29/06 S Strong         3.50  Confer with A. W. Jarvis regarding development
                                of arguments regarding servicing fee and use of
                                case (0.6); confer with A. W. Jarvis and L. A.
                                Jenkins regarding same (0.3); review emails
                                from A. W. Jarvis and D. M. Monson regarding
                                ordinary course motion (0.2); further research
                                regarding Nevada mortgage lending law (1.2);
                                telephone conferences with L. A. Jenkins
                                regarding legal support and theories for use of
                                cash to benefit investors (0.4); telephone
                                conference with A. W. Jarvis regarding issues
                                and strategies for 5/3/06 hearing (0.5); review
                                objection to cash usage (0.3).

04/30/06 A Jarvis         2.50  Review objections to cash management motion;
                                draft response to same.

04/30/06 L Jenkins        4.60  Read and research cases regarding various
                                theories supporting motion (reply) by Debtors
                                to use cash for 90 days.

04/30/06 S Strong          .80  Review and respond to various emails from L. A.
                                Jenkins regarding case law addressing legal
                                issues for Brief in support of cash management
                                and usage motion (0.4); further analysis of
                                issues raised by investors' objection (0.4).


TOTAL FOR LEGAL SERVICES RENDERED                         $66,527.25

*"Exhibit C-2"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 11, 2006
Las Vegas, NV  89121                                       Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00002

Asset Analysis and Recovery

| | | |
|---|---|---|
| 04/17/06 K Glade | .50 | E-mail regarding UCC lien search (0.2); conference with D. Monson regarding UCC lien search (0.1); order UCC lien searches. |
| 04/18/06 K Glade | .40 | Telephone calls with S. Strong regarding terms of loan servicing agreement, structure of mortgage loan documents, and individual investor issues (0.4). |
| 04/18/06 B Kotter | 3.60 | Legal research on property of the estate issues and factual research and review of mortgage servicing documents (3.6). |
| 04/18/06 S Strong | 1.70 | Telephone conference with K. G. Glade regarding serviced loans and status of review of loan files (0.3); confer with S. Steele regarding Loan Summary Sheets and debtors' pre-petition business practices (0.6); review and analysis of loan files from a few sample loans (1.8). |
| 04/19/06 K Glade | .70 | Telephone call with M. Pugsley regarding receivable owed by Investment Partners (0.1); telephone call with M. Kehl regarding documentation of receivables owed by Investment Partners (0.2); review UCC research results (0.4). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

04/19/06 B Kotter        2.30  Legal research on property of the estate issue.

04/19/06 S Strong         .60  Discussion with T. Allison and M. W. Pugsley
                               regarding real estate appraiser needed to
                               evaluate collateral for loans (0.3); review M.
                               Kehl's proposed draft of confidentiality
                               agreement regarding same (0.1); review emails
                               from prospective appraisers confidentiality
                               agreements (0.2).

04/20/06 K Glade         2.80  Review UCC lien search and prepare summary
                               (0.8); telephone call with S. Steele regarding
                               collateral for Investment Partners receivable
                               (0.2); review e-mails of trust deed, title
                               reports and other documents related to proposed
                               collateral for Investment Partners receivable
                               (1.4); telephone call with S. Strong regarding
                               the issue (0.2); telephone call with M. Kehl
                               regarding the issue (0.2).

04/20/06 B Kotter         .40  Legal research on property of the estate
                               issues.

04/20/06 S Strong        1.00  Telephone conference with K. G. Glade regarding
                               collateralization of IP's debt to Commercial
                               Mortgage (0.2); review IP project files with S.
                               Steele of Mesirow to explore possible
                               collateralization of IP debt (0.8).

04/21/06 K Glade         3.20  Review Investment Partners materials to
                               determine possible collateral (1.9); finalize
                               summary of UCC filings; related conferences and
                               e-mails with S. Strong regarding UCC filings
                               (1.3).

04/21/06 B Kotter        3.10  Conference with S. Strong and L. Jenkins
                               regarding assets of the estate; legal research
                               regarding same (3.1).

