*"Exhibit C-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00004

Business Operations

| | | | |
|---|---|---|---|
| 04/14/06 A Jarvis | .30 | Correspondence and conference with P. Burke regarding terminated employees. |
| 04/17/06 A Jarvis | 1.10 | Conference with T. Allison regarding employee wages motion, issues regarding J. Milanowski; meeting with T. Allison and J. Milanowski regarding employee issues; conference with T. Allison regarding operational issues, collection issues. |
| 04/17/06 A Jarvis | .50 | Correspondence regarding operational issues. |
| 04/18/06 A Jarvis | 1.20 | Conference call with T. Allison, M. Kehl, M. Pugsley, S. Strong, S. Smith regarding operational and regulatory issues. |
| 04/19/06 P Burke | .10 | Conference with A. Stevens regarding preparation of termination letters for former employees. |
| 04/19/06 A Jarvis | .80 | Corresopndence on various operational issues. |
| 04/19/06 A Jarvis | .70 | Correspondence regarding collection issues, funding and regulatory issues. |
| 04/20/06 P Burke | .80 | Review draft termination letters. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         August 10, 2006


04/20/06 A Jarvis        1.20  Correspondence on various operational
                               collection regulatory issues.

04/20/06 A Jarvis         .30  Telephone conference with S. Strong regarding
                               business, collection issues.

04/20/06 A Jarvis         .50  Telephone conference with S. Strong regarding
                               hearing on ordinary course motion, drafting
                               same.

04/20/06 A Jarvis         .40  Telephone conference with S. Strong regarding
                               drafting of motion regarding partial and full
                               releases.

04/20/06 A Jarvis        1.00  Correspondence with Mesirow regarding various
                               operational and regulatory issues.

04/20/06 S Strong        1.20  Discussions with Faisel, company's IT Director,
                               regarding terminated phone service, review
                               email from provider regarding same, and assist
                               with language for email response re bankruptcy
                               prohibition on terminating phone service (0.4);
                               telephone conference with Bob of NevTel
                               regarding need for immediate restoration of
                               phone service and possible sanctions (0.4);
                               follow-up discussions with Faisel regarding
                               same (0.2); review follow-up emails regarding
                               same (0.2).

04/21/06 P Burke          .20  E-mail to client with proposed changes to
                               termination letter.

04/21/06 A Jarvis        1.50  Correspondence regarding business, collection,
                               regulatory issues.

04/21/06 A Jarvis        1.20  Review contracts, agreements with investors.

04/21/06 L Jenkins       1.10  Conference with B. Kotter and S. Strong
                               regarding discussion of research and theories
                               regarding use of cash and related motions and
                               research.

04/24/06 A Jarvis         .70  Correspondence with Mesirow regarding business
                               issues, releases, DIP financing, funding and
                               collection issues.

