*"Exhibit D-1"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 05/01/06 A Jarvis | 2.40 | Review objections to cash management motion; research and draft response; correspondence with Mesirow regarding preparation of information to present at hearing. |
| 05/01/06 A Jarvis | .50 | Respond to inquiries from investors. |
| 05/01/06 A Jarvis | 13.50 | Review objections to cash management order; research issues, prepare reply brief and draft declaration in support of reply; prepare for hearing on cash management motion; review pleadings and car loan. |
| 05/01/06 L Jenkins | 2.30 | Read cases for cash management, motion to hold funds. |
| 05/01/06 L Jenkins | 4.90 | Read cases for analogous proposition of receivers or trustee's fees being paid from funds held and related cases. |
| 05/01/06 L Jenkins | 3.10 | Draft sections of cash management brief relating to surcharging for fees and "true participation" vs. "loan" issue. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/01/06 S Strong        11.70  Review emails from L. A. Jenkins with research
                                findings for brief in support of holding and
                                using cash (0.2); exchange emails with A. W.
                                Jarvis and L. A. Jenkins regarding receivership
                                analogies for same (0.2); confer with B. J.
                                Kotter regarding same (0.1); confer with L. A.
                                Jenkins regarding additional research for same
                                (0.2); telephone conference with S. Smith
                                regarding development of draft supplemental
                                declaration for T. Allison for same (0.1); work
                                on revisions to supplemental declaration of T.
                                Allison (0.5); telephone conference with M.
                                Kehl and S. Smith regarding supplemental
                                declaration and related strategies and issues
                                (1.0); confer with A. W. Jarvis regarding
                                strategies for 5/3/06 hearing and brief (0.3);
                                further analysis for and revisions to
                                declaration (0.7); telephone conference with S.
                                Smith regarding loan servicing fee calculations
                                (0.2); confer with A. W. Jarvis regarding same
                                (0.1); telephone conference with S. Smith
                                regarding further issues concerning cash budget
                                (0.3); further analysis for and revisions to
                                supplemental declaration of T. Allison in
                                support of cash motion (3.1), and circulate
                                same for review by Mesirow team (0.1);
                                telephone conference with S. Smith regarding
                                new objections to cash motion (0.2); telephone
                                conference with M. Kehl regarding new
                                objections filed to cash motion (0.1); analysis
                                of all objections filed to cash motion (1.1);
                                confer with L. A. Jenkins regarding legal
                                research in support of debtors brief for
                                5/3/06 hearings (0.3); meet with A. W. Jarvis,
                                L. A. Jenkins, and B. J. Kotter regarding
                                coordination of further efforts in researching
                                issues for debtors briefs to be filed for
                                5/3/06 and 5/18/06 hearings (0.3); draft
                                sections of brief to reply to objections to
                                cash motion (2.6).


05/01/06 C Hurst           .80  Receipt of PDF documents; forward for filing
                                (.2); follow-up with mailing labels for US
                                Trustee (.6).


05/01/06 P Paralegal      5.90  Print Pacer documents and organize bankruptcy
                                files.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/02/06 A Jarvis        2.50  Meeting with US Trustee regarding information
                               requested, case management.

05/02/06 A Jarvis       13.50  Meeting with T. Allison regarding responses to
                               objections to cash management motion; prepare
                               reply brief and declaration of T. Allison for
                               filing with court; revise and comment on
                               budget; discuss budget with Mesirow personnel;
                               gather and prepare for hearing; meeting with T.
                               Allison regarding potential testimony; review
                               objections and prepare arguments.

05/02/06 L Jenkins        .40  Conference with S. Strong regarding status of
                               motions and response.

05/02/06 L Jenkins        .20  Telephone conference with A. Jarvis regarding
                               work on "maintaining cash" issue.

05/02/06 L Jenkins        .30  Conference with S. Strong to discuss issues for
                               status quo motion to hold cash.

05/02/06 L Jenkins       1.70  Read cases and draft motion to maintain status
                               quo and hold cash.

05/02/06 L Jenkins        .30  Conference with S. Strong regarding discussion
                               of theories for motion to hold cash.

05/02/06 L Jenkins       3.00  Draft motion to maintain status quo and hold
                               cash.

05/02/06 S Strong       14.60  Continue analysis of numerous objections to
                               motion for use of cash, drafting sections of
                               reply brief regarding same, and assisting A. W.
                               Jarvis in preparing other sections of reply
                               brief (3.6); review voice messages from A. W.
                               Jarvis regarding final issues for reply
                               regarding use of cash (0.1); revise and
                               finalize Declaration in support (1.3);
                               Telephone conference with M. Kehl regarding
                               declaration and reply brief (0.2); Telephone
                               conference with A. W. Jarvis regarding addition
                               edits (0.2); review draft of budget from M.
                               Kehl (0.2);Telephone conference with M. Kehl
                               regarding servicing fee calculations and other
                               cash flows (0.3); confer with D. M. Monson and

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006

|  |  |  | |
|---|---|---|---|
|  |  |  | S. H. Clark regarding same (0.3); Telephone conference with A. W. Jarvis regarding same (0.2); revise cash usage brief (2.7); confer with B. J. Kotter regarding powers of attorney and automatic stay issues for cash usage brief, and review email from him regarding same (0.2); make final edits to Reply, and send to local counsel for filing (0.3); review and analyze late objections filed today to cash usage motion, and related papers, and forward same to A. W. Jarvis for hearing preparations (0.6); conferences with L. Jenkins regarding status of and strategies for motion to hold cash (0.3); telephone conference with A. Jarvis regarding revised outline for motion to hold cash (0.4); confer with S. Tingey regarding legal issues concerning servicing fees for motion to hold cash (0.3); analysis for and drafting of motion to hold cash (3.3); circulate draft with comments to A. Jarvis and Mesirow team (0.1). |
| 05/02/06 | C Hurst | 1.00 | Follow-up on organization, indexing of incoming pleadings; review label documents for US Trustee; work on same. |
| 05/02/06 | P Paralegal | 6.70 | Print Pacer documents and organize bankruptcy files. |
| 05/03/06 | A Jarvis | 8.00 | Prepare for hearings; attend and argue at hearings on cash management motion, joint administration, and payment of employees; presentation of testimony at hearing. |
| 05/03/06 | A Jarvis | .50 | Telephone conference with S. Strong regarding hearing, preparation of orders; motion to hold funds. |
| 05/03/06 | L Jenkins | .30 | Conferences with S. Strong regarding further pleadings to file and progress of hearing. |
| 05/03/06 | L Jenkins | 1.50 | Draft motion to hold cash. |

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/03/06 S Strong        .80  Confer with L. A. Jenkins regarding status
                              motion and memorandum of law for permission to
                              hold funds (0.3); exchange emails with J.
                              McPherson regarding same (0.1); Telephone
                              conference with A. W. Jarvis regarding results
                              of todays hearing on various motions, and
                              strategies and planning for next tasks (0.4).

05/03/06 C Hurst        1.70  Update files with Notices of Appearance and
                              requests for notice (.2); follow up on
                              pleadings forwarded (.2); complete labels for
                              U.S. Trustee and correspond with Schwartzer and
                              McPherson on same (1.3).

