Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/17/06 E Toscano        1.20  Continue work on locating and contacting
                                various title companies and contacts in order
                                to obtain updated title reports, tract index
                                searches, or litigation guarantees.

05/18/06 K Glade          2.30  Review mortgage loan files (2.0); revise loan
                                summary write-ups (.3).

05/18/06 K Glade          3.50  Review loan documents and promissory notes to
                                address default interest issue (2.8); related
                                conferences with M. Kehl and S. Steele (0.4);
                                email to B. Baker regarding IP signatures
                                (0.3).

05/18/06 A Jarvis          .50  Telephone conference with K. G. Glade
                                regarding IP receivable, due diligence.

05/18/06 S Tingey          .20  Conference with K. G. Glade regarding loan
                                review and administration issues.

05/18/06 E Toscano        2.10  Continue investigations to track down
                                appropriate title insurance companies,
                                contacts and phone numbers; continue phone
                                calls to get updates on title reports; emails
                                with contacts at various title companies;
                                meeting with Steve Tingey regarding update on
                                the status of matter.

05/19/06 K Glade          4.50  Review mortgage loan files and prepare
                                summaries (4.3); related telephone call with S.
                                Tingey (0.2).

05/19/06 A Jarvis         1.20  Correspondence with M. Pugsley regarding IP
                                security agreement (.6); conference with T.
                                Allison regarding security agreement (.3);
                                conference with L. Schwartzer regarding IP
                                security agreement (.3).

05/19/06 S Strong          .30  Review revised versions of promissory note
                                and security agreement to collateralize IP
                                debt (0.2); exchange emails with K. G. Glade
                                and A. W. Jarvis regarding same (0.1).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/19/06 S Tingey        1.50  Review updated title report on ICCS and Frank
                               Strath issues (.4); review of loan file
                               analysis and issues (05.); review 10-90 loan
                               documents (02.); review Colt Gateway issue
                               (02.); communicate with Kevin Glade regarding
                               same (02.).

05/19/06 E Toscano       1.20  Review emails from Jean Makas and Gail Torino
                               regarding title report updates and tract
                               searches; draft responses to J. Makas and G.
                               Torino; draft fax and cover letter to J.
                               Makas; follow up on reports from other title
                               companies with phone calls and emails; locate
                               appropriate contacts at title companies.

05/22/06 A Jarvis         .50  Correspondence on IP security interest,
                               records.

05/22/06 E Toscano       2.00  Numerous telephone calls with various title
                               companies regarding updated reports; review
                               commitments, updated reports, etc.; meetings
                               with Doug Monson, Steve Tingey and Annette
                               Jarvis regarding title reports and releases;
                               update file.

05/23/06 K Glade         1.60  Email regarding HMA payoff (0.2); email list of
                               HMA loan requests (0.2); email regarding
                               assignment documents on proposed HMA payoffs
                               (0.2); review assignment documents and related
                               loan documents on HMA loans (0.6); conference
                               with S. Strong and D. Monson regarding mortgage
                               release issues (0.4).

05/23/06 S Strong         .50  Review and analysis of spreadsheet from S.
                               Smith showing post-petition loan payments made
                               and calculating servicing fees earned.

05/23/06 S Tingey        2.20  Review and revise Equipment Lease and
                               Transaction Agreement issued with IP: (0.8);
                               review Helsey Canyon/Los Vallos loan issue
                               (0.7); telephone conference with S. Smith
                               regarding same (0.2); review loan services
                               issue relating to Funds (0.5).

05/24/06 A Jarvis         .40  Telephone conference with M. Kehl regarding
                               IP issues, committee issues.

Client No. 34585                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/24/06 A Jarvis         .90 Correspondence regarding security agreement
                              (.5); conference with S. C. Strong regarding
                              same (.4).

05/24/06 S Strong         .80 Meet with K. G. Glade and A. W. Jarvis to
                              discuss proposed payoff of certain HFA loans
                              and related issues (0.5); follow-up discussions
                              with K. Glade and S. Tingey regarding same
                              (0.2); review voice message from M. Kehl HFA
                              payoffs (0.1).

05/24/06 S Tingey        3.20 Review title information regarding Ocean
                              Atlantic loan (.3); review loan servicing
                              issues regarding USA and funds (.3); conference
                              with K. G. Glade regarding same (.2); telephone
                              conference with M. Kehl regarding HFA loan
                              issue (.2); conference with K. G. Glade and A.
                              W. Jarvis regarding same (.3); telephone
                              conference with HFA attorney (.2); review loan
                              servicing agreement regarding HFA loan issues
                              (.5); review and revise Equipment Lease and
                              Transition Agreement regarding USA Investment
                              partners (1.2).

05/25/06 K Glade          .30 Review updated title reports (0.3).

05/25/06 A Jarvis         .50 Correspondence regarding IP issues, security
                              agreement.

05/25/06 S Strong         .50 Confer with A. W. Jarvis regarding possible
                              action against IP and its principals (0.1);
                              confer with K. G. Glade regarding same (0.1);
                              review early draft of complaint from L.
                              Schwartzer regarding same, forward to A. W.
                              Jarvis, and discuss same with her (0.3).

05/25/06 E Toscano        .60 Telephone calls to Amy Owens at Fidelity
                              National Title; email from Steve Tingey
                              regarding issues with the report on the Ocean
                              Atlantic property; calls and emails with Jean
                              Makas; continue with phone calls; update
                              file.

05/26/06 K Glade          .30 Review updated title reports on selected
                              projects (0.3).

05/26/06 A Jarvis         .30 Correspondence on IP security agreement.

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/30/06 A Jarvis        .30 Conference call with S. C. Strong regarding
                             IP issues.

05/30/06 A Jarvis        .20 Correspondence with T. Allison regarding
                             settlement discussions with Ashby.

05/30/06 E Toscano       .20 Review correspondence and tract index search
                             from Property Insight, LLC.

05/31/06 K Glade         .60 Work on loan file summaries (0.4); review
                             telephone reports (0.2).

05/31/06 A Jarvis       1.20 Correspondence regarding discussions with
                             Ashby regarding repayment of loans (.4);
                             conference with T. Allison regarding
                             discussions with Ashby regarding loans (.4);
                             telephone conference with T. Allison
                             regarding Ashby proposal (.4).

05/31/06 A Jarvis        .30 Telephone conference with T. Allison regarding
                             issues involving Ashby loans.

05/31/06 A Jarvis        .30 Telephone conference with T. Allison regarding
                             meeting with J. Milanowski, IP issues.

05/31/06 A Jarvis        .30 Telephone conference with K. G. Glade
                             regarding IP pledge.

05/31/06 E Monson        .40 Meet with K. G. Glade  and go over chart of
                             appraisal information on properties securing
                             loan (.2); draft e-mail to Monty Kehl regarding
                             appraisal information needed (.1); review
                             e-mail from Monty Kehl regarding appraisal
                             information and send reply (.1).

