# "Exhibit D-5"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

Matter No. 34585-00006

**Employee Benefits/Pensions**

| | | |
|---|---|---|
| 05/05/06 S Strong | .20 | Telephone conference with M. Kehl regarding status of proposed order on modified motion to pay employees. |
| 05/08/06 A Jarvis | .30 | Correspondence regarding employee benefit plan. |
| 05/19/06 A Jarvis | .20 | Correspondence on pension matters. |
| 05/22/06 S Strong | .30 | Confer with K. J. Applegate regarding defined benefit plan termination issues (0.1); confer with A. W. Jarvis regarding same (0.1); exchange emails with L. Schwartzer regarding same (0.1). |
| 05/23/06 K Applegate | .90 | Review emails; discuss DB plan issues with attorneys; research on the same. |
| 05/23/06 N Hall | .20 | Conference with K. J. Applegate. |
| 05/23/06 S Strong | .90 | Review emails from L. Schwartzer regarding PBGC regarding pension plan issues (0.1); exchange emails with L. Schwartzer and S. Smith regarding same (0.1); confer with A. W. Jarvis regarding same (0.1); confer with K. J. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


                         Applegate regarding assistance needed to review
                         and possibly terminate USA's defined benefit
                         plan (0.3); review and forward relevant emails
                         to K. J. Applegate regarding same (0.1);
                         exchange follow-up emails with S. Smith
                         regarding additional plan information needed
                         (0.2).

05/30/06 K Applegate     .70  Review documents on the plan; discuss with
                              Steve and N. E. Hall; telephone call to the
                              PBGC.

05/30/06 N Hall          .30  Conference with K. J. Applegate regarding PB&G
                              call.

05/30/06 S Strong       1.00  Review defined benefit plan documents
                              received from S. Smith (0.3); confer with K.
                              J. Applegate regarding bankruptcy and ERISA
                              issues concerning benefit plan (0.5); confer
                              with A. W. Jarvis regarding same (0.2).

05/31/06 K Applegate    2.00  Conference with S. C. Strong on plan issues
                              (.3); review plan documents; discuss with J.
                              R. Madsen (.6); telephone calls to PBGC,
                              Erica Barns, on the plan (.2); draft letter
                              to PBGC on requested documents; send
                              documents to PBGC (.4).

05/31/06 S Strong        .20  Review email from K. J. Applegate regarding
                              defined benefit plan status and issues (0.1);
                              exchange follow-up emails with him and A. W.
                              Jarvis (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                            $1,849.50

# "Exhibit D-6"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

Matter No. 34585-00007

Fee / Employment Applications

| Date | Person | Hours | Description |
|------|--------|-------|-------------|
| 05/01/06 | L Jenkins | .20 | Conference with A. Tsu and review emails on Hilco employment issue. |
| 05/01/06 | A Tsu | 4.30 | Reviewing Hilco agreement for changes; reviewing and editing Hilco employment agreement (3.5); reviewing and responding to correspondence from M. Kehl (.2), L. Jenkins (.2), E. Kaup (.2), J. Linstrom (.2) regarding Hilco employment agreement and making appropriate amendments to Hilco  employment agreement. |
| 05/02/06 | L Jenkins | .60 | Final review of Hilco employment papers. |
| 05/02/06 | A Tsu | .20 | Telephone conference with Eric Kaup (Hilco); reviewing and sending documents responsive to conversation. |
| 05/02/06 | A Tsu | 3.50 | Finalizing Hilco application (1.9); incorporating comments and addressing questions regarding same (1.6). |
| 05/03/06 | L Jenkins | .70 | Review revisions to Hilco application. |
| 05/05/06 | A Jarvis | .20 | Correspondence with L. Jenkins regarding retention of Hilco. |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/05/06 S Strong          .30  Telephone conferences with L. A. Jenkins
                                regarding status of application to employ
                                Hilco, and need for shortened hearing
                                regarding same; review prior email from A.
                                Tsu regarding status of application.

05/08/06 L Jenkins         .30  Address issues relating to Hilco application.

05/08/06 L Jenkins         .40  Review Linstrom declaration regarding Hilco
                                application.

05/09/06 S Strong          .40  Review docket entries describing notice of
                                hearing on application to employ Hilco,
                                review notice, and exchange emails with M.
                                Kehl regarding same (0.2); review email from
                                A. Tsu regarding Hilcos questions about
                                hearing date, and confer with A. Tsu
                                regarding rationale for same (0.2).

05/09/06 A Tsu             .60  Reviewing incoming messages from J. Listrom
                                regarding Hilco application; responding to
                                same.

05/09/06 A Tsu             .50  Redline Hilco agreement; send to L. Jenkins for
                                review.

05/10/06 A Jarvis          .30  Correspondence regarding fee procedures.

05/10/06 S Strong          .20  Telephone conference with J. Miller of BMC
                                regarding two forms of order approving BMC
                                employment (0.1); confer with A. Tsu
                                regarding Hilco employment issues (0.1).

05/10/06 A Tsu            3.40  Finalizing Hilco agreement; corresponding
                                with E. Kaup and M. Kehl regarding same.

