*"Exhibit D-13"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road             August 10, 2006
Las Vegas, NV  89121                                Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 05/01/06 | M Pugsley | 3.70 | Telephone conference with T. Allison (.8); telephone conference with SEC staff regarding document review (1.0); review and revise index of documents to be proposed (1.9). |
| 05/01/06 | K Cassett | 2.50 | Continue charting documents already produced. |
| 05/02/06 | M Pugsley | 2.50 | Telephone conference with L. Dean regarding document inspection (.5); telephone conference with M. Olson regarding various issues (.3); telephone conference with B. Baker regarding status and subpoenas (.9). |
| 05/03/06 | B Kotter | 1.80 | Legal reserach on SEC compliance issues and conference with SC Strong regarding same (1.8). |
| 05/03/06 | R Madsen, II | .40 | Conference with B. J. Kotter regarding SEC no-action letters and results of research with respect to filing requirements. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/03/06  M Pugsley        9.70  Attend hearing in bankruptcy court regarding
                                 cash management and substantive consolidation
                                 (4.0); meeting with G. Wood regarding broker
                                 issues (1.5); meeting with L. Dean from SEC
                                 regarding document review and other issues
                                 (2.7); meeting with M. Kehl and T. Allison
                                 regarding status of SEC and Nevada state
                                 investigations (1.5).

05/03/06  S Strong          .80  Exchange emails with M. W. Pugsley regarding
                                 SEC reporting issues (0.1); review letter from
                                 SEC regarding same, and research grounds for
                                 suspending reporting requirements (0.4); confer
                                 with B. J. Kotter regarding follow-up research
                                 needed on same (0.2); confer with B. J. Kotter
                                 regarding research (0.1).

05/04/06  M Pugsley         .40  Telephone conference with M. Kehl regarding SEC
                                 issues and J. Milanowski personal files (.4).

05/05/06  M Pugsley         .70  Telephone conference with B. Baker regarding
                                 J. Milanowski and bankruptcy hearing (.7).

05/08/06  M Pugsley        2.60  Telephone conference with M. Kehl and M.
                                 Olson regarding MLD issues and investor
                                 status (1.2); review and respond to email
                                 regarding lien agreement (.5); telephone
                                 conference with B. Baker and K. Breen
                                 regarding J. Milanowski regarding various
                                 issues (.9).

05/08/06  S Strong          .20  Confer with R. G. Winger and B. J. Kotter
                                 regarding SEC reporting requirements (0.2).

05/08/06  G Winger          .60  Conferences with Steve Strong and Caleb
                                 Frischknecht; research regarding securities
                                 issues..

05/08/06  C Frischknech    2.40  Review research regarding SEC no-action
                                 requests for modified reporting.

05/08/06  P Paralegal      5.40  Conference with Mark Pugsley; review for
                                 privilege and index documents tagged by the SEC
                                 for production.

05/09/06  A Jarvis          .30  Correspondence regarding questions from
                                 Nevada State Mortgage Lending Division.

