*"Exhibit D-22"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.        August 10, 2006
Thomas J. Allison 4484 South Pecos Road           Invoice No.  ******
Las Vegas, NV  89121
```

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|---|---|---|
| 05/19/06 | Copying Expense (outside office) - - Property Insight, LLC | 150.00 |
| 05/04/06 | Airfare - Elaine Monson 4/24/06 SLC/LV/SLC - Bankcard Center | 289.60 |
| 05/04/06 | Airfare - Annette Jarvis 4/26/06 SLC/LV/SLC - Bankcard Center | 262.60 |
| 05/11/06 | Airfare - Mark Pugsley 3/30/06 LV/SLC - American Express | 231.30 |
| 05/11/06 | Airfare - Mark Pugsley 3/31/06 SLC/LV/SLC - American Express | 759.30 |
| 05/11/06 | Airfare - Mark Pugsley 4/5/06 SLC/LV - American Express | 470.30 |
| 05/11/06 | Airfare - Mark Pugsley 4/14/06 SLC/LA/SLC - American Express | 408.60 |
| 05/11/06 | Airfare - Mark Pugsley 4/5/06 LV/SLC - American Express | 131.30 |
| 05/11/06 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 25.00 |
| 05/11/06 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 25.00 |
| 05/04/06 | Travel Expense 4/12 13/06 SLC/LV/SLC, Car Rental - Annette W. Jarvis | 201.33 |
| 05/10/06 | Travel Expense 4/14/06 SLC/LV/SLC, Carfare - Mark W. Pugsley | 19.00 |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006

| | | |
|---|---|---:|
| 05/10/06 | Travel Expense 4/19/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 106.58 |
| 05/10/06 | Travel Expense 4/27 28/06 SLC/LV/SLC, Lodging, Car Rental, Parking - Mark W. Pugsley | 559.65 |
| 05/10/06 | Travel Expense 5/3/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 105.98 |
| 05/10/06 | Travel Expense 4/18 20/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Steven C. Strong | 801.07 |
| 05/10/06 | Travel Expense 4/25/06 SLC/LV/SLC, Airfare, Car Rental, Parking - Kevin G. Glade | 321.35 |
| 05/25/06 | Travel Expense 5/8/06 SLC/LV/SLC, Airfare, Carfare, Parking - Kevin G. Glade | 285.60 |
| 05/25/06 | Travel Expense 5/10 11/06 SLC/LV/SLC, Lodging, Airfare, Carfare, Parking - Kevin G. Glade | 508.51 |
| 05/25/06 | Travel Expense 5/18 19/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Kevin G. Glade | 513.63 |
| 05/25/06 | Travel Expense 4/5/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 670.60 |
| 05/25/06 | Travel Expense 4/17/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 504.60 |
| 05/25/06 | Travel Expense 5/2/06 SLC/LV/SLC, Lodging - Annette W. Jarvis | 227.81 |
| 05/25/06 | Travel Expense 6/4 6/06 SLC/LV/SLC, Airfare - Annette W. Jarvis | 1075.89 |
| 05/26/06 | Travel Expense 5/8 11/06 SLC/LV/SLC, Lodging, Airfare, Car Rental - Stephen C. Tingey | 1478.48 |
| 05/26/06 | Travel Expense 5/11/06 SLC/LV/SLC, Airfare - Stephen C. Tingey | 183.50 |
| 05/26/06 | Travel Expense 5/14 16/06 SLC/LV/SLC, Lodging, Car Rental - Stephen C. Tingey | 685.29 |
| 05/10/06 | UCC Search - Kevin G. Glade | 202.00 |
| 05/10/06 | UCC Searches - Kevin G. Glade | 847.00 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 357.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 364.00 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 19.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 383.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 156.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 383.50 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 435.50 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 455.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 130.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 351.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 13.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 104.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 390.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 208.00 |
| 05/31/06 | Investigative Services - Carco Group, Inc. | 703.50 |
| 05/31/06 | Federal Express Charges | 83.41 |
| 05/31/06 | Long Distance Telephone Charges | 101.67 |

Client No. 34585                                        Page:     3
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


```
05/31/06  Database Legal Research                 7115.02
05/31/06  Facsimile Expense (Outgoing)              27.50
05/31/06  Copying Expense                          561.20
05/31/06  Exhibit Tabs                               1.20
05/31/06  File Petition                            350.00
05/31/06  Filing Fees                              181.00
05/31/06  Business Meal(s)                         428.23
05/31/06  Facsimile Long Distance Charges            6.13
                                                -----------
```

     TOTAL COSTS ADVANCED                          $25,360.23

Client Address:    DEBTOR USA COMMERCIAL MORTGAGE CO., E
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**    Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/01/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 10:44 120 MONSON DOUGLAS M | 1818927 |
| rq&n | 05/01/06 | | $7.80 | 064 | 39 | Copying Expense 050106 BROWN PATRICIA | 1818928 |
| rq&n | 05/01/06 | | $0.40 | 064 | 2 | Copying Expense 050106 BROWN PATRICIA | 1818929 |
| rq&n | 05/01/06 | | $0.20 | 064 | 1 | Copying Expense 050106 BROWN PATRICIA | 1818930 |
| rq&n | 05/02/06 | | $3.60 | 064 | 18 | Copying Expense 050206 BINGHAM KAREN | 1819226 |
| rq&n | 05/02/06 | | $0.40 | 064 | 2 | Copying Expense 050206 BROWN PATRICIA | 1819227 |
| rq&n | 05/02/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 7022554433 LAS VEGA NV 11:39 480 MONSON DOUGLAS M | 1819228 |
| rq&n | 05/02/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:49 120 MONSON DOUGLAS M | 1819229 |
| rq&n | 05/02/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 13:03 240 STRONG STEVEN | 1819230 |
| rq&n | 05/02/06 | | $0.20 | 064 | 1 | Copying Expense 050206 BROWN PATRICIA | 1819231 |
| rq&n | 05/02/06 | | $0.40 | 064 | 2 | Copying Expense 050206 HANSEN ALISON | 1819232 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/02/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:09 120 STRONG STEVEN | 1819233 |
| tsu | 05/02/06 | | $106.74 | 019 | 1 | Westlaw | 1822254 |
| rq&n | 05/03/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 10:58 0 STRONG STEVEN | 1819610 |
| rq&n | 05/03/06 | | $0.60 | 064 | 3 | Copying Expense 050306 BROWN PATRICIA | 1819611 |
| rq&n | 05/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:45 60 STRONG STEVEN | 1819612 |
| rq&n | 05/03/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:47 60 STRONG STEVEN | 1819613 |
| rq&n | 05/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023887185 LAS VEGA NV 18:16 60 MONSON DOUGLAS M | 1819614 |
| jenkn | 05/03/06 | | $2,072.00 | 019 | 1 | Lexis | 1821600 |
