Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          August 31, 2006


06/27/06 E Maragakis      .40  Telephone conference with E. Monson regarding
                               GLB Act; research on same via Westlaw.

06/27/06 E Monson         .50  Review notices of appearance filed by US
                               Attorney and send to C. Hurst (.1); review
                               e-mail from C. Hurst and send reply
                               (.1)conference with A. W. Jarvis and S. C.
                               Strong regarding issues on distribution motion
                               and research on electronic discovery issues
                               (.3).

06/27/06 S Strong        2.30  Review voice message from investor (0.1);
                               review and analysis of proposed investor
                               statements (0.7); telephone conference with S.
                               Smith regarding issues concerning proposed
                               loan-by-loan investor statements (0.5); confer
                               with A. W. Jarvis regarding same (0.2); confer
                               with A. W. Jarvis regarding motions to be filed
                               next week (0.1); review detailed report with
                               investor perspective on June 15 and June 21
                               hearings (0.2); review electronic docket and
                               orders entered today (0.2); review amended
                               schedules of USA (0.3).

06/27/06 C Hurst          .14  Download amended statement of affairs.

06/28/06 A Jarvis         .15  Correspondence on statements and schedules.

06/28/06 A Jarvis         .30  Telephone conference with investor regarding
                               distribution issues.

06/28/06 A Jarvis         .30  Conference with M. Pugsley regarding meeting
                               with counsel for J. Milanowski, agenda
                               regarding same.

06/28/06 A Jarvis         .30  Correspondence with B. J. Kotter on
                               documents, privilege review.

06/28/06 E Monson        1.80  Follow up with L. Schwartzer and J. McPherson
                               regarding bar date to file claims and send
                               e-mail to A. Parlen (.2); discussion with S. C.
                               Strong and B. J. Kotter regarding issues on
                               review of privileged documents (.3); additional
                               discussion with S. C. Strong regarding review
                               of loan files for privilege (.3); meet with G.
                               Jolley and discuss his review of
                               Sandlin/Sheraton loan files (.5); follow up on
                               issues on privilege review and traveling to Las

Client No. 34585                                      Page:   16
Debtor USA Commercial Mortgage Co., et al.           August 31, 2006


                        Vegas (.5).

06/28/06 S Strong       .50  Telephone conference with investor regarding
                             status and events in bankruptcy case (0.3);
                             confer with E. A. Monson regarding claims bar
                             date issues and review emails from E. A.
                             Monson, L. Schwartzer and J. McPherson
                             regarding same (0.2).

06/29/06 A Jarvis       .40  Conference with counsel for J. Milanowski
                             regarding case administrative issue.

06/29/06 A Jarvis       .30  Correspondence on orders, pending matters.

06/29/06 A Jarvis       .30  Email regarding calendaring motions,
                             responsibility for same.

06/29/06 S Strong       .80  Review proposed orders on IP settlement, DIP
                             financing, and cash usage, confer with A. W.
                             Jarvis regarding same, edit same, and send
                             edits to L. Schwartzers office (0.8).

06/30/06 A Jarvis       .50  Correspondence on investor statements, motion
                             to distribute funds, committee positions.

06/30/06 S Strong       .60  Review reorganization proposals from investor
                             (0.3); telephone conference with him regarding
                             same (0.3).

06/30/06 S Strong      1.50  Telephone conference with A. W. Jarvis
                             regarding issues and strategies for motion to
                             distribute funds (0.4); review prior
                             arguments raised by various direct lenders
                             regarding offsetting or netting amounts due
                             to/from lenders, and research case law
                             regarding same for motion to distribute funds
                             (1.1).


TOTAL FOR LEGAL SERVICES RENDERED                    $39,848.50

*"Exhibit E-2"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No. ******

For Legal Services Rendered Through June 30, 2006

Matter No. 34585-00002

Asset Analysis and Recovery

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | .50 | Conference with T. Allison and J. Milanowski regarding IP receivable, recovery of assets. |
| 06/01/06 | A Jarvis | .30 | Correspondence on IP security agreement. |
| 06/01/06 | A Jarvis | .30 | Correspondence on Sheraton issues. |
| 06/01/06 | S Strong | .50 | Confer with K. Glade regarding current negotiations and positions on IP asset pledge (0.2); review revised drafts of IP promissory note and security agreement circulated by K. Glade (0.2); review followup emails from T. Allison and A. Jarvis regarding same (0.1). |
| 06/02/06 | A Jarvis | .50 | Review IP security agreement; conference with K. G. Glade regarding same. |
| 06/03/06 | K Glade | 1.50 | Telephone call with T. Allison and J. Milanowski regarding IP documents (0.3); revise IP documents (0.9); draft related e-mails (0.3). |
| 06/03/06 | A Jarvis | .40 | Telephone conference with K. G. Glade regarding IP security interest. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/05/06 K Glade        2.80  Telephone call with A. Jarvis and T. Allison
                              regarding IP documents (0.2); e-mails from J.
                              Milanowski regarding changes to IP documents
                              (0.2); telephone call with B. Goold regarding
                              changes to IP documents (0.3); telephone call
                              with T. Allison regarding changes to IP
                              documents (0.2); telephone calls with S.
                              Strong regarding IP documents (0.2); review
                              B. Goold revisions to IP documents (0.3);
                              make additional changes (0.3); related
                              e-mails (0.2); review Rio Rancho request for
                              discounted payoff (0.2); telephone call with
                              M. Olson regarding Foxhill's request for
                              title transfer (0.2); review Foxhill's
                              documentation (0.2); conference with D.
                              Monson regarding Gramercy subordination issue
                              (0.2); conference with S. Tingey regarding
                              Foxhill's issue (0.1).

06/05/06 A Jarvis       1.00  Conference with T. Allison and A. Steven
                              regarding IP security agreement negotiations
                              (.2); meeting with J. Milanowski and T.
                              Allison regarding IP security agreement (.8).

06/05/06 S Strong       1.00  Confer with T. Allison and A. Jarvis
                              regarding status of IP security agreement
                              (0.1); participate in meeting with T. Allison
                              and J. Milanowski regarding same and related
                              issues (0.8); t/c w/ K. Glade regarding same
                              (0.1).

06/05/06 S Tingey        .90  Review information regarding Sheraton
                              Partners loan; draft information letter to
                              investors regarding same.

06/06/06 A Jarvis        .90  Conferences with K. G. Glade regarding IP
                              security interest, negotiations with Ashby,
                              proposal by Ashby regarding payoff of loans,
                              requested release of security interest.

06/06/06 S Strong        .30  Review latest draft of IP security agreement
                              and confer with K. Glade regarding same
                              (0.2); review final changes to IP security
                              agreement and email from K. Glade with
                              executed copies of promissory note and
                              security agreement (0.1).

Client No. 34585                                           Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/06/06 S Tingey          1.10  Revise memo regarding Sheraton Hotel (0.5);
                                 memo to A. W. Jarvis regarding same (0.3);
                                 review information regarding standard
                                 property loan and borrowers request (0.3).

06/06/06 G Jolley           .30  Meeting with E. Monson for research of
                                 collections issues regarding the judgment
                                 obtained by Winder & Haslam.

06/07/06 A Jarvis           .50  Correspondence on potential Royal Hotel sale.

