Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/22/06 S Strong          2.60  Review and analysis of draft Investor
                                 Statements prepared by S. Smith and related
                                 issues (0.4); participate in t/c with M.
                                 Kehl, S. Smith, A. Jarvis and K. Glade
                                 regarding issues concerning investor
                                 reconciliations and upcoming motion to
                                 distribute funds (2.0); review revisions to
                                 proposed Investor Statements prepared by K.
                                 Glade (0.2).

06/23/06 K Glade           5.80  Revise investor statements form with related
                                 e-mail (0.3); telephone call with S. Sculley
                                 regarding Colt documents (0.3); telephone
                                 call with M. Kehl and A. Stevens regarding
                                 problem loans with related preparation (1.0);
                                 e-mail regarding demand letter on Oak Mesa
                                 (0.2); related conference with A. Jarvis
                                 (0.2); e-mail regarding 10-90 Inc. documents
                                 for M. Olson (0.8); responsive e-mail
                                 regarding 10-90 Inc. documents (0.4).

06/23/06 A Jarvis           .50  Correspondence and meeting with K. G. Glade
                                 on demand letter on Oak Valley.

06/23/06 S Tingey          6.30  Review, analyze and compile information
                                 regarding Diversified Trust Fund loans (5.5);
                                 telephone conference with K. G. Glade; M.
                                 Kehl and A. Stevens regarding high priority
                                 troubled loans (.80).

06/26/06 D Monson          3.20  Review e-mail from A. Stevens on Palm Harbor
                                 One Loan issues (0.1); telephone call from T.
                                 Boyd, escrow agent for Gramercy loan (0.1);
                                 telephone call from J. Smaha, attorney for
                                 60th Street Venture and 5055 Collwood
                                 Borrowers (0.1); review signed Order on
                                 Franklin/Stratford Release of Excess
                                 Collateral, and telephone calls to A. Stevens
                                 and P. Connaghan on closing documents (0.5);
                                 circulate signed Order on Franklin/Stratford
                                 Release of Excess Collateral to Fund
                                 Committee attorneys and Franklin/Stratford
                                 attorneys (0.2); telephone calls to Title One
                                 escrow officers, e-mails from Title One on
                                 draft Request for Partial Reconveyance, and

Client No. 34585                                             Page:    22
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006

|  |  |  |
|---|---|---|
|  |  | provide Title One with authorization information for Debtors, and prepare and circulate Request for Partial Reconveyance for sale of Franklin/Stratford Loan excess collateral (1.9); e-mails to M. Kehl, A. Jarvis and S. Strong on timing of release of Franklin/Stratford Loan excess collateral (0.3). |
| 06/27/06 | A Jarvis | .70 | Correspondence regarding format of investor sheets, issues relating to same (.4); conference with S. C. Strong regarding same (.3). |
| 06/27/06 | D Monson | 4.30 | Telephone calls from A. Stevens on Gramercy Loan issues (0.3); telephone conference with T. Suttles, T. Boyd, A. Stevens and J. Pengilly on Gramercy Loan issues (0.4); review Gramercy Project appraisal (0.3); review e-mail from D. Etzel on revisions to Request for Partial Reconveyance, review revised legal descriptions and e-mail to D. Etzel (Franklin/Stratford Loan) (0.7); telephone conference with A. Stevens and J. McPherson on status of Partial Releases Order (0.2); revise Request for Partial Reconveyance and forward to A. Stevens for signature of Mark Olson (Franklin/Stratford Loan) (0.3); telephone call to A. Stevens on escrow instructions for Request for Partial Reconveyance (0.1); telephone message for B. Sheer, attorney for Palm Harbor One borrower (0.1); e-mails to A. Stevens on Palm Harbor One Loan documents (0.2); review prior e-mails from Palm Harbor One Borrower on Interest Reserve and junior lienholder issues (0.3); telephone call to A. Wilbur on Bay Pompano Beach loan amendments and recording issues (0.1); telephone call from P. Connaghan on further revisions to Request for Partial Reconveyance (0.2); prepare Escrow Instructions for Franklin/Stratford transaction, forward to D. Etzel at Title One, and e-mails with D. Etzel on Escrow Instructions (0.5); conference with A. Jarvis on negotiations with delinquent borrowers (0.2); review and circulate e-mail from J. Pengilly on Gramercy issues, and respond to S. Strong inquiry on loan documentation issues (0.4). |

Client No. 34585                                      Page:   23
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006

06/28/06 A Jarvis          .30  Correspondence on Epic loan.

06/28/06 D Monson          .60  Prepare list of pending nonperforming loan
                                issues to discuss with M. Kehl, and
                                conference with M. Kehl on Gramercy, 60th
                                Street, 5055 Collwood, HFA and Amesbury Loans
                                issues (0.6).

06/28/06 S Tingey          .50  Review BySynergy title report; memo to A. W.
                                Jarvis regarding same.

06/29/06 D Monson         2.40  Telephone call to J. Smaha, attorney for 60th
                                Street Venture and 5055 Collwood Loans
                                Borrowers (0.2); telephone call to B. Sheer,
                                attorney for Palm Harbor One Loan Borrower,
                                and e-mail on discussion to A. Stevens and M.
                                Kehl (0.4); review Notice of Entry of
                                Franklin/Stratford Loan Order (0.1);
                                telephone call to A. Stevens on Gramercy Loan
                                Partial Releases and Amesbury/Hatter's Point
                                Partial Releases (0.2); draft proposed
                                response to accounting demand from J.
                                Pengilly on Gramercy Loan (0.4); telephone
                                call to A. Stevens on Palm Harbor One Loan
                                issues, review proposed responses to
                                Borrower, discuss proposed response with S.
                                Strong, and e-mail to A. Stevens on response
                                to Borrower (0.5); telephone call from A.
                                Stevens on Palm Harbor One Loan issues (0.1);
                                brief review of Palm Harbor One Loan
                                documents, and e-mail to A. Jarvis and S.
                                Strong on funding issues (0.4); telephone
                                call to A. Stevens on 60th Street Venture and
                                5055 Collwood appraisals (0.1).

