*"Exhibit E-12"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00015**

**Travel Time**

| | | | |
|---|---|---|---|
| 06/01/06 | K Glade | 6.00 | Travel from Salt Lake City to Las Vegas (3.0); travel from Las Vegas to Salt Lake City (3.0). |
| 06/01/06 | A Jarvis | 1.10 | Travel from Salt Lake City to Las Vegas (non-working travel time). |
| 06/01/06 | A Jarvis | 1.20 | Travel from Las Vegas to Salt Lake City (non-working travel time). |
| 06/04/06 | A Jarvis | 2.80 | Travel to Las Vegas for hearings. |
| 06/04/06 | S Strong | 2.10 | Travel from SLC to L.V. for hearings (non-working portion of travel time). |
| 06/05/06 | A Jarvis | 1.00 | Travel to and from Court for hearing. |
| 06/05/06 | A Jarvis | 3.60 | Travel from Las Vegas to Salt Lake after hearing. |
| 06/05/06 | S Strong | 2.30 | Return to Salt Lake City from USAs offices (non-working travel time). |
| 06/09/06 | K Glade | 6.00 | Travel from Salt Lake City to Las Vegas; travel from Las Vegas to Salt Lake City. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/13/06 S Strong       1.80 Travel from SLC to L.V. to help with
                             schedules and statements, hearings, and
                             committee meetings (non-working travel time).

06/14/06 A Jarvis       1.20 Travel from Salt Lake City to Las Vegas
                             (non-working travel time).

06/15/06 A Jarvis       1.30 Travel to and from court.

06/15/06 S Strong       4.80 Return travel from L.V. to SLC (2-hour flight
                             delay).

06/16/06 A Jarvis       6.90 Travel from Las Vegas to Salt Lake City
                             (delayed flight).

06/20/06 A Jarvis       1.40 Travel from Salt Lake City to Las Vegas
                             (non-working travel time).

06/21/06 A Jarvis        .50 Travel to court.

06/21/06 A Jarvis        .50 Travel from court.

06/22/06 A Jarvis       2.90 Travel from Las Vegas to Salt Lake City after
                             hearings.

06/25/06 A Jarvis       7.30 Travel from Salt Lake City to Miami for meeting
                             and delayed.

06/26/06 A Jarvis       7.50 Travel from Miami to Atlanta (delayed
                             flightovernight).

06/26/06 B Kotter       6.70 Travel to Las Vegas (2.9); return to Salt
                             Lake City (3.8).

06/26/06 S Strong       2.60 Travel from Salt Lake to Las Vegas for work
                             at USA offices (non-working portion of travel
                             time).

06/26/06 S Strong       3.80 Return travel from Las Vegas (flight delayed).

06/27/06 K Glade        7.50 Travel from Salt Lake City to Las Vegas and
                             travel from Las Vegas to Salt Lake City.

06/27/06 A Jarvis       4.90 Travel from Atlanta to Salt Lake City.

06/28/06 B Kotter       3.10 Travel to Las Vegas and USA's offices (3.1).

