| Timekeeper | Rate | Hours (June) | Hours (July) | Hours (Aug) | Hours (Sept) | Hours (Oct) | Hours (Nov) | Hours (Dec) | Hours (Jan) | Hours (Feb-Mar) | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | | | | |
| Grady M. Bolding | $665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.40 | 2.50 | 0.00 | 0.00 | 10.90 | $ 7,248.50 |
| D. Barclay Edmundson | $605.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 | 68.00 | 41,140.00 |
| James E. Houpt | $545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | 1.30 | 708.50 |
| Cynthia J. Larsen | $555.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133.20 | 133.20 | 73,926.00 |
| Marc A. Levinson | $560.00 | 153.80 | 143.20 | 182.70 | 158.90 | 136.70 | 135.20 | 189.90 | 160.60 | 220.50 | 1,481.50 | 829,640.00 |
| Michael McAndrews | $620.00 | 0.00 | 0.00 | 0.00 | 2.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.10 | 1,302.00 |
| William Molinski | $545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.60 | 5.40 | 34.00 | 18,530.00 |
| Daniel J. Tyukody | $635.00 | 12.20 | 4.40 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.60 | 11,811.00 |
| **Of Counsel** | | | | | | | | | | | | |
| Jeffrey D. Hermann | $570.00 | 116.30 | 127.80 | 71.30 | 123.80 | 151.70 | 142.30 | 199.10 | 197.60 | 247.20 | 1,377.10 | 784,947.00 |
| Elizabeth Lefever | $485.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 | 9.40 | 0.30 | 2.50 | 41.70 | 20,224.50 |
| **Associates** | | | | | | | | | | | | |
| Yishai Boyarin | $360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.40 | 45.20 | 61.60 | 22,176.00 |
| Katie C. DeWitt | $235.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.00 | 44.00 | 10,340.00 |
| Stacy E. Don | $390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.10 | 100.10 | 39,039.00 |
| Alyssa D. Englund | $460.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.60 | 0.00 | 4.20 | 0.00 | 0.00 | 6.80 | 3,128.00 |
| Lynn Trinka Ernce | $465.00 | 129.50 | 70.60 | 104.00 | 82.40 | 63.20 | 53.80 | 1.80 | 0.00 | 0.00 | 505.30 | 234,964.50 |
| Kimberly E. Neureiter | $375.00 | 46.40 | 94.60 | 22.80 | 4.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.70 | 63,262.50 |
| Nathan J. Novak | $310.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.90 | 33.90 | 10,509.00 |
| Rachel P. Ragni | $390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | 46.32 | 33.42 | 22.70 | 109.04 | 42,525.60 |
| Katherine S. Thomas | $375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 0.00 | 0.00 | 0.00 | 5.50 | 2,062.50 |
| **Attorney Subtotal** | | | | | | | | | | | 4,203.34 | **$2,217,484.60** |
| **Law Clerks/ Paraprofessionals** | | | | | | | | | | | | |
| Rachael Barainca | $140.00 | 1.90 | 9.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.20 | 1,568.00 |
| Lyly Chang | $130.00 | 0.00 | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 156.00 |
| Patricia Eichar | $225.00 | 16.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.10 | 3,622.50 |
| Amy L. Maruska | $215.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 | 129.00 |
| Linda Partmann | $160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.10 | 32.10 | 5,136.00 |
| Shelley White | $185.00 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | 684.50 |
| **Law Clerk Subtotal** | | | | | | | | | | | 64.90 | 11,296.00 |
| **Totals** | | 479.90 | 449.90 | 382.00 | 372.10 | 356.20 | 381.30 | 453.22 | 436.92 | 956.70 | 4,268.24 | **$2,228,780.60** |

