*"Exhibit E-17"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No. ******
```

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| 06/01/06 A Jarvis | .08 | Correspondence with S. C. Strong regarding committee issues. |
|---|---|---|
| 06/01/06 A Jarvis | .10 | Correspondence on discovery requests from committees. |
| 06/02/06 A Jarvis | .07 | Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 A Jarvis | .13 | Correspondence on meeting with committees. |
| 06/02/06 A Jarvis | .18 | Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 A Jarvis | .47 | Prepare for Committee meetings; gather information for same. |
| 06/02/06 B Kotter | .55 | Revise applications per S. C. Strong (.3); work on confidentiality agreements for committee's and e-mail out (1.7); respond to counsel inquiries (.2). |
| 06/02/06 S Strong | .10 | Exchange voice messages with R. Charles regarding motion to hold funds (0.1). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                    August 11, 2006


| 06/03/06 A Jarvis | .15 | Draft letter to A. Landis regarding committee composition. |
|---|---|---|
| 06/03/06 A Jarvis | .20 | Conference with S. C. Strong regarding motion regarding composition of committees. |
| 06/03/06 S Strong | 3.90 | Research for and drafting of proposed motion to reconstitute membership of Executory Contracts Committee pursuant to Section 1102 (3.1); confer with A. Jarvis regarding same (0.4); revise motion and circulate to local counsel and Mesirow for review (0.4). |
| 06/04/06 A Jarvis | .38 | Correspondence regarding committee presentation, matters on for hearing. |
| 06/05/06 A Jarvis | .15 | Meeting with T. Allison regarding Committee issues. |
| 06/05/06 A Jarvis | .25 | Conference with S. C. Strong, L. Schwartzer and M. Kehl regarding issues raised by committees, hearing (.5); conference with S. C. Strong regarding committee issues (.5). |
| 06/05/06 A Jarvis | .25 | Conference with T. Allison, L. Schwartzer, S. C. Strong regarding meeting with committees. |
| 06/05/06 A Jarvis | .38 | Meeting with committees. |
| 06/05/06 B Kotter | .55 | Legal research on committee response/information request issues. |
| 06/05/06 S Strong | 1.15 | Meet with T. Allison, M. Kehl, S. Smith, J. Reed, A. Jarvis, and L. Schwartzer to discuss issues for meeting with Committees (1.6); confer with A. Jarvis issues and strategies in dealing with Committees (while traveling to USTs office) (0.5); attend meeting with Debtors representatives and four Committees (1.5); confer with A. Jarvis, L. Schwartzer, and M. Kehl regarding issues raised in meeting with Committees (0.5); confer with A. Jarvis regarding issues covered in meeting with Committees and upcoming issues regarding Committees ((while traveling back to USA offices) (0.5). |
| 06/06/06 A Jarvis | .12 | Correspondence on protocols for committees. |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/06/06 A Jarvis        .12 Correspondence on issues relating to committee
                             protocols.

06/06/06 A Jarvis        .18 Correspondence on committee information
                             requests (.5); correspondence on protocol
                             motion (.2).

06/06/06 A Jarvis        .13 Review correspondence from A. Landis regarding
                             committee composition issues and conference
                             with S. C. Strong regarding same (.5).

06/06/06 E Monson        .17 Discussion with S. C. Strong regarding follow
                             up on BMC Group assisting committees on web
                             pages (.3); outline issues to address on BMC
                             assisting committees (.4).

06/06/06 S Strong        .30 Telephone conference with counsel for
                             committees regarding
                             information/confidentiality protocols and
                             proposed motion regarding same (0.3); review
                             proposed motion regarding same and discuss with
                             E. Monson and A. Jarvis (0.5); exchange emails
                             with A. Jarvis regarding status of committee
                             confidentiality issues (0.1); confer with E.
                             Monson regarding same (0.3).

06/06/06 S Strong       1.00 Confer with A. Jarvis regarding connections and
                             prepetition treatment of member of Executory
                             Contracts Committee (0.2); review and analysis
                             of evidence for reconstituting Committee (0.6);
                             further discussions with A. Jarvis regarding
                             same (0.2).

06/06/06 S Strong        .10 Confer with B. Kotter regarding ECCs request
                             for form of confidentiality agreement (0.1).

06/06/06 S Strong        .23 Research legal issues concerning committee
                             composition (0.9).

06/07/06 A Jarvis        .15 Correspondence on confidentiality agreements;
                             conference with E. A. Monson regarding same.

06/07/06 A Jarvis        .13 Correspondence with S. C. Strong regarding
                             committee issues, position on proposed
                             committee representation motion.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/07/06 E Monson      .60 Review committee procedures motion (.7); review
                           e-mails regarding revisions to procedure motion
                           (.3); review draft of confidentiality agreement
                           from committees (.7); further review of
                           procedures motion and discuss it and
                           confidentiality agreement with S. C. Strong
                           (.7).

06/07/06 S Strong     4.70 Review voicemail and email from A. Jarvis
                           regarding composition of Committees (0.1);
                           confer with her regarding status of draft
                           motion regarding constituents under-represented
                           on ECC, and issues for new or revised motion
                           needed regarding removal of member from ECC as
                           nonrepresentative (0.6); analysis for and
                           preparation of Motion to Remove Fertitta from
                           ECC (3.7); confer with A. Jarvis regarding
                           same, and circulate draft to Mesirow for review
                           (0.3).

06/07/06 S Strong      .23 Further review of draft of Information Protocol
                           motion by committees (0.2); forward same to E.
                           Monson and voice message to her regarding same
                           (0.1); confer with E. Monson regarding issues
                           raised by same and possible response needed
                           (0.2); review various emailed comments from
                           committee lawyers regarding same (0.2);
                           exchange emails with local counsel regarding
                           OST and response deadline to Information
                           Protocol motion, and discuss with E. Monson
                           (0.2).

06/07/06 S Strong      .13 Exchange emails with M. Kehl regarding status
                           of confidentiality agreements with committees
                           and information requests from committees (0.1);
                           confer with E. Monson regarding same (0.2);
                           review followup emails regarding same (0.2).

06/08/06 K Glade       .10 Review committee confidentiality issues with E.
                           Monson (0.4).

06/08/06 A Jarvis      .50 Telephone conference with A. Landis and L.
                           Schwartzer regarding Executory Contract
                           Committee/representative member issues.

06/08/06 A Jarvis      .07 Correspondence on confidentiality agreements.

