*"Exhibit E-20"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road              August 11, 2006
Las Vegas, NV   89121                                Invoice No. ******
```

For Legal Services Rendered Through June 30, 2006

Matter No. 34585-00025

FTD - Case Adminstration

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/05/06 | A Jarvis | .10 | Conference with S. C. Strong and S. Smith regarding preparation of Statements and Schedules. |
| 06/07/06 | S Strong | .24 | Review draft list of contracts for Schedule G (0.4); t/c w/ S. Smith regarding same (0.2); confer with C. Hurst regarding details of litigation search needed for debtors SOFAs, exchange emails with her regarding same, and exchange emails with S. Smith regarding same (0.6). |
| 06/07/06 | C Hurst | .22 | Office conference with S. C. Strong regarding litigation search for statement of affairs; arrange for Federal Court search; search Clark County database for pending litigation (1.1). |
| 06/08/06 | L Jenkins | .04 | Conferences with S. Strong regarding meeting to discuss schedules issue. |
| 06/08/06 | L Jenkins | .14 | Telephone conference with S. Strong and S. Smith regarding discussing various issues related to preparation of schedules. |
| 06/08/06 | L Jenkins | .06 | Review schedule sent by S. Smith. |

Client No. 34585                                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                       August 11, 2006

| | | | |
|---|---|---|---|
| 06/08/06 | S Strong | .68 | Review email from S. Smith with questions regarding legal issues in preparing debtors schedules and research and analysis of issues raised (2.2); conference with L. Jenkins regarding same (0.2); participate in teleconference with S. Smith and L. Jenkins regarding same (0.8); follow-up discussions with L. Jenkins regarding same (0.2). |
| 06/09/06 | L Jenkins | .10 | Review issues regarding schedules. |
| 06/09/06 | C Hurst | .22 | Review litigation search results; office conference with S. C. Strong regarding same and e-mail Jo Oriti; receipt of known litigation from Jo Oriti - compare against our findings (1.1). |
| 06/12/06 | A Jarvis | .06 | Conference with S. C. Strong regarding statements and schedules. |
| 06/12/06 | L Jenkins | .18 | Review email issues from S. Smith regarding schedules. |
| 06/12/06 | S Strong | .14 | Review proposed Notes to debtors schedules and statements (0.5); conference with L. Jenkins regarding same (0.1); exchange emails with S. Smith and M. Kehl regarding same (0.1). |
| 06/13/06 | A Jarvis | .08 | Telephone conference with S. C. Strong regarding issues on statements and schedules. |
| 06/13/06 | L Jenkins | .18 | Review and comments on notes to schedules and statement of affairs. |
| 06/13/06 | L Jenkins | .38 | Review and comment on notes to schedules and statement of affairs. |
| 06/13/06 | S Strong | 1.30 | Conference with S. Smith regarding status of work on debtors statements and schedules (0.5); review and edit global notes to statements and schedules, and conference with L. Jenkins regarding same (0.8); participate in meeting with S. Smith, J. Oriti, BMC personnel, R. Hilson and other USA accounting personnel to discuss issues for and drafts of statements and schedules for 5 debtor entities (3.8); research and analysis of various legal issues raised in |

```
Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006
```

|            |           |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|-----------|------|---|
|            |           |      | connection with preparing and presenting schedules and statements for 5 debtors (1.1); telephone conference with L. Jenkins regarding same (0.3). |
| 06/14/06   | L Jenkins | .30  | Review revised notes to schedules and statement of affairs received from S. Smith. |
| 06/14/06   | L Jenkins | .12  | Conferences with S. Strong regarding discussion of and comments on notes and questions to schedules and statement of affairs. |
