# "Exhibit F-1"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00001**

**Case Administration**

| 07/03/06 C Hurst | 1.20 | Review docket; confirm receipt of all Notices of Appearance; further work on master service list #3. |
|---|---|---|
| 07/04/06 S Strong | 2.20 | Read and analysis of papers filed and cases cited by Mr. LePome in opposition to debtors holding funds (2.2). |
| 07/05/06 A Jarvis | .30 | Correspondence on motion to distribute. |
| 07/05/06 E Monson | 2.80 | Work on motion to use cash funds (1.0); discussion with Greg Jolley regarding Sandlin/Sheraton loan and his research of files (.2); discussions with S. C. Strong regarding cash motion (.3); send e-mail to Monty Kehl and A. W. Jarvis regarding cash motion and review replies (.2); review additional e-mails from Monty Kehl and S. C. Strong regarding cash motion (.1); review prior motions and budgets in connection with drafting of new cash motion (.8). |
| 07/05/06 S Strong | 6.70 | Analysis for and drafting of Motion to Distribute, and circulate outline of same to A. W. Jarvis and Mesirow team (2.2); telephone conference with S. Smith regarding loan accounting and netting issues involved |

Client No. 34585                                           Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006

                              in same (0.5); exchange emails with S. Smith
                              regarding form of statements for Fund Members
                              (0.2); review draft of argument provided by
                              FTDC regarding distribution to Fund Members,
                              and continue researching, drafting, and
                              editing Motion to Distribute (3.8).

07/05/06 S Strong        .80  Confer with E. A. Monson regarding need for
                              renewed motion for continued use of cash
                              (0.4); exchange emails with M. Kehl regarding
                              same (0.2); further discussions with E. A.
                              Monson and review email from her regarding
                              same (0.2).

07/05/06 S Tingey        .30  Revise Transition Agreement with IP (0.3).

07/05/06 C Hurst         .50  Check BMC docket for updates and further
                              update to master service list #3.

07/06/06 B Kotter       1.40  Conference with S. C. Strong regarding legal
                              research on Motion to Distribute (.2); legal
                              research on equitable subrogation and its
                              applicability to Motion to Distribute
                              Theories (.9); conference with S. C. Strong
                              regarding Motion (.3).

07/06/06 E Monson       2.00  Discussions with S. C. Strong and Monty Kehl
                              regarding case motion and other issues in case
                              including settlement offers on various loans
                              (.3); review e-mails from Monty Kehl regarding
                              payout proposals on various loans and send to
                              D. M. Monson and K. G. Glade (.4); review and
                              make revisions to new cash funds motion (.4);
                              further revisions on circulate to S. C. Strong,
                              Monty Kehl, and A. W. Jarvis for review (.2);
                              discussion with S. C. Strong regarding
                              discovery issues (.2); review various orders
                              submitted and signed by court (.2); review
                              docket for order entered by court on prior cash
                              motion (.2); review e-mail from Monty Kehl
                              regarding new budget and comments to cash
                              motion (.1).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/06/06 S Strong        .70  Exchange emails with M. Kehl and E. A. Monson
                              regarding status of and issues for proposed
                              motion for continued use of cash (0.3);
                              confer with E. A. Monson regarding same
                              (0.2); review and comment on draft of motion
                              regarding same (0.2).

07/06/06 S Strong       9.90  Confer with B. J. Kotter regarding additional
                              research needed for motion to distribute (0.1);
                              confer with A. Tsu regarding research needed
                              for same (0.2); telephone conference with S.
                              Smith regarding factual issues for same (0.2);
                              exchange emails with her regarding same (0.2);
                              exchange emails with M. Kehl regarding Motion
                              to Distribute (0.1); continue analysis for and
                              drafting of Motion to Distribute, and review
                              and incorporate research provided by B. J.
                              Kotter and A. Tsu for same (6.3); review insert
                              for motion from D. Monson regarding Partial
                              Releases, and incorporate into the Motion to
                              Release (1.1); exchange emails with D. M.
                              Monson regarding same (0.1); circulate draft of
                              Motion to Distribute to A. W. Jarvis, L.
                              Schwartzer and Mesirow team for review (0.1);
                              telephone conference with M. Kehl regarding
                              various case administration issues and pending
                              matters (0.2); telephone conference with
                              investor M. Mansell regarding suggestions for
                              debtors (0.2); review S. Smith edits to
                              explanatory page for investor statements, make
                              further revisions, exchange emails with her
                              regarding same, and telephone conference with
                              her regarding same (.4); exchange emails with
                              J. McPherson regarding procedural deadlines for
                              motion to distribute (.2); review emails from
                              S. Smith with revised lender statements and
                              summary statements, and telephone conference
                              with her regarding same (.5).

07/06/06 S Strong        .20  Review email from A. Parlen regarding bar
                              date, confer with E. A. Monson regarding
                              same, and review email from E. A. Monson
                              regarding same (.2).

