# "Exhibit F-3"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.             August 25, 2006
Thomas J. Allison 4484 South Pecos Road                Invoice No. ******
Las Vegas, NV 89121

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00004**

**Business Operations**

| | | |
|---|---|---|
| 07/03/06 D Monson | .10 | Review e-mail from B. Sheer, Palm Harbor One attorney, on request for partial releases (0.1). |
| 07/03/06 S Strong | 4.70 | Further research and analysis of legal and factual issues for Motion to Distribute Funds (1.4); exchange emails with S. Smith regarding further information needed for same (0.2); prepare Explanations to accompany investor statements to be mailed out to DLs, and circulate draft of same for internal review (3.1). |
| 07/03/06 S Tingey | 1.10 | Review Rio Rancho updated title report (.20); telephone conference with attorney doing title work on HFA Asylum/Windham(0.2); analyze Rio Rancho issues (0.1); review information regarding EPIC bondholders suit v. USA (0.3); memo to A. W. Jarvis, M. Kehl regarding BySynergy (0.3). |
| 07/05/06 K Glade | 1.00 | Telephone call with HFA's attorney regarding status of forbearance on HFA forbearance (0.2); related conference with S. Strong (0.1); e-mail from T. Allison regarding Oak Mesa (0.2); review updated Investor Statement (0.5). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/05/06 A Jarvis          .30  Correspondence on procedures for granting
                                partial releases, motion regarding same.

07/05/06 B Kotter          .20  Brief conference with S. C. Strong and E. A.
                                Monson regarding status of particular loan
                                (.2).

07/05/06 D Monson         2.30  Telephone call from P. Ashcroft on equipment
                                lease for USACM servers (0.1); review e-mail
                                and lease documentation from P. Ashcroft,
                                attorney for Hewlett Packard Financial
                                Services on lease of computer servers (0.3);
                                telephone call from B. Sherr, attorney for
                                Palm Harbor One Borrower (0.1); telephone
                                call from A. Stevens on Roam Development
                                partial releases (0.2); review and respond to
                                e-mail from A. Stevens on Roam Development
                                partial releases and receipt of closing
                                proceeds (0.3); telephone call to and e-mail
                                from J. McPherson on submission of Partial
                                Releases Order (0.2); e-mail to M. Kehl and
                                A. Stevens on analysis of B. Sherr e-mail and
                                Palm Harbor One Loan documents and options
                                for Partial Releases (1.0); telephone call to
                                M. Guymon on Roam Development interest
                                payments (0.1).

07/06/06 K Glade          1.30  E-mails regarding status of motion on HFA
                                forbearance (0.7); review Ocean Atlantic
                                documents and request for refinance of
                                subordinated second lien (0.6).

07/06/06 D Monson         6.60  Discuss status of Motion to Approve HFA
                                forbearance with K. Glade, and review e-mails
                                from K. Glade, S. Strong, L. Schwartzer and
                                M. Kehl on status of HFA forbearance (0.3);
                                draft insert to Motion for Authorization to
                                Distribute Funds for partial release
                                authorization for all loans, and discuss
                                insert and distribution theory issues with S.
                                Strong (1.1); review and respond to e-mail
                                from Dawn Etzel, Title One, on partial
                                reconveyance for Franklin/Stratford Loan
                                (0.2); review signed Order on Partial
                                Releases Authorization, and e-mail to M.
                                Guymon on Roam Development Loan interest
                                payment (0.5); review e-mail from A. Stevens

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


on Roam Development partial releases, and
forward to M. Guymon (0.2); review and revise
Partial Releases from requested for Roam
Development loan, and forward to A. Stevens
and M. Guymon, and review A. Stevens e-mail
to title company (0.6); review letter from
Stewart Title on exit fees for American
Harmony II project and payoff for American
Enchantment project, and forward with e-mail
to A. Stevens (0.2); e-mail to P. Ashcroft,
attorney for Lessors on Hewlett Packard
Financial Services lease of computer servers
and request for abandonment, and review of
lease documentation, and payment schedule
(1.0); review e-mail from A. Stevens on
junior lien on Ocean Atlantic loan, and
e-mail to K. Glade on analysis of request
from Borrower (0.1); telephone call from A.
Stevens on Stewart Title letter, review
e-mail from M. Kehl, and letter to Stewart
Title (0.4); e-mail to L. Schwartzer on
preparation of Order on Amesbury Condos
partial releases (0.2); review M. Guymon
e-mails, and e-mail to M. Guymon on Roam
Development Partial Releases Request and
possible payoffs, and review Roam Development
Loan Documents (0.1); discussion with K.
Glade on Ocean Atlantic Borrower request for
consent to refinancing junior lien (0.1);
e-mail to M. Kehl on issues for Bay Pompano
Loan request for Partial Releases, and review
Bay Pompano Loan documents (0.6).

07/06/06 S Strong          .40 Exchange emails with K. G. Glade, D. M.
                               Monson, and L. Schwartzer regarding status of
                               HFA forbearance and related issues (.2);
                               confer with D. M. Monson regarding old loan
                               payoffs and exchange emails with him and M.
                               Kehl regarding same (.2).

07/06/06 S Tingey          .50 Review updated title information regarding
                               HFA Asylum (0.3); review information
                               regarding Sheraton judgment and
                               litigation(0.2).

07/06/06 G Jolley         2.50 Draft and revise research memo regarding USA
                               Capital v. Sandlin case; meeting with Steve
                               Tingey.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/07/06 K Glade          2.70  Review proposed sale of Rio Rancho loan at a
                                discount (and underlying documents) with
                                related e-mail to T. Allison and M. Kehl
                                (2.2); conference with D. Monson regarding
                                proposals for discounted loan payoffs (0.2);
                                review subordination issue on Ocean Atlantic
                                loan (0.3).

07/07/06 A Jarvis         1.20  Telephone conferences with S. C. Strong
                                regarding motion to distribute.

07/07/06 A Jarvis         1.10  Review parts of motion to distribute and
                                comment on same.

07/07/06 A Jarvis         1.20  Correspondence regarding comments on motion
                                to distribute.

