*"Exhibit F-8"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00010**

**Financing**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/03/06 | S Strong | .20 | Review proposed order denying DIP financing motion and emails from committees counsel regarding same (.2). |
| 07/06/06 | D Monson | .10 | E-mail on inquiry from potential lender on DIP financing; and review response from same (0.1). |
| 07/06/06 | S Strong | .20 | Review revised confidentiality agreement with potential DIP lender, and email to M. Kehl regarding same (0.2). |
| 07/07/06 | S Strong | .20 | Review confidentiality agreement from potential lender, and email to M. Kehl and M. Olson regarding same (.2). |
| 07/20/06 | E Toscano | .10 | Emails from and to K. G. Glade regarding the title searches; brief conference with K. G. Glade regarding same. |
| 07/26/06 | S Strong | .70 | Confer with A. W. Jarvis regarding proposed funding for Rio Rancho, and voice message to J. Chubb regarding same (0.3); telephone conference with J. Chubb regarding same (0.3); review email from D. M. Monson to borrower regarding same (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                    $379.50

"Exhibit F-9"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. ******
Las Vegas, NV  89121
```

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00011**

**Litigation**

| | | | |
|---|---|---|---|
| 07/03/06 | A Tsu | 1.80 | Reviewing 365 cases from 9th Circuit for research memo regarding same. |
| 07/05/06 | A Tsu | 3.60 | Research regarding discharge for value and restatement of restitution. |
| 07/05/06 | G Jolley | 3.30 | Compile documents related to issues surrounding the USA Capital v. Sandlin case; meeting with E. Monson; begin drafting research memo to E. Monson and S. Tingey. |
| 07/06/06 | A Tsu | 3.70 | Reviewing 9th Circuit case law regarding 365. |
| 07/06/06 | A Tsu | 1.60 | Reviewing restatement of restitution 2nd regarding changes in statute; meeting with G. Mulks regarding amendments to Section 14; meeting with S. Strong regarding same. |
| 07/07/06 | S Strong | .20 | Review motion for Rule 2004 exam from Lerin Hills borrower (.2). |
| 07/07/06 | A Tsu | 4.30 | Reviewing cases for research memo regarding assumption of contracts. |
| 07/07/06 | A Tsu | 2.00 | Research regarding Nevada and 9th Circuit cases decided under 365. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/10/06 E Monson          .30  Call Tom Rondeau and discuss status of
                                collection action (.3).

07/10/06 A Tsu            5.30  Reviewing Nevada and 9th Circuit cases under
                                365.

07/11/06 A Tsu            2.10  Reviewing Nevada 9th Circuit cases regarding
                                assumption of contracts.

07/12/06 A Tsu            3.90  365 research memo; legal research regarding
                                servicing agreements specifically in all
                                bankruptcy cases.

07/13/06 E Monson          .20  Review e-mail from A. W. Jarvis regarding
                                document review and send reply (.2).

07/13/06 S Strong         1.10  Review motion for Rule 2004 exam filed by
                                Lerin Hills borrower, review fax from T.
                                Harmon regarding same, and exchange emails
                                with A. W. Jarvis regarding same (.4);
                                exchange emails with A. W. Jarvis and confer
                                with her regarding letter from J. Chubb
                                proposing settlement of outstanding motions,
                                review and analysis of letter, and further
                                discussions with A. W. Jarvis regarding same
                                (0.7).

07/14/06 A Jarvis          .30  Correspondence on issues raised by J. Chubb,
                                relief from stay motion.

07/14/06 A Jarvis          .30  Correspondence on Canepa motions, issues
                                raised.

07/14/06 A Jarvis          .90  Correspondence regarding calendar for July 25
                                hearing; preparations and responses regarding
                                same.

07/14/06 S Strong         1.00  Telephone conference with J. Chubb regarding
                                potential resolution of various issues raised
                                by her direct lender clients (0.3); email to
                                A. W. Jarvis and E. A. Monson with report and
                                analysis of issues and positions of J.
                                Chubbs clients (0.3); review email from E.
                                A. Monson and letter from T. Rondeau
                                regarding certain prepetition litigation
                                matters involving debtors (0.2); confer with
                                E. A. Monson regarding same (0.1); review
                                email from A. W. Jarvis regarding same (0.1).

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    August 25, 2006
```

07/14/06 A Tsu          1.00 Summarizing cases decided under 365.

07/17/06 S Strong        .90 Review nondischargeability complaint filed by
                             Wedell/Spectrum, research nonapplicability of
                             Section 523(a) nondischargeability actions to
                             business entities, and email to L. Schwartzer
                             and A. W. Jarvis regarding same (0.9).

