Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:   (916) 329-4900
Email:  malevinson@orrick.com; lernce@orrick.com

E-filed on April 26, 2007

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | **DECLARATION OF ROBERT WORTHEN IN SUPPORT OF ORRICK, HERRINGTON & SUTCLIFFE LLP'S FINAL FEE APPLICATION** |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:   June 22, 2007<br>Time:   9:30 a.m.<br>Place:  Courtroom #1 |

1   I, Robert G. Worthen, declare as follows:

2   1. I am the duly elected Chair of the USA Capital Diversified Trust Deed Fund Committee ("DTDF Committee") that was appointed by the Office of the United States Trustee on May 10, 2006 and was disbanded pursuant to the Plan on March 12, 2007 (the Plan's Effective Date). Since March 13, 2007, I have been the Chair of the Board of Directors of USA Capital Diversified Trust Deed Fund LLC, the revested debtor.

3   2. I submit this declaration in support of Orrick, Herrington & Sutcliffe LLP's Final Fee Application ("Application") for the period of June 1, 2006 through March 12, 2007. I have personal knowledge of the facts set forth below and if called to testify I could and would competently testify to such facts.

4   3. Pursuant to the Court's order approving Orrick's application to serve as counsel to the DTDF Committee in this case, Orrick has performed services for the DTDF Committee since June 1, 2006.

5   4. Orrick has submitted invoices to me, on behalf of the DTDF Committee, for all work performed during the period of June 1, 2006 through March 12, 2007, copies of which are attached to accompanying Levinson Declaration as Exhibits A through I. On behalf of the DTDF Committee, I have reviewed and approved Orrick's invoices and believe, based on my experience and knowledge, that the amounts sought by Orrick for the Application Period were reasonable and necessary to represent the DTDF Committee in this matter.

6   5. I have reviewed the Application and, on behalf of the DTDF Committee, support approval of the Application in its entirety.

Executed this 26th day of April at Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

*Robert G. Worthen*
Robert G. Worthen

OHS West:260221019.1

- 2 -