*"Exhibit F-14"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******
```

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

07/03/06 S Strong      .15 Arrange details and outline issues for weekly
                           committees call this week, and exchange emails
                           with committees counsel regarding same (0.6).

07/03/06 S Strong      .10 Exchange emails with B. J. Kotter regarding FTD
                           Committees information requests (0.1).

07/05/06 S Strong      .40 Participate in weekly conference call with
                           committees and debtors professionals (0.8);
                           confer with A. W. Jarvis regarding issues
                           raised by committees concerning motion to
                           distribute, and draft email to committees
                           counsel regarding their views on distribution
                           (0.8).

07/05/06 S Strong      .10 Exchange emails and telephone conference with
                           M. Kehl regarding logistics for July 11
                           meeting with committees and new information
                           requests from committees (0.4).

07/05/06 S Strong      .30 Participate in follow-up calls with M. Levinson
                           and E. Karasik regarding development of Motion
                           to Distribute (0.6).

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/06/06 S Strong        .15  Review emails from committees counsel
                              regarding various positions on motion to
                              distribute (0.3); exchange emails with L.
                              Schwartzer regarding logistics for July 11
                              meeting with committees, and telephone
                              conference with him regarding same (0.2);
                              telephone conference with A. W. Jarvis
                              regarding same (0.1).

07/07/06 S Strong        .16  Telephone conference with A. W. Jarvis
                              regarding issues and arrangements for next
                              weeks meeting with Committees (0.5); exchange
                              emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10  Correspondence on committee presentation.

07/10/06 A Jarvis        .25  Conference call with T. Allison, M. Kehl, S.
                              Smith, S. C. Strong regarding presentation
                              for committee meeting, investor statement
                              issues.

07/10/06 B Kotter        .40  E-mail exchange regarding privacy issues and
                              the committee's discovery requests (.3);
                              brief initial review of actual joint request
                              (.2); legal research on Bank's obligation to
                              inform customers of subpoena (1.1).

07/10/06 D Monson        .13  Review M. Kehl summary for Committees Meeting
                              of Standard Property Development settlement
                              proposal, and e-mail to M. Kehl with revisions
                              and comments on appraisal issues, and further
                              analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.10  Review email from C. Pajak regarding various
                              information requests by FTDC, review issues,
                              and draft response (0.7); review email from C.
                              Pajak and new Joint Information Request from
                              committees (0.3); email to B. J. Kotter and E.
                              A. Monson regarding same (0.1).

07/10/06 S Strong       1.00  Work on materials for debtors presentation to
                              Committees this week, and exchange emails with
                              M. Kehl regarding same (1.3); prepare for
                              weekly call with Committees professionals and
                              exchange emails with S. Smith regarding

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006

information for same (0.6); participate in
weekly call with committees professionals
(0.7); telephone conference with A. W. Jarvis,
T. Allison and Mesirow team regarding issues
and planning for meeting with Committees this
week (1.0); review email from A. W. Jarvis
regarding additional materials needed for
meeting, and review and assemble same (0.4).

07/11/06 A Jarvis      1.47  Preparation for and attendance at Committee
                             meetings.

07/11/06 B Kotter       .23  Conference with S. C. Strong regarding
                             committee meeting (.3); e-mail to J. Reed at
                             Mesirow and review of power point presentation
                             (.2); forward presentation to counsel (.3);
                             follow up on document request with S. C. Strong
                             (.1).

07/11/06 S Strong       .20  Review various loan summaries and loan
                             information (0.3); telephone conference with M.
                             Kehl regarding presentation to committees today
                             (0.1); confer with B. J. Kotter regarding
                             circulating copies of presentation, email to
                             committees counsel regarding same, and review
                             email from B. J. Kotter regarding same (0.4).

07/11/06 S Strong       .40  Review email from C. Carlyon regarding loan and
                             collateral information requested by FTDC, email
                             to S. C. Tingey regarding same, and confer with
                             him regarding same (0.4).

07/12/06 B Kotter       .22  Review of document requests from committee
                             (.6); conference with S. C. Strong regarding
                             requests and debtors response with objections
                             and production of various documents (.3).

07/12/06 E Monson       .08  Discussion with S. C. Strong regarding
                             discovery issues and review e-mail on joint
                             committee request for information (.3).

07/12/06 S Strong       .36  Further review and analysis of Joint Document
                             Request from committees requesting 96 items of
                             information (0.9); conferences with B. J.
                             Kotter and E. Monson regarding same (0.6).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/12/06 S Strong          .50 Review docket and exchange emails with E.
                               Karasik and J. McPherson regarding extension
                               for responding to motions to distribute and use
                               cash (0.2); review email from E. Karasik
                               requesting loan documents for loans outside of
                               FTD Fund, and exchange emails with M. Kehl, S.
                               Smith and A. W. Jarvis regarding same (0.3).

07/13/06 B Kotter          .21 Respond to e-mail inquiry regarding committees'
                               review of documents with their financial
                               advisors and discuss privilege issues (.7).

07/13/06 S Strong          .01 Confer with A. W. Jarvis regarding joint
                               information request from committees (0.2);
                               exchange emails with A. W. Jarvis, M. Kehl and
                               E. A. Monson regarding general issues
                               concerning dissemination of information to
                               committees (0.3); review emails from A. W.
                               Jarvis and S. Smith regarding joint information
                               request of committees and further procedures
                               needed (0.2).

07/13/06 S Strong         1.00 Exchange various emails with S. Smith and A. W.
                               Jarvis regarding disseminated to FTDCs
                               advisors (0.3); telephone conference with M.
                               Kehl regarding Diversified Fund loan documents
                               requested by FTD Committee (0.1); telephone
                               conference with A. W. Jarvis regarding same
                               (0.1); telephone conference with M. Levinson
                               regarding same (0.1); email to and telephone
                               conference with M. Kehl regarding same (0.2);
                               exchange emails with E. Karasik and C. Carlyon
                               regarding same (0.1); exchange emails with J.
                               Reed regarding providing requested information
                               to FTDC (0.1).

07/14/06 A Jarvis          .05 Correspondence regarding weekly committee
                               meeting.

07/14/06 B Kotter          .45 Conference with S. C. Strong regarding
                               subpoena response and procedures for handling
                               document requests (.3); telephone conference
                               call with A. W. Jarvis, S. C. Strong, and E.
                               A. Monson regarding production issues (1.1);
                               prepare for production issues (.4).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/14/06 S Strong          .35 Further review of Joint Document Request from
                               committees (0.3); participate in conference
                               call with RQN and Mesirow teams regarding
                               responding to same (1.1).

07/14/06 S Strong          .20 Exchange emails with C. Carlyon regarding
                               Diversified loan documents requested by FTD
                               Committee, and exchange emails with J. Reed and
                               A. W. Jarvis regarding same (0.2).

07/17/06 B Kotter         2.20 Continue reviewing documents for privilege
                               and formulating response to the committees'
                               joint request (8.2); telephone conference
                               with S. C. Strong regarding
                               privilege/confidentiality and privacy
                               concerns (.6).

07/17/06 R Madsen, II      .11 Work on preparation for document review and
                               production in Las Vegas.

07/17/06 S Strong          .36 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding issues in responding to
                               joint committees document request (0.6);
                               exchange emails with C. Pajak regarding
                               progress with same (0.1); review emails from
                               B. J. Kotter regarding categories of
                               responsive information in loan files, and
                               email to A. W. Jarvis regarding same (0.2);
                               review and analysis of spreadsheets
                               circulated to committees advisors containing
                               backup for the Supplement to Motion to
                               Distribute (0.6).

07/18/06 A Jarvis          .05 Conference call with T. Allison regarding
                               Boise Gowan.

07/18/06 A Jarvis          .05 Correspondence on updated financing needs.

07/18/06 A Jarvis          .05 Correspondence on document request on loan
                               files.

07/18/06 A Jarvis          .07 Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis          .08 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .07 Correspondence on Rio Rancho and the Gardens.

