*"Exhibit F-16"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006
Thomas J. Allison 4484 South Pecos Road                       Invoice No. ******
Las Vegas, NV  89121

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| Date | | | Hours | Description |
|---|---|---|---|---|
| 07/03/06 | S | Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 | S | Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 | S | Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/06/06 | S | Strong | .15 | Review emails from committees counsel regarding various positions on motion to distribute (0.3); exchange emails with L. Schwartzer regarding logistics for July 11 meeting with committees, and telephone conference with him regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1). |

```
Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006
```

07/07/06 S Strong        .18 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation for
                             committee meeting, investor statement issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3); brief
                             initial review of actual joint request (.2);
                             legal research on Bank's obligation to inform
                             customers of subpoena (1.1).

07/10/06 D Monson        .12 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding
                             information for same (0.6); participate in
                             weekly call with committees professionals
                             (0.7); telephone conference with A. W. Jarvis,
                             T. Allison and Mesirow team regarding issues
                             and planning for meeting with Committees this
                             week (1.0); review email from A. W. Jarvis
                             regarding additional materials needed for
                             meeting, and review and assemble same (0.4).

07/11/06 A Jarvis       1.48 Preparation for and attendance at Committee
                             meetings.

07/11/06 B Kotter        .22 Conference with S. C. Strong regarding
                             committee meeting (.3); e-mail to J. Reed at
                             Mesirow and review of power point
                             presentation (.2); forward presentation to
                             counsel (.3); follow up on document request
                             with S. C. Strong (.1).

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/11/06 S Strong      .20 Review various loan summaries and loan
                           information (0.3); telephone conference with M.
                           Kehl regarding presentation to committees today
                           (0.1); confer with B. J. Kotter regarding
                           circulating copies of presentation, email to
                           committees counsel regarding same, and review
                           email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter      .23 Review of document requests from committee
                           (.6); conference with S. C. Strong regarding
                           requests and debtors response with objections
                           and production of various documents (.3).

07/12/06 E Monson      .07 Discussion with S. C. Strong regarding
                           discovery issues and review e-mail on joint
                           committee request for information (.3).

07/12/06 S Strong      .38 Further review and analysis of Joint Document
                           Request from committees requesting 96 items of
                           information (0.9); conferences with B. J.
                           Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter      .07 Respond to e-mail inquiry regarding
                           committees' review of documents with their
                           financial advisors and discuss privilege
                           issues (.7).

07/13/06 S Strong      .23 Confer with A. W. Jarvis regarding joint
                           information request from committees (0.2);
                           exchange emails with A. W. Jarvis, M. Kehl and
                           E. A. Monson regarding general issues
                           concerning dissemination of information to
                           committees (0.3); review emails from A. W.
                           Jarvis and S. Smith regarding joint information
                           request of committees and further procedures
                           needed (0.2).

07/14/06 A Jarvis      .05 Correspondence regarding weekly committee
                           meeting.

07/14/06 B Kotter      .45 Conference with S. C. Strong regarding subpoena
                           response and procedures for handling document
                           requests (.3); telephone conference call with
                           A. W. Jarvis, S. C. Strong, and E. A. Monson
                           regarding production issues (1.1); prepare for
                           production issues (.4).

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/14/06 S Strong        .35  Further review of Joint Document Request from
                              committees (0.3); participate in conference
                              call with RQN and Mesirow teams regarding
                              responding to same (1.1).

07/17/06 B Kotter       2.20  Continue reviewing documents for privilege and
                              formulating response to the committees' joint
                              request (8.2); telephone conference with S. C.
                              Strong regarding privilege/confidentiality and
                              privacy concerns (.6).

07/17/06 R Madsen, II    .13  Work on preparation for document review and
                              production in Las Vegas.

07/17/06 S Strong        .38  Telephone conference with B. J. Kotter and E.
                              A. Monson regarding issues in responding to
                              joint committees document request (0.6);
                              exchange emails with C. Pajak regarding
                              progress with same (0.1); review emails from B.
                              J. Kotter regarding categories of responsive
                              information in loan files, and email to A. W.
                              Jarvis regarding same (0.2); review and
                              analysis of spreadsheets circulated to
                              committees advisors containing backup for the
                              Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis        .20  Correspondence on financial advisor for
                              Unsecured Creditors' Committee.

07/18/06 A Jarvis        .08  Correspondence on documents requested by
                              Committees.

07/18/06 A Jarvis        .08  Correspondence on issues relating to
                              guarantees.

07/18/06 A Jarvis        .05  Correspondence on document request on loan
                              files.

07/18/06 A Jarvis        .05  Conference call with T. Allison regarding Boise
                              Gowan.

07/18/06 A Jarvis        .07  Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis        .05  Correspondence on updated financing needs.

07/18/06 A Jarvis        .08  Correspondence on Rio Rancho and the Gardens.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/18/06 B Kotter      2.35 Continue working on response to committees'
                            joint request including meeting with various
                            USA people possessing knowledge relevant to
                            request; continue review of documents for
                            privilege concerns.

