Client No. 34585                                    Page:   21
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

                    separation (.9); conference with J. Atkinson regarding issues pertaining to IP dispute (.5); telephone conference with A. Jarvis regarding issues on impasse with IP attorneys (.4); conference and strategy sessions between E. Monson and B. Kotter regarding potential solutions to impasse with IP (2.0); multiple conferences with S. O'Connell and D. Griffith regarding suggested proposals and discussions regarding custody of documents (1.4); additional conference with J. Atkinson regarding status and custody conditions and requests from IP counsel (.6); final meeting with S. O'Connell and D. Griffith regarding IP documents separation (.4).

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/22/06 | A Jarvis | .40 | Telephone conference with J. Atkinson, S. C. Strong, and T. Allison regarding IP documents, fee applications. |
| 08/22/06 | A Jarvis | .80 | Telephone conference with Mesirow team and Ray Quinney & Nebeker lawyers regarding IP documents. |
| 08/22/06 | A Jarvis | .20 | Correspondence on IP documents. |
| 08/22/06 | B Kotter | 7.50 | Repeated conferences with E. A. Monson and A. T. Brinkerhoff regarding document separation issues (1.7); conference with J. Atkinson and E. A. Monson and A. T. Brinkerhoff regarding document separation (.6); Phone call with A. W. Jarvis regarding same (.4); draft e-mail explaining issues and position to A. W. Jarvis (1.3); work with opposing counsel regarding document separations (2.3); conference with R. Hilson and opposing counsel (1.2). |
| 08/22/06 | D Monson | .60 | Conference with S. Strong on Motion regarding prepaid interest (0.5); review Proof of Claim of lender and forward to C. Hurst (0.1). |
| 08/22/06 | E Monson | .70 | Conference with B. J. Kotter and A. T. Brinkerhoff regarding IP documents (.7). |
| 08/22/06 | E Monson | 1.00 | Conference with A. W. Jarvis, S. Smith, J. Atkinson, M. Haftl regarding IP document separation (1.0). |

Client No. 34585                                        Page:   22
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/22/06 E Monson          .90  Conference with Sarah O'Connell and Doug
                                Griffith regarding IP document separation
                                (.9).

08/22/06 E Monson          .50  Conference with J. Atkinson regarding issues
                                relative to IP documents (.5).

08/22/06 E Monson          .40  Conference with A. W. Jarvis regarding issues
                                involving issues relating to conflict
                                regarding IP document separation (.4).

08/22/06 E Monson         2.00  Conference with A. T. Brinkerhoff and B. J.
                                Kotter regarding impasse over IP document
                                separation (2.0).

08/22/06 E Monson         1.40  Multiple conferences with S. O'Connell and D.
                                Griffith regarding IP document separation
                                issues, suggested proposal and discussions
                                relating to custody (1.4).

08/22/06 E Monson          .60  Additional conferences with J. Atkinson
                                regarding status of discussions and custody
                                conditions (.6).

08/22/06 E Monson          .40  Meeting with J. Milanowski's counsel regarding
                                IP document separation (.4).

08/22/06 E Monson          .20  Discussion with Mark Olsen regarding custody
                                issues (.2).

08/22/06 E Monson          .40  Meeting with L. Weese regarding IP documents
                                (.4).

08/22/06 E Monson          .20  Discussion with S. C. Strong regarding issues
                                regarding Hall Financial assignments and
                                distributions.

08/22/06 S Strong          .80  Meet with D. M. Monson to discuss pre-paid
                                interest recovered from borrowers and pleading
                                for obtaining court determination regarding
                                debtors interest in same (0.5); voice message
                                to D. M. Monson regarding same (0.1); review
                                email from M. W. Pugsley regarding proposed
                                letter to J. Milanowski regarding IP documents,
                                and exchange emails with A. W. Jarvis regarding
                                same (.2).

Client No. 34585                                          Page:    23
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/23/06 A Brinkerhoff 3.00   Report to A. Jarvis on Las Vegas meetings
                              regarding document disputes (.4); report and
                              meeting with M. Pugsley regarding IP documents
                              (.4); conferences with E. Monson regarding
                              summary of understanding on IP documents (.5);
                              draft outline of arrangement pertaining to
                              documents in dispute and revisions following
                              conferences with E. Monson (1.1); transmittal
                              of summary of arrangement to D. Griffith, S.
                              O'Connell and R. Walker (.2); email to J.
                              Atkinson, M. Olson and S. Smith regarding
                              notification and compliance with arrangement
                              pertaining to documents in dispute (.4).

08/23/06 B Kotter      1.00   Brief conference with S. C. Strong regarding
                              document separation (.1); brief conference
                              with E. A. Monson regarding same (.2); read
                              and respond to various e-mails with A. T.
                              Brinkerhoff and E. A. Monson regarding
                              document separation issues (.7).

08/23/06 B Kotter      1.00   Exchange e-mails and telephone conference
                              with C. Hurst regarding loan summary sheet
                              (.4); review of Shea & Carlyon supplemental
                              declaration and e-mail A. W. Jarvis regarding
                              same (.6).

08/23/06 D Monson       .50   Review e-mails on Motion regarding prepaid
                              interests (0.1); discuss with A. Jarvis and S.
                              Strong on Motion regarding prepaid interest
                              (0.2); analysis of evidence needed for Motion
                              regarding prepaid interest (0.2).

08/23/06 E Monson       .90   Discussions with A. W. Jarvis, A. T.
                              Brinkerhoff and S. C. Strong regarding issues
                              on IP document separation (.9).

08/23/06 E Monson       .50   Review e-mail drafted by A. T. Brinkerhoff
                              regarding disputed documents and make comments
                              thereto (.5).

08/23/06 E Monson       .20   Send confidentiality agreements to T. Allison
                              for execution and draft accompanying e-mail
                              (.2).

08/23/06 E Monson       .40   Follow up and e-mail Jan Chubb's office
                              regarding issue on request for certain
                              appraisals (.4).

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/23/06 E Monson        .20  Follow up with Mesirow regarding obtaining
                              copies of appraisals for J. Chubb (.2).

08/23/06 E Monson        .30  Review e-mail from R. H. Madsen regarding
                              update to litigation list and attached report
                              (.3).

08/23/06 M Pugsley      3.60  Conference B. J. Kotter regarding IP documents
                              (.6); research regarding insurance claims in
                              bankruptcy (1.3); review insurance policies for
                              USA securities (.7); track down additional
                              policies and review same (1.0).

08/23/06 S Strong        .40  Confer with B. J. Kotter regarding status of
                              IP document review (0.2); confer with E. A.
                              Monson regarding same (0.1); review recent
                              correspondence regarding same (0.1).

08/23/06 S Strong        .40  Exchange emails with M. Olson discussing
                              various matters for Aug. 31 hearing (for
                              website) (0.4).

