Client No. 34585                                      Page:    11
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006

Mortgage Lending Division approval for Rio Rancho Loan (0.2); telephone call from T. Clark, Direct Lender for Rio Rancho Loan (0.3); e-mail with P. Connaghan on Rio Rancho Loan Advance and Mortgage Lending Division approval, and review e-mail from M. Olson and review Division approval (0.4); revisions to Second Amendment to Loan Documents and Second Amendment to Deed of Trust for Rio Rancho Loan Additional Advance (0.3); conference call with P. Connaghan and E. Starr on Rio Rancho Additional Advance loan documents and proposed Order (0.3); draft Order on Partial Release Authorization for all Portfolio loans (0.8); draft Escrow Instructions Letter on Rio Rancho Additional Advance (0.7); review and respond to G. Garman e-mail on Direct Lender Notice on Rio Rancho Additional Funding (0.3); review e-mails between E. Starr and L. Schwartzer on Nevada Division approval of Rio Rancho Additional Advance and Order (0.2); review and respond to e-mail from A. Jarvis on repayment of Ashby $7.2 million loan (0.1).

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/07/06 | E Monson | .20 | Review emails from S. C. Tingey and A. W. Jarvis regarding issues on Cottonwood Hills loan (.2). |
| 08/07/06 | S Strong | 2.60 | Exchange emails with B. Berry and M. Olson regarding status of funds in escrow on Bundy $7.5 million loan (0.2); exchange emails with M. Stone regarding same (0.2); review and analysis of loan documents regarding investors and various fundings for this loan (1.1); telephone conference with B. Berry regarding same (0.3); telephone with S. Acosta of Chicago Title regarding same (0.2); confer with A. W. Jarvis regarding same (0.2); begin drafting motion regarding same (0.3); email to S. Smith regarding distributions on this loan (0.1). |
| 08/07/06 | S Strong | 2.30 | Review emails from A. W. Jarvis and L. Schwartzer regarding Standard Properties lawsuit in Florida against direct lenders (0.1); telephone conference with L. Schwartzer regarding same (0.2); confer with |

```
Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

|  |  |  |  |
|---|---|---|---|
|  |  |  | D. M. Monson regarding same (0.1); review email from and telephone conference with M. Olson regarding same (0.2); review Relief from Stay motion and objections regarding same, draft proposed explanation of debtors position on lawsuit, and circulate to M. Olson, A. W. Jarvis, L. Schwartzer and Mesirow for review (1.1); review emails from L. Schwartzer and D. M. Monson regarding same (0.1); confer with A. W. Jarvis regarding edits to proposed explanation (0.2); revise proposed explanation and send to M. Olson for use in communications with investors (0.3). |
| 08/07/06 | S Strong | .60 | Review prior order on partial releases and recent motion and papers for additional Partial Release authority, and begin drafting new order (0.4); confer with D. M. Monson regarding same (0.1); exchange emails with M. Kehl regarding same (0.1). |
| 08/07/06 | S Strong | 1.30 | Review prior order on cash usage and recent motion and related papers regarding same (0.3); draft proposed order on continuing use of cash, and circulate same for internal review (0.9); review L. Schwartzer comments regarding same (0.1). |
| 08/07/06 | S Strong | .30 | Review motion and papers regarding interim fee procedures, and begin drafting proposed order regarding same (0.3). |
| 08/07/06 | S Strong | .20 | Review L. Schwartzers draft of proposed order on distributions, and confer with A. W. Jarvis regarding same (.2). |
| 08/07/06 | S Strong | 1.80 | Telephone conference with S. Smith regarding Collection Account reconciliation issues (0.5); review and analyze backup spreadsheets regarding loan-by-loan allocation of Collection Account funds as of petition date (1.2); confer with A. W. Jarvis regarding same (0.1). |

Client No. 34585                                          Page:    13
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/07/06 S Tingey        2.10  Review information regarding Cottonwood Hills
                               loan (0.3); revise information to be given to
                               third parties regarding loan portfolio analysis
                               (1.2); telephone conference with J. Reed (0.2);
                               review issues regarding Shamrock Towers loan
                               (0.4).

08/08/06 K Glade         1.50  E-mail regarding Hasley Canyon (0.1); telephone
                               call with Fox Hills lienholder regarding
                               foreclosure (0.2); prepare package of Fox Hills
                               documents for lienholder (0.6); e-mails
                               regarding Hasley Canyon payoff issue (0.4);
                               e-mails from Fox Hills lienholder (0.2).

08/08/06 D Monson        6.10  Revisions to draft Order Authorizing Ordinary
                               Course Release for all of the Loan Portfolio
                               and memo to S. Strong on review and
                               circulation of Order (0.4); revisions to
                               draft Escrow Instructions Letter, and review
                               disbursement schedules for Rio Rancho
                               Additional Advance, and circulate
                               Instructions Letter for review (0.9); review
                               e-mail from P. Connaghan on Rio Rancho Order
                               (0.1); e-mail to M. Kehl on draft Order on
                               Ordinary Course Releases, Palm Harbor Loan
                               status, and Gramercy Loan workout proposal,
                               and review M. Kehl response (0.3); review
                               amended approval from Nevada Mortgage Lending
                               Division for Rio Rancho Additional Advance
                               and e-mail from M. Olson (0.2); e-mail to E.
                               Starr and P. Connaghan on signed Loan
                               documents for Rio Rancho Additional Advance
                               (0.1); e-mail to L. Schwartzer on circulating
                               proposed Order on Ordinary Course Releases
                               (0.2); e-mail to E. Starr and P. Connaghan on
                               disbursement issues for Rio Rancho Additional
                               Advance (0.3); telephone call from B. Sherr
                               (Palm Harbor One attorney) on partial
                               releases order (0.1); telephone call from P.
                               Connaghan on Order on Rio Rancho Advance and
                               e-mails from P. Connaghan, C. Carlyon, B.
                               Higgins and L. Schwartzer on Order revisions
                               (0.6); review e-mail from E. Starr (Fertitta
                               attorney) on Amended Motion and Amended
                               Fertitta Term Sheet, and e-mail Amended
                               Motion to E. Starr (0.3); review e-mail from
                               B. Higgins on documentation of notices to
                               Direct Lenders for Rio Rancho Additional
                               Advance, gather Federal Express documentation

Client No. 34585                                          Page:    14
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

and copies of information sent to Direct
Lenders, and forward to B. Higgins (0.5);
review e-mail from M. Kehl on Palm Harbor One
loan (0.1); review e-mails from M. Stone and
A. Stevens and revise Escrow Instructions
Letter, and telephone call to M. Stone on
revised Escrow Instructions Letter (0.9);
e-mail to Fertitta attorney, Borrower
attorney, and USA personnel on revised Escrow
Instructions (0.3); e-mail to A. Stevens on
review of requested reimbursements by
Borrower for Rio Rancho Additional Advance
(0.1); review signed Order on Rio Rancho
Additional Advance and send to M. Stone for
forwarding to title company (0.2).

