*"Exhibit F-14"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00019**

**FTD Committee Relations**

| 07/03/06 S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
|---|---|---|
| 07/03/06 S Strong | .10 | Exchange emails with B. J. Kotter regarding FTD Committees information requests (0.1). |
| 07/05/06 S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/05/06 S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 S Strong | .30 | Participate in follow-up calls with M. Levinson and E. Karasik regarding development of Motion to Distribute (0.6). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/06/06 S Strong        .15 Review emails from committees counsel
                             regarding various positions on motion to
                             distribute (0.3); exchange emails with L.
                             Schwartzer regarding logistics for July 11
                             meeting with committees, and telephone
                             conference with him regarding same (0.2);
                             telephone conference with A. W. Jarvis
                             regarding same (0.1).

07/07/06 S Strong        .16 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation
                             for committee meeting, investor statement
                             issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3);
                             brief initial review of actual joint request
                             (.2); legal research on Bank's obligation to
                             inform customers of subpoena (1.1).

07/10/06 D Monson        .13 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.10 Review email from C. Pajak regarding various
                             information requests by FTDC, review issues,
                             and draft response (0.7); review email from C.
                             Pajak and new Joint Information Request from
                             committees (0.3); email to B. J. Kotter and E.
                             A. Monson regarding same (0.1).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

|            |            |      | information for same (0.6); participate in weekly call with committees professionals (0.7); telephone conference with A. W. Jarvis, T. Allison and Mesirow team regarding issues and planning for meeting with Committees this week (1.0); review email from A. W. Jarvis regarding additional materials needed for meeting, and review and assemble same (0.4). |
|------------|------------|------|---|
| 07/11/06   | A Jarvis   | 1.47 | Preparation for and attendance at Committee meetings. |
| 07/11/06   | B Kotter   | .23  | Conference with S. C. Strong regarding committee meeting (.3); e-mail to J. Reed at Mesirow and review of power point presentation (.2); forward presentation to counsel (.3); follow up on document request with S. C. Strong (.1). |
| 07/11/06   | S Strong   | .20  | Review various loan summaries and loan information (0.3); telephone conference with M. Kehl regarding presentation to committees today (0.1); confer with B. J. Kotter regarding circulating copies of presentation, email to committees counsel regarding same, and review email from B. J. Kotter regarding same (0.4). |
| 07/11/06   | S Strong   | .40  | Review email from C. Carlyon regarding loan and collateral information requested by FTDC, email to S. C. Tingey regarding same, and confer with him regarding same (0.4). |
| 07/12/06   | B Kotter   | .22  | Review of document requests from committee (.6); conference with S. C. Strong regarding requests and debtors response with objections and production of various documents (.3). |
| 07/12/06   | E Monson   | .08  | Discussion with S. C. Strong regarding discovery issues and review e-mail on joint committee request for information (.3). |
| 07/12/06   | S Strong   | .36  | Further review and analysis of Joint Document Request from committees requesting 96 items of information (0.9); conferences with B. J. Kotter and E. Monson regarding same (0.6). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/12/06 S Strong        .50  Review docket and exchange emails with E.
                              Karasik and J. McPherson regarding extension
                              for responding to motions to distribute and use
                              cash (0.2); review email from E. Karasik
                              requesting loan documents for loans outside of
                              FTD Fund, and exchange emails with M. Kehl, S.
                              Smith and A. W. Jarvis regarding same (0.3).

07/13/06 B Kotter        .21  Respond to e-mail inquiry regarding committees'
                              review of documents with their financial
                              advisors and discuss privilege issues (.7).

07/13/06 S Strong        .01  Confer with A. W. Jarvis regarding joint
                              information request from committees (0.2);
                              exchange emails with A. W. Jarvis, M. Kehl and
                              E. A. Monson regarding general issues
                              concerning dissemination of information to
                              committees (0.3); review emails from A. W.
                              Jarvis and S. Smith regarding joint information
                              request of committees and further procedures
                              needed (0.2).

07/13/06 S Strong       1.00  Exchange various emails with S. Smith and A. W.
                              Jarvis regarding disseminated to FTDCs
                              advisors (0.3); telephone conference with M.
                              Kehl regarding Diversified Fund loan documents
                              requested by FTD Committee (0.1); telephone
                              conference with A. W. Jarvis regarding same
                              (0.1); telephone conference with M. Levinson
                              regarding same (0.1); email to and telephone
                              conference with M. Kehl regarding same (0.2);
                              exchange emails with E. Karasik and C. Carlyon
                              regarding same (0.1); exchange emails with J.
                              Reed regarding providing requested information
                              to FTDC (0.1).

07/14/06 A Jarvis        .05  Correspondence regarding weekly committee
                              meeting.

07/14/06 B Kotter        .45  Conference with S. C. Strong regarding
                              subpoena response and procedures for handling
                              document requests (.3); telephone conference
                              call with A. W. Jarvis, S. C. Strong, and E.
                              A. Monson regarding production issues (1.1);
                              prepare for production issues (.4).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/14/06 S Strong          .35 Further review of Joint Document Request from
                               committees (0.3); participate in conference
                               call with RQN and Mesirow teams regarding
                               responding to same (1.1).

07/14/06 S Strong          .20 Exchange emails with C. Carlyon regarding
                               Diversified loan documents requested by FTD
                               Committee, and exchange emails with J. Reed and
                               A. W. Jarvis regarding same (0.2).

