*"Exhibit F-16"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| | | |
|---|---|---|
| 07/03/06 S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/06/06 S Strong | .15 | Review emails from committees counsel regarding various positions on motion to distribute (0.3); exchange emails with L. Schwartzer regarding logistics for July 11 meeting with committees, and telephone conference with him regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/07/06 S Strong       .18  Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis       .10  Correspondence on committee presentation.

07/10/06 A Jarvis       .25  Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation for
                             committee meeting, investor statement issues.

07/10/06 B Kotter       .40  E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3); brief
                             initial review of actual joint request (.2);
                             legal research on Bank's obligation to inform
                             customers of subpoena (1.1).

07/10/06 D Monson       .12  Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong      1.00  Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding
                             information for same (0.6); participate in
                             weekly call with committees professionals
                             (0.7); telephone conference with A. W. Jarvis,
                             T. Allison and Mesirow team regarding issues
                             and planning for meeting with Committees this
                             week (1.0); review email from A. W. Jarvis
                             regarding additional materials needed for
                             meeting, and review and assemble same (0.4).

07/11/06 A Jarvis      1.48  Preparation for and attendance at Committee
                             meetings.

07/11/06 B Kotter       .22  Conference with S. C. Strong regarding
                             committee meeting (.3); e-mail to J. Reed at
                             Mesirow and review of power point
                             presentation (.2); forward presentation to
                             counsel (.3); follow up on document request
                             with S. C. Strong (.1).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/11/06 S Strong        .20 Review various loan summaries and loan
                             information (0.3); telephone conference with M.
                             Kehl regarding presentation to committees today
                             (0.1); confer with B. J. Kotter regarding
                             circulating copies of presentation, email to
                             committees counsel regarding same, and review
                             email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter        .23 Review of document requests from committee
                             (.6); conference with S. C. Strong regarding
                             requests and debtors response with objections
                             and production of various documents (.3).

07/12/06 E Monson        .07 Discussion with S. C. Strong regarding
                             discovery issues and review e-mail on joint
                             committee request for information (.3).

07/12/06 S Strong        .38 Further review and analysis of Joint Document
                             Request from committees requesting 96 items of
                             information (0.9); conferences with B. J.
                             Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter        .07 Respond to e-mail inquiry regarding
                             committees' review of documents with their
                             financial advisors and discuss privilege
                             issues (.7).

07/13/06 S Strong        .23 Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis        .05 Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter        .45 Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/14/06 S Strong          .35 Further review of Joint Document Request from
                               committees (0.3); participate in conference
                               call with RQN and Mesirow teams regarding
                               responding to same (1.1).

07/17/06 B Kotter         2.20 Continue reviewing documents for privilege and
                               formulating response to the committees' joint
                               request (8.2); telephone conference with S. C.
                               Strong regarding privilege/confidentiality and
                               privacy concerns (.6).

07/17/06 R Madsen, II      .13 Work on preparation for document review and
                               production in Las Vegas.

07/17/06 S Strong          .38 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding issues in responding to
                               joint committees document request (0.6);
                               exchange emails with C. Pajak regarding
                               progress with same (0.1); review emails from B.
                               J. Kotter regarding categories of responsive
                               information in loan files, and email to A. W.
                               Jarvis regarding same (0.2); review and
                               analysis of spreadsheets circulated to
                               committees advisors containing backup for the
                               Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis          .20 Correspondence on financial advisor for
                               Unsecured Creditors' Committee.

07/18/06 A Jarvis          .08 Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis          .08 Correspondence on issues relating to
                               guarantees.

07/18/06 A Jarvis          .05 Correspondence on document request on loan
                               files.

07/18/06 A Jarvis          .05 Conference call with T. Allison regarding Boise
                               Gowan.

07/18/06 A Jarvis          .07 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .05 Correspondence on updated financing needs.

07/18/06 A Jarvis          .08 Correspondence on Rio Rancho and the Gardens.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006

07/18/06 B Kotter        2.35 Continue working on response to committees'
                              joint request including meeting with various
                              USA people possessing knowledge relevant to
                              request; continue review of documents for
                              privilege concerns.

07/18/06 R Madsen, II     .75 Review of loan documentation and communications
                              with respect to attorney-client privileged
                              communications.

07/18/06 R Madsen, II     .70 Work on creating privileged log of
                              attorney-client privileged documentation.

07/18/06 E Monson        1.05 Meet with Angie and work through Joint
                              Committee requests and organization chart
                              (4.2).

07/18/06 S Strong         .15 Telephone conference with B. J. Kotter and E.
                              A. Monson regarding status of their review of
                              documents to be produced in response to
                              committees request (0.3); further discussions
                              with B. J. Kotter regarding same (0.3).

07/18/06 S Strong         .10 Review emails from committees professionals
                              regarding same (0.4).

