Client Address:    DEBTOR USA COMMERCIAL MORTGAGE CO., E
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**    Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 07/03/06 | | $203.16 | 013 | 1 | Federal Express Charges | 1840121 |
| jarvs | 07/03/06 | | $162.47 | 013 | 1 | Federal Express Charges | 1840122 |
| jarvs | 07/03/06 | | $84.00 | 013 | 1 | Federal Express Charges | 1840123 |
| rq&n | 07/05/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:10 960 MONSON DOUGLAS M | 1833375 |
| rq&n | 07/05/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 16:39 120 MONSON DOUGLAS M | 1833376 |
| rq&n | 07/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 18:35 60 MONSON DOUGLAS M | 1833377 |
| rq&n | 07/05/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:10 960 MONSON DOUGLAS M | 1833644 |
| rq&n | 07/05/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 16:39 120 MONSON DOUGLAS M | 1833645 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 18:35 60 MONSON DOUGLAS M | 1833646 |
| jarvs | 07/05/06 | | $15.80 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837640 |
| jarvs | 07/05/06 | | $0.00 | 079 | 16 | Exhibit Tabs | 1838462 |
| jarvs | 07/06/06 | 139880 | $20.00 | 451 | 1 | Filing Fee -- UCC -- Kevin G. Glade | 1833430 |
| jarvs | 07/06/06 | 139883 | $614.56 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1833434 |
| jarvs | 07/06/06 | 139883 | $40.98 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1833435 |
| jarvs | 07/06/06 | 139885 | $281.60 | 118 | 1 | Travel Expense -- Ben Kotter | 1833444 |
| jarvs | 07/06/06 | 139892 | $54.25 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1833455 |
| jarvs | 07/06/06 | 139905 | $315.29 | 118 | 1 | Travel Expense -- Steven C. Strong | 1833468 |
| jarvs | 07/06/06 | 139905 | $21.05 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1833469 |
| rq&n | 07/06/06 | | $0.40 | 064 | 2 | Copying Expense 070606 MONSON DOUGLAS M | 1834081 |
| rq&n | 07/06/06 | | $0.20 | 064 | 1 | Copying Expense 070606 HANSEN ALISON | 1834082 |
| monso | 07/06/06 | | $289.58 | 019 | 1 | Westlaw | 1836918 |
| tsu | 07/06/06 | | $613.96 | 019 | 1 | Westlaw | 1836924 |
| jarvs | 07/06/06 | | $0.20 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837641 |
| jarvs | 07/06/06 | | $15.00 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837642 |
| jarvs | 07/06/06 | | $0.00 | 079 | 17 | Exhibit Tabs | 1838464 |
| rq&n | 07/07/06 | | $1.20 | 064 | 6 | Copying Expense 070706 WARDLE GAY L | 1834271 |
| rq&n | 07/07/06 | | $2.80 | 064 | 14 | Copying Expense 070706 KOTTER BEN | 1834272 |
| rq&n | 07/07/06 | | $1.40 | 064 | 7 | Copying Expense 070706 BROWN PATRICIA | 1834273 |
| rq&n | 07/07/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:47 480 MONSON DOUGLAS M | 1834274 |
| kottr | 07/07/06 | | $91.78 | 019 | 1 | Westlaw | 1836912 |
| jarvs | 07/10/06 | 74803 | $0.00 | 474 | 1 | Business Meal(s) -- Tiffin Room | 1833685 |
| jarvs | 07/10/06 | 74781 | $0.00 | 474 | 1 | Business Meal(s) -- Tiffin Room | 1833690 |
| jarvs | 07/10/06 | 139927 | $500.00 | 218 | 1 | Title Report -- Chicago Title Insurance Co. | 1833715 |
| rq&n | 07/10/06 | | $7.40 | 064 | 37 | Copying Expense 071006 BROWN PATRICIA | 1834413 |
| sorsn | 07/10/06 | | $165.02 | 019 | 1 | Westlaw | 1837201 |
| jarvs | 07/11/06 | 3268* | $210.00 | 232 | 1 | Title Search -- First American Title Insurance Co. | 1833753 |
| jarvs | 07/11/06 | 139937 | $294.48 | 232 | 1 | Title Search -- First American Title Ins Company | 1833754 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/11/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 8175523100 GRAPEVIN TX 11:55 120 MONSON DOUGLAS M | 1834624 |
| rq&n | 07/11/06 | | $1.16 | 014 | 1 | Long Distance Telephone Charges 5202963576 TUCSON, AZ 12:29 1380 HURST CARRIE | 1834625 |
| rq&n | 07/11/06 | | $1.13 | 014 | 1 | Long Distance Telephone Charges 9147030130 TARRYTOW NY 13:38 1380 MONSON DOUGLAS M | 1834626 |
| rq&n | 07/11/06 | | $0.74 | 014 | 1 | Long Distance Telephone Charges 8175523100 GRAPEVIN TX 13:46 900 MONSON DOUGLAS M | 1834627 |
| rq&n | 07/11/06 | | $0.40 | 064 | 2 | Copying Expense 071106 MONSON DOUGLAS M | 1834628 |
| rq&n | 07/11/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7023015220 LAS VEGA NV 17:37 120 MONSON DOUGLAS M | 1834629 |
| rq&n | 07/11/06 | | $5.40 | 064 | 27 | Copying Expense 071106 MONSON DOUGLAS M | 1834630 |
| jarvis | 07/11/06 | | $1.60 | 064 | 1 | Copying Expense WEST ANDREW | 1837643 |
| jarvis | 07/11/06 | | $0.00 | 079 | 5 | Exhibit Tabs | 1838482 |
| jarvis | 07/11/06 | | -$210.00 | 232 | 1 | Reversal from Void Check Number: 139938 Bank ID: SLR Voucher ID: 22549§ Vendor: First American Title Insurance Co. | 1842426 |
| rq&n | 07/12/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3125434499 CHICGOZN IL 16:49 60 MONSON DOUGLAS M | 1834898 |
| rq&n | 07/12/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 9145922100 ELMSFORD NY 16:51 60 MONSON DOUGLAS M | 1834899 |
| rq&n | 07/12/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:10 60 MONSON DOUGLAS M | 1834900 |
| jarvis | 07/13/06 | 140058 | $79.22 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1834985 |
| jarvis | 07/13/06 | 140058 | $367.89 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1834986 |
| jarvis | 07/13/06 | 140058 | $19.66 | 474 | 1 | Business Meal(s) - - Annette W. Jarvis | 1834987 |
| jarvis | 07/13/06 | 140058 | $1,442.86 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1834988 |
| jarvis | 07/13/06 | 140063 | $464.43 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1834991 |
| jarvis | 07/13/06 | 140063 | $5.23 | 474 | 1 | Business Meal(s) - - Annette W. Jarvis | 1834992 |
| rq&n | 07/13/06 | | $1.25 | 014 | 1 | Long Distance Telephone Charges 9704680601 DILLON, CO 16:21 1500 HURST CARRIE | 1835119 |
| tsu | 07/14/06 | | $708.33 | 019 | 1 | Westlaw | 1837204 |
| jarvis | 07/17/06 | 140067 | $240.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835417 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835418 |
| jarvs | 07/17/06 | 140067 | $256.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835424 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835425 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835426 |
| jarvs | 07/17/06 | 140067 | $158.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835428 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835429 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835431 |
| jarvs | 07/17/06 | 140067 | $753.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835438 |
| jarvs | 07/17/06 | 140067 | $131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835439 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835440 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835441 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835446 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835450 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835451 |
| jarvs | 07/17/06 | 140067 | $15.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835459 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835463 |
| jarvs | 07/17/06 | 140067 | $1,505.89 | 111 | 1 | Air Fare - - Bankcard Center | 1835464 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835465 |
| jarvs | 07/17/06 | 140067 | -$495.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835467 |
| jarvs | 07/18/06 | 140083 | $17.50 | 389 | 1 | Search Fee -- LexisNexis Courtlink Inc. | 1835665 |
| rq&n | 07/18/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 9518135031 , CA CA 10:04 540 HURST CARRIE | 1835814 |
| rq&n | 07/18/06 | | $0.40 | 064 | 2 | Copying Expense 071806 HURST CARRIE | 1835815 |
| rq&n | 07/18/06 | | $18.40 | 064 | 92 | Copying Expense 071806 HURST CARRIE | 1835816 |
| rq&n | 07/18/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:48 0 MONSON DOUGLAS M | 1835817 |
| rq&n | 07/18/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:50 120 MONSON DOUGLAS M | 1835818 |
| rq&n | 07/18/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7752502217 RENO, NV NV 17:54 0 HURST CARRIE | 1835819 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/18/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 17:55 360 HURST CARRIE | 1835820 |
| rq&n | 07/18/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 9518135031 , CA CA 10:04 540 HURST CARRIE | 1835994 |
