# "Exhibit G-5"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00005**

**Claims Administration and Objections**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/03/06 | A Tsu | 2.30 | Reviewing objections to claims filed by the Official Committee of Equity Security Holders (1.7); summarizing same (.6). |
| 08/03/06 | A Tsu | .20 | Drafting correspondence to accompany summary of USA claim objections. |
| 08/09/06 | S Strong | .20 | Review tax claim filed by IRS and exchange emails with M. Olson regarding same (.2). |
| 08/23/06 | A Tsu | 2.30 | Researching and drafting motion to set a claim bar date and approving procedures regarding same. |
| 08/30/06 | A Tsu | 1.20 | Reviewing and editing motion for order setting claim bar date. |

TOTAL FOR LEGAL SERVICES RENDERED                    $1,220.00

"Exhibit G-6"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 08/02/06 | K Applegate | .30 | Telephone calls from the Department of Labor on the pension plan; discuss with S. C. Strong. |
| 08/02/06 | A Jarvis | .40 | Telephone conference with J. Atkinson regarding employee issues. |
| 08/02/06 | S Strong | .70 | Exchange emails with S. Smith regarding DOL questions (0.1); confer with K. J. Applegate regarding same (0.2); voice message to DOL investigator regarding same (0.1); further discussions with K. J. Applegate and S. Smith regarding same (0.3). |
| 08/03/06 | K Applegate | 1.50 | Work with Jennifer at the Department of Labor to obtain pension plan information (.4); telephone calls to Jennifer (.2); conference call with Steve and Jennifer (.5); review list for confidential information (.3); send list to Jennifer (.1). |
| 08/03/06 | S Strong | .50 | Meet with K. J. Applegate to discuss issues raised by DOL investigator J. Lunski, and telephone conference with her regarding same (0.5). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/07/06  K Applegate      1.40  Drafting of trustee resignation and acceptances
                                 (.6); review PBGC requests relating to the plan
                                 (.4); work on freezing the plan (.4).

08/08/06  K Applegate      1.90  Draft resolution to replace the trustees and
                                 freeze the plan (1.5); draft 204(h) notice
                                 (.3); revise documents to appoint USA as
                                 trustee (.1).

08/09/06  K Applegate      1.80  Draft amendment to the Plan for freezing (.6);
                                 research requirement to vest on freezing (.7);
                                 revise board resolutions on freezing (.3);
                                 final review of trustee change documents (.2).

08/15/06  K Applegate      1.60  Change dates on all the plan documents (.8);
                                 respond to e-mail from Mesirow Financial (.4);
                                 draft letter of instructions on the related
                                 documents (.4).

08/16/06  K Applegate      1.30  Extended conference call with Mesirow regarding
                                 the DB plan (.5); work on DB plan (.8).

08/16/06  A Jarvis          .50  Meeting with J. Atkinson and S. Smith and
                                 e-mails to K. Appelgate regarding pension
                                 plan issues.

08/17/06  K Applegate       .60  Review e-mail from A. W. Jarvis on revisions to
                                 the board financials (.2); review documents on
                                 the same (.4).

08/18/06  K Applegate       .80  Consult with R. G. Winger on the action for
                                 written consent (.2); review e-mails on funding
                                 (.1); revise the resolutions to freeze the plan
                                 and send out to Susan (.3); receipt of signed
                                 resolutions (.2).

08/18/06  A Jarvis          .30  Correspondence on pension plan.

08/18/06  G Winger          .60  Conferences with KJA (.2); review and revise
                                 Action by Written Consent to terminate Benefits
                                 plan (.3); review prior action delegating
                                 authority to President (.1).

08/21/06  K Applegate      1.40  Discuss status of DB plan and related documents
                                 with S. C. Strong (.3); research account
                                 balances for highly compensated employees (.4);
                                 research ability not to pay $623,000
                                 contribution to the plan (.7).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/21/06 S Strong          .30  Confer with K. J. Applegate regarding status
                                of pension plan freeze and plan termination
                                efforts (0.3).

08/23/06 K Applegate      2.10  Telephone call with the PBGC attorney (.6);
                                discussions with S. C. Strong on the $600,000
                                payment to the plan (.2); meeting with S. C.
                                Strong and S. T. Waterman on funding
                                requirements (.6); review of Circuit Court
                                cases on funding and bankruptcy priorities
                                (.4); send e-mails on required information from
                                the plan to PBGC (.2); prepare for telephone
                                conference (.1).

08/23/06 S Strong         3.00  Confer with K. J. Applegate regarding status
                                of efforts in dealing with pension plan
                                (0.2); telephone conference with E. Barnes of
                                PBGC regarding pension plan issues and
                                requests (0.4); confer with K. J. Applegate
                                and S. T. Waterman regarding possible claims
                                by PBGC in bankruptcy case (0.6); research
                                regarding nature of PBGC and IRS claims
                                regarding pension plans in bankruptcy (1.8).

