*"Exhibit G-11"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | |
|---|---|---|
| 08/01/06 A Jarvis | .10 | Telephone conference with T. Allison regarding plan issues, negotiations with bidders, exclusivity extension. |
| 08/01/06 A Jarvis | .20 | Telephone conference with J. Atkinson and J. Nugent regarding plan provisions. |
| 08/01/06 A Jarvis | .07 | Conference with P. Hunt regarding plan issues, plan drafting. |
| 08/01/06 A Jarvis | 2.33 | Draft disclosure statement, plan revisions. |
| 08/01/06 S Strong | .24 | Exchange emails with K. G. Glade regarding collateral information requested by potential purchaser under a Plan (0.2); review signed confidentiality agreement from purchaser under a Plan, and forward same to J. Nugent and J. Reed (0.2); review emails from S. Freeman and A. W. Jarvis regarding plan process issues and exclusivity, and exchange emails with A. W. Jarvis regarding same (0.3). |
| 08/02/06 P Hunt | .36 | Read e-mails regarding plan/exclusivity issues (.3); read draft disclosure statement and determine information needed for plan formation (.3); read new bidder term sheet regarding plan structure (.5). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/02/06 A Jarvis          .46  Conference call with potential bidder
                                regarding interest, terms of bid.

08/02/06 A Jarvis          .14  Telephone conference with T. Allison, J.
                                Atkinson, J. Reed regarding negotiations with
                                bidder.

08/02/06 A Jarvis          .40  Review and revise plan and disclosure
                                statement.

08/02/06 A Jarvis          .17  Telephone conference with J. Atkinson and J.
                                Nugent regarding plan issues, plan draft.

08/03/06 P Hunt           2.10  Office conference with S. C. Strong regarding
                                plan formation and strategy (.5); review
                                potential bid (.1); draft plan with new
                                information contained in bid (5.7).

08/03/06 A Jarvis          .10  Correspondence regarding bidder inquiries,
                                potential offer.

08/03/06 S Strong          .10  Telephone conference with A. W. Jarvis
                                regarding negotiations with potential purchaser
                                under a plan (0.2); email to T. Allison
                                regarding same (0.1).

08/03/06 S Strong          .16  Discuss case background and Plan drafting
                                issues and strategies with P. Hunt (.5).

08/04/06 P Hunt           2.54  Draft plan.

08/07/06 P Hunt           2.24  Draft plan, including drafting of claims
                                procedure and implementation sections (6.7).

08/07/06 A Jarvis          .54  Telephone conference with potential bidders
                                regarding confidential proposal to be
                                submitted by bidder; correspondence regarding
                                same; review of term sheet.

08/07/06 S Strong          .06  Review confidentiality agreements from 2 new
                                proposed purchasers under a plan, and
                                telephone conference with J. Reed regarding
                                same (.2).

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006


08/08/06 P Hunt          1.00  Telephone conference with A. W. Jarvis
                               regarding motion to extend exclusive period
                               (.1) research on Ninth Circuit 1121(d)
                               standard (.7); read cases (.5); review docket
                               to get information on committees (.3); draft
                               motion to approve stipulation on exclusive
                               period (1.4).

08/08/06 A Jarvis         .50  Review purchase offers, presentation prepared
                               for Committee meeting.

08/08/06 A Jarvis         .14  Discussion with T. Allison and S. Smith
                               regarding plan options, committee meeting.

08/08/06 A Jarvis         .10  Correspondence regarding preparation of
                               materials for Committee for plan evaluation.

08/08/06 S Strong         .16  Discussions with T. Allison, J. Atkinson and
                               A. W. Jarvis reorganization strategies and
                               potential purchasers under a plan (.5).

08/09/06 P Hunt           .16  Read e-mail from A. W. Jarvis regarding
                               stipulated order on exclusive periods (.1);
                               draft stipulated order regarding extending
                               exclusive periods (.5).

08/09/06 A Jarvis         .10  Correspondence on order extending exclusivity.

