# "Exhibit G-14"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road       October 23, 2006
Las Vegas, NV  89121                          Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00014

Costs

Costs Advanced:

| | | |
|---|---|---|
| 08/07/06 | Copy of Transcript - - United States District Court | 9.00 |
| 08/22/06 | Air Fare - - American Express | 287.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 50.00 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 490.10 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 258.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 27.00 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 289.60 |
| 08/23/06 | Air Fare - - Bankcard Center | 27.00 |
| 08/23/06 | Air Fare - - Bankcard Center | 27.00 |
| 08/23/06 | Air Fare - - Bankcard Center | 27.00 |
| 08/23/06 | Air Fare - - Bankcard Center | 158.30 |
| 08/23/06 | Air Fare - - Bankcard Center | 158.30 |
| 08/23/06 | Air Fare - - Bankcard Center | 158.30 |
| 08/23/06 | Air Fare - - Bankcard Center | 27.00 |
| 08/18/06 | Local Travel Expense (Mileage/Parking) - - Patricia Brown | 13.35 |
| 08/08/06 | Travel Expense - - Kevin G. Glade | 319.32 |
| 08/08/06 | Travel Expense - - Annette W. Jarvis | 561.77 |
| 08/08/06 | Travel Expense - - Annette W. Jarvis | 314.79 |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

| Date | Description | Amount |
|------|-------------|-------:|
| 08/08/06 | Travel Expense - - Annette W. Jarvis | 97.68 |
| 08/08/06 | Travel Expense - - Ben Kotter | 633.70 |
| 08/08/06 | Travel Expense - - Rich Madsen | 84.62 |
| 08/08/06 | Travel Expense - - Rich Madsen | 163.51 |
| 08/08/06 | Travel Expense - - Elaine A. Monson | 139.73 |
| 08/08/06 | Travel Expense - - Elaine A. Monson | 12.00 |
| 08/08/06 | Travel Expense - - Angelina Tsu | 5.91 |
| 08/25/06 | Travel Expense - - Allan T. Brinkerhoff | 190.74 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 182.21 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 337.02 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 141.57 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 236.43 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 610.35 |
| 08/25/06 | Travel Expense - - Annette W. Jarvis | 500.15 |
| 08/25/06 | Travel Expense - - Ben Kotter | 291.60 |
| 08/25/06 | Travel Expense - - Ben Kotter | 289.19 |
| 08/25/06 | Travel Expense - Elaine A. Monson | 753.83 |
| 08/25/06 | Travel Expense - - Elaine A. Monson | 268.63 |
| 08/25/06 | Travel Expense - - Elaine A. Monson | 291.60 |
| 08/25/06 | Travel Expense - - Elaine A. Monson | 227.61 |
| 08/25/06 | Travel Expense - - Mark W. Pugsley | 99.16 |
| 08/25/06 | Travel Expense - - Mark W. Pugsley | 262.60 |
| 08/25/06 | Travel Expense - - Mark W. Pugsley | 441.77 |
| 08/25/06 | Travel Expense - - Steven C. Strong | 181.61 |
| 08/25/06 | Travel Expense - - Steven C. Strong | 49.00 |
| 08/31/06 | Federal Express Charges | 2168.60 |
| 08/31/06 | Long Distance Telephone Charges | 6047.98 |
| 08/31/06 | Postage | 144.80 |
| 08/31/06 | Database Legal Research | 2408.00 |
| 08/31/06 | Facsimile Expense (Outgoing) | 10.00 |
| 08/31/06 | Copying Expense | 3138.20 |
| 08/31/06 | Business Meal(s) | 369.46 |
| 08/31/06 | Facsimile Long Distance Charges | 5.70 |

