*"Exhibit G-16"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    October 23, 2006
Las Vegas, NV  89121                                       Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | |
|---|---|---|
| 08/01/06 A Jarvis | .10 | Telephone conference with T. Allison regarding plan issues, negotiations with bidders, exclusivity extension. |
| 08/01/06 A Jarvis | .20 | Telephone conference with J. Atkinson and J. Nugent regarding plan provisions. |
| 08/01/06 A Jarvis | .07 | Conference with P. Hunt regarding plan issues, plan drafting. |
| 08/01/06 A Jarvis | 2.33 | Draft disclosure statement, plan revisions. |
| 08/01/06 E Monson | .30 | Review e-mails from L. Schwartzer regarding opposition to motion to distribute (.1); review e-mails from A. W. Jarvis and S. C. Strong and B. J. Kotter regarding bid proposals (.5); review e-mails from A. W. Jarvis regarding exclusivity period and plan filing (.3). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

08/01/06 S Strong         .23  Exchange emails with K. G. Glade regarding
                               collateral information requested by potential
                               purchaser under a Plan (0.2); review signed
                               confidentiality agreement from purchaser under
                               a Plan, and forward same to J. Nugent and J.
                               Reed (0.2); review emails from S. Freeman and
                               A. W. Jarvis regarding plan process issues and
                               exclusivity, and exchange emails with A. W.
                               Jarvis regarding same (0.3).

08/02/06 P Hunt           .37  Read e-mails regarding plan/exclusivity issues
                               (.3); read draft disclosure statement and
                               determine information needed for plan formation
                               (.3); read new bidder term sheet regarding plan
                               structure (.5).

08/02/06 A Jarvis         .47  Conference call with potential bidder regarding
                               interest, terms of bid.

08/02/06 A Jarvis         .13  Telephone conference with T. Allison, J.
                               Atkinson, J. Reed regarding negotiations with
                               bidder.

08/02/06 A Jarvis         .17  Telephone conference with J. Atkinson and J.
                               Nugent regarding plan issues, plan draft.

08/02/06 A Jarvis         .40  Review and revise plan and disclosure
                               statement.

08/03/06 P Hunt          2.10  Work on plan formation and strategy (.5);
                               review potential bid (.1); draft plan with new
                               information contained in bid (5.7).

08/03/06 A Jarvis         .10  Correspondence regarding bidder inquiries,
                               potential offer.

08/03/06 S Strong         .10  Telephone conference with A. W. Jarvis
                               regarding negotiations with potential purchaser
                               under a plan (0.2); email to T. Allison
                               regarding same (0.1).

08/03/06 S Strong         .17  Discuss case background and Plan drafting
                               issues and strategies with P. Hunt (.5).

08/04/06 P Hunt          2.53  Draft plan.

08/06/06 A Jarvis         .50  Correspondence on plan issues, collection
                               issues, negotiations with bidders.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/07/06 P Hunt        2.23  Draft plan, including drafting of claims
                             procedure and implementation sections (6.7).

08/07/06 A Jarvis       .53  Telephone conference with potential bidders
                             regarding confidential proposal to be submitted
                             by bidder; correspondence regarding same;
                             review of term sheet.

08/07/06 S Strong       .07  Review confidentiality agreements from 2 new
                             proposed purchasers under a plan, and telephone
                             conference with J. Reed regarding same (.2).

08/08/06 P Hunt        1.00  Telephone conference with A. W. Jarvis
                             regarding motion to extend exclusive period
                             (.1) research on Ninth Circuit 1121(d) standard
                             (.7); read cases (.5); review docket to get
                             information on committees (.3); draft motion to
                             approve stipulation on exclusive period (1.4).

08/08/06 A Jarvis       .50  Review purchase offers, presentation prepared
                             for Committee meeting.

08/08/06 A Jarvis       .13  Discussion with T. Allison and S. Smith
                             regarding plan options, committee meeting.

08/08/06 A Jarvis       .10  Correspondence regarding preparation of
                             materials for Committee for plan evaluation.

08/08/06 S Strong       .17  Discussions with T. Allison, J. Atkinson and A.
                             W. Jarvis reorganization strategies and
                             potential purchasers under a plan (.5).

08/09/06 P Hunt         .17  Read e-mail from A. W. Jarvis regarding
                             stipulated order on exclusive periods (.1);
                             draft stipulated order regarding extending
                             exclusive periods (.5).

08/09/06 A Jarvis       .10  Correspondence on order extending exclusivity.

08/09/06 S Strong       .80  Telephone conference with A. W. Jarvis
                             regarding stipulated order needed regarding
                             Plan exclusivity (0.1); confer with P. Hunt
                             regarding exclusivity issues (0.2); prepare
                             draft of stipulation to extend exclusivity and
                             circulate for internal review (0.9); exchange
                             emails with A. Landis regarding exclusivity
                             (0.2); exchange emails with committees counsel
                             regarding same (0.2); exchange emails with A.
                             W. Jarvis regarding same (0.2); revise proposed

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


                        stipulated order regarding exclusivity and
                        transmit to committees counsel for signature
                        (0.3); exchange further emails with committees
                        counsel regarding same (0.3).

08/09/06 S Strong       .03 Review confidentiality agreement for new
                        proposed purchaser under a plan and email to J.
                        Reed regarding same (.1).

08/10/06 A Jarvis       .33 Telephone conference with potential bidders,
                        follow up conference with Mesirow regarding
                        same.

08/10/06 A Jarvis       .10 Correspondence on order for extension of
                        exclusive period.

08/10/06 S Strong       .70 Review email from C. Pajak regarding changes to
                        stipulation regarding exclusivity, made
                        changes, voice message to A. W. Jarvis and
                        exchange emails with T. Allison regarding same
                        (0.7); confer with P. Hunt and B. J. Kotter
                        regarding same (0.3); regarding-circulate
                        proposed Stipulated Order regarding exclusivity
                        to committees counsel for signature, review
                        responses, and exchange follow-up emails
                        regarding same (0.4); exchange emails with
                        local counsels office regarding lodging of
                        proposed stipulated order, and telephone
                        conferences with A. Hosey and L. Dorsey
                        regarding same (0.7).

08/11/06 A Jarvis       .13 Correspondence on extension of exclusive
                        period.

