"*Exhibit G-18*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                October 23, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | |
|---|---|---|
| 08/01/06 A Jarvis | .06 | Conference with P. Hunt regarding plan issues, plan drafting. |
| 08/01/06 A Jarvis | 2.34 | Draft disclosure statement, plan revisions. |
| 08/01/06 A Jarvis | .10 | Telephone conference with T. Allison regarding plan issues, negotiations with bidders, exclusivity extension. |
| 08/01/06 A Jarvis | .20 | Telephone conference with J. Atkinson and J. Nugent regarding plan provisions. |
| 08/01/06 E Monson | .30 | Review e-mails from L. Schwartzer regarding opposition to motion to distribute (.1); review e-mails from A. W. Jarvis and S. C. Strong and B. J. Kotter regarding bid proposals (.5); review e-mails from A. W. Jarvis regarding exclusivity period and plan filing (.3). |
| 08/01/06 S Strong | .40 | Telephone conference with R. Walker regarding Diversified security interest in IP equity (0.2); confer with A. W. Jarvis and K. G. Glade regarding same (0.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         October 23, 2006


08/01/06 S Strong        .23 Exchange emails with K. G. Glade regarding
                             collateral information requested by potential
                             purchaser under a Plan (0.2); review signed
                             confidentiality agreement from purchaser under
                             a Plan, and forward same to J. Nugent and J.
                             Reed (0.2); review emails from S. Freeman and
                             A. W. Jarvis regarding plan process issues and
                             exclusivity, and exchange emails with A. W.
                             Jarvis regarding same (0.3).

08/02/06 P Hunt          .37 Read e-mails regarding plan/exclusivity issues
                             (.3); read disclosure statement and determine
                             information needed for plan formation (.3);
                             read new bidder term sheet regarding plan
                             structure (.5).

08/02/06 A Jarvis        .16 Telephone conference with J. Atkinson and J.
                             Nugent regarding plan issues, plan draft.

08/02/06 A Jarvis        .47 Conference call with potential bidder regarding
                             interest, terms of bid.

08/02/06 A Jarvis        .13 Telephone conference with T. Allison, J.
                             Atkinson, J. Reed regarding negotiations with
                             bidder.

08/02/06 A Jarvis        .40 Review and revise plan and disclosure
                             statement.

08/03/06 P Hunt         2.10 Work on plan formation and strategy (.5);
                             review potential bid (.1); draft plan with new
                             information contained in bid (5.7).

08/03/06 A Jarvis        .10 Correspondence regarding bidder inquiries,
                             potential offer.

08/03/06 S Strong        .10 Telephone conference with A. W. Jarvis
                             regarding negotiations with potential purchaser
                             under a plan (0.2); email to T. Allison
                             regarding same (0.1).

08/03/06 S Strong        .17 Discuss case background and Plan drafting
                             issues and strategies with P. Hunt (.5).

08/04/06 P Hunt         2.53 Draft plan.

08/06/06 A Jarvis        .50 Correspondence on plan issues, collection
                             issues, negotiations with bidders.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/07/06  P Hunt          2.23  Draft plan, including drafting of claims
                                procedure and implementation sections (6.7).

08/07/06  A Jarvis         .53  Telephone conference with potential bidders
                                regarding confidential proposal to be submitted
                                by bidder; correspondence regarding same;
                                review of term sheet.

08/07/06  S Strong         .07  Review confidentiality agreements from 2 new
                                proposed purchasers under a plan, and telephone
                                conference with J. Reed regarding same (.2).

08/08/06  P Hunt          1.00  Telephone conference with A. W. Jarvis
                                regarding motion to extend exclusive period
                                (.1) research on Ninth Circuit 1121(d) standard
                                (.7); read cases (.5); review docket to get
                                information on committees (.3); draft motion to
                                approve stipulation on exclusive period (1.4).

08/08/06  A Jarvis         .50  Review purchase offers, presentation prepared
                                for Committee meeting.

08/08/06  A Jarvis         .13  Discussion with T. Allison and S. Smith
                                regarding plan options, committee meeting.

08/08/06  A Jarvis         .10  Correspondence regarding preparation of
                                materials for Committee for plan evaluation.

08/08/06  S Strong         .17  Discussions with T. Allison, J. Atkinson and A.
                                W. Jarvis reorganization strategies and
                                potential purchasers under a plan (.5).

08/09/06  P Hunt           .17  Read e-mail from A. W. Jarvis regarding
                                stipulated order on exclusive periods (.1);
                                draft stipulated order regarding extending
                                exclusive periods (.5).

08/09/06  A Jarvis         .10  Correspondence on order extending exclusivity.

08/09/06  S Strong         .80  Telephone conference with A. W. Jarvis
                                regarding stipulated order needed regarding
                                Plan exclusivity (0.1); confer with P. Hunt
                                regarding exclusivity issues (0.2); prepare
                                draft of stipulation to extend exclusivity and
                                circulate for internal review (0.9); exchange
                                emails with A. Landis regarding exclusivity
                                (0.2); exchange emails with committees counsel
                                regarding same (0.2); exchange emails with A.
                                W. Jarvis regarding same (0.2); revise proposed

