*"Exhibit G-20"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

October 23, 2006
Invoice No. ******

For Legal Services Rendered Through August 31, 2006

Thomas J. Allison

Matter No. 34585-00022

Executory Contracts Committee Relations

| | | | |
|---|---|---|---|
| 08/01/06 A Jarvis | .10 | Correspondence with committees regarding plan issues. | |
| 08/01/06 A Jarvis | .30 | Draft memo to committees regarding plan, disclosure statement. | |
| 08/01/06 A Jarvis | .13 | Correspondence with committees regarding plan issues, exclusivity. | |
| 08/01/06 B Kotter | 1.30 | Review and analysis of various vendor proposals related to the imaging of documents (2.3); conferences with S. C. Strong regarding vendor selection (.2); review and respond to multiple e-mails regarding vendor selection with Natalie Tanner (.3); phone call with N. Tanner (.1); exchange e-mails with S. C. Strong and A. W. Jarvis (.3); review e-mail from M. Olsen regarding documents located at offsite storage facility that may be responsive to the Joint Request (.1); exchange e-mail with E. A. Monson regarding vendor proposal (.1); additional review of proposals and cost estimates of imaging on OCR costs (1.8). | |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/01/06 S Strong        .10 Confer with S. C. Tingey regarding status of
                             loan/collateral summary requested by
                             committees, and find and send to S. C. Tingey
                             a preliminary spreadsheet prepared by Mesirow
                             regarding same (.4).

08/01/06 S Strong        .08 Review emails from N. Tanner regarding document
                             imaging bids and costs, and exchange emails
                             with A. W. Jarvis regarding same (.3).

08/02/06 A Jarvis        .12 Draft e-mail to committees regarding plan
                             negotiations.

08/02/06 B Kotter        .35 Review and respond to multiple e-mails
                             regarding imaging vendors and costs (.6);
                             continued analysis of proposals for A. W.
                             Jarvis and S. C. Strong and draft e-mail
                             regarding same (.8).

08/02/06 S Strong        .05 Exchange emails with B. J. Kotter, E. A.
                             Monson and A. W. Jarvis regarding document
                             imaging project and projected costs in
                             response to committees joint document
                             request (0.2).

08/02/06 S Strong        .15 Exchange emails with M. Haftl and J. Nugent
                             regarding confidentiality agreements signed by
                             potential lenders purchasers, and committees
                             request for same (0.2); confer with A. W.
                             Jarvis regarding undisclosed potential DIP
                             lender, and assist A. W. Jarvis with emails to
                             Mesirow and committees regarding same (0.4).

08/03/06 A Brinkerhoff   .57 Meeting with S. Strong and E. Monson regarding
                             various claims for documents from debtor (.7);
                             meeting with E. Monson regarding background of
                             document review, documents to be scanned,
                             claims of privilege and contours of protective
                             order (1.6).

08/03/06 A Jarvis        .20 Conference with T. Allison, J. Nugent and S.
                             Smith regarding meeting with committees, plan
                             process.

Client No. 34585                                           Page:    3
Debtor USA Commercial Mortgage Co., et al.                 October 23, 2006


08/03/06 B Kotter      .70   Review e-mail and correspondence to document
                             timeline of response to joint request (1.8);
                             brief conference with A. W. Jarvis regarding
                             same (.2); continued revision and drafting of
                             timeline (.8).

08/03/06 E Monson     1.22   Draft e-mail to LeAnne Weiss regarding
                             financial information put together for joint
                             committee requests (.2); review e-mails from L.
                             Schwartzer and A. W. Jarvis regarding committee
                             requests and issues relating thereto (.3);
                             discussions with B. J. Kotter regarding joint
                             committee requests (.4); meet with A. T.
                             Brinkerhoff and discuss case and go over joint
                             committee requests (2.3); review e-mails from
                             B. J. Kotter regarding joint committee requests
                             (.3); review e-mails from A. W. Jarvis and B.
                             J. Kotter regarding joint committee requests
                             (.2); review e-mails from L. Weese regarding
                             joint committee request (.1); review e-mails
                             from L. Schwartzer and S. C. Strong regarding
                             requests from  committees for more information
                             (.3); work on joint committee requests (.8).

08/03/06 S Strong      .15   Confer with A. W. Jarvis regarding committees
                             request for meeting and exchange emails with T.
                             Allison and L. Schwartzer regarding same (0.4);
                             telephone conference with L. Schwartzer
                             regarding same (0.2).

08/03/06 S Strong      .08   Review B. J. Kotters timeline of debtors
                             efforts to respond to joint committees
                             document requests, confer with A. W. Jarvis
                             regarding same, and transmit same to Mesirow
                             team with comments (.3).

08/03/06 S Strong      .18   Telephone conferences with J. Nugent regarding
                             development of chart requested by committees
                             reflecting all confidentiality agreements
                             signed by potential lenders and asset
                             purchasers, review and edit same, and transmit
                             to committees counsel (.7).

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006


08/04/06 B Kotter        .35 Review memo circulated to committees by L.
                             Treadway regarding imaging vendors (.3);
                             discussion with E. A. Monson regarding
                             proposal and continued response (.2); draft
                             and circulate e-mail regarding status of
                             joint committee requests and debtors'
                             response (.6); revise e-mail per comments and
                             recirculate (.3).

08/04/06 B Kotter        .45 Review of documents responsive to committee's
                             joint request on CD (1.8).

08/04/06 E Monson        .52 Review and revise e-mail to Committee drafted
                             by B. J. Kotter and discuss revisions with B.
                             J. Kotter (.3); put together documents for A.
                             T. Brinkerhoff in connection with Joint
                             Committee requests and leave voice mail with A.
                             T. Brinkerhoff regarding documents (.5); meet
                             with B. J. Kotter and discuss future course of
                             action on joint committee requests (.3); meet
                             with B. J. Kotter and A. T. Brinkerhoff and
                             discuss issues relating to joint committee
                             requests (.8); draft e-mail to A. W. Jarvis, S.
                             C. Strong and A. T. Brinkerhoff regarding
                             protective order (.2).

08/07/06 A Brinkerhoff   .67 Meeting with B. Kotter regarding document
                             production procedures (.3); review 8/4/06
                             Memorandum of Shea & Carlyon, Ltd. regarding
                             vendor recommendations (.2); revisions and
                             additions to draft Protective Order (.7);
                             meeting with E. Monson and B. Kotter regarding
                             committees' requests for documents and
                             information and Protective Order (1.5).

08/07/06 A Jarvis        .10 Correspondence on preparation of materials
                             for committee meetings.

08/07/06 E Monson        .55 Work on joint committee requests for
                             information (2.2).

08/07/06 E Monson        .45 Meet with B. J. Kotter and A. T. Brinkerhoff
                             to discuss, coordinate and go over joint
                             committee requests (1.8).

