*"Exhibit H-3"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355067

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

| Date | Initials | Name | Hours | Description |
|---|---|---|---|---|
| 09/04/06 | S | Strong | .80 | Review mark-up from UCC of SPs latest term sheet, and emails from A. W. Jarvis regarding same (0.3); participate in conference call with A. W. Jarvis and Mesirow team regarding same (0.5). |
| 09/05/06 | A | Jarvis | .20 | Correspondence on Silver Point term sheet. |
| 09/05/06 | A | Jarvis | .20 | Revise draft of Silver Point term sheet. |
| 09/05/06 | A | Jarvis | .65 | Revise Silver Point letter of intent and draft memo regarding revisions. |
| 09/05/06 | A | Jarvis | .20 | Telephone conference with B. Fasel, J. Atkinson, S. C. Strong and T. Allison regarding Silver Point negotiations. |
| 09/05/06 | A | Jarvis | .25 | Telephone conference with B. Fasel, J. Atkinson and S. C. Strong regarding bidding procedures. |
| 09/05/06 | A | Jarvis | .20 | Telephone conference with B. Fasel and T. Allison regarding negotiations with Silver Point. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/05/06 A Jarvis        1.75  Revise Silver Point letter of intent to review
                               and include comments of four committees and
                               correspondence regarding revised letter of
                               intent.

09/05/06 A Jarvis         .10  Conference with Silver Point regarding
                               negotiations.

09/05/06 A Jarvis        1.40  Revise Silver Point term sheet with comments
                               from debtors and committees and draft memo
                               regarding same.

09/05/06 S Strong         .80  Review and analyze revisions suggested by
                               committees to SP term sheet (0.7); assist A.
                               W. Jarvis with cumulative revisions to SP
                               term sheet (0.6); circulate redline
                               comparison versions to committees and Mesirow
                               (0.3).

09/05/06 S Strong        1.30  Telephone conference with B. Fasel and J.
                               Atkinson regarding UCCs view on various
                               issues concerning SPs term sheet (0.3);
                               confer with A. W. Jarvis regarding same
                               (0.1); further analysis of term sheet issues
                               (0.9).

09/05/06 S Strong         .20  Assist A. W. Jarvis regarding comparison
                               versions of various revisions to SP term
                               sheet (.4).

09/06/06 A Jarvis         .25  Correspondence on Silver Point letter of
                               intent.

09/06/06 A Jarvis         .25  Correspondence on Silver Point letter of
                               intent, negotiations.

09/06/06 A Jarvis         .40  Conference call with Silver Point regarding
                               negotiations on offer.

09/06/06 A Jarvis         .35  Conference call with Silver Point and
                               Committees regarding negotiations on offer.

09/06/06 A Jarvis         .10  Telephone conference with Silver Point
                               regarding negotiations on offer.

09/06/06 A Jarvis        1.05  Revise Silver Point term sheet with comments
                               from debtors and committees and
                               correspondence regarding revisions.

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

| 09/06/06 S Strong | .80 | Participate in conference call with Mesirow team, SP team, and A. W. Jarvis regarding SP term sheet revisions and issues (0.6); review further revisions to proposed SP term sheet (0.3); exchange emails with A. W. Jarvis regarding same (0.2); participate in telephone conference with A. Jarvis, Mesirow team and SP team regarding term sheet issues (0.2); prepare comparison versions of revisions and circulate same to committees counsel (0.3). |
|---|---|---|
| 09/07/06 S Strong | 1.25 | Telephone conference with A. W. Jarvis regarding revisions needed to current draft of SP term sheet (0.2); review email and suggested edits from E. Karasik regarding same (0.2); review comments from M. Levinson and R. Charles regarding same (0.3); make revisions to draft of SP term sheet (1.8). |
| 09/07/06 S Strong | .30 | Email to SP transmitting and explaining revisions to SP term sheet (0.3); email to committees regarding same (0.3). |
| 09/08/06 A Jarvis | .15 | Telephone conference with J. McCarroll regarding negotiations with Silver Point. |
| 09/08/06 A Jarvis | .70 | Correspondence with Committees and Mesirow regarding comments on Silver Point term sheet negotiations. |
| 09/08/06 A Jarvis | .20 | Correspondence with Silver Point regarding negotiations, term sheet. |
| 09/08/06 A Jarvis | .50 | Revise term sheet with comments from committees and debtors, corresponding plan modifications. |
| 09/08/06 B Kotter | .30 | Exchange e-mails and brief discussion with A. W. Jarvis regarding bidding procedures motion. |
| 09/08/06 S Strong | .15 | Review revised term sheet from SP (.3). |
| 09/09/06 A Jarvis | .25 | Correspondence on Silver Point term sheet. |
| 09/09/06 A Jarvis | .20 | Telephone conference with J. Atkinson and T. Allison regarding Silver Point term sheet, negotiations. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/09/06 A Jarvis        .15  Telephone conference with T. Allison, J.
                              Atkinson and S. C. Strong regarding Silver
                              Point term sheet, Ashby call.

09/09/06 A Jarvis        .45  Conference call with Mesirow and Silver Point
                              regarding negotiations on Silver Point offer,
                              changes to term sheet and comments on
                              Committees.

09/09/06 S Strong        .65  Participate in conference call with Silver
                              Point team and debtors team regarding final
                              revisions requested by committees to proposed
                              term sheet (1.0); telephone conference with
                              A. W. Jarvis regarding same (0.3).

09/10/06 A Jarvis       1.10  Correspondence on term sheet and revise same
                              with comments from committees and debtors and
                              disseminate revisions.

09/11/06 A Jarvis        .65  Revise Silver Point term sheet and
                              correspondence with committees and Silver
                              Point regarding same (1/2 time).

09/11/06 A Jarvis        .15  Telephone conference with S. Khan and J.
                              McCarroll regarding comments on Silver Point
                              term sheet (1/2 time).

09/11/06 A Jarvis        .20  Telephone conference with B. Fasel and J.
                              Atkinson regarding finalizing exhibits to
                              Silver Point term sheet (1/2 time).

09/11/06 A Jarvis        .90  Revise Silver Point term sheet and
                              correspondence regarding same (1/2 time).

09/11/06 A Jarvis        .20  Correspondence on potential purchasers (1/2
                              time).

09/11/06 B Kotter       1.20  Conference with S. C. Strong regarding
                              procedures motion and order (.2); review
                              proposed procedures and begin working on
                              motion (.9); conference with S. C. Strong
                              regarding same (.1).

09/11/06 S Strong        .20  Confer with B. J. Kotter regarding bid
                              procedures needed (0.1); analysis of sample
                              bid procedures (0.3).

Client No. 34585                                              Page:     5
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/11/06 S Strong        .70 Review and analysis of latest revisions to SP
                             term sheet (0.4); participate in telephone
                             conference with debtors and committees
                             professionals regarding same (0.8); confer
                             with A. W. Jarvis regarding same (0.2).

