| Date | | Hours | Description |
|------|--|-------|-------------|
| 09/14/06 | A Brinkerhoff | 1.40 | Call from D. Griffith (.3); email to A. Jarvis and E. Monson (.2); conference with A. Jarvis (.2); telephone conference with D. Griffith regarding possible settlement of document issues and framework for meeting on 9/15/06 (.4); call to J. Atkinson (.3). |
| 09/14/06 | K Glade | 1.60 | E-mail to A. Jarvis regarding request for meeting with Mesirow by Hasley Canyon and related collection strategy(0.3); e-mail from A. Jarvis regarding response to Hasley Canyon attorney regarding meeting with Mesirow (0.2); subsequent e-mail regarding negotiation strategy with Hasley Canyon borrower (0.2); e-mail from D. Monson regarding proposed order on trust deed releases as it may relate to Hasley Canyon and review order (0.3); transmittal to Hasley Canyon attorney regarding order permitting release of trust deeds (0.2); subsequent e-mail to Hasley Canyon attorney regarding signed order on trust deed releases (0.2); e-mail from M. Olson regarding Texas proceeding involving Brookmere (0.2). |
| 09/14/06 | A Jarvis | .30 | Conference with D. M. Monson regarding Binford. |
| 09/14/06 | A Jarvis | .30 | Telephone conference with S. C. Strong regarding distributions. |
| 09/14/06 | A Jarvis | .30 | Correspondence on Hasley Canyon. |
| 09/14/06 | A Jarvis | .30 | Correspondence on Royal Hotel. |
| 09/14/06 | A Jarvis | .20 | Correspondence regarding ordinary course motion. |
| 09/14/06 | A Jarvis | .20 | Correspondence on guarantees. |
| 09/14/06 | A Jarvis | .30 | Conference with D. M. Monson regarding issues on Binford. |
| 09/14/06 | D Monson | .10 | Review e-mail from A. Stevens on default notices on second priority lien loans in USACM portfolio (0.1). |

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/14/06 D Monson      .20 E-mail from K. Glade on proposed Order on
                           Ordinary Course Releases for Hasley Canyon
                           payoff, and forward proposed Order to K.
                           Glade (0.2).

09/14/06 D Monson      .30 Review and respond to e-mail from A. Jarvis
                           on status of Lerin Hills Loan workout
                           proposal (0.2); telephone call from J. Reed
                           on Lerin Hills workout proposal (0.1).

09/14/06 D Monson      .70 Review e-mails from J. Graub on Binford
                           Medical Loan, and review USACM Agreement on
                           funding issues (0.4); review e-mail from K.
                           Schmidt on Binford Medical Loan and
                           disbursement issues (0.1); telephone call
                           from J. Graub on Binford Medical disbursement
                           issues (0.2).

09/14/06 D Monson      .20 Review e-mails from J. Reed, A. Jarvis and T.
                           Allison on Lerin Hills workout proposal (0.2).

09/14/06 D Monson      .10 Review e-mails from J. Reed on discussions
                           with Financial Adviser to Direct Lenders
                           Committee on Lerin Hills workout proposal
                           (0.1).

09/14/06 D Monson      .20 Telephone call from J. Graub on Binford
                           Medical disbursement issues (0.2).

09/14/06 D Monson      .20 Review entered Order on Ordinary Course
                           Releases and forward to K. Glade (Hasley
                           Canyon closing), A. Stevens and J. Jirehs
                           Corporation attorney (0.2).

09/14/06 D Monson      .10 Review entered Order on HFA Loan Forbearance
                           and forward to K. Glade and S. Tingey (0.1).

09/14/06 D Monson      .90 Discuss Binford Medical loan disbursement
                           issues with A. Jarvis (0.2); e-mails to T.
                           Allison on Binford Medical loan disbursement
                           issues (0.7).

09/14/06 E Monson      .10 Review e-mail from A. T. Brinkerhoff
                           regarding conference call with Fulbright
                           attorneys and D. Griffith.

