*"Exhibit H-5"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No.  355069

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00005**

**Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 09/01/06 | E Monson | .20 | Meet with S. C. Strong, A. Tsu and C. Hurst to discuss bar date issues and notices (.2). |
| 09/01/06 | S Strong | 2.20 | Confer with A. Tsu and C. Hurst regarding bar date and proof of claim issues (0.5); participate in telephone conference with them and BMC regarding same (0.6); follow-up discussions with A. Tsu and E. A. Monson regarding bar date issues and courts instructions at hearing yesterday regarding same (0.4); exchange emails with A. Tsu and L. Schwartzer regarding bar date and claims filing issues (0.4); review proposed bar date order and exchange emails with L. Schwartzer regarding same (0.3). |
| 09/01/06 | A Tsu | 8.30 | Pre-conference call meeting with C. Hurst and S. Strong regarding questions for BMC and issues relevant for noticing interested parties of proof of claim/interest deadlines (.2); conference call with BMC representatives to discuss claims noticing procedure in preparation for drafting notices of proof of claim and proof of interest deadlines (.3); research regarding proof of claim and proof of interest deadlines (.9); |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

|  |  |  |  |
|---|---|---|---|
|  |  |  | reviewing same (1.9); confirming procedures with J. Miller (.2); drafting notices of proof of claim and proof of interest deadlines ( 4.3); reviewing incoming messages regarding claims protocol (.1); reviewing claims protocol for USA cases (.2); reviewing sample proof of claim and proof of interest forms to determine which form to use (.2). |
| 09/01/06 | C Hurst | 1.90 | Office conference with S. C. Strong and A. Tsu (.2); conference call with BMC regarding claims procedure and protocol and forms (1.1); research BMC databases for Notice examples (.6). |
| 09/02/06 | S Strong | .20 | Exchange emails with L. Schwartzer and committees counsel regarding claim bar date issues (.2). |
| 09/05/06 | A Jarvis | .40 | Correspondence on proof of claims, claims bar date. |
| 05/06 | E Monson | 1.60 | Conference with A. Tsu, L. Schwartzer, S. Smith and J. Miller regarding notice and claim issues and update A. W. Jarvis and S. C. Strong regarding same (1.0); review draft of notices to send to parties in interest from L. Schwartzer (.5); review e-mail from J. Miller regarding proof of interest form (.1). |
| 09/05/06 | S Strong | .70 | Exchange emails with L. Schwartzer and A. W. Jarvis regarding bar date notice and issues (0.2); confer with A. Tsu regarding same (0.1); review email and proposed bar date notice and instructions from FTDC (0.2); confer with E. A. Monson regarding same (0.1); forward various emails regarding same to E. A. Monson (0.1). |
| 09/05/06 | S Strong | 1.40 | Confer with A. Tsu, A. W. Jarvis and E. A. Monson regarding bar date notices and issues (0.3); exchange emails with A. Tsu and S. Smith regarding same (0.2); confer with A. W. Jarvis and E. A. Monson regarding same (0.2); review drafts of bar date notices, instructions, and proofs of claim (0.7). |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/05/06 A Tsu         5.90 Reviewing and editing draft motion for order
                            approving claims filing process; drafting
                            notice of deadline for filing proofs of
                            claims; editing same; drafting proof of
                            claim; editing and revising same; conference
                            call with E. Monson, L. Swartzer and S. Smith
                            regarding notices and forms for filing proofs
                            of claim.

09/06/06 E Monson       .90 Work on notice to creditors and claim forms.

09/06/06 A Tsu         2.40 Reviewing incoming messages regarding
                            multiple copies of notices (.1); responding
                            to same (.2); telephone conference with J.
                            Miller at BMC regarding notice of fee
                            application that was sent to entire mailing
                            matrix (.3); reviewing September 1, 2006
                            notice request to BMC (.1); and Notice (.2);
                            drafting informational notice stating the
                            reason for the multiple copies of the notice
                            (.5); coordinating with J. Miller regarding
                            same (.2); telephone conference with J.
                            Miller regarding changes to notice (.2);
                            editing notice (.1); reviewing with S. Strong
                            (.1); drafting correspondence to S. Smith and
                            M. Olsen regarding factual discrepancies in
                            informational notice (.4).

09/06/06 A Tsu         2.60 Reviewing draft notice of deadline requiring
                            filing of proofs of claim on or before
                            November 13, 2006.

09/06/06 C Hurst        .90 E-mail exchanges with Mesirow and BMC
                            regarding investor/claims summary; receipt,
                            review of initial spreadsheet of schedules of
                            claimants from BMC; telephone call with Jeff
                            Miller (BMC) regarding same.

09/07/06 E Monson       .60 Work on notices to creditors and claims
                            issues.

09/07/06 E Monson       .60 Review e-mail from J. Miller regarding Proof
                            of Claim and Proof of Insurance and review
                            attached forms.

09/07/06 E Monson       .10 Review e-mail from L. Schwartzer regarding
                            Proof of Claim and Proof of Insurance forms.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

09/07/06 S Strong        .70  Exchange emails with C. Hurst regarding
                              claims analysis (0.2); exchange emails with
                              J. Miller of BMC regarding same (0.2); review
                              and analyze spreadsheet from BMC regarding
                              scheduled and filed claims to date (0.3).

09/07/06 A Tsu          2.00  Reviewing notice of proof of claim deadline
                              for creditors (including Direct Lenders whose
                              loans have been fully or partially paid off
                              without payment) (.3); notice of proof of
                              interest deadline for fund members (.2); and
                              notice of proof of claim deadline for direct
                              lenders (persons with loan servicing
                              agreements as executory contracts (.3);
                              editing same (.5); drafting correspondence to
                              L. Swartzer regarding changes (.4); follow up
                              correspondence regarding changes (.2);
                              responding to same (.1).

