*"Exhibit H-8"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        November 30, 2006
Las Vegas, NV  89121                           Invoice No. 355072
```

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00008**

**Fee / Employment Objections**

| | | | |
|---|---|---|---|
| 09/11/06 B Kotter | 1.10 | Review of first interim fee applications filed by various professionals. | |
| 09/12/06 A Jarvis | .20 | Correspondence on fee allocations. | |
| 09/13/06 B Kotter | .70 | Conference with S. C. Strong regarding fee objections (.2); review of professional fee applications (.5). | |
| 09/14/06 B Kotter | 1.50 | Discussion with S. C. Strong regarding Trustee's questions as to Ray Quinney & Nebeker billings (.3); review of Ray Quinney & Nebeker bills regarding question (.7); leave message with Trustee's office (.1); conference with C. Hurst regarding allocation by loan issues (.4). | |
| 09/14/06 B Kotter | 8.30 | Review of professional fee applications for first interim application period (8.3). | |
| 09/15/06 B Kotter | .30 | Receive message from U.S. Trustee's office and follow up on application issues related to allocation questions (.3). | |
| 09/15/06 B Kotter | 1.30 | Continue reviewing other professional bills in connection with the first interim fee applications (1.3). | |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006

09/15/06 B Kotter      1.30  Review docket and pull off fee objections
                            (.4); review UCC fee objection to Ray Quinney
                            & Nebeker, Schwartzer & McPerson, and Mesirow
                            Financial (.7); brief conference with A. W.
                            Jarvis and S. C. Strong regarding same (.2).

09/15/06 S Strong       .50  Review UCCs objection to fee applications of
                            debtors professionals (0.3); confer with B.
                            J. Kotter regarding same (0.1); exchange
                            emails with M. Haftl regarding same (0.1).

09/18/06 B Kotter      2.40  Review docket and pull objections to Ray
                            Quinney & Nebeker fee application (.4);
                            review U.S. Trustee objections and create
                            spreadsheet of objections (1.1); brief phone
                            call with Trustee's office regarding
                            objection to Ray Quinney & Nebeker (.1);
                            continue review of objections and
                            applications (.8).

09/18/06 B Kotter       .30  Phone call with S. C. Strong regarding
                            requests for payments from professionals
                            under the Administrative Procedures Order
                            (.3).

09/18/06 E Monson       .60  Review objections by US Trustee to fee
                            applications.

09/18/06 S Strong      1.10  Review response to fee application by JV
                            Lenders (0.3); further discussions with B. J.
                            Kotter regarding issues concerning fee invoices
                            and fee applications addressed in interim fee
                            procedures order (0.3); review email from E.
                            Karasik requesting payment under interim
                            procedures (0.2); discuss same with B. J.
                            Kotter (0.1); exchange emails with S. Smith
                            regarding same (0.2).

09/19/06 B Kotter      1.70  Work on response to fee objections from UST
                            and UCC (.9); draft e-mail to A. Landis
                            regarding fee objections (.4); phone call
                            with A. Parker, L. Ernce & C. Pajak regarding
                            reply to UCC objection (.4).

09/19/06 B Kotter      2.60  Conference with S. C. Strong regarding response
                            to UST and UCC fee objections (.3); e-mail
                            exchange regarding reply with S. C. Strong and
                            A. W. Jarvis (.4); review of Milanowski &
                            Hantges objection to fees (.6); review of

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

|  |  |  |
|---|---|---|
|  |  | Administrative Order regarding interim compensation and procedure to resolve objections (.4); review e-mail from J. Atkinson regarding UCC objection/allocation issues (.2); compile objection summary of U.S. Trustee objections for S. C. Strong and A. W. Jarvis (6.7). |
| 09/19/06 | S Strong | .70 | Confer with B. J. Kotter regarding fee objection issues (0.2); review email from J. Atkinson regarding same (0.1); review additional fee objections and notices of objection to various professionals applications (0.4). |
| 09/20/06 | A Jarvis | .70 | Telephone conference with T. Allison, S. C. Strong, S. Smith regarding retention issues, fee objections. |
| 09/20/06 | A Jarvis | .90 | Draft memo to committees regarding retention issues, fee objections. |
| 20/06 | A Jarvis | .30 | Conference with B. J. Kotter regarding response to fee objections. |
| 09/20/06 | B Kotter | 8.40 | Review of professional fee applications in comparison to Ray Quinney & Nebeker and analyzing US Trustee objections comparatively (3.1); work to locate and make available to the US Trustee information and documents supporting expense claims contained in the First Interim Fee Application (.8); work on loan by loan allocation of certain fees in response to demands by committees (2.3); work with C. Hurst on further revisions to loan allocation (.4); work on reply to UCC objection and response to Trustee objection (1.8). |
| 09/20/06 | B Kotter | .20 | Phone call with Rob Charles regarding response to UCC objection to fees (.2). |
| 09/20/06 | S Strong | .40 | Analyze issues for responding to various fee objections (0.3); confer with B. J. Kotter regarding same (0.1). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/20/06 L Okerlund      9.60  Prepare interoffice conferencing spreadsheets
                               for Ben Kotter (6.0); analyze and highlight
                               interoffice communication in Shea and Carlyon
                               statements (1.8); analyze and highlight
                               interoffice communications in Stutman, Treister
                               & Giatt billing statements in preparation for
                               September 28th hearing (1.8).

09/21/06 A Jarvis         .30  Correspondence on fee objections.

09/21/06 B Kotter        7.90  Review and redact documents supporting Ray
                               Quinney & Nebeker expense reimbursement
                               claims (1.2); draft letter to US Trustee
                               (.7); work on reply to UCC fee objection
                               (.9); draft stipulation to extend deadline
                               (.6); exchange e-mails with A. Parker, C.
                               Pajak, R. Charles, L. Ernce regarding
                               stipulation (.7); e-mail to L. Schwartzer
                               regarding stipulation and filing (.3); work
                               on review of professionals' interim fee
                               applications (.6); participate in telephone
                               call with Mesirow regarding fee allocation
                               issues raised by UCC objection (1.2);
                               continued work on reply brief (.7); and
                               response to US Trustee (.6); e-mail exchange
                               with L. Okerlund regarding review (.4).

09/21/06 L Okerlund      9.60  Review and highlight Stutman interoffice
                               meetings for 9/28/06 hearing (.8); review
                               Stutman and Orrick billing statements in
                               preparation for 9/28/06 hearing (6.0); review
                               Beckley, Singleton, Gordon and Silver
                               statements in preparation for 9/28/06 hearing
                               (1.3); review and highlight Stutman's record
                               of electronic interoffice conferences in
                               preparation for 9/28/06 hearing (1.5).

09/22/06 A Jarvis         .10  Conference with B. J. Kotter regarding
                               response to fee objections.

09/22/06 A Jarvis         .10  Conference with S. C. Strong regarding
                               response to fee objections.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/22/06 B Kotter          9.40  Respond to e-mail from C. Pajak (.1); e-mail
                                 local counsel regarding stipulation to extend
                                 deadline (.1); phone call with A. Parlen
                                 regarding response to UCC objection (.2);
                                 respond to e-mail from L. Ernce (.2); review
                                 e-mail from R. Charles (.1) and discuss with
                                 A. W. Jarvis (.3); work on response to
                                 Trustee and Lewis & Roca objection (8.4).

09/22/06 L Okerlund        6.50  Review and highlight Stutman's interoffice
                                 electronic correspondence in preparation for
                                 9/28/06 hearing (.5); prepare attorney's fees
                                 document in preparation for 9/28/06 hearing;
                                 redact documents per Ben Kotter; prepare
                                 pleading and hearing binder (6.0).

09/23/06 B Kotter          6.70  Work on response to US Trustee and UCC
                                 objection (6.7).

09/24/06 B Kotter          4.30  Continue working on reply to fee objections.

09/25/06 B Kotter         15.30  Continue working on response to US Trustee
                                 objection to RQN fees (3.7); conference with
                                 SC Strong regarding reply (.2); continue
                                 revisions (1.3); conference call with Mesirow
                                 counsel and AW Jarvis on reply and collection
                                 issues (1.2); draft reply to allocation
                                 objection (5.8); conference with AW Jarvis
                                 regarding allocation matters (.4); continued
                                 revision and filing of reply (2.4); email
                                 exchange regarding filing (.3).

09/25/06 S Strong          2.10  Review and edit draft of RQN reply to various
                                 fee objections (0.8); confer with B. J.
                                 Kotter regarding same (0.2); review and
                                 analysis of fee allocation issues raised by
                                 UCC (0.9); confer with B. J. Kotter regarding
                                 same (0.2).

09/25/06 S Strong          1.40  Participate in telephone conference with A.
                                 W. Jarvis, B. J. Kotter, N. Peterman, J.
                                 Atkinson, S. Smith and J. McPherson regarding
                                 fee allocation issues and other professional
                                 fee issues (1.3); confer with A. W. Jarvis
                                 regarding same (0.1).

