*"Exhibit H-13"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355078

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00017**

**Regulatory Matters**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/06 | M Pugsley | 7.80 | Review Mesirow reports regarding loans (2.8); prepare reports for production to SEC (.8); review memo regarding ownership of various entities and forward to S. Smith (.5); continue review of email for subpoena (3.7). |
| 09/01/06 | K Cassett | 2.80 | Continue bates stamping SEC document production. |
| 09/05/06 | K Cassett | 2.40 | Continue bates stamping SEC document production. |
| 09/06/06 | M Pugsley | 5.00 | Review boxes of documents to be produced (2.2); conference with K. Cassett regarding same (.3); email review (2.5). |
| 09/06/06 | K Cassett | 2.50 | Continue bates stamping SEC documents for document production. |
| 09/07/06 | M Pugsley | 7.60 | Research regarding causes of action (3.1); review documents regarding same and outline issues (4.5). |
| 09/07/06 | K Cassett | 2.30 | Final bates stamping of SEC document production. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

09/11/06 M Pugsley      4.00 Review email for responsive documents (2.5);
                             correspondence with L. Dean regarding
                             subpoenas (.3); review and prepare Fogg
                             documents for production to FTI (1.2).

09/18/06 K Cassett       .70 Bates stamp and copy additional document
                             production.

09/19/06 M Pugsley      4.40 Draft letter to L. Dean regarding subpoenas
                             (2.1); obtain additional information
                             regarding Bundy Loans and review same (1.8);
                             search for organizational charts (.5).

09/20/06 M Pugsley      4.80 Review emails to be produced to SEC (.7);
                             review new Bundy files to be produced (1.3);
                             telephone conference with L. Dean regarding
                             various issues (.6); research regarding
                             attorney/client privilege waiver issues (2.2).

09/21/06 A Jarvis        .10 Correspondence on regulatory issues with M.
                             Pugsley.

  '21/06 K Cassett       .50 Bates stamp additional SEC document production.

09/21/06 P Paralegal    4.00 Review and categorize documents produced.

09/22/06 M Pugsley      2.20 Telephone conference with L. Dean regarding
                             missing box and production issues (.5);
                             research regarding missing documents (1.2);
                             draft email and letter regarding letter to
                             accountants (.5).

09/22/06 K Cassett      1.30 Bates stamp additional document production.

09/26/06 M Pugsley      4.70 Research regarding potential claims (1.7);
                             correspondence with FTC regarding preservation
                             of documents (.8); review email regarding
                             privilege issues (2.2).

09/26/06 P Paralegal    3.50 Continue review of documents produced; label
                             and index documents.

09/27/06 M Pugsley      3.40 Review email regarding privilege issues
                             (3.1); correspondence with A. Jarvis
                             regarding privilege issues (.3).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/28/06 M Pugsley      7.10  Work on letters to accountants regarding IP
                             and personal tax returns (1.8); review tax
                             returns and other financial documents (2.2);
                             email search regarding additional information
                             regarding accountants (2.0); draft email to
                             counsel (.3); review information regarding
                             ownership interests of IP (.8).

09/29/06 M Pugsley      1.70  Revise and finalize letter to accountant
                             regarding preservation of IP documents (.5);
                             review new documents to be produced (1.2)

TOTAL FOR LEGAL SERVICES RENDERED                          $15,669.00
                                                          --------------

