"*Exhibit H-19*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355084

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | | |
|---|---|---|---|
| 09/01/06 A Jarvis | .13 | Telephone conference with T. Allison and S. C. Strong regarding negotiations with bidders. |
| 09/01/06 A Jarvis | .50 | Correspondence on plan negotiations. |
| 09/01/06 A Jarvis | .07 | Telephone conference with S. C. Strong regarding bidding, plan negotiations. |
| 09/01/06 A Jarvis | .27 | Review term sheet for purchase of assets. |
| 09/01/06 B Kotter | .07 | Brief conference with S. C. Strong regarding plan and extension of exclusivity (.2). |
| 09/01/06 E Monson | .07 | Participate in conference call with S. C. Strong, B. Faizel and T. Allison regarding issues on lead bidder and plan (.2). |
| 09/01/06 S Strong | .70 | Telephone conference with T. Allison and B. Fasel regarding UCC issues with proposed plan (0.2); telephone conference with T. Allison and A. W. Jarvis regarding same (0.4); review emails from F. Merola, A. W. Jarvis and B. Fasel regarding current negotiations with potential purchaser plan (0.2); review and analysis of revised August 30 term sheet from potential purchaser (1.1); confer with P. Hunt regarding Plan issues (0.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/02/06 A Jarvis        .40 Correspondence on bidding, comments on term
                             sheets.

09/02/06 A Jarvis        .50 Correspondence on term sheet with potential
                             lead bidder.

09/02/06 A Jarvis        .17 Correspondence on bar date order, ballots.

09/03/06 A Jarvis        .87 Correspondence on term sheet with potential
                             lead bidder, committees and plan team (1.8);
                             review revised term sheets (.8).

09/04/06 A Jarvis        .17 Review revisions to term sheet (.3);
                             correspondence with client and committees
                             regarding conference call with bidder (.2).

09/04/06 A Jarvis        .17 Conference call with client regarding
                             negotiations with potential lead bidder.

09/04/06 A Jarvis        .10 Conference call with potential lead bidder
                             regarding letter of intent, comments of
                             committee.

09/04/06 A Jarvis        .13 Conference call with the client and plan
                             negotiating team regarding issues to negotiate
                             with lead bidder (.3); review of letter of
                             intent (.1).

09/04/06 A Jarvis        .10 Correspondence on mark up of term sheet with
                             potential lead bidder.

09/04/06 A Jarvis        .17 Correspondence on mark up of term sheet with
                             potential lead bidder.

09/04/06 A Jarvis       2.57 Review all comments on potential lead bidder,
                             UCC, FTDF, ECC, and Diversified Committees and
                             revise letter of intent of potential lead
                             bidder; correspondence regarding same.

09/05/06 P Hunt          .03 Office conference with  S. C. Strong regarding
                             status of bidder negotiations.

09/05/06 A Jarvis        .20 Correspondence on Silver Point term sheet.

09/05/06 A Jarvis        .20 Revise draft of Silver Point term sheet.

09/05/06 A Jarvis        .65 Revise Silver Point letter of intent and draft
                             memo regarding revisions.

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/05/06 | A Jarvis | .20 | Telephone conference with B. Fasel, J. Atkinson, S. C. Strong and T. Allison regarding Silver Point negotiations. |
| 09/05/06 | A Jarvis | .25 | Telephone conference with B. Fasel, J. Atkinson and S. C. Strong regarding bidding procedures. |
| 09/05/06 | A Jarvis | .20 | Telephone conference with B. Fasel and T. Allison regarding negotiations with Silver Point. |
| 09/05/06 | A Jarvis | 1.75 | Revise Silver Point letter of intent to review and include comments of four committees and correspondence regarding revised letter of intent. |
| 09/05/06 | A Jarvis | .10 | Conference with Silver Point regarding negotiations. |
| 09/05/06 | A Jarvis | 1.40 | Revise Silver Point term sheet with comments from debtors and committees and draft memo regarding same. |
| 09/05/06 | S Strong | .13 | Telephone conference with A. W. Jarvis regarding Plan issues and strategies. |
| 09/05/06 | S Strong | .30 | Participate in telephone conference with J. Atkinson and B. Fasel regarding Plan strategies and issues (0.5); participate in follow-up call with T. Allison, B. Fasel, J. Atkinson and A. W. Jarvis regarding same (0.4). |
| 09/05/06 | S Strong | .80 | Review and analyze revisions suggested by committees to SP term sheet (0.7); assist A. W. Jarvis with cumulative revisions to SP term sheet (0.6); circulate redline comparison versions to committees and Mesirow (0.3). |
| 09/05/06 | S Strong | .20 | Assist A. W. Jarvis regarding comparison versions of various revisions to SP term sheet (.4). |
| 09/06/06 | P Hunt | .40 | Telephone conference with Creditor Committee and Bidder regarding deal plus plan issues (.6); telephone conference with Mesirow team regarding deal (.6). |

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/06/06 A Jarvis        .23  Telephone conference with T. Allison, B. Fasel,
                              S. C. Strong and P. Hunt regarding Silver Point
                              proposal, revisions to plan to incorporate
                              same.

09/06/06 A Jarvis        .25  Correspondence on Silver Point letter of
                              intent.

09/06/06 A Jarvis        .25  Correspondence on Silver Point letter of
                              intent, negotiations.

09/06/06 A Jarvis        .40  Conference call with Silver Point regarding
                              negotiations on offer.

09/06/06 A Jarvis        .35  Conference call with Silver Point and
                              Committees regarding negotiations on offer.

09/06/06 A Jarvis        .10  Telephone conference with Silver Point
                              regarding negotiations on offer.

09/06/06 A Jarvis       1.05  Revise Silver Point term sheet with comments
                              from debtors and committees and correspondence
                              regarding revisions.

