*"Exhibit H-20"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

November 30, 2006
Invoice No. 355085

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00026**

**Diversified-Case Administration**

| 09/01/06 A Jarvis | .13 | Telephone conference with T. Allison and S. C. Strong regarding negotiations with bidders. |
|---|---|---|
| 09/01/06 A Jarvis | .50 | Correspondence on plan negotiations. |
| 09/01/06 A Jarvis | .07 | Telephone conference with S. C. Strong regarding bidding, plan negotiations. |
| 09/01/06 A Jarvis | .27 | Review term sheet for purchase of assets. |
| 09/01/06 B Kotter | .07 | Brief conference with S. C. Strong regarding plan and extension of exclusivity (.2). |
| 09/01/06 E Monson | .07 | Participate in conference call with S. C. Strong, B. Faizel and T. Allison regarding issues on lead bidder and plan (.2). |
| 09/01/06 S Strong | .70 | Telephone conference with T. Allison and B. Fasel regarding UCC issues with proposed plan (0.2); telephone conference with T. Allison and A. W. Jarvis regarding same (0.4); review emails from F. Merola, A. W. Jarvis and B. Fasel regarding current negotiations with potential purchaser plan (0.2); review and analysis of revised August 30 term sheet from potential purchaser (1.1); confer with P. Hunt regarding Plan issues (0.2). |

```
Client No. 34585                              Page:    2
Debtor USA Commercial Mortgage Co., et al.    November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/02/06 | A Jarvis | .40 | Correspondence on bidding, comments on term sheets. |
| 09/02/06 | A Jarvis | .50 | Correspondence on term sheet with potential lead bidder. |
| 09/02/06 | A Jarvis | .17 | Correspondence on bar date order, ballots. |
| 09/03/06 | A Jarvis | .87 | Correspondence on term sheet with potential lead bidder, committees and plan team (1.8); review revised term sheets (.8). |
| 09/04/06 | A Jarvis | .16 | Correspondence on mark up of term sheet with potential lead bidder. |
| 09/04/06 | A Jarvis | .17 | Review revisions to term sheet (.3); correspondence with client and committees regarding conference call with bidder (.2). |
| 09/04/06 | A Jarvis | .17 | Conference call with client regarding negotiations with potential lead bidder. |
| 04/06 | A Jarvis | .10 | Conference call with potential lead bidder regarding letter of intent, comments of committee. |
| 09/04/06 | A Jarvis | .13 | Conference call with the client and plan negotiating team regarding issues to negotiate with lead bidder (.3); review of letter of intent (.1). |
| 09/04/06 | A Jarvis | .10 | Correspondence on mark up of term sheet with potential lead bidder. |
| 09/04/06 | A Jarvis | 2.57 | Review all comments on potential lead bidder, UCC, FTDF, ECC, and Diversified Committees and revise letter of intent of potential lead bidder; correspondence regarding same. |
| 09/05/06 | P Hunt | .03 | Office conference with  S. C. Strong regarding status of bidder negotiations. |
| 09/05/06 | S Strong | .13 | Telephone conference with A. W. Jarvis regarding Plan issues and strategies. |

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

| | | | |
|---|---|---|---|
| 09/05/06 | S Strong | .30 | Participate in telephone conference with J. Atkinson and B. Fasel regarding Plan strategies and issues (0.5); participate in follow-up call with T. Allison, B. Fasel, J. Atkinson and A. W. Jarvis regarding same (0.4). |
| 09/06/06 | P Hunt | .40 | Telephone conference with Creditor Committee and Bidder regarding deal plus plan issues (.6); telephone conference with Mesirow team regarding deal (.6). |
| 09/06/06 | A Jarvis | .23 | Telephone conference with T. Allison, B. Fasel, S. C. Strong and P. Hunt regarding Silver Point proposal, revisions to plan to incorporate same. |
| 09/06/06 | S Strong | .23 | Review docket regarding status of Plan exclusivity (0.2); review motion to shorten time regarding same (0.1); exchange emails with A. W. Jarvis regarding further motion needed regarding same (0.2); exchange emails with L. Schwartzer regarding same (0.2). |
| 09/06/06 | S Strong | .10 | Telephone conference with T. Allison, B. Fasel, A. W. Jarvis and P. Hunt regarding Plan structure and issues (.3). |
| 09/07/06 | A Jarvis | .10 | Telephone conference with T. Allison and B. Fasel regarding offer from bidder, additional asks from committees. |
| 09/07/06 | A Jarvis | .67 | Conference with T. Allison regarding issues with lead bidder (.4); review and respond to e-mails with additional comments to revised letter of intent (.7); telephone conference with S. C. Strong and Mesirow group regarding negotiations on additional issues (.3); additional correspondence on issues to be addressed in letter (.6). |
| 09/07/06 | A Jarvis | .17 | Telephone conference with T. Allison, B. Fasel, J. Atkinson regarding negotiations with potential lead bidder, open issues. |
| 09/07/06 | A Jarvis | .20 | Telephone conference with potential lead bidder regarding open issues, tasks, revised bid. |

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   November 30, 2006

| 09/07/06 | A Jarvis | .13 | Telephone conference with T. Allison, B. Fasel and J. Atkinson regarding issues raised with respect to revised bid, issues with committees. |
|---|---|---|---|
| 09/07/06 | A Jarvis | .30 | Telephone conference with attorney for potential lead bidder regarding additional issues to be addressed in revised bid and correspondence regarding same (.7); telephone conference with E. Karasik regarding additional issues to be addressed in revised bid (.2). |
| 09/07/06 | A Jarvis | .07 | Draft correspondence to committees regarding revised bid. |
| 09/07/06 | A Jarvis | .13 | Correspondence on revised bid. |
| 09/07/06 | A Jarvis | .17 | Telephone conference with T. Allison regarding negotiations with bidder and additional issues raised by committees and meeting with Diversified. |
| 09/07/06 | S Strong | .20 | Review and analysis of current revisions to Plan (.6). |
| 09/07/06 | S Strong | .10 | Participate in conference call with T. Allison, A. W. Jarvis, B. Fasel, and J. Atkinson regarding liquidation analysis and related issues for Plan (.3). |
| 09/08/06 | S Strong | .37 | Participate in telephone conference with T. Allison, J. Atkinson, S. Smith and A. W. Jarvis regarding various plan issues and strategies (1.1). |
| 09/11/06 | A Brinkerhoff | .80 | Extended conference call with Diversified's counsel, including A. Jarvis, J. Hermann, M. Tucker, M. Levinson, T. Ellison and J. Attinson regarding IP issues and security on loans including Hotel Zoso, Sheraton loan, Marque loan and Epic loan. |
| 09/11/06 | A Jarvis | .40 | Correspondence on IP negotiations, assets (1/2 time). |
| 09/11/06 | A Jarvis | .17 | Telephone conference with J. Atkinson regarding plan, Silver Point term sheet and upcoming hearing on pending motions. |

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/11/06 A Jarvis         .10  Telephone conference with P. Hunt regarding
                               plan and disclosure statement.

09/12/06 P Hunt           .27  Read new term sheet and incorporate terms into
                               draft plan (.8).

09/12/06 A Jarvis         .20  Telephone conference with T. Allison
                               regarding IP negotiations, Silver Point term
                               sheet, prepaid interest (1/3 time).

09/12/06 A Jarvis         .30  Telephone conference with S. C. Strong and J.