04/21/06 S Strong        1.30  Meet with K. G. Glade to discuss results of
                               UCC-1 search of Debtor entities (0.4); exchange
                               emails with A. W. Jarvis and S. Smith regarding
                               same (0.3); meet with K. G. Glade to discuss
                               strategies for securing obligation owed by USA
                               Investment Partners to USA Commercial Mortgage
                               and specific projects in which IP may have an
                               interest (.6).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


04/22/06 K Glade          2.00  Review loan files to determine Investment
                                Partners assets (2.0).

04/24/06 K Glade          5.80  Review information regarding potential
                                Investment Partners collateral and prepare
                                summary (2.8); e-mail with M. Kehl regarding
                                real properties in which Investment Partners
                                claims an interest (0.9); conference with A.
                                Jarvis regarding IP collateral (0.2);
                                conference with S. Strong regarding S. Strong
                                regarding status telephone conference with Las
                                Vegas and Salt Lake bankruptcy team (1.7);
                                telephone call with M. Kehl regarding possible
                                IP collateral (0.3).

04/24/06 B Kotter         3.40  Legal research on property of the estate issues
                                and conference with AW Jarvis and SC Strong
                                regarding research and factual questions into
                                USA operations.

04/24/06 S Strong          .40  Confer with K. G. Glade regarding details for
                                proposed security agreement for IP to pledge
                                interests, and exchange follow-up emails with
                                him and A. W. Jarvis regarding same.

04/25/06 K Glade          9.00  Review operating agreements of LLCs in which
                                Investment Partners has an interest and prepare
                                related summary (4.8); draft and revise IP note
                                and security agareement (2.0); review partial
                                release, provisions with E. Monson with related
                                telephone call with A. Jarvis (0.9);
                                participate in status telephone conference with
                                bankruptcy team (1.3)

04/25/06 B Kotter         1.70  Discussion with SC Strong regarding property of
                                the estate and legal research on related
                                issues.

04/25/06 S Strong          .40  Telephone conferences with K. G. Glade
                                regarding proposed collateral to secure
                                obligation of IP and review documents regarding
                                same.

04/26/06 K Glade          3.30  Conference with S. Strong regarding IP
                                collateral issues and issues regarding
                                treatment of "Exhibit A" investors (0.2);
                                conference with B. Kotter regarding UCC Article
                                9 issues regarding mortgage loan notes (0.2);

Client No. 34585                                          Page:     4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006

                              organize LLC and debt documents for IP
                              collateral (0.6); revise IP security agreement
                              and demand note with related e-mails to M. Kehl
                              and T. Allison (1.8); conference with A. Jarvis
                              regarding revisions to IP collateral documents
                              (0.2); telephone call with M. Kehl regarding IP
                              security agreement (0.3).

04/26/06 A Jarvis      .40    Conference with K. Glade regarding security
                              agreement and correspondence regarding same.

04/27/06 B Kotter    1.70     Legal research on ability to surcharge (1.4);
                              discuss with L. Jenkins and SC Strong (.3).

04/27/06 D Monson      .90    Review e-mail from M. Kehl, and revisions to
                              Promissory Note and Security Agreement for USA
                              Investment Partners and forward to M. Kehl
                              (0.3); telephone call to J. Reed on Tanamera
                              interest, and locate organizational information
                              on Tanamera entity and USA Investment Partners
                              for Security Agreement (0.6).

04/27/06 S Strong      .30    Review status of security documents re IP debt,
                              and review email from K. G. Glade regarding
                              adding Tanamera entity to IP agreement.

04/27/06 S Tingey      .40    Conference with S. Strong and B. Kotter
                              regarding loan servicing issues (.20);
                              conference with S. Strong regarding rights of
                              borrower and loan servicing (.20).

04/28/06 D Monson      .30    Telephone call from J. Reed on Security
                              Agreement for USA Investment Partners (0.1);
                              e-mails to J. Reed on Security Agreement for
                              USA Investment Partners (0.1); e-mail from M.
                              Kehl on revised Security Agreement for USA
                              Investment Partners (0.1).

04/29/06 B Kotter      .30    Legal research on assessing costs/fees against
                              assets/beneficiaries.


 TOTAL FOR LEGAL SERVICES RENDERED                        $12,826.00