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    August 10, 2006
```

| | | | |
|---|---|---|---|
| 04/25/06 | A Jarvis | 1.00 | Correspondence regarding responses to business questions, funding DIP financing, release issues. |
| 04/25/06 | A Jarvis | .20 | Correspondence with M. Olson regarding public relations issues. |
| 04/25/06 | A Jarvis | .20 | Correspondence with EA Monson regarding review of books, legal issues. |
| 04/25/06 | A Jarvis | .40 | Correspondence on assignment of notes, pending transaction. |
| 04/25/06 | S Strong | .60 | Exchange emails with M. Olson and A. W. Jarvis regarding vendors' refusal to continue ordinary business with debtors; outline proposed letter to vendors regarding same. |
| 04/26/06 | A Jarvis | .30 | Conference with DM Monson regarding drafting of motion regarding partial releases on collections. |
| 04/26/06 | D Monson | .30 | Discuss Partial Release and ordinary course of business issues with A. Jarvis and S. Strong (0.3). |
| 04/27/06 | K Glade | 2.80 | Review 10-90, Inc. documents (1.2); e-mail to M. Kehl changes to IP documents (0.2); telephone call with D. Monson and E. Monson regarding changes to IP documents (0.3); telephone call to Mesirow employee regarding Tanamera entities (0.1); draft e-mail to M. Kehl regarding 10-90, Inc. documents and review response (1.0). |
| 04/27/06 | D Monson | 6.70 | Review e-mails from M. Walker on Bank of America closings and Partial Release forms and legal descriptions for forms; telephone calls from M. Walker (Bank of America); on closings and Partial Release issues (0.4); review loan documentation and partial release provisions and forms of requested partial releases and Loan Servicing Agreement form for Partial Release Motion (3.8); review Subordination Agreements for 5252 Orange and 60th Street |

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006

                Loans in favor of Bank of America and requested
                substitutions of Trustee and Partial
                Reconveyances (0.6); review e-mail from M. Kehl
                on disbursement problems with Fidelity National
                Title (0.1); telephone conference with M. Kehl,
                S. Smith and S. Strong on Partial Release
                issues (0.3); review A. Stevens e-mails on loan
                document details for Motion to Approve Partial
                Releases (0.3); review scheduled closing list
                from M. Walker for three subordinated loans
                (0.2).

04/27/06 E Monson      7.50 Work on motion for approval of transactions in
                ordinary course (2.0); review emails from J.
                McPherson and spreadsheet on closings (.3);
                conference with SC Strong and DM Monson
                regarding loan service agreement and review
                agreement (.5); review loan documents, partial
                releases and upcoming closings with DM Monson
                (.8); conference calls with DM Monson, KG Glade
                and AW Jarvis at Mesirow regarding  loan
                document issues (.4); conference call with DM
                Monson and M. Walker regarding 5252 Orange and
                60th Street closings (.3); email A. Stevens
                regarding additional information and documents
                needed on loan closings (.2); review emails
                from M. Kehl regarding upcoming loan
                disbursement issues and send reply (.2); reveiw
                emails from M. Walker regarding Orange and 60th
                Street closings (.3); telephone call to J.
                Randeau to discuss RICO and abuse of process
                litigation (.8); additional conference with DM
                Monson and SC Strong regarding various motions
                (.4); draft email to Sm Smith regarding
                conversation with T. Randeau (.7); draft email
                to T. Allison regarding meeting with D. Lee
                (.6).

04/27/06 S Strong      .80 Review email from F. Siddiqui regarding
                ordinary course business issues regarding
                telecom services, telephone conference with M.
                Kehl regarding same, and draft responsive email
                to F. Siddiqui regarding same.

04/28/06 D Monson     8.10 E-mails to M. Walker on Bank of America
                subordinations and 60th Street and 5252 Orange
                loan closing (0.4); e-mails from M. Walker on
                Bank of America Partial Releases for 60th
                Street and 5252 Orange loans and verification

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006

of Bank of America senior lien (0.3); e-mail to A. Stevens on Roam Development Loan Documents (0.1); review e-mails on authorized officer to sign Partial Releases (0.2); e-mails requesting Collwood Subordination Agreement and verification of recording information (0.3); review e-mail and spreadsheet information from J. Smaha (Borrower's attorney); and telephone conference with J. Smaha and S. Presley on Partial Releases and authorizations for 3 loans (0.5); review Roam Development Loan Documents (0.4); review Partial Reconveyance forms for 3 loans (0.2); research on ordinary course of business issues and other issues for partial release authorization for Motion to Authorize Partial Releases (1.4); review Loan Servicing Agreement provisions (0.3); draft and revise Motion to Authorize Partial Releases and circulate for comments (4.0).

04/28/06 D Monson    .60  Telephone call with J. Johnson of Fidelity Title on disbursement issues for Meadow Creek and Binford Medical loans (0.2); e-mail to J. Johnson on disbursement issues (0.1); telephone call from B. Bozarth of Fidelity Title on disbursement issues for Meadow Creek and Binford Medical Loans (0.3).

04/29/06 D Monson    .30  Review e-mails on revisions to Partial Release Authorization Motion and on signing partial releases (0.2); review e-mail on Collwood Loan recorded subordination and forward to A. Jarvis (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                              $12,482.00

# *"Exhibit C-4"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00006

Employee Benefits/Pensions

| | | | |
|---|---|---|---|
| 04/18/06 | L Jenkins | .40 | Telephone conference with S. Strong regarding critical employee pay and emails with A. Jarvis and E. Monson regarding motion for same. |
| 04/19/06 | S Strong | 1.60 | Discuss key employee retention issues with S. Smith (0.4); discussions with S. Smith regarding issues regarding payroll payment approval needed today (0.6); telephone conferences with L. Schwartzer regarding need for entry of orders authorizing payroll (0.3); assist S. Smith with language for authorization by T. Allison for R. Hilson to instruct bank regarding payroll wire transfer (0.2); review order entered today authorizing payroll and payment of employee prepetition claims (0.1). |
| 04/20/06 | L Jenkins | .30 | Conferences with A. Tsu and E. Monson regarding application to employ appraiser. |
| 04/20/06 | S Strong | .90 | Telephone conference with E. A. Monson regarding issues for renewed motion to pay employee priority claims (.2); review E. A. Monson's draft of modified motion to pay employee claims (0.3); voice message to E. A. Monson regarding same (0.1); draft email with suggested revisions to same, and send to E. A. Monson, L. Schwartzer, and Mesirow team (0.3). |