05/03/06 P Paralegal    7.00  Print Pacer documents and organize bankruptcy
                              files.

05/04/06 A Jarvis        .50  Responses to investor inquiries.

05/04/06 A Jarvis        .50  Review pleadings regarding Motion to
                              Temporarily Hold Funds.

05/04/06 L Jenkins       .20  Conference with A. Jarvis regarding report on
                              yesterday's hearing.

05/04/06 L Jenkins       .40  Read cases regarding hold cash research.

05/04/06 L Jenkins      1.30  Draft motion and memo to temporarily hold cash.

05/04/06 L Jenkins       .20  Telephone conference with M. Pugsley and M.
                              Olsen regarding discussion of course of Section
                              341 meeting.

05/04/06 L Jenkins      1.80  Draft motion to hold cash.

05/04/06 L Jenkins      1.50  Draft motion to hold cash.

05/04/06 L Jenkins      1.20  Read cases and draft motion to temporarily hold
                              cash.

05/04/06 B Kotter        .20  Conference with AW Jarvis regarding research
                              into committee appointments under 1102(a)(1)
                              and (a)(2)    (.2).

05/04/06 S Strong       1.40  Telephone conference with M. Kehl regarding
                              information requested by investors attorney,
                              and draft email to J. Chubb regarding same
                              (0.3); review all matters set or to be set
                              for hearings on May 18 or June 2, exchange

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006

                        emails with J. McPherson and S. Smith
                        regarding same, and confer with A. W. Jarvis
                        regarding same (0.6); telephone conference
                        with J. McPherson regarding noticing for
                        same, and review noticing requirements (0.2);
                        communications with local counsels office
                        and A. W. Jarvis regarding alternative
                        hearing dates for early June and implications
                        for giving notice (0.3).

05/05/06 A Jarvis      .30   Correspondence with S. Smith regarding
                             information for U.S. Trustee.

05/05/06 A Jarvis     2.60   Draft motion to hold funds pending initial
                             investigation; review case law regarding same.

05/05/06 A Jarvis      .50   Telephone calls with S. Strong regarding motion
                             to hold funds, stay violations, DIP financing
                             issues.

05/05/06 A Jarvis      .30   Telephone conference with S. Strong regarding
                             drafting of orders.

05/05/06 A Jarvis     1.50   Review and revise motion to hold funds;
                             telephone conference with S. Strong regarding
                             same.

05/05/06 L Jenkins     .40   Conferences with S. Strong regarding DIP
                             Financing and other motions to file next week.

05/05/06 B Kotter     3.40   Legal research on committee issues under 1102
                             (1.8); draft proposed orders and employment of
                             time for schedules (.6); and to pay
                             pre-petition wages (.7); and cash management
                             order (.3).

05/05/06 S Strong     3.90   Review voice message from A. W. Jarvis
                             regarding edits needed to motion to hold funds
                             (0.2); review and revise draft of
                             motion/memorandum for authority to hold
                             investor funds (0.8); confer with L. A. Jenkins
                             regarding same (0.2); follow-up telephone
                             conferences with A. W. Jarvis regarding same
                             (0.4); send email to A. Jarvis with drafts of
                             motion and memorandum to hold investor funds
                             (0.1); exchange emails with J. Chubb regarding

Client No. 34585                                             Page:     7
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006

                              investor information requests (0.2); work on
proposed orders on motions granted at 5/3
hearing (0.5), and confer with B. Kotter
regarding assistance needed with same (0.3);
review drafts of proposed orders, and forward
to local counsel for filing (0.2); participate
in conference call with J. McPherson, S. Smith
and BMC team regarding status of various
motions to be noticed in second mass mailing to
all parties in interest and details for
Mondays mailing (0.5); telephone call with M.
Kehl regarding issues in documentation needed
regarding IP (0.2); review proposed Joint
Administration order and send comments and
approval to J. McPhearson (0.3).

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/06/06 | A Jarvis | 4.60 | Draft motion to hold funds pending initial investigation; revise same; draft memo to working group regarding comments on same. |
| 05/06/06 | A Jarvis | 1.20 | Correspondence regarding responses to investor inquiries, issue with respect to automatic stay, funding of developers. |
| 05/08/06 | A Jarvis | .40 | Correspondence and conferences with S. C. Strong regarding noticing issues. |
| 05/08/06 | A Jarvis | 1.50 | Prepare Motion to Hold Funds. |
| 05/08/06 | L Jenkins | 1.70 | Read and comment on draft of A. W. Jarvis' revisions to motion to hold cash temporarily; review cases relied upon. |
| 05/08/06 | L Jenkins | .20 | Conference with S. Strong regarding revised motion to hold cash. |
| 05/08/06 | L Jenkins | .20 | Conference with M. Pugsley regarding issues relating to negotiated payoffs from borrowers. |
| 05/08/06 | B Kotter | 4.90 | Legal research on 1102(a)(1) and (a)(2) committee issues and draft email regarding research to AW Jarvis. |
| 05/08/06 | D Monson | .20 | Review e-mails on pro hac vice application for Nevada Bankruptcy Court, and begin filling in information for pro hac vice application (0.2). |

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/08/06 S Strong          6.30  Analysis for and preparation of proposed order
                                 on cash management/usage (1.4); review docket
                                 and status of motions and pending orders to be
                                 submitted today (0.4); exchange emails with BMC
                                 regarding same (0.2); confer with A. W. Jarvis
                                 regarding status of motions to be filed and
                                 notice of hearings to go out today, telephone
                                 conference with A. Jarvis and J. McPherson
                                 regarding same, and review proposed Notice of
                                 Hearings (0.9); confer with A. Jarvis and M.
                                 Kehl regarding edits needed to draft of Motion
                                 to Hold Cash, work on various edits, confer
                                 with A. Tsu regarding cite-checking of case
                                 authority for motion, further revisions to
                                 motion, and circulate revised draft to A. W.
                                 Jarvis for review (2.8); make final edits to
                                 Motion to Hold Cash and transmit to local
                                 counsel for filing (0.6).

05/08/06 A Tsu             1.30  Key citing cases for debtors' motion to
                                 temporarily hold funds pending a determination
                                 of proper recipients and memorandum of points
                                 and authorities.

05/08/06 C Hurst           1.70  Download ECF registration forms; review same;
                                 contact Nevada Bankruptcy Court ECF clerk
                                 regarding requirements and procedures (.7);
                                 prepare Petitions to Practice in Nevada for
                                 Steve Strong and D. M. Monson (1.0).

05/08/06 C Hurst            .80  Return call to attorney representing investors;
                                 print off pleadings requested; confirm hearings
                                 on May 18th; prepare transmittal letter (.5);
                                 review updated dockets on BMC (.3).

05/08/06 P Paralegal       2.00  Print Pacer documents and organize bankruptcy
                                 files.

05/09/06 L Jenkins          .50  Read LePome objection to estate holding funds
                                 pending report.

05/09/06 D Monson           .30  Finalize Pro Hac Vice Petition for admission to
                                 Bankruptcy Court for purposes of these cases
                                 (0.3).