05/31/06 S Strong       1.80 Telephone conference with S. Smith regarding
                             updated Loan Summary (0.2); review draft of
                             same and send comments to S. Smith (0.3);
                             review revised draft and Telephone conference
                             with S. Smith to discuss presentation issues
                             for Loan Summary (0.2); review near final
                             draft of preliminary Loan Summary, prepare
                             notice of filing for same and transmit to
                             local counsel, and transmit final version of
                             preliminary Loan Summary for filing (1.1).

05/31/06 S Tingey        .40 Additional loan file analysis and review.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   12
August 10, 2006

TOTAL FOR LEGAL SERVICES RENDERED                          $42,592.00

*"Exhibit D-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******
```

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 05/01/06 | D Monson | 2.80 | Discuss Partial Release Authorization issues and Servicing Agreement issues with S. Strong (0.2); telephone call to A. Stevens on Loan Servicing Agreement (0.1); e-mails with A. Jarvis on Loan Servicing Agreement and Motion for Partial Release Authorizations (0.3); revisions to Motion for Partial Release Authorizations and forward to L. Schwartzer, M. Kehl and A. Stevens for review (1.4); review and respond to e-mail from M. Walker, attorney for Bank of America (5252 Orange & 60th Street Loans) (0.3); telephone call from M. Kehl and T. Barry on disbursemetn issues and funding for loans (0.4); telephone call from A. Stevens on Loan Servicing Agreement as exhibit (0.1). |
| 05/01/06 | S Strong | .40 | Conference with D. M. Monson regarding ordinary course motion (0.2); exchange emails with S. Smith and F. Siddiqui regarding business agreements (0.2). |
| 05/02/06 | D Monson | 3.30 | Review Loan Disbursement Agreements and e-mail from T. Barry relating thereto (0.8); telephone call from M. Kehl and T. Barry on PDG Disbursement Agreement (0.1); telephone call to Marina Shiah at Project Disbursement Group |

Client No. 34585                                            Page:    2
Debtor USA Commercial Mortgage Co., et al.                  August 10, 2006

                              (0.4); telephone message to M. Kehl on
                              disbursement agreement issues and payment of
                              interest from interest reserves (0.1); review
                              and respond to e-mail from M. Walker (Bank of
                              America attorney) on partial release issues
                              (0.2); discuss disbursement and interest
                              reserve payment issues with S. Strong (0.2);
                              revisions to Motion to Approve Partial Releases
                              and forward revisions to L. Schwartzer (0.8);
                              review e-mail from S. Strong on suspended
                              interest payment concerns (0.1); e-mail to S.
                              Strong and A. Jarvis on Opaque Loan Extension
                              fee (0.1); e-mail to A. Jarvis and M. Kehl on
                              interest reserve payments and disbursement
                              issues (0.5).

05/02/06 S Strong      .70   Confer with D. M. Monson regarding additional
                              business issues in and out of the ordinary
                              course (0.3); exchange emails with D. M.
                              Monson regarding same (0.2); review draft of
                              motion to approve ordinary course loan
                              servicing activities (0.2).

05/03/06 D Monson     1.50   Check on filing status for Motion to Authorize
                              Partial Releases (0.1); review e-mails on
                              suspended disbursements issues (0.3);
                              discussion with S. Strong on suspended
                              disbursements and ordinary course of business
                              issues, and review of PDG and Fidelity
                              Disbursement Agreements (0.7); telephone call
                              from R. McKnight, attorney, on Motion to
                              Authorize Partial Releases (0.1); telephone
                              messages for PDG attorneys on disbursement
                              issues (0.2).

05/03/06 S Strong     2.80   Telephone conference with M. Kehl regarding
                              problems with disbursing agents withholding
                              funds (0.2); review emails from borrowers and
                              PDG regarding same (0.2); confer with D. M.
                              Monson regarding issues and solutions to
                              disbursing agent problems (0.8); exchange
                              voice messages with PDGs counsel regarding
                              same (0.1); assist with draft demand letter
                              to PDG regarding same (0.6); telephone
                              conference with M. Kehl regarding The Gardens
                              funding needs and issues (0.1); review emails
                              and documents regarding same (0.6); confer
                              with D. M. Monson regarding same (0.2).

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    August 10, 2006
```

05/04/06 A Jarvis          .30  Correspondence on partial releases.

05/04/06 D Monson         5.40  E-mail to M. Walker (Bank of America attorney)
                                on Partial Release Motion and review Motion to
                                Shorten Time (0.4); draft demand letter to M.
                                Callister and P. Alexander on disbursement
                                agent issues (PDG attorneys) (1.4); telephone
                                call from J. McPherson on disbursement agent
                                issues, and review sample stipulation from J.
                                McPherson (0.3); conference with S. Strong on
                                partial release motion and additional partial
                                release issues (0.2); telephone message to B.
                                Bozarth, Fidelity attorney (0.1); telephone
                                call from K. Doig for Palm Harbor One, LLC,
                                Borrower (0.4); conference with S. Strong on
                                disbursement agent issues (0.4); telephone
                                conference with M. Kehl, T. Barry and S. Strong
                                on Fidelity disbursement agent issues (0.2);
                                telephone call from K. Schmidt, Binford Medical
                                Developers Borrower (0.6); draft demand letter
                                to R. Bozarth, Fidelity attorney (1.0); review
                                Fidelity Disbursement Agreement (0.3);
                                telephone message to J. Graub (attorney for
                                Binford Medical) (0.1).

05/04/06 S Strong         3.20  Review email from M. Kehl regarding revisions
                                to demand letter to PDG, make revisions,
                                review documents to attach as exhibits, and
                                oversee transmittal of letter (1.2); exchange
                                follow-up emails with M. Kehl and borrower
                                regarding same (0.2); exchange several voice
                                messages with PDGs counsel M. Callister
                                regarding same (0.2); confer with D. M.
                                Monson regarding similar disbursement
                                problems with Fidelity (0.3); telephone
                                conference with R. Bozarth, Fidelity counsel,
                                regarding need to release funds and
                                differences in Bundy Canyon unfunded loan
                                situation (0.3); review letter to Fidelity
                                regarding same (0.1); Telephone conference
                                with M. Kehl regarding other ordinary course
                                loan servicing issues (0.2); review emails
                                from A. W. Jarvis and D. M. Monson regarding
                                same (0.1); exchange emails with M. Kehl and
                                S. Smith regarding payment of medical

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006

insurance premium and review court order
regarding same (0.3); telephone conference
with M. Kehl regarding procedure for handling
ordinary course servicing issues (0.1);
confer with D. M. Monson regarding same
(0.2).

05/05/06 A Jarvis      .60  Correspondence regarding release of escrow
                            funds.

05/05/06 A Jarvis      .60  Correspondence regarding escrow problems;
                            telephone call with S. Strong regarding same.