05/11/06 B Kotter          .20  Conference with AW Jarvis regarding
                                supplementary 2014 disclosures (.2).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/11/06 A Tsu         7.10  Reviewing and editing Hilco agreement;
                             corresponding with M. Kehl (Mesirow), E. Kaup
                             (Hilco) and L. Jenkins regarding amendments;
                             submitting drafts for comments to same;
                             reviewing comments; incorporating changes;
                             circulating drafts to all parties for
                             signature by parties per Hilco's request;
                             reviewing docket for objection and reply
                             deadlines for all motions and other pleadings
                             requiring response.

05/12/06 S Strong       .10  Confer with L. A. Jenkins regarding
                             objections to RQN retention and reply needed
                             (0.1).

05/15/06 L Jenkins     1.40  Read cases; begin draft of reply memorandum in
                             support of Ray Quinney & Nebeker retention by
                             Debtors.

05/15/06 L Jenkins     2.70  Draft portions of reply in support of
                             memorandum in support of Ray Quinney & Nebeker
                             retention by Debtors.

05/15/06 E Monson      1.90  Review oppositions filed by the UST to the
                             applications to employ RQN and Schwartzer (.4);
                             begin research on representation of multiple
                             affiliates in bankruptcy in response to US
                             Trustee objection (1.5).

05/15/06 S Strong      2.50  Review USTs objection to RQNs retention by
                             5 debtors, confer with A. W. Jarvis regarding
                             same, and email to L. A. Jenkins regarding
                             same (0.2); meet with A. W. Jarvis, E. A.
                             Monson and L. A. Jenkins to discuss
                             objections to debtors retention of legal
                             counsel and issues to address in reply (0.3);
                             follow-up discussions with A. W. Jarvis and
                             E. A. Monson regarding same (0.4); research
                             multi-debtor representation issues, and email
                             legal support for same to A. W. Jarvis and E.
                             A. Monson (1.6).

05/15/06 A Tsu         4.10  Legal research for Debtor's response to US
                             Trustee's application to employ and retain Ray
                             Quinney & Nebeker as counsel for Debtors.

Client No. 34585                                                Page:    4
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/16/06 L Jenkins        1.10 Read cases regarding issues relating to reply
                               memorandum regarding motion to employ Ray
                               Quinney & Nebeker.

05/16/06 E Monson         9.80 Additional research and review of cases on
                               intercompany debts (2.6); review cases cited by
                               UST in his memorandum (1.4); review objections
                               to Application to Employ RQN (.8); work on
                               drafting reply in support of motion to employ
                               RQN (5.0).

05/16/06 S Strong         2.50 Confer with A. Tsu regarding research in
                               support of multi-debtor representation by
                               professionals and review statutes and case
                               law with her regarding same (0.2); confer
                               with L. A. Jenkins regarding same (0.1);
                               Telephone conference with A. Jarvis regarding
                               issues for Reply in support of RQN retention
                               (0.3); confer with E. A. Monson regarding
                               same (0.3); further legal research regarding
                               same (1.3); Telephone conference with A. W.
                               Jarvis regarding same (0.3).

05/17/06 E Monson         5.60 Additional review of cases and work on revising
                               reply in support of application to retain RQN
                               (2.5); proof and finalize reply memo and get
                               sent to Schwartzer's office for filing (.8);
                               draft email to L. Schwartzer and J. McPherson
                               regarding this reply memo in support of
                               Schwartzer application (.1); discussion with AW
                               Jarvis regarding reply memo and legal arguments
                               and cases therein (.3); review updated master
                               mailing matrix and get sent to L. Schwartzer
                               (.2); review Schwartzer's reply memo in support
                               of their application for employment (.3);
                               additional legal research in connection with
                               drafting response to LePomme motions (1.0);
                               discussions with SC Strong regarding issues
                               under subsection 327 and reply memo (.4).

05/17/06 S Strong         3.70 Confer with E. A. Monson regarding status of
                               Reply in support of debtors application to
                               employ RQN and related factual and legal
                               issues (0.2); Telephone conference with A. W.
                               Jarvis and E. A. Monson regarding same (0.1);

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006

review draft of Reply and make final edits to
same (0.3); various conferences with  E. A.
Monson regarding legal research and support
for same (same (0.4); review Reply filed in
support of debtors application to employ S-M
Firm, exchange emails with A. W. Jarvis
regarding same, and discuss same with E. A.
Monson (0.3); review voice message from A. W.
Jarvis regarding further research needed for
arguments at hearing in support of
multi-debtor representation by RQN and S-M
Firm, and conduct further legal research
(2.4).