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    August 10, 2006
```

05/09/06 M Pugsley      3.90  Telephone conference with B. Baker regarding
                              cooperation with J. Milanowski and conference
                              with Nevada Mortgage Lending Division (1.4);
                              review and respond to email from client and
                              Bankruptcy Team (.7); review article in
                              Review Journal (.2); draft email to Team
                              regarding inaccuracies in article and
                              possible remedies (.5); telephone conference
                              with A. Jarvis regarding same (.3); telephone
                              conference with M. Kehl regarding
                              communications with J. Milanowski and other
                              issues (.4); telephone conference with T.
                              Allison regarding loan negotiations (.4).

05/09/06 C Frischknech   4.90  Research regarding SEC no-action requests for
                              modified reporting.

05/09/06 P Paralegal     1.60  Review for privilege and index documents tagged
                              by the SEC for production; conference with Mark
                              Pugsley regarding same.

05/10/06 A Jarvis         .20  Telephone conference with M. Kehl regarding
                              meeting with Nevada State Mortgage Lending
                              Division.

05/10/06 M Pugsley       1.80  Telephone conference with M. Kehl regarding
                              lien agreement (.3); conference call with
                              Team regarding status of various issues
                              (1.5).

05/10/06 C Frischknech   8.00  Research and draft memo regarding SEC no-action
                              requests for modified reporting.

05/11/06 M Pugsley       4.60  Review and respond to email regarding creditors
                              committee (.4); telephone conference with L.
                              Dean regarding status of document review and
                              development in bankruptcy case (.9); work with
                              employees regarding SEC document requests and
                              other issues (.7); review documents to be
                              produced to SEC (2.6).

05/11/06 S Strong         .30  Review memorandum from R. G. Winger regarding
                              requirements for waiving SEC reporting, and
                              exchange emails with M. W. Pugsley regarding
                              same.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/11/06 G Winger        1.50  Review memorandum regarding securities filing
                               requirements and penalties; follow-up regarding
                               the same; conference with Kevin Glade regarding
                               security issues pertaining to USA Investment
                               Partners; research regarding the same.

05/15/06 M Pugsley       8.10  Conference with M. Kehl (1.2); review J.
                               Milanowski agreements (.8); meetings with L.
                               Dean from SEC (3.5); review document requests
                               for review by SEC (1.3); meeting with B. Baker
                               and other counsel for J. Milanowski (.5);
                               meeting with T. Allison and M. Kehl (.8).

05/16/06 M Pugsley       4.30  Participate in conference call with
                               Bankruptcy Team regarding note and related
                               issues (1.2); meeting with K. Glade (.4);
                               conference call with S. Strong regarding Rule
                               408 issues (.3); telephone conference with L.
                               Dean (.4); review documents for privilege
                               (2.0).

05/17/06 M Pugsley       4.90  Conference with T. Allison regarding status
                               (.3); telephone conference with M. Olson
                               (.3); telephone conference with B. Baker
                               regarding meetings and IP document custody
                               (.5); review documents produced to SEC (3.8).

05/18/06 M Pugsley       2.70  Telephone conference with M. Kehl (.3);
                               conference with S. Tingey regarding loan
                               servicing issues (.5); work on restoration and
                               review of hard drives from J. Milanowski and T.
                               Hantges (1.9).

05/19/06 M Pugsley       1.40  Telephone conference with B. Baker regarding
                               intellectual property documents (.6);
                               telephone conference with A. Jarvis and T.
                               Allison regarding various issues regarding
                               note (.5); review draft of same (.3).

05/22/06 A Jarvis         .50  Review and respond regarding issues raised by
                               Scott Bice.

05/22/06 M Pugsley       1.30  Correspondence with B. Baker regarding
                               intellectual property documents (.4); review
                               chatroom comments on website (.5); conference
                               with paralegal regarding indexing (.2);
                               review letters to investors (.2).

```
Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006
```

| | | | |
|---|---|---|---|
| 05/22/06 | K Cassett | 1.80 | Continue indexing documents flagged by SEC for inspection. |
| 05/23/06 | M Pugsley | 1.90 | Review letter from California department of corporations (.3); review regulations and statues regarding letter (1.2); contact M. Olson regarding company counsel who handles filings (.2); call M. de Luna regarding letter (.2). |
| 05/23/06 | K Cassett | 2.70 | Continue indexing documents flagged by SEC. |
| 05/23/06 | K Cassett | 2.10 | Begin charting contracts received from various NPC departments. |
| 05/24/06 | A Jarvis | .20 | Correspondence on SEC issues. |
| 05/24/06 | M Pugsley | 2.90 | Telephone conference with S. Strong regarding various issues (.4); review letter from California Division of Corporations regarding registration issues (.2); telephone conference with M. Kehl regarding status (.4); conference with J. Sorenson regarding research (.4); review California statutes (1.3). |
| 05/24/06 | G Winger | 1.20 | Conferences with Mark Pugsley and Jaimie Sorenson regarding letter from California Department of Corporations regarding securities law compliance; review letter; review Section 18 of the Securities Act of 1933 and California law. |
| 05/24/06 | J Sorenson | 1.70 | Meeting with M. Pugsley to discuss project (.6); meeting with G. Winger about securities assignment (.4); research California securities statute (.7). |
| 05/25/06 | M Pugsley | .70 | Conference with G. Winger regarding reorganization issues in California (.4); conference with A. Jarvis regarding same and other various issues (.3). |
| 05/25/06 | G Winger | .90 | Conference with Jaimie Sorenson and research regarding securities law issues pertaining to California Department of Corporations letter regarding securities law compliance issues. |

```
Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/25/06 J Sorenson      3.50  Research federal registration statute (2.0);
                               meeting with M. Pugsley and G. Winger to
                               discuss elements of the stock (.3); draft
                               memo (.5); research California registration
                               requirements (.7).