| jarvs | 05/04/06 | 139197 | $357.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819260 |
| jarvs | 05/04/06 | 139197 | $364.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819261 |
| jarvs | 05/04/06 | 139197 | $19.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819262 |
| jarvs | 05/04/06 | 139197 | $383.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819263 |
| jarvs | 05/04/06 | 139197 | $156.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819266 |
| jarvs | 05/04/06 | 139195 | $201.33 | 118 | 1 | Travel Expense 4/12 13/06 SLC/LV/SLC, Car Rental - Annette W. Jarvis | 1819268 |
| jarvs | 05/04/06 | 139192 | $289.60 | 111 | 1 | Airfare - Elaine Monson 4/24/06 SLC/LV/SLC - Bankcard Center | 1819277 |
| jarvs | 05/04/06 | 139192 | $262.60 | 111 | 1 | Airfare - Annette Jarvis 4/26/06 SLC/LV/SLC - Bankcard Center | 1819280 |
| rq&n | 05/04/06 | | $2.00 | 064 | 10 | Copying Expense 050406 CRIST SHANNON | 1819828 |
| rq&n | 05/04/06 | | $3.60 | 064 | 18 | Copying Expense 050406 CRIST SHANNON | 1819829 |
| rq&n | 05/04/06 | | $0.20 | 064 | 1 | Copying Expense 050406 CRIST SHANNON | 1819830 |
| rq&n | 05/04/06 | | $0.20 | 064 | 1 | Copying Expense 050406 HANSEN ALISON | 1819831 |
| rq&n | 05/04/06 | | $9.00 | 021 | 18 | Facsimile Expense (Outgoing) 17023857743 STRONG STEVEN | 1819832 |
| rq&n | 05/04/06 | | $2.19 | 491 | 1 | Facsimile Long Distance Charges 17023857743 STRONG STEVEN | 1819833 |
| rq&n | 05/04/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8042870905 RICHMOND VA 15:32 60 MONSON DOUGLAS M | 1819834 |
| rq&n | 05/04/06 | | $0.64 | 014 | 1 | Long Distance Telephone Charges 8133176103 TAMPA, F FL 15:36 780 MONSON DOUGLAS M | 1819835 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/04/06 | | $0.38 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:06 420 MONSON DOUGLAS M | 1819836 |
| rq&n | 05/04/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:07 0 STRONG STEVEN | 1819837 |
| rq&n | 05/04/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 3179791700 INDIANAP IN 17:46 60 MONSON DOUGLAS M | 1819838 |
| rq&n | 05/04/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 18:03 0 STRONG STEVEN | 1819839 |
| rq&n | 05/04/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3177506720 INDIANAP IN 19:43 60 MONSON DOUGLAS M | 1819840 |
| rq&n | 05/05/06 | | $1.60 | 064 | 8 | Copying Expense 050506 MONSON DOUGLAS M | 1820589 |
| rq&n | 05/05/06 | | $10.40 | 064 | 52 | Copying Expense 050506 HANSEN ALISON | 1820590 |
| rq&n | 05/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8042870905 RICHMOND VA 09:06 60 MONSON DOUGLAS M | 1820591 |
| rq&n | 05/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 09:12 60 MONSON DOUGLAS M | 1820592 |
| rq&n | 05/05/06 | | $0.21 | 014 | 1 | Long Distance Telephone Charges 4065392593 BOZEMAN, MT 09:22 240 MONSON DOUGLAS M | 1820593 |
| rq&n | 05/05/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2129670895 NEW YORK NY 09:37 120 MONSON DOUGLAS M | 1820594 |
| rq&n | 05/05/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7142240270 ANAHEIM, CA 09:40 120 MONSON DOUGLAS M | 1820595 |
| rq&n | 05/05/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9257887180 WALNUT C CA 09:42 60 MONSON DOUGLAS M | 1820596 |
| rq&n | 05/05/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7862289035 NORTH DA FL 09:45 60 MONSON DOUGLAS M | 1820597 |
| rq&n | 05/05/06 | | $4.50 | 021 | 9 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820598 |
| rq&n | 05/05/06 | | $0.34 | 014 | 1 | Long Distance Telephone Charges 6612846104 SNCA NHC CA 10:51 360 MONSON DOUGLAS M | 1820599 |
| rq&n | 05/05/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 11:55 120 MONSON DOUGLAS M | 1820600 |
| rq&n | 05/05/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 12:40 0 STRONG STEVEN | 1820601 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/05/06 | | $0.36 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 13:11 420 MONSON DOUGLAS M | 1820602 |
| rq&n | 05/05/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 7027340822 LAS VEGA NV 13:28 300 MONSON DOUGLAS M | 1820603 |
| rq&n | 05/05/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 3179791700 INDIANAP IN 13:34 360 MONSON DOUGLAS M | 1820604 |
| rq&n | 05/05/06 | | $0.19 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 13:44 180 STRONG STEVEN | 1820605 |
| rq&n | 05/05/06 | | $3.80 | 064 | 19 | Copying Expense 050506 HANSEN ALISON | 1820606 |
| rq&n | 05/05/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 16:05 300 MONSON DOUGLAS M | 1820607 |
| rq&n | 05/05/06 | | $3.50 | 021 | 7 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820608 |
| rq&n | 05/05/06 | | $22.00 | 064 | 110 | Copying Expense 050506 HANSEN ALISON | 1820609 |
| jarvs | 05/05/06 | | $12.58 | 013 | 1 | Federal Express Charges | 1825282 |
| rq&n | 05/08/06 | | $0.93 | 014 | 1 | Long Distance Telephone Charges 9518268302 , CA CA 09:30 1140 MONSON DOUGLAS M | 1820610 |
| rq&n | 05/08/06 | | $0.80 | 064 | 4 | Copying Expense 050806 HANSEN ALISON | 1820611 |
| rq&n | 05/08/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 6314862820 W COMMAC NY 09:58 300 MONSON DOUGLAS M | 1820612 |
| rq&n | 05/08/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7023886709 LAS VEGA NV 11:07 60 HURST CARRIE | 1820613 |
| rq&n | 05/08/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 7023825036 LAS VEGA NV 12:14 540 HURST CARRIE | 1820614 |
| rq&n | 05/08/06 | | $0.20 | 064 | 1 | Copying Expense 050806 HURST CARRIE | 1820615 |
| kottr | 05/08/06 | | $1,105.74 | 019 | 1 | Westlaw | 1822232 |
| rq&n | 05/09/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 10:01 180 MONSON DOUGLAS M | 1820616 |
| rq&n | 05/09/06 | | $5.60 | 064 | 28 | Copying Expense 050906 MONSON DOUGLAS M | 1820617 |
| rq&n | 05/09/06 | | $2.80 | 064 | 14 | Copying Expense 050906 HANSEN ALISON | 1820618 |
| rq&n | 05/09/06 | | $0.60 | 064 | 3 | Copying Expense 050906 MONSON DOUGLAS M | 1820619 |
| rq&n | 05/09/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 14:27 60 MONSON DOUGLAS M | 1820620 |
| rq&n | 05/09/06 | | $2.60 | 064 | 13 | Copying Expense 050906 HANSEN ALISON | 1820621 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 HANSEN ALISON | 1820622 |
| rq&n | 05/09/06 | | $20.40 | 064 | 102 | Copying Expense 050906 HANSEN ALISON | 1820623 |
| rq&n | 05/09/06 | | $44.40 | 064 | 222 | Copying Expense 050906 HANSEN ALISON | 1820624 |
| rq&n | 05/09/06 | | $0.20 | 064 | 1 | Copying Expense 050906 HANSEN ALISON | 1820625 |
| rq&n | 05/09/06 | | $2.00 | 021 | 4 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820626 |
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 HANSEN ALISON | 1820627 |