06/07/06 S Strong           .60  Review K. Glades email regarding Oak Mesa loan
                                 issues and pending sale of Royal Hotel (0.2);
                                 review state-court pleadings regarding Royal
                                 Hotel pending sale and email regarding same
                                 (0.4).

06/08/06 A Jarvis           .50  Correspondence on IP security agreement.

06/08/06 A Jarvis           .20  Conference with B. Kotter regarding IP security
                                 agreement approval.

06/08/06 B Kotter          3.00  Conference with A. W. Jarvis regarding Motion
                                 to Approve Security Agreement (.2);
                                 conference with K. G. Glade regarding same
                                 (.2); drafting of Motion to Approve and
                                 Authorize Security Agreement (2.6).

06/08/06 S Strong           .20  Review K. Glade's comments regarding proposed
                                 press release regarding IP pledge and exchange
                                 emails with A. Jarvis and K. Glade regarding
                                 same.

06/09/06 A Jarvis           .50  Correspondence on potential sale of Royal
                                 Hotel.

06/09/06 A Jarvis           .30  Correspondence on IP security agreement
                                 issues.

06/09/06 S Strong          1.50  Review draft of motion to approve IP pledge and
                                 conference with B. Kotter regarding edits to
                                 same (0.3); review revised draft of motion,
                                 conference with K. Glade regarding same, review
                                 K. Glade's further edits to same, make final
                                 revisions to motion, assemble exhibits for
                                 same, and transmit same to local counsel for
                                 filing today (1.2).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/12/06 A Jarvis        .50 Correspondence on Royal Hotel.

06/12/06 A Jarvis        .40 Correspondence on IP security agreement
                             negotiations.

06/12/06 A Jarvis        .30 Correspondence on meeting with J. Milanowski
                             regarding IP security agreement.

06/12/06 G Jolley        .80 Draft letter to J. Holt of Winder & Haslam
                             requesting file for collections case; meet
                             with E. Monson regarding the same.

06/13/06 K Glade        2.10 Revise summary regarding IP documentation
                             (0.2); draft e-mail regarding 10-90 documents
                             (0.7); conference call with A. Jarvis and
                             others regarding 10-90 documents (0.6); draft
                             memo regarding IP UCC search results (0.6).

06/14/06 S Finlinson    2.40 Conference with Kevin Glade regarding
                             Operating Agreement for Oak Mesa Investors,
                             LLC; review Operating Agreement in detail and
                             outline the provisions for Allocation of
                             Profits and Losses and Distribution of Case;
                             report results of research to Kevin.

06/14/06 K Glade        1.90 E-mail regarding Oak Mesa proposal (0.1);
                             telephone call with Diversified Committee
                             counsel regarding 10-90 (0.3); subsequent
                             e-mail to client (0.1); e-mails regarding
                             issues on 10-90 loan (0.2); conference with
                             S. Tingey regarding Epic loan, BySynergy
                             loan, Sheraton loan, Beau Rivage, Fiesta
                             McNaughton loan and other problem credits
                             (0.4) e-mails to S. Tingey regarding
                             supporting documentation (0.2); telephone
                             call with A. Jarvis regarding Oak Mesa
                             proposal and Diversified issues (0.2);
                             conference with S. Finlinson regarding Oak
                             Mesa operating agreement (0.4).

06/14/06 A Jarvis        .40 Conference with T. Allison and J. Milanowski
                             regarding IP pledge.

06/14/06 G Jolley        .10 Arrange pick-up of files from Winder & Haslam
                             from collection case.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/15/06 K Glade        1.50 Draft e-mail regarding 10-90 loan (0.6);
                             telephone calls with co-counsel regarding
                             10-90 loan and relationship to IP security
                             agreement (0.9).

06/16/06 K Glade         .70 Conference with S. Tingey regarding Epic loan
                             documentation (0.3); review updated Oak Mesa
                             sale proposal (0.4).

06/16/06 A Jarvis       1.30 Meeting with J. Milanowski and counsel
                             regarding IP security interest, various
                             litigation issues.

06/16/06 S Strong       2.80 Conference with S. Tingey and A. Jarvis
                             regarding problems with Epic loan (0.3); review
                             possible causes of action against Tree Moss
                             regarding Epic loan, discuss same with S.
                             Tingey (1.2); telephone conference with J.
                             Hermann, counsel for Diversified Committee, and
                             S. Tingey, regarding Epic loan problems (0.7);
                             further research and analysis of Epic loan
                             issues and discussions with S. Tingey regarding
                             same (0.6).

06/16/06 S Tingey       3.60 Review information regarding lease or
                             sublease to IP (0.2); conference with  S.
                             Strong regarding EPIC Resorts loan (0.2);
                             telephone conference with A. Jarvis and S.
                             Strong regarding EPIC Resorts (0.2); obtain
                             information regarding EPIC Resorts (0.4);
                             review EPIC bankruptcy pleadings and analyze
                             claims v. Tree Moss (2.1); telephone
                             conference with J. Hermann, attorney for
                             Diversified Fund regarding EPIC loan (0.3);
                             conference with  S. Strong regarding EPIC
                             (0.2).

06/16/06 G Jolley        .20 Meeting with Elaine Monson regarding
                             collection file from Winder & Haslam.

06/19/06 A Jarvis        .40 Correspondence with K. G. Glade regarding IP
                             UCC filings, IP security interest and 10-90
                             loan.

06/19/06 A Jarvis        .30 Correspondence with K. G. Glade regarding IP
                             security interest.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/19/06 S Tingey        1.50 Telephone conference with title company
                              regarding HFA/Asylum (0.2); review issues
                              regarding EPIC Resorts (0.2); conference with
                              S. Waterman regarding EPIC (0.2); conference
                              with  S. Strong and A. Jarvis regarding EPIC
                              (0.2); telephone conference with J. Hermann and
                              S. Strong regarding EPIC (0.3); draft Complaint
                              v. Tree Moss regarding EPIC (0.4).

06/20/06 S Tingey        4.90 Draft Complaint v. Tree Moss regarding EPIC
                              Resorts (3.80); telephone conference with
                              title company regarding Windham (0.2);
                              assemble and transmit information to title
                              company (0.5); telephone conference with J.
                              Hermann, attorney for Fund regarding Sheraton
                              loan (0.2); conference with  S. Strong
                              regarding Sheraton loan (0.2).

06/21/06 S Strong         .90 Confer with S. Tingey and K. Glade regarding
                              Diversified loan portfolio issues (0.2); review
                              emails from D. Monson and J. McPherson
                              regarding status of PDG order (0.1); further
                              research regarding bankruptcy causes of action
                              for same (0.6).

06/23/06 S Strong         .70 Review voicemail from S. Ostrow, Liberty Bank
                              counsel regarding status of proposed order on
                              IP pledge (0.1), review Liberty Banks
                              objection and related filings regarding same
                              (0.3), and t/c w/ S. Ostrow regarding same
                              (0.3).

06/27/06 G Jolley        1.00 Review file from Winder & Haslam.

06/28/06 K Glade          .80 Draft e-mail to B. Goold regarding LLC consents
                              on IP security interest (0.3); review Order
                              regarding IP security interest (0.2); e-mails
                              regarding IP information (0.3).