06/29/06 S Strong          .70  Telephone conference with M. Kehl regarding
                                status of PDG order (0.1); review docket and
                                PDG order as entered by court today (0.2);
                                exchange emails with M. Kehl regarding same
                                (0.1); exchange emails with P. Alexander
                                regarding prompt compliance requested of PDG
                                to release interest reserve funds per order
                                entered today (0.3).

06/29/06 S Strong          .20  Review email from K. G. Glade regarding Ashby
                                loans status (0.1); review email from D. M.
                                Monson regarding Palm Harbor issues (0.1).

Client No. 34585                                    Page:    24
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/30/06 K Glade        2.80  Review Oak Mesa contract (0.9); draft
                              explanatory e-mail to clients (1.4); e-mails
                              regarding Diversified Loan issues (0.2);
                              conference with D. Monson regarding loan
                              portfolio issue (0.3).

06/30/06 A Jarvis        .50  Correspondence and voice mail message
                              regarding release issue, procedures going
                              forward.

06/30/06 D Monson       4.60  Telephone call with M. Kehl and A. Stevens to
                              discuss Palm Harbor One Partial Releases
                              issues, and review Palm Harbor One Loan
                              documents (1.4); discuss Palm Harbor One
                              Partial Releases request with S. Strong (0.2);
                              e-mail to A. Jarvis and M. Kehl on Palm Harbor
                              One Partial Release issues (0.6); discuss
                              partial release request as part of Motion for
                              Authority to Disburse with S. Strong (0.2);
                              discussion with K. Glade on servicer issues and
                              enforcement of default remedies for
                              Nonperforming Loan (0.3); e-mail to M. Kehl on
                              Palm Harbor One issues and discussion with B.
                              Sheer, attorney for Palm Harbor One Borrower
                              (0.7); telephone calls from B. Sheer, attorney
                              for Palm Harbor One Borrower (0.3); conference
                              with A. Stevens on Gramercy Partial Releases,
                              review Partial Release forms for 4 prepetition
                              sales, e-mail to A. Stevens on issuance of
                              Gramercy Partial Releases, and review 4 Partial
                              Releases signed by M. Olson (0.5); review
                              e-mails on Hall Financial assignment of
                              interests in loans (0.1); review appraisals for
                              5055 Collwood and 60th Street Venture Loans
                              (0.2); review J. Pengilly letter on Levin Hills
                              Loan (0.1).

06/30/06 S Strong        .80  Meet with D. M. Monson to discuss Palm Harbor
                              partial release issues (0.3), voice message
                              to A. W. Jarvis regarding same (0.1),
                              telephone conference with A. W. Jarvis
                              regarding same (0.1); follow-up discussions
                              with D. M. Monson regarding same (0.1);
                              review v-mail from M. Olson regarding
                              borrower question, and respond via email to
                              same (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                      $59,778.00

*"Exhibit E-5"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******
```

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00005**

**Claims Administration and Objections**

```
06/01/06 S Strong       .20 Email to A. Jarvis regarding claims trading
                            activity referenced by M. L. Smith (0.2).
```

TOTAL FOR LEGAL SERVICES RENDERED                              $50.00

# "Exhibit E-6"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121                                Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

Thomas J. Allison

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

06/15/06 K Applegate     .10 Discuss need to terminate DB plan with K. G.
                             Glade.

TOTAL FOR LEGAL SERVICES RENDERED                              $24.50

*"Exhibit E-7"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                  August 11, 2006
Las Vegas, NV  89121                                      Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | 1.30 | Review and revise HILCO response, declaration of T. Allison. |
| 06/01/06 | E Monson | 7.40 | Work on Supplemental Declaration of Thomas Allison (1.4); work on reply in support of application to employ Hilco as real estate appraisers (5.3); discussions with M. Kehl regarding Hilco objections (.3); discussions with M. Kehl regarding revisions to Allison declaration and make his suggested revisions (.4). |
| 06/01/06 | S Strong | 1.80 | Review and edit E. Monsons draft of T. Allison declaration in support of Reply regarding Hilco retention (0.4), and discuss edits with her (0.1); review and edit draft of Reply regarding Hilco retention and discuss same with E. Monson (1.3). |
| 06/01/06 | A Tsu | .90 | Telephone conference with E. Kaup regarding appraisals for 6/5/06 hearing on Hilco Employment Application (.6); following up on same (.3). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

| | | | |
|---|---|---|---|
| 06/02/06 | S Strong | 2.10 | Review emails from A. Jarvis with revisions to supplemental declaration in support of Reply in support of Hilco retention, make final revisions, oversee execution of same, and transmit same to local counsel for filing (0.7); review A. Jarvis revisions to Reply in support of Hilco application, make final revisions, and transmit to local counsel for filing (1.4). |
| 06/05/06 | A Tsu | 2.70 | Reviewing docket in preparation for drafting fee application; legal research regarding same. |
| 06/07/06 | B Kotter | 2.30 | Work on drafting administrative procedures motion and proposed order (2.3). |
| 06/07/06 | S Strong | .40 | Review email from A. Jarvis regarding status of proposed order on Hilco employment and confer with A. Tsu regarding drafting same (0.4). |
| 06/07/06 | S Strong | 1.00 | Confer with A. Jarvis regarding need for motion for interim payment of case professionals (0.1); confer with B. Kotter regarding details for same (0.2); review and edit draft of motion regarding same, and discuss further with B. Kotter (0.7). |
| 06/07/06 | A Tsu | 2.90 | Reviewing and editing order granting Hilco application (.8); telephone conference with E. Kaup regarding amended Hilco agreement (.2); drafting and sending same to F. Merde for comment (1.9). |
| 06/08/06 | A Jarvis | .30 | Correspondence on Hilco application. |
| 06/08/06 | A Jarvis | .20 | Conference with B. J. Kotter regarding administrative procedures order. |
| 06/08/06 | B Kotter | 2.40 | Work on Motion/Order for administrative procedures (.5); continue work on Motion/Order for administrative procedures (1.9). |