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    August 11, 2006
```

06/29/06 B Kotter      3.70 Return travel from Las Vegas to Salt Lake
                            City (3.7).

06/29/06 E Monson      6.60 Travel to and from Las Vegas and USA Capital
                            offices (6.6).

   TOTAL FOR LEGAL SERVICES RENDERED                    $13,926.75

*"Exhibit E-13"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| | | |
|---|---|---|
| 06/02/06 M Pugsley | 3.20 | Review subpoena in Westward Ho case (.3); review docket for case (.4); telephone conference with Amanda regarding status of Gramercy Court developments (.3); telephone conference with counsel regarding case and subpoena (.5); draft letter to L. Dean regarding transfer of documents to IP and circulate (.8); review index of documents regarding SECs request (.9). |
| 06/02/06 S Strong | .10 | Confer with M. Pugsley regarding IP documents and review proposed letter to SEC regarding same (0.1). |
| 06/05/06 J Sorenson | .60 | Draft memo regarding SEC issues. |
| 06/05/06 K Cassett | .80 | Add column to document index and review for IP related entries regarding documents produced for SEC. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/09/06 M Pugsley      1.90 Draft and circulate proposed letter to SEC and
                             B. Baker regarding exchange of documents (1.5);
                             telephone conference with M. Olson regarding
                             status of responses to California Department of
                             Corporations and other issues (.6); telephone
                             conference with Amanda regarding document
                             productions (.3); correspondence with Sherwood
                             Cook concerning California investigation (.5).

06/12/06 A Jarvis        .20 Correspondence on licensing issues.

06/12/06 M Pugsley      5.10 Telephone conference with S. C. Strong
                             regarding transfer of IP documents (.3); review
                             and revise table regarding proper
                             identification of documents (.8); telephone
                             conference with L. Dean regarding various
                             issues (.7); telephone conference with K. Breen
                             regarding proposal (.5); finalize letter to all
                             parties and email same (.6); research regarding
                             possession and control issues (2.2).

06/12/06 J Sorenson     4.20 Draft memo on federal and state exemptions to
                             securities registration.

06/13/06 K Glade         .20 Review State of Nevada order regarding license
                             (0.2).

06/13/06 M Pugsley      1.60 Review and response to email from M. Olson
                             regarding Bice letter (.5); telephone
                             conference with W. Wray regarding subpoena
                             (.3); telephone conference with Amanda
                             regarding documents for Gramercy Court loan
                             (.4); review same (.4).

06/13/06 A West         2.70 Conference with M. Pugsley regarding
                             "possession and control" (.3); research
                             "possession and control" of records in
                             treatises (.4); research case law on
                             "possession and control" (2.0).

06/14/06 M Pugsley      1.50 Meetings with S. C. Tingey regarding IP
                             Separation Agreement (.5); conference with S.
                             C. Strong regarding disclosures (.2); telephone
                             conference with Amanda regarding outstanding
                             document issues and California investigations
                             (.8).

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


06/14/06 A West        2.00  Research treatises on FRCP Rule 34 on
                             "possession, custody and control."

06/15/06 A West        5.20  Research case law on possession, custody or
                             control provision of FRCP 34 and 45 (2.0);
                             research SEC subpoena power and documents
                             demanded (1.2); research treatises on SEC
                             subpoena powers and possession, custody or
                             control (1.0); begin drafting memo on
                             possession, custody or control (1.0).

06/16/06 M Pugsley     5.90  Conference with S. Strong and S. Tingey
                             regarding status and subpoenas (.4); telephone
                             conference with L. Dean regarding privilege
                             waiver and other issues (.8); telephone
                             conference with S. Cook regarding waiver and
                             California investigation (.8); telephone
                             conference with T. Rondeau regarding waiver
                             issues (.6); multiple attempts to contact
                             Joaquin (1.2); research regarding attorney
                             client privilege issues (2.1).

06/16/06 A West        4.00  Draft memo on possession, custody or control
                             (3.0); research case law on same (1.0).

06/19/06 A Jarvis       .30  Correspondence on SEC issues.

06/19/06 M Pugsley     1.20  Telephone conference with attorney for S.
                             Cook regarding SEC investigation (1.2).

06/19/06 S Strong       .20  Review and exchange emails with M. W.
                             Pugsley, A. W. Jarvis, and R. G. Winger
                             regarding SEC reporting requirements (0.2).

06/19/06 A West        2.70  Draft memo on SEC subpoena and documents not in
                             ones possession, custody or control (1.7);
                             legal research on ownership requirement with
                             regard to subpoena (1.0).

06/20/06 M Pugsley     5.00  Review documents from S. Cook regarding
                             California offering (2.3); research regarding
                             reinvestments (2.0); telephone conference
                             with Amanda regarding sale in California and
                             review information received from Amanda (.7).

06/20/06 A West        2.30  Discuss SEC subpoenas with M. Pugsley (.3);
                             revise facts section and draft section of memo
                             and possession (2.0).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/21/06  M Pugsley      1.20  Telephone conference with L. Dean regarding
                               status and production of documents (1.2).

06/21/06  A West         3.00  Continue drafting memo on the interpretation of
                               possession, custody or control.

06/21/06  K Cassett      1.20  Meeting with M. Pugsley regarding SEC
                               document production; begin bates stamping
                               production.

06/22/06  M Pugsley       .60  Telephone conference with attorneys for
                               investment partners regarding review and
                               production of documents and other issues (.6).

06/22/06  A West         3.00  Draft memo on possession, custody or control
                               (3.0).

06/22/06  K Cassett      2.20  Continue bates stamping documents to be
                               produced to SEC.

06/22/06  J Zimmer       7.80  Prepared Documents for Production.

06/23/06  A Jarvis        .60  Correspondence with M. Olson regarding
                               requests from S. Bice.

06/23/06  S Strong        .30  T/c w/ K. Glade regarding documents requested
                               by MLD and exchange emails with K. Glade, M.
                               Olson and T. Allison regarding same (0.3).

06/23/06  A West         2.50  Draft memo regarding temporary possession and
                               conclusion of research memo; shepardize.

06/23/06  J Zimmer       7.90  Prepared Documents for Production.

06/26/06  M Pugsley      2.10  Draft email regarding document production to
                               MLD (.3); telephone conference with J.
                               Milanowskis attorney (.6); review document
                               production for privilege (1.2).

06/26/06  K Cassett       .90  Final organization of copied documents to be
                               sent to SEC.

06/27/06  M Pugsley       .70  Work to schedule conference call regarding
                               board membership (.7).

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


06/28/06 M Pugsley      3.50  Telephone conference with counsel for J.
                              Milanowski regarding various issues (.3);
                              meeting with L. Dean at SEC in Los Angeles
                              (1.2); draft letter to California Department
                              of Corporations (2.0).

06/28/06 K Cassett      2.10  Review privileged documents; draft privilege
                              log.

06/29/06 M Pugsley      1.20  Telephone conference with B. Baker and K. Breen
                              regarding Board issues (.6); review privileged