Exhibit A

| Task Code | Description | Hours (June) | Hours (July) | Hours (Aug) | Hours (Sept) | Hours (Oct) | Hours (Nov) | Hours (Dec) | Hours (Jan) | Hours (Feb/Mar) | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B110 | Case Administration | 137.10 | 20.60 | 47.20 | 21.30 | 16.60 | 11.00 | 19.50 | 18.60 | 15.00 | 306.90 |
| B120 | Asset Analysis and Recovery | 120.30 | 13.90 | 7.20 | 17.40 | 14.00 | 39.90 | 86.20 | 42.20 | 235.60 | 576.70 |
| B130 | Asset Disposition and Sales | 32.20 | 2.10 | 5.30 | 0.30 | 0.00 | 1.20 | 0.20 | 0.00 | 0.00 | 41.30 |
| B152 | Meetings & Communications With Other Committees | 25.40 | 32.90 | 45.40 | 4.70 | 4.10 | 10.60 | 10.20 | .30 | 0.00 | 133.60 |
| B153 | Meetings & Communications With The Committee Or Members Of The Committee | 68.60 | 18.00 | 25.70 | 23.80 | 29.10 | 44.80 | 22.50 | 6.10 | 5.00 | 243.60 |
| B154 | Meetings & Communications With The Creditors Or Equity Holders | 5.10 | 19.10 | 14.20 | 28.20 | 17.50 | 8.00 | 11.92 | 14.12 | 6.10 | 124.24 |
| B160 | Fee/Employment Applications | 25.20 | 19.70 | 56.50 | 9.30 | 20.20 | 7.40 | 6.20 | 4.00 | 5.50 | 154.00 |
| B170 | Fee/Employment Objections | 0.00 | 3.10 | 5.20 | 28.70 | 5.20 | 2.20 | 8.40 | 0.50 | 0.40 | 53.70 |
| B210 | Business Operations | 0.00 | 2.40 | 0.00 | 0.00 | 0.40 | 0.60 | 0.00 | 0.00 | 0.00 | 3.40 |
| B220 | Employee Benefits/Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 |
| B230 | Financing/Cash Collections | 27.20 | 1.90 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 30.60 |
| B310 | Claims Administration And Objections | 9.50 | 23.80 | 2.40 | 5.70 | 6.00 | 2.70 | 2.50 | 14.20 | 1.10 | 67.90 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.40 | 8.60 | 51.60 | 141.20 | 134.20 | 196.20 | 169.30 | 51.40 | 66.20 | 819.10 |
| B330 | Plan Implementation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | 91.10 | 77.60 | 171.00 |
| B503 | Litigation | 5.40 | 235.20 | 41.60 | 4.70 | 5.00 | 6.30 | 0.00 | 25.30 | 22.80 | 346.30 |
| B504 | EPIC Loan | 7.20 | 6.50 | 7.00 | 7.20 | 1.70 | 3.60 | 26.80 | 50.00 | 51.20 | 161.20 |
| B505 | 10-90 Loan | 16.30 | 42.10 | 72.70 | 79.60 | 100.40 | 46.80 | 87.20 | 119.10 | 470.20 | 1034.40 |
| | Totals | 479.90 | 449.90 | 382.00 | 372.10 | 356.20 | 381.30 | 453.22 | 436.92 | 956.70 | 4268.24 |