```
Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006
```

| | | |
|---|---|---|
| 06/08/06 E Monson | .20 | Additional review of confidentiality agreement and Joint Information Protocol Motion (.8). |
| 06/08/06 S Strong | .60 | Review email from investor regarding unremitted principal problems and exchange emails with A. Jarvis regarding under-representation on ECC of investors owed large amounts of unremitted principal (0.3); review email from A. Landis regarding further information needed to analyze this issue (0.1), and conference with A. Jarvis regarding same (0.2). |
| 06/09/06 A Jarvis | .15 | Correspondence on procedures motion (.3); correspondence on website issues (.3). |
| 06/09/06 A Jarvis | .10 | Correspondence and conference with A. Tsu regarding draft of motion for protective order, research regarding same. |
| 06/09/06 A Jarvis | .08 | Conference with E. A. Monson regarding committee protocol motion. |
| 06/09/06 A Jarvis | .07 | Telephone conference with M. Kehl regarding committee meeting next week, preparation of materials for same. |
| 06/09/06 A Jarvis | .07 | Correspondence with A. Landis regarding representation member of creditors committee issues. |
| 06/09/06 A Jarvis | .08 | Correspondence on committee representation member motion. |
| 06/09/06 E Monson | .05 | Draft and send out e-mail to committee counsel regarding web pages on BMC site (.2). |
| 06/09/06 S Strong | 2.10 | Review A. Jarvis comments to proposed motion to remove Fertitta from ECC, make final edits to motion, assemble various exhibits to same, and transmit to local counsel for filing (1.9); review follow-up emails from committee counsel requesting additional documents relating to motion, and exchange emails with RQN team regarding responding to requests (0.2). |

```
Client No. 34585                              Page:    6
Debtor USA Commercial Mortgage Co., et al.    August 11, 2006
```

06/09/06 S Strong          .05 Review L. Schwartzers emails to committee
                               counsel requesting positions on motions to
                               shorten time on various motions filed today,
                               and counsels responses to same.

06/12/06 A Jarvis          .05 Telephone conference with M. Kehl regarding
                               meetings with Committees, preparation of
                               information for same.

06/12/06 A Jarvis          .10 Correspondence on hiring of financial
                               advisors by committees, coordination with
                               same.

06/12/06 A Jarvis         1.50 Review documents on Fertitta, exit fees,
                               favorable rates and conference with S. C.
                               Strong regarding same; review cases on same.

06/12/06 A Jarvis          .25 Review and revise response to procedures
                               motion; conference with E. A. Monson
                               regarding same.

06/12/06 A Jarvis          .12 Correspondence and conference with E. A.
                               Monson regarding use of BMC website by
                               committees.

06/12/06 A Jarvis          .15 Conference with A. Tsu and B. J. Kotter
                               regarding 2004 subpoena, motion for protective
                               order (.4); telephone conference with M. Kehl
                               regarding 2004 order, discovery issues (.2).

06/12/06 A Jarvis          .07 Telephone conference with T. Allison regarding
                               committee meetings.

06/12/06 A Jarvis          .13 Correspondence on meeting with committees (.5).

06/12/06 B Kotter          .52 Work on protective order issues.

06/12/06 E Monson          .75 Work on response to committee joint procedure
                               motion (1.7); obtain A. W. Jarvis comments to
                               responses to joint procedure motion, make
                               revisions and finalize response (.5); draft
                               lengthy e-mail to A. W. Jarvis regarding issues
                               involving BMC (.4); discussion with A. W.
                               Jarvis regarding BMC motion and send e-mail to
                               M. Kehl and T. Allison (.4).

06/12/06 E Monson          .20 Review letter from Direct Lenders Committee
                               (.2).

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/12/06 S Strong        .35 Telephone conference with M. Kehl regarding
                             issues to discuss at next meeting with
                             Committees (0.4); review emails from A. Jarvis
                             and committees lawyers regarding same (0.2);
                             telephone conference with M. Kehl regarding
                             subpoena served by ECC and documents requested
                             (0.1); conference with E. Monson and review
                             response to Committees
                             protocol/confidentiality motion (0.4); review
                             limited objection filed by UST to same, and
                             exchange emails with A. Jarvis regarding same
                             (0.3).

06/12/06 S Strong        .80 Meet with A. Jarvis, A. Tsu, and B. Kotter to
                             discuss ECCs subpoena and issues raised (0.8)

06/12/06 A Tsu           .68 Research regarding limitations on 2004 motions
                             and subpoenas for motion for protective order;
                             reviewing 2004 subpoena.

06/13/06 A Jarvis        .10 Correspondence with Committee counsels
                             regarding meeting, agenda.

06/13/06 A Jarvis        .10 Telephone conference with M. Kehl regarding
                             committee discussions, funding motion, Oak
                             Mesa issues.

06/13/06 A Jarvis        .10 Telephone conference with E. A. Monson
                             regarding review of confidentiality agreement,
                             negotiating points.

06/13/06 A Jarvis        .20 Prepare agenda for Committee meeting.

06/13/06 A Jarvis        .08 Telephone conferences with M. Kehl regarding
                             DIP financing negotiations and information for
                             committee meeting.

06/13/06 A Jarvis        .07 Conference with E. A. Monson regarding comments
                             on procedures order.

06/13/06 A Jarvis        .07 Conference with E. A. Monson regarding response
                             on Committee procedures motion.

06/13/06 B Kotter        .58 Conference with A. W. Jarvis and A. Tsu
                             regarding work-product and privilege issues and
                             responding to 2004 production order (.3); legal
                             research on issue (1.8); respond to e-mail from
                             A. W. Jarvis regarding issue (.3).

Client No. 34585                                      Page:    8
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006


06/13/06 E Monson      2.60 Review confidentiality agreement from Executory
                            and Committee (1.0); follow up on committee web
                            pages through Le Pome and draft emails to Jeff
                            Miller and Committee counsel (.6); discussion
                            with A. Parlen regarding web page issues (.2);
                            review emails from A. W. Jarvis regarding
                            Thomas Allison and ECC confidentiality
                            agreement (.2); draft e-mail to Bridgin Higgins
                            regarding ECC Confidentiality Agreement (.2);
                            talk to A. W. Jarvis regarding reply to ECC
                            Confidentiality Agreement and Supplemental
                            Response to Joint Procedures Motion (.4).

06/13/06 E Monson       .37 Review limited objection of UST to Joint
                            Procedures Motion filed by the Joint Committees
                            (.3); work on supplemental response to Joint
                            Procedures Motion (1.2).

06/13/06 S Strong       .80 Review and analysis of additional
                            transactional documents involved USA and
                            Fertitta (0.8).

06/13/06 S Strong       .80 Telephone conference with A. Jarvis regarding
                            ECCs request to post information on debtors
                            website, review proposed letter to be posted,
                            review prior posting by other committee, and
                            draft email to G. Garman regarding debtors
                            position on same (0.8).

06/13/06 S Strong       .05 Exchange emails with A. Jarvis regarding
                            proposed agenda for committee meetings to be
                            held 6/15/06 after hearings (0.2).

06/13/06 S Strong       .20 Review ECCs revised draft of proposed
                            confidentiality agreement, and E. Monsons
                            response to ECC regarding same (0.2).

06/13/06 S Strong       .13 Review emails from and telephone conference
                            with A. Jarvis regarding confidentiality issues
                            with committees (0.2); telephone conference
                            with E. Monson regarding same (0.3).

06/14/06 A Jarvis       .75 Meeting with T. Allison, M. Kehl, J. Reed
                            regarding preparation for meeting with
                            Committees.

06/14/06 B Kotter       .93 Legal research and drafting of response to 2004
                            Order and draft of Motion for Protective Order.