| 06/14/06   | S Strong  | 1.44 | Continue revising/drafting notes to Statements and Schedules (0.3); telephone conference with L. Jenkins regarding same (0.1); conference with S. Smith regarding same (0.1); conduct electronic searches regarding pending litigation involving 5 debtors and revise lists for Statements and Schedules (1.1); telephone conference with C. Hurst regarding same (0.2); conference with J. Oriti regarding same (0.1); continue to revise, expand, edit and finalize SOFA item 4.a disclosures of litigation involving 5 debtors (2.2); telephone conference with M. Pugsley regarding administrative proceedings (0.3); conference with M. Olson regarding same (0.1); circulate revised litigation disclosures with explanations to J. Oriti for inclusion in SOFAs for 5 debtors (0.2); further review and editing of Notes to Statements and Schedules for 5 debtors, discussions with S. Smith regarding same, and work with her in finalizing same (2.2); telephone conference with L. Jenkins regarding his comments to same (0.3). |
| 06/16/06   | S Strong  | .42  | Review Statements and Schedules as filed, and conference with C. Hurst regarding same (0.5); review email from S. Smith regarding same (0.1); email to RQN team regarding same (0.1); further review and analysis of same (1.4) |
| 06/16/06   | C Hurst   | .16  | Office conference with S. C. Strong regarding schedules and statement of affairs; instruction to copy center to download; receipt and brief review of schedules (.8). |

```
Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/19/06 | A Jarvis | .08 | Correspondence on questions on statements and schedules. |
| 06/19/06 | S Strong | .04 | Review email from S. Smith and confer with C. Hurst regarding additional information regarding litigation matters needed for amended SOFA for USACM. |
| 06/19/06 | C Hurst | .12 | Office conference with S. C. Strong regarding preparing list of counsel involved in litigation as set forth in statement of affairs; begin research and preparation of same (.6). |
| 06/20/06 | C Hurst | .18 | Organize and tab schedule and statement of affairs binders for all cases (.9). |
| 06/21/06 | S Strong | .06 | Exchange emails with C. Hurst regarding information for amendments to schedules and statements, and review followup emails regarding same (0.3). |
| 06/21/06 | C Hurst | .06 | E-mail exchanges with Schwartzer, McPherson & Mesirow regarding amendments to schedules, matrix (.3). |
| 06/23/06 | A Jarvis | .12 | Correspondence on questions on statements and schedules. |
| 06/23/06 | S Strong | .06 | Review amendments to USACMs schedules and statements, and exchange emails with A. Jarvis and S. Smith regarding same (0.3). |
| 06/26/06 | C Hurst | .12 | Facilitate download and organize amendments to schedules. |
| 06/27/06 | A Jarvis | .06 | Correspondence on statements and schedules. |
| 06/27/06 | C Hurst | .06 | Download amended statement of affairs. |
| 06/28/06 | A Jarvis | .06 | Correspondence on statements and schedules. |

TOTAL FOR LEGAL SERVICES RENDERED                                  $1,843.20

"Exhibit E-21"

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No. ******
```

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00026**

**Diversified-Case Administration**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/05/06 | A Jarvis | .10 | Conference with S. C. Strong and S. Smith regarding preparation of Statements and Schedules. |
| 06/07/06 | S Strong | .24 | Review draft list of contracts for Schedule G (0.4); t/c w/ S. Smith regarding same (0.2); confer with C. Hurst regarding details of litigation search needed for debtors SOFAs, exchange emails with her regarding same, and exchange emails with S. Smith regarding same (0.6). |
| 06/07/06 | C Hurst | .22 | Office conference with S. C. Strong regarding litigation search for statement of affairs; arrange for Federal Court search; search Clark County database for pending litigation (1.1). |
| 06/08/06 | L Jenkins | .04 | Conferences with S. Strong regarding meeting to discuss schedules issue. |
| 06/08/06 | L Jenkins | .14 | Telephone conference with S. Strong and S. Smith regarding discussing various issues related to preparation of schedules. |
| 06/08/06 | L Jenkins | .06 | Review schedule sent by S. Smith. |

```
Client No. 34585                                              Page:     2
Debtor USA Commercial Mortgage Co., et al.                    August 11, 2006
```

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/08/06 | S Strong | .68 | Review email from S. Smith with questions regarding legal issues in preparing debtors schedules and research and analysis of issues raised (2.2); conference with L. Jenkins regarding same (0.2); participate in teleconference with S. Smith and L. Jenkins regarding same (0.8); follow-up discussions with L. Jenkins regarding same (0.2). |
| 06/09/06 | L Jenkins | .10 | Review issues regarding schedules. |