07/06/06 C Hurst        1.50  Complete updates to master service list #3;
                              forward to Schwartzer & McPherson.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/07/06 B Kotter        2.20  Conference with S. C. Strong on Motion to
                               Distribute and legal research needs (.2);
                               work on revising motion to distribute (1.3);
                               conference with S. C. Strong regarding
                               research (.3); prepare exhibits for motion to
                               distribute (.4).

07/07/06 E Monson        2.70  Discussion with S. C. Strong regarding motion
                               to use cash funds (.2); revise motion to use
                               cash funds; proof and finalize motion, transmit
                               to local counsel for filing (.6); review
                               e-mails from J. McPherson regarding cash motion
                               and send replies (.2); review e-mail from A.
                               Stevens regarding loan files and send reply
                               (.2); discussion with Monty Kehl regarding
                               background information needed and work on
                               putting cash motion and T. Allison declarations
                               together and sending to Monty Kehl (.5);
                               discussions with S. C. Strong regarding
                               distribution motion (.3); review draft of
                               distribution motion (.7).

07/07/06 S Strong        7.40  Exchange emails with A. W. Jarvis regarding
                               legal and factual issues in draft of Motion
                               to Distribute and revisions/strategies for
                               same (0.5); review comments from M. Kehl and
                               S. Smith to draft of Motion to Distribute
                               (0.3); review comments from committees
                               counsel regarding proposed Motion to
                               Distribute (0.4); confer with B. J. Kotter
                               regarding additional research needed for
                               motion to distribute (0.4); work on revisions
                               to Motion to Distribute and incorporate
                               comments of various reviewers (3.4);
                               telephone conference with A. W. Jarvis
                               regarding additional issues concerning Motion
                               to Distribute (0.4); exchange emails with S.
                               Smith regarding exhibits to motion to
                               distribute, confer with B. J. Kotter
                               regarding same, and review exhibits (0.4);
                               exchange emails with S. Smith and S. Steele
                               regarding dollar figures needed for motion to
                               distribute (0.3); incorporate additional case
                               law into Motion to Distribute, review
                               comments of D. M. Monson regarding motion,
                               and make final revisions and edits to motion
                               (1.1); exchange emails with J. McPherson

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

|            |           |      | regarding status of Motion to Distribute, and send motion to her for filing (0.2). |
|------------|-----------|------|--------|
| 07/07/06 | S Strong | .30 | Review letter from L. Schwartzer regarding Mr. LePomes requests for confidential appraisal information (.1); review emails from S. Smith and BMC regarding mail-out of investor statements as of petition date (.2). |
| 07/07/06 | S Tingey | .50 | Revise Transition Services Agreement (0.5). |
| 07/09/06 | A Jarvis | .20 | Correspondence on meeting with investor. |
| 07/10/06 | A Jarvis | .30 | Correspondence regarding investor issues, conference call with investor. |
| 07/10/06 | A Jarvis | .20 | Correspondence regarding confidentiality issues. |
| 07/10/06 | A Jarvis | .60 | Correspondence regarding investor privacy issues; review e-mail regarding same. |
| 07/10/06 | D Monson | .10 | Review Levin Hills 2004 Examination Motion (0.1). |
| 07/10/06 | E Monson | 2.40 | Participate in committee conference call (.7); discussion with S. C. Strong regarding privacy issues and doing further research thereon (.3); review joint committee request for information (.4); discussion with clerks regarding additional research on Gramm Leach Bliley (.2); review research by clerks on Gramm Leach Bliley (.4); draft e-mail to S. C. Strong and S. Smith regarding privacy issues (.4). |
| 07/10/06 | S Strong | .70 | Review and analysis of S. Smiths detail and data regarding investor statements (0.3); exchange emails with J. McPherson, L. Schwartzer and J. Miller of MBC regarding notice and service concerning Motion to Dismiss (0.2); telephone conference with J. McPherson regarding same (0.2). |
| 07/10/06 | S Strong | .40 | Review M. Olsons proposed press release and investor communications regarding Motion to Dismiss, and telephone conference with him regarding same (0.4). |

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


07/10/06 S Tingey          .30  Revise prepared Transition Service Agreement
                                with IP and memo to M. Kehl regarding same
                                (0.3).

07/10/06 J Sorenson       1.00  Research cases on "non-public personal info."
                                under the Gramm Leach Bliley Act.

07/10/06 A West           1.00  Research meaning of "nonpublic personal
                                information" under the Gramm-Leach-Bliley Act.

07/10/06 C Hurst           .90  Office conference with S. C. Strong regarding
                                7/25 hearing motions; review court calendar
                                and docket; begin work on identifying and
                                downloading pertinent pleadings.

07/11/06 A Jarvis         1.10  Review information on investor privacy issues
                                and correspondence on confidentiality issues.

07/11/06 A Jarvis         1.70  Meeting with A. Landis regarding 341 meeting,
                                status of case, statements and schedules.

07/11/06 A Jarvis          .20  Correspondence on bar date issues, while
                                updating vacting bar date.

07/11/06 E Monson          .20  Draft e-mail to A. Polen regarding status of
                                bar date.