07/07/06 D Monson         3.90  Review and revise draft of Motion to
                                Distribute Funds (1.0); discuss Standard
                                Property Development Settlement proposal with
                                S. Strong and K. Glade (0.2); review Standard
                                Property Development Settlement Proposal,
                                appraisal information, and loan documentation
                                (2.1); telephone call from A. Stevens on
                                accounting and credits for Roam Development
                                Loan interest (0.2); discuss First Trust Deed
                                Committee counsel comments on draft of Motion
                                to Distribute Funds and request for partial
                                release authorization for all loans with S.
                                Strong, and e-mail to S. Strong on motion
                                issues (0.3); telephone call to A. Stevens on
                                Standard Property Development Loan Documents
                                (0.1).

07/07/06 S Strong          .20  Review email from K. G. Glade regarding
                                borrowers proposal for workout of Rio Rancho
                                loan (.2).

07/07/06 S Tingey         4.40  Review bankruptcy pleadings regarding Windham
                                bankruptcy (HFA Asylum) (0.8); memo to M. Kehl
                                and A. Jarvis regarding same (1.5); draft memo
                                to M. Kehl and A. Jarvis regarding Sheraton
                                judgment and collection issues (0.8); draft
                                Agreement regarding EPIC loan (1.3).

07/08/06 D Monson         1.40  E-mail to T. Allison and M. Kehl on analysis
                                of settlement offer for Standard Property
                                Development Loan (1.4).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/10/06 K Glade        3.00  Review Rio Rancho proposal for reduced payoff
                              (0.8); draft e-mail to Mesirow regarding
                              proposal (0.4); draft e-mail to A. Jarvis
                              regarding Diversified Fund problem loans
                              (0.6); draft e-mail to A. Stevens regarding
                              subordination on Ocean Atlantic (0.6); review
                              payoff proposal presentations for submission
                              to Committees (0.4); related e-mail to M.
                              Kehl (0.2).

07/10/06 A Jarvis        .20  Correspondence with K. G. Glade regarding
                              Ashby loans.

07/10/06 S Strong       1.30  Review D. M. Monson memorandum analyzing
                              settlement proposal from Standard Property
                              borrower (.2); exchange emails with K. G.
                              Glade and D. M. Monson regarding HFA
                              forbearance issues (0.2); telephone
                              conference with T. Allison regarding same
                              (0.1); confer with K. G. Glade and D. M.
                              Monson regarding same (0.2); telephone
                              conference with A. W. Jarvis regarding same
                              (0.2); telephone conference with L.
                              Schwartzer regarding same (0.2); email to T.
                              Allison regarding status and continuance of
                              motion to forbear on HFA loans (0.2).

07/10/06 S Tingey       1.90  Review, revise information and memo regarding
                              Sheraton Hotel loan (0.6); revise memo to M.
                              Kehl regarding HFA Asylum (0.7); conference
                              with K. G. Glade regarding same (0.2); revise
                              proposed EPIC Agreement (0.4); memo to M. Kehl
                              regarding same.

07/11/06 A Jarvis        .30  Conference with T. Allison and HFA regarding
                              motion for approval of forbearance agreement.

07/11/06 D Monson       4.80  Review and respond to e-mail from K. Glade on
                              Ocean Atlantic loan and consent to junior
                              lien and Procedures Motion (0.2); review
                              e-mail from A. Stevens on Marlton Square
                              Loans and subordination issues and e-mail to
                              A. Stevens (0.3); telephone call from A.
                              Jarvis and T. Allison on HFA Forbearance
                              issues (0.2); review Objections filed to HFA
                              Forbearance Motion and telephone call to HFA
                              Auditor, Michael Martin, to discuss status of

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

                        HFA Forbearance and Court approval (0.6);
                        telephone call from B. Sherr, attorney for
                        Palm Harbor One Borrower (0.2); letter to M.
                        Martin (HFA Auditor) and D. Hayes (HFA
                        Attorney) on status of HFA Forbearance (1.2);
                        telephone conference with S. Strong, M.
                        Martin (HFA Auditor) and D. Hayes (HFA
                        Attorney) on status of HFA Forbearance (0.5);
                        review e-mail from D. Hayes on HFA
                        Forbearance, and forward to T. Allison and A.
                        Jarvis (0.2); e-mail to M. Kehl on status of
                        Palm Harbor One negotiations (0.2); review
                        e-mails from A. Stevens and M. Guymon on Roam
                        Development interest amounts, late fees and
                        payoff calculations, and e-mails to S.
                        Stevens on calculations and other Roam
                        Development payoff issues (0.9); telephone
                        calls with M. Guymon on Roam Development
                        payoff and payment of overdue interest (0.3).

07/11/06 S Strong       3.00  Review emails from D. M. Monson and K. G.
                        Glade regarding Ocean Atlantic loan issues
                        (0.2); review emails from D. M. Monson, M.
                        Guymon and A. Stevens regarding Roam Dev.
                        loan issues (0.3); telephone conference with
                        D. Hayes of HFA regarding HFA forbearance
                        status and issues (0.4); confer with K. G.
                        Glade regarding same (0.2); confer with D. M.
                        Monson regarding same (0.3); telephone
                        conference with M. Martin of HFA regarding
                        same (0.5); further discussions with D. M.
                        Monson and email to T. Allison and A. W.
                        Jarvis regarding same (0.6); review draft
                        letter to HFA regarding forbearance and
                        confer with D. M. Monson regarding same
                        (0.3); review emails from D. Hayes and D. M.
                        Monson regarding same (0.2).

07/11/06 S Strong       1.60  Telephone conference with B. Berry regarding
                        Bundy Canyon $7.5 million loan and $250k
                        advance on same held in escrow (0.5); review
                        loan documents regarding same (0.8); exchange
                        emails with M. Olson regarding same (0.3).

07/12/06 D Monson       4.70  Review e-mail from M. Kehl on discussions with
                        Palm Harbor One principal (0.1); review e-mail
                        from M. Guymon on bringing interest current and
                        payoff of Roam Development loan, and forward to
                        M. Kehl (0.2); review and respond to e-mail

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006

from M. Kehl on Palm Harbor One Partial
Releases (0.2); review e-mail from J. Lilly
(Palm Harbor One Borrower) and B. Sherr,
attorney, on Palm Harbor One Partial Releases
(0.2); lengthy e-mail response to J. Lilly and
B. Sherr on Palm Harbor Partial Releases issues
(0.7); review Marlton Square Second Loan
Agreement and e-mail to S. Stevens on
subordination issues (0.3); discuss Palm Harbor
One Partial Releases issues with S. Strong
(0.2); telephone conference with T. Suttles
(Gramercy Loan principal), J. Pengilly
(Gramercy attorney), M. Olson and A. Stevens on
Gramercy Loan issues (1.1); telephone call from
A. Jarvis on HFA Forbearance and auditor letter
(0.1); telephone call to T. Allison on HFA
Forbearance issues (0.1); e-mail to T. Allison
on HFA Forbearance issues (0.1); telephone
conference with A. Stevens and S. Strong on
Gramercy payoff quote issues (0.4); review
e-mail from M. Guymon on delay in payoff of
Roam Development loan, and forward to M. Kehl
(0.1); review status reports on Anchor,
Shamrock Tower, Gramercy, and 6425 GRSS Loans
from A. Stevens (0.2); review e-mail from A.
Stevens with Gramercy accounting, and e-mail
to M. Kehl, S. Smith, A. Jarvis and S. Strong
on Gramercy accounting issues (0.3).