07/17/06 A Tsu          3.70 Summarizing cases decided under 365 relating
                             to loan servicing agreement.

07/18/06 A Jarvis        .20 Correspondence on Canepa motion for relief from
                             stay.

07/18/06 S Strong        .20 Review email from L. Schwartzer with proposed
                             memorandum to Weddell/Spectrum counsel
                             regarding nondischargeability complaint, and
                             send responsive email regarding same (.2).

07/19/06 A Jarvis        .20 Correspondence on 2004 examination regarding
                             subpoena.

07/19/06 A Tsu          1.50 Meeting with USA team to review and discuss
                             current litigation issues and solutions.

07/20/06 A Jarvis        .50 Correspondence with L. Schwartzer regarding
                             Thursday hearings.

07/20/06 A Jarvis       5.60 Prepare for Tuesday hearings, prepare
                             responses, research related to motion to
                             distribute.

07/20/06 B Kotter       1.30 Leave voice message with Sallie Armstrong
                             regarding litigation hearing in Reno (.1);
                             briefly look into what the case is about on
                             PACER (.1); extended phone call with S.
                             Armstrong regarding case (.8); brief phone
                             call with R. Madsen regarding litigation
                             (.1); review e-mail from S. Armstrong (.2).

07/20/06 R Madsen, II    .80 Communications with Sally Armstrong with
                             respect to scheduled status hearing in the
                             Double Diamond Ranch, LLC v. USA Commercial
                             Mortgage Co. v. Double Diamond Ranch case in
                             the United States District Court for the
                             District of Nevada (Reno), Case No.
                             3:03-cv-00156-HDM-VPC; research docket report
                             and recent pleadings.

Client No. 34585                                         Page:    4
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/20/06 D Monson        1.10  Review Motion for Relief from Stay for
                               Weddell and Spectrum Financial Pending
                               Litigation, and discuss response with S.
                               Strong (0.8); discuss response to Levin Hills
                               Borrower's 2004 Exam Motion and Document
                               Subpoena with E. Monson, forward 2004 Exam
                               Order to E. Monson, and review draft letter
                               to attorney for Levin Hills Borrower (0.3).

07/20/06 E Monson        2.80  Review subpoena from Ty Kehoe and 2004
                               examination request and work on response
                               letter to subpoena and request for 2004
                               examination (2.8).

07/20/06 E Monson         .10  Review order granting 2004 exam (.1).

07/20/06 E Monson         .60  Discussion with S. C. Strong regarding
                               subpoena and 2004 exam and review Rule 45 of
                               the Federal Rules of Civil Procedure (.6).

07/20/06 S Strong        1.40  Confer with E. A. Monson regarding Spectrum
                               subpoena and R. 2004 motion (0.1); review R.
                               2004 order entered by court (0.1); and review
                               and edit E. A. Monsons draft of partial
                               objection to subpoena and R. 2004 exam and
                               discuss same with her (0.5); confer with D.
                               M. Monson regarding RFS motion by Spectrum
                               and debtors position on same (0.3); review
                               lists of pending litigation involving debtors
                               and confer with R. H. Madsen regarding
                               further review needed (0.4).

07/21/06 A Jarvis         .40  Telephone conference with S. C. Strong
                               regarding hearing calendar.

07/21/06 A Jarvis         .40  Telephone conference with S. C. Strong
                               regarding responses for hearing on Monday.

07/21/06 A Jarvis         .20  Telephone conference with E. A. Monson and S.
                               C. Strong regarding responses for hearing on
                               Monday.

07/21/06 D Monson         .30  Discuss with S. Strong on Weddell and
                               Spectrum Financial Motion for Relief from
                               Stay and telephone message to counsel for
                               Plaintiff (0.3).

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                  August 25, 2006


07/21/06 E Monson     1.20 Discuss 2004 exam application and order from
                           Ty Kehoe with L. Schwartzer (.2); Review
                           letter to Ty Kehoe, discuss revisions with S.
                           C. Strong, make revisions, finalize letter
                           and send out (1.0).

07/21/06 E Monson     2.00 Research and review 9th Circuit case on
                           application of automatic stay to actions
                           initiated by debtor (2.0).

07/21/06 E Monson     2.00 Work on protective order (2.0).

07/21/06 S Strong      .70 Confer with E. A. Monson regarding responsive
                           letter regarding Lerin Hills subpoena and R.
                           2004 exam (0.2); telephone conference with R.
                           Walker regarding Spectrum RFS motion and
                           issues concerning underlying litigation in
                           Nevada federal court (0.2); confer with D. M.
                           Monson regarding his progress in responding
                           to RFS motion (0.2); voice message to
                           Spectrum's counsel regarding same (0.1).