```
Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006
```

07/18/06 A Jarvis          .07 Correspondence on issues relating to
                               guarantees.

07/18/06 B Kotter         2.35 Continue working on response to committees'
                               joint request including meeting with various
                               USA people possessing knowledge relevant to
                               request; continue review of documents for
                               privilege concerns.

07/18/06 R Madsen, II      .75 Review of loan documentation and
                               communications with respect to
                               attorney-client privileged communications.

07/18/06 R Madsen, II      .70 Work on creating privileged log of
                               attorney-client privileged documentation.

07/18/06 E Monson         1.05 Meet with Angie and work through Joint
                               Committee requests and organization chart
                               (4.2).

07/18/06 S Strong          .10 Review emails from committees professionals
                               regarding same (0.4).

07/18/06 S Strong          .15 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding status of their review of
                               documents to be produced in response to
                               committees request (0.3); further
                               discussions with B. J. Kotter regarding same
                               (0.3).

07/18/06 S Strong          .21 Participate in telephone conference with S.
                               Smith and committees FAs regarding Motion to
                               Distribute calculations and assumptions (.9).

07/18/06 S Strong          .40 Review email from C. Pajak regarding investor
                               questions, confer with C. Hurst regarding
                               same, email to C. Pajak regarding procedure
                               for processing investor questions, and review
                               emails from C. Hurst and C. Pajak regarding
                               same (.4).

Client No. 34585                                         Page:    7
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/06 | A Tsu | 1.75 | Review of loan documentation and communications with respect to attorney-client privilege, work product privilege and other privileged communications (3.0); creating a privilege log for documents determined to be privileged (2.8); reviewing investor files to create sample files for discovery purposes; reviewing and redacting information relating to same (1.2). |
| 07/19/06 | A Jarvis | .50 | Conference call with Committees regarding document production, distribution motion, unfunded requirements, plan issues. |
| 07/19/06 | A Jarvis | .08 | Correspondence with T. Allison regarding committee meeting. |
| 07/19/06 | A Jarvis | .08 | Correspondence with T. Allison regarding meetings with Committee. |
| 07/19/06 | B Kotter | 1.57 | Meeting with E. A. Monson regarding response to joint request (.8); phone conference with E. A. Monson, S. C. Strong, A. W. Jarvis and Mesirow regarding production (.6); weekly joint committee phone call (2.3); work on response to request (2.1); phone call with R. Charles and paralegal regarding imaging of documents and possibility of web-based hosting (.2); e-mail exchange with Natalie (.3). |
| 07/19/06 | E Monson | .10 | Meet with B. J. Kotter to discuss joint committee requests (.4). |
| 07/19/06 | E Monson | .45 | Participate in committee conference call (1.8). |
| 07/19/06 | E Monson | .34 | Follow up on possible protective order and other issues relating to response to joint committee requests (1.4). |
| 07/19/06 | E Monson | .07 | Review e-mails from B. J. Kotter and others regarding document production issues (.3). |
| 07/19/06 | S Strong | .75 | Participate in conference call with A. W Jarvis, E. A. Monson, B. J. Kotter and Mesirow team regarding document production issues in responding to joint committees request (0.5); participate in weekly |

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

|  |  |  |  |
|---|---|---|---|
|  |  |  | conference call with committees professionals regarding various pending issues (2.0); telephone conference with R. Charles regarding process for responding to joint committees document request (0.2); telephone conference with R. Charles, N. Tanner, and B. J. Kotter regarding same (0.3). |
| 07/19/06 | S Tingey | .77 | Meeting with A. W. Jarvis and other attorneys regarding administrative coordination and status issues (1.1); compile and review guarantor information regarding issues raised by committees (1.6). |
| 07/20/06 | A Jarvis | .20 | Conference call with Mesirow team regarding document production, investor statements, information for committees. |
| 07/20/06 | A Jarvis | .20 | Conference call with M. Olson and T. Allison regarding response to S. Bice, response to inquiries. |
| 07/20/06 | A Jarvis | .20 | Review analysis by UCC financial advisor on holdback, information for committee meeting. |
| 07/20/06 | B Kotter | .43 | Finish redacting proposed sample investor files (.8); continue work on responding to the committees' joint request (.9). |
| 07/20/06 | E Monson | .05 | Draft and send e-mail to R. Hilson regarding joint committee request (.2). |
| 07/20/06 | E Monson | .40 | Work on review and response to joint committee requests (1.6). |
| 07/20/06 | S Strong | 1.15 | Exchange emails with B. J. Kotter regarding SEC document production requested by committees, and confer with M. W. Pugsley regarding same (0.3); review redacted investor files from B. J. Kotter and exchange emails with him and E. A. Monson regarding same (0.3); arrange for tomorrows conference call with committees regarding details of proposed distribution to investors, exchange emails with M. Kehl regarding same, and send email to committees |

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.           August 25, 2006

working group regarding same (0.5); research
and analysis of possible legal grounds for and
against allowing investors to offset unpaid
principal against overpaid interest (2.4);
various discussions with A. W. Jarvis regarding
same (0.4); telephone conference with A. W.
Jarvis, T. Allison and S. Smith regarding same
(0.4); exchange emails with S. Smith, T.
Allison and R. Charles regarding
recharacterization of prepaid interest and
principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25 Conference call with Committees.

07/21/06 B Kotter        .17 Draft e-mail to M. Olsen regarding response to
                             committees' joint request (.7).

07/21/06 E Monson        .05 Review e-mails from B. J. Kotter and M. Olson
                             regarding joint committee requests (.2).

07/21/06 E Monson        .08 Review e-mail from R. Hilson on joint committee
                             request and send reply (.2); Review additional
                             e-mail response from R. Hilson (.1).

07/21/06 S Strong        .30 Participate in conference call with debtors'
                             and committees' professionals regarding
                             details of proposed distribution of funds
                             (1.0); follow-up discussions with A. W.
                             Jarvis regarding same (0.2).

07/21/06 S Strong        .10 Confer with S. C. Tingey regarding loan
                             summary needed for committees (0.3); review
                             email from S. C. Tingey to S. Steele
                             regarding same (0.1).

07/21/06 S Strong        .05 Review emails from B. J. Kotter and USA staff