07/18/06 R Madsen, II   .75 Review of loan documentation and communications
                            with respect to attorney-client privileged
                            communications.

07/18/06 R Madsen, II   .70 Work on creating privileged log of
                            attorney-client privileged documentation.

07/18/06 E Monson      1.05 Meet with Angie and work through Joint
                            Committee requests and organization chart
                            (4.2).

07/18/06 S Strong       .15 Telephone conference with B. J. Kotter and E.
                            A. Monson regarding status of their review of
                            documents to be produced in response to
                            committees request (0.3); further discussions
                            with B. J. Kotter regarding same (0.3).

07/18/06 S Strong       .10 Review emails from committees professionals
                            regarding same (0.4).

07/18/06 S Strong       .23 Participate in telephone conference with S.
                            Smith and committees FAs regarding Motion to
                            Distribute calculations and assumptions (.9).

07/18/06 A Tsu         1.75 Review of loan documentation and communications
                            with respect to attorney-client privilege, work
                            product privilege and other privileged
                            communications (3.0); creating a privilege log
                            for documents determined to be privileged
                            (2.8); reviewing investor files to create
                            sample files for discovery purposes; reviewing
                            and redacting information relating to same
                            (1.2).

07/19/06 A Jarvis       .07 Correspondence with T. Allison regarding
                            committee meeting.

07/19/06 A Jarvis       .07 Correspondence with T. Allison regarding
                            meetings with Committee.

Client No. 34585                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/19/06 A Jarvis        .50  Conference call with Committees regarding
                              document production, distribution motion,
                              unfunded requirements, plan issues.

07/19/06 B Kotter       1.58  Meeting with E. A. Monson regarding response
                              to joint request (.8); phone conference with
                              E. A. Monson, S. C. Strong, A. W. Jarvis and
                              Mesirow regarding production (.6); weekly
                              joint committee phone call (2.3); work on
                              response to request (2.1); phone call with R.
                              Charles and paralegal regarding imaging of
                              documents and possibility of web-based
                              hosting (.2); e-mail exchange with Natalie
                              (.3).

07/19/06 E Monson        .10  Meet with B. J. Kotter to discuss joint
                              committee requests (.4).

07/19/06 E Monson        .08  Review e-mails from B. J. Kotter and others
                              regarding document production issues (.3).

07/19/06 E Monson        .35  Follow up on possible protective order and
                              other issues relating to response to joint
                              committee requests (1.4).

07/19/06 E Monson        .45  Participate in committee conference call (1.8).

07/19/06 S Strong        .75  Participate in conference call with A. W
                              Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                              team regarding document production issues in
                              responding to joint committees request (0.5);
                              participate in weekly conference call with
                              committees professionals regarding various
                              pending issues (2.0); telephone conference with
                              R. Charles regarding process for responding to
                              joint committees document request (0.2);
                              telephone conference with R. Charles, N.
                              Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey        .77  Meeting with A. W. Jarvis and other attorneys
                              regarding administrative coordination and
                              status issues (1.1); compile and review
                              guarantor information regarding issues raised
                              by committees (1.6).

07/20/06 A Jarvis        .20  Conference call with Mesirow team regarding
                              document production, investor statements,
                              information for committees.

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006

07/20/06 A Jarvis        .20  Review analysis by UCC financial advisor on
                              holdback, information for committee meeting.

07/20/06 B Kotter        .42  Finish redacting proposed sample investor
                              files (.8); continue work on responding to
                              the committees' joint request (.9).

07/20/06 E Monson        .05  Draft and send e-mail to R. Hilson regarding
                              joint committee request (.2).

07/20/06 E Monson        .40  Work on review and response to joint committee
                              requests (1.6).

07/20/06 S Strong       1.15  Exchange emails with B. J. Kotter regarding SEC
                              document production requested by committees,
                              and confer with M. W. Pugsley regarding same
                              (0.3); review redacted investor files from B.
                              J. Kotter and exchange emails with him and E.
                              A. Monson regarding same (0.3); arrange for
                              tomorrows conference call with committees
                              regarding details of proposed distribution to
                              investors, exchange emails with M. Kehl
                              regarding same, and send email to committees
                              working group regarding same (0.5); research
                              and analysis of possible legal grounds for and
                              against allowing investors to offset unpaid
                              principal against overpaid interest (2.4);
                              various discussions with A. W. Jarvis regarding
                              same (0.4); telephone conference with A. W.
                              Jarvis, T. Allison and S. Smith regarding same
                              (0.4); exchange emails with S. Smith, T.
                              Allison and R. Charles regarding
                              recharacterization of prepaid interest and
                              principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25  Conference call with Committees.

07/21/06 B Kotter        .18  Draft e-mail to M. Olsen regarding response
                              to committees' joint request (.7).

07/21/06 E Monson        .05  Review e-mails from B. J. Kotter and M. Olson
                              regarding joint committee requests (.2).