08/23/06 C Hurst        2.20  Access update docket, tickler calendar (1.7);
                              review, research upcoming calendar and office
                              conferences with S. C. Strong (.5).

08/23/06 L Okerlund     6.60  Prepare hearing binders.

08/24/06 A Brinkerhoff 4.50   Draft position memorandum relating to IP
                              document issues (2.0); outline of affidavits
                              (1.0); draft introduction for memorandum (.8);
                              preparation and transmittal of log to S. Smith,
                              M. Olson and J. Atkinson (.4); email to A.
                              Jarvis, S. Strong and E. Monson regarding
                              document dispute issues (.3).

08/24/06 A Jarvis        .20  Correspondence on prepaid interest claims.

08/24/06 A Jarvis        .30  Correspondence on IP document issues.

08/24/06 A Jarvis        .50  Correspondence on IP documents, proposals
                              regarding settlement of issues regarding
                              documents.

08/24/06 B Kotter        .80  Review of e-mail exchange and analyze issues
                              relative to document separation and
                              preparation for litigation over segregation
                              issues (.8).

Client No. 34585                                    Page:    25
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/24/06 D Monson        4.20  E-mail to S. Smith on outline of legal
                               arguments and evidentiary proof for Motion
                               regarding prepaid interest (0.9); analysis of
                               evidence needed and tracing research
                               requirements for Motion regarding prepaid
                               interest (.4); discussion with E. Monson on
                               evidence needed for Motion regarding prepaid
                               interest (0.4); review e-mails from S. Smith on
                               scheduling conference to discuss evidence for
                               Motion regarding prepaid interest (0.2); review
                               e-mail from S. Strong on legal arguments for
                               Motion regarding prepaid interest (0.1);
                               conference call with S. Smith, J. Atkinson, S.
                               Strong, E. Monson and A. Jarvis on Motion
                               regarding prepaid interest (2.2).

08/24/06 E Monson         .30  Review lengthy e-mail from D. M. Monson
                               regarding motion regarding prepaid interest
                               (.3).

08/24/06 E Monson         .30  Discussion with D. M. Monson regarding legal
                               issues relating to prepaid interest (.3).

08/24/06 E Monson         .30  Discussion with S. C. Strong regarding issues
                               relating to prepaid interest (.3).

08/24/06 E Monson        1.20  Review e-mails regarding conference call on
                               prepaid interest and participate in conference
                               call regarding same (1.2).

08/24/06 E Monson         .20  Review e-mail from S. C. Strong regarding issue
                               on prepaid interest (.2).

08/24/06 E Monson         .80  Start putting together research for motion
                               regarding prepaid interest (.8).

08/24/06 E Monson         .30  Review e-mail and attachment from C. Hurst
                               regarding upcoming motions and reply due
                               dates (.3).

08/24/06 E Monson        1.60  Review lengthy e-mail and attachment relating
                               to IP documents and send reply e-mail (1.0);
                               review e-mail from S. C. Strong to A. T.
                               Brinkerhoff e-mail (.1); review additional
                               e-mail from A. T. Brinkerhoff regarding IP
                               document issues from A. T. Brinkerhoff (.2);
                               review e-mail from A. T. Brinkerhoff on
                               document log and accompanying attachment (.3).

Client No. 34585                                          Page:   26
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006

08/24/06 S Strong        2.50  Review detailed email from D. M. Monson with
                               analysis of approach for obtaining
                               determination of USACMs right in prepaid
                               interest recovered from borrowers (0.3);
                               exchange emails with D. M. Monson, A. W.
                               Jarvis and E. M. Monson to coordinate further
                               efforts in researching and developing action
                               plan for same (0.2); confer with D. M. Monson
                               regarding same (0.1); confer with E. A.
                               Monson regarding related issues (0.6);
                               participate in telephone conference with S.
                               Smith, J. Atkinson, D. M. Monson and E. A.
                               Monson regarding same (0.6); review proposed
                               correspondence from A. T. Brinkerhoff to IP
                               attorneys regarding IP documents, and confer
                               with him regarding same (0.3); confer with E.
                               A. Monson regarding same (0.1); exchange
                               emails with E. A. Monson, A. W. Jarvis and A.
                               T. Brinkerhoff regarding same (0.3).

08/24/06 J Batestas      1.50  Search review email regarding David Fogg (1.2);
                               discussion with M. W. Pugsley regarding same
                               (.3).

08/24/06 C Hurst         2.70  Download/update docket; carefully review
                               against court calendar and tickler calendar;
                               office conference with L. Okerlund regarding
                               hearing binders and e-mail to parties
                               findings for 8/31 hearing date (1.4);
                               receipt, respond to telephone calls from
                               investors/parties; request information from
                               Mesirow regarding same (.8); monitor docket
                               updates and exchange e-mails regarding same
                               (.5).

08/24/06 L Okerlund      6.70  Prepare hearing binders, prepare proof of
                               claims files.

08/25/06 A Brinkerhoff   2.90  Review documents division lists and email to A.
                               Jarvis, S. Strong, E. Monson regarding Tanamera
                               documents and IP division of documents (.4);
                               conference with E. Monson regarding IP issues
                               (.4); initial research and draft of memorandum
                               opposing motion to compel delivery of disputed
                               documents (1.5); draft additional factual
                               paragraphs for memorandum (.6).

Client No. 34585                                           Page:   27
Debtor USA Commercial Mortgage Co., et al.                 October 23, 2006


08/25/06 B Kotter        .70 E-mail exchange with E. A. Monson regarding
                             document management and appraisal information
                             (.2); phone call with L. Dorsey and S. C.
                             Straight regarding issues and title (.5).

08/25/06 B Kotter        .60 Exchange e-mail between E. A. Monson and A. T.
                             Brinkerhoff regarding document separation
                             issues (.4); review e-mail from M. Olsen
                             instructing employees on protocol (.2).

08/25/06 B Kotter        .60 Continue revising dictation index of boxes
                             related to document separation (.6).

08/25/06 E Monson        .20 Review notice of continuing objection to motion
                             for payment of proceeds secured by Deeds of
                             Trust without reduction for nesting filed by
                             the UCC (.2).

08/25/06 E Monson        .30 Discussion with D. M. Monson regarding legal
                             issues on prepaid interest (.3).

08/25/06 E Monson        .20 Send e-mail to S. Smith regarding E. Elgart
                             letter and review reply (.2).

08/25/06 E Monson        .10 E-mail to J. Oriti regarding E. Elgart
                             documents (.1).

08/25/06 E Monson        .50 Review e-mail from J. Chubb's office
                             regarding additional request for appraisals
                             and copies of DL Confidentiality Agreements
                             (.5).

08/25/06 E Monson        .20 Send Hilco appraisals to Janet Chubb (.2).

08/25/06 E Monson       1.00 Work on Motion for continuing distributions
                             (1.0).