| 08/08/06 S Strong | .20 | Review emails regarding Rio Rancho funding motion (.2). |
| 08/08/06 S Strong | .50 | Further analysis of allocations of pre-petition Collection Account balance, and discussions with S. Smith and T. Allison regarding same (.5). |
| 08/09/06 A Jarvis | 3.50 | Meeting with Ashby regarding repayment of loans, security interest in equity. |
| 08/09/06 A Jarvis | .30 | Correspondence on Rio Rancho, Standard Development. |
| 08/09/06 A Jarvis | 1.00 | Conference with Ashby regarding Oak Mesa, Stoneridge. |
| 08/09/06 D Monson | 3.00 | Review e-mails from M. Stone on closing details for Rio Rancho Additional Advance (0.3); telephone call from B. Sherr, attorney for Palm Harbor One borrower (0.2); check docket sheet for status of entry of Ordinary Course Partial Releases Order (0.1); e-mail to E. Starr and P. Connaghan on Rio Rancho Additional Advance Escrow Instructions from M. Stone to First American Title for Rio Rancho Additional Advance (0.1); review draft letter from M. Olson on Urban Housing Alliance Loans and offer fro discounted payoff, and e-mail to M. Olson thereon (0.8); review e-mails from P. Connaghan and E. Starr on funding of Rio Rancho Additional Advance |

Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

|  |  |  |
|---|---|---|
|  |  | (0.3); e-mail to T. Allison on funding of Rio Rancho Additional Advance (0.1); telephone conference with B. Bullard, E. Starr, M. Olson, A. Stevens, and M. Stone on Rio Rancho Additional Advance funding and additional documentation (0.3); review e-mails from M. Stone and M. Olson on Fertitta funding for Rio Rancho Additional Advance (0.2); discuss Epic loan and Acknowledgement of Interest issues with S. Tingey (0.1); review and respond to e-mail from M. Stone on Rio Rancho Loan Additional Advance funding (0.2); review e-mail from A. Stevens on counterproposal on Gramercy loan (0.1). |
| 08/09/06 S Strong | 1.30 | Review email from M. Kehl and telephone conference with him regarding assignments to Hall Financial (0.2); voice message to M. Olson regarding same (0.1); review USACMs Nev. Mortgage license and Nev. Statute regarding restricted activities respecting nonperforming loans (0.8); telephone conference with M. Olson regarding same (0.2). |
| 08/09/06 S Strong | 1.20 | Revise proposed order regarding distributions, circulate same for internal review, and telephone conference with A. W. Jarvis regarding same (1.2). |
| 08/09/06 S Strong | .20 | Review voice message from M. Antoni of Chicago Title regarding Bundy escrow (0.1); review voice message from B. Berry regarding same (0.1). |
| 08/09/06 E Toscano | .80 | Review email and attachments from S. C. Tingey for request for an additional updated title report; research to locate title company and contact; telephone call with Justin Holyoak at First American Title in Riverside; telephone call to S. C. Tingey; draft email with request for reports to Justin Holyoak. |
| 08/10/06 K Glade | 2.30 | Telephone call with P. Mort (borrower's counsel) regarding interest calculation on Hasley Canyon (0.1); related telephone calls with A. Stevens regarding Hasley Canyon interest calculation (0.4); review Mesirow |

Client No. 34585                                           Page:   16
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006

                    accounting documentation and other materials
                    related to Hasley Canyon payoff (0.6);
                    subsequent telephone call with P. Mort (0.3);
                    telephone call with G. Sawyer regarding 1st
                    lien foreclosure on Fox Hills and proposal
                    regarding automatic stay (0.2); related
                    conference with S. Strong (0.1); draft
                    responsive e-mail to G. Sawyer (lienholders
                    counsel) rejecting proposal (0.3); subsequent
                    e-mail from G. Sawyer (0.1); draft notice to
                    the title insurer regarding Fox Hills
                    foreclosure (0.3).

08/10/06 A Jarvis       .30  Correspondence on Rio Rancho funding.

08/10/06 D Monson      3.90  E-mail to A. Jarvis and S. Strong on Direct
                    Lender consents for Rio Rancho Additional
                    Advance (0.1); telephone conference with M.
                    Olson and S. Strong on Rio Rancho Loan
                    Additional Advance and Direct Lender Consents
                    (0.2); discussions with S. Strong on Rio
                    Rancho Direct Lender Consents for Rio Rancho
                    Additional Advance (0.2); conference with S.
                    Strong on Standard Property Development Loan
                    workout issues (0.1); conference with S.
                    Strong on requests from Hall FInancial to
                    recognize assignments of Direct Lender
                    interests in loans, and review Loan Servicing
                    Agreement for assignment provisions (0.3);
                    discussion with S. Strong on process for
                    obtaining Direct Lender consents and majority
                    rule issues for loan portfolio (0.2); e-mail
                    to A. Stevens on Standard Property
                    Development Loan interest, and review e-mails
                    from Standard Property Development attorney
                    (0.3); telephone call from A. Stevens on
                    Standard Property Development Loan interest,
                    and review e-mail from A. Stevens on loan
                    history (0.2); e-mail to M. Kehl on
                    Commonwealth response to tender of title
                    insurance claim for Gramercy loan (0.2);
                    lengthy e-mail to J. Pengilly on
                    counterproposal for Gramercy Court Loan
                    workout, and review summary of key points for
                    counterproposal of Debtor from A. Stevens and
                    finalize counterproposal terms (2.1).

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/10/06 S Strong          1.40  Confer with K. G. Glade and D. M. Monson
                                 regarding Hall assignment issues (0.3);
                                 telephone conference with F. Wright regarding
                                 assignments to Hall Financial and debtors
                                 proposed treatment of same (0.4); email to S.
                                 Smith and M. Kehl regarding same (0.2);
                                 confer with E. A. Monson regarding same
                                 (0.2); email to F. Wright regarding same
                                 (0.3).

08/10/06 S Strong           .70  Receive further comments to proposed order on
                                 Motion to Distribute, revise same and
                                 circulate revised draft to Committees (.7).

08/10/06 S Tingey          1.90  Review loan agreement on loans with interest
                                 reserve questions and analyze issues (1.3);
                                 memo to A. Stevens regarding interest reserve
                                 depletion issues (0.6).

08/11/06 K Glade            .70  Telephone call with S. Smith regarding
                                 interest calculation on Hasley Canyon (0.4);
                                 related telephone call with J. Nugent (0.1);
                                 conference with S. Strong regarding providing
                                 Mesirow interest summaries to borrowers
                                 (0.1); e-mail to S. Smith regarding Hasley
                                 Canyon interest calculations (0.1).

08/11/06 D Monson           .60  Review e-mail from S. Tingey on Interest
                                 Reserve funding issues for various loans
                                 (0.1); review and respond to e-mail from M.
                                 Stone on Rio Rancho Loan Additional Advance
                                 (0.1); e-mail to E. Starr on Rio Rancho Order
                                 and second notice to Direct Lenders (0.2);
                                 begin review of draft Agreement from E. Starr
                                 on Rio Rancho Additional Advance (0.2).