07/17/06 B Kotter         2.20 Continue reviewing documents for privilege
                               and formulating response to the committees'
                               joint request (8.2); telephone conference
                               with S. C. Strong regarding
                               privilege/confidentiality and privacy
                               concerns (.6).

07/17/06 R Madsen, II      .11 Work on preparation for document review and
                               production in Las Vegas.

07/17/06 S Strong          .36 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding issues in responding to
                               joint committees document request (0.6);
                               exchange emails with C. Pajak regarding
                               progress with same (0.1); review emails from
                               B. J. Kotter regarding categories of
                               responsive information in loan files, and
                               email to A. W. Jarvis regarding same (0.2);
                               review and analysis of spreadsheets
                               circulated to committees advisors containing
                               backup for the Supplement to Motion to
                               Distribute (0.6).

07/18/06 A Jarvis          .05 Conference call with T. Allison regarding
                               Boise Gowan.

07/18/06 A Jarvis          .05 Correspondence on updated financing needs.

07/18/06 A Jarvis          .05 Correspondence on document request on loan
                               files.

07/18/06 A Jarvis          .07 Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis          .08 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .07 Correspondence on Rio Rancho and the Gardens.

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/18/06 A Jarvis        .07  Correspondence on issues relating to
                              guarantees.

07/18/06 B Kotter       2.35  Continue working on response to committees'
                              joint request including meeting with various
                              USA people possessing knowledge relevant to
                              request; continue review of documents for
                              privilege concerns.

07/18/06 R Madsen, II    .75  Review of loan documentation and
                              communications with respect to
                              attorney-client privileged communications.

07/18/06 R Madsen, II    .70  Work on creating privileged log of
                              attorney-client privileged documentation.

07/18/06 E Monson       1.05  Meet with Angie and work through Joint
                              Committee requests and organization chart
                              (4.2).

07/18/06 S Strong        .10  Review emails from committees professionals
                              regarding same (0.4).

07/18/06 S Strong        .15  Telephone conference with B. J. Kotter and E.
                              A. Monson regarding status of their review of
                              documents to be produced in response to
                              committees request (0.3); further
                              discussions with B. J. Kotter regarding same
                              (0.3).

07/18/06 S Strong        .21  Participate in telephone conference with S.
                              Smith and committees FAs regarding Motion to
                              Distribute calculations and assumptions (.9).

07/18/06 S Strong        .40  Review email from C. Pajak regarding investor
                              questions, confer with C. Hurst regarding
                              same, email to C. Pajak regarding procedure
                              for processing investor questions, and review
                              emails from C. Hurst and C. Pajak regarding
                              same (.4).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/18/06 A Tsu        1.75 Review of loan documentation and
                           communications with respect to
                           attorney-client privilege, work product
                           privilege and other privileged communications
                           (3.0); creating a privilege log for documents
                           determined to be privileged (2.8); reviewing
                           investor files to create sample files for
                           discovery purposes; reviewing and redacting
                           information relating to same (1.2).

07/19/06 A Jarvis      .50 Conference call with Committees regarding
                           document production, distribution motion,
                           unfunded requirements, plan issues.

07/19/06 A Jarvis      .08 Correspondence with T. Allison regarding
                           committee meeting.

07/19/06 A Jarvis      .08 Correspondence with T. Allison regarding
                           meetings with Committee.

07/19/06 B Kotter     1.57 Meeting with E. A. Monson regarding response to
                           joint request (.8); phone conference with E. A.
                           Monson, S. C. Strong, A. W. Jarvis and Mesirow
                           regarding production (.6); weekly joint
                           committee phone call (2.3); work on response to
                           request (2.1); phone call with R. Charles and
                           paralegal regarding imaging of documents and
                           possibility of web-based hosting (.2); e-mail
                           exchange with Natalie (.3).

07/19/06 E Monson      .10 Meet with B. J. Kotter to discuss joint
                           committee requests (.4).

07/19/06 E Monson      .45 Participate in committee conference call
                           (1.8).

07/19/06 E Monson      .34 Follow up on possible protective order and
                           other issues relating to response to joint
                           committee requests (1.4).

07/19/06 E Monson      .07 Review e-mails from B. J. Kotter and others
                           regarding document production issues (.3).

07/19/06 S Strong      .75 Participate in conference call with A. W
                           Jarvis, E. A. Monson, B. J. Kotter and
                           Mesirow team regarding document production
                           issues in responding to joint committees
                           request (0.5); participate in weekly

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

conference call with committees
professionals regarding various pending
issues (2.0); telephone conference with R.
Charles regarding process for responding to
joint committees document request (0.2);
telephone conference with R. Charles, N.
Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey       .77 Meeting with A. W. Jarvis and other attorneys
                            regarding administrative coordination and
                            status issues (1.1); compile and review
                            guarantor information regarding issues raised
                            by committees (1.6).

07/20/06 A Jarvis       .20 Conference call with Mesirow team regarding
                            document production, investor statements,
                            information for committees.

07/20/06 A Jarvis       .20 Conference call with M. Olson and T. Allison
                            regarding response to S. Bice, response to
                            inquiries.

07/20/06 A Jarvis       .20 Review analysis by UCC financial advisor on
                            holdback, information for committee meeting.

07/20/06 B Kotter       .43 Finish redacting proposed sample investor files
                            (.8); continue work on responding to the
                            committees' joint request (.9).