07/18/06 S Strong         .23 Participate in telephone conference with S.
                              Smith and committees FAs regarding Motion to
                              Distribute calculations and assumptions (.9).

07/18/06 A Tsu           1.75 Review of loan documentation and communications
                              with respect to attorney-client privilege, work
                              product privilege and other privileged
                              communications (3.0); creating a privilege log
                              for documents determined to be privileged
                              (2.8); reviewing investor files to create
                              sample files for discovery purposes; reviewing
                              and redacting information relating to same
                              (1.2).

07/19/06 A Jarvis         .07 Correspondence with T. Allison regarding
                              committee meeting.

07/19/06 A Jarvis         .07 Correspondence with T. Allison regarding
                              meetings with Committee.

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/19/06 A Jarvis        .50 Conference call with Committees regarding
                             document production, distribution motion,
                             unfunded requirements, plan issues.

07/19/06 B Kotter       1.58 Meeting with E. A. Monson regarding response
                             to joint request (.8); phone conference with
                             E. A. Monson, S. C. Strong, A. W. Jarvis and
                             Mesirow regarding production (.6); weekly
                             joint committee phone call (2.3); work on
                             response to request (2.1); phone call with R.
                             Charles and paralegal regarding imaging of
                             documents and possibility of web-based
                             hosting (.2); e-mail exchange with Natalie
                             (.3).

07/19/06 E Monson        .10 Meet with B. J. Kotter to discuss joint
                             committee requests (.4).

07/19/06 E Monson        .08 Review e-mails from B. J. Kotter and others
                             regarding document production issues (.3).

07/19/06 E Monson        .35 Follow up on possible protective order and
                             other issues relating to response to joint
                             committee requests (1.4).

07/19/06 E Monson        .45 Participate in committee conference call (1.8).

07/19/06 S Strong        .75 Participate in conference call with A. W
                             Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                             team regarding document production issues in
                             responding to joint committees request (0.5);
                             participate in weekly conference call with
                             committees professionals regarding various
                             pending issues (2.0); telephone conference with
                             R. Charles regarding process for responding to
                             joint committees document request (0.2);
                             telephone conference with R. Charles, N.
                             Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey        .77 Meeting with A. W. Jarvis and other attorneys
                             regarding administrative coordination and
                             status issues (1.1); compile and review
                             guarantor information regarding issues raised
                             by committees (1.6).

07/20/06 A Jarvis        .20 Conference call with Mesirow team regarding
                             document production, investor statements,
                             information for committees.

Client No. 34585                                           Page:    7
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/20/06 A Jarvis        .20  Review analysis by UCC financial advisor on
                              holdback, information for committee meeting.

07/20/06 B Kotter        .42  Finish redacting proposed sample investor
                              files (.8); continue work on responding to
                              the committees' joint request (.9).

07/20/06 E Monson        .05  Draft and send e-mail to R. Hilson regarding
                              joint committee request (.2).

07/20/06 E Monson        .40  Work on review and response to joint committee
                              requests (1.6).

07/20/06 S Strong       1.15  Exchange emails with B. J. Kotter regarding SEC
                              document production requested by committees,
                              and confer with M. W. Pugsley regarding same
                              (0.3); review redacted investor files from B.
                              J. Kotter and exchange emails with him and E.
                              A. Monson regarding same (0.3); arrange for
                              tomorrows conference call with committees
                              regarding details of proposed distribution to
                              investors, exchange emails with M. Kehl
                              regarding same, and send email to committees
                              working group regarding same (0.5); research
                              and analysis of possible legal grounds for and
                              against allowing investors to offset unpaid
                              principal against overpaid interest (2.4);
                              various discussions with A. W. Jarvis regarding
                              same (0.4); telephone conference with A. W.
                              Jarvis, T. Allison and S. Smith regarding same
                              (0.4); exchange emails with S. Smith, T.
                              Allison and R. Charles regarding
                              recharacterization of prepaid interest and
                              principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25  Conference call with Committees.

07/21/06 B Kotter        .18  Draft e-mail to M. Olsen regarding response
                              to committees' joint request (.7).

07/21/06 E Monson        .05  Review e-mails from B. J. Kotter and M. Olson
                              regarding joint committee requests (.2).

07/21/06 E Monson        .07  Review e-mail from R. Hilson on joint committee
                              request and send reply (.2); Review additional
                              e-mail response from R. Hilson (.1).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/21/06 S Strong        .30 Participate in conference call with debtors'
                             and committees' professionals regarding details
                             of proposed distribution of funds (1.0);
                             follow-up discussions with A. W. Jarvis
                             regarding same (0.2).

07/21/06 S Strong        .10 Confer with S. C. Tingey regarding loan summary
                             needed for committees (0.3); review email from
                             S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong        .05 Review emails from B. J. Kotter and USA staff
                             regarding document production progress and
                             logistics in responding to joint committee
                             request (.2).