| rq&n | 07/18/06 | | $0.40 | 064 | 2 | Copying Expense 071806 HURST CARRIE | 1835995 |
| rq&n | 07/18/06 | | $18.40 | 064 | 92 | Copying Expense 071806 HURST CARRIE | 1835996 |
| rq&n | 07/18/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:48 0 MONSON DOUGLAS M | 1835997 |
| rq&n | 07/18/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:50 120 MONSON DOUGLAS M | 1835998 |
| rq&n | 07/18/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7752502217 RENO, NV NV 17:54 0 HURST CARRIE | 1835999 |
| rq&n | 07/18/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 17:55 360 HURST CARRIE | 1836000 |
| jarvis | 07/18/06 | | $6.80 | 064 | 1 | Copying Expense PICKERING KELLY D | 1837645 |
| jarvis | 07/18/06 | | $6.80 | 064 | 1 | Copying Expense PICKERING KELLY D | 1837646 |
| jarvis | 07/18/06 | | $9.00 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837647 |
| jarvis | 07/18/06 | | $2.80 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837648 |
| rq&n | 07/19/06 | | $2.40 | 064 | 12 | Copying Expense 071906 BROWN PATRICIA | 1836176 |
| rq&n | 07/19/06 | | $0.40 | 064 | 2 | Copying Expense 071906 BROWN PATRICIA | 1836177 |
| rq&n | 07/19/06 | | $0.60 | 064 | 3 | Copying Expense 071906 BROWN PATRICIA | 1836178 |
| rq&n | 07/19/06 | | $0.80 | 064 | 4 | Copying Expense 071906 BROWN PATRICIA | 1836179 |
| rq&n | 07/19/06 | | $0.20 | 064 | 1 | Copying Expense 071906 HURST CARRIE | 1836180 |
| rq&n | 07/19/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 18:21 0 MONSON DOUGLAS M | 1836181 |
| jarvis | 07/20/06 | | -$420.00 | 075 | 1 | Refund of Overpayment | 1836035 |
| rq&n | 07/20/06 | | $0.20 | 064 | 1 | Copying Expense 072006 HURST CARRIE | 1836342 |
| rq&n | 07/20/06 | | $14.00 | 064 | 70 | Copying Expense 072006 BINGHAM KAREN | 1836343 |
| rq&n | 07/20/06 | | $0.20 | 064 | 1 | Copying Expense 072006 HURST CARRIE | 1836344 |
| rq&n | 07/20/06 | | $8.00 | 064 | 40 | Copying Expense 072006 WATTERS CARRIE | 1836345 |
| rq&n | 07/20/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027371919 LAS VEGA NV 12:00 60 HURST CARRIE | 1836346 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/20/06 | | $36.60 | 064 | 183 | Copying Expense 072006 HANSEN ALISON | 1836347 |
| rq&n | 07/20/06 | | $1.20 | 064 | 6 | Copying Expense 072006 HANSEN ALISON | 1836348 |
| rq&n | 07/20/06 | | $2.20 | 064 | 11 | Copying Expense 072006 MONSON DOUGLAS M | 1836349 |
| rq&n | 07/20/06 | | $4.20 | 064 | 21 | Copying Expense 072006 HANSEN ALISON | 1836350 |
| rq&n | 07/20/06 | | $3.20 | 064 | 16 | Copying Expense 072006 HANSEN ALISON | 1836351 |
| rq&n | 07/20/06 | | $4.00 | 064 | 20 | Copying Expense 072006 HANSEN ALISON | 1836352 |
| rq&n | 07/20/06 | | $1.60 | 064 | 8 | Copying Expense 072006 HANSEN ALISON | 1836353 |
| rq&n | 07/20/06 | | $4.00 | 064 | 20 | Copying Expense 072006 HANSEN ALISON | 1836354 |
| jarvis | 07/20/06 | | $5.84 | 016 | 1 | Postage | 1836420 |
| jarvis | 07/20/06 | | $5.84 | 016 | 1 | Postage | 1836421 |
| monsn | 07/20/06 | | $13.18 | 019 | 1 | Westlaw | 1838539 |
| jarvis | 07/20/06 | | $15.22 | 013 | 1 | Federal Express Charges | 1840225 |
| rq&n | 07/21/06 | | $0.20 | 064 | 1 | Copying Expense 072106 BROWN PATRICIA | 1836636 |
| rq&n | 07/21/06 | | $0.80 | 064 | 4 | Copying Expense 072106 BROWN PATRICIA | 1836637 |
| rq&n | 07/21/06 | | $0.71 | 014 | 1 | Long Distance Telephone Charges 6506837102 WOODSIDE CA 12:00 840 HURST CARRIE | 1836638 |
| rq&n | 07/21/06 | | $0.20 | 064 | 1 | Copying Expense 072106 BROWN PATRICIA | 1836639 |
| rq&n | 07/21/06 | | $3.60 | 064 | 18 | Copying Expense 072106 BROWN PATRICIA | 1836640 |
| rq&n | 07/21/06 | | $2.00 | 021 | 4 | Facsimile Expense (Outgoing) 17028371932 MONSON ELAINE A | 1836641 |
| rq&n | 07/21/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17028371932 MONSON ELAINE A | 1836642 |
| rq&n | 07/21/06 | | $0.23 | 014 | 1 | Long Distance Telephone Charges 7022222500 LAS VEGA NV 17:30 240 MONSON DOUGLAS M | 1836643 |
| jarvis | 07/21/06 | | $1.60 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837649 |
| monso | 07/21/06 | | $693.63 | 019 | 1 | Westlaw | 1838540 |
| jarvis | 07/24/06 | | $0.00 | 079 | 15 | Exhibit Tabs | 1838509 |
| tsu | 07/25/06 | | $823.24 | 019 | 1 | Westlaw | 1838554 |
| jarvis | 07/26/06 | 74894 | $0.00 | 474 | 1 | Business Meal(s) -- Skool Lunch | 1836874 |
| rq&n | 07/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 09:35 60 MONSON DOUGLAS M | 1837120 |
| rq&n | 07/26/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:21 120 MONSON DOUGLAS M | 1837121 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/26/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:24 120 MONSON DOUGLAS M | 1837122 |
| jarvis | 07/27/06 | 140145 | $548.32 | 118 | 1 | Travel Expense -- Ben Kotter | 1837148 |
| jarvis | 07/27/06 | 140145 | $57.07 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1837149 |
| jarvis | 07/27/06 | 140145 | $474.50 | 118 | 1 | Travel Expense -- Ben Kotter | 1837150 |
| jarvis | 07/27/06 | 140145 | $87.13 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1837151 |
| rq&n | 07/27/06 | | $0.20 | 064 | 1 | Copying Expense 072706 BROWN PATRICIA | 1837336 |
| rq&n | 07/27/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 17028371932 MONSON ELAINE A | 1837337 |
| rq&n | 07/27/06 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 17028371932 MONSON ELAINE A | 1837338 |
| rq&n | 07/27/06 | | $1.20 | 064 | 6 | Copying Expense 072706 HURST CARRIE | 1837339 |
| rq&n | 07/28/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 10:09 0 MONSON DOUGLAS M | 1837525 |
| rq&n | 07/28/06 | | $1.40 | 064 | 7 | Copying Expense 072806 BROWN PATRICIA | 1837526 |
| rq&n | 07/28/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 10:49 60 MONSON DOUGLAS M | 1837527 |
| rq&n | 07/28/06 | | $0.64 | 014 | 1 | Long Distance Telephone Charges 7022498877 LAS VEGA NV 10:51 780 MONSON DOUGLAS M | 1837528 |
| rq&n | 07/28/06 | | $0.60 | 064 | 3 | Copying Expense 072806 BROWN PATRICIA | 1837529 |
| rq&n | 07/28/06 | | $0.13 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 16:06 120 MONSON DOUGLAS M | 1837530 |
| rq&n | 07/28/06 | | $0.55 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 16:31 660 MONSON DOUGLAS M | 1837531 |
| rq&n | 07/28/06 | | $0.60 | 064 | 3 | Copying Expense 072806 BROWN PATRICIA | 1837532 |
| rq&n | 07/28/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 16:43 120 MONSON DOUGLAS M | 1837533 |
| rq&n | 07/28/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4807475657 , AZ AZ 16:44 60 MONSON DOUGLAS M | 1837534 |
| rq&n | 07/28/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 16:45 360 MONSON DOUGLAS M | 1837535 |
| rq&n | 07/28/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7022498877 LAS VEGA NV 16:52 60 MONSON DOUGLAS M | 1837536 |
| rq&n | 07/28/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 16:57 60 MONSON DOUGLAS M | 1837537 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/28/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 18476341278 JARVIS ANNETTE | 1837538 |
| rq&n | 07/28/06 | | $0.38 | 491 | 1 | Facsimile Long Distance Charges 18476341278 JARVIS ANNETTE | 1837539 |
| rq&n | 07/28/06 | | $0.40 | 064 | 2 | Copying Expense 072806 BOUVIER DAWN | 1837540 |
| kottr | 07/28/06 | | $202.22 | 019 | 1 | Westlaw | 1839198 |
| jenkn | 07/30/06 | | $746.00 | 019 | 1 | Lexis | 1838092 |
| rq&n | 07/31/06 | | $1.60 | 064 | 8 | Copying Expense 073106 MONSON DOUGLAS M | 1837871 |
| rq&n | 07/31/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 12:54 300 MONSON DOUGLAS M | 1837872 |
| rq&n | 07/31/06 | | $1.00 | 064 | 5 | Copying Expense 073106 BROWN PATRICIA | 1837873 |
| rq&n | 07/31/06 | | $0.40 | 064 | 2 | Copying Expense 073106 HURST CARRIE | 1837874 |
| rq&n | 07/31/06 | | $1.60 | 064 | 8 | Copying Expense 073106 MONSON DOUGLAS M | 1838048 |
| rq&n | 07/31/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 12:54 300 MONSON DOUGLAS M | 1838049 |
| rq&n | 07/31/06 | | $1.00 | 064 | 5 | Copying Expense 073106 BROWN PATRICIA | 1838050 |
| rq&n | 07/31/06 | | $0.40 | 064 | 2 | Copying Expense 073106 HURST CARRIE | 1838051 |
| hurst | 07/31/06 | | $1,660.04 | 019 | 1 | Westlaw | 1839195 |
| tsu | 07/31/06 | | $13.18 | 019 | 1 | Westlaw | 1839213 |
| COST TOTAL | | | $15,219.51 | | | | |