08/24/06 K Applegate      3.40  Meeting with S. C. Strong and telephone
                                conference with Mesirow on DB plan (.6);
                                discuss research with C. N. Nelson and do
                                research (1.2); work with R. G. Winger on
                                company resolutions (.3); further review of
                                PBGC requests (1.3).

08/24/06 A Jarvis          .90  Conference call with Mesirow, S. C. Strong
                                and K. Applegate regarding pension plan
                                termination, claims.

08/24/06 C Nelson         1.60  Office conference with K. J. Applegate (.2);
                                research ERISA plan termination requirements
                                (1.2); discuss research results with K. J.
                                Applegate (.2).

08/24/06 S Strong         1.10  Participate in telephone conference with K.
                                J. Applegate, S. Smith, M. Haftl, and A. W.
                                Jarvis regarding USACM pension plan issues,
                                research findings, and proposed actions
                                (0.8); further discussions with K. J.
                                Applegate regarding same (0.3).

```
Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/24/06 S Waterman      .40  Conference with K. Applegate and S. Strong
                              regarding termination of pension plan and
                              claims arising thereunder.

08/24/06 G Winger        .80  Review consent to terminate benefits plan.

08/25/06 K Applegate    3.10  Discussions with attorneys on corporate
                              formalities regarding freezing the plan;
                              research on the same (1.2); revise documents
                              regarding freezing the plan (1.1); draft
                              unanimous written consent to approve the
                              resolutions approved by the president and
                              discuss with attorneys (.8).

08/25/06 S Strong       1.60  Confer with K. J. Applegate regarding pension
                              plan freeze issues (0.2); telephone conference
                              with J. Atkinson regarding same (0.3); confer
                              with K. J. Applegate regarding additional
                              procedures and approval for same (0.4);
                              telephone conference with A. W. Jarvis
                              regarding same (0.2); email to K. J. Applegate
                              with corporate authority document for same
                              (0.1); review email and revised docs from K. J.
                              Applegate regarding same (0.2); email to A. W.
                              Jarvis and T. Allison regarding (0.2).

08/28/06 K Applegate    3.50  Conference with S. C. Strong on the pension
                              issues (.6); conference with E. A. Monson and
                              A. T. Brinkerhoff on the controlled group (.6);
                              work with paralegals on control group (.3);
                              review PBGC form 10 and related requirements
                              (1.1); review documents to respond to Form 10
                              (.3); research on distress termination for the
                              DB plan (.6).

08/28/06 E Monson        .60  Meet with K. Applegate and A. T. Brinkerhoff
                              to discuss pension issues and information
                              needed to respond to PAGC (.6).

08/28/06 E Monson        .30  Draft e-mail to S. Smith requesting information
                              needed to respond to PBGC (.3).

08/28/06 S Strong        .60  Confer with K. J. Applegate regarding PBGC
                              Form 10 questions and other issues regarding
                              the pension plan (.6).

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006

08/28/06 C Hurst        .70  Office conference with K. J. Applegate
                             regarding details needed for claim to Pension
                             Benefit Guarantee Corporation; download
                             docket and five petitions (.7).

08/29/06 K Applegate   3.40  Research on federal case law requiring the
                             bankruptcy court to approve the non-payment
                             of the minimum funding for 2003 (2.1);
                             meeting with E. A. Monson to discuss the
                             petition (.4); revision to the documents
                             (.4); additional discussions with E. A.
                             Monson and S. C. Strong (.5).

08/29/06 E Monson       .40  Conference with K. Applegate regarding issues
                             on Motion on Substituting Trustee and
                             freezing defined pension benefit plan (.4).

08/29/06 E Monson       .80  Additional conference with K. Applegate
                             regarding motion (.8).

08/29/06 E Monson       .40  Review trust agreement provisions (.4).

08/29/06 E Monson      3.90  Work on drafting motion for order approving
                             substitution of Trustee and freezing plan and
                             declaration of T. Allison (3.9).

08/29/06 E Monson       .10  Review e-mail from S. C. Strong to R. Walker
                             regarding J. Milanowski and Vicki Loob signing
                             resignation of documents (.1).

08/29/06 E Monson       .10  Draft e-mail to K. Applegate and S. C. Strong
                             regarding pension benefit motion (.1).

08/29/06 S Strong       .20  Confer with E. A. Monson regarding drafting
                             of pension plan motion (.2).

08/29/06 C Hurst        .50  Memo to K. J. Applegate regarding further
                             information for Pension Benefit Guarantee
                             Corporation.

08/30/06 K Applegate   3.80  Research on control group to respond to PBGC
                             request (1.3); analyze entities for controlled
                             group relationship (.7); telephone conference
                             with Erica Barnes and four other PBGC attorneys
                             (.3); follow up with E. A. Monson on documents
                             and control group; brief S. C. Strong on the
                             same (.4); work on Form 10 for the PBGC (1.1).

Client No. 34585                                          Page:     6
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/30/06 A Jarvis          .20  Correspondence on pension plan termination.

08/30/06 E Monson          .80  Work on revising motion for substitution of
                                trustee and freezing defined pension benefit
                                plan (.8).

08/30/06 E Monson          .30  Conferences with K. Applegate regarding
                                motion and issues relating to trust agreement
                                and defined pension benefit plan (.3).

08/30/06 E Monson          .40  Draft pension motion and get circulated to
                                Mesirow for comment (.4).

08/30/06 E Monson          .30  Review e-mails regarding comments to pension
                                motion and send reply (.3).

08/30/06 G Snow            .90  Conference with Kelly J. Applegate regarding
                                tax discussion in bankruptcy plan (.5); review