08/09/06 S Strong         .80  Telephone conference with A. W. Jarvis
                               regarding stipulated order needed regarding
                               Plan exclusivity (0.1); confer with P. Hunt
                               regarding exclusivity issues (0.2); prepare
                               draft of stipulation to extend exclusivity
                               and circulate for internal review (0.9);
                               exchange emails with A. Landis regarding
                               exclusivity (0.2); exchange emails with
                               committees counsel regarding same (0.2);
                               exchange emails with A. W. Jarvis regarding
                               same (0.2); revise proposed stipulated order
                               regarding exclusivity and transmit to
                               committees counsel for signature (0.3);
                               exchange further emails with committees
                               counsel regarding same (0.3).

08/09/06 S Strong         .04  Review confidentiality agreement for new
                               proposed purchaser under a plan and email to J.
                               Reed regarding same (.1).

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006

08/10/06 A Jarvis        .34 Telephone conference with potential bidders,
                             follow up conference with Mesirow regarding
                             same.

08/10/06 A Jarvis        .10 Correspondence on order for extension of
                             exclusive period.

08/10/06 S Strong        .70 Review email from C. Pajak regarding changes
                             to stipulation regarding exclusivity, made
                             changes, voice message to A. W. Jarvis and
                             exchange emails with T. Allison regarding
                             same (0.7); confer with P. Hunt and B. J.
                             Kotter regarding same (0.3);
                             regarding-circulate proposed Stipulated Order
                             regarding exclusivity to committees counsel
                             for signature, review responses, and exchange
                             follow-up emails regarding same (0.4);
                             exchange emails with local counsels office
                             regarding lodging of proposed stipulated
                             order, and telephone conferences with A.
                             Hosey and L. Dorsey regarding same (0.7).

08/11/06 A Jarvis        .14 Correspondence on extension of exclusive
                             period.

08/11/06 E Monson        .10 Discussions with S. C. Strong regarding
                             issues on extension of exclusivity period and
                             review e-mails (.3).

08/11/06 S Strong        .24 Exchange emails with C. Pajak and A. Jarvis
                             regarding status of Stipulated Order
                             regarding exclusivity (0.2); review docket
                             regarding same and telephone conference with
                             local counsels office regarding same (0.2);
                             review Stipulated Order as entered today,
                             review email from A. Landis regarding same,
                             and email to and telephone conference with A.
                             W. Jarvis regarding same (0.3).

08/11/06 S Strong        .06 Exchange emails with J. Nugent regarding
                             confidentiality agreement from proposed
                             purchaser under a plan (.2).

08/12/06 A Jarvis        .10 Correspondence with potential purchaser
                             regarding discussions with committees.

08/12/06 A Jarvis        .14 Correspondence with T. Allison regarding plan
                             options.

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


| 08/13/06 P Hunt | 1.96 | Read and analyze Bidder 2 letter of intent (.6); revise plan draft with Bidder 2 letter of intent terms (5.3). |
|---|---|---|
| 08/14/06 A Jarvis | .06 | Telephone conference with potential purchaser regarding discussions with committees, revised term sheet. |
| 08/14/06 A Jarvis | .16 | Telephone conference with T. Allison and B. Faisal regarding sales process, formulation of plan. |
| 08/14/06 A Jarvis | .34 | Conference call with Committees regarding plan discussions. |
| 08/14/06 A Jarvis | .14 | Correspondence regarding plan discussions. |
| 08/14/06 A Jarvis | .06 | Correspondence with potential purchaser regarding further negotiations. |
| 08/15/06 A Jarvis | .10 | Correspondence with potential purchaser. |
| 08/16/06 A Jarvis | .80 | Meeting with potential purchaser, Mesirow team regarding plan issues. |
| 08/16/06 A Jarvis | .50 | Meeting with potential purchaser regarding plan options, possible plan structures, committee discussions. |
| 08/16/06 A Jarvis | .16 | Correspondence on plan issues, structure. |
| 08/17/06 A Jarvis | .10 | Correspondence on potential purchaser, term sheet. |
| 08/17/06 A Jarvis | .10 | Correspondence with potential purchaser. |
| 08/17/06 A Jarvis | .06 | Correspondence with Mesirow team regarding plan discussions. |
| 08/17/06 A Jarvis | .10 | Correspondence with Mesirow regarding plan issues. |
| 08/18/06 A Jarvis | .46 | Conference call with T. Allison regarding plan issues, Ashby loans, negotiations. |
| 08/18/06 A Jarvis | .14 | Conference call with bidder and T. Allison regarding negotiations on bid. |

Client No. 34585                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006


08/18/06 A Jarvis        .30 Conference call with S. C. Strong and J.
                             Atkinson regarding plan, document issues.