TOTAL COSTS ADVANCED                                    $25,436.99

Client Address:   **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**          Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| jarvs | 07/31/06 | | $0.00 | 079 | 54 | Exhibit Tabs | 1844216 |
| rq&n | 08/01/06 | | $2.40 | 064 | 12 | Copying Expense 080106 KOTTER BEN | 1838243 |
| rq&n | 08/01/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 7756841600 CARSONCI NV 15:58 240 BOUVIER DAWN | 1838244 |
| rq&n | 08/01/06 | | $0.40 | 064 | 2 | Copying Expense 080106 MONSON DOUGLAS M | 1838245 |
| rq&n | 08/01/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7756841600 CARSONCI NV 16:20 120 BOUVIER DAWN | 1838246 |
| rq&n | 08/01/06 | | $1.20 | 064 | 6 | Copying Expense 080106 BROWN PATRICIA | 1838247 |
| rq&n | 08/02/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 17:08 60 MONSON DOUGLAS M | 1838417 |
| rq&n | 08/02/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:52 360 MONSON DOUGLAS M | 1838418 |
| rq&n | 08/02/06 | | $0.56 | 014 | 1 | Long Distance Telephone Charges 7027770043 LAS VEGA NV 18:42 660 KOTTER BEN | 1838419 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/02/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 4158104954 SNFC SF, CA 19:14 60 MONSON DOUGLAS M | 1838420 |
| rq&n | 08/03/06 | | $0.60 | 064 | 3 | Copying Expense 080306 HURST CARRIE | 1838692 |
| rq&n | 08/03/06 | | $148.80 | 064 | 744 | Copying Expense 080306 MONSON DOUGLAS M | 1838693 |
| rq&n | 08/03/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7022545222 LAS VEGA NV 12:39 360 HURST CARRIE | 1838694 |
| rq&n | 08/03/06 | | $6.20 | 064 | 31 | Copying Expense 080306 HANSEN ALISON | 1838695 |
| rq&n | 08/03/06 | | $5.60 | 064 | 28 | Copying Expense 080306 HURST CARRIE | 1838696 |
| rq&n | 08/03/06 | | $0.40 | 064 | 2 | Copying Expense 080306 BINGHAM KAREN | 1838697 |
| rq&n | 08/03/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7027965555 LAS VEGA NV 15:05 60 MONSON DOUGLAS M | 1838698 |
| rq&n | 08/03/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:14 180 MONSON DOUGLAS M | 1838699 |
| rq&n | 08/03/06 | | $17.00 | 064 | 85 | Copying Expense 080306 HANSEN ALISON | 1838700 |
| rq&n | 08/03/06 | | $0.40 | 064 | 2 | Copying Expense 080306 HANSEN ALISON | 1838701 |
| rq&n | 08/03/06 | | $12.40 | 064 | 62 | Copying Expense 080306 HANSEN ALISON | 1838702 |
| rq&n | 08/03/06 | | $17.00 | 064 | 85 | Copying Expense 080306 KOTTER BEN | 1838703 |
| rq&n | 08/03/06 | | $17.00 | 064 | 85 | Copying Expense 080306 KOTTER BEN | 1838704 |
| rq&n | 08/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7022214715 LAS VEGA NV 17:35 60 MONSON DOUGLAS M | 1838705 |
| rq&n | 08/03/06 | | $19.20 | 064 | 96 | Copying Expense 080306 HANSEN ALISON | 1838706 |
| rq&n | 08/03/06 | | $8.00 | 064 | 40 | Copying Expense 080306 HANSEN ALISON | 1838707 |
| rq&n | 08/03/06 | | $7.00 | 064 | 35 | Copying Expense 080306 HANSEN ALISON | 1838708 |
| rq&n | 08/03/06 | | $49.60 | 064 | 248 | Copying Expense 080306 HANSEN ALISON | 1838709 |
| kottr | 08/03/06 | | $483.77 | 019 | 1 | Westlaw | 1841851 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845919 |
| jarvs | 08/03/06 | | $17.67 | 013 | 1 | Federal Express Charges | 1845920 |
| jarvs | 08/03/06 | | $16.66 | 013 | 1 | Federal Express Charges | 1845921 |
| jarvs | 08/03/06 | | $18.32 | 013 | 1 | Federal Express Charges | 1845922 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845923 |
| jarvs | 08/03/06 | | $25.07 | 013 | 1 | Federal Express Charges | 1845924 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845925 |
| jarvs | 08/03/06 | | $18.47 | 013 | 1 | Federal Express Charges | 1845926 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845927 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845928 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845929 |
| jarvs | 08/03/06 | | $18.32 | 013 | 1 | Federal Express Charges | 1845930 |
| jarvs | 08/03/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1845931 |
| jarvs | 08/03/06 | | $16.66 | 013 | 1 | Federal Express Charges | 1845932 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845933 |
| jarvs | 08/03/06 | | $14.95 | 013 | 1 | Federal Express Charges | 1845934 |
| jarvs | 08/03/06 | | $16.66 | 013 | 1 | Federal Express Charges | 1845935 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845936 |
| jarvs | 08/03/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1845938 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845939 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845940 |
| jarvs | 08/03/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1845941 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845942 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845943 |
| jarvs | 08/03/06 | | $14.95 | 013 | 1 | Federal Express Charges | 1845944 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845945 |
| jarvs | 08/03/06 | | $18.47 | 013 | 1 | Federal Express Charges | 1845946 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845947 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845948 |
| jarvs | 08/03/06 | | $16.22 | 013 | 1 | Federal Express Charges | 1845949 |
| jarvs | 08/03/06 | | $18.32 | 013 | 1 | Federal Express Charges | 1845950 |
| jarvs | 08/04/06 | 140191 | $340.80 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1838743 |
| jarvs | 08/04/06 | 140191 | $323.82 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1838747 |
| jarvs | 08/04/06 | 140191 | $300.12 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1838748 |
| jarvs | 08/04/06 | 140191 | $2,361.86 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1838750 |
| jarvs | 08/04/06 | 140191 | $25.15 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1838751 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/04/06 | 140191 | $13.71 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1838752 |
| rq&n | 08/04/06 | | $8.20 | 064 | 41 | Copying Expense 080406 BROWN PATRICIA | 1838896 |
| rq&n | 08/04/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:17 60 HANSEN ALISON | 1838897 |
| rq&n | 08/04/06 | | $18.60 | 064 | 93 | Copying Expense 080406 HANSEN ALISON | 1838898 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845951 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845952 |
| jarvs | 08/04/06 | | $30.17 | 013 | 1 | Federal Express Charges | 1845953 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845954 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845956 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845957 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845958 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845959 |
| jarvs | 08/04/06 | | $29.16 | 013 | 1 | Federal Express Charges | 1845960 |
| jarvs | 08/04/06 | | $26.62 | 013 | 1 | Federal Express Charges | 1845961 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845963 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845964 |
| jarvs | 08/04/06 | | $30.97 | 013 | 1 | Federal Express Charges | 1845965 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845966 |
| jarvs | 08/04/06 | | $30.97 | 013 | 1 | Federal Express Charges | 1845967 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845968 |
| jarvs | 08/04/06 | | $30.82 | 013 | 1 | Federal Express Charges | 1845969 |
| jarvs | 08/04/06 | | $26.62 | 013 | 1 | Federal Express Charges | 1845970 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845971 |
| jarvs | 08/04/06 | | $30.82 | 013 | 1 | Federal Express Charges | 1845972 |
| jarvs | 08/04/06 | | $18.32 | 013 | 1 | Federal Express Charges | 1845973 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845974 |
| jarvs | 08/04/06 | | $30.82 | 013 | 1 | Federal Express Charges | 1845975 |
| jarvs | 08/04/06 | | $29.16 | 013 | 1 | Federal Express Charges | 1845976 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845977 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845978 |
| jarvs | 08/04/06 | | $26.62 | 013 | 1 | Federal Express Charges | 1845979 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845980 |
| jarvs | 08/04/06 | | $29.16 | 013 | 1 | Federal Express Charges | 1845981 |
| jarvs | 08/04/06 | | $28.72 | 013 | 1 | Federal Express Charges | 1845982 |