08/11/06 E Monson       .10 Discussions with S. C. Strong regarding issues
                        on extension of exclusivity period and review
                        e-mails (.3).

08/11/06 S Strong       .23 Exchange emails with C. Pajak and A. Jarvis
                        regarding status of Stipulated Order regarding
                        exclusivity (0.2); review docket regarding same
                        and telephone conference with local counsels
                        office regarding same (0.2); review Stipulated
                        Order as entered today, review email from A.
                        Landis regarding same, and email to and
                        telephone conference with A. W. Jarvis
                        regarding same (0.3).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/11/06 S Strong          .07  Exchange emails with J. Nugent regarding
                                confidentiality agreement from proposed
                                purchaser under a plan (.2).

08/12/06 A Jarvis          .10  Correspondence with potential purchaser
                                regarding discussions with committees.

08/12/06 A Jarvis          .13  Correspondence with T. Allison regarding plan
                                options.

08/13/06 P Hunt           1.97  Read and analyze Bidder 2 letter of intent
                                (.6); revise plan draft with Bidder 2 letter of
                                intent terms (5.3).

08/14/06 A Jarvis          .07  Telephone conference with potential purchaser
                                regarding discussions with committees, revised
                                term sheet.

08/14/06 A Jarvis          .17  Telephone conference with T. Allison and B.
                                Faisal regarding sales process, formulation of
                                plan.

08/14/06 A Jarvis          .33  Conference call with Committees regarding plan
                                discussions.

08/14/06 A Jarvis          .13  Correspondence regarding plan discussions.

08/14/06 A Jarvis          .07  Correspondence with potential purchaser
                                regarding further negotiations.

08/15/06 A Jarvis          .10  Correspondence with potential purchaser.

08/15/06 B Kotter         6.40  Review and analysis of FTD Operating Agreement
                                (2.8); phone call with S. Smith regarding
                                distribution mechanism to FTD members (.4);
                                conference with Gary Winger regarding operating
                                agreement (.4); continued analysis of agreement
                                (1.3); conference with C. Nelson regarding tax
                                issues (.4); committee call (1.1).

08/15/06 E Monson          .20  Review e-mail and attachment from M. Kvarka
                                regarding issue on amount of temporary
                                holdbacks (.2).

08/15/06 C Nelson          .40  Office conference with B. J. Kotter regarding
                                tax treatment of partnership payments.

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/15/06 G Winger        .80 Review operating agreement (.4); conference
                             with Ben Kotter regarding redemption provision
                             for units (.4).

08/16/06 A Jarvis        .80 Meeting with potential purchaser, Mesirow team
                             regarding plan issues.

08/16/06 A Jarvis        .50 Meeting with potential purchaser regarding plan
                             options, possible plan structures, committee
                             discussions.

08/16/06 A Jarvis        .17 Correspondence on plan issues, structure.

08/17/06 A Jarvis        .10 Correspondence on potential purchaser, term
                             sheet.

08/17/06 A Jarvis        .10 Correspondence with potential purchaser.

08/17/06 A Jarvis        .07 Correspondence with Mesirow team regarding plan
                             discussions.

08/17/06 A Jarvis        .10 Correspondence with Mesirow regarding plan
                             issues.

08/18/06 A Jarvis        .47 Conference call with T. Allison regarding plan
                             issues, Ashby loans, negotiations.

08/18/06 A Jarvis        .13 Conference call with bidder and T. Allison
                             regarding negotiations on bid.

08/18/06 A Jarvis        .30 Conference call with S. C. Strong and J.
                             Atkinson regarding plan, document issues.

08/19/06 A Jarvis        .17 Correspondence on plan issues.

08/21/06 P Hunt          .23 Office conference with A. W. Jarvis and S. C.
                             Strong regarding plan issues (.7).

08/21/06 A Jarvis        .13 Telephone conference with T. Allison regarding
                             plan issues, IP issues, committee negotiations.

08/21/06 A Jarvis        .07 Correspondence with J. Atkinson regarding
                             disclosure statement.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

08/21/06 A Jarvis        .27 Conference with S. C. Strong and P. Hunt
                             regarding plan and disclosure statement
                             provisions, conforming same; discussion of how
                             to treat certain issues and additional
                             information needed.

08/21/06 A Jarvis        .50 Telephone conference with J. Atkinson, S. C.
                             Strong, and T. Allison regarding document
                             issues, meeting with J. Milanowski's attorney.

08/21/06 A Jarvis        .10 Correspondence on plan issues.

08/21/06 A Jarvis        .10 Correspondence on exhibits to plan.

08/21/06 A Jarvis        .17 Correspondence on disclosure statement.

08/21/06 S Strong        .63 Meet with A. W. Jarvis and P. Hunt regarding
                             development of Plan and Disclosure Statement
                             (0.8); exchange emails with J. Atkinson
                             regarding same (0.2); review outline of
                             Disclosure Statement and early draft of Plan,
                             and analyze issues for drafting of Disclosure
                             Statement (0.9).

08/21/06 S Strong        .23 Review and revise proposed changes to
                             confidentiality agreement sent by potential
                             asset purchaser under a plan, and send email to
                             bidder attorney regarding same (0.6); exchange
                             further emails with him regarding same (0.1).

08/21/06 S Strong        .30 Telephone conference with B. Fasel and J. Reed
                             regarding another potential plan funders
                             request for review of committees
                             confidentiality agreements (0.1); telephone
                             conference with E. A. Monson regarding same
                             (0.1); review committees confidentiality
                             agreements and send emails to B. Fasel and J.
                             Reed regarding same (0.7).

08/22/06 P Hunt         3.17 Telephone conference with S. C. Strong and
                             Mesirow team regarding plan and disclosure
                             statement issues (1.1); office conference with
                             S. C. Strong regarding plan and disclosure
                             statement issues (.3); draft plan, including
                             Articles 7-13, and revising Articles 1-7 to
                             include new purchase information (8.1).

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/22/06 A Jarvis          .30  Correspondence on bidders, excluded assets.
                                (1/2 time)

08/22/06 A Jarvis          .20  Further correspondence on bid, comments on
                                same. (1/2 time)

08/22/06 A Jarvis          .40  Telephone conference with S. C. Strong, T.
                                Allison and S. Smith regarding meeting with J.
                                Milanowski and R. Walker; plan negotiations.