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006

|  |  |  |
|---|---|---|
| | | stipulated order regarding exclusivity and transmit to committees counsel for signature (0.3); exchange further emails with committees counsel regarding same (0.3). |
| 08/09/06 S Strong | .03 | Review confidentiality agreement for new proposed purchaser under a plan and email to J. Reed regarding same (.1). |
| 08/10/06 A Jarvis | .33 | Telephone conference with potential bidders, follow up conference with Mesirow regarding same. |
| 08/10/06 A Jarvis | .10 | Correspondence on order for extension of exclusive period. |
| 08/10/06 S Strong | .70 | Review email from C. Pajak regarding changes to stipulation regarding exclusivity, made changes, voice message to A. W. Jarvis and exchange emails with T. Allison regarding same (0.7); confer with P. Hunt and B. J. Kotter regarding same (0.3); regarding-circulate proposed Stipulated Order regarding exclusivity to committees counsel for signature, review responses, and exchange follow-up emails regarding same (0.4); exchange emails with local counsel regarding lodging of proposed stipulated order, and telephone conferences with A. Hosey and L. Dorsey regarding same (0.7). |
| 08/10/06 E Toscano | .30 | Follow-up on title report requests. |
| 08/11/06 A Jarvis | .13 | Correspondence on extension of exclusive period. |
| 08/11/06 E Monson | .10 | Discussions with S. C. Strong regarding issues on extension of exclusivity period and review e-mails (.3). |

```
Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006
```

| 08/11/06 S Strong | .23 | Exchange emails with C. Pajak and A. Jarvis regarding status of Stipulated Order regarding exclusivity (0.2); review docket regarding same and telephone conference with local counsels office regarding same (0.2); review Stipulated Order as entered today, review email from A. Landis regarding same, and email to and telephone conference with A. W. Jarvis regarding same (0.3). |
|---|---|---|
| 08/11/06 S Strong | .07 | Exchange emails with J. Nugent regarding confidentiality agreement from proposed purchaser under a plan (.2). |
| 08/11/06 E Toscano | .30 | Follow-up on title reports related to Epic. |
| 08/12/06 A Jarvis | .10 | Correspondence with potential purchaser regarding discussions with committees. |
| 08/12/06 A Jarvis | .13 | Correspondence with T. Allison regarding plan options. |
| 08/13/06 P Hunt | 1.97 | Read and analyze Bidder 2 letter of intent (.6); revise plan draft with Bidder 2 letter of intent terms (5.3). |
| 08/14/06 A Jarvis | .07 | Telephone conference with potential purchaser regarding discussions with committees, revised term sheet. |
| 08/14/06 A Jarvis | .17 | Telephone conference with T. Allison and B. Faisal regarding sales process, formulation of plan. |
| 08/14/06 A Jarvis | .33 | Conference call with Committees regarding plan discussions. |
| 08/14/06 A Jarvis | .13 | Correspondence regarding plan discussions. |
| 08/14/06 A Jarvis | .07 | Correspondence with potential purchaser regarding further negotiations. |
| 08/15/06 A Jarvis | .10 | Correspondence with potential purchaser. |
| 08/15/06 B Kotter | 1.30 | Review and analysis of Diversified Operating Agreement (1.3). |

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006


08/16/06 A Jarvis        .80 Meeting with potential purchaser, Mesirow team
                             regarding plan issues.

08/16/06 A Jarvis        .50 Meeting with potential purchaser regarding plan
                             options, possible plan structures, committee
                             discussions.

08/16/06 A Jarvis        .17 Correspondence on plan issues, structure.

08/16/06 S Tingey        .60 Revise EPIC acknowledgement consistent with
                             conversations with R. Walker (0.4); memo to J.
                             Hermann and M. Levinson regarding EPIC (0.2).

08/17/06 A Jarvis        .10 Correspondence on potential purchaser, term
                             sheet.

08/17/06 A Jarvis        .10 Correspondence with potential purchaser.

08/17/06 A Jarvis        .07 Correspondence with Mesirow team regarding plan
                             discussions.

08/17/06 A Jarvis        .10 Correspondence with Mesirow regarding plan
                             issues.

08/17/06 R Madsen, II   1.00 Continued documentary and factual research
                             with respect to pending litigation,
                             specifically, Prospect High Income Fund, et
                             al. v. USA Capital Diversified Trust Deed
                             Fund, LLC et al., Eighth Judicial District
                             Court - Clark County, State of Nevada, Case
                             No. 02-A-453232, Filed 7/11/2002; outline of
                             pending issues and local counsel for
                             respective parties.

08/18/06 A Jarvis        .47 Conference call with T. Allison regarding plan
                             issues, Ashby loans, negotiations.

08/18/06 A Jarvis        .13 Conference call with bidder and T. Allison
                             regarding negotiations on bid.

08/18/06 A Jarvis        .30 Conference call with S. C. Strong and J.
                             Atkinson regarding plan, document issues.

08/19/06 A Jarvis        .17 Correspondence on plan issues.