08/08/06 A Brinkerhoff   .15 Review file rooms and locations of documents
                             subject to Joint Request of Documents from
                             credit committees.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             October 23, 2006


08/08/06 A Jarvis        1.20  Attend Committee meeting regarding plan
                               options, purchase offers; conferences with
                               committee counsel regarding plan options.

08/08/06 A Jarvis         .63  Meetings with Mesirow team in preparation for
                               Committee meetings, plan process.

08/08/06 B Kotter         .05  Phone call with E. A. Monson regarding
                               response to committee's joint information
                               request (.2).

08/08/06 S Strong         .35  Discussions with A. W. Jarvis regarding
                               various issues to be discussed and presented
                               at meeting today with Committees (1.4).

08/08/06 S Strong         .10  Review email from S. C. Tingey and attached
                               draft of loan detail chart for committees,
                               confer with A. W. Jarvis regarding same,
                               voice mail to S. C. Tingey regarding same,
                               and oversee printing of same for distribution
                               at meeting with committees (.4).

08/08/06 S Strong        1.35  Discussions with A. W. Jarvis, T. Allison and
                               S. Smith in preparation for meeting with
                               Committees, and prepare for meeting (1.3);
                               participate in meeting with Committees
                               regarding various case issues and strategies
                               for moving forward (4.1).

08/09/06 A Brinkerhoff    .25  Further review of file rooms and offices for
                               documents subject to Joint Document Request
                               from committees (1.0).

08/09/06 B Kotter         .07  Call with E. A. Monson and S. C. Strong
                               regarding document production issues (.3).

08/09/06 E Monson         .15  Meet with LeeAnn Weese and A. T. Brinkerhoff
                               to discuss information put together for joint
                               committee requests (.6).

08/09/06 E Monson         .40  Work with A. T. Brinkerhoff on joint committee
                               requests (1.6).

08/10/06 A Jarvis         .08  Correspondence on information being gathered
                               and created for dissemination to committees.

Client No. 34585                                                  Page:     6
Debtor USA Commercial Mortgage Co., et al.                        October 23, 2006


08/10/06 B Kotter          .07  Conference with E. A. Monson regarding response
                                to committee's joint request for information
                                (.3).

08/10/06 R Madsen, II     1.05  Review of documentation with respect to
                                attorney client privileged communication.

08/10/06 E Monson          .18  Work on joint committee request for
                                information.

08/11/06 A Brinkerhoff     .15  Meeting with E. Monson and B. Kotter
                                regarding coordination of work on committees'
                                joint document request.

08/11/06 B Kotter          .32  Conference with E. A. Monson and A. T.
                                Brinkerhoff regarding response to Joint
                                Committee Request and continuing production
                                issues (.6); continue review of SEC documents
                                for response to Joint Committee request (.7).

08/11/06 R Madsen, II      .18  Continued due diligence review of documents and
                                creation of privilege log.

08/11/06 E Monson          .15  Conferences with A. T. Brinkerhoff and B. J.
                                Kotter regarding joint committee requests
                                (.6).

08/12/06 A Jarvis          .10  Correspondence on information being gathered
                                and compiled for committees, committee call.

08/13/06 A Jarvis          .20  Review chart prepared for committee;
                                correspondence regarding same.

08/14/06 B Kotter         1.50  Conference with S. C. Tingey regarding
                                committee call and loan spreadsheet (.3);
                                review e-mail from S. C. Tingey and attached
                                loan review spreadsheet in advance of
                                committee call (.4); brief conference with E.
                                A. Monson regarding same (.1); draft e-mail
                                to A. W. Jarvis regarding same (.2); phone
                                call with A. W. Jarvis regarding committee
                                call and circulation of loan file spreadsheet
                                (.2); committee call (.9); phone call with J.
                                Reed regarding circulation of spreadsheet
                                (.1); brief conference with S. C. Tingey
                                regarding spreadsheet circulation (.2);
                                review of replacement spreadsheet and
                                conference with S. C. Tingey regarding same

Client No. 34585                                      Page:     7
Debtor USA Commercial Mortgage Co., et al.            October 23, 2006


                         (.2); draft of e-mail to counsel with revised
                         spreadsheet (.2); review of documents
                         responsive to joint committee request (3.2).

08/14/06 E Monson        .23 Participate in committee conference call.

08/15/06 A Jarvis        .05 Correspondence on dissemination of term sheet
                         to Committees.

08/15/06 A Jarvis        .05 Correspondence on Committee document requests.

08/15/06 B Kotter        .25 Continue work on response to joint
                         information request (.8); draft e-mail to L.
                         Treadway regarding imaging (.2).

08/15/06 E Monson        .02 Review e-mail from B. J. Kotter to Lissa
                         regarding joint committee request and vendor
                         issues.

08/16/06 A Jarvis        .10 Correspondence regarding committee meeting.

08/17/06 A Jarvis        .08 Conference with S. Smith and J. Atkinson
                         regarding meeting with committees on plan
                         issues.

08/17/06 A Jarvis        .67 Meeting with committees regarding plan
                         settlement discussions.

08/17/06 B Kotter        .70 Review documents responsive to committees'
                         joint request (2.8).

08/18/06 B Kotter        .25 Review and respond to e-mail regarding
                         imaging of various documents (.7); exchange
                         e-mail with S. Smith regarding
                         imaging/copying of loan binders (.3).

08/21/06 A Jarvis        .05 Correspondence on committee call.

08/21/06 B Kotter        .10 Review and respond to e-mails regarding
                         issues relative to debtor's response to joint
                         committee requests (.4).

08/22/06 A Jarvis        .08 Review correspondence from Unsecured Creditors'
                         Committee.

08/23/06 A Jarvis        .30 Conference with Committees regarding plan
                         issues.

Client No. 34585                                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.                          October 23, 2006

08/23/06 A Jarvis        .33  Conference call with Committees regarding
                              negotiations on lead bid, plan, update on
                              motions, business operations.

08/23/06 E Monson        .60  Review e-mail from A. W. Jarvis regarding short
                              form confidentiality agreements for ECC, locate
                              such agreements and draft reply to A. W. Jarvis
                              regarding agreements (.6).

08/23/06 S Strong        .33  Participate in weekly conference call of
                              debtors and committees (1.3).

08/28/06 A Jarvis        .10  Conference with Mesirow regarding preparation
                              for Committee call.

08/28/06 A Jarvis        .25  Participate in call with Committee regarding
                              bids on assets, plan, pending motions.

08/28/06 E Monson        .30  Scan information and draft e-mails to G. Garnen
                              regarding short form confidentiality agreements
                              executed by direct lenders (.3).

08/28/06 S Strong        .30  Participate in weekly conference call with
                              debtors and committees professionals
                              regarding various issues, including Plan
                              issues and negotiations (1.2).