09/11/06 S Strong        .30 Review latest draft of SP term sheet (0.3);
                             confer with A. W. Jarvis regarding final
                             edits to same (0.1); review emails from
                             committees counsel regarding same (0.2).

09/12/06 A Jarvis        .10 Correspondence on Silver Point offer (1/2
                             time).

09/12/06 A Jarvis        .20 Telephone conference with J. McCarroll
                             regarding Silver Point term sheet (1/2 time).

09/12/06 A Jarvis        .55 Revise Silver Point term sheet and
                             correspondence regarding same.

09/12/06 A Jarvis        .30 Telephone conferences with J. McCarroll
                             regarding negotiations on term sheet (1/2
                             time).

09/12/06 A Jarvis        .10 Conference with G. Winger regarding issues on
                             drafting of asset purchase agreement (1/2
                             time).

09/12/06 A Jarvis        .30 Telephone conferences with J. McCarroll
                             regarding finalizing term sheet and signing
                             of same (1/2 time).

09/12/06 B Kotter       1.00 Work on preparing bidding procedures motion
                             (.3); brief conference with S. C. Strong
                             regarding same (.1); work on motion (.6).

09/13/06 A Jarvis        .10 Conference with B. Fasel regarding
                             negotiations with Silver Point (1/2 time).

09/13/06 A Jarvis        .10 Correspondence with J. McCarroll regarding
                             hearing, due diligence (1/2 time).

09/13/06 A Jarvis        .20 Conference with S. C. Strong regarding
                             preparation of bid procedures motion (1/2
                             time).

09/13/06 A Jarvis        .20 Correspondence with Silver Point regarding
                             due diligence (1/2 time).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/13/06 S Strong        1.30  Analysis of executed LOI with Silver Point
                               and drafting motion regarding proposed
                               bidding procedures pursuant to LOI (1.8);
                               exchange emails with C. Pajak regarding
                               proposed bidding procedures (0.1); review and
                               analysis of FTD Committees draft of proposed
                               procedures (0.7).

09/14/06 A Jarvis         .10  Correspondence with Silver Point regarding
                               meeting (1/2 time).

09/14/06 A Jarvis         .20  Correspondence on due diligence matters (1/2
                               time).

09/14/06 A Jarvis         .20  Telephone conference with J. McCarroll and
                               Silver Point principals regarding negotiation
                               of material adverse condition clause, due
                               diligence (1/2 time).

09/14/06 A Jarvis         .20  Correspondence on bid procedures (1/2 time).

09/14/06 S Strong         .90  Continue drafting and revising proposed bid
                               procedures (1.7); circulate same to Mesirow
                               and A. W. Jarvis for review (0.1).

09/15/06 S Strong        1.10  Review comments on proposed bid procedures
                               (0.3); participate in telephone conference
                               with B. Fasel, J. Reed and E. A. Monson
                               regarding same (1.3); confer with E. A.
                               Monson regarding further revisions to same
                               (0.2); review and forward to E. A. Monson
                               various comments regarding bid procedures
                               (0.2); confer with A. W. Jarvis regarding
                               timeline of confirmation events for bid
                               procedures motion (0.2).

09/18/06 A Jarvis         .15  Correspondence on negotiations with Silver
                               Point, bid procedures.

09/18/06 A Jarvis         .90  Conference with J. McCarroll regarding APA,
                               MAC clause, bid process (1/2 time).

09/18/06 E Monson        6.80  Work on bid procedure motion, discuss with S.
                               C. Strong and get draft sent to J. McCarroll.

09/19/06 A Jarvis         .50  Conference with S. C. Strong regarding
                               details on bid procedures, resolution of
                               corresponding plan issues (1/2 time).

Client No. 34585                                              Page:    7
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/19/06 A Jarvis          .15 Telephone conference with B. Fasel regarding
                               bid procedures.

09/19/06 A Jarvis          .40 Conference with S. C. Strong regarding
                               details of bid procedures (1/2 time).

09/19/06 A Jarvis          .30 Correspondence on MAC clause (1/2 time).

09/19/06 A Jarvis          .60 Review Offer Letter and prepare bid
                               procedures (1/2 time).

09/19/06 A Jarvis          .15 Correspondence regarding bid procedures.

09/19/06 A Jarvis          .25 Work on bid procedures.

09/19/06 E Monson          .25 Conference with J. Reed, B. Fasel and S. C.
                               Strong regarding bid procedures.

09/19/06 E Monson          .25 Conference call with B. Fasel, S. C. Strong
                               and A. W. Jarvis regarding bid procedures.

09/19/06 E Monson          .85 Participate in portion of conference with A.
                               W. Jarvis, S. C. Strong, T. Allison, B. Fasel
                               and counsel for the FTDFC regarding plan and
                               bid procedure issues and plan issues.

09/19/06 E Monson         3.10 Review motion on bid procedures.

09/19/06 E Monson          .15 Review comments to R. Charles, C. Pajak and
                               J. McCarroll to bid procedures.

09/19/06 S Strong          .85 Telephone conference with A. W. Jarvis
                               regarding progress with proposed bid
                               procedures (0.2); work on revised bid
                               procedures (0.8); confer with E. A. Monson
                               regarding same (0.2); telephone conference
                               with B. Fasel, J. Reed and E. A. Monson
                               regarding same (0.5).

09/19/06 S Strong          .35 Telephone conference with B. Fasel and A. W.
                               Jarvis regarding proposed break-up fee and
                               other bid procedures (7).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


| | | | |
|---|---|---|---|
| 09/19/06 | S Strong | .45 | Review proposed MAC clause from Silver Point for asset purchase agreement (0.3); review proposed revisions from FTDC regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1); further review of proposed MAC clause (0.2); review emails from A. W. Jarvis to committees regarding same (0.1). |
| 09/19/06 | S Strong | .10 | Review confidentiality agreement with another interested asset purchaser (0.1); exchange emails with J. Reed regarding same (0.1). |
| 09/20/06 | A Jarvis | .10 | Telephone conference with J. McCarroll regarding negotiations on MAC clause, APA. |
| 09/20/06 | A Jarvis | .40 | Conference with B. J. Kotter, E. A. Monson and S. C. Strong regarding bid procedures, bid procedures motion, negotiations with Silver Point. |
| 09/20/06 | A Jarvis | .35 | Telephone conference with B. Fasel, J. Atkinson, E. A. Monson and S. C. Strong regarding bid procedures, motion to approve same. |
| 09/20/06 | A Jarvis | .65 | Conference with Mesirow regarding bid procedures (.3), drafting of bid procedures motion (1.0). |
| 09/20/06 | A Jarvis | .20 | Correspondence on due diligence requests from Silver Point. |
| 09/20/06 | A Jarvis | .40 | Revise MAC clause and draft memo to J. McCarroll regarding same. |
| 09/20/06 | A Jarvis | .10 | Correspondence on bid procedures motion. |
| 09/20/06 | A Jarvis | .15 | Further correspondence on MAC clause. |
| 09/20/06 | A Jarvis | .90 | Review term sheet for redraft of MAC clause. |
| 09/20/06 | A Jarvis | .60 | Review and comment on bid procedures. |
| 09/20/06 | A Jarvis | .20 | Correspondence on Royal Hotel. |
| 09/20/06 | E Monson | 3.25 | Work on bid procedures motion. |