09/14/06 E Monson      .30 Conferences with A. T. Brinkerhoff regarding
                           IP documents and meeting with counsel.

```
Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

09/14/06 S Strong          .20  Confer with D. M. Monson regarding Binford
                                loan issues (.2).

09/14/06 S Strong          .90  Telephone conference with S. Smith regarding
                                problems in implementing ongoing distribution
                                procedures (0.5); confer with A. W. Jarvis
                                regarding same (0.2); telephone conference
                                with S. Smith and A. W. Jarvis regarding same
                                (0.2).

09/15/06 A Brinkerhoff 1.80     Meeting with D. Griffith, R. Walker, E.
                                Monson and by telephone D. Berrick regarding
                                IP documents issues.

09/15/06 K Glade          2.10  Telephone call with A. Stevens regarding
                                Margarita loan (0.2); telephone call with A.
                                Stevens regarding Oak Shores loan (0.1);
                                conference call with A. Stevens, M. Olson and
                                borrower on Margarita loan (0.4); review
                                title insurance policy on Margarita loan
                                (0.2); telephone call with A. Stevens
                                regarding title issue on Margarita loan
                                (0.2); telephone call with A. Stevens, M.
                                Olson and borrower on Oak Shores loan (0.2);
                                review loan information on HFA loans to help
                                A. Jarvis prepare for meeting with HFA and
                                HFA's attorney, Colt Gateway (0.3); Monaco
                                (0.2); Colt Diversified (0.3).

09/15/06 D Monson         1.70  Review e-mails from M. Haftl and T. Allison
                                on Binford Medical disbursement issues (0.2);
                                review e-mail from A. Stevens on Binford
                                Medical disbursement issues (0.1); telephone
                                calls from J. Graub on Binford Medical
                                disbursement issues (0.3);  review e-mail
                                from M. Haftl on Binford Medical issues
                                (0.1); conference call with J. Atkinson, M.
                                Haftl and J. Reed on Binford Medical
                                disbursement issues (0.4); conference call
                                with J. Reed and A. Stevens, and review
                                Binford Medical Loan Agreement on
                                Disbursement Reserves (0.4); conference call
                                with A. Jarvis and J. Reed on Binford Medical
                                Loan interest and disbursement of reverses
                                issues (0.2).

09/15/06 D Monson          .10  Review draft letter to Direct Lenders for
                                Lerin Hills workout proposal (0.1).

Client No. 34585                                      Page:    20
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/15/06 D Monson        .60  Review e-mails from A. Stevens on Binford
                              Medical disbursement issues (0.1); review and
                              respond to e-mail from T. Allison on Binford
                              Medical disbursement issues (0.3); Review
                              e-mails on status of establishing reserves
                              for Binford Medical loan interest and
                              disbursement of remaining control account
                              funds (0.2).

09/15/06 D Monson        .10  Review S. Tingey e-mail on HFA forbearance
                              agreement documentation (0.1).

09/15/06 E Monson       1.60  Conference with A. T. Brinkerhoff, Doug
                              Griffith, Russ Walker, DAvid Barrick and Tom F.
                              to discuss IP document issues and further
                              conference with A. T. Brinkerhoff (1.6).

09/17/06 A Jarvis        .50  Correspondence on HFA loans, collections.

09/18/06 A Brinkerhoff  3.40  Work on privilege review of Sheraton Hotel
                              documents from Winder & Haslam including two
                              conferences with E. Monson (.4); two
                              conferences with S. Tingey regarding
                              background of loan (.5); review of law
                              clerk's memorandum relating to Sheraton loan
                              (.4); review of files for privileged
                              documents (2.1).

09/18/06 A Brinkerhoff   .40  Conference with M. Pugsley regarding status
                              of IP document dispute (.4).

09/18/06 K Glade        1.40  Review correspondence from Hasley Canyon
                              attorney (P. Mort) regarding payoff and
                              release issues (0.2); related e-mail to
                              Mesirow and USA regarding Hasley Canyon
                              (0.2); e-mails from Hasley Canyon attorney
                              (P. Mort) regarding payoff issue (0.2); draft
                              follow-up e-mail to Ray Quinney & Nebeker
                              team regarding Hasley Canyon issues (0.2);
                              telephone call with P. Mort (Hasley Canyon)
                              to discuss payoff issues (0.3); telephone
                              call with M. Stone regarding direct lender
                              documentation on Hasley Canyon (0.1); draft
                              e-mail to P. Mort (Hasley Canyon regarding
                              payoff questions that he raised (0.2).

Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/18/06 A Jarvis          .50  Conference with T. Allison regarding
                                preparation with HFA, payoff amounts,
                                documentation problems.

09/18/06 A Jarvis          .50  Correspondence on HFA loans.

09/18/06 A Jarvis         3.10  Meeting with C. Scully and HFA principals
                                regarding collection of HFA loans,
                                documentation issues.

09/18/06 D Monson          .90  Review e-mail from A. Stevens and demand
                                letter from J. Graub on Binford Medical Loan
                                disbursements and e-mail from Fidelity on
                                interest payments (0.3); Telephone call from
                                A. Stevens on Binford Medical Loan interest
                                payments (0.2); Review e-mails from A.
                                Stevens on Binford Medical Loan interest owed
                                (0.2); Review e-mails from K. Schmidt
                                (Binford Medical Loan) to A. Stevens and A.
                                Stevens responses on List of Direct Lenders
                                (0.2).

'18/06 D Monson            .30  E-mail to J. Reed on Lerin Hills Loan and
                                discounted payoff proposal, and review
                                response (0.1); Review e-mails on Lerin Hills
                                discounted payoff proposal (0.2).

09/18/06 D Monson          .10  E-mail to J. Reed on Standard Property
                                Development funding letter to Direct Lenders
                                (0.1).

09/18/06 D Monson          .10  Review e-mail from A. Stevens on Memo on
                                allocation of foreclosure proceeds for
                                defaulted loans (0.1).

09/18/06 D Monson          .10  Review e-mail from A. Stevens on review of
                                Subordination Agreements for default notices
                                to second priority loans in USACM portfolio
                                (0.1).

09/18/06 D Monson          .20  Review e-mails from K. Glade and M. Olson on
                                Hasley Canyon payoff (0.2).

09/18/06 D Monson          .10  Review e-mail from S. Strong on disbursement
                                account balances issues (0.1).

Client No. 34585                                    Page:   22
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/18/06 D Monson        .50   Begin draft of letter to J. Graub on Binford
                               Medical Loan interest reserve and stay
                               violation (0.5).

09/18/06 D Monson       1.10   Conference call with B. Higgins, J. Burr, J.
                               Atkinson, J. Reed, M. Haftl, M. Olson, and A.
                               Stevens on Lerin Hills Loan discounted payoff
                               proposal (0.6); Conference call with J.
                               Atkinson, J. Reed, M. Haftl, M. Olson and A.
                               Stevens on Lerin Hills Loan discounted payoff
                               proposal, and forward draft Motion and draft
                               Direct Lenders letter to them for review
                               (0.5).

09/18/06 D Monson        .20   Review and respond to K. Glade e-mail on
                               Hasley Canyon payoff issues and title company
                               questions (0.2).

09/18/06 E Monson        .50   Conferences with A. T. Brinkerhoff regarding
                               Sheraton/ Sandlin loan and documents review.

09/18/06 E Monson        .20   Discussion with S. Smith regarding inquiry
                               from V. Loob regarding information for
                               Hantges Children's Trust.

09/19/06 A Brinkerhoff  5.40   Privilege review of Winder & Haslam documents
                               on Sheraton Hotel foreclosure (4.8);
                               conferences with S. Tingey regarding Sheraton
                               Hotel documents (.4); conference with E.
                               Monson regarding Sheraton documents (.2).

09/19/06 A Brinkerhoff   .40   Emails from S. Smith and E. Monson regarding
                               IP documents (.2); conference with E. Monson
                               regarding options to resolve impasse (.2).

09/19/06 K Glade        2.10   E-mail from P. Mort (Hasley Canyon) regarding
                               loan payoff issues regarding direct lender
                               authorization and order permitting
                               reconveyances (0.1); telephone call with S.
                               Strong and T. Allison regarding T. Allison's
                               telephone call with D. Palmer, the principal
                               of Hasley Canyon regarding similar payoff
                               issues (0.4); telephone calls with M. Stone
                               (USA) regarding direct lender documentation
                               on Hasley Canyon loan (0.5); review sample

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   23
November 30, 2006

direct lender documents on Hasley Canyon (0.2); conference with A. Jarvis regarding payoff issues on Hasley Canyon (0.1); conference with D. Monson regarding payoff issues on Hasley Canyon (0.2); review order permitting reconveyance in contest of Hasley Canyon (0.2); e-mails to A. Stevens regarding defaulted Lake Helen loan (0.2); e-mail from D. Monson regarding "waterfall" application (0.1); e-mail to D. Monson regarding Brookmere documents (0.1).

| | | | |
|---|---|---|---|
| 09/19/06 | A Jarvis | .80 | Correspondence on Halsey Canyon issues. |
| 09/19/06 | A Jarvis | .80 | Correspondence on order on distribution. |
| 09/19/06 | A Jarvis | .70 | Correspondence on Ashby loans. |
| 09/19/06 | A Jarvis | .90 | Correspondence on Ashby projects, J. Milanowski issues (1/2 time). |
| 09/19/06 | D Monson | .20 | Review Subordination Agreement for 5055 Collwood Loan for default provisions and notice to senior lender (0.2). |
| 09/19/06 | D Monson | .20 | Review Subordination Agreement for 5252 Orange Loan for default provisions and notices to senior lender (0.2). |
| 09/19/06 | D Monson | .20 | Review Subordination Agreement for Gess Road Loan for default provisions and notices to senior lender (0.2). |
| 09/19/06 | D Monson | .20 | Review Subordination Agreement for Charlevoix Home Loans for default provisions and notices to senior lender (0.2). |
| 09/19/06 | D Monson | .20 | Review Marlton Square Subordination Agreements to confirm senior loan status of USACM loans (0.2). |
| 09/19/06 | D Monson | 1.40 | Continue with draft of letter to J. Graub, Binford Medical attorney, on interest reserve and stay violation (1.4). |

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/19/06 D Monson        .20 Review e-mails from A. Brumby, attorney for
                             Standard Property Development, and A. Jarvis
                             on Standard Property Development injunction
                             motion and current status (0.2).

09/19/06 D Monson        .30 Discuss J. Graub letter (Binford Medical)
                             with S. Strong, and revise and send automatic
                             stay violation letter to J. Graub (0.3).

09/19/06 D Monson        .20 Review e-mail from W. McKenna (foreclosure
                             counsel), and forward Brookmere/Matteson loan
                             documents to W. McKenna (0.2).

09/19/06 D Monson        .20 E-mail to T. Allison, A. Jarvis and S. Strong
                             on status of foreclosure counsel conflicts
                             check for Amesbury/Hatters Point loan (0.2).

09/19/06 D Monson        .20 E-mail to H. Westfall, R. Bennett and B.
                             Bozarth (Fidelity Title) on Binford Medical
                             loan disbursement and stay violation issues
                             (0.2).

    19/06 D Monson        .10 Review and respond to e-mail from A. Stevens
                             on allocation issues for foreclosure proceeds
                             for defaulted loans (0.1).

09/19/06 D Monson        .40 Review and respond to e-mail from M. Haftl on
                             basis for demand for excess funds held by
                             Disbursement Agents (0.4).

09/19/06 D Monson        .20 Review e-mails from A. Stevens and R. Bennett
                             on Binford Medical loan disbursement issues
                             (0.2).

09/19/06 D Monson        .20 Review and respond to e-mail from J. Graub on
                             Binford Medical Loan disbursement issues
                             (0.2).

09/19/06 D Monson        .30 Review J. Atkinson e-mail on allocation of
                             foreclosure proceeds for defaulted loans, and
                             e-mail to A. Jarvis on status of allocation
                             analysis (0.3).

09/19/06 D Monson        .20 Review and respond to e-mail from A. Jarvis
                             on status of Standard Property Development
                             letters to Direct Lenders, and responses, and
                             review S. Tingey response (0.2).