09/07/06 A Tsu          2.30  Reviewing incoming documents from J. Miller
                              (proof of claim form and proof of interest
                              form) (.3); reviewing incoming message from
                              L. Swartzer regarding notices of deadlines to
                              file proofs of claim and interest (.2);
                              responding to same (.1); editing proof of
                              interest (.2); editing proofs of claim (.2);
                              reviewing changes to proof of interest
                              suggested by L. Swartzer and S. Smith (.2);
                              reviewing changes to proof of claim suggested
                              by L. Swartzer and S. Smith (.2);
                              coordinating changes to proof of interest and
                              proof of claim forms with J. Miller (.2);
                              drafting correspondence regarding suggested
                              changes to J. Miller (.3); following up
                              regarding changes and circulation (.2);
                              reviewing incoming messages regarding same
                              (.2).

09/07/06 C Hurst         .50  Memo to A. W. Jarvis, S. C. Strong and P.
                              Hunt regarding claims database and report;
                              e-mail correspondence to and from BMC
                              requesting reports.

09/08/06 E Monson        .50  Review e-mails from J. Miller and A. Tsu
                              regarding notices and claim forms and further
                              discussions with A. Tsu regarding same and
                              review e-mail and forms attached thereto from
                              A. Tsu (.5).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/08/06 S Strong          .30  Confer with A. Tsu and E. A. Monson regarding
                                bar date notices and proofs of claim and
                                interest (.3).

09/08/06 A Tsu            1.40  Reviewing notices of proof of claim and proof
                                of interest deadlines to committees 1.4);
                                corresponding proof of claim and proof of
                                interest form changes with J. Miller (.2);
                                Finalizing notices of claim deadlines (.6);
                                drafting correspondence to committee counsel
                                (.1); circulating drafts of same to committee
                                counsel (.1).

09/11/06 E Monson          .20  Work with A. Tsu regarding notice form.

09/11/06 E Monson          .30  Draft inserts to pleading regarding status of
                                notice and claim forms.

09/11/06 E Monson          .30  Participate in conference call regarding
                                notice and claim forms.

09/11/06 E Monson          .50  Various numerous e-mails regarding comments
                                to notices.

09/11/06 E Monson         1.00  Work on notices and claim forms.

09/11/06 E Monson          .60  Work on status report regarding notice and
                                claim forms.

09/11/06 A Tsu            5.40  Drafting Court Ordered Status Report
                                regarding notices of proof of claim and proof
                                of interest deadlines (1.9); coordinating
                                with committee counsel to collect comments
                                and revise drafts of notice of claim and
                                interest bar dates (.3); telephone conference
                                with C. Carlyon regarding substantive changes
                                to Notice of Interest and procedures for
                                filing same (.2); discussing C. Carlyon
                                comments with S. Smith, E. Monson, S. Strong
                                and L. Swartzer (.3); discussing possible
                                solutions to confidentiality issues raised by
                                C.Carlyon comments with S. Smith (.2);
                                reviewing correspondence regarding C. Carlyon
                                comments (3); drafting correspondence

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.         November 30, 2006

|  |  |  |
|---|---|---|
|  |  | clarifying same (.3); reviewing incoming correspondence from L. Ernce (.2); correspondence with L. Swartzer regarding same (2); finalizing Status Report for filing (1.5). |
| 09/12/06 A Jarvis | .10 | Correspondence on proof of claim issues (1/3 time). |
| 09/12/06 E Monson | 2.30 | Work on notices on bar date and proof of claim and proof of interest forms and have discussions with A. Tsu regarding questions on notices and form (1.0); conference calls with S. C. Strong and S. Smith regarding notices and forms (.4); conferences calls with A. Tsu and C. Carlyon regarding forms and notices (.4); review e-mails from L. Schwartzer, L. Ernce, A. Tsu and C. Carlyon regarding comments and changes to notices and forms (.5). |
| 0ก/12/06 A Tsu | 3.60 | Reviewing notices of proof of claim and proof of interest bar dates in preparation for telephone conference with C. Carlyon (.3); telephone conference with C. Carlyon regarding notices of proof of claim deadlines and notice of proof of interest deadlines (.3); reviewing stipulated order regarding equity interests (.3); commenting on same (.2); reviewing L. Ernse changes to proof of interest form (.1); confirming changes with E. Monson and L. Swartzer (.2); forwarding same to J. Miller with cover (.2); drafting requests to all committees to respond with comments to Notices of Claim/Interest bar dates and proof of claim/interest forms (.2); reviewing incoming messages from C. Carlyon regarding changes to Notice of proof of interest deadlines (3); reviewing changes and responding to same (.4); confirming changes with L. Swartzer and making appropriate changes (.6); coordinating with J. Miller regarding BMC noticing procedures to ensure appropriate instructions are given to claim and interest holders (.5). |
| 09/14/06 E Monson | .50 | Review e-mails from A. Tsu and J. Miller regarding notices and proof of claim forms to be sent out and review attachments of forms. |