```
Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/25/06 | L Okerlund | 6.00 | Prepare Lewis and ROCA internal conferencing spreadsheets; prepare pleadings and hearing notebooks. |
| 09/26/06 | A Jarvis | 2.40 | Respond to fee objections, review entries for response to objection. |
| 09/26/06 | B Kotter | 2.10 | Participate in telephone call with committee counsel regarding UCC objection to Debtor's professionals' fees and allocation issues (.7); conference with A. W. Jarvis and S. C. Strong regarding allocation issues (.4); work on allocation proposal (.6); review e-mail from R. Charles regarding UCC objection (.2); e-mail exchange with A. W. Jarvis and S. C. Strong on United States Trustee's objection (.2). |
| 09/26/06 | B Kotter | 2.80 | Continue work responding to UST objection. |
| 09/26/06 | S Strong | .40 | Telephone conference with J. Atkinson, S. Smith and A. W. Jarvis regarding fee allocation issues (.4). |
| 09/27/06 | A Jarvis | .50 | Correspondence on fee application, proposed settlement on allocation. |
| 09/27/06 | A Jarvis | .20 | Telephone conference with R. Charles regarding fee application objections, proposed settlement. |
| 09/27/06 | A Jarvis | .90 | Review fee objections. |
| 09/27/06 | A Jarvis | 1.60 | Prepare memo regarding allocation issues for settlement, further disclosure. |
| 09/27/06 | A Jarvis | .50 | Correspondence with B. J. Kotter regarding fee objections, response. |
| 09/27/06 | A Jarvis | .20 | Telephone conference with M. Levinson regarding fee allocation issues; negotiations on plan term sheet. |
| 09/27/06 | A Jarvis | .30 | Correspondence with B. J. Kotter regarding analysis of fee objection of U.S. Trustee in preparation for hearing. |

```
Client No. 34585                                        Page:    7
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/27/06 | B Kotter | 14.40 | Review and analyze United States Trustee's objection and spreadsheet and work on response for tomorrow's hearing (8.9); conference with A. W. Jarvis and S. C. Strong regarding Trustee's objection and strategy for hearing (.4); prepare hearing exhibits responding to Trustee's objection (1.4); e-mail correspondence with M. Pugsley regarding allocation issues (.4); draft e-mail regarding revised allocation (.6); review billings for reallocation amounts and time (2.7). |
| 09/27/06 | B Kotter | .20 | E-mail Augie Landis with response to lumping objection. |
| 09/28/06 | A Jarvis | .50 | Prepare exhibits for hearing. |
| 09/28/06 | A Jarvis | 1.40 | Meeting with Mesirow and counsel regarding fee applications, retention issues. |
| 09/28/06 | A Jarvis | .40 | Conferences with committee counsel regarding resolution of UCC objections. |
| 09/28/06 | A Jarvis | 4.70 | Appear at fee application hearings. |
| 09/28/06 | B Kotter | 6.70 | Conference with Mesirow, counsel for Mesirow, and A. W. Jarvis regarding hearing and objection and allocations issues (1.4); attend and participate in fee hearing (4.7); conference with A. W. Jarvis and S. C. Strong regarding Trustee's objection and court's ruling (.6). |
| 09/28/06 | B Kotter | 1.10 | Work on response to UST objection. |
| 09/29/06 | B Kotter | 1.60 | Work on response to US Trustee's objection. |