"Exhibit H-14"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No.  355079

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00019**

**FTD Committee Relations**

| | | |
|---|---|---|
| 09/04/06 A Jarvis | .25 | Conference call with Committees regarding negotiations with lead bidders (1.0). |
| 09/04/06 S Strong | .30 | Participate in conference call with A. W. Jarvis, Mesirow team, and committees counsel regarding Plan and SP term sheet issues (1.1); participate in follow-up discussions with T. Allison and J. Atkinson regarding same (0.1). |
| 09/05/06 A Jarvis | .37 | Weekly conference call with four committees (1.5). |
| 09/05/06 B Kotter | .05 | Work on Joint Committee Request and Debtors' response (.2). |
| 09/05/06 S Strong | .45 | Email to committees regarding conference call today (0.1); participate in conference call with debtors and committees professionals regarding committees views and comments concerning SP term sheet, Plan structure, and related issues (1.3); participate in follow-up telephone conference with T. Allison, A. W. Jarvis and B. Fasel regarding same (0.4). |
| 09/06/06 A Jarvis | .30 | Telephone conference with F. Merola, E. Karasik and Tom Allison regarding Silver Point offer. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/06/06 A Jarvis        .30  Second conference call with F. Merola, E.
                              Karasik and T. Allison regarding Silver Point
                              offer.

09/06/06 A Jarvis        .20  Telephone conference with F. Merola regarding
                              Silver Point offer, negotiations.

09/06/06 A Jarvis        .13  Conference call with Committees on Silver Point
                              term sheet.

09/06/06 S Strong        .16  Email to committees professionals regarding
                              issues for conference call today with SP
                              regarding proposed term sheet (0.1);
                              participate in conference call with
                              professionals for committees, debtors, and SP
                              regarding proposed SP term sheet (0.6).

09/06/06 S Strong        .20  Participate in telephone conference with F.
                              Merola, E. Karasik, T. Allison and A. W.
                              Jarvis regarding SP term sheet issues (.2).

09/07/06 E Monson        .08  Discussion with A. T. Brinkerhoff regarding
                              Joint Committee requests.

09/08/06 A Brinkerhoff   .17  Attendance at portion of conference call with
                              creditors committee (.7).

09/08/06 A Jarvis        .43  Conference call with Committees regarding
                              Silver Point offer, negotiations regarding same
                              (1.7).

09/08/06 S Strong        .41  Participate in conference call with debtors
                              and committees professionals regarding
                              revisions to and issues concerning SP term
                              sheet (1.7).

09/11/06 A Jarvis        .22  Weekly conference call with Committees (.9).

09/11/06 S Strong        .30  Telephone conference with C. Pajak regarding
                              investor communications issues (0.1); review
                              email from C. Pajak regarding same (0.1);
                              email to M. Olson regarding same (0.1).

09/12/06 A Jarvis        .63  Committees call regarding negotiations with
                              Silver Point, finalizing term sheet, issues
                              respecting pending motions (2.5).

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/12/06 E Monson        .15  Participate in last part of committee
                              conference call regarding proofs of claim and
                              proofs of interest, notices and other issues on
                              claims process (.6).

09/12/06 S Strong        .01  Exchange emails with A. W. Jarvis regarding
                              communications with committees counsel (.1).

09/12/06 S Strong        .61  Participate in conference call with debtors
                              and committees professionals regarding
                              various Plan and asset sale issues (2.5).

09/12/06 A Tsu           .20  Conference call with committees.

09/13/06 A Jarvis        .25  Negotiations with committees on plan issues
                              (1.0).

09/19/06 S Strong       1.50  Exchange email correspondence with T. Allison,
                              A. W. Jarvis, F. Merola and J. Reed regarding
                              issues for conference call today with FTDF
                              professionals (0.2); participate in telephone
                              conference with F. Merola, E. Karasik, C.
                              Pajak, M. Kvarda, T. Allison, B. Fasel, A. W.
                              Jarvis regarding various Plan issues and
                              concerns of FTD Committee (1.0); telephone
                              conference with T. Allison, A. W. Jarvis and E.
                              A. Monson regarding same (0.3).

09/20/06 A Jarvis        .20  Weekly conference call with committees (.8).

09/20/06 S Strong       1.10  Review proposed timeline regarding Plan
                              confirmation events from FTDF (0.1); telephone
                              conference with B. Fasel and J. Atkinson
                              regarding same (0.2); confer with E. A. Monson
                              regarding same (0.1); telephone conference with
                              B. Fasel and E. A. Monson regarding same (0.2);
                              participate in telephone conference with B.
                              Fasel, J. Atkinson, A. W. Jarvis and E. A.
                              Monson regarding same (0.5).