09/06/06 S Strong        .23  Review docket regarding status of Plan
                              exclusivity (0.2); review motion to shorten
                              time regarding same (0.1); exchange emails with
                              A. W. Jarvis regarding further motion needed
                              regarding same (0.2); exchange emails with L.
                              Schwartzer regarding same (0.2).

09/06/06 S Strong        .10  Telephone conference with T. Allison, B. Fasel,
                              A. W. Jarvis and P. Hunt regarding Plan
                              structure and issues (.3).

09/06/06 S Strong        .80  Participate in conference call with Mesirow
                              team, SP team, and A. W. Jarvis regarding SP
                              term sheet revisions and issues (0.6); review
                              further revisions to proposed SP term sheet
                              (0.3); exchange emails with A. W. Jarvis
                              regarding same (0.2); participate in telephone
                              conference with A. Jarvis, Mesirow team and SP
                              team regarding term sheet issues (0.2); prepare
                              comparison versions of revisions and circulate
                              same to committees counsel (0.3).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/07/06 A Jarvis        .67 Conference with T. Allison regarding issues
                             with lead bidder (.4); review and respond to
                             e-mails with additional comments to revised
                             letter of intent (.7); telephone conference
                             with S. C. Strong and Mesirow group regarding
                             negotiations on additional issues (.3);
                             additional correspondence on issues to be
                             addressed in letter (.6).

09/07/06 A Jarvis        .17 Telephone conference with T. Allison, B. Fasel,
                             J. Atkinson regarding negotiations with
                             potential lead bidder, open issues.

09/07/06 A Jarvis        .20 Telephone conference with potential lead bidder
                             regarding open issues, tasks, revised bid.

09/07/06 A Jarvis        .13 Telephone conference with T. Allison, B. Fasel
                             and J. Atkinson regarding issues raised with
                             respect to revised bid, issues with committees.

09/07/06 A Jarvis        .30 Telephone conference with attorney for
                             potential lead bidder regarding additional
                             issues to be addressed in revised bid and
                             correspondence regarding same (.7); telephone
                             conference with E. Karasik regarding additional
                             issues to be addressed in revised bid (.2).

09/07/06 A Jarvis        .07 Draft correspondence to committees regarding
                             revised bid.

09/07/06 A Jarvis        .13 Correspondence on revised bid.

09/07/06 A Jarvis        .17 Telephone conference with T. Allison regarding
                             negotiations with bidder and additional issues
                             raised by committees and meeting with
                             Diversified.

09/07/06 A Jarvis        .10 Telephone conference with T. Allison and B.
                             Fasel regarding offer from bidder, additional
                             asks from committees.

09/07/06 S Strong        .20 Review and analysis of current revisions to
                             Plan (.6).

09/07/06 S Strong        .10 Participate in conference call with T. Allison,
                             A. W. Jarvis, B. Fasel, and J. Atkinson
                             regarding liquidation analysis and related
                             issues for Plan (.3).

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/07/06 S Strong        1.25 Telephone conference with A. W. Jarvis
                              regarding revisions needed to current draft of
                              SP term sheet (0.2); review email and suggested
                              edits from E. Karasik regarding same (0.2);
                              review comments from M. Levinson and R. Charles
                              regarding same (0.3); make revisions to draft
                              of SP term sheet (1.8).

09/07/06 S Strong         .30 Email to SP transmitting and explaining
                              revisions to SP term sheet (0.3); email to
                              committees regarding same (0.3).

09/08/06 A Jarvis         .15 Telephone conference with J. McCarroll
                              regarding negotiations with Silver Point.

09/08/06 A Jarvis         .70 Correspondence with Committees and Mesirow
                              regarding comments on Silver Point term sheet
                              negotiations.

09/08/06 A Jarvis         .20 Correspondence with Silver Point regarding
                              negotiations, term sheet.

      08/06 A Jarvis      .50 Revise term sheet with comments from committees
                              and debtors, corresponding plan modifications.

09/08/06 S Strong         .60 Telephone conference with E. Karasik and C.
                              Pajak regarding further SP term sheet issues
                              (0.2); confer with A. W. Jarvis regarding
                              same (0.2); review comments from B. Higgins
                              regarding SP term sheet (0.2).

09/08/06 S Strong         .37 Participate in telephone conference with T.
                              Allison, J. Atkinson, S. Smith and A. W. Jarvis
                              regarding various plan issues and strategies
                              (1.1).

09/08/06 S Strong         .15 Review revised term sheet from SP (.3).

09/09/06 A Jarvis         .25 Correspondence on Silver Point term sheet.

09/09/06 A Jarvis         .20 Telephone conference with J. Atkinson and T.
                              Allison regarding Silver Point term sheet,
                              negotiations.

09/09/06 A Jarvis         .15 Telephone conference with T. Allison, J.
                              Atkinson and S. C. Strong regarding Silver
                              Point term sheet, Ashby call.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/09/06 A Jarvis          .45  Conference call with Mesirow and Silver Point
                                regarding negotiations on Silver Point offer,
                                changes to term sheet and comments on
                                Committees.

09/09/06 S Strong          .65  Participate in conference call with Silver
                                Point team and debtors team regarding final
                                revisions requested by committees to proposed
                                term sheet (1.0); telephone conference with A.
                                W. Jarvis regarding same (0.3).

09/10/06 A Jarvis         1.10  Correspondence on term sheet and revise same
                                with comments from committees and debtors and
                                disseminate revisions.

09/11/06 A Jarvis         1.30  Revise Silver Point term sheet and
                                correspondence with committees and Silver
                                Point regarding same (1/2 time).

09/11/06 A Jarvis          .30  Telephone conference with S. Kahn and J.
                                McCarroll regarding comments on Silver Point
                                term sheet (1/2 time).