                               Atkinson regarding plan exclusivity (1/3
                               time).

09/12/06 A Jarvis         .40  Correspondence on Hotel Zoso, IP negotiations.

09/12/06 A Jarvis         .10  Correspondence on proof of claim issues (1/3
                               time).

09/12/06 A Jarvis         .10  Correspondence with R. Walker regarding
                               meeting on IP issues (1/2 time).

   12/06 S Strong         .13  Review revised Plan term sheet (0.2); exchange
                               emails with P. Hunt and A. W. Jarvis regarding
                               same (0.2).

09/12/06 S Strong         .13  Review back-end exclusivity motion (0.2);
                               exchange emails with L. Schwartzer regarding
                               same (0.2).

09/13/06 A Brinkerhoff    .15  Review email regarding IP issues(.3).

09/13/06 P Hunt          1.10  Telephone conference with A. W. Jarvis
                               regarding need to file plan and terms (.2);
                               read signed term sheet and First Trust
                               Committee term sheet (.8); revise plan to
                               incorporate new terms and terms wanted by
                               Committees (2.3).

09/13/06 A Jarvis         .10  Telephone conference with S. C. Strong
                               regarding preparation of plan of
                               reorganization for filing (1/3 time).

09/13/06 A Jarvis         .20  Conference with J. Atkinson regarding
                               hearing, meeting with J. Milanowski (1/2
                               time).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006

| | | | |
|---|---|---|---|
| 09/13/06 | A Jarvis | .70 | Meeting with J. Milanowski, R. Walker, T. Allison and M. Levinson (by phone) regarding IP claims, settlement term sheet (1/2 time). |
| 09/13/06 | A Jarvis | .30 | Correspondence on EPIC loan repayment, negotiations. |
| 09/13/06 | A Jarvis | .10 | Telephone conference with S. C. Strong regarding drafting of plan and disclosure statement, meeting with committees. |
| 09/13/06 | A Jarvis | .07 | Correspondence with committees on exclusivity. |
| 09/13/06 | A Jarvis | .17 | Conference with P. Hunt regarding plan revisions. |
| 09/13/06 | A Jarvis | .10 | Correspondence on exclusivity. |
| 09/13/06 | A Jarvis | .40 | Draft revisions of plan of reorganization. |
| 09/13/06 | E Monson | .23 | Participate in conference call with S. C. Strong and J. Atkinson regarding liquidation analysis in plan (.3); additional conference with A. W. Jarvis, S. C. Strong, S. Smith and J. Atkinson regarding plan issues (.4). |
| 09/13/06 | S Strong | .30 | Telephone conference with J. Atkinson and M. Haftl regarding plan and disclosure statement issues, including liquidation analysis (0.6); confer with P. Hunt and A. W. Jarvis regarding plan and disclosure statement preparations (0.3). |
| 09/13/06 | S Strong | .87 | Continue work on proposed Disclosure Statement for plan, and review liquidation analysis assumptions/methodology from Mesirow (2.4); telephone conference with P. Hunt and A. W. Jarvis regarding plan revisions (0.2). |
| 09/13/06 | S Strong | .07 | Exchange emails and telephone conference with J. Reed regarding new confidentiality agreement from new proposed asset purchaser (.2). |
| 09/13/06 | S Strong | .07 | Exchange emails with counsel for potential asset purchaser regarding status of Plan efforts and competitive bidding process for assets (.2). |

Client No. 34585                                        Page:    7
Debtor USA Commercial Mortgage Co., et al.              November 30, 2006


| | | | |
|---|---|---|---|
| 09/14/06 | P Hunt | 2.70 | Committee call on plan (2.0); office conference with A. W. Jarvis regarding plan drafting (.5); draft plan (5.6). |
| 09/14/06 | A Jarvis | .20 | Telephone conference with S. C. Strong and T. Allison regarding plan issues (1/3 time). |
| 09/14/06 | A Jarvis | .10 | Telephone conference with T. Allison regarding plan issues (1/3 time). |
| 09/14/06 | A Jarvis | .10 | Conferences with B. J. Kotter regarding fee applications (1/3 time). |
| 09/14/06 | A Jarvis | .20 | Correspondence on term sheet from J. Milanowski (1/2 time). |
| 09/14/06 | A Jarvis | .20 | Correspondence on disclosure statement and plan (1/3 time). |
| 09/14/06 | A Jarvis | .30 | Correspondence on IP equity interests (1/2 time). |
| 14/06 | A Jarvis | 3.50 | Draft Plan and Disclosure Statement (1/3 time). |
| 09/14/06 | E Monson | .53 | Assist in drafting of plan and disclosure statement. |
| 09/14/06 | S Strong | .80 | Telephone conference with C. Cunningham regarding yesterdays hearing and her clients issues regarding distributions relating to Diversified Fund (0.3); confer with A. W. Jarvis regarding same (0.1); telephone conference with S. Smith regarding same (0.1); draft email to C. Cunningham regarding Diversifieds proposed resolution of same (0.2); telephone conference with C. Cunningham regarding same (0.1). |
| 09/14/06 | S Strong | .10 | Confer with A. W. Jarvis regarding Plan and Disclosure Statement drafting issues (.3). |
| 09/14/06 | S Strong | .10 | Telephone conference with J. Atkinson regarding Plan and Disclosure Statement preparations and issues (.3). |

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               November 30, 2006


09/14/06 S Strong          1.50  Drafting and revising Disclosure Statement
                                 (2.1); t/c with M. Haftl regarding liquidation
                                 analysis for same (0.2); review materials
                                 regarding liquidation analysis from Mesirow and
                                 incorporate into Disclosure Statement (1.2);
                                 confer with A. W. Jarvis regarding same (0.2);
                                 exchange emails with J. Miller of BMC regarding
                                 balloting issues for Disclosure Statement
                                 (0.2); telephone conference with J. Miller
                                 regarding same (0.2); incorporate balloting
                                 information into Disclosure Statement (0.4).

09/15/06 P Hunt            3.80  Revise Silver Point plan to prepare for filing
                                 including:  new terms of deal, new agreements
                                 reached, revisions to include three trusts and
                                 Diversified estate, revisions to income changes
                                 made by A. W. Jarvis, changes for consistency
                                 of text and cross references.

09/15/06 A Jarvis          .10  Telephone conference with J. Atkinson
                                 regarding plan and disclosure statement
                                 issues (1/3 time).

09/15/06 A Jarvis          .30  Telephone conference with M. Levinson, J.
                                 Hermann, E. Karasik, and Susan Freeman
                                 regarding plan filing (.1 hours);
                                 correspondence on exclusivity discussions (.2
                                 hours) (1/3 time).

09/15/06 A Jarvis          6.80  Draft plan and disclosure statement (1/3
                                 time).

09/15/06 E Monson          3.63  Conference with S. C. Strong, B. Faisal, and J.
                                 Reed regarding bid procedures and spend portion
                                 of conference with A. W. Jarvis discussing same
                                 (1.3); work on revising bid procedures and
                                 discussions with S. C. Strong (3.6); review and
                                 make comments to disclosure statement and work
                                 with A. W. Jarvis and S. C. Strong regarding
                                 getting disclosure statement and plan finalized
                                 and exhibits put together (6.0).