```
Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006
```

04/21/06 S Strong        1.10  Discussions with E. A. Monson regarding
                               revisions to motion to pay claims of seven key
                               employees (0.3); confer with R. G. Winger and
                               E. A. Monson regarding corporate officer issues
                               (0.3); review latest draft of motion and
                               declaration regarding same (0.2); email to E.
                               A. Monson, L. Schwartzer, and Mesirow team
                               regarding same (0.1); exchange follow-up emails
                               with S. Smith same (0.2).

04/24/06 P Burke          .30  E-mails to and from client regarding COBRA
                               insurance coverage issues.

04/27/06 S Strong         .30  Review E. A. Monson's email to T. Allison
                               regarding D. Lee proposed separation agreement
                               and related issues, and discuss same with E. A.
                               Monson.


TOTAL FOR LEGAL SERVICES RENDERED                          $1,247.00

"*Exhibit C-5*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00007

Fee / Employment Applications

| | | |
|---|---|---|
| 04/13/06 A Tsu | 1.90 | Reviewing and making changes to application to hire Ray Quinney & Nebeker as counsel for debtor and supporting affidavit. |
| 04/16/06 A Tsu | 2.00 | Finalizing application to employ Ray Quinney & Nebeker, supporting affidavit and proposed order. |
| 04/17/06 A Tsu | 3.10 | Reviewing incoming message from A. Jarvis regarding application to employ (1.2); drafting and editing application to employ Ray Quinney & Nebeker as counsel for Debtor (.4); reviewing and editing declaration of A. Jarvis in support of application to employ Ray Quinney & Nebeker (.7); revising proposed order regarding same (.7); reviewing and editing proposed order granting application to employ Ray Quinney & Nebeker (.3); reviewing and responding to various email and voicemail messages from A. Jarvis regarding application for employment, declaration in support and proposed order (.6); preparing exhibits for same (.2). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006


04/19/06 E Monson        2.80 Review email from Julie at BMC regarding
                              application to employ BMC and send reply and
                              guidelines from court (.3); work on application
                              to employ BMD and order (2.1); review agreement
                              between Debtors and BMC (.4).

04/19/06 S Strong         .60 Discuss BMC employment application issues with
                              S. Smith and BMC personnel (0.2); telephone
                              conference with E. A. Monson regarding status
                              of application to employ BMC as noticing agent
                              (0.2); review draft of application to employ
                              BMC (0.2).

04/20/06 E Monson         .20 Draft email and send drafts to J. Skidmore of
                              BMC of drafts of motion and order to employ
                              (.2).

04/20/06 A Tsu           5.10 Reviewing 11 USC Ï 327 and Fed.R.Bankr. 2014
                              and 101(14) in preparation for drafting
                              application to employ real estate appraiser,
                              supporting declaration and proposed order;
                              drafting same.

04/21/06 E Monson        1.20 Review emails from Julie Skidmore and Lia
                              Dorsey regarding BMC application and order and
                              get changes made to pleadings (1.0); draft
                              emails to Lia Dorsey and L. Schwartzer and J.
                              Skidmore regarding BMC application and order
                              (.2).

04/23/06 E Monson         .20 Review email from L. Dorsey and locate fee
                              schedule for BMC and send copy to L. Dorsey
                              (.2).

04/24/06 E Monson         .50 Review numerous emails from Lia Dorsey and
                              Julie Skidmore regarding BMC issues, follow up
                              and send replies (.5).

04/26/06 A Jarvis         .60 Telephone conference with M. Kehl regarding
                              retention of Hilco, terms (.2); correspondence
                              with A. Tsu regarding drafting of application
                              (.4).

04/26/06 L Jenkins        .20 Conference with A. Tsu regarding application to
                              employ appraiser.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/26/06 A Tsu        3.50  Reviewing and revising motion to employ Hilco
                           and supporting declaration; incorporating
                           additional facts.

04/27/06 S Strong     .30  Exchange emails with M. Kehl, L. Jenkins, and
                           A. Tsu regarding Hilco employment application
                           and papers.

04/27/06 A Tsu        2.20  Reviewing and editing Hilco employment
                           application to incorporate recently discovered
                           factual background information.

04/28/06 L Jenkins    .40  Read appraisers' proposed agreement.

04/28/06 L Jenkins    .30  Telephone conference with J. Lindstrom (Hilco)
                           regarding discussion; draft appraisal
                           agreement.

04/28/06 L Jenkins   1.60  Draft application to retain Hilco as Appraiser.

04/28/06 L Jenkins   2.40  Draft application to employ Hilco as Appraiser.

04/28/06 S Strong     .30  Exchange emails with L. A. Jenkins regarding
                           Hilco employment application and declaration,
                           confer with A. W. Jarvis and D. M. Monson
                           regarding same, and review emails from J.
                           Linstrom regarding same.

04/29/06 L Jenkins    .60  Draft revisions to Hilco application.

04/29/06 L Jenkins   1.40  Draft Linstrom declaration in support of Hilco
                           application.

04/29/06 S Strong     .20  Review emails from L. A. Jenkins regarding
                           Hilco employment application, and exchange
                           follow-up emails with him regarding same.


TOTAL FOR LEGAL SERVICES RENDERED                        $7,211.50

*"Exhibit C-6"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00010

Financing

| | | | |
|---|---|---|---|
| 04/18/06 | A Jarvis | 1.50 | Conference call with potential lender regarding DIP financing. |
| 04/18/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding negotiations for DIP financing. |
| 04/18/06 | S Strong | .20 | Telephone conference with A. W. Jarvis regarding status of efforts to obtain DIP financing. |