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/09/06 S Strong      1.50  Review docket and final versions of motions
                             filed yesterday, and review Joint
                             Administration Order entered today (0.6);
                             exchange emails with C. Hurst regarding service
                             list issues (0.2); discussions with A. W.
                             Jarvis regarding responses needed to various
                             motions filed, and other action items for case
                             administration in coming days (0.2); exchange
                             various emails with M. Olson, M. Kehl and A.
                             Jarvis regarding investor interest rate and
                             servicing fee issues (0.5).

05/09/06 C Hurst        .50  Emails with S&M regarding service on Nevada
                             State Bar (.2); receipt, review of incoming
                             pleadings and Order of Joint Administration
                             (.3).

05/10/06 K Glade       2.00  Status telephone conference call regarding
                             pending matters (1.4); telephone calls
                             regarding Security Agreement from USA
                             Investment Partners (0.6);

05/10/06 A Jarvis      1.40  Conference call with working group.

05/10/06 A Jarvis       .30  Correspondence regarding meeting with
                             investors.

05/10/06 A Jarvis       .30  Correspondence on interim payment motion.

05/10/06 A Jarvis       .30  Correspondence on press release.

05/10/06 A Jarvis       .50  Draft agenda for working group conference
                             call.

05/10/06 A Jarvis       .20  Conference with C. Hurst regarding
                             calendaring of motions.

05/10/06 D Monson       .30  Review e-mail from A. Jarvis and telephone call
                             to M. Kehl on storage unit access issue, and
                             review e-mail from M. Olson (0.2); telephone
                             message to G. Welsh, Storage One, on storage
                             unit access issue (0.1).

05/10/06 S Strong      2.70  Review recent news articles in Las Vegas press,
                             and exchange emails with A. W. Jarvis regarding
                             inaccuracies (0.3); voice message to M. W.
                             Pugsley regarding same, and review email from
                             him to Mesirow team regarding same (0.2);

Client No. 34585                                      Page:    10
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006

|  |  |  | confer with A. Tsu regarding need to review docket and calendar response/reply deadlines for various motions (0.2); t/c w/ investor regarding case information and issues (0.1); review emails from investor and from M. Olson regarding assignee funds relating to Investor Account and exchange emails with A. W. Jarvis regarding moving forward to resolve this issue (0.3); confer with A. Jarvis and exchange emails with her to develop agenda for working group call with RQN, Mesirow, and S-M teams (0.2), and participate in conference call with same to discuss status and plans for various current issues (1.4). |
| 05/10/06 | S Tingey | 1.00 | Conference with A. W. Jarvis, M. Kehl, S. Smith, K. G. Glade regarding case administration. |
| 05/10/06 | C Hurst | .20 | Receipt of updated addresses for master service list compare with current list (.2). |
| 05/11/06 | C Hurst | 3.60 | Office conference with S. Strong and A. W. Jarvis regarding creditor/investor committees - review of largest investor lists (.2); return call to investor (.2); office conference with S. Strong regarding calls for motions to be heard on 5/18; access docket and download all pleadings; create packet and forward to investor (1.5); email to BMC contact regarding address updates (.3); begin work on 5/18 hearing binder for A. W. Jarvis (1.4). |
| 05/11/06 | P Paralegal | 6.00 | Print Pacer documents and organize bankruptcy files. |
| 05/12/06 | A Jarvis | .50 | Conference call with working group regarding case organization, strategy. |
| 05/12/06 | B Kotter | 1.00 | Work on identifying upcoming motions and hearings and prepare hearing binders. |
| 05/12/06 | D Monson | .20 | Discuss office space assumption and rejection issues with S. Tingey (0.2). |

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/12/06 E Monson      4.30  Review motion to permit closings to occur in
                             ordinary course (.3); review numerous emails
                             regarding pleadings filed and various issues in
                             case (.9); review email from T. Allison
                             regarding Devin Lee (.1); review pleadings on
                             motion to force Fidelity disbursement (.2);
                             review various opposition pleadings filed to
                             the debtor's motions (1.0); review status of
                             appointment of creditor committees (.2); review
                             motion for relief to appoint a new servicing
                             agent and for payment to direct lenders (.3);
                             conference with DM Monson and SC Strong
                             regarding motions filed by R. LePomme and
                             research and respond thereto (.5); review email
                             from AW Jarvis on assignment list (.1); get
                             copies of motions filed by R. LePomme for
                             review (.2); review various emails and take
                             action to start updating master mailing matrix
                             (.5).

05/12/06 S Strong      2.00  Review various USA emails (0.2); review
                             electronic docket and new motions filed by
                             investors (0.4); confer with A. Tsu regarding
                             docket review and calendaring of deadlines
                             for responses and replies to motions (0.1);
                             confer with A. W. Jarvis and C. Hurst
                             regarding all matters to be heard 5/18/06 and
                             preparation of hearing binders for same
                             (0.2); further analysis of same (0.4); confer
                             with A. W. Jarvis regarding various
                             assignments for  RQN professionals for
                             various pending matters, and exchange emails
                             with A. W. Jarvis regarding same (0.5);
                             confer with E. A. Monson regarding updating
                             Master Service List and related issues (0.2).

05/12/06 A Tsu         3.60  Reviewing dockets in USA.

05/12/06 C Hurst       5.20  Access all dockets; review and download
                             pleadings for 5/18/06 hearing binder; review
                             for pertinent objections, reponses; compare
                             against Court calendar and finalize index for
                             hearing binder (4.7); receipt of address change
                             requests and emails regarding service lists;
                             update files (.5).

05/13/06 A Jarvis       .70  Telephone conferences with investor regarding
                             investor issues.

Client No. 34585                                        Page:   12
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006


05/15/06 K Glade        2.20  Status telephone call with bankruptcy team
                              (1.2); telephone call with J. Milanowski and
                              his counsel regarding IP documents (0.8);
                              follow-up call with M. Kehl (0.2).

05/15/06 A Jarvis       1.20  Conference call with working group regarding
                              course of action, pending and expected
                              motions, strategy.

05/15/06 A Jarvis        .30  Correspondence regarding updated mailing
                              matrix.

05/15/06 A Jarvis        .60  Correspondence regarding issues to be
                              addressed at 341 meeting.

05/15/06 A Jarvis        .40  Correspondence on violation of stay issues
                              regarding guaranty.

05/15/06 A Jarvis        .70  Correspondence on matters for hearing;
                              prepare for same.

05/15/06 A Jarvis       1.00  Correspondence and conference call on pledge
                              agreement, committee meetings.

05/15/06 B Kotter       2.10  Legal research on committee appointment and
                              retention issues under subsection 1102.

05/15/06 E Monson       5.20  Research on note transfer issues (3.0);
                              discussion with C. Hurst regarding updates to
                              master mailing matrix (.2); review motion of
                              limited notice to verify all parties to be
                              included in matrix (.2); review motion to pay
                              due diligence expenses and opposition thereto
                              (.3); additional conference with C. Hurst and
                              review changes to master mailing matrix (.2);
                              conference call with C. Hurst and J. Skidmore
                              of BMC regarding master mailing matrix and
                              future updates thereto (.5); discussion with SC
                              Strong regarding master mailing matrix (.2);
                              draft email and send to Schwartzer's office,
                              RQN attorneys, and Mesirow team requesting
                              information on any changes to be made to the
                              master mailnig matrix (.2); conference with DM
                              Monson on research in connection with drafting
                              responses to LePomme motions (.4).