05/05/06 D Monson     6.90  Revisions to demand letter to Fidelity, review
                            e-mailed comments from M. Kehl, and send out
                            Fidelity demand letter on disbursement issues
                            (0.8); review e-mails from A. Jarvis on
                            contacts with attorneys for Borrowers and
                            investors (0.2); telephone call with R. Kamink
                            of Taplin & Associates (0.2); telephone call
                            from T. Coleman (investors attorney) (0.1);
                            telephone call from G. Abaro (Meadow Creek
                            Partners - Borrowers) on Fidelity disbursement
                            issues (0.2); e-mails to G. Abaro on Fidelity
                            disbursement issues (0.1); telephone call from
                            M. Campbell (investors attorney) (0.3);
                            telephone calls from and e-mails with K.
                            Schmidt and his attorney J. Graub on Fidelity
                            disbursement issues (Binford Medical -
                            Borrower) (1.3); telephone calls to R. Bozarth,
                            Fidelity attorney (0.5); conference call with
                            M. Kehl, T. Barry and S. Strong on Fidelity
                            disbursement issues and Palm Harbor One loan
                            status (0.4); e-mails to T. Barry and K. Doig
                            on Palm Harbor loan status (0.3); conference
                            call with M. Callister, P. Alexander and S.
                            Strong on PDG disbursement (0.5); forward
                            Fidelity demand letter to Fidelity Phoenix
                            office (0.3); draft follow-up demand letter to
                            Fidelity, discuss with S. Strong, revise
                            letter, and forward to R. Bozarth (1.4).

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/05/06 S Strong        1.40 Various conferences with D. M. Monson
                              regarding status of Loan Disbursement Agent
                              problems and urgent issues with nonpayment
                              (0.7); review governing statutory provisions
                              regarding same (0.1); telephone conferences
                              with M. Kehl, T. Barry and D. M. Monson
                              regarding same (0.3); telephone conference
                              with counsel for PDG regarding same (0.3).

05/06/06 A Jarvis         .40 Review correspondence regarding release of
                              escrow funds.

05/06/06 D Monson        1.80 Review and respond to e-mails from K. Schmidt
                              (Binford Medical - Borrower) on Fidelity
                              disbursement issues (0.4); e-mail to A. Jarvis
                              and S. Strong on discussions with attorneys for
                              investors and Borrowers (0.4); begin draft of
                              Motion to Compel Fidelity to Disburse Loan
                              Funds (1.0).

05/08/06 A Jarvis         .80 Correspondence to and from D. M. Monson
                              regarding partial release problems, funding
                              issues (.5); conference with D. M. Monson
                              regarding same (.3).

05/08/06 A Jarvis         .30 Correspondence on funding issues regarding
                              ordinary course motion.

05/08/06 A Jarvis         .40 Review cash management order, comment on same.

05/08/06 A Jarvis         .30 Correspondence regarding sanctions for
                              violation of stay, withholding of funds.

05/08/06 A Jarvis         .40 Review correspondence on Oak Mesa.

05/08/06 A Jarvis         .30 Telephone conference with J. McPherson
                              regarding Binford proposal.

05/08/06 D Monson        8.00 Review e-mails from K. Schmidt and G. Avaro on
                              Fidelity disbursement issues (0.2); discuss
                              strategy for Motion to Compel Fidelity
                              Disbursements with S. Strong (0.2); telephone
                              call from F. Adams, attorney for investor
                              (0.4); e-mail to F. Adams, attorney for
                              investor (0.2); telephone call from Dr.
                              Rothburg, investor (0.3); continue with draft
                              of Emergency Motion to Compel Fidelity to Make
                              Disbursements, and draft Declarations of K.

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006

                                    Schmidt and D. Monson in Support, and circulate
for comments; e-mail to K. Schmidt and J. Graub
on Declaration of K. Schmidt (0.2); respond to
e-mail from T. Barry on Fidelity Motion (0.2);
review e-mail from M. Walker on Bank of America
Reconveyances, and e-mail to S. Stevens (0.3);
review e-mails on K. Schmidt Declaration
revisions, revise Declaration, and discuss with
T. Barry and K. Schmidt, and review signed
Declaration (1.0); telephone call from M. Kehl
and review e-mails on Gramercy partial releases
and lien filed by subcontractor (0.3);
telephone call from A. Stevens on Partial
Releases for 60th Street and 5252 Orange Loans
(0.2); review e-mails from M. Kehl on Gramercy
closings, and return e-mail to M. Kehl (0.3);
conference with A. Jarvis on Motion to Compel
Fidelity to Disburse (0.2).

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/08/06 | S Strong | 1.60 | Review further emails from D. M. Monson and borrowers regarding Fidelitys refusal to disburse (0.2); confer with D. Monson regarding same and possible motion to compel (0.2); telephone conference with PDGs counsel regarding basis for a proposed stipulation regarding disbursement issues (0.2); review PDG documents regarding disbursement/escrow arrangement with PDG (0.4); confer with D. Monson regarding factual issues and legal support for motion to compel Fidelity to disburse, additional research for same, and review various emails exchanged by D. Monson, T. Barry, and borrowers involved with Fidelity (0.6). |
| 05/09/06 | A Jarvis | .20 | Telephone conference with J. McPherson regarding Binford project needs. |
| 05/09/06 | A Jarvis | .30 | Conference with S. C. Strong regarding Grammercy. |
| 05/09/06 | A Jarvis | .30 | Correspondence regarding servicing. |
| 05/09/06 | A Jarvis | .40 | Correspondence with L. Davis regarding Royal Hotel (.3); telephone conference with T. Allison regarding Royal Hotel (.1). |

Client No. 34585                                                Page:    7
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/09/06 A Jarvis        .30  Telephone conference with M. Kehl regarding
                              IP collateral pledge, Grammercy, Fidelity
                              problems.

05/09/06 A Jarvis        .50  Correspondence with D. M. Monson regarding
                              problem with Fidelity Funding; review and
                              revise motion regarding same.

05/09/06 A Jarvis       1.80  Review and revise motion regarding Fidelity
                              motion.