| | | | |
|---|---|---|---|
| 05/18/06 | E Monson | .30 | Review application of various committees to employ Stutman law firm (.3). |
| 05/18/06 | S Strong | .80 | Further research of Ninth Circuit case law regarding retention of professionals, and exchange emails with A. W. Jarvis regarding pertinence of same for todays hearing on retention applications (0.6); Telephone conference with A. W. Jarvis regarding judges ruling today on retention applications (0.2). |
| 05/19/06 | E Monson | .20 | Review various motions on application to employ Stea & Carlyon as special counsel and declaration (.2). |
| 05/22/06 | A Jarvis | .40 | Telephone conference with F. Merola regarding Hilco retention (.2); telephone conference with M. Kehl regarding Hilco retention (.2). |
| 05/26/06 | A Jarvis | .40 | Correspondence on HILCO application. |
| 05/26/06 | A Jarvis | .10 | Telephone call to J. Chubb regarding HILCO motion. |
| 05/26/06 | S Strong | 1.00 | Review emails from A. W. Jarvis and D. M. Monson regarding need to hire counsel in various states for certain loans (0.1); research for possible ordinary course professional motion (0.4); review additional objections to debtors' application to employ Hilco (0.4); exchange emails with A. Tsu and A. W. Jarvis regarding witness needed for hearing on same (0.1). |

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/30/06 A Jarvis        .40  Conference with E. A. Monson and S. C. Strong
                              regarding response on HILCO motion.

05/30/06 E Monson       4.00  Review opposition to motion to employ Hilco by
                              First Trust Deed Committee (.3); review
                              opposition to Hilco motion filed by Committee
                              on Exec contracts (.2); work on reply in
                              support of motion to employ Hilco (3.3);
                              discussion with A. W. Jarvis and S. C. Strong
                              regarding issue on reply in support of Hilco
                              motion (.2).

05/30/06 S Strong        .80  Confer with E. A. Monson regarding Reply
                              needed for Hilco retention application (0.2);
                              review electronic docket and various
                              objections filed to Hilco retention
                              application, and send email to E. A. Monson
                              and A. W. Jarvis listing objections filed to
                              date (0.3); discuss issues to address in
                              Reply regarding Hilco retention with A. W.
                              Jarvis and E. A. Monson (0.2); review
                              follow-up emails from E. A. Monson and A. W.
                              Jarvis regarding same (0.1).

05/31/06 A Jarvis        .50  Correspondence regarding response on HILCO
                              motion.

05/31/06 E Monson       6.30  Work on reply in support of motion to employ
                              Hilco application (3.2); discussion with A. W.
                              Jarvis regarding reply in support of Hilco
                              motion (.2); review Omnibus objection filed by
                              committee of executory contract holders to
                              motions filed by Direct Lenders (.2); review
                              e-mail from proposed counsel for unsecured
                              creditor committee dealing with inter alias
                              Hilco application (.1); work on declaration on
                              supplemental Thomas Allison Declaration (1.6);
                              meet with A. W. Jarvis, K. G. Glade, S. C.
                              Strong, and D. M. Monson and go over various
                              issues in case and pleadings to be filed (1.0).

05/31/06 S Strong        .60  Confer with E. A. Monson regarding facts
                              supporting Hilco retention (0.2), review and
                              edit draft of declaration regarding same
                              (0.3), and review emails from E. A. Monson
                              and M. Kehl regarding same (0.1).

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/31/06 A Tsu          3.70 Drafting correspondence to E. Kaup regarding
                             objections to Hilco employment application
                             particularly appraisal services to be
                             provided and the difference between the two
                             appraisals; telephone conferences regarding
                             same for reply memo to debtor's application
                             to employ.