05/25/06 K Cassett        .90  Continue indexing and review for privilege SEC
                               document production.

05/26/06 G Winger         .60  Conference with Jaimie Sorenson; research
                               regarding California securities law issues.

05/26/06 J Sorenson      3.90  Meeting with G. Winger (.4); meeting with M.
                               Pugsley (.2); research statutes (3.3).

05/30/06 M Pugsley       2.90  Telephone conference with M. de Luna
                               regarding status and other issues (.3);
                               review index of intellectual property
                               documents and work with B. Baker regarding
                               transfer of same (.5); review document
                               produced to SEC (2.1).

05/30/06 J Sorenson      5.00  Research California statutes (2.2); meeting
                               with M. Pugsley (.2); research SEC filings
                               (1.0); draft memo for M. Pugsley (1.3);
                               meeting with G. Winger (.3).

05/30/06 K Cassett       3.00  Complete indexing and review for priviledge of
                               documents for SEC.

05/31/06 A Jarvis         .40  Correspondence with M. W. Pugsley and T.
                               Allison regarding press releases, regulatory
                               issues.

05/31/06 M Pugsley       2.60  Phone conference with M. de Luna of the
                               California Division of Corporations (.3);
                               conference with J. Sorenson regarding
                               research (.5); review email regarding
                               financial investment group (.4); respond to
                               T. Allison regarding same (.6);
                               correspondence with A. Jarvis (.3); telephone
                               conference with B. Baker (.5).

05/31/06 J Sorenson      2.20  Draft memo (.4); meeting with M. Pugsley
                               (.9); research California statutes (.9).

05/31/06 K Cassett        .40  Final indexing of SEC documents; status
                               report to M. Pugsley.

Client No. 34585                                         Page:    7
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


TOTAL FOR LEGAL SERVICES RENDERED                        $24,806.50

# "Exhibit D-14"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

| 05/08/06 A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| --- | --- | --- |
| 05/10/06 A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 A Jarvis | .23 | Review information on committee members. |
| 05/11/06 A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 S Strong | .41 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/12/06 A Jarvis        .20 Correspondence on committee appointments.

05/12/06 A Jarvis        .20 Review information regarding committee
                             members.

05/12/06 A Jarvis        .07 Correspondence regarding committee formations.

05/12/06 A Jarvis        .07 Correspondence on committees.

05/12/06 L Jenkins       .16 Conference call with A. Jarvis, S. Strong, D.
                             Monson and Mesirow team regarding committees.

05/12/06 D Monson        .13 Conference call on Creditor Committee
                             appointments and related issues.

05/12/06 S Strong        .61 Confer with A. W. Jarvis regarding Committees
                             (0.2); research regarding appointment of
                             committees and status of committee members
                             (0.9); participate in conference call with A.
                             W. Jarvis, D. M. Monson and Mesirow team
                             regarding composition of Committees and
                             related issues (0.5); confer with A. W.
                             Jarvis regarding concerns of certain
                             investors with appointment of 4 committees,
                             and possible remedies (0.3); further research
                             cases regarding committee appointments (0.6).

05/14/06 A Jarvis        .14 Correspondence over committee issues.

05/15/06 A Jarvis        .08 Telephone conference with investors regarding
                             committees.

05/15/06 A Jarvis        .30 Telephone conference with F. Merola regarding
                             committee representation.

05/15/06 S Strong        .61 Confer with A. W. Jarvis regarding legal
                             issues concerning 4 overlapping committees
                             (0.1); confer with B. J. Kotter regarding his
                             prior research regarding same and review
                             email summary from him regarding same (0.3);
                             factual and legal research and analysis of
                             issues concerning appointment of committees
                             (2.1).

05/16/06 A Jarvis        .07 Correspondence on committee meetings.