| rq&n | 05/09/06 | | $3.40 | 064 | 17 | Copying Expense 050906 HANSEN ALISON | 1820628 |
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 MONSON DOUGLAS M | 1820629 |
| jarvs | 05/09/06 | | $26.46 | 013 | 1 | Federal Express Charges | 1825293 |
| jarvs | 05/10/06 | 139237 | $847.00 | 207 | 1 | UCC Searches - Kevin G. Glade | 1819930 |
| jarvs | 05/10/06 | 139237 | $321.35 | 118 | 1 | Travel Expense 4/25/06 SLC/LV/SLC, Airfare, Car Rental, Parking - Kevin G. Glade | 1819931 |
| jarvs | 05/10/06 | 139237 | $7.41 | 474 | 1 | Business Meal(s) 4/25/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1819932 |
| jarvs | 05/10/06 | 139237 | $202.00 | 207 | 1 | UCC Search - Kevin G. Glade | 1819933 |
| jarvs | 05/10/06 | 139250 | $19.00 | 118 | 1 | Travel Expense 4/14/06 SLC/LV/SLC, Carfare - Mark W. Pugsley | 1819961 |
| jarvs | 05/10/06 | 139250 | $4.28 | 474 | 1 | Business Meal(s) 4/14/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819962 |
| jarvs | 05/10/06 | 139250 | $106.58 | 118 | 1 | Travel Expense 4/19/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 1819963 |
| jarvs | 05/10/06 | 139250 | $57.14 | 474 | 1 | Business Meal(s) 4/19/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819964 |
| jarvs | 05/10/06 | 139250 | $559.65 | 118 | 1 | Travel Expense 4/27 28/06 SLC/LV/SLC, Lodging, Car Rental, Parking - Mark W. Pugsley | 1819965 |
| jarvs | 05/10/06 | 139250 | $51.58 | 474 | 1 | Business Meal(s) 4/27 28/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819966 |
| jarvs | 05/10/06 | 139250 | $105.98 | 118 | 1 | Travel Expense 5/3/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 1819967 |
| jarvs | 05/10/06 | 139250 | $56.70 | 474 | 1 | Business Meal(s) 5/3/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819968 |
| jarvs | 05/10/06 | 139257 | $801.07 | 118 | 1 | Travel Expense 4/18 20/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Steven C. Strong | 1819983 |
| jarvs | 05/10/06 | 139257 | $38.18 | 474 | 1 | Business Meal(s) 4/18 20/06 SLC/LV/SLC, Meals - Steven C. Strong | 1819984 |
| rq&n | 05/10/06 | | $0.18 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 09:45 180 MONSON DOUGLAS M | 1820864 |
| rq&n | 05/10/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 09:49 120 MONSON DOUGLAS M | 1820865 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/10/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 12:12 0 MONSON DOUGLAS M | 1820866 |
| rq&n | 05/10/06 | | $135.00 | 064 | 675 | Copying Expense 051006 JARVIS ANNETTE | 1820867 |
| rq&n | 05/10/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3172627054 INDIANAP IN 13:56 60 MONSON DOUGLAS M | 1820868 |
| rq&n | 05/10/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023839999 LAS VEGA NV 15:35 60 MONSON DOUGLAS M | 1820869 |
| frisc | 05/10/06 | | $84.07 | 019 | 1 | Westlaw | 1822225 |
| pugsl | 05/11/06 | 139266 | $231.30 | 111 | 1 | Airfare - Mark Pugsley 3/30/06 LV/SLC - American Express | 1820896 |
| pugsl | 05/11/06 | 139266 | $759.30 | 111 | 1 | Airfare - Mark Pugsley 3/31/06 SLC/LV/SLC - American Express | 1820897 |
| pugsl | 05/11/06 | 139266 | $470.30 | 111 | 1 | Airfare - Mark Pugsley 4/5/06 SLC/LV - American Express | 1820898 |
| jarvs | 05/11/06 | 139266 | $408.60 | 111 | 1 | Airfare - Mark Pugsley 4/14/06 SLC/LA/SLC - American Express | 1820899 |
| pugsl | 05/11/06 | 139266 | $131.30 | 111 | 1 | Airfare - Mark Pugsley 4/5/06 LV/SLC - American Express | 1820900 |
| madsn | 05/11/06 | 139266 | $25.00 | 111 | 1 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 1820906 |
| madsn | 05/11/06 | 139266 | $25.00 | 111 | 1 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 1820907 |
| rq&n | 05/11/06 | | $0.60 | 064 | 3 | Copying Expense 051106 BROWN PATRICIA | 1821066 |
| rq&n | 05/11/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 12:06 120 MONSON DOUGLAS M | 1821067 |
| rq&n | 05/11/06 | | $32.00 | 064 | 160 | Copying Expense 051106 HURST CARRIE | 1821068 |
| rq&n | 05/11/06 | | $0.20 | 064 | 1 | Copying Expense 051106 HURST CARRIE | 1821069 |
| frisc | 05/11/06 | | $13.16 | 019 | 1 | Westlaw | 1823218 |
| jarvs | 05/11/06 | | $0.00 | 079 | 100 | Exhibit Tabs | 1824359 |
| jarvs | 05/11/06 | | $0.00 | 079 | 60 | Exhibit Tabs | 1824360 |
| rq&n | 05/12/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7027845700 LAS VEGA NV 10:19 180 HANSEN ALISON | 1821541 |
| rq&n | 05/12/06 | | $3.40 | 064 | 17 | Copying Expense 051206 HANSEN ALISON | 1821542 |
| rq&n | 05/12/06 | | $11.00 | 064 | 55 | Copying Expense 051206 HANSEN ALISON | 1821543 |
| rq&n | 05/12/06 | | $0.20 | 064 | 1 | Copying Expense 051206 HANSEN ALISON | 1821544 |
| rq&n | 05/15/06 | | $27.80 | 064 | 139 | Copying Expense 051506 CARLESON KAY | 1821545 |
| rq&n | 05/15/06 | | $0.40 | 064 | 2 | Copying Expense 051506 BROWN PATRICIA | 1821546 |
| rq&n | 05/15/06 | | $0.80 | 064 | 4 | Copying Expense 051506 BROWN PATRICIA | 1821547 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/15/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7348342675 ANN ARBO MI 15:32 960 MONSON ELAINE A | 1821548 |
| rq&n | 05/15/06 | | $25.40 | 064 | 127 | Copying Expense 051506 MONSON ELAINE A | 1821549 |
| monso | 05/15/06 | | $554.96 | 019 | 1 | Westlaw | 1823228 |
| monso | 05/15/06 | | $1,014.31 | 019 | 1 | Westlaw | 1823229 |
| rq&n | 05/16/06 | | $1.20 | 064 | 6 | Copying Expense 051606 MONSON DOUGLAS M | 1822160 |
| rq&n | 05/16/06 | | $1.40 | 064 | 7 | Copying Expense 051606 MONSON DOUGLAS M | 1822161 |
| rq&n | 05/16/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7027845700 LAS VEGA NV 12:07 60 HANSEN ALISON | 1822162 |
| rq&n | 05/16/06 | | $3.00 | 064 | 15 | Copying Expense 051606 HANSEN ALISON | 1822163 |
| rq&n | 05/16/06 | | $5.80 | 064 | 29 | Copying Expense 051606 HANSEN ALISON | 1822164 |
| rq&n | 05/17/06 | | $0.40 | 064 | 2 | Copying Expense 051706 HANSEN ALISON | 1822165 |
| rq&n | 05/17/06 | | $3.40 | 064 | 17 | Copying Expense 051706 HANSEN ALISON | 1822166 |
| rq&n | 05/17/06 | | $8.60 | 064 | 43 | Copying Expense 051706 BROWN PATRICIA | 1822167 |
| rq&n | 05/17/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:38 120 MONSON DOUGLAS M | 1822168 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 MONSON DOUGLAS M | 1822510 |
| rq&n | 05/18/06 | | $6.20 | 064 | 31 | Copying Expense 051806 HANSEN ALISON | 1822511 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 HANSEN ALISON | 1822512 |
| rq&n | 05/18/06 | | $1.60 | 064 | 8 | Copying Expense 051806 HANSEN ALISON | 1822513 |
| rq&n | 05/18/06 | | $8.20 | 064 | 41 | Copying Expense 051806 HANSEN ALISON | 1822514 |
| rq&n | 05/18/06 | | $2.20 | 064 | 11 | Copying Expense 051806 HANSEN ALISON | 1822515 |