06/28/06 G Jolley        3.20 Review notes and correspondence from USA
                              Capital v. Sandlin collection case received
                              from Winder & Haslam (volumes 1 through 4);
                              meet with E. Monson regarding preparation of
                              memo summarizing results and reasoning of the
                              collection case.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    7
August 11, 2006

| | | | |
|---|---|---|---|
| 06/29/06 | K Glade | 1.30 | Review updated Oak Mesa agreement (0.7); review Oak Mesa LLC operating agreement (0.4); e-mail from A. Jarvis regarding Oak Mesa (0.1); review order on IP documents (0.1). |
| 06/29/06 | E Monson | .20 | Follow up with G. Jolley regarding additional follow up on Sandlin loan (.2). |
| 06/30/06 | S Strong | .10 | Email to L. Schwartzer regarding Liberty Bank's interest in reviewing proposed order on IP settlement (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                    $13,713.50

*"Exhibit E-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 06/26/06 | A Jarvis | 5.50 | Meeting with potential purchaser of businesses. |
| 06/29/06 | A Jarvis | .20 | Correspondence on potential sale of business. |

TOTAL FOR LEGAL SERVICES RENDERED                    $1,795.50

*"Exhibit E-4"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through June 30, 2006

Matter No. 34585-00004

**Business Operations**

| | | |
|---|---|---|
| 06/01/06 K Glade | 6.50 | Conference with T. Allison to discuss Sheraton loan, Fiesta McNaughton loan, Bundy Canyon loans and IP documents (0.4); conference with potential board member regarding parameters and issues in bankruptcy case (1.0); conference with M. Kehl regarding Gramercy subordination issue (0.2); review Gramercy documentation in light of subordination issue (1.0); meet with J. Milanowski and B. Goold to discuss USA Investment documentation (2.0); revise USA Investment Partners documents (1.2); related distribution e-mails (0.2); e-mails regarding Fiesta McNaughton loan (0.2); review investor recharacterization case law (0.3). |
| 06/01/06 A Jarvis | .50 | Meet with potential Board member candidate. |
| 06/01/06 A Jarvis | .50 | Conference with K. G. Glade regarding loan issues, portfolio. |
| 06/01/06 A Jarvis | .50 | Meeting with Grammercy Court borrower regarding additional funding needed, proposed modifications. |
| 06/01/06 A Jarvis | .30 | Correspondence regarding Fidelity release of funding. |

```
Client No. 34585                              Page:    2
Debtor USA Commercial Mortgage Co., et al.    August 11, 2006
```

06/01/06 A Jarvis        .50  Correspondence with A. Stevens regarding loan
                              portfolio issues.

06/01/06 A Jarvis        .50  Correspondence with D. M. Monson regarding
                              borrower issues.

06/01/06 A Jarvis        .50  Correspondence on Grammercy problems.

06/01/06 A Jarvis        .30  Correspondence on Fiesta McNaughten loan.

06/01/06 A Jarvis        .30  Correspondence on Rio Rancho proposal.

06/01/06 A Jarvis        .40  Correspondence on Amesbury proposal;
                              conference with S. C. Strong regarding same.

06/01/06 A Jarvis        .40  Correspondence on Rio Rancho proposal.

06/01/06 A Jarvis        .30  Correspondence on Sheraton loan.

06/01/06 A Jarvis        .30  Correspondence on loan follow up issues.

06/01/06 D Monson       5.80  Review title policy jacket for The Gardens
                              Timeshare Loan, and discuss mechanic's lien
                              issues and title insurance coverage with L.
                              Moore (0.6); review e-mails from M. Guymon, and
                              discussion with S. Strong on letter to M.
                              Guymon on Rule 2019 Notice (0.4); discuss loan
                              servicing issues for delinquent loans in
                              portfolio with S. Strong (0.1); e-mail to M.
                              Kehl on title insurance and mechanic's lien
                              issues for The Gardens Timeshare Loan (1.0);
                              telephone call from M. Kehl on The Gardens
                              Timeshare Loan issues (0.2); telephone call to
                              J. McPherson on circulation list for proposed
                              Order on Partial Releases (0.2); review and
                              respond to e-mail from M. Kehl on interest
                              reserve disbursements for Meadow Creek loan
                              (0.2); conference with M. Kehl and S. Stevens
                              on The Gardens Timeshare Loan issues (0.2);
                              conference with M. Kehl and A. Stevens on
                              Meadow Creek interest documents (0.1);
                              conference with A. Stevens on Bay Pompano loan
                              recording issues (0.2); telephone call from J.
                              Smaha, attorney for 60th Street and 5252 Orange
                              Borrower (0.1); telephone call from K. Turner,
                              attorney for Gramercy Loan investor (0.1);

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006

|            |           |       | telephone call from investor (0.1); Send e-mail on circulation list for proposed Order on Partial Releases Motion (0.5); review docket sheet for Objections to Motion for Authority to issue Partial Releases and appearances at hearing and prepare Transmittal Letter to Counsel and Nonrepresented Parties on review of Proposed Order (1.5); finalize Proposed Order on Partial Releases Motion (0.2). |
|------------|-----------|-------|---|
| 06/01/06   | L Moore   | .40   | Conference with D. Monson regarding issues on potential title insurance claim on Florida time - share property due to cost overrun. |
| 06/01/06   | S Strong  | .60   | Confer with D. Monson regarding ordinary course loan servicing issues (0.2); review email from L. Schwartzer regarding another borrower requesting additional funding (0.1); review email from D. Monson with revised proposed order on motion for ordinary course partial releases (0.3). |
| 06/01/06   | S Tingey  | .20   | Review information regarding Transition Services Agreement (.02). |
| 06/01/06   | S Tingey  | .50   | Review information regarding Gramercy Court loan (0.3); telephone conference with K. G. Glade regarding same (0.2). |
| 06/01/06   | E Toscano | 2.10  | Review and organize file with updated reports and for follow up on outstanding updated reports; review new updated search from Chicago Title Company; continue with phone calls and emails to follow up on missing reports; brief meeting with Steve Tingey; review Preliminary Title Report from Linda Jones at Stewart Title; forward same to Steve Tingey. |
| 06/02/06   | K Glade   | 1.60  | Telephone call with M. Kehl and T. Allison regarding IP note and security agreement (0.1); e-mail to B. Goold et al. regarding IP note and security agreement (0.2); telephone call with B. Goold regarding comments to IP documents (0.3); related telephone call with T. Allison (0.3); review Rio Rancho request for discounted payoff (0.4); conference with S. Strong regarding IP documentation (0.2). |

Client No. 34585                                           Page:    4
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006


06/02/06 A Jarvis         .30  Correspondence on Grammercy.

06/02/06 A Jarvis         .40  Correspondence on Franklin Stratford.

06/02/06 A Jarvis         .40  Correspondence on loan servicing issues.

06/02/06 D Monson        1.40  Review e-mails from A. Jarvis on
                               Franklin/Stratford Loan (0.2); telephone call
                               from investor, on state loan payment check
                               issues (0.3); telephone call from J. Smaha,
                               attorney for 60th Street and 5252 Orange
                               Borrowers (0.1); telephone call to B. Jones,
                               Escrow Agent on The Gardens Timeshare Loan
                               (0.1); e-mail to M. Kehl and A. Stevens on The
                               Gardens Timeshare Loan, and review e-mail from
                               A. Stevens (0.2); analysis of e-mail from G.
                               Walch on comments on proposed Order on Partial
                               Releases (0.2); review Bay Pompano Loan
                               Extension documents and title policy and
                               correspondence from escrow agent on recording
                               of documents issues (0.2); review T. Allison
                               e-mail on Gramercy Loan and requested
                               subordination (0.1).