```
Client No. 34585                                    Page:   3
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

| | | |
|---|---|---|
| 06/09/06 S Strong | 1.10 | Review draft of motion to approve procedures for interim payment of professionals and conference with B. Kotter regarding edits to same (0.4); review revised draft of motion, make final edits to same, and transmit same to local counsel for filing today (0.7). |
| 06/09/06 A Tsu | .40 | Reviewing incoming correspondence with E. Kaup regarding proposed order allowing employment of Hilco (.1); following up with F. Merda regarding same (.1); responding to same (.2). |
| 06/09/06 A Tsu | 3.10 | Reviewing and following up on Hilco application to employ (3.1). |
| 06/12/06 S Strong | .30 | Review email from E. Monson regarding expanded employment for BMC to assist committees, and send responsive email regarding same. |
| 06/19/06 A Tsu | .90 | Reviewing incoming correspondence from E. Kaup regarding order granting Hilco Employment Application (.1); responding to same (.1); following up with J. McPherson regarding same (.1); telephone conference with E. Kaup regarding resolution of issue (need the signed order of agreement to start appraisals pursuant to Nevada law) (.1); reviewing incoming correspondence from E. Kaup regarding possible alternatives (.1); following up with same (.2); meeting with S. Strong to determine best method to proceed (.1); drafting correspondence to M. Kehl regarding execution of the Hilco agreement (.1). |
| 06/21/06 S Strong | .10 | Review status of Hilco employment order and review order as entered today (0.1). |
| 06/27/06 A Jarvis | 2.00 | Prepare monthly statements. |
| 06/29/06 S Strong | .20 | Review documents from L. Schwarters office regarding retaining special counsel for interpleader action (0.2). |
| 06/30/06 B Kotter | .40 | Begin review and drafting of monthly statement and first interim fee application (.4). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


TOTAL FOR LEGAL SERVICES RENDERED                          $7,880.00

*"Exhibit E-8"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00008**

**Fee / Employment Objections**

| | | | |
|---|---|---|---|
| 06/01/06 | B Kotter | .20 | Brief conference with S. C. Strong regarding employment objections. |
| 06/01/06 | S Strong | .50 | Review committees applications to employ professionals, and exchange emails with A. Jarvis regarding same (0.3); confer with B. Kotter regarding limited objections needed (0.2). |
| 06/02/06 | B Kotter | 2.20 | Work on drafting limited objections to employment applications for committee counsel (2.2). |
| 06/02/06 | S Strong | 1.20 | Review and revise drafts of limited objections to committees applications to employ counsel (0.3); confer with B. Kotter regarding further edits needed (0.2); make final revisions to same and transmit to local counsel for filing (0.7). |
| 06/03/06 | S Strong | .90 | Confer with A. Jarvis regarding issues raised respecting scope of committee counsel authority and assist in researching and preparing for hearing on applications to employ committee counsel (0.9). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/06/06 S Strong        .20 Review and analyze issues raised by G&S reply
                             in support of ECCs retention application.

06/08/06 S Strong        .20 Review proposed order on G&S employment and
                             exchange emails with A. Jarvis regarding same.

06/09/06 A Jarvis        .40 Correspondence on retention of Committee
                             counsel.

06/13/06 S Strong        .20 Review employment applications and related
                             disclosures of Orrick and Beckley firms for
                             Diversified Committee.


TOTAL FOR LEGAL SERVICES RENDERED                      $1,394.00

*"Exhibit E-9"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV 89121                              Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00009**

**Executory Contracts**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/07/06 | S Strong | .40 | Exchange emails with S. Smith and A. Jarvis regarding possible rejection of certain executory contracts, and review governing provisions regarding same. |
| 06/19/06 | A Jarvis | .30 | Correspondence with A. Tsu regarding research on certain executory contract issues. |
| 06/20/06 | A Tsu | 5.10 | Researching case law regarding assumption of executory contracts on the 9th Circuit and Nevada. |
| 06/22/06 | A Tsu | 4.20 | Legal research regarding Section 365. |
| 06/23/06 | A Tsu | 4.30 | Legal research regarding 9th Circuit cases decided under 365. |
| 06/27/06 | A Tsu | .20 | Legal research regarding recent 9th Circuit 365 case. |
| 06/27/06 | A Tsu | 4.30 | Reviewing cases from 9th Circuit and Nevada regarding 365. |
| 06/28/06 | A Tsu | 11.10 | Research regarding 9th Circuit case law with respect to 365; reviewing same; drafting research memo regarding same. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/29/06 A Tsu            .50 Reviewing 365 case law in 9th Circuit.

06/30/06 A Tsu            .40 Reviewing cases for research memo regarding
                              assumption of contracts under 365.


TOTAL FOR LEGAL SERVICES RENDERED                         $6,064.00

# "Exhibit E-10"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00010**

**Financing**

| | | | |
|---|---|---|---|
| 06/01/06 | K Glade | .30 | Review potential DIP lender term sheet (0.3). |
| 06/01/06 | S Strong | .30 | Review revisions proposed by potential DIP lender to form of confidentiality agreement, and exchange emails with M. Kehl regarding same (0.3). |
| 06/02/06 | A Jarvis | 1.30 | Conference with proposed DIP financer and M. Kehl regarding negotiations on financing proposal. |
| 06/06/06 | A Jarvis | .50 | Conference with potential DIP financer. |
| 06/06/06 | A Jarvis | .40 | Telephone conference with M. Kehl regarding DIP financing, operational issues. |
| 06/06/06 | S Strong | .60 | Telephone conference with M. Kehl regarding potential DIP lender edits to confidentiality agreement, review same, and email to potential DIP lender and M. Kehl regarding same (0.3); review and compare proposed terms sheets from two potential DIP lenders and email from M. Kehl regarding same (0.3). |
| 06/07/06 | A Jarvis | .50 | Conference call with potential DIP lender. |
| 06/07/06 | A Jarvis | .40 | Correspondence on negotiations on DIP lending. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/07/06 E Monson        2.60 Work on drafting DIP Financing Motion (2.6).

06/07/06 S Strong        1.10 Exchange messages with M. Kehl regarding
                              Fortress term sheet as filed with court, review
                              same and forward copy to M. Kehl (0.4); review
                              edits proposed by potential lender to draft
                              confidentiality agreement, make further edits
                              to same and exchange emails with lender's
                              counsel regarding same (0.7).