                              documents (.6).

06/30/06 M Pugsley      3.00  Coordinate with Amanda regarding subpoena and
                              California investigation (.8); draft letter
                              to California Department of Corporations
                              (1.5); research regarding same (1.2).


TOTAL FOR LEGAL SERVICES RENDERED                           $16,306.50

*"Exhibit E-14"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

August 11, 2006
Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | .08 | Correspondence with S. C. Strong regarding committee issues. |
| 06/01/06 | A Jarvis | .10 | Correspondence on discovery requests from committees. |
| 06/01/06 | S Strong | .50 | Review revised drafts of confidentiality and joint defense agreements circulated by C. Pajak and email regarding same (0.4); exchange emails with A. Jarvis regarding same (0.1). |
| 06/02/06 | A Jarvis | .07 | Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 | A Jarvis | .13 | Correspondence on meeting with committees. |
| 06/02/06 | A Jarvis | .18 | Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 | A Jarvis | .47 | Prepare for Committee meetings; gather information for same. |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006

06/02/06 B Kotter      .55 Revise applications per S. C. Strong (.3); work
                           on confidentiality agreements for committee's
                           and e-mail out (1.7); respond to counsel
                           inquiries (.2).

06/02/06 S Strong      .40 Telephone conference with C. Pajak regarding
                           committee communications and proposed protocol
                           motion (0.3); review followup email from her
                           regarding same (0.1).

06/02/06 S Strong      .10 Telephone conference with C. Pajak regarding
                           motion to hold funds (0.1).

06/02/06 S Strong      .40 Confer with B. Kotter regarding confidentiality
                           agreement reached with FTD Committee and needed
                           for 3 other committees (0.2); forward proposed
                           agreement regarding same to B. Kotter and
                           review his emails to committee counsel
                           regarding same (0.2).

06/03/06 A Jarvis      .15 Draft letter to A. Landis regarding committee
                           composition.

06/03/06 A Jarvis      .20 Conference with S. C. Strong regarding motion
                           regarding composition of committees.

06/04/06 A Jarvis      .38 Correspondence regarding committee
                           presentation, matters on for hearing.

06/05/06 A Jarvis      .25 Conference with T. Allison, L. Schwartzer, S.
                           C. Strong regarding meeting with committees.

06/05/06 A Jarvis      .38 Meeting with committees.

06/05/06 A Jarvis      .15 Meeting with T. Allison regarding Committee
                           issues.

06/05/06 A Jarvis      .25 Conference with S. C. Strong, L. Schwartzer and
                           M. Kehl regarding issues raised by committees,
                           hearing (.5); conference with S. C. Strong
                           regarding committee issues (.5).

06/05/06 B Kotter      .55 Legal research on committee
                           response/information request issues.

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006


06/05/06 S Strong        1.15 Meet with T. Allison, M. Kehl, S. Smith, J.
                              Reed, A. Jarvis, and L. Schwartzer to discuss
                              issues for meeting with Committees (1.6);
                              confer with A. Jarvis issues and strategies in
                              dealing with Committees (while traveling to
                              USTs office) (0.5); attend meeting with
                              Debtors representatives and four Committees
                              (1.5); confer with A. Jarvis, L. Schwartzer,
                              and M. Kehl regarding issues raised in meeting
                              with Committees (0.5); confer with A. Jarvis
                              regarding issues covered in meeting with
                              Committees and upcoming issues regarding
                              Committees ((while traveling back to USA
                              offices) (0.5).

06/06/06 A Jarvis         .12 Correspondence on protocols for committees.

06/06/06 A Jarvis         .12 Correspondence on issues relating to
                              committee protocols.

06/06/06 A Jarvis         .13 Review correspondence from A. Landis regarding
                              committee composition issues and conference
                              with S. C. Strong regarding same (.5).

06/06/06 A Jarvis         .18 Correspondence on committee information
                              requests (.5); correspondence on protocol
                              motion (.2).

06/06/06 E Monson         .20 Call Christine Pajak (.1); review e-mail from
                              C. Pajak to S. C. Strong regarding BMC issue
                              (.1).

06/06/06 E Monson         .18 Discussion with S. C. Strong regarding follow
                              up on BMC Group assisting committees on web
                              pages (.3); outline issues to address on BMC
                              assisting committees (.4).

06/06/06 S Strong         .21 Research legal issues concerning committee
                              composition (0.9).

06/06/06 S Strong         .10 Exchange emails with C. Pajak regarding same
                              (0.1).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/06/06 S Strong        .30  Telephone conference with counsel for
                              committees regarding
                              information/confidentiality protocols and
                              proposed motion regarding same (0.3); review
                              proposed motion regarding same and discuss with
                              E. Monson and A. Jarvis (0.5); exchange emails
                              with A. Jarvis regarding status of committee
                              confidentiality issues (0.1); confer with E.
                              Monson regarding same (0.3).

06/07/06 A Jarvis        .13  Correspondence with S. C. Strong regarding
                              committee issues, position on proposed
                              committee representation motion.

06/07/06 A Jarvis        .15  Correspondence on confidentiality agreements;
                              conference with E. A. Monson regarding same.

06/07/06 A Jarvis        .30  Correspondence with Fund Committees regarding
                              proposed loan transactions.

06/07/06 D Monson        .30  Review and respond to e-mails from E. Karasik
                              on conference call with Fund Committees and
                              Motion for Loan Extensions and funding for
                              certain loan (0.3).

06/07/06 D Monson        .15  Review e-mails on Confidentiality Agreements
                              from Fund Committees and discuss conference
                              call with Fund Committees with A. Jarvis (0.3).

06/07/06 E Monson       1.00  Telephone call with C. Pajak to E. Vrato (.1);
                              discussion with C. Pajak and E. Karasik
                              regarding comments to procedures motion (.3);
                              review e-mails from C. Pajak and E. Vrato
                              regarding conference call to discuss committee
                              web pages (.1); review and send various e-mails
                              to A. Palen regarding order shortening time on
                              procedures motion (.5).

06/07/06 E Monson        .60  Review committee procedures motion (.7); review
                              e-mails regarding revisions to procedure motion
                              (.3); review draft of confidentiality agreement
                              from committees (.7); further review of
                              procedures motion and discuss it and
                              confidentiality agreement with S. C. Strong
                              (.7).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/07/06 S Strong      .21  Further review of draft of Information
                            Protocol motion by committees (0.2); forward
                            same to E. Monson and voice message to her
                            regarding same (0.1); confer with E. Monson
                            regarding issues raised by same and possible
                            response needed (0.2); review various emailed
                            comments from committee lawyers regarding
                            same (0.2); exchange emails with local
                            counsel regarding OST and response deadline
                            to Information Protocol motion, and discuss
                            with E. Monson (0.2).

06/07/06 S Strong      .11  Exchange emails with M. Kehl regarding status
                            of confidentiality agreements with committees
                            and information requests from committees