Exhibit B

| Task Code | Description | Fees (June) | Fees (July) | Fees (Aug) | Fees (Sept) | Fees (Oct) | Fees (Nov) | Fees (Dec) | Fees (Jan) | Fees (Feb/Mar) | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B110 | Case Administration | $ 70,750.50 | $ 10,602.00 | $ 24,504.00 | $ 11,619.00 | $ 8,655.00 | $ 5,646.50 | $ 8,132.00 | $ 8,658.00 | $ 7,378.00 | $ 155,945.00 |
| B120 | Asset Analysis and Recovery | 66,347.50 | 7,628.50 | 3,902.50 | 9,775.00 | 7,593.50 | 22,150.00 | 48,065.00 | 23,928.00 | 126,270.00 | 315,660.00 |
| B130 | Asset Disposition and Sales | 12,895.50 | 1,184.50 | 3,010.50 | 168.00 | 0.00 | 672.00 | 112.00 | 0.00 | 0.00 | 18,042.50 |
| B152 | Meetings & Communications With Other Committees | 12,855.50 | 18,220.50 | 24,560.00 | 2,651.00 | 2,313.00 | 5,936.00 | 5,738.00 | 171.00 | 0.00 | 72,445.00 |
| B153 | Meetings & Communications With The Committee Or Members Of The Committee | 30,329.50 | 9,396.00 | 13,560.00 | 12,321.00 | 15,357.00 | 23,389.00 | 11,411.00 | 3,431.00 | 2,813.00 | 122,007.50 |
| B154 | Meetings & Communications With The Creditors Or Equity Holders | 2,476.00 | 9,134.50 | 7,043.00 | 13,756.50 | 8,511.00 | 3,770.00 | 5,041.80 | 6,949.80 | 2,668.00 | 59,350.60 |
| B160 | Fee/Employment Applications | 11,692.50 | 6,628.00 | 26,812.50 | 4,538.50 | 9,640.00 | 3,650.00 | 2,928.00 | 2,240.00 | 3,080.00 | 71,209.50 |
| B170 | Fee/Employment Objections | 0.00 | 1,498.50 | 2,427.50 | 14,651.00 | 2,693.50 | 1,023.00 | 4,540.00 | 280.00 | 227.00 | 27,340.50 |
| B210 | Business Operations | 0.00 | 1,135.00 | 0.00 | 0 | 186.00 | 279.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| B220 | Employee Benefits/Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 139.50 | 0.00 | 0.00 | 0.00 | 0.00 | 139.50 |
| B230 | Financing/Cash Collections | 14,453.00 | 1,010.00 | 0.00 | 0.00 | 802.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,265.00 |
| B310 | Claims Administration And Objections | 4,568.50 | 9,072.50 | 909.00 | 2,783.50 | 3,097.00 | 1,398.00 | 1,356.00 | 6,768.00 | 616.00 | 30,568.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 224.00 | 4,807.50 | 28,203.50 | 78,076.00 | 75,195.50 | 106,371.00 | 95,228.50 | 29,000.00 | 37,298.00 | 454,404.00 |
| B330 | Plan Implementation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,299.00 | 51,040.00 | 42,981.00 | 95,320.00 |
| B503 | Litigation | 2,712.00 | 117,732.00 | 21,055.00 | 2,449.50 | 2,875.00 | 3,509.50 | 0.00 | 12,645.00 | 11,366.50 | 174,344.50 |
| B504 | EPIC Loan | 4,051.50 | 3,583.00 | 3,432.50 | 4,200.00 | 964.00 | 2,046.00 | 15,141.00 | 28,389.00 | 27,195.00 | 89,002.00 |
| B505 | 10-90 Loan | 9,000.50 | 23,805.50 | 40,599.00 | 44,016.50 | 56,853.00 | 26,530.00 | 47,894.00 | 63,738.50 | 212,699.50 | 525,136.50 |
| | Totals | $242,356.50 | $225,438.00 | $200,019.00 | $201,005.50 | $194,875.00 | $206,370.00 | $246,886.30 | $237,238.30 | $474,592.00 | $2,228,780.60 |

Exhibit C

| Period | Actual Fees | Fees at 80% | Holdback | Costs | Amount Due Orrick |
|---|---|---|---|---|---|
| June 2006 | $ 242,356.50 | * | * | $ 4,008.19 | $246,364.69 |
| July 2006 | 225,438.00 | * | * | 4,165.35 | 229,603.35 |
| August 2006 | 200,019.00 | $ 160,015.20 | $ 40,003.80 | 4,016.55 | 204,035.55 |
| September 2006 | 201,005.50 | 160,804.40 | 40,201.10 | 1,738.42 | 202,743.92 |
| October 2006 | 194,875.00 | 155,900.00 | 38,975.00 | 2,511.08 | 197,386.08 |
| November 2006 | 206,370.00 | 165,096.00 | 41,274.00 | 352.87 | 206,722.87 |
| December 2006 | 246,886.30 | 199,258.96 | 47,627.34 | 1,749.92 | 248,636.22 |
| January 2007 | 237,238.30 | 189,790.64 | 47,447.66 | 7,377.53 | 244,615.83 |
| Feb-Mar 12, 2007 | 474,592.00 | 379,673.60 | 94,918.40 | 16,994.67 | 491,586.67 |
| Totals | $2,228,780.60 | $1,410,538.80 | $350,447.30 | $42,914.58 | $2,271,695.18 |
| Payment 1/26/07 | | | | | (1,086,596.76) |
| Payment 2/28/07 | | | | | (199,258.96) |
| **Balance Due** | | | | | **$985,839.46** |