```
Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/14/06 S Strong        .10 Exchange various emails with A. Jarvis and L.
                             Schwartzer regarding preparations for
                             tomorrows meetings with Committees (0.3);
                             conference with A. Jarvis regarding same
                             (0.1).

06/14/06 S Strong        .60 Review email from A. Jarvis regarding
                             subpoena from ECC (0.1); review rules
                             regarding same and email to A. Jarvis
                             explaining same (0.4); exchange emails with
                             B. Kotter regarding same (0.1).

06/14/06 A Tsu           .70 Research regarding Nevada law for potential
                             motion for protective order on privacy issues.

06/14/06 A Tsu           .15 Legal research regarding 2004 subpoena and
                             limitations on same, including privilege and
                             privacy issues.

06/14/06 A Tsu           .57 Legal research regarding Rule 2004 and Section
                             105(a).

06/15/06 A Jarvis        .50 Meeting with four Committees regarding DIP
                             financing, financing needs IP negotiations,
                             business operating issues, budget, motion to
                             hold funds and distribution issues.

06/15/06 A Jarvis        .13 Conference with S. C. Strong regarding results
                             of hearings, Committee meeting, preparation for
                             DIP financing motion.

06/15/06 B Kotter       1.07 Continued legal research and drafting of Motion
                             for Protective Order and response to 2004
                             subpoena from the Executory Contracts Committee
                             (4.3).

06/15/06 E Monson        .60 Review response from Gordon & Silver regarding
                             confidentiality agreement (.1); review of
                             confidentiality agreement (.5).

06/15/06 S Strong        .40 Participate in meeting with all four committees
                             (1.3); post-meeting discussions with A. Jarvis
                             regarding results of creditor committee
                             meetings and future committee issues (0.3).

Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/15/06 A Tsu         1.80 Legal research regarding 9018 protection for
                            2004 subpoenas and general limitations to 2004;
                            drafting motion for protective order on privacy
                            isses.

06/16/06 B Kotter       .57 Continue work on protective order motion and
                            continuing legal research into work protect
                            doctrine issues.

06/16/06 A Tsu         1.43 Drafting motion for protective order; privacy
                            issues reviewing case law for work product
                            privilege and privacy issues.

06/19/06 A Jarvis       .90 Review reply brief on Fertitta motion and
                            comment on same.

06/19/06 A Jarvis       .28 Conference with four Committees regarding DIP
                            financing, IP security agreement, other pending
                            and expected motions.

06/19/06 A Jarvis       .12 Review and revise draft by S. Strong of
                            definition of confidential information.

06/19/06 S Strong      8.20 Review and analyze spreadsheet from S. Smith
                            and USACMs documents regarding Fertitta
                            investments, interest rates, and sharing
                            agreements (1.4), and telephone conference with
                            S. Smith regarding same (0.2); prepare
                            statements regarding Fertitta relationship for
                            new T. Allison declaration for Wednesdays
                            hearings and circulate same to A. W. Jarvis and
                            Mesirow team for review (2.4); analysis for and
                            drafting of Reply regarding USACMs motion to
                            remove Fertitta from ECC and circulate same to
                            A. W. Jarvis and Mesirow team (4.2).