| 06/09/06 | C Hurst | .22 | Review litigation search results; office conference with S. C. Strong regarding same and e-mail Jo Oriti; receipt of known litigation from Jo Oriti - compare against our findings (1.1). |
| 06/12/06 | A Jarvis | .06 | Conference with S. C. Strong regarding statements and schedules. |
| 06/12/06 | L Jenkins | .18 | Review email issues from S. Smith regarding schedules. |
| 06/12/06 | S Strong | .14 | Review proposed Notes to debtors schedules and statements (0.5); conference with L. Jenkins regarding same (0.1); exchange emails with S. Smith and M. Kehl regarding same (0.1). |
| 06/13/06 | A Jarvis | .08 | Telephone conference with S. C. Strong regarding issues on statements and schedules. |
| 06/13/06 | L Jenkins | .18 | Review and comments on notes to schedules and statement of affairs. |
| 06/13/06 | L Jenkins | .38 | Review and comment on notes to schedules and statement of affairs. |
| 06/13/06 | S Strong | 1.30 | Conference with S. Smith regarding status of work on debtors statements and schedules (0.5); review and edit global notes to statements and schedules, and conference with L. Jenkins regarding same (0.8); participate in meeting with S. Smith, J. Oriti, BMC personnel, R. Hilson and other USA accounting personnel to discuss issues for and drafts of statements and schedules for 5 debtor entities (3.8); research and analysis of various legal issues raised in |

Client No. 34585                                                Page:    3
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006

                              connection with preparing and presenting
                              schedules and statements for 5 debtors (1.1);
                              telephone conference with L. Jenkins regarding
                              same (0.3).

06/14/06 L Jenkins        .30 Review revised notes to schedules and statement
                              of affairs received from S. Smith.

06/14/06 L Jenkins        .12 Conferences with S. Strong regarding discussion
                              of and comments on notes and questions to
                              schedules and statement of affairs.

06/14/06 S Strong        1.44 Continue revising/drafting notes to Statements
                              and Schedules (0.3); telephone conference with
                              L. Jenkins regarding same (0.1); conference
                              with S. Smith regarding same (0.1); conduct
                              electronic searches regarding pending
                              litigation involving 5 debtors and revise lists
                              for Statements and Schedules (1.1); telephone
                              conference with C. Hurst regarding same (0.2);
                              conference with J. Oriti regarding same (0.1);
                              continue to revise, expand, edit and finalize
                              SOFA item 4.a disclosures of litigation
                              involving 5 debtors (2.2); telephone conference
                              with M. Pugsley regarding administrative
                              proceedings (0.3); conference with M. Olson
                              regarding same (0.1); circulate revised
                              litigation disclosures with explanations to J.
                              Oriti for inclusion in SOFAs for 5 debtors
                              (0.2); further review and editing of Notes to
                              Statements and Schedules for 5 debtors,
                              discussions with S. Smith regarding same, and
                              work with her in finalizing same (2.2);
                              telephone conference with L. Jenkins regarding
                              his comments to same (0.3).

06/16/06 S Strong         .42 Review Statements and Schedules as filed, and
                              conference with C. Hurst regarding same (0.5);
                              review email from S. Smith regarding same
                              (0.1); email to RQN team regarding same (0.1);
                              further review and analysis of same (1.4)

06/16/06 C Hurst          .16 Office conference with S. C. Strong regarding
                              schedules and statement of affairs; instruction
                              to copy center to download; receipt and brief
                              review of schedules (.8).