07/11/06 C Hurst          4.10  Update docket and download pleadings (1.9);
                                work on updates to hearing notebooks for 7/25
                                hearing (1.9); call from investor regarding
                                meeting of creditors (.3).

07/12/06 A Jarvis         6.40  Prepare for and attend 341 meeting.

07/12/06 A Jarvis          .80  Correspondence regarding various document
                                production issues.

07/12/06 A Jarvis          .20  Correspondence on application to hire special
                                counsel for interpleader action.

07/12/06 E Monson          .60  Review e-mails regarding bar date and order
                                vacating bar date (.3); review notice and
                                motion for relief filed on behalf of R. Waddell
                                and Spectrum Financial Group (.3).

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/12/06 S Strong        .40 Exchange emails with E. A. Monson regarding a
                             bar date (0.1); review proposed stipulated
                             order regarding vacating bar date, review G.
                             Gordon edits regarding same, and send emails to
                             local counsel regarding same (0.3).

07/12/06 C Hurst         .40 Call from investor (.2); review of incoming
                             pleadings (.2).

07/13/06 A Jarvis        .30 Correspondence regarding document production
                             issues.

07/13/06 E Monson        .40 Review response to supplemental brief filed
                             by unsecured creditors committee (.2); review
                             motion filed by Bob LePome to obtain Hilco
                             Appraisals (.2).

07/13/06 S Strong        .80 Confer with A. W. Jarvis regarding results of
                             meeting with Committees and continued 341
                             meeting (0.5); review new filings on case
                             docket and exchange emails with A. W. Jarvis
                             regarding same (.3).

07/13/06 S Tingey        .30 Review client comments regarding Transition
                             Service Agreement (0.3).

07/13/06 C Hurst        1.50 Download pleadings; work on organization of
                             7/25 hearing binder (1.2); return call to
                             investor regarding case status and history
                             (.3).

07/14/06 A Jarvis        .60 Telephone conference with investor regarding
                             suggestions on reorganization issues.

07/14/06 A Jarvis       1.80 Review statements and schedules in
                             preparation for 341 meeting.

07/14/06 A Jarvis        .70 Conference call on document production issues.

07/14/06 A Jarvis        .30 Conference with S. C. Strong regarding
                             meeting with J. Milanowski and correspondence
                             with L. Loveridge regarding same.

07/14/06 E Monson       1.10 Participate in conference call with A. W.
                             Jarvis, S. C. Strong, B. J. Kotter, S. Smith,
                             J. Neugent, J. Reed, M. Kehl and J. Atkinson
                             to discuss IP documents and joint committee
                             request for information (1.1).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/14/06 E Monson        .70 Put together information on documents
                             requested for review in Las Vegas on Monday
                             (.3); Review fax from T. Rondeau and follow
                             up by drafting e-mail to A. W. Jarvis
                             regarding lawsuits identified by Rondeau and
                             review reply from A. W. Jarvis (.3); review
                             e-mail from A. W. Jarvis regarding request
                             from J. Chubb for appraisal (.1).

07/14/06 S Strong       1.50 Exchange emails with L. Schwartzer regarding
                             various matters scheduled for hearing July 25
                             and conflicting information regarding same
                             (0.4); review court docket and schedule and
                             various stipulations regarding same (0.3);
                             exchange emails with M. Olson regarding
                             information for website regarding same (0.3);
                             review draft report from M. Olson of debtors
                             Rule 341 meeting and edit same for website
                             (0.3); exchange emails with M. Olson and A.
                             W. Jarvis regarding same (0.2).

07/14/06 S Strong        .20 Review email from A. W. Jarvis regarding
                             investor questions concerning investor
                             statements, and exchange follow-up emails
                             with her regarding same (0.2).

07/14/06 C Hurst        1.30 Downloading of pleadings; review of court
                             calendar; review same for 7/25 hearing;
                             office conference with S. C. Strong regarding
                             same (1.0); telephone calls from investors
                             (.3).

07/17/06 E Monson       8.80 Work on preparation of discovery chart with
                             B. J. Kotter; conversation with S. C. Strong
                             and B. J. Kotter regarding discovery issues
                             (.6); review files for attorney/client and
                             work procedure privilege (5.9); review e-mail
                             from S. C. Strong regarding short form of
                             confidentiality agreement and send reply
                             (.1); review e-mails from S. C. Strong
                             regarding discovery issues (.2); work on
                             responding to joint discovery request (1.1).

07/17/06 S Strong       3.70 Telephone conference with S. Smith regarding
                             servicing fees and distribution calculations
                             (0.3); analysis of issues concerning proposed
                             investor statements as of 6/30/06 (0.3);
                             review emails from C. Pajak regarding

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

|           |           |        |                                                                                                                                                                                                                                                                                                                                                       |
|-----------|-----------|--------|---|

questions from investors, and confer with C.
Hurst regarding same (0.2); exchange emails
with A. W. Jarvis and send email to local
counsel regarding filing tonight of
Supplement to Motion to Distribute (0.2);
various telephone conferences with S. Smith
regarding same (0.8); draft and circulate
proposed Supplement, and exchange emails with
S. Smith and L. Schwartzer regarding same
(1.4); revise Supplement, and exchange emails
with S. Smith and L. Schwartzer regarding
final edits and filing of same (0.5).