07/12/06 S Strong      .20  Review new voice message from B. Berry and
                            exchange emails with him regarding additional
                            information concerning $250k held at title
                            company (.2).

07/12/06 S Strong      .70  Review email from J. Hermann and exchange
                            emails with A. W. Jarvis and S. C. Tingey
                            regarding EPIC loan issues (0.3); telephone
                            conference with A. Stevens and D. M. Monson
                            regarding Gramercy loan and related issues
                            (0.4).

07/12/06 S Tingey     2.70  Review outside counsel files regarding assets
                            of judgment debtor on Sheraton loan (1.80);
                            review EPIC Agreement and related documents
                            (0.9).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/13/06 D Monson         .90 Review and respond to e-mail from J. Pengilly
                              on Gramercy Loan issues (0.3); review e-mail
                              from D. Hayes and forward to T. Allison on
                              HFA Forbearance issues (0.2); review e-mail
                              from A. Stevens on Marlton Square loans and
                              subordination issues and powers of attorney
                              (0.1); review e-mail from J. Lilly on Palm
                              Harbor One Loan issues (0.2); e-mail to M.
                              Kehl on J. Lilly e-mail and Palm Harbor One
                              loan issues (0.1).

07/13/06 S Tingey        1.10 Review issues regarding EPIC loan and property
                              (0.3); revise EPIC Agreement (0.2); review
                              BySynergy issues (0.3); telephone conference
                              with S. C. Strong and attorney for potential
                              bidder regarding BySynergy (0.3).

07/17/06 K Glade          .20 E-mail regarding Colt Gateway documents (0.2).

07/17/06 A Jarvis        3.50 Meeting with Fiesta Development regarding
                              Ashby related loans, payments to Ashby.

07/17/06 D Monson        2.30 E-mail to A. Stevens and M. Olson on response
                              to J. Pengilley e-mail on Gramercy loan
                              issues (0.1); review LePome Motion to Obtain
                              Appraisal Information for his client's loans
                              (0.2); review and respond to e-mail from M.
                              Kehl on Palm Harbor One Loan (0.1); review
                              and respond to e-mail from J. McPherson on
                              Meadow Creek Loan, and review of Meadow Creek
                              loan documents; discussion with S. Strong on
                              funding options for loans needing additional
                              funds and responses to Borrower requests for
                              partial reconveyances (0.2); review M. Olson
                              e-mail and newspaper summary of Meeting of
                              Creditors and strategy for dealing with
                              delinquent loans and collection efforts by
                              servicer (0.2); telephone call from S. Scann
                              on proposed Order on Denial of Motion for
                              Relief from Stay by S. Campea on Boise/Gowan
                              loan, and e-mails to locate copies of
                              proposed Order (0.3).

07/17/06 S Tingey         .20 Communicate with M. Kehl regarding EPIC
                              Resorts loan (0.2).

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/18/06 K Glade          1.20  Telephone call with E. Monson regarding Ashby
                                loans (0.1); related conference with S.
                                Tingey (0.1); e-mail to A. Jarvis regarding
                                title policies and guaranties (0.2); e-mail
                                to HFA forbearance (0.2); telephone call with
                                M. Kehl regarding HFA forbearance (0.2);
                                telephone call with S. Kahn (Silverpointe)
                                regarding 10-90 loan (0.2); conference with
                                S. Strong regarding disclosure of lender
                                information (0.2).

07/18/06 R Madsen, II     1.20  Documentary research with respect to Fiesta
                                Stoneridge (aka Capital Land Investors) loan
                                and preparation of Loan Summary for said loan.

07/18/06 D Monson         2.70  Review recorded Mortgages and Trust Deeds and
                                verify included lists of investors (0.2);
                                review final Order on Sale of Amesbury Condo
                                Units (0.1); discuss status of proposed Order
                                on Canepa Motion to Lift Stay on Boise/Gowan
                                Loan with S. Strong (0.1); telephone call from
                                E. Monson on Ashby and Oak Mesa on form letter
                                to Direct Lenders on Borrower offers, prepare
                                Form Letter, and forward to A. Stevens, E.
                                Monson and others (1.0); e-mails to J.
                                McPherson and S. Scann on proposed Order on
                                Canepa Motion to Lift Stay on Boise/Gowan Loan
                                and review Notices of Hearing on continued
                                hearing date (0.5); review and respond to
                                e-mail from M. Kehl on HFA Forbearance (0.2);
                                review and respond to e-mails on Creditor
                                Committee inquiry on analysis of guarantees on
                                loans (0.2); review e-mails from A. Jarvis on
                                letter to Direct Lenders on Rio Rancho and
                                Standard Development discounted payoff offers
                                (0.1); review e-mail from A. Stevens on Palm
                                Harbor One loan inquiry (0.1); review e-mail
                                from A. Jarvis on Affidavit from R. Russell on
                                Boise/Gowan Loan Servicing Agreement (0.1).

07/18/06 S Strong          .20  Review emails regarding HFA forbearance, and
                                telephone conference with M. Kehl regarding
                                same (.2).

Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/19/06 K Glade        2.20  Status meeting with lawyer team (1.3);
                              telephone calls with M. Kehl and C. Scully
                              regarding forbearance issue on HFA Monaco and
                              other HFA loans (0.3); e-mails regarding
                              information requests (0.3); telephone call with
                              potential bidder regarding 10-90, Inc. loan
                              (0.3).

07/19/06 A Jarvis        .90  Conference call with S. Smith and A. Stevens
                              regarding borrower statements, collection
                              actions.

07/19/06 A Jarvis        .30  Correspondence on appraisal information.

07/19/06 A Jarvis        .30  Correspondence on Monaco loan.