07/22/06 A Jarvis      .40 Telephone calls with S. C. Strong regarding
                           responses to late filed objections.

07/22/06 D Monson      .10 Review L. Schwartzer Response to Motion to
                           Lift Stay on Weddell/Spectrum Litigation
                           (0.1).

07/22/06 E Monson      .30 Draft response to e-mail from R. LePome
                           regarding motion to obtain information.

07/23/06 E Monson     1.40 Work on protective order (.6); review
                           documents in investor files to make certain
                           properly redacted and note additional changes
                           thereto (.8).

07/24/06 A Jarvis      .10 Telephone call to S. C. Strong regarding
                           information needed for hearing.

07/24/06 A Jarvis     5.50 Review and respond to e-mails on hearing;
                           prepare for hearing; review pleadings, late
                           filed responses, review cases regarding same.

07/24/06 E Monson      .40 Draft message to B. J. Kotter regarding
                           shredding files (.2); review e-mail from R.
                           Hilson and send reply (.2).

Client No. 34585                                          Page:   6
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/25/06 A Jarvis          .80 Prepare for hearing.

07/25/06 A Jarvis         3.30 Attend and argue at hearings.

07/25/06 D Monson          .10 Review e-mail from S. Strong on rescheduling
                               of hearing on Motion for Relief from Stay on
                               Waddell and Spectrum v. USACM litigation
                               (0.1).

07/25/06 E Monson          .80 Meet with Russ Walker and Joe Milanowski to
                               discuss issues relating to various litigation
                               matters (.8).

07/25/06 S Strong          .90 Review draft of opposition to RFS motion of
                               Weddell/Spectrum (0.2); telephone conference
                               with E. Cadish, counsel for Wedell, regarding
                               pending RFS motion and grounds for
                               continuance of same (0.2); email to local
                               counsel regarding draft opposition to RFS
                               motion and  formal stipulation needed
                               regarding continuance (0.2); review courts
                               minute entry regarding debtors appearance
                               required in Lowe case pending in Fed. Dist.
                               Ct. - Reno, and email to A. W. Jarvis
                               regarding same (0.1); review email from L.
                               Schwartzer regarding same (0.1); exchange
                               emails with S. Smith regarding status of
                               subpoena issued by Lerin Hills and response
                               made (0.1)

07/26/06 A Jarvis          .30 Review draft orders.

07/26/06 A Jarvis          .30 Correspondence on Boise Gowan relief from
                               stay motion.

07/26/06 A Jarvis          .30 Correspondence on litigation review of
                               prepetition litigation.

07/26/06 E Monson          .50 Call Ty Kehoe and discuss Lerin Hills 2004
                               exam and subpoena and draft and send
                               confirming letter to Kehoe that no need to
                               appear or produce documents (.5).

07/26/06 E Monson          .40 Review e-mails from A. W. Jarvis and J.
                               McPherson regarding information requested by
                               Canepa Group (.4).

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/26/06 E Monson      1.40  Telephone call to Laurel Davis regarding
                             requests, drafts, e-mails to A. W. Jarvis and
                             S. C. Strong regarding issues raised thereby
                             and review replies and draft letter to L.
                             Davis in response to request (1.4).

07/26/06 E Monson       .20  Review e-mails from A. W. Jarvis and S. C.
                             Strong regarding Canepa requests and draft of
                             letter (.2).

07/26/06 E Monson       .50  Gather materials and other documents for R.
                             Madsen regarding various litigation cases,
                             including forwarding e-mail regarding
                             description of status of case at heart of
                             Waddell motion for relief (.5).

07/26/06 E Monson       .40  Draft e-mails to A. Paler and S. C. Strong
                             regarding Waddell motion for relief and
                             review reply from S. C. Strong (.4).

07/27/06 A Jarvis       .30  Conference with S. Smith regarding Canepa
                             relief from stay motion; additional
                             information needed.

07/27/06 A Jarvis       .30  Correspondence on draft orders.

07/27/06 A Jarvis       .30  Correspondence with L. Schwartzer regarding
                             responses to relief from stay litigation.

07/27/06 D Monson       .10  Review Standard Development Corporation
                             Complaint against Direct Lenders (0.1).

07/27/06 E Monson       .50  Discussion with Laurel Davis regarding Canepa
                             motion for relief, request for investor
                             statements, Hilco appraisals and
                             confidentiality agreement and loan file
                             review (.5).

07/27/06 E Monson       .60  Draft lengthy e-mail to S. C. Strong and A.
                             W. Jarvis regarding conversation with L.
                             Davis and review replies and send additional
                             replies (.6).