                             regarding document production progress and
                             logistics in responding to joint committee
                             request (.2).

07/21/06 S Strong        .20 Review email from E. Karasik regarding meeting
                             Tuesday with FTD committee chair and T.
                             Allison, confer with A. W. Jarvis regarding
                             same, and exchange emails with E. Karasik
                             regarding same (.2).

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/24/06 D Monson        .20 Review and respond to e-mails on information
                             provided to the First Trust Deed Committee on
                             the HFA Loans Forbearance (0.2).

07/25/06 A Jarvis        .33 Meeting with Committees, potential bidder.

07/25/06 A Jarvis       1.15 Meeting with FTDF and ECC committee members
                             and professionals.

07/25/06 B Kotter        .55 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT regarding
                             duplication of CD/DVD's of documents (.3);
                             conference with S. C. Strong regarding document
                             production issues (.4); continue work on
                             cataloging documents and preparing response to
                             request (2.4).

07/25/06 R Madsen, II    .41 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .20 Review e-mail from A. Parlen regarding
                             requests for list of parties in First Trust
                             Deed Fund (.2).

07/25/06 E Monson        .20 Review e-mails from E. Karasik and A. W.
                             Jarvis regarding list of investors in First
                             Trust Deed Fund and send reply (.2).

07/25/06 E Monson        .57 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong        .06 Telephone conference with M. Kehl and J. Nugent
                             regarding revised Funding Requirements list for
                             committees (.2); exchange emails with M. Kehl
                             regarding Hilco appraisals requested by
                             committees (.1).

07/25/06 S Strong        .30 Review emails from FTD advisor and S. Smith
                             regarding different classes of Fund Members in
                             FTD Fund and proposed distributions to same,
                             and review Fund documents regarding same (.3).

07/26/06 A Jarvis        .10 Correspondence with E. Karasik regarding
                             meeting with committees.

Client No. 34585                                      Page:   11
Debtor USA Commercial Mortgage Co., et al.           August 25, 2006

07/26/06 A Jarvis         .10 Correspondence with Committees on Motion to
                              Distribute.

07/26/06 A Jarvis         .32 Telephone conference with S. C. Strong
                              regarding committee meetings, motion to
                              distribute funds, plan negotiations.

07/26/06 A Jarvis         .07 Correspondence regarding motion to distribute,
                              recoupment issues.

07/26/06 B Kotter        2.65 Review CDs produced to SEC (.8); conference
                              with R. H. Madsen regarding continued
                              privilege review (.4); conference with E. A.
                              Monson regarding response to joint request
                              (.3); conference with R. Hilson regarding
                              response (.3); meeting with potential vendors
                              (1.8); obtain file from Gould and review for
                              privilege (1.6); continued work on response
                              to committee request  (5.4).

07/26/06 R Madsen, II    2.35 Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/26/06 E Monson         .30 Meet with R. Hilson, LePome, and S. Smith to
                              go over financial information requested in
                              joint committee requests (1.2).

07/26/06 E Monson         .40 Work on other issues involving joint
                              committee requests including discussions with
                              R. Madsen regarding privilege,
                              confidentiality and privacy issues (1.6).

07/26/06 E Monson         .05 Discussion with S. C. Strong on document
                              production issues (.2).

07/26/06 E Monson         .05 Draft e-mail to S. Smith regarding direct
                              lender requests and lists of investors to
                              Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson         .12 Review e-mail from S. Smith and drafts of
                              investor lists and send reply e-mails (.5).

Client No. 34585                                        Page:   12
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/26/06 S Strong        .11  Exchange various emails with counsel for
                              committees regarding rescheduling weekly
                              conference call (0.2); confer with S. C.
                              Tingey regarding status of loan summaries
                              requested by committees (0.1); telephone
                              conferences with B. J. Kotter and E. A.
                              Monson regarding issues in responding to
                              joint committees document requests (0.2).

07/26/06 S Strong        .60  Review email from A. Parlen requesting
                              information regarding claims filed against
                              FTDF, and review emails from A. W. Jarvis, S.
                              Smith, and E. A. Monson regarding same (0.3);
                              review information from S. Smith regarding
                              same, and draft email to A. Parlen responding
                              to information request regarding same (0.3).

07/27/06 A Jarvis        .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05  Correspondence with Committees regarding Rio
                              Rancho proposal.

07/27/06 A Jarvis        .47  Conference call with four committees regarding
                              motion to distribute, Rio Rancho, exclusivity,
                              plan progress.

07/27/06 B Kotter       2.20  Continued review of loan files and corporate
                              records for privilege (1.7); e-mail to A. W.
                              Jarvis, S. C. Strong, S. C. Tingey regarding
                              loan file from Gould Patterson (.4); work on
                              response to committee's joint request in
                              cooperation with E. A. Monson (4.4);
                              including meeting with M. Olson (1.1); and
                              other employees (.6); phone call with S. C.
                              Strong regarding scope (.6).

07/27/06 R Madsen, II   2.41  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending
                              out lists of people in funds to committee
                              counsel and status of direct lender names
                              (.2).

Client No. 34585                                           Page:    13
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/27/06 E Monson        .87 Work on joint committee requests outlining
                             status of what has been identified and what