07/21/06 E Monson        .07  Review e-mail from R. Hilson on joint committee
                              request and send reply (.2); Review additional
                              e-mail response from R. Hilson (.1).

Client No. 34585                                            Page:    8
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/21/06 S Strong        .30 Participate in conference call with debtors'
                             and committees' professionals regarding details
                             of proposed distribution of funds (1.0);
                             follow-up discussions with A. W. Jarvis
                             regarding same (0.2).

07/21/06 S Strong        .10 Confer with S. C. Tingey regarding loan summary
                             needed for committees (0.3); review email from
                             S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong        .05 Review emails from B. J. Kotter and USA staff
                             regarding document production progress and
                             logistics in responding to joint committee
                             request (.2).

07/25/06 A Jarvis       2.10 Meeting with Unsecured Creditors Committee.

07/25/06 A Jarvis        .32 Meeting with Committees, potential bidder.

07/25/06 B Kotter        .87 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT regarding
                             duplication of CD/DVD's of documents (.3);
                             conference with S. C. Strong regarding document
                             production issues (.4); continue work on
                             cataloging documents and preparing response to
                             request (2.4).

07/25/06 R Madsen, II    .43 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .58 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong        .08 Telephone conference with M. Kehl and J. Nugent
                             regarding revised Funding Requirements list for
                             committees (.2); exchange emails with M. Kehl
                             regarding Hilco appraisals requested by
                             committees (.1).

07/26/06 A Jarvis        .33 Telephone conference with S. C. Strong
                             regarding committee meetings, motion to
                             distribute funds, plan negotiations.

07/26/06 A Jarvis        .08 Correspondence regarding motion to
                             distribute, recoupment issues.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/26/06 A Jarvis          .10  Correspondence with Committees on Motion to
                                Distribute.

07/26/06 B Kotter         2.65  Review CDs produced to SEC (.8); conference
                                with R. H. Madsen regarding continued privilege
                                review (.4); conference with E. A. Monson
                                regarding response to joint request (.3);
                                conference with R. Hilson regarding response
                                (.3); meeting with potential vendors (1.8);
                                obtain file from Gould and review for privilege
                                (1.6); continued work on response to committee
                                request   (5.4).

07/26/06 R Madsen, II     2.35  Corporate document review and production with
                                respect to various corporate entities, limited
                                liability companies and other entities in
                                response to joint committee request.

07/26/06 E Monson          .05  Draft e-mail to S. Smith regarding direct
                                lender requests and lists of investors to
                                Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson          .13  Review e-mail from S. Smith and drafts of
                                investor lists and send reply e-mails (.5).

07/26/06 E Monson          .30  Meet with R. Hilson, LePome, and S. Smith to go
                                over financial information requested in joint
                                committee requests (1.2).

07/26/06 E Monson          .40  Work on other issues involving joint committee
                                requests including discussions with R. Madsen
                                regarding privilege, confidentiality and
                                privacy issues (1.6).

07/26/06 E Monson          .05  Discussion with S. C. Strong on document
                                production issues (.2).

07/26/06 S Strong          .13  Exchange various emails with counsel for
                                committees regarding rescheduling weekly
                                conference call (0.2); confer with S. C. Tingey
                                regarding status of loan summaries requested by
                                committees (0.1); telephone conferences with B.
                                J. Kotter and E. A. Monson regarding issues in
                                responding to joint committees document
                                requests (0.2).

07/27/06 A Jarvis          .10  Telephone call to R. Charles regarding
                                committee requests.

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 A Jarvis        .20  Telephone call to R. Charles regarding
                              answers to questions regarding motion to
                              distribute.

07/27/06 A Jarvis        .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05  Correspondence with Committees regarding Rio
                              Rancho proposal.

07/27/06 A Jarvis        .48  Conference call with four committees regarding
                              motion to distribute, Rio Rancho, exclusivity,
                              plan progress.

07/27/06 B Kotter       2.20  Continued review of loan files and corporate
                              records for privilege (1.7); e-mail to A. W.
                              Jarvis, S. C. Strong, S. C. Tingey regarding
                              loan file from Gould Patterson (.4); work on
                              response to committee's joint request in
                              cooperation with E. A. Monson (4.4); including
                              meeting with M. Olson (1.1); and other
                              employees (.6); phone call with S. C. Strong
                              regarding scope (.6).

07/27/06 R Madsen, II   2.43  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .13  Conference with S. C. Strong and B. J. Kotter
                              regarding Rob Charles e-mail exchange and
                              document production (.5).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending out
                              lists of people in funds to committee counsel
                              and status of direct lender names (.2).

07/27/06 E Monson        .88  Work on joint committee requests outlining
                              status of what has been identified and what
                              still need to be done (3.5).

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .07  Review e-mail exchange involving Rob Charles,
                              A. W. Jarvis and Natalee Tanner involving
                              document request and scanning and discuss with
                              B. J. Kotter (.3).