08/25/06 E Monson       1.00 Work on putting together information needed for
                             motion regarding prepaid interest (1.0).

08/25/06 E Monson        .20 Review letter from R. Charles and e-mail from
                             A. W. Jarvis regarding modifications to
                             motion on continuing distributions (.2).

08/25/06 E Monson        .30 Review e-mails from A. W. Jarvis and A. T.
                             Brinkerhoff on segregation of IP documents
                             and send replies (.3).

Client No. 34585                                          Page:    28
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


| 08/25/06 | E Monson | .30 | Discussion with A. T. Brinkerhoff regarding legal issues involving ownership of documents (.3). |

08/25/06 E Monson      .30   Discussion with A. T. Brinkerhoff regarding
                             legal issues involving ownership of documents
                             (.3).

08/25/06 E Monson      .20   Review e-mails from M. Olson regarding
                             custody issues involving IP documents (.2).

08/25/06 S Strong      .50   Telephone conference with J. McPherson
                             regarding coordination of various case
                             administration issues (0.5).

08/25/06 J Batestas   3.60   Search and review email of David Fogg (3.4);
                             discussion with M. W. Pugsley regarding same
                             (.2).

08/25/06 C Hurst      2.30   Receipt of new filings; update tickler
                             calendar; coordinate additions to hearing
                             binders with Lorri Okerlund (.8); prepare two
                             binders of abbreviated schedules (1.5).

08/25/06 L Okerlund   6.70   Prepare hearing binders, prepare claims files.

08/27/06 E Monson      .70   Work on modification to distribution motion.

08/27/06 J Batestas   2.00   Review email and documents of David Fogg.

08/28/06 A Brinkerhoff .70   Conference with E. Monson regarding
                             conference call with Milanowski counsel (.3);
                             conference with K. Applegate and E. Monson
                             regarding entities structure established by
                             J. Milanowski (.4).

08/28/06 A Brinkerhoff 1.60  Work on draft protective order (1.1);
                             conference with E. Monson regarding
                             protective order provisions (.2); conference
                             with E. Monson regarding privacy provisions
                             in protective order (.3).

08/28/06 B Kotter      .50   Review case management schedule for deadlines
                             and schedule (.3); review docket for S. C.
                             Strong for filings on fee applications (.2).

08/28/06 D Monson      .20   Discussion with E. Monson on Motion regarding
                             prepaid interest (0.1); review and forward to
                             E. Monson the Notice of Hearing for Robert
                             LePome's Motion to Distribute Loan Proceeds
                             (0.1).

Client No. 34585                                          Page:    29
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/28/06 E Monson        .90  Review several e-mails from J. Chubb and T.
                              Waldo regarding Hilco appraisals send and
                              additional requests for appraisals and send
                              replies (.9).

08/28/06 E Monson        .40  Follow up on new requests for appraisals
                              received from J. Chubb; review Rule 2019
                              statement and send e-mail to J. Chubb and J.
                              Waldo relating thereto.

08/28/06 E Monson       1.90  Work on drafting modification to motion to
                              distribute funds and review e-mails from A.
                              W. Jarvis and discuss with S. C. Strong (1.9).

08/28/06 E Monson        .50  Review and make changes to modification to
                              motion to distribute funds.

08/28/06 E Monson        .30  Check R. LePome Rule 2019 statement and draft
                              e-mail to M. Haftl and C. McClennan regarding
                              additional request for Hilco appraisal from
                              R. LePome (.3).

08/28/06 E Monson        .10  Draft e-mail to S. Smith regarding
                              modification to Motion to Distribute Funds
                              (.1).

08/28/06 E Monson        .60  Review e-mails from A. W. Jarvis regarding
                              conference to discuss IP document separation
                              and further discussions with A. T.
                              Brinkerhoff (.3); Additional discussions with
                              A. T. Brinkerhoff regarding IP document
                              issues and research needed (.3).

08/28/06 E Monson        .30  Meet with A. T. Brinkerhoff and discuss
                              protective order.

08/28/06 J Batestas      .70  Continue review of David Fogg documents (.6);
                              discussion with M. W. Pugsley regarding same
                              (.1).

08/28/06 C Hurst        4.30  Work on August 31st hearing binders (2.9);
                              update docket and tickler calendar (1.0);
                              receive, respond to calls, inquiries of
                              investors (.4).

Client No. 34585                                     Page:   30
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006


08/29/06 A Brinkerhoff 1.20  Conference with E. Monson regarding calls to
                             D. Griffith and R. Walker (.3); calls to D.
                             Griffith and B. Walker (.5); conference with
                             Clark regarding Ninth Circuit research (.4).

08/29/06 A Brinkerhoff  .60  Work on Protective Order.

08/29/06 C Clark       1.20  Research regarding ownership of documents.

08/29/06 A Jarvis       .30  Correspondence on investor inquiries.

08/29/06 E Monson       .10  Review e-mail from T. Waldo regarding
                             amending Rule 2019 statement for J. Chubb
                             (.1).

08/29/06 E Monson       .10  Review e-mail from C. McClellan regarding
                             Hilco appraisal on Standard property
                             development (.1).

08/29/06 E Monson       .20  Review e-mails from C. Kish regarding request
                             for Hilco appraisals by Niles L. and Nicholas
                             Steven and send reply (.2).

08/29/06 E Monson       .30  Review e-mail from S. C. Strong regarding
                             modification to distribution motion and
                             further discussion with S. C. Strong (.3).

08/29/06 E Monson       .50  Discussion with S. Smith regarding comments
                             to modification to distribution motion and
                             make revisions (.5).

08/29/06 E Monson       .70  Work on revising modification to motion to
                             distribute (.7).

08/29/06 E Monson       .40  Finalize and proof modification to motion to
                             distribute funds and send to Jeanette McPherson
                             for filing (.4).

08/29/06 E Monson       .50  Review e-mails from A. W. Jarvis and
                             discussions with A. T. Brinkerhoff regarding
                             calls to Doug Griffith and R. Walker to make
                             calls with A. T. Brinkerhoff and leave
                             messages (.5).

08/29/06 C Hurst       3.40  Continue work/update on 8/31 hearing binders
                             and update case cite binder (3.4).

Client No. 34585                                            Page:    31
Debtor USA Commercial Mortgage Co., et al.                 October 23, 2006


08/30/06 A Brinkerhoff 1.30 Meeting with C. Clark regarding Ninth Circuit
                           research (.3); calls to and from D. Griffith
                           (.3); call from D. Griffith regarding
                           possible settlement (.5); calls to E. Monson
                           (.2).

08/30/06 A Brinkerhoff  .90 Revisions to Protective Order (.9).

08/30/06 B Kotter       .40 Conference with A. T. Brinkerhoff regarding
                           dispute and conversations with D. Griffith and
                           the separation of IP documents (.4).