08/11/06 S Strong           .20  Telephone conference with M. Schmal, investor
                                 counsel, regarding status of motion to
                                 distribute and issues reserved for next
                                 hearing (0.2).

08/11/06 S Strong           .40  Make further revisions to proposed order
                                 regarding continued use of cash based on
                                 internal comments received, and circulate
                                 proposed order to Committees for review (.4).

08/11/06 S Strong           .20  Review R. Charles comments to proposed order
                                 on Motion to Distribute (.2).

Client No. 34585                                          Page:    18
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

08/11/06 S Tingey          1.00   Revise Memo regarding interest depletion
                                  issues (0.8); telephone conference with J.
                                  Reed regarding loan information for third
                                  parties (0.2).

08/12/06 D Monson           .60   Review and revise draft of Agreement to
                                  (document) Additional Advance for Rio Rancho
                                  Loan (0.6).

08/14/06 K Glade           1.90   Draft letter to title insurer on the Fox
                                  Hills regarding possible claim on policy
                                  (0.5); review foreclosure materials (Stephen
                                  Sloan) related to Fox Hills (0.3); e-mail to
                                  S. Smith and A. Stevens regarding interest
                                  accrual issue on Hasley Canyon (0.3); e-mail
                                  to J. Reed regarding 10-90 loan collateral
                                  and overlap with Investment Partners security
                                  agreement in favor of debtors (0.3); e-mail
                                  to A. Stevens regarding discussions with
                                  Ocean Atlantic regarding subordinate
                                  financing (0.3); conference with co-counsel
                                  regarding interest accrual issues regarding
                                  Hasley Canyon (0.2).

08/14/06 A Jarvis           .60   Correspondence with S. Smith regarding
                                  resolution of dispute regarding $9 million.

08/14/06 D Monson          4.70   Telephone call to A. Stevens on Rio Rancho
                                  Loan Order and Supplemental documents (0.2);
                                  discuss Amesbury/Hatters Point partial
                                  release issue with A. Stevens (0.1); review
                                  e-mail on Rio Rancho Loan Additional Advance
                                  documentation (0.2); review Rio Rancho draft
                                  agreement from E. Starr to implement Rio
                                  Rancho Additional Advance and compare with
                                  Rio Rancho Order, Rio Rancho Motion, and
                                  Fertitta Amended Term Sheet for consistency
                                  and additional terms needed for draft
                                  agreement (1.0); review additional Direct
                                  Lender documents from A. Stevens and adapt
                                  documents for use for Fertitta additional
                                  advance for Rio Rancho Loan (0.7); revisions
                                  to Rio Rancho Additional Advance draft
                                  Agreement from E. Starr (1.9); review e-mails
                                  from A. Stevens on Amesbury/Hatters Point
                                  partial release request and settlement
                                  statement (0.2); review and respond to

Client No. 34585                                          Page:    19
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

|  |  |  |
|---|---|---|
|  |  | e-mails from M. Olson on Direct Lender Notice to P. Bogart for Rio Rancho Additional Advance (0.3); review e-mail from M. Olson on Amesbury/Hatters Point Loan maturity date issues (0.1). |
| 08/15/06 | K Glade | 2.80 E-mail to S. Steele regarding Hasley Canyon payoff (0.1); telephone call with S. Steele and A. Stevens regarding Hasley Canyon interest accrual (0.3); subsequent telephone call with A. Stevens (0.1); draft e-mail to counsel for Hasley Canyon borrower regarding interest accrual (0.2); telephone call with Ocean Atlantic's counsel regarding subordinate financing (0.2); review Ocean Atlantic title report and subordination agreements (0.8); e-mail to Ocean Atlantic's counsel regarding request for subordinate lending (0.3); telephone call with S. Steele and A. Stevens regarding Hasley Canyon interest accrual issue and review related spreadsheets (0.4); conferences with S. Tingey and E. Monson regarding general issues regarding interest accrual calculations (0.3); e-mail to C. Scully regarding Colt Gateway (0.1). |
| 08/15/06 | A Jarvis | .80 Correspondence with S. Smith regarding resolution of $9 million; review chart regarding same. |
| 08/15/06 | A Jarvis | .20 Correspondence on Ashby conference call. |
| 08/15/06 | B Kotter | .50 Review and exchange e-mail regarding IP documents and conference with E. A. Monson regarding same (.5). |
| 08/15/06 | D Monson | 3.50 Additional revisions to Rio Rancho Loan Additional Advance Agreement, and e-mail to E. Starr (Fertitta attorney) on revised Agreement on Rio Rancho Loan Additional Advance (0.7); review and respond to e-mail from A. Stevens on Gramercy Loan partial releases (0.2); letter to Commonwealth Title Insurance Company on Gramercy Loan partial releases (0.5); e-mail to A. Stevens on Direct Lender documents for Fertitta |

Client No. 34585                                          Page:    20
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

                    Additional Advance for Rio Rancho Loan, and
                    review response from A. Stevens (0.3); review
                    e-mail from M. Stone on Rio Rancho Loan
                    Additional Advance (0.1); e-mail to Lia
                    Dorsey on status of Partial Releases proposed
                    Order (0.2); telephone call from A. Stevens
                    and M. Olson on Amesbury/Hatters Point Loan
                    Partial Release, and review settlement
                    statements (0.3); e-mail and telephone call
                    from A. Stevens on recording of Mortgage as
                    additional collateral on Meadow Creek loan
                    Guarantor's residence, review mortgage, and
                    responsive e-mail to A. Stevens (0.5); review
                    and respond to M. Olson e-mail on request for
                    Default Notices on non-performing loans from
                    Direct Lenders, discuss issue with S. Tingey,
                    and review Loan Servicing Agreement language
                    (0.7).

08/15/06 E Monson      .30 Follow up on partial release order with D. M.
                           Monson and review drafts of order and e-mails
                           from D. M. Monson (.3).

08/15/06 S Tingey     2.70 Review notice regarding Huntsville loan (0.3);
                           review Huntsville documents (0.8); telephone
                           conference with M. Olson regarding Huntsville
                           (0.3); draft letter to attorney for senior
                           lienholder on Huntsville property (0.3); review
                           Huntsville documents regarding borrower's
                           requirements to provide financial information
                           (0.4); draft letter to borrower regarding
                           financial information (0.6).

08/16/06 K Glade       .60 Draft e-mail to Hasley Canyon attorney (Akin
                           Gump) regarding interest accrual issues (0.6).

08/16/06 K Glade      1.40 Prepare for and participate in telephone call
                           with A. Stevens and J. Reed regarding Bean
                           Rivage, B & J Investment, BySynergy, Windham,
                           Colt Gateway, Epic, Sheraton and 10-90 loans
                           (1.2); e-mails regarding B & J Investment
                           with A. Stevens (0.1); e-mails with A.
                           Stevens regarding L. Kush guaranty claim
                           (0.1).

08/16/06 A Jarvis      .50 Meeting with S. Smith regarding resolution of
                           the $9 million issue on the motion to
                           distribute; review information regarding same.