07/20/06 E Monson       .05 Draft and send e-mail to R. Hilson regarding
                            joint committee request (.2).

07/20/06 E Monson       .40 Work on review and response to joint
                            committee requests (1.6).

07/20/06 S Strong      1.15 Exchange emails with B. J. Kotter regarding SEC
                            document production requested by committees,
                            and confer with M. W. Pugsley regarding same
                            (0.3); review redacted investor files from B.
                            J. Kotter and exchange emails with him and E.
                            A. Monson regarding same (0.3); arrange for
                            tomorrows conference call with committees
                            regarding details of proposed distribution to
                            investors, exchange emails with M. Kehl
                            regarding same, and send email to committees

Client No. 34585                                               Page:    9
Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006

|  |  |  |
|---|---|---|
|  |  | working group regarding same (0.5); research and analysis of possible legal grounds for and against allowing investors to offset unpaid principal against overpaid interest (2.4); various discussions with A. W. Jarvis regarding same (0.4); telephone conference with A. W. Jarvis, T. Allison and S. Smith regarding same (0.4); exchange emails with S. Smith, T. Allison and R. Charles regarding recharacterization of prepaid interest and principal payments within certain loans (0.3). |
| 07/21/06 A Jarvis | .25 | Conference call with Committees. |
| 07/21/06 B Kotter | .17 | Draft e-mail to M. Olsen regarding response to committees' joint request (.7). |
| 07/21/06 E Monson | .05 | Review e-mails from B. J. Kotter and M. Olson regarding joint committee requests (.2). |
| 07/21/06 E Monson | .08 | Review e-mail from R. Hilson on joint committee request and send reply (.2); Review additional e-mail response from R. Hilson (.1). |
| 07/21/06 S Strong | .30 | Participate in conference call with debtors' and committees' professionals regarding details of proposed distribution of funds (1.0); follow-up discussions with A. W. Jarvis regarding same (0.2). |
| 07/21/06 S Strong | .10 | Confer with S. C. Tingey regarding loan summary needed for committees (0.3); review email from S. C. Tingey to S. Steele regarding same (0.1). |
| 07/21/06 S Strong | .05 | Review emails from B. J. Kotter and USA staff regarding document production progress and logistics in responding to joint committee request (.2). |
| 07/21/06 S Strong | .20 | Review email from E. Karasik regarding meeting Tuesday with FTD committee chair and T. Allison, confer with A. W. Jarvis regarding same, and exchange emails with E. Karasik regarding same (.2). |

Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/24/06 D Monson        .20 Review and respond to e-mails on information
                             provided to the First Trust Deed Committee on
                             the HFA Loans Forbearance (0.2).

07/25/06 A Jarvis        .33 Meeting with Committees, potential bidder.

07/25/06 A Jarvis       1.15 Meeting with FTDF and ECC committee members
                             and professionals.

07/25/06 B Kotter        .55 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT regarding
                             duplication of CD/DVD's of documents (.3);
                             conference with S. C. Strong regarding document
                             production issues (.4); continue work on
                             cataloging documents and preparing response to
                             request (2.4).

07/25/06 R Madsen, II    .41 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .20 Review e-mail from A. Parlen regarding
                             requests for list of parties in First Trust
                             Deed Fund (.2).

07/25/06 E Monson        .20 Review e-mails from E. Karasik and A. W.
                             Jarvis regarding list of investors in First
                             Trust Deed Fund and send reply (.2).

07/25/06 E Monson        .57 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong        .06 Telephone conference with M. Kehl and J. Nugent
                             regarding revised Funding Requirements list for
                             committees (.2); exchange emails with M. Kehl
                             regarding Hilco appraisals requested by
                             committees (.1).

07/25/06 S Strong        .30 Review emails from FTD advisor and S. Smith
                             regarding different classes of Fund Members in
                             FTD Fund and proposed distributions to same,
                             and review Fund documents regarding same (.3).

07/26/06 A Jarvis        .10 Correspondence with E. Karasik regarding
                             meeting with committees.

Client No. 34585                                           Page:   11
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/26/06 A Jarvis        .10 Correspondence with Committees on Motion to
                             Distribute.

07/26/06 A Jarvis        .32 Telephone conference with S. C. Strong
                             regarding committee meetings, motion to
                             distribute funds, plan negotiations.

07/26/06 A Jarvis        .07 Correspondence regarding motion to distribute,
                             recoupment issues.

07/26/06 B Kotter       2.65 Review CDs produced to SEC (.8); conference
                             with R. H. Madsen regarding continued
                             privilege review (.4); conference with E. A.
                             Monson regarding response to joint request
                             (.3); conference with R. Hilson regarding
                             response (.3); meeting with potential vendors
                             (1.8); obtain file from Gould and review for
                             privilege (1.6); continued work on response
                             to committee request  (5.4).

07/26/06 R Madsen, II   2.35 Corporate document review and production with
                             respect to various corporate entities, limited
                             liability companies and other entities in
                             response to joint committee request.

07/26/06 E Monson        .30 Meet with R. Hilson, LePome, and S. Smith to
                             go over financial information requested in
                             joint committee requests (1.2).

07/26/06 E Monson        .40 Work on other issues involving joint
                             committee requests including discussions with
                             R. Madsen regarding privilege,
                             confidentiality and privacy issues (1.6).