07/25/06 A Jarvis       2.10 Meeting with Unsecured Creditors Committee.

07/25/06 A Jarvis        .32 Meeting with Committees, potential bidder.

07/25/06 B Kotter        .87 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT regarding
                             duplication of CD/DVD's of documents (.3);
                             conference with S. C. Strong regarding document
                             production issues (.4); continue work on
                             cataloging documents and preparing response to
                             request (2.4).

07/25/06 R Madsen, II    .43 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .58 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong        .08 Telephone conference with M. Kehl and J. Nugent
                             regarding revised Funding Requirements list for
                             committees (.2); exchange emails with M. Kehl
                             regarding Hilco appraisals requested by
                             committees (.1).

07/26/06 A Jarvis        .33 Telephone conference with S. C. Strong
                             regarding committee meetings, motion to
                             distribute funds, plan negotiations.

07/26/06 A Jarvis        .08 Correspondence regarding motion to
                             distribute, recoupment issues.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/26/06 A Jarvis          .10  Correspondence with Committees on Motion to
                                Distribute.

07/26/06 B Kotter         2.65  Review CDs produced to SEC (.8); conference
                                with R. H. Madsen regarding continued privilege
                                review (.4); conference with E. A. Monson
                                regarding response to joint request (.3);
                                conference with R. Hilson regarding response
                                (.3); meeting with potential vendors (1.8);
                                obtain file from Gould and review for privilege
                                (1.6); continued work on response to committee
                                request   (5.4).

07/26/06 R Madsen, II     2.35  Corporate document review and production with
                                respect to various corporate entities, limited
                                liability companies and other entities in
                                response to joint committee request.

07/26/06 E Monson          .05  Draft e-mail to S. Smith regarding direct
                                lender requests and lists of investors to
                                Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson          .13  Review e-mail from S. Smith and drafts of
                                investor lists and send reply e-mails (.5).

07/26/06 E Monson          .30  Meet with R. Hilson, LePome, and S. Smith to go
                                over financial information requested in joint
                                committee requests (1.2).

07/26/06 E Monson          .40  Work on other issues involving joint committee
                                requests including discussions with R. Madsen
                                regarding privilege, confidentiality and
                                privacy issues (1.6).

07/26/06 E Monson          .05  Discussion with S. C. Strong on document
                                production issues (.2).

07/26/06 S Strong          .13  Exchange various emails with counsel for
                                committees regarding rescheduling weekly
                                conference call (0.2); confer with S. C. Tingey
                                regarding status of loan summaries requested by
                                committees (0.1); telephone conferences with B.
                                J. Kotter and E. A. Monson regarding issues in
                                responding to joint committees document
                                requests (0.2).

07/27/06 A Jarvis          .10  Telephone call to R. Charles regarding
                                committee requests.

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 A Jarvis        .20  Telephone call to R. Charles regarding
                              answers to questions regarding motion to
                              distribute.

07/27/06 A Jarvis        .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05  Correspondence with Committees regarding Rio
                              Rancho proposal.

07/27/06 A Jarvis        .48  Conference call with four committees regarding
                              motion to distribute, Rio Rancho, exclusivity,
                              plan progress.

07/27/06 B Kotter       2.20  Continued review of loan files and corporate
                              records for privilege (1.7); e-mail to A. W.
                              Jarvis, S. C. Strong, S. C. Tingey regarding
                              loan file from Gould Patterson (.4); work on
                              response to committee's joint request in
                              cooperation with E. A. Monson (4.4); including
                              meeting with M. Olson (1.1); and other
                              employees (.6); phone call with S. C. Strong
                              regarding scope (.6).

07/27/06 R Madsen, II   2.43  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/27/06 E Monson        .13  Conference with S. C. Strong and B. J. Kotter
                              regarding Rob Charles e-mail exchange and
                              document production (.5).

07/27/06 E Monson        .05  Draft e-mail to S. Smith regarding sending out
                              lists of people in funds to committee counsel
                              and status of direct lender names (.2).

07/27/06 E Monson        .88  Work on joint committee requests outlining
                              status of what has been identified and what
                              still need to be done (3.5).

07/27/06 E Monson        .15  Go through files in Vicki Loob's office to
                              determine if responsive to request (.6).

07/27/06 E Monson        .07  Review e-mail exchange involving Rob Charles,
                              A. W. Jarvis and Natalee Tanner involving
                              document request and scanning and discuss with
                              B. J. Kotter (.3).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 S Strong        .55 Participate in weekly conference call with
                             debtors and committees counsel regarding
                             various pending issues (1.7); telephone
                             conference with B. J. Kotter and E. A. Monson
                             regarding progress in reviewing and preparing
                             documents, and arranging logistics, for
                             response to joint committees request (.5).