"*Exhibit G-1*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No.  *****

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 08/01/06 B Kotter | .90 | Review calendar of upcoming hearing and response deadlines (.2); correspondence with S. C. Strong and E. A. Monson regarding IP document segregation issues (.2); conference with A. W. Jarvis on Lowe Enterprises order and order to show cause (.3); forward copy of Order to Show Cause to A. W. Jarvis (.2). | |
| 08/01/06 E Monson | 3.80 | Work on reply in support of case management motion (2.8); review emails from M. Kehl regarding cash management motion and potential preparation of a weekly budget and the revised cash budget (.5); review e-mails from S. C. Strong regarding IP document separation and send replies (.3); review e-mails from M. Olson and B. J. Kotter regarding number of documents in storage facility (.2). | |
| 08/01/06 E Monson | .30 | Review e-mails from L. Schwartzer regarding opposition to motion to distribute (.1); review e-mails from A. W. Jarvis and S. C. Strong and B. J. Kotter regarding bid proposals (.5); review e-mails from A. W. Jarvis regarding exclusivity period and plan filing (.3). | |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/01/06 S Strong        .30  Review email from L. Schwartzer regarding
                              issues for hearing this week and reply needed
                              regarding interim fee procedures (0.3).

08/02/06 A Jarvis        .20  Telephone conference with E. A. Monson and B.
                              J. Kotter regarding IP document issues.

08/02/06 A Jarvis        .40  Correspondence on IP document issues.

08/02/06 A Jarvis        .40  Telephone conference with M. Kehl regarding
                              budget issues.

08/02/06 A Jarvis       5.40  Draft and revise reply briefs on motion to
                              distribute, cash management, procedures
                              motion; review case law regarding same.

08/02/06 A Jarvis        .30  Conference with M. Kehl regarding budget
                              issues.

08/02/06 E Monson       5.40  Work on reply in support of motion to use
                              cash (5.4).

08/02/06 E Monson       1.30  Study budget submitted to court as part of
                              motion and revised budget to be filed (1.3).

08/02/06 E Monson       1.80  Comments from A. W. Jarvis regarding revisions
                              to reply on cash management motion and make
                              changes to brief (1.8).