                                Circular 230 standards (.4).

08/30/06 S Strong          .30  Exchange emails with J. Atkinson regarding
                                pension plan issues (0.2); voice message to
                                L. Loveridge regarding pension plan issues
                                (0.1).

08/31/06 E Monson          .90  Meet with Russ Walker and J. Milanowski
                                regarding execution of pension freezing and
                                resignation documents (.9).

08/31/06 E Monson          .10  Meet with Mark Olson regarding pension
                                resolution (.1).

08/31/06 S Strong          .40  Telephone conference with L. Loveridge
                                regarding debtors requests of J. Milanowski
                                relating to pension plan (0.2); telephone
                                conference with A. W. Jarvis regarding same
                                (0.1); telephone conference with E. A. Monson
                                related documents signed by J. Milanowski
                                (0.1).

08/31/06 L Yerkovich       .60  Telephone conference with S. Strong about
                                termination of employee.


TOTAL FOR LEGAL SERVICES RENDERED                              $14,432.50

*"Exhibit G-7"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | | |
|---|---|---|---|
| 08/01/06 A Tsu | 1.50 | Reviewing correspondence from A. Jarvis regarding payment of professionals (.3); making changes regarding same to motion to the ordinary course professionals (1.2). | |
| 08/02/06 A Jarvis | .50 | Correspondence regarding preparation of invoice. | |
| 08/02/06 E Monson | 1.00 | Review and revise memo drafted by L. Schwartzer regarding fee procedure (1.0). | |
| 08/03/06 A Jarvis | .30 | Correspondence on bills, allocation, preparation of fee applications. | |
| 08/03/06 B Kotter | .40 | Respond to e-mail from A. W. Jarvis and M. Kehl regarding preparation of invoices and assemble and deliver requested documents to Mesirow (.4). | |
| 08/07/06 A Jarvis | .40 | Conference call with M. Kehl and B. J. Kotter regarding preparation of fee applications, allocation issues. | |
| 08/07/06 A Jarvis | .40 | Draft memo to L. Schwartzer regarding preparation of fee applications, allocation issues. | |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/07/06 B Kotter        1.20  Work on monthly statements and fee
                               application (1.7); conference with A. W.
                               Jarvis and M. Kehl regarding allocation (.3);
                               conference with A. W. Jarvis regarding same
                               (.2); conference with A. W. Jarvis and S. C.
                               Strong regarding allocation among debtors
                               (.2).

08/08/06 B Kotter        4.40  Review of April and May billing statements
                               for allocation among debtors and preparation
                               of monthly statements for April and May as
                               well as for first interim fee application
                               (8.7).

08/08/06 S Strong         .30  Telephone conference with B. J. Kotter
                               regarding fee allocation issues (.3).

08/09/06 B Kotter        5.90  Continue working on preparing bills for
                               monthly statements and first interim fee
                               application and allocating fees and costs
                               among individual debtors (11.7).

08/09/06 S Strong         .50  Confer with B. J. Kotter regarding fee
                               allocation issues for debtors professionals
                               (0.1); telephone conference with B. J. Kotter
                               and M. Kehl regarding same (0.2); further
                               discussions with B. J. Kotter regarding same
                               (0.2).

08/09/06 S Strong         .90  Prepare proposed order on interim fee
                               procedures and circulate for internal review
                               (.9).

08/10/06 A Jarvis         .60  Correspondence on preparation of statements
                               for dissemination to committees.

08/10/06 B Kotter        3.70  Continued review and preparation of billings
                               for monthly statements and fee applications
                               (3.7); conference with S. C. Strong regarding
                               same (.2); exchange e-mail with A. W. Jarvis on
                               bills (.2); continue working on monthly
                               statement and fee application (3.2).

08/11/06 B Kotter        4.60  Work on preparing invoices for circulation
                               and preparation of monthly statements and RQN
                               First Interim Fee Application including
                               multiple brief conference with S. C. Strong
                               regarding issues (9.1).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/14/06 B Kotter        .50  Respond to e-mail inquiry from S. Smith
                              regarding professional fees circulated on
                              Friday (.2); forward Orrick invoices and
                              review for other invoices from the committees
                              (.3).

08/17/06 A Tsu           .60  Reviewing incoming message from A. Jarvis
                              regarding motion to employ ordinary course
                              professionals (.1); responding to same (.1);
                              reviewing motion to employ ordinary course
                              professionals and making requested changes
                              (.4).

08/18/06 E Monson        .10  Review e-mail from S. Sherman regarding issue
                              on procedures order.

08/21/06 A Jarvis        .40  Correspondence on fee issues.

08/21/06 B Kotter        .30  Respond to e-mail regarding unsecured
                              committee request for information on fees.

08/21/06 S Strong        .30  Review email from R. Charles regarding format
                              of fee statements circulated by debtors
                              professionals, and exchange emails with A. W.
                              Jarvis and B. J. Kotter regarding same, and
                              confer with A. W. Jarvis regarding same (.3).

08/21/06 S Strong        .90  Review status of proposed interim  order on
                              fee procedures, review comments from
                              committees counsel regarding same, revise
                              proposed order and send to local counsel for
                              circulation and submission to court (.9).

08/22/06 A Jarvis        .30  Correspondence regarding fee applications,
                              interim procedures.

08/22/06 A Jarvis        .20  Correspondence on fee applications,
                              procedures.

08/22/06 S Strong       1.20  Confer with A. Tsu regarding draft of motion
                              to employ and compensate ordinary course
                              professionals, review and edit draft, and
                              exchange emails with A. Tsu regarding same
                              (0.8); confer with A. W. Jarvis regarding
                              same (0.2); email to committees counsel
                              regarding same (0.2).