08/19/06 A Jarvis        .16 Correspondence on plan issues.

08/21/06 P Hunt          .24 Office conference with A. W. Jarvis and S. C.
                             Strong regarding plan issues (.7).

08/21/06 A Jarvis        .14 Telephone conference with T. Allison
                             regarding plan issues, IP issues, committee
                             negotiations.

08/21/06 A Jarvis        .06 Correspondence with J. Atkinson regarding
                             disclosure statement.

08/21/06 A Jarvis        .26 Conference with S. C. Strong and P. Hunt
                             regarding plan and disclosure statement
                             provisions, conforming same; discussion of
                             how to treat certain issues and additional
                             information needed.

08/21/06 A Jarvis        .50 Telephone conference with J. Atkinson, S. C.
                             Strong, and T. Allison regarding document
                             issues, meeting with J. Milanowski's attorney.

08/21/06 A Jarvis        .10 Correspondence on plan issues.

08/21/06 A Jarvis        .10 Correspondence on exhibits to plan.

08/21/06 A Jarvis        .16 Correspondence on disclosure statement.

08/21/06 S Strong        .64 Meet with A. W. Jarvis and P. Hunt regarding
                             development of Plan and Disclosure Statement
                             (0.8); exchange emails with J. Atkinson
                             regarding same (0.2); review outline of
                             Disclosure Statement and early draft of Plan,
                             and analyze issues for drafting of Disclosure
                             Statement (0.9).

08/21/06 S Strong        .24 Review and revise proposed changes to
                             confidentiality agreement sent by potential
                             asset purchaser under a plan, and send email to
                             bidder attorney regarding same (0.6); exchange
                             further emails with him regarding same (0.1).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/21/06 S Strong           .30  Telephone conference with B. Fasel and J.
                                 Reed regarding another potential plan
                                 funders request for review of committees
                                 confidentiality agreements (0.1); telephone
                                 conference with E. A. Monson regarding same
                                 (0.1); review committees confidentiality
                                 agreements and send emails to B. Fasel and J.
                                 Reed regarding same (0.7).

08/21/06 A Tsu             6.70  Researching case law for precedent regarding
                                 exclusivity periods in Ninth Circuit (3.6);
                                 drafting motion for extension of same (3.1).

08/22/06 P Hunt            3.16  Telephone conference with S. C. Strong and
                                 Mesirow team regarding plan and disclosure
                                 statement issues (1.1); office conference
                                 with S. C. Strong regarding plan and
                                 disclosure statement issues (.3); draft plan,
                                 including Articles 7-13, and revising
                                 Articles 1-7 to include new purchase
                                 information (8.1).

08/22/06 A Jarvis           .40  Telephone conference with S. C. Strong, T.
                                 Allison and S. Smith regarding meeting with
                                 J. Milanowski and R. Walker; plan
                                 negotiations.

08/22/06 A Jarvis           .06  Correspondence on motion for extension of
                                 exclusivity.

08/22/06 S Strong          1.26  Participate in conference call with P. Hunt,
                                 J. Atkinson, J. Nugent and S. Smith regarding
                                 Plan and Disclosure Statement development and
                                 issues (0.9); further discussions with P.
                                 Hunt regarding Plan and disclosure statement
                                 issues (0.5); confer with A. W. Jarvis
                                 regarding same (0.3); telephone conference
                                 with A. W. Jarvis and S. Smith regarding same
                                 (0.2); work on drafting of Disclosure
                                 Statement (0.6); participate in conference
                                 call with A. W. Jarvis, T. Allison, and S.
                                 Smith regarding various Plan issues and
                                 proposed purchasers under a Plan (1.1);
                                 follow-up discussions with A. W. Jarvis
                                 regarding same (0.2).

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

08/22/06 S Strong        .14  Review confidentiality agreements for two new
                              proposed purchasers under a Plan, and exchange
                              emails with J. Reed regarding same (.4).

08/23/06 P Hunt         2.94  Telephone conference with A. W. Jarvis, S. C.
                              Strong and Mesirow team regarding plan and
                              disclosure statement issues (1.4); draft plan
                              (7.4).