| jarvs | 08/04/06 | | $26.62 | 013 | 1 | Federal Express Charges | 1845983 |
| jarvs | 08/07/06 | | $9.00 | 078 | 1 | Copy of Transcript -- United States District Court | 1838973 |
| rq&n | 08/07/06 | 74947 | $0.80 | 064 | 4 | Copying Expense 080706 BROWN PATRICIA | 1839148 |
| rq&n | 08/07/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 4156580800 SNFC SF, CA 12:19 0 MONSON DOUGLAS M | 1839149 |
| rq&n | 08/07/06 | | $0.20 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 12:20 240 MONSON DOUGLAS M | 1839150 |
| rq&n | 08/07/06 | | $0.54 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 13:57 660 MONSON DOUGLAS M | 1839151 |
| rq&n | 08/07/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 14:55 0 MONSON DOUGLAS M | 1839152 |
| rq&n | 08/07/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:02 60 MONSON DOUGLAS M | 1839153 |
| rq&n | 08/07/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 7024716742 LAS VEGA NV 16:39 300 MONSON DOUGLAS M | 1839154 |
| rq&n | 08/07/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4156580800 SNFC SF, CA 16:43 60 MONSON DOUGLAS M | 1839155 |
| rq&n | 08/07/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7149701200 YORBALIN CA 16:45 0 MONSON DOUGLAS M | 1839156 |
| rq&n | 08/07/06 | | $0.23 | 014 | 1 | Long Distance Telephone Charges 7024716742 LAS VEGA NV 16:47 240 MONSON DOUGLAS M | 1839157 |
| rq&n | 08/07/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 2187445674 EVELETH, MN 17:12 300 HURST CARRIE | 1839158 |
| rq&n | 08/07/06 | | $0.20 | 064 | 1 | Copying Expense 080706 HANSEN ALISON | 1839159 |
| rq&n | 08/07/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7757477926 RENO, NV NV 17:36 60 HURST CARRIE | 1839160 |
| rq&n | 08/07/06 | | $0.54 | 014 | 1 | Long Distance Telephone Charges 7024716742 LAS VEGA NV 17:39 660 MONSON DOUGLAS M | 1839161 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/07/06 | | $0.40 | 064 | 2 | Copying Expense 080706 MONSON DOUGLAS M | 1839162 |
| jarvs | 08/07/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1845984 |
| jarvs | 08/08/06 | 140245 | $319.32 | 118 | 1 | Travel Expense -- Kevin G. Glade | 1839224 |
| jarvs | 08/08/06 | 140245 | $34.80 | 474 | 1 | Business Meal(s) -- Kevin G. Glade | 1839225 |
| jarvs | 08/08/06 | 140251 | $561.77 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1839232 |
| jarvs | 08/08/06 | 140251 | $16.32 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1839233 |
| jarvs | 08/08/06 | 140251 | $0.00 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1839234 |
| jarvs | 08/08/06 | 140251 | $314.79 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1839235 |
| jarvs | 08/08/06 | 140251 | $11.34 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1839236 |
| jarvs | 08/08/06 | 140251 | $97.68 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1839237 |
| jarvs | 08/08/06 | 140253 | $633.70 | 118 | 1 | Travel Expense -- Ben Kotter | 1839240 |
| jarvs | 08/08/06 | 140253 | $75.53 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1839241 |
| jarvs | 08/08/06 | 140259 | $84.62 | 118 | 1 | Travel Expense -- Rich Madsen | 1839246 |
| jarvs | 08/08/06 | 140259 | $163.51 | 118 | 1 | Travel Expense -- Rich Madsen | 1839247 |
| jarvs | 08/08/06 | 140259 | $127.80 | 474 | 1 | Business Meal(s) -- Rich Madsen | 1839248 |
| jarvs | 08/08/06 | 140263 | $139.73 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1839250 |
| jarvs | 08/08/06 | 140263 | $11.71 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1839251 |
| jarvs | 08/08/06 | 140263 | $12.00 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1839252 |
| jarvs | 08/08/06 | 140263 | $91.96 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1839253 |
| jarvs | 08/08/06 | 140281 | $5.91 | 118 | 1 | Travel Expense -- Angelina Tsu | 1839274 |
| jarvs | 08/08/06 | 140281 | $0.00 | 474 | 1 | Business Meal(s) -- Angelina Tsu | 1839275 |
| rq&n | 08/08/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7024716742 LAS VEGA NV 09:46 60 1140 MONSON DOUGLAS M | 1839628 |
| rq&n | 08/08/06 | | $0.95 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:58 1140 MONSON DOUGLAS M | 1839629 |
| hunt | 08/08/06 | | $318.52 | 019 | 1 | Westlaw | 1841848 |
| rq&n | 08/09/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 09:45 0 MONSON DOUGLAS M | 1839788 |
| jarvs | 08/09/06 | | $5.40 | 064 | 1 | Copying Expense | 1842187 |
| rq&n | 08/10/06 | | $0.40 | 064 | 2 | Copying Expense 081006 BROWN PATRICIA | 1840525 |
| rq&n | 08/10/06 | | $0.40 | 064 | 2 | Copying Expense 081006 BROWN PATRICIA | 1840526 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/10/06 | | $0.80 | 064 | 4 | Copying Expense 081006 BROWN PATRICIA | 1840527 |
| rq&n | 08/10/06 | | $0.60 | 064 | 3 | Copying Expense 081006 BROWN PATRICIA | 1840528 |
| rq&n | 08/10/06 | | $2.00 | 064 | 10 | Copying Expense 081006 KOTTER BEN | 1840529 |
| rq&n | 08/11/06 | | $0.60 | 064 | 3 | Copying Expense 081106 HURST CARRIE | 1840690 |
| rq&n | 08/11/06 | | $83.60 | 064 | 418 | Copying Expense 081106 LILYQUIST LINDA S | 1840691 |
| rq&n | 08/11/06 | | $51.60 | 064 | 258 | Copying Expense 081106 KOTTER BEN | 1840692 |
| rq&n | 08/11/06 | | $141.60 | 064 | 708 | Copying Expense 081106 KOTTER BEN | 1840693 |
| rq&n | 08/11/06 | | $33.60 | 064 | 168 | Copying Expense 081106 KOTTER BEN | 1840694 |
| rq&n | 08/11/06 | | $110.40 | 064 | 552 | Copying Expense 081106 KOTTER BEN | 1840695 |
| rq&n | 08/11/06 | | $1.20 | 064 | 6 | Copying Expense 081106 KOTTER BEN | 1840696 |
| rq&n | 08/11/06 | | $1.20 | 064 | 6 | Copying Expense 081106 KOTTER BEN | 1840697 |
| jarvs | 08/11/06 | | $33.80 | 016 | 1 | Postage | 1841551 |
| jarvs | 08/11/06 | | $3.60 | 064 | 1 | Copying Expense OKERLUND LORRI | 1842188 |
| jarvs | 08/12/06 | | $67.35 | 013 | 1 | Federal Express Charges | 1845995 |
| jarvs | 08/12/06 | | $58.90 | 013 | 1 | Federal Express Charges | 1845996 |
| jarvs | 08/12/06 | | $58.90 | 013 | 1 | Federal Express Charges | 1845997 |
| rq&n | 08/14/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 10:30 360 MONSON DOUGLAS M | 1840905 |
| rq&n | 08/14/06 | | $9.20 | 064 | 46 | Copying Expense 081406 HANSEN ALISON | 1840906 |
| jarvs | 08/14/06 | | $14.40 | 016 | 1 | Postage | 1841555 |
| rq&n | 08/15/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 10:33 240 MONSON DOUGLAS M | 1841140 |
| rq&n | 08/15/06 | | $10.00 | 064 | 50 | Copying Expense 081506 HANSEN ALISON | 1841141 |
| rq&n | 08/15/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 13:51 0 MONSON DOUGLAS M | 1841142 |
| rq&n | 08/15/06 | | $65.60 | 064 | 328 | Copying Expense 081506 BROWN PATRICIA | 1841143 |
| jarvs | 08/15/06 | | $1.00 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1842191 |
| jarvs | 08/15/06 | | $14.56 | 013 | 1 | Federal Express Charges | 1846028 |
| jarvs | 08/15/06 | | $15.22 | 013 | 1 | Federal Express Charges | 1846032 |
| rq&n | 08/16/06 | | $5.00 | 064 | 25 | Copying Expense 081606 OKERLUND LORRI | 1841414 |
| rq&n | 08/16/06 | | $0.20 | 064 | 1 | Copying Expense 081606 BROWN PATRICIA | 1841415 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/16/06 | | $3.00 | 021 | 6 | Facsimile Expense (Outgoing) 12123183400 MONSON ELAINE A | 1841416 |
| rq&n | 08/16/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 12123183400 MONSON ELAINE A | 1841417 |
| jarvs | 08/17/06 | 140350 | $283.21 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841446 |
| jarvs | 08/17/06 | 140350 | $30.18 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841447 |
| jarvs | 08/17/06 | 140350 | $225.03 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841448 |
| jarvs | 08/17/06 | 140350 | $727.41 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841449 |
| jarvs | 08/17/06 | 140350 | $145.47 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841452 |
| jarvs | 08/17/06 | 140350 | $305.70 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841453 |
| jarvs | 08/17/06 | 140350 | $734.59 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841454 |
| jarvs | 08/17/06 | 140350 | $212.30 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1841455 |
| rq&n | 08/17/06 | | $5.40 | 064 | 27 | Copying Expense 081706 OKERLUND LORRI | 1841813 |