08/22/06 A Jarvis          .07  Correspondence on motion for extension of
                                exclusivity.

08/22/06 S Strong         1.27  Participate in conference call with P. Hunt, J.
                                Atkinson, J. Nugent and S. Smith regarding Plan
                                and Disclosure Statement development and issues
                                (0.9); further discussions with P. Hunt
                                regarding Plan and disclosure statement issues
                                (0.5); confer with A. W. Jarvis regarding same
                                (0.3); telephone conference with A. W. Jarvis
                                and S. Smith regarding same (0.2); work on
                                drafting of Disclosure Statement (0.6);
                                participate in conference call with A. W.
                                Jarvis, T. Allison, and S. Smith regarding
                                various Plan issues and proposed purchasers
                                under a Plan (1.1); follow-up discussions with
                                A. W. Jarvis regarding same (0.2).

08/22/06 S Strong          .13  Review confidentiality agreements for two new
                                proposed purchasers under a Plan, and exchange
                                emails with J. Reed regarding same (.4).

08/23/06 P Hunt           2.93  Telephone conference with A. W. Jarvis, S. C.
                                Strong and Mesirow team regarding plan and
                                disclosure statement issues (1.4); draft plan
                                (7.4).

08/23/06 A Jarvis          .20  Conference call with J. Atkinson, S. C. Strong,
                                and B. Fasel regarding potential bidder. (1/2
                                time)

08/23/06 A Jarvis          .30  Conference call with potential lead bidder,
                                negotiations on bid. (1/2 time)

08/23/06 A Jarvis          .10  Conference with S. C. Strong regarding
                                discussion of difficult issues to address in
                                plan. (1/3 time)

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/23/06 A Jarvis        .30  Correspondence on plan issues. (1/3 time)

08/23/06 A Jarvis        .40  Telephone conference with P. Hunt regarding
                              discussion of potential resolution of issues to
                              be included in plan (.2); correspondence on
                              review of plan proposals (.2). (1/3 time)

08/23/06 A Jarvis       1.00  Preparation of bills, fee application.
                              (allocated time)

08/23/06 S Strong       1.07  Participate in telephone conference with A. W.
                              Jarvis and T. Allison regarding Plan issues and
                              developments (0.3); further discussions with A.
                              W. Jarvis regarding same (0.2); participate in
                              telephone conference with RQN and Mesirow Plan
                              and Disclosure Statement teams regarding
                              drafting and development of Plan and Disclosure
                              Statement and related issues (1.3); further
                              discussions with A. W. Jarvis and P. Hunt
                              regarding same (0.2); review and analysis of
                              revised draft of LOI received for bidder(0.4);
                              confer with A. W. Jarvis regarding same (0.1);
                              review of documents and analysis of issues
                              relevant to drafting of Disclosure Statement
                              (0.7).

08/24/06 P Hunt         2.67  Read new sale proposal (potential purchaser)
                              (.5); office conference with S. C. Strong,
                              joined by A. W. Jarvis regarding sale issues
                              and revisions to plan (.7); revision to first
                              bidder plan to include first potential
                              purchaser's new offer (6.8).

08/24/06 A Jarvis        .40  Telephone conference on offer from bidder on
                              FTDF assets.

08/24/06 A Jarvis        .50  Conference call with J. Atkinson and B. Fasel
                              regarding offer of potential bidder. (1/2 time)

08/24/06 A Jarvis        .10  Correspondence with B. J. Kotter regarding
                              preparation of fee application. (1/3 time)

08/24/06 A Jarvis        .20  Correspondence on potential asset purchaser.
                              (1/2 time)

08/24/06 A Jarvis        .10  Correspondence on monthly fee statement
                              (First Trust Deed).

Client No. 34585                                        Page:   10
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


| 08/24/06 A Jarvis | .20 | Correspondence on disclosure statement. (1/3 time) |
|---|---|---|
| 08/24/06 A Jarvis | .20 | Correspondence on claims objections. |
| 08/24/06 A Jarvis | .30 | Correspondence on plan provisions. (1/3 time) |
| 08/24/06 A Jarvis | .20 | Correspondence with P. Hunt regarding plan issues. |
| 08/24/06 A Jarvis | .13 | Correspondence on tax issues (.2); correspondence with S. C. Strong regarding same (.2). |
| 08/24/06 S Strong | .60 | Further review of FTDF operating agreement and proposed distributions to fund members, and exchange emails with C. Pajak and S. Smith regarding same (.6). |
| 08/24/06 S Strong | .20 | Review proposed Plan terms and comments on plan from FTDF committee and ECC committee, and forward same to P. Hunt (.6). |
| 08/24/06 C Hurst | .83 | Research liquidating trust agreements for plan. |
| 08/25/06 K Applegate | .50 | Tax discussion with S. C. Strong on tax and bookkeeping issues for interest and principal payments to the funds. |
| 08/25/06 P Hunt | .27 | Compile and begin review of purchase term sheets (.3) office conferences with S. C. Strong regarding plan issues (.5). |
| 08/25/06 A Jarvis | .50 | Correspondence on plan issues. (1/3 time) |
| 08/25/06 A Jarvis | 6.00 | Draft plan of reorganization. (1/3 time) |
| 08/25/06 A Jarvis | .10 | Telephone conference with S. C. Strong regarding resolution of certain plan issues. |
| 08/25/06 A Jarvis | .10 | Telephone conference with S. C. Strong regarding working out plan concerns. |
| 08/25/06 B Kotter | .07 | Exchange e-mail with M. Haftl regarding Plan issues (.2). |

Client No. 34585                                          Page:    11
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


08/25/06 S Strong          1.30  Exchange emails with A. W. Jarvis regarding
                                 Plan issues (0.4); exchange emails with A.
                                 Landis and committees counsel regarding Plan
                                 exclusivity (0.3); telephone conference with A.
                                 W. Jarvis regarding same (0.3); telephone
                                 conference with R. Charles and A. W. Jarvis
                                 regarding same (0.2); email to committees
                                 counsel regarding debtors position on Plan
                                 negotiations (0.2); telephone conference with
                                 G. Garman regarding same (0.2); voice messages
                                 and email to T. Allison regarding same (0.2);
                                 exchange emails with E. Karasik regarding same
                                 (0.1); confer with P. Hunt regarding various
                                 Plan and Disclosure Statement drafting issues
                                 (0.6); continue work on Disclosure Statement
                                 drafting (1.4).