08/21/06 P Hunt          .23 Office conference with A. W. Jarvis and S. C.
                             Strong regarding plan issues (.7).

```
Client No. 34585                                    Page:     7
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

| 08/21/06 | A Jarvis | .30 | Correspondence on suit against Diversified. |
|----------|----------|-----|---------------------------------------------|

08/21/06 A Jarvis        .13  Telephone conference with T. Allison regarding
                              plan issues, IP issues, committee negotiations.

08/21/06 A Jarvis        .07  Correspondence with J. Atkinson regarding
                              disclosure statement.

08/21/06 A Jarvis        .27  Conference with S. C. Strong and P. Hunt
                              regarding plan and disclosure statement
                              provisions, conforming same; discussion of how
                              to treat certain issues and additional
                              information needed.

08/21/06 A Jarvis        .50  Telephone conference with J. Atkinson, S. C.
                              Strong, and T. Allison regarding document
                              issues, meeting with J. Milanowski's attorney.

08/21/06 A Jarvis        .10  Correspondence on plan issues.

08/21/06 A Jarvis        .10  Correspondence on exhibits to plan.

08/21/06 A. Jarvis       .17  Correspondence on disclosure statement.

08/21/06 R Madsen, II   1.30  Communications with Rob Olson, Official
                              Committee of Equity Security Holders of USA
                              Capital Diversified Trust Deed Fund, LLC,
                              regarding Prospect High Income Fund v. USA
                              Capital; research Delaware Bankruptcy Case "In
                              regarding Epic".

08/21/06 S Strong        .30  Review emails from A. W. Jarvis regarding
                              litigation involving Diversified, review form
                              of Joint Privilege Agreement and send same to
                              R. H. Madsen (.3).

08/21/06 S Strong        .63  Meet with A. W. Jarvis and P. Hunt regarding
                              development of Plan and Disclosure Statement
                              (0.8); exchange emails with J. Atkinson
                              regarding same (0.2); review outline of
                              Disclosure Statement and early draft of Plan,
                              and analyze issues for drafting of Disclosure
                              Statement (0.9).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/21/06 S Strong         .23 Review and revise proposed changes to
                              confidentiality agreement sent by potential
                              asset purchaser under a plan, and send email to
                              bidder attorney regarding same (0.6); exchange
                              further emails with him regarding same (0.1).

08/21/06 S Strong         .30 Telephone conference with B. Fasel and J. Reed
                              regarding another potential plan funder's
                              request for review of committees
                              confidentiality agreements (0.1); telephone
                              conference with E. A. Monson regarding same
                              (0.1); review committees confidentiality
                              agreements and send emails to B. Fasel and J.
                              Reed regarding same (0.7).

08/22/06 P Hunt          3.17 Telephone conference with S. C. Strong and
                              Mesirow team regarding plan and disclosure
                              statement issues (1.1); office conference with
                              S. C. Strong regarding plan and disclosure
                              statement issues (.3); draft plan, including
                              Articles 7-13, and revising Articles 1-7 to
                              include new purchase information (8.1).

08/22/06 A Jarvis         .30 Correspondence with M. Levinson regarding
                              Diversified/IP issues.

08/22/06 A Jarvis        1.40 Meet with M. Levinson regarding preparation
                              for negotiations with J. Milanowski on IP
                              issues.

08/22/06 A Jarvis        2.30 Meet with M. Levinson and R. Walker regarding
                              IP issues. (1/2 time)

08/22/06 A Jarvis         .40 Telephone conference with S. C. Strong, T.
                              Allison and S. Smith regarding meeting with J.
                              Milanowski and R. Walker; plan negotiations.

08/22/06 A Jarvis         .07 Correspondence on motion for extension of
                              exclusivity.

08/22/06 R Madsen, II    1.00 Drafting Confidential Joint Privilege Agreement
                              by and among USA Commercial Mortgage Company,
                              USA Capital Realty Advisors, LLC, USA Capital
                              Diversified Trust Deed Fund, LLC, USA Capital
                              First Trust Deed Fund, LLC, USA Securities, LLC
                              (the "Debtors") and the Official Committee of
                              Equity Security Holders of USA Capital
                              Diversified Trust Deed Fund, LLC.

```
Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/22/06 S Strong        1.27  Participate in conference call with P. Hunt, J.
                               Atkinson, J. Nugent and S. Smith regarding Plan
                               and Disclosure Statement development and issues
                               (0.9); further discussions with P. Hunt
                               regarding Plan and disclosure statement issues
                               (0.5); confer with A. W. Jarvis regarding same
                               (0.3); telephone conference with A. W. Jarvis
                               and S. Smith regarding same (0.2); work on
                               drafting of Disclosure Statement (0.6);
                               participate in conference call with A. W.
                               Jarvis, T. Allison, and S. Smith regarding
                               various Plan issues and proposed purchasers
                               under a Plan (1.1); follow-up discussions with
                               A. W. Jarvis regarding same (0.2).

08/22/06 S Strong         .13  Review confidentiality agreements for two new
                               proposed purchasers under a Plan, and exchange
                               emails with J. Reed regarding same (.4).

08/23/06 P Hunt          2.93  Telephone conference with A. W. Jarvis, S. C.
                               Strong and Mesirow team regarding plan and
                               disclosure statement issues (1.4); draft plan
                               (7.4).

08/23/06 A Jarvis         .10  Conference with S. C. Strong regarding
                               discussion of difficult issues to address in
                               plan. (1/3 time)

08/23/06 A Jarvis         .30  Correspondence on plan issues. (1/3 time)

08/23/06 A Jarvis         .40  Telephone conference with R. Wasson and M.
                               Levinson regarding IP issues, collection of
                               receivable. (1/2 time)

08/23/06 A Jarvis         .30  Telephone conference with M. Levinson
                               regarding IP issues, negotiations with J.
                               Milanowski.

08/23/06 A Jarvis         .40  Telephone conference with P. Hunt regarding
                               discussion of potential resolution of issues to
                               be included in plan (.2); correspondence on
                               review of plan proposal (.2). (1/3 time)

08/23/06 A Jarvis        1.00  Preparation of bills, fee application.
                               (allocated time)

Client No. 34585                                        Page:   10
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006

08/23/06 S Strong        1.07  Participate in telephone conference with A. W.
                               Jarvis and T. Allison regarding Plan issues and
                               developments (0.3); further discussions with A.
                               W. Jarvis regarding same (0.2); participate in
                               telephone conference with RQN and Mesirow Plan
                               and Disclosure Statement teams regarding
                               drafting and development of Plan and Disclosure
                               Statement and related issues (1.3); further
                               discussions with A. W. Jarvis and P. Hunt
                               regarding same (0.2); review and analysis of
                               revised draft of LOI received for bidder(0.4);
                               confer with A. W. Jarvis regarding same (0.1);
                               review of documents and analysis of issues
                               relevant to drafting of Disclosure Statement
                               (0.7).

08/23/06 E Toscano        .20  Continue followup with First American Title
                               Company regarding the requested reports on the
                               EPIC Resorts property.

08/24/06 P Hunt          2.67  Read new sale proposal (potential purchaser)
                               (.5); office conference with S. C. Strong,
                               joined by A. W. Jarvis regarding sale issues
                               and revisions to plan (.7); revision to first
                               bidder plan to include first potential
                               purchaser's new offer (6.8).

08/24/06 A Jarvis         .10  Correspondence with B. J. Kotter regarding
                               preparation of fee application. (1/3 time)

08/24/06 A Jarvis         .10  Correspondence on monthly fee statements
                               (Diversified).