08/29/06 A Jarvis        .25  Conference call with Committees regarding
                              plan issues, pending motions, negotiations on
                              asset sale.

08/29/06 A Jarvis        .23  Conference call with Committees regarding
                              status of negotiations with lead bidder.

08/29/06 S Strong        .48  Participate in conference call with debtors
                              and committees professionals regarding Plan
                              issues and negotiations with potential
                              purchasers under a Plan (1.1); follow-up
                              conference call with committees and debtors
                              professionals regarding Plan negotiating issues
                              (0.8).

08/30/06 A Jarvis        .37  Committee call regarding plan, offer letter,
                              pending motions, exclusivity.

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               October 23, 2006


08/30/06 S Strong        1.43  Participate in morning call with debtors and
                               committees regarding procedures/issues for
                               ongoing distributions, issues concerning
                               transfer of LSAs, potential purchasers under a
                               Plan, and other Plan negotiating issues (1.2);
                               participate in afternoon call with debtors and
                               committees regarding Plan issues and
                               exclusivity (0.8); voice message with R.
                               Charles on behalf of committees to A. Landis
                               regarding plan exclusivity (0.2); review emails
                               from R. Charles and A. Landis regarding same
                               (0.3); prepared proposed Stipulated Order to
                               further extend exclusivity at request of
                               committee and circulate same to committees for
                               comment (0.8); telephone conference with C.
                               Pajak regarding error in Stipulation, revise
                               same, and recirculate to Committees (0.4);
                               telephone conference with A. W. Jarvis
                               regarding USTs position on exclusivity, and
                               send follow-up emails to Committees regarding
                               same (0.5); exchange further emails with
                               committees counsel regarding approval and
                               filing of proposed Stipulated Order and
                               emergency motion needed for same (0.7); draft
                               emergency motion for approval of Stipulated
                               Order, and circulate to Committees counsel
                               (0.8).


TOTAL FOR LEGAL SERVICES RENDERED                              $6,358.99

*"Exhibit H-1"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355065

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00001**

**ase Administration**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/06 | E Monson | .20 | Review e-mails on issue on Standard Property loan and send reply (.2). |
| 09/01/06 | E Monson | .10 | Review e-mail from L. Schwartzer regarding message from CM/ECF systems administrator regarding filing of claims (.1). |
| 09/01/06 | E Monson | .30 | Review motion to amend distribution order filed by the UCC (.3). |
| 09/01/06 | C Hurst | .30 | Access, update docket; respond to S. C. Strong regarding appointment and members of UCC of Commercial Mortgage; receipt of call from investor. |
| 09/01/06 | L Okerlund | 1.40 | Prepare hearings binders. |
| 09/01/06 | L Okerlund | 3.60 | Document organization for hearing and pending matters. |
| 09/05/06 | A Jarvis | .50 | Correspondence on Standard Properties. |
| 09/05/06 | A Jarvis | .40 | Correspondence with investors. |

Client No. 34585                                              Page:     2
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/05/06 E Monson       2.40  Review message from Peter at Meridian Title
                              regarding issue on USA (.1); check docket
                              entry for Niles Leatham 2019 statement and
                              get Hilco appraisals sent to Niles Leatham
                              (.3); review Rule 2019 statement and get
                              request for Hilco appraisals sent to Mesirow
                              for processing (.4); work on research on
                              using remaining funds from paid loans (1.7).

09/05/06 S Strong       2.10  Research and analysis of facts and law
                              concerning recovery of prepaid interest for
                              USACM estate (2.1).

09/05/06 C Hurst        3.30  Update docket and tickler calendar (2.4);
                              receipt/respond to calls from investors (.9).

09/06/06 A Jarvis        .40  Respond to investor inquiries.

09/06/06 A Jarvis        .80  Conference with E. A. Monson and A. T.
                              Brinkerhoff regarding IP documents.

09/06/06 B Kotter        .30  Locate order on docket and forward to Monty
                              Kehl at Mesirow (.2); exchange email with S.
                              Strong regarding same (.1).

09/06/06 D Monson       1.50  Meeting with E. Monson and S. Strong on
                              issues for Motion to Distribute Estate
                              Property According to Bankruptcy priorities
                              (0.9); review research and pleadings from
                              prior cases on issues for Motion to
                              Distribute Estate Property According to
                              Bankruptcy Priorities (0.6).

09/06/06 E Monson        .20  Review e-mail from C. McClellan regarding
                              Hilco appraisals requested by J. Chubb and
                              send reply.

09/06/06 E Monson        .90  Conference with S. C. Strong and D. M. Monson
                              regarding Motion to Use Funds from Paid Loans.

09/06/06 E Monson       1.70  Research regarding Motion to Use Funds from
                              Paid Loans and procedural issues.

09/06/06 S Strong        .20  Exchange emails with M. Kehl regarding
                              interim fee procedures and order entered
                              regarding same (0.1); exchange emails with B.
                              J. Kotter regarding same (0.1).

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.             November 30, 2006


09/06/06 S Strong          .40 Review email from A. W. Jarvis regarding
                               multiples notices received by investors
                               (0.1); exchange emails to A. Tsu and A. W.
                               Jarvis regarding same (0.1); review and edit
                               proposed explanation regarding same (0.1);
                               email to A. Tsu regarding same (0.1).

09/06/06 S Strong         1.70 Continue research and analysis of legal and
                               factual issues concerning recovery of prepaid
                               interest for USACM estate (1.1); confer with
                               E. A. Monson and D. M. Monson regarding same
                               (0.4); confer with A. W. Jarvis regarding
                               same (0.2).

09/06/06 C Hurst          2.40 Receipt, return numerous calls and e-mails
                               from investors regarding distribution and fee
                               application hearing (1.9); call from Nevada
                               Division of Employment Security - follow up
                               e-mails with Mesirow regarding same (.2);
                               review and discuss hearing binders with Lorri
                               (.3).

09/06/06 L Okerlund       2.70 Prepare pleadings and hearing binders for A.
                               Jarvis.

09/07/06 A Jarvis          .20 Correspondence on investor inquiries.

09/07/06 B Kotter          .60 Review e-mail exchange (.2) and conference with
                               A. W. Jarvis on investor matters (.4).

09/07/06 E Monson         1.70 Work on motion to use funds on fully paid
                               loans.

09/07/06 E Monson          .10 Review message from committee counsel regarding
                               request for Tamamera subscription agreements.

09/07/06 E Monson          .20 Review e-mail from J. McPherson and letter
                               from T. Rondeau regarding request for
                               documents involving the Hantges Children's
                               Trust.

09/07/06 E Monson          .30 Draft e-mails to A. W. Jarvis, S. C. Strong,
                               and J. McPherson regarding Gould Motion to
                               Withdraw.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006

09/07/06 C Hurst          .90 E-mail with USA receptionist regarding incoming
                              calls and inquiries (.2); review 8/29 letter
                              sent to investors to properly answer questions
                              (.4); attempt return calls (.3).