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

| 09/20/06 E Monson | .10 | Conference with S. C. Strong and B. Fasel regarding bid procedures. |
|---|---|---|
| 09/20/06 E Monson | .30 | Review and consider changes received from counsel for FTDF regarding changes to bid procedures and send e-mail to A. W. Jarvis and S. C. Strong regarding same. |
| 09/20/06 E Monson | .65 | Conference call with J. Atkinson, B. Fasel, S. C. Strong and A. W. Jarvis regarding bid procedures. |
| 09/20/06 S Strong | .10 | Confer with E. A. Monson regarding status of bid procedures and revisions (.2). |
| 09/20/06 S Strong | 1.70 | Work on drafting and revisions motion for approval of bid procedures and sales process regarding Silver Point term sheet (3.4). |
| 09/21/06 A Jarvis | .15 | Telephone conference with F. Merola regarding MAC clause. |
| 21/06 A Jarvis | .30 | Correspondence on MAC clause. |
| 09/21/06 A Jarvis | .25 | Correspondence on bid procedures. |
| 09/21/06 A Jarvis | .15 | Telephone conference with J. McCarroll regarding MAC clause negotiations. |
| 09/21/06 A Jarvis | .35 | Revise MAC clause. |
| 09/21/06 A Jarvis | .25 | Revisions to MAC clause and correspondence with J. McCarroll regarding revisions. |
| 09/21/06 A Jarvis | .15 | Correspondence with J. McCarroll regarding bid procedures. |
| 09/21/06 A Jarvis | .40 | Revisions and correspondence on MAC clause. |
| 09/21/06 E Monson | .10 | Discussion with S. C. Strong regarding issues on bid procedure issues. |
| 09/21/06 E Monson | 3.00 | Work on solving and responding to issues on bid procedures and work on revising bid procedures. |
| 09/21/06 E Monson | .50 | Review numerous e-mails from Committees regarding comments to bid procedures. |

Client No. 34585                                        Page:   10
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/21/06 E Monson      .10 Conference call with S. C. Strong and B.
                           Fasel regarding issues on bid procedures.

09/21/06 E Monson      .25 Send reply e-mails to various committees on
                           comments.

09/21/06 E Monson      .30 Review e-mails from counsel for SP and counsel
                           for FTDC regarding changes to bid procedure
                           motion.

09/21/06 E Monson      .15 Conference with A. W. Jarvis and J. McCarroll
                           regarding issues on bid procedures.

09/21/06 S Strong      .85 Review comments from ECC regarding proposed
                           bid procedures (0.2); review further comments
                           from FTDC regarding bid procedures (0.2);
                           confer with E. A. Monson regarding same
                           (0.2); telephone conference with B. Fasel
                           regarding same (0.2); participate in
                           telephone conference with C. Pajak, E.
                           Karasik, E. A. Monson and B. Fasel regarding
                           same (0.9).

09/21/06 S Strong     1.20 Continue drafting and revising motion for
                           approval of bid procedures (2.1); circulate
                           draft to committees and Silver Point for
                           review (0.1); review preliminary comments
                           from FTDC regarding same (0.2).

09/21/06 S Strong      .25 Review comments from J. McCarroll regarding
                           proposed MAC clause (0.2); review email from
                           A. W. Jarvis regarding same (0.1); telephone
                           conference with E. Karasik regarding FTDCs
                           views on same (0.1); review revised comments
                           from J. McCarroll regarding MAC clause (0.1).

09/21/06 S Strong      .15 Review proposed confidentiality agreement
                           from another prospective asset purchaser
                           (0.2); exchange emails with B. Fasel
                           regarding revisions needed to same (0.1).

09/22/06 A Jarvis      .30 Conference call with Silver Point and FTDF
                           regarding MAC clause, bid procedures.

09/22/06 A Jarvis      .10 Conference with E. A. Monson regarding final
                           changes to bid procedures, issues discussed
                           with Silver Point.

Client No. 34585                                      Page:   11
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006

09/22/06 A Jarvis          .10  Telephone conference with J. McCarroll
                                regarding bid procedures, MAC clause.

09/22/06 A Jarvis          .15  Correspondence regarding MAC clause, bid
                                procedures.

09/22/06 A Jarvis          .40  Revise MAC clause.

09/22/06 A Jarvis          .45  Revise bid procedures motion.

09/22/06 E Monson          .10  Draft e-mail to B. Fasel regarding bid
                                procedures.

09/22/06 E Monson         2.00  Work on finalizing bid procedures including
                                reviewing numerous e-mails and voice mails from
                                Committees and Silverpointe Counsel and send
                                replies (3.1); numerous conversations with J.
                                McCarroll regarding bid procedures and bid
                                procedure motion (.5); discussion with S. C.
                                Strong and B. Fasel and discussion with C.
                                Pajak (.4).

    22/06 E Monson          .80  Work with S. C. Strong regarding getting bid
                                procedures motion finalized.

09/22/06 S Strong          .10  Review messages from A. W. Jarvis, M.
                                Levinson, and J. McCarroll regarding bid
                                procedures, and send message to E. A. Monson
                                regarding same (.2).

09/22/06 S Strong          .65  Work on revisions to bid procedures (1.1);
                                review further emails from J. McCarroll, E.
                                A. Monson, G. Garman, and A. W. Jarvis
                                regarding same (0.2).

09/22/06 S Strong         2.10  Work on revisions to bid procedures motion,
                                and circulate draft to committees and J.
                                McCarroll for review (1.9); review revisions
                                to bid procedures motion suggested by C.
                                Pajak and J. McCarroll (0.4); revise and
                                finalize bid procedures motion (1.4);
                                telephone conferences with J. McCarroll
                                regarding final edits (0.3); prepare and
                                transmit final bid procedures motion with
                                exhibits to local counsel for filing (0.2).

09/25/06 A Jarvis          .05  Telephone call to J. McCarroll regarding due
                                diligence issues.

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/25/06 A Jarvis        .20 Correspondence on due diligence issues
                             regarding Silver Point.

09/25/06 A Jarvis        .10 Correspondence on bid procedures.

09/25/06 E Monson        .60 Revise bid procedure to address concern
                             revised by ECC and proof bid procedures.

09/25/06 E Monson        .15 Review e-mail from J. Reed regarding bid
                             procedures and send reply along with copy of
                             bid procedures.

09/25/06 E Monson        .10 Review additional e-mail from J. Reed and
                             send reply (.2).