```
Client No. 34585                                    Page:   25
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| 09/19/06 D Monson | .40 | Discussion with S. Strong and A. Tsu, and e-mail to A. Tsu with contact information for prospective foreclosure counsel in Massachusetts, Illinois, Florida and Texas (0.4). |
|---|---|---|
| 09/19/06 D Monson | .20 | Conference with K. Glade on Hasley Canyon Loan payoff issues (0.2). |
| 09/19/06 D Monson | .20 | E-mail to A. Jarvis on Hasley Canyon payoff issues (0.2). |
| 09/19/06 E Monson | .20 | Call James Reed regarding IP document list of documents and send copy of list to J. Reed. |
| 09/19/06 E Monson | .30 | Review e-mails from S. Smith, Rob Nelson and F. Siddiqui regarding Royal Hotel database and send replies. |
| 09/19/06 E Monson | .10 | Return call to J. Cochran of Builders Supply and leave message. |
| 19/06 S Strong | 1.90 | Review and analyze revised proposed order on ongoing distributions (0.3); exchange emails with A. W. Jarvis regarding same (0.1); confer with A. W. Jarvis regarding compromise reached with UCC regarding same (0.1); telephone conference with S. Smith regarding same (0.5); revise and edit proposed order regarding distributions (0.8); circulate draft to A. W. Jarvis and Mesirow team for review (0.1). |
| 09/19/06 S Strong | .50 | Telephone conference with S. Smith and S. Steele regarding calculation of servicing fees (0.3); confer with A. W. Jarvis regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 09/19/06 S Strong | .20 | Review proposed letter regarding Binford borrowers stay violation (0.1); confer with D. M. Monson regarding same (0.1). |

Client No. 34585                                    Page:   26
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/20/06 A Brinkerhoff 2.80   Further review of Sheraton Hotel documents
                              for work product and privilege (1.2);
                              conferences with R. Hoggard and K. Kelly
                              regarding privilege issues (.4); separate and
                              preparation of labels and index of privileged
                              documents (.8); meeting with E. Monson on
                              Sheraton document issues (.4).