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| 09/14/06 A Tsu | .80 | Reviewing incoming message from J. Miller regarding BMC mailing and access to word documents regarding same (.1); reviewing Notices for Proof of Claim and Proof of Interest Deadlines (.2); drafting correspondence to L. Schwartzer and E. Monson confirming same (.1); reviewing incoming message of J. Miller regarding confirmation of recipients for notices (.1) responding to same (.1); following up with E. Monson and L. Schwartzer regarding same (.1); reviewing response from A. Landis to L. Schwartzer email regarding notices (.1). |
| --- | --- | --- |
| 09/15/06 E Monson | 1.60 | Conference with S. Smith, S. C. Strong, and A. Tsu regarding proof of claim and notice issues (.2); review e-mails from J. Miller and A. Tsu regarding notice and proof of claim issues and send replies and work on issues relating to notices and forms, and discussion with A. Tsu regarding same (1.4). |
| 15/06 S Strong | .60 | Telephone conference with S. Smith regarding Bar Date Notice questions (0.2); review email from J. Miller regarding same (0.1); exchange emails with E. A. Monson and A. Tsu regarding same (0.2); confer with E. A. Monson regarding same (0.1). |
| 09/15/06 A Tsu | .30 | Conference call regarding notices of proof of claim and proof of interest deadlines and who should receive each document. |
| 09/15/06 A Tsu | .40 | Reviewing incoming messages from E. Monson regarding proof of claim and proof of interest forms to be mailed September 18, 2006 (.2); follow up telephone conference regarding same and setting up meeting for September 17 to finalize drafts (.2). |
| 09/15/06 A Tsu | 1.90 | Reviewing and finalizing notices of proof of claim and proof of interest bar dates (1.6); reviewing and finalizing proof of claim and proof of interest forms (.3). |

```
Client No. 34585                              Page:    8
Debtor USA Commercial Mortgage Co., et al.    November 30, 2006
```

| 09/17/06 E Monson | 1.70 | Revise and work with A. Tsu on notices to be sent to creditors, equity holders and parties in interest (1.2); conference with L. Schwartzer regarding revisions to notices (.3); review e-mails from A. Tsu and S. Smith regarding notice issues (.2). |
|---|---|---|
| 09/17/06 A Tsu | 2.30 | Reviewing incoming emails from J. Miller (.1), E. Monson (.2) and S. Smith (.1); telephone conference with L. Schwartzer; reviewing all proposed changes to Notices of Proof of Claim and Proof of Interest Bar Dates and proof of interest and proof of claim forms (.7); ensure that all intended changes had been made to same (1.1); telephone conference with J. Miller confirming same (.1). |
| 09/18/06 E Monson | .90 | Work on notice to creditors and claims issues including drafting and circulating e-mails to J. Miller, S. Smith, A. Tsu, and others. |
| 18/06 E Monson | .90 | Work on revising answers to frequently asked questions for USA website. |
| 09/18/06 A Tsu | 2.40 | Reviewing incoming email messages from S. Smith regarding Bar Date FAQs document to be posted on USA websites (.2); reviewing and editing bar date FAQs (1.3); reviewing incoming correspondence from J. Miller regarding parties to receive: proof of interest, proof of claim, notice of proof of claim deadline and notice of proof of interest deadline (.1); following up and responding to same (.4); reviewing incoming correspondence regarding recipients of notices of claims from E. Monson, S. Smith, J. Miller and S. Strong (.4). |
| 09/20/06 E Monson | .30 | Draft e-mail regarding calls from creditors and parties in interest and identification issues. |

Client No. 34585                                              Page:    9
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

09/21/06 A Tsu          1.30   Incoming telephone call from S. Smith regarding
                               Proof of Claim FAQs (.1); reviewing previous
                               emails and correspondence to determine status
                               of document (.2); following up with E. Monson
                               regarding same (.2).  Making proposed changes
                               (.3); drafting correspondence to S. Smith
                               inquiring as to certain facts to complete
                               changes (.2); making changes to FAQs to include
                               information regarding proof of interest (.4).

09/22/06 E Monson       2.50   Work on revising FAQ responses to put on USA
                               website and send to S. Smith and M. Olson for
                               their review.

09/25/06 E Monson       1.20   Review and make further revisions to FAQ
                               response with claims.

09/25/06 E Monson        .30   Review e-mails from M. Olson and S. Smith
                               regarding FAQ and send replies.

09/25/06 E Monson        .20   Review changes suggested by A. Tsu to FAQ.

   25/06 A Tsu          1.30   Reviewing E. Monson revisions to FAQs page
                               (.3); editing same (.2); reviewing email
                               correspondence from E. Monson (.2) and S.
                               Smith (.2) regarding purpose and objectives
                               of FAQs and information provided regarding
                               same.  Following up and responding to same
                               (2); making final revisions and forwarding to
                               S. Smith (.2).

09/26/06 E Monson        .50   Discussion with M. Olson regarding notice and
                               claim issues (.2); draft e-mail to L.
                               Schwartzer regarding notice claim issue (.1);
                               draft e-mail to J. Miller regarding PDI on
                               BMC website (.2).

09/26/06 E Monson        .70   Discussion with A. Tsu regarding research on
                               subsection 503 and retention issues and
                               review research.

09/26/06 A Tsu          3.00   Legal research 11 U.S.C. Ï 503 regarding
                               allowed administrative expenses.