```
TOTAL FOR LEGAL SERVICES RENDERED                       $30,711.00
                                                        -------------
```

*"Exhibit H-9"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          November 30, 2006
Las Vegas, NV  89121                             Invoice No. 355073

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00011**

**Litigation**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/06 | C Hurst | 1.00 | Work on litigation case chart. |
| 09/05/06 | E Monson | 1.80 | Review information regarding lawsuit in which USA and others named as defendants (.4); meet with C. Hurst and work on litigation review (1.2); send e-mails to C. Hurst regarding litigation issues (.2). |
| 09/05/06 | M Pugsley | 4.00 | Conference with A. Jarvis regarding various issues (.4); research regarding causes of action in potential lawsuits (2.1); continued review of email (1.5). |
| 09/05/06 | C Hurst | 2.20 | Meet with E. A. Monson; review known litigation cases (1.2); begin work on litigation summary chart organizing (1.0). |
| 09/06/06 | A Tsu | 1.80 | Legal research regarding Ï 365 and loan servicing agreements. |
| 09/06/06 | C Hurst | 3.90 | Work on litigation summary chart including download updated dockets in USDC 01-355, 03-156, Santa Clara County case - Lee v. Palm Terrace. |
| 09/07/06 | A Tsu | .50 | Legal research regarding Section 365 and loan servicing agreements. |

```
Client No. 34585                              Page:    2
Debtor USA Commercial Mortgage Co., et al.    November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/07/06 | A Tsu | .20 | Reviewing legal research regarding loan servicing agreements and section 365. |
| 09/07/06 | C Hurst | 6.30 | Work on litigation chart and setting up and organizing files. |
| 09/08/06 | E Monson | .20 | Discussion with A. W. Jarvis regarding motion to withdraw hearing and send e-mail to L. Schwartzer and J. McPherson. |
| 09/08/06 | E Monson | .20 | Follow up on litigation matter involving USA and Andy Hartges. |
| 09/08/06 | A Tsu | 2.90 | Reviewing legal research regarding loan servicing agreements and section 365 (.7); summarizing relevant cases (2.2). |
| 09/08/06 | C Hurst | 1.10 | Further additions and revisions to litigation summary. |
| 09/10/06 | A Tsu | 2.60 | Legal research regarding standard for assuming and rejecting executory contracts and review same (1.7); summarizing relevant 365 cases (.9). |
| 09/11/06 | A Tsu | 2.80 | Meeting with S. Strong and E. Monson to discuss filings (.3); drafting same (2.5). |
| 09/12/06 | A Jarvis | .30 | Correspondence on Canepa relief from stay. |
| 09/12/06 | A Jarvis | 1.80 | Prepare for hearings, report to court, motion to distribute. |
| 09/12/06 | D Monson | .10 | Review Minute Entry in Weddell v. USACM Litigation on Substitution of Counsel and forward to E. Monson (0.1). |
| 09/12/06 | E Monson | .20 | Review e-mail from C. Hurst to A. Kimborough regarding litigation files and review reply from A. Kimborough. |
| 09/12/06 | A Tsu | 1.20 | Drafting research memo regarding 365 issues. |
| 09/13/06 | A Jarvis | .80 | Prepare for hearing on motion to distribute, report to court. |
| 09/13/06 | A Jarvis | .50 | Conference with clients and R. Charles regarding motion to distribute. |

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/13/06 A Jarvis        2.00 Attend and argue at hearing.

09/13/06 E Monson         .30 Review of litigation files and report to see
                              if any upcoming deadlines and e-mail J.
                              McPherson regarding Albert Lee and Palm
                              Terrace matter.

09/13/06 M Pugsley        .50 Conference with B. Wride regarding letters to
                              insurers.

09/14/06 E Monson         .10 Review e-mail from J. McPherson regarding
                              Palm Terrace and Andy Hawkes litigation.

09/14/06 A Tsu           1.80 Drafting research memo regarding assumption
                              of executory contracts for the purpose of
                              reviewing assumption of USA servicing
                              agreements.

09/15/06 M Pugsley       5.30 Obtain names of accounts for USACM and the
                              funds (.2); draft and research letters to
                              same regarding preservation of documents
                              (2.8); review documents regarding possible
                              adversary actions (2.3).

09/18/06 A Tsu           1.50 Reviewing incoming messages regarding Review
                              and report on 365 research (.1); legal research
                              regarding assumption and assignment of
                              executory contracts (1.4).

09/19/06 D Monson         .10 Review Court Notice on filing of Proposed
                              Discovery Plan and forward to E. Monson (0.1).

09/19/06 E Monson         .30 Review proposed scheduling order in Waddell
                              case and forward to J. McPherson; review
                              reply e-mail from J. McPherson.

09/20/06 A Jarvis         .30 Conference with L. Schwartzer regarding
                              extension on opposition.

09/20/06 D Monson         .10 Review Scheduling Order from Court on Weddell
                              v. USACM Litigation and forward to E. Monson
                              (0.1).

09/20/06 E Monson         .20 Review e-mail from L. Schwartzer regarding
                              Waddell litigation and send reply and copy of
                              scheduling order.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/20/06 E Monson        .20  Review e-mail from court regarding scheduling
                              order and forward to L. Schwartzer and J.
                              McPherson.

09/20/06 E Monson        .70  Review litigation files and send e-mail to L.
                              Schwartzer and J. McPherson regarding James
                              Lee and High Prospect Income Fund cases
                              regarding follow up on those cases.