09/20/06 S Strong        .20  Participate in weekly conference call with
                              debtors and committees professionals (.8).

09/22/06 A Jarvis        .20  Telephone conference with E. Karasik
                              regarding plan issues.

09/25/06 A Jarvis        .20  Telephone conference with E. Karasik
                              regarding plan issues.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

09/25/06 A Jarvis          .80  Draft memo to E. Karasik regarding plan
                                amendments.

09/25/06 A Jarvis          .10  Telephone conference with T. Allison regarding
                                conferences with committees; plan issues raised
                                by committees (.4).

09/26/06 A Jarvis          .18  Committee conference call (.7).

09/26/06 S Strong          .20  Participate in weekly conference call of
                                debtors and committees professionals (.8).

09/27/06 S Strong          .30  Participate in telephone conference with E.
                                Karasik, T. Allison and A. W. Jarvis
                                regarding administrative expense allocation
                                issues (.3).

TOTAL FOR LEGAL SERVICES RENDERED                           $3,100.01

                                                    --------------

*"Exhibit H-15"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355080


For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | |
|---|---|---|
| 09/04/06 A Jarvis | .25 | Conference call with Committees regarding negotiations with lead bidders (1.0). |
| 09/04/06 S Strong | .30 | Participate in conference call with A. W. Jarvis, Mesirow team, and committees counsel regarding Plan and SP term sheet issues (1.1); participate in follow-up discussions with T. Allison and J. Atkinson regarding same (0.1). |
| 09/05/06 A Jarvis | .60 | Correspondence with M. Levinson regarding Silver Point term sheet, Marquis Hotel and exchange of documents regarding same. |
| 09/05/06 A Jarvis | .37 | Weekly conference call with four committees (1.5). |
| 09/05/06 B Kotter | .05 | Work on Joint Committee Request and Debtors' response (.2). |
| 09/05/06 S Strong | .45 | Email to committees regarding conference call today (0.1); participate in conference call with debtors and committees professionals regarding committees views and comments concerning SP term sheet, Plan structure, and related issues (1.3); participate in follow-up telephone conference with T. Allison, A. W. Jarvis and B. Fasel regarding same (0.4). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/06/06 A Jarvis        .13 Conference call with Committees on Silver Point
                             term sheet.

09/06/06 S Strong        .18 Email to committees professionals regarding
                             issues for conference call today with SP
                             regarding proposed term sheet (0.1);
                             participate in conference call with
                             professionals for committees, debtors, and SP
                             regarding proposed SP term sheet (0.6).

09/07/06 A Jarvis        .70 Message to and telephone conversation with M.
                             Levinson regarding Ashby meeting, Diversified
                             conference with R. Walker and correspondence
                             regarding coordination on same.

09/07/06 E Monson        .08 Discussion with A. T. Brinkerhoff regarding
                             Joint Committee requests.

09/07/06 S Strong       1.10 Review email from M. Levinson regarding
                             revised exhibit to SP term sheet (0.1);
                             exchange emails with A. W. Jarvis regarding
                             same (0.1); review loan information for
                             exhibit and revise exhibit (0.7); circulate
                             same to SP and M. Levinson with comments
                             (0.2).

09/08/06 A Brinkerhoff   .17 Attendance at portion of conference call with
                             creditors committee (.7).

09/08/06 A Jarvis        .40 Conference call with Diversified Committee
                             professionals regarding IP negotiations and
                             follow up on demands.

09/08/06 A Jarvis        .80 Correspondence with Diversified Committee
                             regarding Ashby documents.

09/08/06 A Jarvis        .43 Conference call with Committees regarding
                             Silver Point offer, negotiations regarding same
                             (1.7).

09/08/06 S Strong        .80 Participate in telephone conference with
                             Diversified committee professionals and A. W.
                             Jarvis regarding IP assets and potential
                             recoveries (.8).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/08/06 S Strong        .43 Participate in conference call with debtors
                             and committees professionals regarding
                             revisions to and issues concerning SP term
                             sheet (1.7).