09/11/06 A Jarvis          .20  Telephone conference with B. Fasel and J.
                                Atkinson regarding finalizing exhibits to
                                Silver Point term sheet (1/2 time).

09/11/06 A Jarvis          .90  Revise Silver Point term sheet and
                                correspondence regarding same (1/2 time).

09/11/06 A Jarvis          .20  Correspondence on potential purchasers (1/2
                                time).

09/11/06 A Jarvis          .17  Telephone conference with J. Atkinson regarding
                                plan, Silver Point term sheet and upcoming
                                hearing on pending motions.

09/11/06 A Jarvis          .10  Telephone conference with P. Hunt regarding
                                plan and disclosure statement.

09/11/06 A Jarvis          .65  Revise Silver Point term sheet and
                                correspondence with committees and Silver Point
                                regarding same (1/2 time).

09/11/06 A Jarvis          .15  Telephone conference with S. Khan and J.
                                McCarroll regarding comments on Silver Point
                                term sheet (1/2 time).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

| 09/11/06 S Strong | .20 | Confer with B. J. Kotter regarding bid procedures needed (0.1); analysis of sample bid procedures (0.3). |
| 09/11/06 S Strong | .70 | Review and analysis of latest revisions to SP term sheet (0.4); participate in telephone conference with debtors and committees professionals regarding same (0.8); confer with A. W. Jarvis regarding same (0.2). |
| 09/11/06 S Strong | .30 | Review latest draft of SP term sheet (0.3); confer with A. W. Jarvis regarding final edits to same (0.1); review emails from committees counsel regarding same (0.2). |
| 09/12/06 P Hunt | .27 | Read new term sheet and incorporate terms into draft plan (.8). |
| 09/12/06 A Jarvis | .20 | Telephone conference with T. Allison regarding IP negotiations, Silver Point term sheet, prepaid interest (1/3 time). |
| 12/06 A Jarvis | .10 | Correspondence on Silver Point offer (1/2 time). |
| 09/12/06 A Jarvis | .20 | Telephone conference with J. McCarroll regarding Silver Point term sheet (1/2 time). |
| 09/12/06 A Jarvis | .30 | Telephone conference with S. C. Strong and J. Atkinson regarding plan exclusivity (1/3 time). |
| 09/12/06 A Jarvis | 1.10 | Revise Silver Point term sheet and correspondence regarding same. |
| 09/12/06 A Jarvis | .30 | Telephone conferences with J. McCarroll regarding negotiations on term sheet (1/2 time). |
| 09/12/06 A Jarvis | .10 | Correspondence on proof of claim issues (1/3 time). |
| 09/12/06 A Jarvis | .10 | Conference with G. Winger regarding issues on drafting of asset purchase agreement (1/2 time). |

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/12/06 A Jarvis          .30 Telephone conferences with J. McCarroll
                               regarding finalizing term sheet and signing
                               of same (1/2 time).

09/12/06 A Jarvis          .55 Revise Silver Point term sheet and
                               correspondence regarding same.

09/12/06 S Strong          .20 Participate in telephone conference with J.
                               Atkinson, S. Smith, A. W. Jarvis and E. A.
                               Monson regarding FTDF investor privacy issues
                               and proofs of interest (.2).

09/12/06 S Strong          .30 Review emails from L. Schwartzer and S. Smith
                               regarding privacy issues regarding FTDF
                               investors (0.2); exchange emails with A. W.
                               Jarvis regarding same (0.1).

09/12/06 S Strong          .13 Review revised Plan term sheet (0.2); exchange
                               emails with P. Hunt and A. W. Jarvis regarding
                               same (0.2).

09/12/06 S Strong          .13 Review back-end exclusivity motion (0.2);
                               exchange emails with L. Schwartzer regarding
                               same (0.2).

09/13/06 P Hunt           1.10 Telephone conference with A. W. Jarvis
                               regarding need to file plan and terms (.2);
                               read signed term sheet and First Trust
                               Committee term sheet (.8); revise plan to
                               incorporate new terms and terms wanted by
                               Committees (2.3).

09/13/06 A Jarvis          .10 Conference with B. Fasel regarding
                               negotiations with Silver Point (1/2 time).

09/13/06 A Jarvis          .10 Telephone conference with S. C. Strong
                               regarding preparation of plan of
                               reorganization for filing (1/3 time).

09/13/06 A Jarvis          .10 Correspondence with J. McCarroll regarding
                               hearing, due diligence (1/2 time).

09/13/06 A Jarvis          .20 Conference with S. C. Strong regarding
                               preparation of bid procedures motion (1/2
                               time).

09/13/06 A Jarvis          .20 Correspondence with Silver Point regarding
                               due diligence (1/2 time).

09/13/06  A Jarvis      .10  Telephone conference with S. C. Strong
                             regarding drafting of plan and disclosure
                             statement, meeting with committees.

09/13/06  A Jarvis      .07  Correspondence with committees on exclusivity.

09/13/06  A Jarvis      .17  Conference with P. Hunt regarding plan
                             revisions.

09/13/06  A Jarvis      .10  Correspondence on exclusivity.

09/13/06  A Jarvis      .40  Draft revisions of plan of reorganization.

09/13/06  E Monson      .23  Participate in conference call with S. C.
                             Strong and J. Atkinson regarding liquidation
                             analysis in plan (.3); additional conference
                             with A. W. Jarvis, S. C. Strong, S. Smith and
                             J. Atkinson regarding plan issues (.4).

09/13/06  S Strong      .30  Telephone conference with J. Atkinson and M.
                             Haftl regarding plan and disclosure statement
                             issues, including liquidation analysis (0.6);
                             confer with P. Hunt and A. W. Jarvis regarding
                             plan and disclosure statement preparations
                             (0.3).