09/15/06 S Strong          2.33  Continue drafting and revising Disclosure
                                 Statement (4.9); confer with K. J. Applegate
                                 regarding tax provisions for same (0.2);
                                 exchange emails with J. Miller regarding
                                 information for same (0.3); exchange emails

Client No. 34585                                                Page:    9
Debtor USA Commercial Mortgage Co., et al.                      November 30, 2006

|            |          |      |                                                                                                                                                                                                                                                                                                            |
|------------|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |          |      | with S. Smith regarding progress and completion of Disclosure Statement (0.2); telephone conferences with M. Haftl regarding liquidation analysis issues for Disclosure Statement (0.6); prepare exhibits for Disclosure Statement (0.6); oversee filing of Disclosure Statement and Exhibits (0.2).            |
| 09/15/06   | S Strong | .37  | Assist with final preparations of Plan and exhibits for filing (0.8); exchange emails with local counsels office regarding same (0.2); telephone conference with A. Hosey regarding plan and disclosure statement filing (0.1).                                                                                  |
| 09/15/06   | S Strong | .13  | Confer with A. W. Jarvis regarding back-end exclusivity (0.1); review proposed motion to extend same (0.2); email to local counsel regarding filing of same (0.1).                                                                                                                                              |
| 09/15/06   | S Strong | .20  | Confer with A. W. Jarvis and E. A. Monson regarding Plan and Disclosure Statement issues and next steps (.6).                                                                                                                                                                                                   |
| 09/17/06   | A Jarvis | .50  | Correspondence and comments on plan (1/3 time).                                                                                                                                                                                                                                                                |
| 09/17/06   | A Jarvis | .50  | Correspondence on portfolio/IP issues.                                                                                                                                                                                                                                                                         |
| 09/18/06   | P Hunt   | .30  | Read emails from A. W. Jarvis regarding circulating plan and amendments to same (.3); office conference with S. C. Strong regarding changes needed on plan and work plan (.2); review redlined plan for Silverpoint and authorize sending same (.1); compile documents needed to make further changes to plan (.3). |
| 09/18/06   | A Jarvis | .30  | Correspondence on Ashby issues.                                                                                                                                                                                                                                                                                |
| 09/18/06   | E Monson | .10  | Review e-mails from FTDC and UCC regarding bid procedures.                                                                                                                                                                                                                                                     |
| 09/18/06   | S Strong | .23  | Telephone conference with J. Atkinson regarding plan strategies and bid procedures (.7).                                                                                                                                                                                                                       |

```
Client No. 34585                              Page:   10
Debtor USA Commercial Mortgage Co., et al.    November 30, 2006
```

09/18/06 S Strong          .20  Review Plan and Disclosure Statement as filed,
                                and exhibits thereto (0.2); exchange emails
                                with S. Smith regarding same (0.1); confer with
                                E. A. Monson regarding amended exhibit needed
                                to Plan (0.1); exchange emails with A. W.
                                Jarvis and E. A. Monson regarding same (0.2).

09/18/06 S Strong          .10  Review edits to confidentiality agreement
                                proposed by new potential asset acquirer (0.2);
                                exchange emails with J. Reed regarding same
                                (0.1).

09/18/06 S Strong          .37  Exchange emails with E. A. Monson and B. Fasel
                                regarding status of proposed bid procedures
                                (0.1); confer with E. A. Monson regarding
                                development of motion for approval of same
                                (0.1); email to her regarding same (0.1);
                                confer with E. A. Monson regarding issues for
                                motion to approve bid procedures (0.6);
                                telephone conference with A. W. Jarvis and J.
                                McCarroll regarding same (0.2).

   18/06 S Strong         1.17  Confer with P. Hunt regarding status of
                                research regarding LSAs for plan implementation
                                (0.2); confer with A. Tsu regarding same (0.1);
                                research and analysis of legal issues
                                concerning transfer of rights under LSA to
                                asset acquirer under a Plan (3.2).

09/19/06 A Jarvis          .90  Correspondence on Ashby projects, J.
                                Milanowski issues (1/2 time).

09/19/06 E Monson          .10  Review exhibit to Plan and e-mail from Lia
                                Dorsey; send reply.

09/20/06 P Hunt           1.63  Revisions to filed plan (1.0) office conference
                                with A. W. Jarvis regarding plan (.2); further
                                revisions to final plan (3.7).

09/20/06 A Jarvis          .20  Correspondence on Epic

09/21/06 P Hunt           2.20  Read First Trust letter regarding revisions to
                                plan (.3); incorporate same First Trust
                                revisions into plan (.5); further revisions to
                                plan on prepaid interest and compromise
                                sections (4.9); conference with S. C. Strong

Client No. 34585                                           Page:   11
Debtor USA Commercial Mortgage Co., et al.                 November 30, 2006


|            |           |      | regarding prepaid issues to be included in plan (.3); memorandum to A. W. Jarvis regarding revisions to plan (.3); compile documents on revisions to plan (.2) compile comments to plan by Direct Lenders and First Trust Committees (.1). |
| 09/21/06 | A Jarvis | .10 | Conference with P. Hunt regarding plan amendments. |
| 09/21/06 | A Jarvis | .10 | Correspondence regarding plan amendments. |
| 09/21/06 | B Kotter | .23 | Assist in revisions to Bid Procedure drafting and editing (.7). |
| 09/22/06 | P Hunt | 1.73 | Read and analyze First Trust term sheet (.5); incorporate terms into plan (2.1); read E. Karasik's letter (.6); incorporate terms into plan (1.3); read Gordon & Silver's letter (.5); email to A. W. Jarvis regarding revisions to plan and comments of Committee (.2). |
| 22/06 | A Jarvis | .10 | Conference with S. C. Strong and P. Hunt regarding amendments to plan. |
| 09/22/06 | A Jarvis | .10 | Correspondence on Plan. |
| 09/22/06 | S Strong | .27 | Confer with A. W. Jarvis regarding status of Plan revisions (0.2); review email and revised Plan Term Sheet from E. Karasik (0.2); review email and proposed Plan revisions from E. Karasik (0.3); review emails from A. W. Jarvis regarding same (0.1). |
| 09/23/06 | P Hunt | .13 | Initial review of First Trust revisions to plan (.3); email to A. W. Jarvis regarding same (.1). |
| 09/24/06 | A Jarvis | .53 | Review committee term sheet and revise plan. |
| 09/25/06 | P Hunt | 3.43 | Further review of First Trust comments on plan and revise same to incorporate (9.8); conference with A. W. Jarvis regarding plan issues (.5). |
| 09/25/06 | A Jarvis | .13 | Conference with S. C. Strong regarding resolution of certain issues under the plan. |

Client No. 34585                                     Page:   12
Debtor USA Commercial Mortgage Co., et al.           November 30, 2006


09/25/06 A Jarvis        .17  Conference with P. Hunt regarding changes to
                              plan.

09/25/06 A Jarvis        .13  Telephone conference with J. Atkinson regarding
                              plan, disclosure statement.

09/25/06 A Jarvis        .10  Correspondence on plan term sheet.

09/25/06 S Strong        .20  Confer with A. W. Jarvis regarding Plan issues
                              and committees views (0.4); participate in
                              telephone conference with E. Karasik and A. W.
                              Jarvis regarding same (0.2).

09/25/06 S Strong        .20  Telephone conference with J. McCarroll
                              regarding LSAs (0.2); exchange emails with S.
                              Smith regarding same (0.2); telephone
                              conference with S. Smith regarding same (0.1);
                              confer with A. W. Jarvis regarding same (0.1).