| 04/19/06 | S Strong | 1.50 | Telephone conference with potential lender regarding her firm's interest in being DIP lender (0.4); confer with T. Allison regarding same (0.1); forward form of confidentiality agreement to her (0.1); review proposed form of confidentiality agreement from potential lender firm, make edits to same, and return revised draft to her via email (0.8); confer with M. Kehl regarding back-up DIP lenders (0.1). |
| 04/20/06 | S Strong | .20 | Exchange emails with potential lender regarding confidentiality agreement for back-up DIP lender. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006

04/21/06 S Strong          4.10  Telephone conference with P. Susi, attorney for
                                 certain Cal. investors, regarding case status
                                 and matters to be heard May 3rd (.3); review
                                 email from court clerk regarding pro hac fee
                                 for A. W. Jarvis and review docket regarding
                                 same (0.1); confer with C. Hurst regarding same
                                 (0.1); exchange follow-up emails with C. Hurst
                                 regarding clerk's resolution of matter (0.1);
                                 voice message to A. W. Jarvis regarding
                                 proposed partial liquidation of collateral on
                                 The Gardens LLC project (0.1); telephone
                                 conference with M. Kehl regarding same (0.1);
                                 confer with S. C. Tingey and K. G. Glade
                                 regarding rationale for same (0.3); telephone
                                 conference with A. Stevens regarding same
                                 (0.1); meet with B. J. Kotter to discuss
                                 research on Debtors holding, loan payments from
                                 serviced loans temporarily (0.2); meet with B.
                                 J. Kotter and L. A. Jenkins to discuss research
                                 and strategies for same (1.7); further research
                                 regarding same (0.6); confer with E. A. Monson
                                 regarding case administration issues to address
                                 in next week at Debtors' offices (.4).

04/22/06 K Glade            .50  Review proposed DIP loan term sheet (0.5).

04/24/06 L Jenkins         .50  Read memo regarding DIP financing terms.

04/25/06 A Jarvis         1.00  Conference with potential lender regarding
                                 potential DIP financing (.8); telephone
                                 conference with M. Kehl regarding terms of DIP
                                 financing (.2).

04/25/06 A Jarvis          .50  Review DIP financing term sheet.

04/25/06 S Strong          .90  Exchange emails with M. Kehl and A. W. Jarvis
                                 regarding proposals from DIP financers (0.2);
                                 review and analysis of proposed term sheets
                                 (0.7).

TOTAL FOR LEGAL SERVICES RENDERED                              $3,047.00

"Exhibit C-7"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00011**

**Litigation**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/18/06 | L Jenkins | .50 | Research regarding motion to hold funds. |
| 04/18/06 | L Jenkins | 1.10 | Research regarding motion to hold funds. |
| 04/18/06 | L Jenkins | .90 | Read cases regarding property of the estate. |
| 04/18/06 | L Jenkins | .30 | Research motion to hold funds |
| 04/19/06 | L Jenkins | .80 | Research regarding motion to hold funds. |
| 04/19/06 | L Jenkins | .80 | Research issues relating to automatic stay. |
| 04/19/06 | L Jenkins | .30 | Telephone conference with S. Strong regarding further background for research. |
| 04/20/06 | L Jenkins | .20 | Telephone conference with S. Strong regarding cases supporting cash usage. |
| 04/20/06 | L Jenkins | 1.10 | Research regarding property of the estate. |
| 04/24/06 | A Jarvis | .40 | Correspondence regarding motion to hold funds and discussion regarding funds held in escrow on unfunded loan. |
| 04/24/06 | A Jarvis | .60 | Review and revise motion to hold funds, motion to release funds held in escrow on unfunded loan. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006

04/25/06 L Jenkins        1.40  Read cases for use/maintaining cash motion.

04/25/06 L Jenkins         .80  Telephone conference with a. Jarvis and S.
                                Strong regarding theories on cash usage and
                                procedural approach.

04/26/06 L Jenkins         .60  Conference with S. Strong and A. Jarvis
                                regarding cash management, usage and related
                                issues.

04/26/06 L Jenkins         .40  Review cases for motion to hold funds.

04/27/06 L Jenkins         .50  Conference with S. Strong regarding theory on
                                cash usage motion.

04/27/06 L Jenkins         .30  Telephone conference with S. Strong and M.
                                Pugsley regarding responses to objections to
                                cash management motion.

04/27/06 S Strong          .70  Telephone conference with S. Smith regarding
                                litigation issue raised by T. Rondeau, confer
                                with E. A. Monson regarding need to discuss
                                with T. Rondeau litigation handling for USACM,
                                confer with E. A. Monson regarding results of
                                call and review email report from E. A. Monson
                                to S. Smith regarding same.

04/27/06 A Tsu            4.80  Researching property of estate and offset and
                                recoupment for USA claim for offset or
                                recoupment of loan and interest payments.

  TOTAL FOR LEGAL SERVICES RENDERED                            $4,326.00

*"Exhibit C-8"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00015**

**Travel Time**

| 04/13/06 A Jarvis | 2.50 | Travel from Las Vegas to Salt Lake City. |
|---|---|---|
| 04/13/06 A Jarvis | 1.00 | Travel to U.S. Trustee's office and travel back to company (1.0). |
| 04/14/06 M Pugsley | 8.00 | Travel to Los Angeles for meetings with SEC (3.7); return home (4.3). |
| 04/17/06 A Jarvis | 2.00 | Travel from Salt Lake City to Las Vegas. |
| 04/17/06 A Jarvis | 2.40 | Travel back from Las Vegas to Salt Lake City. |
| 04/18/06 S Strong | 3.30 | Travel from SLC to L.V. for assistance at client offices with first-week bankruptcy issues. |
| 04/19/06 M Pugsley | 6.70 | Travel to Las Vegas (2.8); travel to Salt Lake City (3.9). |
| 04/20/06 S Strong | 3.20 | Return travel from Las Vegas to SLC (flight delayed). |
| 04/24/06 E Monson | 3.50 | Travel to Las Vegas (4.5). |
| 04/25/06 K Glade | 2.00 | Travel from Salt Lake City to Las Vegas (2.0). |
| 04/25/06 K Glade | 3.50 | Travel from Las Vegas to Salt Lake City (3.5). |