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/15/06 S Strong        1.80 Exchange emails with M. Kehl and A. W. Jarvis
                              regarding motions set for hearing 5/18 (0.2);
                              confer with E. A. Monson regarding updating
                              master service list and coordinating and
                              maintaining updates (0.2); participate in
                              conference call with A. W. Jarvis, K. G. Glade,
                              Mesirow team, J. McPherson and L. Schwartzer
                              regarding various pending matters (1.2).

05/15/06 A Tsu            .20 Revising USA scheduling deadline chart to
                              include recently filed motions.

05/15/06 C Hurst         5.00 Access docket; download oppositions to employ
                              legal counsel; update 5/18 hearing binder
                              (1.0); office conference with E. A. Monson
                              regarding master service list, necessary
                              updates thereto (.1); download recent notices
                              of appearance and office conference with Kay
                              Carleson regarding identifying and printing all
                              requests for notice (.3); work on
                              updated/amended master service list (3.2);
                              office conference with E. A. Monson and
                              conference call with BMC regarding master
                              service list and BMC's Rule 2002 list (.4).

05/15/06 P Paralegal     3.20 Organize bankruptcy files; arrange for copies
                              of all Notices of Appearance/Requests for
                              Notice.

05/16/06 A Jarvis         .30 Correspondence on issues to be covered in 341
                              meeting.

05/16/06 A Jarvis        7.00 Prepare for 341 meeting; review objections to
                              motion; review case law in preparation for
                              hearing; prepare declaration of T. Allison in
                              support of various motions; prepare responses
                              to pleadings.

05/16/06 E Monson         .20 Discussion with C. Hurst regarding changes to
                              master mailing matrix (.2).

05/16/06 C Hurst         3.20 Office conference with E. A. Monson regarding
                              further changes to master service list; access
                              and download BMC Rule 2002 list for comparison
                              (.4); review master service list per
                              discussions and comparisons with BMC service
                              lists and notices received by S&M (2.8).

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/16/06 C Hurst        .30 Conference with staff and review S. Strong's
                            ECF Application and Pro Hac Vice Application.

05/17/06 A Jarvis       .30 Telephone conference with L. Schwartzer
                            regarding 341 meeting.

05/17/06 A Jarvis      5.00 Prepare for and attend 341 meeting.

05/17/06 A Jarvis      2.50 Meeting with T. Allison, M. Kehl, S. Smith and
                            investor regarding investor concerns,
                            addressing investor needs.

05/17/06 C Hurst       1.20 Review final revisions to master service list;
                            email memo to E. A. Monson and S. Strong
                            regarding updated master service list (.4);
                            office conference with E. A. Monson regarding
                            same (.2); update, organize files (.3); letter
                            to Nevada Bankruptcy Court transmitting S.
                            Strong ECF Registration (.3).

05/17/06 C Hurst       1.00 Receipt and review S. Strong's and D. M.
                            Monson's Verified Petitions to Practice and
                            draft Designation of local counsel for D. M.
                            Monson (.5); revise, finalize Verified
                            Petitions for Permission to Practice (.5).

05/18/06 E Monson      4.30 Review motions filed by R. LePomme on behalf of
                            Stanley Alexander Trust and Kenning regarding
                            return of funds (.3); research on when note is
                            transferred for purpose of responding to
                            LePomme motions and similar matters (3.1);
                            conference with DM Monson and SC Strong
                            regarding responses to LePomme motion and
                            drafting motion for DIP financing (.2); review
                            motion to hold funds pending determination of
                            recommendation as to distribution of funds
                            (.3); conferences with SC Strong regarding
                            outcome of motions at Omnibus hearing and
                            course of action in light of outcomes (.2);
                            review limited objection to motion to
                            temporarily hold funds (.2).

05/18/06 A Tsu          .30 Reviewing amended case management order for
                            changes and updating.

Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/19/06 E Monson        6.80 Research and review cases on when an assignment
                              of a note becomes effective (3.8); conference
                              with AW Jarvis regarding events at Omnibus
                              hearing and future course of action (.5);
                              review voice mail and email from E. Vrato of
                              BMC and send reply (.2); review email on
                              proposed order to limit notice and update
                              master service list and send reply (.2); revise
                              master service list to conform to court order
                              (.2); revise and note comments to supplemental
                              order on case management procedures, order
                              granting applications to employ Ray Quinney &
                              Nebeker and Schwartzer, and order limiting
                              notice (.5); review motion for relief to
                              terminate loan servicing agreement for direct
                              loan to Boise/Gowan and declaration (.4); work
                              on outline of funds and legal points for motion
                              on investor funds being held in investor
                              account (.9).

05/19/06 S Strong        6.90 Meet with A. W. Jarvis, D. M. Monson and E.
                              A. Monson to discuss results of yesterdays
                              hearing on various motions and assignments
                              for moving case forward (0.7); review
                              proposed orders prepared by L. Schwartzer
                              (0.2); confer with E. A. Monson regarding
                              more work needed on Master Service List, and
                              review follow-up emails from E. A. Monson, S.
                              Smith, and L. Schwartzer regarding electronic
                              notice issues (0.3); exchange emails with A.
                              W. Jarvis and J. McPherson regarding
                              Committees request for service list (0.2);
                              review and analysis of chart prepared by
                              Mesirow regarding assignors/assignees as to
                              $1.9 million in Investor Account and other
                              relevant assignment documents (0.4); various
                              Telephone conferences with S. Smith to
                              discuss issues concerning amount in Investor
                              Account and 3 motions filed requesting
                              release of funds (0.7); analyze additional
                              assignments and related information send by
                              S. Smith relating to assignors and assignees
                              as to Investor Account (0.6); analysis for
                              and drafting of Opposition to 3 motions
                              requesting release of funds, and circulate

Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006

|  |  |  |
|---|---|---|
|  |  | draft for review by A. W. Jarvis and Mesirow team (3.1); review and analysis of Canepa RFS motion filed today and case law cited therein (0.9). |
| 05/20/06 A Jarvis | .60 | Correspondence with M. Kehl regarding meeting with committees. |
| 05/22/06 A Jarvis | .30 | Telephone conference with M. Kehl regarding cash management motion, budget, professional fees. |
| 05/22/06 A Jarvis | 1.00 | Conferences with S. C. Strong regarding response to pending motions, assignment issues, stay, motion to temporarily hold funds. |
| 05/22/06 A Jarvis | .40 | Correspondence with investors. |
| 05/22/06 A Jarvis | .50 | Review and revise memo regarding process of determining investor information. |
| 05/22/06 E Monson | 3.20 | Review objection to combined opposition to investor funds motion (.4); discuss comments to objection with SC Strong (.2); draft emails to AW Jarvis regarding orders limiting notice and employment applications (.2); discussion with C. Hurst regarding order limiting notice and master service list (.2); review motion to direct payment to direct lenders and to prohibit appraisals (.4); review motion for relief by direct lenders to appoint new servicing agent (.3); discussion with AW Jarvis regarding comments to Orders (.2); work on outlining arguments in opposition to motion for stay and direct payment motion filed by direct lenders (1.3). |
| 05/22/06 S Strong | 1.50 | Review email from S. Smith regarding details of investor/loan reconciliation process, and exchange follow-up emails with her regarding same (0.2); telephone conference with J. McPherson regarding committees' request to post information on USA website, and exchange emails with A. W. Jarvis regarding same (0.2); confer with E. A. Monson regarding response deadline and strategy for motions filed by un-named "direct lender beneficiaries" (0.3); meet with |