05/09/06 D Monson       7.00  Review e-mails on comments on Emergency Motion
                              to Compel Fidelity to Disburse, and revisions
                              to Emergency Motion to Compel Fidelity to
                              Disburse, and prepare exhibits for Motion;
                              telephone calls from J. Graub (Binford Medical
                              attorney) on Motion to Compel Fidelity to
                              Disburse (0.3); review and respond to e-mail
                              from A. Avaro on Fidelity Disbursements (0.2);
                              e-mails with M. Walker on Bank of America
                              Partial Releases for 5252 Orange and 60th
                              Street Loans (0.3); draft and revise Motion for
                              Expedited Hearing on Emergency Hearing on
                              Emergency Motion to Compel Fidelity to Disburse
                              (1.0); revise Declaration of Douglas Monson in
                              Support of Emergency Motion to Compel Fidelity
                              to Disburse (0.3); telephone conference with A.
                              Jarvis and J. McPherson on Fidelity Motion
                              (0.2); telephone call from J. McPherson on
                              Fidelity Motion (0.1); locate Fidelity contact
                              information and e-mails to J. McPherson (0.3);
                              e-mail to R. Bozarth (Fidelity attorney) on
                              filing of Fidelity Motion (0.2); e-mails to
                              Borrowers on filing of Fidelity Motion (0.3);
                              discuss Gramercy lien issues with S. Strong
                              (0.1); additional letter to R. Bozarth
                              (Fidelity attorney) on sanctions and damages
                              for Fidelity failure to disburse (0.5); discuss
                              Gramercy disbursement accounts and disbursement
                              documents with K. Glade (0.2); review e-mail
                              from K. Doig on Palm Harbor One and Fidelity
                              disbursements (0.1).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/09/06 S Strong          .80  Review D. M. Monsons draft of Emergency
                                Motion regarding Fidelitys failure to
                                disburse, confer with D. M. Monson regarding
                                same, and give comments to J. McPherson
                                regarding same (0.4); confer with D. M.
                                Monson regarding Fidelitys nonresponsiveness
                                and review emails exchange between D. M.
                                Monson and borrowers regarding same (0.3);
                                review fax from PDG regarding disbursement
                                issues (0.1).

05/10/06 A Jarvis          .50  Review documents on loans from J. Reed.

05/10/06 A Jarvis          .20  Telephone conference with M. Kehl regarding
                                Grammercy issues, loan issues.

05/10/06 A Jarvis          .40  Correspondence regarding partial release
                                issues.

05/10/06 A Jarvis          .50  Correspondence on Fidelity, PDG issues.

05/10/06 A Jarvis          .30  Correspondence on funding issues.

05/10/06 A Jarvis          .90  Review and revise order on Fidelity;
                                conference with D. M. Monson regarding same.

05/10/06 D Monson         5.40  Review and respond to e-mails from G. Avaro
                                (Meadow Creek Borrower) on Fidelity Motion to
                                Compel and Fidelity Stipulation (0.3);
                                telephone call from J. Graub, attorney for
                                Binford Medical on Fidelity willingness to
                                Stipulate (0.2); review and respond to e-mail
                                from J. McPherson on Scheduling for Fidelity
                                Emergency Motion (0.1); draft Stipulation and
                                Order granting Emergency Motion to Require
                                Fidelity to Disburse, circulate for comments,
                                and discuss with A. Jarvis and S. Strong (1.7);
                                review e-mail from J. McPherson on Motion to
                                Authorize Partial Releases and e-mail from
                                attorney for Roam Development and various
                                investors (0.3); review revisions to
                                stipulation and order on Fidelity Motion from
                                J. McPherson, and forward stipulation to
                                Fidelity (0.4);  telephone call from R.
                                Bozarth, Fidelity attorney, on Fidelity's
                                Stipulation (0.2); discuss response with S.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


                    Strong and review e-mails on response from A.
                    Jarvis to inquiry from Roam Development
                    attorney on Motion to Authorize Partial
                    Releases (0.2); telephone call from K. Doig,
                    Palm Harbor One (Borrower) on Fidelity issues
                    (0.2); review and respond to e-mails with K.
                    Schmidt (Binford Medical) on Fidelity
                    Stipulation(0.4); review Fidelity Stipulation
                    and resend to R. Bozarth (0.2); telephone calls
                    from J. Graub, attorney for Binford Medical, on
                    Fidelity Stipulation (0.3); review signed
                    Fidelity Stipulation and e-mail to J. McPherson
                    thereon (0.2); E-mail to J. McPherson on timing
                    of Fidelity Stipulation and Order (0.1);
                    discuss status of Fidelity Stipulation and
                    Order and PDG issues with A. Jarvis and S.
                    Strong (0.3); provide Leasehold Trust Deed
                    forms to K. Glade (0.1); discuss PDG
                    Stipulation issues and documents with S. Strong
                    (0.2);