   TOTAL FOR LEGAL SERVICES RENDERED                     $18,362.00
```

# "Exhibit D-7"

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006
Thomas J. Allison 4484 South Pecos Road                       Invoice No. ******
Las Vegas, NV  89121


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00008**

**Fee / Employment Objections**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/19/06 | S Strong | .20 | Review Shea & Carlyon employment application and conflicts information. |
| 05/25/06 | S Strong | .20 | Review responses filed to applications by Committees for retention of counsel. |
| 05/26/06 | E Monson | .20 | Review opposition to motion to employ Stutman filed by McKnight Family Trust (.2). |
| 05/30/06 | S Strong | .30 | Review and analysis of applications and amended applications filed by two investor committees to employ counsel, and motions to shorten time regarding same (0.3). |
| 05/31/06 | B Kotter | .40 | Conference with SC Strong and AW Jarvis regarding employment objections. |

TOTAL FOR LEGAL SERVICES RENDERED                                    $302.00

# "Exhibit D-8"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                 August 10, 2006
Las Vegas, NV 89121                                     Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00009**

**Executory Contracts**

| | | | |
|---|---|---|---|
| 05/08/06 | A Jarvis | .40 | Correspondence on Reno leases. |
| 05/10/06 | S Strong | .40 | Review voice message from A. W. Jarvis regarding Sec. 365 issues, review statute, and discuss with A. W. Jarvis contract/lease rejection or assumption deadlines. |
| 05/10/06 | A Tsu | 1.30 | Reviewing factual background information for motion to reject lease. |
| 05/12/06 | S Tingey | .40 | Review office lease issues; memo to M. Kehl regarding office lease issues. |
| 05/15/06 | S Strong | .50 | Review proposed stipulation regarding Incline Village lease rejection (0.2), confer with A. W. Jarvis regarding same, and exchange emails with A. W. Jarvis, J. McPherson and S. Smith regarding same (0.2); exchange emails with S. Smith regarding Reno lease rejection (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                              $714.50

"*Exhibit D-9*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

Matter No. 34585-00010

**Financing**

| | | | |
|---|---|---|---|
| 05/03/06 | S Strong | .60 | Telephone conference with M. Kehl regarding potential lender due diligence issues (0.2); confer with S. Tingey and K. Glade regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1); exchange emails with M. Kehl regarding coordination of same (0.1). |
| 05/04/06 | K Glade | .80 | Telephone calls with M. Kehl regarding lender proposal (0.2); review Mesirow loan summaries (0.3); conferences with S. Tingey regarding review of loan files. |
| 05/04/06 | A Jarvis | .60 | Correspondence regarding DIP financing; review proposals. |
| 05/04/06 | A Jarvis | .30 | Telephone conference on M. Kehl regarding DIP financing. |
| 05/04/06 | A Jarvis | .50 | Correspondence on DIP financing, terms. |
| 05/04/06 | S Strong | .90 | Exchange emails with A. W. Jarvis regarding DIP financing issues (0.1); review lender term sheet and analyze issues for approval of DIP work fee (0.8). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/05/06 D Monson        .20 Discussion with S. Strong on DIP Term Sheet
                             issues (0.2).

05/05/06 S Strong       1.60 Telephone conference with M. Kehl regarding DIP
                             due diligence fee (0.2); review term sheet from
                             lender (0.3); follow-up telephone conference
                             with M. Kehl regarding same (0.1); telephone
                             conference with A. W. Jarvis regarding issues
                             for motion to approve due diligence fee (0.1);
                             confer with S. Tingey regarding drafting of
                             motion (0.1); review S. Tingeys draft of
                             motion, edit same, and confer with him
                             regarding same (0.6); review revised draft of
                             motion (0.2).

05/05/06 S Tingey       1.40 Draft Motion for Approval to pay due diligence
                             fee to Fortress Capital (1.4).

05/08/06 K Glade         .50 E-mails regarding Fortress informational
                             requests (0.3); subsequent conferences with M.
                             Kehl (0.2).

05/08/06 A Jarvis        .20 Telephone conference with J. Samuels
                             regarding DIP financing.

05/08/06 A Jarvis       1.00 Prepare Motion for DIP financing.

05/08/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             funding commitment.

05/08/06 A Jarvis        .90 Review and revise motion to approve DIP
                             financing and conferences with S. C. Strong
                             regarding same.

05/08/06 S Strong       2.80 Further review and analysis of Fortress
                             proposed term sheet, revise and expand
                             proposed motion to approve due diligence
                             expenses, and circulate draft of motion to A.
                             Jarvis and M. Kehl for review (2.1); confer
                             with A. Jarvis regarding revisions needed to
                             same, revise and finalize motion, and
                             transmit to local counsel with email
                             instructions for filing (0.7).

05/10/06 K Glade        1.80 Prepare summaries for Fortress (1.4); telephone
                             calls regarding DIP Financing (0.4).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.         August 10, 2006
```

05/10/06 A Jarvis          .30  Review information from J. Samuels regarding
                                DIP financing.

05/10/06 A Jarvis          .30  Telephone conference with M. Kehl regarding
                                DIP financing issues, Grammercy funding
                                problems.

05/10/06 A Jarvis          .60  Telephone conference with J. Samuels
                                regarding DIP financing.

05/10/06 A Jarvis          .70  Correspondence regarding DIP financing.

05/10/06 A Jarvis          .30  Correspondence on timing of motion on DIP
                                financing.

05/10/06 L Jenkins         .30  Conference with A. Jarvis regarding DIP
                                Financing.

05/10/06 S Strong          .50  Confer with A. W. Jarvis regarding Fortress
                                term sheet issues (0.1), transmit Motion to
                                Hold Funds to J. Samuels, Fortress counsel,
                                as part of Fortress due diligence (0.1),
                                review and analyze emails exchanged by A. W.
                                Jarvis and J. Samuels regarding term sheet
                                and loan commitment timing and related issues
                                (0.2), and discuss same with A. W. Jarvis
                                (0.1).

05/10/06 S Tingey         1.10  Compile information for DIP Lenders.

05/11/06 K Glade          6.20  E-mail to M. Kehl regarding Fortress due
                                diligence questions (0.3); conference with M.
                                Kehl and J. Reed regarding loan issue raised by
                                Fortress (0.4); review Fiesta Stoneridge 10-90
                                mortgage loan file and Oak Mesa loan file in
                                preparation for Fortress call (0.9); review
                                10-90 materials for Fortress call (0.4);
                                telephone call with Fortress to discuss 10-90
                                issues and due diligence issues (0.8);
                                telephone calls and e-mails regarding updated
                                title reports (0.7); conferences with M. Kehl
                                and J. Reed and related e-mails to co-counsel
                                regarding Investment Partners pledge of its
                                membership issue (1.0); conference with M. Kehl
                                regarding 10-90 issues (0.4); telephone call

Client No. 34585                                                  Page:    4
Debtor USA Commercial Mortgage Co., et al.                        August 10, 2006


                          with Fortress regarding 10-90 issues (0.4);
                          review files regarding status of Roripaugh
                          Ranch property (0.4); conference with A.
                          Stevens regarding 10-90 loan issues (0.2);
                          telephone call with A. Jarvis regarding review
                          of 10-90 issue (0.3).