05/18/06 A Jarvis        .08 Correspondence on committee meetings.

```
Client No. 34585                                Page:    3
Debtor USA Commercial Mortgage Co., et al.      August 10, 2006
```

| | | |
|---|---|---|
| 05/19/06 S Strong | .05 | Exchange emails with A. W. Jarvis and J. McPherson regarding Committees request for service list (0.2). |
| 05/22/06 A Jarvis | .50 | Review and revise schedule of pending matters and send same to E. Karasik. |
| 05/22/06 A Jarvis | .05 | Telephone conference with M. Kehl regarding committee requests for information, meeting. |
| 05/22/06 A Jarvis | .05 | Telephone conference with E. Karasik regarding scheduling of committee meeting. |
| 05/22/06 A Jarvis | .07 | Telephone conference with M. Kehl regarding presentation to committees. |
| 05/22/06 A Jarvis | .30 | Telephone conference with E. Karasik and M. Kehl regarding meeting with committee, agenda. |
| 05/22/06 A Jarvis | .12 | Review information from combined investor committees and correspondence with M. Olson regarding posting information regarding committees on website. |
| 05/22/06 A Jarvis | .07 | Correspondence on meeting with committees. |
| 05/22/06 S Strong | .05 | Telephone conference with J. McPherson regarding committees' request to post information on USA website, and exchange emails with A. W. Jarvis regarding same (0.2). |
| 05/23/06 A Jarvis | .67 | Prepare information for Committee meeting; review documents regarding same. |
| 05/23/06 A Jarvis | 1.15 | Meeting with Committees; conference with clients regarding issues raised in meeting. |
| 05/23/06 A Jarvis | .12 | Conferences with S. C. Strong regarding Committee meetings, pleadings to be filed. |
| 05/24/06 A Jarvis | .07 | Correspondence with Committees regarding documents, due diligence. |
| 05/25/06 A Jarvis | .50 | Telephone conference with E. Karasik regarding due diligence. |
| 05/25/06 A Jarvis | .15 | Correspondence on Amesbury transaction with committees. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


05/25/06 A Jarvis        .37 Correspondence regarding confidentiality
                             agreement, review same.

05/26/06 A Jarvis        .40 Correspondence with E. Karasik regarding
                             litigation issues.

05/26/06 A Jarvis        .13 Correspondence with committees on HILCO
                             application.

05/26/06 A Jarvis        .40 Telephone conference with E. Karasik regarding
                             due diligence, pending motions.

05/26/06 A Jarvis        .13 Correspondence on Committee counsel changes.

05/26/06 S Strong        .08 Review email from A. W. Jarvis regarding
                             committees' decision to hire separate
                             professionals, and confer with her regarding
                             implications of same (0.3).

05/30/06 A Jarvis        .05 Correspondence with Committees on operational
                             issues.

05/30/06 A Jarvis        .15 Correspondence with UST regarding committee
                             composition, requested change in ECC
                             committee membership.

05/30/06 A Jarvis        .60 Draft letter to First Trust Deed Committee
                             regarding Amesbury transaction and follow up
                             correspondence regarding same.

05/30/06 A Jarvis        .30 Correspondence with E. Karasik regarding
                             subject to pending motions.

05/30/06 A Jarvis        .10 Correspondence regarding matters on for
                             hearing, discussions with Committees
                             regarding same.

05/30/06 S Strong        .10 Review email from First Deed Committee counsel
                             regarding proposed confidentiality and joint
                             defense agreements and confer with A. W. Jarvis
                             regarding same (0.1).