| rq&n | 05/18/06 | | $5.80 | 064 | 29 | Copying Expense 051806 HANSEN ALISON | 1822516 |
| rq&n | 05/18/06 | | $5.60 | 064 | 28 | Copying Expense 051806 HANSEN ALISON | 1822517 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 HANSEN ALISON | 1822518 |
| rq&n | 05/19/06 | | $5.80 | 064 | 29 | Copying Expense 051906 BROWN PATRICIA | 1822750 |
| rq&n | 05/19/06 | | $0.40 | 064 | 2 | Copying Expense 051906 BROWN PATRICIA | 1822751 |
| jarvs | 05/19/06 | | $1.20 | 064 | 6 | Copying Expense LILYQUIST LINDA | 1823143 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823144 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823145 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823146 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 05/19/06 | | $56.80 | 064 | 284 | Copying Expense TINGEY STEVE | 1823147 |
| jarvis | 05/19/06 | 74479 | $150.00 | 065 | 1 | Copying Expense (outside office) - - Property Insight, LLC | 1823703 |
| monso | 05/19/06 | | $1,237.66 | 019 | 1 | Westlaw | 1825012 |
| jarvis | 05/19/06 | | $14.89 | 013 | 1 | Federal Express Charges | 1825341 |
| jarvis | 05/22/06 | 139339 | $91.19 | 014 | 1 | Conference Call 4/13/06 - AT&T | 1822791 |
| rq&n | 05/22/06 | | $1.40 | 064 | 7 | Copying Expense 052206 HANSEN ALISON | 1823119 |
| rq&n | 05/22/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 214457 6107 GRANDPRA TX 15:48 180 MONSON DOUGLAS M | 1823120 |
| rq&n | 05/22/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 214457 6107 GRANDPRA TX 17:34 60 MONSON DOUGLAS M | 1823121 |
| jarvis | 05/22/06 | | $2.20 | 064 | 11 | Copying Expense LILYQUIST LINDA | 1823148 |
| rq&n | 05/23/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 916941 6140 FOLSOM, CA 11:36 0 HURST CARRIE | 1823683 |
| rq&n | 05/23/06 | | $5.50 | 021 | 11 | Facsimile Expense (Outgoing) 1916941 6140 HURST CARRIE | 1823684 |
| rq&n | 05/23/06 | | $1.75 | 491 | 1 | Facsimile Long Distance Charges 1916941 6140 HURST CARRIE | 1823685 |
| rq&n | 05/24/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 713917 1524 HOUSTON, TX 10:36 480 MONSON DOUGLAS M | 1823954 |
| rq&n | 05/24/06 | | $2.80 | 064 | 14 | Copying Expense 052406 HURST CARRIE | 1823955 |
| rq&n | 05/24/06 | | $0.60 | 064 | 3 | Copying Expense 052406 HURST CARRIE | 1823956 |
| rq&n | 05/24/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 1775786 1177 JARVIS ANNETTE | 1823957 |
| rq&n | 05/24/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 1775786 1177 JARVIS ANNETTE | 1823958 |
| rq&n | 05/24/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 1310228 5788 JARVIS ANNETTE | 1823959 |
| rq&n | 05/24/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 1310228 5788 JARVIS ANNETTE | 1823960 |
| jarvis | 05/25/06 | 139413 | $285.60 | 118 | 1 | Travel Expense 5/8/06 SLC/LV/SLC, Airfare, Carfare, Parking - Kevin G. Glade | 1823998 |
| jarvis | 05/25/06 | 139413 | $10.74 | 474 | 1 | Business Meal(s) 5/8/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1823999 |
| jarvis | 05/25/06 | 139413 | $508.51 | 118 | 1 | Travel Expense 5/10 11/06 SLC/LV/SLC, Lodging, Airfare, Carfare, Parking - Kevin G. Glade | 1824000 |
| jarvis | 05/25/06 | 139413 | $40.75 | 474 | 1 | Business Meal(s) 5/10 11/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1824001 |
| jarvis | 05/25/06 | 139413 | $513.63 | 118 | 1 | Travel Expense 5/18 19/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Kevin G. Glade | 1824002 |
| jarvis | 05/25/06 | 139413 | $19.75 | 474 | 1 | Business Meal(s) 5/18 19/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1824003 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 05/25/06 | 139418 | $670.60 | 118 | 1 | Travel Expense 4/5/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 1824011 |
| jarvs | 05/25/06 | 139418 | $504.60 | 118 | 1 | Travel Expense 4/17/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 1824012 |
| jarvs | 05/25/06 | 139418 | $227.81 | 118 | 1 | Travel Expense 5/2/06 SLC/LV/SLC, Lodging - Annette W. Jarvis | 1824013 |
| jarvs | 05/25/06 | 139418 | $15.27 | 474 | 1 | Business Meal(s) 5/2/06 SLC/LV/SLC, Meals - Annette W. Jarvis | 1824014 |
| jarvs | 05/25/06 | 139418 | $1,075.89 | 118 | 1 | Travel Expense 6/4 6/06 SLC/LV/SLC, Airfare - Annette W. Jarvis | 1824015 |
| rq&n | 05/25/06 | | $15.60 | 064 | 78 | Copying Expense 052506 BROWN PATRICIA | 1824243 |
| rq&n | 05/25/06 | | $0.80 | 064 | 4 | Copying Expense 052506 MONSON DOUGLAS M | 1824244 |
| rq&n | 05/25/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 4065867355 BOZEMAN, MT 14:11 180 MONSON DOUGLAS M | 1824245 |
| rq&n | 05/25/06 | | $1.40 | 064 | 7 | Copying Expense 052506 BROWN PATRICIA | 1824246 |
| jarvs | 05/25/06 | 74520 | $175.00 | 198 | 1 | File Petition - Permission to Practice Pro Hac Vice (S. Strong) - United States District Court | 1824631 |
| jarvs | 05/25/06 | 74519 | $175.00 | 198 | 1 | File Petition - Permission to Practice Pro Hac Vice (D. Monson)- United States District Court | 1824635 |
| mons | 05/25/06 | | $683.52 | 019 | 1 | Westlaw | 1829550 |
| jarvs | 05/26/06 | 139438 | $1,478.48 | 118 | 1 | Travel Expense 5/8 11/06 SLC/LV/SLC, Lodging, Airfare, Car Rental - Stephen C. Tingey | 1824029 |
| jarvs | 05/26/06 | 139438 | $80.32 | 474 | 1 | Business Meal(s) 5/8 11/06 SLC/LV/SLC, Meals - Stephen C. Tingey | 1824030 |
| jarvs | 05/26/06 | 139438 | $183.50 | 118 | 1 | Travel Expense 5/11/06 SLC/LV/SLC, Airfare - Stephen C. Tingey | 1824031 |
| jarvs | 05/26/06 | 139438 | $685.29 | 118 | 1 | Travel Expense 5/14 16/06 SLC/LV/SLC, Lodging, Car Rental - Stephen C. Tingey | 1824032 |
| jarvs | 05/26/06 | 139438 | $46.11 | 474 | 1 | Business Meal(s) 5/14 16/06 SLC/LV/SLC, Meals - Stephen C. Tingey | 1824033 |
| jarvs | 05/26/06 | 139450 | $383.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824042 |
| jarvs | 05/26/06 | 139450 | $435.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824044 |
| jarvs | 05/26/06 | 139450 | $455.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824047 |
| jarvs | 05/26/06 | 139450 | $130.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824048 |
| jarvs | 05/26/06 | 139450 | $351.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824049 |
| jarvs | 05/26/06 | 139450 | $13.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824050 |
| jarvs | 05/26/06 | 139450 | $104.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824051 |
| jarvs | 05/26/06 | 139450 | $390.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824054 |
| jarvs | 05/26/06 | 139450 | $208.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824055 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/26/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 8056929711 SANBARBA CA 08:55 120 HURST CARRIE | 1824597 |