06/02/06 S Strong         .10  Exchange emails with M. Kehl regarding status
                               of PDG interest reserves.

06/03/06 D Monson         .80  Review e-mails from E. Karasik and G. Walch
                               on comments to proposed Order on Motion to
                               Approve Partial Releases (0.2); review Meadow
                               Creek Loan documents and Fiesta/Stonebridge
                               Loan documents for responses to attorney for
                               Direct Lender Porter Hurt (0.2); review
                               letter from broker for Franklin/Stratford
                               project sales on opinion values (0.2); review
                               Subordination Agreement of Mountain West
                               Mortgage for Gramercy loan (0.2).

06/05/06 A Jarvis         .60  Conference with S. C. Strong regarding
                               servicing issues.

06/05/06 D Monson        5.30  Telephone call from J. Smaha, attorney for 5055
                               Collwood, 5252 Orange, and 60th Street Venture
                               borrower, on request for worksheet arrangement
                               (0.4); telephone call to B. Jones, escrow agent
                               for The Gardens Timeshare Loan, on workout

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006

proposal (0.5); telephone call to M. Kehl on
The Gardens Timeshare Loan (0.2); telephone
conference with M. Kehl and A. Stevens on The
Gardens Timeshare Loan (0.3); conference with
A. Stevens on Meadow Creek loan funding and
disbursements (0.2); e-mails to M. Kehl, L.
Schwartzer and J. McPherson on comments on
proposed Order to Approve Partial Releases
(0.2); telephone call from B. Jones, escrow
agent for The Gardens Timeshare Loan, on
additional information needed on cash flows
(0.3); telephone call from A. Turner, attorney
for investor J. Coleman, on the Gramercy Court
Condos loan (0.5); telephone call from P.
Connaghan, attorney for Franklin/Stratford
Borrower, on additional funding needs (0.4);
e-mails to P. Connaghan on Franklin/Stratford
Borrower request for consent to sell excess
collateral (0.2); discussion with K. Glade on
Gramercy Court loan and subordinated loan of
Mountain West Mortgage (0.2); review PDG
Emergency Motion on Interest Disbursements,
review Order Shortening Time on PDG Motion,
prepare Limited Opposition to PDG Motion,
circulate for comments and telephone call to J.
McPherson on review and filing of Limited
Opposition.

06/05/06 E Toscano        .40   Telephone calls with Rose Willowby at First
American Title; numerous calls from and to
Rick Oremus at Ohio Bar Title Insurance
Company; review endorsements from Ohio Bar
Title; file latest updates; provide Steve
Tingey with status report.

06/06/06 K Glade         3.50   Telephone call with B. Goold regarding USA
Investment Partners documents (0.2); related
e-mails regarding documents (0.3); conference
with D. Monson regarding subordination issue
on Gramercy (0.3); e-mail from A. Jarvis
regarding Oak Mesa proposal (0.1); review
proposed Oak Mesa documents and related
documents (1.8); related conference with S.
Strong and A. Jarvis (0.8).

06/06/06 A Jarvis         .50   Correspondence on Ashby loans and conference
with K. G. Glade regarding same.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/06/06  A Jarvis        1.00  Conference with Ashby and J. Mahoney
                                regarding collection of Ashby loans.

06/06/06  A Jarvis         .50  Review information on Grammercy and
                                conference with S. C. Strong regarding same.

06/06/06  A Jarvis         .30  Correspondence on Bundy Canyon issues.

06/06/06  A Jarvis         .40  Conference with M. Kehl regarding loan issues.

06/06/06  A Jarvis         .50  Correspondence on Franklin Stratford issues;
                                telephone conference with D. M. Monson
                                regarding same.

06/06/06  A Jarvis         .20  Conference with D. M. Monson regarding
                                Franklin Stratford proposal.

06/06/06  A Jarvis         .20  Correspondence regarding problems with escrow
                                holders.

06/06/06  D Monson        5.00  Review M. Guymon e-mail on payment of funds
                                from Roam Development, and circulate e-mail
                                (0.2); review Gramercy Extension Agreement
                                and title policy endorsements and discuss
                                subordinated lienholder issues with K. Glade
                                (0.2); review R. Charles response to proposed
                                Order on Partial Releases and circulate to
                                Debtor and other Debtors' attorneys (0.2);
                                review draft of Declaration of B. Russell on
                                Franklin/Meridian Loan and request for
                                additional funding (0.3); telephone call from
                                P. Connaghan, attorney for Franklin/Meridian
                                borrower, on Motion to Shorten Time and
                                Motion to Release Funds (0.3); review e-mail
                                from A. Jarvis on timing of investor
                                reconciliation (0.1); conference with S.
                                Strong on Limited Opposition to PDG Motion on
                                Interest Reserve Disbursements, and revise
                                and circulate Limited Opposition (0.5);
                                telephone call and e-mails to J. McPherson on
                                review and filing of Limited Opposition to
                                PDG Motion (0.3); review Franklin/Stratford
                                Loan Documents and other information and
                                broker's opinion of value in connection with
                                request to release excess collateral (2.4);
                                e-mails to P. Connaghan on Franklin/Stratford
                                issues, and review e-mail from A. Jarvis on
                                request  to release excess collateral (0.5).

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.           August 11, 2006


06/06/06 S Strong       2.30 Review emails from J. Mahoney and A. Jarvis
                             regarding pending transactions involving
                             Ashby loans and debtors position on same
                             (0.2); confer with A. Jarvis and K. Glade
                             regarding same (0.3); review proposed
                             transaction documents and background
                             documents concerning loans to Ashby entities
                             (1.2); exchange emails with A. Jarvis and K.
                             Glade regarding same (0.2); further
                             discussions with K. Glade and A. Jarvis
                             regarding same (0.4).

06/06/06 S Tingey        .60 Review updated title information regarding HFA
                             Monoco (0.3); review updated title information
                             regarding Placer County (0.3).

06/06/06 E Toscano       .70 Numerous telephone calls to and from Rick
                             Oremus at Ohio State Bar Title Company;
                             review updated letter notices of commencement
                             from Amy Owens at Fidelity National Title;
                             review correspondence from Rick Oremus and
                             Kathy Irwin at Locker and Oremus; review
                             opinion letter as to current liens and
                             encumbrances from Rick Oremus; draft email to
                             Kathy Irwin regarding same; forward opinion
                             letter to Steve Tingey; update file.

06/07/06 K Glade        7.10 Review proposed agreement regarding Oak Mesa
                             (1.6); draft explanatory e-mail to T. Allison
                             and M. Kehl (0.6); review revisions to Oak
                             Mesa documents (0.3); conference with A.
                             Jarvis regarding Oak Mesa (0.1); conference
                             with A. Jarvis to discuss loan assignments
                             and pending motion work (1.3); telephone call
                             with Ashby's attorney regarding terms of Oak
                             Mesa transaction (0.5); conference call with
                             A. Jarvis, M. Kehl and A. Stevens regarding
                             Oak Mesa (0.7); prepare UCC filing on USA
                             Investment Partners with related e-mail
                             (0.5); telephone call with M. Kehl regarding
                             collection of unsecured loans (0.2); e-mail
                             regarding proposed press release on USA
                             Investment Partners documents (0.2); review
                             updated Oak Mesa documents and make comments
                             (1.1).