06/08/06 A Jarvis        1.30 Review term sheets and correspondence with M.
                              Kehl regarding proposed DIP financing.

06/08/06 A Jarvis         .50 Correspondence and conference with M. Kehl
                              regarding DIP financing proposals.

06/08/06 A Jarvis         .40 Telephone conference with M. Kehl regarding
                              Ashby proposal, DIP financing, budget.

06/08/06 L Jenkins        .40 Conference with S. Strong and E. Monson
                              regarding issues relating to motion to
                              approve DIP financing.

06/08/06 E Monson        8.10 Work on motion on DIP Financing (6.5); review
                              drafts of sheets of possible DIP lenders (.8);
                              review draft of mailing matrix and discuss with
                              Carrie Hurst (.3); discussion with A. W. Jarvis
                              regarding DIP Financing Motion (.5).

06/08/06 S Strong        1.80 Conference with A. Jarvis and E. Monson
                              regarding need for motion to approve interim
                              DIP financing and related issues (0.5); review
                              and analysis of 2 additional term sheets for
                              potential DIP financing and M. Kehls email and
                              comparison of same (0.7); further discussions
                              with E. Monson regarding drafting of motion to
                              approve DIP financing (0.4); review draft of
                              financing motion (0.2).

06/09/06 A Jarvis         .60 Telephone conferences with M. Kehl regarding
                              DIP financing negotiations, proposals.

06/09/06 A Jarvis         .30 Correspondence on motion for financing,
                              release issues.

06/09/06 A Jarvis         .30 Correspondence on DIP financing motion.

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006

06/09/06 A Jarvis        .40  Review competing term sheets, DIP financing
                              issues.

06/09/06 E Monson       7.70  Discussion with Monty Kehl regarding DIP
                              Financing Motion (.3); further review of term
                              sheet with Capital Source (1.0); work on
                              revising DIP Financing Motion (3.5); receive
                              comments from A. W. Jarvis and S. T. Waterman
                              to DIP Financing Motion and make further
                              revisions thereto (1.0); shepardize cases in
                              DIP Financing Motion (.4); research and review
                              cases on Section 364(c) and (d) (1.5).

06/09/06 S Strong       1.70  Conference with E. Monson regarding development
                              of motion for interim financing and cash budget
                              relating to same (0.2); telephone conferences
                              with M. Kehl regarding changing offers of two
                              potential lenders (0.2); conference with A.
                              Jarvis regarding same (0.1); participate in
                              telephone conferences with M. Kehl and A.
                              Jarvis regarding same (0.3); review and edit
                              draft of motion for interim financing, and
                              discuss edits with E. Monson (0.3); review term
                              sheet for financing (0.2); review final draft
                              of motion, and assist E. Monson with assembling
                              and transmitting to local counsel the exhibits
                              for same (0.4).

06/09/06 S Waterman     2.80  Review and revise motion for DIP financing.

06/12/06 A Jarvis        .50  Correspondence on DIP financing proposals,
                              negotiations of term sheets.

06/12/06 E Monson       1.50  Additional review of cases relating to DIP
                              Financing Motion (1.5).

06/13/06 K Glade         .90  Telephone calls with M. Kehl and related
                              e-mails regarding due diligence by proposed DIP
                              lender (0.9).

06/13/06 A Jarvis        .60  Review of new term sheet for proposed DIP
                              financing.

06/13/06 A Jarvis        .40  Telephone conference with M. Kehl regarding DIP
                              financing term sheet and conference call with
                              Unsecured Creditors Committee.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/13/06 A Jarvis          .50 Telephone conference with M. Kehl and
                               potential DIP financier regarding proposed
                               term sheet (.4); follow up telephone
                               conference with M. Kehl regarding DIP
                               financing motion (.1).

06/14/06 K Glade           .70 E-mail regarding due diligence on DIP financing
                               (0.2); review list of loans DIP lender
                               reviewing (0.3); subsequent telephone calls
                               with M. Kehl and DIP lender attorney regarding
                               DIP lender due diligence (0.2).

06/15/06 A Jarvis         1.00 Conferences with T. Allison and J. Reed
                               regarding DIP financing, preparation of
                               budget regarding same.

06/15/06 S Strong          .60 Conference with J. Reed regarding foreclosure
                               estimates needed for audit for DIP financing
                               motion (0.1); telephone conferences with D.
                               Monson and K. Glade regarding same (0.6).

06/16/06 A Jarvis         2.50 Conference call with T. Allison and potential
                               DIP financer regarding potential DIP
                               financing (1.5); further conference call on
                               DIP financing issues (1.0).

06/16/06 A Jarvis          .50 Review and revision of budget regarding DIP
                               financing needs.

06/16/06 S Strong          .80 Telephone conference with A. Jarvis regarding
                               DIP financing issues and potential lenders
                               (0.1); review term sheet and exclusivity
                               provisions, and email to T. Allison, M. Kehl
                               and A. Jarvis with comments on same (0.7).

06/19/06 A Jarvis          .60 Telephone conference with potential DIP
                               lenders, status of DIP financing motion.

06/19/06 A Jarvis          .30 Telephone conference with T. Allison
                               regarding DIP financing, declaration.

06/19/06 A Jarvis         3.20 Review and revise proposed order on DIP
                               financing, draft memo on negotiations
                               regarding same.

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/19/06 E Monson        5.00  Review objections to DIP Financing motions
                               (1.4); review objection to motion to use cash
                               (.4); work on reply in support of DIP financing
                               and use of cash (2.2); review e-mails from A.
                               W. Jarvis regarding declaration, DIP Financing,
                               cash motion and budgets (1.0).

06/19/06 S Strong         .90  Review and analysis of emails from A. W. Jarvis
                               regarding status of DIP financing, terms, and
                               options (0.3); discuss same with A. W. Jarvis
                               (0.2); confer with E. A. Monson regarding
                               drafting of Reply needed for filing regarding
                               DIP financing and the proposed deal (0.4).