                            (0.1); confer with E. Monson regarding same
                            (0.2); review followup emails regarding same
                            (0.2).

06/08/06 K Glade       .10  Review committee confidentiality issues with E.
                            Monson (0.4).

06/08/06 A Jarvis      .07  Correspondence on confidentiality agreements.

06/08/06 D Monson     2.05  Review e-mails on Confidentiality Agreement
                            with Fund Committees for conference call (0.2);
                            prepare summary of HFS Loans, Boise/Gowan Loan,
                            Amesbury Loan and Franklin/Stratford Loan for
                            conference call with Fund Committees (1.2);
                            conference call with fund committees and their
                            counsel and representatives on Motion to
                            Forebear and to Fund Certain Outstanding Loans
                            (S. Scann and R. Russell on a portion of the
                            conference call) (1.3); compile Loan Documents
                            and other information and forward to Fund
                            Committees counsel and financial advisors on
                            request for support of Motion to Forebear and
                            Fund Certain Outstanding Loans (0.6); e-mail to
                            E. Karasik and L. Ernce on HFA forbearance
                            request (0.5); conference call with M. Kehl to
                            prepare for conference call with Fund
                            Committees (0.3).

06/08/06 E Monson      .60  Participate in conference call with BMC (Jeff
                            Cunningham and Liz Vrato); and Christine Pajak
                            regarding website and other issues (.5); review
                            e-mail from C. Pajak regarding website issues
                            (.1).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/08/06 E Monson          .20 Additional review of confidentiality agreement
                               and Joint Information Protocol Motion (.8).

06/08/06 S Strong          .70 Review voicemail from E. Karasik regarding
                               confidentiality and information requested by
                               A&M, and conference with A. Jarvis and E.
                               Monson regarding committee confidentiality
                               issues (0.5); exchange emails with M. Kehl
                               regarding FTD's requests for information (0.2).

06/09/06 A Jarvis          .08 Conference with E. A. Monson regarding
                               committee protocol motion.

06/09/06 A Jarvis          .07 Telephone conference with M. Kehl regarding
                               committee meeting next week, preparation of
                               materials for same.

06/09/06 A Jarvis          .07 Correspondence with A. Landis regarding
                               representation member of creditors committee
                               issues.

06/09/06 A Jarvis          .08 Correspondence on committee representation
                               member motion.

06/09/06 A Jarvis          .15 Correspondence on procedures motion (.3);
                               correspondence on website issues (.3).

06/09/06 A Jarvis          .10 Correspondence and conference with A. Tsu
                               regarding draft of motion for protective order,
                               research regarding same.

06/09/06 D Monson          .30 Review and respond to e-mails from E. Karasik
                               and L. Ernce on Motion to Forbear and to Fund
                               Certain Loans (0.3); exchange e-mails with E.
                               Karasik and M. Kehl on HFA Monaco loan status
                               (0.3).

06/09/06 E Monson          .70 Review e-mails from C. Pajak regarding BMC
                               assistance on committee web page and send reply
                               (.2); review e-mails from J. Cunningham
                               regarding committee web pages (.2); send
                               e-mails to C. Pajak and J. Cunningham regarding
                               issues on web pages (.3).

06/09/06 E Monson          .05 Draft and send out e-mail to committee counsel
                               regarding web pages on BMC site (.2).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/09/06 S Strong          .05 Review L. Schwartzers emails to committee
                               counsel requesting positions on motions to
                               shorten time on various motions filed today,
                               and counsels responses to same.

06/12/06 A Jarvis          .07 Telephone conference with T. Allison
                               regarding committee meetings.

06/12/06 A Jarvis          .13 Correspondence on meeting with committees (.5).

06/12/06 A Jarvis          .15 Conference with A. Tsu and B. J. Kotter
                               regarding 2004 subpoena, motion for
                               protective order (.4); telephone conference
                               with M. Kehl regarding 2004 order, discovery
                               issues (.2).

06/12/06 A Jarvis          .05 Telephone conference with M. Kehl regarding
                               meetings with Committees, preparation of
                               information for same.

06/12/06 A Jarvis          .10 Correspondence on hiring of financial advisors
                               by committees, coordination with same.

06/12/06 A Jarvis          .25 Review and revise response to procedures
                               motion; conference with E. A. Monson regarding
                               same.

06/12/06 A Jarvis          .13 Correspondence and conference with E. A. Monson
                               regarding use of BMC website by committees.

06/12/06 A Jarvis          .30 Telephone conference with E. Karasik regarding
                               agenda for committee meeting (.3).

06/12/06 B Kotter          .52 Work on protective order issues.

06/12/06 D Monson          .40 Review and respond to e-mail from E. Karasik on
                               Motion to Forbear and Fund Certain Loans (0.4).

06/12/06 E Monson          .75 Work on response to committee joint procedure
                               motion (1.7); obtain A. W. Jarvis comments to
                               responses to joint procedure motion, make
                               revisions and finalize response (.5); draft
                               lengthy e-mail to A. W. Jarvis regarding issues
                               involving BMC (.4); discussion with A. W.
                               Jarvis regarding BMC motion and send e-mail to
                               M. Kehl and T. Allison (.4).

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006

06/12/06 S Strong          .35  Telephone conference with M. Kehl regarding
                                issues to discuss at next meeting with
                                Committees (0.4); review emails from A. Jarvis
                                and committees lawyers regarding same (0.2);
                                telephone conference with M. Kehl regarding
                                subpoena served by ECC and documents requested
                                (0.1); conference with E. Monson and review
                                response to Committees
                                protocol/confidentiality motion (0.4); review
                                limited objection filed by UST to same, and
                                exchange emails with A. Jarvis regarding same
                                (0.3).

06/12/06 A Tsu             .68  Research regarding limitations on 2004 motions
                                and subpoenas for motion for protective order;
                                reviewing 2004 subpoena.

06/13/06 A Jarvis          .08  Telephone conferences with M. Kehl regarding
                                DIP financing negotiations and information for
                                committee meeting.

06/13/06 A Jarvis          .60  Telephone conference with E. Karasik regarding
                                pending motions, hearing and response,
                                continuance of same.

06/13/06 A Jarvis          .07  Conference with E. A. Monson regarding
                                comments on procedures order.

06/13/06 A Jarvis          .07  Conference with E. A. Monson regarding
                                response on Committee procedures motion.

06/13/06 A Jarvis          .10  Correspondence with Committee counsels
                                regarding meeting, agenda.

06/13/06 A Jarvis          .10  Telephone conference with M. Kehl regarding
                                committee discussions, funding motion, Oak Mesa
                                issues.

06/13/06 A Jarvis          .10  Telephone conference with E. A. Monson
                                regarding review of confidentiality agreement,
                                negotiating points.

06/13/06 A Jarvis          .20  Prepare agenda for Committee meeting.