*Paid in full in light of Interim Fee Order

Exhibit D

**COSTS**

| Description of Costs | June 2006 | July 2006 | Aug 2006 | Sept 2006 | Oct 2006 | Nov 2006 | Dec 2006 | Jan 2007 | Feb-Mar 12 2007 | Total Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| Duplicating Expense | $ 18.30 | $ 55.20 | $ 253.80 | $ 29.80 | $ 1.60 | $ 45.20 | $ 0.00 | $ 110.40 | $1,550.40 | $ 2,064.70 |
| Deposition/Transcript Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,558.43 | 1,558.43 |
| Express Delivery | 0.00 | 0.00 | 0.00 | 68.12 | 33.10 | 17.02 | 0.00 | 32.09 | 114.43 | 264.76 |
| Outside Reproduction Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.32 | 45.32 |
| Facsimile | 0.00 | 38.00 | 0.00 | 62.00 | 0.00 | 0.00 | 0.00 | 0.00 | 589.00 | 689.00 |
| Lexis Research | 1,556.75 | 2,786.00 | 533.50 | 280.00 | 0.00 | 0.00 | 0.00 | 2,216.00 | 6,166.75 | 13,539.00 |
| Local Taxi Expense | 0.00 | 35.00 | 172.00 | 22.00 | 58.00 | 0.00 | 76.00 | 94.00 | 132.00 | 589.00 |
| Out of town Business Meals | 323.14 | 40.00 | 274.02 | 0.00 | 145.00 | 0.00 | 14.00 | 718.00 | 320.13 | 1,834.29 |
| Outside Services | 40.72 | 0.00 | 13.00 | 466.52 | 87.76 | 0.00 | 0.00 | 117.50 | 376.47 | 1,101.97 |
| Other Business Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 18.86 | 13.37 | 72.23 |
| Parking Expense | 102.00 | 32.00 | 132.00 | 12.00 | 36.00 | 12.00 | 60.00 | 109.00 | 243.29 | 738.29 |
| Postage | 3.54 | 2.22 | 5.43 | 0.00 | 4.80 | 18.80 | 0.00 | 0.00 | 44.40 | 79.19 |
| Telephone | 266.00 | 294.78 | 275.89 | 478.03 | 624.55 | 713.58 | 180.27 | 806.19 | 355.65 | 3,994.94 |
| Travel Expense, Air Fare | 919.80 | 559.70 | 1,493.00 | 306.60 | 559.70 | 305.10 | 915.30 | 1,570.08 | 1,937.96 | 8,567.24 |
| Travel Expense, Local | 153.83 | 26.70 | 53.40 | 13.35 | 26.70 | 13.35 | 40.05 | 603.59 | 177.64 | 1,108.61 |
| Travel Expense, Out of Town | 370.69 | 227.50 | 810.51 | 0.00 | 341.07 | 0.00 | 198.55 | 632.10 | 747.09 | 3,327.51 |
| Westlaw Research | 253.42 | 68.25 | 0.00 | 0.00 | 592.80 | 343.14 | 265.75 | 447.50 | 2,622.34 | 4,593.20 |
| Undercharged - Clerical error on invoice | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,155.32) | 0.00 | (97.78) | 0.00 | (1,253.10) |
| | $4,008.19 | $4,165.35 | $4,016.55 | $1,738.42 | $2,511.08 | $352.87 | $1,749.92 | $7,377.53 | $16,994.67 | $42,914.58 |

Exhibit E