06/19/06 S Strong       .73 Communicate with various committee counsel
                            regarding conference call today and arrange
                            dial-in call for same (0.2); participate in
                            conference call with counsel for debtors and
                            committees regarding various pending issues
                            including revised cash budget, DIP financing,
                            and other issues for hearings this week (1.0);
                            confer with A. W. Jarvis regarding revised
                            confidentiality definition needed for
                            committees motion for information sharing

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


|  |  |  |
|---|---|---|
|  |  | protocol (0.2); draft and revise proposed language regarding same and review with A. W. Jarvis (1.2); circulate proposed language to Mesirow team and L. Schwartzer (0.1); telephone conference with L. Schwartzer regarding same (0.2). |
| 06/20/06 S Strong | 2.70 | Review comments of M. Kehl to draft Reply regarding Fertitta motion (0.1); review and analyze information from S. Smith for same (0.2); exchange emails regarding same (0.1); make edits to Reply (0.4); review and revise statements in supporting declaration regarding same and confer with A. Jarvis and E. Monson regarding same (0.8), confer with A. Jarvis regarding final edits to declaration and Reply, make final revisions to Reply, compile exhibits relating to same, and transmit Reply with filing instructions to local counsel (1.1). |
| 06/21/06 S Strong | .20 | Exchange emails with A. Jarvis regarding committees position on proposed financing order (0.2); prepare further revisions to proposed order on CapSource financing based on comments received from committees (0.6). |
| 06/22/06 A Jarvis | .15 | Correspondence on confidentiality agreement. |
| 06/22/06 A Jarvis | .40 | Correspondence on meetings with Committees, agenda items. |
| 06/22/06 B Kotter | .50 | Brief conference with S. C. Strong regarding response/objection to 2004 subpoena and timing issues under the rules and procedures (.3); forward draft objection letter to S. C. Strong (.2). |
| 06/22/06 B Kotter | .07 | Respond to A. W. Jarvis e-mail regarding discovery (.3). |
| 06/22/06 D Monson | .03 | Review and respond to e-mail from A. Jarvis on meeting with Committees to review status of Nonperforming Loans (0.1). |
| 06/22/06 S Strong | 3.70 | Exchange emails with A. Jarvis re response needed to ECCs subpoena (0.1); review draft of motion for protective order prepared by B. Kotter in potential response to ECCs subpoena, discuss same with him, and research issues re |

Client No. 34585                                      Page:    12
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006

same (1.2); confer with A. Tsu re her research on privacy issues relating to ECC subpoena and her draft inserts for potential motion for protective order (0.3); review A. Tsu's draft language re same, work on revising and expanding potential motion for protective order and/or motion to quash subpoena (0.7); further research re Rule 45 and possible objections/responses to subpoena (1.2); confer with C. Hancock and B. Kotter re same (0.2).

06/23/06 A Jarvis       .12 Conference with S. C. Strong regarding document production.

06/23/06 A Jarvis       .13 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis       .13 Telephone conference with M. Kehl and T. Allison regarding agenda for meeting, preparation of information.

06/23/06 A Jarvis       .27 Review order on protocol and comment regarding same.

06/23/06 A Jarvis       .13 Correspondence on document requests from Committees.

06/23/06 A Jarvis       .27 Prepare agendas for Committee conference call and Committee meeting; correspondence regarding same.

06/23/06 B Kotter       .40 Read and provide comments to S. C. Strong for letter objection to 2004 subpoena from the executory contracts committee (.4).

06/23/06 B Kotter       .40 Conference with S. C. Strong regarding response to 2004 subpoena and need to review documents in Las Vegas prior to production (.4).

06/23/06 E Monson       .23 Review numerous e-mails on joint procedures order (.5); draft reply e-mail to A. W. Jarvis (.1); study definition of confidential information (.3).

06/23/06 S Strong      4.50 Further research regarding issues for response/objection to ECCs subpoena (0.7); confer with A. Jarvis and B. Kotter regarding same (0.4); exchange emails with S. Smith regarding same (0.2); analysis of ECCs

Client No. 34585                                              Page:   13
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006

|  |  |  |
|---|---|---|
|  |  | subpoena requesting documents, and draft and revise propose response/objection letter (2.8); circulate draft of responsive letter to ECC subpoena to A. Jarvis, B. Kotter, and Mesirow team, and review comments received back regarding same (0.4). |
| 06/26/06 | A Jarvis | .25 | Correspondence on confidentiality issues, document production issues. |
| 06/26/06 | B Kotter | 2.05 | Conference with S. C. Strong on document review and subpoena objections (.3); review of investor and loan files and conferences with S. C. Strong and Mesirow/debtor employees regarding 2004 subpoena production (7.9). |
| 06/26/06 | E Monson | .75 | Review e-mails on Order on Joint Committees Procedures (.3); review supplemental responses filed by debtors in response to joint procedure motion (.2); study definitions of confidential information in joint procedure order, supplemental response and ECC confidentiality agreement and note issues to be addressed (.6); research and review tretices on privacy laws and Gramm Leach Bliley ACt (1.6); discussion with S. C. Strong regarding privacy research (.3). |
| 06/26/06 | E Monson | 3.40 | Conversation with Brigid Higgins regarding issues on ECC confidentiality agreement (.7); work on further review of proposed ECC confidentiality agreement and possible revisions thereto (.8); review letter to ECC counsel regarding responses to subpoena drafted by S. C. Strong and get finalized and sent out (.5); review e-mails from G. Learner and A. W. Jarvis regarding ECC confidentiality agreement (.4); draft lengthy e-mail to A. W. Jarvis regarding issues on ECC proposed confidentiality agreement (1.0). |
| 06/26/06 | S Strong | 2.90 | Telephone conference with E. A. Monson regarding revised confidentiality definition for proposed confidentiality agreement with ECC (0.3); review follow-up emails from G. Garman, A. W. Jarvis, and E. A. Monson regarding same |

Client No. 34585                                        Page:    14
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006