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/19/06 | A Jarvis | .08 | Correspondence on questions on statements and schedules. |
| 06/19/06 | S Strong | .04 | Review email from S. Smith and confer with C. Hurst regarding additional information regarding litigation matters needed for amended SOFA for USACM. |
| 06/19/06 | C Hurst | .12 | Office conference with S. C. Strong regarding preparing list of counsel involved in litigation as set forth in statement of affairs; begin research and preparation of same (.6). |
| 06/20/06 | C Hurst | .18 | Organize and tab schedule and statement of affairs binders for all cases (.9). |
| 06/21/06 | S Strong | .06 | Exchange emails with C. Hurst regarding information for amendments to schedules and statements, and review followup emails regarding same (0.3). |
| 06/21/06 | C Hurst | .06 | E-mail exchanges with Schwartzer, McPherson & Mesirow regarding amendments to schedules, matrix (.3). |
| 06/23/06 | A Jarvis | .12 | Correspondence on questions on statements and schedules. |
| 06/23/06 | S Strong | .06 | Review amendments to USACMs schedules and statements, and exchange emails with A. Jarvis and S. Smith regarding same (0.3). |
| 06/26/06 | C Hurst | .12 | Facilitate download and organize amendments to schedules. |
| 06/27/06 | A Jarvis | .06 | Correspondence on statements and schedules. |
| 06/27/06 | C Hurst | .06 | Download amended statement of affairs. |
| 06/28/06 | A Jarvis | .06 | Correspondence on statements and schedules. |

TOTAL FOR LEGAL SERVICES RENDERED                                   $1,843.20

*"Exhibit E-22"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road           August 31, 2006
Las Vegas, NV   89121                             Invoice No. ******
```

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

```
06/16/06 Air Fare - - Kevin G. Glade                           27.00
06/27/06 Air Fare - - American Express                        751.60
06/27/06 Air Fare - - American Express                        487.60
06/27/06 Air Fare - - American Express                        156.30
06/27/06 Air Fare - - American Express                        287.60
06/27/06 Air Fare - - American Express                        287.60
06/27/06 Air Fare - - American Express                         16.00
06/27/06 Air Fare - - American Express                         16.00
06/27/06 Air Fare - - American Express                         25.00
06/16/06 Travel Expense - - Kevin G. Glade                    268.60
06/16/06 Travel Expense - - Kevin G. Glade                    315.60
06/16/06 Travel Expense - - Kevin G. Glade                     10.65
06/16/06 Travel Expense - - Annette W. Jarvis                 206.77
06/16/06 Travel Expense - - Elaine A. Monson                  868.87
06/16/06 Travel Expense - - Mark W. Pugsley                    89.78
06/30/06 Travel Expense - - Steven C. Strong                  467.01
06/30/06 Travel Expense - - Steven C. Strong                  779.19
06/30/06 Parking Expense - - Steven C. Strong                   8.00
06/16/06 UCC Search - - Kevin G. Glade                         20.00
06/16/06 Title Report - - First American Title Company        630.00
06/30/06 Federal Express Charges                              271.68
06/30/06 Long Distance Telephone Charges                       69.31
06/30/06 Database Legal Research                            12375.99
06/30/06 Facsimile Expense (Outgoing)                           6.00
06/30/06 Copying Expense                                      664.85
```

```
Client No. 34585                                          Page:      2
Debtor USA Commercial Mortgage Co., et al.                August 31, 2006


06/30/06  Business Meal(s)                                       82.86