07/17/06 C Hurst        .80   Receipt of e-mails and return phone calls
                              from investor (.5); e-mail communication with
                              S&M regarding July 25 calendar (.3).

07/18/06 A Jarvis       .40   Conference with S. C. Strong regarding document
                              productions issues, term sheet.

07/18/06 A Jarvis       .40   Conference with S. C. Strong and M. Pugsley
                              regarding IP documents, preparation of
                              subpoena.

07/18/06 A Jarvis       .30   Correspondence on new budget.

07/18/06 A Jarvis       .30   Correspondence on obtaining IP documents.

07/18/06 A Jarvis       .20   Correspondence on meeting with J. Milanowski.

07/18/06 A Jarvis       .50   Correspondence on privacy concerns (.2);
                              correspondence on document production (.3).

07/18/06 A Jarvis       .30   Correspondence with T. Allison regarding
                              meeting with J. Milanowski.

07/18/06 E Monson      2.30   Discussion with J. Reed regarding review of
                              Ashby loan closing binders (.2); discussions
                              with D. M. Monson and K. G. Glade regarding
                              Ashby loan documents and preparation of summary
                              (.2); review of loan files for privilege (.7);
                              conference call with D. M. Monson and Amanda
                              Stevens regarding letter to investors regarding
                              response to loan discount request (.3); review
                              e-mail from S. C. Tingey regarding loan summary
                              on Ashby loans and discuss with B. J. Kotter

```
Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

|            |             |      |                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|-------------|------|--------|

                              (.3); work with B. J. Kotter on identifying
                              categories of documents contained in loan files
                              for e-mail to A. W. Jarvis and S. C. Strong
                              (.6).

07/18/06 S Strong       .40  Review emails regarding procedures for
                              professional compensation, and telephone
                              conference with M. Kehl regarding same (0.2);
                              review motion for interim payment procedures
                              and send to M. Kehl (0.2).

07/18/06 S Strong      1.30  Analyze spreadsheets prepared by S. Smith
                              regarding Investor Statements as of petition
                              date (1.3).

07/18/06 C Hurst       4.20  E-mail from S. C. Strong regarding Funds
                              Report; download and deliver (.2); e-mail
                              from Stutman regarding investor inquiries;
                              return calls and e-mails to investors
                              regarding statements and information forms to
                              return to Mesirow (.8); review docket for
                              pleadings relating to 7/25 and 8/4 hearings;
                              download and organization of same (2.0);
                              return call to lease vendor (Marlin)
                              regarding lease payments; e-mail to Mesirow
                              regarding status (.2); work on July 25
                              hearing binders (1.0).

07/19/06 A Jarvis      1.50  Conference call with Mesirow and Ray Quinney
                              working teams regarding budget, cash
                              management motion, document production.

07/19/06 A Jarvis      1.00  Meeting with Ray Quinney Nebeker working
                              group regarding assignments, responses to
                              motions, document production issues, loan
                              problems.

07/19/06 A Jarvis       .50  Correspondence regarding motion to distribute
                              funds.

07/19/06 A Jarvis       .40  Revise memo on privacy issues; conference
                              with E. A. Monson regarding same.

07/19/06 A Jarvis       .30  Telephone conference with M. Kehl regarding
                              budget issues.

07/19/06 A Jarvis       .20  Conference with C. Hurst regarding hearing
                              binders.

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/19/06 A Jarvis        .30  Conference with E. A. Monson regarding
                              appraisal information, confidentiality
                              agreements, and requests of J. Chubb.

07/19/06 A Jarvis        .20  Correspondence on transition agreement.

07/19/06 B Kotter       1.10  Coordination meeting and conference with E.
                              A. Monson and R. Madsen regarding production
                              issues (1.1).

07/19/06 R Madsen, II    .70  Attendance and participation in strategic
                              conference and planning meeting to schedule
                              work assignments to meet upcoming deadlines.

07/19/06 R Madsen, II    .60  Gathering litigation files used in
                              preparation of listing open litigation on
                              statements and schedules.

07/19/06 E Monson        .50  Participate in conference call with A. W.
                              Jarvis, S. C. Strong, B. J. Kotter and
                              Mesirow team (.5).

07/19/06 E Monson        .40  Revise memo on Gramm Leach Bliley Act (.4).

07/19/06 E Monson       1.10  Participate in Ray Quinney & Nebeker
                              coordination meeting (1.1).

07/19/06 E Monson        .30  Review LePome opposition to motion to
                              distribute funds (.3).

07/19/06 E Monson        .20  Draft e-mail to J. Chubb regarding direct
                              lender confidentialty agreement and request for
                              appraisal information (.2).

07/19/06 E Monson        .20  Review e-mails regarding cash management
                              motion (.2).

07/19/06 E Monson        .10  Discussion with M. Kehl regarding filing of
                              budget (.1).