07/19/06 A Jarvis        .30  Correspondence on HFA loan collection efforts.

07/19/06 A Jarvis        .30  Correspondence regarding letter to lenders
                              for approval of additional financing.

07/19/06 D Monson       4.30  Review one action rule issues for California
                              properties in portfolio (0.1); e-mails to A.
                              Stevens and M. Kehl on Palm Harbor One loan and
                              workout proposal (0.3); review e-mail from M.
                              Kehl on Palm Harbor One loan (0.2); e-mails
                              from A. Jarvis on possible letters to Direct
                              Lenders on Rio Rancho and Standard Property
                              Development proposals (0.2); attend
                              Coordination Meeting with A. Jarvis and others
                              working on USACM matters, and discuss
                              collection issues on Loans, Guarantee
                              enforcement, recording of Direct Lender
                              assignments, and other issues (1.2); review
                              Motion for Relief from Stay for Standard
                              Property Development Litigation in Florida and
                              e-mail from A. Jarvis on Response (0.9);
                              telephone call from B. Sherr on Palm Harbor One
                              loan (0.1); e-mail to M. Kehl on response to
                              Palm Harbor and B. Sherr and appraised value
                              issues (0.3); discussion with S. Strong on
                              Levin Hills 2004 Motion and Documents Subpoena
                              and Standard Property Motion for Relief from
                              Stay (0.3); review Motion for Relief from Stay
                              to Pursue Weddell v. USACM Litigation (0.2);
                              review Motion to Obtain Appraisal Information
                              from Robert LePome (0.2).

Client No. 34585                                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006

07/19/06 S Strong        .70  Review documents from M. Olson regarding funds
                              at title company on Bundy $7.5 million loan
                              (0.2); telephone conference with investor B.
                              Berry regarding same (0.3); exchange emails
                              with him regarding same (0.2).

07/19/06 S Strong       1.00  Confer with A. W. Jarvis regarding issues
                              raised relating to Motion to Distribute
                              concerning unremitted principal and prepaid
                              interest (0.2); participate in conference call
                              with A. W. Jarvis, S. Smith and T. Allison
                              regarding same (0.8).

07/19/06 S Tingey        .90  Conference call with A. W. Jarvis, T. Allison,
                              S. Smith and others regarding default interest
                              and notice issues (.9)

07/20/06 K Glade        1.50  Telephone call with M. Kehl regarding telephone
                              call to discuss HFA forbearance issues (0.2);
                              related e-mail to C. Scully, counsel for HFA
                              (0.1); telephone call with M. Kehl regarding
                              HFA declaration for forbearance and telephone
                              call (0.1); conference call with First Trust
                              Deed Fund and HFA to discuss forbearance (0.6);
                              review proposed HFA declaration for forbearance
                              (0.2); related e-mail to S. Strong (0.1);
                              e-mail to C. Scully regarding revisions to HFA
                              declaration (0.2).

07/20/06 A Jarvis        .30  Correspondence on HFA loan collection efforts.

07/20/06 D Monson       5.30  Draft Declaration of R. Russell in Opposition
                              to Motion for Relief from Stay (Boise/Gowan
                              Loan) and forward to S. Scann with e-mail, and
                              review S. Scann response (1.0); telephone call
                              from B. Sherr on Palm Harbor One Loan
                              negotiations (0.3); e-mail to B. Sherr on Palm
                              Harbor One Loan negotiations (1.0); telephone
                              call from M. Kehl on Gramercy Fee Agreement and
                              Palm Harbor One issues (0.2); e-mail to A.
                              Stevens on entered Order on Partial Releases
                              for Amesbury condo units, and review A. Stevens
                              response (0.2); review e-mail from S. Strong on
                              HFA forbearance and Declaration from HFA (0.1);
                              review e-mail response from B. Sherr and
                              forward to M. Kehl (Palm Harbor One Loan)

Client No. 34585                                              Page:   12
Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006

 

          (0.2); telephone call and e-mail to M. Kehl on
title insurance tender letter on Gramercy loan
and revise and send out title insurance tender
letter (1.0); review e-mail from M. Kehl on
list of loans with unfunded construction
budgets, and discuss with E. Monson (0.2);
e-mail to USA personnel on Gramercy loan and
title insurance defense letter to Commonwealth
(0.1); telephone call from B. Sherr on
appraisal issues for Palm Harbor One loan
(0.1); memo to S. Tingey on California One
Action Rule Case (0.2); review e-mail from A.
Stevens on Marlton Square 2nd Trust Deed
Subordination (0.1); prepare proposed letter to
Direct Lenders on Standard Property Development
Loan (0.6).

07/20/06 E Monson      .10  Discussion with D. M. Monson on Lerin Hills
                            loan (.1).

07/20/06 S Strong      .40  Confer with K. G. Glade and D. M. Monson
                            regarding issues concerning HFA forbearance
                            and additional evidence in support of same
                            (0.3); review declaration from borrower
                            regarding same (0.1).

07/20/06 S Tingey     7.20  Draft language for default notice for borrowers
                            (1.1); communicate with S. Smith regarding same
                            (0.3); communicate with attorney for potential
                            bidder regarding various documents and
                            information requested and review and send
                            documents and information (4.3); compile and
                            review information regarding guarantors and
                            location (1.1); conference with K. G. Glade
                            regarding potential bidder due diligence (0.2);
                            draft Notice of Entry of Appearance in Sheraton
                            case (0.2).

07/21/06 K Glade      1.00  Telephone call with S. Strong and T. Allison
                            regarding Rio Rancho funding request and
                            regarding USA Investment Partners bank account
                            issue (0.3); e-mail regarding "assignment of
                            mortgage" being in the ordinary course of
                            business with review of related HFA payoff
                            documents and e-mails (0.7).

07/21/06 A Jarvis      .30  Telephone conference with S. C. Strong
                            regarding distribution motion.

Client No. 34585                                           Page:    13
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/21/06 R Madsen, II      .90  Factual and documentary research with respect
                                to Capital Land Investors Loan Summary,
                                together with additional research concerning
                                Ashby Financial and Fiesta McNaughton.