07/27/06 E Monson      1.10  Meet with M. Olson and B. J. Kotter to go
                             over document requests (1.1).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 S Strong        .20  Telephone conference with D. Huston regarding
                              status of interpleader action and the
                              research done to date regarding same, and
                              exchange voice messages with him regarding
                              same (0.2).

07/28/06 A Jarvis        .10  Correspondence with L. Davis regarding
                              settlement of Canepa motion.

07/28/06 A Jarvis        .20  Conference with E. A. Monson regarding
                              response to LePome motion.

07/28/06 A Jarvis        .50  Correspondence on responses to pending
                              litigation, research issues.

07/28/06 S Strong        .70  Review prior research materials regarding
                              interpleader action involving $1.8 million
                              investor funds and send detailed email to D.
                              Huston regarding same (0.4); exchange
                              follow-up emails with D. Huston regarding
                              same (0.1); review email from L. Schwartzer
                              regarding pending litigation in Illinois,
                              exchange emails with R. H. Madsen regarding
                              same, and review list of all pending
                              non-bankruptcy litigation matters prepared by
                              R. H. Madsen (.2).

07/28/06 A Tsu          4.30  Meeting with USA team to discuss litigation
                              and determine course of action regarding
                              plan, loan documents and litigation (1.8);
                              legal research regarding California law with
                              respect to the definition of "professional"
                              for purposes of Ï 327 (2.5).

07/31/06 A Jarvis        .40  Correspondence on responses filed to motion
                              to distribute, cash management and reviewing
                              same.

07/31/06 A Jarvis        .20  Correspondence on Standard Property
                              Development relief from stay.

07/31/06 A Jarvis        .70  Telephone conference with L. Davis regarding
                              settlement of Canepa motion for relief from
                              stay (.4); correspondence with T. Allison
                              regarding same (.3).

07/31/06 E Monson        .30  Draft e-mail to L. Schwartzer on following up
                              on Nevada cases (.3).

```
Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


TOTAL FOR LEGAL SERVICES RENDERED                           $22,298.50
```

# "Exhibit F-10"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


Matter No. 34585-00012

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| 07/06/06 | S Strong | .40 | Exchange emails with M. Kehl regarding potential purchaser loan servicing fee questions (0.1); telephone conference with potential purchaser professional regarding same (0.3). |
| 07/07/06 | A Jarvis | .20 | Correspondence on negotiations with potential bidders. |
| 07/07/06 | S Strong | .40 | Telephone conference with investor M. Mansell regarding request to meet with Mesirow regarding proposal for a Plan (0.2); exchange follow-up emails with M. Kehl and A. W. Jarvis regarding same (0.2). |
| 07/10/06 | S Strong | .50 | Exchange emails with A. W. Jarvis, M. Kehl and T. Allison regarding investor M. Mansells request for meeting to discuss Plan proposal, and telephone conferences with M. Mansell regarding same. |
| 07/12/06 | S Strong | .70 | Telephone conference with S. Steele regarding potential bidder's request for IP documents and information (0.2); exchange emails with S. Smith and A. W. Jarvis regarding same (0.3); telephone conference with A. W. Jarvis regarding same (0.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/13/06 A Jarvis        .20  Conference with S. C. Strong regarding term
                              sheet.

07/13/06 S Strong       2.30  Review edits proposed by potential bidder to
                              form confidentiality agreement and make
                              revisions to same and negotiate final form with
                              potential bidder's counsel (0.6); email to M.
                              Kehl and J. Reed regarding same (0.1); exchange
                              emails with M. Kehl regarding potential
                              purchasers questions about BySynergy and other
                              loans and telephone conference with J. Reed
                              regarding same (0.2); participate in telephone
                              conference with S. C. Tingey and potential
                              purchasers counsel regarding case background
                              and loan questions (0.3); follow-up telephone
                              conference with J. Reed regarding same (0.1);
                              confer with A. W. Jarvis regarding bidder's
                              term sheet and review same (0.4); telephone
                              conference with J. Reed regarding IP documents
                              requested by bidder to further their analysis
                              (0.2); exchange emails with him regarding same
                              and review further emails from A. W. Jarvis, T.
                              Allison and S. Smith regarding same (0.2);
                              confer with A. W. Jarvis regarding same (0.2).

07/14/06 A Jarvis        .50  Meeting with T. Allison and working group
                              team regarding follow up to committee
                              meeting; review information regarding
                              possible term sheet for potential
                              reorganization plan; conference with T.
                              Allison regarding same.

07/14/06 A Jarvis       1.60  Meeting with potential plan funder.

07/14/06 A Jarvis       1.10  Review preliminary terms of potential funding
                              proposal for plan.