                             still need to be done (3.5).

07/27/06 E Monson        .08 Review e-mail exchange involving Rob Charles,
                             A. W. Jarvis and Natalee Tanner involving
                             document request and scanning and discuss with
                             B. J. Kotter (.3).

07/27/06 E Monson        .12 Conference with S. C. Strong and B. J. Kotter
                             regarding Rob Charles e-mail exchange and
                             document production (.5).

07/27/06 S Strong        .55 Participate in weekly conference call with
                             debtors and committees counsel regarding
                             various pending issues (1.7); telephone
                             conference with B. J. Kotter and E. A. Monson
                             regarding progress in reviewing and preparing
                             documents, and arranging logistics, for
                             response to joint committees request (.5).

07/27/06 S Strong        .60 Review email from C. Pajak, and telephone
                             conference with C. Pajak, joined in part by S.
                             Smith, regarding FTD Committees questions
                             regarding Motion to Distribute (0.5); confer
                             with A. W. Jarvis regarding same (0.1).

07/28/06 B Kotter       1.25 Follow up with Natalie Tanner regarding
                             imaging request and draft e-mail to USA
                             persons regarding vendor inquiries (.6);
                             review of confidentiality agreements for S.
                             C. Strong (1.3); follow up on joint committee
                             request issues (1.4); legal research related
                             to motion to distribute replys (1.7).

07/28/06 S Strong        .21 Review email from M. Haftl with copies of all
                             executed confidentiality agreements with
                             potential DIP lenders and purchasers, as
                             requested by Committees, and confer with B.
                             J. Kotter regarding further review needed of
                             debtors reciprocal confidential obligations
                             respecting same (0.4); follow-up discussion
                             with B. J. Kotter regarding same (0.1);
                             telephone conference with M. Haftl regarding
                             appraisal documents requested by UCC member

Client No. 34585                                              Page:   14
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


|  |  |  |
|---|---|---|
|  |  | (0.1); exchange emails with R. Charles regarding same, follow-up call with J. Reed and M. Haftl regarding same, and exchange follow-up emails with A. W. Jarvis and M. Haftl regarding same (0.3). |
| 07/31/06 A Jarvis | .13 | Correspondence with committee on plan proposals; confidentiality agreement regarding term sheet proposal. |
| 07/31/06 A Jarvis | .17 | Conference call with committees regarding exclusivity period extension, plan negotiations, document production, motion to distribute, funding requirements. |
| 07/31/06 B Kotter | .05 | Conference with E. A. Monson regarding production (.2). |
| 07/31/06 E Monson | .20 | Work on joint committee requests and review e-mails from B. J. Kotter (.8). |
| 07/31/06 E Monson | .03 | Draft e-mail to LeeAnn Weese regarding follow up on joint committee requests for financial information (.1). |
| 07/31/06 S Strong | .30 | Review notes and prepare agenda for weekly call with committees (0.3); participate in weekly conference call with Committees (0.6); telephone conference with S. Smith, J. Nugent and A. W. Jarvis regarding issues raised on weekly call (0.3). |
| 07/31/06 S Strong | 1.10 | Telephone conference with C. Pajak regarding objecting to claims against FTD Fund and related issues raised by C. Cunningham for her creditor client (0.2); telephone conference with C. Cunningham regarding same (0.2); exchange follow-up emails with C. Pajak regarding same (0.3); exchange emails with A. W. Jarvis regarding same (0.2); review objection to motion to distribute filed by C. Cunningham client based on claim filed against FTD Fund (0.2). |

TOTAL FOR LEGAL SERVICES RENDERED                              $12,065.86

*"Exhibit F-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                              Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00020**

**Diversified Committee Relations**

| | | |
|---|---|---|
| 07/03/06 S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/05/06 S Strong | .30 | Participate in follow-up calls with M. Levinson and E. Karasik regarding development of Motion to Distribute (0.6). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/06/06 S Strong          .15 Review emails from committees counsel
                               regarding various positions on motion to
                               distribute (0.3); exchange emails with L.
                               Schwartzer regarding logistics for July 11
                               meeting with committees, and telephone
                               conference with him regarding same (0.2);
                               telephone conference with A. W. Jarvis
                               regarding same (0.1).

07/07/06 S Strong          .40 Review email from M. Levinson regarding
                               arranging meetings regarding Diversified loans
                               (0.1); telephone conference with A. W. Jarvis
                               regarding same (0.2); email to T. Allison and
                               M. Kehl regarding same (0.1).

07/07/06 S Strong          .18 Telephone conference with A. W. Jarvis
                               regarding issues and arrangements for next
                               weeks meeting with Committees (0.5); exchange
                               emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis          .10 Correspondence on committee presentation.

07/10/06 A Jarvis          .30 Correspondence with DTDF counsel regarding
                               meeting with Ashby regarding Diversified
                               loans.

07/10/06 A Jarvis          .25 Conference call with T. Allison, M. Kehl, S.
                               Smith, S. C. Strong regarding presentation for
                               committee meeting, investor statement issues.

07/10/06 B Kotter          .40 E-mail exchange regarding privacy issues and
                               the committee's discovery requests (.3); brief
                               initial review of actual joint request (.2);
                               legal research on Bank's obligation to inform
                               customers of subpoena (1.1).

07/10/06 D Monson          .13 Review M. Kehl summary for Committees Meeting
                               of Standard Property Development settlement
                               proposal, and e-mail to M. Kehl with revisions
                               and comments on appraisal issues, and further
                               analysis of Standard Property appraisal (0.5).

07/10/06 S Strong        1.00 Work on materials for debtors presentation to
                               Committees this week, and exchange emails with
                               M. Kehl regarding same (1.3); prepare for
                               weekly call with Committees professionals and
                               exchange emails with S. Smith regarding