Client No. 34585                                          Page:    11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 S Strong        .55  Participate in weekly conference call with
                              debtors and committees counsel regarding
                              various pending issues (1.7); telephone
                              conference with B. J. Kotter and E. A. Monson
                              regarding progress in reviewing and preparing
                              documents, and arranging logistics, for
                              response to joint committees request (.5).

07/28/06 B Kotter       1.25  Follow up with Natalie Tanner regarding imaging
                              request and draft e-mail to USA persons
                              regarding vendor inquiries (.6); review of
                              confidentiality agreements for S. C. Strong
                              (1.3); follow up on joint committee request
                              issues (1.4); legal research related to motion
                              to distribute replys (1.7).

07/28/06 S Strong        .23  Review email from M. Haftl with copies of all
                              executed confidentiality agreements with
                              potential DIP lenders and purchasers, as
                              requested by Committees, and confer with B. J.
                              Kotter regarding further review needed of
                              debtors reciprocal confidential obligations
                              respecting same (0.4); follow-up discussion
                              with B. J. Kotter regarding same (0.1);
                              telephone conference with M. Haftl regarding
                              appraisal documents requested by UCC member
                              (0.1); exchange emails with R. Charles
                              regarding same, follow-up call with J. Reed and
                              M. Haftl regarding same, and exchange follow-up
                              emails with A. W. Jarvis and M. Haftl regarding
                              same (0.3).

07/31/06 A Jarvis        .18  Conference call with committees regarding
                              exclusivity period extension, plan
                              negotiations, document production, motion to
                              distribute, funding requirements.

07/31/06 A Jarvis        .12  Correspondence with committee on plan
                              proposals; confidentiality agreement regarding
                              term sheet proposal.

07/31/06 B Kotter        .05  Conference with E. A. Monson regarding
                              production (.2).

07/31/06 E Monson        .02  Draft e-mail to LeeAnn Weese regarding follow
                              up on joint committee requests for financial
                              information (.1).

```
Client No. 34585                              Page:   12
Debtor USA Commercial Mortgage Co., et al.    August 25, 2006
```

| | | | |
|---|---|---|---|
| 07/31/06 E Monson | .20 | Work on joint committee requests and review e-mails from B. J. Kotter (.8). | |
| 07/31/06 S Strong | .30 | Review notes and prepare agenda for weekly call with committees (0.3); participate in weekly conference call with Committees (0.6); telephone conference with S. Smith, J. Nugent and A. W. Jarvis regarding issues raised on weekly call (0.3). | |

```
TOTAL FOR LEGAL SERVICES RENDERED                    $10,638.14
```

"*Exhibit F-17*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | | |
|---|---|---|---|
| 07/03/06 | E Monson | .10 | Draft e-mail to J. Reed regarding following up on number of Direct Lender loans that are not on CD provided to the ECC. |
| 07/03/06 | S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 | S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 | S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

07/06/06 S Strong       .15 Review emails from committees counsel
                            regarding various positions on motion to
                            distribute (0.3); exchange emails with L.
                            Schwartzer regarding logistics for July 11
                            meeting with committees, and telephone
                            conference with him regarding same (0.2);
                            telephone conference with A. W. Jarvis
                            regarding same (0.1).

07/07/06 S Strong       .10 Review letter from ECC requesting more
                            information (.1).

07/07/06 S Strong       .18 Telephone conference with A. W. Jarvis
                            regarding issues and arrangements for next
                            weeks meeting with Committees (0.5); exchange
                            emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis       .10 Correspondence on committee presentation.

07/10/06 A Jarvis       .25 Conference call with T. Allison, M. Kehl, S.
                            Smith, S. C. Strong regarding presentation for
                            committee meeting, investor statement issues.

07/10/06 B Kotter       .40 E-mail exchange regarding privacy issues and
                            the committee's discovery requests (.3); brief
                            initial review of actual joint request (.2);
                            legal research on Bank's obligation to inform
                            customers of subpoena (1.1).

07/10/06 D Monson       .12 Review M. Kehl summary for Committees Meeting
                            of Standard Property Development settlement
                            proposal, and e-mail to M. Kehl with revisions
                            and comments on appraisal issues, and further
                            analysis of Standard Property appraisal (0.5).

07/10/06 S Strong      1.00 Work on materials for debtors presentation to
                            Committees this week, and exchange emails with
                            M. Kehl regarding same (1.3); prepare for
                            weekly call with Committees professionals and
                            exchange emails with S. Smith regarding
                            information for same (0.6); participate in
                            weekly call with committees professionals
                            (0.7); telephone conference with A. W. Jarvis,
                            T. Allison and Mesirow team regarding issues
                            and planning for meeting with Committees this
                            week (1.0); review email from A. W. Jarvis
                            regarding additional materials needed for
                            meeting, and review and assemble same (0.4).