08/30/06 B Kotter       .90 Review of draft protective order (.8) and
                           conference with A. T. Brinkerhoff regarding
                           same (.1).

08/30/06 D Monson       .20 Review R. LePome Reply Brief in Support of
                           Distributions to Direct Lenders Without
                           Netting (0.2).

08/30/06 E Monson       .20 Review e-mail from T. Waldo and new Rule 2019
                           statement filed by Chubb's office (.2).

08/30/06 E Monson       .20 Review e-mails relating to order on cash (.2).

08/30/06 E Monson       .20 Review e-mails on comments of Committees on
                           modification to distribution motion and send
                           reply (.2).

08/30/06 E Monson       .20 Review e-mail from C. McClellan regarding
                           requested Hilco appraisal and forward
                           appraisal to R. LePome (.2).

08/30/06 E Monson       .10 Draft and send e-mail to M. Haftl and C.
                           McClellan regarding appraisal request (.1).

08/30/06 E Monson       .30 Follow up with Carrie Hurst regarding
                           preparation of litigation chart (.3).

08/30/06 E Monson      2.20 Conference with S. C. Strong and A. W. Jarvis
                           regarding plan issues and motion to
                           distribute and other issues to prepare for
                           hearing (2.2).

```
Client No. 34585                              Page:   32
Debtor USA Commercial Mortgage Co., et al.    October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/30/06 | C Hurst | 1.10 | Office conference with A. Tsu regarding claims forms and procedure; research large bankruptcy cases and forms for noticing of same; e-mail exchange with BMC regarding setting up meeting for claims procedure (.6); conferences, follow up, finalizing 8/31 hearing binders (.5). |
| 08/31/06 | A Brinkerhoff | 3.50 | Call to D. Griffith (.5); email to D. Griffith regarding document dispute (.6); emails to and from co-counsel regarding Milanowski document dispute (.4); draft discussion proposal for possible delivery to D. Griffith (1.7); conference with B. Kotter regarding discussion proposal (.2); conference with S. Strong regarding discussion proposal (.1). |
| 08/31/06 | A Jarvis | .50 | Conference with J. Atkinson, T. Allison, S. Smith, E. A. Monson, and B. Fasel regarding results of hearing, negotiations with bidders. |
| 08/31/06 | B Kotter | .70 | Review of e-mail from A. T. Brinkerhoff regarding position and conversation with Doug Griffith on IP document separation issues (.3); conference with A. T. Brinkerhoff regarding same and position statement and motion preparation (.4). |
| 08/31/06 | E Monson | .30 | Conference with S. C. Strong regarding events at Omnibus hearing and follow up (.3). |
| 08/31/06 | E Monson | .30 | Conference with S. C. Strong, T. Allison, and A. W. Jarvis regarding events at hearing and creditor issues (.3). |
| 08/31/06 | E Monson | .20 | Discussion with M. Haftl regarding addresses for employees (.2). |
| 08/31/06 | E Monson | .50 | Call A. T. Brinkerhoff regarding conversation with D. Griffith (.1); review e-mails from A. T. Brinkerhoff and S. C. Strong regarding IP document separation and send reply (.4). |
| 08/31/06 | S Strong | .40 | Telephone conference with J. McPherson to coordinate various upcoming court filings and administrative issues (0.4). |

Client No. 34585                                         Page:    33
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/31/06 S Strong          2.10  Research regarding procedural and substantive
                                 issues for determination of CMs interest in
                                 recovery of pre-paid interest from borrowers
                                 (2.1).

08/31/06 S Strong           .30  Review email and proposed letter from A. T.
                                 Brinkerhoff regarding IP document issues, and
                                 confer with him regarding same (.3).

08/31/06 C Hurst           1.00  Prepare S. T. Waterman Petition for Admission
                                 Pro Hac Vice.


  TOTAL FOR LEGAL SERVICES RENDERED                              $94,745.00

"*Exhibit G-2*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00002

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 08/01/06 | A Jarvis | .30 | Telephone conference with J. Suszot regarding Royal Hotel, title issues, payment on security interest. |
| 08/01/06 | S Strong | .60 | Review email from S. OConnell regarding issues for planned review of IP documents (.1), confer with B. J. Kotter and E. A. Monson regarding same (.2), email to M. W. Pugsley regarding same (.1), and responsive email to S. OConnell regarding same (.2). |
| 08/04/06 | A Jarvis | .40 | Conference with R. Walker regarding negotiations with IP regarding issues respecting Diversified loans. |
| 08/07/06 | S Tingey | 3.90 | Draft Notice of Interest regarding EPIC (0.6); draft Acknowledgement of Interest for Tree Moss regarding EPIC (0.3); conference call with M. Levinson, J. Hermann and A. W. Jarvis regarding Diversified (0.6); conference call with M. Levinson, J. Hermann and A. W. Jarvis regarding Diversified portfolio (2.4). |
| 08/08/06 | A Jarvis | .30 | Correspondence on Epic proposal. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/08/06 S Tingey        2.50  Communicate with S. C. Strong and A. W.
                               Jarvis regarding EPIC loan (0.2); review
                               issues regarding 10-90 demand letter (0.4);
                               memo to A. Stevens regarding 10-90 demand
                               (0.1); review loan summary information to be
                               delivered to committees (0.6); communicate
                               with A. W. Jarvis and S. C. Strong regarding
                               same (0.2); revise EPIC notices (0.4);
                               communicate with J. Hermann, M. Levinson and
                               A. W. Jarvis regarding EPIC notices (0.4);
                               telephone conference with R. Walker, attorney
                               for Milanowski regarding EPIC loan (0.2).

08/09/06 S Strong         .30  Review emails from A. W. Jarvis and E. A.
                               Monson regarding IP documents issues, and
                               confer with E. A. Monson regarding same (.3).

08/09/06 S Tingey         .90  Letter to R. Walker regarding EPIC (0.3);
                               conference with D. M. Monson regarding EPIC
                               demands (0.2); memo to E. J. Toscano regarding
                               EPIC title information (0.2); revise EPIC
                               Notices (0.2).

08/10/06 A Jarvis         .30  Correspondence regarding issues on Fiesta
                               Stoneridge and security interest on Roripaugh
                               Ranch.

08/10/06 A Jarvis         .30  Correspondence on Epic loan, negotiations
                               regarding IP interests.

08/10/06 S Tingey         .20  Memo to A. W. Jarvis and S. C. Strong regarding
                               EPIC (0.2).

08/11/06 S Strong         .60  Telephone conference with R. Walker regarding
                               various IP issues and requests (0.4);
                               telephone conference with R. Walker regarding
                               Bundy undisbursed funds (0.2).

08/11/06 S Strong         .50  Review email from M. Pugsley and research
                               memorandum from A. West regarding issues
                               concerning IP documents (0.3); review email
                               from M. W. Pugsley and letter from K. Breen
                               regarding dispute over IP documents (0.2).

08/12/06 S Strong         .30  Exchange emails with A. W. Jarvis regarding
                               issues raised in discussion yesterday with R.
                               Walker concerning IP (.3).

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/14/06 S Tingey          .30  Telephone conference with R. Walker, attorney
                                for McCormick regarding EPIC issues and 10-90
                                issues (0.3).

08/15/06 A Jarvis          .20  Correspondence regarding meeting with counsel
                                for J. Milanowski regarding IP.

08/15/06 S Tingey          .40  Conference with A. W. Jarvis and  S. C. Strong
                                regarding Transition Services Agreement issues
                                (0.2); conference with R. Walker (0.2).

08/16/06 A Jarvis         1.70  Conference with R. Walker regarding IP
                                assets, IP documents, plan issues.

08/17/06 A Jarvis          .50  Review of information on IP and
                                correspondence regarding same.

08/18/06 A Jarvis          .40  Telephone conference with R. Walker regarding
                                IP issues, meeting with Diversified, document
                                issues.

08/18/06 A Jarvis          .20  Correspondence with R. Walker regarding
                                documents, meeting with Diversified.

08/18/06 S Tingey         1.80  Revise letter to BySynergy (0.4); conference
                                with D. M. Monson regarding BySynergy (0.2);
                                review issue on Shamrock Towers (0.3); memo to
                                A. Stevens regarding same (0.1); review
                                BySynergy loan documents regarding security
                                issue (0.6); communicate with A. Stevens
                                regarding Interest Reserve depletion issue
                                (0.2).

08/21/06 A Jarvis          .40  Correspondence with M. W. Pugsley regarding
                                insurance policy.

08/21/06 S Strong          .40  Telephone conference with E. A. Monson
                                regarding IP document dispute, and exchange
                                emails with A. W. Jarvis regarding same (0.2);
                                review proposed letter from M. W. Pugsley
                                regarding security of documents, and confer
                                with A. W. Jarvis regarding same (0.2).

08/22/06 A Jarvis         1.40  Meet with M. Levinson regarding preparation
                                for negotiations with J. Milanowski on IP
                                issues.