Client No. 34585                                        Page:    21
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006


08/16/06 A Jarvis          .50  Conference with S. Smith regarding issues on
                                distribution of funds.

08/16/06 D Monson          .70  E-mails to Amber Morgan on additional copies
                                of Direct Lender Notices for Rio Rancho
                                Additional Advances (0.1); review docket
                                sheet to check for entry of Order on
                                Authority to Grant Partial Releases (0.1);
                                telephone call from M. Kehl on status of Palm
                                Harbor One loan (0.1); review and respond to
                                e-mail from M. Kehl on Palm Harbor One loan
                                status (0.1); review and respond to e-mail
                                from M. Olson on Power of Attorney issue for
                                Direct Lender for Marlton Square Loan (0.2);
                                review e-mail from M. Stone on Power of
                                Attorney for Marlton Square Direct Lender
                                (0.1).

08/16/06 S Tingey         4.40  Review issues regarding Shamrock Towers loan
                                (0.8); memo to A. Stevens (0.9); revise demand
                                to borrower on Huntsville loan regarding
                                financial information and communicate with M.
                                Olson regarding same (0.6); conference call
                                with J. Reed and A. Stevens and K. G. Glade
                                regarding problem loan strategy and issues
                                (1.0); draft letter to borrower regarding
                                BySynergy loan (0.3); review correspondence
                                from guarantor and USA regarding Saddleback and
                                analyze claim v. guarantor regarding Saddleback
                                (0.8).

08/17/06 K Glade           .40  E-mails from A. Jarvis regarding subordinate
                                financing on Stoneridge (Capital Land
                                Investors) (0.2); conference with S. Tingey
                                regarding Fox Hills notice of foreclosure and
                                similar violations of the automatic stay
                                (0.2).

08/17/06 A Jarvis          .30  Correspondence on Marlton Square.

08/17/06 A Jarvis          .70  Correspondence regarding discussion with
                                Ashby on Fiesta Stoneridge problems.

08/17/06 D Monson         2.00  Exchange e-mail with M. Stone on Marlton
                                Square loan and Power of Attorney issue
                                (0.2); telephone call from M. Stone on
                                Marlton Square loan and Power of Attorney and
                                Correction of Debtor records issues (0.2);

Client No. 34585                                          Page:    22
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

                            e-mail to E. Starr on Rio Rancho Loan
Additional Advance Agreement (0.1); review
and respond to e-mails from B. Bullard and E.
Starr on Rio Rancho Loan Additional Advance
Agreement (0.2); telephone call and e-mail
from interested party for purchasing loan
portfolio (0.2); e-mail to A. Jarvis and S.
Strong on Marlton Square loan and correcting
Debtor records on Direct Lenders, and review
S. Strong response (0.2); review Direct
Investor documents for First Trust Deed Fund
for the Marlton Loan, and e-mail to T.
Allison on documentation and review T.
Allison response (0.4); e-mail from M. Olson
on Amesbury/Hatters Point partial release
issue (0.1); telephone call from E. Starr on
Rio Rancho Loan Additional Advance Agreement,
and forward draft Agreement to S. Scann and
P. Connaghan for Borrower review (0.2);
e-mail to M. Olson, A. Stevens and M. Stone
on Rio Rancho Loan Additional Advance and
Fertitta Corporate Resolution (0.2).

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/17/06 | E Monson | .20 | Review e-mail from M. W. Pugsley regarding access to building and other rights under the Lease. |
| 08/17/06 | E Monson | .40 | Work with Mesirow on participating in conference call with Joe Milanowski's attorneys. |
| 08/17/06 | S Tingey | 2.60 | Letter to R. Walker, attorney for Milanowski regarding EPIC (0.2); revise letter to Huntsville / West Hills Park regarding financial information (0.2); revise letter to BySynergy regarding escrow instructions (0.9); telephone conference with M. Weibel and M. Anglin, attorneys for first lienholder on Huntsville property (0.2); obtain information and documents and transmit to M. Anglin with memo regarding Huntsville property (0.4); telephone conference with title company regarding BySynergy (0.2); memo to M. Stone regarding BySynergy (0.2); memo to title company regarding BySynergy (0.3). |

Client No. 34585                                          Page:    23
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/18/06 K Glade          2.20 E-mails with A. Jarvis regarding telephone
                               call on Roripaugh Ranch (0.2); review Capital
                               Land Investors documents for prospect of
                               second lien (0.3); participate in telephone
                               call regarding Roripaugh Ranch and proposal
                               for second lien on Stoneridge (1.7).

08/18/06 A Jarvis         2.00 Conference call with Ashby and Diversified
                               Committee regarding Ashby loans, collection
                               of same, security interest in Ashby projects.

08/18/06 A Jarvis          .20 Correspondence on Standard Property
                               Development issues.

08/18/06 D Monson         2.10 Review e-mails from A. Stevens and M. Stone
                               on Rio Rancho Additional Advance
                               documentation (0.2); e-mail from A. Jarvis on
                               Ashby loan issues (0.1); review e-mail from
                               Amesbury/Hatters Point borrower on partial
                               release dispute and M. Olson response (0.2);
                               e-mail to J. Atkinson and B. Faisal on
                               inquiry from potential buyer of loan
                               portfolio (0.1); telephone call from M. Stone
                               on Direct Lender documentation for Marlton
                               Square loan and DIP signature block (0.2);
                               e-mails to Lia Dorsey on circulation of
                               proposed Partial Releases Order, and
                               telephone call to A. Housey on Partial
                               Releases Order (0.2); review e-mails on
                               interest reserve depletion notices to
                               Borrowers with delinquent interest (0.2);
                               review e-mails on Binford Medical Towers
                               interest reserve depletion and funding issues
                               (0.2); review and respond to e-mail from M.
                               Stone on Rio Rancho Additional Advance
                               documentation (0.1); e-mail to A. Morgan on
                               Direct Lender notices for Rio Rancho
                               Additional Advance (0.2); review e-mail on
                               Brookmere loan maturity default notice (0.1);
                               review documents on Levin Hills Loan proposal
                               workout (0.1); review e-mails on Gramercy
                               Court loan and possible workout (0.2); review
                               e-mails on status of default letters for
                               nonperforming loans (0.1).

08/18/06 E Monson          .20 Follow up on status of partial release motion
                               with L. Dorsey and D. M. Monson.