07/26/06 E Monson        .05 Discussion with S. C. Strong on document
                             production issues (.2).

07/26/06 E Monson        .05 Draft e-mail to S. Smith regarding direct
                             lender requests and lists of investors to
                             Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson        .12 Review e-mail from S. Smith and drafts of
                             investor lists and send reply e-mails (.5).

Client No. 34585                                        Page:   12
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/26/06 S Strong        .11  Exchange various emails with counsel for
                              committees regarding rescheduling weekly
                              conference call (0.2); confer with S. C.
                              Tingey regarding status of loan summaries
                              requested by committees (0.1); telephone
                              conferences with B. J. Kotter and E. A.
                              Monson regarding issues in responding to
                              joint committees document requests (0.2).

07/26/06 S Strong        .60  Review email from A. Parlen requesting
                              information regarding claims filed against
                              FTDF, and review emails from A. W. Jarvis, S.
                              Smith, and E. A. Monson regarding same (0.3);
                              review information from S. Smith regarding
                              same, and draft email to A. Parlen responding
                              to information request regarding same (0.3).

07/27/06 A Jarvis        .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05  Correspondence with Committees regarding Rio
                              Rancho proposal.

07/27/06 A Jarvis        .47  Conference call with four committees regarding
                              motion to distribute, Rio Rancho, exclusivity,
                              plan progress.

07/27/06 B Kotter       2.20  Continued review of loan files and corporate
                              records for privilege (1.7); e-mail to A. W.
                              Jarvis, S. C. Strong, S. C. Tingey regarding
                              loan file from Gould Patterson (.4); work on
                              response to committee's joint request in
                              cooperation with E. A. Monson (4.4);
                              including meeting with M. Olson (1.1); and
                              other employees (.6); phone call with S. C.
                              Strong regarding scope (.6).

07/27/06 R Madsen, II   2.41  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending
                              out lists of people in funds to committee
                              counsel and status of direct lender names
                              (.2).

Client No. 34585                                                Page:   13
Debtor USA Commercial Mortgage Co., et al.                      August 25, 2006


07/27/06 E Monson        .87  Work on joint committee requests outlining
                              status of what has been identified and what
                              still need to be done (3.5).

07/27/06 E Monson        .08  Review e-mail exchange involving Rob Charles,
                              A. W. Jarvis and Natalee Tanner involving
                              document request and scanning and discuss with
                              B. J. Kotter (.3).

07/27/06 E Monson        .12  Conference with S. C. Strong and B. J. Kotter
                              regarding Rob Charles e-mail exchange and
                              document production (.5).

07/27/06 S Strong        .55  Participate in weekly conference call with
                              debtors and committees counsel regarding
                              various pending issues (1.7); telephone
                              conference with B. J. Kotter and E. A. Monson
                              regarding progress in reviewing and preparing
                              documents, and arranging logistics, for
                              response to joint committees request (.5).

07/27/06 S Strong        .60  Review email from C. Pajak, and telephone
                              conference with C. Pajak, joined in part by S.
                              Smith, regarding FTD Committees questions
                              regarding Motion to Distribute (0.5); confer
                              with A. W. Jarvis regarding same (0.1).

07/28/06 B Kotter       1.25  Follow up with Natalie Tanner regarding
                              imaging request and draft e-mail to USA
                              persons regarding vendor inquiries (.6);
                              review of confidentiality agreements for S.
                              C. Strong (1.3); follow up on joint committee
                              request issues (1.4); legal research related
                              to motion to distribute replys (1.7).

07/28/06 S Strong        .21  Review email from M. Haftl with copies of all
                              executed confidentiality agreements with
                              potential DIP lenders and purchasers, as
                              requested by Committees, and confer with B.
                              J. Kotter regarding further review needed of
                              debtors reciprocal confidential obligations
                              respecting same (0.4); follow-up discussion
                              with B. J. Kotter regarding same (0.1);
                              telephone conference with M. Haftl regarding
                              appraisal documents requested by UCC member

Client No. 34585                                              Page:   14
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


                        (0.1); exchange emails with R. Charles
                        regarding same, follow-up call with J. Reed
                        and M. Haftl regarding same, and exchange
                        follow-up emails with A. W. Jarvis and M.
                        Haftl regarding same (0.3).

07/31/06 A Jarvis       .13 Correspondence with committee on plan
                        proposals; confidentiality agreement regarding
                        term sheet proposal.

07/31/06 A Jarvis       .17 Conference call with committees regarding
                        exclusivity period extension, plan
                        negotiations, document production, motion to
                        distribute, funding requirements.

07/31/06 B Kotter       .05 Conference with E. A. Monson regarding
                        production (.2).

07/31/06 E Monson       .20 Work on joint committee requests and review
                        e-mails from B. J. Kotter (.8).

07/31/06 E Monson       .03 Draft e-mail to LeeAnn Weese regarding follow
                        up on joint committee requests for financial
                        information (.1).

07/31/06 S Strong       .30 Review notes and prepare agenda for weekly call
                        with committees (0.3); participate in weekly
                        conference call with Committees (0.6);
                        telephone conference with S. Smith, J. Nugent
                        and A. W. Jarvis regarding issues raised on
                        weekly call (0.3).