07/28/06 B Kotter       1.25 Follow up with Natalie Tanner regarding imaging
                             request and draft e-mail to USA persons
                             regarding vendor inquiries (.6); review of
                             confidentiality agreements for S. C. Strong
                             (1.3); follow up on joint committee request
                             issues (1.4); legal research related to motion
                             to distribute replys (1.7).

07/28/06 S Strong        .23 Review email from M. Haftl with copies of all
                             executed confidentiality agreements with
                             potential DIP lenders and purchasers, as
                             requested by Committees, and confer with B. J.
                             Kotter regarding further review needed of
                             debtors reciprocal confidential obligations
                             respecting same (0.4); follow-up discussion
                             with B. J. Kotter regarding same (0.1);
                             telephone conference with M. Haftl regarding
                             appraisal documents requested by UCC member
                             (0.1); exchange emails with R. Charles
                             regarding same, follow-up call with J. Reed and
                             M. Haftl regarding same, and exchange follow-up
                             emails with A. W. Jarvis and M. Haftl regarding
                             same (0.3).

07/31/06 A Jarvis        .18 Conference call with committees regarding
                             exclusivity period extension, plan
                             negotiations, document production, motion to
                             distribute, funding requirements.

07/31/06 A Jarvis        .12 Correspondence with committee on plan
                             proposals; confidentiality agreement regarding
                             term sheet proposal.

07/31/06 B Kotter        .05 Conference with E. A. Monson regarding
                             production (.2).