08/02/06 E Monson       1.00  Conferences with M. Kehl and A. W. Jarvis
                              regarding revised cash budget (1.0).

08/02/06 E Monson        .30  Draft and send e-mails to J. Chubb and L.
                              Davis regarding confidentiality agreements
                              and review replies (.3).

08/03/06 B Kotter       4.50  Conference with S. C. Strong regarding
                              subsection 553 issues (.3); legal research on
                              same (3.6); respond to e-mail regarding M.
                              Schmahl document request (.2); work on
                              locating documents (.4).

08/03/06 E Monson       2.20  Review letter from LePome outlining requested
                              appraisals and review LePome's Rule 2019
                              statement and further follow-up on requested
                              Hilco appraisals (.6); work on revisions to
                              short form confidentiality agreements and get

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

                        circulated to J. Chubb and L. Davis (.7);
                        review e-mails from M. Schmahl regarding
                        information requested relating to his clients
                        (.4); review e-mail from M. Kehl regarding cash
                        management motion (.1); draft e-mail to R.
                        LePome regarding Hilco appraisals (.2); review
                        e-mails from S. Smith and T. Allison regarding
                        $8.9 in collection account (.2).

08/03/06 C Hurst       3.50  Return call to investor (.2); update 8/4
                             hearing binders (1.9); review docket; add
                             pleadings/dates to tickler calendar (1.4).

08/04/06 A Brinkerhoff 1.50  Conference with E. Monson regarding protective
                             order (.2); work on draft of protective order
                             (1.1); review draft report prepared by B.
                             Kotter (.2).

08/04/06 A Jarvis       .30  Telephone conferences with investors.

08/04/06 E Monson       .50  Work on R. LePome requests for Hilco appraisals
                             and send e-mails to M. Kehl (.4); review e-mail
                             from M. Haftl regarding requests for appraisal
                             (.1).

08/04/06 E Monson       .20  Draft email to A. Jarvis and S. Strong
                             regarding IP document separation (.2).

08/04/06 S Strong       .80  Conference with A. W. Jarvis regarding case
                             planning and strategies going forward (.8).

08/04/06 C Hurst       1.50  Update tickler calendar (.7) and prepare
                             notebook on Fertitta motion to advance funds
                             (.8).

08/05/06 A Brinkerhoff 2.40  Draft Protective Order.

08/06/06 A Jarvis       .50  Correspondence on plan issues, collection
                             issues, negotiations with bidders.

08/07/06 A Jarvis       .30  Correspondence on drafting and circulation of
                             orders, comments on same.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/07/06 B Kotter        2.20  Conference with A. T. Brinkerhoff regarding
                               drafting of protective order (.5); conference
                               with A. T. Brinkerhoff regarding additional
                               protective order issues (.2); discussion with
                               A. T. Brinkerhoff and E. A. Monson regarding
                               response to committees' joint request (1.5).

08/07/06 D Monson         .10  Review language for website on Standard
                               Property Development litigation, and discuss
                               with S. Strong, and e-mail to M. Olson and L.
                               Schwartzer.

08/07/06 E Monson         .70  Follow up with Jan Chubb regarding
                               confidentiality agreement and requests for
                               appraisals (.3); follow up with L. Davis
                               regarding confidentiality agreement, requests
                               for appraisals and request for documents (.4).

08/07/06 E Monson         .40  Follow up on requests by B. LePome for Hilco
                               appraisals and send emails to S. Stanton and
                               M. Haft (.4).

08/07/06 E Monson         .20  Follow up with C. Connor of Laurel Davis'
                               office regarding document request (.2).

08/07/06 M Pugsley      10.20  Conference with B. Baker and others regarding
                               review and designation of documents (2.2);
                               review of documents regarding separation (6.0);
                               meeting with M. Kehl regarding status (2.0).

08/07/06 C Hurst         1.10  Receipt, return calls from investors, lenders
                               regarding result of 8/4 hearings (.5); office
                               conference with S. C. Strong regarding same
                               and anticipation of 8/16 hearing (.2);
                               download/update docket (.4).

08/08/06 A Brinkerhoff   6.80  Meeting with E. Monson and M. Pugsley regarding
                               separation of IP documents (.6); meetings with
                               B. Baker, S. O'Connell of Fulbright & Jaworski,
                               J. Milanowski, M. Pugsley and E. Monson
                               regarding IP documents (.6); conference calls
                               with E. Monson, M. Pugsley and A. Jarvis
                               regarding document division (.5); work on IP
                               document issues (5.0).

08/08/06 A Jarvis         .30  Conference call with E. A. Monson, A. T.
                               Brinkerhoff regarding IP documents.

```
Client No. 34585                                   Page:    5
Debtor USA Commercial Mortgage Co., et al.         October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/08/06 | A Jarvis | .30 | Correspondence regarding IP documents. |
| 08/08/06 | A Jarvis | .30 | Correspondence on preparation of orders, comments on same. |
| 08/08/06 | B Kotter | .60 | Phone call with E. A. Monson regarding IP document segregation issues and difficulties (.3); further phone call with E. A. Monson, A. W. Jarvis, and A. T. Brinkerhoff regarding document issues (.3). |
| 08/08/06 | E Monson | 3.20 | Work on IP document issues (3.2). |
| 08/08/06 | E Monson | 1.00 | Conference with A. T. Brinkerhoff and M. W. Pugsley regarding issues relating to IP documents (1.0). |
| 08/08/06 | E Monson | .30 | Conference with A. W. Jarvis, M. W. Pugsley and A. T. Brinkerhoff regarding issues on IP documents (.3). |
| 08/08/06 | E Monson | .10 | Reply to e-mail from J. Chubb regarding confidentiality agreement and Hilco appraisals (.1). |
| 08/08/06 | E Monson | .40 | Work with C. Connor regarding documents request from L. Davis (.4). |
| 08/08/06 | E Monson | 1.00 | Conferences with A. T. Brinkerhoff regarding issues relating to IP documents (1.0). |
| 08/08/06 | E Monson | .60 | Various conferences with B. Baker and attorneys from Fulbright & Janorski regarding IP documents (.6). |
| 08/08/06 | M Pugsley | 7.00 | Continue review of IP documents (4.0); meetings with B. Baker (1.2); meetings with E. Monson regarding IP documents (1.8). |
| 08/08/06 | C Hurst | 2.00 | Update docket and tickler calendar (1.3); review 8/16 hearing binders (.7). |
| 08/08/06 | L Okerlund | 1.80 | Prepare August 16th hearing binders. |
| 08/08/06 | L Okerlund | 1.00 | Prepare August 16th hearing binders. |
| 08/08/06 | L Okerlund | 4.00 | Prepare August 16th hearing binders. |