```
Client No. 34585                                    Page:     4
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| 08/22/06 A Tsu | 1.50 | Reviewing and editing ordinary course professional motion to include professionals in addition to addition to attorneys and accountants. |

08/22/06 A Tsu      1.50  Reviewing and editing ordinary course
                          professional motion to include professionals
                          in addition to addition to attorneys and
                          accountants.

08/23/06 A Jarvis   2.30  Preparation of bills, fee application.
                          (allocated time)

08/23/06 B Kotter    .40  E-mail exchange and conference with A. W.
                          Jarvis regarding monthly statement and fee
                          application issues (.4).

08/23/06 A Tsu      1.80  Reviewing and implementing changes to motion
                          to extend exclusivity period.

08/24/06 A Jarvis    .20  Conference with B. J. Kotter regarding
                          preparation of fee application.

08/24/06 A Jarvis    .20  Correspondence on monthly fee statements.

08/24/06 B Kotter   3.70  Work on July Monthly Statement and first
                          interim fee application (5.8); review Mesirow
                          letter and respond to M. Kehl with comments
                          (.4); e-mail exchange with A. W. Jarvis
                          regarding monthly statement issues (.6);
                          e-mail exchange with M. Kehl regarding
                          various fee issues (.4); e-mail exchange with
                          S. C. Strong regarding same (.2).

08/24/06 B Kotter    .60  Review and respond to e-mail questions
                          regarding proper procedure for monthly
                          statements and fee applications (.6).

08/24/06 B Kotter    .70  Continue working on monthly statement (1.3).

08/24/06 S Strong    .40  Exchange emails with A. W. Jarvis regarding
                          status of proposed motion to employ ordinary
                          course professionals (0.1); review and make
                          further edits to draft of same, and discuss
                          with A. Tsu (0.3).

08/24/06 A Tsu       .50  Reviewing changes to motion for an order
                          permitting the hiring of ordinary course
                          professionals (.5).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/25/06 B Kotter          5.60  Finalize monthly statement and draft cover
                                 letter to U.S. Trustee and Committee counsel
                                 regarding statement and allocation (5.1);
                                 e-mail exchange with A. W. Jarvis regarding
                                 statement (.2); phone call with L. Dorsey
                                 regarding fee application procedures (.3).

08/25/06 S Strong           .60  Further review and edits to motion regarding
                                 ordinary course professionals (0.3); confer
                                 with A. Tsu regarding same (0.1); exchange
                                 emails with L. Schwartzer regarding same
                                 (0.1); exchange emails with J. McPherson
                                 regarding same (0.1).

08/25/06 S Strong           .40  Confer with B. J. Kotter regarding monthly
                                 fee invoices and review cover letters for
                                 transmittal of same (0.4).

08/25/06 A Tsu             1.80  Reviewing changes to motion to employ
                                 ordinary course professionals (.8); meeting
                                 with S. Strong regarding same (.1);
                                 incorporating additional changes (.9).

08/27/06 B Kotter           .90  Work on Ray Quinney & Nebeker First Interim
                                 Fee Application (1.8).