08/23/06 A Jarvis        .10  Conference with S. C. Strong regarding
                              discussion of difficult issues to address in
                              plan. (1/3 time)

08/23/06 A Jarvis        .30  Correspondence on plan issues. (1/3 time)

08/23/06 A Jarvis        .40  Telephone conference with P. Hunt regarding
                              discussion of potential resolutions of issues
                              to be included in plan (.2); correspondence on
                              review of plan proposal (.2). (1/3 time)

08/23/06 S Strong       1.06  Participate in telephone conference with A. W.
                              Jarvis and T. Allison regarding Plan issues and
                              developments (0.3); further discussions with A.
                              W. Jarvis regarding same (0.2); participate in
                              telephone conference with RQN and Mesirow Plan
                              and Disclosure Statement teams regarding
                              drafting and development of Plan and Disclosure
                              Statement and related issues (1.3); further
                              discussions with A. W. Jarvis and P. Hunt
                              regarding same (0.2); review and analysis of
                              revised draft of LOI received for bidder(0.4);
                              confer with A. W. Jarvis regarding same (0.1);
                              review of documents and analysis of issues
                              relevant to drafting of Disclosure Statement
                              (0.7).

08/24/06 P Hunt         2.66  Read new sale proposal (potential purchaser)
                              (.5); office conference with S. C. Strong,
                              joined by A. W. Jarvis regarding sale issues
                              and revisions to plan (.7); revision to first
                              bidder plan to include first potential
                              purchaser's new offer (6.8).

08/24/06 A Jarvis        .14  Correspondence on tax issues (.2);
                              correspondence with S. C. Strong regarding
                              same (.2).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/24/06 A Jarvis          .20 Correspondence on disclosure statement. (1/3
                               time)

08/24/06 A Jarvis          .20 Correspondence with P. Hunt regarding plan
                               issues. (1/3 time)

08/24/06 A Jarvis          .30 Correspondence on plan provisions. (1/3 time)

08/24/06 S Strong          .20 Review proposed Plan terms and comments on plan
                               from FTDF committee and ECC committee, and
                               forward same to P. Hunt (.6).

08/24/06 A Tsu             .80 Reviewing rules in preparation for drafting
                               motion for an order extending exclusivity
                               period (.5); reviewing docket for prior case
                               history regarding same (.2); review prior
                               stipulations regarding same (.1).

08/24/06 C Hurst           .84 Research liquidating trust agreements for
                               plan.

08/25/06 P Hunt            .26 Compile and begin review of purchase term
                               sheets (.3) office conferences with S. C.
                               Strong regarding plan issues (.5).

08/25/06 A Jarvis          .10 Telephone conference with S. C. Strong
                               regarding resolution of certain plan issues.

08/25/06 A Jarvis          .10 Telephone conference with S. C. Strong
                               regarding working out plan concerns.

08/25/06 A Jarvis          .50 Correspondence on plan issues. (1/3 time)

08/25/06 A Jarvis         6.00 Draft plan of reorganization. (1/3 time)

08/25/06 B Kotter          .06 Exchange e-mail with M. Haftl regarding Plan
                               issues (.2).

08/25/06 S Strong         1.30 Exchange emails with A. W. Jarvis regarding
                               Plan issues (0.4); exchange emails with A.
                               Landis and committees counsel regarding Plan
                               exclusivity (0.3); telephone conference with
                               A. W. Jarvis regarding same (0.3); telephone
                               conference with R. Charles and A. W. Jarvis
                               regarding same (0.2); email to committees
                               counsel regarding debtors position on Plan
                               negotiations (0.2); telephone conference with
                               G. Garman regarding same (0.2); voice