| rq&n | 08/17/06 | | $0.40 | 064 | 2 | Copying Expense 081706 OKERLUND LORRI | 1841814 |
| rq&n | 08/17/06 | | $0.80 | 064 | 4 | Copying Expense 081706 KOTTER BEN | 1841815 |
| rq&n | 08/17/06 | | $6.00 | 064 | 30 | Copying Expense 081706 BROWN PATRICIA | 1841816 |
| jarvs | 08/17/06 | | $1.60 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1842193 |
| jarvs | 08/17/06 | | $1.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1842194 |
| jarvs | 08/17/06 | | $0.20 | 064 | 1 | Copying Expense TINGEY STEPHEN | 1842196 |
| jarvs | 08/17/06 | | $360.06 | 013 | 1 | Federal Express Charges | 1846040 |
| jarvs | 08/17/06 | | $28.70 | 013 | 1 | Federal Express Charges | 1851119 |
| jarvs | 08/18/06 | 140433 | $13.35 | 116 | 1 | Local Travel Expense (Mileage/Parking) -- Patricia Brown | 1841879 |
| rq&n | 08/18/06 | | $0.20 | 064 | 1 | Copying Expense 081806 BROWN PATRICIA | 1841958 |
| rq&n | 08/18/06 | | $0.20 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:32 240 MONSON DOUGLAS M | 1841959 |
| rq&n | 08/21/06 | | $0.40 | 064 | 2 | Copying Expense 081806 KOTTER BEN | 1841960 |
| rq&n | 08/21/06 | | $29.00 | 064 | 145 | Copying Expense 082106 OKERLUND LORRI | 1842130 |
| rq&n | 08/21/06 | | $23.40 | 064 | 117 | Copying Expense 082106 OKERLUND LORRI | 1842131 |
| rq&n | 08/21/06 | | $0.40 | 064 | 2 | Copying Expense 082106 OKERLUND LORRI | 1842132 |
| rq&n | 08/21/06 | | $3.40 | 064 | 17 | Copying Expense 082106 OKERLUND LORRI | 1842133 |
| rq&n | 08/21/06 | | $1.55 | 014 | 1 | Long Distance Telephone Charges 3234635446 LOSANGEL CA 14:13 1860 HURST CARRIE | 1842134 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/21/06 | | $0.39 | 014 | 1 | Long Distance Telephone Charges 9252294184 MARTINEZ CA 16:44 420 HURST CARRIE | 1842135 |
| rq&n | 08/21/06 | | $0.50 | 021 | 1 | Facsimile Expense (Outgoing) 19099415579 HURST CARRIE | 1842136 |
| rq&n | 08/21/06 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 19099415579 HURST CARRIE | 1842137 |
| jarvs | 08/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1851122 |
| jarvs | 08/22/06 | 140461 | $287.60 | 111 | 1 | Air Fare - - American Express | 1842186 |
| rq&n | 08/22/06 | | $0.20 | 064 | 1 | Copying Expense 082206 BROWN PATRICIA | 1842346 |
| rq&n | 08/22/06 | | $0.20 | 064 | 1 | Copying Expense 082206 BROWN PATRICIA | 1842347 |
| rq&n | 08/22/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023536540 HENDERSO NV 11:47 0 MONSON DOUGLAS M | 1842348 |
| rq&n | 08/22/06 | | $7.00 | 064 | 35 | Copying Expense 082206 BROWN PATRICIA | 1842349 |
| rq&n | 08/22/06 | | $6.40 | 064 | 32 | Copying Expense 082206 BROWN PATRICIA | 1842350 |
| rq&n | 08/22/06 | | $1.40 | 064 | 7 | Copying Expense 082206 EVANS JEANETTE | 1842351 |
| rq&n | 08/22/06 | | $3.00 | 064 | 15 | Copying Expense 082206 BROWN PATRICIA | 1842352 |
| jarvs | 08/22/06 | 75106 | $0.00 | 474 | 1 | Business Meal(s) - - Cafe Nordstrom | 1843528 |
| baumn | 08/22/06 | | $42.47 | 019 | 1 | Westlaw | 1844447 |
| jarvs | 08/23/06 | 140473 | $50.00 | 111 | 1 | Air Fare - - Bankcard Center | 1842375 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842376 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842379 |
| jarvs | 08/23/06 | 140473 | $490.10 | 111 | 1 | Air Fare - - Bankcard Center | 1842382 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842383 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842384 |
| jarvs | 08/23/06 | 140473 | $258.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842385 |
| jarvs | 08/23/06 | 140473 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1842386 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842387 |
| jarvs | 08/23/06 | 140473 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1842388 |
| jarvs | 08/23/06 | 140473 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1842389 |
| jarvs | 08/23/06 | 140473 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1842390 |
| jarvs | 08/23/06 | 140473 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1842391 |
| jarvs | 08/23/06 | 140473 | $158.30 | 111 | 1 | Air Fare - - Bankcard Center | 1842392 |
| jarvs | 08/23/06 | 140473 | $158.30 | 111 | 1 | Air Fare - - Bankcard Center | 1842393 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/23/06 | 140473 | $158.30 | 111 | 1 | Air Fare -- Bankcard Center | 1842394 |
| jarvs | 08/23/06 | 140473 | $27.00 | 111 | 1 | Air Fare -- Bankcard Center | 1842395 |
| rq&n | 08/23/06 | | $1.60 | 064 | 8 | Copying Expense 082306 OKERLUND LORRI | 1842587 |
| rq&n | 08/23/06 | | $2.60 | 064 | 13 | Copying Expense 082306 OKERLUND LORRI | 1842588 |
| rq&n | 08/23/06 | | $1.00 | 064 | 5 | Copying Expense 082306 BROWN PATRICIA | 1842589 |
| rq&n | 08/23/06 | | $6.50 | 021 | 13 | Facsimile Expense (Outgoing) 17022334185 HURST CARRIE | 1842590 |
| rq&n | 08/23/06 | | $4.38 | 491 | 1 | Facsimile Long Distance Charges 17022334185 HURST CARRIE | 1842591 |
| tsu | 08/23/06 | | $36.96 | 019 | 1 | Westlaw | 1844471 |
| rq&n | 08/24/06 | | $2.00 | 064 | 10 | Copying Expense 082406 BROWN PATRICIA | 1842905 |
| rq&n | 08/24/06 | | $16.60 | 064 | 83 | Copying Expense 082406 BOUVIER DAWN | 1842906 |
| rq&n | 08/24/06 | | $1.20 | 064 | 6 | Copying Expense 082406 EVANS JEANETTE | 1842907 |
| rq&n | 08/24/06 | | $5.00 | 064 | 25 | Copying Expense 082406 BRINKERHOFF ALLAN T | 1842908 |
| rq&n | 08/24/06 | | $0.40 | 064 | 2 | Copying Expense 082406 BRINKERHOFF ALLAN T | 1842909 |
| rq&n | 08/24/06 | | $0.20 | 064 | 1 | Copying Expense 082406 BRINKERHOFF ALLAN T | 1842910 |
| rq&n | 08/24/06 | | $9.20 | 064 | 46 | Copying Expense 082406 BROWN PATRICIA | 1842911 |
| rq&n | 08/24/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9099415422 UPLAND, CA 14:52 60 HURST CARRIE | 1842912 |
| rq&n | 08/24/06 | | $0.23 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:10 240 MONSON DOUGLAS M | 1842913 |
| jarvs | 08/25/06 | 140500 | $190.74 | 118 | 1 | Travel Expense -- Allan T. Brinkerhoff | 1842655 |
| jarvs | 08/25/06 | 140500 | $0.00 | 474 | 1 | Business Meal(s) -- Allan T. Brinkerhoff | 1842656 |
| jarvs | 08/25/06 | 140511 | $182.21 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1842661 |
| jarvs | 08/25/06 | 140511 | $337.02 | 474 | 1 | Travel Expense -- Annette W. Jarvis | 1842662 |
| jarvs | 08/25/06 | 140511 | $0.00 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1842663 |
| jarvs | 08/25/06 | 140511 | $141.57 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1842664 |
| jarvs | 08/25/06 | 140511 | $236.43 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1842665 |
| jarvs | 08/25/06 | 140511 | $0.00 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1842666 |
| jarvs | 08/25/06 | 140511 | $610.35 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1842667 |
| jarvs | 08/25/06 | 140511 | $0.00 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1842668 |
| jarvs | 08/25/06 | 140511 | $500.15 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1842669 |
| jarvs | 08/25/06 | 140513 | $291.60 | 118 | 1 | Travel Expense -- Ben Kotter | 1842670 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/25/06 | 140513 | $289.19 | 118 | 1 | Travel Expense -- Ben Kotter | 1842671 |
| jarvs | 08/25/06 | 140513 | $0.00 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1842672 |
| jarvs | 08/25/06 | 140518 | $753.83 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1842676 |
| jarvs | 08/25/06 | 140518 | $0.00 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1842677 |
| jarvs | 08/25/06 | 140518 | $0.00 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1842678 |
| jarvs | 08/25/06 | 140518 | $268.63 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1842679 |
| jarvs | 08/25/06 | 140518 | $0.00 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1842680 |
| jarvs | 08/25/06 | 140518 | $291.60 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1842681 |
| jarvs | 08/25/06 | 140518 | $227.61 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1842682 |
| jarvs | 08/25/06 | 140518 | $0.00 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1842683 |
| jarvs | 08/25/06 | 140522 | $99.16 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1842688 |
| jarvs | 08/25/06 | 140522 | $262.60 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1842689 |