08/26/06 P Hunt            2.90  Read alternate bids (1.0); office conference
                                 with A. W. Jarvis, S. C. Strong and Mesirow
                                 team regarding plan issues (1.3); read most
                                 recent version of disclosure statement and
                                 comment on same (.9); revise section of
                                 disclosure statement regarding binding nature
                                 of plan (.4); update plan based on changes made
                                 by A. W. Jarvis (4.5) memorandum to A. W.
                                 Jarvis and S. C. Strong regarding inconsistent
                                 provisions in plan, questions to be resolved
                                 (.6).

08/26/06 A Jarvis           .50  Telephone conference with Mesirow, Ray Quinney
                                 & Nebeker attorneys regarding negotiations with
                                 lead bidder, plan issues.

08/26/06 A Jarvis           .10  Telephone conference with S. C. Strong and P.
                                 Hunt regarding unresolved issues in plan. (1/3
                                 time)

08/26/06 A Jarvis          3.80  Draft plan of reorganization. (1/3 time)

08/26/06 S Strong           .40  Telephone conference with S. Smith regarding
                                 FTD fund member distribution issues (0.2);
                                 further review of FTD operating agreement
                                 regarding same (0.2).

08/26/06 S Strong          1.40  Telephone conference with A. W. Jarvis
                                 regarding Plan issues (0.5); participate in
                                 conference call with A. W. Jarvis, P. Hunt, J.
                                 Atkinson, B. Fasel and S. Smith regarding Plan
                                 issues and term sheets (1.0); confer with P.

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


                        Hunt and A. W. Jarvis regarding Plan and
                        Disclosure Statement issues (0.2); review and
                        analysis of various term sheets and proposals
                        for Plan (1.1); further discussions with P.
                        Hunt regarding same (0.2); continue drafting
                        and revising Disclosure Statement (1.2).

08/27/06 P Hunt         2.80  Further revisions/amendments/additions of text
                              to plan.

08/28/06 P Hunt         4.17  Revise and amend provisions of plan regarding
                              trust and executory contracts (6.9); telephone
                              conference with Committee regarding sale, plan
                              and exclusivity issues (1.2); conference with
                              A. W. Jarvis regarding plan issues (.2); draft
                              disclosure statement regarding summary of plan
                              (1.2); attend call with Committee regarding
                              sale negotiations (1.0); read R. Charles
                              proposal and analyze same (1.6); conference
                              with S. C. Strong regarding UCC proposal,
                              analysis for plan, and assignment of tasks
                              (.4).

08/28/06 A Jarvis        .30  Conference with T. Allison and S. C. Strong
                              regarding plan issues, bids on assets. (1/2
                              time)

08/28/06 A Jarvis        .40  Meeting with Mesirow regarding plan issues.
                              (1/3 time)

08/28/06 A Jarvis        .20  Telephone conference with T. Allison regarding
                              plan issues. (1/3 time)

08/28/06 A Jarvis        .20  Telephone conference with T. Allison
                              regarding offer on assets.

08/28/06 A Jarvis       1.10  Draft plan and disclosure statement. (1/3 time)

08/28/06 B Kotter        .03  Brief conference with S. C. Strong regarding
                              research on plan and disclosure statement
                              issues (.1).

Client No. 34585                                          Page:    13
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/28/06 S Strong          2.77  Review and analyze documents for, and drafting
                                 of, Disclosure Statement (2.7); continue
                                 analysis for and drafting of Disclosure
                                 Statement (2.1); continue drafting Disclosure
                                 Statement, and circulate draft to RQN and
                                 Mesirow teams for review and input (0.6);
                                 continue analysis for and drafting of
                                 post-petition events sections of Disclosure
                                 Statement, and circulate same to RQN and
                                 Mesirow teams for review and input (2.9).

08/28/06 S Strong          1.77  Telephone conference with A. W. Jarvis
                                 regarding exclusivity, claims bar date, and
                                 other Plan issues (0.2); confer with A. Tsu
                                 regarding same (0.2); discussions with P. Hunt
                                 regarding Plan issues (0.1); research executory
                                 contracts issue relating to Plan that was
                                 raised on call with committees (0.6); review
                                 email from R. Charles regarding Plan issues,
                                 and telephone conference with B. Fasel and J.
                                 Reed regarding same (0.3); telephone conference
                                 with A. W. Jarvis regarding Plan issues (0.3);
                                 exchange emails with R. Charles, M. Levinson
                                 and S. Freeman regarding Plan issues and
                                 further discussions needed (0.2); review and
                                 analysis of recent revisions to
                                 Plan/Acquisition term sheets (0.6); participate
                                 in conference call with T. Allison, A. W.
                                 Jarvis, J. Hermann, S. Freeman, and R. Charles
                                 regarding Plan issues and negotiations (0.7);
                                 further discussions with P. Hunt regarding plan
                                 and disclosure statement drafting issues (0.3);
                                 further discussion with A. W. Jarvis and P.
                                 Hunt regarding same (0.7); review relevant
                                 documents and draft certain definitions for P.
                                 Hunt for insertion in Plan (1.1).

08/29/06 K Applegate       3.30  Discussion with S. C. Strong on partnership
                                 distributions (.4); extended telephone
                                 conference with the creditors committee on
                                 the capital distributions (.6); review of the
                                 operating agreement (.6); conference with N.
                                 E. Hall on capital distributions (.5);
                                 conference with S. C. Strong on tax
                                 disclosures for the reorganization plan;
                                 review of sample disclosures (1.2).

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/29/06 N Hall          .50  Conference with K. J. Applegate regarding
                              adjustments of capital accounts under
                              operating agreement.

08/29/06 P Hunt         3.17  Participate in Committee conference call
                              regarding plan negotiations (1.2); conference
                              with S. C. Strong and read email from A. W.
                              Jarvis regarding plan drafting issues (.1);
                              draft version of plan for circulation to
                              Committees (1.7); research regarding tax and
                              contract issues for plan (2.6); e-mail to A. W.
                              Jarvis regarding plan (.1); telephone
                              conference with A. W. Jarvis and S. C. Strong
                              regarding plan negotiation issues (.3);
                              conference call with S. C. Strong, A. W.
                              Jarvis, T. Allison and S. Freeman regarding
                              plan negotiations (1.0); revise proposed plan
                              with most recent information (2.5).