08/24/06 A Jarvis         .60  Review Ashby documents and correspondence
                               regarding same.

08/24/06 A Jarvis         .20  Correspondence on disclosure statement. (1/3
                               time)

08/24/06 A Jarvis         .30  Review of information and R. Walker and
                               correspondence regarding same.

08/24/06 A Jarvis         .30  Correspondence on plan provisions. (1/3 time)

08/24/06 A Jarvis         .13  Correspondence on tax issues (.2);
                               correspondence with S. C. Strong regarding same
                               (.2).

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/24/06 S Strong        .20  Review proposed Plan terms and comments on plan
                              from FTDF committee and ECC committee, and
                              forward same to P. Hunt (.6).

08/24/06 C Hurst         .83  Research liquidating trust agreements for plan.

08/25/06 P Hunt          .27  Compile and begin review of purchase term
                              sheets (.3) office conferences with S. C.
                              Strong regarding plan issues (.5).

08/25/06 A Jarvis        .50  Correspondence on plan issues. (1/3 time)

08/25/06 A Jarvis       6.00  Draft plan of reorganization. (1/3 time)

08/25/06 A Jarvis        .10  Telephone conference with S. C. Strong
                              regarding resolution of certain plan issues.

08/25/06 A Jarvis        .10  Telephone conference with S. C. Strong
                              regarding working out plan concerns.

08/25/06 B Kotter        .07  Exchange e-mail with M. Haftl regarding Plan
                              issues (.2).

08/25/06 S Strong       1.30  Exchange emails with A. W. Jarvis regarding
                              Plan issues (0.4); exchange emails with A.
                              Landis and committees counsel regarding Plan
                              exclusivity (0.3); telephone conference with A.
                              W. Jarvis regarding same (0.3); telephone
                              conference with R. Charles and A. W. Jarvis
                              regarding same (0.2); email to committees
                              counsel regarding debtors position on Plan
                              negotiations (0.2); telephone conference with
                              G. Garman regarding same (0.2); voice messages
                              and email to T. Allison regarding same (0.2);
                              exchange emails with E. Karasik regarding same
                              (0.1); confer with P. Hunt regarding various
                              Plan and Disclosure Statement drafting issues
                              (0.6); continue work on Disclosure Statement
                              drafting (1.4).

08/26/06 P Hunt         2.90  Read alternate bids (1.0); office conference
                              with A. W. Jarvis, S. C. Strong and Mesirow
                              team regarding plan issues (1.3); read most
                              recent version of disclosure statement and
                              comment on same (.9); revise section of

Client No. 34585                                      Page:    12
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006

disclosure statement regarding binding nature
of plan (.4); update plan based on changes made
by A. W. Jarvis (4.5) memorandum to A. W.
Jarvis and S. C. Strong regarding inconsistent
provisions in plan, questions to be resolved
(.6).

08/26/06 A Jarvis          .10  Telephone conference with S. C. Strong and P.
                                Hunt regarding unresolved issues in plan. (1/3
                                time)

08/26/06 A Jarvis         3.80  Draft plan of reorganization. (1/3 time)

08/26/06 S Strong         1.40  Telephone conference with A. W. Jarvis
                                regarding Plan issues (0.5); participate in
                                conference call with A. W. Jarvis, P. Hunt, J.
                                Atkinson, B. Fasel and S. Smith regarding Plan
                                issues and term sheets (1.0); confer with P.
                                Hunt and A. W. Jarvis regarding Plan and
                                Disclosure Statement issues (0.2); review and
                                analysis of various term sheets and proposals
                                for Plan (1.1); further discussions with P.
                                Hunt regarding same (0.2); continue drafting
                                and revising Disclosure Statement (1.2).

08/27/06 P Hunt           2.80  Further revisions/amendments/additions of text
                                to plan.

08/28/06 P Hunt           4.17  Revise and amend provisions of plan regarding
                                trust and executory contracts (6.9); telephone
                                conference with Committee regarding sale, plan
                                and exclusivity issues (1.2); office conference
                                with A. W. Jarvis regarding plan issues (.2);
                                draft disclosure statement regarding summary of
                                plan (1.2); attend call with Committee
                                regarding sale negotiations (1.0); read R.
                                Charles proposal and analyze same (1.6); office
                                conference with S. C. Strong regarding UCC
                                proposal, analysis for plan, and assignment of
                                tasks (.4).