09/07/06 L Okerlund      4.70 Document organization and preparation in
                              advance of hearings.

09/08/06 A Jarvis         .50 Conference call with A. T. Brinkerhoff, S. C.
                              Strong and T. Allison regarding IP documents.

09/08/06 D Monson         .90 Review e-mail from S. Smith on Motion to
                              Distribute Estate Funds (0.1); e-mail to S.
                              Smith on factual and legal arguments for
                              Motion to Distribute Estate Funds (0.3);
                              discussions with S. Strong, E. Monson and A.
                              Brinkerhoff on Motion to Distribute Estate
                              Funds (0.5).

09/08/06 E Monson        2.10 Conference with S. C. Strong regarding motion
                              on adversary proceeding to use remaining
                              funds on paid off loans (.3); review e-mail
                              from D. Monson regarding motion/adverse
                              proceeding to use funds from paid loans (.2);
                              work on motion to use funds from fully paid
                              loans (1.3); conversation with D. M. Monson
                              and A. T. Brinkerhoff regarding motion to use
                              funds (.3).

09/08/06 S Strong        1.20 Continue research and analysis regarding
                              recovery of prepaid interest for USACM estate
                              (0.8); confer with E. A. Monson regarding
                              same (0.3); review email from D. M. Monson
                              regarding same (0.1).

09/08/06 S Strong         .20 Confer with A. W. Jarvis regarding case
                              administration issues to address next week
                              (.2).

09/08/06 C Hurst         2.50 Return multiple calls/receive calls from
                              investors and direct lenders.

09/08/06 L Okerlund      1.80 Prepare hearing binders for A. Jarvis.

09/11/06 A Jarvis         .30 Correspondence regarding investor issues.