09/25/06 E Monson        .15 Review voice mail from J. McCarroll regarding
                             loan servicing agreements and discuss with A.
                             W. Jarvis.

09/25/06 S Strong        .15 Telephone conference with J. Reed regarding
                             bid procedures (0.1); review Bid Procedures
                             Motion as filed and forward same to J. Reed
                             (0.2).

09/25/06 S Strong        .10 Review proposed notice regarding bid
                             procedures motion, and email to J. McPherson
                             regarding same (.2).

09/26/06 A Jarvis        .15 Telephone conference with J. McCarroll
                             regarding APA, bid procedures.

09/26/06 S Strong        .25 Telephone conference with J. McCarroll
                             regarding LSAs requested by Silver Point
                             (0.2); confer with A. W. Jarvis regarding
                             same (0.1); telephone conference with J.
                             McCarroll and A. W. Jarvis regarding status
                             of proposed asset purchase agreement and
                             related issues (0.2).

09/26/06 S Strong        .15 Telephone conference with J. McCarroll
                             regarding potential local counsel for Silver
                             Point (0.1); email to L. Schwartzer and A. W.
                             Jarvis regarding same (0.1); review email
                             from L. Schwartzer and A. W. Jarvis regarding
                             same (0.1).

09/27/06 A Jarvis        .15 Correspondence on issues regarding Silver
                             Point offer.

Client No. 34585                                              Page:   13
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/27/06 S Strong          1.20  Telephone conference with J. Reed regarding
                                 LSA analysis and Silver Point requests
                                 regarding same (0.1); further analysis of
                                 issues regarding LSAs and Silver Points
                                 requests regarding same (0.8); exchange voice
                                 messages with J. McCarroll regarding same
                                 (0.1); telephone conference with J. Atkinson,
                                 S. Smith and J. Reed regarding same (0.4);
                                 review email from J. McCarroll regarding same
                                 (0.2); telephone conference with J. McCarroll
                                 regarding same (0.3); exchange emails with J.
                                 Atkinson regarding same (0.1); email to J.
                                 McCarroll regarding same (0.2); email to B.
                                 Fasel regarding same (0.2).

09/28/06 S Strong           .20  Confer with J. Reed of Mesirow regarding
                                 Silver Points requests concerning LSAs
                                 (0.2); telephone conference with B. Fasel of
                                 Mesirow regarding same (0.2).

09/29/06 A Jarvis           .15  Correspondence with client regarding Silver
                                 Point servicing issues.

09/29/06 A Jarvis           .10  Correspondence on due diligence issues with
                                 B. Fasel.


   TOTAL FOR LEGAL SERVICES RENDERED                          $20,552.75

                                                              --------------

*"Exhibit H-4"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
Thomas J. Allison 4484 South Pecos Road             Invoice No. 355068
Las Vegas, NV  89121

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 09/01/06 | A Brinkerhoff | .50 | Meeting with E. Monson regarding IP document issues (.5). |
| 09/01/06 | C Clark | .90 | Research regarding ownership of documents. |
| 09/01/06 | K Glade | 1.40 | Draft e-mail to Hasley Canyon attorney regarding USA response to proposal for deep discounted payoff (0.6); responsive e-mail from Hasley Canyon attorney (0.1); additional explanatory e-mail to Hasley Canyon attorney (0.4); telephone call regarding Fox Hills foreclosure (foreclosure by Sloan) (0.3). |
| 09/01/06 | D Monson | 3.30 | Telephone call form A. Stevens on 5055 Collwood Loan and e-mail to Borrower (0.1); discussion with A. Stevens on Rio Rancho Additional Advance Agreement (0.1); discuss Meadow Creek payoff issues with A. Stevens (0.1); e-mails to P. Connaghan, B. Russell, B. Bullard and E. Starr on Rio Rancho Additional Advance Agreement terms, and review e-mail responses (0.4); review e-mail from A. Stevens on Rio Rancho Additional Advance Agreement (0.1); revise e-mail to A. Stevens on 5055 Collwood Loan issues to be forwarded to Borrower (0.9); review and circulate revisions to Rio Rancho Additional Advance Agreement (1.1); e-mail to B. Bullard |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006

on additional documents to be executed for
Rio Rancho Loan Additional Advance (0.1);
letter and e-mail to B. Higgins on Standard
Property Loan joint letters to Direct Lenders
(0.2); review Rio Rancho Loan Guaranty by R.
Russell (0.2).

09/01/06 E Monson     .50 Review memo and draft of letter prepared by
                          A. T. Brinkerhoff regarding document
                          production (.5).

09/01/06 E Monson     .50 Meeting with A. T. Brinkerhoff to discuss his
                          conversation with D. Griffith and IP document
                          separation (.5).

09/04/06 C Clark      .20 Research regarding ownership of documents.

09/05/06 B Bauman     .40 Continued drafting memo to Gary Winger on
                          authority of directors to delegate all their
                          responsibility.

09/05/06 A Brinkerhoff .50 Meeting with C. Clark regarding legal
                          research on IP document issues (.4);
                          conference with E. Monson and C. Clark
                          regarding legal research (.1).

09/05/06 C Clark     2.40 Research regarding ownership of documents
                          (1.9); office conference with A. Brinkerhoff
                          regarding same (.4); office conference with E.
                          Monson regarding same (.1).

09/05/06 K Glade     4.80 Review correspondence regarding requested
                          partial release on Brookmere and underlying
                          loan documents in anticipation of telephone
                          call with A. Stevens (1.4); telephone call
                          with A. Stevens regarding Brookmere proposal
                          (0.4); telephone call with T. Allison, M.
                          Olson and A. Stevens regarding Hasley Canyon
                          (0.4); Colt Gateway (0.3); Bundy Canyon
                          (0.2); Fiesta Oak Valley (0.3); Fiesta
                          McNaughton (0.3); Ocean Atlantic (0.3);
                          Amesbury (0.2); Gramercy (0.2); Huntsville
                          (0.2); HFA Clear Lake (0.2); and HFA Monaco
                          (0.2); review Brookmere agreement (0.2).

09/05/06 A Jarvis     .20 Conference with S. C. Tingey regarding
                          Standard Properties letter.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/05/06 A Jarvis          .30  Correspondence on Marquis Villas.

09/05/06 A Jarvis          .20  Correspondence on foreclosure candidates,
                                counsel.

09/05/06 B Kotter          .40  Brief conference with E. A. Monson regarding
                                IP and debtor document separation issues
                                (.2); conference with E. A. Monson and C.
                                Clark regarding legal research related to
                                subsection 362 protections and procedures
                                related to IP documents (.2).