09/20/06 K Glade       3.90   E-mail to Ray Quinney & Nebeker team
                              regarding need for foreclosure counsel on
                              Lake Helen loan (Florida) (0.1); e-mail to A.
                              Jarvis regarding telephone call with Hasley
                              Canyon's counsel (0.1); review assignment of
                              trust deed on Hasley Canyon (1.0); conference
                              with D. Monson and A. Jarvis regarding
                              general issues related to recovery of
                              attorneys fees on collection efforts (0.4);
                              e-mails with M. Stone regarding direct lender
                              documents on Hasley Canyon (0.2); review
                              e-mails from title company regarding
                              refinance on Hasley Canyon and required
                              documents (0.4); telephone call with title
                              company on Hasley Canyon refinance (0.2);
                              e-mail to A. Stevens regarding Hasley Canyon
                              refinance (0.2); e-mails with Hasley Canyon
                              counsel regarding refinance and related
                              issues (0.8); conference with A. Jarvis
                              regarding Colt Gateway loans (0.2); review
                              direct lender documents on Hasley Canyon and
                              review order permitting reconveyances as it
                              related to Hasley Canyon (0.3).

09/20/06 A Jarvis       .10   Conference with K. G. Glade regarding Halsey
                              Canyon negotiations.

09/20/06 A Jarvis       .30   Correspondence on Standard Properties funding
                              issues.

09/20/06 A Jarvis       .50   Correspondence on Colt loans.

09/20/06 A Jarvis       .50   Correspondence on ordinary course issues
                              regarding loans; UCC filings.

09/20/06 D Monson       .10   Review e-mail from A. Jarvis on Memo on
                              Allocation of Foreclosure Proceeds for
                              Defaulted Loans (0.1).

Client No. 34585                                        Page:   27
Debtor USA Commercial Mortgage Co., et al.             November 30, 2006


09/20/06 D Monson      .10  Review e-mail from A. Jarvis on Hasley Canyon
                            Loan payoff and collection of attorneys fees
                            (0.1).

09/20/06 D Monson      .20  E-mail to A. Stevens on 5055 Collwood
                            Subordination Agreement (0.2).

09/20/06 D Monson      .20  E-mail to A. Stevens on Goss Road
                            Subordination Agreement (0.2).

09/20/06 D Monson      .10  E-mail to A. Stevens on Charlevoix Homes
                            Subordination Agreement (0.1).

09/20/06 D Monson      .10  E-mail to A. Stevens on Marlton Square
                            Subordination Agreement (0.1).

09/20/06 D Monson      .10  E-mail to A. Stevens on 60th Street Loan
                            Subordination Agreement (0.1).

09/20/06 D Monson      .10  E-mail to A. Stevens on Lerin Hills Loan
                            Subordination Agreement (0.1).

    20/06 D Monson     .30  Telephone call to S. Sherman, Commonwealth
                            Title attorney, on Gramercy loan issues (0.3).

09/20/06 D Monson      .20  E-mail to A. Stevens and M. Haftl on
                            foreclosure counsel for Lake Helen Loan in
                            Florida (0.2).

09/20/06 D Monson      .50  Review and respond to e-mail from A. Jarvis
                            on Standard Property Development Loan issues
                            and efforts to locate funding, and review
                            Standard Property prior offer to compromise
                            and Hilco appraisal (0.5).

09/20/06 D Monson      .20  Review and respond to e-mail from A. Stevens
                            on Cabernet Loan and unsuccessful search for
                            Subordination Agreement (0.2).

09/20/06 D Monson      .40  Telephone call from B. Noel (foreclosure
                            counsel) on Huntsville Loan documents and
                            Loan Servicing Agreement, and forward Loan
                            Documents to B. Noel (0.4).

09/20/06 D Monson      .30  Telephone call from B. Noel on Gramercy Loan
                            documents, and e-mail to A. Stevens on
                            forwarding documents, and e-mail documents to
                            B. Noel (0.3).

Client No. 34585                                     Page:    28
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/20/06 D Monson          .30  Telephone call from B. Noel on Anchor B Loan
                                documents, and e-mail to A. Stevens on
                                forwarding loan documents and e-mail
                                documents to B. Noel (0.3).

09/20/06 D Monson          .30  Telephone call from B. Noel on Shamrock Tower
                                Loan documents, and e-mail to A. Stevens on
                                forwarding loan documents, and forward loan
                                documents to B. Noel (0.3).

09/20/06 D Monson          .30  Telephone call from B. Noel on 6425 Goss Loan
                                documents, and e-mail to A. Stevens on
                                forwarding loan documents, and forward loan
                                documents to B. Noel (0.3).

09/20/06 D Monson          .20  Conference with A. Jarvis and K. Glade on
                                collection of attorneys fees from Borrowers
                                on defaulted loans (0.2).

09/20/06 D Monson          .10  Update A. Jarvis on status of Lerin Hills
                                discounted payoff proposal (0.1).

20/06 D Monson             .40  Review e-mails from A. Stevens and Palm
                                Harbor correspondence on request for loan
                                modification (0.4).

09/20/06 D Monson          .10  Discuss Palm Harbor request for loan
                                modification with A. Jarvis (0.1).

09/20/06 D Monson          .10  Discuss status of Standard Property
                                Development additional funding efforts with
                                A. Jarvis (0.1).

09/20/06 D Monson          .50  Review Gramercy Loan file for partial
                                releases and other documentation requested by
                                Commonwealth Title (0.5).

09/20/06 D Monson          .20  E-mail to A. Stevens on Palm Harbor request
                                for loan modification (0.2).

09/20/06 D Monson          .20  Review Mountain West Mortgage Proof of Claim
                                for Lerin Hills Exit Fee (0.2).

09/20/06 E Monson          .30  Meet with A. T. Brinkerhoff to discuss issues
                                on Sheraton/ Sandlin documents.

09/20/06 E Monson          .20  Discussion with A. T. Brinkerhoff regarding
                                database issues regarding Royal Hotel and
                                send e-mail to S. Smith.

09/20/06 S Strong          .30  Confer with A. W. Jarvis regarding language
                                for order on ongoing distributions (0.1);
                                exchange emails with S. Smith and J. Atkinson
                                regarding same (0.2).