09/26/06 C Hurst         .30   Receipt and brief review of claims
                               spreadsheet from BMC; e-mail to S. C. Strong
                               regarding follow up.

```
Client No. 34585                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

09/27/06 E Monson        .40 Meet with C. Hurst and discuss questions
                             regarding notices and claim forms she is
                             receiving from parties in interest.

09/27/06 E Monson        .30 Go through and review language and directions
                             in notices with C. Hurst and get her a copy
                             of the FAQ response.

09/27/06 A Tsu           .90 Reviewing incoming correspondence from E.
                             Monson regarding Notices of Proof of
                             Claim/Interest Deadline and FAQ (.2); following
                             up and responding to same (.4);  reviewing
                             incoming request from C. Hurst regarding
                             documents related to claim and interest
                             deadlines (.1);  following up regarding same
                             (.2).


TOTAL FOR LEGAL SERVICES RENDERED                   $16,888.50
                                                    --------------

"*Exhibit H-6*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355070

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 09/01/06 | K Applegate | 2.90 | Discuss status of plan documents with E. A. Monson and S. C. Strong (.3); work on Form 10 request for the PBGC (1.7); discuss the court motion with E. A. Monson (.2); telephone call to Erika Barnes at the PBGC on the filing of the motion and other items (.1); review of plan (.6). |
| 09/01/06 | E Monson | 2.40 | Review e-mails from N. Peterman regarding pension motion and send replies and work on revisions to motion (2.4). |
| 09/01/06 | E Monson | .40 | Discussion with S. C. Strong regarding pension motion, issues relating thereto and possible revisions (.4). |
| 09/01/06 | E Monson | .40 | Conferences with K. Applegate regarding issues related to pension motion (.4). |
| 09/01/06 | E Monson | .40 | Discussions with J. McPherson regarding service of pension notice and language in motion (.4). |
| 09/01/06 | E Monson | .40 | Proof and finalize pension motion and get sent to local counsel for filing (.4). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/01/06 | S Strong | .60 | Confer with K. J. Applegate regarding status of pension plan actions (0.1); review emails from and confer with E. A. Monson regarding same (0.2); review and edit draft of proposed motion (0.3). |
| 09/05/06 | M Blue | .40 | Review L. A. Yerkovich notes (.2); conference with L. A. Yerkovich (.1); telephone conference with S. C. Strong (.1). |
| 09/05/06 | E Monson | .20 | Review certificate of service regarding pension motion on docket (.2). |
| 09/05/06 | S Strong | .10 | Telephone conference with M. E. Blue regarding USA employee termination issues (.1). |
| 09/06/06 | K Applegate | .40 | Discussion with E. A. Monson on the Motion related to the DB plan (.2); obtain motion to send to PBGC (.2). |
| 0º/06/06 | E Monson | .20 | Discussion with S. C. Strong regarding pension notice and send follow up to J. McPherson regarding same. |
| 09/06/06 | E Monson | .40 | Send copy of pension notices and exhibits to K. Applegate and discussion with K. Applegate regarding PBGC and pension issues. |
| 09/06/06 | S Strong | .40 | Exchange emails with A. W. Jarvis and K. J. Applegate regarding pension plan issues (0.2); review information regarding plan participants (0.2). |
| 09/06/06 | S Strong | .20 | Review email from A. W. Jarvis regarding employee termination (0.1); telephone conference with  M. E. Blue regarding same (0.1). |
| 09/07/06 | K Applegate | 1.00 | Discussion with S. C. Strong on the plan (.1); discussions with C. Hurst to obtain documents requested by the PBGC (.2); work on transcript request from the PBGC (.7). |
| 09/07/06 | E Monson | .20 | Draft e-mail to R. Walker regarding PBGC issues and T. Hantges resignation. |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                November 30, 2006


09/07/06 E Monson        .10  Draft e-mail to M. Olson regarding employment
                              status of Andy Hantges.

09/07/06 S Strong        .40  Confer with K. J. Applegate regarding status
                              of pension plan freeze and related issues
                              (0.2); email to K. J. Applegate regarding
                              pension plan participants and current
                              employees (0.2).

09/08/06 M Blue          .80  Begin drafting Separation Agreement (.3); draft
                              email to S. C. Strong (.2); conference with S.
                              C. Strong (.2); telephone conference with M.
                              Olson (.1).

09/08/06 S Strong        .30  Confer with M. E. Blue regarding employee
                              termination issues (0.2); telephone conference
                              with M. Olson regarding same (0.1).

09/12/06 K Applegate    1.70  Review and respond to Mesirow request for
                              documents on the DB plan (.4); work on
                              obtaining documents (.3); draft e-mail (.2);
                              review of documents to take to meeting (.8).

09/12/06 M Blue         1.00  Draft and revise separation agreement (.8);
                              leave voicemail for S. C. Strong (.1);
                              conference with S. C. Strong (.1).

09/12/06 E Monson       1.00  Make certain certificates of service filed on
                              pension motion and review certificate to
                              verify appropriate parties were served with
                              motion (.4); review e-mail from K. Applegate
                              regarding pension issues and send reply and
                              facilitate pleadings and exhibits being put
                              together for K. Applegate for his
                              conversations with the PBGC (.4); call R.
                              Walker to follow up on e-mail on pension
                              issues and review voice mail from R. Walker
                              (.2).

09/12/06 S Strong        .10  Review emails from M. Hapftl and K. J.
                              Applegate regarding pension plan issues (.1).

09/12/06 S Strong        .20  Participate in telephone conference with J.
                              Atkinson, S. Smith, A. W. Jarvis and E. A.
                              Monson regarding USACM employee issues (.2).