09/21/06 A Tsu          1.60  Following up with parties regarding
                              Supplement to Debtors Motion for an Order
                              Authorizing Retention of Ordinary Course
                              Professionals (.2); reviewing incoming
                              message from A. Parlen regarding Supplement
                              to Debtors Motion for an Order Authorizing
                              Retention of Ordinary Course Professionals
                              (.1);  following up with S. Strong regarding
                              same (.1); responding to A. Parlen message
                              (.2); reviewing incoming email from A. Parlen
                              regarding LeBoeuf tax advice (.1); background
                              research, follow up, and  responding to same
                              (.3).  Corresponding with S. Strong and A.
                              Jarvis regarding whether LeBoeuf qualifies as
                              ordinary course professional (.3).
                              Responding to A. Parlen with decision (.1)
                              making requested changes (.2)

09/25/06 E Monson        .20  Review amended scheduling order in Waddell
                              case and forward it to J. McPherson and L.
                              Schwartzer.

09/26/06 E Monson        .30  Review e-mails on Standard Development Relief
                              from Stay and need for letter to Direct
                              Lenders.

09/27/06 A Jarvis       7.20  Prepare for hearings, review pleadings and
                              outline arguments.

09/27/06 E Monson        .20  Discussion with C. Hurst regarding finding
                              out information on T. Plotley case.