09/11/06 A Jarvis        .10 Telephone conference with M. Levinson
                             regarding agenda for committee conference
                             call.

09/11/06 A Jarvis       1.50 Conference call with Diversified Committee
                             professionals regarding IP negotiations,
                             assets.

09/11/06 A Jarvis        .22 Weekly conference call with Committees (.9).

09/12/06 A Jarvis        .63 Committees call regarding negotiations with
                             Silver Point, finalizing term sheet, issues
                             respecting pending motions (2.5).

09/12/06 E Monson        .15 Participate in last part of committee
                             conference call regarding proofs of claim and
                             proofs of interest, notices and other issues on
                             claims process (.6).

09/12/06 S Strong        .03 Exchange emails with A. W. Jarvis regarding
                             communications with committees counsel (.1).

09/12/06 S Strong        .63 Participate in conference call with debtors
                             and committees professionals regarding various
                             Plan and asset sale issues (2.5).

09/12/06 A Tsu           .20 Conference call with committees.

09/13/06 A Jarvis        .60 Telephone conference with M. Levinson regarding
                             plan negotiations and meeting with J.
                             Milanowski.

09/13/06 A Jarvis        .30 Correspondence with M. Levinson regarding IP
                             issues and meeting with J. Milanowski.

09/13/06 A Jarvis        .25 Negotiations with committees on plan issues
                             (1.0).

09/14/06 A Jarvis       1.10 Meetings with Diversified and UCC Committees
                             regarding plan issues (1/2 time).

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

| 09/14/06 S Strong | 1.10 | Participate in conference call with UCC and Diversified committee professionals and A. W. Jarvis regarding Plan strategies and issues [2.2 hours - 1/2 billed to each estate] (1.1). |
| --- | --- | --- |
| 09/18/06 A Jarvis | 1.20 | Conference call with Ashby and Diversified Professionals regarding negotiations on IP pledged assets. |
| 09/20/06 A Jarvis | 1.30 | Telephone conference with M. Tucker, J. Hermann and M. Levinson regarding IP issues, plan, fee issues. |
| 09/20/06 A Jarvis | .20 | Weekly conference call with committees (.8). |
| 09/20/06 S Strong | .20 | Participate in weekly conference call with debtors and committees professionals (.8). |
| 09/21/06 A Jarvis | .20 | Review and respond to memo from M. Levinson. |
| 09/22/06 A Jarvis | .20 | Correspondence with M. Levinson regarding bid procedures. |
| 09/25/06 A Jarvis | .40 | Telephone conference with M. Levinson regarding IP issues. |
| 09/25/06 A Jarvis | 1.20 | Conference call with M. Levinson and M. Tucker regarding plan issues, IP issues. |
| 09/25/06 A Jarvis | .30 | Correspondence on Colt loans. |
| 09/25/06 A Jarvis | .10 | Telephone conference with T. Allison regarding conferences with committees; plan issues raised by committees (.4). |
| 09/26/06 A Jarvis | 1.10 | Telephone conference with J. Hermann, S. C. Strong, M. Levinson regarding IP issues, plan issues, fee issues. |
| 09/26/06 A Jarvis | .18 | Committee conference call (.7). |
| 09/26/06 S Strong | .70 | Participate in telephone conference with M. Levinson, J. Hermann and A. W. Jarvis regarding fee allocation and plan issues affecting Diversified Fund (.7). |

```
Client No. 34585                                Page:    5
Debtor USA Commercial Mortgage Co., et al.      November 30, 2006
```

09/26/06 S Strong        .20 Participate in weekly conference call of
                             debtors and committees professionals (.8).

09/27/06 A Jarvis        .50 Telephone conference with M. Levinson
                             regarding plan discussions, fee allocation
                             issues.