09/13/06  S Strong      .87  Continue work on proposed Disclosure Statement
                             for plan, and review liquidation analysis
                             assumptions/methodology from Mesirow (2.4);
                             telephone conference with P. Hunt and A. W.
                             Jarvis regarding plan revisions (0.2).

09/13/06  S Strong      .07  Exchange emails and telephone conference with
                             J. Reed regarding new confidentiality agreement
                             from new proposed asset purchaser (.2).

09/13/06  S Strong      .07  Exchange emails with counsel for potential
                             asset purchaser regarding status of Plan
                             efforts and competitive bidding process for
                             assets (.2).

09/13/06  S Strong     1.30  Analysis of executed LOI with Silver Point and
                             drafting motion regarding proposed bidding
                             procedures pursuant to LOI (1.8); exchange
                             emails with C. Pajak regarding proposed bidding
                             procedures (0.1); review and analysis of FTD
                             Committees draft of proposed procedures (0.7).

Client No. 34585                                              Page:   11
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/14/06 P Hunt          2.70  Committee call on plan (2.0); office conference
                               with A. W. Jarvis regarding plan drafting (.5);
                               draft plan (5.6).

09/14/06 A Jarvis         .20  Telephone conference with S. C. Strong and T.
                               Allison regarding plan issues (1/3 time).

09/14/06 A Jarvis         .10  Correspondence with Silver Point regarding
                               meeting (1/2 time).

09/14/06 A Jarvis         .20  Correspondence on due diligence matters (1/2
                               time).

09/14/06 A Jarvis         .20  Telephone conference with J. McCarroll and
                               Silver Point principals regarding negotiation
                               of material adverse condition clause, due
                               diligence (1/2 time).

09/14/06 A Jarvis         .10  Telephone conference with T. Allison
                               regarding plan issues (1/3 time).

09/14/06 A Jarvis         .10  Conferences with B. J. Kotter regarding fee
                               applications (1/3 time).

09/14/06 A Jarvis         .20  Correspondence on bid procedures (1/2 time).

09/14/06 A Jarvis         .20  Correspondence on disclosure statement and
                               plan (1/3 time).

09/14/06 A Jarvis        3.50  Draft Plan and Disclosure Statement (1/3
                               time).

09/14/06 E Monson         .53  Assist in drafting of plan and disclosure
                               statement.

09/14/06 S Strong         .30  Review emails from S. Smith, E. A. Monson and
                               A. W. Jarvis regarding FTDF privacy issues
                               (0.2); confer with E. A. Monson regarding
                               resolution of same (0.1).

09/14/06 S Strong         .40  Review comments from FTDF regarding proposed
                               Plan (0.2); confer with A. W. Jarvis and P.
                               Hunt regarding Plan drafting issues and
                               strategies related to FTDF (0.2).

09/14/06 S Strong         .10  Confer with A. W. Jarvis regarding Plan and
                               Disclosure Statement drafting issues (.3).

Client No. 34585                                        Page:    12
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/14/06 S Strong          .10  Telephone conference with J. Atkinson regarding
                                Plan and Disclosure Statement preparations and
                                issues (.3).

09/14/06 S Strong         1.50  Drafting and revising Disclosure Statement
                                (2.1); t/c with M. Haftl regarding liquidation
                                analysis for same (0.2); review materials
                                regarding liquidation analysis from Mesirow and
                                incorporate into Disclosure Statement (1.2);
                                confer with A. W. Jarvis regarding same (0.2);
                                exchange emails with J. Miller of BMC regarding
                                balloting issues for Disclosure Statement
                                (0.2); telephone conference with J. Miller
                                regarding same (0.2); incorporate balloting
                                information into Disclosure Statement (0.4).

09/14/06 S Strong          .90  Continue drafting and revising proposed bid
                                procedures (1.7); circulate same to Mesirow and
                                A. W. Jarvis for review (0.1).

09/15/06 P Hunt           3.80  Revise Silver Point plan to prepare for filing
                                including:  new terms of deal, new agreements
                                reached, revisions to include three trusts and
                                Diversified estate, revisions to income changes
                                made by A. W. Jarvis, changes for consistency
                                of text and cross references.

09/15/06 A Jarvis          .10  Telephone conference with J. Atkinson
                                regarding plan and disclosure statement
                                issues (1/3 time).

09/15/06 A Jarvis          .30  Telephone conference with M. Levinson, J.
                                Hermann, E. Karasik, and Susan Freeman
                                regarding plan filing (.1 hours);
                                correspondence on exclusivity discussions (.2
                                hours) (1/3 time).

09/15/06 A Jarvis         6.80  Draft plan and disclosure statement (1/3
                                time).

Client No. 34585                                                Page:    13
Debtor USA Commercial Mortgage Co., et al.                      November 30, 2006


09/15/06 E Monson        3.63 Conference with S. C. Strong, B. Faisal, and J.
                              Reed regarding bid procedures and spend portion
                              of conference with A. W. Jarvis discussing same
                              (1.3); work on revising bid procedures and
                              discussions with S. C. Strong (3.6); review and
                              make comments to disclosure statement and work
                              with A. W. Jarvis and S. C. Strong regarding
                              getting disclosure statement and plan finalized
                              and exhibits put together (6.0).

09/15/06 S Strong        2.33 Continue drafting and revising Disclosure
                              Statement (4.9); confer with K. J. Applegate
                              regarding tax provisions for same (0.2);
                              exchange emails with J. Miller regarding
                              information for same (0.3); exchange emails
                              with S. Smith regarding progress and completion
                              of Disclosure Statement (0.2); telephone
                              conferences with M. Haftl regarding liquidation
                              analysis issues for Disclosure Statement (0.6);
                              prepare exhibits for Disclosure Statement
                              (0.6); oversee filing of Disclosure Statement
                              and Exhibits (0.2).