09/26/06 P Hunt         2.77  Revise plan, including omitting duplicative,
                              conflicting provisions, revising definitions,
                              reorganizing certain provisions, review for
                              conformity, adding provisions relevant to
                              Capital Realty and payment reserves, omit
                              penalty claim treatment (8.3).

09/26/06 A Jarvis        .33  Telephone conference with T. Allison, J.
                              Atkinson and S. C. Strong regarding Diversified
                              issues, plan amendments, fee issues.

09/26/06 A Jarvis       1.50  Revise plan of reorganization.

09/26/06 A Jarvis        .03  Telephone call to P. Hunt regarding plan
                              revisions.

09/26/06 A Jarvis        .33  Work on disclosure statement.

09/26/06 E Monson        .17  Discussion with P. Hunt regarding proofs of
                              interest and bar date issues in connection with
                              plan and get copies of orders for dates to
                              include in plan.

09/27/06 P Hunt         1.60  Continue to revise plan.

09/28/06 P Hunt         1.03  Make revisions to plan (1.3); review and
                              incorporate A. Tsu's edits and changes (1.8).

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006


09/29/06 A Jarvis        .10  Correspondence with client regarding plan,
                              pre-paid interest issue.

09/29/06 A Jarvis        .10  Correspondence with Silver Point regarding
                              plan.

09/29/06 A Jarvis        .10  Correspondence with Committees regarding
                              revised plan.

09/29/06 S Strong        .20  Telephone conference with A. W. Jarvis
                              regarding bridge order needed for back-end
                              exclusivity (0.1); email to local counsel
                              regarding same (0.2); review draft of proposed
                              stipulated order regarding same (0.2); email to
                              J. McPherson regarding same (0.1).


   TOTAL FOR LEGAL SERVICES RENDERED                        $19,956.41

                                                            --------------

*"Exhibit H-21"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road            November 30, 2006
Las Vegas, NV  89121                               Invoice No. 355076

For Legal Services Rendered Through September 30, 2006

Thomas J. Allison

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|---|---|---|
| 09/18/06 | Copying Expense (outside office) - - Salt Lake Legal | 1013.61 |
| 09/18/06 | Copying Expense (outside office) - - Salt Lake Legal | 124.56 |
| 09/19/06 | Copying Expense (outside office) - - Salt Lake Legal | 176.96 |
| 09/25/06 | Copying Expense (outside office) - - Wells Fargo Remittance Center | 1425.66 |
| 09/01/06 | Air Fare - - American Express | 287.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 50.00 |
| 09/22/06 | Air Fare - - Bankcard Center | 27.00 |
| 09/22/06 | Air Fare - - Bankcard Center | 289.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 289.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 27.00 |
| 09/22/06 | Air Fare - - Bankcard Center | 158.30 |
| 09/22/06 | Air Fare - - Bankcard Center | 158.30 |
| 09/22/06 | Air Fare - - Bankcard Center | 289.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 289.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 289.60 |
| 09/22/06 | Air Fare - - Bankcard Center | 341.38 |
| 09/22/06 | Air Fare - - Bankcard Center | 192.30 |
| 09/22/06 | Air Fare - - Bankcard Center | 194.30 |
| 09/22/06 | Air Fare - - Bankcard Center | 152.30 |
| 09/22/06 | Air Fare - - Bankcard Center | 152.30 |
| 22/06 | Air Fare - - Bankcard Center | 656.30 |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          November 30, 2006
```

```
09/22/06 Air Fare - - Bankcard Center                    27.00
09/22/06 Air Fare - - Bankcard Center                    27.00
09/22/06 Air Fare - - Bankcard Center                   349.61
09/22/06 Air Fare - - Bankcard Center                    25.00
09/22/06 Air Fare - - Bankcard Center                   131.30
09/22/06 Air Fare - - Bankcard Center                  (131.30)
09/22/06 Air Fare - - Bankcard Center                  (131.30)
09/22/06 Air Fare - - Bankcard Center                  (131.30)
09/22/06 Air Fare - - Bankcard Center                  (262.60)
09/22/06 Air Fare - - Bankcard Center                  (152.30)
09/22/06 Air Fare - - Bankcard Center                  (131.30)
09/08/06 Travel Expense - - Allan T. Brinkerhoff         507.21
09/08/06 Travel Expense - - Mark W. Pugsley              381.04
09/30/06 Federal Express Charges                        354.61
09/30/06 Long Distance Telephone Charges               3076.23
09/30/06 Postage                                         65.69
09/30/06 Database Legal Research                        3049.87
09/30/06 Facsimile Expense (Outgoing)                     3.00
09/30/06 Copying Expense                               2618.40
09/30/06 Business Meal(s)                               333.53
09/30/06 Facsimile Long Distance Charges                  1.75
                                                     -----------

   TOTAL COSTS ADVANCED                              $16,597.01
                                                     --------------
```

Client Address:    **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**          Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 09/01/06 | 140586 | $287.60 | 111 | 1 | Air Fare - - American Express | 1843935 |
| rq&n | 09/01/06 | | $0.40 | 064 | 2 | Copying Expense 090106 BRINKERHOFF ALLAN T | 1844119 |
| rq&n | 09/01/06 | | $0.80 | 064 | 4 | Copying Expense 090106 BRINKERHOFF ALLAN T | 1844120 |
| rq&n | 09/01/06 | | $46.00 | 064 | 230 | Copying Expense 090106 MONSON DOUGLAS M | 1844121 |
| rq&n | 09/01/06 | | $0.80 | 064 | 4 | Copying Expense 090106 BROWN PATRICIA | 1844122 |