```
Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006
```

04/26/06 E Monson      3.50 Travel from Las Vegas to Salt Lake City (4.5).

04/27/06 M Pugsley     3.50 Travel to Las Vegas for meetings with client
                            and to work with SEC staff (3.5).

04/28/06 M Pugsley     3.90 Return to Salt Lake City (3.9).


TOTAL FOR LEGAL SERVICES RENDERED                        $6,433.00

*"Exhibit C-9"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 31, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| | | |
|---|---|---|
| 04/13/06 M Pugsley | 6.70 | Conference with B. Baker regarding status (.7); conference call with A. Jarvis, Tom, Monty and Brent regarding bankruptcy and transition issues (2.1); telephone conference with T. Allison (1.3); review documents from prior firm (2.6). |
| 04/14/06 A Jarvis | .40 | Correspondence and conference with M. Pugsley regarding meeting with SEC. |
| 04/14/06 M Pugsley | 2.30 | Meeting with SEC (2.3). |
| 04/15/06 M Pugsley | .80 | Conference with M. Kehl regarding possible threats and other security issues. |
| 04/17/06 A Jarvis | .30 | Correspondence regarding Nevada State Mortgage Lending Division issues. |
| 04/17/06 M Pugsley | 7.20 | Work on organization of documents provided to SEC on Summation Database (4.9); review documents from prior firm and indexing issues (2.3). |
| 04/18/06 M Pugsley | 6.90 | Participate in conference call with Mesrow and bankruptcy counsel (1.8); review bankruptcy filings (3.8); revise letters to investors and Q's and A's (1.3). |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 31, 2006


04/18/06 S Strong          .40  Telephone conference with A. W. Jarvis
                                regarding regulatory issues and investigations
                                (0.4).

04/18/06 A Tsu            1.20  Reviewing and preparing documents in
                                preparation for SEC hearing.

04/18/06 A Tsu            1.70  Reviewing April 14, 2006 letter from the Nevada
                                Division of Mortgage Lending; begin factual
                                background research to respond to same.

04/19/06 L Jenkins         .20  Read A. Jarvis email regarding DML request and
                                read and analyze DML request.

04/19/06 L Jenkins       1.90  Draft response to Nevada DML regarding their
                                requests for information.

04/19/06 M Pugsley       8.70  Meetings with SEC regarding various issues
                                (4.2); meetings with T. Allison, Monty and M.
                                Olson (2.7); meeting with T. Allison and J.
                                Milanowski (1.8).

04/20/06 L Jenkins         .20  Revise letter to DML.

04/20/06 L Jenkins         .60  Draft further revisions to letter to Nevada
                                DML.

04/20/06 S Strong        2.30  Confer with T. Allison regarding his meeting
                                with state mortgage lending regulator, and need
                                for letter to her regarding Bundy Canyon
                                project (0.4); confer with L. A. Jenkins
                                regarding status of his draft letter to state
                                regulator regarding documents and information
                                requested by regulator (0.2); review draft of
                                letter from L. A. Jenkins to regulator
                                regarding same (0.3); follow-up discussions
                                with T. Allison regarding same (0.2); draft
                                proposed letter from T. Allison to mortgage
                                lending regulator regarding Bundy Canyon funds
                                (1.2).

04/24/06 M Pugsley       1.30  Telephone conference with T. Allison regarding
                                status of meetings with Nevada MLD and SEC
                                meetings on Friday (.9); telephone conference
                                with K. Glade regarding property securitization
                                and meetings in Las Vegas (.4).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006

04/24/06 K Cassett        .60  Begin creating subpoena index chart detailing
                               documents already produced.

04/25/06 A Jarvis         .30  Correspondence with M. Pugsley regarding SEC
                               issues.

04/25/06 M Pugsley       6.60  Review and revise "FAQ" from M. Olsen for
                               investors (2.3); telephone conference with L.
                               Dean from SEC (.6); telephone conference with
                               T. Allison regarding SEC issues and MLD (.5);
                               conference call with bankruptcy team (1.0);
                               review documents regarding SEC investigation
                               (2.2).

04/25/06 K Cassett       1.90  Continue to review and chart subpoena requests
                               for additional production; brief review of
                               additional boxes to be produced.

04/25/06 P Paralegal     5.50  Conference with Mark Pugsley and Kim Cassett
                               regarding client documents; draft index of same
                               (17 boxes).

04/26/06 R Madsen, II    1.50  Review documentation from Sandra Lavigna,
                               senior SEC bankruptcy counsel; additional
                               review of Actions by Written Consent appointing
                               officers; research with the Nevada secretary of
                               state with respect to removing and replacing
                               officers; additional research with the SEC
                               regarding filing compliance in bankruptcy.

04/26/06 M Pugsley       2.40  Telephone conference with B. Baker regarding
                               status and other issues (.9); conference with
                               A. Jarvis and S. Waterman regarding preparation
                               for bankruptcy hearing (1.2); conference with
                               K. Glade regarding lien motion (.3).

04/26/06 G Winger         .80  Review letter from SEC; conference with Rich
                               Madsen regarding the same; review securities
                               laws; research regarding the same

04/26/06 P Paralegal     5.60  Draft index of client documents (17 boxes).

04/27/06 R Madsen, II    3.10  Additional Research with the SEC regarding
                               no-action letters and other rulings regarding
                               modifications to filing requirements; summary
                               of additional information needed to complete
                               removal and replacement of company officers
                               with the Nevada Secretary of State.