Client No. 34585                                            Page:   17
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006

                           A.  W. Jarvis to discuss status and action
                           plans regarding all pending matters (1.0).

05/22/06 S Strong    4.90  Confer with E. A. Monson regarding her comments
                           on draft Opposition to 3 motions for release of
                           funds from Investor Account (0.2); review email
                           from, and teleconference with, M. Kehl
                           regarding same (0.1); work on Declaration and
                           exhibits in support of USA's Opposition to 3
                           motions and revise and expand Opposition (2.4);
                           telephone conferences with S. Smith regarding
                           details and documents relating to Investor
                           Account funds (0.5); circulate Declaration and
                           revised draft of Opposition with comments to A.
                           W. Jarvis, M. Kehl, and S. Smith for review
                           (0.2); confer with A. W. Jarvis regarding her
                           final comments to draft of Opposition (0.1);
                           telephone conference with S. Smith regarding
                           her final comments to draft of Opposition
                           (0.1); telephone conference with J. McPherson
                           regarding preparation for filing of Opposition
                           and supporting documents (0.2); exchange emails
                           with A. W. Jarvis and J. McPherson regarding
                           submitting Declaration separately tomorrow
                           (0.1); exchange emails with L. Schwartzer
                           regarding case cite for Opposition (0.1);
                           telephone conference with J. McPherson
                           regarding final changes to Opposition for
                           filing today (0.2); review and revise
                           Declaration in support of Opposition to conform
                           final changes, review and prepare exhibits A
                           through G to Declaration, and transmit to J.
                           McPherson and Mesirow team for filing with
                           Declaration tomorrow (0.7).

05/22/06 A Tsu        .90  Reviewing incoming message regarding filing
                           deadlines (.1); responding to same (.1);
                           updating response deadline chart (.7).

05/22/06 C Hurst     1.90  Receipt, review and respond to numerous emails
                           with requests for information and address
                           changes (1.0); office conference with E. A.
                           Monson regarding master service list - status
                           and coordinating required lists with BMC (.5);
                           office conference with S. Strong regarding
                           Petition for Admission to Practice and
                           Designation of Local Counsel - verify
                           requirement of client signature (.4).

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/23/06 E Monson        6.10  Work on response to motion to make payments to
                               direct lenders and to prohibit appraisals
                               (4.9); email L. Schwartzer regarding issues
                               relating to drafts of orders (.1); discussion
                               with C. Hurst regarding additional changes to
                               Master Service List (.2); review opposition to
                               motion to hold funds filed by R. McKnight (.2);
                               review motion and other pleadings filed by PDG
                               regarding direction as to interest payments
                               (.4); review email from C. Hurst regarding
                               revised master service list (.1); talk to C.
                               Hurst regarding revised master service list and
                               send to L. Schwartzer and J. McPherson (.2).

05/23/06 S Strong        2.24  Confer with L. A. Jenkins regarding "insider"
                               and "affiliate" issues to be addressed for
                               preparing statements and schedules (0.1);
                               review statute regarding same (0.1); telephone
                               conference with S. Smith regarding same (0.1);
                               review docket and exchange emails with M. Kehl
                               regarding filing of declaration in support of
                               Opposition to motions to disburse Investor
                               Account funds (0.2); confer with E. A. Monson
                               regarding revised Master Service List and
                               related issues (0.2); review and analysis of
                               MORs as filed (0.3); further research of Nevada
                               mortgage broker statutes (1.2), and exchange
                               emails with G. Jolley regarding follow-up
                               research needed (0.2).

05/23/06 A Tsu           3.20  Reviewing electronic docket to update deadline
                               schedule and confirm response times; prepare
                               calendar.

05/23/06 C Hurst         3.50  Print/review motion regarding Bundy Canyon
                               project; return call (leave message) to
                               investor (.3); office conference with E. A.
                               Monson regarding further revisions to master
                               service list; review docket and correspondence
                               received regarding further requests for notice;
                               update service list and make revisions as
                               instructed by E. A. Monson (3.2).

05/24/06 A Jarvis        1.20  Telephone conference with M. Olson and M. Kehl
                               regarding meeting with investors in Reno (.3);
                               correspondence regarding same (.4); conference
                               with S. C. Strong regarding same (.2); e-mail
                               L. Schwartzer regarding same (.3).

Client No. 34585                                         Page:   19
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/24/06 L Jenkins        .14 Telephone conference with S. Smith regarding
                              insider payments for schedules.

05/24/06 L Jenkins        .44 Research issue of insider payments for
                              schedules.

05/24/06 E Monson        8.70 Work on response to motion to pay direct
                              lenders and delay of appraisal (3.0); work on
                              response to direct lenders Motion for Relief
                              (4.5); conferences with S. C. Strong
                              regarding responses to motion (.3); follow up
                              with C. Hurst regarding master service list
                              (.2); review opposition to motion to hold
                              funds and to obtain appraisals filed by
                              Canepa (.3); conference with S. C. Strong and
                              A. W. Jarvis regarding response to motion for
                              relief from stay (.3); review letter to J.
                              Chubb regarding request to identify direct
                              lenders (.1).

05/24/06 S Strong        3.04 Review voice messages from A. W. Jarvis
                              regarding various case administration issues
                              (0.1); voice message to J. McPherson regarding
                              interpleader action (0.1); confer with A. W.
                              Jarvis regarding meetings with Committees and
                              court's directive regarding R. 2019 disclosures
                              for multi-investor representations (0.4); draft
                              letter to J. Chubb regarding R. 2019 disclosure
                              requested in connection with Motions filed by
                              unidentified Direct Lenders (0.8); confer with
                              A. W. Jarvis regarding same (0.1); revise and
                              finalize letter, and oversee transmittal (0.2);
                              confer with E. A. Monson regarding progress and
                              issues in drafting Opposition to motions by
                              unidentified J. Chubb clients (0.4); meet with
                              G. Jolley to discuss further research needed on
                              Nevada mortgage broker statutes (0.2); review
                              and edit E. A. Monson's draft of Opposition to
                              motions by J. Chubb clients to release funds
                              and prohibit appraisals (0.6).

05/24/06 S Strong        3.60 Review and analysis of all objections filed to
                              date to debtors' Motion to Hold Funds, and
                              research legal issues raised therein (2.9);
                              confer with A. W. Jarvis regarding strategies
                              and issues for moving cases forward to prompt
                              completion (0.7).

Client No. 34585                                    Page:   20
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/24/06 G Jolley          .30  Meeting with S. Strong regarding research
                                project on Nevada Statute.