05/10/06 S Strong      5.40 Telephone conference with M. Kehl and T.
                    Barry regarding PDG interest reserve issues
                    (0.2); exchange voice messages with P.
                    Alexander regarding same (0.1); review and
                    edit D. M. Monsons draft of stipulation with
                    Fidelity regarding disbursement issues, and
                    discuss edits with D. M. Monson (0.5); confer
                    with D. M. Monson regarding parallels and
                    distinctions between Fidelitys disbursement
                    issues and PDGs (0.4); exchange emails with
                    M. Kehl and T. Barry regarding forms of
                    agreement used with PDG, review and analysis
                    of same, and draft proposed stipulation
                    between USA and PDG (2.2); follow-up
                    telephone conferences with M. Kehl and T.
                    Barry regarding same (0.3); exchange
                    follow-up emails with them regarding same
                    (0.2); revise and finalize draft of PDG
                    stipulation, and circulate to T. Barry, M.
                    Kehl, P. Alexander, A. W. Jarvis, and D. M.
                    Monson for review (0.6); confer with D. M.
                    Monson regarding storage facilitys refusal
                    to allow USA to access records (0.1),
                    telephone conference with M. Olson regarding
                    same (0.1), telephone conference with storage

```
Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

|          |               |       |                                                                 |
|----------|---------------|-------|-----------------------------------------------------------------|
|          |               |       | facility manager G. Welch regarding same and possible solutions and agreement (0.6), and email to M. Kehl and T. Barry regarding resolution of problem (0.1). |
| 05/11/06 | A Jarvis      | .40   | Telephone conference with K. G. Glade and S. C. Tingey regarding 10-90 loan. |
| 05/11/06 | A Jarvis      | .30   | Correspondence on Royal Hotel. |
| 05/11/06 | A Jarvis      | .50   | Correspondence and conferences with K. G. Glade and S. C. Tingey regarding loan portfolio. |
| 05/11/06 | D Monson      | 3.10  | Review and respond to e-mail from M. Walker (Bank of America attorney) on partial releases for 5252 Orange and 60th Street loans (0.4); review T. Allison Supplemental Declaration and Motion to Temporarily Hold Funds, and telephone call to M. Guymon (attorney for Roam Development and various investors) (1.6); review draft Stipulation and Order on PDG Disbursements and discuss with S. Strong (0.3); discuss response to Bank of America attorney on pre-petition partial releases with S. Strong (0.2); review Order Shortening Time on Motion on Partial Releases (0.1); review second e-mail from M. Walker on Bank of America Partial Releases, and e-mail to M. Kehl, and review e-mail response from M. Kehl (0.5). |
| 05/11/06 | S Strong      | 1.60  | Telephone conference with PDG counsel P. Alexander regarding edits to stipulation for release of interest reserve funds (0.2); exchange emails with T. Barry and M. Kehl regarding same (0.2); review D. M. Monsons edits to same, and confer with him (0.2); edit and revise draft stipulation (0.6); review detailed exhibit to stipulation and exchange emails with P. Alexander regarding same (0.4). |
| 05/11/06 | C Frischknech | .90   | Drafting of memorandum regarding requirements of request for modified reporting. |
| 05/12/06 | A Jarvis      | .50   | Review information on assignments, servicing issues. |

Client No. 34585                                           Page:   11
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/12/06 D Monson      3.80  Review and respond to e-mail from K. Doig (Palm
                             Harbor One) on disbursements and consent of
                             mortgagee (0.2); review e-mails from G. Avaro
                             and T. Barry on Meadow Creek disbursements and
                             Fidelity issues (0.2); e-mails to M. Guymon and
                             M. Kehl and A. Jarvis on Roam Development and
                             Direct Lenders issues (0.6); discussion with S.
                             Strong and E. Monson on issues relating to
                             Motion to Disburse Funds from Investor Account,
                             and review Assignments and Spreadsheet for
                             transfers of undivided interests in loans
                             (1.0); discuss with K. Glade on transfer of
                             undivided interests in loans for Motions to
                             Disburse from Investor Account (0.3); analysis
                             of issues relating to Assignments of Loans for
                             Motion to Disburse Funds from Investor Account,
                             and review of related issues on mortgage
                             servicer rights and interests (1.5).

05/12/06 S Strong       .40  Review further comments by PDG counsel to
                             draft stipulation regarding release of
                             disbursement agent funds, make revisions, and
                             transmit to local counsel for filing (0.3);
                             telephone conference J. McPherson regarding
                             same (0.1).

05/15/06 A Jarvis       .40  Correspondence regarding disbursement issues.

05/15/06 A Jarvis       .40  Correspondence on PDG disbursement issues.

05/15/06 A Jarvis       .60  Correspondence on servicing agreement.

05/15/06 D Monson      1.90  Review e-mails on updated assignments to
                             respond to filed Motions and status of Partial
                             Release Motion (0.1); telephone conference with
                             S. Smith and S. Strong on Motion to Dismiss
                             Investor Account Funds (0.3); review and
                             respond to e-mails from G. Avaro (Meadow Creek
                             Borrower) on Fidelity disbursement issues
                             (0.2); review e-mails on status of PDG
                             Stipulation and Order for Disbursements (0.2);
                             telephone call from S. Fleming (Bank of America
                             attorney) on McKnight Objection to Partial
                             Release Motion (0.2); review McKnight Objection
                             to Motion to Authorize Partial Release (0.2);
                             review Docket Sheet for any additional
                             objections to Motion to Authorize Partial

Client No. 34585                                    Page:    12
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


                          Release (0.2); review Nevada Statute cited in
                          McKnight Objection to Partial Release Motion
                          (0.2); discussion with E. Monson on research
                          for Motion to Disburse Investor Account Funds
                          (0.3).

05/15/06 S Strong    .30  Review emails from T. Barry, M. Kehl, and D.
                          M. Monson regarding status of PDG agreement
                          to pay interest from interest reserve
                          accounts (0.1); review status, and send
                          emails to J. McPherson and M. Kehl regarding
                          same (0.2).

05/15/06 S Strong    .80  Exchange emails with A. W. Jarvis regarding
                          need to review Windham Mills and Colt Gateway
                          proposals, review and analysis of same, and
                          discuss same with A. W. Jarvis (0.6); confer
                          with S. Tingey regarding Palm Harbor consents
                          and review his email regarding same (0.2).

05/16/06 A Jarvis    .80  Work on letter to borrowers and conferences
                          with T. Allison and M. Olson regarding same.

05/16/06 D Monson   1.10  Discussion with E. Monson on analysis os issues
                          for Motion to Disburse $1.9 Million in Investor
                          Account (0.3); emails to S. Fleming (Bank of
                          America attorney) on Objections to Motion to
                          Authorize Partial Releases, and review various
                          Objections to Motion to Authorize Partial
                          Releases (0.5); discuss issues for Reply Brief
                          for Motion to Authorize Partial Releases with
                          S. Strong (0.3).

05/16/06 I Rubinfeld .40  Telephone conference with S. Tingey regarding
                          CCR's, consent to subdivision plat.

05/16/06 S Strong   3.70  Telephone conference with A. W. Jarvis and M.
                          Kehl regarding debtors revenue issues and
                          loan servicing fee calculations (0.4); review
                          LSA provisions regarding same (0.2); review
                          and analysis of numerous objections to
                          debtors motion for approval of various
                          ordinary course loan servicing actions, draft
                          Reply brief in support of motion, and
                          circulate draft to A. W. Jarvis, L.
                          Scwartzer, J. McPherson and M. Kehl for
                          review (3.1).

Client No. 34585                                            Page:   13
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/16/06 S Strong      1.90  Review and edit M. Olsons proposed letter to
                             borrowers on serviced loans, and review other
                             comments regarding same (0.8); further
                             research regarding loan servicing fees, LSAs
                             and powers of attorney, and applicable Nevada
                             statutes (0.8); confer with A. W. Jarvis
                             regarding same (0.2); email to A. W. Jarvis
                             regarding Nevada statutes (0.1).

05/17/06 D Monson       .20  Review additional Objections to Partial
                             Releases Motion (0.2).

05/17/06 S Strong      1.60  Telephone conference with A. W. Jarvis
                             regarding draft of Reply in support of
                             Ordinary Course motion (0.1); review Reply,
                             make near-final edits, and transmit to local
                             counsel with instructions for filing (0.7);
                             review and analysis of late objections filed
                             to Ordinary Course motion (0.6); exchange
                             emails with P. Alexander regarding PDGs
                             intentions regarding stipulated order, and
                             send email to M. Kehl regarding same (0.2).

05/18/06 A Jarvis      1.50  Meeting with T. Allison, M. Kehl, S. Smith
                             and Amanda regarding collection issues, DIP
                             financing issues.

05/18/06 D Monson       .30  Review LePome Objection to Motion to Delay
                             Disbursement of Investor Funds (0.3).

05/18/06 S Strong      3.50  Review facts and exchange emails with A. W.
                             Jarvis regarding Ordinary Course motion to be
                             heard today (0.2); review entry of stipulated
                             order regarding Fidelity disbursements, and
                             email to A. W. Jarvis regarding same (0.1)'
                             confer with E. A. Monson regarding
                             assignors/assignees competing claims on
                             investment account funds and plans for
                             dealing with same (0.2); review and analysis
                             of motions by Alexander, Ronning, and
                             Benincasa requesting release of funds, and
                             begin drafting opposition to same (2.6);
                             further discussions with E. A. Monson
                             regarding legal research needed for same
                             (0.3); Telephone conference with S. Smith
                             regarding facts and documents needed for same
                             (0.1).

Client No. 34585                                        Page:   14
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/18/06 S Strong        1.00  Telephone conference with M. Kehl regarding
                               cash issues (0.1); review Opaque loan
                               documents and issues concerning Opaque
                               extension fees (0.4); email to M. Kehl
                               regarding same (0.1); Telephone conference
                               with M. Kehl regarding Opaque loan payoff and
                               proceeds, and review additional documents
                               regarding same (0.3); Telephone conference
                               with A. W. Jarvis regarding same (0.1).

05/19/06 K Glade         1.70  Draft summary of request for Colt Subordination
                               (0.5); related conference with M. Kehl (0.1);
                               conferences with USA employees regarding
                               investor documentation (0.7); emails regarding
                               10-90 documents (0.3); telephone call with M.
                               Pugsley (0.2).

05/19/06 A Jarvis         .30  Correspondence regarding PDG issues.

05/19/06 A Jarvis         .50  Correspondence on 10-90 loan.

05/19/06 A Jarvis         .80  Correspondence on order on ordinary course
                               motion.

05/19/06 D Monson        1.50  Review email on request for future funding for
                               Meadow Creek project and status of
                               disbursements (0.1); discussion with A. Jarvis
                               on preparation of Order for Approval of Partial
                               Releases Motion and analysis of additional
                               funding needs for some Projects (0.4); review
                               email from M. Guymon (attorney for Roam
                               Development) on Order for Partial Releases, and
                               email thereon to A. Jarvis and J. McPherson
                               (0.3); review email from M. Guymon (attorney
                               for Mountain West Mortgage) on interest
                               reserves for Levin Hills and Marlton loans, and
                               emails to T. Barry and J. McPherson on PDG
                               Stipulation and Order status (0.3); review
                               letter from Levin Hills attorney (0.2); review
                               emil from J. McPherson on status of PDG
                               Stipulation and Order (0.2).

05/19/06 S Strong         .40  Review email from M. Kehl with early drafts
                               of transition services agreement and
                               equipment lease agreement for IP separation,
                               and review drafts.