05/11/06 A Jarvis         .40  Telephone conference with J. Samuel regarding
                               DIP financing.

05/11/06 A Jarvis         .50  Correspondence regarding DIP financing.

05/11/06 A Jarvis         .70  Draft DIP financing motion.

05/11/06 D Monson         .10  Review e-mails on DIP Financing Order and DIP
                               Financing issues (0.1).

05/11/06 S Tingey        1.20  Compile information for potential DIP Lenders
                               (.70) ; telephone conference with A. Heygi at
                               Fortress (.20); conference with M. Kehl, J.
                               Reed and K. G. Glade regarding DIP Financing
                               issues and due diligence (.30).

05/12/06 A Jarvis         .90  Correspondence with J. Samuels regarding DIP
                               financing.

05/12/06 A Jarvis         .30  Correspondence with M. Kehl regarding DIP
                               financing.

05/12/06 A Jarvis         .30  Correspondence on DIP financing.

05/12/06 A Jarvis         .30  Conference with S. C. Strong regarding DIP
                               lending motion.

05/12/06 A Jarvis         .80  Prepare DIP financing motion (.5); discussion
                               of term sheet with S. C. Strong (.3).

05/15/06 K Glade          .20  Telephone calls and e-mails regarding title
                               reports (0.3).

05/15/06 A Jarvis         .60  Correspondence with J. Samuels regarding DIP
                               financing issues.

05/15/06 D Monson         .20  Discussion with S. Strong on Objection to DIP
                               Financing Incentive Motion and Supplemental
                               Declaration of Thomas Allison (0.2).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/15/06 S Strong        1.10  Review post-petition financing commitment
                               received from Fortress (0.2); exchange emails
                               with A. W. Jarvis regarding filing same
                               (0.1); review various objections to DIP work
                               fee motion (0.5); confer with D. M. Monson
                               regarding issues to address in Reply in
                               support of motion(0.3).

05/16/06 A Jarvis         .30  Correspondence on DIP financing.

05/16/06 D Monson        8.90  Discussions with S. Strong on Reply Memo on
                               Motion to Approve DIP Financing Due Diligence
                               Fee (0.2); telephone conference with M. Kehl
                               and S. Strong on Second Supplement Declaration
                               of Tom Allison and Reply Memo on Motion to
                               Approve DIP Loan Fees (0.4); draft Second
                               Supplemental Declaration of Tom Allison and
                               circulate for review (3.4); review Schedule of
                               Construction Budget Shortfalls and emails with
                               M. Kehl and S. Strong on revisions to the
                               Schedule (0.4); review Gramercy loan documents
                               on nature of USA Commercial's right to fund
                               Construction Budge Shortfalls (0.3); review
                               various Objections to Motion to Approve DIP
                               Financing Due Diligence Fees (1.0); draft Reply
                               Brief on Motion to Approve DIP Financing Due
                               Diligence Fees and circulate for comment (2.9);
                               telephone message for A. Jarvis on Tom Allison
                               Second Supplemental Declaration (0.1); review
                               commitment letter from Fortress (0.2).

05/16/06 S Strong        4.40  Various conferences with D. M. Monson
                               regarding DIP due diligence fee motion,
                               objections thereto, and issues for Reply
                               regarding same (0.8); participate in
                               Telephone conference with M. Kehl and D. M.
                               Monson regarding facts and supplemental
                               declaration for same (0.5); review and
                               analysis of Commitment Letter for DIP
                               financing and Term Sheet (0.4); review and
                               analysis of objections to DIP due diligence
                               fee (0.3); Telephone conference with A. W.
                               Jarvis regarding objections to due diligence
                               fee and issues and strategies for drafting of
                               Reply in support of same (0.3); confer with
                               D. M. Monson regarding same (0.2); review

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006

 

                                 emails from J. Samuels and A. W. Jarvis
regarding DIP financing issues (0.2);
exchange emails with local counsel regarding
filing of Notice of DIP financing commitment
letter, and review filing (0.3); confer with
D. M. Monson regarding loan agreement
language regarding unfunded loan needs (0.3);
exchange emails with M. Kehl regarding
exhibit of unfunded loan needs (0.2);
Telephone conference with A. W. Jarvis
regarding need to begin work on motion to
approve DIP financing, and exchange emails
with D. M. Monson and A. W. Jarvis regarding
same (0.3); begin drafting fact sections for
motion to approve DIP financing (0.6).

05/17/06 D Monson       4.30  Telephone calls with A. Jarvis and M. Kehl on
revisions to Second Supplemental Declaration of
Thomas Allison and Reply Brief in Support of
Motion to Pay DIP Financing Due Diligence
Expenses, make revisions, and forward to J.
McPherson for filing (3.3); review Nevada
Statutes on Mortgage broker obligations in
relation to Objections to Motion to Pay DIP
Financing Due Diligence Expenses (0.3); further
review of Fortress Commitment Letter, email to
M. Kehl, telephone call from M. Kehl, prepare
Errata on Commitment Letter filing, telephone
call to J. McPherson on Errata, and forward
Errata to J. McPherson for filing (0.7).