05/30/06 S Strong        .23 Review and edit proposed confidentiality and
                             joint defense agreements with Committee (0.8);
                             confer with A. W. Jarvis regarding issues
                             raised by same (0.1).

```
Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

05/31/06 A Jarvis        .08  Conference with S. C. Strong regarding
                              meeting with committees.

05/31/06 A Jarvis        .07  Correspondence with committees regarding
                              Amesbury transaction.

05/31/06 A Jarvis        .07  Correspondence with committees on pending
                              motions.

05/31/06 A Jarvis        .10  Correspondence regarding meeting with
                              committees.

05/31/06 S Strong       1.30  Review and edit draft confidentiality and
                              joint privilege agreements proposed by First
                              Deed Committee (0.9); voice message to A.
                              Parlen regarding same (0.1); Telephone
                              conference with C. Pajak regarding same (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                       $3,955.28

*"Exhibit D-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through May 31, 2006

----

Matter No. 34585-00020

Diversified Commettee Relations

| Date | | Hours | Description |
|---|---|---|---|
| 05/08/06 | A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 | A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 | A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 | A Jarvis | .22 | Review information on committee members. |
| 05/11/06 | A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 | S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 | A Jarvis | .20 | Correspondence on committee appointments. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/12/06 A Jarvis      .20 Review information regarding committee members.

05/12/06 A Jarvis      .08 Correspondence regarding committee formations.

05/12/06 A Jarvis      .08 Correspondence on committees.

05/12/06 L Jenkins     .18 Conference call with A. Jarvis, S. Strong, D.
                           Monson and Mesirow team regarding committees.

05/12/06 D Monson      .12 Conference call on Creditor Committee
                           appointments and related issues.

05/12/06 S Strong      .63 Confer with A. W. Jarvis regarding Committees
                           (0.2); research regarding appointment of
                           committees and status of committee members
                           (0.9); participate in conference call with A.
                           W. Jarvis, D. M. Monson and Mesirow team
                           regarding composition of Committees and related
                           issues (0.5); confer with A. W. Jarvis
                           regarding concerns of certain investors with
                           appointment of 4 committees, and possible
                           remedies (0.3); further research cases
                           regarding committee appointments (0.6).

05/14/06 A Jarvis      .12 Correspondence over committee issues.

05/15/06 A Jarvis      .07 Telephone conference with investors regarding
                           committees.

05/15/06 S Strong      .63 Confer with A. W. Jarvis regarding legal issues
                           concerning 4 overlapping committees (0.1);
                           confer with B. J. Kotter regarding his prior
                           research regarding same and review email
                           summary from him regarding same (0.3); factual
                           and legal research and analysis of issues
                           concerning appointment of committees (2.1).

05/16/06 A Jarvis      .08 Correspondence on committee meetings.

05/18/06 A Jarvis      .08 Correspondence on committee meetings.

05/19/06 S Strong      .05 Exchange emails with A. W. Jarvis and J.
                           McPherson regarding Committees request for
                           service list (0.2).

05/22/06 A Jarvis      .05 Telephone conference with M. Kehl regarding
                           committee requests for information, meeting.

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

| 05/22/06 A Jarvis | .05 | Telephone conference with E. Karasik regarding scheduling of committee meeting. |
| 05/22/06 A Jarvis | .08 | Telephone conference with M. Kehl regarding presentation to committees. |
| 05/22/06 A Jarvis | .13 | Review information from combined investor committees and correspondence with M. Olson regarding posting information regarding committees on website. |
| 05/22/06 A Jarvis | .08 | Correspondence on meeting with committees. |
| 05/22/06 S Strong | .05 | Telephone conference with J. McPherson regarding committees' request to post information on USA website, and exchange emails with A. W. Jarvis regarding same (0.2). |
| 05/23/06 A Jarvis | .68 | Prepare information for Committee meeting; review documents regarding same. |
| 05/23/06 A Jarvis | 1.15 | Meeting with Committees; conference with clients regarding issues raised in meeting. |
| 05/23/06 A Jarvis | .13 | Conferences with S. C. Strong regarding Committee meetings, pleadings to be filed. |
| 05/24/06 A Jarvis | .08 | Correspondence with Committees regarding documents, due diligence. |
| 05/25/06 A Jarvis | .15 | Correspondence on Amesbury transaction with committees. |
| 05/25/06 A Jarvis | .38 | Correspondence regarding confidentiality agreement, review same. |
| 05/26/06 A Jarvis | .13 | Correspondence on Committee counsel changes. |
| 05/26/06 A Jarvis | .12 | Correspondence with committees on HILCO application. |
| 05/26/06 S Strong | .08 | Review email from A. W. Jarvis regarding committees' decision to hire separate professionals, and confer with her regarding implications of same (0.3). |

Client No. 34585                                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.                           August 10, 2006


05/30/06 A Jarvis          .15  Correspondence with UST regarding committee
                                composition, requested change in ECC committee
                                membership.

05/30/06 A Jarvis          .05  Correspondence with Committees on operational