| rq&n | 05/26/06 | | $0.43 | 014 | 1 | Long Distance Telephone Charges 3057438181 KEYS, FL FL 09:04 480 HURST CARRIE | 1824598 |
| rq&n | 05/26/06 | | $3.40 | 064 | 17 | Copying Expense 052606 BROWN PATRICIA | 1824599 |
| rq&n | 05/26/06 | | $0.80 | 064 | 4 | Copying Expense 052606 BROWN PATRICIA | 1824600 |
| rq&n | 05/26/06 | | $0.40 | 064 | 2 | Copying Expense 052606 BROWN PATRICIA | 1824601 |
| rq&n | 05/26/06 | | $0.60 | 064 | 3 | Copying Expense 052606 HURST CARRIE | 1824602 |
| rq&n | 05/26/06 | | $0.20 | 064 | 1 | Copying Expense 052606 HANSEN ALISON | 1824603 |
| jarvs | 05/26/06 | | $2.40 | 064 | 12 | Copying Expense SORENSON JAMES | 1824698 |
| jarvs | 05/26/06 | | $0.60 | 064 | 3 | Copying Expense SORENSON JAMES | 1824699 |
| mons | 05/26/06 | | $242.86 | 019 | 1 | Westlaw | 1829549 |
| jarvs | 05/30/06 | 139473 | $181.00 | 262 | 1 | Filing Fee - Wells Fargo Remittance Center | 1824658 |
| jarvs | 05/30/06 | | $1.20 | 079 | 8 | Exhibit Tabs | 1833040 |
| jarvs | 05/31/06 | 139494 | $703.50 | 322 | 1 | Investigative Services - Carco Group, Inc. | 1824755 |
| rq&n | 05/31/06 | | $5.60 | 064 | 28 | Copying Expense 310506 HURST CARRIE | 1828468 |
| rq&n | 05/31/06 | | $22.40 | 064 | 112 | Copying Expense 053106 BOUVIER DAWN | 1828469 |
| jarvs | 05/31/06 | | $29.48 | 013 | 1 | Federal Express Charges | 1831114 |
| COST TOTAL | | | $25,360.23 | | | | |

*"Exhibit E-1"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 31, 2006
Las Vegas, NV  89121                                       Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 06/01/06 A Jarvis | .30 | Conference with M. Olson regarding press release. |
| 06/01/06 A Jarvis | .50 | Review loan documentation, issues regarding servicing authority. |
| 06/01/06 A Jarvis | 1.30 | Conference with investor regarding case issues, requested information. |
| 06/01/06 A Jarvis | .90 | Conferences with T. Allison regarding case issues, preparation for hearings. |
| 06/01/06 A Jarvis | .50 | Conference with T. Allison and investor regarding reorganization, case administration issues. |
| 06/01/06 A Jarvis | .30 | Correspondence with S. C. Strong regarding motion to hold funds, Allison declaration. |
| 06/01/06 A Jarvis | .80 | Conference with S. C. Strong regarding motion to hold funds, continuance. |
| 06/01/06 A Jarvis | .80 | Conference with S. C. Strong regarding motion to hold funds, issues relating to same. |
| 06/01/06 A Jarvis | .30 | Correspondence on Rule 2019 letter requesting information on multiple representations. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006

06/01/06 A Jarvis        .50 Correspondence with investors regarding
                             requested information.

06/01/06 A Jarvis        .50 Correspondence on document requests,
                             production, review of documents.

06/01/06 A Jarvis        .30 Correspondence on cash forecast.

06/01/06 E Monson        .20 Follow up with C. Hurst regarding issues
                             relating to mailing matrix (.2).

06/01/06 S Strong       2.10 Review email from A. Jarvis regarding R. 2019
                             disclosures required by attorneys
                             representing more than one investor/creditor,
                             review opposition filed by M. Guymon for
                             various lenders, and draft letter to M.
                             Guymon regarding same (1.3); confer with D.
                             Monson regarding his prior communications
                             with and information from M. Guymon and
                             review emails exchanged (0.3); revise and
                             finalize letter to M. Guymon regarding
                             required disclosures and oversee transmittal
                             of same (0.5).

06/01/06 S Strong       2.20 Exchange emails with J. McPherson regarding
                             status of stipulation requesting continuance
                             on Motion to Hold Funds (0.1), review various
                             emails from parties regarding same (0.2),
                             exchange emails with A. Jarvis regarding same
                             (0.1), review stipulation as lodged with
                             Court today (0.2), and exchange followup
                             emails with L. Schwartzer regarding
                             expectations for Judge's treatment of
                             stipulation (0.2); continue analysis for and
                             drafting of proposed Reply in support of
                             motion to hold funds (1.4).

06/01/06 S Strong       1.00 T/c w/ investor M.L. Smith regarding court's
                             ruling regarding Bundy Canyon investor funds
                             and other issues concerning case status (0.4);
                             review Loan Summary regarding 115 serviced
                             loans and exchange emails with M. Olson and S.
                             Smith regarding same (0.3); review Rule 2019
                             statement filed by Jones Vargas and exchange
                             emails with A. Jarvis regarding separate
                             representation of certain committee members
                             (0.3).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 31, 2006


06/01/06 S Strong          .70 T/c w/ M. Kehl regarding status of revised
                               13-week cash budget (0.1); review revised
                               budget as circulated by M. Kehl and related
                               emails (0.6).

06/01/06 S Strong          .40 Review emails from M. Kehl, S. Smith and A.
                               Jarvis regarding IP separation issues (0.2);
                               forward emails to S. Tingey and discuss issues
                               with him (0.2).

06/01/06 C Hurst          1.80 Finalize and transmit S. C. Strong ECF
                               Application to Nevada Bankruptcy Court (.3);
                               emails with E. A. Monson regarding master
                               service list status (.2); email to S. Smith
                               regarding investor address changes (.3).

06/02/06 A Jarvis          .40 Correspondence on preparation of budget.

06/02/06 A Jarvis          .80 Correspondence on Motion to Hold Funds (.5);
                               conference with S. C. Strong regarding same
                               (.3).