06/07/06 A Jarvis        .50 Correspondence on Grammercy funding issues.

Client No. 34585                                            Page:    8
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006


06/07/06 A Jarvis          .30  Correspondence on Bundy Canyon order.

06/07/06 A Jarvis          .50  Conference with K. G. Glade regarding Oak
                                Mesa.

06/07/06 A Jarvis         1.30  Conference with S. C. Tingey, S. C. Strong,
                                K. G. Glade, D. M. Monson, and E. A. Monson
                                regarding loan portfolio, division of labor
                                in pursuing loan collection, conference
                                regarding loan problems.

06/07/06 A Jarvis         1.20  Conference calls with M. Kehl, A. Stevens
                                regarding negotiations with Ashby, Oak Mesa
                                issues.

06/07/06 A Jarvis          .30  Correspondence on Ashby loans.

06/07/06 D Monson         7.20  Review e-mail and draft Motion from S. Scann on
                                Franklin/Meridian loan and release of excess
                                collateral (0.3); review documents from S.
                                Scann on Franklin/Stratford loan and request
                                for release of excess collateral (0.2); meeting
                                with A. Jarvis, K. Glade, S. Tingey, E. Monson
                                and S. Strong to discuss nonperforming loans
                                and Motion for Loan Extensions and funding for
                                certain loans and division of responsibilities
                                for Loans (1.3); telephone calls from S. Scann
                                on Franklin/Stratford loan and request to
                                release Excess Collateral (0.4); revisions to
                                R. Russell Declaration and forward to S. Scann
                                (Franklin/Stratford Loan) (1.3); telephone call
                                from S. Scann and R. Russell on revisions to R.
                                Russell Declaration (0.4); review e-mails on
                                Confidentiality Agreements from Fund Committees
                                and discuss conference call with Fund
                                Committees with A. Jarvis (0.3); begin draft of
                                Motion to Approve Loan Maturity Extensions,
                                Release of Excess Collateral, and funding for
                                certain loans and review background information
                                for HFA Loans, Gramercy Loan, Boise/Gowan Loan,
                                Amesbury Loan, and Franklin/Stratford Loan
                                (3.3).

06/07/06 S Strong         1.40  Meet with A. Jarvis, K. Glade, S. Tingey, and
                                D. Monson to review and discuss list of 115
                                serviced loans and assign primary oversight
                                responsibility for each (1.3); review email
                                from A. Jarvis regarding same (0.1).

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.           August 11, 2006


06/07/06 S Strong        .70 Confer with A. Jarvis regarding motion needed
                             on various loan servicing issues, and review
                             emails from her and M. Kehl regarding same
                             (0.4); confer with D. Monson regarding
                             details of motion needed (0.3).

06/07/06 S Strong        .70 Review emails from M. Olson, A. Jarvis and J.
                             McPherson regarding status of order regarding
                             return of investor funds from Bundy Canyon
                             unfunded loan (0.2); t/c w/ J. McPherson
                             regarding same (0.3); review proposed order
                             from J. McPherson regarding same (0.1);
                             confer with A. Jarvis regarding status of
                             same (0.1).

06/07/06 S Tingey       4.40 Review loan file information regarding various
                             loans (2.3); review updated title information
                             regarding Univ. Estates (0.3); meeting with A.
                             W. Jarvis, K. G. Glade, D. M. Monson and S. C.
                             Strong regarding loan administration issues
                             (1.3); memo to M. Kehl regarding Placer County
                             land updated title (0.1); obtain loan file
                             information regarding motion to approve
                             extensions and funding (0.4).

06/08/06 K Glade        3.50 Telephone call with S. Smith regarding B & J
                             Investment loan (0.3); conferences with D.
                             Monson and S. Tingey regarding subordination
                             issue on Gramercy (0.2); telephone call with
                             Ashby's attorney regarding Oak Mesa documents
                             (0.3); telephone call with A. Jarvis and T.
                             Allison regarding Oak Mesa (0.4); review
                             revisions to Oak Mesa documents (0.2);
                             telephone call with Ashby and Ashby's attorney
                             regarding Oak Mesa proposal (0.7); conference
                             with A. Jarvis regarding Oak Mesa discussions
                             (0.2); e-mails regarding Oak Mesa (0.7);
                             conference regarding Motion to Approve IP
                             Pledge (0.2); review proposed press release
                             regarding IP and draft related e-mail (0.3).

06/08/06 A Jarvis        .40 Telephone conferences with M. Kehl, K. G.
                             Glade, and A. Stevens regarding Oak Mesa.

06/08/06 A Jarvis        .30 Conferences with K. G. Glade regarding
                             proposed Oak Mesa transaction.

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/08/06 A Jarvis        .30  Telephone conference with D. M. Monson
                              regarding Grammercy proposal.

06/08/06 A Jarvis        .50  Correspondence on proposed Oak Mesa
                              transaction.

06/08/06 A Jarvis        .50  Correspondence on Amesbury proposal.

06/08/06 D Monson       5.50  Review revised R. Russell Declaration and
                              Buentgen Declaration in Support of Motion to
                              Forebear and to Fund Certain Outstanding Loans
                              (0.3); review Boise/Gowan loan Documents for
                              additional funding request (1.0); review
                              e-mails from A. Stevens on Gramercy Loan
                              funding issues (0.2); telephone call to C.
                              Scully, attorney for HFA, on requested
                              forbearance (0.3); review Gramercy Loan
                              Documents and discuss Gramercy loan issues with
                              M. Kehl and A. Stevens (1.0); discuss HFA Loans
                              and forbearance request to S. Tingey (0.3);
                              continue with draft of Motion to Forebear and
                              to Fund Certain Outstanding Loan and review
                              supporting documents (2.4).

06/08/06 S Tingey       5.10  Draft fact section regarding motion for
                              appeal regarding HFA loans; Boise/Gowans loan
                              and Gramercy loan (5.1).

06/08/06 E Toscano       .30  Telephone calls with First American Title;
                              draft emails to Rose Willoughby; review
                              responses; memo to update the file.

06/09/06 K Glade        5.90  Meet with Amanda S. to discuss HFA loans,
                              10-90 loan, B & J Investment loan, EPIC loan
                              and other problem loans, and review related
                              documentation (4.7); revise proposed motion
                              regarding IP documentation (0.5); telephone
                              call with A. Jarvis regarding IP issues and
                              HFA loan issues (0.3); e-mail regarding press
                              release (0.2); telephone call with S. Strong
                              regarding IP Motion (0.2).

06/09/06 A Jarvis        .30  Correspondence on HFA payoff, sale.

06/09/06 A Jarvis        .30  Correspondence on Ashby loans.

06/09/06 A Jarvis        .30  Conference with D. M. Monson regarding
                              Grammercy funding issues.

Client No. 34585                                                Page:   11
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006

06/09/06 A Jarvis        .30 Correspondence on HFA loan payoffs.