06/20/06 S Strong        8.40  Review draft order on DIP financing proposed by
                               potential lenders and A. Jarviss proposed
                               revisions to same, and lender's counsel's
                               further revisions to same (0.7); confer with E.
                               Monson regarding DIP financing issues (0.2);
                               participate in call with lender's attorney and
                               E. Monson regarding Capsource proposed order
                               (0.7); exchange emails with lender and attorney
                               regarding same (0.1); voice message to C.
                               Carlyon regarding same (0.1); telephone call
                               with M. Kehl regarding outstanding issues with
                               proposed financing order (0.3); telephone
                               conference and exchange emails with A. Jarvis
                               regarding same (0.2); further review and
                               analysis of term sheet and proposed financing
                               order (0.8); telephone conferences with K.
                               Ottaviano, A. Jarvis, and M. Kehl regarding
                               same (0.2); participate in conference call with
                               K. Ottaviano, H. Geyer, A. Jarvis, M. Kehl, and
                               T. Allison to further negotiate interim
                               financing agreement and issues (0.8); follow-up
                               telephone conferences with K. Ottaviano, A.
                               Jarvis, and M. Kehl regarding same (0.2);
                               revise proposed financing order based on
                               negotiations (0.4); telephone conference with
                               K. Ottaviano regarding specific language for
                               revisions to proposed financing order (0.8);
                               make further revisions to proposed financing
                               order, prepare redlined draft, and circulate
                               revised draft to K. Ottaviano, A. Jarvis and M.
                               Kehl  regarding same (1.6); review followup
                               email from K. Ottaviano regarding same (0.1);
                               circulate draft with comments to counsel for 4
                               committees (0.2); exchange emails with E.
                               Karasik regarding same (0.1); prepare summary

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006

|            |           |       |                                                                                                                                                                |
|------------|-----------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |           |       | of revisions to proposed order and circulate to E. Karasik and C. Carlyon (0.6); telephone conference with C. Carlyon regarding same (0.3); telephone conference with A. Jarvis regarding same (0.1). |
| 06/21/06   | A Jarvis  | 1.00  | Meeting with Capital Source regarding further negotiations on financing in response to Committee concerns. |
| 06/21/06   | S Strong  | .10   | Review email from K. Ottaviano regarding further edits needed to proposed order on CapSource financing (0.1). |
| 06/22/06   | A Jarvis  | 1.00  | Correspondence with T. Allison regarding DIP financing issues, alternatives to DIP financing (.7); correspondence on DIP financing options (.3). |
| 06/22/06   | S Tingey  | .30   | Assemble information regarding Diversified Fund for potential DIP lenders (0.3). |
| 06/23/06   | S Strong  | .60   | Review revisions proposed by new potential lender to confidentiality agreement and exchange emails and voicemails with M. Olson regarding same (0.6). |
| 06/27/06   | A Jarvis  | .30   | Correspondence from investor regarding suggestions for DIP financing. |
| 06/28/06   | S Strong  | .30   | Review proposed edits to confidentiality agreement for new potential lender and email comments regarding same to M. Kehl and potential lender personnel (0.3). |
| 06/29/06   | A Jarvis  | .30   | Correspondence on DIP financing. |
| 06/29/06   | D Monson  | .20   | Telephone call from potential lender attorney and review e-mail from potential lender attorney on potential interest in providing DIP financing. |
| 06/29/06   | S Strong  | .20   | Review email from M. Olson regarding discussion with potential new DIP lender (0.1); confer with A. W. Jarvis regarding same (0.1). |

```
Client No. 34585                                    Page:    7
Debtor  USA Commercial Mortgage Co., et al.         August 11, 2006
```

```
06/30/06 E Toscano        .50 Review emails and attachment from Mary Jones
                              regarding the Rio Rancho Executive Plaza
                              property; review Search and Report and copies
                              of documents from the examiner; forward same
                              to Steve Tingey; review invoice and arrange
                              for payment of same; update file.

      TOTAL FOR LEGAL SERVICES RENDERED                     $18,347.50
```

*"Exhibit E-11"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 11, 2006
Las Vegas, NV  89121                                       Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00011**

**Litigation**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | .30 | Correspondence on interpleader action. |
| 06/01/06 | A Jarvis | .30 | Correspondence on declaration of Tom Allison. |
| 06/01/06 | E Monson | 2.40 | Review Scott Canepa motion for relief (.2); draft response to Canepa motion for relief (2.2). |
| 06/01/06 | M Pugsley | .20 | Correspondence with S. C. Strong regarding 2004 motion (.2). |
| 06/01/06 | S Strong | .30 | Review 3rd-party subpoena served on USA in Westward Ho litigation and exchange emails with M. Olson and A. Jarvis regarding same. |
| 06/01/06 | S Strong | .70 | Confer with E. Monson regarding opposition needed to relief from stay motion filed by S. Canepa (0.3); review and revise E. Monson's draft of same (0.4). |
| 06/02/06 | A Jarvis | 3.50 | Draft replies, T. Allison declaration; review pleadings; prepare for hearings. |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006


06/02/06 E Monson      2.10  Work on revising response to motion for relief
                             filed by S. Canepa (1.1); proof response and
                             follow up with L. Schwartzer's office for
                             filing (.4); review e-mails from L. Schwartzer
                             regarding issues of filing and telephone
                             discussion with L. Schwartzer regarding same
                             (.3); discussion with S. C. Strong regarding
                             responses to PDG motion and also another direct
                             lender motion to forward payments (.3).

06/02/06 S Strong       .70  Review and revise draft of response to S.
                             Canepas relief from stay motion and confer
                             with E. Monson regarding finalizing same (0.4);
                             exchange emails with investor regarding same
                             (0.1); review final draft of Response and
                             discuss same with E. Monson (0.2).

06/03/06 A Jarvis      1.20  Telephone conference with T. Allison, M. Kehl
                             and S. C. Strong regarding preparation for
                             hearing, meeting with committees.

06/03/06 A Jarvis       .20  Telephone conference with M. Kehl regarding
                             preparation for Monday's hearing.

06/03/06 A Jarvis      8.90  Review responses to motions and reply briefs,
                             review case law and prepare arguments for
                             hearing.