```
Client No. 34585                              Page:    9
Debtor USA Commercial Mortgage Co., et al.    August 11, 2006
```

| | | | |
|---|---|---|---|
| 06/13/06 | B Kotter | .58 | Conference with A. W. Jarvis and A. Tsu regarding work-product and privilege issues and responding to 2004 production order (.3); legal research on issue (1.8); respond to e-mail from A. W. Jarvis regarding issue (.3). |
| 06/13/06 | E Monson | .37 | Review limited objection of UST to Joint Procedures Motion filed by the Joint Committees (.3); work on supplemental response to Joint Procedures Motion (1.2). |
| 06/13/06 | S Strong | .11 | Review emails from and telephone conference with A. Jarvis regarding confidentiality issues with committees (0.2); telephone conference with E. Monson regarding same (0.3). |
| 06/13/06 | S Strong | .10 | Exchange emails with C. Pajak regarding confidentiality agreement (0.1). |
| 06/13/06 | S Strong | .05 | Exchange emails with A. Jarvis regarding proposed agenda for committee meetings to be held 6/15/06 after hearings (0.2). |
| 06/14/06 | A Jarvis | 2.30 | Conference with FDTF counsel regarding DIP financing, matters on for hearing. |
| 06/14/06 | A Jarvis | .75 | Meeting with T. Allison, M. Kehl, J. Reed regarding preparation for meeting with Committees. |
| 06/14/06 | B Kotter | .93 | Legal research and drafting of response to 2004 Order and draft of Motion for Protective Order. |
| 06/14/06 | S Strong | .10 | Exchange various emails with A. Jarvis and L. Schwartzer regarding preparations for tomorrows meetings with Committees (0.3); conference with A. Jarvis regarding same (0.1). |
| 06/14/06 | A Tsu | .70 | Research regarding Nevada law for potential motion for protective order on privacy issues. |
| 06/14/06 | A Tsu | .57 | Legal research regarding Rule 2004 and Section 105(a). |
| 06/14/06 | A Tsu | .15 | Legal research regarding 2004 subpoena and limitations on same, including privilege and privacy issues. |

Client No. 34585                                              Page:    10
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/15/06 A Jarvis        .13 Conference with S. C. Strong regarding
                             results of hearings, Committee meeting,
                             preparation for DIP financing motion.

06/15/06 A Jarvis        .65 Meeting with FTDF Committee and DTDF Committee
                             regarding DIP financing proposal, collateral
                             for financing.

06/15/06 A Jarvis        .50 Meeting with four Committees regarding DIP
                             financing, financing needs IP negotiations,
                             business operating issues, budget, motion to
                             hold funds and distribution issues.

06/15/06 B Kotter       1.07 Continued legal research and drafting of Motion
                             for Protective Order and response to 2004
                             subpoena from the Executory Contracts Committee
                             (4.3).

06/15/06 S Strong        .65 Participate in meeting with debtors
                             representatives and two Fund committees (1.3).

06/15/06 S Strong        .40 Participate in meeting with all four committees
                             (1.3); post-meeting discussions with A. Jarvis
                             regarding results of creditor committee
                             meetings and future committee issues (0.3).

06/15/06 A Tsu          1.80 Legal research regarding 9018 protection for
                             2004 subpoenas and general limitations to 2004;
                             drafting motion for protective order on privacy
                             isses.

06/16/06 B Kotter        .57 Continue work on protective order motion and
                             continuing legal research into work protect
                             doctrine issues.

06/16/06 A Tsu          1.43 Drafting motion for protective order; privacy
                             issues reviewing case law for work product
                             privilege and privacy issues.

06/19/06 A Jarvis        .28 Conference with four Committees regarding DIP
                             financing, IP security agreement, other
                             pending and expected motions.

06/19/06 A Jarvis        .12 Review and revise draft by S. Strong of
                             definition of confidential information.

Client No. 34585                                    Page:    11
Debtor  USA Commercial Mortgage Co., et al.         August 11, 2006

06/19/06 D Monson      .50 Review HFA loan documents and forward to E.
                           Karasik and L. Ernce for review with connection
                           with Motion to Forbear and For Additional
                           Funding (0.5); review e-mails from E. Karasik
                           and L. Ernce on HFA Monaco Loan (0.2);
                           telephone call from M. Tucker on
                           Franklin/Stratford Loan and interest payments
                           (0.3).

06/19/06 E Monson      .20 Review voice mail from Andrew Parlen regarding
                           confidentiality issues (.1); review e-mail from
                           A. Parlen regarding resignation from First TD
                           Committee (.1).

06/19/06 S Strong      .73 Communicate with various committee counsel
                           regarding conference call today and arrange
                           dial-in call for same (0.2); participate in
                           conference call with counsel for debtors and
                           committees regarding various pending issues
                           including revised cash budget, DIP financing,
                           and other issues for hearings this week (1.0);
                           confer with A. W. Jarvis regarding revised
                           confidentiality definition needed for
                           committees motion for information sharing
                           protocol (0.2); draft and revise proposed
                           language regarding same and review with A. W.
                           Jarvis (1.2); circulate proposed language to
                           Mesirow team and L. Schwartzer (0.1); telephone
                           conference with L. Schwartzer regarding same
                           (0.2).

06/21/06 A Jarvis      .65 Meeting with FTDF Committee and DTDF Committee
                           regarding DIP financing, negotiations on same.

06/21/06 S Strong      .20 Exchange emails with C. Carlyon regarding
                           proposed financing order (0.2).

06/21/06 S Strong      .20 Exchange emails with A. Jarvis regarding
                           committees position on proposed financing
                           order (0.2); prepare further revisions to
                           proposed order on CapSource financing based on
                           comments received from committees (0.6).

06/22/06 A Jarvis      .15 Correspondence on confidentiality agreement.

06/22/06 A Jarvis      .40 Correspondence on meetings with Committees,
                           agenda items.

Client No. 34585                                                Page:   12
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/22/06 B Kotter        .07 Respond to A. W. Jarvis e-mail regarding
                             discovery (.3).

06/22/06 D Monson        .03 Review and respond to e-mail from A. Jarvis on
                             meeting with Committees to review status of
                             Nonperforming Loans (0.1).

06/23/06 A Jarvis        .13 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis        .13 Telephone conference with M. Kehl and T.
                             Allison regarding agenda for meeting,
                             preparation of information.

06/23/06 A Jarvis        .13 Correspondence on document requests from
                             Committees.

06/23/06 A Jarvis        .12 Conference with S. C. Strong regarding document
                             production.

06/23/06 A Jarvis        .27 Review order on protocol and comment regarding
                             same.

06/23/06 A Jarvis        .27 Prepare agendas for Committee conference call
                             and Committee meeting; correspondence regarding
                             same.

06/23/06 E Monson        .23 Review numerous e-mails on joint procedures
                             order (.5); draft reply e-mail to A. W.
                             Jarvis (.1); study definition of confidential
                             information (.3).

06/26/06 A Jarvis        .25 Correspondence on confidentiality issues,
                             document production issues.