|  |  |  |
|---|---|---|
|  |  | (0.2); review comments of S. Smith, A. W. Jarvis and M. Kehl to draft of objection letter to ECC subpoena (0.2); revise draft letter accordingly (0.8); confer with M. Kehl and S. Smith regarding same (0.3); telephone conference with E. A. Monson regarding finalizing and transmitting same (0.2); confer with F. Siddiqui and B. J. Kotter regarding USA loan accounting system and reports available for responding to ECC subpoena (0.6); follow-up discussions with B. J. Kotter regarding same (0.3). |
| 06/26/06 S Strong | .63 | Review investor files prior to production for committees, and confer with B. J. Kotter and USA filing clerk regarding same (0.8); confer with S. Smith regarding status of draft investor statements and open legal issues regarding same (0.6); confer with B. J. Kotter regarding strategies and logistics for responding to information requests of various committees (0.5); telephone conference with A. W. Jarvis regarding same (0.2); telephone conference with A. W. Jarvis regarding rescheduling tomorrows call with committees professionals, review emails regarding same, telephone conference with staff to reschedule same and transmit new call-in information, and confer with M. Kehl regarding issues for same (0.4). |
| 06/27/06 A Jarvis | .60 | Telephone conference with E. A. Monson and B. Higgins regarding confidentiality agreement with Executory Contracts Committee. |
| 06/27/06 A Jarvis | .30 | Correspondence on confidentiality agreement with Executory Contracts Committee. |
| 06/27/06 A Jarvis | .05 | Revise language in confidentiality agreement regarding appraisals. |
| 06/27/06 A Jarvis | .05 | Correspondence with committee regarding agenda. |
| 06/27/06 A Jarvis | .30 | Telephone call to G. Gordon regarding privacy concerns with investor information (.1); correspondence with G. Gordon regarding confidentiality agreement (.2). |

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/27/06 A Jarvis          .10 Conference with S. C. Strong and E. A. Monson
                               regarding investor privacy issues.

06/27/06 A Jarvis          .32 Weekly conference call with four committees.

06/27/06 A Jarvis          .27 Review issues regarding privacy concerns,
                               committee presentation, investor information
                               (.4); conference with E. A. Monson and S. C.
                               Strong regarding same (.4); correspondence with
                               S. C. Strong regarding same (.3).

06/27/06 A Jarvis          .13 Draft memo to working group regarding Committee
                               conference call.

06/27/06 B Kotter          .50 Review of spreadsheets from Faizel related to
                               response to 2004 subpoena (1.2); brief
                               conference with S. C. Strong regarding
                               production (.3); prepare for loan file
                               inspection for privilege and discuss issues
                               with S. C. Strong (.5).

06/27/06 B Kotter          .15 Conference with E. A. Monson, A. W. Jarvis,
                               and S. C. Strong as to 2004 confidentiality
                               and document production issues (.6).

06/27/06 E Monson         1.70 Discussion with S. C. Strong regarding ECC
                               confidentiality agreement and issues on privacy
                               (.2); additional review of ECC draft of
                               confidentiality agreement and discuss with S.
                               C. Strong and A. W. Jarvis (.5); additional
                               discussion with A. W. Jarvis regarding issues
                               on ECC Confidentiality Agreement (.3);
                               conference call with A. W. Jarvis and Brigid
                               Higgins regarding ECC Confidentiality Agreement
                               (.7).

06/27/06 E Monson          .92 Review e-mails from A. W. Jarvis regarding
                               issues on confidentiality agreement (.2);
                               review extend order on Joint Committee motion
                               and further discussion with S. C. Strong
                               regarding privacy issues (.2); research on GLB
                               Act (2.2); lengthy conference with S. C. Strong
                               and A. W. Jarvis regarding GLB Act and ECL
                               conference agreements (.5); discussion with E.
                               Maragakis on GLB Act and review additional
                               articles in connection therewith (.6).

Client No. 34585                                        Page:   16
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/27/06 S Strong        1.21 Exchange emails and voice messages with A. W.
                              Jarvis regarding topics for conference call
                              with counsel for 4 committees today, and
                              arranged delayed start time for same (0.4);
                              participate in conference call with counsel for
                              4 committees today (0.9); confer with E. A.
                              Monson regarding confidentiality and investor
                              privacy issues raised by ECCs subpoena,
                              research privacy issues, and discussions with
                              A. W. Jarvis and E. A. Monson regarding same
                              (1.4); review emails regarding
                              privacy/confidentiality issues (0.2); confer
                              with B. J. Kotter regarding privilege review
                              needed of loan files to make available to
                              committees, and related issues (0.5); review
                              investor and loan information from USAs loan
                              accounting system for response to ECC subpoena
                              and discuss same with B. J. Kotter (0.5);
                              discuss subpoena response issues with A. W.
                              Jarvis (0.3); confer with M. Kehl regarding
                              protecting confidentiality of Hilco appraisal
                              information provided to committees
                              professionals, draft transmittal language for
                              M. Kehl regarding same, and exchange emails
                              with A. W. Jarvis regarding same (0.7).

06/28/06 J Adams          .08 Conferences with S. Strong regarding electronic
                              discovery and work product protection.

06/28/06 A Jarvis         .30 Correspondence regarding confidentiality
                              agreement (.2); correspondence on orders (.3);
                              correspondence on content of Committee
                              presentation (.3); correspondence on motion to
                              distribute funds, investor statements and
                              agenda for committee meeting (.4).

06/28/06 A Jarvis         .30 Conference with E. A. Monson regarding
                              confidentiality agreement with Executory
                              Contracts Committee.

06/28/06 A Jarvis        1.82 Prepare presentation for Committees with M.
                              Kehl, T. Allison and S. Smith, discuss issues
                              relating to motion to distribute funds,
                              investor statements.

06/28/06 A Jarvis         .08 Correspondence with E. A. Monson regarding bar
                              date.

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/28/06 B Kotter        2.45 Review loan files for privilege and
                              confidential documents prior to production to
                              requesting committees (9.2); follow up on
                              CD/electronic production to committees (.6).

06/28/06 D Monson        1.30 Meetings with M. Kehl, S. Smith, A. Jarvis and
                              S. Strong to discuss meeting with Committees
                              and allegations for reorganization plan.

06/28/06 E Monson        3.30 Work on revising ECC confidentiality agreement
                              (1.2); exchange e-mails with B. Higgins
                              regarding confidentiality agreement (.2);
                              discuss revisions with A. W. Jarvis and make
                              additional revisions to ECC confidentiality
                              agreement (.3); conference with B. Higgins
                              regarding changes to confidentiality agreement
                              and discuss with A. W. Jarvis (.4); make
                              additional revisions to confidentiality
                              agreement and get finalized and circulated
                              (.6); review and make revisions to short form
                              of Direct Lender Confidentiality Agreement and
                              get sent to B. Higgins along with request for
                              information regarding discovery issues (.6).