06/30/06  Facsimile Long Distance Charges                         3.08
                                                            -----------

    TOTAL COSTS ADVANCED                                       $19,192.94
```

Client Address:  **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**   Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/01/06 | | $1.20 | 064 | 6 | Copying Expense 060106 HURST CARRIE | 1828470 |
| rq&n | 06/01/06 | | $9.20 | 064 | 46 | Copying Expense 010606 BROWN PATRICIA | 1828471 |
| rq&n | 06/01/06 | | $17.00 | 064 | 85 | Copying Expense 010606 BROWN PATRICIA | 1828472 |
| rq&n | 06/01/06 | | $0.40 | 064 | 2 | Copying Expense 060106 MONSON DOUGLAS M | 1828473 |
| rq&n | 06/01/06 | | $0.40 | 064 | 2 | Copying Expense 060106 MONSON DOUGLAS M | 1828474 |
| jarvs | 06/01/06 | | $6.80 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1829330 |
| rq&n | 06/02/06 | | $9.20 | 064 | 46 | Copying Expense 060206 BROWN PATRICIA | 1828475 |
| rq&n | 06/02/06 | | $0.80 | 064 | 4 | Copying Expense 060206 HANSEN ALISON | 1828476 |
| rq&n | 06/02/06 | | $1.60 | 064 | 8 | Copying Expense 060206 HANSEN ALISON | 1828477 |
| jarvs | 06/02/06 | | $28.41 | 013 | 1 | Federal Express Charges | 1831119 |
| rq&n | 06/03/06 | | $12.00 | 064 | 60 | Copying Expense 060306 BROWN PATRICIA | 1828478 |
| rq&n | 06/03/06 | | $118.20 | 064 | 591 | Copying Expense 060306 BROWN PATRICIA | 1828479 |
| tsu | 06/03/06 | | $969.00 | 019 | 1 | Lexis | 1830486 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/05/06 | | $0.90 | 014 | 1 | Long Distance Telephone Charges 4078356759 ORLANDO, FL 09:51 1080 MONSON DOUGLAS M | 1828480 |
| rq&n | 06/05/06 | | $0.69 | 014 | 1 | Long Distance Telephone Charges 6196881557 SNDG SND CA 10:16 780 MONSON DOUGLAS M | 1828481 |
| rq&n | 06/05/06 | | $7.20 | 064 | 36 | Copying Expense 060506 BROWN PATRICIA | 1828482 |
| rq&n | 06/05/06 | | $1.19 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 15:57 1440 MONSON DOUGLAS M | 1828483 |
| rq&n | 06/05/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:56 180 MONSON DOUGLAS M | 1828484 |
| jarvs | 06/05/06 | | $0.00 | 069 | 4 | Exhibit Tabs (custom) | 1832940 |
| rq&n | 06/06/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 7028969021 LAS VEGA NV 14:41 300 HURST CARRIE | 1828485 |
| rq&n | 06/06/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 15:40 60 MONSON DOUGLAS M | 1828486 |
| rq&n | 06/06/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:20 120 MONSON DOUGLAS M | 1828487 |
| jarvs | 06/06/06 | | $20.40 | 064 | 1 | Copying Expense SOMMERS MICHELLE | 1829329 |
| monso | 06/06/06 | | $400.41 | 019 | 1 | Westlaw | 1830453 |
| jenkn | 06/06/06 | | $348.00 | 019 | 1 | Lexis | 1831094 |
| rq&n | 06/07/06 | | $0.60 | 064 | 3 | Copying Expense 060706 BROWN PATRICIA | 1828741 |
| rq&n | 06/07/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1828742 |
| rq&n | 06/07/06 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1828743 |
| rq&n | 06/07/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023536540 HENDERSO NV 10:21 60 MONSON DOUGLAS M | 1828744 |
| rq&n | 06/07/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7756845708 CARSONCI NV 11:39 180 HANSEN ALISON | 1828745 |
| rq&n | 06/07/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1828746 |
| rq&n | 06/07/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1828747 |
| rq&n | 06/07/06 | | $5.80 | 064 | 29 | Copying Expense 060706 BROWN PATRICIA | 1828748 |
| rq&n | 06/08/06 | | $7.80 | 064 | 39 | Copying Expense 060806 HANSEN ALISON | 1828963 |
| rq&n | 06/08/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 7022426189 LAS VEGA NV 10:14 480 HURST CARRIE | 1828964 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/08/06 | | $1.06 | 014 | 1 | Long Distance Telephone Charges 6029560221 PHOENIX, AZ 10:42 1260 HURST CARRIE | 1828965 |