07/19/06 S Strong       1.10  Participate in meeting with A. W.  Jarvis and
                              all RQN professionals working on debtors cases
                              to coordinate efforts, report on activities and
                              further assignments (1.1).

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/19/06 S Strong        1.90  Review and analysis of updated proposed cash
                               budget (0.4); participate in conference call
                               with A. W. Jarvis, M. Kehl and Mesirow team
                               regarding revisions to and presentation of
                               revised cash budget (1.0); review further
                               revisions to cash budget and language for
                               footnotes to same, exchange emails with M.
                               Kehl regarding same, confer with A. W. Jarvis
                               regarding same, and telephone conference with
                               M. Kehl regarding same (0.5).

07/19/06 C Hurst         1.30  Calls from investors regarding case status
                               and address changes (.2); e-mail from Monty
                               Kehl regarding lease with Marlin (equipment)
                               (.2); update docket; review for 7/25 hearing
                               (.9).

07/20/06 A Jarvis         .20  Conference with S. C. Strong regarding
                               investors statement issues.

07/20/06 A Jarvis         .50  Respond to correspondence and calls from
                               investors.

07/20/06 E Monson         .50  Review voice mails from A. W. Jarvis and R.
                               LePome on requested Hilco appraisals (.2);
                               draft e-mail to R. LePome regarding
                               appraisals requested (.3).

07/20/06 E Monson         .20  Review e-mail from J. Chubb on information
                               requested and send reply (.2).

07/20/06 E Monson         .30  Draft and send e-mail to L. Schwartzer
                               regarding continuation of hearing on cash
                               management motion (.3).

07/20/06 S Strong         .30  Review emails from E. A. Monson to investors
                               counsel regarding providing Hilco appraisals,
                               and confer regarding same (0.3).

07/20/06 C Hurst         4.80  Office conference with R. H. Madsen regarding
                               pending litigation (.2); complete July 25
                               hearing binder for A. W. Jarvis (1.8); office
                               conference with S. C. Strong regarding
                               maintaining calendar of deadlines; download
                               complete docket; set up calendaring chart;
                               work on downloading pleadings needing
                               response and those scheduled for 8/4 hearing
                               (2.8).

Client No. 34585                                            Page:   13
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/21/06 B Kotter        .30 Draft e-mail to Rich Madsen regarding bar
                             summary request for J. Reed at Mesirow (.3).

07/21/06 E Monson        .30 Review e-mails from R. Madsen and B. J.
                             Kotter regarding loan summaries (.3).

07/21/06 E Monson        .50 Discussion with S. C. Strong regarding R.
                             LePome request and send lengthy e-mail to A.
                             W. Jarvis regarding requests being received
                             from counsel for investor statements (.5).

07/21/06 E Monson        .40 Review e-mail from L. Schwartzer regarding
                             cash management issues and send reply (.2);
                             discuss cash management issue with S. C.
                             Strong (.2).

07/21/06 E Monson        .20 Review supplemental response to motion to
                             forbear filed by Equity Holders Committee
                             (.2).

07/21/06 S Strong        .70 Exchange emails with L. Schwartzer, E. A.
                             Monson, and J. McPherson regarding matters to
                             be heard 7/25/06 (0.1); telephone conference
                             with J. McPherson regarding same (0.5);
                             confer with E. A. Monson regarding same
                             (0.1).

07/21/06 C Hurst        3.50 Create detailed tickler calendar; download
                             complete docket; review recently filed
                             pleadings; calculate response/reply dates on
                             all pertinent pleadings; conference with S.
                             C. Strong regarding tickler calendar and
                             distribute to all attorneys and staff working
                             on case.

07/24/06 E Monson       1.10 Discussion with S. C. Strong regarding
                             additional materials needed for July 25th
                             hearing and put together materials (.4);
                             discussion with A. W. Jarvis regarding Robert
                             LePome requests and responses thereto (.2);
                             discussion with A. W. Jarvis regarding issues
                             relative to hearing (.2); review e-mails from
                             A. W. Jarvis and place calls to Nancy
                             Peterman and send reply e-mail to A. W.
                             Jarvis (.3).

Client No. 34585                                        Page:   14
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/24/06 C Hurst       3.60  Access docket; review in detail; update
                             tickler chart (.9); work on August 4th
                             hearing binders and indices (2.7).

07/25/06 A Jarvis       .40  Correspondence regarding hearings, motion to
                             distribute funds, plan.

07/25/06 E Monson       .90  Meet with T. Allison, N. Peterman and A. W.
                             Jarvis to discuss issues to be argued at
                             hearing (.9).