07/21/06 D Monson         5.70  Lengthy e-mail to A. Stevens and M. Kehl on
                                Marlton Square 2nd Loan, and review Marlton
                                Square 2nd Loan documents and Subordination
                                terms and Subordination Agreement (1.3); review
                                e-mail from B. Sherr on Palm Harbor One
                                appraisal information (0.2); review e-mail from
                                M. Olson on ComVest loan assignment (0.4);
                                review e-mails from A. Stevens on additional
                                loan documentation and direct investor consents
                                to subordination, and additional e-mail to A.
                                Stevens on Marlton Square 2nd Loan and
                                Subordination request (0.6); discuss ComVest
                                loan assignment issues with S. Tingey (0.2);
                                discuss Marlton Square 2nd Subordination issues
                                with K. Glade (0.1); discuss Fiesta Rio Rancho
                                funding issues with S. Strong (0.2); e-mail to
                                M. Olson on ComVest loan assignment issues and
                                discuss ComVest loan assignment issues with K.
                                Glade (0.1); e-mail to M. Kehl and A. Stevens
                                on Palm Harbor One appraisal information and
                                request to fund unpaid interest with Partial
                                Releases (0.4); e-mail to A. Stevens on Fee
                                Agreement reviews,a nd review existing Loan
                                files for relevant Fee Agreement language
                                (0.8); review First Trust Deed Fund Committee
                                Supplemental Response to Motion to Forbear on
                                HFA loans, and e-mail thereon to A. Jarvis, S.
                                Strong and L. Schwartzer (0.3); review Marlton
                                Loan Trust Deed recording date to confirm
                                senior loan priority status (0.2); e-mails to
                                B. Sherr, Palm Harbor One attorney, on partial
                                release conditions and Borrower proposal to
                                fund unpaid interest with partial releases
                                (1.0).

07/21/06 S Strong          .50  Telephone conference with S. Smith regarding
                                collection account balance and distribution
                                issues (0.2); telephone conference with A. W.
                                Jarvis regarding same (0.1); follow-up
                                telephone conference with S. Smith regarding
                                same (0.2).

Client No. 34585                                           Page:   14
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/21/06 S Strong        .70 Review and analysis of new response filed by
                             FTD Committee to HFA forbearance  (0.2);
                             email to A. W. Jarvis regarding same (0.1);
                             telephone conference with her regarding same
                             (0.2); exchange follow-up emails with D. M.
                             Monson, K. G. Glade regarding same (0.2).

07/22/06 D Monson        .60 Review Fee Agreements and e-mail to M. Kehl
                             on provisions of Fee Agreements for various
                             loans (0.5); review and respond to S. Strong
                             e-mail on First Trust Deed Committee response
                             to Motion to Forbear on HFA Loans (0.1).

07/22/06 S Strong        .40 Review voice messages from A. W. Jarvis
                             regarding issues raised in various responses
                             filed yesterday to Motion to Forbear, and draft
                             emails to L. Schwartzer, D. M. Monson and K. G.
                             Glade regarding supplemental declaration and
                             reply needed.

07/23/06 S Strong        .30 Review drafts of Reply and supplemental
                             declaration in support of Motion to Forbear,
                             and email to L. Schwartzer with comments to
                             same.

07/24/06 K Glade         .50 E-mail regarding history on HFA forbearance
                             (0.2); e-mail regarding updated loan
                             summaries (0.2); related telephone call with
                             M. Kehl (0.1).

07/24/06 D Monson        .20 Telephone call from B. Sherr, attorney for Palm
                             Harbor One, on partial releases and appraisal
                             information (0.2).

07/24/06 S Strong        .20 Exchange emails with M. Kehl regarding
                             proposed updated loan summary, and telephone
                             conference with him regarding same (0.2).

07/25/06 K Glade        2.80 Review Ocean Atlantic Chicago documents with
                             respect to proposed refinance of subordinated
                             debt (1.2); related conference with S. Tingey
                             regarding ordinary course conduct (0.2);
                             telephone call with A. Stevens regarding
                             proposed subordinated financing on Ocean
                             Atlantic Chicago (0.3); draft e-mail to legal
                             team regarding proposed financing on Ocean
                             Atlantic with responsive e-mails (0.9); draft
                             e-mail to C. Scully regarding Colt Gateway

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


                         loans (0.2).

07/25/06 D Monson    1.50  Review and respond to e-mail from J. Reed on
                           inquiry on funding obligations from potential
                           purchaser, and analysis of extent of funding
                           commitment (0.5); conference with S. Tingey on
                           loan documentation and questions on whether
                           funding obligations exist for certain loans
                           (0.1); conference with S. Tingey on request by
                           A. Stevens for review of Shamrock Towers loan
                           documents (0.1); review e-mail from E. Monson
                           on results of hearing on HFA Forbearance Motion
                           (0.1); review and respond to e-mail from K.
                           Glade on Ocean Atlantic request for consent to
                           new subordinate loan (0.3); review B. Sherr
                           e-mail with additional valuation information
                           for Palm Harbor One loan (0.1); review e-mail
                           from M. Olson on loan servicing agreement
                           issues for certain Direct Lenders (0.1); review
                           and respond to e-mail from S. Strong on Ocean
                           Atlantic consent issues (0.2).

07/25/06 S Strong    1.50  Review and respond to emails from K. G. Glade
                           and D. M. Monson regarding various loan
                           servicing issues (.2); telephone conference
                           with A. J. Jarvis regarding filing of updated
                           loan summary needed (0.1); telephone
                           conference w/ M. Kehl regarding increased
                           readability of same requested by judge (0.1);
                           telephone conference with J. McPherson
                           regarding local filing requirements
                           concerning size of exhibits (0.1); follow-up
                           discussions with M. Kehl regarding same
                           (0.1); email to local counsel regarding
                           filing of Loan Summary (0.1); review revised
                           loan summary for filing and exchange emails
                           with M. Kehl regarding same (0.2); Review
                           proposed term sheet for Fertitta funding of
                           Rio Rancho loan, and circulate same with
                           comments to A. W. Jarvis, T. Allison, and M.
                           Kehl (.6).

07/26/06 K Glade      .30  Conference with D. Monson regarding "ordinary
                           course" issues related to servicing Ocean
                           Atlantic (0.2); e-mail to A. Stevens regarding
                           Colt loans (0.1).

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/26/06 A Jarvis        .50  Telephone conference with S. C. Strong and T.
                              Allison regarding motion to distribute funds,
                              Rio Rancho funding.

07/26/06 A Jarvis        .50  Review Rio Rancho funding proposal;
                              conference with S. C. Strong regarding same.

07/26/06 A Jarvis        .30  Correspondence on loan issues.

07/26/06 A Jarvis        .30  Correspondence on Rio Rancho/Fertitta funding
                              proposal.