07/14/06 S Strong       1.30  Review emails from A. W. Jarvis and counsel for
                              potential purchaser regarding negotiations for
                              term sheet (.2); telephone conference with L.
                              Loveridge regarding issues concerning J.
                              Milanowski and IP (0.6); draft email to A. W.
                              Jarvis regarding same (0.5).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/17/06 S Strong        2.60  Review and analysis of draft termsheet from
                               potential purchaser and A. W. Jarviss comments
                               to same (1.4); participate in telephone
                               conference with potential purchaser's counsel
                               regarding debtors issues with proposed
                               termsheet (0.8); exchange follow-up emails with
                               counsel regarding further discussions tomorrow
                               regarding same (0.1); exchange emails with M.
                               Kehl regarding proposed termsheet and review
                               his comments regarding same (0.3).

07/18/06 A Jarvis         .40  Conference with S. C. Strong regarding term
                               sheet, plan outline.

07/18/06 A Jarvis         .90  Conference call with counsel for potential
                               purchaser and S. C. Strong regarding term
                               sheet, plan structure.

07/18/06 A Jarvis         .30  Correspondence with counsel for potential
                               purchaser regarding term sheet, document
                               request.

07/18/06 A Jarvis         .30  Correspondence on due diligence gathering for
                               potential plan proponents.

07/18/06 S Strong        1.80  Meet with A. W. Jarvis to discuss bidder term
                               sheet (0.3); participate in telephone
                               conference with A. W. Jarvis and attorney for
                               potential purchaser regarding debtors issues
                               with proposed term sheet (0.8); further
                               discussions with A. W. Jarvis regarding same
                               (0.2); meet with M. W. Pugsley and A. W. Jarvis
                               to discuss IP documents requested by potential
                               purchaser (0.5).

07/18/06 S Tingey        6.50  Obtain information and documents at request of
                               potential purchaser regarding Cloudbreak,
                               Columbia Managing Partner, EPIC Resorts;
                               Franklin Stratford, HFA-Monaco, Interstate
                               Commerce, ISCC, Sheraton Hotel, University
                               Estates, and BySynergy loan and provide
                               documents and information to attorney for
                               potential bidder (6.2); communicate with K. G.
                               Glade and S. C. Strong regarding requests by
                               third parties for investor information (0.3).

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/19/06 P Hunt          1.20 Attend team meeting (.8); review rules and
                              sections on plan solicitation, exclusive
                              period, disclosure statement (.4).

07/19/06 A Jarvis         .50 Conference call with potential bidder.

07/19/06 S Strong         .60 Telephone conference with potential plan
                              participant regarding proposed confidentiality
                              agreement and modifications of same (0.3);
                              review revisions send by attorney to proposed
                              confidentiality agreement, and send email
                              further negotiation form of agreement (0.3).

07/19/06 S Tingey         .50 Provide additional information to attorneys for
                              potential bidder regarding University Estates
                              and Franklin Stratford loans (0.5).

07/20/06 K Glade          .80 Telephone call with attorney to discuss
                              materials needed by potential bidder (0.3);
                              e-mail regarding distribution of information to
                              potential bidder (0.2); telephone call with
                              Mesirow regarding title policy copies for
                              potential bidder (0.2); related e-mail (0.1).

07/20/06 P Hunt           .30 Office conference with A. W. Jarvis regarding
                              drafting plan and exclusive period issues.

07/20/06 S Strong         .60 Exchange emails with J. Nugent regarding
                              potential purchaser confidentiality agreement,
                              review signed version of same and compare with
                              version negotiated last night with potential
                              purchaser's counsel (.6).

07/21/06 K Glade          .90 Telephone calls and e-mails with attorney for
                              potential bidder and Mesirow regarding copies
                              of title policies and copies of financial
                              (0.9).

07/21/06 S Strong         .70 Exchange emails with J. Nugent regarding status
                              of confidentiality agreement for potential
                              bidder (0.1); telephone conference with
                              potential bidder counsel, regarding factual
                              background of cases and due diligence issues
                              for possible transaction (0.6).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/21/06 S Strong        .30  Review email from A. W. Jarvis with revised
                              proposed term sheet from bidder, and email from
                              attorney regarding same (0.2); telephone
                              conference with A. W. Jarvis regarding same
                              (0.1).

07/21/06 S Strong        .30  Confer with P. Hunt regarding development of
                              draft Plan of Reorganization (0.1); find and
                              send relevant documents to P. Hunt for plan
                              drafting (0.2).