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


                        information for same (0.6); participate in
                        weekly call with committees professionals
                        (0.7); telephone conference with A. W. Jarvis,
                        T. Allison and Mesirow team regarding issues
                        and planning for meeting with Committees this
                        week (1.0); review email from A. W. Jarvis
                        regarding additional materials needed for
                        meeting, and review and assemble same (0.4).

07/11/06 A Jarvis       1.47 Preparation for and attendance at Committee
                        meetings.

07/11/06 B Kotter       .23 Conference with S. C. Strong regarding
                        committee meeting (.3); e-mail to J. Reed at
                        Mesirow and review of power point presentation
                        (.2); forward presentation to counsel (.3);
                        follow up on document request with S. C. Strong
                        (.1).

07/11/06 S Strong       .20 Review various loan summaries and loan
                        information (0.3); telephone conference with M.
                        Kehl regarding presentation to committees today
                        (0.1); confer with B. J. Kotter regarding
                        circulating copies of presentation, email to
                        committees counsel regarding same, and review
                        email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter       .22 Review of document requests from committee
                        (.6); conference with S. C. Strong regarding
                        requests and debtors response with objections
                        and production of various documents (.3).

07/12/06 E Monson       .08 Discussion with S. C. Strong regarding
                        discovery issues and review e-mail on joint
                        committee request for information (.3).

07/12/06 S Strong       .38 Further review and analysis of Joint Document
                        Request from committees requesting 96 items of
                        information (0.9); conferences with B. J.
                        Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter       .21 Respond to e-mail inquiry regarding committees'
                        review of documents with their financial
                        advisors and discuss privilege issues (.7).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/13/06 S Strong       .40 Exchange emails with J. Hermann regarding Tree
                            Moss transaction concerning Epic loan, confer
                            with A. W. Jarvis regarding same, and email to
                            S. Smith regarding further information
                            requested by Diversified Committee regarding
                            same (.4).

07/13/06 S Strong       .23 Confer with A. W. Jarvis regarding joint
                            information request from committees (0.2);
                            exchange emails with A. W. Jarvis, M. Kehl and
                            E. A. Monson regarding general issues
                            concerning dissemination of information to
                            committees (0.3); review emails from A. W.
                            Jarvis and S. Smith regarding joint information
                            request of committees and further procedures
                            needed (0.2).

07/14/06 A Jarvis       .30 Correspondence on meeting with Diversified
                            Committee.

07/14/06 A Jarvis       .05 Correspondence regarding weekly committee
                            meeting.

07/14/06 B Kotter       .45 Conference with S. C. Strong regarding subpoena
                            response and procedures for handling document
                            requests (.3); telephone conference call with
                            A. W. Jarvis, S. C. Strong, and E. A. Monson
                            regarding production issues (1.1); prepare for
                            production issues (.4).

07/14/06 S Strong       .35 Further review of Joint Document Request from
                            committees (0.3); participate in conference
                            call with RQN and Mesirow teams regarding
                            responding to same (1.1).

07/16/06 A Jarvis      1.80 Review documentation on Diversified Trust and
                            portfolio in preparation for meeting.

07/17/06 A Jarvis      1.80 Meeting with M. Tucker and M. Levinson
                            regarding Ashby loans, issues regarding
                            Diversified portfolio; draft e-mail regarding
                            portfolio questions.

07/17/06 A Jarvis       .80 Meeting with M. Levinson, J. Hermann, T.
                            Allison regarding issues with Diversified
                            portfolio, action plan going forward.

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/17/06 B Kotter         2.20  Continue reviewing documents for privilege and
                                formulating response to the committees' joint
                                request (8.2); telephone conference with S. C.
                                Strong regarding privilege/confidentiality and
                                privacy concerns (.6).

07/17/06 R Madsen, II      .13  Work on preparation for document review and
                                production in Las Vegas.

07/17/06 S Strong          .38  Telephone conference with B. J. Kotter and E.
                                A. Monson regarding issues in responding to
                                joint committees document request (0.6);
                                exchange emails with C. Pajak regarding
                                progress with same (0.1); review emails from B.
                                J. Kotter regarding categories of responsive
                                information in loan files, and email to A. W.
                                Jarvis regarding same (0.2); review and
                                analysis of spreadsheets circulated to
                                committees advisors containing backup for the
                                Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis          .08  Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .05  Correspondence on document request on loan
                                files.

07/18/06 A Jarvis          .07  Correspondence on documents requested by
                                Committees.

07/18/06 A Jarvis          .05  Conference call with T. Allison regarding Boise
                                Gowan.

07/18/06 A Jarvis          .05  Correspondence on updated financing needs.

07/18/06 A Jarvis          .07  Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis          .07  Correspondence on issues relating to
                                guarantees.

07/18/06 B Kotter         2.35  Continue working on response to committees'
                                joint request including meeting with various
                                USA people possessing knowledge relevant to
                                request; continue review of documents for
                                privilege concerns.

07/18/06 R Madsen, II      .75  Review of loan documentation and communications
                                with respect to attorney-client privileged
                                communications.