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/10/06 S Strong          .30  Confer with E. A. Monson and exchange emails
                                with A. Tsu and E. A. Monson regarding investor
                                privacy issues concerning committees
                                information requests (0.3).

07/11/06 A Jarvis         1.48  Preparation for and attendance at Committee
                                meetings.

07/11/06 B Kotter          .22  Conference with S. C. Strong regarding
                                committee meeting (.3); e-mail to J. Reed at
                                Mesirow and review of power point presentation
                                (.2); forward presentation to counsel (.3);
                                follow up on document request with S. C. Strong
                                (.1).

07/11/06 S Strong          .20  Review various loan summaries and loan
                                information (0.3); telephone conference with M.
                                Kehl regarding presentation to committees today
                                (0.1); confer with B. J. Kotter regarding
                                circulating copies of presentation, email to
                                committees counsel regarding same, and review
                                email from B. J. Kotter regarding same (0.4).

07/12/06 A Jarvis          .30  Correspondence regarding meeting with
                                Executory Contract committee.

07/12/06 B Kotter          .23  Review of document requests from committee
                                (.6); conference with S. C. Strong regarding
                                requests and debtors response with objections
                                and production of various documents (.3).

07/12/06 E Monson          .07  Discussion with S. C. Strong regarding
                                discovery issues and review e-mail on joint
                                committee request for information (.3).

07/12/06 S Strong          .38  Further review and analysis of Joint Document
                                Request from committees requesting 96 items of
                                information (0.9); conferences with B. J.
                                Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter          .21  Respond to e-mail inquiry regarding committees'
                                review of documents with their financial
                                advisors and discuss privilege issues (.7).

07/13/06 S Strong          .20  Review emails from M. Olson and F. Siddiqui
                                regarding ECC members requesting specific
                                information (0.1); exchange emails with A. W.
                                Jarvis regarding same (0.1).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/13/06 S Strong       .23  Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis       .05  Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter       .45  Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

07/14/06 S Strong       .35  Further review of Joint Document Request from
                             committees (0.3); participate in conference
                             call with RQN and Mesirow teams regarding
                             responding to same (1.1).

07/17/06 B Kotter      2.20  Continue reviewing documents for privilege and
                             formulating response to the committees' joint
                             request (8.2); telephone conference with S. C.
                             Strong regarding privilege/confidentiality and
                             privacy concerns (.6).

07/17/06 R Madsen, II   .13  Work on preparation for document review and
                             production in Las Vegas.

07/17/06 S Strong       .38  Telephone conference with B. J. Kotter and E.
                             A. Monson regarding issues in responding to
                             joint committees document request (0.6);
                             exchange emails with C. Pajak regarding
                             progress with same (0.1); review emails from B.
                             J. Kotter regarding categories of responsive
                             information in loan files, and email to A. W.
                             Jarvis regarding same (0.2); review and
                             analysis of spreadsheets circulated to
                             committees advisors containing backup for the
                             Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis      4.20  Conference call with Executory Contracts
                             Committee; review of loan portfolio.

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/18/06 A Jarvis         .08  Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis         .05  Correspondence on document request on loan
                               files.

07/18/06 A Jarvis         .08  Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis         .05  Conference call with T. Allison regarding Boise
                               Gowan.

07/18/06 A Jarvis         .07  Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis         .05  Correspondence on updated financing needs.

07/18/06 A Jarvis         .08  Correspondence on issues relating to
                               guarantees.

07/18/06 B Kotter        2.35  Continue working on response to committees'
                               joint request including meeting with various
                               USA people possessing knowledge relevant to
                               request; continue review of documents for
                               privilege concerns.

07/18/06 R Madsen, II     .75  Review of loan documentation and communications
                               with respect to attorney-client privileged
                               communications.

07/18/06 R Madsen, II     .70  Work on creating privileged log of
                               attorney-client privileged documentation.

07/18/06 E Monson        3.50  Conference call with Bill Bullard, Jerry
                               Gordon, Tom Allison, Mark Olson, Amanda
                               Stevens, Ned Holmberg and Susan Smith to
                               discuss direct lender loans (3.5).

07/18/06 E Monson        1.05  Meet with Angie and work through Joint
                               Committee requests and organization chart
                               (4.2).

07/18/06 S Strong         .15  Telephone conference with B. J. Kotter and E.
                               A. Monson regarding status of their review of
                               documents to be produced in response to
                               committees request (0.3); further discussions
                               with B. J. Kotter regarding same (0.3).

07/18/06 S Strong         .10  Review emails from committees professionals
                               regarding same (0.4).

```
Client No. 34585                              Page:    6
Debtor USA Commercial Mortgage Co., et al.    August 25, 2006
```

07/18/06 S Strong          .23  Participate in telephone conference with S.
                                Smith and committees FAs regarding Motion to
                                Distribute calculations and assumptions (.9).