```
Client No. 34585                                Page:    4
Debtor USA Commercial Mortgage Co., et al.      October 23, 2006
```

| 08/22/06 A Jarvis | 2.30 | Meet with M. Levinson and R. Walker regarding IP issues. (1/2 time) |
|---|---|---|
| 08/22/06 A Jarvis | .40 | Telephone conference with T. Allison and J. Atkinson regarding meeting on IP issues with J. Milanowski. |
| 08/22/06 A Jarvis | .40 | Conference with S. C. Strong regarding follow up needed to meeting between J. Milanowski and T. Allison and meeting with M. Levinson and R. Walker. |
| 08/22/06 A Jarvis | .30 | Correspondence on information needed after meeting with R. Walker. |
| 08/22/06 A Jarvis | .20 | Correspondence on pledged property. |
| 08/23/06 A Jarvis | .40 | Telephone conference with R. Walker and M. Levinson on IP issues, collection of receivable. (1/2 time) |
| 08/23/06 A Jarvis | .10 | Telephone call to T. Allison regarding IP issues. |
| 08/23/06 S Strong | .40 | Confer with A. W. Jarvis regarding collections from borrowers of interest prepaid to investors, and strategies for obtaining court ruling on same (0.1); discussion with A. W. Jarvis and D. M. Monson regarding same (0.3). |
| 08/24/06 A Jarvis | .20 | Correspondence on Royal Hotel, closing and payment per IP receivable. |
| 08/24/06 A Jarvis | .30 | Review of information from R. Walker and correspondence regarding same. |
| 08/25/06 S Strong | .20 | Review emails from A. W. Jarvis, A. T. Brinkerhoff, and M. Olson regarding Tanamera entities and documents (.2). |
| 08/25/06 S Strong | .20 | Review comments from M. Olson and A. W. Jarvis regarding letter requested by UCC concerning recovery of pre-paid interest (.2). |

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006


08/26/06 S Strong          .80  Review email from T. Allison regarding
                                proposed letter to investors regarding
                                pre-paid interest (0.1); review and revise
                                proposed letter, and send revisions to A. W.
                                Jarvis (0.7).

08/28/06 A Jarvis         2.00  Meeting with J. Milanowski, counsel, T. Allison
                                and Diversified professionals regarding IP
                                receivable, IP claims, settlement discussions.
                                (1/2 time)

08/28/06 M Pugsley         .50  Review insurance policies and forward to
                                counsel for creditors committee.

08/29/06 A Jarvis          .40  Conference call with Mesirow regarding letter
                                to investors on collecting back pre-paid
                                interest.

08/29/06 S Tingey          .40  Review issues regarding "equitable lien" filed
                                on Royal Hotel (0.4).

08/30/06 S Tingey          .20  Communicate with A. W. Jarvis regarding Royal
                                Hotel issues (0.2).

08/31/06 A Jarvis         2.30  Meeting with R. Walker and J. Milanowski, T.
                                Allison, and E. A. Monson regarding IP
                                assets, IP receivable (2.0); telephone
                                conference with J. Hermann and M. Tucker
                                regarding meeting with J. Milanowski (.3).

08/31/06 E Monson         1.00  Participate in conference with A. W. Jarvis, T.
                                Allison, S. Smith, R. Walker and J. Milanowski
                                to discuss estate issues and workout proposal.


TOTAL FOR LEGAL SERVICES RENDERED                            $9,305.50

"*Exhibit G-3*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No. *****

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

| | | | |
|---|---|---|---|
| 08/01/06 S Tingey | 1.30 | Conference with several paralegals regarding assembly information for third-party purchasers (0.8); review information to be provided (0.5). |
| 08/07/06 A Jarvis | .20 | Correspondence regarding confidential term sheet from bidder. |
| 08/10/06 S Strong | .30 | Review email from C. Pajak requesting form of confidentiality agreement used for proposed asset purchasers, locate and review same and send to her (.3). |
| 08/22/06 A Jarvis | .40 | Telephone conference with bidder's attorney. |
| 08/22/06 A Jarvis | .30 | Correspondence on bidders, excluded assets. |
| 08/22/06 A Jarvis | .20 | Further correspondence on bid, comments on same. |
| 08/23/06 A Jarvis | .20 | Conference call with J. Atkinson, S. C. Strong, and B. Fasel regarding potential bidders. |
| 08/23/06 A Jarvis | .30 | Conference call with potential lead bidder, negotiations on bid. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006


08/24/06 A Jarvis          .50 Conference call with J. Atkinson and B. Fasel
                               regarding offer of potential lead bidder.

08/24/06 A Jarvis          .20 Correspondence on potential asset purchaser.

08/24/06 A Jarvis          .30 Negotiations with bidder on retention of exit
                               fees.

08/26/06 A Jarvis          .50 Telephone conference with Mesirow, Ray
                               Quinney & Nebeker attorneys regarding
                               negotiations with lead bidder, plan issues.

08/29/06 A Jarvis          .30 Telephone conference with Mesirow regarding
                               finalizing lead bid.

08/30/06 A Jarvis          .40 Conference call with T. Allison regarding
                               asset bids, liquidation alternatives.


TOTAL FOR LEGAL SERVICES RENDERED                              $1,629.50

# "Exhibit G-4"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00004**

**Business Operations**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/06 | K Glade | 1.20 | E-mails regarding discussions on Hasley Canyon (0.2); e-mails regarding Palisades' request for title report information (0.2); related e-mail to Palisades Associate (0.2); additional e-mails regarding discussions with Hasley Canyon borrower (0.3); conferences with S. Strong regarding R. McKnight request (0.3). |
| 08/01/06 | A Jarvis | 1.30 | Telephone conference with D. M. Monson, S. C. Tingey, S. Smith, A. Stevens, J. Reed and M. Olson regarding default letters, collection actions. |
| 08/01/06 | A Jarvis | 1.50 | Conference with S. C. Strong regarding response to motion to distribute; review pleadings regarding same. |
| 08/01/06 | A Jarvis | 1.70 | Draft and revise reply to motion to distribute. |
| 08/01/06 | D Monson | 5.90 | Conference call with M. Kehl on Palm Harbor One loan and Gramercy loan workout proposal (0.4); conference call with M. Kehl, A. Stevens, J. Lilly, P. Borans and B. Sherr on Palm Harbor One loan issues (1.0); conference call with S. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

                     Smith, J. Reed, A. Stevens, M. Olson, S. Tingey
                     and A. Jarvis on Default Interest and
                     Exhaustion of Interest Revenue and Maturity
                     Notices for defaulted loans (1.5); review
                     multiple e-mails on Rio Rancho Loan funding
                     proposal (0.3); telephone call from M. Guymon
                     on Gramercy project and workout proposal (0.4);
                     e-mail to M. Olson and A. Stevens on Gramercy
                     loan and workout proposal (0.2); review M.
                     Olson e-mail comments on Gramercy loan workout
                     proposal (0.2); review preliminary title
                     reports for Gramercy project and 6425 Gess
                     Project (0.3); review and respond to M. Olson
                     e-mail and revised letter on Levin Hills Loan
                     Workout proposal (0.3); revise Motion to
                     Approve Additional Advance for Rio Rancho Loan