Client No. 34585                                     Page:   24
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


| 08/21/06 A Jarvis | .40 | Conference with S. C. Strong regarding potential modifications to motion to distribute, issues with respect to ordinary course motion, communications with committees. |
|---|---|---|
| 08/21/06 A Jarvis | .30 | Correspondence on reserve for distribution. |
| 08/21/06 A Jarvis | .20 | Correspondence on ordinary course motion. |
| 08/21/06 A Jarvis | .30 | Correspondence on Standard Properties issues, funding requirements. |
| 08/21/06 A Jarvis | .50 | Correspondence on continued motion to distribute. |
| 08/21/06 A Jarvis | .30 | Correspondence on Bundy Canyon loans. |
| 08/21/06 A Jarvis | .30 | Correspondence on lien issues. |
| 08/21/06 D Monson | 1.10 | Review e-mail from A. Stevens on Binford Medical loan (0.1); telephone call from M. Stone on signature blocks for loan documents with debtors as signatories (0.2); review and respond to e-mail from A. Jarvis on list of loans which USA Investment Partners has an interest (0.1); review e-mail from B. Bullard with Bob Russell comments on Rio Rancho Additional Advance Agreement, and forward to Rio Rancho attorneys and USACM personnel (0.1); revise Rio Rancho Additional Advance Agreement and Corporate Authorization Certificate for Fertitta (0.5); e-mail to S. Scann and P. Connaghan on Rio Rancho Additional Advance Agreement (0.1). |
| 08/21/06 E Monson | .20 | Discussion with S. C. Strong regarding Lone Star and its questions on confidentiality agreement (.2). |
| 08/21/06 E Monson | .50 | Review e-mails and discussions with S. C. Strong regarding issues on orders to be enforced and Hall Financial confidentiality agreement and distribution issues (.5). |
| 08/21/06 S Strong | 1.70 | Review status of purported post-petition assignments of loan interests to Hall Financial, and exchange emails with and send documents to M. Kehl regarding same (0.5); review and analysis of assignment documents |

Client No. 34585                                          Page:   25
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


and emails from F. Wright of Hall regarding
same (0.7); confer with A. W. Jarvis and
exchange emails with S. Smith regarding
possible holdbacks on certain distributions
due to purported assignments to Hall (0.3);
review investor statements relating to
assignments to Hall (0.4).

08/21/06 S Strong      2.10 Review email from L. Dorsey regarding status
of proposed order on motion to distribute,
and review status of same (0.2); telephone
conference with E. A. Monson regarding same
(0.2); review prior emails from committees
counsel with comments to same, review and
revise current draft of order, review email
from S. Smith with calculations for reserves
relating to same (0.8); telephone conference
with her regarding same (0.2); further revise
order and send revised draft to local counsel
for circulation to parties in interest (0.4);
review follow-up emails from various counsel
with further comments to proposed order on
distribution (0.3).

08/21/06 S Strong       .20 Telephone conference with B. Berry regarding
status of Bundy Canyon $250k funding in
escrow (.2).

08/22/06 K Glade        .40 E-mail regarding Sheraton Hotel information
(0.1); e-mail regarding status of Ocean
Atlantic and status of Hasley Canyon (0.3).

08/22/06 A Jarvis       .30 Correspondence regarding billings, motion to
distribute funds, investor inquiries, success
fees.

08/22/06 A Jarvis       .20 Conference with S. C. Strong regarding
process, costs, follow up
information/research for motion to distribute.

08/22/06 A Jarvis       .40 Correspondence on order on motion to
distribute.

08/22/06 A Jarvis       .30 Correspondence on updating of loan servicing
system, upcoming distributions.

08/22/06 A Jarvis       .40 Correspondence on documents on Oak Valley.

Client No. 34585                                      Page:   26
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006


08/22/06 A Jarvis        .20  Conference with K. G. Glade regarding issues
                              respecting Oak Valley.

08/22/06 A Jarvis        .30  Correspondence on employee issues.

08/22/06 A Jarvis        .20  Conference with S. C. Strong regarding
                              ordinary course of business issues,
                              operational questions.

08/22/06 D Monson       1.50  Telephone call from M. Olson on Rio Rancho
                              Additional Advance (0.1); e-mails to B.
                              Bullard and B. Russell and their attorneys
                              and USACM contacts with the redline copies
                              and execution copies of Rio Rancho Additional
                              Advance Agreement and related documents and
                              instructions for finalizing the final funding
                              (0.5); review e-mail from M. Kehl on Partial
                              Releases Order and e-mail to L. Schwartzer's
                              office on status of proposed order (0.2);
                              telephone call from M. Olson, M. Stone and A.
                              Stevens on coordination of signed documents
                              and closing for Rio Rancho Loan Additional
                              Advance funding (0.2); telephone call from A.
                              Stevens on ordinary course non-recourse
                              assignments of loans in connection with full
                              payoffs (0.2); telephone call from A. Stevens
                              on default interest rate time of accrual for
                              matured loans serviced by USACM, and review
                              forms of Promissory Note and Loan Agreement
                              (0.2); review e-mail from A. Stevens on
                              closing issues for Rio Rancho Loan Additional
                              Advance (0.1).

08/22/06 S Strong       2.10  Exchange voice messages with investors
                              counsel A. Abrams regarding interim
                              distribution questions and matters to be
                              heard Aug. 31, and telephone conference with
                              him regarding same (0.3); telephone
                              conference with investors counsel M. Schmahl
                              regarding language in proposed distribution
                              order and related issues (0.3); send email to
                              reviewing parties regarding requested edit to
                              language of distribution order, and review
                              responses (0.3); review various responses and
                              final comments from various counsel regarding
                              proposed order on distribution, and exchange
                              further emails regarding same (0.4);
                              telephone conference with S. Smith regarding

Client No. 34585                                          Page:   27
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

|            |           |      |                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|-----------|------|---|

affect of 10-day appeal period on motion to distribute (0.2); exchange emails with L. Schwartzer regarding same (0.2); review email from M. Olson regarding timing of distributions, confer with A. W. Jarvis regarding same, and send email to M. Olson regarding delay in getting order entered (0.4).

08/22/06 S Strong     1.00   Review email from S. Smith regarding problems with proposed cash usage order and restrictions, and telephone conference with her regarding same (0.3); revise proposed order regarding cash usage and send draft to S. Smith and others on Mesirow team regarding same (0.4); exchange follow-up emails with S. Smith regarding approval for proposed order regarding cash usage, and send same to local counsel for circulation to committees (0.3).

08/23/06 K Glade      2.10   Review Hasley Canyon payoff proposal with related e-mails to group (0.8); e-mail regarding direct lender issues on Hasley Canyon (0.4); conference with S. Strong regarding Hasley Canyon proposal (0.2); prepare summary of collateral on 10-90 loan and post-bankruptcy IP security interest (0.4).

08/23/06 A Jarvis      .20   Correspondence on Standard Development loan.

08/23/06 A Jarvis      .30   Correspondence regarding motion to distribute funds.

08/23/06 A Jarvis      .50   Conference call with Ashby and Diversified professionals regarding repayment of Ashby loans, collection of IP receivable.

08/23/06 A Jarvis      .20   Correspondence on letter to lenders in Standard Development.

08/23/06 A Jarvis      .20   Correspondence on ordinary course releases.

08/23/06 A Jarvis      .90   Telephone conference with T. Allison regarding plan issues, pension plan termination.