07/31/06 S Strong       1.10 Telephone conference with C. Pajak regarding
                        objecting to claims against FTD Fund and
                        related issues raised by C. Cunningham for her
                        creditor client (0.2); telephone conference
                        with C. Cunningham regarding same (0.2);
                        exchange follow-up emails with C. Pajak
                        regarding same (0.3); exchange emails with A.
                        W. Jarvis regarding same (0.2); review
                        objection to motion to distribute filed by C.
                        Cunningham client based on claim filed against
                        FTD Fund (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                        $12,065.86

*"Exhibit F-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

Matter No. 34585-00020

**Diversified Committee Relations**

| 07/03/06 S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
|---|---|---|
| 07/05/06 S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/05/06 S Strong | .30 | Participate in follow-up calls with M. Levinson and E. Karasik regarding development of Motion to Distribute (0.6). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/06/06 S Strong      .15 Review emails from committees counsel
                           regarding various positions on motion to
                           distribute (0.3); exchange emails with L.
                           Schwartzer regarding logistics for July 11
                           meeting with committees, and telephone
                           conference with him regarding same (0.2);
                           telephone conference with A. W. Jarvis
                           regarding same (0.1).

07/07/06 S Strong      .40 Review email from M. Levinson regarding
                           arranging meetings regarding Diversified loans
                           (0.1); telephone conference with A. W. Jarvis
                           regarding same (0.2); email to T. Allison and
                           M. Kehl regarding same (0.1).

07/07/06 S Strong      .18 Telephone conference with A. W. Jarvis
                           regarding issues and arrangements for next
                           weeks meeting with Committees (0.5); exchange
                           emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis      .10 Correspondence on committee presentation.

07/10/06 A Jarvis      .30 Correspondence with DTDF counsel regarding
                           meeting with Ashby regarding Diversified
                           loans.

07/10/06 A Jarvis      .25 Conference call with T. Allison, M. Kehl, S.
                           Smith, S. C. Strong regarding presentation for
                           committee meeting, investor statement issues.

07/10/06 B Kotter      .40 E-mail exchange regarding privacy issues and
                           the committee's discovery requests (.3); brief
                           initial review of actual joint request (.2);
                           legal research on Bank's obligation to inform
                           customers of subpoena (1.1).

07/10/06 D Monson      .13 Review M. Kehl summary for Committees Meeting
                           of Standard Property Development settlement
                           proposal, and e-mail to M. Kehl with revisions
                           and comments on appraisal issues, and further
                           analysis of Standard Property appraisal (0.5).

07/10/06 S Strong     1.00 Work on materials for debtors presentation to
                           Committees this week, and exchange emails with
                           M. Kehl regarding same (1.3); prepare for
                           weekly call with Committees professionals and
                           exchange emails with S. Smith regarding

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

                            information for same (0.6); participate in
                            weekly call with committees professionals
                            (0.7); telephone conference with A. W. Jarvis,
                            T. Allison and Mesirow team regarding issues
                            and planning for meeting with Committees this
                            week (1.0); review email from A. W. Jarvis
                            regarding additional materials needed for
                            meeting, and review and assemble same (0.4).

07/11/06 A Jarvis      1.47 Preparation for and attendance at Committee
                            meetings.

07/11/06 B Kotter       .23 Conference with S. C. Strong regarding
                            committee meeting (.3); e-mail to J. Reed at
                            Mesirow and review of power point presentation
                            (.2); forward presentation to counsel (.3);
                            follow up on document request with S. C. Strong
                            (.1).

07/11/06 S Strong       .20 Review various loan summaries and loan
                            information (0.3); telephone conference with M.
                            Kehl regarding presentation to committees today
                            (0.1); confer with B. J. Kotter regarding
                            circulating copies of presentation, email to
                            committees counsel regarding same, and review
                            email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter       .22 Review of document requests from committee
                            (.6); conference with S. C. Strong regarding
                            requests and debtors response with objections
                            and production of various documents (.3).

07/12/06 E Monson       .08 Discussion with S. C. Strong regarding
                            discovery issues and review e-mail on joint
                            committee request for information (.3).

07/12/06 S Strong       .38 Further review and analysis of Joint Document
                            Request from committees requesting 96 items of
                            information (0.9); conferences with B. J.
                            Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter       .21 Respond to e-mail inquiry regarding committees'
                            review of documents with their financial
                            advisors and discuss privilege issues (.7).

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.           August 25, 2006


07/13/06 S Strong        .40 Exchange emails with J. Hermann regarding Tree
                             Moss transaction concerning Epic loan, confer
                             with A. W. Jarvis regarding same, and email to
                             S. Smith regarding further information
                             requested by Diversified Committee regarding
                             same (.4).

07/13/06 S Strong        .23 Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis        .30 Correspondence on meeting with Diversified
                             Committee.

07/14/06 A Jarvis        .05 Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter        .45 Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

07/14/06 S Strong        .35 Further review of Joint Document Request from
                             committees (0.3); participate in conference
                             call with RQN and Mesirow teams regarding
                             responding to same (1.1).

07/16/06 A Jarvis       1.80 Review documentation on Diversified Trust and
                             portfolio in preparation for meeting.

07/17/06 A Jarvis       1.80 Meeting with M. Tucker and M. Levinson
                             regarding Ashby loans, issues regarding
                             Diversified portfolio; draft e-mail regarding
                             portfolio questions.