07/31/06 E Monson        .02 Draft e-mail to LeeAnn Weese regarding follow
                             up on joint committee requests for financial
                             information (.1).

```
Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/31/06 E Monson          .20 Work on joint committee requests and review
                               e-mails from B. J. Kotter (.8).

07/31/06 S Strong          .30 Review notes and prepare agenda for weekly call
                               with committees (0.3); participate in weekly
                               conference call with Committees (0.6);
                               telephone conference with S. Smith, J. Nugent
                               and A. W. Jarvis regarding issues raised on
                               weekly call (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                          $10,638.14

*"Exhibit F-17"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | | |
|---|---|---|---|
| 07/03/06 | E Monson | .10 | Draft e-mail to J. Reed regarding following up on number of Direct Lender loans that are not on CD provided to the ECC. |
| 07/03/06 | S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 | S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 | S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/06/06 S Strong        .15 Review emails from committees counsel
                             regarding various positions on motion to
                             distribute (0.3); exchange emails with L.
                             Schwartzer regarding logistics for July 11
                             meeting with committees, and telephone
                             conference with him regarding same (0.2);
                             telephone conference with A. W. Jarvis
                             regarding same (0.1).

07/07/06 S Strong        .10 Review letter from ECC requesting more
                             information (.1).

07/07/06 S Strong        .18 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation for
                             committee meeting, investor statement issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3); brief
                             initial review of actual joint request (.2);
                             legal research on Bank's obligation to inform
                             customers of subpoena (1.1).

07/10/06 D Monson        .12 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding
                             information for same (0.6); participate in
                             weekly call with committees professionals
                             (0.7); telephone conference with A. W. Jarvis,
                             T. Allison and Mesirow team regarding issues
                             and planning for meeting with Committees this
                             week (1.0); review email from A. W. Jarvis
                             regarding additional materials needed for
                             meeting, and review and assemble same (0.4).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/10/06 S Strong          .30  Confer with E. A. Monson and exchange emails
                                with A. Tsu and E. A. Monson regarding investor
                                privacy issues concerning committees
                                information requests (0.3).

07/11/06 A Jarvis         1.48  Preparation for and attendance at Committee
                                meetings.

07/11/06 B Kotter          .22  Conference with S. C. Strong regarding
                                committee meeting (.3); e-mail to J. Reed at
                                Mesirow and review of power point presentation
                                (.2); forward presentation to counsel (.3);
                                follow up on document request with S. C. Strong
                                (.1).

07/11/06 S Strong          .20  Review various loan summaries and loan
                                information (0.3); telephone conference with M.
                                Kehl regarding presentation to committees today
                                (0.1); confer with B. J. Kotter regarding
                                circulating copies of presentation, email to
                                committees counsel regarding same, and review
                                email from B. J. Kotter regarding same (0.4).

07/12/06 A Jarvis          .30  Correspondence regarding meeting with
                                Executory Contract committee.

07/12/06 B Kotter          .23  Review of document requests from committee
                                (.6); conference with S. C. Strong regarding
                                requests and debtors response with objections
                                and production of various documents (.3).

07/12/06 E Monson          .07  Discussion with S. C. Strong regarding
                                discovery issues and review e-mail on joint
                                committee request for information (.3).

07/12/06 S Strong          .38  Further review and analysis of Joint Document
                                Request from committees requesting 96 items of
                                information (0.9); conferences with B. J.
                                Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter          .21  Respond to e-mail inquiry regarding committees'
                                review of documents with their financial
                                advisors and discuss privilege issues (.7).

07/13/06 S Strong          .20  Review emails from M. Olson and F. Siddiqui
                                regarding ECC members requesting specific
                                information (0.1); exchange emails with A. W.
                                Jarvis regarding same (0.1).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/13/06 S Strong        .23  Confer with A. W. Jarvis regarding joint
                              information request from committees (0.2);
                              exchange emails with A. W. Jarvis, M. Kehl and
                              E. A. Monson regarding general issues
                              concerning dissemination of information to
                              committees (0.3); review emails from A. W.
                              Jarvis and S. Smith regarding joint information
                              request of committees and further procedures
                              needed (0.2).

07/14/06 A Jarvis        .05  Correspondence regarding weekly committee
                              meeting.

07/14/06 B Kotter        .45  Conference with S. C. Strong regarding subpoena
                              response and procedures for handling document
                              requests (.3); telephone conference call with
                              A. W. Jarvis, S. C. Strong, and E. A. Monson
                              regarding production issues (1.1); prepare for
                              production issues (.4).

07/14/06 S Strong        .35  Further review of Joint Document Request from
                              committees (0.3); participate in conference
                              call with RQN and Mesirow teams regarding
                              responding to same (1.1).

07/17/06 B Kotter       2.20  Continue reviewing documents for privilege and
                              formulating response to the committees' joint
                              request (8.2); telephone conference with S. C.
                              Strong regarding privilege/confidentiality and
                              privacy concerns (.6).

07/17/06 R Madsen, II    .13  Work on preparation for document review and
                              production in Las Vegas.

07/17/06 S Strong        .38  Telephone conference with B. J. Kotter and E.
                              A. Monson regarding issues in responding to
                              joint committees document request (0.6);
                              exchange emails with C. Pajak regarding
                              progress with same (0.1); review emails from B.
                              J. Kotter regarding categories of responsive
                              information in loan files, and email to A. W.
                              Jarvis regarding same (0.2); review and
                              analysis of spreadsheets circulated to
                              committees advisors containing backup for the
                              Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis       4.20  Conference call with Executory Contracts
                              Committee; review of loan portfolio.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006

07/18/06 A Jarvis        .08  Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis        .05  Correspondence on document request on loan
                              files.

07/18/06 A Jarvis        .08  Correspondence on documents requested by
                              Committees.

07/18/06 A Jarvis        .05  Conference call with T. Allison regarding Boise
                              Gowan.

07/18/06 A Jarvis        .07  Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis        .05  Correspondence on updated financing needs.

07/18/06 A Jarvis        .08  Correspondence on issues relating to
                              guarantees.

07/18/06 B Kotter       2.35  Continue working on response to committees'
                              joint request including meeting with various
                              USA people possessing knowledge relevant to
                              request; continue review of documents for
                              privilege concerns.

07/18/06 R Madsen, II    .75  Review of loan documentation and communications