```
Client No. 34585                                    Page:     6
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| 08/08/06 L Okerlund | .50 | Review RQN's master service list (.3); update tickler system (.2). |
|---|---|---|
| 08/09/06 A Brinkerhoff | 4.90 | Additional review of IP documents (2.4); interview of Amanda Stevens and LeAnn Weese regarding documents (2.5). |
| 08/09/06 A Brinkerhoff | 1.00 | Revisions to protective order (1.0). |
| 08/09/06 A Jarvis | .30 | Telephone conference with S. C. Strong regarding correspondence from potential bidder. |
| 08/09/06 A Jarvis | .40 | Telephone conference with S. C. Strong regarding preparation of orders, extension of exclusivity, preparation of bills, Standard Development, IP documents. |
| 08/09/06 E Monson | 1.80 | Work on IP document issues (1.8). |
| 08/09/06 E Monson | .60 | Meet with L. Weese to discuss IP documents (.6). |
| 08/09/06 E Monson | 1.80 | Meet with Amanda Stevens and A. T. Brinkerhoff regarding IP documents (1.8). |
| 08/09/06 E Monson | .80 | Meeting with Chris Connor and copying company in connection with Laurel Davis document requests (.8). |
| 08/09/06 E Monson | .30 | E-mails to R. LePome, review reply and meet with R. LePome to give him copies of Hilco appraisals (.3). |
| 08/09/06 M Pugsley | .50 | Conference with S. C. Strong regarding document issues (.5). |
| 08/09/06 C Hurst | 1.00 | Receipt of address change requests; forward to BMC and Mesirow (.3); communication with Media Group - confirm hearing date and times (.2); update docket and check for items needing response (.5). |
| 08/09/06 L Okerlund | 3.00 | Print cases and pleadings and update pleadings binders. |
| 08/09/06 L Okerlund | 2.70 | Update hearing binders (2.7). |

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


08/10/06 A Brinkerhoff   .70  Draft memo to A. Jarvis and S. Strong regarding
                              IP document issues (.4); conference on
                              separation issues with E. Monson and B. Kotter
                              (.3).

08/10/06 A Brinkerhoff   .80  Receipt and review case law for issues in
                              Protective Order (.4); conference with E.
                              Monson regarding case law and Protective Order
                              (.3).

08/10/06 A Jarvis        .40  Correspondence on IP document issues.

08/10/06 B Kotter        .60  Conference with E. A. Monson and A. T.
                              Brinkerhoff regarding IP issues and review
                              (.6).

08/10/06 E Monson        .10  Draft e-mail to R. LePome regarding
                              withdrawal of motion to obtain information
                              (.1).

08/10/06 E Monson        .20  Draft e-mail to R. LePome regarding request
                              from B. Higgins to resend CD on Direct
                              Lenders on loan (.2).

08/10/06 E Monson        .20  Review e-mail from A. Kimbrough regarding
                              document production to Laurel Davis and send
                              reply (.2).

08/10/06 E Monson        .60  Review e-mails regarding request for contact
                              information and draft language for cover letter
                              to accompany letter (.6).

08/10/06 E Monson        .80  Review Hall Financial Group documents, meet
                              with M. Kehl, S. C. Strong and S. C. Tingey
                              regarding response to documents and send
                              e-mails to S. Smith and M. Kehl regarding
                              Hall Financial Group documents and review
                              replies (.8).

08/10/06 E Monson        .40  Review e-mail to draft of Order on Motion to
                              distribute (.4).

08/10/06 E Monson        .80  Review e-mail from F. Siddiqui regarding IP
                              document issues (.2); draft e-mails to A. T.
                              Brinkerhoff, B. J. Kotter and M. W. Pugsley
                              regarding meeting on IP documents (.2); update
                              S. C. Strong regarding IP documents (.4).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| 08/10/06 M Pugsley | .90 | Conference with E. Monson regarding document production issues and IP (.5); review memo from A. Brinkerhoff regarding same (.4). |
|---|---|---|
| 08/10/06 S Strong | .20 | Confer with E. A. Monson regarding prepaid interest issues, pleading to be filed (.2). |
| 08/10/06 S Tingey | .20 | Conference with S. C. Strong and E. A. Monson regarding Hall Financial and loan assignment issues (0.2). |
| 08/10/06 L Okerlund | 1.00 | Update master service list. |
| 08/11/06 A Brinkerhoff | 1.20 | Meeting with M. Pugsley, E. Monson and B. Kotter regarding issues relating to IP documents (.7); review legal memorandum from M. Pugsley (.4); review Fulbright & Jaworski letter on subject (.1). |
| 08/11/06 A Jarvis | .30 | Correspondence on issues with respect to 12 Horses. |
| 08/11/06 A Jarvis | .50 | Correspondence on IP document issues. |
| 08/11/06 B Kotter | 1.30 | Conference with E. A. Monson, A. T. Brinkerhoff, and M. W. Pugsley regarding IP document issues (.7); review of e-mail from M. W. Pugsley regarding same (.3); review of A. T. Brinkerhoff memo regarding same (.2); brief conference with M. W. Pugsley regarding IP documents (.1). |
| 08/11/06 E Monson | .20 | Review e-mail from investor regarding request for Hilco appraisal and send reply (.2). |
| 08/11/06 E Monson | .30 | Review e-mail from Mike Schmahl, follow up on obtaining Hilco appraisals per Mike Schmahl request (.3). |
| 08/11/06 E Monson | .30 | Review e-mails from S. C. Strong regarding Hall financial issue and further discussion with S. C. Strong (.3). |
| 08/11/06 E Monson | .10 | Follow up with R. LePome by sending e-mail requesting withdrawal of motion to obtain information (.1). |

Client No. 34585                                              Page:    9
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006


08/11/06 E Monson          .20  Follow up with R. LePome regarding issues on
                                Hilco appraisals (.2).

08/11/06 E Monson          .30  Review e-mail from R. Charles regarding order
                                on motion to distribute and attachment (.3).

08/11/06 E Monson          .20  Review e-mails from J. Chubb's assistant
                                regarding short form direct lender
                                confidentiality agreements (.2).

08/11/06 E Monson          .20  Review e-mail from A. W. Jarvis and C. Pajak
                                regarding opposition to R. LePome motion (.2).

08/11/06 E Monson          .50  Review e-mail from S. C. Strong regarding
                                draft orders and review drafts (.5).

08/11/06 E Monson          .30  Follow up with Angie Kimbrough and C. Connor
                                regarding document production to counsel and
                                clients (.3).

08/11/06 E Monson          .40  Review e-mail from M. W. Pugsley and attached
                                memo regarding reserves on documents and
                                subpoena issues (.4).

08/11/06 E Monson          .40  Review e-mail from M. W. Pugsley and letter
                                from Fulbright & Jowoski and send reply
                                e-mail (.4).

08/11/06 E Monson          .20  Review lengthy e-mail from A. W. Jarvis
                                regarding IP document dispute (.2).

08/11/06 E Monson          .30  Draft e-mail to T. Allison and others
                                regarding document dispute (.3).

08/11/06 E Monson          .10  Review e-mail from Faisel Siddiqui regarding IP
                                documents (.1).

08/11/06 E Monson          .70  Draft e-mail regarding IP document issues (.7).

08/11/06 E Monson          .70  Meetings regarding IP documents (.7).

08/11/06 M Pugsley        1.70  Meeting with E. Monson and A. Brinkerhoff
                                regarding IP documents (.7); review letter from
                                IP attorneys and forward same (.3); draft
                                response (.7).