08/28/06 B Kotter          1.00  Exchange e-mail with Mesirow team regarding
                                 professionals' fee statements (.4); work on Ray
                                 Quinney & Nebeker fee application (.6).

08/29/06 B Kotter           .80  Draft e-mail to Sandra Burke regarding Ray
                                 Quinney & Nebeker fee application (.2); work
                                 on fee application (1.1); exchange and review
                                 e-mails with M. Kehl (.6).

08/30/06 B Kotter          4.40  Work on fee application for Ray Quinney &
                                 Nebeker (8.7).

08/31/06 B Kotter          5.10  Work on drafting fee application for Ray
                                 Quinney & Nebeker (8.6); review and respond
                                 to e-mails from Mesirow team regarding
                                 application (.6); conference with S. C.
                                 Strong regarding application (.3); exchange
                                 e-mails with A. W. Jarvis regarding
                                 application (.4); e-mail exchange with local
                                 counsel regarding filing (.3).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/31/06 S Strong        2.20 Various conferences with B. J. Kotter regarding
                              fee application issues (0.9); telephone
                              conference with J. McPherson regarding same
                              (0.1); telephone conference with A. W. Jarvis
                              and B. J. Kotter regarding same (0.2); review
                              and revise draft of RQNs proposed first
                              interim fee application (.7); assist B. J.
                              Kotter with preparations for filing of same
                              (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                              $14,142.00

# "Exhibit G-8"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                October 23, 2006
Las Vegas, NV  89121                                   Invoice No. ******


For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00008

Fee / Employment Objections

| | | | |
|---|---|---|---|
| 08/17/06 | B Kotter | .80 | Review e-mail from S. Smith regarding invoices from Committee counsel (.1); try to locate responsive documents to e-mail request (.5); draft e-mail to A. W. Jarvis and E. A. Monson regarding same (.1); brief conference with A. W. Jarvis regarding invoices (.1). |
| 08/24/06 | S Strong | .60 | Review emails from various committees counsel regarding interim fee procedures and circulation of invoices (0.3); email to committees regarding same (0.1); exchange emails with L. Schwartzer regarding same (0.2). |
| 08/29/06 | S Strong | .20 | Exchange emails with S. Sherman and L. Schwartzer regarding fee application noticing (.2). |
| 08/31/06 | S Strong | .60 | Initial review of various fee applications filed to date (.6). |

TOTAL FOR LEGAL SERVICES RENDERED                                    $506.00

"*Exhibit G-9*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                              Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00009**

**Executory Contracts**

| | | | |
|---|---|---|---|
| 08/03/06 S Strong | .40 | Review drafts of stipulated motions to extend deadlines to assume/reject real property leases, and email comments to J. McPherson (.4). |
| 08/07/06 A Jarvis | .40 | Correspondence on motions to assume and reject leases. |
| 08/07/06 S Strong | .60 | Review J. McPhersons draft of motion to reject equipment leases, and exchange emails with her regarding same (0.5); telephone conference with S. Smith regarding same (0.1). |
| 08/11/06 S Strong | .90 | Telephone conference with J. Nelson of National City Commercial regarding equipment lease payoffs requested by co-lessee (0.2); exchange emails with A. W. Jarvis and S. Smith regarding same (0.3); telephone conference with J. Nelson to explain lease rejection and co-lessee situation (0.2); email to her regarding same (0.2). |
| 08/14/06 A Jarvis | .20 | Correspondence on lease issues. |
| 08/17/06 A Jarvis | .20 | Correspondence on subleases. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/18/06 | M Pugsley | 3.30 | Review lease of both USA buildings (1.3); research regarding vegashotspots.com and amount owed (2.0). |
| 08/21/06 | B Bauman | .20 | Phone call with Mark Pugsley regarding research of USA lease, sublease to VegasHotSpots.com. |
| 08/22/06 | B Bauman | 1.10 | Researched Nevada statutes on leases, subleases, statute of frauds. |
| 08/22/06 | C Hurst | .30 | Return call to Ikon Finance; telephone call to representative from Bankers Leasing regarding location of equipment and rejection of lease. |
| 08/28/06 | B Bauman | 2.00 | Phone call with Mark Pugsley regarding Nevada law on sublease, statute of frauds, etc. (.4); began drafting Notice to Pay Rent or Quit to Vegas Hot Spots (1.6). |
| 08/29/06 | B Bauman | 2.10 | Completed and revised Notice to Pay Rent or Quit. |
| 08/30/06 | B Bauman | .50 | Meeting with Mark Pugsley to discuss the same. |
| 08/30/06 | M Pugsley | 1.70 | Conference with B. Bauman regarding notice to quit for begashotspots.com (.5); review and revise letter (.7); circulate letter for comment (.1); telephone conference with T. Allison and M. Olson regarding various issues (.4). |