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

|            |           |        |                                                                                                                                                                                                                                                                                                                                        |
|------------|-----------|--------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |           |        | messages and email to T. Allison regarding same (0.2); exchange emails with E. Karasik regarding same (0.1); confer with P. Hunt regarding various Plan and Disclosure Statement drafting issues (0.6); continue work on Disclosure Statement drafting (1.4). |
| 08/25/06   | A Tsu     | .90    | Reviewing and editing motion to extend exclusive period.                                                                                                                                                                                                                                                                                |
| 08/26/06   | P Hunt    | 2.90   | Read alternate bids (1.0); office conference with A. W. Jarvis, S. C. Strong and Mesirow team regarding plan issues (1.3); read most recent version of disclosure statement and comment on same (.9); revise section of disclosure statement regarding binding nature of plan (.4); update plan based on changes made by A. W. Jarvis (4.5) memorandum to A. W. Jarvis and S. C. Strong regarding inconsistent provisions in plan, questions to be resolved (.6). |
| 08/26/06   | A Jarvis  | .10    | Telephone conference with S. C. Strong and P. Hunt regarding unresolved issues in plan. (1/3 time)                                                                                                                                                                                                                                      |
| 08/26/06   | A Jarvis  | 3.80   | Draft plan of reorganization. (1/3 time)                                                                                                                                                                                                                                                                                                |
| 08/26/06   | S Strong  | 1.40   | Telephone conference with A. W. Jarvis regarding Plan issues (0.5); participate in conference call with A. W. Jarvis, P. Hunt, J. Atkinson, B. Fasel and S. Smith regarding Plan issues and term sheets (1.0); confer with P. Hunt and A. W. Jarvis regarding Plan and Disclosure Statement issues (0.2); review and analysis of various term sheets and proposals for Plan (1.1); further discussions with P. Hunt regarding same (0.2); continue drafting and revising Disclosure Statement (1.2). |
| 08/27/06   | P Hunt    | 2.80   | Further revisions/amendments/additions of text to plan.                                                                                                                                                                                                                                                                                 |
| 08/28/06   | P Hunt    | 4.16   | Revise and amend provisions of plan regarding trust and executory contracts (6.9); telephone conference with Committee regarding sale, plan and exclusivity issues (1.2); conference with A. W. Jarvis regarding plan issues (.2); draft |

Client No. 34585                                          Page:    11
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


                        disclosure statement regarding summary of plan
                        (1.2); attend call with Committee regarding
                        sale negotiations (1.0); read R. Charles
                        proposal and analyze same (1.6); conference
                        with S. C. Strong regarding UCC proposal,
                        analysis for plan, and assignment of tasks
                        (.4).

08/28/06 A Jarvis      .30  Conference with T. Allison and S. C. Strong
                        (part of time) regarding plan issues, bids on
                        assets. (1/2 time)

08/28/06 A Jarvis      .40  Meeting with Mesirow regarding plan issues.
                        (1/3 time)

08/28/06 A Jarvis      .20  Telephone conference with T. Allison regarding
                        plan issues. (1/3 time)

08/28/06 A Jarvis     1.10  Draft plan and disclosure statement. (1/3 time)

08/28/06 B Kotter      .04  Brief conference with S. C. Strong regarding
                        research on plan and disclosure statement
                        issues (.1).

08/28/06 E Monson      .80  Various conference with A. W. Jarvis, S. C.
                        Strong, and P. Hunt to discuss plan and DS
                        issues (.8).

08/28/06 S Strong     2.76  Review and analyze documents for, and
                        drafting of, Disclosure Statement (2.7);
                        continue analysis for and drafting of
                        Disclosure Statement (2.1); continue drafting
                        Disclosure Statement, and circulate draft to
                        RQN and Mesirow teams for review and input
                        (0.6); continue analysis for and drafting of
                        post-petition events sections of Disclosure
                        Statement, and circulate same to RQN and
                        Mesirow teams for review and input (2.9).

08/28/06 S Strong     1.76  Telephone conference with A. W. Jarvis
                        regarding exclusivity, claims bar date, and
                        other Plan issues (0.2); confer with A. Tsu
                        regarding same (0.2); discussions with P.
                        Hunt regarding Plan issues (0.1); research
                        executory contracts issue relating to Plan
                        that was raised on call with committees
                        (0.6); review email from R. Charles regarding
                        Plan issues, and telephone conference with B.
                        Fasel and J. Reed regarding same (0.3);

Client No. 34585                                      Page:    12
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


                              telephone conference with A. W. Jarvis
                              regarding Plan issues (0.3); exchange emails
                              with R. Charles, M. Levinson and S. Freeman
                              regarding Plan issues and further discussions
                              needed (0.2); review and analysis of recent
                              revisions to Plan/Acquisition term sheets of
                              RB and SP (0.6); participate in conference
                              call with T. Allison, A. W. Jarvis, J.
                              Hermann, S. Freeman, and R. Charles regarding
                              Plan issues and negotiations (0.7); further
                              discussions with P. Hunt regarding plan and
                              disclosure statement drafting issues (0.3);
                              further discussion with A. W. Jarvis and P.
                              Hunt regarding same (0.7); review relevant
                              documents and draft certain definitions for
                              P. Hunt for insertion in Plan (1.1).