| jarvs | 08/25/06 | 140522 | $441.77 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1842690 |
| jarvs | 08/25/06 | 140522 | $0.00 | 474 | 1 | Business Meal(s) -- Mark W. Pugsley | 1842691 |
| jarvs | 08/25/06 | 140529 | $181.61 | 118 | 1 | Travel Expense -- Steven C. Strong | 1842699 |
| jarvs | 08/25/06 | 140529 | $0.00 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1842700 |
| jarvs | 08/25/06 | 140529 | $49.00 | 118 | 1 | Travel Expense -- Steven C. Strong | 1842701 |
| jarvs | 08/25/06 | 140529 | $0.00 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1842702 |
| rq&n | 08/25/06 | | $0.20 | 064 | 1 | Copying Expense 082506 BRINKERHOFF ALLAN T | 1843051 |
| rq&n | 08/25/06 | | $0.60 | 064 | 3 | Copying Expense 082506 OKERLUND LORRI | 1843052 |
| rq&n | 08/25/06 | | $1.60 | 064 | 8 | Copying Expense 082506 OKERLUND LORRI | 1843053 |
| rq&n | 08/25/06 | | $0.20 | 064 | 1 | Copying Expense 082506 OKERLUND LORRI | 1843054 |
| rq&n | 08/25/06 | | $20.40 | 064 | 102 | Copying Expense 082506 HURST CARRIE | 1843055 |
| rq&n | 08/25/06 | | $116.60 | 064 | 583 | Copying Expense 082506 KOTTER BEN | 1843056 |
| rq&n | 08/25/06 | | $61.60 | 064 | 308 | Copying Expense 082506 HURST CARRIE | 1843057 |
| rq&n | 08/25/06 | | $22.00 | 064 | 110 | Copying Expense 082506 HURST CARRIE | 1843058 |
| rq&n | 08/25/06 | | $5.20 | 064 | 26 | Copying Expense 082506 HURST CARRIE | 1843059 |
| rq&n | 08/25/06 | | $5.20 | 064 | 26 | Copying Expense 082506 HURST CARRIE | 1843060 |
| rq&n | 08/25/06 | | $0.80 | 064 | 4 | Copying Expense 082506 OKERLUND LORRI | 1843061 |
| rq&n | 08/25/06 | | $3.20 | 064 | 16 | Copying Expense 082506 BROWN PATRICIA | 1843062 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/25/06 | | $36.40 | 064 | 182 | Copying Expense 082506 HURST CARRIE | 1843063 |
| rq&n | 08/25/06 | | $8.80 | 064 | 44 | Copying Expense 082506 KOTTER BEN | 1843064 |
| rq&n | 08/25/06 | | $1.03 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 14:53 1200 MONSON ELAINE A | 1843065 |
| jarvs | 08/25/06 | | $0.00 | 079 | 25 | Exhibit Tabs | 1844273 |
| rq&n | 08/27/06 | | $1.80 | 064 | 9 | Copying Expense 082706 BRINKERHOFF ALLAN T | 1843114 |
| rq&n | 08/27/06 | | $0.40 | 064 | 2 | Copying Expense 082706 BRINKERHOFF ALLAN T | 1843115 |
| rq&n | 08/27/06 | | $0.20 | 064 | 1 | Copying Expense 082706 BRINKERHOFF ALLAN T | 1843116 |
| rq&n | 08/28/06 | | $1.00 | 064 | 5 | Copying Expense 082806 BRINKERHOFF ALLAN T | 1843244 |
| jarvs | 08/28/06 | | $3.40 | 064 | 1 | Copying Expense | 1843915 |
| jarvs | 08/28/06 | | $0.40 | 064 | 2 | Copying Expense | 1843916 |
| baumn | 08/28/06 | | $95.19 | 019 | 1 | Westlaw | 1845058 |
| tsu | 08/28/06 | | $115.22 | 019 | 1 | Westlaw | 1845113 |
| rq&n | 08/29/06 | | $7.21 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 09:06 8820 MONSON DOUGLAS M | 1843470 |
| rq&n | 08/29/06 | | $0.40 | 064 | 2 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843471 |
| rq&n | 08/29/06 | | $0.40 | 064 | 2 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843472 |
| rq&n | 08/29/06 | | $2.40 | 064 | 12 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843473 |
| rq&n | 08/29/06 | | $0.20 | 064 | 1 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843474 |
| rq&n | 08/29/06 | | $3.60 | 064 | 18 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843475 |
| rq&n | 08/29/06 | | $0.40 | 064 | 2 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843476 |
| rq&n | 08/29/06 | | $0.40 | 064 | 2 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843477 |
| rq&n | 08/29/06 | | $0.80 | 064 | 4 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843478 |
| rq&n | 08/29/06 | | $1.60 | 064 | 8 | Copying Expense 082906 BRINKERHOFF ALLAN T | 1843479 |
| rq&n | 08/29/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 15:39 60 MONSON DOUGLAS M | 1843480 |
| rq&n | 08/29/06 | | $3.40 | 064 | 17 | Copying Expense 082906 BROWN PATRICIA | 1843481 |
| rq&n | 08/29/06 | | $0.20 | 064 | 1 | Copying Expense 290806 BRINKERHOFF ALLAN T | 1843482 |
| hurst | 08/29/06 | | $180.46 | 019 | 1 | Westlaw | 1845073 |
| monso | 08/29/06 | | $224.97 | 019 | 1 | Westlaw | 1845089 |
| monso | 08/29/06 | | $144.27 | 019 | 1 | Westlaw | 1845101 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 08/29/06 | | $0.00 | 079 | 2 | Exhibit Tabs | 1849361 |
| rq&n | 08/30/06 | | $4.20 | 064 | 21 | Copying Expense 083006 BROWN PATRICIA | 1843661 |
| rq&n | 08/30/06 | | $0.20 | 064 | 1 | Copying Expense 083006 OKERLUND LORRI | 1843662 |
| rq&n | 08/30/06 | | $1.00 | 064 | 5 | Copying Expense 083006 OKERLUND LORRI | 1843663 |
| rq&n | 08/30/06 | | $0.60 | 064 | 3 | Copying Expense 083006 BROWN PATRICIA | 1843664 |
| rq&n | 08/30/06 | | $4.40 | 064 | 22 | Copying Expense 083006 BINGHAM KAREN | 1843665 |
| rq&n | 08/30/06 | | $0.71 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 14:32 840 MONSON DOUGLAS M | 1843666 |
| rq&n | 08/30/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:52 120 HANSEN ALISON | 1843667 |
| rq&n | 08/30/06 | | $0.80 | 064 | 4 | Copying Expense 083006 HURST CARRIE | 1843668 |
| rq&n | 08/30/06 | | $1.80 | 064 | 9 | Copying Expense 083006 HANSEN ALISON | 1843669 |
| rq&n | 08/30/06 | | $10.20 | 064 | 51 | Copying Expense 083006 BRINKERHOFF ALLAN T | 1843670 |
| rq&n | 08/30/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 16:48 300 MONSON DOUGLAS M | 1843671 |
| jarvs | 08/30/06 | | $345.20 | 064 | 1,726 | Copying Expense | 1843917 |
| clarc | 08/30/06 | | $278.48 | 019 | 1 | Westlaw | 1845066 |
| rq&n | 08/31/06 | | $5.40 | 064 | 27 | Copying Expense 083106 OKERLUND LORRI | 1843848 |
| rq&n | 08/31/06 | | $18.80 | 064 | 94 | Copying Expense 083106 OKERLUND LORRI | 1843849 |
| rq&n | 08/31/06 | | $0.60 | 064 | 3 | Copying Expense 083106 OKERLUND LORRI | 1843850 |
| rq&n | 08/31/06 | | $2.00 | 064 | 10 | Copying Expense 083106 BRINKERHOFF ALLAN T | 1843851 |
| rq&n | 08/31/06 | | $3.60 | 064 | 18 | Copying Expense 083106 BROWN PATRICIA | 1843852 |
| rq&n | 08/31/06 | | $0.43 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 12:52 480 MONSON DOUGLAS M | 1843853 |
| rq&n | 08/31/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7024716789 LAS VEGA NV 13:01 180 MONSON DOUGLAS M | 1843854 |
| rq&n | 08/31/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 13:05 60 MONSON DOUGLAS M | 1843855 |
| rq&n | 08/31/06 | | $5.60 | 064 | 28 | Copying Expense 083106 BRINKERHOFF ALLAN T | 1843856 |
| rq&n | 08/31/06 | | $1.60 | 064 | 8 | Copying Expense 083106 OKERLUND LORRI | 1843857 |
| rq&n | 08/31/06 | | $115.20 | 064 | 576 | Copying Expense 083106 KOTTER BEN | 1843858 |
| rq&n | 08/31/06 | | $6.60 | 064 | 33 | Copying Expense 083106 OKERLUND LORRI | 1843859 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 08/31/06 | | $0.80 | 064 | 4 | Copying Expense 083106 HANSEN ALISON | 1843860 |
| rq&n | 08/31/06 | | $23.60 | 064 | 118 | Copying Expense 083106 HANSEN ALISON | 1843861 |
| rq&n | 08/31/06 | | $576.00 | 064 | 2,880 | Copying Expense 083106 KOTTER BEN | 1843862 |
| rq&n | 08/31/06 | | $0.40 | 064 | 2 | Copying Expense 083106 BRINKERHOFF ALLAN T | 1843863 |
| rq&n | 08/31/06 | | $46.00 | 064 | 230 | Copying Expense 083106 HANSEN ALISON | 1843864 |
| rq&n | 08/31/06 | | $7.20 | 064 | 36 | Copying Expense 083106 BROWN PATRICIA | 1843865 |
| rq&n | 08/31/06 | | $3.20 | 064 | 16 | Copying Expense 083106 BRINKERHOFF ALLAN T | 1843866 |
| rq&n | 08/31/06 | | $37.20 | 064 | 186 | Copying Expense 083106 KOTTER BEN | 1843867 |
| jarvs | 08/31/06 | | $242.00 | 064 | 1,210 | Copying Expense | 1843918 |
| jarvs | 08/31/06 | | $370.00 | 064 | 1,850 | Copying Expense | 1843919 |
| jarvs | 08/31/06 | | $0.40 | 064 | 2 | Copying Expense | 1843920 |
| jarvs | 08/31/06 | | $11.31 | 016 | 1 | Postage | 1844305 |
| jarvs | 08/31/06 | | $33.54 | 016 | 1 | Postage | 1844313 |
| jarvs | 08/31/06 | | $51.75 | 016 | 1 | Postage | 1844316 |
| hunt | 08/31/06 | | $487.69 | 019 | 1 | Westlaw | 1845072 |
| jarvs | 08/31/06 | | $98.38 | 013 | 1 | Federal Express Charges | 1846109 |
| jarvs | 08/31/06 | | $36.80 | 013 | 1 | Federal Express Charges | 1846110 |
| jarvs | 08/31/06 | | $0.00 | 079 | 340 | Exhibit Tabs | 1849371 |
| COST TOTAL | | | $25,436.99 | | | | |