08/29/06 A Jarvis       2.10  Draft plan and disclosure statement. (1/3 time)

08/29/06 A Jarvis        .40  Telephone conference with T. Allison
                              regarding bidders, offer letter.

08/29/06 A Jarvis        .30  Telephone conference with Mesirow regarding
                              finalization lead bid.

08/29/06 A Jarvis        .30  Correspondence regarding negotiations on lead
                              bid.

08/29/06 A Jarvis        .30  Correspondence regarding offer letter.

08/29/06 A Jarvis        .30  Correspondence on term sheet for plan. (1/3
                              time)

08/29/06 S Strong       1.70  Exchange emails with C. Pajak and S. Smith
                              regarding FTD member distributions and
                              calculations (0.1); confer with K. J.
                              Applegate regarding same (0.1); telephone
                              conference with S. Smith regarding same
                              (0.2); participate in conference call with S.
                              Smith, C. Pajak and M. Wallace of Stutman
                              regarding method and basis for distributions
                              to FTD fund members (0.8); confer with K. J.
                              Applegate regarding same (0.1); telephone

Client No. 34585                                          Page:    15
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006


                        conference with S. Smith regarding same
                        (0.2); further discussions with K. J.
                        Applegate regarding tax implications of
                        distributions to FTD members (0.2); follow-up
                        telephone conference with C. Pajak regarding
                        preferred returns to FTD members (0.3).

08/29/06 S Strong    1.77  Review voice message from M. Kehl with legal
                        question regarding liquidation analysis for
                        Disclosure Statement (0.1); research regarding
                        same, and telephone conference with M. Kehl
                        regarding same (0.8); continue drafting and
                        revising Disclosure Statement (1.1);
                        participate in telephone conference with RQN
                        and Mesirow teams regarding Plan negotiations
                        and strategies (0.4); further discussions with
                        B. Fasel, A. W. Jarvis and P. Hunt regarding
                        Plan issues (0.2); confer with P. Hunt
                        regarding additional Plan drafting issues
                        (0.2); research regarding tax issues for Plan
                        and Disclosure Statement, and email to A. W.
                        Jarvis, P. Hunt, and K. J. Applegate regarding
                        same (0.7); continue work on Disclosure
                        Statement (0.8); review FTD committees
                        proposed revisions to two draft term sheets,
                        and UCCs proposed revisions to FTD/ECC term
                        sheet for Plan (0.6); confer with A. W. Jarvis
                        regarding various  Plan and Disclosure
                        Statement issues and strategies (0.4).

08/30/06 P Hunt      2.47  Read numerous emails regarding lead bidder
                        decision and amendments to plan (.3);
                        incorporate provisions in UCC term sheet in
                        plan (2.7); revise plan (4.0); attend part of
                        Committees' call regarding exclusivity issues
                        (.4).

08/30/06 A Jarvis     .30  Work on offer letter, asset disposition
                        issues.

08/30/06 A Jarvis    1.00  Revise bid, correspondence regarding issues
                        in bid, committee concerns.

08/30/06 A Jarvis     .40  Conference call with T. Allison regarding
                        asset bids, liquidation alternatives.