08/28/06 A Jarvis          .30  Conference with T. Allison and S. C. Strong
                                regarding plan issues, bids on assets. (1/3
                                time)

```
Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/28/06 A Jarvis        2.00  Meeting with J. Milanowski, counsel, T. Allison
                               and Diversified professionals regarding IP
                               receivable, IP claims, settlement discussions.
                               (1/2 time)

08/28/06 A Jarvis         .40  Meeting with Mesirow regarding plan issues.
                               (1/3 time)

08/28/06 A Jarvis         .20  Telephone conference with T. Allison regarding
                               plan issues. (1/3 time)

08/28/06 A Jarvis        1.10  Draft plan and disclosure statement. (1/3 time)

08/28/06 B Kotter         .03  Brief conference with S. C. Strong regarding
                               research on plan and disclosure statement
                               issues (.1).

08/28/06 S Strong        2.77  Review and analyze documents for, and drafting
                               of, Disclosure Statement (2.7); continue
                               analysis for and drafting of Disclosure
                               Statement (2.1); continue drafting Disclosure
                               Statement, and circulate draft to RQN and
                               Mesirow teams for review and input (0.6);
                               continue analysis for and drafting of
                               post-petition events sections of Disclosure
                               Statement, and circulate same to RQN and
                               Mesirow teams for review and input (2.9).

08/28/06 S Strong        1.77  Telephone conference with A. W. Jarvis
                               regarding exclusivity, claims bar date, and
                               other Plan issues (0.2); confer with A. Tsu
                               regarding same (0.2); discussions with P. Hunt
                               regarding Plan issues (0.1); research executory
                               contracts issue relating to Plan that was
                               raised on call with committees (0.6); review
                               email from R. Charles regarding Plan issues,
                               and telephone conference with B. Fasel and J.
                               Reed regarding same (0.3); telephone conference
                               with A. W. Jarvis regarding Plan issues (0.3);
                               exchange emails with R. Charles, M. Levinson
                               and S. Freeman regarding Plan issues and
                               further discussions needed (0.2); review and
                               analysis of recent revisions to
                               Plan/Acquisition term sheets of RB and SP
                               (0.6); participate in conference call with T.
                               Allison, A. W. Jarvis, J. Hermann, S. Freeman,
                               and R. Charles regarding Plan issues and
                               negotiations (0.7); further discussions with P.

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006

|  |  |  |
|---|---|---|
|  |  | Hunt regarding plan and disclosure statement drafting issues (0.3); further discussion with A. W. Jarvis and P. Hunt regarding same (0.7); review relevant documents and draft certain definitions for P. Hunt for insertion in Plan (1.1). |
| 08/28/06 E Toscano | .20 | Review the preliminary report from First American Title on the Epic Resorts property in Palm Springs; forward same to S. C. Tingey. |
| 08/29/06 P Hunt | 3.17 | Participate in Committee conference call regarding plan negotiations (1.2); office conference with S. C. Strong and read email from A. W. Jarvis regarding plan drafting issues (.1); draft version of plan for circulation to Committees (1.7); research regarding tax and contract issues for plan (2.6); e-mail to A. W. Jarvis regarding plan (.1); telephone conference with A. W. Jarvis and S. C. Strong regarding plan negotiation issues (.3); conference call with S. C. Strong, A. W. Jarvis, T. Allison and S. Freeman regarding plan negotiations (1.0); revise proposed plan with most recent information (2.5). |
| 08/29/06 A Jarvis | 2.10 | Draft plan and disclosure statement. (1/3 time) |
| 08/29/06 A Jarvis | .30 | Correspondence on term sheet for plan. (1/3 time) |
| 08/29/06 S Strong | 1.77 | Review voice message from M. Kehl with legal question regarding liquidation analysis for Disclosure Statement (0.1); research regarding same, and telephone conference with M. Kehl regarding same (0.8); continue drafting and revising Disclosure Statement (1.1); participate in telephone conference with RQN and Mesirow teams regarding Plan negotiations and strategies (0.4); further discussions with B. Fasel, A. W. Jarvis and P. Hunt regarding Plan issues (0.2); confer with P. Hunt regarding additional Plan drafting issues (0.2); research regarding tax issues for Plan and Disclosure Statement, and email to A. W. Jarvis, P. Hunt, and K. J. Applegate regarding |

Client No. 34585                                              Page:    15
Debtor USA Commercial Mortgage Co., et al.                   October 23, 2006

|            |           |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
|------------|-----------|------|
|            |           |      | same (0.7); continue work on Disclosure Statement (0.8); review FTD committees proposed revisions to two draft term sheets, and UCCs proposed revisions to FTD/ECC term sheet for Plan (0.6); confer with A. W. Jarvis regarding various  Plan and Disclosure Statement issues and strategies (0.4). |
| 08/30/06   | P Hunt    | 2.47 | Read numerous emails regarding lead bidder decision and amendments to plan (.3); incorporate provisions in UCC term sheet in plan (2.7); revise plan (4.0); attend part of Committees' call regarding exclusivity issues (.4). |
| 08/30/06   | A Jarvis  | .20  | Correspondence on extension of exclusivity. (1/3 time) |
| 08/30/06   | A Jarvis  | .20  | Correspondence on information requests on IP. |
| 08/30/06   | S Strong  | 1.20 | Email to K. J. Applegate regarding tax issues in Disclosure Statement (0.1); confer with R. H. Madsen regarding litigation issues for Disclosure Statement, and review litigation summary (0.3); telephone conference with local counsels office regarding Disclosure Statement formatting and filing procedures (0.2); review provisions of current draft of Plan, and work on further drafting and revising of Disclosure Statement (1.7); telephone conference with J. Reed regarding liquidation analysis (0.1); telephone conference with A. W. Jarvis, T. Allison and B. Fasel regarding Plan issues (0.2); telephone conference with A. W. Jarvis, Mesirow team and proposed purchaser regarding term sheet and plan issues (0.2); telephone conference with A. W. Jarvis, T. Allison, S. Smith and J. Atkinson regarding Plan issues (0.3); further discussions with A. W. Jarvis regarding same (0.1); telephone conference with A. W. Jarvis and J. Atkinson regarding liquidation analysis for Disclosure Statement (0.4). |

```
Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/30/06 S Strong          .27  Telephone conference with T. Allison and J.
                                Atkinson regarding new issues with term sheet
                                from potential purchaser under a plan (0.3);
                                telephone conference with A. W. Jarvis and
                                Mesirow team regarding same (0.3); telephone
                                conference with S. Smith regarding same (0.2).

08/30/06 E Toscano         .20  Review emails from A. W. Jarvis and others
                                regarding a title report issue; follow up
                                with S. C. Tingey and others regarding same.

08/31/06 P Hunt           1.87  Revise plan with new bid (3.2); research
                                Sections 365 and 363 issues for plan (1.6);
                                email memorandum to A. W. Jarvis regarding sale
                                issues (.1); read and analyze Sections 365 and
                                363 regarding plan issues (.5); office
                                conference with S. C. Strong regarding Sections
                                365 and 363 plan issues (.2).

08/31/06 A Jarvis          .10  Telephone conference with T. Allison, E. A.
                                Monson and bidder attorney regarding bidding.

08/31/06 A Jarvis          .30  Review term sheets, discuss issues, status of
                                bidding with J. Atkinson, T. Allison, B. Fasel
                                and E. A. Monson.