09/11/06 A Jarvis         .20 Conference with S. C. Strong regarding order
                              on distribution, proof of claim bar date.

```
⌐lient No. 34585                                     Page:     5
 ᴜebtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/11/06 | D Monson | .20 | Review Judge Riegle transcript on Motion to Disburse and possible property of the estate arguments (0.2). |
| 09/11/06 | E Monson | 1.50 | Review distribution order and work on comments thereto (1.1); discuss issues regarding distribution order with A. W. Jarvis and S. Smith (.4). |
| 09/11/06 | E Monson | .20 | Review draft of new distribution order. |
| 09/11/06 | E Monson | 1.50 | Work on limited objection to motion to amend debtor's protocol on monthly distributions and renew revised proposed order. |
| 09/11/06 | E Monson | .10 | Review e-mail from Tawney regarding additional Hilco appraisal requests. |
| 09/11/06 | E Monson | .20 | Review e-mails from L. Davis regarding requests for Hilco appraisals. |
| 09/11/06 | S Strong | .10 | Confer with E. A. Monson and A. Tsu to coordinate efforts on court filings today (.1). |
| 09/11/06 | C Hurst | 3.30 | Review information on USA website and receipt/respond to telephone inquiries of investors, other parties (2.9); copy, transmit request for notice for S. C. Tingey InRe: West Hills Park Bankruptcy in Texas (.4). |
| 09/12/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding IP negotiations, Silver Point term sheet, prepaid interest (1/3 time). |
| 09/12/06 | A Jarvis | .70 | Telephone conference with S. Smith, J. Atkinson and S. C. Strong regarding prepaid interest, holdbacks on motion to distribute, proof of claims forms, deadline. |
| 09/12/06 | A Jarvis | .20 | Correspondence with M. Pugsley regarding insurance policy. |
| 09/12/06 | D Monson | .10 | E-mail from A. Jarvis on Motion to Distribute Estate Funds (0.1). |

Client No. 34585                                              Page:     6
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/12/06 E Monson        2.10  Revise limited objection to motion regarding
                               protocol for monthly distributions (1.6);
                               review and make additional minor revisions to
                               objection and send to L. Schwartzer (.5).

09/12/06 E Monson         .30  Review proposed stipulated order on allowance
                               of claims of interest holders (.3).

09/12/06 E Monson         .60  Review confidentiality agreements from J.
                               Chubb to verify that she represents parties
                               requesting appraisals and send e-mail to
                               Tawney Waldo regarding problems with
                               confidentiality agreements (.4); follow up
                               with L. Davis regarding her clients requests
                               for Hilco appraisals and forward requests to
                               C. McClellan (.2).

09/12/06 E Monson         .50  Review e-mail regarding status update on
                               various motions set for hearing on September
                               13th and assist in preparations for hearing
                               (.5).

09/12/06 S Strong         .30  Telephone conference with A. W. Jarvis
                               regarding preparations for hearings on
                               various motions tomorrow (.3).

09/12/06 C Hurst         2.00  Follow-up with A. W. Jarvis regarding 9/13
                               hearing binders (.4); review Court calendars
                               and docket regarding scheduled hearings (1.6).

09/12/06 L Okerlund      1.80  Organize documents and hearing binders.

09/13/06 E Monson         .40  Reply to e-mail from J. Chubb regarding Hilco
                               Appraisals (.1); review multiple e-mails from
                               C. McClellan regarding Hilco appraisals (.3).

09/13/06 E Monson        3.40  Work on motion to use remaining proceeds from
                               paid loans and research in connection
                               therewith (3.4).

09/13/06 E Monson         .30  Return call to J. Cochran of Builders Control
                               (.1); conference with S. C. Strong regarding
                               message from J. Cochran and further follow up
                               (.2).

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                          November 30, 2006

09/13/06 E Monson          .50  Review e-mails from L. Schwartzer and S.
                                Smith regarding inquiry from FTDF regarding
                                amount of member interests in First
                                Trust Deed Funds and review applicable bankruptcy
                                rules regarding same (.5).

09/13/06 E Monson          .10  Review e-mail from FTDF counsel regarding
                                problems arising as a result of inquiries
                                from investors and potential resolution to
                                the problem.

09/13/06 E Monson         1.70  Meet with S. C. Strong and discuss motion on
                                return of investor funds (.2); review rough
                                draft of motion (.2); review multiple e-mails
                                and documents which provide background facts
                                for motion (.9); call Chicago Title and have
                                discussion regarding motion and funds being
                                held in escrow (.4).

09/13/06 C Hurst          1.70  Update docket and tickler calendar (1.5);
                                receipt, return calls to investors (.2).

09/13/06 L Okerlund       3.70  Update hearing and claims files.

09/14/06 A Jarvis          .40  Correspondence on Lerin Hills.

09/14/06 E Monson          .60  Draft e-mails to A. W. Jarvis, S. C. Strong,
                                L. Schwartzer and S. Smith regarding
                                stipulated order on interest holder claims.

09/14/06 E Monson          .20  Review e-mails from C. McClellan and J. Chubb
                                regarding Hilco appraisals.

09/14/06 E Monson          .10  Review e-mails from Miles Lenstram regarding
                                request for additional information regarding
                                direct lender client.

09/14/06 E Monson          .20  Review e-mails from J. Chubb and K. Bonnett
                                regarding Kehl family interests.

09/14/06 E Monson          .20  Conference with S. C. Strong and A. W. Jarvis
                                regarding motion to utilize pre-paid interest
                                on paid off loans.

09/14/06 E Monson         1.90  Research regarding using pre-paid interest on
                                paid off loans.

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/14/06 E Monson        .30 Review e-mails from S. Smith, A. W. Jarvis
                             and S. C. Strong regarding request from FTDFC
                             for member information and send replies.

09/14/06 E Monson        .20 Review e-mail from C. Hurst regarding
                             calendar of events and attachment with
                             upcoming deadlines.

09/14/06 C Hurst        1.20 Update tickler calendar (.8); respond to
                             investor calls (.4).

09/14/06 L Okerlund     4.20 Prepare hearing binders and claims binders.

09/15/06 E Monson        .70 Review e-mails from A. Tsu regarding
                             supplement to ordinary course motion and
                             further follow up with A. Tsu (.2); review
                             e-mail from C. Hurst and chart regarding
                             upcoming events (.2); review motion to compel
                             regarding request for information on lender
                             interests and declaration in support (.3).

09/15/06 L Okerlund     2.70 Prepare hearings and claims binders.

09/18/06 D Monson        .10 Review e-mail from A. Stevens on disbursement
                             account balances on delinquent loans or
                             repaid loans and process for claiming
                             disbursement balance (0.1).

09/18/06 E Monson        .10 Return call to Joe Cochran regarding
                             disbursement issues.

09/18/06 E Monson        .20 Review e-mail regarding disbursement issues
                             and send reply.

09/18/06 E Monson        .50 Discussion with B. Barry regarding motion and
                             return of funds and review e-mail from B.
                             Berry.

09/18/06 L Okerlund     4.30 Prepare claims and hearing notebooks.

09/19/06 B Kotter        .40 Respond to e-mail from J. Reed (.1); e-mail
                             J. Reed regarding index of Milanowski
                             documents (.2); brief conference with E. A.
                             Monson regarding same (.1).

09/19/06 E Monson        .30 Review e-mail from J. Chubb regarding Hilco
                             appraisal and send reply (.2); review reply
                             from J. Chubb (.1).

'lient No. 34585                                          Page:     9
ᴊebtor USA Commercial Mortgage Co., et al.              November 30, 2006

09/20/06 B Kotter        .30 Phone call with J. Reed regarding document
                             index and production issues (.3).

09/20/06 E Monson        .30 Draft e-mail to L. Davis and get copies of
                             Hilco appraisals sent.

09/20/06 E Monson        .30 Review e-mail from A. W. Jarvis regarding D.
                             Langelos (.1); make revisions to the
                             confidentiality agreement and send reply (.2).

09/20/06 E Monson        .50 Meet with A. W. Jarvis, S. C. Strong and B.
                             J. Kotter to discuss items each of us needs
                             to handle in bankruptcy.

09/20/06 S Strong        .70 Participate in telephone conference with J.
                             Atkinson, S. Smith, A. W. Jarvis and B. J.
                             Kotter regarding administrative expense
                             allocation issue (.7).

09/20/06 S Strong        .50 Conference with A. W. Jarvis, E. A. Monson
                             and B. J. Kotter to discuss case strategy and
                             expense allocations (.5).

09/20/06 C Hurst         .50 Receipt, return phone calls from investors.

09/21/06 A Jarvis       1.70 Telephone conference with Mesirow, Ray
                             Quinney & Nebeker, and S&M regarding
                             retention, fee applications, plan and IP
                             issues.

09/21/06 E Monson        .20 Review letter to Committees regarding issues
                             in case.

09/21/06 S Strong       2.30 Review and edit A. W. Jarviss proposed
                             letter regarding intercompany issues,
                             administrative expenses, and case strategies
                             (0.2); confer with S. T. Waterman regarding
                             same (0.1); telephone conference with S.
                             Smith and J. Atkinson regarding same (0.3);
                             confer with A. W. Jarvis regarding same
                             (0.1); participate in conference call with J.
                             Atkinson, S. Smith, N. Peterman, L.
                             Schwartzer, A. W. Jarvis regarding same