09/05/06 D Monson         2.80  Telephone call from B. Noel, prospective
                                Texas counsel for Texas foreclosure actions
                                on 5 matured Texas loans (0.1); gather loan
                                information from S. Tingey and from review of
                                loan files for 5 matured Texas loans
                                (Gramercy, 6425 Gess, Anchor B, Shamrock
                                Tower and Huntsville Loans), and forward
                                information to B. Noel for conflicts check to
                                represent USACM as local counsel in
                                enforcement actions and bankruptcy cases
                                (1.1); telephone call from A. Stevens on
                                application of paymetns issues for foreclosed
                                loans, review standards loan documents, and
                                discuss allocation of payments issuees with
                                A. Stevens (0.6); review e-mail from B. Noel,
                                and e-mail to A. Stevens on Direct Lender
                                names and addresses for 5 Texas matured loans
                                (0.2); review e-mails from A. Stevens with
                                Direct Lender and additional loan information
                                for 5 Texas matured loans (0.2); e-mail to B.
                                Noel on Direct Lender information and
                                additional loan information for 5 Texas
                                matured loans (0.2); review S. Tingey and A.
                                Jarvis e-mails on letter to Standard Property
                                Development Direct Lenders for additional
                                advances (0.1); review and reply to A. Jarvis
                                e-mail on letter for Standard Property
                                Development Direct Lenders on status of
                                Borrower lawsuit (0.1); review draft letter
                                to Standard Property Development Direct
                                Lenders from S. Tingey (0.2).

09/05/06 E Monson          .30  Conference with A. T. Brinkerhoff and C. Clark
                                regarding research on issues on IP documents
                                (.3).

Client No. 34585                                          Page:     4
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/05/06 S Strong          2.40  Review emails from M. Olson regarding Hall
                                 Financial assignment issues (0.3); review
                                 Nevada MLD law regarding same (0.4); emails
                                 to M. Olson and A. W. Jarvis regarding same
                                 (0.3); further analysis of Hall assignment
                                 facts and legal issues (1.4).

09/06/06 A Brinkerhoff     1.80  Conference with E. Monson regarding IP
                                 document dispute and scheduling meeting with
                                 A. Jarvis (.4); draft summary of issues and
                                 talking points agenda for meeting with A.
                                 Jarvis (.6); meeting with A. Jarvis and E.
                                 Monson regarding IP document issues and
                                 Debtors' position (.8).

09/06/06 K Glade           1.80  E-mail from M. Stone regarding Ten-Ninety
                                 assignment of beneficial interest issue
                                 (0.2); draft responsive e-mail to M. Stone
                                 regarding assignment issue on Ten-Ninety loan
                                 (0.3); e-mail to T. Allison regarding inquiry
                                 from C. Scully for discounted payoff on HFA
                                 Clear Lake (0.2); HFA Monaco (0.2); and Colt
                                 Gateway (0.2); e-mail from and to A. Jarvis
                                 regarding HFA - Windham (0.2); e-mail from T.
                                 Allison regarding information on Colt Gateway
                                 (0.1); HFA Monaco (0.1); and HFA Clear Lake
                                 (0.1); draft e-mail to T. Allison regarding
                                 discounted payoff request from Hasley Canyon
                                 (0.3).

09/06/06 A Jarvis           .30  Correspondence regarding Marquis Villas.

09/06/06 A Jarvis           .40  Correspondence regarding loan issues.

09/06/06 A Jarvis           .80  Conference call with Standard Development
                                 regarding loan collection, dispute regarding
                                 additional funding.

09/06/06 A Jarvis           .30  Correspondence on HFA loans.

09/06/06 A Jarvis           .20  Telephone conference with HFA regarding loan
                                 issues, collection.

09/06/06 A Jarvis           .30  Telephone conference with T. Allison
                                 regarding meeting with lender.

09/06/06 A Jarvis           .20  Telephone conference with T. Allison
                                 regarding default issues.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/06/06 B Kotter          .90  Exchange e-mail with Mesirow regarding index of
                                boxes (.3); review index for information for
                                Mesirow (.6).

09/06/06 D Monson         2.70  Revise letter to Standard Property
                                Development Direct Lenders on additional loan
                                funding, and e-mail to A. Jarvis and S.
                                Tingey on revisions (0.4); review e-mails
                                from A. Jarvis and S. Tingey on Standard
                                Property Development letter issues (0.2);
                                review e-mails from K. Glade and T. Allison
                                on status of HFA loans (0.2); e-mail to A.
                                Jarvis and K. Glade on status of HFA loans
                                and forbearance agreement (0.1); telephone
                                call from A. Stevens on order of allocation
                                of foreclosure proceeds for defaulted loans
                                (0.3); additional review of loan
                                documentation on order of allocation of
                                foreclosure proceeds for defaulted loans, and
                                discuss allocation issues with S. Tingey and
                                K. Glade (1.3); discussion with E. Monson and
                                S. Strong on allocation issues for
                                foreclosure proceeds for defaulted loans
                                (0.2).

09/06/06 E Monson          .30  Meeting regarding issues relating to IP
                                documents and requested meeting from J.
                                Milanowski's attorney.

09/06/06 E Monson          .20  E-mail to C. Hurst to verify PBGC is on
                                mailing list.

09/06/06 E Monson          .20  Review e-mails from S. Smith and B. J. Kotter
                                regarding index of documents in J.
                                Milanowski's office.

09/06/06 E Monson          .20  Conference with S. C. Strong and D. M. Monson
                                regarding allocation issues.

09/06/06 S Strong         1.20  Further analysis of issues concerning
                                assignments of fractional interests in loans
                                (0.9); telephone conference with M. Olson
                                regarding same (0.2); exchange emails with S.
                                Smith and S. Steele regarding same (0.1).

Client No. 34585                                          Page:     6
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/07/06 A Brinkerhoff 1.80 Draft talking point document regarding IP
                            documents (.6); meeting with E. Monson
                            regarding talking points document (.3);
                            revisions to document to send to A. Jarvis
                            (.4); review emails to and from J. Atkinson
                            (.2); conference with M. Pugsley regarding IP
                            documents impasse (.3).

09/07/06 C Clark        .70 Research regarding automatic stay.

09/07/06 K Glade        .70 Review letter from Hasley Canyon counsel
                            regarding request for payoff and reservation
                            of claims (0.3); related e-mail to Mesirow
                            (0.2); conference with S. Strong regarding
                            equitable lien filed against Royal Hotel
                            (0.2).

09/07/06 A Jarvis       .50 Meeting with staff regarding business issues
                            relating to bankruptcy.

09/07/06 A Jarvis       .80 Conference with T. Allison, Ashby Group and
                            J. Milanowski regarding work out of Ashby
                            loans, security interest in Ashby projects.

09/07/06 A Jarvis       .40 Conference with R. Ashby, T. Allison and J.
                            Mahoney regarding payment of Ashby loans.

09/07/06 A Jarvis       .40 Conference with T. Allison regarding IP
                            document issues, employee issues, loan
                            document issues.

09/07/06 A Jarvis       .20 Correspondence on Hasley Canyon.

09/07/06 A Jarvis       .40 Conference with T. Allison, J. Mahoney and R.
                            Ashby regarding repayment of Ashby loans,
                            requested discount.