09/21/06 A Brinkerhoff    1.20  Call from E. Monson regarding Fulbright &
                                Jaworski's request for vendor to inspect IP
                                documents for a bid (.2); call to S.
                                O'Connell (.2); call to J. Atkinson regarding
                                vendor visit (.2); email to S. O'Connell
                                (.3); call to S. O'Connell and transmission
                                of emails to client (.3).

09/21/06 K Glade          2.40  Review assignments of trust deeds on Hasley
                                Canyon and track those interests from 3rd
                                amendment to trust deed to current list of
                                direct lenders (0.8); telephone call with A.
                                Jarvis and Hasley Canyon attorneys (0.6);
                                telephone call with A. Stevens regarding
                                Mountain House loan (0.2); review Mountain
                                House loan documents (0.2); telephone call
                                with A. Stevens regarding Clear Creek loan
                                (0.2); review Clear Creek documents (0.2);
                                telephone call with A. Stevens regarding
                                Hasley Canyon payoff issues (0.2).

09/21/06 A Jarvis          .40  Correspondence on Lerin Hills.

09/21/06 A Jarvis          .60  Telephone conference with K. G. Glade and
                                Akin Gump regarding negotiations on Halsey
                                Canyon.

09/21/06 A Jarvis         1.00  Review and disseminate Colt documents.

09/21/06 A Jarvis          .30  Correspondence on Colt Loans.

09/21/06 D Monson         2.30  Prepare draft letter to S. Sherman, attorney
                                for Commonwealth Title, on tender of claim on
                                Gramercy Loan, and review enclosures to
                                include with the letter (requested
                                information for assessing title claim), and
                                forward draft letter to A. Stevens for
                                additional information (2.3).

Client No. 34585                                    Page:   30
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/21/06 D Monson          .20 Review e-mail from R. Kline, attorney for
                               prospective junior lender for Palm Harbor One
                               Loan, and forward to A. Stevens and M. Haftl
                               (0.2).

09/21/06 D Monson          .20 E-mail to A. Stevens and M. Haftl on Palm
                               Harbor One Loan workout issues (0.2).

09/21/06 D Monson          .20 Telephone conference with A. Stevens and M.
                               Haftl on Palm  Harbor One Loan workout issues
                               and Direct Lender consent letter (0.2).

09/21/06 D Monson          .20 Telephone conference with A. Stevens and M.
                               Haftl on Lerin Hills Loan workout issues and
                               appraisal issues (0.2).

09/21/06 D Monson          .10 Telephone conference with A. Stevens and M.
                               Haftl on Urban Housing Alliance and Glendale
                               Partners exit fee issues (0.1).

09/21/06 D Monson          .10 Telephone conference with A. Stevens on
                               Binford Medical Loan issues (0.1).

09/21/06 D Monson          .80 Finalize letter to S. Sherman, Commonwealth
                               attorney, on Gramercy Loan (0.8).

09/21/06 D Monson          .40 Review Mountain West Mortgage Proof of Claim
                               for Lerin Hills Exit Fee Participation, and
                               e-mail to A. Jarvis and S. Strong on impact
                               on Lerin Hills workout proposal (0.4).

09/21/06 D Monson          .20 Discussion with K. Glade on Hasley Canyon
                               payoff and Loan Servicing Agreements (0.2).

09/21/06 D Monson          .20 Review e-mail from M. Olson on Lerin Hills
                               workout (0.2).

09/21/06 D Monson          .20 Review e-mail from M. Haftl on Lerin Hills
                               appraisal and Hilco engagement letter
                               conditions (0.2).

09/21/06 D Monson          .10 Review forwarded e-mail from Binford Project
                               Contractor (0.1).

09/21/06 D Monson          .20 Telephone calls from M. Olson on Marlton
                               Square 1st Loan collection issues (0.2).

09/21/06  D Monson       .40  Review Hilco retention Order and e-mails with
                              A. Tsu on final version of Hilco engagement
                              letter (Lerin Hills workout) (0.4).

09/21/06  D Monson       .30  Begin draft of consent letter to Palm Harbor
                              One Direct Lenders (0.3).

09/21/06  E Monson       .20  Review voice mail from S. O'Connell regarding
                              IP documents and follow up with A. T.
                              Brinkerhoff.

09/21/06  E Monson       .20  Review e-mail to Fulbright drafted by A. T.
                              Brinkerhoff and forward to M. Haftl.

09/21/06  S Strong      1.20  Review and analyze comments from J. Atkinson
                              regarding proposed order on ongoing
                              distributions (0.3); telephone conference
                              with S. Smith regarding same (0.2); confer
                              with A. W. Jarvis regarding same (0.1);
                              exchange emails with N. Peterman regarding
                              same (0.1); telephone conference with N.
                              Peterman, J. Atkinson and A. W. Jarvis
                              regarding same (0.2); review and analyze new
                              comments from ECC regarding same (0.3).

09/21/06  C Hurst         .30  West Hills - Huntsville; prepare amended
                              Request for Notice for West Hills Joint
                              Venture Texas Bankruptcy.

09/22/06  A Brinkerhoff 1.80  Emails from S. O'Connell and emails to M.
                              Haftl regarding vendor visit to USA's offices
                              (.3); coordinate meeting with IP counsel
                              (.3); meeting with D. Griffith and E. Monson
                              to receive J. Milanowski's proposed
                              stipulated protective order (1.2).

09/22/06  K Glade       1.60  Telephone calls with M. Stone regarding
                              investor documents on Hasley Canyon (0.4);
                              review additional trust deed assignments on
                              Hasley Canyon to track interests to current
                              list of direct lenders (0.6); draft e-mail to
                              Hasley Canyon attorney regarding additional
                              trust deed assignments and regarding investor
                              documents (0.4); review revised list of
                              direct lenders on Hasley Canyon (0.2).

09/22/06  A Jarvis        .20  Telephone conference with D. Haynes regarding
                              Colt loans.

Client No. 34585                                    Page:   32
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/22/06 A Jarvis        .50  Correspondence on order on motion to
                              distribute.