```
Client No. 34585                                  Page:    4
Debtor USA Commercial Mortgage Co., et al.        November 30, 2006
```

| 09/12/06 S Strong | .30 | Exchange emails with M. E. Blue regarding employee termination issue (0.1); confer with him regarding same (0.2). |
|---|---|---|
| 09/13/06 K Applegate | 2.90 | Discussions with Michael and Jim on the plan issues (.5); extended telephone conference with Milanowski and his counsel on the PBGC requests (1.2); work on getting the 204(h) notice out to all participants (1.2). |
| 09/13/06 A Jarvis | .30 | Conference with R. Walker, J. Milanowski, J. Atkinson and T. Allison regarding pension plan. |
| 09/13/06 E Monson | .70 | Conference call with S. Smith and J. Atkinson regarding employment issues and other matters. |
| 09/14/06 K Applegate | 1.80 | Review e-mails from Mesirow on notice (.2); research controlled group response (.5); telephone call to the PBGC (.1); discuss and ensure mailing of 204(h) notice (.8); discussions with E. A. Monson (.2). |
| 09/14/06 A Jarvis | .20 | Telephone conference with S. C. Strong and T. Allison regarding employee matters. |
| 09/14/06 A Jarvis | .20 | Correspondence regarding pension plan. |
| 09/14/06 A Jarvis | .20 | Correspondence on pension plan issues. |
| 09/14/06 E Monson | .30 | Meet with K. Applegate to discuss pension issues. |
| 09/14/06 E Monson | .40 | Additional conference with K. Applegate on pension issues and review e-mail from A. W. Jarvis and attached T. Hantges resignation. |
| 09/14/06 E Monson | .10 | Review e-mail regarding employment issues. |
| 09/15/06 K Applegate | 2.60 | Telephone call with Erika Barnes on the plan issues (.3); review documents sent from Mesirow and forward to the PBGC (1.4); discuss issues with E. A. Monson (.2); review and send e-mails to Haftl on plan communications (.3); research plan trustee issues (.4). |

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/15/06 M Blue          .20  Read email from A. W. Jarvis; draft email to
                              A. W. Jarvis.

09/15/06 E Monson        .20  Discussion with K. Applegate regarding pension
                              issue (.2).

09/18/06 K Applegate     .80  Review filed documents with the Court (.5);
                              discuss with S. C. Strong (.1); send
                              documents to the PBGC (.2).

09/18/06 M Blue          .50  Read email from A. W. Jarvis (.1); conference
                              with S. C. Strong (.3); draft and revise
                              separation agreement (.1).

09/18/06 S Strong        .60  Confer with M. E. Blue regarding USACM
                              employee issue (0.3); telephone conference
                              with S. Smith regarding employee retention
                              issues (0.2); review spreadsheet from S.
                              Smith regarding pay of debtors employees
                              (0.1).

09/18/06 S Strong        .10  Confer with K. J. Applegate regarding pension
                              plan freeze issues (0.1).

09/19/06 M Blue        2.40   Revise separation agreement (1.8); telephone
                              conference with client (.2); conference with S.
                              C. Strong (.1); draft email to S. C. Strong
                              (.1); review revisions by S. C. Strong (.2).

09/19/06 S Strong      1.10   Telephone conference with T. Allison, J.
                              Atkinson, S. Smith and M. E. Blue regarding
                              Hilson termination (0.3); review and edit
                              draft of separation letter regarding same
                              (0.4); review bankruptcy issues regarding
                              same (0.2);  confer with M. E. Blue regarding
                              same (0.1); transmit proposed Hilson
                              separation letter to Mesirow team for review
                              (0.1).

09/19/06 S Strong        .20  Telephone conference with S. Smith regarding
                              employee retention issues (0.1); review prior
                              emails regarding same (0.1).

09/20/06 K Applegate     .60  Prepare for telephone conference with the Plan
                              Participants.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/20/06 M Blue          .50  Read email from client (.1); review separation
                              agreement (.2); draft email to client (.1);
                              read email from M. Olson (.1).

09/20/06 A Jarvis        .20  Correspondence on employee retention issues.

09/20/06 A Jarvis        .50  Correspondence regarding employee termination.

09/20/06 S Strong        .80  Review emails from T. Allison, M. Olson and M.
                              E. Blue regarding employee termination
                              procedures (0.2); telephone conferences with M.
                              E. Blue regarding same (0.2); telephone
                              conference with J. McCarroll and M. E. Blue
                              regarding same (0.2); email to M. Olson
                              regarding same (0.1); telephone conference with
                              M. Olson regarding same (0.1).

09/21/06 K Applegate    1.00  Review documents to prepare for conference
                              call (.5); telephone conference with
                              participants (.5).

09/21/06 R Rice          .40  Office conference with S. C. Strong regarding
                              payment of wage issue (.2); research Nevada
                              statute regarding payment of wages (.2).

09/21/06 S Strong        .30  Telephone conference with S. Smith regarding
                              status of proposal for retaining employees
                              (0.1); review email from S. Smith regarding
                              same (0.1); exchange emails with A. W. Jarvis
                              regarding same (0.1).

09/21/06 S Strong        .80  Review email from R. Hilson regarding
                              termination pay questions (0.2); review email
                              from S. Smith regarding same (0.1); telephone
                              conference with S. Smith regarding same
                              (0.1); confer with R. O. Rice regarding
                              research needed of Nevada law regarding same
                              (0.1); confer with R. O. Rice regarding
                              results of research (0.1); email to T.
                              Allison and S. Smith regarding same (0.2).

09/22/06 K Applegate     .10  Discussion with S. C. Strong on termination
                              of USA employee (.1).

09/22/06 K Applegate    1.10  Work on the Firm 10 disclosures to the PBGC.