09/27/06 C Hurst        1.00  Office conference with E. A. Monson regarding
                              litigation chart and updates to status of
                              pending litigation (.3); research Clark County
                              database regarding Flatley case and status
                              (.6); update litigation chart (.1).

```
Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

09/28/06 D Monson        .10  Review revised Scheduling Order in Weddell v.
                              USACM litigation, and forward to E. Monson
                              (0.1).

09/28/06 E Monson        .20  Review e-mail from court regarding Waddell
                              and forward to L. Schwartzer and J. McPherson.

09/29/06 A Tsu          2.70  Factual background research regarding motion
                              to enforce automatic stay and immediately
                              compel turnover of funds and for sanctions
                              (1.7); legal research regarding same (1.0).


TOTAL FOR LEGAL SERVICES RENDERED                        $13,555.00

                                                       - - - - - - - - - - - - -

"*Exhibit H-10*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355074

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 09/01/06 | A Jarvis | .50 | Correspondence on plan negotiations. |
| 09/01/06 | A Jarvis | .06 | Telephone conference with S. C. Strong regarding bidding, plan negotiations. |
| 09/01/06 | A Jarvis | .26 | Review term sheet for purchase of assets. |
| 09/01/06 | A Jarvis | .13 | Telephone conference with T. Allison and S. C. Strong regarding negotiations with bidders. |
| 09/01/06 | B Kotter | .06 | Brief conference with S. C. Strong regarding plan and extension of exclusivity (.2). |
| 09/01/06 | E Monson | .06 | Participate in conference call with S. C. Strong, B. Faizel and T. Allison regarding issues on lead bidder and plan (.2). |
| 09/01/06 | S Strong | .70 | Telephone conference with T. Allison and B. Fasel regarding UCC issues with proposed plan (0.2); telephone conference with T. Allison and A. W. Jarvis regarding same (0.4); review emails from F. Merola, A. W. Jarvis and B. Fasel regarding current negotiations with potential purchaser plan (0.2); review and analysis of revised August 30 term sheet from potential purchaser (1.1); confer with P. Hunt regarding Plan issues (0.2). |

Client No. 34585                                           Page:    2
Debtor USA Commercial Mortgage Co., et al.                 November 30, 2006

09/02/06 A Jarvis        .40 Correspondence on bidding, comments on term
                             sheets.

09/02/06 A Jarvis        .16 Correspondence on bar date order, ballots.

09/02/06 A Jarvis        .50 Correspondence on term sheet with potential
                             lead bidder.

09/03/06 A Jarvis        .86 Correspondence on term sheet with potential
                             lead bidder, committees and plan team (1.8);
                             review revised term sheets (.8).

09/04/06 A Jarvis        .16 Review revisions to term sheet (.3);
                             correspondence with client and committees
                             regarding conference call with bidder (.2).

09/04/06 A Jarvis        .16 Conference call with client regarding
                             negotiations with potential lead bidder.

09/04/06 A Jarvis        .10 Conference call with potential lead bidder
                             regarding letter of intent, comments of
                             committee.

09/04/06 A Jarvis        .14 Conference call with the client and plan
                             negotiating team regarding issues to negotiate
                             with lead bidder (.3); review of letter of
                             intent (.1).

09/04/06 A Jarvis        .10 Correspondence on mark up of term sheet with
                             potential lead bidder.

09/04/06 A Jarvis       2.56 Review all comments on potential lead bidder,
                             UCC, FTDF, ECC, and Diversified Committees
                             and revise letter of intent of potential lead
                             bidder; correspondence regarding same.

09/04/06 A Jarvis        .17 Correspondence on mark up of term sheet with
                             potential lead bidder.

09/05/06 P Hunt          .04 Office conference with  S. C. Strong
                             regarding status of bidder negotiations.

09/05/06 S Strong        .14 Telephone conference with A. W. Jarvis
                             regarding Plan issues and strategies.

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/05/06 S Strong       .30 Participate in telephone conference with J.
                            Atkinson and B. Fasel regarding Plan
                            strategies and issues (0.5); participate in
                            follow-up call with T. Allison, B. Fasel, J.
                            Atkinson and A. W. Jarvis regarding same
                            (0.4).

09/06/06 P Hunt         .40 Telephone conference with Creditor Committee
                            and Bidder regarding deal plus plan issues
                            (.6); telephone conference with Mesirow team
                            regarding deal (.6).

09/06/06 A Jarvis       .24 Telephone conference with T. Allison, B.
                            Fasel, S. C. Strong and P. Hunt regarding
                            Silver Point proposal, revisions to plan to
                            incorporate same.

09/06/06 S Strong       .24 Review docket regarding status of Plan
                            exclusivity (0.2); review motion to shorten
                            time regarding same (0.1); exchange emails
                            with A. W. Jarvis regarding further motion
                            needed regarding same (0.2); exchange emails
                            with L. Schwartzer regarding same (0.2).

09/06/06 S Strong       .10 Telephone conference with T. Allison, B.
                            Fasel, A. W. Jarvis and P. Hunt regarding
                            Plan structure and issues (.3).

09/07/06 A Jarvis       .66 Conference with T. Allison regarding issues
                            with lead bidder (.4); review and respond to
                            e-mails with additional comments to revised
                            letter of intent (.7); telephone conference
                            with S. C. Strong and Mesirow group regarding
                            negotiations on additional issues (.3);
                            additional correspondence on issues to be
                            addressed in letter (.6).

09/07/06 A Jarvis       .16 Telephone conference with T. Allison, B.
                            Fasel, J. Atkinson regarding negotiations
                            with potential lead bidder, open issues.

09/07/06 A Jarvis       .20 Telephone conference with potential lead
                            bidder regarding open issues, tasks, revised
                            bid.

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006

09/07/06 A Jarvis      .14 Telephone conference with T. Allison, B.
                           Fasel and J. Atkinson regarding issues raised
                           with respect to revised bid, issues with
                           committees.

09/07/06 A Jarvis      .30 Telephone conference with attorney for
                           potential lead bidder regarding additional
                           issues to be addressed in revised bid and
                           correspondence regarding same (.7); telephone
                           conference with E. Karasik regarding
                           additional issues to be addressed in revised
                           bid (.2).

09/07/06 A Jarvis      .06 Draft correspondence to committees regarding
                           revised bid.

09/07/06 A Jarvis      .14 Correspondence on revised bid.

09/07/06 A Jarvis      .16 Telephone conference with T. Allison regarding
                           negotiations with bidder and additional issues
                           raised by committees and meeting with
                           Diversified.

09/07/06 A Jarvis      .10 Telephone conference with T. Allison and B.
                           Fasel regarding offer from bidder, additional
                           asks from committees.

09/07/06 S Strong      .20 Review and analysis of current revisions to
                           Plan (.6).

09/07/06 S Strong      .10 Participate in conference call with T.
                           Allison, A. W. Jarvis, B. Fasel, and J.
                           Atkinson regarding liquidation analysis and
                           related issues for Plan (.3).

09/08/06 S Strong      .36 Participate in telephone conference with T.
                           Allison, J. Atkinson, S. Smith and A. W.
                           Jarvis regarding various plan issues and
                           strategies (1.1).

09/11/06 A Jarvis      .16 Telephone conference with J. Atkinson regarding
                           plan, Silver Point term sheet and upcoming
                           hearing on pending motions.

09/11/06 A Jarvis      .10 Telephone conference with P. Hunt regarding
                           plan and disclosure statement.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/12/06 P Hunt          .26 Read new term sheet and incorporate terms
                             into draft plan (.8).

09/12/06 A Jarvis        .30 Telephone conference with S. C. Strong and J.
                             Atkinson regarding plan exclusivity (1/3
                             time).

09/12/06 S Strong        .14 Review revised Plan term sheet (0.2);
                             exchange emails with P. Hunt and A. W. Jarvis
                             regarding same (0.2).

09/12/06 S Strong        .14 Review back-end exclusivity motion (0.2);
                             exchange emails with L. Schwartzer regarding
                             same (0.2).

09/13/06 P Hunt         1.10 Telephone conference with A. W. Jarvis
                             regarding need to file plan and terms (.2);
                             read signed term sheet and First Trust
                             Committee term sheet (.8); revise plan to
                             incorporate new terms and terms wanted by
                             Committees (2.3).

    13/06 A Jarvis       .10 Telephone conference with S. C. Strong
                             regarding preparation of plan of
                             reorganization for filing (1/3 time).

09/13/06 A Jarvis        .10 Telephone conference with S. C. Strong
                             regarding drafting of plan and disclosure
                             statement, meeting with committees.

09/13/06 A Jarvis        .06 Correspondence with committees on exclusivity.

09/13/06 A Jarvis        .16 Conference with P. Hunt regarding plan
                             revisions.

09/13/06 A Jarvis        .10 Correspondence on exclusivity.

09/13/06 A Jarvis        .40 Draft revisions of plan of reorganization.

09/13/06 E Monson        .24 Participate in conference call with S. C.
                             Strong and J. Atkinson regarding liquidation
                             analysis in plan (.3); additional conference
                             with A. W. Jarvis, S. C. Strong, S. Smith and
                             J. Atkinson regarding plan issues (.4).

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/13/06 S Strong          .30  Telephone conference with J. Atkinson and M.
                                Haftl regarding plan and disclosure statement
                                issues, including liquidation analysis (0.6);
                                confer with P. Hunt and A. W. Jarvis
                                regarding plan and disclosure statement
                                preparations (0.3).

09/13/06 S Strong          .86  Continue work on proposed Disclosure
                                Statement for plan, and review liquidation
                                analysis assumptions/methodology from Mesirow
                                (2.4); telephone conference with P. Hunt and