TOTAL FOR LEGAL SERVICES RENDERED                        $6,482.51

                                                    --------------

"*Exhibit H-16*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355081

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| | | |
|---|---|---|
| 09/04/06 A Jarvis | .25 | Conference call with Committees regarding negotiations with lead bidders (1.0). |
| 09/04/06 S Strong | .30 | Participate in conference call with A. W. Jarvis, Mesirow team, and committees counsel regarding Plan and SP term sheet issues (1.1); participate in follow-up discussions with T. Allison and J. Atkinson regarding same (0.1). |
| 09/05/06 A Jarvis | .38 | Weekly conference call with four committees (1.5). |
| 09/05/06 B Kotter | .05 | Work on Joint Committee Request and Debtors' response (.2). |
| 09/05/06 S Strong | .45 | Email to committees regarding conference call today (0.1); participate in conference call with debtors and committees professionals regarding committees views and comments concerning SP term sheet, Plan structure, and related issues (1.3); participate in follow-up telephone conference with T. Allison, A. W. Jarvis and B. Fasel regarding same (0.4). |
| 09/06/06 A Jarvis | .12 | Conference call with Committees on Silver Point term sheet. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/06/06 A Jarvis        .20 Telephone conference with S. Freeman
                             regarding issues on term sheet.

09/06/06 A Jarvis        .20 Follow up telephone conference with S.
                             Freeman regarding issues on term sheet.

09/06/06 S Strong        .18 Email to committees professionals regarding
                             issues for conference call today with SP
                             regarding proposed term sheet (0.1);
                             participate in conference call with
                             professionals for committees, debtors, and SP
                             regarding proposed SP term sheet (0.6).

09/07/06 E Monson        .07 Discussion with A. T. Brinkerhoff regarding
                             Joint Committee requests.

09/08/06 A Brinkerhoff   .18 Attendance at portion of conference call with
                             creditors committee (.7).

09/08/06 A Jarvis        .42 Conference call with Committees regarding
                             Silver Point offer, negotiations regarding same
                             (1.7).

09/08/06 S Strong        .43 Participate in conference call with debtors
                             and committees professionals regarding
                             revisions to and issues concerning SP term
                             sheet (1.7).

09/11/06 A Jarvis        .23 Weekly conference call with Committees (.9).

09/12/06 A Jarvis        .62 Committees call regarding negotiations with
                             Silver Point, finalizing term sheet, issues
                             respecting pending motions (2.5).

09/12/06 E Monson        .15 Participate in last part of committee
                             conference call regarding proofs of claim and
                             proofs of interest, notices and other issues on
                             claims process (.6).

09/12/06 S Strong        .03 Exchange emails with A. W. Jarvis regarding
                             communications with committees counsel (.1).

09/12/06 S Strong        .63 Participate in conference call with debtors
                             and committees professionals regarding various
                             Plan and asset sale issues (2.5).

09/12/06 A Tsu           .20 Conference call with committees.

Client No. 34585                                              Page:     3
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

09/13/06 A Jarvis          .25  Negotiations with committees on plan issues
                                (1.0).

09/14/06 A Jarvis         1.10  Meetings with Diversified and UCC Committees
                                regarding plan issues (1/2 time).

09/14/06 S Strong         1.10  Participate in conference call with UCC and
                                Diversified committee professionals and A. W.
                                Jarvis regarding Plan strategies and issues
                                [2.2 hours - 1/2 billed to each estate] (1.1).

09/20/06 A Jarvis          .20  Weekly conference call with committees (.8).

09/20/06 S Strong          .20  Participate in weekly conference call with
                                debtors and committees professionals (.8).

09/25/06 A Jarvis          .10  Telephone conference with T. Allison regarding
                                conferences with committees; plan issues raised
                                by committees (.4).

09/26/06 A Jarvis          .17  Committee conference call (.7).

   26/06 S Strong          .20  Participate in weekly conference call of
                                debtors and committees professionals (.8).