09/15/06 S Strong         .37 Assist with final preparations of Plan and
                              exhibits for filing (0.8); exchange emails with
                              local counsels office regarding same (0.2);
                              telephone conference with A. Hosey regarding
                              plan and disclosure statement filing (0.1).

09/15/06 S Strong         .13 Confer with A. W. Jarvis regarding back-end
                              exclusivity (0.1); review proposed motion to
                              extend same (0.2); email to local counsel
                              regarding filing of same (0.1).

09/15/06 S Strong         .20 Confer with A. W. Jarvis and E. A. Monson
                              regarding Plan and Disclosure Statement issues
                              and next steps (.6).

09/15/06 S Strong        1.10 Review comments on proposed bid procedures
                              (0.3); participate in telephone conference with
                              B. Fasel, J. Reed and E. A. Monson regarding
                              same (1.3); confer with E. A. Monson regarding
                              further revisions to same (0.2); review and
                              forward to E. A. Monson various comments
                              regarding bid procedures (0.2); confer with A.
                              W. Jarvis regarding timeline of confirmation
                              events for bid procedures motion (0.2).

Client No. 34585                                      Page:   14
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006


09/17/06 A Jarvis        .50  Correspondence and comments on plan (1/3
                              time).

09/18/06 P Hunt          .30  Read emails from A. W. Jarvis regarding
                              circulating plan and amendments to same (.3);
                              office conference with S. C. Strong regarding
                              changes needed on plan and work plan (.2);
                              review redlined plan for Silverpoint and
                              authorize sending same (.1); compile documents
                              needed to make further changes to plan (.3).

09/18/06 A Jarvis        .30  Correspondence on negotiations with Silver
                              Point, bid procedures.

09/18/06 A Jarvis        .90  Conference with J. McCarroll regarding APA,
                              MAC clause, bid process (1/2 time).

09/18/06 A Jarvis        .15  Correspondence on negotiations with Silver
                              Point, bid procedures.

09/18/06 E Monson        .10  Review e-mails from FTDC and UCC regarding bid
                              procedures.

09/18/06 S Strong        .23  Telephone conference with J. Atkinson regarding
                              plan strategies and bid procedures (.7).

09/18/06 S Strong        .20  Review Plan and Disclosure Statement as filed,
                              and exhibits thereto (0.2); exchange emails
                              with S. Smith regarding same (0.1); confer with
                              E. A. Monson regarding amended exhibit needed
                              to Plan (0.1); exchange emails with A. W.
                              Jarvis and E. A. Monson regarding same (0.2).

09/18/06 S Strong        .10  Review edits to confidentiality agreement
                              proposed by new potential asset acquirer (0.2);
                              exchange emails with J. Reed regarding same
                              (0.1).

09/18/06 S Strong        .37  Exchange emails with E. A. Monson and B. Fasel
                              regarding status of proposed bid procedures
                              (0.1); confer with E. A. Monson regarding
                              development of motion for approval of same
                              (0.1); email to her regarding same (0.1);
                              confer with E. A. Monson regarding issues for
                              motion to approve bid procedures (0.6);
                              telephone conference with A. W. Jarvis and J.
                              McCarroll regarding same (0.2).

Client No. 34585                                      Page:   15
Debtor USA Commercial Mortgage Co., et al.            November 30, 2006


09/18/06 S Strong        1.17 Confer with P. Hunt regarding status of
                              research regarding LSAs for plan implementation
                              (0.2); confer with A. Tsu regarding same (0.1);
                              research and analysis of legal issues
                              concerning transfer of rights under LSA to
                              asset acquirer under a Plan (3.2).

09/19/06 A Jarvis         .50 Conference with S. C. Strong regarding
                              details on bid procedures, resolution of
                              corresponding plan issues (1/2 time).

09/19/06 A Jarvis         .40 Conference with S. C. Strong regarding
                              details of bid procedures (1/2 time).

09/19/06 A Jarvis         .50 Review bid procedures prior to conference
                              call with FTDF committee.

09/19/06 A Jarvis        1.00 Conference call with FTDF Professionals
                              regarding bid procedures, motion to approve.

09/19/06 A Jarvis         .30 Correspondence on MAC clause (1/2 time).

   19/06 A Jarvis         .60 Review Offer Letter and prepare bid
                              procedures (1/2 time).

09/19/06 A Jarvis         .30 Correspondence on bid procedures.

09/19/06 A Jarvis         .50 Work on bid procedures.

09/19/06 A Jarvis         .15 Telephone conference with B. Fasel regarding
                              bid procedures.

09/19/06 A Jarvis         .15 Correspondence regarding bid procedures.

09/19/06 A Jarvis         .25 Work on bid procedures.

09/19/06 E Monson         .40 Discussion with C. Pajak regarding comments
                              to bid procedures.

09/19/06 E Monson         .10 Review exhibit to Plan and e-mail from Lia
                              Dorsey; send reply.

09/19/06 E Monson         .25 Conference with J. Reed, B. Fasel and S. C.
                              Strong regarding bid procedures.

09/19/06 E Monson         .25 Conference call with B. Fasel, S. C. Strong and
                              A. W. Jarvis regarding bid procedures.