| rq&n | 09/01/06 | | $0.60 | 064 | 3 | Copying Expense 090106 OKERLUND LORRI | 1844123 |
| rq&n | 09/01/06 | | $0.20 | 064 | 1 | Copying Expense 090106 HANSEN ALISON | 1844124 |
| jarvs | 09/01/06 | | $5.00 | 016 | 1 | Postage | 1846292 |
| tsu | 09/01/06 | | $83.37 | 019 | 1 | Westlaw | 1846824 |
| jarvs | 09/01/06 | | $291.00 | 064 | 1 | Copying Expense | 1847470 |
| jarvs | 09/01/06 | | $0.20 | 064 | 1 | Copying Expense | 1847471 |
| jarvs | 09/01/06 | | $0.80 | 064 | 1 | Copying Expense | 1847472 |
| jarvs | 09/01/06 | | $1.00 | 064 | 1 | Copying Expense | 1847473 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 09/01/06 | | $0.80 | 064 | 1 | Copying Expense | 1847474 |
| rq&n | 09/02/06 | | $4.20 | 064 | 21 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844125 |
| rq&n | 09/02/06 | | $0.40 | 064 | 2 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844126 |
| rq&n | 09/02/06 | | $2.00 | 064 | 10 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844127 |
| rq&n | 09/02/06 | | $8.00 | 064 | 40 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844128 |
| rq&n | 09/02/06 | | $7.00 | 064 | 35 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844129 |
| rq&n | 09/02/06 | | $6.60 | 064 | 33 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844130 |
| rq&n | 09/02/06 | | $0.60 | 064 | 3 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844131 |
| rq&n | 09/02/06 | | $1.20 | 064 | 6 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844132 |
| rq&n | 09/02/06 | | $1.60 | 064 | 8 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844133 |
| rq&n | 09/02/06 | | $0.80 | 064 | 4 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844134 |
| rq&n | 09/02/06 | | $5.00 | 064 | 25 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844135 |
| rq&n | 09/02/06 | | $9.60 | 064 | 48 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844136 |
| rq&n | 09/02/06 | | $2.40 | 064 | 12 | Copying Expense 090206 BRINKERHOFF ALLAN T | 1844137 |
| rq&n | 09/03/06 | | $0.40 | 064 | 2 | Copying Expense 090306 BRINKERHOFF ALLAN T | 1844138 |
| rq&n | 09/03/06 | | $1.60 | 064 | 8 | Copying Expense 090306 BRINKERHOFF ALLAN T | 1844139 |
| rq&n | 09/04/06 | | $2.00 | 064 | 10 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844140 |
| rq&n | 09/04/06 | | $2.80 | 064 | 14 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844141 |
| rq&n | 09/04/06 | | $2.20 | 064 | 11 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844142 |
| rq&n | 09/04/06 | | $0.20 | 064 | 1 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844143 |
| rq&n | 09/04/06 | | $0.40 | 064 | 2 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844144 |
| rq&n | 09/04/06 | | $0.60 | 064 | 3 | Copying Expense 090406 BRINKERHOFF ALLAN T | 1844145 |
| rq&n | 09/05/06 | | $0.38 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:02 420 MONSON DOUGLAS M | 1844411 |
| rq&n | 09/05/06 | | $0.60 | 064 | 3 | Copying Expense 090506 BRINKERHOFF ALLAN T | 1844412 |
| rq&n | 09/05/06 | | $0.60 | 064 | 3 | Copying Expense 090506 BRINKERHOFF ALLAN T | 1844413 |
| rq&n | 09/05/06 | | $0.80 | 064 | 4 | Copying Expense 090506 BRINKERHOFF ALLAN T | 1844414 |
| rq&n | 09/05/06 | | $0.60 | 064 | 3 | Copying Expense 090506 BRINKERHOFF ALLAN T | 1844415 |
| rq&n | 09/05/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9529495931 GLNPRAIR MN 17:11 0 HURST CARRIE | 1844416 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 09/05/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7756749234 RENO, NV NV 17:13 0 HURST CARRIE | 1844417 |
| jarvs | 09/05/06 | | $1.20 | 064 | 1 | Copying Expense | 1847469 |
| jarvs | 09/05/06 | | $119.20 | 064 | 1 | Copying Expense | 1847475 |
| rq&n | 09/06/06 | | $0.50 | 014 | 1 | Long Distance Telephone Charges 7757477926 RENO, NV NV 10:14 600 HURST CARRIE | 1844597 |
| rq&n | 09/06/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7704389307 ATLANTA, GA 12:24 0 HURST CARRIE | 1844598 |
| rq&n | 09/06/06 | | $0.20 | 014 | 1 | Long Distance Telephone Charges 6314862820 W COMMAC NY 12:45 240 HURST CARRIE | 1844599 |
| rq&n | 09/06/06 | | $2.20 | 064 | 11 | Copying Expense 090606 OKERLUND LORRI | 1844600 |
| rq&n | 09/06/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 3124231419 CHICGOZN IL 14:43 0 HURST CARRIE | 1844601 |
| rq&n | 09/06/06 | | $1.00 | 064 | 5 | Copying Expense 090606 BRINKERHOFF ALLAN T | 1844602 |
| rq&n | 09/06/06 | | $12.00 | 064 | 60 | Copying Expense 090606 MONSON DOUGLAS M | 1844603 |
| jarvs | 09/06/06 | | $324.00 | 064 | 1 | Copying Expense | 1847476 |
| jarvs | 09/06/06 | | $207.80 | 064 | 1 | Copying Expense | 1847477 |
| jarvs | 09/06/06 | | $61.34 | 013 | 1 | Federal Express Charges | 1849275 |
| jarvs | 09/06/06 | | $61.34 | 013 | 1 | Federal Express Charges | 1849276 |
| rq&n | 09/07/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9259334244 WALNUT C CA 10:05 60 MONSON DOUGLAS M | 1844743 |
| rq&n | 09/07/06 | | $1.00 | 064 | 5 | Copying Expense 090706 HANSEN ALISON | 1844744 |
| rq&n | 09/07/06 | | $161.40 | 064 | 807 | Copying Expense 090706 OKERLUND LORRI | 1844745 |
| rq&n | 09/07/06 | | $0.60 | 064 | 3 | Copying Expense 090706 HURST CARRIE | 1844746 |
| rq&n | 09/07/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:29 60 MONSON DOUGLAS M | 1844747 |
| rq&n | 09/07/06 | | $1.09 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:31 1320 MONSON DOUGLAS M | 1844748 |
| rq&n | 09/07/06 | | $1.64 | 014 | 1 | Long Distance Telephone Charges 9259334244 WALNUT C CA 16:57 1980 MONSON DOUGLAS M | 1844749 |
| jarvs | 09/07/06 | | $272.80 | 064 | 1 | Copying Expense | 1847478 |
| jarvs | 09/07/06 | | $0.20 | 064 | 1 | Copying Expense | 1847479 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 09/07/06 | | $0.20 | 064 | 1 | Copying Expense | 1847480 |
| jarvs | 09/07/06 | | $7.20 | 064 | 1 | Copying Expense | 1847481 |
| jarvs | 09/08/06 | 140625 | $507.21 | 118 | 1 | Travel Expense -- Allan T. Brinkerhoff | 1844786 |
| jarvs | 09/08/06 | 140625 | $149.31 | 474 | 1 | Business Meal(s) -- Allan T. Brinkerhoff | 1844787 |