```
Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 31, 2006
```

04/27/06 M Pugsley      8.60 Attend meetings with T. Allison and M. Kehl
                             regarding various issues (3.5); review
                             documents regarding corporate reorganization
                             and transfer for SEC (2.6); telephone
                             conference with D. Herr regarding West Hills
                             park loan (.7); meeting with T. Allison (1.8).

04/27/06 K Cassett      1.20 Continue drafting chart of documents already
                             produced pursuant to subpoenas.

04/27/06 P Paralegal     .30 Review client documents for originals before
                             shipping.

04/28/06 M Pugsley      4.80 Meeting with client (2.3); meeting with SEC
                             (2.5).


TOTAL FOR LEGAL SERVICES RENDERED                        $19,388.00

"*Exhibit C-10*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through April 30, 2006

Matter No. 34585-00023

USA Capital Realty Advisors, LLC

| | | | |
|---|---|---|---|
| 04/18/06 E Monson | .05 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 E Monson | .02 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 S Strong | .09 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                    $37.18

"*Exhibit C-11*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
Thomas J. Allison 4484 South Pecos Road              Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00024**

**USA Securities, LLC**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/18/06 | E Monson | .04 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 | E Monson | .02 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 | S Strong | .09 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                              $37.17

# "Exhibit C-12"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.            August 10, 2006
Thomas J. Allison 4484 South Pecos Road               Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | |
|---|---|---|
| 04/18/06 E Monson | .18 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 E Monson | .08 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 S Strong | .34 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                                    $148.70

"*Exhibit C-13*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | | |
|---|---|---|---|
| 04/18/06 | E Monson | .18 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 | E Monson | .08 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 | S Strong | .34 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                    $148.70

"*Exhibit C-14*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 31, 2006
Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| | | |
|---|---|---:|
| 04/21/06 | Service Charge - 4/13/06 Airfare AWJ - SLC/LV/SLC - Marion Oakeson | 25.00 |
| 04/30/06 | Federal Express Charges | 1788.19 |
| 04/30/06 | Long Distance Telephone Charges | 6.99 |
| 04/30/06 | Database Legal Research | 2330.91 |
| 04/30/06 | Facsimile Expense (Outgoing) | 6.50 |
| 04/30/06 | Copying Expense | 316.80 |
| 04/30/06 | Filing Fee - | 700.00 |
| 04/30/06 | Facsimile Long Distance Charges | 3.50 |

TOTAL COSTS ADVANCED $5,177.89

Client Address:   DEBTOR USA COMMERCIAL MORTGAGE CO., E
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**      Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 03/29/06 | | $0.00 | 013 | 1 | Federal Express Charges | 1817836 |
| jarvs | 04/05/06 | | $0.00 | 013 | 1 | Federal Express Charges | 1817837 |
| rq&n | 04/13/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:46 60-PUGSLEY MARK W | 1815407 |
| rq&n | 04/13/06 | | $0.36 | 014 | 1 | Long Distance Telephone Charges 7023886718 LAS VEGA NV 13:53 420 HURST CARRIE | 1815408 |
| monso | 04/13/06 | | $128.92 | 019 | 1 | Westlaw | 1817418 |
| rq&n | 04/14/06 | | $12.00 | 064 | 60 | Copying Expense 041406 OAKESON MARION S | 1815735 |
| rq&n | 04/14/06 | | $2.80 | 064 | 14 | Copying Expense 041406 CRIST SHANNON | 1815736 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821675 |
| pugsl | 04/14/06 | | $15.73 | 013 | 1 | Federal Express Charges | 1821676 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821677 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821678 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821679 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821680 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821681 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821682 |