05/24/06 C Hurst          3.40  Letter to Monty Kehl regarding S. C. Strong and
                                D. M. Monson Pro Hac Vice Petitions; package
                                and send same; email same to Schwartzer and
                                McPherson (.8); update, organize working files
                                on service lists; communications with investors
                                and creditors (2.0); email to Schwartzer &
                                McPherson regarding master service list (.1);
                                create document list member of appointed
                                committees (.5).

05/25/06 A Jarvis          .40  Correspondence on continuance of motion to
                                hold funds.

05/25/06 E Monson         9.40  Work on opposition to Direct Lenders Motion
                                for Relief from Stay (4.9); further review of
                                Motion for Relief and accompanying documents
                                (.9); research on business judgment rule
                                (.8); review e-mail from L. Schwartzer
                                regarding mailing matrix and send reply (.2);
                                follow up with C. Hurst regarding issues on
                                mailing matrix (.3); research on "case" under
                                subsection 362(d) (1.9); review response from
                                J. Chubb on who she represents (.1);
                                discussion with A. W. Jarvis regarding
                                responses to motions and review e-mails from
                                A. W. Jarvis regarding arguments in motions
                                (.3).

05/25/06 S Strong         1.44  Confer with E. A. Monson regarding arguments in
                                opposition to motion by unidentified direct
                                lenders for relief from stay to terminate LSAs
                                (0.2); research regarding relief from stay to
                                terminate contracts with debtor (0.6); exchange
                                emails with J. Oriti regarding listing of
                                lawsuits for statement of affairs, and review
                                preliminary information re same (0.3); review
                                LSAs with Funds, and exchange emails with A.
                                W. Jarvis regarding same (0.2); analysis of
                                Reply filed by R. LePome clients re debtor's
                                motion to hold funds (0.3).

05/25/06 G Jolley         1.60  Research regarding Nevada Mortgage Broker
                                Statute.

Client No. 34585                                    Page:   21
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/25/06 C Hurst         1.30  Further additions, revisions to master
                               service list; emails to E. A. Monson and
                               Angela (Schwartzer & McPherson) regarding
                               same.

05/26/06 A Jarvis         .60  Conference with M. Kehl regarding cash
                               management motion, budget (.3); conference
                               with S. C. Strong regarding cash management
                               motion (.3).

05/26/06 A Jarvis         .50  Correspondence with investors.

05/26/06 E Monson        8.60  Work on response to motion for relief from stay
                               filed by Direct Lenders (4.6); review e-mail
                               from L. Schwartzer regarding filing of
                               responses to Chubb motions (.1); research and
                               review Nevada cases involving contract
                               interpretation (1.0); shepardize cases in
                               response to motion for relief (.3); review
                               e-mail from L. Schwartzer regarding mailing
                               matrix and follow up with C. Hurst (.2); review
                               opposition to appraisals (.2); review letter
                               from Jones Vargas outlining Direct Lenders
                               represented (.1); work on revising response to
                               motion to pay direct lenders and prohibit or
                               delay appraisals (2.1).

05/26/06 S Strong        3.18  Confer with A. W. Jarvis and E. A. Monson
                               regarding status of Oppositions to motions
                               filed by J. Chubb clients (0.2); review and
                               edit current draft of Opposition to RFS stay
                               motion, and discuss changes with E. A. Monson
                               (0.6); review revised drafts of Opposition to
                               combined motion to hold funds and prohibit
                               appraisals, and discuss final edits with A. W.
                               Jarvis and E. A. Monson (0.4); exchange emails
                               with local counsel's office regarding filing
                               same (0.1); review and analysis of additional
                               objections received to Motion to Hold Funds,
                               and research legal issues for Reply Brief
                               (1.1); discussions with A. W. Jarvis regarding
                               possible continuance of hearing on same and
                               review related emails (0.2); exchange emails
                               with M. Kehl regarding individual attorneys of
                               committee members (0.2); review email from A.
                               W. Jarvis regarding committees' decision to
                               hire separate professionals, and confer with

Client No. 34585                                              Page:    22
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006

|            |            |      | her regarding implications of same (0.3); confer with A. W. Jarvis regarding need to renew motion to use cash, and review status of current order and budget (0.4). |
|------------|------------|------|---|
| 05/26/06   | G Jolley   | .60  | Research legislative history for Nevada Mortgage Broker Statute. |
| 05/26/06   | C Hurst    | .90  | Return phone calls to investor inquiries (.6); letter to Schwartzer & McPherson with Pro Hac Vice Admission Fees (.3). |
| 05/30/06   | K Glade    | .20  | Telephone call regarding investor in HFA North Yonkers loan (0.2). |
| 05/30/06   | A Jarvis   | .30  | Correspondence with investors. |
| 05/30/06   | A Jarvis   | .50  | Correspondence and conference with S. C. Strong regarding cash management motion. |
| 05/30/06   | A Jarvis   | .30  | Correspondence on subpoena, information request. |
| 05/30/06   | E Monson   | 2.40 | Review Jones Vargas objection to motion to temporarily hold funds (.3); review First Trust Deed Committee's Response to motion to temporarily hold funds (.2); review opposition to motion to hold funds by Committee of Exec. contracts (.2); review Mt. West Mortgage motion to temporarily hold funds (.2); review e-mails, field telephone calls and work on review of various oppositions and motions filed in case (1.5). |
| 05/30/06   | S Strong   | 4.18 | Review electronic docket and outline all items set for hearing on 6/5/06 (0.3); confer with C. Hurst regarding preparing hearing binder for same (0.1); email to A. W. Jarvis regarding same (0.1); work on drafting Motion for Continued Use of Funds (2.1); circulate draft to Mesirow, S-M, and A. W. Jarvis with comments (0.1); Telephone conference with M. Kehl regarding same (0.1); exchange emails with A. W. Jarvis regarding filing Motion today (0.1); exchange emails with J. McPherson regarding same (0.1); review Opposition to Motion to Hold Cash filed by Mountain West Mortgage (0.1), review impact of same on PDG stipulation and motion, and review status of same (0.3); |

Client No. 34585                                    Page:   23
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006

|            |           |      |                                                                                                                                                                                                          |
|------------|-----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |           |      | discuss same with A. W. Jarvis (0.2); review emails from A. W. Jarvis regarding same (0.1); continue analysis of issues raised by Canepa RFS motion and possible responses thereto (0.2); meet with G. Jolley to discuss his research on Nev. Mortgage Broker statute (0.3). |
| 05/30/06   | G Jolley  | 2.80 | Research legislative history for Nevada Mortgage Broker Statute; meet with S. Strong to report on research performed. |
| 05/30/06   | C Hurst   | 6.10 | Access dockets; download pleadings relating to motions scheduled for June 5 and begin trial notebook organization. |
| 05/31/06   | A Jarvis  | .30  | Conference with S. C. Strong regarding meeting with investors. |
| 05/31/06   | A Jarvis  | .30  | Conference with S. C. Strong regarding updated loan information filing. |
| 05/31/06   | A Jarvis  | .90  | Correspondence with various parties regarding agreement to request extension of hearing on motion to hold funds, related motions. |
| 05/31/06   | A Jarvis  | .50  | Correspondence regarding loan schedules to be filed. |
| 05/31/06   | A Jarvis  | .30  | Correspondence with S. C. Strong regarding follow up on filing of 2019 statements. |
| 05/31/06   | E Monson  | .30  | Review e-mail from E. Vrato on master service list and follow up with C. Hurst (.3). |
| 05/31/06   | S Strong  | 3.10 | Telephone conference with J. McPherson regarding various administrative issues (0.3); review emails regarding pro hac admission papers for S. C. Strong and D. M. Monson (0.1); meet with D. M. Monson to discuss issues for Reply regarding DIP work fees (0.3); meet with A. W. Jarvis, D. M. Monson and E. A. Monson to discuss strategies for drafting various reply memoranda due this week and coordination of legal theories (1.2); review detailed summary from 5/25 lenders meeting in Reno, and exchange emails with A. W. Jarvis regarding same (0.3); Telephone conference with J. McPherson regarding stipulation needed to continue |