```
Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/22/06 K Glade       1.10  Conference with S. Strong regarding issues
                             related to Exhibit A lenders (0.2); read Caslaw
                             regarding same (0.3); emails to M. Kehl
                             regarding IP documents (.6).

05/22/06 A Jarvis       .30  Telephone conference with M. Kehl regarding
                             unfunded requirements.

05/22/06 A Jarvis       .30  Correspondence on HFA loans.

05/22/06 D Monson      4.90  Telephone calls from N. Ainsworth, Meadow Creek
                             (Borrower) and Meadow Creek broker (0.4);
                             telephone calls from M. Kehl on requests for
                             Gramercy and Amesbury/Hatters Point Partial
                             Releases (0.2); telephone call from M. Kehl on
                             Meadow Creek request for additional funding and
                             request for Committee support for additional
                             funding (0.2); review Amesbury/Hatters Point
                             Loan Documents, analysis of partial release
                             criteria, telephone call to M. Kehl on partial
                             release criteria, and lengthy email to M. Kehl
                             and T. Barry on partial release conditions and
                             assumptions as to compliance with past
                             requirements (4.1).

05/22/06 S Strong       .60  Telephone conference with M. Kehl regarding
                             proposed Transition Services Agreement and
                             related equipment lease with IP (0.1); review
                             drafts of same, and confer with S. Tingey
                             regarding review and advice needed regarding
                             same (0.4); exchange emails with M. Kehl
                             regarding same (0.1).

05/22/06 S Strong       .50  Confer with J. McPherson regarding status of
                             PDG interest reserve stipulation and committee
                             approval sought for same (0.2);  review and
                             analysis of new motion filed by PDG regarding
                             disbursement of interest reserve funds (0.3).

05/22/06 S Tingey      1.00  Review Equipment Lease Agreement with IP (0.5);
                             loan review and analysis (0.5).

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/23/06 K Glade          .90 Telephone call with S. Smith regarding
                              servicing fee for Fund loans (0.2); related
                              conference with S. Tingey (0.2); review Fund
                              Operating Agreements (0.2); telephone call with
                              S. Smith regarding servicing fee (0.2);
                              conference with S. Tingey regarding particular
                              extension agreement amending interest payment
                              (0.1).

05/23/06 A Jarvis         .60 Meeting with B. Russell regarding unfunded
                              requirements, status of projects, collections
                              on loans.

05/23/06 A Jarvis        1.50 Review documents regarding loans, operating
                              agreements.

05/23/06 D Monson        1.80 Telephone call from T. Barry on
                              Amesbury/Hatter's Point partial release issues
                              (0.2); review T. Barry email on
                              Amesbury/Hatter's Point partial release
                              calculations (0.2); conference with K. Glade
                              and S. Strong on partial release and full
                              release authorization issues (0.3); discussion
                              with S. Strong on partial release authorization
                              issues (0.3); review A. Jarvis notes form last
                              week's hearing and email to T. Barry and M.
                              Kehl on Amesbury/Hatter's Point closings and
                              releases (0.2); discuss issues relating to
                              collections of delinquent loans and recovery of
                              foreclosure expenses and Loan Servicing
                              Agreement rights with S. Tingey (0.2).

05/23/06 S Strong        2.00 Exchange emails with M. Kehl regarding status
                              of PDG stipulation re interest reserve funds
                              (0.1); telephone conference with M. Kehl
                              regarding same (0.1); review stipulation and
                              compare new motion filed by PDG seeking
                              direction from court (0.3); telephone
                              conference with P. Alexander regarding same
                              (0.2); telephone conference with A. W. Jarvis
                              regarding committees' position regarding same
                              (0.2); review emails from K. G. Glade and D. M.
                              Monson regarding Oak Mesa and HFA ordinary
                              course issues (0.2); review letter from
                              California department of corporations regarding
                              securities regulatory issues (0.2); research
                              regarding applicability of automatic stay to

Client No. 34585                                     Page:   17
Debtor USA Commercial Mortgage Co., et al.           August 10, 2006


                     California's informational requests (0.3);
                     exchange emails with M. W. Pugsley regarding
                     responding to California's letter (0.1);
                     exchange emails with K. G. Glade regarding
                     issues with HFA's proposed payoff, and discuss
                     same with K. G. Glade (0.3).

05/23/06 E Toscano    .70 Emails with Jean Makas regarding tract index
                     search; review tract index search; forward
                     same to Steve Tingey; continue with telephone
                     calls and emails to title companies and
                     update file.

05/24/06 K Glade     7.60 Conference with S. Strong and A. Jarvis
                     regarding HFA payoff issues (0.6); review
                     servicing agreements to determine ability of
                     USA to execute release documents (0.4); related
                     telephone call with M. Kehl; conference with A.
                     Jarvis regarding HFA closing (0.7); telephone
                     call with HFA's attorney (0.4); subsequent
                     conference with A. Jarvis (0.2); telephone call
                     with M. Kehl (0.2); revise HFA payoff
                     assignment documents and draft proposed
                     forebearance letter with related emails (2.5);
                     telephone call with HFA attorney,  A. Jarvis
                     and M. Kehl (0.8); revise Forebearance letter
                     (0.5); email from title company regarding HFA
                     assignments (0.2); draft escrow email and
                     related emails regarding wiring instructions on
                     HFA closing (0.6); conferences with D. Monson
                     regarding application of payment issues and
                     related review of documents (0.5).