05/17/06 S Strong        .30  Review drafts of Second Suppl. Decl. of T.
Allison, and Reply in support of DIP work fee
(0.2); confer with D. M. Monson regarding
finalizing and filing same (0.1).

05/18/06 K Glade         .80  Conferences with M. Kehl and A. Jarvis
regarding DIP financing issues (0.4); review
investor servicing agreement and power of
attorney (0.4).

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/18/06 D Monson     1.70  Discussion with S. Strong on Errata for
                            Commitment Letter from Fortress and dates
                            corrected on Commitment Letter (0.1);
                            discussion with S. Strong and E. Monson on
                            Motion to Approve DIP Financing (0.3); research
                            on DIP Financing approval (0.9); discussion
                            with S. Strong and E. Monson on report on Court
                            denial of Motion to Approve DIP Financing Due
                            Diligence Fees and possible alternatives for
                            funding Debtor's operations (0.4).

05/18/06 S Strong     2.80  Confer with D. M. Monson regarding
                            coordinating efforts to prepare a motion to
                            approve expected definitive DIP financing
                            agreement (0.1); Telephone conference with M.
                            Kehl regarding provisions of Fortress Term
                            sheet (0.1); review key terms of Commitment
                            Letter and Term Sheet, and leave voice mail
                            for M. Kehl regarding same (0.5); follow-up
                            Telephone conference with M. Kehl regarding
                            exclusivity issues concerning DIP lenders
                            (0.3); work on motion for definitive
                            agreement for DIP financing (1.1); confer
                            with D. M. Monson regarding same (0.1);
                            review email from A. W. Jarvis regarding
                            courts denial of DIP work fee at todays
                            hearing, and Telephone conference with M.
                            Kehl regarding same (0.1); Telephone
                            conference with A. W. Jarvis regarding
                            judges ruling denying DIP work fee and
                            implications of same (0.3); confer with D. M.
                            Monson and E. A. Monson regarding same (0.2).

05/19/06 L Jenkins     .30  Conference with A. Jarvis regarding DIP
                            Financing motion going forward.

05/19/06 S Strong      .20  Confer with A. W. Jarvis regarding financing
                            options going forward (0.1); review email from
                            M. Kehl to potential lender regarding
                            confidentiality agreement (0.1).

05/22/06 S Strong      .50  Telephone conference with M. Kehl regarding
                            potential lender confidentiality issues (0.1);
                            review confidentiality agreement and discuss
                            confidentiality issues with K. G. Glade (0.3);
                            telephone conference with M. Kehl regarding
                            same (0.1).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/23/06 S Strong      1.30  Review and analyze revised language from
                             potential lender for confidentiality agreement
                             (0.3), voice message and email to A. W. Jarvis
                             and M. Kehl regarding same (0.1), draft further
                             compromise language for same (0.4), review
                             emails from A. W. Jarvis and M. Kehl regarding
                             same (0.1); exchange follow-up emails with
                             potential lender to further negotiate contract
                             language (0.4).

05/25/06 S Strong      1.00  Review emails from M. Kehl and potential lender
                             in interest in exploring post-petition
                             financing (0.1); review email from M. Kehl
                             regarding status of confidentiality agreement
                             with Hall Financial, review prior emails with
                             lender counsel regarding same, exchange emails
                             with M. Kehl and A. W. Jarvis regarding
                             alternative language for same, and exchange
                             emails with lender counsel to further negotiate
                             language for same (0.9).

05/26/06 S Strong       .30  Review email from potential lender regarding
                             revised language requested by lender for
                             confidentiality agreement, and send email to A.
                             W. Jarvis and M. Kehl regarding same (0.2);
                             review email from M. Kehl regarding
                             confidentiality agreement for another possible
                             lender (0.1).

05/30/06 A Jarvis      1.00  Telephone conference with potential lender
                             regarding DIP financing (.9); telephone
                             conference with M. Kehl regarding same (.1).

05/30/06 A Jarvis       .40  Conference with S. C. Strong regarding
                             financing negotiations; correspondence
                             regarding same.

05/30/06 A Jarvis       .50  Correspondence regarding financing
                             negotiations.

05/30/06 S Strong       .40  Review emails from M. Kehl regarding another
                             potential postpetition financer, and exchange
                             emails with them regarding proposed edits to
                             form of Confidentiality Agreement (0.2);
                             Telephone conference with M. Kehl regarding
                             financing needs and options (0.1); confer with
                             A. W. Jarvis regarding same (0.1).

```
Client No. 34585                                  Page:    9
Debtor USA Commercial Mortgage Co., et al.        August 10, 2006
```

05/31/06 K Glade        1.10 Strategy conference with A. Jarvis (0.6);
                             preparations for meeting with potential DIP
                             lender (0.5).

05/31/06 K Glade         .50 Conference with A. Jarvis regarding DIP
                             financing issues (0.2); review Fortress term
                             sheet (0.3).