                                issues.

05/30/06 A Jarvis          .10  Correspondence regarding matters on for
                                hearing, discussions with Committees regarding
                                same.

05/30/06 S Strong          .23  Review and edit proposed confidentiality and
                                joint defense agreements with Committee (0.8);
                                confer with A. W. Jarvis regarding issues
                                raised by same (0.1).

05/31/06 A Jarvis          .07  Conference with S. C. Strong regarding meeting
                                with committees.

05/31/06 A Jarvis          .08  Correspondence with committees regarding
                                Amesbury transaction.

05/31/06 A Jarvis          .08  Correspondence with committees on pending
                                motions.

05/31/06 A Jarvis          .10  Correspondence regarding meeting with
                                committees.


 TOTAL FOR LEGAL SERVICES RENDERED                              $2,564.79

"Exhibit D-16"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/08/06 | A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 | A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 | A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 | A Jarvis | .22 | Review information on committee members. |
| 05/11/06 | A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 | S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 | A Jarvis | .20 | Correspondence on committee appointments. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/12/06 A Jarvis        .20 Review information regarding committee members.

05/12/06 A Jarvis        .08 Correspondence regarding committee formations.

05/12/06 A Jarvis        .08 Correspondence on committees.

05/12/06 L Jenkins       .18 Conference call with A. Jarvis, S. Strong, D.
                             Monson and Mesirow team regarding committees.

05/12/06 D Monson        .13 Conference call on Creditor Committee
                             appointments and related issues.

05/12/06 S Strong        .63 Confer with A. W. Jarvis regarding Committees
                             (0.2); research regarding appointment of
                             committees and status of committee members
                             (0.9); participate in conference call with A.
                             W. Jarvis, D. M. Monson and Mesirow team
                             regarding composition of Committees and related
                             issues (0.5); confer with A. W. Jarvis
                             regarding concerns of certain investors with
                             appointment of 4 committees, and possible
                             remedies (0.3); further research cases
                             regarding committee appointments (0.6).

05/14/06 A Jarvis        .12 Correspondence over committee issues.

05/15/06 A Jarvis        .07 Telephone conference with investors regarding
                             committees.

05/15/06 S Strong        .63 Confer with A. W. Jarvis regarding legal issues
                             concerning 4 overlapping committees (0.1);
                             confer with B. J. Kotter regarding his prior
                             research regarding same and review email
                             summary from him regarding same (0.3); factual
                             and legal research and analysis of issues
                             concerning appointment of committees (2.1).

05/16/06 A Jarvis        .08 Correspondence on committee meetings.

05/18/06 A Jarvis        .07 Correspondence on committee meetings.

05/19/06 S Strong        .05 Exchange emails with A. W. Jarvis and J.
                             McPherson regarding Committees request for
                             service list (0.2).

05/22/06 A Jarvis        .05 Telephone conference with M. Kehl regarding
                             committee requests for information, meeting.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006

05/22/06 A Jarvis        .05 Telephone conference with E. Karasik regarding
                             scheduling of committee meeting.

05/22/06 A Jarvis        .08 Telephone conference with M. Kehl regarding
                             presentation to committees.

05/22/06 A Jarvis        .13 Review information from combined investor
                             committees and correspondence with M. Olson
                             regarding posting information regarding
                             committees on website.

05/22/06 A Jarvis        .08 Correspondence on meeting with committees.

05/22/06 S Strong        .05 Telephone conference with J. McPherson
                             regarding committees' request to post
                             information on USA website, and exchange emails
                             with A. W. Jarvis regarding same (0.2).

05/23/06 A Jarvis        .68 Prepare information for Committee meeting;
                             review documents regarding same.

05/23/06 A Jarvis       1.15 Meeting with Committees; conference with
                             clients regarding issues raised in meeting.

05/23/06 A Jarvis        .13 Conferences with S. C. Strong regarding
                             Committee meetings, pleadings to be filed.

05/24/06 A Jarvis        .08 Correspondence with Committees regarding
                             documents, due diligence.

05/25/06 A Jarvis        .30 Telephone conference with S. Freeman
                             regarding release issues, pending motions,
                             requested continuance (.2); telephone call to
                             R. Charles regarding same (.1).

05/25/06 A Jarvis        .15 Correspondence on Amesbury transaction with
                             committees.

05/25/06 A Jarvis        .38 Correspondence regarding confidentiality
                             agreement, review same.

05/26/06 A Jarvis        .30 Telephone conference with S. Freeman and R.
                             Charles regarding pending motions.

05/26/06 A Jarvis        .40 Telephone conference with S. Freeman and R.
                             Charles regarding responding to pending
                             motions.