06/02/06 A Jarvis          .50 Conference with S. C. Strong regarding
                               drafting of Motion to Hold Funds.

06/02/06 S Strong         1.90 Continue analysis for and drafting of Reply in
                               support of motion to hold funds (0.7); confer
                               with J. McPherson regarding status of
                               stipulation for continuance of same (0.2);
                               exchange emails with A. Jarvis regarding same
                               (0.2); t/c with J. McPherson regarding courts
                               position on stipulation and matters to be heard
                               at 6/2/06 hearing (0.2); exchange emails with
                               A. Jarvis regarding same (0.1); review courts
                               order granting modified approval of stipulation
                               concerning matters to be heard, and forward
                               same to counsel for committees (0.3); exchange
                               emails with A. Jarvis regarding preparations
                               needed on motion to hold funds (0.2).

06/02/06 A Tsu            5.20 Reviewing debtor's motion to temporarily hold
                               funds and objections to same; research same
                               for June 5th hearing.

06/05/06 A Jarvis          .25 Conference with S. C. Strong and S. Smith
                               regarding preparation of Statements and
                               Schedules.

Client No. 34585                                                Page:    4
Debtor USA Commercial Mortgage Co., et al.                     August 31, 2006


06/06/06 A Jarvis          .40  Correspondence on press release issues.

06/06/06 S Tingey          .20  Telephone conference with M. Kehl regarding IP
                                transition issues (0.2).

06/06/06 C Hurst          2.50  Return phone calls to investors/creditors
                                (.4); review updated docket and download
                                service requests and order approving master
                                service list (1.1); e-mail correspondence
                                with Schwartzer & McPherson and E. A. Monson
                                regarding same and begin work on master
                                service list #2 (1.0).

06/07/06 A Jarvis          .40  Correspondence on press release issues.

06/07/06 A Jarvis          .40  Conferences with S. C. Strong regarding
                                Committee motion.

06/07/06 D Monson         1.20  Review e-mails on press release review and
                                content (0.2); telephone call to M. Olson on
                                press release (0.1); e-mail to M. Olson and
                                M. Kehl on press release content (0.2);
                                telephone call from M. Olson on press release
                                issues (0.2); e-mail to M. Olson on language
                                for bankruptcy hearing and order approval
                                process, and discuss press release issues
                                with A. Jarvis (0.5).

06/07/06 E Monson         1.30  Attend strategy meeting with K. G. Glade, D. M.
                                Monson, S. C. Tingey, S. C. Strong and A. W.
                                Jarvis (1.3).

06/07/06 E Monson          .80  Review e-mails from C. Hurst regarding mailing
                                matrix (.1); review cases on subsection 1102
                                (.7).

06/07/06 S Strong         1.10  Review draft list of contracts for Schedule G
                                (0.4); t/c w/ S. Smith regarding same (0.2);
                                confer with C. Hurst regarding details of
                                litigation search needed for debtors SOFAs,
                                exchange emails with her regarding same, and
                                exchange emails with S. Smith regarding same
                                (0.6); review docket and various matters set
                                for 6/21 hearing, and exchange emails with M.
                                Kehl and A. Jarvis regarding same (0.5).

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            August 31, 2006


06/07/06 S Tingey        1.50  Telephone conference with M. Kehl, R. Hilson,
                               M. Olson regarding IP Transition Services
                               Agreement (1.10); revise IP Transition Services
                               Agreement (0.4).

06/07/06 S Waterman       .60  Office conference with S. Strong regarding
                               reply memorandum in support of motion to hold
                               funds.

06/07/06 S Waterman      1.90  Preliminary review of motion to hold funds
                               and issues.

06/07/06 C Hurst         7.24  Office conference with S. C. Strong regarding
                               litigation search for statement of affairs;
                               arrange for Federal Court search; search
                               Clark County database for pending litigation
                               (1.1); office conference with A. W. Jarvis
                               regarding preparation for 6/15 hearing;
                               access and update docket; update hearing
                               binders; prepare new binders; review case
                               cites in Lender's reply briefs (6.3);
                               research status of Bundy Canyon order (.2);
                               e-mail with BMC regarding master service list
                               (.2).

06/07/06 J Zimmer         .90  PACER/Courtlink research

06/08/06 A Jarvis         .40  Correspondence on proposed budget.

06/08/06 A Jarvis         .40  Correspondence with investors regarding
                               administrative issues.

06/08/06 A Jarvis         .50  Conferences with S. C. Strong regarding
                               committee representation motion.

06/08/06 L Jenkins        .10  Conferences with S. Strong regarding meeting to
                               discuss schedules issue.

06/08/06 L Jenkins        .34  Telephone conference with S. Strong and S.
                               Smith regarding discussing various issues
                               related to preparation of schedules.

06/08/06 L Jenkins        .14  Review schedule sent by S. Smith.

06/08/06 D Monson         .40  E-mails on draft Press Release issues, and
                               review draft Press Release from M. Olson (0.4).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006


06/08/06 S Strong        1.70  Review email from S. Smith with questions
                               regarding legal issues in preparing debtors
                               schedules and research and analysis of issues
                               raised (2.2); conference with L. Jenkins
                               regarding same (0.2); participate in
                               teleconference with S. Smith and L. Jenkins
                               regarding same (0.8); follow-up discussions
                               with L. Jenkins regarding same (0.2).

06/08/06 S Strong         .30  Review draft of Master Service List #2 and
                               exchange emails with C. Hurst regarding same.

06/08/06 S Strong        1.10  Review and list motions to be filed tomorrow
                               and discuss same with A. Jarvis (0.3);
                               exchange emails with L. Schwartzer and J.
                               McPherson regarding OST issues respecting
                               motions and hearings needed (0.3); telephone
                               conference with J. McPherson regarding same
                               (0.3); conference with A. Jarvis regarding
                               same (0.2).

06/08/06 S Strong         .20  Review email from M. Kehl regarding need to
                               file revised cash budget, and review revised
                               budget.

06/08/06 S Strong        1.30  Review and analysis of information regarding
                               unremitted principal problem and
                               reconciliation of dollar amounts, and
                               exchange emails with M. Kehl and S. Smith
                               regarding same.

06/08/06 S Waterman      1.80  Review case law and research regarding motion
                               to hold funds reply memo.

06/08/06 C Hurst         5.50  Return calls to creditors/investors (.6);
                               access BMC docket; review and download new
                               pleadings (.6); prepare updates and changes
                               to master service list #2; discussions with
                               E. A. Monson regarding same; e-mails with
                               Schwartzer & McPherson regarding same (4.3).

06/09/06 A Jarvis         .20  Correspondence with J. Milanowski's counsel
                               regarding meeting.

06/09/06 A Jarvis         .30  Correspondence on meeting with J. Milanowski.

06/09/06 L Jenkins        .24  Review issues regarding schedules.

Client No. 34585                                              Page:    7
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/09/06 D Monson        .40  Review e-mails on proposed Press Release (0.2);
                              telephone call from M. Olson on Press Release
                              comments; e-mail on Press Release comments
                              (0.2).

06/09/06 M Pugsley       .30  Review Press Releases (.3).

06/09/06 S Tingey        .80  Revise Transition Services Agreement with
                              Investment Partners (0.8).

06/09/06 A Tsu          1.80  Reviewing cash management motion and status
                              regarding placing funds into an interest
                              bearing account at Bank of America (1.8).