06/09/06 A Jarvis        .20 Correspondence on title issues.

06/09/06 A Jarvis        .30 Correspondence on Grammercy issues.

06/09/06 D Monson       7.70 Revisions to Motion to Forbear and to Fund
                             Certain Outstanding Loans, discuss revisions
                             with S. Strong, and forward final Motion to J.
                             McPherson to finalize and file, and e-mails to
                             J. McPherson on Exhibits and Declaration for
                             Motion (5.3); review e-mails from M. Kehl on
                             Motion to Forbear and Fund Certain Outstanding
                             Loans (0.2); review e-mails from A. Stevens on
                             Gramercy Loan issues (0.2); telephone calls to
                             S. Scann on Motion to Forbear and Fund Certain
                             Outstanding Loans on Franklin/Stratford Loan
                             and revised Declarations (0.5); review
                             revisions to Russell Declaration and review
                             Buentgen Declaration in Support of Motion to
                             Forbear and to Fund Franklin/Stratford Loan
                             (0.4); telephone conference with M. Kehl and A.
                             Stevens on Gramercy Loan issues (0.3); review
                             e-mails on Gramercy loan status and response to
                             Borrower's attorney (0.3); check Pacer on
                             filing of Motion to Forbear and to Fund Certain
                             Outstanding Loans (0.2).

06/09/06 S Strong        .30 Review email from M. Olson regarding escrow
                             companys issues with proposed order on
                             return of Bundy Canyon investor funds, and
                             exchange emails with J. McPherson regarding
                             resolving same.

06/09/06 S Strong        .50 Review emails from D. Monson regarding loan
                             issues addressed in Motion to Forbear, review
                             draft of motion, and discuss same with D.
                             Monson.

06/09/06 S Tingey        .20 Communicate with D. M. Monson regarding motion
                             for authority regarding HFA loans (0.2).

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/12/06 K Glade        2.80  Draft summary of IP documentation with
                              related e-mail (0.9); related telephone call
                              with M. Kehl (0.1); revise summary of IP
                              documentation (0.9); conference with S.
                              Tingey regarding loan summaries (0.2); e-mail
                              regarding press release (0.1); review UCC
                              search on Investment Partners (0.3);
                              conference with A. Jarvis regarding Ashby
                              loans (0.1); conference with S. Strong
                              regarding 10-90 loan (0.2).

06/12/06 A Jarvis        .30  Telephone conference with T. Allison
                              regarding Ashby negotiations.

06/12/06 A Jarvis        .40  Correspondence on Hilco appraisals, use and
                              dissemination.

06/12/06 A Jarvis        .30  Correspondence on Bundy Canyon order, return
                              of funds.

06/12/06 A Jarvis        .30  Correspondence on Boise Gowan funding,
                              Franklin Stratford funding.

06/12/06 A Jarvis        .50  Comment on Motion to forebear and to Fund
                              Unfunded Requirements.

06/12/06 A Jarvis        .30  Correspondence on problem with release of
                              Bundy Canyon escrow.

06/12/06 D Monson       3.00  Review M. Kehl e-mail to D. Aulabaugh on
                              Franklin/Stratford collateral (0.2); review M.
                              Kehl e-mail on HFA Monaco loan and interest
                              reserve (0.1); review Motion and Declaration to
                              Shorten Time for Hearing on Motion to Forbear
                              and to Fund Certain Outstanding Loans (0.2);
                              review letter from J. Smaha, attorney for 60th
                              Street Loan, 5252 Orange Loan, and 5055
                              Collwood Loan, on payoff of 5252 Orange Loan
                              and request for forbearance on 60th Street Loan
                              and 5055 Collwood Loan and forward to M. Kehl
                              and A. Stevens with e-mail to M. Kehl and A.
                              Stevens (0.7); telephone call from S. Scann on
                              Boise/Gowan Loan and additional Declaration of
                              Robert Russell (0.2); review Order Shortening
                              Time for Hearing on Motion to Forbear and to
                              Fund Certain Outstanding Loans, and forward to
                              S. Scann (0.2); e-mail from M. Kehl on filed
                              Motion to Forbear and to Fund Certain Loans,
                              review final version of Motion from Court

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


                    Dockets, and forward final version to M. Kehl
                    (0.3); discuss notice to Direct Lenders for
                    Motion to Forbear with A. Jarvis (0.1); e-mail
                    to M. Kehl on Gramercy Loan issues.

06/12/06 S Tingey   2.30  Review loan analysis and portfolio
                    information (1.7); communicate with M. Kehl
                    regarding same (.20); brief review of HFA
                    loan documents (.20); brief review of Halsey
                    Canyon and Tapia Ranch loan documents (0.2).

06/13/06 A Jarvis    .20  Telephone conference with M. Kehl regarding
                    Oak Mesa.

06/13/06 A Jarvis    .50  Telephone conference with K. G. Glade
                    regarding 10-90 loan (.2); correspondence on
                    10-90 loan (.3).

06/13/06 D Monson   6.10  E-mail to M. Kehl on action plan for Gramercy
                    Court loan (0.5); review e-mails on Motion for
                    Forbearance and to Fund Certain Outstanding
                    Loans, and e-mail to A. Jarvis on consent for
                    extension issues for HFA loans (0.4); check
                    docket sheet on Notice of Hearing for Motion
                    for Authority to Forbear and e-mails with J.
                    McPherson and A. Jarvis on wording of Notice
                    (0.5); review e-mails on Fund Committees
                    Objections to Motion to Forbear for HFA Loans
                    and Boise/Gowan loan (0.3); discuss Borrowers'
                    requests for additional funding and
                    implications for reorganization prospects with
                    A. Jarvis (0.3); review e-mails from M. Kehl
                    and A. Stevens on Gramercy Court closings
                    (0.3); revise Proposed Order on Motion to
                    Approve Partial Releases and e-mail to A.
                    Jarvis on revisions (0.8); review e-mail from
                    A. Jarvis and discuss Boise/Gowan loan and
                    Canepa Motion for Relief from Stay with E.
                    Monson (0.3); e-mail to M. Kehl and A. Stevens
                    on responses to Gramercy inquiries (0.2);
                    prepare draft and e-mail letter to Gramercy
                    Court attorney on various Gramercy Loan issues
                    and review Gramercy Loan file to document
                    problem areas (2.0); e-mails with J. McPherson
                    and A. Jarvis on notice to Direct Lenders on
                    Motion to Forbear and to Fund Certain Loans
                    (0.5).

Client No. 34585                                              Page:   14
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/13/06 S Strong         .50  Telephone conference with D. Monson regarding
                               notice to lenders needed on loans address in
                               motion to forbear, etc. (0.2); conference with
                               S. Smith and J. Oriti regarding lending mailing
                               info and logistics for mailing notice of motion
                               to forbear, etc. (0.3).

06/13/06 S Tingey        1.10  Obtain information regarding Sheraton loan
                               (0.2); obtain information regarding HFA Asylon
                               loan (0.2); review documentation issues and
                               solutions (0.2); review questions regarding
                               BySynergy loan (0.2); review questions
                               regarding Saddleback loan (0.3).