06/03/06 S Strong      1.40  Confer with A. Jarvis regarding issues for
                             Mondays hearing on Motion to Hold Funds and
                             assist her in preparing for same (1.4).

06/04/06 A Jarvis      1.50  Meeting with Mesirow regarding budget,
                             information prepared for committees,
                             preparation for hearings.

06/04/06 A Jarvis      8.60  Review responses to motions, reply briefs,
                             review case law and prepare arguments for
                             hearing.

06/04/06 S Strong      2.90  Review various emails from A. Jarvis regarding
                             additional case law support needed for Motion
                             to Hold Funds, and research and assemble case
                             law for her (1.2); meet with A. Jarvis in Las
                             Vegas to supply additional research for her

Client No. 34585                                            Page:    3
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006

preparations for Motion to Hold Funds hearing
and to discuss strategies and issues for
hearings tomorrow morning (0.7); further
research for A. Jarvis regarding Motion to Hold
Funds, and exchange emails with her regarding
same (0.8); review detailed email giving direct
lender perspectives on previous hearing and
various case issues (0.2).

06/04/06 S Strong        .80  Review motions for release of investor
                              account funds and responses thereto, and
                              prepare outline of oral argument for same for
                              hearing tomorrow morning (0.8).

06/05/06 A Jarvis        .60  Conference with S. C. Strong regarding
                              arguments for hearing.

06/05/06 A Jarvis       3.40  Prepare for and attend hearing; conference
                              with T. Allison regarding results of hearing.

06/05/06 E Monson        .50  Follow up with Greg Jolley regarding research
                              on Sandlin collection action (.3); follow up
                              with D. M. Monson regarding drafting response
                              to PDG motion on disbursement (.2).

06/05/06 S Strong       5.50  Meet with A. Jarvis, T. Allison, S. Smith,
                              and J. Reed to prepare for this mornings
                              hearing (0.5); discuss hearing preparations
                              and case strategies with A. Jarvis and S.
                              Smith (while traveling from hotel to court
                              for hearing) (0.5); confer with A. Jarvis
                              regarding hearing preparations and meet
                              counsel for various parties and Hilco
                              representative at court prior to hearing
                              (0.3); attend hearing to support and assist
                              A. Jarvis and L. Schwartzer (2.4); confer
                              with S. Smith regarding results of hearing
                              and issues respecting debtors schedules and
                              statements and other administrative issues
                              (while traveling from court to USA offices)
                              (0.5); t/c w/ J. McPherson regarding filing
                              of revised cash budget (0.1); participate in
                              meeting with T. Allison and Mesirow team
                              regarding issues and strategies for moving
                              cases forward (0.6); further discussions with
                              A. Jarvis regarding planning and strategies
                              for moving cases forward (while traveling
                              back to SLC) (0.6).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/06/06 A Jarvis        .20  Correspondence with J. Chubb regarding
                              possible resolution of relief from stay
                              motion.

06/06/06 E Monson       5.30  Meet with S.C. Strong and discuss events at
                              hearing and future action items (.3); review
                              McKnight motion for payment (.3); work on
                              response to McKnight motion for payment (1.2);
                              discussion with S.C. Strong regarding drafting
                              supplemental declaration for T. Allison on
                              Canepa motion (.3); follow up on identifying
                              and requesting additional information needed
                              for T. Allison supplemental declaration (.5);
                              review e-mails and follow up regarding update
                              to mailing matrix (.4); meet with G. Jolley
                              regarding update to Sheraton collection action
                              (.4); begin drafting T. Allison supplemental
                              declaration (1.2); review Benincasa motion to
                              return funds (.2); review Donna Cangelori
                              opposition to Canepa motion (.2); review e-mail
                              from A. Stevens regarding information on Scott
                              Canepa loans (.3).

06/06/06 S Strong        .80  Confer with E. Monson regarding results of
                              hearings yesterday and various oppositions
                              and motions to be filed this week (0.2);
                              confer with E. Monson and A. Jarvis regarding
                              supplemental declaration needed to support
                              oppositions to relief from stay motions
                              (0.3); t/c w/ J. McPherson regarding status
                              of various proposed orders and other
                              procedural matters (0.3).

06/06/06 S Strong        .80  Review and edit D. Monsons draft of response
                              to the PDG motion (0.4), and discuss same
                              with A. Jarvis (0.1); confer with D. Monson
                              regarding same (0.2); review final edits and
                              filed version of same (0.1).

06/06/06 S Strong       1.20  Confer with J. McPherson regarding status of
                              interpleader action and related issues (0.2);
                              review and revise draft of interpleader
                              complaint (0.3); review email from S. Smith
                              regarding same and telephone conference with
                              her regarding same (0.2); confer with E. Monson
                              and A. Jarvis regarding additional evidentiary
                              support for opposing S. Canepa relief from stay
                              motion (0.3); review and analysis of email from
                              A. Stevens regarding borrowers on Canepa loans

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


                          (0.2)

06/07/06 E Monson      .50  Get opposition to McKnight Motion finalized and
                            facilitate filing (.4); review e-mail from J.
                            McPherson regarding McKnight opposition (.1).

06/07/06 S Strong      .60  Confer with E. Monson regarding objection
                            needed to McKnight motion to pay lenders
                            (0.2); review and edit draft of same, and
                            further discuss same with E. Monson (0.4).

06/08/06 E Monson     1.20  Talk to Amanda regarding information on Canepa
                            loans for Tom Allison declaration (.2); review
                            e-mail and information from Amanda on Canepa
                            loans (.3); work on T. Allison supplemental
                            declaration (.7).

06/09/06 A Jarvis      .30  Correspondence on subpoena and response.

06/09/06 E Monson      .70  Review Omnibus responses of creditors committee
                            to Motions for Relief and Motion for Turnover
                            of Funds (.4); review McKnight supplemental
                            memo in support of Motion to Pay Direct Lenders
                            (.3).

06/12/06 A Jarvis      .30  Correspondence on interpleader action.