06/26/06 B Kotter       2.05 Conference with S. C. Strong on document review
                             and subpoena objections (.3); review of
                             investor and loan files and conferences with S.
                             C. Strong and Mesirow/debtor employees
                             regarding 2004 subpoena production (7.9).

06/26/06 E Monson        .75 Review e-mails on Order on Joint Committees
                             Procedures (.3); review supplemental responses
                             filed by debtors in response to joint procedure
                             motion (.2); study definitions of confidential
                             information in joint procedure order,

Client No. 34585                                           Page:   13
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006

|  |  |  |
|---|---|---|
|  |  | supplemental response and ECC confidentiality agreement and note issues to be addressed (.6); research and review tretices on privacy laws and Gramm Leach Bliley ACt (1.6); discussion with S. C. Strong regarding privacy research (.3). |
| 06/26/06 | S Strong | .61 | Review investor files prior to production for committees, and confer with B. J. Kotter and USA filing clerk regarding same (0.8); confer with S. Smith regarding status of draft investor statements and open legal issues regarding same (0.6); confer with B. J. Kotter regarding strategies and logistics for responding to information requests of various committees (0.5); telephone conference with A. W. Jarvis regarding same (0.2); telephone conference with A. W. Jarvis regarding rescheduling tomorrows call with committees professionals, review emails regarding same, telephone conference with staff to reschedule same and transmit new call-in information, and confer with M. Kehl regarding issues for same (0.4). |
| 06/26/06 | S Strong | .10 | Confer with M. Kehl regarding status of Hilco appraisals and requests by fund committees for copies (0.2). |
| 06/27/06 | A Jarvis | .13 | Draft memo to working group regarding Committee conference call. |
| 06/27/06 | A Jarvis | .32 | Weekly conference call with four committees. |
| 06/27/06 | A Jarvis | .05 | Revise language in confidentiality agreement regarding appraisals. |
| 06/27/06 | A Jarvis | .27 | Review issues regarding privacy concerns, committee presentation, investor information (.4); conference with E. A. Monson and S. C. Strong regarding same (.4); correspondence with S. C. Strong regarding same (.3). |
| 06/27/06 | A Jarvis | .05 | Correspondence with committee regarding agenda. |
| 06/27/06 | A Jarvis | .10 | Conference with S. C. Strong and E. A. Monson regarding investor privacy issues. |

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/27/06 B Kotter        .50  Review of spreadsheets from Faizel related to
                              response to 2004 subpoena (1.2); brief
                              conference with S. C. Strong regarding
                              production (.3); prepare for loan file
                              inspection for privilege and discuss issues
                              with S. C. Strong (.5).

06/27/06 B Kotter        .15  Conference with E. A. Monson, A. W. Jarvis, and
                              S. C. Strong as to 2004 confidentiality and
                              document production issues (.6).

06/27/06 E Monson        .10  Follow up on inquiry from A. Parlen regarding
                              when bar date might be set (.1).

06/27/06 E Monson        .92  Review e-mails from A. W. Jarvis regarding
                              issues on confidentiality agreement (.2);
                              review extend order on Joint Committee motion
                              and further discussion with S. C. Strong
                              regarding privacy issues (.2); research on GLB
                              Act (2.2); lengthy conference with S. C. Strong
                              and A. W. Jarvis regarding GLB Act and ECL
                              conference agreements (.5); discussion with E.
                              Maragakis on GLB Act and review additional
                              articles in connection therewith (.6).

06/27/06 S Strong        .20  Confer with K. G. Glade regarding issues for
                              his meeting today with FTD Committees
                              professionals (0.2).

06/27/06 S Strong       1.23  Exchange emails and voice messages with A. W.
                              Jarvis regarding topics for conference call
                              with counsel for 4 committees today, and
                              arranged delayed start time for same (0.4);
                              participate in conference call with counsel for
                              4 committees today (0.9); confer with E. A.
                              Monson regarding confidentiality and investor
                              privacy issues raised by ECCs subpoena,
                              research privacy issues, and discussions with
                              A. W. Jarvis and E. A. Monson regarding same
                              (1.4); review emails regarding
                              privacy/confidentiality issues (0.2); confer
                              with B. J. Kotter regarding privilege review
                              needed of loan files to make available to
                              committees, and related issues (0.5); review
                              investor and loan information from USAs loan
                              accounting system for response to ECC subpoena
                              and discuss same with B. J. Kotter (0.5);
                              discuss subpoena response issues with A. W.
                              Jarvis (0.3); confer with M. Kehl regarding

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


                          protecting confidentiality of Hilco appraisal
                          information provided to committees
                          professionals, draft transmittal language for
                          M. Kehl regarding same, and exchange emails
                          with A. W. Jarvis regarding same (0.7).

06/28/06 J Adams      .06 Conferences with S. Strong regarding electronic
                          discovery and work product protection.

06/28/06 A Jarvis     .08 Correspondence with E. A. Monson regarding
                          bar date.

06/28/06 A Jarvis    1.82 Prepare presentation for Committees with M.
                          Kehl, T. Allison and S. Smith, discuss issues
                          relating to motion to distribute funds,
                          investor statements.

06/28/06 A Jarvis     .30 Correspondence regarding confidentiality
                          agreement (.2); correspondence on orders (.3);
                          correspondence on content of Committee
                          presentation (.3); correspondence on motion to
                          distribute funds, investor statements and
                          agenda for committee meeting (.4).

06/28/06 B Kotter    2.45 Review loan files for privilege and
                          confidential documents prior to production to
                          requesting committees (9.2); follow up on
                          CD/electronic production to committees (.6).

06/28/06 D Monson    1.30 Meetings with M. Kehl, S. Smith, A. Jarvis and
                          S. Strong to discuss meeting with Committees
                          and allegations for reorganization plan.

06/28/06 E Monson     .33 Participate in conference with M. Kehl, S.
                          Smith, A. W. Jarvis, S. C. Strong, and D. M.
                          Monson in preparation for committee call (1.3).

06/28/06 S Strong     .25 Telephone conference with S. Smith and Fund
                          Committees financial advisors regarding form
                          of investor statements for fund members (0.4);
                          exchange emails with A. W. Jarvis and S. Smith
                          regarding same (0.1).

06/28/06 S Strong    1.10 Telephone conferences with B. J. Kotter
                          regarding status of privilege review of loan
                          documents (0.3); meet with S. Smith, M. Kehl
                          and A. W. Jarvis to review and discuss draft of
                          debtors presentation to committees for

Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006

tomorrow (1.5); participate in meeting with A.
W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
T. Allison regarding further details and
revisions to committee presentation for
tomorrow regarding investor statements,
progress to date, reorganization options, and