06/28/06 E Monson         .32 Participate in conference with M. Kehl, S.
                              Smith, A. W. Jarvis, S. C. Strong, and D. M.
                              Monson in preparation for committee call (1.3).

06/28/06 S Strong        1.10 Telephone conferences with B. J. Kotter
                              regarding status of privilege review of loan
                              documents (0.3); meet with S. Smith, M. Kehl
                              and A. W. Jarvis to review and discuss draft of
                              debtors presentation to committees for
                              tomorrow (1.5); participate in meeting with A.
                              W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
                              T. Allison regarding further details and
                              revisions to committee presentation for
                              tomorrow regarding investor statements,
                              progress to date, reorganization options, and
                              related issues, and discuss strategies for same
                              (1.9); further discussions with E. A. Monson
                              and B. J. Kotter regarding privilege review,
                              confidentiality issues, and document production
                              process for documents requested formally and
                              informally by committees (0.7)

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/28/06 S Strong        1.40  Telephone conference with J. Adams regarding
                               electronic discovery issues raised by ECCs
                               subpoena (0.2); confer with E. A. Monson
                               regarding progress on confidentiality agreement
                               with ECC (0.4); participate in call with C.
                               Carlyon and S. Smith regarding debtors
                               schedules and statements and amendments to same
                               (0.7); review follow-up emails from C. Carlyon
                               and S. Smith regarding same (0.1).

06/29/06 A Jarvis         .25  Correspondence on Committee meeting, orders
                               and preparation for Committee meeting.

06/29/06 A Jarvis         .25  Correspondence on Committee on orders, meeting,
                               motion to distribute funds, calendaring.

06/29/06 A Jarvis        1.12  Prepare for and conduct meeting with four
                               committees, T. Allison, M. Kehl. S. Smith and
                               S. C. Strong.

06/29/06 A Jarvis         .08  Correspondence on Committee presentation.

06/29/06 B Kotter        2.35  Review of loan files for privilege and
                               confidentiality prior to production to
                               committees (8.3); review of CD's provided to
                               First Trust Deed, Diversified unsecured and
                               Executory Committees (1.1).

06/29/06 E Monson        1.75  Review loan files for attorney client privilege
                               documents (7.0).

06/29/06 E Monson         .70  Follow up with Mesirow regarding CD on direct
                               lenders (.4); follow up with e-mail to B.
                               Higgins regarding CD with copies of Direct
                               Lender loans (.3).

06/29/06 E Monson         .07  Draft e-mail to A. W. Jarvis and S. C. Strong
                               regarding parties to short form of Direct
                               Lenders confidentiality agreement (.1); make
                               additional minor revisions to short form of
                               confidentiality agreement (.2).

06/29/06 M Pugsley        .13  Participate in Creditors Committee meeting
                               (.5).

06/29/06 S Strong         .50  Participate in debtors presentation to four
                               committees regarding loan/investor
                               restatements and reorganization options (2.0).

Client No. 34585                                            Page:   19
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006

06/29/06 S Strong          .25  Participate in meeting with T. Allison, M.
                                Kehl, S. Smith, and A. W. Jarvis to evaluate
                                presentation to committees and to plan and
                                strategize reorganization options (1.0).

06/29/06 S Strong          .13  Telephone conferences with B. J. Kotter
                                regarding status of privilege review of loan
                                files for document production to committees and
                                electronic information available (0.3);
                                exchange emails B. J.  Kotter regarding
                                borrower information in PDF loan documents
                                being produced to each committee (0.2).

06/30/06 B Kotter          .35  Conference with A. W. Jarvis and S. C. Strong
                                on production issues of various documents
                                (.6); phone call with Angie at USA regarding
                                Powers of Attorney and filing system (.3);
                                follow up on confidentiality issues and
                                copying service for production (.5).

06/30/06 E Monson          .40  Review e-mail from Brigid Higgins on discovery
                                issues (.1); conference with S. C. Strong and
                                B. J. Kotter regarding discovery issues
                                involving ECC subpoena (.3).

06/30/06 E Monson          .90  Send lengthy e-mail to Brigid Higgins regarding
                                discovery (.6); send e-mails to Brigid Higgins
                                regarding short form of Direct Lenders
                                confidentiality agreement and review replies
                                from assistant (.3).

06/30/06 E Monson          .08  Review e-mails from A. W. Jarvis regarding
                                discovery issues and motion on bar date (.3).

06/30/06 S Strong          .01  Review comments of various committee counsel
                                to proposed order regarding DIP financing
                                (0.1).

06/30/06 S Strong          .40  Confer with B. J. Kotter and E. A. Monson
                                regarding additional discovery issues
                                respecting ECC's subpoena (0.4).

06/30/06 S Strong          .03  Circulate copy of material presented at
                                committee meeting yesterday to various
                                committee professionals (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                           $26,863.50

*"Exhibit E-18"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00023**

**USA Capital Realty Advisors, LLC**

| 06/05/06 | A Jarvis | .02 | Conference with S. C. Strong and S. Smith regarding preparation of Statements and Schedules. |
|---|---|---|---|
| 06/07/06 | S Strong | .06 | Review draft list of contracts for Schedule G (0.4); t/c w/ S. Smith regarding same (0.2); confer with C. Hurst regarding details of litigation search needed for debtors SOFAs, exchange emails with her regarding same, and exchange emails with S. Smith regarding same (0.6). |
| 06/07/06 | C Hurst | .06 | Office conference with S. C. Strong regarding litigation search for statement of affairs; arrange for Federal Court search; search Clark County database for pending litigation (1.1). |
| 06/08/06 | L Jenkins | .01 | Conferences with S. Strong regarding meeting to discuss schedules issue. |
| 06/08/06 | L Jenkins | .04 | Telephone conference with S. Strong and S. Smith regarding discussing various issues related to preparation of schedules. |
| 06/08/06 | L Jenkins | .02 | Review schedule sent by S. Smith. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/08/06 S Strong          .17 Review email from S. Smith with questions
                               regarding legal issues in preparing debtors
                               schedules and research and analysis of issues
                               raised (2.2); conference with L. Jenkins
                               regarding same (0.2); participate in
                               teleconference with S. Smith and L. Jenkins
                               regarding same (0.8); follow-up discussions
                               with L. Jenkins regarding same (0.2).