| rq&n | 06/08/06 | | $1.00 | 064 | 5 | Copying Expense 060806 MONSON DOUGLAS M | 1828966 |
| rq&n | 06/08/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:42 240 MONSON DOUGLAS M | 1828967 |
| rq&n | 06/08/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 3102285605 BEVERLYH CA 11:53 0 MONSON DOUGLAS M | 1828968 |
| rq&n | 06/08/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 13:09 60 MONSON DOUGLAS M | 1828969 |
| rq&n | 06/08/06 | | $3.20 | 064 | 16 | Copying Expense 060806 KOTTER BEN | 1828970 |
| jenkn | 06/08/06 | | $1,280.00 | 019 | 1 | Lexis | 1832053 |
| rq&n | 06/09/06 | | $2.80 | 064 | 14 | Copying Expense 060906 HANSEN ALISON | 1829130 |
| rq&n | 06/09/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 13:24 120 MONSON DOUGLAS M | 1829131 |
| rq&n | 06/09/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:23 60 MONSON DOUGLAS M | 1829132 |
| jarvs | 06/09/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1831800 |
| rq&n | 06/12/06 | | $0.80 | 064 | 4 | Copying Expense 061206 HANSEN ALISON | 1829297 |
| rq&n | 06/12/06 | | $2.60 | 064 | 13 | Copying Expense 061206 BROWN PATRICIA | 1829298 |
| kottr | 06/12/06 | | $34.29 | 019 | 1 | Westlaw | 1832083 |
| pugsl | 06/12/06 | | $97.63 | 019 | 1 | Westlaw | 1832092 |
| tsu | 06/12/06 | | $62.02 | 019 | 1 | Westlaw | 1832101 |
| rq&n | 06/13/06 | | $1.60 | 064 | 8 | Copying Expense 061306 BROWN PATRICIA | 1829497 |
| rq&n | 06/13/06 | | $35.40 | 064 | 177 | Copying Expense 061306 HANSEN ALISON | 1829498 |
| rq&n | 06/13/06 | | $3.80 | 064 | 19 | Copying Expense 061306 HANSEN ALISON | 1829499 |
| rq&n | 06/14/06 | | $0.60 | 064 | 3 | Copying Expense 061406 HANSEN ALISON | 1829856 |
| rq&n | 06/14/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 10:16 0 MONSON DOUGLAS M | 1829857 |
| rq&n | 06/14/06 | | $2.40 | 064 | 12 | Copying Expense 061406 BROWN PATRICIA | 1829858 |
| rq&n | 06/14/06 | | $6.60 | 064 | 33 | Copying Expense 061406 BROWN PATRICIA | 1829859 |
| rq&n | 06/14/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 2125757043 NEW YORK NY 11:30 0 HURST CARRIE | 1829860 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/14/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2125757043 NEW YORK NY 12:36 60 HURST CARRIE | 1829861 |
| rq&n | 06/14/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 12125753442 HURST CARRIE | 1829862 |
| rq&n | 06/14/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 12125753442 HURST CARRIE | 1829863 |
| jarvs | 06/14/06 | | $583.78 | 019 | 1 | Westlaw | 1832074 |
| monso | 06/14/06 | | $783.02 | 019 | 1 | Westlaw | 1832090 |
| jarvs | 06/14/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1832873 |
| jarvs | 06/14/06 | | $0.40 | 064 | 1 | Copying Expense | 1833407 |
| jarvs | 06/14/06 | | $7.20 | 064 | 1 | Copying Expense | 1833408 |
| jarvs | 06/14/06 | | $0.60 | 064 | 1 | Copying Expense | 1833409 |
| rq&n | 06/15/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:20 60 MONSON DOUGLAS M | 1830080 |
| rq&n | 06/15/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 11:23 0 MONSON DOUGLAS M | 1830081 |
| rq&n | 06/15/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7028896665 LAS VEGA NV 15:33 0 MONSON DOUGLAS M | 1830082 |
| rq&n | 06/15/06 | | $4.20 | 064 | 21 | Copying Expense 061506 HANSEN ALISON | 1830083 |
| rq&n | 06/15/06 | | $1.20 | 064 | 6 | Copying Expense 061506 HURST CARRIE | 1830084 |
| kottr | 06/15/06 | | $161.60 | 019 | 1 | Westlaw | 1832082 |
| tsu | 06/15/06 | | $440.69 | 019 | 1 | Westlaw | 1832100 |
| jarvs | 06/16/06 | | $630.00 | 218 | 1 | Title Report - - First American Title Company | 1830137 |