07/25/06 E Monson      3.00  Attend Omnibus hearing at bankruptcy court
                             (3.0).

07/25/06 E Monson       .20  Review e-mails regarding drafts of various
                             court orders (.2).

07/25/06 E Monson       .30  Review e-mail from S. C. Strong regarding
                             Waddell motion for relief from stay and
                             discussion with S. C. Strong regarding same
                             (.3).

07/25/06 E Monson       .10  Review e-mail regarding Lerin Hills subpoena
                             (.1).

07/25/06 E Monson       .10  Review e-mail from L. Schwartzer regarding
                             Lowe Enterprises and Botaba litigation (.1).

07/25/06 E Monson       .40  Meet with A. W. Jarvis and T. Allison to
                             discuss issues on proposal for potential bidder
                             (.4).

07/25/06 S Strong      1.30  Confer with C. Hurst regarding items set for
                             hearing 8/4/06, and review courts docket
                             regarding same (0.2); research 9th Circuit
                             case law regarding recoupment and setoff for
                             Reply and oral argument in support of Motion
                             to Distribute (1.1).

07/25/06 S Strong       .80  Telephone conference with A. Abrams, counsel
                             for N. Kiven, regarding information on
                             investor statements and deadline for
                             responses to Motion to Distribute (0.3);
                             review email from A. Abrams with additional
                             questions regarding same (0.2); exchange
                             emails with S. Smith and M. Kehl regarding
                             same (0.2); voice message to A. Abrams to
                             respond to questions (0.1).

Client No. 34585                                                  Page:   15
Debtor USA Commercial Mortgage Co., et al.                        August 25, 2006


07/25/06 C Hurst          3.50  Access, update docket; office conference with
                                S. C. Strong regarding 8/4 hearing calendar;
                                continue preparation of hearing notebooks for
                                8/4/06 hearings (2.1); update tickler
                                calendar (1.2); return phone call to leasing
                                company (.2).

07/26/06 K Glade          1.60  Review RBC settlement documents (R. McKnight)
                                and related conferences with A. Jarvis (0.9);
                                draft e-mail to T. Allison regarding RBC
                                settlement (0.7).

07/26/06 A Jarvis          .30  Correspondence on IP documents.

07/26/06 A Jarvis          .20  Correspondence regarding notice issues.

07/26/06 E Monson          .90  Review documents and draft e-mail to L.
                                Schwartzer and J. McPherson regarding letter
                                from Bob LePome and automatic stay issues
                                (.9).

07/26/06 E Monson          .20  Review e-mail from M. Kehl and send reply
                                regarding IP information (.2).

07/26/06 E Monson          .30  Discussion with R. Hilson regarding information
                                and documents on IP (.3).

07/26/06 S Strong         4.20  Telephone conference with A. W. Jarvis
                                regarding results of court hearing, meetings
                                yesterday with various constituencies, and
                                actions items going forward (1.3); discuss
                                Motion to Distribute offsets and issues with A.
                                W. Jarvis (0.4); review emails from A. W.
                                Jarvis and R. Charles regarding reserve issue
                                of ongoing distributions (0.1); continue
                                research regarding Motion to Distribute offsets
                                and issues (1.7); draft email memorandum to A.
                                W. Jarvis regarding same (0.3); review email
                                from E. A. Monson and draft responsive email
                                regarding requests from investors attorneys
                                for Direct Lender statements (0.3); exchange
                                emails with A. W. Jarvis regarding same (0.1).

Client No. 34585                                           Page:   16
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/27/06 K Glade        2.10  Finalize e-mail to T. Allison regarding letter
                              to R. McKnight (0.3); telephone call with
                              USAIP's attorney (R. Walker) regarding letter
                              (0.1); related conferences with A. Jarvis and
                              S. Strong (0.2); draft proposed letter to R.
                              McKnight (0.9); related conference with A.
                              Jarvis and S. Strong (0.1); revise letter to
                              McKnight (0.2); transmittal e-mail with letter
                              (0.2); review responsive e-mail from T. Allison
                              (0.1).

07/27/06 A Jarvis        .20  Correspondence on review of files, retrieval of
                              files.

07/27/06 A Jarvis        .40  Conference with S. C. Strong regarding
                              response to motions for relief from stay.

07/27/06 E Monson        .20  Review e-mails from S. C. Strong and S. Smith
                              regarding investor statements to be send to
                              Laurel Davis (.2).

07/27/06 S Strong        .30  Review email from K. G. Glade regarding
                              settlement proceeds of IP litigation, review
                              draft of proposed letter from T. Allison to R.
                              McKnight, and discuss same with K. G. Glade
                              (.3).

07/27/06 S Strong       2.40  Telephone conference with investor R. Berry
                              regarding status of $250k investor funds in