07/26/06 D Monson       1.80  Review e-mails on Ocean Atlantic loan issues
                              and ordinary course of business assessment
                              (0.2); review draft Order on HFA forbearance
                              and e-mail to L.Schwartzer on proposed
                              revisions to Order and discuss HFA
                              forbearance and documentation of HFA Asylum
                              loan (0.3); review of ordinary course of
                              business issues for Ocean Atlantic and
                              Marlton Square loans (0.2); telephone
                              conference with A. Jarvis and S. Strong on
                              ordinary course of business issues for Ocean
                              Atlantic and Marlton Square loans (0.2);
                              telephone message from M. Kehl on Palm Harbor
                              One loan (0.1); telephone message to M. Kehl
                              on Palm Harbor One loan (0.2); telephone call
                              to A. Stevens on Levin Hills Loan workout
                              issues (0.2); telephone calls with E. Monson
                              on Levin Hills Loan and Levin Hills subpoena
                              and continuation of 2004 Exam for Levin Hills
                              (0.2); discussion with A. Jarvis and e-mail
                              to S. Scann on Rio Rancho Loan funding (0.2).

07/26/06 E Monson        .30  Draft e-mail to T. Allison, Mark Olson,
                              Amanda Stevens, M. Kehl, S. Smith, A. W.
                              Jarvis and S. C. Strong regarding Lerin Hills
                              (.3).

07/26/06 E Monson        .40  Review letter from Mark Olsen to Lerin Hills
                              and discuss status with D. M. Monson (.4).

07/26/06 S Strong        .30  Review voice message from J. Nugent regarding
                              status of updated borrower funding requirements
                              spreadsheet, and review prior drafts of same
                              (0.2); telephone conference with M. Kehl and A.
                              Stevens regarding ordinary course release
                              issues (0.1).

Client No. 34585                                      Page:   17
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/26/06 S Strong        .70  Confer with K. G. Glade regarding HFA
                              forbearance and related servicing issues (0.1);
                              review proposed order regarding HFA
                              forbearance, and exchange emails with L.
                              Schwartzer regarding same (0.4); review
                              follow-up emails from A. W. Jarvis and D. M.
                              Monson regarding same (0.1); confer with D. M.
                              Monson regarding status of various loan
                              servicing issues (0.1).

07/27/06 A Jarvis        .80  Telephone conference with S. Smith and S. C.
                              Strong regarding motion to distribute,
                              investor statements, committee issues.

07/27/06 A Jarvis        .40  Telephone conference with M. Kehl regarding
                              budget, Halsey Canyon.

07/27/06 A Jarvis        .40  Correspondence regarding Boise Gowan, Canepa
                              motion.

07/27/06 A Jarvis        .30  Correspondence on committee positions on
                              motion to distribute.

07/27/06 D Monson       2.00  Review draft of letter on Levin Hills Loan
                              discounted payoff proposal, and send comments
                              on letter back to M. Olson (0.5); review
                              updated Notice of Filing of Loan Summary as
                              of June 30, 2006, on Loan Portfolio (0.5);
                              review e-mails on Levin Hills Loan issues and
                              exit fee issues (0.3); review e-mail from J.
                              McPherson on Gramercy Court loan and workout
                              proposal by Borrower (0.2); telephone call to
                              J. McPherson on Gramercy Court loan issues
                              (0.3); review and respond to A. Jarvis e-mail
                              on Halsey Canyon loan (0.1).

07/27/06 E Monson        .20  Review e-mails regarding Lerin Hills loan and
                              exit fees (.2).

07/28/06 K Glade         .90  E-mail to M. Pugsley regarding production of IP
                              documents (0.2); e-mails with T. Allison
                              regarding R. McKnight letter (0.3); related
                              telephone calls with R. Walker (J. Milanowski
                              attorney) (0.2); e-mails regarding R. McKnight
                              letter (0.2).

07/28/06 A Jarvis        .30  Correspondence on Halsey Canyon, Brookmere.

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

07/28/06 A Jarvis        1.20  Correspondence on Fertitta proposal for Rio
                               Rancho, negotiations with committees and
                               participants regarding same.

07/28/06 D Monson        4.30  Telephone message from R. Russell on Rio
                               Rancho funding, and forward message to A.
                               Jarvis (0.2); telephone conference with J.
                               Pengilly and J. McPherson on Gramercy Loan
                               workout proposal (0.5); conference with S.
                               Strong on discounted loan payoff approval
                               process (0.2); telephone messages from J.
                               Pengilly on details of Gramercy loan workout
                               proposal (0.2); telephone call from B. Sherr
                               on Palm Harbor One loan and possible workout
                               scenarios (0.3); telephone call from S. Scann
                               on Rio Rancho loan funding proposal (0.2);
                               telephone call from P. Connaghan on Rio
                               Rancho loan funding proposal (0.2); telephone
                               call to M. Kehl on Gramercy loan workout
                               proposal and Palm Harbor One loan workout
                               proposal (0.5); review mechanic's lien
                               lawsuit on Gramercy project (0.2); telephone
                               call to J. Pengilly on Gramercy loan workout
                               proposal (0.2); telephone call to B. Sherr on
                               Palm Harbor One loan workout issues (0.2);
                               telephone calls with R. Russell and P.
                               Connaghan on Rio Rancho additional loan
                               advance proposal (0.3); conference with S.
                               Strong on Rio Rancho Additional Advance
                               Motion to Approve (0.1); e-mail to S. Strong
                               and M. Kehl of form Notice to Direct Lenders
                               for Discount Loan proposal consents (0.2);
                               e-mails from A. Jarvis on Rio Rancho
                               Additional Advance loan proposal and Fertitta
                               offer to fund Additional Advance (0.3);
                               review e-mail from J. Pengilly and forward to
                               M. Kehl on Gramercy loan workout proposal
                               (0.5).