07/21/06 S Tingey       2.00  Communicate with J. Reed at Mesirow regarding
                              potential bidder due diligence (0.2); telephone
                              conference with J. Reed regarding potential
                              bidder (0.2); telephone conference with
                              potential bidder's attorney (0.2); review loan
                              summaries regarding Ashby and Stoneridge (0.2);
                              memo to A. Stevens regarding bidder due
                              diligence (0.2); conference with D. M. Monson
                              regarding ComVest loan (0.2); obtain, review
                              and transmit information and documents
                              regarding various loans to attorney for
                              potential bidder (0.6); memo to S. Steele
                              regarding loan information availability for
                              third parties (0.4).

07/24/06 P Hunt          .30  Compile background information to read
                              regarding drafting plan.

07/24/06 A Jarvis       2.50  Meeting with potential bidder, plan funder.

07/25/06 E Monson       1.70  Attend conference involving representatives of
                              potential buyer and committee representatives
                              (1.7).

07/25/06 E Monson       1.50  Attend conference between potential buyer
                              representatives and First Trust Deed Committee
                              (1.5).

07/25/06 E Monson        .90  Attend conference between potential buyer
                              representatives and representatives of
                              Diversified Committee (.9).

07/25/06 E Monson        .60  Additional discussion with A. W. Jarvis
                              regarding potential purchaser proposal and
                              other issues in case (.6).

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/25/06 S Tingey        1.20  Review information regarding Shamrock Towers
                               (0.3); communicate with USA and potential
                               bidder regarding documents to be reviewed and
                               provided (0.4); review questions raised by
                               potential bidder regarding Fiesta $6.6 (0.2);
                               provide additional information and documents to
                               potential bidder (0.3).

07/26/06 E Monson         .40  Attend meeting on document production with
                               bidding companies (.4).

07/26/06 S Strong        1.50  Meet with A. W. Jarvis to discuss plan of
                               reorganization issues and options (0.7);
                               telephone conference with A. W. Jarvis, T.
                               Allison and S. Smith regarding same (0.8).

07/27/06 P Hunt          3.50  Draft plan definitions (1.2); read proposed
                               term sheet and revised term sheet (.7); add
                               defined terms in term sheet to plan (1.5);
                               office conference with A. W. Jarvis regarding
                               plan structure issues (.1).

07/27/06 A Jarvis         .30  Correspondence on new proposal.

07/27/06 A Jarvis         .30  Telephone conference with potential bidder's
                               attorney regarding motion to distribute funds.

07/27/06 S Strong        1.00  Meet with A. W. Jarvis to discuss case strategy
                               and issues concerning motion to distribute and
                               plan of reorganization (.5); review email from
                               attorney for potential purchaser and
                               accompanying draft confidentiality letter
                               proposed by potential purchaser for Debtors to
                               sign, and confer with A. W. Jarvis regarding
                               same (0.2); draft email to A. W. Jarvis with
                               comments to proposed confidentiality letter
                               (0.3).

07/27/06 S Strong         .70  Review emails from proposed purchaser and J.
                               Nugent regarding proposed confidentiality
                               agreement for proposed purchaser and revisions
                               requested to same (0.1); review revised draft
                               of agreement sent by proposed purchaser, and
                               send further comments and revisions (0.5);
                               exchange follow-up emails with proposed
                               purchaser and J. Reed regarding same (0.1).

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/27/06 S Tingey       .40 Assemble loan information requested by third
                            parties.

07/28/06 P Hunt        1.70 Read background documents needed for plan
                            (1.7).

07/28/06 A Jarvis       .20 Correspondence on term sheet from bidder.

07/28/06 A Jarvis       .20 Correspondence on expected term sheet from
                            additional bidder.

07/28/06 A Jarvis       .30 Telephone conference with potential bidder.

07/28/06 A Jarvis       .30 Correspondence regarding term sheet from
                            bidder.

07/28/06 A Jarvis       .60 Correspondence on confidentiality agreements,
                            term sheet from bidder.

07/28/06 A Jarvis       .30 Correspondence on term sheet from bidder.

07/28/06 A Jarvis       .80 Review term sheets from competing bidders and
                            analyze; correspondence regarding same.

07/28/06 S Strong       .20 Further review of confidentiality agreement and
                            exchange emails with proposed purchaser and J.
                            Reed regarding same (0.2).

07/28/06 S Strong       .30 Confer with P. Hunt regarding structure of a
                            proposed joint Plan for debtors (0.3).

07/28/06 S Tingey       .60 Assemble information for purchasers or lenders
                            (0.4); conference with S. C. Strong regarding
                            loan servicing issues and early payoff (0.2).

07/29/06 P Hunt        3.20 Analyze issues regarding plan formation.