```
Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/18/06 R Madsen, II    .70 Work on creating privileged log of
                             attorney-client privileged documentation.

07/18/06 E Monson        1.05 Meet with Angie and work through Joint
                              Committee requests and organization chart
                              (4.2).

07/18/06 S Strong        .15 Telephone conference with B. J. Kotter and E.
                             A. Monson regarding status of their review of
                             documents to be produced in response to
                             committees request (0.3); further discussions
                             with B. J. Kotter regarding same (0.3).

07/18/06 S Strong        .10 Review emails from committees professionals
                             regarding same (0.4).

07/18/06 S Strong        .23 Participate in telephone conference with S.
                             Smith and committees FAs regarding Motion to
                             Distribute calculations and assumptions (.9).

07/18/06 A Tsu           1.75 Review of loan documentation and communications
                              with respect to attorney-client privilege, work
                              product privilege and other privileged
                              communications (3.0); creating a privilege log
                              for documents determined to be privileged
                              (2.8); reviewing investor files to create
                              sample files for discovery purposes; reviewing
                              and redacting information relating to same
                              (1.2).

07/19/06 A Jarvis        .80 Telephone conference with Diversified
                             Committee counsel regarding portfolio
                             problems, asset recovery issues.

07/19/06 A Jarvis        .50 Conference call with Committees regarding
                             document production, distribution motion,
                             unfunded requirements, plan issues.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             committee meeting.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             meetings with Committee.

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.           August 25, 2006


07/19/06 B Kotter        1.57  Meeting with E. A. Monson regarding response to
                               joint request (.8); phone conference with E. A.
                               Monson, S. C. Strong, A. W. Jarvis and Mesirow
                               regarding production (.6); weekly joint
                               committee phone call (2.3); work on response to
                               request (2.1); phone call with R. Charles and
                               paralegal regarding imaging of documents and
                               possibility of web-based hosting (.2); e-mail
                               exchange with Natalie (.3).

07/19/06 E Monson         .10  Meet with B. J. Kotter to discuss joint
                               committee requests (.4).

07/19/06 E Monson         .07  Review e-mails from B. J. Kotter and others
                               regarding document production issues (.3).

07/19/06 E Monson         .36  Follow up on possible protective order and
                               other issues relating to response to joint
                               committee requests (1.4).

07/19/06 E Monson         .45  Participate in committee conference call (1.8).

07/19/06 S Strong         .75  Participate in conference call with A. W
                               Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                               team regarding document production issues in
                               responding to joint committees request (0.5);
                               participate in weekly conference call with
                               committees professionals regarding various
                               pending issues (2.0); telephone conference with
                               R. Charles regarding process for responding to
                               joint committees document request (0.2);
                               telephone conference with R. Charles, N.
                               Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey         .39  Meeting with A. W. Jarvis and other attorneys
                               regarding administrative coordination and
                               status issues (1.1); compile and review
                               guarantor information regarding issues raised
                               by committees (1.6).

07/20/06 A Jarvis         .20  Review analysis by UCC financial advisor on
                               holdback, information for committee meeting.

07/20/06 A Jarvis         .20  Conference call with Mesirow team regarding
                               document production, investor statements,
                               information for committees.

Client No. 34585                                            Page:    8
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/20/06 B Kotter        .43 Finish redacting proposed sample investor files
                             (.8); continue work on responding to the
                             committees' joint request (.9).