07/18/06 A Tsu            1.75  Review of loan documentation and communications
                                with respect to attorney-client privilege, work
                                product privilege and other privileged
                                communications (3.0); creating a privilege log
                                for documents determined to be privileged
                                (2.8); reviewing investor files to create
                                sample files for discovery purposes; reviewing
                                and redacting information relating to same
                                (1.2).

07/19/06 A Jarvis          .50  Conference call with Committees regarding
                                document production, distribution motion,
                                unfunded requirements, plan issues.

07/19/06 A Jarvis          .07  Correspondence with T. Allison regarding
                                committee meeting.

07/19/06 A Jarvis          .07  Correspondence with T. Allison regarding
                                meetings with Committee.

07/19/06 B Kotter        1.58  Meeting with E. A. Monson regarding response to
                                joint request (.8); phone conference with E. A.
                                Monson, S. C. Strong, A. W. Jarvis and Mesirow
                                regarding production (.6); weekly joint
                                committee phone call (2.3); work on response to
                                request (2.1); phone call with R. Charles and
                                paralegal regarding imaging of documents and
                                possibility of web-based hosting (.2); e-mail
                                exchange with Natalie (.3).

07/19/06 E Monson          .20  Review e-mail from B. Higgins regarding
                                direct lender information and circulate with
                                comments to A. W. Jarvis and S. C. Strong
                                (.2).

07/19/06 E Monson          .30  Review replies from A. W. Jarvis and S. C.
                                Strong and send e-mail to B. Higgins and
                                forward B. Higgins' e-mail to S. Smith (.3).

07/19/06 E Monson          .08  Review e-mails from B. J. Kotter and others
                                regarding document production issues (.3).

07/19/06 E Monson          .10  Meet with B. J. Kotter to discuss joint
                                committee requests (.4).

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/19/06 E Monson        .35  Follow up on possible protective order and
                              other issues relating to response to joint
                              committee requests (1.4).

07/19/06 E Monson        .45  Participate in committee conference call (1.8).

07/19/06 S Strong        .75  Participate in conference call with A. W
                              Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                              team regarding document production issues in
                              responding to joint committees request (0.5);
                              participate in weekly conference call with
                              committees professionals regarding various
                              pending issues (2.0); telephone conference with
                              R. Charles regarding process for responding to
                              joint committees document request (0.2);
                              telephone conference with R. Charles, N.
                              Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey        .77  Meeting with A. W. Jarvis and other attorneys
                              regarding administrative coordination and
                              status issues (1.1); compile and review
                              guarantor information regarding issues raised
                              by committees (1.6).

07/20/06 A Jarvis        .20  Conference call with Mesirow team regarding
                              document production, investor statements,
                              information for committees.

07/20/06 A Jarvis        .20  Review analysis by UCC financial advisor on
                              holdback, information for committee meeting.

07/20/06 B Kotter        .42  Finish redacting proposed sample investor files
                              (.8); continue work on responding to the
                              committees' joint request (.9).

07/20/06 E Monson        .05  Draft and send e-mail to R. Hilson regarding
                              joint committee request (.2).

07/20/06 E Monson        .40  Work on review and response to joint committee
                              requests (1.6).

07/20/06 S Strong       1.15  Exchange emails with B. J. Kotter regarding SEC
                              document production requested by committees,
                              and confer with M. W. Pugsley regarding same
                              (0.3); review redacted investor files from B.
                              J. Kotter and exchange emails with him and E.

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006

A. Monson regarding same (0.3); arrange for
tomorrows conference call with committees
regarding details of proposed distribution to
investors, exchange emails with M. Kehl
regarding same, and send email to committees
working group regarding same (0.5); research
and analysis of possible legal grounds for and
against allowing investors to offset unpaid
principal against overpaid interest (2.4);
various discussions with A. W. Jarvis regarding
same (0.4); telephone conference with A. W.
Jarvis, T. Allison and S. Smith regarding same
(0.4); exchange emails with S. Smith, T.
Allison and R. Charles regarding
recharacterization of prepaid interest and
principal payments within certain loans (0.3).

| 07/21/06 A Jarvis | .25 | Conference call with Committees. |
|---|---|---|
| 07/21/06 B Kotter | .18 | Draft e-mail to M. Olsen regarding response to committees' joint request (.7). |
| 07/21/06 E Monson | .05 | Review e-mails from B. J. Kotter and M. Olson regarding joint committee requests (.2). |
| 07/21/06 E Monson | .07 | Review e-mail from R. Hilson on joint committee request and send reply (.2); Review additional e-mail response from R. Hilson (.1). |
| 07/21/06 S Strong | .30 | Participate in conference call with debtors' and committees' professionals regarding details of proposed distribution of funds (1.0); follow-up discussions with A. W. Jarvis regarding same (0.2). |
| 07/21/06 S Strong | .10 | Confer with S. C. Tingey regarding loan summary needed for committees (0.3); review email from S. C. Tingey to S. Steele regarding same (0.1). |
| 07/21/06 S Strong | .05 | Review emails from B. J. Kotter and USA staff regarding document production progress and logistics in responding to joint committee request (.2). |
| 07/25/06 A Jarvis | 1.15 | Meeting with FTDF and ECC committee members and professionals. |
| 07/25/06 A Jarvis | .32 | Meeting with Committees, potential bidder. |

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/25/06 B Kotter        .55  Conference with M. W. Pugsley regarding SEC
                              production issues and response to joint
                              committee request (.4); meet with IT regarding
                              duplication of CD/DVD's of documents (.3);
                              conference with S. C. Strong regarding document
                              production issues (.4); continue work on
                              cataloging documents and preparing response to
                              request (2.4).