                     and Declaration of Robert Russell in Support,
                     and circulate for comments (0.4); conference
                     with A. Jarvis on Motion to Approve Additional
                     Advance for Rio Rancho Loan (0.2); revise
                     Second Amendment to Trust Deed and draft Second
                     Amendment to Loan Documents for Rio Rancho
                     Additional Advance, and circulate for comments
                     (0.5); begin draft of consent letter to Direct
                     Lenders for Rio Rancho Loan (0.2).

08/01/06 S Strong    9.10 Review email from P. Jacobi regarding investor
                     clients position on Motion to Distribute, and
                     email to L. Schwartzer and A. W. Jarvis
                     regarding same (0.2); review emails from L.
                     Davis and R. LePome regarding their clients
                     positions on same (0.2); meet with B. J. Kotter
                     to discuss research for Reply in support of
                     Motion to Distribute (0.2); further discussions
                     with B. J. Kotter regarding same (0.2); review
                     and analysis of various responses filed to
                     Motion to Distribute Funds, research and
                     analysis for Reply regarding same, and draft
                     and revise Reply (2.2); review statement of
                     facts compiled by S. Smith for Declaration in
                     support of same, revise and expand statement of
                     facts, and draft proposed Declaration in
                     support of Motion to Dismiss (1.7); meet with
                     A. W. Jarvis to discuss additional issues to
                     address in Reply and Declaration (1.3);
                     continue drafting and revising Reply and

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

Declaration in support of Motion to Distribute (2.9); circulate drafts of Reply and Declaration with comments to A. W. Jarvis and Mesirow team for review (0.2).

08/01/06 S Strong    .40  Review emails from D. M. Monson and L. Schwartzer regarding issues concerning additional funding of Rio Rancho loan (0.2); confer with A. W. Jarvis and D. M. Monson regarding same (0.2).

08/01/06 S Strong    .30  Review documents received today from M. Olson regarding Bundy Canyon funds still in escrow (.3).

08/01/06 S Tingey    1.00  Telephone conference with S. Smith, A. Stevens, M. Olson, A. W. Jarvis, D. M. Monson regarding demand letters and follow up with defaulted borrowers (1.0).

08/01/06 E Toscano    .30  Emails with K. G. Glade regarding title report updates; draft email to S. C. Tingey regarding same; meeting with S. C. Tingey to discuss same.

08/01/06 C Hurst    5.90  Download requests for Notice for master service list (.4); update event/tickler calendar (.4); office conference with S. C. Tingey regarding chart of loan file review and importing data from various resources; work on chart (5.1).

08/02/06 K Glade    2.20  Preparation for and participate in telephone call with Hasley Canyon borrower's counsel (0.8); subsequent review of documents (0.4); related e-mail to USA (0.3); e-mail to A. Jarvis on IP and Oak Valley Investors (0.3); e-mails regarding title report information for Palisades (0.8).

08/02/06 A Jarvis    .50  Telephone conference with B. Russell and T. Allison regarding Rio Rancho financing, Boise Gowan.

08/02/06 A Jarvis    .30  Telephone conference with B. Bullard, B. Russell and T. Allison regarding Rio Rancho funding.

Client No. 34585                                         Page:     4
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/02/06 A Jarvis          .20  Telephone conference with D. M. Monson
                                regarding Rio Rancho funding proposal.

08/02/06 A Jarvis          .20  Telephone conference with T. Allison
                                regarding collection issues.

08/02/06 A Jarvis          .30  Messages to and from B. Bullard and J. Gordon
                                regarding funding of Rio Rancho, terms and
                                procedures for loan.

08/02/06 A Jarvis          .70  Review and revise motion on Rio Rancho
                                funding; conference with D. M. Monson
                                regarding same.

08/02/06 A Jarvis          .30  Correspondence on Oak Valley.

08/02/06 D Monson         6.70  Review and respond to e-mail from L.
                                Schwartzer on release of claims for Rio
                                Rancho loan workout, and review e-mails from
                                A. Jarvis on waiver of claims (0.4);
                                conference with S. Tingey on Interest Reserve
                                exhaustion letters and Palm Harbor Loan
                                documents on funding issues (0.3); revise
                                draft of Consent Letter of Direct Lenders for
                                Rio Rancho Loan to Fertitta proposed
                                Additional Advance, and circulate for comment
                                (1.1); multiple discussions with A. Jarvis on
                                Rio Rancho Loan Additional Advance Term
                                Sheet, Motion to Approve Additional Advance
                                for Rio Rancho Loan, and Second Amendment to
                                Loan Documents, and circulate for review and
                                comments (1.1); telephone call from A.
                                Stevens and e-mail to A. Stevens on Interest
                                Reserve exhaustion and interest payment
                                demand letter to Borrowers (0.2); e-mails
                                with B. Bullord of Fertitta on Additional
                                Advance Term Sheet, and telephone call from
                                B. Bullard's assistant (0.4); review e-mails
                                from L. Schwartzer on Rio Rancho Loan and
                                Additional Advance and comments on
                                documentation (0.4); further revise and
                                finalize Motion to Approve Additional Advance
                                for Rio Rancho Loan and Second Amendment to
                                Loan Documents, and e-mails and telephone
                                call to L. Schwartzer on filing motion and
                                shortening time for hearing (1.3); e-mails to

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006

                        T. Allison and A. Jarvis and other Debtor
                        officers on status of Rio Rancho Loan
                        Additional Advance and consent letter to
                        Direct Lenders (0.4); e-mails to R. Russell
                        and S. Scann on Rio Rancho Loan and Fertitta
                        offer (0.2); telephone call to J. Reed on Rio
                        Rancho Project Appraisal (0.1); telephone
                        call to S. Scann on Rio Rancho Loan
                        Additional Advance and R. Russell Declaration
                        (0.3).

08/02/06 S Strong       .80 Confer with D. M. Monson and A. W. Jarvis
                        regarding Rio Rancho funding issues and
                        status of motion regarding same (0.2); review
                        various emails from D. M. Monson, and revised
                        draft of Fertitta term sheet regarding same
                        (0.3); review draft motion for approval of
                        same (0.3).

08/02/06 S Strong       9.10 Review comments from S. Smith and M. Kehl to