Client No. 34585                                         Page:    28
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/23/06 D Monson        2.80  Review e-mails from Rob Charles, A. Jarvis
                               and S. Smith on Unsecured Creditors Committee
                               comments on Partial Releases Order (0.4);
                               review Unsecured Creditors Committee comments
                               on Partial Releases Order, compare with
                               circulated copy of proposed Order, analysis
                               of differences (0.4); discuss Partial
                               Releases Order and Committee comments with S.
                               Strong and A. Jarvis (0.2); e-mails with M.
                               Kehl on Partial Releases Order (0.2); e-mail
                               from A. Jarvis on letter to Standard Property
                               Development Loan Direct Lenders (0.1); draft
                               letter to Standard Property Loan Direct
                               Lenders, discuss with A. Jarvis, revise
                               letter, and forward to G. Garman (0.8);
                               telephone call from A. Stevens on Exit Fee
                               for 3685 San Fernando Road and Urban Housing
                               Alliance Loans (0.2); telephone call from A.
                               Stevens on request for modification on 5055
                               Collwood Loan, and review e-mails with
                               requested modification documents (0.3);
                               telephone call from P. Connaghan on Rio
                               Rancho Loan Additional Advance Agreement
                               (0.2).

08/23/06 S Strong         .70  Further review of Hall Financial assignment
                               documents and investor statements of
                               assignors (0.5); telephone conference with F.
                               Wright of Hall regarding same (0.2).

08/23/06 S Strong         .40  Review emails from R. Charles, L. Schwartzer,
                               S. Smith and A. W. Jarvis regarding draft of
                               order on Ordinary Course Releases (0.2); send
                               email to D. M. Monson regarding same and
                               confer with him regarding dealing with
                               proposed changes to order (0.2).

08/24/06 K Glade          .80  E-mail to A. Jarvis regarding Hasley Canyon
                               proposal (0.2); e-mail to A. Stevens
                               regarding Ocean Atlantic proposal (0.2);
                               e-mails from A. Jarvis regarding additional
                               thoughts on Hasley Canyon proposal (0.2);
                               e-mail from S. Smith regarding thoughts on
                               Hasley Canyon proposal (0.1); e-mail from A.
                               Jarvis regarding Tree Moss (Epic) (0.1).

08/24/06 A Jarvis         .50  Conference with S. C. Strong regarding motion
                               to distribution, plan provisions.

Client No. 34585                                        Page:   29
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006

08/24/06 A Jarvis        .70 Conference call on motion to distribute funds.

08/24/06 A Jarvis        .20 Correspondence on ordinary course motion.

08/24/06 A Jarvis        .40 Correspondence on Hasley Canyon proposal.

08/24/06 A Jarvis        .30 Correspondence on motion to distribute funds.

08/24/06 A Jarvis        .60 Review Ashby documents and correspondence
                             regarding same.

08/24/06 A Jarvis        .30 Correspondence on motion to distribute funds.

08/24/06 A Jarvis        .50 Correspondence on order on motion to
                             distribute funds.

08/24/06 D Monson        .30 E-mail with A. Stevens on Gramercy
                             counteroffer (0.1); e-mail from A. Stevens on
                             Levin Hills workout proposal (0.1); telephone
                             call from A. Stevens on 5055 Collwood Loan
                             and subordination request (0.1).

08/24/06 S Strong       2.10 Review more investor statements relating to
                             loan interests purportedly assigned to Hall
                             Financial and Halls assignment documents
                             (0.5); telephone conference with S. Smith
                             regarding distributions relating to same
                             (0.2); telephone conference with M. Olson
                             regarding Nevada regulatory issues with
                             assignments in nonperforming loans (0.2);
                             review Nevada statute regarding same (0.4);
                             draft explanatory email to Halls counsel F.
                             Wright regarding same (0.4); exchange
                             follow-up emails with S. Smith regarding same
                             (0.3); review electronic docket and
                             Distribution Order as entered, and email same
                             to S. Smith and M. Olson (.1).

08/25/06 B Bauman       1.30 Researched law regarding Board of Directors
                             authority.

08/25/06 K Glade        1.10 Telephone call with C. Scully regarding offer
                             of payoff on HFA loans (0.2); review summaries
                             regarding HFA loans (0.3); draft e-mail to
                             group summarizing HFA offer (0.3); e-mail to
                             and from M. Olson regarding scheduled loan
                             workout conference call (0.3).

Client No. 34585                                          Page:    30
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/25/06 D Monson        1.90  Review and respond to M. Stone e-mail on
                               status of Rio Rancho Additional Advance
                               Agreement (0.2); review and respond to M.
                               Stone e-mails on Status of Partial Releases
                               Order with respect to payoff of J. Jireh loan
                               (0.2); conference with S. Strong on status of
                               Partial Releases Order and comments from R.
                               Charles (0.1); review e-mail from L. Dorsey
                               on revised Partial Releases Order from R.
                               Charles (0.2); review K. Glade e-mails on
                               offer for discounted payoff of HFA loans
                               (0.3); review and respond to e-mail from M.
                               Olson on meeting to discuss legal issues for
                               remaining Loan Servicing Portfolio (0.3);
                               telephone message to A. Stevens on status of
                               Partial Releases Order (0.1); review e-mail
                               from M. Olson on Gramercy loan
                               counterproposal and status of related unpaid
                               loans connected to T. Suttles (0.1); review
                               e-mail from A. Stevens on 5055 Collwood Loan
                               and subordination request (0.2); review
                               letter from M. Guymon on Gramercy loan and
                               7425 Gess Loan (0.2).

08/25/06 S Strong         .40  Review email from M. Olson regarding Hall
                               Financial assignment issues (0.2); email to
                               M. Olson and S. Smith regarding same (0.2).

08/25/06 S Strong         .50  Confer with E. A. Monson regarding procedures
                               for ongoing distributions (0.3); review and
                               forward emails to her with relevant docs and
                               information for drafting supplement regarding
                               Motion to Distribute (0.2).

08/26/06 D Monson        1.00  Review loan documents for the three of The
                               Gardens loans for analysis of any cross-default
                               provisions (0.3); review loan documents and
                               Subordination Agreement for 5055 Collwood Loan
                               and request from Comerica Bank for consent to
                               modification to existing senior loan (0.7).

08/28/06 B Bauman        1.70  Continued research on Director's ability to
                               delegate; meeting with Gary Winger regarding
                               same.

Client No. 34585                                           Page:   31
Debtor USA Commercial Mortgage Co., et al.                 October 23, 2006


08/28/06 K Glade          .80 E-mails with Hasley Canyon borrower regarding
                              offer for discounted payoff with related
                              e-mail to Mesirow and USA (0.3); e-mail from
                              T. Allison regarding offer for discounted
                              payoff on Colt loans (0.2); e-mail from C.
                              Scully regarding discounted offer on Colt
                              loans (0.1); conference with S. Tingey
                              regarding Title report on Epic condominiums
                              and the interest in Tree Moss (0.2).

08/28/06 D Monson         .10 Review e-mail from B. Higgins on Standard
                              Development letter to Direct Lenders (0.1).