07/17/06 A Jarvis        .80 Meeting with M. Levinson, J. Hermann, T.
                             Allison regarding issues with Diversified
                             portfolio, action plan going forward.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/17/06 B Kotter        2.20  Continue reviewing documents for privilege and
                               formulating response to the committees' joint
                               request (8.2); telephone conference with S. C.
                               Strong regarding privilege/confidentiality and
                               privacy concerns (.6).

07/17/06 R Madsen, II     .13  Work on preparation for document review and
                               production in Las Vegas.

07/17/06 S Strong         .38  Telephone conference with B. J. Kotter and E.
                               A. Monson regarding issues in responding to
                               joint committees document request (0.6);
                               exchange emails with C. Pajak regarding
                               progress with same (0.1); review emails from B.
                               J. Kotter regarding categories of responsive
                               information in loan files, and email to A. W.
                               Jarvis regarding same (0.2); review and
                               analysis of spreadsheets circulated to
                               committees advisors containing backup for the
                               Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis         .08  Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis         .05  Correspondence on document request on loan
                               files.

07/18/06 A Jarvis         .07  Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis         .05  Conference call with T. Allison regarding Boise
                               Gowan.

07/18/06 A Jarvis         .05  Correspondence on updated financing needs.

07/18/06 A Jarvis         .07  Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis         .07  Correspondence on issues relating to
                               guarantees.

07/18/06 B Kotter        2.35  Continue working on response to committees'
                               joint request including meeting with various
                               USA people possessing knowledge relevant to
                               request; continue review of documents for
                               privilege concerns.

07/18/06 R Madsen, II     .75  Review of loan documentation and communications
                               with respect to attorney-client privileged
                               communications.

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/18/06 R Madsen, II    .70 Work on creating privileged log of
                             attorney-client privileged documentation.

07/18/06 E Monson       1.05 Meet with Angie and work through Joint
                             Committee requests and organization chart
                             (4.2).

07/18/06 S Strong        .15 Telephone conference with B. J. Kotter and E.
                             A. Monson regarding status of their review of
                             documents to be produced in response to
                             committees request (0.3); further discussions
                             with B. J. Kotter regarding same (0.3).

07/18/06 S Strong        .10 Review emails from committees professionals
                             regarding same (0.4).

07/18/06 S Strong        .23 Participate in telephone conference with S.
                             Smith and committees FAs regarding Motion to
                             Distribute calculations and assumptions (.9).

07/18/06 A Tsu          1.75 Review of loan documentation and communications
                             with respect to attorney-client privilege, work
                             product privilege and other privileged
                             communications (3.0); creating a privilege log
                             for documents determined to be privileged
                             (2.8); reviewing investor files to create
                             sample files for discovery purposes; reviewing
                             and redacting information relating to same
                             (1.2).

07/19/06 A Jarvis        .80 Telephone conference with Diversified
                             Committee counsel regarding portfolio
                             problems, asset recovery issues.

07/19/06 A Jarvis        .50 Conference call with Committees regarding
                             document production, distribution motion,
                             unfunded requirements, plan issues.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             committee meeting.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             meetings with Committee.

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


07/19/06 B Kotter          1.57 Meeting with E. A. Monson regarding response to
                                joint request (.8); phone conference with E. A.
                                Monson, S. C. Strong, A. W. Jarvis and Mesirow
                                regarding production (.6); weekly joint
                                committee phone call (2.3); work on response to
                                request (2.1); phone call with R. Charles and
                                paralegal regarding imaging of documents and
                                possibility of web-based hosting (.2); e-mail
                                exchange with Natalie (.3).

07/19/06 E Monson           .10 Meet with B. J. Kotter to discuss joint
                                committee requests (.4).

07/19/06 E Monson           .07 Review e-mails from B. J. Kotter and others
                                regarding document production issues (.3).

07/19/06 E Monson           .36 Follow up on possible protective order and
                                other issues relating to response to joint
                                committee requests (1.4).

07/19/06 E Monson           .45 Participate in committee conference call (1.8).

07/19/06 S Strong           .75 Participate in conference call with A. W
                                Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                                team regarding document production issues in
                                responding to joint committees request (0.5);
                                participate in weekly conference call with
                                committees professionals regarding various
                                pending issues (2.0); telephone conference with
                                R. Charles regarding process for responding to
                                joint committees document request (0.2);
                                telephone conference with R. Charles, N.
                                Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey           .39 Meeting with A. W. Jarvis and other attorneys
                                regarding administrative coordination and
                                status issues (1.1); compile and review
                                guarantor information regarding issues raised
                                by committees (1.6).

07/20/06 A Jarvis           .20 Review analysis by UCC financial advisor on
                                holdback, information for committee meeting.

07/20/06 A Jarvis           .20 Conference call with Mesirow team regarding
                                document production, investor statements,
                                information for committees.

Client No. 34585                                            Page:    8
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/20/06 B Kotter        .43  Finish redacting proposed sample investor files
                              (.8); continue work on responding to the
                              committees' joint request (.9).

07/20/06 E Monson        .05  Draft and send e-mail to R. Hilson regarding
                              joint committee request (.2).

07/20/06 E Monson        .40  Work on review and response to joint committee
                              requests (1.6).

07/20/06 S Strong       1.50  Participate in conference call with debtors
                              professionals and Diversified Committees
                              professionals regarding distribution issues and
                              offsetting (1.2); confer with A. W. Jarvis
                              regarding issues raised on call and further
                              research needed (0.3).