                              with respect to attorney-client privileged
                              communications.

07/18/06 R Madsen, II    .70  Work on creating privileged log of
                              attorney-client privileged documentation.

07/18/06 E Monson       3.50  Conference call with Bill Bullard, Jerry
                              Gordon, Tom Allison, Mark Olson, Amanda
                              Stevens, Ned Holmberg and Susan Smith to
                              discuss direct lender loans (3.5).

07/18/06 E Monson       1.05  Meet with Angie and work through Joint
                              Committee requests and organization chart
                              (4.2).

07/18/06 S Strong        .15  Telephone conference with B. J. Kotter and E.
                              A. Monson regarding status of their review of
                              documents to be produced in response to
                              committees request (0.3); further discussions
                              with B. J. Kotter regarding same (0.3).

07/18/06 S Strong        .10  Review emails from committees professionals
                              regarding same (0.4).

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/18/06 S Strong        .23  Participate in telephone conference with S.
                              Smith and committees FAs regarding Motion to
                              Distribute calculations and assumptions (.9).

07/18/06 A Tsu          1.75  Review of loan documentation and communications
                              with respect to attorney-client privilege, work
                              product privilege and other privileged
                              communications (3.0); creating a privilege log
                              for documents determined to be privileged
                              (2.8); reviewing investor files to create
                              sample files for discovery purposes; reviewing
                              and redacting information relating to same
                              (1.2).

07/19/06 A Jarvis        .50  Conference call with Committees regarding
                              document production, distribution motion,
                              unfunded requirements, plan issues.

07/19/06 A Jarvis        .07  Correspondence with T. Allison regarding
                              committee meeting.

07/19/06 A Jarvis        .07  Correspondence with T. Allison regarding
                              meetings with Committee.

07/19/06 B Kotter       1.58  Meeting with E. A. Monson regarding response to
                              joint request (.8); phone conference with E. A.
                              Monson, S. C. Strong, A. W. Jarvis and Mesirow
                              regarding production (.6); weekly joint
                              committee phone call (2.3); work on response to
                              request (2.1); phone call with R. Charles and
                              paralegal regarding imaging of documents and
                              possibility of web-based hosting (.2); e-mail
                              exchange with Natalie (.3).

07/19/06 E Monson        .20  Review e-mail from B. Higgins regarding
                              direct lender information and circulate with
                              comments to A. W. Jarvis and S. C. Strong
                              (.2).

07/19/06 E Monson        .30  Review replies from A. W. Jarvis and S. C.
                              Strong and send e-mail to B. Higgins and
                              forward B. Higgins' e-mail to S. Smith (.3).

07/19/06 E Monson        .08  Review e-mails from B. J. Kotter and others
                              regarding document production issues (.3).

07/19/06 E Monson        .10  Meet with B. J. Kotter to discuss joint
                              committee requests (.4).

Client No. 34585                                        Page:    7
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/19/06 E Monson          .35  Follow up on possible protective order and
                                other issues relating to response to joint
                                committee requests (1.4).

07/19/06 E Monson          .45  Participate in committee conference call (1.8).

07/19/06 S Strong          .75  Participate in conference call with A. W
                                Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                                team regarding document production issues in
                                responding to joint committees request (0.5);
                                participate in weekly conference call with
                                committees professionals regarding various
                                pending issues (2.0); telephone conference with
                                R. Charles regarding process for responding to
                                joint committees document request (0.2);
                                telephone conference with R. Charles, N.
                                Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey          .77  Meeting with A. W. Jarvis and other attorneys
                                regarding administrative coordination and
                                status issues (1.1); compile and review
                                guarantor information regarding issues raised
                                by committees (1.6).

07/20/06 A Jarvis          .20  Conference call with Mesirow team regarding
                                document production, investor statements,
                                information for committees.

07/20/06 A Jarvis          .20  Review analysis by UCC financial advisor on
                                holdback, information for committee meeting.

07/20/06 B Kotter          .42  Finish redacting proposed sample investor files
                                (.8); continue work on responding to the
                                committees' joint request (.9).

07/20/06 E Monson          .05  Draft and send e-mail to R. Hilson regarding
                                joint committee request (.2).

07/20/06 E Monson          .40  Work on review and response to joint committee
                                requests (1.6).

07/20/06 S Strong         1.15  Exchange emails with B. J. Kotter regarding SEC
                                document production requested by committees,
                                and confer with M. W. Pugsley regarding same
                                (0.3); review redacted investor files from B.
                                J. Kotter and exchange emails with him and E.

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006

                        A. Monson regarding same (0.3); arrange for
                        tomorrows conference call with committees
                        regarding details of proposed distribution to
                        investors, exchange emails with M. Kehl
                        regarding same, and send email to committees
                        working group regarding same (0.5); research
                        and analysis of possible legal grounds for and
                        against allowing investors to offset unpaid
                        principal against overpaid interest (2.4);
                        various discussions with A. W. Jarvis regarding
                        same (0.4); telephone conference with A. W.
                        Jarvis, T. Allison and S. Smith regarding same
                        (0.4); exchange emails with S. Smith, T.
                        Allison and R. Charles regarding
                        recharacterization of prepaid interest and
                        principal payments within certain loans (0.3).

07/21/06 A Jarvis       .25 Conference call with Committees.

07/21/06 B Kotter       .18 Draft e-mail to M. Olsen regarding response to
                        committees' joint request (.7).

07/21/06 E Monson       .05 Review e-mails from B. J. Kotter and M. Olson
                        regarding joint committee requests (.2).

07/21/06 E Monson       .07 Review e-mail from R. Hilson on joint committee
                        request and send reply (.2); Review additional
                        e-mail response from R. Hilson (.1).

07/21/06 S Strong       .30 Participate in conference call with debtors'
                        and committees' professionals regarding details
                        of proposed distribution of funds (1.0);
                        follow-up discussions with A. W. Jarvis
                        regarding same (0.2).

07/21/06 S Strong       .10 Confer with S. C. Tingey regarding loan summary
                        needed for committees (0.3); review email from
                        S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong       .05 Review emails from B. J. Kotter and USA staff
                        regarding document production progress and
                        logistics in responding to joint committee
                        request (.2).

07/25/06 A Jarvis      1.15 Meeting with FTDF and ECC committee members and
                        professionals.

07/25/06 A Jarvis       .32 Meeting with Committees, potential bidder.

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/25/06 B Kotter        .55  Conference with M. W. Pugsley regarding SEC
                              production issues and response to joint
                              committee request (.4); meet with IT regarding
                              duplication of CD/DVD's of documents (.3);
                              conference with S. C. Strong regarding document
                              production issues (.4); continue work on
                              cataloging documents and preparing response to
                              request (2.4).