Client No. 34585                                              Page:    10
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006


08/11/06 S Strong          .30  Make further revisions to proposed order
                                regarding continued use of cash based on
                                internal comments received, and circulate
                                proposed order to Committees for review (.3).

08/11/06 S Strong          .20  Exchange emails with C. Pajak regarding
                                LePomes new motion to prohibit holdbacks and
                                coordination of responses to same; confer
                                with E. A. Monson regarding same (.2).

08/11/06 C Hurst          2.70  Download responses to standard relief motion
                                for 8/16 hearing (.3); access and update
                                docket; update tickler calendar (.9); edit,
                                revise master service list #4 and forward to
                                Schwartzer & McPherson (1.5).

08/12/06 A Jarvis          .50  Correspondence with S. C. Strong regarding
                                follow up on IP issues.

08/12/06 B Kotter          .30  Review e-mails from A. W. Jarvis and S. C.
                                Strong regarding IP issues and related
                                matters (.3).

08/14/06 A Jarvis          .80  Correspondence regarding IP documents.

08/14/06 A Jarvis         1.70  Telephone conferences with E. A. Monson, M. W.
                                Pugsley (.9); correspondence regarding IP
                                document issues (.8).

08/14/06 A Jarvis          .30  Correspondence on transition agreement
                                discussions.

08/14/06 B Kotter          .20  Brief conference with E. A. Monson regarding
                                IP document issues (.2).

08/14/06 D Monson          .50  Discussion with E. Monson on Motion regarding
                                pre-paid interest, and analysis of property of
                                the estate issues (0.4); report from E. Monson
                                on discussion with S. Smith on flow of funds
                                for pre-paid interest (0.1).

08/14/06 E Monson          .80  Review investor statements for investors
                                whose interests were purchased by Hall
                                Financial and forward to S. C. Strong with
                                e-mail regarding review.

Client No. 34585                                         Page:    11
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/14/06 E Monson          .60  Review motion for payment without netting filed
                                by LePome; review e-mail from LePome regarding
                                same and send reply.

08/14/06 E Monson          .10  Review e-mail from A. Kimbrough regarding
                                copying of loan files for clients of L. Davis.

08/14/06 E Monson          .20  Send e-mails to C. Pajak regarding response to
                                netting motion filed by LePome.

08/14/06 E Monson          .60  Review e-mails from C. Pajak and R. Charles
                                regarding distribution order and compare
                                comments with draft of order.

08/14/06 E Monson          .30  Review e-mails from B. J. Kotter regarding
                                spreadsheet on loan files.

08/14/06 E Monson          .20  Review e-mails from S. C. Strong regarding
                                status of various orders.

08/14/06 E Monson          .40  Review e-mails from S. Smith, M. Levinson, M.
                                Kvarda, S. C. Strong, and R. Charles regarding
                                $8.9 million in proceeds.

08/14/06 E Monson          .10  Draft e-mail regarding request from ECC
                                regarding redistribution of direct lender
                                list.

08/14/06 E Monson          .20  Follow up with J. Chubb regarding request for
                                Hilco appraisals and forward to M. Haftl.

08/14/06 E Monson          .10  Draft e-mail to M. Olson regarding cover letter
                                for lender.

08/14/06 E Monson          .50  Conference with A. W. Jarvis regarding
                                information needed upcoming hearing and motion
                                on prepetition interest.

08/14/06 E Monson         1.90  Work on issues involving IP documents.

08/14/06 E Monson          .30  Review draft of letter to B. Baker and K.
                                Breen and send e-mail to M. W. Pugsley.

08/14/06 E Monson          .40  Discussion with A. W. Jarvis regarding issues
                                relating to IP documents.

08/14/06 E Monson          .50  Conference with A. W. Jarvis and M. W. Pugsley
                                regarding IP documents.

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/14/06 M Pugsley        6.70  Conference with A. Jarvis and E. Monson on IP
                                documents (.5); research and draft letter to K.
                                Breen regarding issues (4.5); review email
                                regarding same (.4); research regarding implied
                                leases under Nevada law (1.3).

08/14/06 L Okerlund       2.00  Review and update pleadings and 8/16/06 hearing
                                binders (1.5); e-mail to S. Smith and Annette
                                Jarvis regarding hearing binders (.2);
                                teleconference with investor C. Bilyea (.3).

08/15/06 A Brinkerhoff     .40  Review draft letter from M. Pugsley on IP
                                documents; email to M. Pugsley regarding
                                factual issues on letter; receipt and review
                                draft letter prepared by E. Monson on IP
                                documents; report to E. Monson and review email
                                correspondence.

08/15/06 A Jarvis          .50  Correspondence on IP documents.

08/15/06 A Jarvis          .50  Correspondence on order on motion to
                                distribute funds.

08/15/06 A Jarvis          .30  Correspondence regarding IP issues.

08/15/06 B Kotter          .30  Phone call with A. Stevens regarding
                                preparation for hearing (.1); phone call with
                                A. W. Jarvis regarding hearing preparation
                                issues (.2).

08/15/06 E Monson         4.20  Work on issues relating to IP documents and
                                review e-mails (4.2).

08/15/06 E Monson         2.80  Work on letter to Fulbright & Jaworski (2.8).

08/15/06 E Monson          .10  Review e-mail from M. Olson regarding possible
                                cover letter and request from lender (.1).

08/15/06 E Monson          .10  Review e-mail from lender regarding direct
                                lender CA (.1).

08/15/06 E Monson          .20  Send e-mails to R. LePome and A. W. Jarvis
                                regarding request for extension of time to
                                file response to motion for payment of
                                proceeds (.2).

08/15/06 E Monson          .40  Review e-mails from J. Reed and address issues
                                on confidentiality agreement (.4).

Client No. 34585                                                    Page:    13
Debtor USA Commercial Mortgage Co., et al.                         October 23, 2006


08/15/06 E Monson            .50  Further follow up on issues relating to
                                  distribution order (.5).

08/15/06 M Pugsley          3.80  Review IP document issues (2.5); telephone
                                  conference with B. Baker regarding same (.5);
                                  telephone conference with E. Monson regarding
                                  production issues (.8).

08/16/06 A Brinkerhoff      1.70  Review emails (.3); conference with E. Monson
                                  regarding developing impasse on IP documents
                                  (.4); conference call with E. Monson, A.
                                  Jarvis, S. Smith and J. Atkinson regarding
                                  document demands from attorneys for J.
                                  Milanowski (.7); call and email to R. Walker
                                  (.3).

08/16/06 A Jarvis           1.10  Conference call with E. A. Monson and A. T.
                                  Brinkerhoff regarding IP documents (.3);
                                  discussion with S. Smith and J. Atkinson
                                  regarding same (.4); correspondence regarding
                                  same (.4).

08/16/06 A Jarvis            .40  Meeting with S. Smith regarding motion to
                                  distribute.

08/16/06 B Kotter           1.60  Brief conference with E. A. Monson regarding
                                  response to information request for individual
                                  investor (.1); locate files for E. A. Monson
                                  (.8); phone call with A. W. Jarvis regarding
                                  proposed order on motion to distribute (.3);
                                  conference with E. A. Monson and review of
                                  e-mail exchanges regarding IP documents (.4).