TOTAL FOR LEGAL SERVICES RENDERED                              $3,016.00

# "Exhibit G-10"

STATEMENT OF ACCOUNT

### RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00011

**Litigation**

| | | | |
|---|---|---|---|
| 08/01/06 | E Monson | .90 | Review e-mail from L. Schwartzer regarding Waddell motion to lift stay (.1); draft and send e-mail regarding pending litigation and review replies (.4); discussion with C. Hurst regarding issues on pending litigation and review replies (.4). |
| 08/01/06 | S Strong | .70 | Review relief from stay motion of Standard Properties (0.3), and exchange emails with L. Schwartzer regarding response needed to same (0.2); review email from E. A. Monson regarding status of various pre-petition litigation matters (0.2). |
| 08/01/06 | S Strong | .30 | Review new motion from R. LePome requesting payments without netting (0.3). |
| 08/02/06 | A Jarvis | .30 | Correspondence with L. Davis regarding Boise Gowan, Canepa motion. |
| 08/02/06 | A Jarvis | .40 | Review Canepa order and correspondence with L. Davis regarding order, settlement possibilities. |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/02/06 B Kotter        8.10  Conference with S. C. Strong regarding
                               research into various issues related to
                               hearing on motion to hold funds (.2); legal
                               research on offset and recoupment issues
                               (2.7); legal research on Gropo Mexicano case
                               and draft e-mail to S. C. Strong regarding
                               distinctions and case analysis (2.1);
                               drafting to e-mail regarding recapment and
                               offset analysis (1.4); continued legal
                               research on related issues in 9th Circuit and
                               Nevada (1.7).

08/02/06 R Madsen, II    1.10  Communications with the office of McDonald,
                               Carano & Wilson, LLP (Reno Office), counsel to
                               Double Diamond Ranch and Kreg Rowe, in the Law
                               Offices of James J. Lee v. Kreg Rowe, Double
                               Diamond Ranch, and multiple Tanamera entitles
                               case (.7); additional communications with
                               Barney Ales of Goold Patterson, counsel for
                               Tanamera entities, with respect to hearing
                               scheduled for Thursday, August 3, 2006 moved to
                               August 17, 2006 (.4).

08/02/06 D Monson         .10  Discussion with L. Schwartzer on Objection to
                               Standard Property Development Motion for
                               Relief from Stay.

08/02/06 E Monson         .50  Follow up with R. H. Madsen obtaining
                               additional information regarding James Lee v.
                               Kerry Rowe and Tanamera hearing (.4) and review
                               e-mail from R. H. Madsen regarding status (.1).

08/03/06 A Jarvis        2.90  Prepare for hearing on motion to distribute,
                               cash management motion; review case law.

08/03/06 A Jarvis        5.00  Prepare for hearing on motion to distribute
                               funds, related motions, cash management,
                               budget; review case law.

08/03/06 E Monson         .20  Review e-mails from L. Schwartzer regarding
                               Spectrum and Standard property motions for
                               relief.