08/29/06 P Hunt          3.16 Participate in Committee conference call
                              regarding plan negotiations (1.2); conference
                              with S. C. Strong and read email from A. W.
                              Jarvis regarding plan drafting issues (.1);
                              draft version of plan for circulation to
                              Committees (1.7); research regarding tax and
                              contract issues for plan (2.6); e-mail to A. W.
                              Jarvis regarding plan (.1); telephone
                              conference with A. W. Jarvis and S. C. Strong
                              regarding plan negotiation issues (.3);
                              conference call with S. C. Strong, A. W.
                              Jarvis, T. Allison and S. Freeman regarding
                              plan negotiations (1.0); revise proposed plan
                              with most recent information (2.5).

08/29/06 A Jarvis        2.10 Draft plan and disclosure statement. (1/3 time)

08/29/06 A Jarvis         .30 Correspondence on term sheet for plan. (1/3
                              time)

08/29/06 S Strong        1.76 Review voice message from M. Kehl with legal
                              question regarding liquidation analysis for
                              Disclosure Statement (0.1); research
                              regarding same, and telephone conference with
                              M. Kehl regarding same (0.8); continue
                              drafting and revising Disclosure Statement
                              (1.1); participate in telephone conference
                              with RQN and Mesirow teams regarding Plan
                              negotiations and strategies (0.4); further
                              discussions with B. Fasel, A. W. Jarvis and

Client No. 34585                                    Page:    13
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


                        P. Hunt regarding Plan issues (0.2); confer
                        with P. Hunt regarding additional Plan
                        drafting issues (0.2); research regarding tax
                        issues for Plan and Disclosure Statement, and
                        email to A. W. Jarvis, P. Hunt, and K. J.
                        Applegate regarding same (0.7); continue work
                        on Disclosure Statement (0.8); review FTD
                        committees proposed revisions to two draft
                        term sheets, and UCCs proposed revisions to
                        FTD/ECC term sheet for Plan (0.6); confer
                        with A. W. Jarvis regarding various Plan and
                        Disclosure Statement issues and strategies
                        (0.4).

08/30/06 K Applegate    2.40  Review tax matters and disclosure statement
                        (.4); discuss with N. E. Hall and G. T. Snow
                        (.3); review sample tax disclosures for
                        similar plan (1.2); discussions with P. Hunt
                        and others on tax disclosures (.3); revise
                        disclosures (.2).

08/30/06 P Hunt         2.46  Read numerous emails regarding lead bidder
                        decision and amendments to plan (.3);
                        incorporate provisions in UCC term sheet in
                        plan (2.7); revise plan (4.0); attend part of
                        Committees' call regarding exclusivity issues
                        (.4).

08/30/06 A Jarvis        .20  Correspondence on extension of exclusivity.
                        (1/3 time)

08/30/06 E Monson       2.00  Conferences with Mesirow regarding issues on
                        Plan regulations and motion to distribute
                        (2.0).

08/30/06 S Strong       1.20  Email to K. J. Applegate regarding tax issues
                        in Disclosure Statement (0.1); confer with R.
                        H. Madsen regarding litigation issues for
                        Disclosure Statement, and review litigation
                        summary (0.3); telephone conference with local
                        counsels office regarding Disclosure Statement
                        formatting and filing procedures (0.2); review
                        provisions of current draft of Plan, and work
                        on further drafting and revising of Disclosure
                        Statement (1.7); telephone conference with J.