*"Exhibit G-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

October 23, 2006
Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00019

FTD Committee Relations

| | | | |
|---|---|---|---|
| 08/01/06 A Jarvis | .11 | Correspondence with committees regarding plan issues, exclusivity. |
| 08/01/06 A Jarvis | .10 | Correspondence with committees regarding plan issues. |
| 08/01/06 A Jarvis | .30 | Draft memo to committees regarding plan, disclosure statement. |
| 08/01/06 B Kotter | 1.30 | Review and analysis of various vendor proposals related to the imaging of documents (2.3); conferences with S. C. Strong regarding vendor selection (.2); review and respond to multiple e-mails regarding vendor selection with Natalie Tanner (.3); phone call with N. Tanner (.1); exchange e-mails with S. C. Strong and A. W. Jarvis (.3); review e-mail from M. Olsen regarding documents located at offsite storage facility that may be responsive to the Joint Request (.1); exchange e-mail with E. A. Monson regarding vendor proposal (.1); additional review of proposals and cost estimates of imaging on OCR costs (1.8). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/01/06 E Monson       1.00 Review proposals from various bidders regarding
                             scanning of documents requested by joint
                             committee request (.7); discussions with B. J.
                             Kotter regarding proposals (.3).

08/01/06 S Strong        .06 Review emails from N. Tanner regarding
                             document imaging bids and costs, and exchange
                             emails with A. W. Jarvis regarding same (.3).

08/01/06 S Strong        .10 Confer with S. C. Tingey regarding status of
                             loan/collateral summary requested by
                             committees, and find and send to S. C. Tingey a
                             preliminary spreadsheet prepared by Mesirow
                             regarding same (.4).

08/02/06 A Jarvis       1.20 Telephone conference with T. Allison, S.
                             Smith regarding meeting with committees, IP
                             issues, plan and reorganization issues,
                             document issues.

08/02/06 A Jarvis        .12 Draft e-mail to committees regarding plan
                             negotiations.

08/02/06 B Kotter        .80 Review e-mail from A. W. Jarvis regarding
                             committees plan, and document requests (.2);
                             e-mail exchange and phone call with A. Stevens
                             regarding business practices relating to
                             various documents and recording policies (.6).

08/02/06 B Kotter        .35 Review and respond to multiple e-mails
                             regarding imaging vendors and costs (.6);
                             continued analysis of proposals for A. W.
                             Jarvis and S. C. Strong and draft e-mail
                             regarding same (.8).

08/02/06 S Strong        .05 Exchange emails with B. J. Kotter, E. A. Monson
                             and A. W. Jarvis regarding document imaging
                             project and projected costs in response to
                             committees joint document request (0.2).

08/02/06 S Strong        .15 Exchange emails with M. Haftl and J. Nugent
                             regarding confidentiality agreements signed by
                             potential lenders purchasers, and committees
                             request for same (0.2); confer with A. W.
                             Jarvis regarding undisclosed potential DIP
                             lender, and assist A. W. Jarvis with emails to
                             Mesirow and committees regarding same (0.4).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/02/06 C Hurst          4.20  Continued work on loan detail excel chart.

08/03/06 A Brinkerhoff     .57  Meeting with S. Strong and E. Monson
                                regarding various claims for documents from
                                debtor (.7); meeting with E. Monson regarding
                                background of document review, documents to
                                be scanned, claims of privilege and contours
                                of protective order (1.6).