08/30/06 A Jarvis     .20  Correspondence on extension of exclusivity.
                        (1/3 time)

```
Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/30/06 S Strong          .80 Telephone conference with S. Smith regarding
                               FTD member distribution issues (0.2);
                               participate in telephone conference with M.
                               Wallace, C. Pajak and S. Smith regarding same
                               (0.5); review email from S. Smith regarding
                               same (0.1).

08/30/06 S Strong         1.20 Email to K. J. Applegate regarding tax issues
                               in Disclosure Statement (0.1); confer with R.
                               H. Madsen regarding litigation issues for
                               Disclosure Statement, and review litigation
                               summary (0.3); telephone conference with local
                               counsels office regarding Disclosure Statement
                               formatting and filing procedures (0.2); review
                               provisions of current draft of Plan, and work
                               on further drafting and revising of Disclosure
                               Statement (1.7); telephone conference with J.
                               Reed regarding liquidation analysis (0.1);
                               telephone conference with A. W. Jarvis, T.
                               Allison and B. Fasel regarding Plan issues
                               (0.2); telephone conference with A. W. Jarvis,
                               Mesirow team and proposed purchaser regarding
                               term sheet and plan issues (0.2); telephone
                               conference with A. W. Jarvis, T. Allison, S.
                               Smith and J. Atkinson regarding Plan issues
                               (0.3); further discussions with A. W. Jarvis
                               regarding same (0.1); telephone conference with
                               A. W. Jarvis and J. Atkinson regarding
                               liquidation analysis for Disclosure Statement
                               (0.4).

08/30/06 S Strong          .27 Telephone conference with T. Allison and J.
                               Atkinson regarding new issues with term sheet
                               from potential purchaser under a plan (0.3);
                               telephone conference with A. W. Jarvis and
                               Mesirow team regarding same (0.3); telephone
                               conference with S. Smith regarding same (0.2).

08/31/06 P Hunt           1.87 Revise plan with new bid (3.2); research
                               Sections 365 and 363 issues for plan (1.6);
                               email memorandum to A. W. Jarvis regarding sale
                               issues (.1); read and analyze Sections 365 and
                               363 regarding plan issues (.5); office
                               conference with S. C. Strong regarding Sections
                               365 and 363 plan issues (.2).

08/31/06 A Jarvis          .10 Telephone conference with T. Allison, E. A.
                               Monson and bidder attorney regarding bidding.

Client No. 34585                                    Page:    17
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/31/06 A Jarvis        .30   Review term sheets, discuss issues, status of
                               bidding with J. Atkinson, T. Allison, B. Fasel
                               and E. A. Monson.

08/31/06 A Jarvis        .10   Telephone conference with S. C. Strong
                               regarding hearing, plan drafting.

08/31/06 S Strong       1.53   Exchange emails with C. Carlyon and L.
                               Schwartzer regarding request to extend
                               exclusivity (0.2); telephone conference with E.
                               A. Monson regarding same (0.1); confer with P.
                               Hunt regarding Plan issues (0.2); review
                               proposed memorandum of law regarding
                               exclusivity from L. Schwartzer, and exchange
                               emails with E. Monson and L. Schwartzer
                               regarding same (0.3); continue drafting and
                               revision Disclosure Statement (3.1); telephone
                               conference with A. W. Jarvis regarding status
                               of negotiations with proposed purchasers under
                               a Plan (0.2); confer with P. Hunt regarding
                               same (0.2); telephone conferences with T.
                               Allison, A. W. Jarvis and B. Fasel regarding
                               more issues concerning plan and proposed
                               purchaser (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                          $29,193.53

"Exhibit G-17"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          October 23, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00020**

**Diversified Committee Relations**

| | | |
|---|---|---|
| 08/01/06 A Jarvis | .10 | Correspondence with committees regarding plan issues. |
| 08/01/06 A Jarvis | .13 | Correspondence with committees regarding plan issues, exclusivity. |
| 08/01/06 A Jarvis | .30 | Draft memo to committees regarding plan, disclosure statement. |
| 08/01/06 B Kotter | 1.30 | Review and analysis of various vendor proposals related to the imaging of documents (2.3); conferences with S. C. Strong regarding vendor selection (.2); review and respond to multiple e-mails regarding vendor selection with Natalie Tanner (.3); phone call with N. Tanner (.1); exchange e-mails with S. C. Strong and A. W. Jarvis (.3); review e-mail from M. Olsen regarding documents located at offsite storage facility that may be responsive to the Joint Request (.1); exchange e-mail with E. A. Monson regarding vendor proposal (.1); additional review of proposals and cost estimates of imaging on OCR costs (1.8). |
| 08/01/06 S Strong | .08 | Review emails from N. Tanner regarding document imaging bids and costs, and exchange emails with A. W. Jarvis regarding same (.3). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/01/06 S Strong          .10 Confer with S. C. Tingey regarding status of
                               loan/collateral summary requested by
                               committees, and find and send to S. C. Tingey a
                               preliminary spreadsheet prepared by Mesirow
                               regarding same (.4).

08/02/06 A Jarvis          .13 Draft e-mail to committees regarding plan
                               negotiations.

08/02/06 B Kotter          .35 Review and respond to multiple e-mails
                               regarding imaging vendors and costs (.6);
                               continued analysis of proposals for A. W.
                               Jarvis and S. C. Strong and draft e-mail
                               regarding same (.8).

08/02/06 S Strong          .05 Exchange emails with B. J. Kotter, E. A. Monson
                               and A. W. Jarvis regarding document imaging
                               project and projected costs in response to
                               committees joint document request (0.2).

08/02/06 S Strong          .15 Exchange emails with M. Haftl and J. Nugent
                               regarding confidentiality agreements signed by
                               potential lenders purchasers, and committees
                               request for same (0.2); confer with A. W.
                               Jarvis regarding undisclosed potential DIP
                               lender, and assist A. W. Jarvis with emails to
                               Mesirow and committees regarding same (0.4).

08/03/06 A Brinkerhoff     .58 Meeting with S. Strong and E. Monson regarding
                               various claims for documents from debtor (.7);
                               meeting with E. Monson regarding background of
                               document review, documents to be scanned,
                               claims of privilege and contours of protective
                               order (1.6).

08/03/06 A Jarvis          .20 Conference with T. Allison, J. Nugent and S.
                               Smith regarding meeting with committees, plan
                               process.

08/03/06 B Kotter          .70 Review e-mail and correspondence to document
                               timeline of response to joint request (1.8);
                               brief conference with A. W. Jarvis regarding
                               same (.2); continued revision and drafting of
                               timeline (.8).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/03/06 E Monson          1.23  Draft e-mail to LeAnne Weiss regarding
                                 financial information put together for joint
                                 committee requests (.2); review e-mails from L.
                                 Schwartzer and A. W. Jarvis regarding committee
                                 requests and issues relating thereto (.3);
                                 discussions with B. J. Kotter regarding joint
                                 committee requests (.4); meet with A. T.
                                 Brinkerhoff and discuss case and go over joint
                                 committee requests (2.3); review e-mails from
                                 B. J. Kotter regarding joint committee requests
                                 (.3); review e-mails from A. W. Jarvis and B.
                                 J. Kotter regarding joint committee requests
                                 (.2); review e-mails from L. Weese regarding
                                 joint committee request (.1); review e-mails
                                 from L. Schwartzer and S. C. Strong regarding
                                 requests from  committees for more information
                                 (.3); work on joint committee requests (.8).

08/03/06 S Strong           .20  Exchange emails with S. Smith regarding
                                 additional information requests from
                                 Diversified Committee (.2).

08/03/06 S Strong           .30  Confer with A. W. Jarvis regarding
                                 Diversified offset and distribution issues,
                                 and telephone conference with M. Levinson
                                 regarding same (.3).

08/03/06 S Strong           .15  Confer with A. W. Jarvis regarding committees
                                 request for meeting and exchange emails with T.
                                 Allison and L. Schwartzer regarding same (0.4);
                                 telephone conference with L. Schwartzer
                                 regarding same (0.2).

08/03/06 S Strong           .08  Review B. J. Kotters timeline of debtors
                                 efforts to respond to joint committees
                                 document requests, confer with A. W. Jarvis
                                 regarding same, and transmit same to Mesirow
                                 team with comments (.3).

08/03/06 S Strong           .18  Telephone conferences with J. Nugent regarding
                                 development of chart requested by committees
                                 reflecting all confidentiality agreements
                                 signed by potential lenders and asset
                                 purchasers, review and edit same, and transmit
                                 to committees counsel (.7).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/04/06 A Jarvis        2.50  Meeting with Diversified Committee
                               professionals regarding recovery of assets on
                               loans.

08/04/06 B Kotter         .35  Review memo circulated to committees by L.
                               Treadway regarding imaging vendors (.3);
                               discussion with E. A. Monson regarding proposal
                               and continued response (.2); draft and
                               circulate e-mail regarding status of joint
                               committee requests and debtors' response (.6);
                               revise e-mail per comments and recirculate
                               (.3).

08/04/06 B Kotter         .45  Review of documents responsive to committee's
                               joint request on CD (1.8).

08/04/06 E Monson         .53  Review and revise e-mail to Committee drafted
                               by B. J. Kotter and discuss revisions with B.
                               J. Kotter (.3); put together documents for A.
                               T. Brinkerhoff in connection with Joint
                               Committee requests and leave voice mail with A.
                               T. Brinkerhoff regarding documents (.5); meet
                               with B. J. Kotter and discuss future course of
                               action on joint committee requests (.3); meet
                               with B. J. Kotter and A. T. Brinkerhoff and
                               discuss issues relating to joint committee
                               requests (.8); draft e-mail to A. W. Jarvis, S.
                               C. Strong and A. T. Brinkerhoff regarding
                               protective order (.2).

08/04/06 S Strong        2.10  Participate in meeting with professionals for
                               Debtors and the Diversified Committee
                               regarding various issues, including
                               strategies for recovery of assets (2.1).

08/07/06 A Brinkerhoff    .68  Meeting with B. Kotter regarding document
                               production procedures (.3); review 8/4/06
                               Memorandum of Shea & Carlyon, Ltd. regarding
                               vendor recommendations (.2); revisions and
                               additions to draft Protective Order (.7);
                               meeting with E. Monson and B. Kotter regarding
                               committees' requests for documents and
                               information and Protective Order (1.5).