08/31/06 A Jarvis          .10  Telephone conference with S. C. Strong
                                regarding hearing, plan drafting.

08/31/06 S Strong         1.53  Exchange emails with C. Carlyon and L.
                                Schwartzer regarding request to extend
                                exclusivity (0.2); telephone conference with E.
                                A. Monson regarding same (0.1); confer with P.
                                Hunt regarding Plan issues (0.2); review
                                proposed memorandum of law regarding
                                exclusivity from L. Schwartzer, and exchange
                                emails with E. Monson and L. Schwartzer
                                regarding same (0.3); continue drafting and
                                revision Disclosure Statement (3.1); telephone
                                conference with A. W. Jarvis regarding status
                                of negotiations with proposed purchasers under
                                a Plan (0.2); confer with P. Hunt regarding
                                same (0.2); telephone conferences with T.
                                Allison, A. W. Jarvis and B. Fasel regarding
                                more issues concerning plan and proposed
                                purchaser (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                        $27,781.53

"Exhibit G-19"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    October 23, 2006
Las Vegas, NV  89121                                       Invoice No.  ******


For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00021

Unsecured Creditors Committee Relations

| | | | |
|---|---|---|---|
| 08/01/06 | A Jarvis | .10 | Correspondence with committees regarding plan issues. |
| 08/01/06 | A Jarvis | .13 | Correspondence with committees regarding plan issues, exclusivity. |
| 08/01/06 | A Jarvis | .30 | Draft memo to committees regarding plan, disclosure statement. |
| 08/01/06 | B Kotter | 1.30 | Review and analysis of various vendor proposals related to the imaging of documents (2.3); conferences with S. C. Strong regarding vendor selection (.2); review and respond to multiple e-mails regarding vendor selection with Natalie Tanner (.3); phone call with N. Tanner (.1); exchange e-mails with S. C. Strong and A. W. Jarvis (.3); review e-mail from M. Olsen regarding documents located at offsite storage facility that may be responsive to the Joint Request (.1); exchange e-mail with E. A. Monson regarding vendor proposal (.1); additional review of proposals and cost estimates of imaging on OCR costs (1.8). |
| 08/01/06 | S Strong | .08 | Review emails from N. Tanner regarding document imaging bids and costs, and exchange emails with A. W. Jarvis regarding same (.3). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006
```

08/01/06 S Strong        .10 Confer with S. C. Tingey regarding status of
                             loan/collateral summary requested by
                             committees, and find and send to S. C. Tingey a
                             preliminary spreadsheet prepared by Mesirow
                             regarding same (.4).

08/02/06 A Jarvis        .13 Draft e-mail to committees regarding plan
                             negotiations.

08/02/06 B Kotter        .35 Review and respond to multiple e-mails
                             regarding imaging vendors and costs (.6);
                             continued analysis of proposals for A. W.
                             Jarvis and S. C. Strong and draft e-mail
                             regarding same (.8).

08/02/06 S Strong        .05 Exchange emails with B. J. Kotter, E. A. Monson
                             and A. W. Jarvis regarding document imaging
                             project and projected costs in response to
                             committees joint document request (0.2).

08/02/06 S Strong        .15 Exchange emails with M. Haftl and J. Nugent
                             regarding confidentiality agreements signed by
                             potential lenders and purchasers, and
                             committees request for same (0.2); confer with
                             A. W. Jarvis regarding undisclosed potential
                             DIP lender, and assist A. W. Jarvis with emails
                             to Mesirow and committees regarding same (0.4).

08/03/06 A Brinkerhoff   .58 Meeting with S. Strong and E. Monson regarding
                             various claims for documents from debtor (.7);
                             meeting with E. Monson regarding background of
                             document review, documents to be scanned,
                             claims of privilege and contours of protective
                             order (1.6).

08/03/06 A Jarvis        .20 Conference with T. Allison, J. Nugent and S.
                             Smith regarding meeting with committees, plan
                             process.

08/03/06 B Kotter        .70 Review e-mail and correspondence to document
                             timeline of response to joint request (1.8);
                             brief conference with A. W. Jarvis regarding
                             same (.2); continued revision and drafting of
                             timeline (.8).
```

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006


08/03/06 E Monson        1.23  Draft e-mail to LeAnne Weiss regarding
                               financial information put together for joint
                               committee requests (.2); review e-mails from L.
                               Schwartzer and A. W. Jarvis regarding committee
                               requests and issues relating thereto (.3);
                               discussions with B. J. Kotter regarding joint
                               committee requests (.4); meet with A. T.
                               Brinkerhoff and discuss case and go over joint
                               committee requests (2.3); review e-mails from
                               B. J. Kotter regarding joint committee requests
                               (.3); review e-mails from A. W. Jarvis and B.
                               J. Kotter regarding joint committee requests
                               (.2); review e-mails from L. Weese regarding
                               joint committee request (.1); review e-mails
                               from L. Schwartzer and S. C. Strong regarding
                               requests from  committees for more information
                               (.3); work on joint committee requests (.8).

08/03/06 S Strong         .15  Confer with A. W. Jarvis regarding committees
                               request for meeting and exchange emails with T.
                               Allison and L. Schwartzer regarding same (0.4);
                               telephone conference with L. Schwartzer
                               regarding same (0.2).

08/03/06 S Strong         .08  Review B. J. Kotters timeline of debtors
                               efforts to respond to joint committees
                               document requests, confer with A. W. Jarvis
                               regarding same, and transmit same to Mesirow
                               team with comments (.3).

08/03/06 S Strong         .18  Telephone conferences with J. Nugent regarding
                               development of chart requested by committees
                               reflecting all confidentiality agreements
                               signed by potential lenders and asset
                               purchasers, review and edit same, and transmit
                               to committees counsel (.7).

08/04/06 B Kotter         .35  Review memo circulated to committees by L.
                               Treadway regarding imaging vendors (.3);
                               discussion with E. A. Monson regarding proposal
                               and continued response (.2); draft and
                               circulate e-mail regarding status of joint
                               committee requests and debtors' response (.6);
                               revise e-mail per comments and recirculate
                               (.3).