                             (1.0); participate in telephone with T.
                             Allison, A. W. Jarvis, S. Smith and L.
                             Schwartzer regarding same (0.6).

Client No. 34585                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/21/06 A Tsu          .30  Reviewing incoming message from A. Parlen
                             regarding change of address for FTDF member
                             (.1); drafting correspondence to J. Miller
                             regarding same (.1); following up with A.
                             Parlen (.1).

09/21/06 S Waterman     .50  Review and revise letter regarding counsel
                             conflicts and retention.

09/21/06 C Hurst       1.00  Respond to e-mail regarding change of address
                             and forward to BMC (.3); respond to calls
                             from investors (.2); follow up with investors
                             questions forwarded from USA offices (.5).

09/22/06 E Monson       .10  Draft and send e-mail to B. Barry regarding
                             status of motion regarding return of investor
                             funds.

09/22/06 E Monson       .10  Review order shortening time regarding FTDF
                             motion to compel.

09/22/06 E Monson       .20  Review e-mails regarding issues relating to
                             problems with call-ins to USA revised by FTDF.

09/22/06 E Monson       .10  Draft and send e-mail to S. Smith regarding
                             Royal Hotel records.

09/22/06 G Winger       .40  Review proposed MAC Clause; follow-up
                             regarding the same.

09/22/06 C Hurst       3.60  Update docket binder and tickler calendar
                             (2.4); receipt/download requests for notice;
                             update master service list #5 in progress
                             (.8); receipt, respond to calls from
                             investors (.4).

09/23/06 B Kotter       .40  Review of pending matter and assignment
                             lists/schedules (.4).

09/25/06 A Jarvis      1.40  Conference call with Mesirow and Schwartzer &
                             McPherson regarding plan issues, intercompany
                             claims, IP issues.

09/25/06 A Jarvis       .30  Respond to investor inquiries.

  '25/06 E Monson       .10  Draft e-mail from A. T. Brinkerhoff regarding
                             Royal Hotel records.

Client No. 34585                                        Page:   11
ebtor USA Commercial Mortgage Co., et al.             November 30, 2006


| | | | |
|---|---|---|---|
| 09/25/06 | E Monson | .10 | Draft and send e-mail to D. Griffith regarding Royal Hotel records. |
| 09/25/06 | S Strong | .80 | Review issues set for hearing this week and assist A. W. Jarvis with hearing preparations (.8). |
| 09/25/06 | S Strong | .20 | Telephone conference with direct lender Richard regarding bar date notice (.2). |
| 09/25/06 | C Hurst | 1.50 | Receipt of Notices of Change of Address; forward to BMC (.2); calls from investors - primarily regarding proofs of claim/interest (.5); review, organize e-mails received from investors (.5); download, review amended case management order (.3). |
| 09/26/06 | A Jarvis | .40 | Telephone conference with S. C. Strong, J. Atkinson, and S. Smith regarding plan issues, retention and fee issues. |
| 09/26/06 | B Kotter | .20 | Review of USA calendar for objections and response deadlines. |
| 09/26/06 | E Monson | 3.90 | Work on response to motion to compel filed by the FTDFC including reviewing their brief and cases. |
| 09/26/06 | E Monson | .20 | Discussion with S. C. Strong regarding response and review e-mails from S. Smith regarding information for response. |
| 09/26/06 | E Monson | .50 | Discussions with S. C. Strong regarding upcoming hearing and pleadings that need to be filed in case. |
| 09/26/06 | S Strong | .80 | Review filings relating to various matters set for hearing this week (0.6); email to A. W. Jarvis regarding same (0.2). |
| 09/26/06 | S Strong | .30 | Telephone conference with J. Atkinson regarding cash budget and cash usage order (0.2); voice message to A. W. Jarvis regarding same (0.1). |

Client No. 34585                                      Page:    12
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006


09/26/06 C Hurst          1.40  Receipt/respond to calls from investors (.3);
                                review/download updated docket; update
                                tickler calendar (.6); research and download
                                information regarding Centrix Financial case
                                (.5).

09/27/06 A Jarvis          .50  Telephone conference with J. Atkinson, T.
                                Allison and S. C. Strong regarding fee
                                hearing, budget, loan portfolio.

09/27/06 E Monson          .40  Review L. Schwartzer's draft of response to
                                the motion to compel filed by the FTDFC.

09/27/06 E Monson         1.00  Revise our draft of the response to the
                                motion to compel to include L. Schwartzer's
                                changes.

09/27/06 E Monson          .20  Review e-mails from L. Schwartzer and S.
                                Smith regarding response to motion to compel.

 27/06 E Monson            .30  Conference call with S. C. Strong to L.
                                Schwartzer to discuss response to the motion
                                to compel.

09/27/06 E Monson          .20  Review letter from Michelson firm regarding
                                request for Hilco appraisals and call firm to
                                discuss request.

09/27/06 E Monson         1.00  Review documents involving Bundy Canyon loan
                                and e-mails and other documents involving
                                investor funds still held in escrow account.

09/27/06 E Monson         2.60  Work on motion to return funds.

09/27/06 E Monson          .10  Draft and send e-mail to B. Berry.

09/27/06 S Strong         1.00  Review emails from A. W. Jarvis and B. J.
                                Kotter regarding administrative expense
                                allocation issues (0.4); review email from R.
                                Charles regarding same (0.1); participate in
                                telephone conference with T. Allison, A. W.
                                Jarvis, S. Smith and J. Atkinson regarding
                                same (0.5).

09/27/06 A Tsu             .60  Reviewing file for legal and factual background
                                information regarding Binford Medical loans
                                (.6).

lient No. 34585                                              Page:   13
⸤ebtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/27/06 G Winger          .20  Conference with Steve Strong regarding Action
                                by Written Consent appointing a new officer.

09/27/06 C Hurst          2.00  Respond to calls from investors, particularly
                                regarding questions on Proofs of Claim and
                                Interest (.5); assist with finalizing 9/28
                                hearing binders (.6); discuss with E. A.
                                Monson claim forms and notices and responses
                                to inquiries (.4).

09/27/06 L Okerlund       2.60  Prepare hearing binders and claims notebooks.

09/28/06 E Monson          .10  Review e-mail from B. Benny regarding Motion
                                to Return Investor Funds (.1).

09/28/06 E Monson         1.00  Check confidentiality agreements from J.
                                Chubb (.6); send reply e-mails to Tourney
                                regarding Hilco appraisals (.2); draft letter
                                to J. Chubb regarding Hilco appraisals (.2).

  28/06 E Monson           .30  Review motion to enforce motion to distribute
                                funds filed by USA Commercial Real Estate
                                Group.

09/28/06 S Strong         1.30  Confer with A. W. Jarvis, B. J. Kotter, and
                                S. Smith regarding issues for this mornings
                                hearings (0.3); confer with A. W. Jarvis, T.
                                Allison, and B. J. Kotter regarding same (en
                                route to hearing) (0.5); confer with various
                                counsel at court regarding hearing issues
                                prior to hearing (0.5).

09/28/06 S Strong         4.60  Attend and participate in omnibus hearing on
                                various issues (4.6).

09/28/06 S Strong         1.10  Post-hearing analysis of various issues
                                addressed at hearing and rulings of the court
                                (1.1).

09/28/06 S Strong          .90  Review and revise drafts of corporate
                                resolutions regarding new officer and signing
                                authority (0.7); confer with M. Olson
                                regarding same (0.1); confer with S. Smith
                                regarding same (0.1).

  28/06 G Winger           .60  Draft resolutions - i.e., Actions by Written
                                Consent appointing new COO and accepting
                                CFO's resolution.

lient No. 34585                                      Page:   14
ebtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/28/06 C Hurst        1.20  Receipt, return phone calls and e-mails from
                              investors; review USA website to confirm
                              posted information (.6); receipt of letter
                              from investor (Houston) with Proof of
                              Interest; check claims registers to confirm
                              filings (.6).

09/28/06 L Okerlund     2.40  Prepare hearing and claims binders.

09/29/06 A Jarvis        .20  Correspondence with C. Hurst regarding lender
                              inquiry.

09/29/06 A Jarvis        .30  Correspondence regarding Royal Hotel database.

09/29/06 E Monson        .40  Review e-mails regarding Royal Hotel database
                              issues and send replies.

09/29/06 E Monson        .20  Revise letter to J. Chubb regarding Hilco
                              appraisals; send copy of CD continuing
                              appraisals to J. Chubb.

09/29/06 E Monson        .10  Review e-mail for S. Smith regarding motion
                              filed by USA Commercial Realty.

09/29/06 S Strong        .50  Telephone conference with A. W. Jarvis
                              regarding supplemental declaration needed
                              regarding RQN connections (0.1); email to J.
                              Atkinson and J. McPherson regarding same
                              (0.1); telephone conference with J. Nugent
                              regarding Mesirows related disclosure (0.1);
                              review Mesirows draft disclosure regarding
                              same (0.1); confer with A. Tsu regarding same
                              (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                        $28,607.50

                                                    --------------

*"Exhibit H-2"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          November 30, 2006
Las Vegas, NV  89121                             Invoice No. 355066
```