09/07/06 A Jarvis       .20 Conference with T. Allison and J. Mahoney
                            regarding meeting with Diversified regarding
                            security interest in Ashby projects.

09/07/06 A Jarvis       .30 Conference with T. Allison and J. Milanowski
                            regarding liens on Royal Hotel.

09/07/06 A Jarvis       .50 Conference with T. Allison regarding
                            collection of Ashby loans, HFA loans, follow
                            up on certain tracing issues.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006

09/07/06 D Monson        3.20  Discussion with S. Tingey on forbearance for
                               HFA loans and documentation of HFA Asylum loan
                               (0.1); returned telephone call from R. Dolke,
                               Standard Property Development Direct Lender
                               (0.8); review e-mails from A. Jarvis and S.
                               Tingey on HFA loan forbearance issues and
                               status of HFA Forbearance Order (0.1); review
                               research and Nevada statute on allocation of
                               payments for foreclosure proceeds on defaulted
                               loans (1.3); review e-mail from A. Stevens on
                               Urban Housing Alliance and Glendale Partners
                               payoff issues (0.2); conference with A. Stevens
                               on Urban Housing Alliance and Glendale Partners
                               payoff issues (0.2); conference with A. Stevens
                               on Bay Pompano Beach Project mechanic's lien
                               filing, and review e-mail to mechanic's lien
                               (0.2); conference with A. Stevens on allocation
                               of payments for defaulted loans and review of
                               loan documentation (0.3).

09/07/06 E Monson         .30  Conference with A. T. Brinkerhoff and review
                               of items to discuss on IP documents.

09/07/06 E Monson         .20  Work on e-mail to A. T. Brinkerhoff and
                               review regarding IP document issues.

09/07/06 E Monson         .80  Review e-mail from J. Atkinson regarding IP
                               documents and send lengthy response.

09/07/06 E Monson         .30  Review multiple e-mails from A. T.
                               Brinkerhoff and M. Olson regarding IP
                               document issues and send replies.

09/07/06 S Strong         .30  Exchange emails with S. Smith regarding and
                               S. Steele regarding assignment questions and
                               issues (.3).

09/07/06 S Strong         .70  Exchange messages with B. Berry regarding
                               status of funds in escrow (0.2); work on
                               motion regarding same (0.5).

09/07/06 S Strong         .20  Confer with K. G. Glade regarding wrongful
                               lien on Royal property (.2).

Client No. 34585                                                Page:    8
Debtor USA Commercial Mortgage Co., et al.                      November 30, 2006


09/08/06  A Brinkerhoff  1.70  Conference call with T. Ellison, A. Jarvis
                               and S. Strong regarding IP documents (.5);
                               review index of 38 boxes (.3); conference
                               with E. Monson to report clients'
                               instructions regarding IP documents (.4);
                               conference with E. Monson regarding decision
                               respecting further indexing of IP documents
                               (.5).

09/08/06  C Clark         2.40  Research regarding automatic stay.

09/08/06  K Glade         1.60  E-mail to M. Stone regarding clean-up work on
                               trust deed assignments on Ten-Ninety loan
                               with responsive e-mail (0.3); review
                               California loan payoff statute with respect
                               to payoff request on Hasley Canyon (0.3);
                               review updated Hasley Canyon payoff with
                               related documents (0.8); telephone call with
                               A. Stevens regarding Hasley Canyon payoff
                               (0.2); draft payoff on Hasley Canyon (0.2).

09/08/06  B Kotter         .20  Exchange e-mails and telephone call with A.
                               T. Brinkerhoff regarding indexing documents.

09/08/06  D Monson         .20  Telephone call from prospective purchaser of
                               mortgage servicing rights (0.2).

09/08/06  D Monson         .20  Discussions with K. Glade on Hasley Canyon
                               loan payoff issues, and review Hasley Canyon
                               Note (0.2).

09/08/06  D Monson         .50  E-mails with K. Glade on Urban Housing
                               Alliance and Glendale Partners exit fee
                               issues (0.1); review e-mail from M. Olson on
                               Urban Housing Alliance and Glendale Partners
                               exit fee issues (0.2); e-mails with A. Jarvis
                               and S. Strong on Urban Housing Alliance and
                               Glendale Partners exit fee issues (0.2).

09/08/06  D Monson        1.80  Prepare Memo on allocation of payments from
                               foreclosure proceeds (1.8).

09/08/06  D Monson         .20  Review e-mails from M. Stone on Rio Rancho
                               Loan Additional Advance final funding and
                               signed Agreement, and respond to e-mail (0.2).

09/08/06  D Monson         .20  Discuss Motion to Assign Shamrock Towers loan
                               to 3rd party buyer with S. Tingey (0.2).

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/08/06 E Monson         .70  Discussions with A. T. Brinkerhoff regarding
                               IP documents and issues related thereto (.4);
                               additional discussions with A. T. Brinkerhoff
                               regarding IP documents (.3).

09/08/06 S Strong         .10  Exchange voice messages with investor A.
                               Sanders (.1).

09/09/06 D Monson        1.70  Continue draft of Memo on allocation of
                               payments for foreclosed loans in USACM loan
                               portfolio, and review various loan documents
                               for provisions on allocation of payments
                               (1.7).

09/11/06 A Brinkerhoff    .90  Conference with E. Monson regarding IP
                               document issues (.3); clarification email to
                               Mesirow regarding IP documents (.3); review
                               emails throughout day (.3).

09/11/06 C Clark         2.70  Research regarding automatic stay.

09/11/06 K Glade         3.30  Draft correspondence regarding Hasley Canyon
                               payoff quote (0.9); e-mails with A. Stevens
                               regarding revisions to Hasley Canyon payoff
                               quote (0.4); e-mail with A. Stevens regarding
                               disbursement request on Cloudbreak (0.2);
                               related conference with D. Monson (0.2);
                               e-mail to A. Stevens regarding issue on
                               disbursement for Cloudbreak (0.2); review
                               Hotel Zosa purchase agreement and Royal Hotel
                               title commitment and draft explanatory e-mail
                               to A. Jarvis (1.0); review forbearance
                               agreement on HFA Asylum and conference with
                               S. Tingey (0.4).

09/11/06 A Jarvis         .20  Conference with E. A. Monson and S. C. Strong
                               regarding distribution order.

09/11/06 D Monson         .20  Review e-mail from A. Jarvis and e-mail to A.
                               Stevens on foreclosure counsel for Amesbury
                               and Brookmere/Matteson Loans (0.2).