09/22/06 D Monson        .10  Revise e-mail to M. Olson on Marlton Square
                              1st Loan payoff and subordination issues for
                              Marlton Square 2nd loan (0.1).

09/22/06 D Monson        .10  Telephone call to M. Olson on Marlton Square
                              1st  and Marlton Square 2nd Loan workout
                              issues (0.1).

09/22/06 D Monson        .20  Review and respond to e-mail from C. Hurst on
                              status of collection efforts on 6425 Gess
                              (0.2).

09/22/06 D Monson        .10  Telephone call from S. Weiner, Texas
                              foreclosure counsel, on collection activities
                              for 5 Texas loans (0.1).

09/22/06 D Monson        .20  Review e-mail from B. Noel on Texas
                              foreclosure procedures (Texas foreclosure
                              counsel) (0.2).

09/22/06 D Monson        .10  Discussion with A. Jarvis on Marlton Square
                              2nd Loan Subordination (0.1).

09/22/06 D Monson        .10  Discussion with A. Jarvis on Lerin Hills,
                              workout proposal (0.1).

09/22/06 D Monson        .10  Discussion with A. Jarvis on Palm Harbor One
                              Motion for Loan Modification (0.1).

09/22/06 E Monson        .20  Discussion with A. T. Brinkerhoff regarding
                              meeting with D. Griffith.

09/22/06 E Monson        .70  Attend meeting with A. T. Brinkerhoff and D.
                              Griffith to discuss IP documents.

09/22/06 E Monson        .10  Review e-mail from Mike Haftl regarding IP
                              documents.

09/22/06 S Strong       1.90  Make further revisions to proposed Order on
                              ongoing distributions and circulate debtors
                              proposed revisions to committees (1.1);
                              review ECCs proposed revisions to Order
                              (0.2); review UCCs revised draft of Order

Client No. 34585                                    Page:   33
Debtor USA Commercial Mortgage Co., et al.         November 30, 2006

|  |  |  | (0.2); confer with A. W. Jarvis regarding same (0.1); exchange emails with S. Smith regarding the additional revisions to proposed distributions order (0.2); exchange emails with R. Charles regarding debtors approval of same (0.1). |
| 09/23/06 | D Monson | .10 | Review e-mail from M. Olson on Palm Harbor One Loan Modification (0.1). |
| 09/23/06 | D Monson | 2.00 | Draft Motion to Approve Marlton Square 2nd Subordination and Marlton Square 1st forbearance (2.0). |
| 09/25/06 | A Brinkerhoff | .60 | Calls regarding D. Griffith proposed Protective Order (.4); conference and emails with E. Monson regarding proposed Protective Order regarding IP documents (.2). |
| 09/25/06 | K Glade | 3.00 | E-mail from M. Stone (USA) regarding Hasley Canyon investor documents (0.2); review investor documents for Hasley Canyon (0.5); telephone call with M. Stone regarding needed contact with title company on Hasley Canyon and related issues with confirming e-mails (0.4); e-mail to Hasley Canyon's counsel regarding investor documents (0.3); review Colt Gateway documents for meeting with HFA (0.5); related conference with A. Jarvis (0.2); review "Colt biv" documents for meeting with HFA (0.5); related conference with A. Jarvis (0.2); e-mail to A. Jarvis regarding IP security agreement in response to question from J. Hermanson (0.2). |
| 09/25/06 | A Jarvis | .70 | Review Colt Gateway documents and send to C. Scully. |
| 09/25/06 | A Jarvis | .30 | Conference with K. G. Glade regarding Colt documents. |
| 09/25/06 | A Jarvis | .30 | Correspondence with C. Scully regarding Colt loans. |
| 09/25/06 | A Jarvis | .30 | Correspondence on Hotel Zosa. |
| 09/25/06 | A Jarvis | 1.00 | Review documents on Colt Gateway. |

Client No. 34585                                    Page:   34
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/25/06 A Jarvis          .20 Correspondence with A. Brumby regarding
                               Standard Development loan.

09/25/06 D Monson          .30 Draft Direct Lender Notice to Palm Harbor One
                               Loan Direct Lenders (0.3).

09/25/06 D Monson          .40 Revisions to Motion to Approve Marlton Square
                               2nd Subordination and Marlton Square 1st
                               forbearance (0.4).

09/25/06 D Monson          .10 Telephone message from B. Noel, Texas
                               foreclosure counsel (0.1).

09/25/06 D Monson          .50 Telephone call from S. Weiner, Texas
                               foreclosure counsel, on Loan Servicing issues
                               (0.5).

09/25/06 D Monson          .10 Review e-mail from M. Olson on Lerin Hills
                               workout proposal (0.1).

09/25/06 D Monson          .40 Telephone conference with M. Olson,  A.
                               Stevens and M. Haftl on Lerin Hills workout
                               proposal  (0.4).

09/25/06 D Monson          .10 Review and respond to e-mail from S. Tingey
                               on Epic loan and collection of judgment
                               against Guarantor (0.1).

09/25/06 D Monson          .10 Telephone call from M. Olson on Lerin Hills
                               loan issues (0.1).

09/25/06 E Monson          .20 Review e-mail to A. T. Brinkerhoff regarding
                               protective order from J. Milanowski's
                               attorneys and send reply.

09/25/06 S Strong         1.30 Confer with S. C. Tingey regarding collection
                               cost issues (0.1); review professional
                               services relating to specific loans and
                               possible allocations of same as collection
                               costs to borrowers (1.2).

Client No. 34585                                      Page:    35
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006

09/25/06 E Toscano        .90 (USA Investors VI, LLC loan) Review Trust Deed
                              for parties to transaction and project
                              description; telephone calls to locate the
                              correct title company and to research the state
                              of title on property in Palm Springs, Riverside
                              County, California (.6); telephone calls and
                              emails with Felicia Markham at Stewart Title in
                              Riverside (.3).

09/26/06 A Brinkerhoff    .80 Review IP confidentiality
                              stipulation/protective order and email to D.
                              Griffith and E. Monson.