```
Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006
```

09/22/06 M Blue        1.70 Research Nevada law (1.0); review and analyze
                            employee email (.1); read emails from client
                            (.1); read emails from S. C. Strong (.1); draft
                            and revise email to M. Olson regarding
                            employee's concerns (.2); conference with S. C.
                            Strong (.2).

09/22/06 E Monson       .20 Review e-mail from J. McPherson regarding
                            proposed settlement from T. Flatlege and
                            review prior settlement.

09/22/06 S Strong       .10 Confer with K. J. Applegate regarding pension
                            plan status and issues (.1).

09/22/06 S Strong       .50 Telephone conference with M. E. Blue regarding
                            employee termination issues (0.2); review email
                            from M. E. Blue with advice termination issues
                            raised by employee (0.2); review email from M.
                            Olson regarding same (0.1).

09/25/06 K Applegate    .40 Telephone conference with M. E. Blue on the
                            employee termination agreement (.2); review
                            Haftl e-mail on paying plan expenses (.1);
                            draft response (.1).

09/25/06 M Blue        1.20 Conference with A. W. Jarvis regarding employee
                            separation issues (.2); telephone conference
                            with K. J. Applegate (.2); revise employee
                            separation agreement (.5); conference with S.
                            C. Strong regarding separation agreement (.2);
                            read M. Olson's email to employee (.1).

09/25/06 E Monson       .20 Discussion with K. Applegate regarding
                            pension issues and payment.

09/25/06 S Strong      1.00 Email to A. W. Jarvis regarding Hilson
                            termination issues (0.1); confer with M. E.
                            Blue regarding same (0.1); review revised
                            draft of Separation Agreement (0.1); confer
                            with M. E. Blue and A. W. Jarvis regarding
                            same (0.2); review and revise Separation
                            Agreement regarding bankruptcy court approval
                            to be sought (0.4); email to M. E. Blue
                            regarding same (0.1).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/26/06 | K Applegate | 2.30 | Draft letter on PBGC Form 10 (.5); review of controlled group and analysis of same (.7); other research to comply with Form 10 (.8); review of notice of filing regarding the resignation of the trustee (.1); update on bankruptcy filings (.2). |
| 09/26/06 | M Blue | 2.00 | Review S. C. Strong's edits to employee separation agreement (.3); revise separation agreement (.4); conference with S. C. Strong (.2); research revocation issue (.9); read R. Hilson email (.1); read emails from S. C. Strong (.1). |
| 09/26/06 | E Monson | .50 | Draft notice of filing of Hantges resignation and facilitate filing thereof. |
| 09/26/06 | E Monson | .30 | Discussion with S. C. Strong regarding motion on employee retention. |
| 09/26/06 | E Monson | .20 | Review proposal for plan retention. |
| 26/06 | E Monson | 1.00 | Work on retention issues. |
| 09/26/06 | S Strong | .40 | Telephone conference with J. Atkinson and S. Smith regarding consulting services needed from departing employees (.4). |
| 09/26/06 | S Strong | 1.80 | Research new Code amendments regarding severance pay (0.7); confer with M. E. Blue regarding issues concerning R. Hilson separation (0.2); revise proposed separation agreement for R. Hilson and circulate with comments to M. Olson and J. Atkinson for review (0.7); confer further with M. E. Blue regarding same (0.2). |
| 09/26/06 | S Strong | 1.00 | Review proposed employee retention plan from S. Smith (0.3); telephone conference with S. Smith regarding same (0.2); confer with E. A. Monson regarding motion needed for approval of same (0.2); confer with A. Tsu regarding research needed regarding retention plans under new Code amendments (0.3). |

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006


09/27/06 K Applegate    6.70 Research on controlled group issues under IRC
                             414(c) and 1563 (1.1); draft letter to
                             Melanowski summarizing complex rules (1.5);
                             discuss entities with A. T. Brinkerhoff (.2);
                             review of 90+ entities to determine
                             controlled group status (3.2); update Form 10
                             for new information (.5); draft summary of
                             points for oral arguments tomorrow on the
                             plan freezing (.2).

09/27/06 M Blue         1.60 Analyze alternatives to severance agreement
                             (.8); conference with S. C. Strong regarding
                             consulting agreements (.2); read emails from
                             client (.1); read emails from employee (.1);
                             read email from S. C. Strong (.1); draft email
                             to S. C. Strong (.1); telephone conference with
                             M. Olson (.2).

09/27/06 E Monson        .50 Review e-mails regarding proposed retention
                             plan and further review of plan.

09/27/06 E Monson        .90 Work on motion to approve retention plan.

09/27/06 S Strong        .90 Review issues regarding motion to freeze
                             pension plan and replace trustees, and
                             prepare for hearing on same (.9).

09/27/06 S Strong        .80 Review emails from employee regarding issues
                             respecting his pay at termination (0.2);
                             exchange emails with M. Olson and S. Smith
                             regarding same (0.2); confer with M. E. Blue
                             regarding same (0.2); telephone conference with
                             M. Olson and M. E. Blue regarding same (0.2).

09/28/06 K Applegate    1.70 Continued work on the Form 10 document and
                             revisions to the letter to the PBGC (1.5);
                             follow up on termination of the 401(k) plan
                             (.2).

09/28/06 M Blue         2.30 Read and analyze employee handbooks and
                             personnel policies (1.8); draft emails to M.
                             Olson (.1); review prior emails regarding
                             employee's final pay (.2); analyze S. Smith
                             vacation pay calculations (.2).

09/28/06 E Monson       3.00 Work on Motion to Approve Retention Plan.

```
Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/28/06 | S Strong | .90 | Prepare for hearing on motion to freeze pension plan and replace trustees (.9). |
| 09/29/06 | K Applegate | .30 | Follow up on Form 10 and 401(k) plan. |
| 09/29/06 | M Blue | 1.60 | Read email from S. Smith (.1); review vacation pay policies (.3); read email from M. Olson (.1); draft and revise employee agreement (.8); conference with S. C. Strong (.2); draft email to S. Smith (.1). |
| 09/29/06 | E Monson | .30 | Conference with S. C. Strong and S. Smith regarding issues involving retention motion. |
| 09/29/06 | E Monson | 2.00 | Research and review cases on standards to approve retention. |
| 09/29/06 | E Monson | 3.30 | Work on motion to approve retention plan. |
| 09/29/06 | S Strong | .60 | Further analysis of employee termination issues (0.4); confer with M. E. Blue regarding same (0.2). |
| 09/29/06 | S Strong | 1.40 | Further review and analysis of employee retention issues and law (0.7); analysis of proposed motion regarding same (0.3); confer with E. A. Monson regarding same (0.2); telephone conference with S. Smith regarding same (0.2). |

```
TOTAL FOR LEGAL SERVICES RENDERED                   $20,835.50

                                                    --------------
```