                                A. W. Jarvis regarding plan revisions (0.2).

09/13/06 S Strong          .06  Exchange emails and telephone conference with
                                J. Reed regarding new confidentiality agreement
                                from new proposed asset purchaser (.2).

09/13/06 S Strong          .06  Exchange emails with counsel for potential
                                asset purchaser regarding status of Plan
                                efforts and competitive bidding process for
                                assets (.2).

 14/06 P Hunt             2.70  Committee call on plan (2.0); office
                                conference with A. W. Jarvis regarding plan
                                drafting (.5); draft plan (5.6).

09/14/06 A Jarvis          .20  Telephone conference with S. C. Strong and T.
                                Allison regarding plan issues (1/3 time).

09/14/06 A Jarvis          .10  Telephone conference with T. Allison
                                regarding plan issues (1/3 time).

09/14/06 A Jarvis          .20  Correspondence on disclosure statement and
                                plan (1/3 time).

09/14/06 A Jarvis         3.50  Draft Plan and Disclosure Statement (1/3
                                time).

09/14/06 E Monson          .54  Assist in drafting of plan and disclosure
                                statement.

09/14/06 S Strong          .10  Confer with A. W. Jarvis regarding Plan and
                                Disclosure Statement drafting issues (.3).

09/14/06 S Strong          .10  Telephone conference with J. Atkinson
                                regarding Plan and Disclosure Statement
                                preparations and issues (.3).

Client No. 34585                                              Page:    7
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/14/06 S Strong        1.50  Drafting and revising Disclosure Statement
                               (2.1); t/c with M. Haftl regarding
                               liquidation analysis for same (0.2); review
                               materials regarding liquidation analysis from
                               Mesirow and incorporate into Disclosure
                               Statement (1.2); confer with A. W. Jarvis
                               regarding same (0.2); exchange emails with J.
                               Miller of BMC regarding balloting issues for
                               Disclosure Statement (0.2); telephone
                               conference with J. Miller regarding same
                               (0.2); incorporate balloting information into
                               Disclosure Statement (0.4).

09/15/06 P Hunt          3.80  Revise Silver Point plan to prepare for
                               filing including: new terms of deal, new
                               agreements reached, revisions to include
                               three trusts and Diversified estate,
                               revisions to income changes made by A. W.
                               Jarvis, changes for consistency of text and
                               cross references.

09/15/06 A Jarvis         .10  Telephone conference with J. Atkinson
                               regarding plan and disclosure statement
                               issues (1/3 time).

09/15/06 A Jarvis         .30  Telephone conference with M. Levinson, J.
                               Hermann, E. Karasik, and Susan Freeman
                               regarding plan filing (.1); correspondence on
                               exclusivity discussions (.2) (1/3 time).

09/15/06 A Jarvis        6.80  Draft plan and disclosure statement (1/3
                               time).

09/15/06 E Monson        3.64  Conference with S. C. Strong, B. Faisal, and
                               J. Reed regarding bid procedures and spend
                               portion of conference with A. W. Jarvis
                               discussing same (1.3); work on revising bid
                               procedures and discussions with S. C. Strong
                               (3.6); review and make comments to disclosure
                               statement and work with A. W. Jarvis and S.
                               C. Strong regarding getting disclosure
                               statement and plan finalized and exhibits put
                               together (6.0).

09/15/06 S Strong        2.34  Continue drafting and revising Disclosure
                               Statement (4.9); confer with K. J. Applegate
                               regarding tax provisions for same (0.2);
                               exchange emails with J. Miller regarding
                               information for same (0.3); exchange emails

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006

|  |  |  |  |
|---|---|---|---|

with S. Smith regarding progress and
completion of Disclosure Statement (0.2);
telephone conferences with M. Haftl regarding
liquidation analysis issues for Disclosure
Statement (0.6); prepare exhibits for
Disclosure Statement (0.6); oversee filing of
Disclosure Statement and Exhibits (0.2).

09/15/06 S Strong        .36 Assist with final preparations of Plan and
                             exhibits for filing (0.8); exchange emails
                             with local counsels office regarding same
                             (0.2); telephone conference with A. Hosey
                             regarding plan and disclosure statement
                             filing (0.1).

09/15/06 S Strong        .14 Confer with A. W. Jarvis regarding back-end
                             exclusivity (0.1); review proposed motion to
                             extend same (0.2); email to local counsel
                             regarding filing of same (0.1).

09/15/06 S Strong        .20 Confer with A. W. Jarvis and E. A. Monson
                             regarding Plan and Disclosure Statement
                             issues and next steps (.6).

09/17/06 A Jarvis        .50 Correspondence and comments on plan (1/3
                             time).

09/18/06 P Hunt          .30 Read emails from A. W. Jarvis regarding
                             circulating plan and amendments to same (.3);
                             office conference with S. C. Strong regarding
                             changes needed on plan and work plan (.2);
                             review redlined plan for Silverpoint and
                             authorize sending same (.1); compile
                             documents needed to make further changes to
                             plan (.3).

09/18/06 E Monson        .10 Review e-mails from FTDC and UCC regarding
                             bid procedures.

09/18/06 S Strong        .24 Telephone conference with J. Atkinson
                             regarding plan strategies and bid procedures
                             (.7).

Client No. 34585                                           Page:    9
Debtor USA Commercial Mortgage Co., et al.                November 30, 2006


09/18/06 S Strong        .20  Review Plan and Disclosure Statement as
                              filed, and exhibits thereto (0.2); exchange
                              emails with S. Smith regarding same (0.1);
                              confer with E. A. Monson regarding amended
                              exhibit needed to Plan (0.1); exchange emails
                              with A. W. Jarvis and E. A. Monson regarding
                              same (0.2).

09/18/06 S Strong        .10  Review edits to confidentiality agreement
                              proposed by new potential asset acquirer
                              (0.2); exchange emails with J. Reed regarding
                              same (0.1).

09/18/06 S Strong        .36  Exchange emails with E. A. Monson and B.
                              Fasel regarding status of proposed bid
                              procedures (0.1); confer with E. A. Monson
                              regarding development of motion for approval
                              of same (0.1); email to her regarding same
                              (0.1); confer with E. A. Monson regarding
                              issues for motion to approve bid procedures
                              (0.6); telephone conference with A. W. Jarvis
                              and J. McCarroll regarding same (0.2).

09/18/06 S Strong       1.16  Confer with P. Hunt regarding status of
                              research regarding LSAs for plan
                              implementation (0.2); confer with A. Tsu
                              regarding same (0.1); research and analysis
                              of legal issues concerning transfer of rights
                              under LSA to asset acquirer under a Plan
                              (3.2).

09/19/06 E Monson        .10  Review exhibit to Plan and e-mail from Lia
                              Dorsey; send reply.

09/20/06 P Hunt         1.64  Revisions to filed plan (1.0) office conference
                              with A. W. Jarvis regarding plan (.2); further
                              revisions to final plan (3.7).

09/21/06 P Hunt         2.20  Read First Trust letter regarding revisions
                              to plan (.3); incorporate same First Trust
                              revisions into plan (.5); further revisions
                              to plan on prepaid interest and compromise
                              sections (4.9); conference with S. C. Strong
                              regarding prepaid issues to be included in
                              plan (.3); memorandum to A. W. Jarvis
                              regarding revisions to plan (.3); compile
                              documents on revisions to plan (.2) compile
                              comments to plan by Direct Lenders and First

Client No. 34585                                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.                         November 30, 2006


                            Trust Committees (.1).

09/21/06 A Jarvis        .10  Conference with P. Hunt regarding plan
                              amendments.

09/21/06 A Jarvis        .10  Correspondence regarding plan amendments.

09/21/06 B Kotter        .24  Assist in revisions to Bid Procedure drafting
                              and editing (.7).

09/22/06 P Hunt         1.74  Read and analyze First Trust term sheet (.5);
                              incorporate terms into plan (2.1); read E.
                              Karasik's letter (.6); incorporate terms into
                              plan (1.3); read Gordon & Silver's letter
                              (.5); email to A. W. Jarvis regarding
                              revisions to plan and comments of Committee
                              (.2).

09/22/06 A Jarvis        .10  Conference with S. C. Strong and P. Hunt
                              regarding amendments to plan.

09/22/06 A Jarvis        .10  Correspondence on Plan.

09/22/06 S Strong        .26  Confer with A. W. Jarvis regarding status of
                              Plan revisions (0.2); review email and
                              revised Plan Term sheet from E. Karasik
                              (0.2); review email and proposed Plan
                              revisions from E. Karasik (0.3); review
                              emails from A. W. Jarvis regarding same (0.1).

09/23/06 P Hunt          .14  Initial review of First Trust revisions to
                              plan (.3); email to A. W. Jarvis regarding
                              same (.1).

09/24/06 A Jarvis        .54  Review committee term sheet and revise plan.

09/25/06 P Hunt         3.44  Further review of First Trust comments on plan
                              and revise same to incorporate (9.8);
                              conference with A. W. Jarvis regarding plan
                              issues (.5).

09/25/06 A Jarvis        .14  Conference with S. C. Strong regarding
                              resolution of certain issues under the plan.

09/25/06 A Jarvis        .16  Conference with P. Hunt regarding changes to
                              plan.