TOTAL FOR LEGAL SERVICES RENDERED                             $2,367.49

                                                             --------------

*"Exhibit H-17"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355082

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 09/04/06 A Jarvis | .25 | Conference call with Committees regarding negotiations with lead bidders (1.0). |
| 09/04/06 S Strong | .30 | Participate in conference call with A. W. Jarvis, Mesirow team, and committees counsel regarding Plan and SP term sheet issues (1.1); participate in follow-up discussions with T. Allison and J. Atkinson regarding same (0.1). |
| 09/05/06 A Jarvis | .38 | Weekly conference call with four committees (1.5). |
| 09/05/06 B Kotter | .05 | Work on Joint Committee Request and Debtors' response (.2). |
| 09/05/06 S Strong | .45 | Email to committees regarding conference call today (0.1); participate in conference call with debtors and committees professionals regarding committees views and comments concerning SP term sheet, Plan structure, and related issues (1.3); participate in follow-up telephone conference with T. Allison, A. W. Jarvis and B. Fasel regarding same (0.4). |
| 09/06/06 A Jarvis | .12 | Conference call with Committees on Silver Point term sheet. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

09/06/06 S Strong        .18 Email to committees professionals regarding
                             issues for conference call today with SP
                             regarding proposed term sheet (0.1);
                             participate in conference call with
                             professionals for committees, debtors, and SP
                             regarding proposed SP term sheet (0.6).

09/07/06 E Monson        .07 Discussion with A. T. Brinkerhoff regarding
                             Joint Committee requests.

09/08/06 A Brinkerhoff   .18 Attendance at portion of conference call with
                             creditors committee (.7).

09/08/06 A Jarvis        .42 Conference call with Committees regarding
                             Silver Point offer, negotiations regarding same
                             (1.7).

09/08/06 S Strong        .43 Participate in conference call with debtors
                             and committees professionals regarding
                             revisions to and issues concerning SP term
                             sheet (1.7).

 11/06 A Jarvis          .23 Weekly conference call with Committees (.9).

09/12/06 A Jarvis        .62 Committees call regarding negotiations with
                             Silver Point, finalizing term sheet, issues
                             respecting pending motions (2.5).

09/12/06 E Monson        .15 Participate in last part of committee
                             conference call regarding proofs of claim and
                             proofs of interest, notices and other issues
                             on claims process (.6).

09/12/06 S Strong        .03 Exchange emails with A. W. Jarvis regarding
                             communications with committees counsel (.1).

09/12/06 S Strong        .63 Participate in conference call with debtors
                             and committees professionals regarding various
                             Plan and asset sale issues (2.5).

09/12/06 A Tsu           .20 Conference call with committees.

09/13/06 A Jarvis        .25 Negotiations with committees on plan issues
                             (1.0).

09/20/06 A Jarvis        .20 Weekly conference call with committees (.8).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006

09/20/06 S Strong          .20  Participate in weekly conference call with
                                debtors and committees professionals (.8).

09/22/06 A Jarvis          .50  Correspondence with G. Garman regarding bid
                                procedures.

09/22/06 A Jarvis          .10  Telephone call to G. Garman regarding bid
                                procedures.

09/25/06 A Jarvis          .10  Telephone conference with T. Allison regarding
                                conferences with committees; plan issues raised
                                by committees (.4).

09/26/06 A Jarvis          .17  Committee conference call (.7).

09/26/06 S Strong          .20  Participate in weekly conference call of
                                debtors and committees professionals (.8).

    TOTAL FOR LEGAL SERVICES RENDERED                    $1,808.99
                                                       --------------

"*Exhibit H-18*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355083

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00024**

**USA Securities, LLC**

| | | |
|---|---|---|
| 09/15/06 B Wride | 1.10 | Review proposed letter to Illinois Union (.3); discussion with M. Pugsley (.2); research (.5); review e-mail from C. Roberts (.1). |
| 09/27/06 S Strong | .50 | Review email from R. Charles regarding D&O policy of USA Securities Inc. and notes from UCCs counsel from review of same (0.4); email to B. D. Wride regarding same (0.1). |
| 09/27/06 B Wride | .30 | Review e-mail from S. Strong. |
| 09/29/06 B Wride | .50 | Review e-mail; call to S. Strong regarding D&O issues. |

TOTAL FOR LEGAL SERVICES RENDERED                    $638.00

                                                   --------------