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006

| 09/19/06 E Monson | .85 | Participate in portion of conference with A. W. Jarvis, S. C. Strong, T. Allison, B. Fasel and counsel for the FTDFC regarding plan and bid procedure issues and plan issues. |

| 09/19/06 E Monson | 3.10 | Review motion on bid procedures. |

| 09/19/06 E Monson | .15 | Review comments to R. Charles, C. Pajak and J. McCarroll to bid procedures. |

| 09/19/06 S Strong | .85 | Telephone conference with A. W. Jarvis regarding progress with proposed bid procedures (0.2); work on revised bid procedures (0.8); confer with E. A. Monson regarding same (0.2); telephone conference with B. Fasel, J. Reed and E. A. Monson regarding same (0.5). |

| 09/19/06 S Strong | .35 | Telephone conference with B. Fasel and A. W. Jarvis regarding proposed break-up fee and other bid procedures (7). |

| 09/19/06 S Strong | .45 | Review proposed MAC clause from Silver Point for asset purchase agreement (0.3); review proposed revisions from FTDC regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1); further review of proposed MAC clause (0.2); review emails from A. W. Jarvis to committees regarding same (0.1). |

| 09/19/06 S Strong | .10 | Review confidentiality agreement with another interested asset purchaser (0.1); exchange emails with J. Reed regarding same (0.1). |

| 09/20/06 P Hunt | 1.63 | Revisions to filed plan (1.0) office conference with A. W. Jarvis regarding plan (.2); further revisions to final plan (3.7). |

| 09/20/06 A Jarvis | .10 | Telephone conference with J. McCarroll regarding negotiations on MAC clause, APA. |

| 09/20/06 A Jarvis | .40 | Conference with B. J. Kotter, E. A. Monson and S. C. Strong regarding bid procedures, bid procedures motion, negotiations with Silver Point. |

Client No. 34585                                    Page:   17
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/20/06 A Jarvis          .35 Telephone conference with B. Fasel, J.
                               Atkinson, E. A. Monson and S. C. Strong
                               regarding bid procedures, motion to approve
                               same.

09/20/06 A Jarvis          .65 Conference with Mesirow regarding bid
                               procedures (.3), drafting of bid procedures
                               motion (1.0).

09/20/06 A Jarvis          .20 Correspondence on due diligence requests from
                               Silver Point.

09/20/06 A Jarvis          .40 Revise MAC clause and draft memo to J.
                               McCarroll regarding same.

09/20/06 A Jarvis          .10 Correspondence on bid procedures motion.

09/20/06 A Jarvis          .15 Further correspondence on MAC clause.

09/20/06 A Jarvis          .90 Review term sheet for redraft of MAC clause.

09/20/06 A Jarvis          .60 Review and comment on bid procedures.

09/20/06 E Monson         3.25 Work on bid procedures motion.

09/20/06 E Monson          .10 Conference with S. C. Strong and B. Fasel
                               regarding bid procedures.

09/20/06 E Monson          .30 Review and consider changes received from
                               counsel for FTDF regarding changes to bid
                               procedures and send e-mail to A. W. Jarvis and
                               S. C. Strong regarding same.

09/20/06 E Monson          .65 Conference call with J. Atkinson, B. Fasel, S.
                               C. Strong and A. W. Jarvis regarding bid
                               procedures.

09/20/06 S Strong          .10 Confer with E. A. Monson regarding status of
                               bid procedures and revisions (.2).

09/20/06 S Strong         1.70 Work on drafting and revisions motion for
                               approval of bid procedures and sales process
                               regarding Silver Point term sheet (3.4).

09/21/06 P Hunt           2.20 Read First Trust letter regarding revisions to
                               plan (.3); incorporate same First Trust
                               revisions into plan (.5); further revisions to
                               plan on prepaid interest and compromise
                               sections (4.9); conference with S. C. Strong

Client No. 34585                                    Page:   18
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


                        regarding prepaid issues to be included in plan
                        (.3); memorandum to A. W. Jarvis regarding
                        revisions to plan (.3); compile documents on
                        revisions to plan (.2) compile comments to plan
                        by Direct Lenders and First Trust Committees
                        (.1).

09/21/06 A Jarvis       .20 Correspondence with FTDF Committee regarding
                        MAC clause.

09/21/06 A Jarvis       .10 Conference with P. Hunt regarding plan
                        amendments.

09/21/06 A Jarvis       .10 Correspondence regarding plan amendments.

09/21/06 A Jarvis       .15 Telephone conference with F. Merola regarding
                        MAC clause.

09/21/06 A Jarvis       .30 Correspondence on MAC clause.

09/21/06 A Jarvis       .25 Correspondence on bid procedures.

 '21/06 A Jarvis        .15 Telephone conference with J. McCarroll
                        regarding MAC clause negotiations.

09/21/06 A Jarvis       .35 Revise MAC clause.

09/21/06 A Jarvis       .25 Revisions to MAC clause and correspondence with
                        J. McCarroll regarding revisions.

09/21/06 A Jarvis       .15 Correspondence with J. McCarroll regarding bid
                        procedures.

09/21/06 A Jarvis       .40 Revisions and correspondence on MAC clause.

09/21/06 B Kotter       .23 Assist in revisions to Bid Procedure drafting
                        and editing (.7).

09/21/06 E Monson       .50 Conference with S. C. Strong and C. Pajak
                        regarding bid procedure and timing issues.

09/21/06 E Monson       .20 Discussion with C. Pajak regarding bid
                        procedure motion.

09/21/06 E Monson       .10 Discussion with S. C. Strong regarding issues
                        on bid procedure issues.

Client No. 34585                                        Page:   19
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006

09/21/06 E Monson          3.00  Work on solving and responding to issues on bid
                                 procedures and work on revising bid procedures.

09/21/06 E Monson           .50  Review numerous e-mails from Committees
                                 regarding comments to bid procedures.

09/21/06 E Monson           .10  Conference call with S. C. Strong and B. Fasel
                                 regarding issues on bid procedures.

09/21/06 E Monson           .25  Send reply e-mails to various committees on
                                 comments.

09/21/06 E Monson           .30  Review e-mails from counsel for SP and counsel
                                 for FTDC regarding changes to bid procedure
                                 motion.

09/21/06 E Monson           .15  Conference with A. W. Jarvis and J. McCarroll
                                 regarding issues on bid procedures.

09/21/06 S Strong           .40  Review email from E. Karasik with comments to
                                 current draft of Plan (0.2); review and
                                 analysis of revised Plan term sheet from E.
                                 Karasik (0.2).