| jarvs | 09/08/06 | 140648 | $381.04 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1844811 |
| jarvs | 09/08/06 | 140648 | $184.22 | 474 | 1 | Business Meal(s) -- Mark W. Pugsley | 1844812 |
| rq&n | 09/08/06 | | $2.60 | 064 | 13 | Copying Expense 090806 BROWN PATRICIA | 1845286 |
| rq&n | 09/08/06 | | $0.60 | 064 | 3 | Copying Expense 090806 OKERLUND LORRI | 1845287 |
| rq&n | 09/08/06 | | $11.00 | 064 | 55 | Copying Expense 090806 OKERLUND LORRI | 1845288 |
| rq&n | 09/08/06 | | $0.69 | 014 | 1 | Long Distance Telephone Charges 7753556707 RENO, NV NV 14:15 780 HURST CARRIE | 1845289 |
| rq&n | 09/08/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 8187160111 CANOGAPA CA 14:41 120 HURST CARRIE | 1845290 |
| rq&n | 09/08/06 | | $2.93 | 014 | 1 | Long Distance Telephone Charges 9259334244 WALNUT C CA 15:14 3600 HURST CARRIE | 1845291 |
| rq&n | 09/08/06 | | $0.60 | 064 | 3 | Copying Expense 090806 OKERLUND LORRI | 1845292 |
| clarc | 09/08/06 | | $421.25 | 019 | 1 | Lexis | 1846760 |
| monsn | 09/08/06 | | $19.25 | 019 | 1 | Westlaw | 1846812 |
| jarvs | 09/08/06 | | $273.00 | 064 | 1 | Copying Expense | 1847482 |
| rq&n | 09/11/06 | | $8.40 | 064 | 42 | Copying Expense 091106 OKERLUND LORRI | 1845348 |
| rq&n | 09/11/06 | | $2.40 | 064 | 12 | Copying Expense 091106 HANSEN ALISON | 1845542 |
| rq&n | 09/11/06 | | $0.60 | 064 | 3 | Copying Expense 091106 HANSEN ALISON | 1845543 |
| rq&n | 09/11/06 | | $2.00 | 021 | 4 | Facsimile Expense (Outgoing) 13102293873 GLADE KEVIN G | 1845544 |
| rq&n | 09/11/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 13102293873 GLADE KEVIN G | 1845545 |
| rq&n | 09/11/06 | | $2.40 | 064 | 12 | Copying Expense 091106 HANSEN ALISON | 1845546 |
| rq&n | 09/11/06 | | $17.00 | 064 | 85 | Copying Expense 091106 BROWN PATRICIA | 1845547 |
| rq&n | 09/11/06 | | $1.40 | 064 | 7 | Copying Expense 091106 HURST CARRIE | 1845548 |
| rq&n | 09/11/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 8187160111 CANOGAPA CA 14:32 60 HURST CARRIE | 1845549 |
| rq&n | 09/11/06 | | $1.19 | 014 | 1 | Long Distance Telephone Charges 9287589067 PRESCOTT AZ 14:36 1440 HURST CARRIE | 1845550 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 09/11/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023416743 LAS VEGA NV 15:14 0 HURST CARRIE | 1845551 |
| rq&n | 09/11/06 | | $0.20 | 064 | 1 | Copying Expense 091106 BROWN PATRICIA | 1845552 |
| rq&n | 09/11/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 6506837102 WOODSIDE CA 16:29 60 HURST CARRIE | 1845553 |
| rq&n | 09/11/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 6108270130 CHESTERS PA 16:35 60 HURST CARRIE | 1845554 |
| clarc | 09/11/06 | | $101.38 | 019 | 1 | Westlaw | 1848948 |
| jarvs | 09/11/06 | | $14.24 | 013 | 1 | Federal Express Charges | 1849279 |
| jarvs | 09/11/06 | | $14.24 | 013 | 1 | Federal Express Charges | 1849280 |
| rq&n | 09/12/06 | | $0.80 | 064 | 4 | Copying Expense 091206 OKERLUND LORRI | 1845555 |
| rq&n | 09/12/06 | | $7.60 | 064 | 38 | Copying Expense 091206 OKERLUND LORRI | 1845556 |
| rq&n | 09/12/06 | | $107.80 | 064 | 539 | Copying Expense 091206 OKERLUND LORRI | 1845557 |
| rq&n | 09/12/06 | | $0.54 | 014 | 1 | Long Distance Telephone Charges 6176300010 NEWTON, MA 13:30 660 MONSON DOUGLAS M | 1845684 |
| rq&n | 09/12/06 | | $0.19 | 014 | 1 | Long Distance Telephone Charges 3128324541 CHICGOZN IL 15:04 180 MONSON DOUGLAS M | 1845685 |
| rq&n | 09/12/06 | | $5.20 | 064 | 26 | Copying Expense 091206 HURST CARRIE | 1845686 |
| jarvs | 09/12/06 | | $3.40 | 064 | 1 | Copying Expense | 1847483 |
| jarvs | 09/12/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1849165 |
| jarvs | 09/12/06 | | $56.30 | 013 | 1 | Federal Express Charges | 1849289 |
| jarvs | 09/12/06 | | $0.00 | 079 | 82 | Exhibit Tabs | 1849396 |
| rq&n | 09/13/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 6514068572 EAGAN, M MN 10:16 0 HURST CARRIE | 1845858 |
| rq&n | 09/13/06 | | $0.40 | 064 | 2 | Copying Expense 091306 BROWN PATRICIA | 1845859 |
| rq&n | 09/13/06 | | $23.00 | 064 | 115 | Copying Expense 091306 HANSEN ALISON | 1845860 |
| rq&n | 09/13/06 | | $0.39 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 11:30 420 MONSON DOUGLAS M | 1845861 |
| rq&n | 09/13/06 | | $69.00 | 064 | 345 | Copying Expense 091306 HANSEN ALISON | 1845862 |
| rq&n | 09/13/06 | | $21.60 | 064 | 108 | Copying Expense 091306 EXT 1 | 1845863 |
| rq&n | 09/13/06 | | $92.40 | 064 | 462 | Copying Expense 091306 HURST CARRIE | 1845864 |
| rq&n | 09/13/06 | | $2.00 | 064 | 10 | Copying Expense 091306 CRIST SHANNON | 1845865 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 09/13/06 | | $44.85 | 016 | 1 | Postage | 1846347 |
| jarvs | 09/13/06 | | $3.60 | 064 | 1 | Copying Expense | 1847484 |
| rq&n | 09/14/06 | | $1.80 | 064 | 9 | Copying Expense 091406 OKERLUND LORRI | 1846147 |
| rq&n | 09/14/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 6514068572 EAGAN, M MN 09:33 0 HURST CARRIE | 1846148 |
| rq&n | 09/14/06 | | $17.00 | 064 | 85 | Copying Expense 091406 OKERLUND LORRI | 1846265 |
| rq&n | 09/14/06 | | $0.43 | 014 | 1 | Long Distance Telephone Charges 6514068572 EAGAN, M MN 14:15 480 HURST CARRIE | 1846266 |
| rq&n | 09/14/06 | | $0.19 | 014 | 1 | Long Distance Telephone Charges 7028706060 LAS VEGA NV 17:04 180 HURST CARRIE | 1846267 |
| jarvs | 09/14/06 | | $8.00 | 064 | 1 | Copying Expense | 1847487 |
| monso | 09/14/06 | | $614.86 | 019 | 1 | Westlaw | 1848967 |
| jarvs | 09/14/06 | | $15.21 | 016 | 1 | Postage | 1850174 |
| rq&n | 09/15/06 | | $0.60 | 064 | 3 | Copying Expense 091506 BROWN PATRICIA | 1847689 |
| rq&n | 09/15/06 | | $1.00 | 064 | 5 | Copying Expense 091506 OKERLUND LORRI | 1847690 |
| jarvs | 09/15/06 | | $2.00 | 064 | 1 | Copying Expense | 1849428 |
| jarvs | 09/18/06 | 140756 | $1,013.61 | 065 | 1 | Copying Expense (outside office) -- Salt Lake Legal | 1846543 |
| jarvs | 09/18/06 | 140756 | $124.56 | 065 | 1 | Copying Expense (outside office) -- Salt Lake Legal | 1846546 |
| rq&n | 09/18/06 | | $10.80 | 064 | 54 | Copying Expense 091806 OKERLUND LORRI | 1848169 |
| jarvs | 09/19/06 | 140756 | $176.96 | 065 | 1 | Copying Expense (outside office) -- Salt Lake Legal | 1846764 |