| pugsl | 04/14/06 | | $28.66 | 013 | 1 | Federal Express Charges | 1821683 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821684 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821685 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821686 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821687 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821688 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821689 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821690 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821691 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821692 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821693 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821694 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821695 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821696 |
| pugsl | 04/14/06 | | $30.33 | 013 | 1 | Federal Express Charges | 1821697 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821698 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821699 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821701 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821702 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821703 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821704 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821705 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821706 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821707 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821708 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821709 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821710 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821711 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821712 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821713 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821714 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821715 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821716 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821717 |
| pugsl | 04/14/06 | | $36.13 | 013 | 1 | Federal Express Charges | 1821718 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821719 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821723 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821724 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821725 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821726 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821727 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821728 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821729 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821730 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821731 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821732 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821733 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821734 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821735 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821736 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821737 |
| pugsl | 04/14/06 | | $15.36 | 013 | 1 | Federal Express Charges | 1821738 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821739 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821740 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821741 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821742 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| pugsl | 04/14/06 | | $14.93 | 013 | 1 | Federal Express Charges | 1821743 |
| rq&n | 04/17/06 | | $3.50 | 021 | 7 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1815980 |
| rq&n | 04/17/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1815981 |
| rq&n | 04/17/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 16503419178 JARVIS ANNETTE | 1815982 |
| rq&n | 04/17/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 16503419178 JARVIS ANNETTE | 1815983 |
| rq&n | 04/18/06 | | $0.80 | 064 | 4 | Copying Expense 041806 PUGSLEY MARK W | 1816649 |
| rq&n | 04/18/06 | | $34.40 | 064 | 172 | Copying Expense 041806 BUSHMAN JULIE | 1816650 |
| rq&n | 04/18/06 | | $2.80 | 064 | 14 | Copying Expense 180406 BUSHMAN JULIE | 1816651 |
| rq&n | 04/18/06 | | $7.00 | 064 | 35 | Copying Expense 041806 BUSHMAN JULIE | 1816652 |
| pugsl | 04/18/06 | 74205 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Vertified Petition - - - United States District Court | 1816793 |
| pugsl | 04/18/06 | 74204 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Vertified Petition - - - United States District Court | 1816797 |
| pugsl | 04/18/06 | 74203 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Vertified Petition - - - United States District Court | 1816798 |
| pugsl | 04/18/06 | 74202 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Vertified Petition- - - United States District Court | 1816799 |
| kottr | 04/18/06 | | $410.13 | 019 | 1 | Westlaw | 1817413 |
| jenkn | 04/18/06 | | $53.00 | 019 | 1 | Lexis | 1817714 |
| jarvs | 04/18/06 | | $13.63 | 013 | 1 | Federal Express Charges | 1821747 |