Client No. 34585                                              Page:   24
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


                          hearing date on motion to hold funds, as
                          proposed by committees and J. Chubb (0.3);
                          exchange various emails with A. Jarvis
                          regarding same (0.2); review emails and
                          proposed stipulation from L. Schwartzer
                          regarding same (0.2); exchange follow-up
                          emails with A. W. Jarvis and L. Schwartzer
                          regarding same (0.2);

05/31/06 C Hurst      6.40 Further downloading and gathering of
                          pleadings scheduled for 6/5 hearing; work on
                          index hearing binders (6.3); e-mail to
                          Schwartzer regarding master service list
                          (.1).


TOTAL FOR LEGAL SERVICES RENDERED                            $86,580.00

*"Exhibit D-2"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 05/01/06 K Glade | 1.10 | Draft waiver letter for T. Rondeau's review of IP documentation (0.3); related telephone calls (0.2); telephone calls regarding revisions to IP documents (0.6). | |
| 05/01/06 B Kotter | 5.00 | Legal research for AW Jarvis on participation agreements (.2); legal research and drafting for argument responsive to objections to cash management motion (4.8). | |
| 05/01/06 S Strong | .50 | Confer with K. Glade regarding loan enforcement problems for fractional investors (0.1); confer with K. Glade regarding limited conflicts waiver for T. Rondeau, and draft email to M. Kehl regarding same (0.2); review draft of conflict waiver letter, and exchange emails with A. Jarvis and K. Glade regarding same (0.2). | |
| 05/02/06 K Glade | 2.20 | Review IP note and Security Agreement (0.9); related e-mail to Mesirow (0.3); review IP UCC search (0.4); additional revisions to IP documents (0.6). | |
| 05/02/06 B Kotter | 2.30 | Legal research on offset and surcharge issues (2.3). | |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/02/06 D Monson        .40  Review Loan Servicing Agreement and discuss
                              entitlement to fees issues with S. Strong and
                              S. Clark (0.4).

05/02/06 S Strong        .50  Review T. Rondeaus proposed conflicts waiver
                              letter regarding IP and J. Milanowski, and
                              confer with K. Glade regarding same (0.3);
                              review K. Glades drafts of IP collateral
                              documents and explanations (0.2).

05/03/06 B Kotter        .60  Conference with SC Strong regarding power of
                              attorney issues and continued legal research
                              regarding same.

05/03/06 S Strong       1.20  Confer with S. Tingey and K. Glade regarding
                              loan review issues and planning for detailed
                              review of all serviced loans (1.2).

05/03/06 S Tingey        .30  Conference with K. G. Glade and S. Strong
                              regarding due diligence review of loan file.

05/04/06 S Tingey       1.60  Conference with K. G. Glade regarding loan file
                              analysis (.30); outline loan file analysis and
                              procedure for review (1.1); telephone
                              conference with S. Steele regarding progress
                              made (.20).

05/05/06 K Glade        5.60  Review summaries of loans prepared by Mesirow
                              (2.6); e-mails from J. Reed regarding loan
                              summaries (0.3); telephone calls with J. Reed
                              regarding loan summaries (0.2); prepare
                              worksheets for loan file review (1.3);
                              conferences with S. Tingey regarding loan file
                              review (0.5); telephone calls with M. Kehl
                              regarding status of USA Investment Partners
                              security interest (0.2); e-mails to B. Goold
                              regarding USA Investment Partners security
                              interest and note (0.5).

05/05/06 S Strong       1.00  Meet with K. Glade and S. Tingey to discuss
                              loan review issues (0.4); further analysis of
                              chart with select information from all 115
                              loans (0.2); discussions with K. Glade and S.
                              Tingey regarding specific loans and problems,
                              and goals of loan review project next week
                              (0.4).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/05/06 S Tingey        2.50  Review materials received from J. Reed
                               regarding loan descriptions and status (.20);
                               review materials from S. Steele regarding loan
                               reviews (.50); conference with K. G. Glade
                               regarding same (.40); outline procedures for
                               asset review (.90).

05/08/06 K Glade         7.60  Review mortgage loan files and prepare
                               summaries (7.0); e-mails with B. Goold
                               regarding USA Investment Partners Security
                               Agreement (0.3); related conferences with M.
                               Kehl (0.3).

05/08/06 S Tingey        7.80  Review loan files; various conferences with M.
                               Kehl and J. Reed.

05/08/06 S Tingey         .90  Conference with M. Olson regarding Huntsville;
                               review Huntsville loan documents.

05/09/06 K Glade         1.20  Work on loan file summaries (0.4); telephone
                               calls regarding Investment Partner pledge
                               agreement (0.4); calls regarding offers on Oak
                               Valley (0.4).

05/09/06 A Jarvis         .30  Conference with M. Pugsley regarding IP
                               collateral pledge.

05/09/06 A Jarvis         .30  Correspondence on IP collateral pledge,
                               security agreement.

05/09/06 A Jarvis         .40  Telephone conference with M. Kehl regarding
                               IP Note (.2); conference with K. G. Glade
                               regarding IP Note (.2).

05/09/06 S Strong        1.20  Telephone conference with M. Kehl regarding
                               lien on Gramercy project and ongoing funding
                               needs (0.2); confer with A. W. Jarvis
                               regarding possible solutions to Gramercy
                               funding issues (0.2); confer with D. M.
                               Monson regarding same (0.1); telephone
                               conference with S. Tingey regarding facts and
                               document review needed to analyze same (0.3);
                               email to M. Kehl regarding same (0.1); review
                               email from M. Olson regarding status of
                               securing IP receivable, review press article
                               regarding same, and email to A. Jarvis and M.
                               Kehl regarding same (0.3).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/09/06 S Tingey        8.30 Loan review.

05/09/06 S Tingey         .80 Telephone conference with S. Strong regarding
                              Gramercy Court; review Mechanic's Lien issues
                              regarding Gramercy Court; conference with M.
                              Kehl regarding same.

05/10/06 K Glade         4.60 Revise loan file summaries (1.8); review loan
                              files (2.8).

05/10/06 A Jarvis         .20 Telephone conference with M. Pugsley
                              regarding IP security agreement, telephone
                              call to B. Baker regarding same.

05/10/06 S Strong         .40 Telephone conferences with K. Glade and S.
                              Tingey regarding loan review issues (0.2);
                              review and analysis of initial loan summary
                              sheets prepared by K. Glade and S. Tingey
                              (0.2).