05/24/06 A Jarvis    1.00 Telephone conference with M. Kehl regarding
                     HFA loan issues (.3); conference with K. G.
                     Glade and S. C. Tingey regarding HFA loan
                     payoffs (.4); conference with K. G. Glade
                     regarding closing of HFA payoffs (.3).

05/24/06 A Jarvis    1.10 Conference with K. G. Glade regarding HFA
                     closing issues (.3); review letter regarding
                     HFA payoff proposal (.5); conference with S.
                     C. Strong regarding issues relating to
                     payoffs of loans (.3).

05/24/06 A Jarvis     .50 Conferences with D. M. Monson regarding order
                     on ordinary course motion.

Client No. 34585                                      Page:   18
Debtor USA Commercial Mortgage Co., et al.           August 10, 2006


05/24/06 A Jarvis         .30 Conference with D. M. Monson regarding
                              procedures motion.

05/24/06 A Jarvis         .70 Telephone conference with M. Kehl regarding
                              HFA closing issues (.2); correspondence
                              regarding HFA loan payoffs (.5).

05/24/06 D Monson        3.90 Draft and circulate for comments Proposed Order
                              on Authorization for Partial Releases (2.1);
                              discuss refinancing and full release issues
                              with K. Glade (0.2); telephone call to T. Boyd
                              at Land America Title on Gramercy Court Condo
                              Partial Releases (0.3); conferences with K.
                              Glade on HFA payoff issues (0.2); conference
                              with K. Glade and A. Jarvis on HFA payoff
                              issues (0.2); conference with A. Jarvis on
                              proposed Order on Partial Releases (0.2);
                              conference with A. Jarvis on Gramercy Court
                              Condo Partial Releases (0.1); telephone call
                              from M. Kehl on Partial Releases and
                              Non-Performing Loans, and discussion on
                              allocation of loan proceeds with K. Glade
                              (0.3); discussions with A. Jarvis on
                              Amesbury/Hatters Point Partial Releases and
                              request for court approval (0.1).

05/25/06 K Glade         1.80 Conference with D. Monson regarding application
                              of proceeds from partial releases (0.2);
                              telephone call with M. Kehl regarding
                              additional funding obligations on Idaho loan
                              (0.3); review related loan documetns (0.3);
                              telephone call with B. Gould regarding IP
                              documents (0.1); draft related email to
                              bankruptcy team (0.2); conference with A.
                              Jarvis and D. Monson regarding partial release
                              issues (0.3); emails regarding status of
                              funding on HFA payoffs (0.2); emails regarding
                              partial release issues (0.2).

05/25/06 A Jarvis         .50 Telephone conference with M. Kehl regarding
                              operational issues, cash management, upcoming
                              hearings.

05/25/06 A Jarvis         .30 Telephone conference with M. Kehl regarding
                              release issues, payoff issues.

05/25/06 A Jarvis         .60 Correspondence with B. Russell regarding
                              Franklin Stratford project.

Client No. 34585                                        Page:   19
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/25/06 D Monson        4.00  Review Gramercy Condo loan documents on partial
                               release and payment of interest issues, and
                               email to M. Kehl and T. Barry on partial
                               release issues and demand letters to
                               nonperforming Borrowers (2.5); review email
                               from C. Pajak (Committee attorney) on PDG
                               documentation, discuss with S. Strong, and
                               forward PDG disbursement agreements to C. Pajak
                               (0.4); emails with J. McPherson on Meadow Creek
                               (Borrower) inquiry and local counsel
                               recommendation (0.2); telephone call to N.
                               Ainsworth, principal for Borrower Meadow Creek
                               (0.2); discuss general partial release issues
                               for nonperforming loans with A. Jarvis and K.
                               Glade (0.3); review fax from Chicago Builder
                               Services on demand for full payment and release
                               for Del Valle Capital Corp. loan (0.2); email
                               to M. Kehl on timing for Amesbury/Hatter's
                               Point partial releases approval Motion, and
                               review email from M. Kehl on requested
                               Committee approval (0.2).

05/25/06 S Strong         .60  Confer with D. M. Monson regarding status of
                               PDG stipulation (0.1); review email from D. M.
                               Monson to T. Barry regarding same (0.1); review
                               listing of loans for which PDG is disbursement
                               agent (0.2); exchange emails with S. Smith, A.
                               W. Jarvis, and M. W. Pugsley regarding USA's
                               email service contract (0.2).

05/25/06 S Tingey        1.60  Revise services agreement with IP (0.9); revise
                               equipment lease with IP (0.7).

05/26/06 K Glade          .50  Emails with M. Kehl regarding HFA payoffs and
                               payoff documents (0.3); review emails regarding
                               partial release provisions and application of
                               payments (0.2).

05/26/06 A Jarvis         .50  Correspondence on disbursements, ordinary
                               course issues.

05/26/06 A Jarvis         .50  Correspondence on HFA closing.

05/26/06 D Monson        3.10  Review email from M. Guymon on Roam Development
                               payment funds (0.2); email to A. Jarvis on
                               Amesbury/Hatter's Point deficiency and claims
                               against Guarantor, and discuss issues with A.
                               Jarvis (0.4); discuss revisions to Order on

Client No. 34585                                          Page:   20
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006

                        Partial Releases with A. Jarvis, revise Order,
                        and circulate for additional comments (0.7);
                        review list of nonperforming loans and email to
                        M. Kehl, T. Barry, and T. Allison on
                        application to the Nine Loans listed in the
                        Order on Partial Releases (0.5); review email
                        from T. Barry on payoff on Del Valle Capital
                        loan (0.1); review comments from L. Schwartzer
                        and S. Stron on revised Order on Partial
                        Releases (0.3); discuss status of nonperforming
                        loansand Partial Releases with A. Jarvis (0.2);
                        emails to M. Guymon on Roam Development loan
                        and investor issues (0.4); review email from J.
                        McPherson and email to T. Barry
                        (Fiests/Stonebridge and Meadow Creek Loan
                        inquiries) (0.3).

05/26/06 S Strong       1.40  Review emails from D. M. Monson, A. W. Jarvis
                        and M. Kehl regarding partial payoff and
                        release issues concerning Amesbury project,
                        analyze issues raised, and exchange follow-up
                        emails with them regarding same (0.4); exchange
                        emails with A. W. Jarvis regarding B. Russell
                        partial release issues concerning
                        Franklin/Stratford project, review emails and
                        documents transmitted by S. Scann regarding
                        same, and confer with A. W. Jarvis regarding
                        same (0.4); review emails from D. M. Monson and
                        T. Barry regarding Del Valle Capital payoff
                        questions (0.2); confer with S. C. Tingey
                        regarding status of transition services
                        agreement with IP (0.1), and review revised
                        draft of same (0.1); review emails from D. M.
                        Monson and J. McPherson regarding status of PDG
                        disbursement issues (0.2).