05/31/06 S Strong        .80 Exchange emails with K. G. Glade regarding DIP
                             financing term sheets (0.1); review potential
                             lender proposed edits to confidentiality
                             agreement, and exchange emails with its counsel
                             regarding same (0.4); review potential lender
                             proposed edits to confidentiality agreement,
                             and exchange emails with counsel regarding same
                             (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                      $17,669.00

# "Exhibit D-10"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 10, 2006
Las Vegas, NV  89121                                       Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


Matter No. 34585-00011

Litigation

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/02/06 | L Jenkins | .20 | Research preparing of the estate issue and conference with S. Strong regarding same. |
| 05/02/06 | A Tsu | 2.40 | Legal research regarding oppositions to Debtor's cash management plan filed by Direct Lenders, Beneficiaries and Buckalew Trust and the Higgins Trust. |
| 05/11/06 | A Jarvis | .30 | Review and respond to letter from J. Chubb. |
| 05/11/06 | L Jenkins | .20 | Conference with A. Jarvis regarding research assignments. |
| 05/11/06 | S Strong | .40 | Review and analysis of numerous objections, motions, and countermotions filed by R. LePome clients (0.4). |
| 05/11/06 | S Strong | 2.30 | Telephone conference with S. Smith regarding assignment documents concerning funds in Investor Account (0.2); analysis of assignment documents, motions/objections filed by assignors/assignees, and begin outlining responses to same (2.1). |
| 05/12/06 | A Jarvis | .40 | Conference with D. M. Monson and E. A. Monson regarding responses to investor motions. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/12/06 A Jarvis        .50  Discussion of responses to motions with D. M.
                              Monson, E. A. Monson and S. C. Strong.

05/12/06 L Jenkins       .30  Meet with S. Strong and D. Monson regarding
                              motion by allegedly "defrauded" prepetition
                              investors.

05/12/06 L Jenkins       .20  Conference with S. Strong regarding response to
                              stay lift by Direct Investors.

05/12/06 L Jenkins       .10  Conference with A. Jarvis regarding same.

05/12/06 L Jenkins       .40  Read emails from A. Jarvis and S. Strong
                              regarding responses to various pleadings.

05/12/06 L Jenkins      2.40  Read and consider responses to various stay
                              lift motions.

05/12/06 E Monson        .20  Review voice mail from Widner & haslam attorney
                              regarding collection action in Utah (.1);
                              review email from L. Schwartzer regarding RICO
                              litigation (.1).

05/12/06 S Strong       1.80  Confer with L. A. Jenkins and D. M. Monson
                              regarding strategies for resolving competing
                              claims to Investor Account funds, and assign
                              tasks for same (0.5); confer with L. A.
                              Jenkins regarding relief from stay motion and
                              motion to return investor funds, and issues
                              for responding to same (0.4); confer with D.
                              M. Monson and E. A. Monson regarding facts
                              and legal issues concerning funds in Investor
                              Account, responses needed to competing
                              motions to release same, and possible
                              interpleader action needed (0.9).

05/16/06 A Jarvis       1.00  Telephone conference with S. C. Strong
                              regarding responsive pleadings, hearing,
                              objections, preparation for hearing.

05/16/06 A Jarvis       4.40  Review late objections to motions; outline
                              response, prepare oral arguments, review
                              caselaw, prepare for hearings on due
                              diligence motion, ordinary course motion and
                              application on retention of professionals.

05/17/06 A Jarvis       2.00  Final drafting of reply memoranda, finalize
                              T. Allison declaration.

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/17/06 A Jarvis       6.10  Prepare for hearings on retention, due
                              diligence and ordinary course motions,
                              investor fund issues.

05/17/06 L Jenkins       .40  Drafting defense to motion to lift stay.

05/18/06 A Jarvis        .90  Prepare for hearings and meeting with T.
                              Allison and S. Smith regarding hearing.

05/18/06 A Jarvis       4.00  Attend hearings on due diligence motion,
                              retention applications, Bundy Canyon,
                              ordinary course motion.

05/18/06 A Jarvis        .50  Meet with F. Merola, J. Samuels and others in
                              preparation for hearings.

05/18/06 E Monson        .10  Call John Holt of Winder and Haslam to discuss
                              judgment against Sheradon and others (.1).

05/19/06 A Jarvis        .50  Correspondence on finalizing orders.

05/19/06 A Jarvis       1.20  Conferences on hearings going forward; report
                              on results of current hearing.

05/19/06 E Monson        .20  Discussion with J. Holt of Winder & Haslam
                              regarding judgment obtained for USA Capital and
                              status thereof (.2).

05/22/06 A Jarvis        .90  Review and revise response to Le Pome motion
                              and conference with S. C. Strong regarding
                              same.

05/22/06 A Jarvis        .40  Conference with E. A. Monson regarding
                              preparation of orders, comments on same.

05/22/06 A Jarvis        .30  Correspondence on extension for Committee
                              responses.

05/22/06 E Monson        .50  Draft summary relating to conversation with J.
                              Holt regarding collection litigation in Utah
                              and draft email to RQN attorneys and Mesirow
                              outlining conversation (.5).

05/23/06 A Jarvis        .60  Review caselaw regarding issues respecting
                              funds being held.