```
Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

| 05/26/06 | A Jarvis | .12 | Correspondence on Committee counsel changes. |
|---|---|---|---|
| 05/26/06 | A Jarvis | .12 | Correspondence with committees on HILCO application. |
| 05/26/06 | S Strong | .08 | Review email from A. W. Jarvis regarding committees' decision to hire separate professionals, and confer with her regarding implications of same (0.3). |
| 05/30/06 | A Jarvis | .15 | Correspondence with UST regarding committee composition, requested change in ECC committee membership. |
| 05/30/06 | A Jarvis | .05 | Correspondence with Committees on operational issues. |
| 05/30/06 | A Jarvis | .10 | Correspondence regarding matters on for hearing, discussions with Committees regarding same. |
| 05/30/06 | S Strong | .23 | Review and edit proposed confidentiality and joint defense agreements with Committee (0.8); confer with A. W. Jarvis regarding issues raised by same (0.1). |
| 05/31/06 | A Jarvis | .30 | Correspondence with Unsecured Creditors Committee regarding pending motions. |
| 05/31/06 | A Jarvis | .07 | Conference with S. C. Strong regarding meeting with committees. |
| 05/31/06 | A Jarvis | .08 | Correspondence with committees regarding Amesbury transaction. |
| 05/31/06 | A Jarvis | .08 | Correspondence with committees on pending motions. |
| 05/31/06 | A Jarvis | .10 | Correspondence regarding meeting with committees. |

```
   TOTAL FOR LEGAL SERVICES RENDERED                    $2,974.21
```

*"Exhibit D-17"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

Matter No. 34585-00022

Executory Contracts Committee Relations

| Date | Atty | Hours | Description |
|---|---|---|---|
| 05/08/06 | A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 | A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 | A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 | A Jarvis | .23 | Review information on committee members. |
| 05/11/06 | A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 | S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 | A Jarvis | .20 | Correspondence on committee appointments. |

Client No. 34585                                           Page:    2
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/12/06 A Jarvis        .20 Review information regarding committee members.

05/12/06 A Jarvis        .07 Correspondence regarding committee formations.

05/12/06 A Jarvis        .07 Correspondence on committees.

05/12/06 L Jenkins       .18 Conference call with A. Jarvis, S. Strong, D.
                             Monson and Mesirow team regarding committees.

05/12/06 D Monson        .12 Conference call on Creditor Committee
                             appointments and related issues.

05/12/06 S Strong        .63 Confer with A. W. Jarvis regarding Committees
                             (0.2); research regarding appointment of
                             committees and status of committee members
                             (0.9); participate in conference call with A.
                             W. Jarvis, D. M. Monson and Mesirow team
                             regarding composition of Committees and related
                             issues (0.5); confer with A. W. Jarvis
                             regarding concerns of certain investors with
                             appointment of 4 committees, and possible
                             remedies (0.3); further research cases
                             regarding committee appointments (0.6).

05/14/06 A Jarvis        .12 Correspondence over committee issues.

05/15/06 A Jarvis        .08 Telephone conference with investors regarding
                             committees.

05/15/06 S Strong        .63 Confer with A. W. Jarvis regarding legal issues
                             concerning 4 overlapping committees (0.1);
                             confer with B. J. Kotter regarding his prior
                             research regarding same and review email
                             summary from him regarding same (0.3); factual
                             and legal research and analysis of issues
                             concerning appointment of committees (2.1).

05/16/06 A Jarvis        .07 Correspondence on committee meetings.

05/18/06 A Jarvis        .07 Correspondence on committee meetings.

05/19/06 S Strong        .05 Exchange emails with A. W. Jarvis and J.
                             McPherson regarding Committees request for
                             service list (0.2).

05/22/06 A Jarvis        .05 Telephone conference with M. Kehl regarding
                             committee requests for information, meeting.