06/09/06 C Hurst        3.04  Review litigation search results; office
                              conference with S. C. Strong regarding same
                              and e-mail Jo Oriti; receipt of known
                              litigation from Jo Oriti - compare against
                              our findings (1.1); access updated docket,
                              download pleadings and update 6/15 hearing
                              binders (2.5).

06/10/06 S Waterman     1.30  Review responses to motion to hold funds.

06/11/06 S Waterman     6.60  Review opposition and cases regarding motion
                              to hold funds.

06/12/06 A Jarvis        .30  Correspondence on Order Shortening Time.

06/12/06 A Jarvis        .20  Telephone conference with T. Allison regarding
                              meeting with J. Milanowski regarding IP pledge;
                              motions to be filed.

06/12/06 A Jarvis        .15  Conference with S. C. Strong regarding
                              statements and schedules.

06/12/06 A Jarvis        .90  Correspondence with investors (.4);
                              correspondence on motions to shorten time
                              (.5).

06/12/06 A Jarvis        .50  Conference with S. T. Waterman regarding
                              motion to hold funds.

06/12/06 L Jenkins       .40  Review contingent liability schedule.

06/12/06 L Jenkins       .44  Review email issues from S. Smith regarding
                              schedules.

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006


06/12/06  D Monson        .50  Review e-mails on posting new Motions for USA
                               Capital website for informational purposes
                               (0.2); review e-mails on revised drafts of
                               Press Release, and discuss Press Release with
                               S. Strong (0.3).

06/12/06  S Strong        .50  Meet with S. Waterman to discuss Reply
                               regarding motion to hold funds and new
                               objections received to same (0.3); review new
                               objections regarding same (0.2).

06/12/06  S Strong        .30  Review Bundy Canyon order as entered and
                               exchange emails with M. Olson regarding
                               implementation of same.

06/12/06  S Strong        .34  Review proposed Notes to debtors schedules
                               and statements (0.5); conference with L.
                               Jenkins regarding same (0.1); exchange emails
                               with S. Smith and M. Kehl regarding same
                               (0.1) and . . .

06/12/06  S Strong        .40  Exchange emails with A. Jarvis, S. Tingey and
                               M. Kehl regarding loan documents relating to
                               Fertitta investments and committees request
                               for same, and review related documents.

06/12/06  S Strong       1.40  Review and edit draft press release from M.
                               Olson regarding 5 motions filed by debtors
                               last week, discuss same with A. Jarvis, and
                               review various emails and revisions regarding
                               same.

06/12/06  S Strong        .60  Review draft of T. Allison statement for
                               debtors website regarding motion for committee
                               reconstitution and ECC, edit same, discuss
                               with A. Jarvis, and review emails and revisions
                               regarding same.

06/12/06  S Strong       1.10  Review electronic docket and prepare list for
                               RQN team of all matters to be heard 6/506 and
                               comments regarding same.

06/12/06  A Tsu          7.20  Research regarding equitable subrogation;
                               drafting section regarding same for reply
                               memo in support of debtor's motion to
                               temporarily hold funds pending a
                               determination of proper recipients.

```
Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 31, 2006
```

06/12/06 S Waterman      5.80  Research regarding motion to hold funds.

06/12/06 S Waterman      2.70  Revise reply memorandum on motion to hold
                               funds.

06/13/06 A Jarvis         .20  Telephone conference with S. C. Strong
                               regarding issues on statements and schedules.

06/13/06 L Jenkins        .44  Review and comments on notes to schedules and
                               statement of affairs.

06/13/06 L Jenkins        .94  Review and comment on notes to schedules and
                               statement of affairs.

06/13/06 B Kotter         .40  Follow up on hearing preparations (.1);
                               review Court electronic filing requirements
                               and local rules for A. W. Jarvis (.3).

06/13/06 D Monson         .20  Review e-mails on Press Release issues and
                               timing for reports and payments to Direct
                               Investors (0.2).

06/13/06 S Strong        1.80  Review and analysis of courts order entered
                               granting motion to return Bundy Canyon $8.9
                               million investor funds, and Orange Coast
                               Titles refusal to return funds (0.3); review
                               emails from A. Jarvis and M. Olson regarding
                               status of Bundy Canyon funds to return to
                               investors (0.1); conference with S. Smith
                               regarding same (0.1); review and analysis of
                               draft letter from S. Bice regarding same
                               (0.2); telephone conference with J. McPherson
                               regarding same (0.4); draft email to A.
                               Jarvis regarding same (0.2); conference with
                               M. Olson and review emails from him regarding
                               same (0.3); review L.V. press article
                               regarding USA case events, and exchange
                               emails with M. Olson regarding same (0.2).

06/13/06 S Strong        3.24  Conference with S. Smith regarding status of
                               work on debtors statements and schedules
                               (0.5); review and edit global notes to
                               statements and schedules, and conference with
                               L. Jenkins regarding same (0.8); participate
                               in meeting with S. Smith, J. Oriti, BMC
                               personnel, R. Hilson and other USA accounting
                               personnel to discuss issues for and drafts of
                               statements and schedules for 5 debtor
                               entities (3.8); research and analysis of

Client No. 34585                                         Page:    10
Debtor USA Commercial Mortgage Co., et al.              August 31, 2006

|            |             |       | various legal issues raised in connection with preparing and presenting schedules and statements for 5 debtors (1.1); telephone conference with L. Jenkins regarding same (0.3). |
|------------|-------------|-------|---|
| 06/13/06   | S Tingey    | 2.80  | Revise Transition Agreement with IP (2.8). |
| 06/13/06   | S Waterman  | 2.40  | Review and revise reply brief on motion to hold funds. |
| 06/14/06   | L Jenkins   | .74   | Review revised notes to schedules and statement of affairs received from S. Smith. |
| 06/14/06   | L Jenkins   | .30   | Conferences with S. Strong regarding discussion of and comments on notes and questions to schedules and statement of affairs. |
| 06/14/06   | M Pugsley   | .40   | Meeting with B. Kotter regarding subpoena (.4). |
| 06/14/06   | S Strong    | 3.60  | Continue revising/drafting notes to Statements and Schedules (0.3); telephone conference with L. Jenkins regarding same (0.1); conference with S. Smith regarding same (0.1); conduct electronic searches regarding pending litigation involving 5 debtors and revise lists for Statements and Schedules (1.1); telephone conference with C. Hurst regarding same (0.2); conference with J. Oriti regarding same (0.1); continue to revise, expand, edit and finalize SOFA item 4.a disclosures of litigation involving 5 debtors (2.2); telephone conference with M. Pugsley regarding administrative proceedings (0.3); conference with M. Olson regarding same (0.1); circulate revised litigation disclosures with explanations to J. Oriti for inclusion in SOFAs for 5 debtors (0.2); further review and editing of Notes to Statements and Schedules for 5 debtors, discussions with S. Smith regarding same, and work with her in finalizing same (2.2); telephone conference with L. Jenkins regarding his comments to same (0.3). |

Client No. 34585                                          Page:    11
Debtor USA Commercial Mortgage Co., et al.                August 31, 2006

06/14/06 S Strong        .60  Review and analysis of objections filed by
                              Fund Committees and JV Direct Lenders to
                              debtors motion for continued use of cash
                              (0.3); discuss same with S. Smith (0.1);
                              discuss same with A. Jarvis (0.2).