06/14/06 D Monson        5.30  Review e-mails on notice to Direct Investors
                               for Motion to Forbear and to Advance Funds
                               for Certain Loans (0.2); review e-mail from
                               A. Jarvis on Boise/Gowan Loan issues,
                               telephone calls to S. Scann, and e-mails to
                               A. Jarvis (0.6); review and respond to
                               e-mails from A. Stevens on letter to Gramercy
                               Court's attorney and Gramercy partial
                               releases (0.2); revise e-mail to J. Pengilly
                               (Gramercy attorney) and forward to M. Kehl
                               and A. Stevens for approval (0.4); review
                               Notice of Hearings relating to Motion to
                               Forbear and to Advance Funds for Certain
                               Loans, and e-mails to S. Smith on additional
                               Notices to Direct Lenders of Affected Loans
                               (0.4); e-mails to A. Stevens on calculation
                               of Gramercy partial release prices (0.2);
                               e-mails to A. Jarvis and S. Strong on
                               revisions to Order on Partial Releases Motion
                               (0.3); review Commonwealth Title Policy and
                               Endorsements, draft title insurance tender of
                               adverse claim letter to Commonwealth Land
                               Title for Gramercy Loan and forward to M.
                               Kehl and A. Stevens for review (1.7); letter
                               to counsel circulating revised proposed Order
                               on Partial Releases Motion, and review
                               response from Unsecured Creditors Committee
                               (0.5); e-mail from A. Jarvis, and review
                               Certificate of Service for Motion for Relief
                               From Stay on Boise/Gowan loan, and e-mail to
                               A. Jarvis on parties served (0.5); review
                               Rule 2019 Statement of Susan Scann, attorney
                               for Franklin/Stratford and Boise/Gowan (0.2);
                               review e-mail on list of 100% loans being
                               considered for DIP Loan Collateral (HFA

Client No. 34585                                      Page:   15
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006


                        Monaco Loan) (0.1).

06/14/06 S Strong       .30   Exchange emails with K. Glade and A. Jarvis
                              regarding 10-90 loan issues (0.2); review
                              emails from D. Monson and A. Stevens
                              regarding Gramercy loan issues (0.1).

06/14/06 S Strong      1.10   Review emails from D. Monson and A. Jarvis
                              regarding status of order granting authority
                              for certain ordinary course transactions
                              (0.1); review revised form of order (0.3);
                              telephone conference with D. Monson regarding
                              same (0.1); review emails from M. Olson
                              regarding status of Bundy Canyon investor
                              funds in escrow, and discuss same with him
                              and A. Jarvis (0.2); conference with M. Olson
                              and A. Jarvis regarding possible additional
                              investor funds to return relating to earlier
                              Bundy Canyon loan (0.1); exchange emails with
                              M. Olson regarding details of same (0.3).

06/14/06 S Tingey      4.80   Review information regarding Saddleback loan
                              and bankruptcy related to Saddleback (0.8);
                              memo to file regarding Saddleback (0.4);
                              conference with K. G. Glade regarding various
                              Diversified TD Fund loan and DIP Financing due
                              diligence (0.4); review additional info
                              received from client regarding Sheraton loan
                              (0.3); review loan and bankruptcy documents
                              regarding HFA Windsor/Asylon (0.6); telephone
                              conference with title company regarding title
                              report (0.2); review loan documents regarding
                              BySynergy (0.5); draft memo to file regarding
                              BySynergy (0.8); review notes and information
                              regarding EPIC Resorts loan (0.3); draft memo
                              to file regarding EPIC Resorts loan (0.5).

06/15/06 D Monson      3.00   Review Bay Pompano Beach Loan documents,
                              Title Policy, and correspondence on
                              Amendments to Mortgage (0.7); telephone call
                              to A. Stevens and M. Stone on Bay Pompano
                              Beach recording issues (0.3); telephone call
                              with A. Wilbur (Land America Title); on Bay
                              Pompano recording issues (0.3); e-mails with
                              A. Stevens on e-mail letter to J. Pengilly on
                              Gramercy Loan issues and appraisal timing
                              (0.2); forward e-mail letter to J. Pengilly

Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


                        on Gramercy Loan issues (0.2); telephone call
                        from J. Pengilly, attorney for Gramercy, on
                        Gramercy Loan issues (0.1); telephone call
                        from A. Stevens on Gramercy Loan additional
                        advance issues (0.3); telephone call from S.
                        Strong on preparing Order on Disbursements
                        Motion (0.1); telephone conference with K.
                        Glade and S. Strong on estimates of
                        foreclosure and endorsement costs for updated
                        Debtors' budget (0.4).

06/15/06 S Strong       .20 Conference with A. Jarvis and M. Tucker
                        regarding Stratford loan issues and voice
                        message to D. Monson regarding same (0.1);
                        conference with A. Jarvis regarding 10-90
                        loan and voice message to K. Glade regarding
                        same (0.1).

06/15/06 S Tingey       2.10 Revise information regarding Saddleback
                        (0.2); telephone conference with title
                        company (0.2); revise information regarding
                        EPIC loan (0.2); revise information regarding
                        BySynergy loan (0.2); revise information
                        regarding Sheraton loan (0.2); revise
                        Transition Agreement (0.4); memo to M. Kehl
                        regarding same; (0.5); communicate with S.
                        Strong regarding IP tenancy issues (0.2).

06/16/06 A Jarvis       .50 Meeting with M. Olson regarding refund issues,
                        escrow holder problems with Bundy Canyon
                        refund.

06/16/06 D Monson       1.80 Telephone call from J. Smaha on proposal to
                        adjust interest payments for 5055 Collwood
                        and 60th Street Venture Loans, and e-mail to
                        M. Kehl and A. Stevens thereon (0.4);
                        conference with S. Strong on Motion to
                        Forbear and Fund Certain Loans and on PDG
                        Motion Order (0.2); telephone call to M.
                        Tucker's office on Franklin/Stratford Loan
                        and interest reserve issues (0.1); e-mail to
                        M. Tucker on Franklin/Stratford Loan and
                        interest reserve issues (0.2); telephone call
                        from J. Pengilly, attorney for Gramercy Court
                        Borrower (0.5); e-mail to S. Scann on
                        interest payments on Franklin/Stratford Loan
                        (0.2); e-mail to L. Schwartzer on circulation
                        list for review of proposed PDG Order (0.2).

Client No. 34585                                         Page:   17
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/16/06 E Monson       1.30  Meet with S. C. Strong regarding events at
                              hearing and committee meeting (.5);
                              discussion with S. C. Tingey regarding
                              Sandlin/Sheraton loan (.2); follow up with
                              Greg Jolley regarding research on files in
                              Sandlin/Sheraton loan (.3); review objection
                              of Executory Contract Committee to Motion on
                              Cash Budget (.3).

06/16/06 S Strong        .50  Conference with D. Monson regarding
                              Franklin/Stratford loan issues and
                              committees interest in same (0.3); review
                              emails from D. Monson regarding same (0.2).

06/19/06 K Glade        2.80  Review Oak Mesa sale proposal (1.3);
                              conference with B. Kotter regarding reply
                              brief on IP documents and review proposed
                              language (0.5); review Colt Gateway
                              documentation with related e-mails to A.
                              Stevens (0.4); conference with S. Tingey
                              regarding Epic loan strategy (0.3);
                              conference with D. Monson regarding issues
                              regarding additional funding on Boise/Gowan
                              in preparation of reply brief (0.3).