06/12/06 E Monson     3.80  Work on reviewing information provided by A.
                            Stevens for T. Allison supplemental declaration
                            and work on declaration (2.7); review e-mail
                            from A. W. Jarvis regarding additional
                            information to be included in T. Allison
                            supplemental declaration (.2); review Executive
                            Contract Committee's objection to shorten time
                            to hear various motions (.3); draft e-mail to
                            A. Stevens regarding information for T. Allison
                            supplemental declaration (.4); review unsecured
                            creditors committee's response to Direct
                            Lenders Motion for Relief (.2).

06/13/06 A Jarvis      .30  Telephone conference with M. Kehl regarding
                            preparation for hearings.

06/13/06 A Jarvis      .60  Prepare documents for hearing, chart.

06/13/06 A Jarvis      .10  Telephone call to J. Chubb to discuss
                            settlement of relief from stay motion.

Client No. 34585                                             Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/13/06 A Jarvis        .30  Conference with E. A. Monson regarding
                              preparation of T. Allison declaration.

06/13/06 A Jarvis        .20  Telephone conference with M. Kehl regarding
                              input into reply brief.

06/13/06 A Jarvis       4.10  Review and revise declaration for T. Allison;
                              review and revise motion to hold funds;
                              prepare for hearing.

06/13/06 E Monson       6.90  Review e-mail and voice mail from R. Stevens
                              regarding Thomas Allison Supplemental
                              Declaration (.2); discussion with A. Stevens
                              regarding declarations and revisions thereto
                              (.6); talk to Monty Kehl regarding revisions to
                              Allison declaration (.3); discussion with S.
                              Smith and S. C. Strong regarding Canepa loans
                              and additional information to add to
                              Declaration (.3); revise Tom Allison
                              declaration (3.4); review Jones Vargas reply in
                              support of D. Landen motion for relief (.3);
                              review reply in support of motion for relief on
                              Boise/Gowan loan (.9); review and pull from
                              docket Rule 2019 statements and compare Jones
                              Vargas statement with their reply memo (1.0).

06/13/06 S Strong        .20  Further review of draft interpleader
                              complaint (0.2).

06/13/06 S Strong       2.70  Telephone conference with E. Monson regarding
                              loan information needed to complete
                              supplemental declaration of T. Allison in
                              support of debtors positions on matters to be
                              heard 6/15/06, conference with M. Kehl
                              regarding same, and voicemail to A. Stevens
                              regarding same (0.3); exchange follow-up emails
                              with E. Monson regarding same (0.1); review and
                              analysis of opinion letter from S. Bice
                              regarding view on pending relief from stay
                              motions (0.3); exchange emails with A. Jarvis
                              and E. Monson regarding same (0.2); review and
                              analysis of replies by S. Canepa and Jones
                              Vargas clients in support of their RFS motions,
                              and exchange emails with A. Jarvis regarding
                              same (1.8).

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/13/06 A Tsu          10.10 Reviewing electronic docket to prepare
                              hearing binders for June 15th hearings (4.9);
                              finalizing reply to debtors motion to hold
                              funds (3.1); reviewing incoming
                              correspondence from E. Kaup (.2); following
                              up with responding to same (.5); updating and
                              preparing hearing binders (1.4).

06/14/06 A Jarvis        2.10 Review relief from stay motions and outline
                              response, settlement discussions.

06/14/06 A Jarvis         .50 Telephone conferences with J. Chubb regarding
                              possible settlement of relief from stay
                              motion.

06/14/06 A Jarvis       13.40 Prepare for hearings; review pleadings,
                              organize arguments, review case law, outline
                              responses to objections.

06/14/06 E Monson        9.60 Work on finalizing Supplemental Declaration
                              of T. Allison (2.9); discussions with A.
                              Stevens, S. Smith, S. C. Strong, and M. Kehl
                              regarding issues and revisions in connection
                              with T. Allison Supplemental Declaration
                              (.7); review joint Omnibus Reply to
                              opposition to joint committee motion (.3);
                              assist in putting together materials and
                              cases and preparations for hearing on various
                              motions (1.0); review Canepa and JV Direct
                              Lenders memos in support of their motions for
                              relief (.9); research and review cases on
                              colorable claim argument in Scott Canepa's
                              memorandum (1.7); review joint limited
                              opposition to motion for continued use of
                              cash (.2); review JV Direct Lender's
                              opposition to use of cash (.2); review
                              Collier's for statement that property in
                              Debtor's possession may also be subject to
                              stay and send to A. W. Jarvis (.3);
                              discussions with A. W. Jarvis regarding
                              arguments to be made in connection with
                              Canepa and JV Direct Lenders motions for
                              relief (.4); draft lengthy e-mail to A. W.
                              Jarvis on response to colorable closing
                              argument (1.0).

```
Client No. 34585                              Page:    8
Debtor USA Commercial Mortgage Co., et al.    August 11, 2006
```

06/14/06 S Strong        2.30  Telephone conference with A. Jarvis regarding
                               responses to Canepa arguments and revisions
                               to supplemental declaration of T. Allison
                               regarding same (0.2); telephone conferences
                               with E. Monson regarding same (0.4);
                               follow-up telephone conference with A. Jarvis
                               regarding same (0.1); discussions with M.
                               Kehl, E. Monson and A. Jarvis regarding
                               finalizing and filing same (0.4); review
                               research and analysis of E. Monson in
                               response to Canepa reply arguments for his
                               relief from stay motion and exchange emails
                               with A. Jarvis and E. Monson regarding same
                               (0.3); review spreadsheet from S. Smith
                               regarding various other loans made by
                               investors in the Boise/Gowans loan addressed
                               by Canepas motion, and discuss same with A.
                               Jarvis (0.3); confer with and assist A.
                               Jarvis in preparations for arguments at
                               hearing tomorrow on 9 pending motions (0.6).

06/15/06 A Jarvis        1.00  Prepare for hearing (.2); telephone
                               conference with S. C. Strong regarding
                               arguments for hearing (.3); conference with
                               S. C. Strong and T. Allison regarding
                               arguments for hearing (.5).

06/15/06 A Jarvis        4.30  Attend hearing and argue for and against
                               motions on calendar.