related issues, and discuss strategies for same
(1.9); further discussions with E. A. Monson
and B. J. Kotter regarding privilege review,
confidentiality issues, and document production
process for documents requested formally and
informally by committees (0.7)

06/29/06 A Jarvis      .08 Correspondence on Committee presentation.

06/29/06 A Jarvis      .25 Correspondence on Committee meeting, orders and
                           preparation for Committee meeting.

06/29/06 A Jarvis     1.12 Prepare for and conduct meeting with four
                           committees, T. Allison, M. Kehl. S. Smith and
                           S. C. Strong.

06/29/06 A Jarvis      .25 Correspondence on Committee on orders, meeting,
                           motion to distribute funds, calendaring.

06/29/06 B Kotter     2.35 Review of loan files for privilege and
                           confidentiality prior to production to
                           committees (8.3); review of CD's provided to
                           First Trust Deed, Diversified unsecured and
                           Executory Committees (1.1).

06/29/06 E Monson     1.75 Review loan files for attorney client privilege
                           documents (7.0).

06/29/06 E Monson      .20 Draft e-mail to A. Pollen regarding motion on
                           bar date (.2).

06/29/06 E Monson      .07 Draft e-mail to A. W. Jarvis and S. C. Strong
                           regarding parties to short form of Direct
                           Lenders confidentiality agreement (.1); make
                           additional minor revisions to short form of
                           confidentiality agreement (.2).

06/29/06 M Pugsley     .11 Participate in Creditors Committee meeting
                           (.5).

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/29/06 S Strong        .11 Telephone conferences with B. J. Kotter
                             regarding status of privilege review of loan
                             files for document production to committees
                             and electronic information available (0.3);
                             exchange emails B. J. Kotter regarding
                             borrower information in PDF loan documents
                             being produced to each committee (0.2).

06/29/06 S Strong        .25 Participate in meeting with T. Allison, M.
                             Kehl, S. Smith, and A. W. Jarvis to evaluate
                             presentation to committees and to plan and
                             strategize reorganization options (1.0).

06/29/06 S Strong        .50 Participate in debtors presentation to four
                             committees regarding loan/investor restatements
                             and reorganization options (2.0).

06/30/06 B Kotter        .35 Conference with A. W. Jarvis and S. C. Strong
                             on production issues of various documents (.6);
                             phone call with Angie at USA regarding Powers
                             of Attorney and filing system (.3); follow up
                             on confidentiality issues and copying service
                             for production (.5).

06/30/06 E Monson        .08 Review e-mails from A. W. Jarvis regarding
                             discovery issues and motion on bar date (.3).

06/30/06 S Strong        .01 Circulate copy of material presented at
                             committee meeting yesterday to various
                             committee professionals (0.1).

06/30/06 S Strong        .03 Review comments of various committee counsel to
                             proposed order regarding DIP financing (0.1).

06/30/06 S Strong        .50 Telephone conference with E. Karasik and C.
                             Pajak regarding FTD Committee's perspectives on
                             proposed motion to distribute funds (0.3);
                             review follow-up email from E. Karasik with
                             information requests (0.1); exchange follow-up
                             emails with M. Kehl regarding same (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                          $16,281.75

*"Exhibit E-15"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road               August 11, 2006
Las Vegas, NV  89121                                  Invoice No. ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00020**

**Diversified Committee Relations**

| 06/01/06 A Jarvis | .40 | Correspondence with counsel for DTDF. |
|---|---|---|
| 06/01/06 A Jarvis | .07 | Correspondence with S. C. Strong regarding committee issues. |
| 06/01/06 A Jarvis | .10 | Correspondence on discovery requests from committees. |
| 06/02/06 A Jarvis | .08 | Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 A Jarvis | .12 | Correspondence on meeting with committees. |
| 06/02/06 A Jarvis | .17 | Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 A Jarvis | .48 | Prepare for Committee meetings; gather information for same. |
| 06/02/06 B Kotter | .55 | Revise applications per S. C. Strong (.3); work on confidentiality agreements for committee's and e-mail out (1.7); respond to counsel inquiries (.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/02/06 S Strong          .10  Telephone conference with M. Levinson regarding
                                motion to hold funds (0.1).

06/02/06 S Strong         1.10  Telephone conference with L. Ernce regarding
                                conflicts check information needed for Orrick
                                as proposed counsel to Diversified Committee
                                (0.2); telephone conference with S. Smith
                                regarding same (0.1); review and send
                                information to L. Ernce regarding same (0.2);
                                telephone conference with L. Ernce and M.
                                Levinson of Diversified Committee regarding
                                case issues and status (0.6).

06/03/06 A Jarvis          .15  Draft letter to A. Landis regarding committee
                                composition.

06/03/06 A Jarvis          .20  Conference with S. C. Strong regarding motion
                                regarding composition of committees.

06/04/06 A Jarvis          .37  Correspondence regarding committee
                                presentation, matters on for hearing.

06/05/06 A Jarvis          .25  Conference with T. Allison, L. Schwartzer, S.
                                C. Strong regarding meeting with committees.

06/05/06 A Jarvis          .15  Meeting with T. Allison regarding Committee
                                issues.

06/05/06 A Jarvis          .37  Meeting with committees.

06/05/06 A Jarvis          .25  Conference with S. C. Strong, L. Schwartzer and
                                M. Kehl regarding issues raised by committees,
                                hearing (.5); conference with S. C. Strong
                                regarding committee issues (.5).

06/05/06 B Kotter          .55  Legal research on committee
                                response/information request issues.

06/05/06 S Strong         1.15  Meet with T. Allison, M. Kehl, S. Smith, J.
                                Reed, A. Jarvis, and L. Schwartzer to discuss
                                issues for meeting with Committees (1.6);
                                confer with A. Jarvis issues and strategies in
                                dealing with Committees (while traveling to
                                USTs office) (0.5); attend meeting with
                                Debtors representatives and four Committees
                                (1.5); confer with A. Jarvis, L. Schwartzer,
                                and M. Kehl regarding issues raised in meeting
                                with Committees (0.5); confer with A. Jarvis

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006

|  |  |  |
|---|---|---|
| | | regarding issues covered in meeting with Committees and upcoming issues regarding Committees ((while traveling back to USA offices) (0.5). |
| 06/06/06 A Jarvis | .13 | Correspondence on protocols for committees. |
| 06/06/06 A Jarvis | .13 | Correspondence on issues relating to committee protocols. |
| 06/06/06 A Jarvis | .17 | Review correspondence from A. Landis regarding committee composition issues and conference with S. C. Strong regarding same (.5). |
| 06/06/06 A Jarvis | .17 | Correspondence on committee information requests (.5); correspondence on protocol motion (.2). |
| 06/06/06 A Jarvis | .12 | Review correspondence from A. Landis regarding committee composition issues and conference with S. C. Strong regarding same (.5). |