06/09/06 L Jenkins         .03 Review issues regarding schedules.

06/09/06 C Hurst           .06 Review litigation search results; office
                               conference with S. C. Strong regarding same and
                               e-mail Jo Oriti; receipt of known litigation
                               from Jo Oriti - compare against our findings
                               (1.1).

06/12/06 A Jarvis          .01 Conference with S. C. Strong regarding
                               statements and schedules.

06/12/06 L Jenkins         .05 Review email issues from S. Smith regarding
                               schedules.

06/12/06 S Strong          .04 Review proposed Notes to debtors schedules and
                               statements (0.5); conference with L. Jenkins
                               regarding same (0.1); exchange emails with S.
                               Smith and M. Kehl regarding same (0.1).

06/13/06 A Jarvis          .02 Telephone conference with S. C. Strong
                               regarding issues on statements and schedules.

06/13/06 L Jenkins         .05 Review and comments on notes to schedules and
                               statement of affairs.

06/13/06 L Jenkins         .10 Review and comment on notes to schedules and
                               statement of affairs.

06/13/06 S Strong          .33 Conference with S. Smith regarding status of
                               work on debtors statements and schedules
                               (0.5); review and edit global notes to
                               statements and schedules, and conference with
                               L. Jenkins regarding same (0.8); participate in
                               meeting with S. Smith, J. Oriti, BMC personnel,
                               R. Hilson and other USA accounting personnel to
                               discuss issues for and drafts of statements and
                               schedules for 5 debtor entities (3.8); research
                               and analysis of various legal issues raised in

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006

                        connection with preparing and presenting
                        schedules and statements for 5 debtors (1.1);
                        telephone conference with L. Jenkins regarding
                        same (0.3).

06/14/06 L Jenkins      .08 Review revised notes to schedules and statement
                        of affairs received from S. Smith.

06/14/06 L Jenkins      .03 Conferences with S. Strong regarding discussion
                        of and comments on notes and questions to
                        schedules and statement of affairs.

06/14/06 S Strong       .36 Continue revising/drafting notes to Statements
                        and Schedules (0.3); telephone conference with
                        L. Jenkins regarding same (0.1); conference
                        with S. Smith regarding same (0.1); conduct
                        electronic searches regarding pending
                        litigation involving 5 debtors and revise lists
                        for Statements and Schedules (1.1); telephone
                        conference with C. Hurst regarding same (0.2);
                        conference with J. Oriti regarding same (0.1);
                        continue to revise, expand, edit and finalize
                        SOFA item 4.a disclosures of litigation
                        involving 5 debtors (2.2); telephone conference
                        with M. Pugsley regarding administrative
                        proceedings (0.3); conference with M. Olson
                        regarding same (0.1); circulate revised
                        litigation disclosures with explanations to J.
                        Oriti for inclusion in SOFAs for 5 debtors
                        (0.2); further review and editing of Notes to
                        Statements and Schedules for 5 debtors,
                        discussions with S. Smith regarding same, and
                        work with her in finalizing same (2.2);
                        telephone conference with L. Jenkins regarding
                        his comments to same (0.3).

06/16/06 S Strong       .11 Review Statements and Schedules as filed, and
                        conference with C. Hurst regarding same (0.5);
                        review email from S. Smith regarding same
                        (0.1); email to RQN team regarding same (0.1);
                        further review and analysis of same (1.4)

06/16/06 C Hurst        .04 Office conference with S. C. Strong regarding
                        schedules and statement of affairs; instruction
                        to copy center to download; receipt and brief
                        review of schedules (.8).

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/19/06 A Jarvis        .02 Correspondence on questions on statements and
                             schedules.

06/19/06 S Strong        .01 Review email from S. Smith and confer with C.
                             Hurst regarding additional information
                             regarding litigation matters needed for amended
                             SOFA for USACM.

06/19/06 C Hurst         .03 Office conference with S. C. Strong regarding
                             preparing list of counsel involved in
                             litigation as set forth in statement of
                             affairs; begin research and preparation of same
                             (.6).

06/20/06 C Hurst         .05 Organize and tab schedule and statement of
                             affairs binders for all cases (.9).

06/21/06 S Strong        .02 Exchange emails with C. Hurst regarding
                             information for amendments to schedules and
                             statements, and review followup emails
                             regarding same (0.3).

06/21/06 C Hurst         .02 E-mail exchanges with Schwartzer, McPherson &
                             Mesirow regarding amendments to schedules,
                             matrix (.3).

06/23/06 A Jarvis        .03 Correspondence on questions on statements and
                             schedules.

06/23/06 S Strong        .02 Review amendments to USACMs schedules and
                             statements, and exchange emails with A. Jarvis
                             and S. Smith regarding same (0.3).

06/26/06 C Hurst         .03 Facilitate download and organize amendments to
                             schedules.

06/27/06 A Jarvis        .01 Correspondence on statements and schedules.

06/27/06 C Hurst         .02 Download amended statement of affairs.

06/28/06 A Jarvis        .02 Correspondence on statements and schedules.