| jarvs | 06/16/06 | 139672 | $27.00 | 111 | 1 | Air Fare - - Kevin G. Glade | 1830145 |
| jarvs | 06/16/06 | 139685 | $20.00 | 207 | 1 | UCC Search - - Kevin G. Glade | 1830146 |
| jarvs | 06/16/06 | 139685 | $268.60 | 118 | 1 | Travel Expense - - Kevin G. Glade | 1830147 |
| jarvs | 06/16/06 | 139685 | $315.60 | 118 | 1 | Travel Expense - - Kevin G. Glade | 1830148 |
| jarvs | 06/16/06 | 139685 | $10.65 | 118 | 1 | Travel Expense - - Kevin G. Glade | 1830149 |
| jarvs | 06/16/06 | 139689 | $206.77 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1830156 |
| jarvs | 06/16/06 | 139699 | $868.87 | 118 | 1 | Travel Expense - - Elaine A. Monson | 1830171 |
| jarvs | 06/16/06 | 139703 | $89.78 | 118 | 1 | Travel Expense - - Mark W. Pugsley | 1830173 |
| jarvs | 06/16/06 | 139703 | $18.60 | 474 | 1 | Business Meal(s) - - Mark W. Pugsley | 1830174 |
| rq&n | 06/16/06 | | $1.60 | 064 | 8 | Copying Expense 061606 BROWN PATRICIA | 1830631 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/16/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 6027447144 PHOENIX, AZ 12:04 0 MONSON DOUGLAS M | 1830632 |
| jarvs | 06/16/06 | | $182.08 | 019 | 1 | Westlaw | 1832077 |
| jarvs | 06/16/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1832880 |
| jarvs | 06/16/06 | | $0.00 | 079 | 10 | Exhibit Tabs | 1833084 |
| jarvs | 06/16/06 | | $312.40 | 064 | 1,562 | Copying Expense | 1833410 |
| jenkn | 06/18/06 | | $76.00 | 019 | 1 | Lexis | 1833403 |
| rq&n | 06/19/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027910308 LAS VEGA NV 09:42 60 KOTTER BEN | 1831020 |
| rq&n | 06/19/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:31 120 MONSON DOUGLAS M | 1831021 |
| rq&n | 06/19/06 | | $1.16 | 014 | 1 | Long Distance Telephone Charges 6027447144 PHOENIX, AZ 15:44 1380 MONSON DOUGLAS M | 1831022 |
| rq&n | 06/19/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 16:09 120 MONSON DOUGLAS M | 1831023 |
| rq&n | 06/19/06 | | $1.00 | 064 | 5 | Copying Expense 061906 BROWN PATRICIA | 1831024 |
| rq&n | 06/19/06 | | $0.19 | 014 | 1 | Long Distance Telephone Charges 3125434499 CHICGOZN IL 18:10 180 MONSON DOUGLAS M | 1831025 |
| kottr | 06/19/06 | | $285.40 | 019 | 1 | Westlaw | 1833142 |
| jarvs | 06/20/06 | | $0.00 | 079 | 10 | Exhibit Tabs | 1833090 |
| kottr | 06/20/06 | | $674.57 | 019 | 1 | Westlaw | 1833141 |
| jarvs | 06/20/06 | | $1.80 | 064 | 1 | Copying Expense | 1833414 |
| jarvs | 06/20/06 | | $9.50 | 064 | 1 | Copying Expense | 1833415 |
| jarvs | 06/20/06 | | $3.15 | 064 | 1 | Copying Expense | 1833416 |
| jarvs | 06/20/06 | | $3.80 | 064 | 1 | Copying Expense | 1833417 |
| rq&n | 06/21/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8133176103 TAMPA, F FL 13:58 60 MONSON DOUGLAS M | 1831362 |
| rq&n | 06/21/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 14:26 60 MONSON DOUGLAS M | 1831363 |
| rq&n | 06/21/06 | | $0.39 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:08 480 MONSON DOUGLAS M | 1831364 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/21/06 | | $0.60 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:52 720 MONSON DOUGLAS M | 1831365 |
| hurst | 06/21/06 | | $549.11 | 019 | 1 | Westlaw | 1833140 |
| jarvs | 06/21/06 | | $2.00 | 064 | 1 | Copying Expense | 1833418 |
| rq&n | 06/22/06 | | $0.40 | 064 | 2 | Copying Expense 062206 HURST CARRIE | 1831541 |
| jarvs | 06/22/06 | | $0.20 | 064 | 1 | Copying Expense | 1833419 |
| rq&n | 06/23/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7026172565 LAS VEGA NV 10:01 0 HURST CARRIE | 1831715 |
| jarvs | 06/26/06 | 139784 | $58.16 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1831783 |
| rq&n | 06/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 11:53 60 MONSON DOUGLAS M | 1832010 |