                              escrow regarding $7.5 million Bundy Canyon
                              loan (0.1); review status (0.1); review
                              letter from L. Davis requesting Direct Lender
                              statements for Canepa clients (0.1);
                              telephone conference with L. Davis regarding
                              information requests of her Canepa Group
                              clients regarding Motion to Distribute (0.3);
                              exchange follow-up emails with her regarding
                              same (0.1); confer with A. W. Jarvis and E.
                              A. Monson regarding same (0.1); review Direct
                              Lender statements, and email same to L. Davis
                              (0.3); review and analysis of responses
                              received to date to Debtors Motion to
                              Distribute Funds, and continue research for
                              Reply regarding same (1.4).

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 C Hurst        3.50 Updates to tickler calendar (.9); further
                             work on August 4th hearing preparation -
                             hearing notebooks and case cites (2.1);
                             update lists of committee members and counsel
                             (.5).

07/28/06 K Glade        2.40 E-mail to M. Kehl regarding Halsey Canyon
                             (0.2); e-mail to file clerk regarding needed
                             Halsey Canyon documents (0.1); review Halsey
                             Canyon documents (0.4); telephone call with
                             counsel to Halsey Canyon borrower (0.3); attend
                             team coordination meeting (0.9); conference
                             with S. Strong regarding Rio Rancho lending
                             proposal (0.2); conference with D. Monson
                             regarding Rio Rancho loan proposal (0.1).

07/28/06 P Hunt          .90 Team meeting.

07/28/06 A Jarvis       1.40 Meeting with planning group, subsequent
                             meetings with business issues, responses to
                             litigation, plan drafting.

07/28/06 A Jarvis        .30 Correspondence on letter to McKnight.

07/28/06 B Kotter       1.10 Coordination meeting with A. W. Jarvis
                             regarding upcoming hearings/deadlines and
                             case needs (1.1).

07/28/06 R Madsen, II   2.40 Research pending litigation against or filed
                             on behalf of USA entities and affiliates.

07/28/06 R Madsen, II   1.40 Work to obtain docket reports and current
                             pleadings in open litigation matters.

07/28/06 R Madsen, II   1.90 Preparation of a working summary of pending
                             litigation in connection with USA Commercial
                             Mortgage and affiliated entities.

07/28/06 R Madsen, II    .70 Designation of deadlines and important dates
                             with respect to open litigation matters.

07/28/06 E Monson        .90 Attend Ray Quinney & Nebeker meeting on USA
                             case (.9).

07/28/06 E Monson        .50 Discussion with M. W. Pugsley regarding IP
                             document issues (.3); review e-mails from M.
                             W. Pugsley regarding IP document and send
                             reply (.2).

Client No. 34585                                        Page:   18
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/28/06 E Monson        .30  Review e-mails from L. Davis and A. W. Jarvis
                              regarding Canepa and Boise/Gowan issues and
                              send reply (.3).

07/28/06 E Monson        .20  Review e-mail from J. McPherson regarding
                              Canepa requests and send reply (.2).

07/28/06 E Monson        .20  Review e-mail from L. Schwartzer regarding
                              motion to obtain information filed by Robert
                              LePome and send reply (.2).

07/28/06 S Strong       3.20  Telephone conference with J. McPherson
                              regarding various case management issues and
                              coordination of efforts (0.5); participate in
                              coordinating meeting with A. W. Jarvis and RQN
                              attorneys regarding upcoming matters and issues
                              to address (0.9); review email from L. Davis
                              with questions regarding proposed distributions
                              under Motion to Distribute, and draft and send
                              responses to her (0.4); confer with B. J.
                              Kotter regarding research needed for Reply to
                              various objections to Motion to Distribute
                              (0.2); review and analysis of further
                              objections to Motion to Distribute (1.2).

07/28/06 S Tingey       1.00  Meeting with A. W. Jarvis, S. C. Strong, D. M.
                              Monson, E. M. Maragakis; B. J. Kotter, K. G.
                              Glade and A. Tsu regarding assignment and
                              status and strategy (1.0).

07/30/06 E Monson       1.40  Revise short form of confidentiality
                              agreement with direct lenders (.6); work on
                              attorneys only agreement for R. LePome (.6);
                              review e-mail from S. Smith regarding list of
                              direct lenders in each loan (.1); review
                              e-mail from L. Schwartzer regarding T.
                              Rondeau letter and pending litigation (.1).

07/31/06 A Jarvis       1.40  Conference call with Mesirow team regarding
                              response to motions, plan negotiations,
                              motions needed going forward.

07/31/06 A Jarvis        .30  Correspondence on updated information for
                              lenders, press release.

07/31/06 A Jarvis        .30  Correspondence on docket, matters on for
                              hearing.