07/28/06 S Strong        1.70  Telephone conference with A. Stevens
                               regarding general issues concerning loan
                               servicing, negotiations with borrowers, and
                               approval procedures for reduced payoff
                               agreements (0.3); email to RQN and Mesirow
                               teams regarding coordinating call needed
                               regarding same (0.1); confer with D. M.
                               Monson regarding same (0.1); confer with K.
                               G. Glade and S. C. Tingey regarding same
                               (0.2); exchange emails with A. W. Jarvis

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

 

regarding same (0.1); review voice message
from B. Bullard regarding status of Fertitta
funding proposal for Rio Rancho loan (0.1);
confer with A. W. Jarvis regarding same
(0.1); review emails from committees counsel
regarding general support for proposal (0.1);
confer with K. G. Glade and D. M. Monson
regarding form of loan documents for
incremental funding of Rio Rancho (0.3);
telephone conference with B. Bullard
regarding same (0.2); review follow-up emails
from A. W. Jarvis and D. M. Monson regarding
same (0.1).

| | | | |
|---|---|---|---|
| 07/29/06 | D Monson | 2.00 | Begin draft of Motion for Approval of Additional Advance for Rio Rancho Loan. |
| 07/31/06 | K Glade | 2.50 | E-mail to M. Kehl regarding Halsey Canyon with related review of documents (0.6); e-mail to A. Jarvis regarding request from Liberty Bank for subordination agreement on IP (0.3); telephone call with R. McKnight regarding IP security agreement issue (0.2); related e-mail to A. Jarvis (0.3); e-mails regarding Halsey Canyon with Mesirow (0.3); conference with S. Tingey regarding Halsey Canyon issues (0.2); telephone call with potential bidder regarding title work (0.3); e-mails regarding B. Russell funding request (0.3). |
| 07/31/06 | A Jarvis | .50 | Telephone conferences with T. Allison regarding Rio Rancho funding, IP issues, status of plan negotiations, term sheets. |
| 07/31/06 | A Jarvis | 2.90 | Telephone conference with B. Bullard regarding Fertitta funding proposal for Rio Rancho (.2); correspondence on Rio Rancho proposal (1.2); conference with D. M. Monson regarding Rio Rancho proposal, issues (.3); correspondence on motion for shortened time, preparation of motion (1.2). |
| 07/31/06 | A Jarvis | .20 | Correspondence on Liberty Bank issue. |
| 07/31/06 | A Jarvis | .60 | Telephone conference with D. M. Monson regarding loan issues on Grammercy, Rio Rancho, Palm Harbor. |

Client No. 34585                                        Page:    20
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/31/06 D Monson        6.80  Revisions to Motion for Additional Advance for
                               Rio Rancho Loan, and review of Fertitta Term
                               Sheet (1.3); e-mail to Debtor's Management on
                               draft Motion for Additional Advance for Rio
                               Rancho Loan (0.2); draft Declaration of R.
                               Russell on Additional Advance for Rio Rancho
                               (1.9); e-mail to S. Scann and P. Connaghan on
                               draft Motion to Approve Rio Rancho Loan
                               Additional Advance (0.2); e-mail to S. Scann
                               and P. Connaghan on draft Declaration of R.
                               Russell for Rio Rancho Loan Additional Advance
                               (0.2); e-mails with A. Stevens on Rio Rancho
                               loan documents and amendments, and review draw
                               requests from A. Stevens (0.3); e-mails with L.
                               Schwartzer, J. McPherson, T. Allison and A.
                               Jarvis on Motion for Expedited Hearing for Rio
                               Rancho Additional Advance (0.2); e-mails from
                               P. Connaghan and R. Russell on Rio Rancho loan
                               funding (0.3); e-mails from M. Kehl and A.
                               Jarvis on amount of Rio Rancho loan funding for
                               additional advance (0.2); telephone conference
                               with S. Scann and P. Connaghan on Advance for
                               Rio Rancho Loan (0.3); conference with E.
                               Monson on Palm Harbor One Loan and loan funding
                               issues (0.1); telephone conference on Palm
                               Harbor Loan workout proposal with M. Kehl, B.
                               Sherr, and J. Lily and P. Borans (0.8);
                               conference with A. Jarvis on Palm Harbor One
                               Loan  workout proposal (0.2); conference with
                               A. Jarvis on Palm Harbor One Loan workout
                               proposal (0.2); conference with A. Jarvis on
                               Rio Rancho Loan status (0.2); review e-mails
                               from M. Guymon on Gramercy loan and 6425 Gess
                               Loan Workout proposal (0.4); telephone call
                               from M. Guymon on Gramercy loan workout
                               proposal  (0.1)

07/31/06 E Monson        1.00  Assist on Fertitta/Rio Ranch motion and send
                               e-mails to J. Miller at BMC and review
                               replies (1.0).

07/31/06 S Strong        1.40  Review draft of motion for Fertitta to fund
                               additional advances on Rio Rancho loan (0.2);
                               confer with A. W. Jarvis, D. M. Monson, and K.
                               G. Glade regarding same (0.3); confer with E.
                               A. Monson regarding assistance needed to obtain

Client No. 34585                                                    Page:    21
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


                        expedited hearing regarding same (0.2);
                        exchange emails with L. Schwartzer and A. W.
                        Jarvis regarding same (0.2); review follow-up
                        emails from Rio Rancho and Fertitta counsel
                        regarding same (0.2); exchange emails with K.
                        G. Glade regarding issues raised by IPs
                        counsel, and confer with K. G. Glade regarding
                        same (0.2); email to A. W. Jarvis regarding
                        same (0.1).

07/31/06 S Tingey        .40 Telephone conference with R. Walker, attorney
                        for Milinowski regarding EPIC loan (0.2);
                        provide information regarding EPIC loan to R.
                        Walker (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                                  $42,013.50

*"Exhibit F-4"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 25, 2006
Las Vegas, NV  89121                                       Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00005**

**Claims Administration and Objections**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/19/06 | A Jarvis | .30 | Correspondence on offset issues. |
| 07/25/06 | S Strong | .80 | Review email from M. Olson regarding priority claims for broker commissions, review statute regarding same, draft responsive email regarding same, and telephone conference with him regarding treatment of priority claims vs. distributions to direct lenders. |
| 07/26/06 | A Jarvis | .30 | Review correspondence from S. C. Strong regarding offset issue. |
| 07/27/06 | A Jarvis | .30 | Conference with S. C. Strong regarding offset issues raised by DTDF. |