07/31/06 P Hunt        3.90 Review schedules regarding classification
                            issues (.9); draft classification sections of
                            plan (3.).

07/31/06 A Jarvis      1.80 Correspondence on plan proposals, process,
                            information needed for plan negotiations
                            (1.3); review of new term sheet (.5).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/31/06 S Strong          .70 Review potential bidder confidentiality
                               agreements and exchange emails with J. Nugent
                               regarding same (0.3); review potential bidder's
                               proposed edits to confidentiality agreement,
                               negotiate further revisions with its counsel,
                               and exchange emails with J. Nugent regarding
                               same (0.4).

07/31/06 S Tingey          .90 Assemble information for third-party regarding
                               loan file review and status (0.9).

07/31/06 E Toscano         .40 Email from K. G. Glade regarding loans on
                               which we ordered updated title reports;
                               review file for same; research and provide
                               list of applicable loans to K. G. Glade.


TOTAL FOR LEGAL SERVICES RENDERED                        $17,186.50

*"Exhibit F-11"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00013**

**Tax Issues**

| | | |
|---|---|---|
| 07/14/06 N Hall | .40 | Conference with K. J. Applegate regarding PBGC and pension trusteeship issues, arrange for clerk's research. |
| 07/14/06 N Hall | .40 | Research Nevada statute on Trust business. |
| 07/19/06 N Hall | .40 | Copy Nevada Code from web; conference with A. West to assign research. |
| 07/20/06 N Hall | .40 | Review email report on Clerk research and memo. |
| 07/31/06 N Hall | .40 | Conference with K. J. Applegate. |

TOTAL FOR LEGAL SERVICES RENDERED                          $640.00

*"Exhibit F-12"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road      August 25, 2006
Las Vegas, NV  89121                         Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00015**

**Travel Time**

| | | | |
|---|---|---|---|
| 07/11/06 | A Jarvis | 2.70 | Travel from Salt Lake City to Las Vegas for meetings and 341 meeting. |
| 07/11/06 | A Jarvis | 1.00 | Travel to meetings with U.S. Trustee and Committees and back to Debtor offices. |
| 07/12/06 | A Jarvis | 1.00 | Travel to and from 341 meeting. |
| 07/12/06 | A Jarvis | 3.90 | Travel from Las Vegas to Salt Lake City after 341 meeting. |
| 07/17/06 | A Jarvis | 3.40 | Travel from Salt Lake To Ontario, CA for meeting. |
| 07/17/06 | A Jarvis | .50 | Travel from Ontario Airport to Fiesta Development. |
| 07/17/06 | A Jarvis | 5.00 | Travel from Fiesta Development to Ontario Airport, and from Ontario to Salt Lake City. |
| 07/17/06 | B Kotter | 3.20 | Travel to Las Vegas. |
| 07/17/06 | E Monson | 3.20 | Travel to Las Vegas (3.2). |
| 07/18/06 | B Kotter | 5.50 | Travel to Salt Lake from Vegas (includes flight delay) (5.5). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/18/06 R Madsen, II   9.50  Travel to Las Vegas, Nevada and Salt Lake
                              City, Utah in connection with document review
                              and production.

07/18/06 E Monson       5.00  Return to Salt Lake City from Las Vegas
                              (including flight delay) (5.0).

07/18/06 A Tsu          6.40  Travel time to and from Las Vegas, Nevada and
                              Salt Lake City, Utah.

07/20/06 M Pugsley      6.80  Travel to Las Vegas (3.3); travel back to Salt
                              Lake City (3.5).

07/24/06 A Jarvis       3.00  Travel from Salt Lake to Las Vegas.

07/24/06 E Monson       3.80  Travel to Las Vegas in connection with
                              7/25/06 hearing and work on information on
                              joint committee report.

07/25/06 A Jarvis        .50  Travel to court.

07/25/06 A Jarvis        .50  Travel from court to USA capital.

07/26/06 A Jarvis       6.80  Travel from Las Vegas to Salt Lake (delayed).

07/26/06 B Kotter       3.60  Travel to Las Vegas.

07/26/06 R Madsen, II   3.60  Travel to Las Vegas, Nevada from Salt Lake
                              City, Utah in connection with document review
                              and production.

07/27/06 B Kotter       4.20  Travel from Las Vegas to Salt Lake City.

07/27/06 R Madsen, II   4.20  Travel from Las Vegas, Nevada to Salt Lake
                              City, Utah in connection with document review
                              and production.

07/27/06 E Monson       3.80  Travel from Las Vegas to Salt Lake City.