07/20/06 E Monson        .05 Draft and send e-mail to R. Hilson regarding
                             joint committee request (.2).

07/20/06 E Monson        .40 Work on review and response to joint committee
                             requests (1.6).

07/20/06 S Strong       1.50 Participate in conference call with debtors
                             professionals and Diversified Committees
                             professionals regarding distribution issues and
                             offsetting (1.2); confer with A. W. Jarvis
                             regarding issues raised on call and further
                             research needed (0.3).

07/20/06 S Strong       1.15 Exchange emails with B. J. Kotter regarding SEC
                             document production requested by committees,
                             and confer with M. W. Pugsley regarding same
                             (0.3); review redacted investor files from B.
                             J. Kotter and exchange emails with him and E.
                             A. Monson regarding same (0.3); arrange for
                             tomorrows conference call with committees
                             regarding details of proposed distribution to
                             investors, exchange emails with M. Kehl
                             regarding same, and send email to committees
                             working group regarding same (0.5); research
                             and analysis of possible legal grounds for and
                             against allowing investors to offset unpaid
                             principal against overpaid interest (2.4);
                             various discussions with A. W. Jarvis regarding
                             same (0.4); telephone conference with A. W.
                             Jarvis, T. Allison and S. Smith regarding same
                             (0.4); exchange emails with S. Smith, T.
                             Allison and R. Charles regarding
                             recharacterization of prepaid interest and
                             principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25 Conference call with Committees.

07/21/06 B Kotter        .17 Draft e-mail to M. Olsen regarding response to
                             committees' joint request (.7).

07/21/06 E Monson        .08 Review e-mail from R. Hilson on joint
                             committee request and send reply (.2); Review
                             additional e-mail response from R. Hilson
                             (.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    9
August 25, 2006

07/21/06 E Monson       .05 Review e-mails from B. J. Kotter and M. Olson
                           regarding joint committee requests (.2).

07/21/06 S Strong       .30 Participate in conference call with debtors'
                           and committees' professionals regarding details
                           of proposed distribution of funds (1.0);
                           follow-up discussions with A. W. Jarvis
                           regarding same (0.2).

07/21/06 S Strong       .10 Confer with S. C. Tingey regarding loan summary
                           needed for committees (0.3); review email from
                           S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong       .05 Review emails from B. J. Kotter and USA staff
                           regarding document production progress and
                           logistics in responding to joint committee
                           request (.2).

07/24/06 S Strong       .20 Exchange emails with M. Kehl and S. Smith
                           regarding further information requests of
                           Diversified Fund (0.2).

07/25/06 A Jarvis      1.90 Meetings with Diversified Committee Counsel
                           and J. Milanowski; meeting with J. Milanowski
                           regarding Diversified portfolio, asset
                           recovery.

07/25/06 A Jarvis       .33 Meeting with Committees, potential bidder.

07/25/06 B Kotter      1.53 Conference with M. W. Pugsley regarding SEC
                           production issues and response to joint
                           committee request (.4); meet with IT
                           regarding duplication of CD/DVD's of
                           documents (.3); conference with S. C. Strong
                           regarding document production issues (.4);
                           continue work on cataloging documents and
                           preparing response to request (2.4).

07/25/06 R Madsen, II   .43 Review and revisions to privileged documents
                           log.

07/25/06 E Monson       .57 Conference with A. W. Jarvis, T. Allison and
                           representatives of First Trust Deed Committee
                           and Direct Lenders Committee and counsel (2.3).

Client No. 34585                                        Page:    10
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/25/06 S Strong          .50  Telephone conference with A. W. Jarvis
                                regarding questions from Diversified Committee
                                for meeting today with J. Milanowski (0.1);
                                review proposed questions and related materials
                                from M. Tucker, and forward same to R. Walker
                                (0.4).

07/25/06 S Strong          .08  Telephone conference with M. Kehl and J. Nugent
                                regarding revised Funding Requirements list for
                                committees (.2); exchange emails with M. Kehl
                                regarding Hilco appraisals requested by
                                committees (.1).

07/26/06 A Jarvis          .32  Telephone conference with S. C. Strong
                                regarding committee meetings, motion to
                                distribute funds, plan negotiations.

07/26/06 A Jarvis          .10  Correspondence with Committees on Motion to
                                Distribute.

07/26/06 A Jarvis          .07  Correspondence regarding motion to distribute,
                                recoupment issues.

07/26/06 B Kotter         2.65  Review CDs produced to SEC (.8); conference
                                with R. H. Madsen regarding continued privilege
                                review (.4); conference with E. A. Monson
                                regarding response to joint request (.3);
                                conference with R. Hilson regarding response
                                (.3); meeting with potential vendors (1.8);
                                obtain file from Gould and review for privilege
                                (1.6); continued work on response to committee
                                request  (5.4).

07/26/06 R Madsen, II     2.35  Corporate document review and production with
                                respect to various corporate entities, limited
                                liability companies and other entities in
                                response to joint committee request.

07/26/06 E Monson          .05  Draft e-mail to S. Smith regarding direct
                                lender requests and lists of investors to
                                Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson          .12  Review e-mail from S. Smith and drafts of
                                investor lists and send reply e-mails (.5).

07/26/06 E Monson          .30  Meet with R. Hilson, LePome, and S. Smith to go
                                over financial information requested in joint
                                committee requests (1.2).

Client No. 34585                                        Page:   11
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/26/06 E Monson          .40  Work on other issues involving joint committee
                                requests including discussions with R. Madsen
                                regarding privilege, confidentiality and
                                privacy issues (1.6).