07/25/06 R Madsen, II    .43  Review and revisions to privileged documents
                              log.

07/25/06 E Monson        .58  Conference with A. W. Jarvis, T. Allison and
                              representatives of First Trust Deed Committee
                              and Direct Lenders Committee and counsel
                              (2.3).

07/25/06 S Strong        .30  Review backup spreadsheets relating to June 30
                              investor statements and emails from S. Smith to
                              committees financial advisors regarding same,
                              and forward same to ECC counsel (.3).

07/25/06 S Strong        .08  Telephone conference with M. Kehl and J. Nugent
                              regarding revised Funding Requirements list for
                              committees (.2); exchange emails with M. Kehl
                              regarding Hilco appraisals requested by
                              committees (.1).

07/26/06 A Jarvis        .33  Telephone conference with S. C. Strong
                              regarding committee meetings, motion to
                              distribute funds, plan negotiations.

07/26/06 A Jarvis        .10  Correspondence with Committees on Motion to
                              Distribute.

07/26/06 A Jarvis        .08  Correspondence regarding motion to distribute,
                              recoupment issues.

07/26/06 B Kotter       2.65  Review CDs produced to SEC (.8); conference
                              with R. H. Madsen regarding continued privilege
                              review (.4); conference with E. A. Monson
                              regarding response to joint request (.3);
                              conference with R. Hilson regarding response
                              (.3); meeting with potential vendors (1.8);
                              obtain file from Gould and review for privilege
                              (1.6); continued work on response to committee
                              request   (5.4).

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/26/06 R Madsen, II    2.35 Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/26/06 E Monson         .20 Send e-mail to Brigid Higgins regarding
                              request for direct lender list (.2).

07/26/06 E Monson         .13 Review e-mail from S. Smith and drafts of
                              investor lists and send reply e-mails (.5).

07/26/06 E Monson         .05 Draft e-mail to S. Smith regarding direct
                              lender requests and lists of investors to
                              Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson         .30 Meet with R. Hilson, LePome, and S. Smith to go
                              over financial information requested in joint
                              committee requests (1.2).

07/26/06 E Monson         .40 Work on other issues involving joint committee
                              requests including discussions with R. Madsen
                              regarding privilege, confidentiality and
                              privacy issues (1.6).

07/26/06 E Monson         .05 Discussion with S. C. Strong on document
                              production issues (.2).

07/26/06 S Strong         .13 Exchange various emails with counsel for
                              committees regarding rescheduling weekly
                              conference call (0.2); confer with S. C. Tingey
                              regarding status of loan summaries requested by
                              committees (0.1); telephone conferences with B.
                              J. Kotter and E. A. Monson regarding issues in
                              responding to joint committees document
                              requests (0.2).

07/27/06 A Jarvis         .48 Conference call with four committees
                              regarding motion to distribute, Rio Rancho,
                              exclusivity, plan progress.

07/27/06 A Jarvis         .20 Telephone conference with G. Garman regarding
                              motion to distribute, extension to respond.

07/27/06 A Jarvis         .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis         .05 Correspondence with Committees regarding Rio
                              Rancho proposal.

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

| | | | |
|---|---|---|---|
| 07/27/06 | B Kotter | 2.20 | Continued review of loan files and corporate records for privilege (1.7); e-mail to A. W. Jarvis, S. C. Strong, S. C. Tingey regarding loan file from Gould Patterson (.4); work on response to committee's joint request in cooperation with E. A. Monson (4.4); including meeting with M. Olson (1.1); and other employees (.6); phone call with S. C. Strong regarding scope (.6). |
| 07/27/06 | R Madsen, II | 2.43 | Corporate document review and production with respect to various corporate entities, limited liability companies and other entities in response to joint committee request. |
| 07/27/06 | E Monson | .88 | Work on joint committee requests outlining status of what has been identified and what still need to be done (3.5). |
| 07/27/06 | E Monson | .07 | Review e-mail exchange involving Rob Charles, A. W. Jarvis and Natalee Tanner involving document request and scanning and discuss with B. J. Kotter (.3). |
| 07/27/06 | E Monson | .05 | Draft e-mail to S. Smith regarding sending out lists of people in funds to committee counsel and status of direct lender names (.2). |
| 07/27/06 | E Monson | .15 | Go through files in Vicki Loob's office to determine if responsive to request (.6). |
| 07/27/06 | E Monson | .13 | Conference with S. C. Strong and B. J. Kotter regarding Rob Charles e-mail exchange and document production (.5). |
| 07/27/06 | S Strong | .55 | Participate in weekly conference call with debtors and committees counsel regarding various pending issues (1.7); telephone conference with B. J. Kotter and E. A. Monson regarding progress in reviewing and preparing documents, and arranging logistics, for response to joint committees request (.5). |