                        draft of Reply regarding motion to distribute
                        and continue revising and expanding Reply
                        (1.7); telephone conference with S. Smith
                        regarding distribution figures and
                        calculations (0.6); confer with B. J. Kotter
                        regarding status of additional research
                        needed for same, review his research
                        summaries, and incorporate legal points and
                        authorities into Reply regarding motion to
                        distribute (2.6); review additional responses
                        received to motion to distribute, sur-reply
                        filed by FTD committee, and objection to same
                        filed by Diversified committee, and make
                        further revisions to Reply regarding motion
                        to distribute (1.9); further telephone
                        conferences with S. Smith regarding
                        calculations and figures used in Reply, and
                        review emails from her regarding same (0.5);
                        review proposed exhibits to Declaration in
                        support of motion to distribute, confer with
                        S. Smith regarding same, review replacement
                        exhibit, and assemble and transmit exhibits
                        to local counsel for filing (0.9); make final
                        revisions to Reply, and transmit to local
                        counsel for filing (0.8).

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006

08/02/06 S Tingey        1.10 Draft form letter to borrowers regarding
                              exhaustion of interest reserve (0.6);
                              conference with paralegal regarding data
                              assembled for third parties (0.2); review
                              chart of data (0.3).

08/02/06 E Toscano        .30 Locate and forward all pdf files and emails
                              of updated title reports to K. G. Glade.

08/03/06 K Glade         6.00 Draft e-mail to T. Allison regarding IP and Oak
                              Valley Investors (0.3); responsive e-mails
                              (0.1); e-mails with USA regarding Hasley Canyon
                              title report (0.2); review proposed payoff on
                              the Hasley Canyon (0.3); draft e-mail to A.
                              Stevens on Hasley Canyon (0.3); draft e-mail to
                              A. Stevens regarding Hasley Canyon payoff and
                              related issues (0.8); e-mail to Hasley Canyon
                              borrower's counsel (0.2); draft responsive
                              e-mail to Palisades regarding litigation report
                              and activity (0.8); review notice of trustee's
                              sale on Fox Hills and Fox Hills title report
                              and draft related e-mail to USA (1.5); draft
                              e-mail to A. Jarvis regarding requests from
                              Palisades (0.2); review Ocean Atlantic
                              materials and draft proposed notice of
                              subordinate financing to direct lender (0.8);
                              draft related e-mail to A. Stevens (0.3); draft
                              e-mail to C. Scully regarding Colt Gateway
                              loans (0.3); draft e-mail to Palisades
                              regarding title reports (0.3).

08/03/06 A Jarvis         .20 Correspondence on Oak Valley, IP issues.

08/03/06 A Jarvis         .40 Correspondence on Rio Rancho proposal,
                              funding issues.

08/03/06 A Jarvis         .40 Telephone conference with M. Schmall
                              regarding motion to distribute settlement of
                              objection of Dr. Kantor (.2); follow up
                              e-mails regarding information requested by M.
                              Schmall (.2).

08/03/06 A Jarvis         .60 Correspondence regarding issues on Rio
                              Rancho/Fertitta proposed funding.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/03/06 D Monson        8.40  Review voice mail messages from A. Jarvis, J.
                               Gordon and B. Bullard on changes to Fertitta
                               Term Sheet and Amendment to Motion to Approve
                               Additional Advance for Rio Rancho Loan (0.3);
                               review e-mail from M. Olson on response to
                               discounted payoff fro Glendale Towers
                               Partners, Urban Housing Alliance and 3685 San
                               Fernando Road Loans (0.2); telephone call
                               from A. Stevens on Rio Rancho Additional
                               Advance consent issues and disbursement
                               issues (0.2); further revisions to Fertitta
                               Term Sheet and forward revisions to B.
                               Bullard (0.4); review documentation from A.
                               Stevens on current Direct Lenders for Rio
                               Rancho Loan (0.2); telephone calls from S.
                               Scann on Rio Rancho Additional Advance issues
                               (0.7); revise Direct Lender Consent Letter
                               for Rio Rancho Loan and forward to M. Olson,
                               T. Allison and A. Jarvis for review (0.7);
                               review e-mails from M. Olson on approval of
                               Nevada Mortgage Lending Division to Rio
                               Rancho Loan Additional Advance, and respond
                               to M. Olson (0.6); review appraisal
                               information for Rio Rancho Loan (0.3);
                               telephone call from M. Olson on Direct
                               Lenders Consent Letter for Rio Rancho Loan
                               Additional Advance (0.3); review e-mails from
                               M. Olson and A. Stevens on Direct Lenders
                               Consent Letter for Rio Rancho Loan Additional
                               Advance (0.3); draft Amended Motion for
                               Authority for Additional Loan Advance for Rio
                               Rancho Loan, circulate to interested parties,
                               and forward to L. Schwartzer for filing
                               (0.8); revise Declaration of R. Russell and
                               e-mail to S. Scann, Rio Rancho Additional
                               Advance (0.5); telephone calls from B.
                               Bullard, forward e-mail to Rio Rancho
                               Additional Advance issues (0.5); review
                               e-mail from B. Bullard, forward e-mail to Rio
                               Rancho attorney, and respond to e-mail from
                               B. Bullard (0.4); telephone call to J.
                               Gordon, Executory Contract Committee
                               attorney, on Rio Rancho Motion to Approve
                               Additional Advances (0.2); finalize consent
                               letter to Direct Lenders on Rio Rancho

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006

                        Additional Advance with comments from B.