08/28/06 S Strong        1.80 Confer with E. A. Monson regarding ongoing
                              distribution procedures (0.2); review and
                              edit draft of debtors proposed procedures
                              for ongoing distributions (1.1); confer with
                              E. A. Monson regarding same (0.2); further
                              discussions with E. A. Monson regarding
                              interim distribution order and ongoing
                              distributions (0.3).

08/28/06 S Tingey        2.00 Review pleading regarding Huntsville
                              bankruptcy (0.4); review Anchor B loan (0.2);
                              memo to A. Stevens regarding BySynergy (0.2);
                              review Amesbury/Hatters loan (0,.2); review
                              Gramercy loan (0.2); review Slade Development
                              loan (0.2); review Shamrock Towers loan
                              (0.2); review EPIC title report (0.2); memo
                              to A. W. Jarvis regarding same (0.2).

08/29/06 K Glade         3.60 Participate in telephone conference with
                              Mesirow to review defaulted loans including
                              HFA loans, Ashby loans, Hasley Canyon, Bundy
                              loan, and others (2.6); draft letter to
                              borrower's counsel on Hasley Canyon asking
                              for more information with related
                              distribution e-mails (0.7); review title
                              materials on Royal Hotel including equitable
                              lien filed by direct lenders (0.3).

08/29/06 A Jarvis         .60 Conference call with Standard Development
                              regarding additional financing.

08/29/06 D Monson        8.10 Conference with T. Allison, J. Atkinson, M.
                              Olson, A. Stevens, S. Tingey and K. Glade to
                              discuss legal strategy issues for matured and
                              defaulted loans (1.5); review letter from
                              Commonwealth Title Insurance Company on

Client No. 34585                                      Page:    32
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006

 

Gramercy Partial Releases (0.2); discussion
with A. Stevens on 5055 Collwood Loan and
request for additional subordination agreement
by Comerica Bank (0.1); review revisions to
Standard Property letter from Brigid Higgins
(0.1); review Release Deed for J. Jireh's
Corporation loan (0.2); discussion with A.
Stevens on release for J. Jireh's Corporation
Loan (0.1); review letter from M. Guymon on
exit fee issue for Lerin Hills Loan (0.2);
telephone call from attorneys for Republic Bank
on payment of J. Jireh's Corporation loan and
Order Authorizing Release (0.2); e-mails to
attorneys for Republic Bank on Motion and
proposed Order on Releases for closing on J.
Jireh's Corporation Loan (0.2); e-mail to A.
Stevens on J. Jireh's Corporation Release Deed
form (0.2); review e-mails from M. Stone on J.
Jireh's Corporation payoff issues (0.1); e-mail
from M. Olson on Bundy Canyon loans and meeting
with Borrower and Borrower's attorney (0.1);
e-mail from A. Stevens on 5055 Collwood Loan
and request for subordination (0.2); e-mail to
M. Olson on schedule for division of
responsibilities for USACM Loan/Portfolio
(0.2); letter to M. Guymon on Lerin Hills Exit
Fee (0.5); review and respond to M. Olson
e-mails on Rio Rancho Additional Advance
Agreement (0.2); telephone call to P. Connaghan
on Rio Rancho Agreement (0.2); review and
respond to M. Hafti e-mail on Royal Hotel
issues (0.2); discussion with S. Tingey on
Motion to Appoint Counsel to Pursue Foreclosure
(0.2); e-mail to A. Stevens on Gramercy Loan
and response to Commonwealth Land Title letter
(0.2); telephone call to S. Sherman,
Commonwealth attorney on Gramercy partial
release (0.1); review and respond to e-mail
from M. Stone on Rio Rancho Additional Advance
Agreement (0.1); review Order on Standard
Property Development Motion for Relief from
Stay and continued hearing on Motion (0.1);
review e-mails from P. Kollick, attorney for
Republic Bank on J. Jireh's Corporation
closing, and respond to e-mails (0.3); review

Client No. 34585                                          Page:   33
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

|  |  |  |
|---|---|---|
|  |  | R. Charles comments on ordinary course Partial Releases proposed Order, and lengthy e-mail to R. Charles and other interested parties on Proposed Order changes (0.7); e-mail to S. Smith on accounting issues for monthly operating reports and partial releases or full releases (0.2); e-mail to B. Higgins on joint letter to Standard Property Development Loan Direct Lenders (0.2); revise joint letter to Standard Property Development Loan Direct Lenders (0.2); review e-mail from M. Olson on recommended Texas counsel for collection of delinquent Texas loans (0.1); e-mails with L. Schwartzer, M. Olson and B. Higgins on revisions to joint letter to Standard Property Development Loan Direct Lenders (0.4); begin draft of Motion to Approve Discounted Payoff for Lerin Hills Loan (0.2); e-mails with A. Jarvis on letter to Standard Property Development Direct Lenders for additional funding (0.2); e-mail to A. Stevens on Lerin Hills Loan Documents and Standard Property additional funding (0.2). |
| 08/29/06 S Strong | .10 | Confer with E. A. Monson regarding procedures for ongoing distributions (0.1). |
| 08/29/06 S Tingey | 3.10 | Conference call with T. Allison, M. Olson, A. Stevens, J. Atkinson, D. M. Monson and K. G. Glade regarding loan security and collections portfolio issue (2.5); review motion to employ professionals (0.4); communicate with paralegal regarding Huntsville bankruptcy (0.2). |
| 08/30/06 C Clark | 1.60 | Research regarding conversion of documents. |
| 08/30/06 K Glade | 1.20 | E-mail to A. Jarvis regarding possible response to equitable lien filed on Royal Hotel (0.2); telephone call with C. Scully on release of USA Mortgage on Azalea project with related e-mail (0.2); review letter from Hasley Canyon borrower with e-mail to USA/Mesirow (0.4); telephone call with A. Stevens regarding request for substitution of guarantor on Cornman Toltec (0.2); telephone call with A. Stevens regarding Hasley Canyon |

Client No. 34585                                        Page:   34
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006

                        (0.1); e-mail from M. Olson on Hasley Canyon
                        (0.1); conference with S. Strong regarding
                        theory to eliminate equitable lien on Royal
                        Hotel.

08/30/06 A Jarvis       .80  Conference with Ray Quinney & Nebeker and
                        Mesirow regarding loan documents, documentation
                        issues on loans.

08/30/06 A Jarvis       .50  Correspondence on Motion to Disburse Funds.

08/30/06 A Jarvis      2.00  Meeting with Mesirow and E. A. Monson
                        regarding issues, responses on motion to
                        distribute.

08/30/06 D Monson      7.00  Telephone call from A. Stevens on Lerin Hills
                        Loan discounted payoff Motion (0.1);
                        telephone call from A. Stevens on Gramercy
                        Loan and response to Commonwealth Title
                        (0.2); review e-mail from B. Higgins on joint
                        letter to Standard Property Direct Lenders
                        (0.1); revise letter to M. Guymon on Exit Fee
                        for Lerin Hills Loan (0.2); e-mail to R.