07/20/06 S Strong       1.15  Exchange emails with B. J. Kotter regarding SEC
                              document production requested by committees,
                              and confer with M. W. Pugsley regarding same
                              (0.3); review redacted investor files from B.
                              J. Kotter and exchange emails with him and E.
                              A. Monson regarding same (0.3); arrange for
                              tomorrows conference call with committees
                              regarding details of proposed distribution to
                              investors, exchange emails with M. Kehl
                              regarding same, and send email to committees
                              working group regarding same (0.5); research
                              and analysis of possible legal grounds for and
                              against allowing investors to offset unpaid
                              principal against overpaid interest (2.4);
                              various discussions with A. W. Jarvis regarding
                              same (0.4); telephone conference with A. W.
                              Jarvis, T. Allison and S. Smith regarding same
                              (0.4); exchange emails with S. Smith, T.
                              Allison and R. Charles regarding
                              recharacterization of prepaid interest and
                              principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25  Conference call with Committees.

07/21/06 B Kotter        .17  Draft e-mail to M. Olsen regarding response to
                              committees' joint request (.7).

07/21/06 E Monson        .08  Review e-mail from R. Hilson on joint
                              committee request and send reply (.2); Review
                              additional e-mail response from R. Hilson
                              (.1).

Client No. 34585                                   Page:    9
Debtor USA Commercial Mortgage Co., et al.         August 25, 2006


07/21/06 E Monson          .05 Review e-mails from B. J. Kotter and M. Olson
                               regarding joint committee requests (.2).

07/21/06 S Strong          .30 Participate in conference call with debtors'
                               and committees' professionals regarding details
                               of proposed distribution of funds (1.0);
                               follow-up discussions with A. W. Jarvis
                               regarding same (0.2).

07/21/06 S Strong          .10 Confer with S. C. Tingey regarding loan summary
                               needed for committees (0.3); review email from
                               S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong          .05 Review emails from B. J. Kotter and USA staff
                               regarding document production progress and
                               logistics in responding to joint committee
                               request (.2).

07/24/06 S Strong          .20 Exchange emails with M. Kehl and S. Smith
                               regarding further information requests of
                               Diversified Fund (0.2).

07/25/06 A Jarvis         1.90 Meetings with Diversified Committee Counsel
                               and J. Milanowski; meeting with J. Milanowski
                               regarding Diversified portfolio, asset
                               recovery.

07/25/06 A Jarvis          .33 Meeting with Committees, potential bidder.

07/25/06 B Kotter         1.53 Conference with M. W. Pugsley regarding SEC
                               production issues and response to joint
                               committee request (.4); meet with IT
                               regarding duplication of CD/DVD's of
                               documents (.3); conference with S. C. Strong
                               regarding document production issues (.4);
                               continue work on cataloging documents and
                               preparing response to request (2.4).

07/25/06 R Madsen, II      .43 Review and revisions to privileged documents
                               log.

07/25/06 E Monson          .57 Conference with A. W. Jarvis, T. Allison and
                               representatives of First Trust Deed Committee
                               and Direct Lenders Committee and counsel (2.3).

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/25/06 S Strong          .50  Telephone conference with A. W. Jarvis
                                regarding questions from Diversified Committee
                                for meeting today with J. Milanowski (0.1);
                                review proposed questions and related materials
                                from M. Tucker, and forward same to R. Walker
                                (0.4).

07/25/06 S Strong          .08  Telephone conference with M. Kehl and J. Nugent
                                regarding revised Funding Requirements list for
                                committees (.2); exchange emails with M. Kehl
                                regarding Hilco appraisals requested by
                                committees (.1).

07/26/06 A Jarvis          .32  Telephone conference with S. C. Strong
                                regarding committee meetings, motion to
                                distribute funds, plan negotiations.

07/26/06 A Jarvis          .10  Correspondence with Committees on Motion to
                                Distribute.

07/26/06 A Jarvis          .07  Correspondence regarding motion to distribute,
                                recoupment issues.

07/26/06 B Kotter         2.65  Review CDs produced to SEC (.8); conference
                                with R. H. Madsen regarding continued privilege
                                review (.4); conference with E. A. Monson
                                regarding response to joint request (.3);
                                conference with R. Hilson regarding response
                                (.3); meeting with potential vendors (1.8);
                                obtain file from Gould and review for privilege
                                (1.6); continued work on response to committee
                                request (5.4).

07/26/06 R Madsen, II     2.35  Corporate document review and production with
                                respect to various corporate entities, limited
                                liability companies and other entities in
                                response to joint committee request.

07/26/06 E Monson          .05  Draft e-mail to S. Smith regarding direct
                                lender requests and lists of investors to
                                Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson          .12  Review e-mail from S. Smith and drafts of
                                investor lists and send reply e-mails (.5).

07/26/06 E Monson          .30  Meet with R. Hilson, LePome, and S. Smith to go
                                over financial information requested in joint
                                committee requests (1.2).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/26/06 E Monson        .40 Work on other issues involving joint committee
                             requests including discussions with R. Madsen
                             regarding privilege, confidentiality and
                             privacy issues (1.6).

07/26/06 E Monson        .05 Discussion with S. C. Strong on document
                             production issues (.2).

07/26/06 S Strong        .10 Confer with S. Tingey regarding follow-up
                             needed with Diversified Committee and IP
                             regarding Epic loan situation (0.1).