07/25/06 R Madsen, II    .43  Review and revisions to privileged documents
                              log.

07/25/06 E Monson        .58  Conference with A. W. Jarvis, T. Allison and
                              representatives of First Trust Deed Committee
                              and Direct Lenders Committee and counsel
                              (2.3).

07/25/06 S Strong        .30  Review backup spreadsheets relating to June 30
                              investor statements and emails from S. Smith to
                              committees financial advisors regarding same,
                              and forward same to ECC counsel (.3).

07/25/06 S Strong        .08  Telephone conference with M. Kehl and J. Nugent
                              regarding revised Funding Requirements list for
                              committees (.2); exchange emails with M. Kehl
                              regarding Hilco appraisals requested by
                              committees (.1).

07/26/06 A Jarvis        .33  Telephone conference with S. C. Strong
                              regarding committee meetings, motion to
                              distribute funds, plan negotiations.

07/26/06 A Jarvis        .10  Correspondence with Committees on Motion to
                              Distribute.

07/26/06 A Jarvis        .08  Correspondence regarding motion to distribute,
                              recoupment issues.

07/26/06 B Kotter       2.65  Review CDs produced to SEC (.8); conference
                              with R. H. Madsen regarding continued privilege
                              review (.4); conference with E. A. Monson
                              regarding response to joint request (.3);
                              conference with R. Hilson regarding response
                              (.3); meeting with potential vendors (1.8);
                              obtain file from Gould and review for privilege
                              (1.6); continued work on response to committee
                              request  (5.4).

Client No. 34585                                        Page:   10
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/26/06 R Madsen, II   2.35  Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/26/06 E Monson        .20  Send e-mail to Brigid Higgins regarding
                              request for direct lender list (.2).

07/26/06 E Monson        .13  Review e-mail from S. Smith and drafts of
                              investor lists and send reply e-mails (.5).

07/26/06 E Monson        .05  Draft e-mail to S. Smith regarding direct
                              lender requests and lists of investors to
                              Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson        .30  Meet with R. Hilson, LePome, and S. Smith to go
                              over financial information requested in joint
                              committee requests (1.2).

07/26/06 E Monson        .40  Work on other issues involving joint committee
                              requests including discussions with R. Madsen
                              regarding privilege, confidentiality and
                              privacy issues (1.6).

07/26/06 E Monson        .05  Discussion with S. C. Strong on document
                              production issues (.2).

07/26/06 S Strong        .13  Exchange various emails with counsel for
                              committees regarding rescheduling weekly
                              conference call (0.2); confer with S. C. Tingey
                              regarding status of loan summaries requested by
                              committees (0.1); telephone conferences with B.
                              J. Kotter and E. A. Monson regarding issues in
                              responding to joint committees document
                              requests (0.2).

07/27/06 A Jarvis        .48  Conference call with four committees
                              regarding motion to distribute, Rio Rancho,
                              exclusivity, plan progress.

07/27/06 A Jarvis        .20  Telephone conference with G. Garman regarding
                              motion to distribute, extension to respond.

07/27/06 A Jarvis        .05  Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05  Correspondence with Committees regarding Rio
                              Rancho proposal.

Client No. 34585                                                Page:   11
Debtor USA Commercial Mortgage Co., et al.                      August 25, 2006


07/27/06 B Kotter        2.20  Continued review of loan files and corporate
                               records for privilege (1.7); e-mail to A. W.
                               Jarvis, S. C. Strong, S. C. Tingey regarding
                               loan file from Gould Patterson (.4); work on
                               response to committee's joint request in
                               cooperation with E. A. Monson (4.4); including
                               meeting with M. Olson (1.1); and other
                               employees (.6); phone call with S. C. Strong
                               regarding scope (.6).

07/27/06 R Madsen, II    2.43  Corporate document review and production with
                               respect to various corporate entities, limited
                               liability companies and other entities in
                               response to joint committee request.

07/27/06 E Monson         .88  Work on joint committee requests outlining
                               status of what has been identified and what
                               still need to be done (3.5).

07/27/06 E Monson         .07  Review e-mail exchange involving Rob Charles,
                               A. W. Jarvis and Natalee Tanner involving
                               document request and scanning and discuss
                               with B. J. Kotter (.3).

07/27/06 E Monson         .05  Draft e-mail to S. Smith regarding sending out
                               lists of people in funds to committee counsel
                               and status of direct lender names (.2).

07/27/06 E Monson         .15  Go through files in Vicki Loob's office to
                               determine if responsive to request (.6).

07/27/06 E Monson         .13  Conference with S. C. Strong and B. J. Kotter
                               regarding Rob Charles e-mail exchange and
                               document production (.5).

07/27/06 S Strong         .55  Participate in weekly conference call with
                               debtors and committees counsel regarding
                               various pending issues (1.7); telephone
                               conference with B. J. Kotter and E. A. Monson
                               regarding progress in reviewing and preparing
                               documents, and arranging logistics, for
                               response to joint committees request (.5).

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/28/06 B Kotter        1.25  Follow up with Natalie Tanner regarding imaging
                               request and draft e-mail to USA persons
                               regarding vendor inquiries (.6); review of
                               confidentiality agreements for S. C. Strong
                               (1.3); follow up on joint committee request
                               issues (1.4); legal research related to motion
                               to distribute replys (1.7).

07/28/06 S Strong         .23  Review email from M. Haftl with copies of all
                               executed confidentiality agreements with
                               potential DIP lenders and purchasers, as
                               requested by Committees, and confer with B. J.
                               Kotter regarding further review needed of
                               debtors reciprocal confidential obligations
                               respecting same (0.4); follow-up discussion
                               with B. J. Kotter regarding same (0.1);
                               telephone conference with M. Haftl regarding
                               appraisal documents requested by UCC member
                               (0.1); exchange emails with R. Charles
                               regarding same, follow-up call with J. Reed and
                               M. Haftl regarding same, and exchange follow-up
                               emails with A. W. Jarvis and M. Haftl regarding
                               same (0.3).

07/31/06 A Jarvis         .18  Conference call with committees regarding
                               exclusivity period extension, plan
                               negotiations, document production, motion to
                               distribute, funding requirements.

07/31/06 A Jarvis         .12  Correspondence with committee on plan
                               proposals; confidentiality agreement regarding
                               term sheet proposal.

07/31/06 B Kotter         .05  Conference with E. A. Monson regarding
                               production (.2).

07/31/06 E Monson         .50  Follow up with S. Smith regarding CD of
                               Direct Lenders in loans and review CD (.5).

07/31/06 E Monson         .10  Review e-mail from B. Higgins regarding
                               confidentiality agreement (short forms) (.1).

07/31/06 E Monson         .02  Draft e-mail to LeeAnn Weese regarding follow
                               up on joint committee requests for financial
                               information (.1).

07/31/06 E Monson         .20  Work on joint committee requests and review
                               e-mails from B. J. Kotter (.8).