08/16/06 B Kotter            .50  E-mail exchange regarding review of IP
                                  documents and related issues (.3); brief
                                  conference with E. A. Monson regarding same
                                  (.2).

08/16/06 E Monson           4.20  Work on issues involving IP document dispute
                                  (3.9); phone call to Brent Baker (.3).

08/16/06 E Monson           1.00  Work on response letter to letter received
                                  from Fulbright & Jaworski and incorporating
                                  M. W. Pugsley revisions.

08/16/06 E Monson            .50  Work on problems relating to hearing
                                  information on website and quality of dial-in
                                  broadcast and follow up.

```
Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/16/06 E Monson        .80  Work on editing and communication on
                              distribution order.

08/16/06 E Monson        .20  Review short form direct lender
                              confidentiality agreement from M. Schmahl.

08/16/06 E Monson        .70  Review confidentiality agreement signed by
                              potential purchaser and note comments thereto
                              and e-mail S. C. Strong regarding same.

08/16/06 E Monson        .30  Review e-mail from S. C. Strong regarding
                              confidentiality agreements being signed by
                              potential purchasers and issues associated
                              therewith.

08/16/06 E Monson        .30  Draft e-mail to M. Haftl regarding Hilco
                              appraisal request from M. Schmahl and draft
                              e-mail to M. Schmahl regarding attorneys eyes
                              only agreement that must be executed; review
                              of docket for Rule 2019 statement.

08/16/06 M Pugsley      7.20  Review documents to be produced (5.1);
                              telephone conference with E. Monson regarding
                              timing issues (.4); email correspondence with
                              B. Baker and others regarding production (.4);
                              meeting with Amanda and Mark regarding access
                              to building and other issues (1.3).

08/16/06 L Okerlund     1.50  Prepare 8-31-06 and 9-28-06 hearing binders.

08/17/06 A Brinkerhoff  6.40  Meeting with E. Monson regarding demands for IP
                              documents (.5); meeting with E. Monson and M.
                              Pugsley regarding IP documents issues (.7);
                              call to B. Baker (.7); draft letter to B.
                              Baker, R. Walker and D. Griffith (1.2);
                              circulate draft for comments and email
                              regarding status of situation (.4); revisions
                              to and transmittal of letter (.6); conference
                              call with B. Baker and E. Monson (.9); memo to
                              A. Jarvis and E. Monson regarding document
                              impasse (.4); meeting with E. Monson regarding
                              IP documents (.5); meeting with E. Monson and
                              A. Jarvis regarding IP documents issue (1.0);
                              emails to coordinate meeting with Milanowski
                              attorneys on 8/18/06 (.5).

08/17/06 A Jarvis       1.20  Conference with E. A. Monson and A. T.
                              Brinkerhoff regarding IP document issues.

Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/17/06 A Jarvis          .50 Correspondence on IP documents.

08/17/06 A Jarvis          .30 Correspondence on proposed orders, comments on
                               same.

08/17/06 A Jarvis          .70 Correspondence on budget, professional fees
                               to be included in budget.

08/17/06 B Kotter          .70 Review e-mail from M. W. Pugsley regarding IP
                               document issues (.1); brief conference with
                               E. A. Monson regarding IP document demands
                               (.2); legal research regarding subsection 362
                               issues (.4).

08/17/06 D Monson          .20 Review comments on proposed second case
                               management order (0.2).

08/17/06 E Monson         1.00 Work on order and Motion to distribute funds
                               and review e-mails in connection therewith
                               from committee counsels, A. W. Jarvis, S.
                               Smith and J. Chubb regarding same and send
                               reply.

08/17/06 E Monson          .50 Work on resolution of problems involving
                               information on USA website and teleconference
                               problem.

08/17/06 E Monson          .10 Follow up with Mesirow regarding Hilco
                               appraisals requested by M. Schmahl.

08/17/06 E Monson          .20 Review e-mail from L. Schwartzer regarding
                               revisions to case management order and draft
                               of order.

08/17/06 E Monson          .20 Review e-mail from lender regarding issues with
                               one of the Hilco appraisals requested by J.
                               Chubb and send follow up e-mail to lender.

08/17/06 E Monson          .20 Call potential bidder to discuss question
                               involving bidder and confidentiality agreement.

08/17/06 E Monson          .70 Work on revising form of confidentiality
                               agreement for potential purchasers.

08/17/06 E Monson          .60 Review e-mail from potential bidder regarding
                               potential bidder confidentiality agreement and
                               review attached proposal revisions.

Client No. 34585                                              Page:   16
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006


08/17/06 E Monson          .20  Review e-mails from M. Haftl regarding
                                requested Hilco appraisals.

08/17/06 E Monson          .20  Send copies of Hilco appraisals to M. Schmahl.

08/17/06 E Monson          .20  Review e-mail from lender regarding Hilco
                                appraisal request for lender.

08/17/06 E Monson          .70  Meet with M. W. Pugsley and A. T. Brinkerhoff
                                regarding IP documents.

08/17/06 E Monson          .50  Meet with A. T. Brinkerhoff to discuss IP
                                documents.

08/17/06 E Monson          .90  Conference with A. T. Brinkerhoff and B. Baker
                                regarding IP documents.

08/17/06 E Monson         1.20  Review e-mails and additional conferences with
                                M. W. Pugsley, A. T. Brinkerhoff and A. W.
                                Jarvis regarding issues relating to IP
                                documents.

08/17/06 E Monson          .80  Research on automatic stay and documents in
                                possession of debtor.

08/17/06 E Monson         1.00  Work on responsive letter to Milanowski's
                                counsel prepared by A. T. Brinkerhoff.

08/17/06 E Monson          .30  Follow up with M. Olson, M. W. Pugsley, S. C.
                                Strong regarding issues relating to IP
                                documents.

08/17/06 M Pugsley        2.80  Review and revise letter to Fulbright regarding
                                IP documents (1.3); conference with E. Monson
                                and A. Brinkerhoff regarding same (.8); review
                                email regarding Friday inspection (.3); review
                                and revise letter to B. Baker regarding
                                threatened injunction (.4).

08/17/06 L Okerlund       1.20  Review and prepare 8-16-06 court filings;
                                update hearing notebook.

08/18/06 A Brinkerhoff    8.30  Meeting with E. Monson and M. Pugsley regarding
                                position of B. Baker (.5); draft discussion
                                proposal for meeting (.6); pre-meeting
                                conference with E. Monson (.3); meeting with E.
                                Monson, R. Walker and D. Griffith regarding IP

Client No. 34585                                              Page:   17
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006

                        document issues (1.5); transmittal of report on
                        meeting and draft agreement reflecting
                        discussion and circulation to USA attorneys
                        (1.0); receipt of input from USA attorneys on
                        bankruptcy issues in agreement (.6); revisions
                        to draft (.4); transmittal of draft prepared to
                        R. Walker and D. Griffith and explanatory email