08/03/06 S Strong        1.10  Review email from A. W. Jarvis regarding more
                               research needed on Section 553 issues for
                               hearing (.2), discuss issues with B. J. Kotter,
                               research issues (.4), and email to A. W. Jarvis
                               regarding same (.5).

```
Client No. 34585                               Page:    3
Debtor USA Commercial Mortgage Co., et al.     October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/03/06 | S Strong | .40 | Review, gather and organize additional background documents and papers to support A. W. Jarvis at hearings (.4). |
| 08/03/06 | S Strong | 1.40 | Discussions with A. W. Jarvis regarding issues and strategies for hearing (1.4). |
| 08/04/06 | A Jarvis | 1.00 | Prepare for hearing on motion to distribute funds, cash management motion. |
| 08/04/06 | A Jarvis | 3.50 | Appear at hearing on motion to distribute funds, cash management motion. |
| 08/04/06 | E Monson | 1.20 | Review replies in opposition to Standard Property and Weddell motions for relief and send emails to L. Schwartzer with comments to replies (1.2). |
| 08/04/06 | S Strong | 6.20 | Review and analysis of Tucker Declaration in support of Diversified Committees opposition to motion to distribute, and hearing agenda filed for todays hearings, and discuss same with A. W. Jarvis (1.1); retrieve debtors Reply regarding cash usage from electronic docket for A. W. Jarvis for hearing today, and discuss same with her (0.5); further discussions with A. W. Jarvis in preparation for todays hearings (0.4); attend bankruptcy court hearing on various motions, including motion to distribute, and assist A. W. Jarvis at hearing (3.5); post-hearing discussions with various counsel, investors and other parties in interest regarding results of hearings and next steps in case (0.7). |
| 08/07/06 | A Jarvis | .50 | Correspondence and discussions regarding response to Standard Properties suit. |
| 08/07/06 | A Jarvis | .30 | Correspondence with L. Davis regarding outcome of motion to distribute, requested information. |
| 08/07/06 | A Jarvis | .20 | Correspondence on Reno litigation. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/07/06 S Strong        .40  Exchange emails with D. M. Monson regarding
                              hearing today on Rio Rancho additional
                              funding, and confer with him regarding same
                              (0.2); telephone conference with M. Olson
                              regarding letters to direct lenders regarding
                              same (0.1); confer with C. Hurst regarding
                              direct lender questions regarding same (0.1).

08/09/06 A Jarvis        .30  Telephone conference with S. C. Strong
                              regarding Standard Development litigation
                              issues.

08/09/06 S Strong       1.10  Review emails from M. Olson and direct
                              lenders regarding Standard Properties
                              litigation (0.1); telephone conference with
                              M. Olson regarding same (0.1); exchange
                              emails with M. Olson and E. A. Monson
                              regarding same (0.2); confer with E. A.
                              Monson regarding same (0.1); telephone
                              conference with A. W. Jarvis regarding same
                              (0.1); further emails to E. A. Monson and M.
                              Olson regarding same (0.1); voice message to
                              plaintiffs counsel A. Brumby regarding same
                              (0.1); review settlement proposal letter from
                              Standard Properties regarding loan workout
                              (0.3).

08/10/06 E Monson        .30  Review e-mails involving Standard Property
                              lawsuit (.3).

08/10/06 S Strong       2.20  Telephone conference with A. Brumby regarding
                              Standard Properties lawsuit in Florida
                              against direct lenders and request to extend
                              answer deadline (0.3); confer with D. M.
                              Monson regarding workout issues concerning
                              the Standard loan (0.3); exchange emails with
                              A. Brumby confirming answer extension (0.2);
                              telephone conferences with M. Olson regarding
                              same (0.3); draft statement for M. Olson
                              regarding same for use in communications with
                              direct lenders, and circulate for internal
                              review (0.7); review comments from L.
                              Schwartzer regarding statement, revise
                              statement, and send to M. Olson for posting
                              on website (0.4).

08/11/06 A Jarvis        .40  Correspondence on LePome motion.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.         October 23, 2006

| | | | |
|---|---|---|---|
| 08/11/06 | B Kotter | .20 | Conference with S. C. Strong regarding legal research on issues related to motion to hold funds and how fund members would be paid (.2). |
| 08/11/06 | S Strong | .20 | Review reply brief from Weddell regarding relief from stay motion (.2). |
| 08/12/06 | A Jarvis | .30 | Correspondence on Standard Development litigation |
| 08/12/06 | A Jarvis | .30 | Correspondence regarding pending Reno litigation and continuance of same. |
| 08/14/06 | A Jarvis | .30 | Correspondence with R. Charles regarding potential litigation against lenders. |
| 08/14/06 | A Jarvis | .30 | Correspondence regarding preparation for hearing on August 16. |
| 08/14/06 | B Kotter | .80 | Legal research on "possession, custody control" issues related to responding to subpoenas (.3); phone call with R. H. Madsen regarding pending litigation and review of scheduled hearings (.4); brief conference with E. A. Monson regarding pending litigation (.1). |
| 08/14/06 | E Monson | .50 | Follow up on issues relating to extension for direct lenders to file an answer to Florida complaint and circulate e-mail to committees confirming extension. |
| 08/15/06 | A Jarvis | .30 | Correspondence with L. Schwartzer regarding hearing. |
| 08/15/06 | A Jarvis | .20 | Correspondence on resolution of motion to obtain information. |
| 08/15/06 | A Jarvis | .20 | Correspondence with L. Davis regarding resolution of $9 million issue in motion to distribute funds. |
| 08/15/06 | A Jarvis | 4.20 | Preparation for hearings; review of chart on $9 million pre-petition funds. |
| 08/15/06 | A Jarvis | .30 | Correspondence regarding issues regarding pre-petition litigation. |

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


08/15/06 D Monson        2.80 Review Joinder by Certain Direct Lenders to
                              Standard Property Development's Motion for
                              Relief from Stay (0.2); review Reply Brief on
                              Standard Property Development's Motion for