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

|  |  |  |
|---|---|---|
|  |  | Reed regarding liquidation analysis (0.1); telephone conference with A. W. Jarvis, T. Allison and B. Fasel regarding Plan issues (0.2); telephone conference with A. W. Jarvis, Mesirow team and proposed purchaser regarding term sheet and plan issues (0.2); telephone conference with A. W. Jarvis, T. Allison, S. Smith and J. Atkinson regarding Plan issues (0.3); further discussions with A. W. Jarvis regarding same (0.1); telephone conference with A. W. Jarvis and J. Atkinson regarding liquidation analysis for Disclosure Statement (0.4). |
| 08/30/06 S Strong | .26 | Telephone conference with T. Allison and J. Atkinson regarding new issues with term sheet from potential purchaser under a plan (0.3); telephone conference with A. W. Jarvis and Mesirow team regarding same (0.3); telephone conference with S. Smith regarding same (0.2). |
| 08/31/06 P Hunt | 1.86 | Revise plan with new bid (3.2); research Sections 365 and 363 issues for plan (1.6); email memorandum to A. W. Jarvis regarding sale issues (.1); read and analyze Sections 365 and 363 regarding plan issues (.5); office conference with S. C. Strong regarding Sections 365 and 363 plan issues (.2). |
| 08/31/06 A Jarvis | .10 | Telephone conference with T. Allison, E. A. Monson and bidder attorney regarding bidding. |
| 08/31/06 A Jarvis | .30 | Review term sheets, discuss issues, status of bidding with J. Atkinson, T. Allison, B. Fasel and E. A. Monson. |
| 08/31/06 A Jarvis | .10 | Telephone conference with S. C. Strong regarding hearing, plan drafting. |
| 08/31/06 S Strong | 1.54 | Exchange emails with C. Carlyon and L. Schwartzer regarding request to extend exclusivity (0.2); telephone conference with E. A. Monson regarding same (0.1); confer with P. Hunt regarding Plan issues (0.2); review proposed memorandum of law regarding exclusivity from L. Schwartzer, and exchange emails with E. Monson and L. Schwartzer regarding same (0.3); continue drafting and revision Disclosure Statement (3.1); |

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

                      telephone conference with A. W. Jarvis
                      regarding status of negotiations with
                      proposed purchasers under a Plan (0.2);
                      confer with P. Hunt regarding same (0.2);
                      telephone conferences with T. Allison, A. W.
                      Jarvis and B. Fasel regarding more issues
                      concerning plan and proposed purchaser (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                                    $26,051.44

"*Exhibit G-12*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00015**

**Travel Time**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 08/03/06 | A Jarvis | 2.70 | Travel from Salt Lake City to Las Vegas. |
| 08/03/06 | S Strong | 1.70 | Travel from SLC to LAS for hearings tomorrow (non-working portion of travel time) (1.7). |
| 08/04/06 | A Jarvis | .50 | Travel to court. |
| 08/04/06 | A Jarvis | 2.40 | Travel from Las Vegas to Salt Lake City. |
| 08/04/06 | S Strong | 2.40 | Return travel from LAS to SLC (2.4). |
| 08/08/06 | A Brinkerhoff | 3.50 | Travel to Las Vegas offices of USA Commercial Mortgage. |
| 08/08/06 | A Jarvis | 4.40 | Travel from Salt Lake City to Santa Monica for meetings. |
| 08/08/06 | A Jarvis | .50 | Travel to Committee meetings. |
| 08/08/06 | A Jarvis | .50 | Travel back to hotel after Committee meetings. |
| 08/08/06 | E Monson | 3.80 | Travel to Las Vegas. |
| 08/08/06 | S Strong | 2.80 | Travel from Salt Lake City to Los Angeles for meetings with Mesirow and Committees today (non-working portion of travel time) (2.8). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/08/06 S Strong       4.10 Return travel from Los Angeles to Salt Lake
                             City (4.1).

08/09/06 A Brinkerhoff 3.20 Travel from USA Commercial Mortgage offices in
                             Las Vegas to Salt Lake City, Utah (3.2).

08/09/06 A Jarvis        .50 Travel to meetings with Ashby.

08/09/06 A Jarvis       1.00 Travel to and from continued meetings with
                             Ashby.

08/09/06 A Jarvis       4.30 Travel from Century City to Las Angeles
                             Airport to Salt Lake City after meetings.

08/09/06 E Monson       2.80 Travel from Las Vegas to Salt Lake.

08/15/06 A Jarvis       2.60 Travel from Salt Lake City to Las Vegas for
                             hearings, meetings.

08/16/06 A Jarvis        .50 Travel from hotel to court for hearings.

08/16/06 A Jarvis        .50 Travel from court to USA Capital.

08/17/06 A Jarvis       3.40 Travel from Las Vegas to Salt Lake City.

08/21/06 A Brinkerhoff 4.20 Travel from Salt Lake City to Las Vegas.