08/03/06 A Jarvis          .20  Conference with T. Allison, J. Nugent and S.
                                Smith regarding meeting with committees, plan
                                process.

08/03/06 B Kotter          .70  Review e-mail and correspondence to document
                                timeline of response to joint request (1.8);
                                brief conference with A. W. Jarvis regarding
                                same (.2); continued revision and drafting of
                                timeline (.8).

08/03/06 E Monson         1.22  Draft e-mail to LeAnne Weiss regarding
                                financial information put together for joint
                                committee requests (.2); review e-mails from
                                L. Schwartzer and A. W. Jarvis regarding
                                committee requests and issues relating
                                thereto (.3); discussions with B. J. Kotter
                                regarding joint committee requests (.4); meet
                                with A. T. Brinkerhoff and discuss case and
                                go over joint committee requests (2.3);
                                review e-mails from B. J. Kotter regarding
                                joint committee requests (.3); review e-mails
                                from A. W. Jarvis and B. J. Kotter regarding
                                joint committee requests (.2); review e-mails
                                from L. Weese regarding joint committee
                                request (.1); review e-mails from L.
                                Schwartzer and S. C. Strong regarding
                                requests from  committees for more
                                information (.3); work on joint committee
                                requests (.8).

08/03/06 S Strong          .06  Review B. J. Kotters timeline of debtors
                                efforts to respond to joint committees
                                document requests, confer with A. W. Jarvis
                                regarding same, and transmit same to Mesirow
                                team with comments (.3).

```
Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/03/06 S Strong          .16  Telephone conferences with J. Nugent regarding
                                development of chart requested by committees
                                reflecting all confidentiality agreements
                                signed by potential lenders and asset
                                purchasers, review and edit same, and transmit
                                to committees counsel (.7).

08/03/06 S Strong          .15  Confer with A. W. Jarvis regarding committees
                                request for meeting and exchange emails with T.
                                Allison and L. Schwartzer regarding same (0.4);
                                telephone conference with L. Schwartzer
                                regarding same (0.2).

08/03/06 C Hurst          3.30  Complete data input of loan detail/file review
                                on Excel spreadsheet; work on formatting of
                                same and discuss with S. C. Tingey (3.3).

08/04/06 B Kotter          .35  Review memo circulated to committees by L.
                                Treadway regarding imaging vendors (.3);
                                discussion with E. A. Monson regarding proposal
                                and continued response (.2); draft and
                                circulate e-mail regarding status of joint
                                committee requests and debtors' response (.6);
                                revise e-mail per comments and recirculate
                                (.3).

08/04/06 B Kotter          .45  Review of documents responsive to committee's
                                joint request on CD (1.8).

08/04/06 E Monson          .52  Review and revise e-mail to Committee drafted
                                by B. J. Kotter and discuss revisions with B.
                                J. Kotter (.3); put together documents for A.
                                T. Brinkerhoff in connection with Joint
                                Committee requests and leave voice mail with
                                A. T. Brinkerhoff regarding documents (.5);
                                meet with B. J. Kotter and discuss future
                                course of action on joint committee requests
                                (.3); meet with B. J. Kotter and A. T.
                                Brinkerhoff and discuss issues relating to
                                joint committee requests (.8); draft e-mail
                                to A. W. Jarvis, S. C. Strong and A. T.
                                Brinkerhoff regarding protective order (.2).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/07/06 A Brinkerhoff   .67 Meeting with B. Kotter regarding document
                             production procedures (.3); review 8/4/06
                             Memorandum of Shea & Carlyon, Ltd. regarding
                             vendor recommendations (.2); revisions and
                             additions to draft Protective Order (.7);
                             meeting with E. Monson and B. Kotter
                             regarding committees' requests for documents
                             and information and Protective Order (1.5).

08/07/06 A Jarvis        .10 Correspondence on preparation of materials for
                             committee meetings.

08/07/06 E Monson        .55 Work on joint committee requests for
                             information (2.2).

08/07/06 E Monson        .45 Meet with B. J. Kotter and A. T. Brinkerhoff to
                             discuss, coordinate and go over joint committee
                             requests (1.8).

08/07/06 S Strong        .10 Review emails from A. W. Jarvis and M. Kvarda
                             regarding FTDF distributions by class (0.1).

08/08/06 A Brinkerhoff   .15 Review file rooms and locations of documents
                             subject to Joint Request of Documents from
                             credit committees.

08/08/06 A Jarvis        .63 Meetings with Mesirow team in preparation for
                             Committee meetings, plan process.

08/08/06 A Jarvis       1.20 Attend Committee meeting regarding plan
                             options, purchase offers; conferences with
                             committee counsel regarding plan options.

08/08/06 B Kotter        .05 Phone call with E. A. Monson regarding response
                             to committee's joint information request (.2).

08/08/06 E Monson        .70 Work on joint committee requests for
                             documents and discussions with B. J. Kotter
                             (.7).

08/08/06 S Strong        .35 Discussions with A. W. Jarvis regarding various
                             issues to be discussed and presented at meeting
                             today with Committees (1.4).

```
Client No. 34585                              Page:    6
Debtor USA Commercial Mortgage Co., et al.    October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/08/06 | S Strong | .10 | Review email from S. C. Tingey and attached draft of loan detail chart for committees, confer with A. W. Jarvis regarding same, voice mail to S. C. Tingey regarding same, and oversee printing of same for distribution at meeting with committees (.4). |
| 08/08/06 | S Strong | 1.35 | Discussions with A. W. Jarvis, T. Allison and S. Smith in preparation for meeting with Committees, and prepare for meeting (1.3); participate in meeting with Committees regarding various case issues and strategies for moving forward (4.1). |
| 08/09/06 | A Brinkerhoff | .25 | Further review of file rooms and offices for documents subject to Joint Document Request from committees (1.0). |
| 08/09/06 | B Kotter | .07 | Call with E. A. Monson and S. C. Strong regarding document production issues (.3). |
| 08/09/06 | E Monson | .15 | Meet with LeeAnn Weese and A. T. Brinkerhoff to discuss information put together for joint committee requests (.6). |
| 08/09/06 | E Monson | .40 | Work with A. T. Brinkerhoff on joint committee requests (1.6). |
| 08/09/06 | S Tingey | 3.10 | Telephone conference with J. Reed regarding information to be provided to committees (0.2); revise chart of information for third parties (2.1); review issues regarding interest reserve depletion and demands (0.7); communicate with A. Stevens regarding same (0.1). |
| 08/10/06 | A Jarvis | .08 | Correspondence on information being gathered and created for dissemination to committees. |
| 08/10/06 | B Kotter | .07 | Conference with E. A. Monson regarding response to committee's joint request for information (.3). |
| 08/10/06 | R Madsen, II | 1.05 | Review of documentation with respect to attorney client privileged communication. |
| 08/10/06 | E Monson | .18 | Work on joint committee request for information. |

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006

08/10/06 S Tingey      1.30  Telephone conference with J. Reed regarding
                             Loan Chart (0.2); revise loan chart and compile
                             additional information (1.1).

08/11/06 A Brinkerhoff  .15  Meeting with E. Monson and B. Kotter regarding
                             coordination of work on committees' joint
                             document request.

08/11/06 B Kotter       .32  Conference with E. A. Monson and A. T.
                             Brinkerhoff regarding response to Joint
                             Committee Request and continuing production
                             issues (.6); continue review of SEC documents
                             for response to Joint Committee request (.7).

08/11/06 R Madsen, II   .16  Continued due diligence review of documents and
                             creation of privilege log.