```
Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006
```

| | | | |
|---|---|---|---|
| 08/07/06 | K Glade | 1.50 | E-mails to A. Jarvis regarding Diversified inquiry (0.2); review Epic notice of interest prepared by S. Tingey (0.2); telephone call with Diversified attorneys regarding Diversified portfolio (1.1). |
| 08/07/06 | A Jarvis | .70 | Telephone conferences with M. Levinson, J. Hermann and S. C. Tingey regarding Diversified portfolio, agreed course of action. |
| 08/07/06 | A Jarvis | 2.30 | Conference call with M. Levinson, J. Hermann, S. C. Tingey, and K. G. Glade (part of time) regarding Diversified portfolio, agreed course of action. |
| 08/07/06 | A Jarvis | 1.20 | Draft memo regarding agreed course of action on Diversified portfolio. |
| 08/07/06 | A Jarvis | .40 | Correspondence on IP documents. |
| 08/07/06 | A Jarvis | .10 | Correspondence on preparation of materials for committee meetings. |
| 08/07/06 | E Monson | .55 | Work on joint committee requests for information (2.2). |
| 08/07/06 | E Monson | .45 | Meet with B. J. Kotter and A. T. Brinkerhoff to discuss, coordinate and go over joint committee requests (1.8). |
| 08/08/06 | A Brinkerhoff | .15 | Review file rooms and locations of documents subject to Joint Request of Documents from credit committees. |
| 08/08/06 | K Glade | .20 | Conference with S. Tingey regarding 10-90 loan (0.2). |
| 08/08/06 | A Jarvis | .62 | Meetings with Mesirow team in preparation for Committee meetings, plan process. |
| 08/08/06 | A Jarvis | 1.20 | Attend Committee meeting regarding plan options, purchase offers; conferences with committee counsel regarding plan options. |
| 08/08/06 | B Kotter | .05 | Phone call with E. A. Monson regarding response to committee's joint information request (.2). |