08/04/06 B Kotter         .45  Review of documents responsive to committee's
                               joint request on CD (1.8).

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006

08/04/06 E Monson          .53 Review and revise e-mail to Committee drafted
                               by B. J. Kotter and discuss revisions with B.
                               J. Kotter (.3); put together documents for A.
                               T. Brinkerhoff in connection with Joint
                               Committee requests and leave voice mail with A.
                               T. Brinkerhoff regarding documents (.5); meet
                               with B. J. Kotter and discuss future course of
                               action on joint committee requests (.3); meet
                               with B. J. Kotter and A. T. Brinkerhoff and
                               discuss issues relating to joint committee
                               requests (.8); draft e-mail to A. W. Jarvis, S.
                               C. Strong and A. T. Brinkerhoff regarding
                               protective order (.2).

08/07/06 A Brinkerhoff     .68 Meeting with B. Kotter regarding document
                               production procedures (.3); review 8/4/06
                               Memorandum of Shea & Carlyon, Ltd. regarding
                               vendor recommendations (.2); revisions and
                               additions to draft Protective Order (.7);
                               meeting with E. Monson and B. Kotter regarding
                               committees' requests for documents and
                               information and Protective Order (1.5).

08/07/06 A Jarvis          .10 Correspondence on preparation of materials for
                               committee meetings.

08/07/06 E Monson          .55 Work on joint committee requests for
                               information (2.2).

08/07/06 E Monson          .45 Meet with B. J. Kotter and A. T. Brinkerhoff to
                               discuss, coordinate and go over joint committee
                               requests (1.8).

08/08/06 A Brinkerhoff     .15 Review file rooms and locations of documents
                               subject to Joint Request of Documents from
                               credit committees.

08/08/06 A Jarvis          .62 Meetings with Mesirow team in preparation for
                               Committee meetings, plan process.

08/08/06 A Jarvis         1.20 Attend Committee meeting regarding plan
                               options, purchase offers; conferences with
                               committee counsel regarding plan options.

08/08/06 B Kotter          .05 Phone call with E. A. Monson regarding response
                               to committee's joint information request (.2).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/08/06 S Strong          .35 Discussions with A. W. Jarvis regarding various
                               issues to be discussed and presented at meeting
                               today with Committees (1.4).

08/08/06 S Strong          .10 Review email from S. C. Tingey and attached
                               draft of loan detail chart for committees,
                               confer with A. W. Jarvis regarding same, voice
                               mail to S. C. Tingey regarding same, and
                               oversee printing of same for distribution at
                               meeting with committees (.4).

08/08/06 S Strong         1.35 Discussions with A. W. Jarvis, T. Allison and
                               S. Smith in preparation for meeting with
                               Committees, and prepare for meeting (1.3);
                               participate in meeting with Committees
                               regarding various case issues and strategies
                               for moving forward (4.1).

08/09/06 A Brinkerhoff     .25 Further review of file rooms and offices for
                               documents subject to Joint Document Request
                               from committees (1.0).

08/09/06 B Kotter          .08 Call with E. A. Monson and S. C. Strong
                               regarding document production issues (.3).

08/09/06 E Monson          .15 Meet with LeeAnn Weese and A. T. Brinkerhoff to
                               discuss information put together for joint
                               committee requests (.6).

08/09/06 E Monson          .40 Work with A. T. Brinkerhoff on joint committee
                               requests (1.6).

08/09/06 S Strong          .10 Review and approve proposed order regarding
                               UCCs retention of Sierra (.1).

08/10/06 A Jarvis          .07 Correspondence on information being gathered
                               and created for dissemination to committees.

08/10/06 B Kotter          .08 Conference with E. A. Monson regarding response
                               to committee's joint request for information
                               (.3).

08/10/06 R Madsen, II     1.05 Review of documentation with respect to
                               attorney client privileged communication.

08/10/06 E Monson          .17 Work on joint committee request for
                               information.

Client No. 34585                                     Page:    6
Debtor USA Commercial Mortgage Co., et al.           October 23, 2006

08/11/06 A Brinkerhoff    .15   Meeting with E. Monson and B. Kotter regarding
                                coordination of work on committees' joint
                                document request.

08/11/06 B Kotter         .33   Conference with E. A. Monson and A. T.
                                Brinkerhoff regarding response to Joint
                                Committee Request and continuing production
                                issues (.6); continue review of SEC documents
                                for response to Joint Committee request (.7).

08/11/06 R Madsen, II     .18   Continued due diligence review of documents and
                                creation of privilege log.

08/11/06 E Monson         .15   Conferences with A. T. Brinkerhoff and B. J.
                                Kotter regarding joint committee requests (.6).

08/12/06 A Jarvis         .10   Correspondence on information being gathered
                                and compiled for committees, committee call.

08/13/06 A Jarvis         .20   Review chart prepared for committee;
                                correspondence regarding same.

08/14/06 B Kotter        1.50   Conference with S. C. Tingey regarding
                                committee call and loan spreadsheet (.3);
                                review e-mail from S. C. Tingey and attached
                                loan review spreadsheet in advance of committee
                                call (.4); brief conference with E. A. Monson
                                regarding same (.1); draft e-mail to A. W.
                                Jarvis regarding same (.2); phone call with A.
                                W. Jarvis regarding committee call and
                                circulation of loan file spreadsheet (.2);
                                committee call (.9); phone call with J. Reed
                                regarding circulation of spreadsheet (.1);
                                brief conference with S. C. Tingey regarding
                                spreadsheet circulation (.2); review of
                                replacement spreadsheet and conference with S.
                                C. Tingey regarding same (.2); draft of e-mail
                                to counsel with revised spreadsheet (.2);
                                review of documents responsive to joint
                                committee request (3.2).