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 09/01/06 | S Tingey | 2.20 | Revise letter to Direct Lenders regarding Standard Property loan and analyze issues (0.9); review information regarding Huntsville foreclosure (0.2); memo to M. Olson regarding claims made by borrower in Hasley Canyon loan and analyze claims (1.1). |
| 09/05/06 | A Jarvis | .40 | Conference with S. C. Strong regarding pre-paid interest recovery for state. |
| 09/05/06 | S Tingey | 2.00 | Provide information for Texas loans (0.4); revise Standard Property letter regarding additional funds (1.4); communication with A. W. Jarvis regarding same (0.2). |
| 09/06/06 | S Tingey | 3.30 | Revise Standard Property letter (0.4); review additional information regarding loan and correspondence with direct lenders (0.7); conference call with M. Olson, A. Stevens and K. G. Glade regarding defaulted loan issues (0.8); telephone conference with M. Olson regarding Shamrock Towers (0.2); review loan documents regarding assignment issues (0.5); analyze application of payment issues (0.3); conference with D. M. Monson regarding same (0.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/07/06 S Strong          .30  Telephone conference with R. Walker regarding
                                various IP issues (.3).

09/07/06 S Tingey         6.70  Draft Loan Sale Agreement for Shamrock Towers
                                loan (3.1); memo to A. W. Jarvis regarding
                                HFA Asylum/Windham loan (0.9); draft
                                Forbearance Agreement and related documents
                                for HFA Asylum loan (2.7).

09/08/06 A Brinkerhoff    1.70  Conference call with T. Ellison, A. Jarvis, J.
                                Hermann, M. Tucker, M. Levinson regarding
                                potential parties and identification of claims
                                to recover funds and information (1.7).

09/08/06 A Jarvis         1.70  Conference call with J. Atkinson, T. Allison,
                                A. T. Brinkerhoff and M. Tucker regarding
                                claims against IP, negotiations for payment,
                                current status of sale and payments from
                                assets.

09/08/06 A Jarvis          .70  Telephone conference with J. Atkinson, S.
                                Smith, S. C. Strong and T. Allison regarding
                                IP claims, collection, document issues.

09/08/06 A Jarvis          .30  Correspondence with R. Walker regarding Ashby
                                negotiations.

09/08/06 A Jarvis          .30  Correspondence on bank accounts identified
                                for subpoenas.

09/08/06 S Strong          .50  Participate in telephone conference with T.
                                Allison, A. T. Brinkerhoff and A. W. Jarvis
                                regarding IP documents (.5).

09/08/06 S Strong          .30  Review emails from A. Stevens, S. Smith and
                                A. W. Jarvis regarding hold on distributions
                                to J. Milanowski related persons (0.2);
                                confer with A. W. Jarvis regarding same (0.1).

09/08/06 S Tingey         3.30  Review title report on Shamrock Towers (0.2);
                                telephone conference with M. Olson regarding
                                Shamrock (0.2); conference with D. M. Monson
                                regarding Shamrock (0.3); revise Loan
                                Purchase Agreement regarding Shamrock (1.3);
                                revise Forbearance Agreement regarding HFA
                                Asylum (1.1); telephone conference with M.
                                Olson regarding HFA Asylum (0.2).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/11/06 A Brinkerhoff   .80  Extended conference call with Diversified's
                              counsel, including A. Jarvis, J. Hermann, M.
                              Tucker, M. Levinson, T. Ellison and J.
                              Attinson regarding IP issues and security on
                              loans including Hotel Zoso, Sheraton loan,
                              Marque loan and Epic loan.

09/11/06 A Jarvis        .40  Correspondence on IP negotiations, assets
                              (1/2 time).

09/11/06 S Strong        .90  Exchange emails with A. W. Jarvis and S. C.
                              Tingey regarding equitable lien on Royal
                              Hotel (0.1); review automatic stay issues for
                              letter to wrongful lienor regarding same
                              (0.3); email to S. C. Tingey regarding same
                              (0.1); review and edit draft of letter to
                              wrongful lienor (0.3); email to S. C. Tingey
                              regarding same (0.1).

09/11/06 S Tingey       5.40  Revise Loan Sale Agreement regarding Shamrock
                              Towers (1.6); revise Forbearance Agreement
                              regarding HFA Asylum (1.7); communicate with
                              A. Stevens regarding interest default issues
                              (0.2); review documents and draft demand
                              letter to Great White Investment regarding
                              Royal Hotel lien (1.9).

09/12/06 A Brinkerhoff   .30  Review emails and conference with E. Monson
                              regarding privilege review of Sheraton loan
                              documents (.3).

09/12/06 A Jarvis        .10  Correspondence with R. Walker regarding
                              meeting with IP issues (1/2 time).

09/12/06 S Strong        .30  Review email from S. C. Tingey regarding
                              status of efforts to remove equitable lien on
                              Royal Hotel (0.1); review, sign and transmit
                              letter to Great White regarding same (0.2).

09/12/06 S Tingey       4.60  Revise letter to Standard Property Investors
                              (0.6); memo to M. Olson regarding same (0.2);
                              various telephone conferences regarding
                              Standard Property letters and procedures
                              (0.4); review issues regarding BySynergy loan
                              (0.3); telephone conference with Hatters
                              regarding same (0.2); review claims made by
                              Hasley Canyon  borrower  (0.3); memo to K. G.
                              Glade regarding same (0.1); revise HFA-Asylum
                              Forbearance Agreement (0.4); draft HFA-Asylum

Client No. 34585                                            Page:    4
Debtor USA Commercial Mortgage Co., et al.                 November 30, 2006


                          UCC-1 (0.4); memo to M. Olson regarding
                          HFA-Asylum (0.1); review issues in Shamrock
                          Towers (0.6); telephone conference with M.
                          Olson regarding Shamrock (0.2); review
                          Huntsville bankrupty docket and schedule
                          (0.6); telephone conference with A. Stevens
                          regarding same (0.2).

09/13/06 A Brinkerhoff   .15  Review email regarding IP issues(.3).

09/13/06 A Jarvis        .20  Conference with J. Atkinson regarding
                              hearing, meeting with J. Milanowski (1/2
                              time).

09/13/06 A Jarvis        .20  Correspondence with S. C. Tingey regarding
                              Royal Hotel, status of sale.

09/13/06 A Jarvis        .70  Meeting with J. Milanowski, R. Walker, T.
                              Allison and M. Levinson (by phone) regarding
                              IP claims, settlement term sheet (1/2 time).

0º/13/06 S Tingey        2.10  Conference with D. M. Monson regarding
                              Shamrock Towers issues (0.2); review Shamrock
                              issues and assignment (0.7); telephone
                              conference with M. Olson and representatives
                              at Hires regarding potential assignment of
                              Shamrock loan (0.4); telephone conference
                              with M. Olson regarding Shamrock (0.2);
                              conference with S. Strong regarding Shamrock
                              Towers issues (0.2); conference with S.
                              Strong regarding Royal Hotel (0.2); revise
                              letter to GWI regarding Royal Hotel (0.2).