09/11/06 D Monson        1.50  Review sample Fee Agreements, finalize memo
                               on Allocation of Foreclosure Proceeds for
                               defaulted loans and circulate Memo for
                               comments (1.5).

| | | | |
|---|---|---|---|
| 09/11/06 | D Monson | .20 | Review e-mail from A. Stevens on Binford Medical loan interest default and request for loan disbursements (0.2). |
| 09/11/06 | D Monson | .40 | Review draft Forbearance Agreement for HFA Loans and discuss with S. Tingey (0.4). |
| 09/11/06 | D Monson | .80 | Telephone call from A. Stevens on Binford Medical loan default and request for loan disbursement (0.1); Discuss Binford Medical loan default and disbursement issues with K. Glade (0.2); E-mail to A. Stevens on Binford Medical loan default and disbursement issues (0.5). |
| 09/11/06 | D Monson | .20 | Review e-mails from A. Jarvis and discuss Royal Hotel equitable liens issues with S. Tingey (0.2). |
| 09/11/06 | D Monson | .40 | Review e-mails from A. Jarvis, T. Allison and M. Olson on Standard Property Development Additional Advance letter to Direct Lenders (0.2); Review and respond to M. Olson e-mail on Standard Property Development Exit Fee, and review Fee Agreement (0.2). |
| 09/11/06 | E Monson | .20 | Review e-mail from A. T. Brinkerhoff and follow up on IP document issues. |
| 09/11/06 | E Monson | .10 | Follow up on Sheraton loan file review for privilege. |
| 09/11/06 | E Monson | .60 | Participate in conference call with client and DTDFC and advisors regarding Ashby, Epic, Marquis Hotel and Sheraton loans. |
| 09/11/06 | S Strong | .20 | Review email from B. Berry regarding investor funds in escrow (0.1); email to him regarding status of motion regarding same (0.1). |
| 09/11/06 | S Strong | .70 | Telephone conference with investor A. Sanders regarding various questions and issues (0.4); review issues raised by Mr. Sanders (0.2); confer with C. Hurst regarding calls from investors (0.1). |

Client No. 34585                                        Page:    11
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/11/06 S Strong        .90  Review and analysis of UCCs motion to amend
                              proposed procedures for ongoing distributions
                              (0.7); confer with E. A. Monson regarding
                              response needed to same (0.2).

09/11/06 S Strong       4.10  Confer with A. W. Jarvis regarding revised
                              procedures for ongoing distributions (0.3);
                              work on proposed order with debtors proposed
                              revised procedures for ongoing distributions
                              (3.6); email to Mesirow team transmitting and
                              commenting on draft of proposed order
                              regarding same (0.2).

09/11/06 S Strong        .20  Telephone conference with G. Garman and E. A.
                              Monson regarding proposed procedures
                              regarding ongoing distributions (.2).

09/12/06 A Brinkerhoff   .30  Meeting with C. Clark and E. Monson regarding
                              review of legal research on IP documents
                              issues (.3).

09/12/06 C Clark         .30  Office conference with A. Brinkerhoff and
                              Elaine Monson regarding research on automatic
                              stay.

09/12/06 K Glade        2.40  Review correspondence from Hasley Canyon
                              borrower regarding payoff (0.1); related
                              e-mail to Mesirow and USACM (0.3); e-mails
                              from D. Monson and A. Jarvis regarding motion
                              and order related to reconveyance on Hasley
                              Canyon with responsive e-mails (0.5); review
                              Motion permitting USA to sign reconveyances
                              (0.2); e-mail with L. Dorsey regarding order
                              granting motion on reconveyances (Hasley
                              Canyon) (0.1); draft e-mail to P. Mort
                              (Hasley Canyon) regarding motion permitting
                              USA to sign reconveyances (0.3); review
                              Brookmere/Matteson loan documents for
                              information to provide to local counsel with
                              meeting with D. Monson (0.3); conference with
                              S. Tingey regarding general default interest
                              accrual issue (0.2); review general
                              memorandum regarding application of loan
                              proceeds to waterfall provisions in loan
                              documents and conference with D. Monson
                              (0.4).

Client No. 34585                                        Page:    12
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/12/06 A Jarvis          .20 Conference with S. C. Strong regarding motion
                               to distribute, negotiations and response to
                               unsecured creditors' committee.

09/12/06 A Jarvis         1.40 Telephone conference with S. C. Strong
                               regarding research on preparation for hearing
                               on motion to distribute (.6); telephone
                               conference with S. C. Strong regarding
                               responses to objections to motion to
                               distribute (.3); review objections to motion
                               to distribute (.5).

09/12/06 A Jarvis          .30 Correspondence on Hasley Canyon.

09/12/06 A Jarvis          .20 Correspondence on guarantees.

09/12/06 A Jarvis          .30 Correspondence on ordinary course motion.

09/12/06 D Monson          .10 Review e-mails on HFA Asylum Forbearance
                               Agreement and documentation (0.1).

09/12/06 D Monson          .90 Review K. Schmidt e-mail on Binford Medical
                               Disbursement Request (0.2); e-mail to J.
                               Graub on Binford Medical Request for
                               Disbursement (0.5); conference with A.
                               Stevens on Binford Medical Request for
                               Disbursement (0.2).

09/12/06 D Monson          .10 Discussion with S. Tingey and A. Stevens on
                               Standard Property Development Direct Lender
                               Letter (0.1).

09/12/06 D Monson          .50 Discussion with K. Glade on memo on
                               Allocation of Foreclosure Proceeds for
                               Defaulted Loans (0.2); e-mail to A. Jarvis on
                               review of memo on Allocation of Foreclosure
                               Proceeds for Defaulted Loans (0.1); review
                               and respond to A. Stevens e-mail on Memo on
                               Allocation of Foreclosure Proceeds for
                               Defaulted Loans (0.2).

09/12/06 D Monson          .20 Review K. Glade e-mail on Hasley Canyon
                               payoff (0.2).

09/12/06 D Monson          .10 Review K. Glade e-mail on Cloudbreak
                               disbursement issues (0.1).

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/12/06 D Monson        .60 Forward information on status of Ordinary
                             Course Releases Order to K. Glade for Hasley
                             Canyon payoff and authorization issues (0.4);
                             check docket sheet on entry of Order on
                             Ordinary Course Releases for Hasley Canyon
                             closing (0.2).

09/12/06 D Monson        .50 Telephone call from R. Kline, attorney for
                             prospective junior lender for Palm Harbor
                             Loan Project (0.3); E-mail to R. Kline on
                             prospective junior loan for Palm Harbor
                             Project (0.2).

09/12/06 D Monson       1.70 Review e-mail on foreclosure counsel for
                             Amesbury and Brookmere loans, gather Borrower
                             and Guarantor and Direct Lender information,
                             and telephone call to B. McKenna, prospective
                             foreclosure counsel (0.5); review Direct
                             Lender Lists for Amesbury Loan and
                             Brookmere/Matteson Loan, and forward to B.
                             McKenna (0.2); E-mail to B. McKenna with
                             conflicts check information for Amesbury Loan
                             and Brookmere/Matteson Loan (0.5); review
                             Motion to Appoint Ordinary Course
                             Professionals and forward Motion and Notice
                             of Hearing to B. McKenna (Amesbury Loan and
                             Brookmere/Matteson Loan) (0.5).