09/26/06 K Glade         1.70 E-mails with M. Olson regarding meeting with
                              D. Palmer on Hasley Canyon (0.2); e-mails
                              with Hasley Canyon attorney regarding
                              investor documents (0.3); e-mail with
                              USA/Mesirow regarding investor document
                              issues on Hasley Canyon (0.3); review
                              Mountain House loan documents (0.3); e-mail
                              from M. Haftl regarding extension fee issue
                              on Hasley Canyon (0.1); e-mail to M. Stone
                              regarding general question regarding requests
                              from title companies for investor documents
                              and the assignments subject to the
                              "interpleader" action (0.5).

09/26/06 A Jarvis         .30 Telephone conference with A. Brumby regarding
                              Standard Development.

09/26/06 D Monson         .10 Review executed Hilco agreement on appraisal
                              engagement for use of appraisal for Lerin
                              Hills workout, and forward to M. Haftl (0.1).

09/26/06 D Monson         .20 Review e-mails from J. McPherson and S.
                              Tingey on collection from Epic Loan guarantor
                              (0.2).

09/26/06 D Monson         .10 Review e-mail from M. Olson on status of
                              Lerin Hills Loan workout proposal (0.1).

09/26/06 D Monson         .20 Telephone call to M. Olson on Lerin Hills
                              Loan workout proposal and Borrower discussion
                              on Exit Fee issues (0.2).

09/26/06 D Monson         .10 Review e-mail from A. Stevens on Binford Loan
                              interest (0.1).

Client No. 34585                                          Page:   36
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/26/06 D Monson        .20 Review and respond to e-mail from E. Monson
                             on new letter to Standard Development
                             Property Direct Lenders on status of Borrower
                             litigation (0.2).

09/26/06 D Monson        .60 Revise letter to Palm Harbor One Loan Direct
                             Lenders and forward to A. Stevens and M.
                             Haftl for comments (0.6).

09/26/06 D Monson        .20 E-mail to A. Stevens and M. Haftl on Palm
                             Harbor One Loan Modification (0.2).

09/26/06 D Monson        .20 Review and comment on Joe Lilly letter in
                             support of Palm Harbor One Loan modification
                             (0.2).

09/26/06 D Monson        .20 Revise portion of draft Motion on Approval of
                             Lerin Hills Loan workout proposal (0.2).

09/26/06 D Monson        .50 Revise portion of draft Motion on Approval of
                             Palm Harbor One Loan modification proposal
                             (0.5)

09/26/06 D Monson        .20 Revise portion of draft Motion on Approval of
                             Subordination of Marlton Square 2nd Trust
                             Deed (0.2).

09/26/06 D Monson        .10 Discussion with K. Glade on Direct Lenders
                             and Loan Servicing Agreements for Margarita
                             Annex loan payoff (0.1).

09/26/06 D Monson        .20 Review e-mail from S. Weiner, Texas
                             foreclosure counsel, on Loan Servicing
                             Agreement issues (0.2).

09/26/06 E Monson        .20 Review e-mails from A. T. Brinkerhoff
                             regarding IP document issues.

09/27/06 A Brinkerhoff   .80 Calls from Milanowski counsel regarding
                             meeting time on response to proposed
                             Protective Order (.3); conference with E.
                             Monson (.2); emails to and from T. Fallati
                             (.3).

09/27/06 K Glade         .90 E-mail to M. Haftl regarding Brookmere
                             proposal (0.1); e-mails with M. Stone
                             regarding direct investor documents being
                             provided to Fidelity National on Hasley
                             Canyon closing (0.4); telephone call with M.

Client No. 34585                                            Page:   37
Debtor USA Commercial Mortgage Co., et al.                 November 30, 2006


|  |  |  | Stone regarding USA authorization issues and decision reached by Fidelity National (0.2); e-mail from M. Olson regarding negotiations with Hasley Canyon borrower (0.1); telephone call with A. Stevens regarding proposed partial release on Mountain House (0.1). |
| 09/27/06 | A Jarvis | .10 | Telephone conference with J. Atkinson regarding HFA loans. |
| 09/27/06 | A Jarvis | .40 | Correspondence regarding Lerin Hills. |
| 09/27/06 | A Jarvis | .30 | Correspondence on Halsey Canyon. |
| 09/27/06 | A Jarvis | .30 | Correspondence on Fiesta Oak Valley. |
| 09/27/06 | D Monson | 1.20 | Additional revisions to portion of  Motion on Marlton Square subordination, and forward draft Motion to A. Stevens and M. Haftl for review and comments (1.2). |
| 09/27/06 | D Monson | .10 | Review K. Glade e-mail on Margarita Annex loan payoff issues (0.1). |
| 09/27/06 | D Monson | .50 | Additional revisions to portion of Motion on Lerin Hills Loan workout proposal, and forward draft to A. Stevens for review  and revisions (0.5). |
| 09/27/06 | D Monson | .20 | Conference with A. Tsu on preparing Motion for Violation of Automatic Stay to get interest payment current for Binford Medical loan (0.2). |
| 09/27/06 | D Monson | .20 | Review fully executed Hilco contract and forward to A. Stevens on Lerin Hills appraisal information (0.2). |
| 09/27/06 | D Monson | .50 | Additional revisions to portion of Motion on Palm Harbor One Loan Modification, and forward draft to A. Stevens and M. Haftl for review and comments (0.5). |
| 09/27/06 | D Monson | .20 | Review e-mails from T. Allison and M. Olson on Lerin Hills Motion (0.2). |
| 09/27/06 | D Monson | .20 | Review M. Olson e-mail on Marlton Square 1st and 2nd Loan payoffs (0.2). |

Client No. 34585                                          Page:   38
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/27/06 D Monson          .20  Review and respond to A. Jarvis e-mail on
                                Lerin Hills Motion (0.2).

09/27/06 D Monson          .10  Telephone call from R. Klein, attorney for
                                Palm Harbor One prospective junior lender
                                (0.1).

09/27/06 D Monson          .10  Review A. Stevens e-mail on appraisal for
                                60th Street Loan (0.1).

09/27/06 D Monson          .20  Review A. Stevens e-mail on Lerin Hills
                                letter to Direct Lenders (0.2).