"*Exhibit H-7*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355071

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00007**

**Fee / Employment Applications**

| Date | Person | Hours | Description |
|---|---|---|---|
| 09/01/06 | B Kotter | .40 | Follow up on filing and confirmation (.1); review and arrange for hard-copy service on UST and committee counsel (.3). |
| 09/05/06 | B Kotter | .20 | Review Rule 2002 on fee application notice requirements and review of Notice of Hearing on fee application and e-mail to S. C. Strong and A. W. Jarvis regarding same (.2). |
| 09/11/06 | B Kotter | .30 | Conference with S. C. Strong regarding fee allocation issues and procedures. |
| 09/12/06 | B Kotter | 1.80 | Conference with S. C. Strong regarding fee allocation issues (.2); e-mail to L. Okerlund regarding same (.1); conference with C. Hurst and S. C. Strong regarding allocation (.3); work on allocation among loans (1.2). |
| 09/12/06 | S Strong | .20 | Review comments from A. Parlen regarding Ordinary Course Professionals (0.1); exchange emails with A. W. Jarvis regarding same (0.1). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/12/06 A Tsu          2.10 Reviewing incoming correspondence regarding
                             motion to hire ordinary course professionals
                             (.3); answer questions and proposing solutions
                             regarding comments to same (.3); reviewing FTDC
                             comments to ordinary course professional motion
                             (.3); soliciting and reviewing comments
                             regarding same (.4); reviewing, editing, and
                             coordinating changes to drafts to ensure that
                             appropriate changes are made and approval is
                             given for same (.8).

09/12/06 C Hurst        2.40 Meet with S. C. Strong and B. J. Kotter
                             regarding fee application detail, loan
                             allocation (.3); review time entries to
                             allocate among loans (2.1).

09/13/06 B Kotter       2.00 Analyze bills for loan allocation (.9);
                             review memo and draft e-mail regarding ban
                             allocation (.7); conference with C. Hurst
                             regarding same (.2); conference with S. C.
                             Strong regarding allocation (.2).

'13/06 D Monson         3.10 Review time entries allocate certain time
                             entries for possible payment by the affected
                             Borrowers or Direct Lenders benefiting from the
                             work done to address issues affecting the
                             respective loans (3.1).

09/13/06 E Monson        .30 Review e-mails from FTDF counsel regarding
                             issues they have regarding ordinary course
                             prof. motion and follow up with A. Tsu.

09/13/06 S Tingey        .50 Review time entries for allocation of
                             particular loans.

09/13/06 C Hurst        3.80 Work on initial editing of fee bills pertaining
                             to loan allocation (2.8); conferences with S.
                             C. Strong and B. J. Kotter regarding same (.4);
                             prepare memo and distribute billing statements
                             to pertinent attorneys for further analysis on
                             loan allocation (.6).

09/14/06 A Jarvis        .10 Conferences with B. J. Kotter regarding fee
                             applications.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/14/06 D Monson        .60  Finalize allocations of time entries for
                              possible charge back to Borrowers or Direct
                              Lenders for entries relating to separate
                              loans serviced by USACM (0.6).

09/14/06 E Monson       1.10  Review e-mails from A. Tsu, A. Parlen, S. C.
                              Strong and A. W. Jarvis regarding ordinary
                              course professional motion and participate in
                              conference call regarding same.

09/14/06 S Strong        .30  Review issues raised by FTDC regarding motion
                              concerning Ordinary Course Professionals
                              (0.2); exchange emails with A. Tsu regarding
                              same (0.1).

09/14/06 A Tsu           .30  Reviewing incoming correspondence from A.
                              Jarvis and A. Parlen regarding Motion to
                              Employ Ordinary Course Professionals in an
                              effort to resolve concerns of A. Parlen (.2);
                              responding to same (.1).

09/14/06 A Tsu          1.70  Reviewing email correspondence between A.
                              Jarvis, A. Parlen and S. Smith in preparation
                              for conference call with A. Parlen (.3);
                              drafting follow up correspondence to T.
                              Allision, J. Atkinson, S. Smith and S. Strong
                              stating A. Parlen issues with Motion to Employ
                              Ordinary Course Professionals and summarizing
                              answers discussed in correspondence between A.
                              Jarvis and S. Smith (1.0); reviewing same with
                              E. Monson (.2); corresponding with A. Parlen
                              regarding conference call (.2).

09/14/06 A Tsu          1.10  Preparing for telephone conference with A.
                              Parlen (.4); meeting with E. Monson to
                              discuss same (.1); participating in same
                              (.3); drafting follow-up email to A. Parlen
                              summarizing same and setting forth agreement
                              to extend deadlines if no agreement is made
                              (.3).

09/14/06 C Hurst        6.20  Work on loan allocation breakdown.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/15/06 A Tsu          .50  Reviewing incoming correspondence from A.
                             Parlen regarding supplement to Motion to
                             Employ Ordinary Course Professionals (.1);
                             following up with E. Monson regarding same
                             (.2); responding to A. Parlen regarding same
                             (.2).

09/15/06 A Tsu         1.30  Drafting stipulation incorporating A. Parlen
                             amendments to the Debtors' Motion to Employ
                             Ordinary Course Professionals.

09/18/06 B Kotter       .70  Preparations for Retention and Interim Fee
                             Application hearing and dealing with various
                             objections (.7).

09/18/06 E Monson       .20  Review e-mail regarding supplement to
                             ordinary course motion and follow up with A.
                             Tsu.

09/18/06 S Strong       .40  Confer with A. Tsu regarding status of
                             Ordinary Course Professionals motion (0.2);
                             exchange emails with C. Pajak regarding same
                             (0.2).

09/18/06 A Tsu         2.90  Drafting proposed supplement and order
                             regarding changes agreed to with FTD fund
                             (2.9).

09/19/06 E Monson       .20  Work on follow up on list of professionals
                             for ordinary course professional motion.

09/19/06 E Monson       .50  Work on revising ordinary course professional
                             motion.

09/19/06 S Strong       .70  Review draft of proposed Reply regarding
                             motion ordinary course professionals (0.3);
                             exchange emails with A. Tsu and S. Smith
                             regarding same (0.2); confer with A. Tsu
                             regarding revisions to Reply (0.2).