```
Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.         November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/25/06 | A Jarvis | .14 | Telephone conference with J. Atkinson regarding plan, disclosure statement. |
| 09/25/06 | A Jarvis | .10 | Correspondence on plan term sheet. |
| 09/25/06 | S Strong | .20 | Confer with A. W. Jarvis regarding Plan issues and committees views (0.4); participate in telephone conference with E. Karasik and A. W. Jarvis regarding same (0.2). |
| 09/25/06 | S Strong | .20 | Telephone conference with J. McCarroll regarding LSAs (0.2); exchange emails with S. Smith regarding same (0.2); telephone conference with S. Smith regarding same (0.1); confer with A. W. Jarvis regarding same (0.1). |
| 09/26/06 | P Hunt | 2.76 | Revise plan, including omitting duplicative, conflicting provisions, revising definitions, reorganizing certain provisions, review for conformity, adding provisions relevant to Capital Realty and payment reserves, omit penalty claim treatment (8.3). |
| 09/26/06 | A Jarvis | .34 | Telephone conference with T. Allison, J. Atkinson and S. C. Strong regarding Diversified issues, plan amendments, fee issues. |
| 09/26/06 | A Jarvis | 1.50 | Revise plan of reorganization. |
| 09/26/06 | A Jarvis | .04 | Telephone call to P. Hunt regarding plan revisions. |
| 09/26/06 | A Jarvis | .34 | Work on disclosure statement. |
| 09/26/06 | E Monson | .16 | Discussion with P. Hunt regarding proofs of interest and bar date issues in connection with plan and get copies of orders for dates to include in plan. |
| 09/27/06 | P Hunt | 1.60 | Continue to revise plan. |
| 09/28/06 | P Hunt | 1.04 | Make revisions to plan (1.3); review and incorporate A. Tsu's edits and changes (1.8). |
| 09/28/06 | A Tsu | 4.40 | Reviewing and editing USA plan for reorganization. |

```
Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| 09/29/06 A Jarvis | .10 | Correspondence with client regarding plan, pre-paid interest issue. |
| 09/29/06 A Jarvis | .10 | Correspondence with Silver Point regarding plan. |
| 09/29/06 A Jarvis | .10 | Correspondence with Committees regarding revised plan. |
| 09/29/06 S Strong | .20 | Telephone conference with A. W. Jarvis regarding bridge order needed for back-end exclusivity (0.1); email to local counsel regarding same (0.2); review draft of proposed stipulated order regarding same (0.2); email to J. McPherson regarding same (0.1). |