09/21/06 S Strong           .85  Review comments from ECC regarding proposed bid
                                 procedures (0.2); review further comments from
                                 FTDC regarding bid procedures (0.2); confer
                                 with E. A. Monson regarding same (0.2);
                                 telephone conference with B. Fasel regarding
                                 same (0.2); participate in telephone conference
                                 with C. Pajak, E. Karasik, E. A. Monson and B.
                                 Fasel regarding same (0.9).

09/21/06 S Strong          1.20  Continue drafting and revising motion for
                                 approval of bid procedures (2.1); circulate
                                 draft to committees and Silver Point for review
                                 (0.1); review preliminary comments from FTDC
                                 regarding same (0.2).

09/21/06 S Strong           .25  Review comments from J. McCarroll regarding
                                 proposed MAC clause (0.2); review email from A.
                                 W. Jarvis regarding same (0.1); telephone
                                 conference with E. Karasik regarding FTDCs
                                 views on same (0.1); review revised comments
                                 from J. McCarroll regarding MAC clause (0.1).

Client No. 34585                                    Page:   20
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/21/06 S Strong        .15 Review proposed confidentiality agreement from
                             another prospective asset purchaser (0.2);
                             exchange emails with B. Fasel regarding
                             revisions needed to same (0.1).

09/22/06 P Hunt         1.73 Read and analyze First Trust term sheet (.5);
                             incorporate terms into plan (2.1); read E.
                             Karasik's letter (.6); incorporate terms into
                             plan (1.3); read Gordon & Silver's letter (.5);
                             email to A. W. Jarvis regarding revisions to
                             plan and comments of Committee (.2).

09/22/06 A Jarvis        .10 Conference with S. C. Strong and P. Hunt
                             regarding amendments to plan.

09/22/06 A Jarvis        .10 Correspondence on Plan.

09/22/06 A Jarvis        .30 Conference call with Silver Point and FTDF
                             regarding MAC clause, bid procedures.

09/22/06 A Jarvis        .10 Conference with E. A. Monson regarding final
                             changes to bid procedures, issues discussed
                             with Silver Point.

09/22/06 A Jarvis        .10 Telephone conference with J. McCarroll
                             regarding bid procedures, MAC clause.

09/22/06 A Jarvis        .15 Correspondence regarding MAC clause, bid
                             procedures.

09/22/06 A Jarvis        .40 Revise MAC clause.

09/22/06 A Jarvis        .45 Revise bid procedures motion.

09/22/06 E Monson        .10 Draft e-mail to B. Fasel regarding bid
                             procedures.

09/22/06 E Monson       2.00 Work on finalizing bid procedures including
                             reviewing numerous e-mails and voice mails from
                             Committees and Silverpointe Counsel and send
                             replies (3.1); numerous conversations with J.
                             McCarroll regarding bid procedures and bid
                             procedure motion (.5); discussion with S. C.
                             Strong and B. Fasel and discussion with C.
                             Pajak (.4).

09/22/06 E Monson        .80 Work with S. C. Strong regarding getting bid
                             procedures motion finalized.

Client No. 34585                                    Page:   21
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/22/06 S Strong        .27  Confer with A. W. Jarvis regarding status of
                              Plan revisions (0.2); review email and revised
                              Plan Term sheet from E. Karasik (0.2); review
                              email and proposed Plan revisions from E.
                              Karasik (0.3); review emails from A. W. Jarvis
                              regarding same (0.1).

09/22/06 S Strong        .10  Review messages from A. W. Jarvis, M. Levinson,
                              and J. McCarroll regarding bid procedures, and
                              send message to E. A. Monson regarding same
                              (.2).

09/22/06 S Strong        .65  Work on revisions to bid procedures (1.1);
                              review further emails from J. McCarroll, E. A.
                              Monson, G. Garman, and A. W. Jarvis regarding
                              same (0.2).

09/22/06 S Strong       2.10  Work on revisions to bid procedures motion, and
                              circulate draft to committees and J. McCarroll
                              for review (1.9); review revisions to bid
                              procedures motion suggested by C. Pajak and J.
                              McCarroll (0.4); revise and finalize bid
                              procedures motion (1.4); telephone conferences
                              with J. McCarroll regarding final edits (0.3);
                              prepare and transmit final bid procedures
                              motion with exhibits to local counsel for
                              filing (0.2).

09/23/06 P Hunt          .13  Initial review of First Trust revisions to plan
                              (.3); email to A. W. Jarvis regarding same
                              (.1).

09/24/06 A Jarvis        .53  Review committee term sheet and revise plan.

09/25/06 P Hunt         3.43  Further review of First Trust comments on plan
                              and revise same to incorporate (9.8);
                              conference with A. W. Jarvis regarding plan
                              issues (.5).

09/25/06 A Jarvis        .13  Conference with S. C. Strong regarding
                              resolution of certain issues under the plan.

09/25/06 A Jarvis        .17  Conference with P. Hunt regarding changes to
                              plan.