| rq&n | 09/19/06 | | $2.20 | 064 | 11 | Copying Expense 091906 HANSEN ALISON | 1848170 |
| rq&n | 09/19/06 | | $2.40 | 064 | 12 | Copying Expense 091906 OKERLUND LORRI | 1848171 |
| jarvs | 09/19/06 | | $0.63 | 016 | 1 | Postage | 1850196 |
| rq&n | 09/20/06 | | $1.40 | 064 | 7 | Copying Expense 092006 OKERLUND LORRI | 1848172 |
| rq&n | 09/20/06 | | $1.80 | 064 | 9 | Copying Expense 092006 BRINKERHOFF ALLAN T | 1848173 |
| rq&n | 09/20/06 | | $0.58 | 014 | 1 | Long Distance Telephone Charges 6612515181 SNCA SGC CA 11:13 660 HURST CARRIE | 1848174 |
| rq&n | 09/20/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 5206294427 TUCSON, AZ 11:42 120 KOTTER BEN | 1848175 |
| rq&n | 09/20/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:54 60 MONSON DOUGLAS M | 1848176 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 09/20/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7757876279 RENO, NV NV 12:00 0 HURST CARRIE | 1848177 |
| rq&n | 09/20/06 | | $0.20 | 064 | 1 | Copying Expense 092006 BRINKERHOFF ALLAN T | 1848178 |
| rq&n | 09/21/06 | | $0.40 | 064 | 2 | Copying Expense 092106 BRINKERHOFF ALLAN T | 1848473 |
| rq&n | 09/21/06 | | $9.60 | 064 | 48 | Copying Expense 092106 MONSON DOUGLAS M | 1848474 |
| rq&n | 09/21/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8704535517 FLIPPIN, AR 15:31 60 HURST CARRIE | 1848475 |
| rq&n | 09/21/06 | | $0.81 | 014 | 1 | Long Distance Telephone Charges 6506837102 WOODSIDE CA 15:54 960 HURST CARRIE | 1848476 |
| rq&n | 09/21/06 | | $16.40 | 064 | 82 | Copying Expense 092106 HANSEN ALISON | 1848477 |
| rq&n | 09/21/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7023366540 HENDERSO NV 18:25 60 MONSON DOUGLAS M | 1848478 |
| rice | 09/21/06 | | $50.71 | 019 | 1 | Westlaw | 1850485 |
| jarvs | 09/22/06 | 140823 | $50.00 | 111 | 1 | Air Fare -- Bankcard Center | 1847518 |
| jarvs | 09/22/06 | 140823 | $27.00 | 111 | 1 | Air Fare -- Bankcard Center | 1847520 |
| jarvs | 09/22/06 | 140823 | $289.60 | 111 | 1 | Air Fare -- Bankcard Center | 1847521 |
| jarvs | 09/22/06 | 140823 | $289.60 | 111 | 1 | Air Fare -- Bankcard Center | 1847523 |
| jarvs | 09/22/06 | 140823 | $27.00 | 111 | 1 | Air Fare -- Bankcard Center | 1847524 |
| jarvs | 09/22/06 | 140823 | $158.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847527 |
| jarvs | 09/22/06 | 140823 | $158.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847529 |
| jarvs | 09/22/06 | 140823 | $289.60 | 111 | 1 | Air Fare -- Bankcard Center | 1847530 |
| jarvs | 09/22/06 | 140823 | $289.60 | 111 | 1 | Air Fare -- Bankcard Center | 1847531 |
| jarvs | 09/22/06 | 140823 | $289.60 | 111 | 1 | Air Fare -- Bankcard Center | 1847533 |
| jarvs | 09/22/06 | 140823 | $341.38 | 111 | 1 | Air Fare -- Bankcard Center | 1847534 |
| jarvs | 09/22/06 | 140823 | $192.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847536 |
| jarvs | 09/22/06 | 140823 | $194.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847537 |
| jarvs | 09/22/06 | 140823 | $152.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847538 |
| jarvs | 09/22/06 | 140823 | $152.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847539 |
| jarvs | 09/22/06 | 140823 | $656.30 | 111 | 1 | Air Fare -- Bankcard Center | 1847541 |
| jarvs | 09/22/06 | 140823 | $27.00 | 111 | 1 | Air Fare -- Bankcard Center | 1847542 |
| jarvs | 09/22/06 | 140823 | $27.00 | 111 | 1 | Air Fare -- Bankcard Center | 1847545 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 09/22/06 | 140823 | $349.61 | 111 | 1 | Air Fare - - Bankcard Center | 1847546 |
| jarvs | 09/22/06 | 140823 | $25.00 | 111 | 1 | Air Fare - - Bankcard Center | 1847547 |
| jarvs | 09/22/06 | 140823 | $131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847548 |
| jarvs | 09/22/06 | 140823 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847549 |
| jarvs | 09/22/06 | 140823 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847550 |
| jarvs | 09/22/06 | 140823 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847551 |
| jarvs | 09/22/06 | 140823 | -$262.60 | 111 | 1 | Air Fare - - Bankcard Center | 1847552 |
| jarvs | 09/22/06 | 140823 | -$152.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847553 |
| jarvs | 09/22/06 | 140823 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1847554 |
| rq&n | 09/22/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7075681691 SANTA RO CA 10:11 0 HURST CARRIE | 1848651 |
| rq&n | 09/22/06 | | $0.40 | 064 | 2 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848652 |
| rq&n | 09/22/06 | | $78.40 | 064 | 392 | Copying Expense 092206 JARVIS ANNETTE | 1848653 |
| rq&n | 09/22/06 | | $1.00 | 064 | 5 | Copying Expense 092206 OKERLUND LORRI | 1848654 |
| rq&n | 09/22/06 | | $2.40 | 064 | 12 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848655 |
| rq&n | 09/22/06 | | $0.20 | 064 | 1 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848656 |
| rq&n | 09/22/06 | | $3.20 | 064 | 16 | Copying Expense 092206 OKERLUND LORRI | 1848657 |
| rq&n | 09/22/06 | | $0.60 | 064 | 3 | Copying Expense 092206 OKERLUND LORRI | 1848658 |
| rq&n | 09/22/06 | | $0.60 | 064 | 3 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848659 |
| rq&n | 09/22/06 | | $0.20 | 064 | 1 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848660 |
| rq&n | 09/22/06 | | $0.40 | 064 | 2 | Copying Expense 092206 BRINKERHOFF ALLAN T | 1848661 |
| jarvs | 09/22/06 | | $5.60 | 064 | 1 | Copying Expense | 1849431 |
| jarvs | 09/22/06 | | $14.80 | 064 | 1 | Copying Expense | 1849432 |
| jarvs | 09/22/06 | | $23.83 | 013 | 1 | Federal Express Charges | 1854112 |
| rq&n | 09/23/06 | | $0.20 | 064 | 1 | Copying Expense 092306 BRINKERHOFF ALLAN T | 1848697 |
| rq&n | 09/23/06 | | $1.60 | 064 | 8 | Copying Expense 092306 BRINKERHOFF ALLAN T | 1848698 |
| rq&n | 09/23/06 | | $0.40 | 064 | 2 | Copying Expense 092306 BRINKERHOFF ALLAN T | 1848699 |
| rq&n | 09/23/06 | | $0.20 | 064 | 1 | Copying Expense 092306 KOTTER BEN | 1848700 |
| kottr | 09/23/06 | | $132.25 | 019 | 1 | Westlaw | 1850474 |