| rq&n | 04/19/06 | | $0.20 | 064 | 1 | Copying Expense 041906 HURST CARRIE | 1816684 |
| pugsl | 04/21/06 | 139086 | $25.00 | 111 | 1 | Service Charge 4/13/06 Airfare AWJ - SLC/LV/SLC - Marion Oakeson | 1816139 |
| rq&n | 04/21/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7023886257 LAS VEGA NV 10:15 60 HURST CARRIE | 1817024 |
| rq&n | 04/21/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023886717 LAS VEGA NV 10:19 0 HURST CARRIE | 1817025 |
| rq&n | 04/21/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:26 60 STRONG STEVEN | 1817026 |
| rq&n | 04/21/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 12:08 120 STRONG STEVEN | 1817027 |
| rq&n | 04/21/06 | | $0.20 | 064 | 1 | Copying Expense 042106 BROWN PATRICIA | 1817028 |
| jenkn | 04/21/06 | | $202.00 | 019 | 1 | Lexis | 1817713 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 04/24/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 3125434499 CHICGOZN IL 14:44 0 PUGSLEY MARK W | 1817242 |
| rq&n | 04/24/06 | | $222.40 | 064 | 1,112 | Copying Expense 240406 COPY CENTER | 1817270 |
| rq&n | 04/24/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 12:03 120 STRONG,STEVEN | 1817271 |
| jarvs | 04/24/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1817336 |
| rq&n | 04/25/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 6022487635 NO PHOEN AZ 13:43 120 STRONG,STEVEN | 1817666 |
| rq&n | 04/25/06 | | $1.38 | 014 | 1 | Long Distance Telephone Charges 6507045991 PALO ALT CA 14:51 1680 HURST,CARRIE | 1817667 |
| rq&n | 04/25/06 | | $0.60 | 064 | 3 | Copying Expense 042506 BROWN PATRICIA | 1817668 |
| kottr | 04/25/06 | | $93.01 | 019 | 1 | Westlaw | 1818996 |
| rq&n | 04/25/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 10:27 60 STRONG,STEVEN | 1818375 |
| rq&n | 04/26/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1818376 |
| rq&n | 04/26/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1818377 |
| rq&n | 04/26/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 12:21 300 STRONG,STEVEN | 1818378 |
| rq&n | 04/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 12:32 60 STRONG,STEVEN | 1818379 |
| rq&n | 04/26/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 6507045991 PALO ALT CA 16:12 480 HURST,CARRIE | 1818380 |
| rq&n | 04/26/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 17:00 0 STRONG,STEVEN | 1818381 |
| rq&n | 04/26/06 | | $0.46 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:03 540 STRONG, STEVEN | 1818382 |
| jarvs | 04/26/06 | | $13.63 | 013 | 1 | Federal Express Charges | 1825249 |
| rq&n | 04/27/06 | | $5.00 | 064 | 25 | Copying Expense 042706 BROWN PATRICIA | 1818383 |
| rq&n | 04/27/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 10:55 480 STRONG STEVEN | 1818384 |
| rq&n | 04/27/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4158104954 SNFC SF, CA 11:26 60 MONSON ELAINE A | 1818385 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 04/27/06 | | $0.18 | 014 | 1 | Long Distance Telephone Charges 8016993623 SALT LAK UT 11:36 240 MONSON ELAINE A | 1818386 |
| rq&n | 04/27/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 12:12 60 STRONG STEVEN | 1818387 |
| rq&n | 04/27/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:41 0 MONSON DOUGLAS M | 1818388 |
| rq&n | 04/27/06 | | $0.71 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 16:14 840 STRONG STEVEN | 1818389 |
| rq&n | 04/27/06 | | $0.20 | 064 | 1 | Copying Expense 042706 BROWN PATRICIA | 1818390 |
| rq&n | 04/27/06 | | $5.20 | 064 | 26 | Copying Expense 042706 BROWN PATRICIA | 1818391 |
| rq&n | 04/27/06 | | $0.61 | 014 | 1 | Long Distance Telephone Charges 6196881557 SNDG SND CA 18:41 720 MONSON DOUGLAS M | 1818392 |
| kottr | 04/27/06 | | $315.27 | 019 | 1 | Westlaw | 1819017 |
| tsu | 04/27/06 | | $272.13 | 019 | 1 | Westlaw | 1819037 |
| rq&n | 04/28/06 | | $0.46 | 014 | 1 | Long Distance Telephone Charges 6023437569 PHOENIX, AZ 09:17 540 MONSON DOUGLAS M | 1818393 |
| rq&n | 04/28/06 | | $0.58 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 11:09 660 STRONG STEVEN | 1818920 |
| rq&n | 04/28/06 | | $1.00 | 064 | 5 | Copying Expense 042806 CRIST SHANNON | 1818921 |
| rq&n | 04/28/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 11:15 60 MONSON DOUGLAS M | 1818922 |
| rq&n | 04/28/06 | | $6.40 | 064 | 32 | Copying Expense 042806 CRIST SHANNON | 1818923 |
| rq&n | 04/28/06 | | $7.20 | 064 | 36 | Copying Expense 042806 HANSEN ALISON | 1818924 |
| rq&n | 04/28/06 | | $7.60 | 064 | 38 | Copying Expense 042806 BROWN PATRICIA | 1818925 |
| rq&n | 04/28/06 | | $1.00 | 064 | 5 | Copying Expense 042806 CRIST SHANNON | 1818926 |
| monsn | 04/28/06 | | $71.45 | 019 | 1 | Westlaw | 1819024 |
| jenkn | 04/30/06 | | $785.00 | 019 | 1 | Lexis | 1818982 |
| COST TOTAL | | | $5,177.89 | | | | |