05/10/06 S Tingey        4.90 Analyze loan files.

05/10/06 S Tingey         .50 Analyze dispute with borrower (Gramercy Court)
                              regarding partial release.

05/10/06 S Tingey        1.10 Outline defaulted loan procedures; draft form
                              demand letter for matured loans.

05/11/06 K Glade         1.90 Review mortgage loan files and prepare
                              summaries (1.9).

05/11/06 A Jarvis         .80 Review loan information.

05/11/06 D Monson         .20 Review and respond to e-mail from K. Glade on
                              Pledge of USA Investment Partners membership
                              interest (0.2).

05/11/06 S Tingey        5.50 Analyze loan files (5.5).

05/11/06 S Tingey        1.40 Conference with M. Olson regarding problem loan
                              workout policies and procedures (.20);
                              conference with M. Olson regarding Huntsville
                              loan (.30); review information received from
                              borrower on Huntsville loan regarding proposed
                              workout (.90).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/12/06 K Glade        .30  Review M. Olson e-mail regarding discussions
                             with J. Milanowski attorney (0.1); related
                             conference with A. Jarvis regarding IP Note and
                             Security Agreement (0.2).

05/12/06 K Glade       1.00  Order title reports on properties held by LLCs
                             in which IP has an interest (0.3); work on USA
                             loan file summaries (0.7).

05/12/06 A Jarvis       .30  Correspondence on IP security agreement.

05/12/06 A Jarvis       .30  Conference with K. G. Glade regarding
                             security interest in IP property.

05/12/06 A Jarvis       .40  Conference with S. C. Tingey regarding loan
                             review, collateral review.

05/12/06 S Strong       .20  Confer with K. G. Glade regarding loan review
                             issues.

05/12/06 S Tingey       .40  Analyze Huntsville workout matter.

05/12/06 S Tingey       .40  Review information regarding Sheraton Hotel
                             loan and workout; communicate with A. Stevens
                             regarding same.

05/13/06 K Glade       1.20  Review J. Milanowski's revisions to IP note and
                             security agreement; draft related e-mail to
                             team regarding nature of changes (1.2).

05/15/06 K Glade       4.00  Telephone call with M. Kehl, T. Allison and A.
                             Jarvis regarding Investment Partner changes to
                             Promissory Note and Security Agreement (0.4);
                             telephone call with M. Kehl to go over
                             Investment Partners changes to Note and
                             Security Agreement (.6); revise Promissory Note
                             and Security Agreement (2.0); subsequent
                             telephone call with M. Kehl (0.2); e-mail to J.
                             Milanowski regarding Note and Security
                             Agreement, telephone call with M. Kehl
                             regarding Note and Security Agreement (0.2);
                             review signed Note and Security Agreement
                             (0.3); review loan commitment on Colt and
                             Windham (0.3).

05/15/06 K Glade        .20  Telephone call with S. Tingey regarding loan
                             summaries (0.2).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/15/06 A Jarvis        .40 Conference call with K. G. Glade, M. Kehl and
                             B. Baker regarding IP security agreement.

05/15/06 A Jarvis        .30 Telephone conference with M. Kehl and K. G.
                             Glade regarding IP security agreement.

05/15/06 A Jarvis        .40 Correspondence on IP security agreement.

05/15/06 D Monson        .20 Review e-mails on Community Bank of Nevada
                             letter to USA Commercial as Guarantor of loan,
                             and e-mail to A. Jarvis (0.2).

05/15/06 S Strong        .40 Review emails from K. G. Glade and M. W.
                             Pugsley regarding issues in collateralizing
                             IP receivable (0.1); confer with K. G. Glade
                             regarding same (0.1); Telephone conference
                             with S. Tingey regarding loan review issues
                             (0.1); review revised drafts of
                             collateralization documents prepared by K.
                             Glade (0.1).

05/15/06 S Tingey       8.10 Loan review and analysis.

05/15/06 S Tingey       1.20 Conference with A. Stevens regarding Sheraton
                             loan workout (0.2); memo to B. Kotter regarding
                             same (.1); review file and pleading regarding
                             Sheraton loan (0.6); memo to M. Kehl regarding
                             same (0.3).

05/15/06 S Tingey        .40 Review consent requested by Borrower regarding
                             Palm Harbor loan (0.2); memo to S. Strong and
                             A. W. Jarvis regarding same (0.2).

05/16/06 K Glade        4.10 Draft proposed language for IP pledge agreement
                             (0.2); conference call with Mesirow officers
                             and bankruptcy team regarding IP pledge
                             agreement (0.6); revise IP Note and Pledge
                             Agreement with related conferences with S.
                             Strong (1.9); e-mail to M. Kehl regarding
                             revisions (0.3); telephone call with J.
                             Milanowski's attorney regarding revisions
                             (0.4); subsequent telephone calls with A.
                             Jarvis and M. Pugsley (0.4).

05/16/06 K Glade         .30 Work on loan summaries (0.3).

05/16/06 A Jarvis        .40 Correspondence on pledge agreement.

```
Client No. 34585                               Page:    7
Debtor USA Commercial Mortgage Co., et al.     August 10, 2006
```

05/16/06  S Strong        1.50  Review draft of complaint against IP (0.1);
                                confer with K. G. Glade regarding status of IP
                                collateral documents (0.1); participate in
                                conference call with K. G. Glade, M. W.
                                Pugsley, T. Allison, M. Kehl, and L. Schwartzer
                                regarding same (0.6); review revised drafts
                                from K. G. Glade of same (0.2); confer with K.
                                G. Glade and M. W. Pugsley regarding language
                                for same (0.2); exchange emails with P.
                                Alexander regarding USAs demand for
                                performance under PDG stipulation to release
                                interest reserves (0.3).

05/16/06  S Tingey        7.70  Review of loan files and issues (6.7);
                                communicate with T. Berry regarding Gramercy
                                Court issue (0.1); review proposed consent and
                                condo declarations regarding Palm Harbor (0.8);
                                communicate with T. Berry regarding same (0.1).

05/16/06  E Toscano       1.10  Meeting with Kevin Glade concerning updated
                                title reports; review file and existing title
                                policies; commence research to locate title
                                companies; commence phone calls to title
                                companies for title report updates.

05/17/06  K Glade         1.00  Email to B. Baker regarding IP documents (0.2);
                                add bankruptcy language to IP documents (0.3);
                                related conferences (0.4); finalize new IP
                                documents (0.1).

05/17/06  K Glade          .50  Preparations for loan file review (0.3);
                                telephone call with S. Tingey (0.2).

05/17/06  A Jarvis         .30  Conference with K. G. Glade regarding IP
                                receivable.

05/17/06  S Strong         .50  Confer with K. G. Glade regarding bankruptcy
                                approval language needed for IP collateral
                                documents (0.1); draft proposed language, and
                                discuss with K. G. Glade (0.2); review
                                revised drafts of IP collateral documents
                                (0.2).

05/17/06  S Tingey        5.00  Conference with A. Stevens regarding Colt loans
                                and request from borrower (02.); review Colt
                                loan document regarding request from borrower
                                (0.8); conference with A. Stevens (0.1); review
                                loan files (3.9).