05/26/06 S Tingey       1.10  Review Ocean Atlantic updated title report
                        (0.2); memo to M. Kehl and J. Reed regarding
                        same (0.1); revise Equipment Lease Agreement
                        and Transition Services Agreement with IP
                        (0.6); memo to M. Kehl regarding same (0.2).

Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/27/06 D Monson          .40  Review email from M. Kehl on letter to
                                investors on Amesbury/Hatters Point loan issues
                                (0.1); review emails on Franklin/Stratford loan
                                (Meridian, Idaho) issues (0.1); review emails
                                from M. Guymon on Roam Development loan (0.1);
                                review email from S. Smith on
                                Fiesta/Stonebridge and Meadow Creek loans
                                (0.1).

05/30/06 A Jarvis          .40  Telephone conference with T. Allison and
                                Amanda regarding negotiations on Ashby
                                payoffs; funding problems.

05/30/06 D Monson         1.40  Review and respond to email form S. Smith on
                                Porter Hurt investor inquiry, and brief review
                                of Fiesta/Stonebridge and Meadow Creek loan
                                documents from T. Parry (0.2); review M. Guymon
                                objection to Motion to Hold Funds on behalf of
                                Direct Lenders for Levin Hills & Marlton Loans
                                (0.1); telephone call from R. Cameron, investor
                                in HFA loan and other loans (0.4); review email
                                from M. Kehl and attached contractor notice on
                                work stoppage on Gramercy Court condo project
                                (0.2); review status and Agenda for Objections
                                filed to Motion to Authorize Partial Releases
                                to circulate proposed Order (0.2); email to E.
                                Monson on status of Motion to Limit Notice to
                                Respond to Marjorie Guymon inquiry, and review
                                E. Monson response (0.2); discussion with A.
                                Jarvis on review of proposed Order on Motion to
                                Authorize Partial Releases (0.1).

05/31/06 K Glade           .20  Conference with A. Jarvis regarding IP issues
                                (0.2).

05/31/06 A Jarvis          .30  Telephone conference with T. Allison
                                regarding funding issues, communications with
                                creditors committees.

05/31/06 A Jarvis          .40  Review and revise order on ordinary course.

05/31/06 A Jarvis          .40  Correspondence regarding paid off loans,
                                accounting for same.

05/31/06 A Jarvis          .50  Review information on the Gardens project.

05/31/06 A Jarvis          .30  Correspondence regarding Levin Hills.

Client No. 34585                                          Page:    22
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/31/06 A Jarvis          .50  Correspondence with and conference with S. C.
                                Strong regarding motions to allow for certain
                                workout options.

05/31/06 D Monson         5.10  Review e-mails on Mountain West Mortgage
                                objection to Motion to Temporarily Hold Funds
                                and impact on proposed Order on Motion to
                                Authorize Partial Releases (0.2); telephone
                                call from M. Kehl on The Gardens Timeshare Loan
                                and mechanic's lien issues (0.1); telephone
                                call from M. Kehl and A. Stevens on The Gardens
                                Timeshare Loan and mechanic's lien and title
                                insurance issues (0.4); conference with A.
                                Jarvis on revisions to Partial Releases Order
                                (0.2); revisions to proposed Order on Partial
                                Releases Motion and circulate proposed Order to
                                Debtor and other Debtor's counsel (0.6); review
                                revised list of performing and nonperforming
                                loans (0.2); review The Gardens Timeshare Loan
                                documents and title insurance and request to
                                revise Partial Release price to satisfy
                                contractor's lien (1.2); review R. Russell
                                Declaration on Franklin/Stratford loan problems
                                and request for consent to sale of excess land
                                (0.3); review letter from T. Harmon, attorney
                                for borrower on Levin Hills loan (0.1); review
                                e-mail from A. Turner, attorney for J. Coleman,
                                Gramercy court investor (0.1); review e-mail
                                from M. Kehl on The Gardens Timeshare loan and
                                contractor's lien issues (0.2); e-mail to L.
                                Schwartzer on circulation of proposed Order on
                                Partial Releases Motion (0.2); e-mail to M.
                                Kehl and A. Stevens on analysis of The Gardens
                                Timeshare Loan documents and title policy and
                                suggested approaches to resolve contractor's
                                lien (1.3).

05/31/06 S Strong         1.10  Review email from A. W. Jarvis regarding
                                Amesbury loan issues, and send email to E.
                                Karasik with loan documents (0.3); confer
                                with D. M. Monson regarding M. Guymon and
                                Franklin/Stratford loan issues (0.3);
                                Telephone conference with M. Kehl regarding
                                same (0.1); review draft declaration of R.
                                Russell regarding same, and transmit to M.
                                Kehl (0.3); review email regarding The
                                Gardens loan request (0.1).

```
Client No. 34585                                    Page:   23
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

```
TOTAL FOR LEGAL SERVICES RENDERED                       $45,563.00
```

"*Exhibit D-4*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00005**

**Claims Administration and Objections**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/05/06 | A Jarvis | .20 | Correspondence with M. Kehl regarding status of certain claims. |
| 05/08/06 | A Jarvis | .30 | Correspondence with L. Schwartzer and T. Allison regarding claims traders. |
| 05/10/06 | A Jarvis | .50 | Correspondence regarding disposition of investor funds. |
| 05/10/06 | A Jarvis | .50 | Review assignments regarding transfer of loan interests. |
| 05/10/06 | A Jarvis | .30 | Correspondence with investors on claims. |
| 05/10/06 | A Jarvis | .50 | Correspondence with T. Allison regarding investor fund issues. |
| 05/12/06 | A Jarvis | .40 | Conference with D. M. Monson, L. A. Jenkins, and S. C. Strong regarding investor funds, course of action. |
| 05/17/06 | S Strong | 1.50 | Review and analysis of objection to Bundy Canyon motion filed by Massa/Jayem, and related documents (0.6); exchange emails with M. Kehl and telephone conference with him regarding same (0.2); review debtors documents sent by |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


                          M. Kehl regarding same (0.2); exchange emails
                          with A. W. Jarvis regarding same and send email
                          to L. Schwartzer regarding same (0.2);
                          Telephone conference with A. W. Jarvis
                          regarding issues raised at todays meeting of
                          creditors and preparations for tomorrows
                          hearing (0.3).

05/31/06 A Jarvis         .50 Correspondence, conferences with S. C. Strong
                          regarding status of refund.


   TOTAL FOR LEGAL SERVICES RENDERED                          $1,383.00