05/23/06 L Jenkins       .20  Conference with S. Strong regarding research
                              for issue relating to insider distributions.

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/23/06 E Monson        .20  Review letter and copy of judgment on Utah
                              collection action received from J. Holt (.2).

05/24/06 A Jarvis        .40  Telephone conference with S. C. Strong and E.
                              A. Monson regarding responses to motions
                              regarding funds in Collection Account.

05/24/06 L Jenkins       .30  Conference with S. Strong and A. Jarvis
                              regarding research needed on various motions.

05/25/06 A Jarvis        .10  Telephone call to J. Chubb regarding
                              discussion of relief from stay motion.

05/25/06 A Jarvis        .50  Conference with S. C. Strong regarding
                              preparation for hearings, discussions
                              regarding continuance.

05/25/06 S Strong        .30  Telephone conference with M. Kehl regarding
                              subpoena served today on USA in pending federal
                              court action by third parties, review same, and
                              exchange emails with A. W. Jarvis regarding
                              same.

05/26/06 A Jarvis        .20  Telephone conference with J. Chubb regarding
                              continuance of hearing, motion for relief.

05/26/06 A Jarvis        .60  Correspondence with J. Reed regarding
                              information on movants for relief from stay,
                              direct investor issues, review schedules
                              regarding same.

05/26/06 A Jarvis        .30  Correspondence regarding discovery issues.

05/26/06 A Jarvis        .30  Correspondence with J. Chubb regarding
                              extension of time, continuance of motions.

05/30/06 A Jarvis        .30  Telephone conference with T. Allison
                              regarding Ashby loans, negotiations.

05/30/06 A Jarvis       5.10  Review motions/briefs, prepare responses,
                              prepare for hearings.

05/31/06 A Jarvis       1.00  Meeting with D. M. Monson, E. A. Monson, and
                              S. C. Strong regarding responses to pending
                              motions, preparation for hearings.

```
Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

```
05/31/06 S Strong      1.50  Telephone conference with J. McPherson
                             regarding status of interpleader action
                             concerning Investor Account funds (0.1);
                             review ECCs response to pending RFS motions
                             (0.2); review and analysis of late objections
                             to motion to hold funds (0.4); work on
                             outline of reply in support of motion to hold
                             funds (0.8).
```

```
  TOTAL FOR LEGAL SERVICES RENDERED                        $14,032.00
```

*"Exhibit D-11"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00013**

**Tax Issues**

05/10/06 S Strong          .20 Review emails from L. Schwartzer and S. Smith
                               regarding tax return issues, and review
                               relevant Code sections regarding same.

TOTAL FOR LEGAL SERVICES RENDERED                              $50.00

"Exhibit D-12"

STATEMENT OF ACCOUNT

### RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00015**

**Travel Time**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/02/06 | A Jarvis | 2.30 | Travel from Salt Lake City to Las Vegas. |
| 05/02/06 | A Jarvis | .80 | Travel to and from US Trustee's office. |
| 05/03/06 | A Jarvis | 1.00 | Travel to and from Court. |
| 05/03/06 | A Jarvis | 3.30 | Travel from Las Vegas to Salt Lake City (including reschedulnig flight). |
| 05/03/06 | M Pugsley | 7.00 | Travel to Las Vegas for meetings (3.3); travel back to Salt Lake City (3.7). |
| 05/08/06 | K Glade | 6.00 | Travel from Salt Lake City to Las Vegas (3.0); travel from Las Vegas to Salt Lake City (3.0). |
| 05/08/06 | S Tingey | 4.00 | Travel to Las Vegas (4.0). |
| 05/10/06 | K Glade | 3.00 | Travel from Salt Lake City to Las Vegas. |
| 05/11/06 | K Glade | 3.00 | Travel from Las Vegas to Salt Lake City (3.0). |
| 05/11/06 | S Tingey | 4.00 | Travel to Salt Lake City (4.0). |
| 05/14/06 | S Tingey | 4.00 | Travel to Las Vegas. |
| 05/15/06 | M Pugsley | 6.40 | Travel to Las Vegas (3.4); return to Salt Lake City (3.0). |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006

05/16/06 A Jarvis        2.30  Travel from Salt Lake to Las Vegas.

05/17/06 A Jarvis        1.00  Travel to and from 341 meeting.

05/17/06 S Tingey        4.00  Travel from Las Vegas to Salt Lake City (4.0).

05/18/06 K Glade         3.00  Travel from Salt Lake City to Las Vegas.

05/18/06 A Jarvis         .50  Travel to hearings.

05/18/06 A Jarvis         .50  Travel from court after hearings.

05/18/06 A Jarvis        3.80  Travel from Las Vegas to Salt Lake after
                               hearing (delayed flight).

05/19/06 K Glade         4.00  Travel from Las Vegas to Salt Lake City.

05/23/06 A Jarvis        2.20  Travel from Salt Lake to Las Vegas.

05/23/06 A Jarvis        1.00  Travel to and from meeting with Committees.

05/23/06 A Jarvis        2.90  Travel from Las Vegas to Salt Lake City.


 TOTAL FOR LEGAL SERVICES RENDERED                            $9,889.50