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

| 05/22/06 | A Jarvis | .05 | Telephone conference with E. Karasik regarding scheduling of committee meeting. |
|---|---|---|---|
| 05/22/06 | A Jarvis | .07 | Telephone conference with M. Kehl regarding presentation to committees. |
| 05/22/06 | A Jarvis | .12 | Review information from combined investor committees and correspondence with M. Olson regarding posting information regarding committees on website. |
| 05/22/06 | A Jarvis | .07 | Correspondence on meeting with committees. |
| 05/22/06 | S Strong | .05 | Telephone conference with J. McPherson regarding committees' request to post information on USA website, and exchange emails with A. W. Jarvis regarding same (0.2). |
| 05/23/06 | A Jarvis | .67 | Prepare information for Committee meeting; review documents regarding same. |
| 05/23/06 | A Jarvis | 1.15 | Meeting with Committees; conference with clients regarding issues raised in meeting. |
| 05/23/06 | A Jarvis | .12 | Conferences with S. C. Strong regarding Committee meetings, pleadings to be filed. |
| 05/24/06 | A Jarvis | .07 | Correspondence with Committees regarding documents, due diligence. |
| 05/25/06 | A Jarvis | .15 | Correspondence on Amesbury transaction with committees. |
| 05/25/06 | A Jarvis | .37 | Correspondence regarding confidentiality agreement, review same. |
| 05/26/06 | A Jarvis | .30 | Correspondence with G. Garman regarding service of subpoena. |
| 05/26/06 | A Jarvis | .12 | Correspondence on Committee counsel changes. |
| 05/26/06 | A Jarvis | .13 | Correspondence with committees on HILCO application. |
| 05/26/06 | S Strong | .08 | Review email from A. W. Jarvis regarding committees' decision to hire separate professionals, and confer with her regarding implications of same (0.3). |

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/30/06 A Jarvis         .15 Correspondence with UST regarding committee
                              composition, requested change in ECC committee
                              membership.

05/30/06 A Jarvis         .05 Correspondence with Committees on operational
                              issues.

05/30/06 A Jarvis         .10 Correspondence regarding matters on for
                              hearing, discussions with Committees regarding
                              same.

05/30/06 S Strong         .50 Confer with A. W. Jarvis regarding issues
                              concerning composition of executory contract
                              committee (0.2), and review law regarding same
                              (0.3).

05/30/06 S Strong         .23 Review and edit proposed confidentiality and
                              joint defense agreements with Committee (0.8);
                              confer with A. W. Jarvis regarding issues
                              raised by same (0.1).

05/31/06 A Jarvis         .08 Conference with S. C. Strong regarding meeting
                              with committees.

05/31/06 A Jarvis         .07 Correspondence with committees regarding
                              Amesbury transaction.

05/31/06 A Jarvis         .07 Correspondence with committees on pending
                              motions.

05/31/06 A Jarvis         .10 Correspondence regarding meeting with
                              committees.


 TOTAL FOR LEGAL SERVICES RENDERED                              $2,784.21

"*Exhibit D-18*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 10, 2006
Las Vegas, NV  89121                                       Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00023**

**USA Capital Realty Advisors, LLC**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/23/06 | S Strong | .02 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 | L Jenkins | .05 | Research issue of insider payments for schedules. |
| 05/24/06 | L Jenkins | .02 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 | S Strong | .02 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 | S Strong | .02 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                               $28.65

*"Exhibit D-19"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00024**

**USA Securities, LLC**

| | | | |
|---|---|---|---|
| 05/23/06 S Strong | .02 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 L Jenkins | .05 | Research issue of insider payments for schedules. |
| 05/24/06 L Jenkins | .02 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 S Strong | .02 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 S Strong | .02 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                    $28.65

*"Exhibit D-20"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | |
|---|---|---|
| 05/23/06 S Strong | .06 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 L Jenkins | .18 | Research issue of insider payments for schedules. |
| 05/24/06 L Jenkins | .06 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 S Strong | .06 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 S Strong | .06 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                         $114.60

*"Exhibit D-21"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | | |
|---|---|---|---|
| 05/23/06 | S Strong | .06 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 | L Jenkins | .18 | Research issue of insider payments for schedules. |
| 05/24/06 | L Jenkins | .06 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 | S Strong | .06 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 | S Strong | .06 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                                 $114.60