06/14/06 S Tingey       1.00  Revise Transition Services Agreement (0.7);
                              conference with M. Pugsley regarding document
                              issues for Transition Agreement (0.3).

06/14/06 C Hurst        2.00  Receipt and respond to calls from investors,
                              claimants (.7); review, begin downloading of
                              pleadings scheduled for June 21 hearing (.8);
                              receipt and review of MSL #2 as filed and
                              correspondence regarding changes (.5).

06/15/06 C Hurst        1.00  Access case calendar for 6/21/06 hearings;
                              further download and organization for 6/21
                              hearing binders.

06/16/06 S Strong       1.04  Review Statements and Schedules as filed, and
                              conference with C. Hurst regarding same
                              (0.5); review email from S. Smith regarding
                              same (0.1); email to RQN team regarding same
                              (0.1); further review and analysis of same
                              (1.4)

06/16/06 S Strong        .70  Conference with E. Monson and D. Monson
                              regarding results of yesterdays hearings and
                              preparations needed for next weeks hearings
                              (0.4); exchange emails with D. Monson, J.
                              McPherson, and L. Schwartzer regarding
                              proposed order on PDG motion (0.2); exchange
                              emails with D. Monson regarding preparation
                              of other orders on hearings recently held
                              (0.1).

06/16/06 C Hurst        4.60  Work on hearing binders for all matters
                              scheduled for 6/21/06 (4.2); office
                              conference with S. C. Strong regarding
                              schedules and statement of affairs;
                              instruction to copy center to download;
                              receipt and brief review of schedules (.8).

06/19/06 A Jarvis        .30  Correspondence with investor regarding
                              progress of case.

```
Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 31, 2006
```

06/19/06 A Jarvis        .20  Correspondence on questions on statements and
                              schedules.

06/19/06 A Jarvis        .50  Draft memo to working group regarding
                              division of labor.

06/19/06 S Strong        .10  Review email from S. Smith and confer with C.
                              Hurst regarding additional information
                              regarding litigation matters needed for
                              amended SOFA for USACM.

06/19/06 S Strong        .30  Confer with C. Hurst regarding motions to be
                              heard this week and preparation of hearing
                              binders for A. W. Jarvis (0.2); confer with
                              A. Tsu docket search for new filings and
                              deadlines (0.1).

06/19/06 C Hurst        7.20  Continue preparation of 6/12 hearing binders
                              (6.3); receipt of e-mails regarding address
                              corrections and resignation of committee
                              members (Congress); forward to BMC (.6);
                              office conference with S. C. Strong regarding
                              preparing list of counsel involved in
                              litigation as set forth in statement of
                              affairs; begin research and preparation of
                              same (.6).

06/20/06 E Monson       9.20  Work on reply in support of DIP Financing
                              Motion (1.3); work on revising J. Allison
                              Declaration (4.0); put together exhibits for
                              T. Allison declaration (.5); proof
                              Declaration, make additional revisions
                              thereto and facilitate filing thereof (1.0);
                              review order and e-mails from A. W. Jarvis on
                              DIP Financing (.5); conference call with S.
                              C. Strong and Ken Ottaviano regarding Order
                              on DIP Financing (.8); follow up with J.
                              McPherson regarding e-mails and issues on
                              Room Development and discuss with D. M.
                              Monson (.4); send e-mails to J. McPherson and
                              A. Stevens and Monty Kehl regarding issues on
                              Room Development loan (.2); follow up on
                              Boise/Gowan loan and review operating
                              agreement and discuss with S. C. Strong (.3);
                              discussion with C. Hurst regarding pleadings
                              for hearings tomorrow (.2).

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          August 31, 2006


06/20/06 S Strong        .40 Telephone conference with investor D. Cadieux,
                             review USA and BMC websites for information for
                             him, and email to him regarding telephonic
                             participation available for tomorrows hearing
                             (0.4).

06/20/06 C Hurst        4.24 Access docket; pull newly filed pleadings
                             relating to 6/21 hearing; update hearing
                             binders (2.0); assist with pulling/indexing
                             case cites in opposition briefs (1.8);
                             organize and tab schedule and statement of
                             affairs binders for all cases (.9).

06/21/06 A Jarvis       1.00 Meeting with T. Allison regarding business
                             needs, furtherance of case in light of
                             rulings.

06/21/06 E Monson        .70 Meet with S. C. Strong and D. M. Monson and
                             discuss upcoming motions to be filed and
                             issues related thereto.

06/21/06 S Strong       2.30 Confer with E. Monson and D. Monson regarding
                             prepaid interest issues and loan/investor
                             reconciliation issues to address in a motion
                             to distribute funds (0.5); research loan
                             documents and legal issues regarding same
                             (1.8).

06/21/06 S Strong       1.14 Exchange emails with A. Jarvis regarding
                             information needed for this mornings hearings
                             (0.2); exchange emails with C. Hurst regarding
                             information for amendments to schedules and
                             statements, and review followup emails
                             regarding same (0.3); exchange emails with M.
                             Kehl regarding status of todays hearings
                             (0.1); telephone conference with A. Jarvis
                             regarding results of todays hearings on
                             various motions and strategies going forward
                             (0.7).

06/21/06 C Hurst        3.54 Access docket; obtain updated Notices of
                             Appearance; review e-mails regarding address
                             additions; changes and work on revisions to
                             master service list #3; forward address
                             changes to BMC and Mesirow (3.4); e-mail
                             exchanges with Schwartzer, McPherson &
                             Mesirow regarding amendments to schedules,
                             matrix (.3).

Client No. 34585                                      Page:   14
Debtor USA Commercial Mortgage Co., et al.            August 31, 2006


06/22/06 E Monson        .80 Discussions with S. C. Strong regarding
                             events at hearing and future course of action
                             in case (.5); discussions with A. W. Jarvis
                             regarding various issues to follow up on in
                             case (.3).

06/22/06 C Hurst        3.30 Download further Notices of Appearance; work
                             on master service list #3 (2.6); respond to
                             creditor/investor inquiries (.5); e-mails to
                             BMC with address updates (.2).

06/23/06 A Jarvis        .30 Correspondence on questions on statements and
                             schedules.

06/23/06 A Jarvis        .80 Correspondence with investors regarding
                             update on case issues.

06/23/06 A Jarvis        .30 Correspondence on meeting with counsel for J.
                             Milanowski.

06/23/06 S Strong        .14 Review amendments to USACMs schedules and
                             statements, and exchange emails with A.
                             Jarvis and S. Smith regarding same (0.3).

06/23/06 S Strong        .40 Confer with A. Jarvis regarding case
                             strategies going forward (0.4).

06/23/06 C Hurst         .50 Further work and follow up on addresses;
                             notices for master service list; return calls
                             to parties inquiring about case.

06/26/06 S Strong        .50 Confer with S. Smith regarding various case
                             administration issues.

06/26/06 C Hurst         .30 Facilitate download and organize amendments
                             to schedules.

06/27/06 S Clark         .50 Conference with Elaine Monson regarding
                             privacy issues.

06/27/06 A Jarvis        .15 Correspondence on statements and schedules.

06/27/06 A Jarvis        .30 Correspondence on meeting with J.
                             Milanowski's counsel.

06/27/06 B Kotter        .40 Legal research on 11 U.S.C. subsection 365
                             issues (.4).