06/19/06 A Jarvis        .30  Correspondence on HFA Monaco loan.

06/19/06 D Monson       7.20  Telephone calls from S. Scann on
                              Franklin/Stratford interest payments (0.3);
                              e-mail with A. Jarvis and conference with A.
                              Jarvis on Franklin/Stratford Loan, interest
                              payments (0.2); review e-mails from A. Stevens
                              and M. Kehl on interest reserve for
                              Franklin/Stratford Loan (0.1); review U.S.
                              Trustee Opposition to Motion to Forbear and to
                              FUnd Outstanding Loans (0.3); telephone call to
                              S. Scann on Franklin/Stratford Loan and
                              interest payments (0.2); conference with A.
                              Jarvis on Reply Brief on Motion to Forbear and
                              For Additional Funding (0.2); review e-mail
                              from M. Olson on funding of loans issues for
                              Motion to Forbear and for Additional Funding
                              (0.2); review A. Jarvis on e-mail on responses
                              to Objectives to Motion to Forbear (0.1);
                              prepare inserts for Fifth Supplemental
                              Declaration of Thomas Allison for Motion to
                              Forbear issues and evidence (1.0); telephone

Client No. 34585                                           Page:   18
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006

                         call to T. Allison on funding issues for
                         Boise/Gowan Loan and meeting with S. Bice
                         (0.2); e-mail to A. Jarvis on Boise/Gowan Loan
                         funding issues (0.2); review additional
                         objections to Motion to Forbear and For
                         Additional Funding, and begin draft of Reply
                         Brief (4.2).

06/19/06 S Strong    .30 Confer with D. M. Monson regarding issues for
                         Reply regarding motion to forbear and take
                         other loan servicing actions (0.3).

06/20/06 K Glade     .60 Review documents on Colt loans (0.2); related
                         e-mail to Diversified's counsel (0.2); e-mail
                         from M. Olson with request regarding 10-90
                         documentation (0.2).

06/20/06 B Kotter   1.20 Review and edit reply brief on Motion to
                         forbear and provide further funding on certain
                         terms.

06/20/06 D Monson   5.70 Finalize Reply Brief on Motion to Forbear and
                         For Additional Funding for Certain Loans, and
                         forward draft to A. Jarvis and S. Strong and J.
                         McPherson for review (2.6); e-mail to E. Monson
                         on Boise/Gowan Loan Agreement for T. Allison
                         Fifth Supplemental Declaration (0.2); telephone
                         message to L. Schwartzer on preparations for
                         hearing on Motion to Forbear and For Additional
                         Funding (0.1); review Supplemental Objection of
                         S. Canepa to Motion to Forbear and For
                         Additional Funding (0.2); review J. Chubb
                         e-mail on approval of Partial Release Order
                         (0.1); conference with E. Monson on Roam
                         Development interest payments (0.2); review M.
                         Guymon, E. Monson and J. McPherson e-mails on
                         Roam Development interest, review interest
                         calculations and Promissory Note terms, and
                         e-mail to M. Kehl and A. Stevens on interest
                         calculations (0.5); review e-mail s on filing
                         of Reply Brief on Motion to Forbear and Fifth
                         Supplemental Declaration of T. Allison (0.2);
                         review and respond to J. McPherson and P.
                         Alexander e-mails on proposed Order on PDG
                         Disbursements Motion, and prepare and circulate
                         proposed Order (1.0); review and respond to M.

Client No. 34585                                              Page:   19
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


                           Kehl e-mail on Gramercy Loan issues and
                           discussion with J. Pengilly, attorney for
                           Gramercy (0.5); e-mail to S. Scann on new
                           schedule for hearing on Motion to Forbear and
                           for Additional Funding (0.1).

06/20/06 S Strong     .40  Review emails from M. Guymon and J. McPherson
                           regarding issues with Roam Development loan
                           and interest reserves, and status of PDG
                           order on interest reserves (0.2); exchange
                           emails and confer with E. Monson regarding
                           same (0.2).

06/21/06 D Monson    4.40  Telephone call from K. Doig (Palm Harbor
                           Borrower) on junior lienholder issues (0.3);
                           e-mail to P. Alexander and M. Callister on
                           proposed PDG Disbursements Order (0.3);
                           telephone call from Los Angeles attorney on
                           agenda for this morning's hearing on Motion
                           to Forbear and For Funding (0.2); review
                           Status and Agenda for docket sheet for
                           hearing and list of Objections to Motion to
                           Forbear and for Additional Funding (0.2);
                           begin draft of proposed Order on Motion to
                           Forbear and for Additional Funding (1.0);
                           discuss allocation of payments to interest
                           versus principal with S. Strong and E. Monson
                           in preparation for conference call on Direct
                           Lender reconciliations (0.2); telephone call
                           from T. Boyd, escrow agent for Gramercy loan
                           transactions (0.3); review e-mails on
                           approval of proposed PDG Disbursement Order;
                           telephone call to J. McPherson on submitting
                           proposed Order on Partial Releases and
                           forward Order and Approval and evidence of
                           service of Order for Certification to J.
                           McPherson (1.0); telephone call from A.
                           Stevens on inquiry from Mountain West on
                           Gramercy Loan status (0.2); revisions to
                           title insurance tender letter to Commonwealth
                           Title on Gramercy title issues (0.3).

06/22/06 K Glade     3.60  Conference with D. Monson regarding interest
                           compounding issue (0.3); preparations for call
                           to discuss interest accrual issues (0.2);
                           conference call with M. Kehl, S. Smith, A.
                           Jarvis and S. Strong regarding interest and

Client No. 34585                                          Page:   20
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006

|  |  |  | service fee issues and regarding-form of statement to be provided to individual investors (1.9); revise form of investor statement with related e-mail (0.8); e-mail regarding report on  problem loan (0.2); telephone call to HFA attorney regarding Colt Gateway loans (0.2). |
|---|---|---|---|
| 06/22/06 | A Jarvis | 1.80 | Conference call with M. Kehl, S. Smith, K. G. Glade, and S. C. Strong regarding form of statements to investors, issues relating to same. |
| 06/22/06 | A Jarvis | 1.10 | Correspondence on investor statements, review revised statement and comment on same. |
| 06/22/06 | D Monson | 2.90 | Discuss compound interest and calculation of amounts due issues with K. Glade for Direct Lender reconciliations (0.2); review Promissory Note terms for Direct Lender reconciliations (0.2); telephone call from S. Scann on Franklin/Stratford Loan order (0.2); review and revise proposed Order on Franklin/Stratford Loan Release of Excess Collateral (0.4); review e-mail from A. Stevens and Subordination Agreement for Palm Harbor Loan, and responsive e-mail to A. Stevens (0.4); telephone call from S. Scann and review additional changes to Franklin/Stratford Order (0.2); review e-mail from A. Stevens on Roam Development Loan interest (0.2); e-mail to M. Guymon on Roam Development Loan interest (0.4); telephone call from S. Scann on additional revisions to Franklin/Stratford Order (0.2); e-mail to M. Guymon on Roam Development Loan interest (0.4); telephone call from S. Scann on additional revisions to Franklin/Stratford Order (0.2); review final revisions to Franklin/Stratford Release of Excess Collateral Order and e-mail on approval to S. Scann and J. McPherson (0.5). |