06/15/06 E Monson         .30  Review motion to strike 4th Supplemental
                               Declaration of T. Allison (.3).

06/15/06 S Strong        6.00  Telephone conference with A. Jarvis regarding
                               motion to strike filed this morning by Canepa
                               (0.2); review same (0.2); conference with A.
                               Jarvis regarding preparations for hearings
                               today (en route to court) (0.5); discussions
                               with A. Jarvis, J. Reed, S. Smith and L.
                               Schwartzer regarding hearing preparations and
                               issues (at courthouse) (0.6); attend hearing
                               on various motions and assist A. Jarvis with
                               same (4.0); post-hearing discussions with A.
                               Jarvis regarding results of hearings (0.2);
                               conference with A. Jarvis regarding tasks to
                               accomplish in preparation for next weeks
                               hearing (0.3).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/16/06 S Strong          .30  Review email from M. Olson regarding issues
                                concerning draft interpleader action, review
                                draft complaint, and forward to him with
                                explanation of status.

06/19/06 A Jarvis          .40  Conference with S. C. Strong regarding DIP
                                financing, motions on for hearing.

06/19/06 A Jarvis         4.40  Review and revise declaration for T. Allison,
                                reply briefs.

06/19/06 B Kotter          .60  Follow up on e-mail from A. W. Jarvis
                                regarding stayed litigation and phone call to
                                Nevada counsel regarding status of litigation
                                and requesting documents of same.

06/19/06 B Kotter         8.10  Read and analyze objections and responses to
                                motion to approve security agreement with IP;
                                draft response to objections and in support
                                of Motion; conference with S. C. Strong and
                                A. W. Jarvis regarding reply brief; make
                                further revisions regarding matter.

06/19/06 E Monson         6.80  Work with B. J. Kotter on compiling objections
                                to motion to approve settlement with Investment
                                Partners (.6); review drafts of cash budgets
                                (1.0); work on 5th Supplemental Declaration of
                                T. Allison (5.2).

06/19/06 S Strong         2.20  Review B. J. Kotters draft of Reply in
                                support of motion to approve IP pledge and
                                discuss edits with him (0.5); make further
                                revisions to Reply regarding IP pledge,
                                confer with A. W. Jarvis regarding same, and
                                transmit same to L. Schwartzers office with
                                filing instructions (1.7).

06/19/06 A Tsu            2.50  Reviewing and completing motion for protective
                                order (2.5).

06/20/06 A Jarvis         2.00  Review briefs filed in opposition to motions;
                                prepare for hearing.

06/20/06 A Jarvis        10.00  Meetings with T. Allison and Mesirow team;
                                finalize T. Allison declaration, reply
                                briefs, negotiate changes to DIP financing in
                                response to committee concerns, revise
                                proposed DIP financing order; gather

Client No. 34585                                              Page:    10
Debtor USA Commercial Mortgage Co., et al.                    August 11, 2006


information on Committee reconstitution
motion; prepare response to IP security
interest objections, gather information
regarding same; review responses to motions
and outline reply to arguments; review case
law.

06/20/06 A Jarvis        9.50  Review various responses to motions; outline
                               arguments; review case law, outline and
                               prepare oral responses to objections.

06/20/06 B Kotter        1.20  Further revisions to reply brief in support
                               of motion to approve investment partners
                               security agreement (1.0); follow up on filing
                               and copy to chambers (.2).

06/20/06 S Strong         .80  Review and analysis of late-filed objections
                               to motions to be heard tomorrow (0.4); confer
                               with and assist A. Jarvis regarding hearing
                               preparations (0.4).

06/20/06 A Tsu            .50  Preparing exhibits for fifth supplemental
                               declaration for Tom Allison.

06/21/06 A Jarvis       11.10  Hearings on Committee reconstitution motion,
                               DIP financing, IP security interest approval,
                               forbearance and financing motion, committee
                               procedures motion.

06/21/06 S Strong         .50  Meet with S. Tingey to discuss causes of action
                               against Tree Moss regarding Epic loan in
                               Diversified portfolio (0.5).

06/21/06 S Tingey        3.80  Revise Complaint v. Tree Moss regarding EPIC
                               (2.9); draft Lis Pendens regarding EPIC
                               (0.4); conference with  S. Strong regarding
                               claims v. Tree Moss on EPIC loan (0.3);
                               obtain additional documents regarding EPIC
                               loan (0.2).

06/22/06 S Strong         .60  Meet with S. Tingey to further discuss
                               proposed action against Tree Moss to obtain
                               title to Epic loan property for Diversified
                               Fund (0.2); review S. Tingeys email and
                               draft complaint regarding same (0.4).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/22/06 S Tingey        1.30  Revise Complaint v. Tree Moss regarding EPIC
                               (1.10); memo to A. Jarvis and S. Strong
                               regarding same (0.2).

06/22/06 A Tsu           2.00  Reviewing incoming documents from J. Chubb
                               and U.S. Trustee; correspondence with C.
                               Hurst regarding USA deadline table; meeting
                               with S. strong to discuss motion for
                               protective order.

06/27/06 A Jarvis         .30  Correspondence on Canepa motion and order.

06/27/06 A Jarvis         .30  Conference with S. C. Strong regarding motion
                               to distribute funds.

06/27/06 A Jarvis         .60  Correspondence and conference with S. C. Strong
                               regarding complaint prepared on Epic.

06/27/06 B Kotter         .20  Conference with S. C. Strong regarding 2004
                               document production (.2).

06/27/06 S Strong        2.50  Discussions with A. W. Jarvis regarding
                               issues for motion to distribute funds (0.2);
                               work on motion to distribute funds (2.3).

06/28/06 S Strong        1.70  Continue research and analysis for motion to
                               distribute funds.

06/29/06 S Strong        1.80  Exchange emails with A. W. Jarvis regarding
                               draft complaint regarding Epic / Tree Moss
                               property (0.1); review and revise draft
                               complaint, and circulate draft to M. Levinson
                               and J. Hermann (1.7).

06/30/06 E Monson         .20  Review LePome supplemental reply and request
                               for ruling (.2).


TOTAL FOR LEGAL SERVICES RENDERED                        $55,427.00