| 06/06/06 E Monson | .18 | Discussion with S. C. Strong regarding follow up on BMC Group assisting committees on web pages (.3); outline issues to address on BMC assisting committees (.4). |
| 06/06/06 S Strong | .30 | Telephone conference with counsel for committees regarding information/confidentiality protocols and proposed motion regarding same (0.3); review proposed motion regarding same and discuss with E. Monson and A. Jarvis (0.5); exchange emails with A. Jarvis regarding status of committee confidentiality issues (0.1); confer with E. Monson regarding same (0.3). |
| 06/06/06 S Strong | .23 | Research legal issues concerning committee composition (0.9). |
| 06/07/06 A Jarvis | .30 | Correspondence with Fund Committees regarding proposed loan transactions. |
| 06/07/06 A Jarvis | .15 | Correspondence on confidentiality agreements; conference with E. A. Monson regarding same. |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/07/06 A Jarvis          .12 Correspondence with S. C. Strong regarding
                               committee issues, position on proposed
                               committee representation motion.

06/07/06 D Monson          .15 Review e-mails on Confidentiality Agreements
                               from Fund Committees and discuss conference
                               call with Fund Committees with A. Jarvis (0.3).

06/07/06 E Monson          .60 Review committee procedures motion (.7); review
                               e-mails regarding revisions to procedure motion
                               (.3); review draft of confidentiality agreement
                               from committees (.7); further review of
                               procedures motion and discuss it and
                               confidentiality agreement with S. C. Strong
                               (.7).

06/07/06 S Strong          .23 Further review of draft of Information Protocol
                               motion by committees (0.2); forward same to E.
                               Monson and voice message to her regarding same
                               (0.1); confer with E. Monson regarding issues
                               raised by same and possible response needed
                               (0.2); review various emailed comments from
                               committee lawyers regarding same (0.2);
                               exchange emails with local counsel regarding
                               OST and response deadline to Information
                               Protocol motion, and discuss with E. Monson
                               (0.2).

06/07/06 S Strong          .13 Exchange emails with M. Kehl regarding status
                               of confidentiality agreements with committees
                               and information requests from committees (0.1);
                               confer with E. Monson regarding same (0.2);
                               review followup emails regarding same (0.2).

06/08/06 K Glade           .10 Review committee confidentiality issues with E.
                               Monson (0.4).

06/08/06 A Jarvis          .08 Correspondence on confidentiality agreements.

06/08/06 D Monson         2.05 Review e-mails on Confidentiality Agreement
                               with Fund Committees for conference call (0.2);
                               prepare summary of HFS Loans, Boise/Gowan Loan,
                               Amesbury Loan and Franklin/Stratford Loan for
                               conference call with Fund Committees (1.2);
                               conference call with fund committees and their
                               counsel and representatives on Motion to
                               Forebear and to Fund Certain Outstanding Loans
                               (S. Scann and R. Russell on a portion of the
                               conference call) (1.3); compile Loan Documents

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


                        and other information and forward to Fund
                        Committees counsel and financial advisors on
                        request for support of Motion to Forebear and
                        Fund Certain Outstanding Loans (0.6); e-mail to
                        E. Karasik and L. Ernce on HFA forbearance
                        request (0.5); conference call with M. Kehl to
                        prepare for conference call with Fund
                        Committees (0.3).

06/08/06 D Monson    .30 Review A. Jarvis e-mails and M. Levinson
                        e-mails (Diversified Trust Deed Fund Committee
                        counsel) on Amesbury Partial Releases and
                        review of other emergency requests (0.3).

06/08/06 E Monson    .20 Additional review of confidentiality agreement
                        and Joint Information Protocol Motion (.8).

06/09/06 A Jarvis    .07 Conference with E. A. Monson regarding
                        committee protocol motion.

06/09/06 A Jarvis    .08 Telephone conference with M. Kehl regarding
                        committee meeting next week, preparation of
                        materials for same.

06/09/06 A Jarvis    .08 Correspondence with A. Landis regarding
                        representation member of creditors committee
                        issues.

06/09/06 A Jarvis    .15 Correspondence on procedures motion (.3);
                        correspondence on website issues (.3).

06/09/06 A Jarvis    .10 Correspondence and conference with A. Tsu
                        regarding draft of motion for protective order,
                        research regarding same.

06/09/06 A Jarvis    .07 Correspondence on committee representation
                        member motion.

06/09/06 D Monson    .30 Review and respond to e-mails from E. Karasik
                        and L. Ernce on Motion to Forbear and to Fund
                        Certain Loans (0.3); exchange e-mails with E.
                        Karasik and M. Kehl on HFA Monaco loan status
                        (0.3).

06/09/06 E Monson    .05 Draft and send out e-mail to committee counsel
                        regarding web pages on BMC site (.2).

Client No. 34585                                          Page:   6
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/09/06 S Strong          .05 Review L. Schwartzers emails to committee
                               counsel requesting positions on motions to
                               shorten time on various motions filed today,
                               and counsels responses to same.

06/12/06 A Jarvis          .15 Conference with A. Tsu and B. J. Kotter
                               regarding 2004 subpoena, motion for protective
                               order (.4); telephone conference with M. Kehl
                               regarding 2004 order, discovery issues (.2).

06/12/06 A Jarvis          .05 Telephone conference with M. Kehl regarding
                               meetings with Committees, preparation of
                               information for same.

06/12/06 A Jarvis          .08 Telephone conference with T. Allison regarding
                               committee meetings.

06/12/06 A Jarvis          .10 Correspondence on hiring of financial advisors
                               by committees, coordination with same.

06/12/06 A Jarvis          .25 Review and revise response to procedures
                               motion; conference with E. A. Monson regarding
                               same.

06/12/06 A Jarvis          .13 Correspondence and conference with E. A. Monson
                               regarding use of BMC website by committees.

06/12/06 A Jarvis          .12 Correspondence on meeting with committees (.5).

06/12/06 B Kotter          .53 Work on protective order issues.

06/12/06 E Monson          .75 Work on response to committee joint procedure
                               motion (1.7); obtain A. W. Jarvis comments to
                               responses to joint procedure motion, make
                               revisions and finalize response (.5); draft
                               lengthy e-mail to A. W. Jarvis regarding issues
                               involving BMC (.4); discussion with A. W.
                               Jarvis regarding BMC motion and send e-mail to
                               M. Kehl and T. Allison (.4).

06/12/06 S Strong          .35 Telephone conference with M. Kehl regarding
                               issues to discuss at next meeting with
                               Committees (0.4); review emails from A. Jarvis
                               and committees lawyers regarding same (0.2);
                               telephone conference with M. Kehl regarding