 TOTAL FOR LEGAL SERVICES RENDERED                               $460.79

*"Exhibit E-19"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 11, 2006
Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00024**

**USA Securities, LLC**

| | | | |
|---|---|---|---|
| 06/05/06 A Jarvis | .03 | Conference with S. C. Strong and S. Smith regarding preparation of Statements and Schedules. |
| 06/07/06 S Strong | .06 | Review draft list of contracts for Schedule G (0.4); t/c w/ S. Smith regarding same (0.2); confer with C. Hurst regarding details of litigation search needed for debtors SOFAs, exchange emails with her regarding same, and exchange emails with S. Smith regarding same (0.6); review docket and various matters set for 6/21 hearing, and exchange emails with M. Kehl and A. Jarvis regarding same (0.5). |
| 06/07/06 C Hurst | .06 | Office conference with S. C. Strong regarding litigation search for statement of affairs; arrange for Federal Court search; search Clark County database for pending litigation (1.1). |
| 06/08/06 L Jenkins | .01 | Conferences with S. Strong regarding meeting to discuss schedules issue. |
| 06/08/06 L Jenkins | .04 | Telephone conference with S. Strong and S. Smith regarding discussing various issues related to preparation of schedules. |
| 06/08/06 L Jenkins | .02 | Review schedule sent by S. Smith. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/08/06 S Strong          .17  Review email from S. Smith with questions
                                regarding legal issues in preparing debtors
                                schedules and research and analysis of issues
                                raised (2.2); conference with L. Jenkins
                                regarding same (0.2); participate in
                                teleconference with S. Smith and L. Jenkins
                                regarding same (0.8); follow-up discussions
                                with L. Jenkins regarding same (0.2).

06/09/06 L Jenkins         .03  Review issues regarding schedules.

06/09/06 C Hurst           .06  Review litigation search results; office
                                conference with S. C. Strong regarding same and
                                e-mail Jo Oriti; receipt of known litigation
                                from Jo Oriti - compare against our findings
                                (1.1).

06/12/06 A Jarvis          .02  Conference with S. C. Strong regarding
                                statements and schedules.

06/12/06 L Jenkins         .05  Review email issues from S. Smith regarding
                                schedules.

06/12/06 S Strong          .04  Review proposed Notes to debtors schedules and
                                statements (0.5); conference with L. Jenkins
                                regarding same (0.1); exchange emails with S.
                                Smith and M. Kehl regarding same (0.1).

06/13/06 A Jarvis          .02  Telephone conference with S. C. Strong
                                regarding issues on statements and schedules.

06/13/06 L Jenkins         .05  Review and comments on notes to schedules and
                                statement of affairs.

06/13/06 L Jenkins         .10  Review and comment on notes to schedules and
                                statement of affairs.

06/13/06 S Strong          .33  Conference with S. Smith regarding status of
                                work on debtors statements and schedules
                                (0.5); review and edit global notes to
                                statements and schedules, and conference with
                                L. Jenkins regarding same (0.8); participate in
                                meeting with S. Smith, J. Oriti, BMC personnel,
                                R. Hilson and other USA accounting personnel to
                                discuss issues for and drafts of statements and
                                schedules for 5 debtor entities (3.8); research
                                and analysis of various legal issues raised in

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


connection with preparing and presenting
schedules and statements for 5 debtors (1.1);
telephone conference with L. Jenkins regarding
same (0.3).

06/14/06 L Jenkins        .08 Review revised notes to schedules and statement
                              of affairs received from S. Smith.

06/14/06 L Jenkins        .03 Conferences with S. Strong regarding discussion
                              of and comments on notes and questions to
                              schedules and statement of affairs.

06/14/06 S Strong         .36 Continue revising/drafting notes to Statements
                              and Schedules (0.3); telephone conference with
                              L. Jenkins regarding same (0.1); conference
                              with S. Smith regarding same (0.1); conduct
                              electronic searches regarding pending
                              litigation involving 5 debtors and revise lists
                              for Statements and Schedules (1.1); telephone
                              conference with C. Hurst regarding same (0.2);
                              conference with J. Oriti regarding same (0.1);
                              continue to revise, expand, edit and finalize
                              SOFA item 4.a disclosures of litigation
                              involving 5 debtors (2.2); telephone conference
                              with M. Pugsley regarding administrative
                              proceedings (0.3); conference with M. Olson
                              regarding same (0.1); circulate revised
                              litigation disclosures with explanations to J.
                              Oriti for inclusion in SOFAs for 5 debtors
                              (0.2); further review and editing of Notes to
                              Statements and Schedules for 5 debtors,
                              discussions with S. Smith regarding same, and
                              work with her in finalizing same (2.2);
                              telephone conference with L. Jenkins regarding
                              his comments to same (0.3).

06/16/06 S Strong         .11 Review Statements and Schedules as filed, and
                              conference with C. Hurst regarding same (0.5);
                              review email from S. Smith regarding same
                              (0.1); email to RQN team regarding same (0.1);
                              further review and analysis of same (1.4)

06/16/06 C Hurst          .04 Office conference with S. C. Strong regarding
                              schedules and statement of affairs; instruction
                              to copy center to download; receipt and brief
                              review of schedules (.8).

```
Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006
```

06/19/06 A Jarvis          .02 Correspondence on questions on statements and
                               schedules.

06/19/06 S Strong          .01 Review email from S. Smith and confer with C.
                               Hurst regarding additional information
                               regarding litigation matters needed for amended
                               SOFA for USACM.

06/19/06 C Hurst           .03 Office conference with S. C. Strong regarding
                               preparing list of counsel involved in
                               litigation as set forth in statement of
                               affairs; begin research and preparation of same
                               (.6).

06/20/06 C Hurst           .05 Organize and tab schedule and statement of
                               affairs binders for all cases (.9).

06/21/06 S Strong          .02 Exchange emails with C. Hurst regarding
                               information for amendments to schedules and
                               statements, and review followup emails
                               regarding same (0.3).

06/21/06 C Hurst           .02 E-mail exchanges with Schwartzer, McPherson &
                               Mesirow regarding amendments to schedules,
                               matrix (.3).

06/23/06 A Jarvis          .03 Correspondence on questions on statements and
                               schedules.

06/23/06 S Strong          .02 Review amendments to USACMs schedules and
                               statements, and exchange emails with A. Jarvis
                               and S. Smith regarding same (0.3).

06/26/06 C Hurst           .03 Facilitate download and organize amendments to
                               schedules.

06/27/06 A Jarvis          .02 Correspondence on statements and schedules.

06/27/06 C Hurst           .02 Download amended statement of affairs.

06/28/06 A Jarvis          .01 Correspondence on statements and schedules.


 TOTAL FOR LEGAL SERVICES RENDERED                            $460.81