| rq&n | 06/26/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 2082870940 BOISE, I ID 15:19 300 MONSON DOUGLAS M | 1832011 |
| rq&n | 06/26/06 | | $5.60 | 064 | 28 | Copying Expense 062606 BROWN PATRICIA | 1832012 |
| rq&n | 06/26/06 | | $2.50 | 021 | 5 | Facsimile Expense (Outgoing) 17023692666 MONSON ELAINE A | 1832013 |
| rq&n | 06/26/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17023692666 MONSON ELAINE A | 1832014 |
| jarvs | 06/26/06 | | $0.00 | 031 | 1 | 3-Ring Binder Expense | 1832886 |
| tsu | 06/26/06 | | $537.06 | 019 | 1 | Westlaw | 1833213 |
| jarvs | 06/27/06 | 139793 | $751.60 | 111 | 1 | Air Fare - - American Express | 1832066 |
| jarvs | 06/27/06 | 139793 | $487.60 | 111 | 1 | Air Fare - - American Express | 1832067 |
| jarvs | 06/27/06 | 139793 | $156.30 | 111 | 1 | Air Fare - - American Express | 1832068 |
| jarvs | 06/27/06 | 139793 | $287.60 | 111 | 1 | Air Fare - - American Express | 1832069 |
| jarvs | 06/27/06 | 139793 | $287.60 | 111 | 1 | Air Fare - - American Express | 1832070 |
| jarvs | 06/27/06 | 139793 | $16.00 | 111 | 1 | Air Fare - - American Express | 1832071 |
| jarvs | 06/27/06 | 139793 | $16.00 | 111 | 1 | Air Fare - - American Express | 1832072 |
| jarvs | 06/27/06 | 139793 | $25.00 | 111 | 1 | Air Fare - - American Express | 1832073 |
| rq&n | 06/27/06 | | $0.80 | 064 | 4 | Copying Expense 062706 BROWN PATRICIA | 1832282 |
| rq&n | 06/27/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2089471538 BOISE, I ID 13:41 120 MONSON DOUGLAS M | 1832283 |
| rq&n | 06/27/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 13:54 120 MONSON DOUGLAS M | 1832284 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 06/27/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 13:59 60 MONSON DOUGLAS M | 1832285 |
| rq&n | 06/27/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 6176194811 BOSTON, MA 14:38 60 MONSON DOUGLAS M | 1832286 |
| rq&n | 06/27/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 2084897257 BOISE, I ID 18:12 60 MONSON DOUGLAS M | 1832287 |
| jarvs | 06/27/06 | | $796.22 | 019 | 1 | Westlaw | 1834753 |
| hunt | 06/27/06 | | $522.47 | 019 | 1 | Westlaw | 1834763 |
| marag | 06/27/06 | | $24.90 | 019 | 1 | Westlaw | 1834767 |
| monso | 06/27/06 | | $61.51 | 019 | 1 | Westlaw | 1834769 |
| rq&n | 06/28/06 | | $14.40 | 064 | 72 | Copying Expense 062806 JARVIS ANNETTE | 1832473 |
| rq&n | 06/28/06 | | $15.20 | 064 | 76 | Copying Expense 062806 STRONG STEVEN | 1832474 |
| rq&n | 06/29/06 | | $0.23 | 014 | 1 | Long Distance Telephone Charges 6196881355 SNDG SND CA 10:48 240 MONSON DOUGLAS M | 1832631 |
| rq&n | 06/29/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 14:16 240 MONSON DOUGLAS M | 1832632 |
| rq&n | 06/29/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:00 180 MONSON DOUGLAS M | 1832633 |
| kottr | 06/29/06 | | $153.50 | 019 | 1 | Westlaw | 1834765 |
| tsu | 06/29/06 | | $3,352.73 | 019 | 1 | Westlaw | 1834777 |
| jarvs | 06/30/06 | 139838 | $467.01 | 118 | 1 | Travel Expense - - Steven C. Strong | 1832675 |
| jarvs | 06/30/06 | 139838 | $25.09 | 474 | 1 | Business Meal(s) - - Steven C. Strong | 1832676 |
| jarvs | 06/30/06 | 139838 | $8.00 | 122 | 1 | Parking Expense - - Steven C. Strong | 1832677 |
| jarvs | 06/30/06 | 139838 | $779.19 | 118 | 1 | Travel Expense - - Steven C. Strong | 1832678 |
| jarvs | 06/30/06 | 139838 | $39.17 | 474 | 1 | Business Meal(s) - - Steven C. Strong | 1832679 |
| rq&n | 06/30/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:51 120 MONSON DOUGLAS M | 1832829 |
| rq&n | 06/30/06 | | $0.70 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 15:52 840 MONSON DOUGLAS M | 1832830 |
| jarvs | 06/30/06 | | $229.15 | 013 | 1 | Federal Express Charges | 1840120 |
| COST TOTAL | | | $19,192.94 | | | | |