```
Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/31/06 B Kotter        1.40  Legal research responding to objections to
                               Motion to Distribute; conference with S. C.
                               Strong regarding same (1.4).

07/31/06 E Monson         .60  Draft response to R. LePome motion to
                               consolidate (.6).

07/31/06 E Monson         .10  Draft e-mails to L. Davis regarding requests
                               for documents (.1).

07/31/06 E Monson         .60  Work on short form confidentiality agreement
                               and follow up with J. Chubb and L. Davis
                               regarding agreements (.6).

07/31/06 E Monson         .90  Work on attorneys-eyes only agreement for R.
                               LePome and send e-mail to R. LePome (.9).

07/31/06 E Monson         .70  Review e-mails and work on reply to cash
                               management motion (.7).

07/31/06 E Monson         .30  Review e-mails on distribution motion and $9
                               million in Collection Account pre-petition
                               (.3).

07/31/06 E Monson         .20  Review e-mails from A. W. Jarvis and S. Smith
                               regarding issues on management fees raised by
                               the FTDF (.2).

07/31/06 S Strong        2.50  Participate in telephone conference with S.
                               Smith and A. W. Jarvis regarding distribution
                               calculations and issues raised by various
                               parties in response to Motion to Distribute
                               (0.3); review and analysis of various
                               objections and responses to motion (0.9);
                               research issues to address in Reply regarding
                               motion to distribute (1.2); exchange emails
                               with B. J. Kotter regarding same (0.1).

07/31/06 C Hurst         6.40  Update/complete 8/4 hearing binders (3.3);
                               pull cases cited from all briefs regarding
                               Motion to Distribute and facilitate index
                               (3.1).


TOTAL FOR LEGAL SERVICES RENDERED                          $44,657.50

"*Exhibit F-2*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 25, 2006
Las Vegas, NV  89121                                   Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 07/03/06 | S Strong | .70 | Review email from K. G. Glade regarding Oak Mesa proposed agreement to transfer membership interest, and confer with K. G. Glade regarding same (0.4); confer with S. C. Tingey regarding BySynergy loan issues, and review email from him regarding same (0.3). |
| 07/10/06 | A Jarvis | .30 | Correspondence on form of order on IP Agreement approval. |
| 07/12/06 | S Strong | 1.10 | Review IP pledge and note and exchange emails with A. W.  Jarvis regarding provisions of same (0.6); review information on J. Milanowski and T. Hanges and exchange emails with A. W. Jarvis regarding same (0.5). |
| 07/17/06 | S Strong | .80 | Review email from A. W. Jarvis regarding insurance policy for USA Securities (0.1); telephone conference with M. W. Pugsley regarding same (0.2); review claims register in USA Securities case (0.3); confer with C. Hurst regarding further review of claims registers needed (0.1); email to A. W. Jarvis regarding USA Securities insurance policy (0.1). |

Client No. 34585                                         Page:    2
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/19/06 A Jarvis        .30  Telephone conference with R. Walker regarding
                              IP issues, EPIC loan.

07/19/06 A Jarvis        .20  Telephone conference with T. Allison
                              regarding meeting with J. Milanowski
                              regarding IP issues, asset recovery.

07/19/06 S Strong        .70  Voice message to and telephone conferences
                              with R. Walker regarding IP documents needed,
                              scheduling of meeting with J. Milanowski, and
                              other IP/Milanowski issues (0.4); confer with
                              A. W. Jarvis regarding same (0.1); telephone
                              conference with R. Walker and A. W. Jarvis
                              regarding same (0.2).

07/21/06 S Strong       1.00  Telephone conference with T. Allison regarding
                              issue on IP pledge (0.1); confer with K. G.
                              Glade regarding same (0.1); telephone
                              conference with T. Allison and K. G. Glade
                              regarding same (0.1); email to and telephone
                              conference with A. W. Jarvis regarding same
                              (0.2); telephone conference with R. Walker
                              regarding same (0.1); email to R. Walker
                              regarding upcoming meeting with J. Milanowski
                              regarding IP documents and issues (0.1);
                              telephone conference with R. Walker regarding
                              same and related issues (0.3).

07/21/06 S Strong        .60  Telephone conference with T. Allison regarding
                              Fiesta Rio Rancho incremental funding issue
                              (0.1); confer with K. G. Glade regarding same
                              (0.1); telephone conference with T. Allison and
                              K. G. Glade regarding same (0.1); confer with
                              D. M. Monson regarding same (0.1); email to and
                              telephone conference with A. W. Jarvis
                              regarding same (0.2).

07/26/06 A Jarvis        .30  Correspondence with K. G. Glade regarding IP
                              security agreement.

07/26/06 A Jarvis       1.90  Review cases on motion to distribute, review
                              offset issue, property of the estate issue,
                              recoupment.

07/26/06 S Strong        .30  Voice message to R. Walker regarding further
                              discussions with IP (0.1); telephone conference
                              with R. Walker regarding yesterdays meetings
                              and IP issues (0.2).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

| | | | |
|---|---|---|---|
| 07/26/06 | S Tingey | 1.50 | Communicate with potential bidder attorney regarding various loans (0.4); telephone conference with S. Steele regarding loan information for DIP lenders (0.2); outline , prepare chart of loan information for third parties (0.9). |
| 07/28/06 | A Jarvis | .30 | Correspondence on IP documents. |
| 07/28/06 | S Strong | .60 | Confer with M. W. Pugsley regarding IPs control of IP documents and review needed, and review related emails (0.3); confer with K. G. Glade regarding scope of IP security agreement (0.2); transmit letter regarding same to IPs counsel (0.1). |
| 07/31/06 | A Jarvis | .30 | Correspondence on IP issues. |
| 07/31/06 | A Jarvis | .40 | Correspondence with L. Schwartzer regarding possible additional claims to pursue. |

```
 TOTAL FOR LEGAL SERVICES RENDERED                      $3,122.50
```