TOTAL FOR LEGAL SERVICES RENDERED                          $483.50

*"Exhibit F-5"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road           August 25, 2006
Las Vegas, NV  89121                              Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 07/03/06 | K Applegate | 1.30 | Review letter from Levy to PBGC on the plan; discuss with S. C. Strong; drafting of e-mail. |
| 07/03/06 | S Strong | .40 | Confer with K. J. Applegate regarding open issues respecting debtors defined benefit plan, and review email from him regarding same (0.4). |
| 07/13/06 | K Applegate | 1.20 | Telephone call with Steve on issues related to plan termination (.1); review e-mails (.2); research on plan termination (.9). |
| 07/13/06 | S Strong | .70 | Review email from A. W. Jarvis regarding issues with USACMs defined benefit plan (0.1); confer with K. J. Applegate regarding same (0.3); voice message to S. Smith regarding same and exchange emails with her regarding same (0.3). |
| 07/14/06 | K Applegate | 1.70 | Review documents for trustees; research on ability to have plan sponsor act as trustee under Nevada Law; discuss removal of trustees with S. C. Strong; drafting of resignation and designation of trustee forms; discuss issues with N. E. Hall. |

```
Client No. 34585                                    Page:     2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/17/06 K Applegate     1.30  Discuss items needed to terminate the plan with
                               R. Hilson; research required board resolutions.

07/19/06 A West          3.50  Research on pension trustees under Nevada law.

07/20/06 A West          2.30  Finish drafting memo on NRS Sec. 669.

07/21/06 K Applegate      .20  Review items needed to terminate the plan.

07/24/06 K Applegate      .30  Review memorandum from clerk on corporate
                               trustee.

07/25/06 K Applegate      .30  Request information from plan third party
                               administrator; discuss with S. C. Strong;
                               draft and send e-mails.

07/27/06 K Applegate     1.10  Telephone conference with chief counsel for
                               the PBCG; discuss case with S. C. Strong;
                               telephone call to Susan on required
                               information; review file for plan
                               participants.

07/27/06 S Strong         .80  Confer with K. J. Applegate regarding issues
                               concerning USACMs defined benefit plan, and
                               telephone conference with K. Applegate and
                               PBGC counsel E. Barnes regarding same (0.6);
                               telephone conference with S. Smith and K. J.
                               Applegate regarding same (0.2).

07/31/06 K Applegate     1.80  Review emails on the Department of Labor
                               letter on loss statements; research same;
                               discussions with attorneys on need to file
                               loss statements under SEC and ERISA rules;
                               conference with S. C. Strong on the same.

TOTAL FOR LEGAL SERVICES RENDERED                        $3,396.00

*"Exhibit F-6"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | | |
|---|---|---|---|
| 07/07/06 | B Kotter | .40 | Phone call with M. W. Pugsley regarding fees and procedure for application (.1); review of bills for monthly statement and application (.3). |
| 07/13/06 | B Kotter | .40 | Work on reviewing bills for monthly statements, proposed budgets and upcoming fee applications (.4). |
| 07/14/06 | B Kotter | .70 | Work on assembling data for monthly statements, fee application and budget with the court (.4); draft e-mail to A. W. Jarvis regarding same (.3). |
| 07/18/06 | A Jarvis | .20 | Correspondence on fee applications procedures. |
| 07/18/06 | S Strong | .30 | Review application for Diversified Committees employment of financial advisor, and exchange emails with R. Charles and M. Kehl regarding same (.3). |
| 07/20/06 | S Strong | .40 | Review email from M. Levinson regarding timeline for case professionals to circulate invoices and file fee applications, send email to professionals regarding same, and exchange emails with J. McPherson regarding same (0.4). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/21/06 E Monson        .40  Review Omnibus objection to Ray Quinney &
                              Nebeker and Schwartzer retention filed by
                              committees (.4).

07/21/06 E Monson        .40  Discussion with S. C. Strong regarding issues
                              on objection to Ray Quinney & Nebeker and
                              Schwartzer objection (.4).

07/21/06 S Strong        .80  Review and analysis of new response filed by
                              3 committees to debtors' employment of
                              professionals, and US Trustee's new
                              supplemental objections to same (0.4); email
                              to A. W. Jarvis regarding same (0.2);
                              telephone conference with her regarding same
                              (0.2).

07/22/06 A Jarvis       4.60  Prepare monthly statements.

07/22/06 S Strong       2.20  Review all papers filed and cases cited in
                              motions to employ debtors professionals and
                              various responses thereto (including late
                              response filed yesterday by UST), and prepare
                              materials for A. W. Jarvis for upcoming
                              hearing on same.

07/23/06 S Strong        .10  Email to L. Schwartzer regarding preparations
                              for hearing on continued employment of
                              debtors professionals.

07/24/06 S Strong        .60  Review voice message from A. W. Jarvis
                              regarding additional support needed for
                              tomorrows hearing (0.1); review and provide
                              additional research materials to A. W. Jarvis
                              for hearing on continued retention of
                              debtors professionals (0.3); telephone
                              conference with E. A. Monson regarding same
                              (0.2).

07/25/06 A Jarvis        .90  Meeting with N. Peterman, T. Allison and E.
                              A. Monson regarding retention issues.

07/25/06 B Kotter        .30  Work on monthly statements.

07/25/06 E Monson        .30  Discussion with A. W. Jarvis regarding issues
                              relating to retention of professionals (.3).

07/26/06 A Jarvis        .20  Correspondence on retention issues.

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/26/06 S Strong          .40  Review proposed order regarding continued
                                retention of debtors professionals, exchange
                                emails with L. Schwartzer regarding same, and
                                forward draft of order to N. Peterman for
                                review (0.4).

07/27/06 S Strong          .20  Review comments/questions of N. Peterman
                                regarding form of order approving continued
                                employment of debtors professionals, and
                                exchange emails with A. W. Jarvis regarding
                                same (.2).

07/27/06 A Tsu            3.60  Motion to employ ordinary course
                                professionals.

07/28/06 B Kotter          .60  Conference with S. C. Strong and A. W. Jarvis
                                regarding fee applications and monthly
                                statements (.2); begin work on fee
                                applications and monthly statement (.4).

TOTAL FOR LEGAL SERVICES RENDERED                        $4,548.00

"Exhibit F-7"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
Thomas J. Allison 4484 South Pecos Road           Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00009**

**Executory Contracts**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/13/06 | A Jarvis | .30 | Correspondence on leases. |
| 07/13/06 | S Strong | .30 | Exchange emails with A. W. Jarvis and J. McPherson regarding deadline for rejecting/assuming real property leases, and review status of leases in this case (.3). |
| 07/25/06 | S Strong | .60 | Exchange emails with J. McPherson regarding real property lease rejections, review proposed stipulation regarding rejection of Reno lease, and email to J. McPherson regarding same (.6). |

TOTAL FOR LEGAL SERVICES RENDERED                              $319.50