 TOTAL FOR LEGAL SERVICES RENDERED                        $11,119.00

*"Exhibit F-13"*

STATEMENT OF ACCOUNT

### RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 25, 2006
Las Vegas, NV  89121                           Invoice No.  ******
```

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 07/05/06 | M Pugsley | 2.90 | Research and draft letter to California department of corporations (2.3); correspondence with S. Cook regarding various issues (.5); telephone conference with A. Stevens regarding California investigations (.1). |
| 07/06/06 | M Pugsley | 3.50 | Research regarding whether dividend reinvestments qualify as sales under California law (2.8); draft letter to California Department of Corporations (.7). |
| 07/07/06 | M Pugsley | 5.70 | Telephone conference with M. Olsen (.3); telephone conference with D. Warshawsky's counsel regarding IP documents (.5); telephone conference with S. Cook regarding California registration issues (.4); draft and revise letter to California Department of Corporations (3.1); review documents from S. Cook (.9); review subscription agreement for USA First Trust Deed Fund (.5). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/17/06 M Pugsley      5.90  Telephone conference with L. Dean (.4); set up
                              meeting with T. Allison and SEC (.7); telephone
                              conference with W. Wray regarding additional
                              documents responsive to subpoena in Westward Ho
                              case (.3); draft and revise letter to
                              California Department of Corporations (2.8);
                              conference with M. Olson regarding marketing in
                              California (.6); review website and other
                              information regarding Capital Realty Advisors
                              (1.0); telephone conference with K. Brean (.5).

07/18/06 M Pugsley      3.70  Work with paralegal regarding separation of
                              IP documents (.3); conference with A. Jarvis
                              and S. Strong regarding transfer of IP
                              documents and preservation issues (.5);
                              telephone conference with S. C. Tingey
                              regarding separation agreement (.3);
                              telephone conference with K. Breen regarding
                              separation proposal (.4); conference with
                              Amanda regarding subpoena issues (.5); review
                              IP documents (1.7).

07/18/06 K Cassett      4.10  Pull all nonresponsive, duplicative and
                              privileged documents from SEC production.

07/19/06 M Pugsley      3.70  Telephone conference with attorney regarding
                              potential bidder questions; (.3); prepare for
                              meeting with SEC (.8); conference with B. J.
                              Kotter regarding joint information request
                              (.3); review information on CDs regarding
                              documents produced to SEC by prior counsel
                              (1.8); conference with A. Stevens regarding
                              additional documents requested by W. Wray in
                              Westward Ho case (.5).

07/20/06 E Monson        .20  Review e-mails from M. W. Pugsley regarding
                              SEC document production (.2).

07/20/06 M Pugsley      5.70  Prepare for meeting with SEC (1.5); meeting
                              with L. Dean of SEC (4.2).

Client No. 34585                                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006


07/25/06 M Pugsley        5.60  Telephone conference with K. Bream and B. Baker
                                regarding transfer of IP documents (.5); work
                                on scheduling of review (1.2); telephone
                                conference with L. Dean regarding subpoena
                                (.3); telephone conference with M. Olson (.3);
                                telephone conference with attorney regarding
                                potential bidder questions (.5); review IP
                                documents requested by SEC (2.5); review SEC
                                subpoena (.3).

07/25/06 S Strong          .10  Exchange emails with K. J. Applegate
                                regarding defined benefit plan documents (.1).

07/26/06 M Pugsley        2.50  Conference with A. Jarvis regarding IP issues
                                (.3); telephone conference with potential
                                purchaser regarding purposed purchase and
                                regulatory information (1.0); review subpoenas
                                from SEC (.4); work on subpoenas (.8).

07/27/06 M Pugsley        2.60  Telephone conference with R. Walker (.6); draft
                                agreement (1.2); conference with A. Jarvis
                                regarding agreement (.3); draft email to R.
                                Walker regarding concerns (.3); email
                                correspondence with bidder's counsel regarding
                                documents needed (.5).

07/28/06 M Pugsley        2.40  Work on document production issues (.8);
                                coordinate process regarding separation of IP
                                documents (1.3); conference with S. Strong
                                regarding production issues (.3).

07/28/06 S Strong          .20  Review email from S. Smith with letter from
                                Dept. of Labor regarding 401(k) investments,
                                and voice message to K. J. Applegate
                                regarding same (0.2).

07/28/06 J Batestas        .30  Research relating to American Stock Transfer
                                & Trust Company for  M. W. Pugsley.

07/31/06 S Strong          .50  Confer with K. J. Applegate regarding Dept.
                                of Labor questions regarding 401(k) investors
                                in loans and Funds (0.2); telephone
                                conference with S. Smith and K. J. Applegate
                                regarding same (0.2); review email from S.
                                Smith regarding same (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                                $11,847.50