07/26/06 E Monson          .05  Discussion with S. C. Strong on document
                                production issues (.2).

07/26/06 S Strong          .10  Confer with S. Tingey regarding follow-up
                                needed with Diversified Committee and IP
                                regarding Epic loan situation (0.1).

07/26/06 S Strong          .13  Exchange various emails with counsel for
                                committees regarding rescheduling weekly
                                conference call (0.2); confer with S. C. Tingey
                                regarding status of loan summaries requested by
                                committees (0.1); telephone conferences with B.
                                J. Kotter and E. A. Monson regarding issues in
                                responding to joint committees document
                                requests (0.2).

07/26/06 S Tingey          .30  Telephone conference with J. Herrman, attorney
                                for committee regarding EPIC loan (0.3).

07/27/06 A Jarvis         1.00  Conference call with M. Levinson and S. C.
                                Strong regarding Diversified position on
                                motion to distribute.

07/27/06 A Jarvis          .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis          .05  Correspondence with Committees regarding Rio
                                Rancho proposal.

07/27/06 A Jarvis          .47  Conference call with four committees regarding
                                motion to distribute, Rio Rancho, exclusivity,
                                plan progress.

07/27/06 B Kotter         2.20  Continued review of loan files and corporate
                                records for privilege (1.7); e-mail to A. W.
                                Jarvis, S. C. Strong, S. C. Tingey regarding
                                loan file from Gould Patterson (.4); work on
                                response to committee's joint request in
                                cooperation with E. A. Monson (4.4); including
                                meeting with M. Olson (1.1); and other
                                employees (.6); phone call with S. C. Strong
                                regarding scope (.6).

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/27/06 R Madsen, II   2.43  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .30  Review e-mails from Lynn Ernce, S. C. Strong
                              and Mark Olson regarding changes to
                              Diversified's information on USA Capital web
                              page and send reply e-mail to S. C. Strong
                              (.3).

07/27/06 E Monson        .20  Draft e-mail to L. Ernce regarding requested
                              changes to USA web site (.2).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending out
                              lists of people in funds to committee counsel
                              and status of direct lender names (.2).

07/27/06 E Monson        .87  Work on joint committee requests outlining
                              status of what has been identified and what
                              still need to be done (3.5).

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .08  Review e-mail exchange involving Rob Charles,
                              A. W. Jarvis and Natalee Tanner involving
                              document request and scanning and discuss with
                              B. J. Kotter (.3).

07/27/06 E Monson        .12  Conference with S. C. Strong and B. J. Kotter
                              regarding Rob Charles e-mail exchange and
                              document production (.5).

07/27/06 S Strong       2.00  Participate in telephone conference with S.
                              Smith and A. W. Jarvis regarding issues raised
                              by Diversified Committee respecting Motion to
                              Distribute (0.7); further discussions with A.
                              W. Jarvis regarding same (0.2); participate in
                              conference call with A. W. Jarvis and M.
                              Levinson regarding distribution issues and
                              reorganization strategies (0.9); exchange
                              emails with L. Ernce, M. Olson, E. A. Monson
                              and A. W. Jarvis regarding debtors website and
                              information regarding Diversified Fund on
                              website (.2).

```
Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/27/06 S Strong        .55  Participate in weekly conference call with
                              debtors and committees counsel regarding
                              various pending issues (1.7); telephone
                              conference with B. J. Kotter and E. A. Monson
                              regarding progress in reviewing and preparing
                              documents, and arranging logistics, for
                              response to joint committees request (.5).

07/28/06 A Jarvis        .30  Correspondence regarding IP demands with
                              respect to Diversified.

07/28/06 B Kotter       1.25  Follow up with Natalie Tanner regarding imaging
                              request and draft e-mail to USA persons
                              regarding vendor inquiries (.6); review of
                              confidentiality agreements for S. C. Strong
                              (1.3); follow up on joint committee request
                              issues (1.4); legal research related to motion
                              to distribute replys (1.7).

07/28/06 S Strong        .23  Review email from M. Haftl with copies of all
                              executed confidentiality agreements with
                              potential DIP lenders and purchasers, as
                              requested by Committees, and confer with B. J.
                              Kotter regarding further review needed of
                              debtors reciprocal confidential obligations
                              respecting same (0.4); follow-up discussion
                              with B. J. Kotter regarding same (0.1);
                              telephone conference with M. Haftl regarding
                              appraisal documents requested by UCC member
                              (0.1); exchange emails with R. Charles
                              regarding same, follow-up call with J. Reed and
                              M. Haftl regarding same, and exchange follow-up
                              emails with A. W. Jarvis and M. Haftl regarding
                              same (0.3).

07/31/06 A Jarvis        .17  Conference call with committees regarding
                              exclusivity period extension, plan
                              negotiations, document production, motion to
                              distribute, funding requirements.

07/31/06 A Jarvis        .13  Correspondence with committee on plan
                              proposals; confidentiality agreement regarding
                              term sheet proposal.

07/31/06 B Kotter        .05  Conference with E. A. Monson regarding
                              production (.2).

Client No. 34585                                              Page:   14
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/31/06 E Monson        .03 Draft e-mail to LeeAnn Weese regarding follow
                             up on joint committee requests for financial
                             information (.1).

07/31/06 E Monson        .20 Work on joint committee requests and review
                             e-mails from B. J. Kotter (.8).

07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                             with committees (0.3); participate in weekly
                             conference call with Committees (0.6);
                             telephone conference with S. Smith, J. Nugent
                             and A. W. Jarvis regarding issues raised on
                             weekly call (0.3).


   TOTAL FOR LEGAL SERVICES RENDERED                        $14,209.11