Client No. 34585                                         Page:   12
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/28/06 B Kotter        1.25  Follow up with Natalie Tanner regarding imaging
                               request and draft e-mail to USA persons
                               regarding vendor inquiries (.6); review of
                               confidentiality agreements for S. C. Strong
                               (1.3); follow up on joint committee request
                               issues (1.4); legal research related to motion
                               to distribute replys (1.7).

07/28/06 S Strong         .23  Review email from M. Haftl with copies of all
                               executed confidentiality agreements with
                               potential DIP lenders and purchasers, as
                               requested by Committees, and confer with B. J.
                               Kotter regarding further review needed of
                               debtors reciprocal confidential obligations
                               respecting same (0.4); follow-up discussion
                               with B. J. Kotter regarding same (0.1);
                               telephone conference with M. Haftl regarding
                               appraisal documents requested by UCC member
                               (0.1); exchange emails with R. Charles
                               regarding same, follow-up call with J. Reed and
                               M. Haftl regarding same, and exchange follow-up
                               emails with A. W. Jarvis and M. Haftl regarding
                               same (0.3).

07/31/06 A Jarvis         .18  Conference call with committees regarding
                               exclusivity period extension, plan
                               negotiations, document production, motion to
                               distribute, funding requirements.

07/31/06 A Jarvis         .12  Correspondence with committee on plan
                               proposals; confidentiality agreement regarding
                               term sheet proposal.

07/31/06 B Kotter         .05  Conference with E. A. Monson regarding
                               production (.2).

07/31/06 E Monson         .50  Follow up with S. Smith regarding CD of
                               Direct Lenders in loans and review CD (.5).

07/31/06 E Monson         .10  Review e-mail from B. Higgins regarding
                               confidentiality agreement (short forms) (.1).

07/31/06 E Monson         .02  Draft e-mail to LeeAnn Weese regarding follow
                               up on joint committee requests for financial
                               information (.1).

07/31/06 E Monson         .20  Work on joint committee requests and review
                               e-mails from B. J. Kotter (.8).

```
Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/31/06 S Strong          .30 Review notes and prepare agenda for weekly call
                               with committees (0.3); participate in weekly
                               conference call with Committees (0.6);
                               telephone conference with S. Smith, J. Nugent
                               and A. W. Jarvis regarding issues raised on
                               weekly call (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                              $13,087.39

*"Exhibit F-18"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|------|-------------|-------:|
| 07/20/06 | Refund of Overpayment | (420.00) |
| 07/17/06 | Air Fare - - Bankcard Center | 240.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 256.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 158.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 753.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 131.30 |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 15.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 1505.89 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | (495.30) |
| 07/06/06 | Travel Expense - - Annette W. Jarvis | 614.56 |
| 07/06/06 | Travel Expense - - Ben Kotter | 281.60 |
| 07/06/06 | Travel Expense - - Steven C. Strong | 315.29 |
| 07/13/06 | Travel Expense - - Annette W. Jarvis | 79.22 |

```
Client No. 34585                                  Page:    2
Debtor USA Commercial Mortgage Co., et al.        August 25, 2006


07/13/06 Travel Expense - - Annette W. Jarvis          367.89
07/13/06 Travel Expense - - Annette W. Jarvis         1442.86
07/13/06 Travel Expense - - Annette W. Jarvis          464.43
07/27/06 Travel Expense - - Ben Kotter                 548.32
07/27/06 Travel Expense - - Ben Kotter                 474.50
07/10/06 Title Report - - Chicago Title Insurance Co.  500.00
07/11/06 Title Search - - First American Title Insurance  210.00
         Co.
07/11/06 Title Search - - First American Title Ins     294.48
         Company
07/11/06 Reversal from Void Check Number: 139938      (210.00)
         Bank ID: SLR Voucher ID: 225495
         Vendor: First American Title Insurance Co.
07/18/06 Search Fee - - LexisNexis Courtlink Inc.       17.50
07/06/06 Filing Fee - UCC - - Kevin G. Glade            20.00
07/31/06 Federal Express Charges                       464.85
07/31/06 Long Distance Telephone Charges                13.11
07/31/06 Postage                                        11.68
07/31/06 Database Legal Research                       6020.16
07/31/06 Facsimile Expense (Outgoing)                    4.00
07/31/06 Copying Expense                               215.40
07/31/06 Business Meal(s)                              285.37
07/31/06 Facsimile Long Distance Charges                 1.70
                                                  -----------

   TOTAL COSTS ADVANCED                           $15,219.51
```