                        Bullard and J. Gordon (0.5); review Amended
                        Fertitta Term Sheet (Rio Rancho Loan) from B.
                        Bullard (0.3); review source documents for
                        list of existing Direct Lenders and verify
                        addresses for Direct Lenders, and telephone
                        call to A. Stevens to reconcile addresses,
                        and supervise Notices sent to Direct Lenders
                        of Additional Advance for Rio Rancho Loan
                        (0.5); review and respond to e-mail from M.
                        Olson on documentation to Commissioner Brice
                        for approval of Rio Rancho Loan Additional
                        Advance (0.5).

08/03/06 S Tingey       1.00  Telephone conference with A. Stevens
                              regarding default letters and procedure
                              (0.3); conference with paralegal regarding
                              loan file chart to be provided to
                              third-parties (0.2); revise and review loan
                              chart (0.5).

08/03/06 E Toscano       .30  Meeting with the IT people to format pdf
                              documents for forwarding same; organize and
                              forward pdfs of all title reports, etc., to
                              K. G. Glade.

08/04/06 K Glade         .60  Telephone call with J. Reed regarding IP
                              collateral position and related instructions
                              to A. Hansen regarding e-mail information
                              (0.4); e-mail to A. Stevens regarding Ocean
                              Atlantic (0.2).

08/04/06 B Kotter       1.70  Continued legal research on subsection 553
                              issues (1.7).

08/04/06 D Monson       1.70  Telephone call with J. McPherson on Rio
                              Rancho loan Additional Advance notices and
                              Gramercy loan workout proposal (0.2); review
                              S. Scann e-mail on Rio Rancho loan motion and
                              hearing deadline (0.1); telephone call to S.
                              Scann on Rio Rancho loan additional advance
                              issues and hearing date (0.3); e-mail to M.
                              Stone and A. Stevens on Rio Rancho loan
                              additional advance loan documentation and
                              title insurance issues (0.4); e-mails from S.

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006

|            |            |      |                                                                |
|------------|------------|------|----------------------------------------------------------------|
|            |            |      | Scann on scheduling Rio Rancho loan hearing and R. Russell Declaration (0.2); telephone call from J. McPherson on notice of hearing on Rio Rancho Loan Additional Advance, and coordinate with A. Hansen on sending notice to Direct Lenders (0.4); review e-mail from S. Strong on result of hearing and Order on Partial Releases for all loans (0.1). |
| 08/04/06   | S Strong   | .20  | Email to D. M. Monson regarding Rio Rancho expedited hearing granted, and partial release motion granted (0.1); email to L. Schwartzer regarding orders on motions granted (0.1). |
| 08/04/06   | S Tingey   | 1.40 | Telephone conference with A. Stevens regarding communication with borrowers regarding interest reserve payments (0.2); analyze issues regarding interest reserve depletion (1.2). |
| 08/07/06   | K Glade    | 5.90 | E-mails regarding Hasley Canyon payoff (0.3); conference with S. Tingey regarding Hasley Canyon payoff (0.3); telephone call with title company handling Fox Hills foreclosure (0.3); e-mails to USA seeking Fox Hills information (0.3); draft letter to Hasley Canyon's borrowers counsel (0.3); e-mails with A. Stevens and A. Kimborough regarding Fox Hills (0.4); review Fox Hills subordination agreement (0.3); telephone call from B. Day regarding Fox Hills foreclosure (0.2); telephone call to G. Sawyers (attorney for foreclosing lender on Fox Hills) (0.2); e-mail to A. Jarvis regarding Fox Hills foreclosure (0.2); review Fox Hills documents (0.7); draft demand letter to G. Sawyers regarding Fox Hills foreclosure (0.8); draft letter regarding Hasley Canyon payoff (0.8); related e-mails with A. Stevens, M. Kehl and J. Nugent (0.5); draft e-mail regarding letter to senior lender on Fox Hills and regarding possible title company claim (0.3). |
| 08/07/06   | A Jarvis   | .40  | Conference with S. C. Strong regarding issues on motion to distribute and Bundy Canyon; review correspondence regarding same. |

Client No. 34585                                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.                         October 23, 2006

08/07/06 A Jarvis        .30  Correspondence and conference with K. G.
                              Glade regarding Fox Hills foreclosure.

08/07/06 A Jarvis        .40  Correspondence with T. Allison regarding
                              meeting with borrowers.

08/07/06 A Jarvis        .50  Correspondence regarding Fertitta funding of
                              Rio Rancho, hearing issues, committee
                              information request.

08/07/06 A Jarvis        .40  Correspondence regarding Sheraton loan
                              collection efforts.

08/07/06 A Jarvis        .40  Correspondence on Epic loan collections
                              efforts.

08/07/06 D Monson       6.80  Review and respond to e-mail from E. Starr,
                              Fertitta's attorney, on Rio Ranch Loan (0.2);
                              e-mail from M. Stone on Fertitta Additional
                              Advance Loan documents, and forward draft
                              loan modification documents to M. Stone
                              (0.2); respond to e-mail from A. Jarvis on
                              Cottonwood Partners Loan (0.1); telephone
                              call from R. Russell on Rio Rancho Additional
                              Advance (0.2); e-mail to R. Russell and P.
                              Connaghan on Rio Rancho Additional Advance
                              (0.2); review and revise Certificates of
                              Service for Rio Rancho Loan Notice of Hearing
                              and Motion and Amended Motion (0.2); discuss
                              process for responding to loan payoff
                              requests with S. Tingey and K. Glade (0.2);
                              telephone calls from E. Starr (Fertitta
                              Attorney) on Rio Rancho Additional Advance
                              (0.3); telephone calls to P. Connaghan on Rio
                              Rancho Loan Order and Rio Rancho Loan
                              documents (0.5); review proposed Order on Rio
                              Rancho Loan Additional Advance prepared by S.
                              Scann (0.3); discussion with K. Glade on Fox
                              Hills foreclosure and automatic stay issues
                              (0.1); review letter from Commonwealth Title
                              on Gramercy loan title insurance defense
                              (0.2); revise draft order on Rio Rancho Loan
                              Additional Advance, and e-mails to P.
                              Connaghan, E. Starr and L. Schwartzer on
                              finalizing order and committee approval
                              (0.4); telephone call from M. Olson on Nevada