                        Charles on proposed order for Partial
                        Releases (0.1); review e-mail from R. Charles
                        on proposed Order for Partial Releases (0.3);
                        finalize Proposed Order on Partial Releases
                        and forward to Lia Dorsey for circulation
                        (0.4); review e-mail from C. Carlyon on
                        Partial Releases Order (0.2); review e-mails
                        from S. Smith on Partial Releases Order
                        (0.1); revise joint letter to Standard
                        Property Development Direct Lenders, discuss
                        with A. Jarvis, and forward to B. Higgins
                        (0.4); review e-mails from A. Stevens on
                        Standard Property Development Direct Lender
                        contact information, and arrange for
                        addresses to be inputted for Direct Lender
                        mailing (0.3); review message from A. Jarvis
                        on collection of attorney's fees and
                        collection costs from delinquent Borrowers,
                        review Loan Agreement, Trust Deed and Note
                        provisions for collection of collection
                        costs, and discuss with K. Glade (0.5);
                        telephone call to S. Smith on assessing

Client No. 34585                                    Page:   35
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

collection costs against Borrowers and Direct
Lenders' reimbursement obligations (0.2);
review information on Gramercy loan from A.
Stevens to respond to letter from
Commonwealth (0.2); review letter from Gordon
& Silver on Standard Property Loan and loan
servicing issues (0.2); discussion with K.
Glade on Royal Hotel issues (0.1); review
letter from M. Guymon on Gramercy loan
accounting issues (0.1); e-mails from J.
McPherson on Meadow Creek loan payoff (0.2);
e-mail to J. McPherson on Meadow Creek Loan
payoff and release authorization (0.1);
e-mail from M. Olson on Meadow Creek payoff
(0.1); review and respond to B. Higgins
e-mail with signed letter to Standard
Property Development Direct Lenders (0.2);
discussion with A. Stevens on The Gardens and
cross-default issues (0.1); review list of
Direct Lenders for Standard Property
Development Loan for letters to Direct
Lenders, and discussion with S. Tingey on
letter to Direct Lenders requesting
additional funding (0.4); draft Motion to
Authorize Discounted Payoff for Lerin Hills
Motion and forward to T. Allison, M. Olson
and A. Stevens for review and comment (1.6);
e-mail to T. Allison, M. Olson and A. Stevens
on issues relating to Lerin Hills discounted
payoff proposal (0.2); review Lerin Hills
Loan documents and title policy (0.5);

08/30/06 S Strong    2.10  Confer with A. W. Jarvis and E. A. Monson
regarding issues for hearing tomorrow on
ongoing distributions (0.1); telephone
conference with C. Cunningham regarding her
clients objection to modified procedures
(0.2); telephone conference with A. W. Jarvis
regarding same (0.1); review and analysis of
suggested revisions from FTDC and UCC to
proposed distribution procedures and compare
with Modifications to Motion filed by debtors
(1.1); telephone conference with A. W. Jarvis
regarding same (0.6).

Client No. 34585                                      Page:   36
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


08/30/06 S Tingey         1.60  Review Standard Property Development loan
                                issues (0.2); draft letter to investors for
                                funding (0.3); communicate with A. Stevens
                                regarding BySynergy loan demands (0.3); analyze
                                claims made by borrower in Hasley Canyon loan
                                (0.8).

08/31/06 K Glade          1.60  E-mail to USA/Mesirow regarding response to
                                discounted payoff proposal on Hasley Canyon
                                (0.2); draft responsive e-mail to Hasley
                                Canyon borrower (0.2); telephone call with C.
                                Scully regarding payoff of HFA loans (0.2);
                                e-mail to USA/Mesirow regarding C. Scully
                                telephone call (0.1); review payoff
                                information on HFA loans (0.2); conference
                                with S. Tingey regarding claims made by
                                Hasley Canyon borrower (0.1); conferences
                                with D. Monson and S. Tingey regarding
                                collection strategy on defaulted loans and
                                responsive strategy on requests for reduced
                                payoffs (0.3); conference with S. Strong
                                regarding discussions with C. Scully from HFA
                                (0.2);

08/31/06 A Jarvis          .30  Conference with T. Allison regarding
                                collection issues.

08/31/06 D Monson         6.30  Review and respond to e-mail from M. Olson on
                                draft Motion to Authorize Lerin Hills
                                Discounted Payoff (0.2); revisions to draft
                                Motion to Authorize Lerin Hills Discounted
                                Payoff (0.2); draft Declaration of T. Allison
                                in Support of Motion to Authorize Lerin Hills
                                Discounted Payoff (1.0); begin draft of
                                letter to Lerin Hills Direct Lenders on Lerin
                                Hills Discount Proposal (0.5); review e-mail
                                from T. Allison on Lerin Hills Discount
                                Proposal (0.1); telephone call from T.
                                Allison on Lerin Hills Discount Proposal
                                (0.2); e-mails with A. Stevens on Lerin Hills
                                Loan Documents (0.2); e-mail to M. Haftl on
                                Royal Motel issues (0.1); review e-mail from
                                M. Olson on Lerin Hills Discount Proposal
                                (0.2); discussion with S. Tingey and e-mail
                                to S. Tingey on funding need for Standard
                                Property Development Loan and letter to
                                Direct Lenders (0.2); lengthy e-mail to A.

Client No. 34585                                          Page:    37
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


                          Stevens on 5055 Collwood Loan and request
from Comerica Bank for additional
Subordination Agreement, and review
subordination authorization statute for
Nevada (1.0); review 5055 Collwood Loan
documents and prior Subordination Agreement
(0.5); review Modification document from
Comerica Bank on 5055 Collwood Loan (0.3);
check on status of joint letters to Standard
Property Development Direct Lenders (0.1);
telephone call from A. Stevens on Rio Rancho
Additional Advance (0.1); telephone
conference with A. Stevens and M. Olson on
Rio Rancho Additional Advance (0.2);
telephone call to S. Scann on revisions to
Rio Rancho Additional Advance, and telephone
call to M. Olson on status (0.2); review P.
Connaghan e-mail on revisions to Rio Rancho
Additional Advance (0.2); e-mail P. Connaghan
e-mail on revisions to Rio Rancho Additional
Advance Agreement (0.2); e-mail to P.
Connaghan with comments on proposed revisions
to Rio Rancho Additional Advance Agreement
(0.2); review A. Stevens e-mail to B. Bullard
on Rio Rancho Additional Advance Funding
(0.1); review and respond to M. Stone e-mail
on Rio Rancho Additional Advance status
(0.1); e-mail to B. Higgins on mailing of
Direct Lenders joint letter for Standard
Property Development Loan and check status of
Application for Injunctive Relief (0.3);
e-mail from A. Stevens on 5055 Collwood Loan
e-mail to Borrower and Comerica Bank (0.1).

08/31/06 S Tingey         3.10  Draft letter to Direct Lenders on Standard
Property loan regarding additional funding
(1.9); review pleadings in Huntsville
bankruptcy (0.4); additional review of claims
made by borrower in Hasley Canyon loan (0.8).


TOTAL FOR LEGAL SERVICES RENDERED                          $70,217.00