07/26/06 S Strong        .13 Exchange various emails with counsel for
                             committees regarding rescheduling weekly
                             conference call (0.2); confer with S. C. Tingey
                             regarding status of loan summaries requested by
                             committees (0.1); telephone conferences with B.
                             J. Kotter and E. A. Monson regarding issues in
                             responding to joint committees document
                             requests (0.2).

07/26/06 S Tingey        .30 Telephone conference with J. Herrman, attorney
                             for committee regarding EPIC loan (0.3).

07/27/06 A Jarvis       1.00 Conference call with M. Levinson and S. C.
                             Strong regarding Diversified position on
                             motion to distribute.

07/27/06 A Jarvis        .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05 Correspondence with Committees regarding Rio
                             Rancho proposal.

07/27/06 A Jarvis        .47 Conference call with four committees regarding
                             motion to distribute, Rio Rancho, exclusivity,
                             plan progress.

07/27/06 B Kotter       2.20 Continued review of loan files and corporate
                             records for privilege (1.7); e-mail to A. W.
                             Jarvis, S. C. Strong, S. C. Tingey regarding
                             loan file from Gould Patterson (.4); work on
                             response to committee's joint request in
                             cooperation with E. A. Monson (4.4); including
                             meeting with M. Olson (1.1); and other
                             employees (.6); phone call with S. C. Strong
                             regarding scope (.6).

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 R Madsen, II   2.43  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .30  Review e-mails from Lynn Ernce, S. C. Strong
                              and Mark Olson regarding changes to
                              Diversified's information on USA Capital web
                              page and send reply e-mail to S. C. Strong
                              (.3).

07/27/06 E Monson        .20  Draft e-mail to L. Ernce regarding requested
                              changes to USA web site (.2).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending out
                              lists of people in funds to committee counsel
                              and status of direct lender names (.2).

07/27/06 E Monson        .87  Work on joint committee requests outlining
                              status of what has been identified and what
                              still need to be done (3.5).

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .08  Review e-mail exchange involving Rob Charles,
                              A. W. Jarvis and Natalee Tanner involving
                              document request and scanning and discuss with
                              B. J. Kotter (.3).

07/27/06 E Monson        .12  Conference with S. C. Strong and B. J. Kotter
                              regarding Rob Charles e-mail exchange and
                              document production (.5).

07/27/06 S Strong       2.00  Participate in telephone conference with S.
                              Smith and A. W. Jarvis regarding issues raised
                              by Diversified Committee respecting Motion to
                              Distribute (0.7); further discussions with A.
                              W. Jarvis regarding same (0.2); participate in
                              conference call with A. W. Jarvis and M.
                              Levinson regarding distribution issues and
                              reorganization strategies (0.9); exchange
                              emails with L. Ernce, M. Olson, E. A. Monson
                              and A. W. Jarvis regarding debtors website and
                              information regarding Diversified Fund on
                              website (.2).

Client No. 34585                                                  Page:   13
Debtor USA Commercial Mortgage Co., et al.                       August 25, 2006


07/27/06 S Strong          .55  Participate in weekly conference call with
                                debtors and committees counsel regarding
                                various pending issues (1.7); telephone
                                conference with B. J. Kotter and E. A. Monson
                                regarding progress in reviewing and preparing
                                documents, and arranging logistics, for
                                response to joint committees request (.5).

07/28/06 A Jarvis          .30  Correspondence regarding IP demands with
                                respect to Diversified.

07/28/06 B Kotter         1.25  Follow up with Natalie Tanner regarding imaging
                                request and draft e-mail to USA persons
                                regarding vendor inquiries (.6); review of
                                confidentiality agreements for S. C. Strong
                                (1.3); follow up on joint committee request
                                issues (1.4); legal research related to motion
                                to distribute replys (1.7).

07/28/06 S Strong          .23  Review email from M. Haftl with copies of all
                                executed confidentiality agreements with
                                potential DIP lenders and purchasers, as
                                requested by Committees, and confer with B. J.
                                Kotter regarding further review needed of
                                debtors reciprocal confidential obligations
                                respecting same (0.4); follow-up discussion
                                with B. J. Kotter regarding same (0.1);
                                telephone conference with M. Haftl regarding
                                appraisal documents requested by UCC member
                                (0.1); exchange emails with R. Charles
                                regarding same, follow-up call with J. Reed and
                                M. Haftl regarding same, and exchange follow-up
                                emails with A. W. Jarvis and M. Haftl regarding
                                same (0.3).

07/31/06 A Jarvis          .17  Conference call with committees regarding
                                exclusivity period extension, plan
                                negotiations, document production, motion to
                                distribute, funding requirements.

07/31/06 A Jarvis          .13  Correspondence with committee on plan
                                proposals; confidentiality agreement regarding
                                term sheet proposal.

07/31/06 B Kotter          .05  Conference with E. A. Monson regarding
                                production (.2).

```
Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006
```

07/31/06 E Monson        .03 Draft e-mail to LeeAnn Weese regarding follow
                             up on joint committee requests for financial
                             information (.1).

07/31/06 E Monson        .20 Work on joint committee requests and review
                             e-mails from B. J. Kotter (.8).

07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                             with committees (0.3); participate in weekly
                             conference call with Committees (0.6);
                             telephone conference with S. Smith, J. Nugent
                             and A. W. Jarvis regarding issues raised on
                             weekly call (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                        $14,209.11