```
Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

```
07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                             with committees (0.3); participate in weekly
                             conference call with Committees (0.6);
                             telephone conference with S. Smith, J. Nugent
                             and A. W. Jarvis regarding issues raised on
                             weekly call (0.3).
```

```
  TOTAL FOR LEGAL SERVICES RENDERED                      $13,087.39
```

# "Exhibit F-18"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|------|-------------|-------:|
| 07/20/06 | Refund of Overpayment | (420.00) |
| 07/17/06 | Air Fare - - Bankcard Center | 240.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 256.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 158.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 753.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 131.30 |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 15.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 1505.89 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | (495.30) |
| 07/06/06 | Travel Expense - - Annette W. Jarvis | 614.56 |
| 07/06/06 | Travel Expense - - Ben Kotter | 281.60 |
| 07/06/06 | Travel Expense - - Steven C. Strong | 315.29 |
| 07/13/06 | Travel Expense - - Annette W. Jarvis | 79.22 |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


```
07/13/06  Travel Expense - - Annette W. Jarvis              367.89
07/13/06  Travel Expense - - Annette W. Jarvis             1442.86
07/13/06  Travel Expense - - Annette W. Jarvis              464.43
07/27/06  Travel Expense - - Ben Kotter                     548.32
07/27/06  Travel Expense - - Ben Kotter                     474.50
07/10/06  Title Report - - Chicago Title Insurance Co.      500.00
07/11/06  Title Search - - First American Title Insurance   210.00
            Co.
07/11/06  Title Search - - First American Title Ins         294.48
            Company
07/11/06  Reversal from Void Check Number: 139938          (210.00)
            Bank ID: SLR Voucher ID: 225495
            Vendor: First American Title Insurance Co.
07/18/06  Search Fee - - LexisNexis Courtlink Inc.           17.50
07/06/06  Filing Fee - UCC - - Kevin G. Glade                20.00
07/31/06  Federal Express Charges                           464.85
07/31/06  Long Distance Telephone Charges                    13.11
07/31/06  Postage                                            11.68
07/31/06  Database Legal Research                          6020.16
07/31/06  Facsimile Expense (Outgoing)                        4.00
07/31/06  Copying Expense                                   215.40
07/31/06  Business Meal(s)                                  285.37
07/31/06  Facsimile Long Distance Charges                     1.70
                                                        -----------

      TOTAL COSTS ADVANCED                                $15,219.51
```