                        (.5); conference with B. Kotter regarding bate
                        stamping (.2); conference with A. Jarvis
                        regarding costs of bate stamping step and
                        timing issues for privilege document review
                        (.4); meeting with E. Monson and B. Kotter
                        regarding cost issues and length of time for
                        privilege review and alternatives (.4); two
                        calls from D. Griffith regarding changes to
                        agreement (.5); draft revisions to agreement
                        (.5); calls and emails to S. Smith regarding
                        coordination of inspection of documents and
                        process in Las Vegas (.4); coordination of
                        August 20th meeting at USA's offices (.5).

08/18/06 B Kotter          .40  Conference with M. W. Pugsley regarding IP
                                document issues (.4).

08/18/06 B Kotter         1.40  Conference with A. T. Brinkerhoff and E. A.
                                Monson regarding IP document issues (.4); read
                                and analyze documents related to proposed
                                agreement for IP documents (.8); brief
                                conference with A. T. Brinkerhoff and E. A.
                                Monson regarding same (.2).

08/18/06 E Monson         1.50  Meet with A. T. Brinkerhoff, Russ Walker and D.
                                Griffith to discuss possible resolution to IP
                                documents.

08/18/06 E Monson          .20  Conference with A. W. Jarvis regarding
                                meeting with R. Walker and D. Griffith.

08/18/06 E Monson          .60  Conferences with A. T. Brinkerhoff and B. J.
                                Kotter regarding IP documents.

08/18/06 E Monson          .20  Review e-mails from A. W. Jarvis regarding IP
                                documents.

08/18/06 E Monson          .50  Review outline from A. T. Brinkerhoff regarding
                                possible resolution to IP document issues and
                                review e-mails regarding same from M. W.
                                Pugsley.

Client No. 34585                                      Page:   18
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


08/18/06 E Monson          .40  Review e-mails from Committees and A. W.
                                Jarvis regarding distribution order.

08/18/06 E Monson          .10  Review e-mail from S. C. Strong regarding
                                bidder confidentiality agreement.

08/18/06 E Monson         1.90  Work on response to LePome netting motion.

08/18/06 E Monson          .40  Discussions regarding netting motion with A. W.
                                Jarvis and implement suggested revisions.

08/18/06 E Monson          .30  Send e-mails to L. Ernce and forward draft of
                                response and review replies.

08/18/06 E Monson          .40  Discussion with S. C. Strong regarding issues
                                involving bidder confidentiality agreement and
                                send e-mail to bidder.

08/18/06 E Monson          .10  Review message from J. Reed regarding issues
                                on potential purchaser confidentiality
                                agreement and return call.

08/18/06 E Monson          .50  Review and make additional revisions to form
                                of confidentiality agreement for potential
                                purchasers and forward to J. Reed.

08/18/06 E Monson          .60  Draft e-mail to S. Smith regarding issues
                                involving distribution order and review
                                e-mails from S. Smith, A. W. Jarvis, and C.
                                Pajak regarding issues involving holdback in
                                order.

08/18/06 E Monson          .60  Research and review cases cited by LePome in
                                netting motion.

08/18/06 E Monson          .30  Send response to LePome netting motion
                                proofed and finalized and deliver to
                                Schwartzer for filing.

08/19/06 A Brinkerhoff    2.20  Draft letter agreement for signature by
                                counsel for J. Milanowski and calls to D.
                                Griffith regarding agreement (2.2).

08/21/06 A Brinkerhoff    9.50  Meeting with S. Smith, M. Hafti, J. Atkinson,
                                E. Monson and B. Kotter regarding IP documents
                                (.9); meeting with Mesirow employees regarding
                                definitions and parameters of document review
                                (.5); meeting with J. Milanowski and his three

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


|              |          |       | attorneys regarding letter agreement and process of document separation (.8); meeting with J. Atkinson and E. Monson regarding document separation issues (.4); conference with D. Griffith regarding IP documents (.2); work on IP document designation issues (6.7). |
|--------------|----------|-------|---|
| 08/21/06 | K Glade | .50 | Telephone call with E. Monson regarding document retention issues related to USA Investment Partners (0.5). |
| 08/21/06 | A Jarvis | .40 | Correspondence with C. Hurst regarding investor calls, inquiries, responses to same. |
| 08/21/06 | A Jarvis | .20 | Correspondence on IP documents. |
| 08/21/06 | A Jarvis | .30 | Correspondence with C. Hurst regarding preparation of list of creditor claims. |
| 08/21/06 | B Kotter | 2.00 | Conference with J. Atkinson, S. Smith, J. Reed, M. Haftl, E. A. Monson and A. T. Brinkerhoff regarding IP/Debtor documents (.9); conference with Mesirow and USA employees regarding debtor/non-debtor documents (.9); brief conference with Doug Griffith, E. A. Monson, and A. T. Brinkerhoff regarding IP document designation (.2). |
| 08/21/06 | B Kotter | 7.50 | Assist in review of and designation of IP documents (7.5). |
| 08/21/06 | B Kotter | 1.50 | Conference with E. A. Monson and A. T. Brinkerhoff regarding IP document designation issues (1.5). |
| 08/21/06 | D Monson | .20 | Discuss parameters of Motion regarding prepaid interest with S. Strong (0.2). |
| 08/21/06 | E Monson | .20 | Review e-mails from M. W. Pugsley and S. C. Strong regarding debtor operating agreement. |
| 08/21/06 | E Monson | .90 | Conference with S. Smith; Jim Atkinson, Mike Haftl and James Reed regarding issues relating to non-debtor document separation (.9). |
| 08/21/06 | E Monson | 1.50 | Work on regarding issues involving IP documents (1.5). |

Client No. 34585                                           Page:    20
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/21/06 E Monson         .30  Meet with S. O'Connell, Joe Milanowski, Russ
                               Walker and Doug Griffith regarding IP
                               documents.

08/21/06 E Monson         .20  Review letter from Fulbright & Jaworski
                               regarding IP document separation (.2).

08/21/06 E Monson         .50  Additional meeting with Mesirow
                               representatives regarding document separation
                               (.5).

08/21/06 E Monson         .30  Call to K. G. Glade regarding J. Milanowski
                               security agreement and impact of non-debtor
                               document separation (.3).

08/21/06 E Monson         .90  Additional conferences with J. Atkinson and A.
                               T. Brinkerhoff regarding debtor document
                               separation (.9).

08/21/06 E Monson        4.00  Work on IP document designation (4.0).

08/21/06 M Pugsley       6.30  Research and draft letter to J. Milanowski's
                               attorneys regarding access to building and
                               communication with employees (1.1); review
                               documents to be produced (5.2).

08/21/06 S Strong         .30  Review comments received from committees
                               counsel regarding proposed order on continued
                               use of cash, and send email to S. Smith
                               regarding same (.3).

08/21/06 C Hurst         4.30  Receipt and return of telephone
                               calls/inquiries regarding case (.7); call
                               from leasing company - forward to Mesirow
                               (.2); update, review of docket and tickler
                               calendar (3.4).

08/21/06 L Okerlund      4.10  Prepare hearing binders.

08/21/06 L Okerlund      2.00  Prepare August 31 hearing binders.

08/22/06 A Brinkerhoff   7.90  Meeting with E. Monson and B. Kotter (.7);
                               conference with J. Atkinson, S. Smith, E.
                               Monson, B. Kotter and others regarding IP
                               document separation (1.0); meeting with E.
                               Monson, S. O'Connell and D. Griffith regarding