                              Relief from Stay (0.4); review Standard
                              Property Development Loan Documents on
                              interest reserves (0.3); telephone call to A.
                              Stevens on interest reserve issues for
                              Standard Property Development Loan (0.2);
                              review interest spreadsheet and PDG
                              Disbursement report for Standard Property
                              Development Loan from A. Stevens (0.4);
                              lengthy e-mail to A. Brumby, Standard
                              Property Development attorney on interest
                              reserve issues (1.2); e-mail on Notice of
                              Stay of Proceedings for Prospect High Income
                              Fund lawsuit against Diversified Fund (0.1).

08/16/06 A Jarvis        2.00 Hearings on motion to distribute, relief from
                              stay motions; conferences with A. Brumby
                              regarding resolution of relief from stay
                              motion.

08/17/06 A Jarvis         .40 Correspondence on Standard Properties
                              settlement discussions.

08/17/06 A Jarvis         .30 Conference with E. A. Monson regarding
                              response to LePome motion.

08/17/06 A Jarvis         .40 Correspondence regarding request of UCC to
                              send out letter.

08/17/06 A Jarvis         .30 Correspondence on prepetition litigation.

08/17/06 A Jarvis         .30 Correspondence on pending pre-petition
                              litigation.

08/18/06 A Jarvis         .30 Conference with E. A. Monson and A. T.
                              Brinkerhoff regarding document issues,
                              litigation against insiders.

08/18/06 A Jarvis         .30 Conference with E. A. Monson regarding
                              response to LePome motion, Diversified
                              portfolio issues.

08/18/06 D Monson         .10 Review e-mail on status conference in U.S.
                              District for Weddell/Spectrum Financial v.
                              USACM lawsuit.

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                        October 23, 2006


08/18/06 E Monson          .10 Review e-mail from R. Charles regarding
                               Standard Property / Florida litigation.

08/19/06 A Jarvis          .80 Correspondence with Mesirow and Ray Quinney &
                               Nebeker regarding subpoena, IP issues.

08/21/06 S Strong          .20 Review email from R. Charles regarding
                               Standard Dev. lawsuit, and exchange emails
                               with A. W. Jarvis regarding same (.2).

08/22/06 A Jarvis          .20 Correspondence on Reno suit, recovery of fees.

08/22/06 B Kotter          .20 Review e-mail from S. Armstrong and Lowe
                               Enterprises (.2).

08/22/06 S Strong          .30 Review status of Standard Property litigation
                               in Florida and emails from M. Olson, A. W.
                               Jarvis and L. Schwartzer regarding same
                               (0.2); review email from L. Schwartzer
                               regarding status of litigation in Reno, and
                               email from A. W. Jarvis regarding same (0.1).

08/22/06 C Hurst           .90 Research Riverside County Court database for
                               actions involving Fogg, Bundy Canyon; locate,
                               download; forward information to attorneys
                               (.9).

08/23/06 R Madsen, II      .30 Continued research with respect to
                               outstanding litigation against USA Investment
                               Partners, et al. - Chris Pedersen and Kevin
                               J. Everett v. Joseph D. Milanowski, USA
                               Investors II, LLC, USA Investment Partners,
                               LLC, David A. Fogg, Builders Capital,
                               Twinleaf Homes, LLC, Bundy Canyon Land
                               Development, LLC.

08/24/06 A Jarvis          .20 Correspondence on motion filed by LePome.

08/24/06 A Jarvis          .20 Correspondence on pending litigation.

08/25/06 E Monson          .40 Discussion with J. McPherson regarding pending
                               litigation and representation by Goold
                               Patterson; draft and send e-mail (.4).

08/25/06 E Monson          .30 Review litigation summary (.3).

08/25/06 E Monson          .30 Draft e-mail to A. W. Jarvis regarding issue on
                               Goold retention (.3).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/28/06 E Monson       1.00 Draft e-mail to C. Hurst and L. Okerlund
                             regarding litigation case status issues and
                             review replies (.3); review information and
                             charts in file on various litigation matters
                             (.5); draft e-mails to J. McPherson regarding
                             handling of appeals involving James Lee (.2).

08/29/06 A Jarvis        .30 Correspondence on LePome Motion.

08/29/06 A Jarvis       2.20 Prepare for hearings; review case law,
                             pleadings filed.

08/29/06 E Monson        .10 Review notice of hearing on motion to
                             withdraw in Weddell (.1).

08/30/06 A Jarvis       2.20 Conference with S. C. Strong regarding
                             preparation for hearings, committee decision
                             on extension on exclusivity, motion to
                             distribute funds.

08/30/06 A Jarvis       4.20 Review responses, caselaw regarding motion to
                             distribute, proposed changes, and prepare for
                             hearing on motion to distribute, LePome
                             motions, motion for relief from stay,
                             exclusivity.

08/30/06 C Hurst        2.50 Review and compare updated litigation chart
                             with statement of affairs; begin work on
                             second chart for tracking deadlines and
                             conference with staff regarding updated
                             dockets.

08/31/06 A Jarvis       3.00 Prepare for and appear at hearing on Motion
                             for continued distributions and motion to
                             extend exclusivity.

08/31/06 E Monson       3.40 Preparation for and attend Omnibus hearing
                             before bankruptcy court with A. W. Jarvis and
                             client (3.4).

08/31/06 E Monson        .30 Discussions with Mark Olson and Andy Hastings
                             regarding lawsuit filed against Andy Hastings
                             and others (.3).


TOTAL FOR LEGAL SERVICES RENDERED                              $21,487.00