08/21/06 B Kotter       4.50 Travel to Las Vegas from Salt Lake (4.5).

08/21/06 E Monson       4.50 Travel from Salt Lake City to USA offices in
                             Las Vegas.

08/22/06 A Brinkerhoff 3.90 Travel from Las Vegas to Salt Lake City.

08/22/06 B Kotter       3.90 Travel from Las Vegas to Salt Lake City.

08/22/06 E Monson       3.90 Travel from Las Vegas to Salt Lake City.

08/28/06 A Jarvis       2.50 Travel from Salt Lake City to Las Vegas.

08/28/06 A Jarvis       2.70 Travel from Las Vegas to Salt Lake City.

08/30/06 A Jarvis       3.50 Travel from Salt Lake City to Las Vegas
                             (including delay).

08/30/06 E Monson       3.50 Travel to Las Vegas.

08/31/06 A Jarvis       1.00 Travel to and from court.

```
Client No. 34585                                    Page:     3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/31/06 A Jarvis       3.50 Travel from Las Vegas to Salt Lake City.

08/31/06 E Monson       3.50 Travel from Las Vegas to Salt Lake City.


  TOTAL FOR LEGAL SERVICES RENDERED                      $12,825.50
```

"Exhibit G-13"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road           October 23, 2006
Las Vegas, NV  89121                              Invoice No.  ******
```

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 08/09/06 M Pugsley | 2.30 | Review documents to be produced to SEC (1.8); conference with R. Madsen regarding privilege review (.5). |
| 08/10/06 M Pugsley | 3.50 | Review documents to be produced to SEC (1.3); draft letter to L. Dean regarding same (.5); conference with M. Olson regarding D. Berkowitz and the NASD investigation (.3); review letter from NASD (.4); work on IP separation issues (1.0). |
| 08/11/06 M Pugsley | 3.80 | Work on SEC subpoena (1.3); draft letter to L. Dean regarding same (.8); review production and coordinate transmittal (.7); research regarding privilege issues (1.0). |
| 08/14/06 M Pugsley | 2.60 | Telephone conference with M. Olson regarding NASD inquiry (.3); telephone conference with R Creaser regarding same and J. Berkowitz (.7); research regarding trading away issues (1.2); review SEC subpoenas (.4). |
| 08/15/06 M Pugsley | 3.70 | Review and gather documents responsive to SEC subpoenas (2.2); interview employees regarding subpoenas (1.5). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/17/06 M Pugsley        7.00  Obtain additional documents from USA and
                                review same (2.9); search for responsive
                                email for SEC subpoena (4.1).

08/18/06 M Pugsley        5.60  Review documents and research email to
                                respond to SEC subpoena (3.5); review
                                documents previously provided to determine if
                                portion of subpoena have been responded to
                                (2.1).

08/22/06 M Pugsley        6.50  Review documents regarding production to SEC
                                (5.5); telephone conference with B. Baker
                                regarding entry into building and other
                                issues (.6); work on insurance claims (.4).

08/23/06 M Pugsley        3.30  Review documents for production to SEC (3.3).

08/24/06 M Pugsley        3.00  Review email and other documents for subpoena
                                (3.0).

08/28/06 M Pugsley        6.50  Review emails regarding subpoena.

08/28/06 K Cassett        3.30  Meeting with M. Pugsley regarding document
                                production (.3);  begin bates numbering
                                production (3.0).

08/29/06 M Pugsley        7.10  Review emails.

08/29/06 K Cassett        3.00  Continue bates stamping additional document
                                production.

08/30/06 M Pugsley        6.50  Review email from J. Milanowskis computer
                                regarding subpoena (6.5).

08/30/06 K Cassett        2.10  Continue bates stamping document production.

08/31/06 M Pugsley        6.70  Review email for subpoena (2.8); review
                                documents to be produced for privilege (1.5);
                                draft privilege log (.7); correspondence with
                                L. Dean regarding production (.2);
                                correspondence with L. Simonelli regarding
                                privilege waiver (.4); preparation of
                                documents for delivery to SEC (.6); draft
                                cover letter (.5).

08/31/06 K Cassett        3.50  Continue bates stamping SEC document
                                production.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

TOTAL FOR LEGAL SERVICES RENDERED                        $18,512.50