08/11/06 E Monson       .15  Conferences with A. T. Brinkerhoff and B. J.
                             Kotter regarding joint committee requests (.6).

08/11/06 S Strong       .40  Confer with E. A. Monson and B. J. Kotter
                             regarding further analysis needed of FTDF
                             operating agreement regarding proposed
                             distributions to fund members (0.3); review
                             operating agreement and forward same to B. J.
                             Kotter (0.1).

08/12/06 A Jarvis       .10  Correspondence on information being gathered
                             and compiled for committees, committee call.

08/13/06 A Jarvis       .20  Review chart prepared for committee;
                             correspondence regarding same.

08/14/06 B Kotter      1.50  Conference with S. C. Tingey regarding
                             committee call and loan spreadsheet (.3);
                             review e-mail from S. C. Tingey and attached
                             loan review spreadsheet in advance of committee
                             call (.4); brief conference with E. A. Monson
                             regarding same (.1); draft e-mail to A. W.
                             Jarvis regarding same (.2); phone call with A.
                             W. Jarvis regarding committee call and
                             circulation of loan file spreadsheet (.2);
                             committee call (.9); phone call with J. Reed
                             regarding circulation of spreadsheet (.1);
                             brief conference with S. C. Tingey regarding
                             spreadsheet circulation (.2); review of
                             replacement spreadsheet and conference with S.
                             C. Tingey regarding same (.2); draft of e-mail

Client No. 34585                                            Page:    8
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006

|            |            |      | to counsel with revised spreadsheet (.2); review of documents responsive to joint committee request (3.2). |
|------------|------------|------|---|
| 08/14/06 | E Monson | .23 | Participate in committee conference call. |
| 08/14/06 | S Tingey | 1.60 | Communicate with J. Reed regarding loan chart (0.2); conference with B. J. Kotter regarding loan chart (0.3); review loan chart to be produced (0.3); telephone conference with A. W. Jarvis (0.2); telephone conference with J. Reed regarding updated chart (0.2); review updated chart (0.2); conference with F. J. Kotter regarding updated chart (0.2). |
| 08/15/06 | A Jarvis | .05 | Correspondence on dissemination of term sheet to Committees. |
| 08/15/06 | A Jarvis | .05 | Correspondence on Committee document requests. |
| 08/15/06 | B Kotter | .25 | Continue work on response to joint information request (.8); draft e-mail to L. Treadway regarding imaging (.2). |
| 08/15/06 | E Monson | .02 | Review e-mail from B. J. Kotter to Lissa regarding joint committee request and vendor issues. |
| 08/15/06 | E Monson | .20 | Review e-mails from Committee counsel regarding order on motion to distribute (.2). |
| 08/16/06 | A Jarvis | .10 | Correspondence regarding committee meeting. |
| 08/17/06 | A Jarvis | .08 | Conference with S. Smith and J. Atkinson regarding meeting with committees on plan issues. |
| 08/17/06 | A Jarvis | .67 | Meeting with committees regarding plan settlement discussions. |
| 08/17/06 | B Kotter | .70 | Review documents responsive to committees' joint request (2.8). |
| 08/17/06 | E Monson | .20 | Review various e-mails from Committee counsel regarding case management order. |

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

08/18/06 B Kotter        .25 Review and respond to e-mail regarding imaging
                             of various documents (.7); exchange e-mail with
                             S. Smith regarding imaging/copying of loan
                             binders (.3).

08/18/06 E Monson        .40 Review e-mails from R. Charles, A. W. Jarvis,
                             L. Treadway, and B. J. Kotter regarding summary
                             of loan information.

08/18/06 S Tingey        .30 Communicate with A. W. Jarvis and S. Smith
                             regarding loan chart issue (0.3).

08/21/06 A Jarvis        .05 Correspondence on committee call.

08/21/06 B Kotter        .10 Review and respond to e-mails regarding issues
                             relative to debtor's response to joint
                             committee requests (.4).

08/22/06 A Jarvis        .08 Review correspondence from Unsecured
                             Creditors' Committee.

08/22/06 S Strong        .70 Review email from C. Pajak regarding ongoing
                             distributions, and discuss same with A. W.
                             Jarvis (0.2); review proposed procedures
                             regarding same from C. Pajak, exchange emails
                             with A. W. Jarvis regarding same, and send
                             email to C. Pajak with comments to proposed
                             procedures regarding ongoing distributions
                             (0.5).

08/22/06 S Strong        .30 Review new loan summary as of July 31, and
                             email same to P. Hunt (.3).

08/23/06 A Jarvis        .32 Conference call with Committees regarding
                             negotiations on lead bid, plan, update on
                             motions, business operations.

08/23/06 A Jarvis        .30 Conference with Committees regarding plan
                             issues.

08/23/06 B Kotter        .10 Review e-mails regarding copying service and
                             documents from S. Smith (.1).

08/23/06 B Kotter        .10 Review e-mails regarding copying service and
                             documents from S. Smith (.1).

08/23/06 B Kotter        .10 Review e-mail regarding copying service and
                             documents from S. Smith (.1).

```
Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/23/06 | S Strong | .31 | Participate in weekly conference call of debtors and committees (1.3). |
| 08/23/06 | C Hurst | 1.00 | Research loan summary charts; prepare spreadsheet of exit/success fee and forward to A. W. Jarvis (1.0). |
| 08/28/06 | A Jarvis | .10 | Conference with Mesirow regarding preparation for Committee call. |
| 08/28/06 | A Jarvis | .25 | Participate in call with Committee regarding bids on assets, plan, pending motions. |
| 08/28/06 | S Strong | .30 | Participate in weekly conference call with debtors and committees professionals regarding various issues, including Plan issues and negotiations (1.2). |
| 08/29/06 | A Jarvis | .23 | Conference call with Committees regarding status of negotiations with lead bidder. |
| 08/29/06 | A Jarvis | .25 | Conference call with Committees regarding plan issues, pending motions, negotiations on asset sale. |
| 08/29/06 | S Strong | .46 | Participate in conference call with debtors and committees professionals regarding Plan issues and negotiations with potential purchasers under a Plan (1.1); follow-up conference call with committees and debtors professionals regarding Plan negotiating issues (0.8). |
| 08/30/06 | A Jarvis | .37 | Committee call regarding plan, offer letter, pending motions, exclusivity. |
| 08/30/06 | S Strong | 1.43 | Participate in morning call with debtors and committees regarding procedures/issues for ongoing distributions, issues concerning transfer of LSAs, potential purchasers under a Plan, and other Plan negotiating issues (1.2); participate in afternoon call with debtors and committees regarding Plan issues and exclusivity (0.8); voice message with R. Charles on behalf of committees to A. Landis regarding plan exclusivity (0.2); review emails |

Client No. 34585                                                    Page:    11
Debtor USA Commercial Mortgage Co., et al.                         October 23, 2006

                                      from R. Charles and A. Landis regarding same
(0.3); prepared proposed Stipulated Order to
further extend exclusivity at request of
committee and circulate same to committees for
comment (0.8); telephone conference with C.
Pajak regarding error in Stipulation, revise
same, and recirculate to Committees (0.4);
telephone conference with A. W. Jarvis
regarding USTs position on exclusivity, and
send follow-up emails to Committees regarding
same (0.5); exchange further emails with
committees counsel regarding approval and
filing of proposed Stipulated Order and
emergency motion needed for same (0.7); draft
emergency motion for approval of Stipulated
Order, and circulate to Committees counsel
(0.8).

08/31/06 S Strong          .30 Exchange various emails with A. Parlen
                               regarding fee application noticing and
                               related issues (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                                   $10,546.01