```
Client No. 34585                                   Page:    6
Debtor USA Commercial Mortgage Co., et al.         October 23, 2006
```

08/08/06 S Strong          .35  Discussions with A. W. Jarvis regarding various
                                issues to be discussed and presented at meeting
                                today with Committees (1.4).

08/08/06 S Strong          .10  Review email from S. C. Tingey and attached
                                draft of loan detail chart for committees,
                                confer with A. W. Jarvis regarding same, voice
                                mail to S. C. Tingey regarding same, and
                                oversee printing of same for distribution at
                                meeting with committees (.4).

08/08/06 S Strong         1.35  Discussions with A. W. Jarvis, T. Allison and
                                S. Smith in preparation for meeting with
                                Committees, and prepare for meeting (1.3);
                                participate in meeting with Committees
                                regarding various case issues and strategies
                                for moving forward (4.1).

08/09/06 A Brinkerhoff     .25  Further review of file rooms and offices for
                                documents subject to Joint Document Request
                                from committees (1.0).

08/09/06 B Kotter          .08  Call with E. A. Monson and S. C. Strong
                                regarding document production issues (.3).

08/09/06 E Monson          .15  Meet with LeeAnn Weese and A. T. Brinkerhoff to
                                discuss information put together for joint
                                committee requests (.6).

08/09/06 E Monson          .40  Work with A. T. Brinkerhoff on joint committee
                                requests (1.6).

08/10/06 A Jarvis          .07  Correspondence on information being gathered
                                and created for dissemination to committees.

08/10/06 B Kotter          .08  Conference with E. A. Monson regarding response
                                to committee's joint request for information
                                (.3).

08/10/06 R Madsen, II     1.05  Review of documentation with respect to
                                attorney client privileged communication.

08/10/06 E Monson          .17  Work on joint committee request for
                                information.

08/11/06 A Brinkerhoff     .15  Meeting with E. Monson and B. Kotter regarding
                                coordination of work on committees' joint
                                document request.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/11/06 B Kotter          .33  Conference with E. A. Monson and A. T.
                                Brinkerhoff regarding response to Joint
                                Committee Request and continuing production
                                issues (.6); continue review of SEC documents
                                for response to Joint Committee request (.7).

08/11/06 R Madsen, II      .18  Continued due diligence review of documents and
                                creation of privilege log.

08/11/06 E Monson          .15  Conferences with A. T. Brinkerhoff and B. J.
                                Kotter regarding joint committee requests (.6).

08/12/06 A Jarvis          .10  Correspondence on information being gathered
                                and compiled for committees, committee call.

08/13/06 A Jarvis          .20  Review chart prepared for committee;
                                correspondence regarding same.

08/14/06 B Kotter         1.50  Conference with S. C. Tingey regarding
                                committee call and loan spreadsheet (.3);
                                review e-mail from S. C. Tingey and attached
                                loan review spreadsheet in advance of committee
                                call (.4); brief conference with E. A. Monson
                                regarding same (.1); draft e-mail to A. W.
                                Jarvis regarding same (.2); phone call with A.
                                W. Jarvis regarding committee call and
                                circulation of loan file spreadsheet (.2);
                                committee call (.9); phone call with J. Reed
                                regarding circulation of spreadsheet (.1);
                                brief conference with S. C. Tingey regarding
                                spreadsheet circulation (.2); review of
                                replacement spreadsheet and conference with S.
                                C. Tingey regarding same (.2); draft of e-mail
                                to counsel with revised spreadsheet (.2);
                                review of documents responsive to joint
                                committee request (3.2).

08/14/06 E Monson          .22  Participate in committee conference call.

08/15/06 A Jarvis          .05  Correspondence on dissemination of term sheet
                                to Committees.

08/15/06 A Jarvis          .05  Correspondence on Committee document requests.

08/15/06 B Kotter          .25  Continue work on response to joint information
                                request (.8); draft e-mail to L. Treadway
                                regarding imaging (.2).

Client No. 34585                                      Page:    8
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


08/15/06 E Monson        .03  Review e-mail from B. J. Kotter to Lissa
                              regarding joint committee request and vendor
                              issues.

08/16/06 A Jarvis        .40  Conference call with M. Levinson and M.
                              Tucker regarding IP assets, meeting with J.
                              Milanowski's counsel, loan portfolio.

08/16/06 A Jarvis        .50  Meeting with M. Levinson, L. Ernce and R.
                              Charles regarding plan issues for unsecureds
                              and Diversified.

08/16/06 A Jarvis        .10  Correspondence regarding committee meeting.

08/17/06 A Jarvis        .50  Correspondence with T. Allison, with M.
                              Levinson and with S. C. Tingey regarding
                              meeting with J. Milanowski's attorneys.

08/17/06 A Jarvis        .07  Conference with S. Smith and J. Atkinson
                              regarding meeting with committees on plan
                              issues.

08/17/06 A Jarvis        .68  Meeting with committees regarding plan
                              settlement discussions.

08/17/06 B Kotter        .70  Review documents responsive to committees'
                              joint request (2.8).

08/18/06 A Jarvis        .40  Telephone conference with M. Levinson
                              regarding meeting with counsel for J.
                              Milanowski, Ashby, IP issues, LePome motion.

08/18/06 B Kotter        .25  Review and respond to e-mail regarding imaging
                              of various documents (.7); exchange e-mail with
                              S. Smith regarding imaging/copying of loan
                              binders (.3).

08/18/06 S Tingey        .40  Communicate with A. W. Jarvis regarding meeting
                              with Diversified Committee and Milanowski's
                              counsel (0.4).

08/21/06 A Jarvis        .30  Correspondence with M. Levinson regarding
                              meeting with J. Milanowski's lawyers.

08/21/06 A Jarvis        .05  Correspondence on committee call.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

08/21/06 B Kotter        .10 Review and respond to e-mails regarding issues
                             relative to debtor's response to joint
                             committee requests (.4).

08/22/06 A Jarvis        .07 Review correspondence from Unsecured Creditors'
                             Committee.

08/23/06 A Jarvis        .32 Conference call with Committees regarding
                             negotiations on lead bid, plan, update on
                             motions, business operations.

08/23/06 A Jarvis        .30 Conference with Committees regarding plan
                             issues.

08/23/06 S Strong        .33 Participate in weekly conference call of
                             debtors and committees (1.3).

08/28/06 A Jarvis        .40 Meet with Diversified professionals regarding
                             IP issues, Diversified portfolio, IP
                             receivable.

08/28/06 A Jarvis        .40 Conference call with Diversified and UCC
                             professionals regarding plan issues.

08/28/06 A Jarvis        .30 Conference with M. Tucker and C. Harvick
                             regarding plan process (Diversified).

08/28/06 A Jarvis        .10 Conference with Mesirow regarding preparation
                             for Committee call.

08/28/06 A Jarvis        .25 Participate in call with Committee regarding
                             bids on assets, plan, pending motions.

08/28/06 S Strong        .30 Participate in weekly conference call with
                             debtors and committees professionals
                             regarding various issues, including Plan issues
                             and negotiations (1.2).

08/29/06 A Jarvis        .40 Telephone conference with M. Levinson
                             regarding IP issues (Diversified).

08/29/06 A Jarvis       1.10 Conference call with Diversified
                             professionals regarding IP, loan problems
                             (Diversified).

08/29/06 A Jarvis        .25 Conference call with Committees regarding plan
                             issues, pending motions, negotiations on asset
                             sale.

```
Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/29/06 A Jarvis        .22 Conference call with Committees regarding
                             status of negotiations with lead bidder.

08/29/06 S Strong        .48 Participate in conference call with debtors
                             and committees professionals regarding Plan
                             issues and negotiations with potential
                             purchasers under a Plan (1.1); follow-up
                             conference call with committees and debtors
                             professionals regarding Plan negotiating issues
                             (0.8).

08/30/06 A Jarvis        .38 Committee call regarding plan, offer letter,
                             pending motions, exclusivity.

08/30/06 S Strong       1.41 Participate in morning call with debtors and
                             committees regarding procedures/issues for
                             ongoing distributions, issues concerning
                             transfer of LSAs, potential purchasers under
                             a Plan, and other Plan negotiating issues
                             (1.2); participate in afternoon call with
                             debtors and committees regarding Plan issues
                             and exclusivity (0.8); voice message with R.
                             Charles on behalf of committees to A. Landis
                             regarding plan exclusivity (0.2); review
                             emails from R. Charles and A. Landis
                             regarding same (0.3); prepared proposed
                             Stipulated Order to further extend
                             exclusivity at request of committee and
                             circulate same to committees for comment
                             (0.8); telephone conference with C. Pajak
                             regarding error in Stipulation, revise same,
                             and recirculate to Committees (0.4);
                             telephone conference with A. W. Jarvis
                             regarding USTs position on exclusivity, and
                             send follow-up emails to Committees regarding
                             same (0.5); exchange further emails with
                             committees counsel regarding approval and
                             filing of proposed Stipulated Order and
                             emergency motion needed for same (0.7); draft
                             emergency motion for approval of Stipulated
                             Order, and circulate to Committees counsel
                             (0.8).

TOTAL FOR LEGAL SERVICES RENDERED                        $11,083.01