08/14/06 E Monson         .22   Participate in committee conference call.

08/15/06 A Jarvis         .05   Correspondence on dissemination of term sheet
                                to Committees.

08/15/06 A Jarvis         .05   Correspondence on Committee document requests.

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.                October 23, 2006

08/15/06 B Kotter        .25  Continue work on response to joint information
                              request (.8); draft e-mail to L. Treadway
                              regarding imaging (.2).

08/15/06 E Monson        .40  Review e-mail from R. Charles and draft of
                              complaint on pre-petition payments (.4).

08/15/06 E Monson        .03  Review e-mail from B. J. Kotter to Lissa
                              regarding joint committee request and vendor
                              issues.

08/16/06 A Jarvis        .40  Conference with S. Smith, J. Atkinson and R.
                              Charles regarding IP issues, lender
                              collection issues, plan issues for unsecured
                              creditors.

08/16/06 A Jarvis        .50  Meeting with M. Levinson, L. Ernce and R.
                              Charles regarding plan issues for unsecureds
                              and Diversified.

08/16/06 A Jarvis        .10  Correspondence regarding committee meeting.

08/17/06 A Jarvis        .07  Conference with S. Smith and J. Atkinson
                              regarding meeting with committees on plan
                              issues.

08/17/06 A Jarvis        .68  Meeting with committees regarding plan
                              settlement discussions.

08/17/06 B Kotter        .70  Review documents responsive to committees'
                              joint request (2.8).

08/18/06 B Kotter        .25  Review and respond to e-mail regarding imaging
                              of various documents (.7); exchange e-mail with
                              S. Smith regarding imaging/copying of loan
                              binders (.3).

08/21/06 A Jarvis        .05  Correspondence on committee call.

08/21/06 B Kotter        .10  Review and respond to e-mails regarding issues
                              relative to debtor's response to joint
                              committee requests (.4).

08/22/06 A Jarvis        .07  Review correspondence from Unsecured Creditors'
                              Committee.

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          October 23, 2006


08/23/06 A Jarvis      .33 Conference call with Committees regarding
                           negotiations on lead bid, plan, update on
                           motions, business operations.

08/23/06 A Jarvis      .30 Conference with Committees regarding plan
                           issues.

08/23/06 S Strong      .33 Participate in weekly conference call of
                           debtors and committees (1.3).

08/24/06 A Jarvis      .20 Review letter from UCC.

08/24/06 S Strong      .30 Exchange emails with A. W. Jarvis regarding
                           letter to letter to investors proposed by UCC
                           regarding recovery of prepaid interest, and
                           review revised draft of same (.3).

08/28/06 A Jarvis      .40 Conference call with Diversified and UCC
                           professionals regarding plan issues.

08/28/06 A Jarvis      .10 Conference with Mesirow regarding preparation
                           for Committee call.

08/28/06 A Jarvis      .25 Participate in call with Committee regarding
                           bids on assets, plan, pending motions.

08/28/06 E Monson      .80 Participate in conference call with A. W.
                           Jarvis, T. Allison, S. C. Strong, P. Hunt,
                           and counsel by UCC to discuss plan and other
                           issues in case (.8).

08/28/06 S Strong      .30 Participate in weekly conference call with
                           debtors and committees professionals
                           regarding various issues, including Plan issues
                           and negotiations (1.2).

08/29/06 A Jarvis      .25 Conference call with Committees regarding plan
                           issues, pending motions, negotiations on asset
                           sale.

08/29/06 A Jarvis      .22 Conference call with Committees regarding
                           status of negotiations with lead bidder.

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.              October 23, 2006


08/29/06 S Strong        .70 Telephone conference with S. Smith and A. W.
                             Jarvis regarding letter requested by UCC to
                             recipients of distributions (0.2); review
                             final revisions to letter, and telephone
                             conference with S. Smith regarding same
                             (0.2); review email from S. Smith with final
                             copy of letter (0.1); email copy of final
                             letter to S. Freeman and R. Charles with
                             explanation (0.2).

08/29/06 S Strong        .48 Participate in conference call with debtors
                             and committees professionals regarding Plan
                             issues and negotiations with potential
                             purchasers under a Plan (1.1); follow-up
                             conference call with committees and debtors
                             professionals regarding Plan negotiating issues
                             (0.8).

08/30/06 A Jarvis        .38 Committee call regarding plan, offer letter,
                             pending motions, exclusivity.

08/30/06 S Strong       1.43 Participate in morning call with debtors and
                             committees regarding procedures/issues for
                             ongoing distributions, issues concerning
                             transfer of LSAs, potential purchasers under a
                             Plan, and other Plan negotiating issues (1.2);
                             participate in afternoon call with debtors and
                             committees regarding Plan issues and
                             exclusivity (0.8); voice message with R.
                             Charles on behalf of committees to A. Landis
                             regarding plan exclusivity (0.2); review emails
                             from R. Charles and A. Landis regarding same
                             (0.3); prepared proposed Stipulated Order to
                             further extend exclusivity at request of
                             committee and circulate same to committees for
                             comment (0.8); telephone conference with C.
                             Pajak regarding error in Stipulation, revise
                             same, and recirculate to Committees (0.4);
                             telephone conference with A. W. Jarvis
                             regarding USTs position on exclusivity, and
                             send follow-up emails to Committees regarding
                             same (0.5); exchange further emails with
                             committees counsel regarding approval and
                             filing of proposed Stipulated Order and
                             emergency motion needed for same (0.7); draft
                             emergency motion for approval of Stipulated
                             Order, and circulate to Committees counsel
                             (0.8).

Client No. 34585                                           Page:    10
Debtor USA Commercial Mortgage Co., et al.                 October 23, 2006


08/31/06 E Monson          .40 Participate in conference call with A. W.
                               Jarvis, T. Allison, Mike Tucker, and J.
                               Herman (.4).


TOTAL FOR LEGAL SERVICES RENDERED                              $7,277.99