09/14/06 A Jarvis        .40  Telephone conference with B. D. Wride
                              regarding insurance policy.

09/14/06 A Jarvis        .20  Correspondence on term sheet from J.
                              Milanowski (1/2 time).

09/14/06 A Jarvis        .30  Correspondence on IP equity interests (1/2
                              time).

09/14/06 S Tingey        .40  Revise HFA Asylum documents; memo to M. Olson
                              regarding same (0.4).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/15/06 S Tingey        2.70 Communication with A. W. Jarvis regarding HFA
                              loans (0.1); draft Forbearance Agreement for
                              HFA Monaco (1.10); draft Forbearance
                              Agreement HFA Clear Lake (0.7); draft
                              Forbearance Agreement for HFA Clear Lake 2nd
                              (0.8).

09/18/06 S Tingey        1.60 Communicate with A. W. Jarvis regarding HFA
                              Asylum (0.2); review information from Orrick
                              regarding EPIC and attach to record on
                              property and analyze EPIC interest issue
                              (1.2); telephone conference with R. Walker,
                              attorney for Milanowski regarding Royal Hotel
                              issues (0.2).

09/19/06 S Strong         .30 Review response from Great White regarding
                              its equitable lien on Royal Hotel (0.1);
                              email to R. Walker regarding same (0.1);
                              exchange emails with S. C. Tingey regarding
                              same (0.1).

09/19/06 S Tingey         .70 Review response from GWI regarding Royal
                              Hotel lien (0.2); memo to S. C. Strong (0.1);
                              communicate with A. W. Jarvis and Mesirow
                              regarding Standard Property Development issue
                              (0.4).

09/20/06 A Jarvis         .40 Correspondence on Royal Hotel closing, letter.

09/20/06 A Jarvis         .20 Correspondence on prepaid interest.

09/20/06 S Tingey        3.60 Draft letter to GWI regarding Royal Hotel
                              loan (2.1); telephone conference with A.
                              Stevens regarding Bundy (0.2); conference
                              with A. Stevens and Bundy principals and
                              lawyers (0.6); telephone conference with A.
                              Baer, attorney for West Hills Park Joint
                              Venture regarding bankruptcy (0.2); review
                              information received from Bundy Canyon
                              minority interest holders regarding suit v.
                              Milanowski (3.1); memo to paralegal regarding
                              West Hills Joint Venture bankruptcy (0.2).

09/21/06 A Jarvis         .20 Correspondence with R. Walker regarding IP
                              issues.

09/21/06 A Jarvis         .20 Correspondence on Hotel Zosa title report.

```
Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| 09/22/06 A Jarvis | .10 | Telephone call to R. Walker regarding IP properties. |
| 09/22/06 A Jarvis | .30 | Telephone conference with R. Walker regarding IP negotiations. |
| 09/22/06 A Jarvis | .20 | Correspondence on Royal Hotel documents. |
| 09/22/06 A Jarvis | .30 | Correspondence on IP documents, Ashby issues. |
| 09/22/06 A Jarvis | .30 | Correspondence on EPIC guaranty. |
| 09/22/06 S Strong | .10 | Confer with S. C. Tingey regarding Epic / Hotel Zosa issues (.1). |
| 09/22/06 S Tingey | 2.90 | Obtain information regarding Hotel Zosa (0.2); review issues relating to T. Flatley settlement (0.2); review and analyze guaranty forms and outline issues (2.3). |
| 09/25/06 A Jarvis | .30 | Telephone conference with S. C. Strong regarding conversation with R. Walker regarding IP assets. |
| 09/25/06 A Jarvis | .40 | Telephone conference with T. Allison regarding IP assets. |
| 09/25/06 A Jarvis | .30 | Correspondence on escrow instructions. |
| 09/25/06 S Tingey | .60 | Review information regarding Flatley settlement (EPIC loan) (0.2); letter to R. McKnight regarding Flatley settlement (0.2); review information regarding Hotel Zosa /Marquis Hotel title (0.2). |
| 09/26/06 S Tingey | .40 | Review correspondence from Flatley's attorney regarding settlement (EPIC) (0.2); communicate with A. W. Jarvis and revisions regarding Flatley settlement (EPIC) (0.2). |
| 09/27/06 A Jarvis | .20 | Correspondence with R. Walker regarding Sheraton loan. |

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/27/06 S Tingey        1.40  Review new pleadings regarding West Hills
                               bankruptcy (Huntsville) (0.2); review Hotel
                               Zosa (Marquis Hotel) escrow instructions
                               prepared by Orrick (0.2); communicate with A.
                               W. Jarvis regarding same (0.2); review letter
                               received from title company regarding
                               BySynergy and analyze demand to title company
                               (0.3); memo to A. Stevens regarding same
                               (0.2); letter to title company (0.3).

09/27/06 S Tingey         .40  Communication with P. Cheng at Mesirow
                               regarding Sheraton Hotel and EPIC loans and
                               gather info. (0.4).

09/28/06 A Jarvis         .70  Meeting with T. Allison, R. Walker, M.
                               Levinson regarding IP assets.

09/28/06 A Jarvis        1.20  Meeting with M. Levinson, R. Walker, J.
                               Atkinson and J. Milanowski regarding IP
                               assets, claims against those assets, plan
                               issues.

 '28/06 S Tingey         1.30  Telephone conference with P. Cheng regarding
                               Sheraton Hotel loan (0.2); analyze Union
                               Estates extension issue (0.6); telephone
                               conference with P. Cheng regarding EPIC loan
                               (0.2); review information and questions
                               regarding Flatley settlement (EPIC) (0.3).

09/29/06 S Strong        1.80  Review and analysis of Great Whites
                               equitable lien on Royal Hotel, prior
                               correspondence regarding same (0.4); review
                               draft of proposed reply to Great White
                               regarding probable stay violation (0.3);
                               confer with S. C. Tingey regarding same
                               (0.2); revise proposed reply letter (0.6),
                               draft email to A. W. Jarvis and T. Allison
                               regarding same (0.3).

09/29/06 S Tingey        2.30  Memo to A. Stevens regarding BySynergy (0.2);
                               analyze BySynergy issues (0.6); revise letter
                               to title company regarding BySynergy (0.3);
                               communication with A. Stevens regarding
                               Flatley payment (EPIC) (0.4); communicate
                               with A. Stevens and M. Haftl regarding
                               University Estates issues; (0.4);telephone
                               conference with A. Stevens regarding
                               University Estates (0.2); analyze Great White
                               issue and response to correspondence

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


                    regarding lien on Royal Hotel (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                              $18,666.25
                                                             --------------