09/12/06 D Monson        .40 Review e-mail from A. Jarvis and A. Brumby,
                             attorney for Standard Property Development
                             Borrower, and discuss letter to Direct
                             Lenders with S. Tingey, and coordinate
                             arrangements to individualize and send out
                             letter to Direct Lenders (0.4).

09/12/06 D Monson        .40 Review Binford Medical Loan documents on
                             disbursement issues (0.4).

09/12/06 D Monson        .20 Discussion with S. Strong on allocation of
                             foreclosure proceeds memo to USACM (0.2).

09/12/06 E Monson        .20 Conference with A. T. Brinkerhoff and C.
                             Clark regarding research on relief from stay
                             involving disputed document issues (.2).

09/12/06 E Monson        .40 Conference with B. Seabert regarding request
                             for Tanamera Report Property Subscription
                             Agreements and make some notes to file.

Client No. 34585                                   Page:    14
Debtor USA Commercial Mortgage Co., et al.         November 30, 2006


09/12/06 S Strong        .10  Exchange emails with D. M. Monson regarding
                              loan servicing issue (.1)

09/12/06 S Strong        .40  Review and edit debtors response to UCCs
                              motion to revise procedures for ongoing
                              distributions (0.3); confer with E. A. Monson
                              regarding same (0.1).

09/12/06 S Strong        .20  Participate in telephone conference with J.
                              Atkinson, S. Smith, A. W. Jarvis and E. A.
                              Monson regarding allocable collection costs
                              (.2).

09/12/06 S Strong       1.20  Continue work on revisions to proposed order
                              regarding ongoing distributions (0.6);
                              circulate revised draft of same with comments
                              to committees (0.2); review and analysis of
                              additional comments and edits from UCC
                              counsel regarding same (0.4).

09/12/06 S Strong       1.30  Participate in telephone conference with J.
                              Atkinson, A. W. Jarvis and L. Schwartzer
                              regarding collection costs allocations and
                              related issues (0.8); confer with A. W.
                              Jarvis regarding disputed language regarding
                              collection costs for proposed order on
                              ongoing distributions (0.2); email to R.
                              Charles regarding debtors position on same
                              (0.2); review responsive email from R.
                              Charles regarding same (0.1).

09/12/06 S Strong       1.10  Review and analysis of default interest and
                              collection cost allocation issues (0.4);
                              confer with S. Tingey regarding default
                              interest and collection costs (0.5); Confer
                              with B. J. Kotter and C. Hurst regarding
                              collection cost allocation issues (0.2).

09/12/06 S Strong       2.20  Analysis for and drafting of motion to return
                              escrowed funds to investor (2.1); email E. A.
                              Monson regarding assistance needed to
                              complete same (0.1).

09/12/06 S Strong       1.90  Telephone conference with A. W. Jarvis
                              regarding dispute over language of proposed
                              order for ongoing distributions (0.3); locate
                              and transmit key documents regarding same to
                              A. W. Jarvis to assist in her hearing

Client No. 34585                                      Page:    15
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006

preparations regarding same (0.3); research
regarding collection cost issues for hearing
on ongoing distributions order (0.7); email
to A. W. Jarvis regarding research for same
(0.3); telephone conference with A. W. Jarvis
regarding same (0.3).

09/12/06 S Strong        .20  Telephone conference with S. Steele regarding
                              investor request regarding distribution check
                              and related issues (.2).

09/13/06 K Glade        1.90  Review Cloud Break documentation to determine
                              request for additional advance (0.8); draft
                              e-mail to A. Stevens regarding Cloud Break
                              request for additional advance (0.7); e-mails
                              with Hasley Canyon attorney regarding order
                              permitting USA to sign recoveyances (0.4).

09/13/06 A Jarvis        .40  Conference with E. A. Monson regarding
                              payment motion, procedural issues.

09/13/06 A Jarvis        .20  Correspondence on ordinary course loan
                              servicing issues.

09/13/06 A Jarvis        .30  Correspondence on Placer Vineyards.

09/13/06 D Monson        .10  Review e-mail from J. Graub, attorney for
                              Binford Medical (0.1).

09/13/06 D Monson        .30  Telephone call to J. Graub, attorney for
                              Binford Medical on interest payment default
                              and disbursement request (0.3).

09/13/06 D Monson        .20  Review and respond to e-mail from A. Stevens
                              on payoff of Meadow Creek loan and status of
                              Ordinary Course Releases Order (0.2).

09/13/06 D Monson        .20  Review and respond to e-mail from A. Stevens
                              on discussion with J. Graub, attorney for
                              Binford Medical (0.2).

09/13/06 D Monson        .40  Review and respond to e-mail from M. Haftl on
                              Memo on Allocation of Foreclosure Proceeds
                              for Defaulted Loans (0.2); discussion with S.
                              Strong on Memo on Allocation of Foreclosure
                              Proceeds for Defaulted Loans (0.2).

Client No. 34585                                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/13/06 D Monson        .30  E-mail to S. Strong and A. Jarvis on Gramercy
                              Loan lien priority issues and references to
                              Gramercy Loan in Term Sheet, and review
                              response from A. Jarvis (0.3).

09/13/06 D Monson        .70  Telephone call from A. Stevens on default
                              letter on 60th Street Loan, and review
                              Subordination Agreement on notice
                              requirements and notices of default (0.4);
                              e-mail to T. Allison and S. Smith on 60th
                              Street Loan Subordination Agreement
                              provisions in favor of Bank of America (0.3).

09/13/06 S Strong        .80  Exchange emails with A. W. Jarvis regarding
                              unresolved issues regarding proposed ongoing
                              distributions motion (0.2); exchange emails
                              with S. Smith regarding same (0.2); telephone
                              conference with J. Atkinson regarding same
                              (0.2); review email from and telephone
                              conference with A. Jarvis regarding results
                              of hearing on same (0.2).

   13/06 S Strong        .50  Confer with S. Tingey regarding issues
                              concerning Shamrock loan and potential
                              assignment of lender interests in same (.5).

09/13/06 S Strong        .20  Confer with D. M. Monson regarding loan
                              recovery issues and allocations of loan
                              proceeds (.2).

09/13/06 S Strong        .70  Confer with E. A. Monson regarding further
                              issues and assistance needed with Bundy
                              Canyon $250,000 escrow motion (0.3); review
                              and transmit relevant documents regarding
                              same to E. A. Monson with explanations (0.4).

09/13/06 S Strong        .40  Confer with E. A. Monson regarding funds
                              improperly held by disbursement agent
                              Builders Control (0.3); voice message to
                              Builders Control regarding same (0.1).

09/13/06 S Strong        .90  Telephone conference with J. Atkinson
                              regarding development of motion for ruling
                              regarding prepaid interest recovered from
                              borrowers (0.3); confer with E. A. Monson
                              regarding same (0.2); analyze issues
                              regarding same (0.4).