09/27/06 D Monson          .20  Review and respond to A. Stevens e-mails on
                                Palm Harbor One letter to Direct Lenders and
                                representation letter from Joe Lilly (0.2).

09/27/06 E Monson          .30  Review e-mails from Fulbright attorneys
                                regarding IP document issues and also from A.
                                T. Brinkerhoff in response thereto.

09/27/06 E Monson          .30  Further review of protective order.

09/28/06 A Brinkerhoff    2.30  Follow up from Milanowski counsel on proposed
                                Protective Order (.3); meeting with E. Monson
                                on Fulbright & Jaworski's proposed Agreement
                                and Stipulated Protective Order (2.0).

09/28/06 K Glade          5.10  Telephone conference with A. Stevens to
                                discuss Mountain House request for partial
                                release (0.2); review Mountain House loan
                                document for partial release provision (0.3);
                                subsequent telephone call with A. Stevens
                                regarding Mountain House proposal (0.2);
                                review loan documentation, including several
                                modifications, trust deeds and
                                subordinations, on Mountain Home, together
                                with Hilco appraisal and court order or
                                partial releases and draft e-mail to
                                USA/Mesirow regarding the documentation and
                                all issues related to the requested payoff
                                (3.8); e-mail from M. Haftl regarding Hasley
                                Canyon proposal (0.2); review proposed letter
                                agreement on Hasley Canyon (0.4).

09/28/06 D Monson          .10  Review  e-mail from M. Olson on Urban Housing
                                Alliance and Glendale Tower Loans and Exit
                                Fees issue (0.1).

Client No. 34585                                           Page:    39
Debtor USA Commercial Mortgage Co., et al.                 November 30, 2006


09/28/06 D Monson        .10  Review and respond to K. Glade e-mail on
                              Court approval for loan extensions (0.1).

09/28/06 E Monson       2.30  Review proposed protective order from J.
                              Milanowski's attorneys (.3); meet with A. T.
                              Brinkerhoff and discuss issues, strategy and
                              possible course of action including IP
                              documents (2.0).

09/29/06 A Brinkerhoff  .60  Call and email from J. Fallati (.3);
                              conference with E. Monson regarding
                              developments and plans to respond to Fallati
                              requests (.3).

09/29/06 K Glade        6.00  Review Hasley Canyon letter agreement
                              proposed by borrower (0.6); telephone
                              conference with M. Olson, A. Stevens and M.
                              Haftl regarding Hasley Canyon letter
                              agreement (0.7); revise Hasley Canyon letter
                              agreement (2.8); review additional revisions
                              to Hasley Canyon letter agreement request by
                              borrower (0.2); e-mails to USA and Mesirow
                              regarding Hasley Canyon letter agreement and
                              suggested changes (0.4); telephone call with
                              M. Olson, A. Stevens and M. Haftl regarding
                              Mountain House proposals (0.3); e-mails to A.
                              Jarvis regarding Colt Gateway loans (0.2);
                              telephone calls with Chicago Title regarding
                              foreclosure claim being made on Fox Hills
                              with review of foreclosure documents (0.8).

09/29/06 A Jarvis        .30  Correspondence on Colt Gateway loans.

09/29/06 D Monson        .40  Revise letter to Palm Harbor One Direct
                              Lenders and forward to A. Stevens (0.4).

09/29/06 D Monson        .10  E-mail to A. Stevens on revised Joe Lilly
                              letter on Palm Harbor One Loan Modification
                              (0.1).

09/29/06 D Monson        .10  Discuss Mountain House Loan partial release
                              issues with K. Glade (0.1).

09/29/06 D Monson        .20  Telephone call from B. Kline, attorney for
                              prospective junior lender on Palm Harbor One
                              Loan (0.2).

```
Client No. 34585                                    Page:   40
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/29/06 D Monson | .30 | Telephone call from attorney for Joe Lilly, Palm Harbor One lender (0.3). |
| 09/29/06 D Monson | .10 | Review S. Tingey e-mail on Synergy loan (0.1). |
| 09/29/06 D Monson | .10 | Review K. Glade e-mail on Hasley Canyon workout proposal (0.1). |
| 09/29/06 D Monson | .10 | Review and respond to A. Tsu e-mail on Motion to Violation of Automatic Sty on Binford Medical loan reserves (0.1). |
| 09/29/06 D Monson | .30 | Revisions to Lerin Hills workout proposal Motion (0.3). |
| 09/29/06 D Monson | .10 | E-mail to A. Jarvis on Lerin Hills workout proposal motion (0.1). |
| 09/29/06 E Monson | .20 | Review voice mail from T. Fallotta and Sarah O'Connell and return call. |
| 09/29/06 E Monson | .20 | Discussion with T. Fallotta and S. O'Connell regarding IP document issues. |
| 09/29/06 E Monson | .30 | Discussions with A. T. Brinkerhoff regarding issues raised in conversations. |
| 09/29/06 S Strong | .60 | Review emails from S. Smith regarding Royal Hotel accounting records and past-due invoices owed by Royal (0.4); exchange emails with S. Smith, E. A. Monson and A. W. Jarvis regarding same (0.2). |
| 09/30/06 A Jarvis | .40 | Correspondence with D. M. Monson regarding Lerin Hills motion. |
| 09/30/06 A Jarvis | .30 | Correspondence on disbursements to lenders. |
| 09/30/06 D Monson | .60 | Revise Motion on Motion Square 2nd Loan Subordination (0.6). |
| 09/30/06 D Monson | .60 | Revise Motion on Palm Harbor One Loan Modification (0.6). |
| 09/30/06 D Monson | .10 | E-mail to A. Stevens and M. Haftl on Marlton Square 2nd Loan Subordination (0.1). |

```
Client No. 34585                                        Page:   41
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006
```

09/30/06 D Monson          .10 E-mail to A. Stevens and M. Haftl on Palm
                               Harbor One Loan Modification (0.1).

09/30/06 D Monson          .10 E-mails with A. Jarvis on Lerin Hills Motion
                               (0.1).

09/30/06 D Monson          .30 Further revisions to Motion to Lerin Hills
                               workout proposal (0.3).


TOTAL FOR LEGAL SERVICES RENDERED                          $65,549.50

                                                        --------------