09/19/06 A Tsu         1.70  Meeting with E. Monson to discuss information
                             regarding A. FTDF Committee requests
                             regarding Motion to Employ Ordinary Course
                             Professionals (.2); telephone conference with
                             S. Smith to discuss FTDF Committee changes to

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


                    Motion to Employ Ordinary Course
                    Professionals and resolution of same (.2);
                    drafting correspondence to A. Parlen
                    regarding possible resolutions and
                    compromises regarding same (.2); editing
                    supplement to Motion to Employ Ordinary
                    Course Professionals to comply with agreed
                    upon changes (.7) research regarding current
                    ordinary course professionals (.2); creating
                    list of ordinary course professionals to be
                    hired in the near future (.1); confirming
                    same (.1).

09/20/06 D Monson    .30  Review and respond to e-mails from A. Tsu and
                          K. Glade on retention of ordinary course
                          professionals for collection of defaulted
                          loans and states where collection attorneys
                          are being retained (0.3).

09/20/06 E Monson    .20  Review objection from unsecured creditor
                          committee to ordinary course professional
                          motion.

09/20/06 E Monson    .20  Review e-mail from A. Tsu regarding objection
                          from UCC and respond thereto; send reply
                          e-mail to A. W. Jarvis regarding response.

09/20/06 E Monson    .40  Work on revising ordinary course motion to
                          deal with UCC objection.

09/20/06 S Strong    .60  Telephone conference with S. Smith regarding
                          ordinary course professionals (0.2); confer
                          with E. A. Monson regarding same (0.1);
                          analysis of issues raised in response from
                          UCC regarding debtors motion regarding same
                          (0.2); exchange emails with E. A. Monson, A.
                          Tsu and S. Smith regarding same (0.1).

09/20/06 A Tsu      5.60  Reviewing incoming telephone messages
                          regarding supplement to Motion to Employ
                          Ordinary Course Professionals (.1);
                          responding to same (.2); reviewing incoming
                          correspondence regarding same (.2);
                          responding to same (.2); corresponding with
                          S. Smith to determine parties who will be
                          retained as ordinary course professionals
                          (.3); follow up research regarding ordinary
                          course professionals to be obtained by

Client No. 34585                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


                    Debtors (.4); reviewing Unsecured Creditors
                    Committees Response to Debtors Motion for
                    an Order Pursuant to 11 U.S.C. ÏÏ 105(a),
                    327(a) and 331 Authorizing Retention of
                    Professionals Utilized by Debtors In the
                    Ordinary Course of Business (.4); drafting
                    correspondence regarding the same (.2);
                    drafting supplemental response to Motion to
                    Employ Ordinary Course Professionals
                    incorporating changes agreed to with A.
                    Parlen and Unsecured Creditors Committee
                    responses (3.6).

09/20/06 C Hurst      3.50 Work on review of billing statement and
                           identifying and matching time entries with
                           proper loan allocation.

09/21/06 A Jarvis      .50 Conference with Mesirow regarding retention
                           issues.

09/21/06 E Monson      .90 Further revise supplement to ordinary course
                           professional motion.

09/21/06 S Strong      .30 Exchange emails with A. Tsu regarding other
                           ordinary course professionals (.3).

09/21/06 A Tsu         .40 Reviewing incoming message regarding Hilco
                           Employment Agreement (.1) Following up with E.
                           Kaup (.1); and responding to same (.2).

09/21/06 C Hurst      3.40 Work on time entry - loan allocation
                           summaries.

09/22/06 C Hurst      2.90 Continue work on loan allocation, fee summary.

09/24/06 A Jarvis     4.30 Prepare bills, fee application (8.5).

09/25/06 A Jarvis      .40 Prepare fee application, monthly statements
                           (.5); conference with S. C. Strong and B. J.
                           Kotter regarding fee application issues (.3).

09/25/06 A Jarvis      .10 Draft fee statement (.3).

09/25/06 A Jarvis      .40 Correspondence on fee payments.

09/25/06 A Jarvis      .30 Correspondence on fee allocation issues.

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/25/06 S Strong          .30  Confer with A. W. Jarvis regarding fee
                                allocation issues (0.3).

09/25/06 E Toscano         .70  Allocation to specific loans.

09/25/06 C Hurst          1.40  Further work on individual attorney fee loan
                                allocation.

09/26/06 C Hurst          1.40  Continued work on fee/loan allocation summary
                                per further breakdown from attorneys.

09/27/06 S Strong         2.20  Review and analyze email from R. Charles
                                regarding motion for ordinary course
                                professionals (0.3); draft proposed response
                                to same and circulate to A. W. Jarvis and
                                Mesirow for review (0.4); confer with A. W.
                                Jarvis regarding same (0.1); review follow-up
                                email from R. Charles regarding same (0.1);
                                further analysis of issues regarding ordinary
                                course professionals and prepare for hearing
                                on same (1.3).

   27/06 A Tsu             .70  Reviewing incoming correspondence from E. Kaup
                                (Hilco) regarding Hilco Employment Contract
                                (.1); distributing relevant information to
                                appropriate parties (.1); reviewing request
                                regarding ordinary course accountants (.2);
                                following up and responding to same (.3).

09/28/06 A Jarvis          .30  Conference with J. Atkinson and Mesirow
                                personnel regarding preparation of monthly
                                statement.

09/28/06 B Kotter          .90  Preparation of exhibits for fee application
                                (.7); review and analysis of materials for
                                future fee applications and monthly
                                statements (.7); conference with committee
                                and A. W. Jarvis on allocation issues (.3).

09/28/06 S Strong          .90  Prepare for hearing on motion regarding
                                Ordinary Course Professionals (.9).

09/29/06 A Jarvis          .20  Correspondence with committees regarding
                                allocations.

09/29/06 B Kotter          .10  Phone call with S. C. Strong regarding
                                monthly statement (.1); work on monthly
                                statement (.2).

Client No. 34585                                         Page:    8
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


TOTAL FOR LEGAL SERVICES RENDERED                          $13,777.00

                                                          --------------