```
TOTAL FOR LEGAL SERVICES RENDERED                      $18,800.18
                                                       --------------
```

*"Exhibit H-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355075

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00013**

**Tax Issues**

| 09/07/06 | K Applegate | 1.50 | Conference with N. E. Hall on tax disclosures for the Chapter 11 plan (.7); review of the Metropolitan sample documents on the tax disclosures (.5). |
| 09/07/06 | N Hall | .70 | Conference with K. J. Applegate regarding tax enclosures for Chapter 11 plan (.4); Conference with K. J. Applegate (.3). |
| 09/08/06 | K Applegate | 2.50 | Discussions with N. E. Hall on the 468 (B) (.8); research on "grantor trust" under a Chapter 11 bankruptcy (1.5); discussions with S. C. Strong and A. W. Jarvis (.2). |
| 09/08/06 | N Hall | 3.70 | Review Chapter 11 plan (1.1); research IRC section 468B, (1.8); Conference with K. J. Applegate (.8) |
| 09/08/06 | A Jarvis | .20 | Correspondence with T. Allison regarding bankruptcy tax issues. |
| 09/08/06 | A Jarvis | .20 | Conference with K. Applegate and S. C. Strong regarding bankruptcy tax issues. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/08/06 S Strong          .50  Confer with K. J. Applegate regarding tax
                                issues for disclosure statement and Plan (0.2);
                                confer with A. W. Jarvis regarding same (0.1);
                                exchange emails with A. W. Jarvis regarding
                                same (0.1); exchange emails with local counsel
                                regarding same (0.1).

09/11/06 K Applegate       .20  Telephone conference with N. E. Hall on tax
                                opinion to the disclosure schedules (.2).

09/11/06 N Hall           1.70  Research regarding tax treatment of Liquidated
                                Trusts (.9); Telephone call to K. J. Applegate
                                regarding research on Grantor Trust (.2);
                                review prototype trust and disclosure (.6).

09/12/06 K Applegate       .70  Telephone calls with S. C. Strong and N. E.
                                Hall on the tax disclosures (.4); telephone
                                call to Chuck Glasheen (.3).

09/12/06 N Hall           2.30  Telephone call from K. J. Applegate regarding
                                tax disclosure for liquidating trust (.4); work
                                on tax disclosure (1.9).

09/12/06 S Strong          .30  Exchange emails with K. J. Applegate
                                regarding tax disclosure language and issues
                                (0.2); telephone conference with N. E. Hall
                                regarding same (0.1).

09/13/06 K Applegate       .30  Telephone calls to N. E. Hall on the tax
                                disclosures (.2); message to S. C. Strong on
                                the same (.1).

09/13/06 N Hall           2.70  Revise tax disclosure and expand to cover LLCs
                                (2.2); Telephone call to K. J. Applegate
                                regarding filing deadline and status (.3),
                                Telephone call to S. Strong regarding same and
                                issues for follow up (.2).

09/13/06 S Strong          .70  Confer with N. E. Hall regarding tax issues
                                and language for disclosure statement (0.2);
                                review voice message from K. J. Applegate
                                regarding same (0.1); analysis of tax
                                disclosure issues (0.4).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/14/06 K Applegate     3.70  Research on partnership taxation issues and
                               facts (1.6); review and revise tax
                               disclosures (1.1); discussions with N. E.
                               Hall and CPA on tax issues (.6); research on
                               S-Corp tax consequences (.4).

09/14/06 N Hall          2.80  Conference with K. J. Applegate (.6); review
                               organization flow chart (.3); work on revision
                               of draft disclosure (1.9).

09/14/06 B Olson         1.30  Office conference with M. W. Pugsley to
                               discuss potential state tax issues in
                               connection with offer to purchase Neways
                               stock.

09/15/06 K Applegate     1.70  Review of the revisions to the two tax
                               disclosures (.6); discuss with N. E. Hall
                               (.2); discussions with S. C. Strong on the
                               disclosures (.2) research on the partnership
                               issues for the tax disclosures (.7).

09/15/06 N Hall          1.00  Proof and revise draft disclosure (.4);
                               Conference with K. J. Applegate (.2); make
                               additional revisions (.2); Telephone call from
                               G. Roberts regarding COD disclosure (.2).

09/22/06 S Strong         .30  Telephone conference with C. Glasheen
                               regarding tax issues relating to proposed
                               Plan and Disclosure Statement (.3).

09/25/06 K Applegate      .40  Review creditors committee's proposed changes
                               to the tax disclosures (.3); discuss with N. E.
                               Hall (.1).

09/25/06 N Hall           .40  Review fax regarding draft disclosure (.3);
                               Conference with K. J. Applegate (.1).

09/26/06 K Applegate      .60  Review of tax changes to the disclosures
                               (.4); discuss with P. Hunt (.2).


TOTAL FOR LEGAL SERVICES RENDERED                          $8,730.00

                                                          --------------

*"Exhibit H-12"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355077

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00015**

**Travel Time**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/07/06 | A Jarvis | 3.00 | Travel from Salt Lake City to Las Vegas. |
| 09/07/06 | A Jarvis | 3.30 | Travel from Las Vegas to Salt Lake City. |
| 09/12/06 | A Jarvis | 3.30 | Travel from Salt Lake City to Las Vegas for hearings. |
| 09/13/06 | A Jarvis | .50 | Travel to court for hearing. |
| 09/13/06 | A Jarvis | .50 | Travel from Court to USA Capital. |
| 09/13/06 | A Jarvis | 3.30 | Travel from Las Vegas to Salt Lake City. |
| 09/17/06 | A Jarvis | 7.80 | Travel to New York to meet with HFA and with Silver Point. |
| 09/19/06 | A Jarvis | 7.50 | Travel from New York to Salt Lake City after meetings with HFA, Silver Point. |
| 09/27/06 | A Jarvis | 2.40 | Travel from Salt Lake City to Las Vegas for hearings (only unproductive travel time). |
| 09/27/06 | B Kotter | 3.90 | Travel from Salt Lake City to Las Vegas. |
| 09/27/06 | S Strong | 3.40 | Travel from Salt Lake City to Las Vegas for omnibus hearing tomorrow (3.4). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

09/28/06 A Jarvis        .50  Travel to court.

09/28/06 A Jarvis        .50  Travel from Court to USA Capital.

09/28/06 A Jarvis       3.40  Travel from Las Vegas to Salt Lake City.

09/28/06 B Kotter       5.70  Travel to court (.5); travel from court to
                              USA offices (.5); travel from Las Vegas to
                              Salt Lake City (4.7) includes airport delay.

09/28/06 B Kotter        .50  Travel to court.

09/28/06 B Kotter        .50  Travel from Court to USA offices.

09/28/06 S Strong       3.40  Return travel from L.V. to SLC (3.4).

09/28/06 S Strong        .50  Travel to court.

09/28/06 S Strong        .50  Travel from Court to USA offices.


   TOTAL FOR LEGAL SERVICES RENDERED                  $7,678.50
                                                   --------------