09/25/06 A Jarvis        .13  Telephone conference with J. Atkinson regarding
                              plan, disclosure statement.

```
Client No. 34585                              Page:   22
Debtor USA Commercial Mortgage Co., et al.    November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/25/06 | A Jarvis | .10 | Correspondence on plan term sheet. |
| 09/25/06 | A Jarvis | .05 | Telephone call to J. McCarroll regarding due diligence issues. |
| 09/25/06 | A Jarvis | .20 | Correspondence on due diligence issues regarding Silver Point. |
| 09/25/06 | A Jarvis | .10 | Correspondence on bid procedures. |
| 09/25/06 | E Monson | .60 | Revise bid procedure to address concern revised by ECC and proof bid procedures. |
| 09/25/06 | E Monson | .15 | Review e-mail from J. Reed regarding bid procedures and send reply along with copy of bid procedures. |
| 09/25/06 | E Monson | .10 | Review additional e-mail from J. Reed and send reply (.2). |
| 09/25/06 | E Monson | .15 | Review voice mail from J. McCarroll regarding loan servicing agreements and discuss with A. W. Jarvis. |
| 09/25/06 | S Strong | .20 | Confer with A. W. Jarvis regarding Plan issues and committees views (0.4); participate in telephone conference with E. Karasik and A. W. Jarvis regarding same (0.2). |
| 09/25/06 | S Strong | .20 | Telephone conference with J. McCarroll regarding LSAs (0.2); exchange emails with S. Smith regarding same (0.2); telephone conference with S. Smith regarding same (0.1); confer with A. W. Jarvis regarding same (0.1). |
| 09/25/06 | S Strong | .15 | Telephone conference with J. Reed regarding bid procedures (0.1); review Bid Procedures Motion as filed and forward same to J. Reed (0.2). |
| 09/25/06 | S Strong | .10 | Review proposed notice regarding bid procedures motion, and email to J. McPherson regarding same (.2). |

Client No. 34585                                        Page:   23
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


09/26/06 P Hunt          2.77  Revise plan, including omitting duplicative,
                               conflicting provisions, revising definitions,
                               reorganizing certain provisions, review for
                               conformity, adding provisions relevant to
                               Capital Realty and payment reserves, omit
                               penalty claim treatment (8.3).

09/26/06 A Jarvis         .33  Telephone conference with T. Allison, J.
                               Atkinson and S. C. Strong regarding Diversified
                               issues, plan amendments, fee issues.

09/26/06 A Jarvis        1.50  Revise plan of reorganization.

09/26/06 A Jarvis         .03  Telephone call to P. Hunt regarding plan
                               revisions.

09/26/06 A Jarvis         .33  Work on disclosure statement.

09/26/06 A Jarvis         .15  Telephone conference with J. McCarroll
                               regarding APA, bid procedures.

09/26/06 E Monson         .17  Discussion with P. Hunt regarding proofs of
                               interest and bar date issues in connection with
                               plan and get copies of orders for dates to
                               include in plan.

09/26/06 S Strong         .90  Confer with A. W. Jarvis regarding FTDCs
                               motion for confidential fund member
                               information (0.1); review and analysis of
                               issues raised and prepare for hearing on same
                               (0.8).

09/26/06 S Strong         .25  Telephone conference with J. McCarroll
                               regarding LSAs requested by Silver Point (0.2);
                               confer with A. W. Jarvis regarding same (0.1);
                               telephone conference with J. McCarroll and A.
                               W. Jarvis regarding status of proposed asset
                               purchase agreement and related issues (0.2).

09/26/06 S Strong         .15  Telephone conference with J. McCarroll
                               regarding potential local counsel for Silver
                               Point (0.1); email to L. Schwartzer and A. W.
                               Jarvis regarding same (0.1); review email from
                               L. Schwartzer and A. W. Jarvis regarding same
                               (0.1).

09/27/06 P Hunt          1.60  Continue to revise plan.

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/27/06 A Jarvis        .15  Correspondence on issues regarding Silver Point
                              offer.

09/27/06 S Strong       2.90  Review drafts of proposed responses to FTDFs
                              motion to obtain confidential investor
                              information (1.1); exchange emails with L.
                              Schwartzer regarding same (0.2); review and
                              edit revised draft of response to FTDF motion
                              regarding confidential investor information
                              (0.4); make final revisions to same and
                              transmit to local counsel for filing (0.3);
                              review email from S. Smith regarding same
                              (0.1); telephone conference with L. Schwartzer
                              and E. A. Monson regarding same (0.1); prepare
                              for hearing on same (0.7).

09/27/06 S Strong       1.20  Telephone conference with J. Reed regarding LSA
                              analysis and Silver Point requests regarding
                              same (0.1); further analysis of issues
                              regarding LSAs and Silver Points requests
                              regarding same (0.8); exchange voice messages
                              with J. McCarroll regarding same (0.1);
                              telephone conference with J. Atkinson, S. Smith
                              and J. Reed regarding same (0.4); review email
                              from J. McCarroll regarding same (0.2);
                              telephone conference with J. McCarroll
                              regarding same (0.3); exchange emails with J.
                              Atkinson regarding same (0.1); email to J.
                              McCarroll regarding same (0.2); email to B.
                              Fasel regarding same (0.2).

09/28/06 P Hunt         1.03  Make revisions to plan (1.3); review and
                              incorporate A. Tsu's edits and changes (1.8).

09/28/06 S Strong        .20  Confer with J. Reed of Mesirow regarding Silver
                              Points requests concerning LSAs (0.2);
                              telephone conference with B. Fasel of Mesirow
                              regarding same (0.2).

09/29/06 A Jarvis        .10  Correspondence with client regarding plan,
                              pre-paid interest issue.

09/29/06 A Jarvis        .10  Correspondence with Silver Point regarding
                              plan.

09/29/06 A Jarvis        .10  Correspondence with Committees regarding
                              revised plan.

Client No. 34585                                              Page:    25
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006


09/29/06 A Jarvis          .15 Correspondence with client regarding Silver
                               Point servicing issues.

09/29/06 A Jarvis          .10 Correspondence on due diligence issues with B.
                               Fasel.

09/29/06 S Strong          .20 Telephone conference with A. W. Jarvis
                               regarding bridge order needed for back-end
                               exclusivity (0.1); email to local counsel
                               regarding same (0.2); review draft of proposed
                               stipulated order regarding same (0.2); email to
                               J. McPherson regarding same (0.1).


  TOTAL FOR LEGAL SERVICES RENDERED                           $39,381.41

                                                              --------------