| jarvs | 09/25/06 | 140824 | $1,425.66 | 065 | 1 | Copying Expense (outside office) - -Wells Fargo Remittance Center | 1848723 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 09/25/06 | | $0.53 | 014 | 1 | Long Distance Telephone Charges 3236637070 LOSANGEL CA 02:39 600 HURST CARRIE | 1848904 |
| rq&n | 09/25/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 03:03 60 MONSON DOUGLAS M | 1848905 |
| rq&n | 09/25/06 | | $1.13 | 014 | 1 | Long Distance Telephone Charges 7137582558 HOUSTON, TX 05:53 1380 MONSON DOUGLAS M | 1848906 |
| rq&n | 09/25/06 | | $0.40 | 064 | 2 | Copying Expense 092506 BRINKERHOFF ALLAN T | 1848907 |
| rq&n | 09/25/06 | | $0.39 | 014 | 1 | Long Distance Telephone Charges 4154561506 SAN RAFA CA 10:24 480 HURST CARRIE | 1848908 |
| rq&n | 09/25/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7137582558 HOUSTON, TX 11:47 60 MONSON DOUGLAS M | 1848909 |
| rq&n | 09/25/06 | | $0.20 | 064 | 1 | Copying Expense 092506 BRINKERHOFF ALLAN T | 1848910 |
| rq&n | 09/25/06 | | $26.00 | 064 | 130 | Copying Expense 092506 KOTTER BEN | 1848911 |
| rq&n | 09/25/06 | | $0.40 | 064 | 2 | Copying Expense 092506 BRINKERHOFF ALLAN T | 1848912 |
| rq&n | 09/25/06 | | $14.60 | 064 | 73 | Copying Expense 092506 KOTTER BEN | 1848913 |
| rq&n | 09/25/06 | | $0.20 | 064 | 1 | Copying Expense 092506 BROWN PATRICIA | 1848914 |
| rq&n | 09/25/06 | | $3.00 | 064 | 15 | Copying Expense 092506 HANSEN ALISON | 1848915 |
| rq&n | 09/25/06 | | $0.80 | 064 | 4 | Copying Expense 092506 BRINKERHOFF ALLAN T | 1848916 |
| rq&n | 09/25/06 | | $1.20 | 064 | 6 | Copying Expense 092506 BRINKERHOFF ALLAN T | 1848917 |
| rq&n | 09/25/06 | | $0.20 | 064 | 1 | Copying Expense 092506 HANSEN ALISON | 1848918 |
| rq&n | 09/25/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 1559435150 0 GLADE KEVIN G | 1848919 |
| rq&n | 09/25/06 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 15594351500 GLADE KEVIN G | 1848920 |
| jarvs | 09/25/06 | | $62.00 | 064 | 1 | Copying Expense | 1849435 |
| jarvs | 09/25/06 | | $23.83 | 013 | 1 | Federal Express Charges | 1851088 |
| jarvs | 09/25/06 | | $28.95 | 013 | 1 | Federal Express Charges | 1854105 |
| jarvs | 09/25/06 | | $56.30 | 013 | 1 | Federal Express Charges | 1854106 |
| rq&n | 09/26/06 | | $0.40 | 064 | 2 | Copying Expense 092606 BRINKERHOFF ALLAN T | 1849109 |
| rq&n | 09/26/06 | | $0.20 | 064 | 1 | Copying Expense 092606 BRINKERHOFF ALLAN T | 1849110 |
| rq&n | 09/26/06 | | $2.00 | 064 | 10 | Copying Expense 092606 BRINKERHOFF ALLAN T | 1849111 |
| rq&n | 09/26/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:13 60 MONSON DOUGLAS M | 1849112 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 09/26/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:16 60 MONSON DOUGLAS M | 1849113 |
| rq&n | 09/26/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7023536540 HENDERSO NV 11:18 120 MONSON DOUGLAS M | 1849114 |
| rq&n | 09/26/06 | | $0.20 | 064 | 1 | Copying Expense 092606 BRINKERHOFF ALLAN T | 1849115 |
| blue | 09/26/06 | | $227.62 | 019 | 1 | Westlaw | 1850500 |
| fsu | 09/26/06 | | $669.09 | 019 | 1 | Westlaw | 1850528 |
| jarvs | 09/27/06 | 140856 | $132.76 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849183 |
| jarvs | 09/27/06 | 140856 | $482.71 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849185 |
| jarvs | 09/27/06 | 140856 | $599.96 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849186 |
| jarvs | 09/27/06 | 140856 | $490.91 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849187 |
| jarvs | 09/27/06 | 140856 | $88.06 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849188 |
| jarvs | 09/27/06 | 140856 | $422.92 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849189 |
| jarvs | 09/27/06 | 140856 | $235.43 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849190 |
| jarvs | 09/27/06 | 140856 | $353.12 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849192 |
| jarvs | 09/27/06 | 140856 | $254.59 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1849195 |
| rq&n | 09/27/06 | | $1.20 | 064 | 6 | Copying Expense 092706 BROWN PATRICIA | 1849590 |
| rq&n | 09/27/06 | | $0.80 | 064 | 4 | Copying Expense 092706 OKERLUND LORRI | 1849591 |
| rq&n | 09/27/06 | | $1.60 | 064 | 8 | Copying Expense 092706 BINGHAM KAREN | 1849592 |
| rq&n | 09/27/06 | | $1.20 | 064 | 6 | Copying Expense 092706 BRINKERHOFF ALLAN T | 1849593 |
| rq&n | 09/27/06 | | $0.80 | 064 | 4 | Copying Expense 092706 BRINKERHOFF ALLAN T | 1849594 |
| rq&n | 09/27/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 6176300010 NEWTON, MA 15:45 60 MONSON DOUGLAS M | 1849595 |
| rq&n | 09/27/06 | | $32.00 | 064 | 160 | Copying Expense 092706 KOTTER BEN | 1849596 |
| rq&n | 09/27/06 | | $45.60 | 064 | 228 | Copying Expense 092706 KOTTER BEN | 1849597 |
| jarvs | 09/27/06 | | $4.80 | 064 | 1 | Copying Expense | 1850546 |
| rq&n | 09/28/06 | | $0.40 | 064 | 2 | Copying Expense 092806 BRINKERHOFF ALLAN T | 1849758 |
| rq&n | 09/28/06 | | $5.60 | 064 | 28 | Copying Expense 092806 BROWN PATRICIA | 1849759 |
| rq&n | 09/28/06 | | $0.80 | 064 | 4 | Copying Expense 092806 BRINKERHOFF ALLAN T | 1849760 |
| jarvs | 09/28/06 | | $11.60 | 064 | 1 | Copying Expense | 1850547 |
| jarvs | 09/28/06 | | $34.80 | 064 | 1 | Copying Expense | 1850548 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| jarvs | 09/29/06 | 140875 | $0.00 | 474 | 1 | Business Meal(s) - - Patricia Brown | 1849788 |
| rq&n | 09/29/06 | | $0.20 | 064 | 1 | Copying Expense 092906 BRINKERHOFF ALLAN T | 1849971 |
| rq&n | 09/29/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 6176300010 NEWTON, MA 12:45 300 MONSON DOUGLAS M | 1849972 |
| rq&n | 09/29/06 | | $2.20 | 064 | 11 | Copying Expense 092906 OKERLUND LORRI | 1849973 |
| rq&n | 09/29/06 | | $0.40 | 064 | 2 | Copying Expense 092906 BROWN PATRICIA | 1849974 |
| rq&n | 09/29/06 | | $0.20 | 064 | 1 | Copying Expense 092906 BROWN PATRICIA | 1849975 |
| monso | 09/29/06 | | $730.09 | 019 | 1 | Westlaw | 1850521 |
| jarvs | 09/29/06 | | $4.00 | 064 | 1 | Copying Expense | 1850549 |
| jarvs | 09/29/06 | | $14.24 | 013 | 1 | Federal Express Charges | 1854111 |
| COST TOTAL | | | $16,597.01 | | | | |