*"Exhibit I-1"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

January 19, 2007
Invoice No. 357307

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 10/02/06 | B Kotter | .80 | Phone call with R. Charles regarding rejection of computer leases and preservation of material/information (.2); analyze issues raised by UCC (.6). |
| 10/02/06 | E Monson | .30 | Review e-mail from B. Barry (.1); draft and send e-mail to R. Walker regarding reviewing motion relating to B. Barry investment proceeds (.2). |
| 10/02/06 | E Monson | .20 | Discussion with D. Griffith regarding Royal Hotel database. |
| 10/02/06 | S Strong | .40 | Work on administrative expense allocations to the five estates (0.4). |
| 10/02/06 | S Strong | 2.40 | Research and analysis of intercompany claim issues (2.4). |
| 10/02/06 | C Hurst | 3.20 | Receipt and respond to calls from investors regarding 9/28 hearing and proof of claims (1.1); download updated docket and update tickler calendars (2.1). |
| 10/02/06 | L Okerlund | 2.70 | Prepare and claims binders. |

Client No. 34585                                    Page:     2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/03/06 A Jarvis        .50 Conference with S. C. Strong regarding new
                             bid, motions to be filed this week, loan
                             issues.

10/03/06 B Kotter        .20 Respond to e-mail from E. A. Monson regarding
                             OCR and document imaging expenses.

10/03/06 E Monson        .20 Review e-mail from Tawney and signed
                             acknowledgements from J. Chubb involving
                             Bauschers, J. Carter and S. Lowman in
                             connection with request for Hilco appraisals.

10/03/06 S Strong        .70 Review further research from S. A. Cummings
                             regarding intercompany claim issues (0.2);
                             further research and analysis of intercompany
                             claim issues (0.5).

10/03/06 S Strong        .20 Review and comment on draft of ordinary course
                             professionals order (0.2).

10/03/06 C Hurst        2.60 Receipt, respond to several calls from
                             investors regarding claim forms and requests
                             for Disclosure Statement and Motion for Auction
                             Sale (2.1); communicate with BMC regarding
                             posting of key documents (.5).

10/04/06 A Jarvis        .40 Analyze IP document issues.

10/04/06 A Jarvis        .40 Work on Diversified asset bid, loan issues,
                             court hearing matters.

10/04/06 A Jarvis        .50 Prepare for hearing.

10/04/06 A Jarvis        .80 Correspondence on IP documents.

10/04/06 E Monson       3.30 Research standards for extending bar date
                             under Rules 3003 and 9006 of the Bankruptcy
                             Rules and review cases.

10/04/06 S Strong        .50 Analyze debtors' liability insurance (0.5).

10/04/06 S Strong        .90 Further analysis of issues concerning
                             intercompany claims (0.7) and motion needed to
                             extend bar date for intercompany claims (0.2).

10/04/06 B Wride         .40 Analyze D&O Insurance coverage.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/04/06 | C Hurst | 2.40 | Research information for questions from investors (1.4) and receipt, respond to phone calls from multiple investors regarding Proof of Interest forms; Standard Property litigation status (answer date); parties with leases rejected at 9/28 hearing and requests for Disclosure Statement (1.0). |
| 10/04/06 | C Hurst | 2.50 | Update docket and internal tickler calendar (1.9); create spreadsheet for BMC to update USA Capital website with upcoming hearing information (.6). |
| 10/04/06 | L Okerlund | 3.20 | Prepare claims and hearing binders. |
| 10/05/06 | A Jarvis | 1.50 | Conference call with Mesirow, RQN, S&M teams regarding claims bar date issues, IP documents and collection issues. |
| 10/05/06 | A Jarvis | .10 | Correspondence with R. Charles regarding privacy issues. |
| 10/05/06 | A Jarvis | .20 | Correspondence on budget, cash use motion. |
| 10/05/06 | C Hurst | .90 | Locate and deliver Motion for Use of Cash through 10/29 to S. C. Strong with all responses and objections thereto (.2); call from investor regarding mailing list change (.1); update dockets and tickler calendar (.6). |
| 10/06/06 | A Jarvis | .10 | Correspondence regarding investor inquiry. |
| 10/06/06 | C Hurst | .30 | Receipt, respond to calls from investors (.3). |
| 10/06/06 | L Okerlund | 5.20 | Prepare hearing and claims' binders. |
| 10/07/06 | A Jarvis | 1.00 | Correspondence with client regarding meeting with committees, budget, use of funds. |
| 10/09/06 | A Jarvis | .30 | Correspondence regarding agenda for conference call with client, committees. |
| 10/09/06 | A Jarvis | .30 | Second conference call with T. Allison, Mesirow and RQN teams regarding APA, plan, fee, IP issues. |

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

10/09/06 A Jarvis        .20 Correspondence on subpoena served on behalf
                             of investors.

10/09/06 B Kotter        .70 Review of docket for proposed orders and entry
                             (.6); e-mail to A. W. Jarvis and D. M. Monson
                             requested documents (.1).

10/09/06 E Monson        .20 Review subpoena from L. Davis regarding
                             document request.

10/09/06 E Monson        .50 Discussion with D. Griffith regarding issues
                             involving Royal Hotel database.

10/09/06 E Monson       2.00 Participate in conference call with client to
                             discuss IP issues and Royal Hotel.

10/09/06 E Monson       1.30 Outline possible resolution to issues
                             involving turnover of database on the Royal
                             Hotel.

10/09/06 E Monson        .10 Draft e-mail to D. Griffith involving Royal
                             Hotel database.

10/09/06 E Monson        .20 Work on drafting order on pension motion and
                             following up on finalizing order on ordinary
                             course.

10/09/06 E Monson        .20 Review e-mails involving motion on Bundy
                             Canyon and B. Barry investment proceeds.

10/09/06 S Strong        .70 Review e-mail from investor B. Susskind
                             requesting information (0.1); conference with
                             C. Hurst regarding same (0.2); telephone call
                             with B. Susskind regarding proof of claim
                             issues (0.3); exchange e-mails with B.
                             Susskind regarding same (0.1).

10/09/06 S Strong        .10 Follow-up on status of proposed orders on prior
                             motions.

10/09/06 C Hurst        1.20 Receipt, respond to calls from investors
                             (.4); review schedules for Susskind; scan and
                             e-mail pursuant to investor request (.5);
                             review updated docket (.3).

10/10/06 A Jarvis        .40 Telephone conference with J. Atkinson
                             regarding budget, administrative expenses,
                             plan, APA.

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007

| | | |
|---|---|---|
| 10/10/06 A Jarvis | .30 | Correspondence on budget. |
| 10/10/06 A Jarvis | .30 | Work on bid procedures, IP issues, trust issues. |
| 10/10/06 B Kotter | .30 | Review of USA master calendar. |
| 10/10/06 S Strong | .20 | Follow-up on order regarding ordinary course professionals (0.1); review e-mail from local counsel regarding same (0.1). |
| 10/10/06 C Hurst | .90 | Receipt of e-mail from investor regarding unremitted principal and review schedules and reply (.5); research organization information regarding Royal Landholdings, LLC and forward to E. A. Monson (.3); call from rejected lease holder (.1). |
| 10/10/06 C Hurst | 2.60 | Update docket, tickler calendar and scheduling chart for USA website (2.4); forward tickler calendar and scheduling chart to appropriate parties (.2). |
| 10/10/06 L Okerlund | 2.70 | Prepare hearing binders. |
| 10/11/06 B Kotter | .60 | Analysis and budget proposal of ongoing professional fees. |
| 10/11/06 E Monson | .10 | Review calendar of upcoming events and deadlines. |
| 10/11/06 S Strong | 1.10 | Review and compare early drafts of proposed order regarding Ordinary Course Professionals (0.2); revise and prepare detailed proposed order regarding Ordinary Course Professionals (0.8); circulate draft with comments to Mesirow team, local counsel, and A. Jarvis for review (0.1). |

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/11/06 C Hurst          2.50 UCC Search for Financing Statement of Salvatore
                               Real Trust v. USA Investors on 9/26/06 -
                               California, locate, download and forward (1.0);
                               receipt, respond to calls from investors (.5);
                               follow-up letter to investor, Cameron (.3);
                               work on motions scheduled for hearing on 10/19
                               (.2); message from Ikon Leasing - locate and
                               review Proof of Claim, return call; draft
                               e-mail to Mesirow regarding further research on
                               same (.5).

10/11/06 L Okerlund       5.70 Prepare hearing binders for 10/19/06 hearings.

10/12/06 S Call           1.50 Analyze issues pertaining federal
                               receiverships.

10/12/06 E Monson          .30 Assemble materials for Hilco appraisal requests
                               and review additional request for Hilco
                               appraisals from L. Davis.

10/12/06 S Strong          .30 Exchange e-mails with J. Atkinson regarding
                               ordinary course professionals order (0.2);
                               e-mail to local counsel regarding final
                               approval for same (0.1).

10/12/06 C Hurst           .20 Telephone call with IKON Financial regarding
                               rejection of lease, proof of claim, and
                               recovering further equipment.

10/13/06 E Monson          .10 Review e-mail from A. Landis regarding e-mail
                               from P. Ridger.

10/14/06 A Jarvis          .50 Correspondence on IP issues.

10/15/06 A Jarvis          .20 Telephone conference with T. Allison
                               regarding IP assets.

10/15/06 A Jarvis          .30 Correspondence on IP issues.

10/15/06 A Jarvis          .40 Draft memo to working group regarding
                               assignments and agenda for upcoming week.

10/15/06 E Monson          .30 Review e-mail from A. W. Jarvis regarding
                               items to be accomplished in upcoming week.

10/16/06 A Jarvis          .30 Review direct lender letter and
                               correspondence regarding same.

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


| | | | |
|---|---|---|---|
| 10/16/06 | C Hurst | 4.30 | Pull and index case cites from Motions and Briefs scheduled for 10/19 to assist with completing 10/19 hearing binders. |
| 10/16/06 | L Okerlund | 2.50 | Prepare hearing binders. |
| 10/17/06 | S Call | .30 | Continued analysis of issues pertaining to federal receiverships and matters pertaining to preferences and fraudulent transfers. |
| 10/17/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding meeting with J. Milanowski, IP issues, meeting with SEC. |
| 10/17/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding loan collection issues, IP issues. |
| 10/17/06 | A Jarvis | .20 | Correspondence on IP documents. |
| 10/17/06 | B Kotter | .60 | Revise hearing binder with case authority in advance of hearing. |
| 10/17/06 | C Hurst | 1.00 | Respond to calls from investors; forward Proof of Interest form to Diversified Fund Investor (.5); research/attempt to obtain UCC financing statement from Nevada Secretary of State (.5). |
| 10/17/06 | L Okerlund | 2.10 | Prepare hearing binders; prepare claims binders. |
| 10/18/06 | B Kotter | .60 | Assist in preparation for omnibus hearing in Las Vegas. |
| 10/18/06 | E Monson | .30 | Work on obtaining corporation information on USA Commercial Real Estate Group. |
| 10/18/06 | E Monson | .10 | Draft e-mail to S. Smith regarding getting investor statement for USA Commercial Real Estate group. |
| 10/18/06 | E Monson | .20 | Review distribution order. |
| 10/18/06 | E Monson | .10 | Draft e-mail to L. Schwartzer and J. McPherson regarding objection to motion to distribute funds. |

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/18/06 E Monson          .10 Draft e-mail to R. Walker regarding Bob Berry
                               motion.

10/18/06 S Strong          .70 Review matters set for hearing tomorrow (0.7).

10/18/06 C Hurst          3.00 Download updated docket and pleadings filed
                               10/18 for hearing on 10/19 to review all with
                               S. C. Strong in preparation (1.0); closely
                               review pleadings; update tickler calendar
                               (2.0).

10/18/06 L Okerlund       5.10 Organize and manage documents for use in case.

10/19/06 B Kotter          .20 Review response deadline calendar.

10/19/06 R Madsen, II      .30 Continued work on litigation schedules.

10/19/06 E Monson         1.60 Work on opposition to motion to enforce
                               distribution offer and circulate draft to
                               client and local counsel.

10/19/06 E Monson          .40 Revise opposition to motion to enforce and send
                               to L. Schwartzer and J. McPherson for filing.

10/19/06 E Monson          .20 Discussion with B. Berry regarding motion
                               relating to proceeds on Bundy Canyon.

10/19/06 E Monson          .20 Review calendar from C. Hurst regarding
                               upcoming deadlines and pleadings to be filed.

10/20/06 A Jarvis          .20 Correspondence on budget.

10/20/06 A Jarvis          .30 Work on preparation of budget, issues raised by
                               budget.

10/20/06 B Kotter          .30 E-mail exchange with S. C. Strong regarding
                               hearing issues.

10/20/06 L Okerlund       6.00 Prepare pleadings and claims binders.

10/23/06 A Jarvis          .40 Correspondence on IP documents.

10/23/06 C Hurst          2.20 Respond to investor calls, e-mail inquiries
                               (.3); complete draft of Master Service List
                               #5; forward to Schwartzer & McPherson (.9);
                               pull/download supplemental responses to
                               auction and retention motions for 10/25
                               hearing binders (1.0).

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/24/06 | S Cummings | 1.00 | Processing of Hilco appraisal requests for L. Davis. |
| 10/24/06 | E Monson | .10 | Review response of FTDF to Cash Motion. |
| 10/24/06 | E Monson | .50 | Follow up on requests for Hilco appraisals and most recent request from L. Davis and forward him information needed to handle the results. |
| 10/24/06 | E Monson | .20 | Review e-mails from B. Barry and work on Motion on Escrowed Funds from B. Barry and others. |
| 10/24/06 | E Monson | .10 | Review e-mail from J. Chubb regarding information on Najave Canyon. |
| 10/24/06 | C Hurst | .40 | Lengthy conversation with investor Rosalie Morgan. |
| 10/24/06 | L Okerlund | 6.00 | Prepare pleadings and hearing binders. |
| 10/25/06 | S Cummings | .30 | Continued processing of appraisal requests for L. Daves. |
| 10/25/06 | B Kotter | .30 | Respond to e-mail from J. Reed regarding Houston matters. |
| 10/25/06 | C Hurst | 4.30 | Receive, respond to calls from investors (review Chapter 11 schedules and respond) (.6); update docket binder to update tickler calendar and distribute to attorneys with critical response/reply dates (3.7). |
| 10/26/06 | A Jarvis | .20 | Work on issues regarding motion UST's to convert. |
| 10/26/06 | A Jarvis | .45 | Conference call with Diversified Committee and UCC regarding IP issues (.9). |
| 10/26/06 | B Kotter | 5.50 | Draft reply brief in support of Motion to exclude debtors from filing inter-company claims by Bar Date or extending Bar Date (5.5). |
| 10/26/06 | E Monson | .60 | Follow-up on hearing matter and pleadings that need to be filed and other actions to be accomplished (.6). |

Client No. 34585                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007

| | | | |
|---|---|---|---|
| 10/26/06 | E Monson | 3.50 | Review draft of reply to cross motion prepared by A. Tsu and make revisions thereto and review of objection to cross motion and original motion (3.5). |
| 10/26/06 | E Monson | .60 | Work on intercompany claims issues (.6). |
| 10/26/06 | E Monson | .10 | Review UCC's joinder in opposition to motion to distribute facts filed by USA Capital Realty (.1). |
| 10/26/06 | E Monson | .20 | Review emails on management fees (.2). |
| 10/26/06 | E Monson | .20 | Analyze assignment protocol issues for Maggie Stone (.2). |
| 10/26/06 | S Strong | 1.10 | Exchange emails with A. Tsu regarding Reply needed on cash usage motion (0.2); review issues raised regarding management fees (0.6); exchange emails with S. Smith and J. Atkinson regarding same (0.3). |
| 10/26/06 | S Strong | .30 | Telephone call with J. McPherson regarding tomorrows filings and coordination of other case administration issues (.3). |
| 10/26/06 | C Hurst | 2.10 | Respond to investor calls (.9); communicate with USA regarding website updates (.3); receipt, review of incoming pleadings and research regarding U.S. Trustee motion and McKnight joinder to U.S. Trustee's motion to convert (.9). |
| 10/26/06 | L Okerlund | 4.20 | Prepare pleadings and hearing binders. |
| 10/27/06 | E Monson | .50 | Work on reply in support of cash usage motion. |
| 10/27/06 | E Monson | .20 | Review and reply to e-mails from Bob Barry. |
| 10/27/06 | S Strong | .80 | Review and edit draft of Reply regarding cash usage (0.6); review final draft and transmit with instructions to local counsel for filing (0.2). |

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/27/06 | C Hurst | 4.10 | Receipt, respond to investor calls (.4); monitor docket for filings for 10/30 hearing; update hearing binder (1.4); identify, pull case cites in motion and briefs relating to U.S. Trustee conversion motion, index same (2.3). |
| 10/27/06 | L Okerlund | .50 | Prepare hearing binders. |
| 10/29/06 | E Monson | .30 | Review e-mails from L. Schwartzer and S. C. Strong regarding motion to use cash and response to FTDF agreement regarding management fee. |
| 10/30/06 | E Monson | .50 | Follow-up on hearing and motion to convert issues. |
| 10/30/06 | S Strong | .30 | Telephone conference with E. A. Monson regarding court rulings and results of todays hearings and action items (.3). |
| 10/30/06 | C Hurst | 2.00 | Review, update docket binder (.8); return calls to investors (lengthy call with Carol Marini - California) (1.2). |
| 10/30/06 | L Okerlund | 5.30 | Organize documents in advance of hearing and case needs. |
| 10/31/06 | E Monson | .20 | Discussion with J. McPherson regarding motion involving Bob Berry funds and her conversation with Jeff Sylvester (.2); work on real property issues in Bob Berry motion (.3). |
| 10/31/06 | E Monson | .20 | Review email from S. Smith regarding investor statements on USA Commercial Real Estate Group and review statements and send reply to Susan. (.2) |
| 10/31/06 | E Monson | .50 | Follow-up on order on information and review and discuss with J. Jarvis and J. Atkinson (.5). |
| 10/31/06 | E Monson | .10 | Draft email to S. Smith regarding distribution order on bank website (.1). |

Client No. 34585                                      Page:   12
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


10/31/06 E Monson        1.10  Respond to M. Olsen email regarding Hilco
                               appraisal (.3); send email to B. Higgins and G.
                               Gassen regarding DL confidentiality agreement
                               (.2); review multiple emails from M. Olsen, A.
                               Jarvis, and T. Allison regarding issues on
                               Hilco appraisals (.4); analyze issues raised in
                               emails from client (.2).

10/31/06 C Hurst          .40  Review docket for Minute Entry of 10/30
                               hearings; correspond with USA media contact
                               regarding posting of "Motion to Convert"
                               Ruling.

10/31/06 L Okerlund      4.70  Review and organize documents for use at
                               hearings.


TOTAL FOR LEGAL SERVICES RENDERED                        $26,311.75

*"Exhibit I-2"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357308


For Legal Services Rendered Through October 31, 2006


Matter No. 34585-00002

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 10/02/06 S Strong | .80 | Telephone conference with J. Hermann and R. Charles regarding pending sale of Royal Hotel and potential proceeds for debtors estates (0.3); review email from J. Hermann with title commitment regarding Royal Hotel (0.3); email to T. Allison and A. W. Jarvis regarding same (0.2). |
| 10/02/06 S Tingey | .30 | Analyze Royal Hotel issue (0.3). |
| 10/02/06 E Toscano | .10 | Followup with Stewart Title on the preliminary report for USA Investors VI, LLC. |
| 10/03/06 S Strong | .90 | Review issues regarding pending sale of Royal Hotel (0.1); review email from J. Hermann regarding draft closing statement for Royal (0.1); analysis of Royal draft closing statement (0.3); telephone conference with J. Atkinson regarding same (0.4). |
| 10/04/06 S Strong | .30 | Review and analysis of security agreements for 10-90, Inc. loan and IP pledge (.3). |
| 10/04/06 S Tingey | 1.80 | Communicate with A. Stevens regarding Flatley settlement issues (0.2); analyze issues raised by assignment of interests by direct lender (1.6). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/04/06 E Toscano | .60 | Telephone calls and emails with Felicia Markham at Stewart Title regarding obtaining a preliminary report for USA Investors IV, LLC property (.2); draft email to S. C. Tingey regarding same (.1); emails with Felicia Markham at Stewart Title regarding our request (.3). |
| 10/05/06 S Strong | .20 | Work on additional research on IP recovery issues. |
| 10/05/06 S Strong | 1.50 | Participate in conference call with T. Allison, J. Atkinson, S. Smith, and E. A. Monson regarding proposed Royal payoff issues and related issues regarding potential recoveries from IP. |
| 10/05/06 S Tingey | .80 | Review letter from Hines regarding Shamrock Towers (0.3); memo to M. Olson regarding same (0.3); communicate with A. Stevens regarding Flatley settlement issues (0.2). |
| 10/06/06 A Jarvis | .60 | Telephone conference with R. Walker regarding IP negotiations for recovery of value for estate. |
| 10/09/06 A Jarvis | .40 | Telephone conference with R. Walker regarding IP issues, Ashby/Roripaugh Ranch issues. |
| 10/09/06 A Jarvis | .40 | Telephone conference with M. Levinson and R. Walker regarding IP issues, Ashby/Roripaugh Ranch issues. |
| 10/09/06 A Jarvis | .40 | Telephone conference with J. Atkinson and M. Levinson regarding IP issues. |
| 10/09/06 A Jarvis | 2.00 | Conference call with Mesirow team regarding IP issues, new information, course of action to recover value from IP. |
| 10/09/06 S Strong | .40 | Participate in telephone call with T. Allison, B. Fasel, J. Atkinson, S. Smith, M. Pugsley and A. W. Jarvis regarding current strategies for collecting debts to estates owed by IP, and related SEC investigation. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    3
January 19, 2007

| | | | |
|---|---|---|---|
| 10/09/06 | S Tingey | 1.80 | Review correspondence from borrower regarding University Estates and analyze claims made by borrower (0.8); telephone conference with J. Bass at Stewart Title regarding Meadow Creek Partners (0.3); review Meadow Creek Partners pay-off issues (0.7). |
| 10/10/06 | A Jarvis | .70 | Analyze IP and investors issues. |
| 10/10/06 | A Jarvis | .30 | Telephone conference with J. Atkinson regarding IP issues. |
| 10/10/06 | A Jarvis | .40 | Correspondence on IP issues. |
| 10/10/06 | A Jarvis | .50 | Telephone conference with T. Allison regarding IP issues, conference calls with committees, possible courses of action. |
| 10/10/06 | A Jarvis | .20 | Correspondence on IP issues. |
| 10/10/06 | E Monson | 2.30 | Work on proposal relating to proceeds from sale of Royal Hotel (.5); review e-mails from K. G. Glade and A. W. Jarvis regarding Royal Hotel and send reply to K. G. Glade (.4); review settlement statement (.4); discussion with D. Griffith regarding Royal Hotel and issues related thereto (.5); discussion with A. W. Jarvis, A. T. Brinkerhoff and Mesirow team regarding Royal Hotel and IP issues (.5). |
| 10/10/06 | E Monson | 3.70 | Meetings with J. Atkinson, L. Bauck, P. Chang, L. Meiss, S. Smith and A. T. Brinkerhoff regarding IP issues. |
| 10/10/06 | S Strong | 1.40 | Telephone call with J. Atkinson regarding Royal Hotel issues (0.3); further analysis of proposed closing statement and entities listed as proposed recipients of payoff proceeds (1.1). |
| 10/10/06 | S Tingey | 1.90 | Review title report on Hotel Zosa (0.5); telephone conference with A. Stevens and M. Haftl regarding University Estates (0.3); draft letter to University Estates (0.9); review Meadow Creek partner issues raised by title company (0.2). |

Client No. 34585                                    Page:     4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/10/06 | E Toscano | .20 | Follow-up with emails and telephone calls on preliminary report for USA Capital investors, VI, LLC; update file. |
| 10/11/06 | A Jarvis | .30 | Conference with E. A. Monson, S. C. Strong and A. T. Brinkerhoff regarding IP issues, recovery of assets from IP. |
| 10/11/06 | A Jarvis | .60 | Telephone conference with J. Atkinson, E. A. Monson, S. C. Strong and A. T. Brinkerhoff regarding IP issues, recovery of assets from IP. |
| 10/11/06 | A Jarvis | .50 | Conference with E. A. Monson, S. C. Strong and A. T. Brinkerhoff regarding proposed courses of action against IP. |
| 10/11/06 | A Jarvis | .50 | Correspondence on IP issues. |
| 10/11/06 | A Jarvis | .80 | Analyze IP issues, drafting pleadings. |
| 10/11/06 | A Jarvis | .70 | Review and gather documents regarding IP issues. |
| 10/11/06 | E Monson | .40 | Review corporate information on Royal Land Holdings, Inc. (.2); review information on HMA Sales (.2). |
| 10/11/06 | E Monson | .40 | Send e-mail to C. Hurst regarding request for recently filed UCC on Hotel Zosa (.1); review UCC-1 on Hotel Zosa (.3). |
| 10/11/06 | E Monson | 1.60 | Evaluate IP issues. |
| 10/11/06 | E Monson | .60 | Conference with J. Atkinson, S. C. Strong and A. W. Jarvis regarding IP issues. |
| 10/11/06 | E Monson | .70 | Research regarding federal remedies. |
| 10/11/06 | E Monson | 2.00 | Conference with counsel for Diversified Committee and Unsecured Creditors Committee regarding IP issues. |
| 10/11/06 | E Monson | .30 | Additional conference with Mesirow from prior to call with Diversified and Unsecured Committees. |

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

10/11/06 E Monson        .50 Review of documents showing funds going from
                             Diversified Fund to various IP committees.

10/11/06 S Strong        .30 Evaluate lien placed on IP property (Hotel
                             Zosa) (0.1); review revised proposed stipulated
                             order regarding IP documents (0.2).

10/11/06 S Strong       1.60 Telephone call with J. Atkinson regarding IP
                             recovery issues (0.3); confer with A.
                             Brinkerhoff, A. Jarvis and E. Monson regarding
                             same (0.3); telephone call with J. Atkinson and
                             RQN team regarding current issues in dealing
                             with IP and its debts owed to debtors (0.6);
                             further analysis of issues regarding same
                             (0.4).

10/11/06 S Strong       1.40 Participate in telephone call with T. Allison,
                             J. Atkinson, A. Jarvis, E. Monson and A.
                             Brinkerhoff regarding Royal and Marquis pending
                             sales and potential recoveries for USACM and
                             Diversified (0.3); participate in telephone
                             call with professionals of UCC, DTDC, and
                             debtors regarding same (1.1).

10/11/06 S Strong        .20 Telephone call with S. Smith regarding debts
                             owed by IP.

10/11/06 S Tingey       1.70 Revise letter to University Estates (0.7);
                             communication with USA regarding same (0.2);
                             review issues raised by title company
                             regarding Meadow Creek Partners (0.4);
                             telephone conference with J. Bass, Stewart
                             Title Company (0.2); review additional
                             information regarding Hotel Zosa liens and
                             title (0.2).

10/11/06 E Toscano       .20 Review correspondence from Stewart Title and
                             forward preliminary report to Steve Tingey.

10/12/06 S Cummings     3.00 Analysis of the effect of BAPCPA changes to
                             303 (b)(1).

10/12/06 A Jarvis        .50 Conference call with Diversified and
                             Unsecured Creditors Committees regarding IP
                             issues, recovery of assets.

10/12/06 A Jarvis        .30 Correspondence on negotiations with IP.

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/12/06 E Monson       .20 Research possible federal remedies for IP
                            issues.

10/12/06 E Monson      1.50 Conference with Diversified and unsecured
                            Committee counsel regarding IP issues and
                            possible resolution of IP document issues.

10/12/06 E Monson      2.70 Work on T. Allison declaration on IP issues.

10/12/06 E Monson       .20 Research on IP issues.

10/12/06 E Monson       .20 Review e-mail from A. T. Brinkerhoff
                            regarding money going from USACM to IP.

10/12/06 E Monson       .40 Review research on subsection 303(b).

10/12/06 S Strong      2.00 Evaluations regarding further options in
                            dealing with debts owed by IP (1.7); review
                            matters regarding SEC investigation relating to
                            IP (0.3).

10/12/06 S Strong      1.50 Research regarding involuntary bankruptcy
                            options concerning IP entities (1.5).

10/12/06 S Tingey      1.20 Evaluation of guarantors on Mtn. House
                            (Pegasus) and Golden State loan (0.2); review
                            correspondence from direct lenders on Standard
                            Property loan (0.2); review issues raised by
                            Silver Pointe regarding various loans (0.8).

10/13/06 A Brinkerhoff 3.80 Work on and draft initial portions of
                            Declaration of Thomas Allison regarding tracing
                            diversified funds to and through various
                            entities.

10/13/06 S Cummings    3.70 Analysis of the standards for appointing a
                            trustee under 303(g) and 1104 (a).

10/13/06 A Jarvis       .20 Telephone conference with R. Walker regarding
                            IP issues.

10/13/06 E Monson       .30 Review e-mails from A. T. Brinkerhoff and L.
                            Bauck regarding documents on transfer of
                            money out of the Diversified Fund and send
                            reply.

10/13/06 E Monson       .20 Review transfers and documents relating
                            thereto.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/13/06 E Monson          .10 Review additional e-mail from L. Bauck.

10/13/06 E Monson          .80 Review additional e-mail from L. Bauck and
                               accompanying materials, checks and documents
                               regarding transfers from Diversified Fund.

10/13/06 E Monson         2.60 Work on declaration of Tom Allison relating to
                               transfer of monies from Debtors to other
                               entities.

10/13/06 S Strong          .80 Telephone call with R. Walker regarding IP
                               issues.

10/13/06 S Strong          .20 Evaluation regarding IP issues (0.2).

10/13/06 S Strong          .20 Review research regarding collection theory for
                               IP debt.

10/13/06 S Tingey         2.20 Revise questions raised by Silverpoint (0.4);
                               telephone conference with attorney for
                               Silverpoint regarding various due diligence
                               issues (0.5); review Marquis Hotel issues
                               (0.2); telephone conference with Dennis
                               Chatlin, of title company, regarding Hotel
                               Marquis (0.2); telephone conference with M.
                               Stone regarding Marquis Hotel (0.2); review
                               documents and analyze questions raised by
                               Silverpoint attorneys (0.4).

10/15/06 E Monson          .50 Review IP issues in anticipation for committee
                               call (.5).

10/15/06 E Monson         1.60 Participate in conference call with Committee
                               Counsel regarding IP issues.

10/16/06 A Brinkerhoff     .80 Receipt and review of information from L. Bauck
                               (.4); work on draft declaration of T. Allison
                               (.4).

10/16/06 A Jarvis          .20 Telephone conference with T. Allison
                               regarding IP issues.

10/16/06 A Jarvis          .40 Telephone conferences with T. Allison
                               regarding negotiations with J. Milanowski.

10/16/06 A Jarvis          .20 Correspondence on Royal Hotel.

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

10/16/06 A Jarvis        .20 Telephone call to R. Walker and
                             correspondence regarding IP issues.

10/16/06 A Jarvis        .20 Correspondence with Diversified Committee
                             professionals regarding message from R.
                             Walker.

10/16/06 E Monson        .70 Conference with T. Allison, A. W. Jarvis, S.
                             C. Strong and counsel for the Diversified
                             Fund regarding IP issues.

10/16/06 E Monson        .20 Follow up call with T. Allison regarding IP
                             issues.

10/16/06 E Monson        .10 Return call to D. Griffith.

10/16/06 E Monson        .30 Locate and send property description on Royal
                             Hotel to A. W. Jarvis and review e-mails from
                             A. W. Jarvis and J. Hermann regarding same.

10/16/06 E Monson        .10 Review transfers from Diversified Fund to IP
                             entities.

10/16/06 E Monson        .20 Discussion with D. Griffith regarding issues
                             involving IP documents.

10/16/06 E Monson        .10 Update A. T. Brinkerhoff regarding
                             discussions on IP documents.

10/16/06 S Strong       1.20 Analysis of options for dealing with current
                             IP problems (0.3); participate in telephone
                             conference with T. Allison, M. Tucker, M.
                             Levinson, J. Hermann, A. W. Jarvis and E. A.
                             Monson regarding same (0.6); confer with A.
                             W. Jarvis and E. A. Monson regarding
                             coordination of efforts regarding same (0.2);
                             telephone conference with T. Allison and A.
                             W. Jarvis regarding action items regarding IP
                             issues (0.1).

10/16/06 S Strong        .30 Review Royal Hotel lien issues (0.1); telephone
                             conference with S. Smith regarding IPs
                             creditors (0.2).

10/16/06 S Tingey        .20 Communicate with A. W. Jarvis regarding
                             Sheraton Hotel/Hotel Zosa issues (0.2).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

10/17/06 A Brinkerhoff 1.10 Further review of accounting materials from L.
                            Bauck (.6); review emails regarding tensions
                            with Mr. Milanowski (.2); work on Declaration
                            of T. Allison (.3).

10/17/06 S Cummings     2.90 Analysis of viability of third creditor's
                             claim for potential involuntary petition.

10/17/06 S Cummings     .40 Analysis of effect of automatic stay in
                            involuntary bankruptcy.

10/17/06 A Jarvis       .40 Telephone conference with R. Walker and J.
                            Hermann regarding IP issues.

10/17/06 A Jarvis       .40 Correspondence regarding IP issues.

10/17/06 A Jarvis       .40 Telephone conference with T. Allison
                            regarding IP issues.

10/17/06 A Jarvis       .30 Evaluation of Royal Hotel receivables.

10/17/06 A Jarvis       .40 Draft memo to Diversified Committee regarding
                            demands on IP.

10/17/06 A Jarvis       .40 Revise list of demands for IP.

10/17/06 A Jarvis       .80 Correspondence with S. C. Tingey regarding
                            documents drafted for IP.

10/17/06 A Jarvis       .40 Correspondence with R. Walker regarding
                            meeting with J. Milanowski, demands on IP,
                            settlement offer.

10/17/06 A Jarvis       .50 Correspondence on and review of documents
                            prepared for IP.

10/17/06 E Monson       .20 Review e-mail from J. Milanowski and budget
                            for proceeds from sale of Marquis/Monaco.

10/17/06 S Strong       .70 Research regarding possible involuntary
                            bankruptcy of IP (0.7).

10/17/06 S Strong       .20 Participate in telephone conference with T.
                            Allison and A. W. Jarvis regarding IP issues
                            and strategies (.2).

Client No. 34585                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

10/17/06 S Tingey       5.00  Review default interest issues (1.1);
                              conference call with USA and Mesirow regarding
                              default interest issues (1.3); draft assignment
                              of receivables regarding Royal Hotel and
                              analyze related issue (2.6).

10/18/06 S Cummings      .80  Continued analysis of viability of third
                              creditor's for potential involuntary petition.

10/18/06 S Strong        .50  Exchange emails with J. McPherson regarding J.
                              Milanowskis motion to compel distribution to
                              his entity (0.2); work on opposition to same
                              (0.2); email to local counsel regarding status
                              of same (0.1).

10/18/06 S Tingey        .30  Revise letter to University Estates regarding
                              claims made by borrower (0.3).

10/18/06 S Tingey       2.00  Communicate with A. W. Jarvis and J. Hermann
                              regarding Royal Hotel issue (0.3); revise
                              Security Agreement regarding Royal Hotel
                              (0.6); email to R. Walker regarding Royal
                              Hotel Security Agreement (0.1); telephone
                              conference with M. Haftl and A. Stevens
                              regarding Marquis Hotel loan (0.3); review
                              default interest issues regarding Marquis
                              Hotel (0.3); revise letter to USA VI
                              regarding Marquis Hotel (0.2); telephone
                              conference with A. Stevens regarding same
                              (0.2).

10/18/06 S Tingey       2.40  Review UCC state filing issues (0.3); review
                              new correspondence from University Estates and
                              analyze claims (0.3); review default interest
                              issues on maturity and interest default loans
                              (1.8).

10/19/06 A Brinkerhoff   .90  Review additional documents and materials
                              regarding inter company transfers through USA
                              IP (.9).

10/19/06 S Strong        .50  Review emails from A. W. Jarvis regarding IP
                              documents to be signed in favor of debtors
                              (0.2); review and prepare documents for IPs
                              counsel (0.2); confer with R. Walker and
                              deliver documents to him  for his clients
                              signature (0.1).

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/19/06 S Tingey      1.30  Analyze default interest issues regarding
                            loans being given action (.09); revise letter
                            to University Estates (0.4).

10/20/06 A Brinkerhoff  .40  Follow-up on hearing issues and impact on IP
                            issues moving forward (.4)

10/20/06 S Cummings     .20  Research regarding section 303 issues.

10/20/06 S Strong       .40  Review emails from S. Smith and T. Allison
                            regarding IP pledge issues (0.2); research on
                            issues in dealing with IP (0.2).

10/20/06 S Tingey      1.30  Review correspondence from attorney for
                            Anchor B and correspondence from D. M. Monson
                            and Mesirow regarding response and analyze
                            settlement claims (0.9); review questions
                            concerning Slade and communication with A.
                            Stevens regarding same (0.4).

10/23/06 A Jarvis       .40  Correspondence on Royal Hotel, IP assets.

10/23/06 E Monson       .30  Review e-mails from A. W. Jarvis, M. Levinson
                            and M. Tucker regarding Stoneridge and Royal
                            Hotel properties and participate in
                            conference call.

10/23/06 E Monson       .50  Conference with M. Levinson regarding e-mail
                            from J. Milanowski regarding issues involving
                            Ohio State Bank and review of documents.

10/23/06 S Tingey      2.30  Review Marquis Hotel/Sheraton Hotel issues
                            (0.2); review pleadings in Huntsville/West
                            Hills bankruptcy(0.2); telephone conference
                            with attorney for 1st lienholder on West
                            Hills/Huntsville (0.2); analyze strategy
                            regarding Huntsville bankruptcy (0.7); review
                            information regarding BySynergy (0.2);
                            communicate with A. Stevens regarding same
                            (0.2); additional review of loan documents
                            for default interest issues (0.8).

10/24/06 A Jarvis       .40  Correspondence on IP issues, status of Hotel
                            Sozo.

10/24/06 A Jarvis       .20  Telephone conference with J. Atkinson
                            regarding IP issues.

Client No. 34585                                          Page:    12
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

10/24/06 A Jarvis        .50  Correspondence with D. Griffiths and R.
                              Walker regarding IP issues.

10/24/06 E Monson        .20  Review correspondence to R. Walker and D.
                              Griffith regarding Ohio State Bank documents
                              and other IP issues.

10/24/06 S Tingey       1.50  Obtain information regarding Huntsville and
                              telephone conference with attorney for 1st
                              lienholder (0.4); review default interest
                              issues (0.4); telephone conference with M.
                              Haftl regarding Oak Shores default interest
                              (0.2); revise memo regarding default interest
                              issues (0.5).

10/25/06 A Jarvis        .40  Correspondence regarding IP issues.

10/25/06 S Tingey       3.90  Communicate with M. Haftl regarding BySynergy
                              and provided information to FTI regarding
                              BySynergy (0.3); revise letter to M. Guyman
                              regarding Anchor B loan (0.2); additional
                              review of default interest issues and
                              specific loan document and questions and
                              draft memo regarding default interest issues
                              (3.4).

10/26/06 A Jarvis        .40  Telephone conference with T. Allison
                              regarding Ashby, IP issues, motion to convert.

10/26/06 A Jarvis       1.20  Meeting with working group regarding IP
                              issues, options to pursue.

10/26/06 E Monson        .20  Review emails from A. Jarvis and email for
                              DCDF regarding course of action on PD issues
                              (.2).

10/26/06 E Monson       1.20  Meet with A. Brinkerhoff, A. Jarvis, M. Pugsley
                              and S. Strong to discuss issues and go over
                              assignments of projects (1.2).

10/26/06 S Strong       1.20  Meet with A. W. Jarvis, E. A. Monson, A. T.
                              Brinkerhoff, and M. J. Pugsley regarding
                              current issues and options concerning pursuit
                              of amounts owed to estates by IP (1.2).

Client No. 34585                                      Page:    13
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


10/26/06 S Tingey        5.80 Telephone conference with M. Schmidt,
                              attorney for BySynergy (0.2); communicate
                              with A. Stevens regarding same (0.1);
                              additional analysis and review of default
                              interest issues and communicate with Mesirow
                              regarding same (3.6); Telephone conference
                              with M. Haftl regarding Marquis loan issues
                              and analyze loan documents regarding same
                              (0.5); telephone conference with A. Stevens
                              regarding Colt loans and analyze documents
                              regarding same (0.4); review HFA loans
                              regarding forbearance and default issues
                              (0.3); memo to E. Karasik regarding
                              University Estates loan and communicate with
                              borrower (0.3); review HFA loans regarding
                              title report and update (0.4).

10/26/06 E Toscano        .50 Review email and attachment from Steve Tingey
                              for updated title report on HFAH Clear Lake LLC
                              property in Florida (.1); research to locate
                              appropriate Fidelity National Title office
                              (.1); telephone calls with officers at Fidelity
                              National Title (.1); draft email to Pia
                              Kastrenakes at Fidelity National Title with
                              request for an ownership and encumbrance report
                              on the subject property (.2).

10/27/06 A Brinkerhoff  1.10 Review tracing evidence relating to Royal
                              Hotel in connection with theories for
                              Complaint.

10/27/06 E Monson         .20 Review e-mail from D. Monson regarding
                              litigation on Copper Sage II Loan.

10/27/06 S Tingey        4.30 Telephone conference with M. Stone regarding
                              Glendale Tower and Urban Housing (0.2);
                              analyze Glendale and Urban Housing issue and
                              memo to Mesirow regarding same (2.1); draft
                              letter to borrower for USA regarding Hesperia
                              II - South California land default and
                              communicate with USA regarding same (0.9);
                              communicate with R. Reed regarding default
                              interest issues (0.3); communicate with
                              Mesirow regarding Anchor B and revise letter

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

                        to Anchor B attorney (0.3); communicate with
                        M. Olson regarding Cottonwood Hills payoff
                        issues (0.2); obtain information regarding
                        various title reports and new reports needed
                        and communicate with USA (0.4).

10/30/06 S Tingey       1.30  Review default interest issues and notice to
                        customers and communicate with M. Haftl
                        regarding default interest issues (0.5);
                        telephone conference with M. Olson regarding
                        HFA forbearance issues (0.2); review UCC filing
                        issue and review information (0.4); communicate
                        with Mesirow regarding BySynergy loan issue
                        (0.2).

10/30/06 E Toscano      1.00  Review existing title policies for Roripaugh
                        Ranch and HFA Monaco (.5); research to locate
                        appropriate title company offices and officers
                        who can assist with updated title reports (.2);
                        draft email to Amy Owens at Fidelity National
                        regarding the Monaco property (.1); emails with
                        Gina Zepeda regarding the Roripaugh Ranch
                        property (.2).

10/31/06 A Brinkerhoff 1.70  Work on evidence search for recovery from IP
                        (1.7).

10/31/06 S Cummings     1.50  Analysis of insider as petitioning creditor
                        issues.

10/31/06 S Cummings      .40  Analysis of whether an LLC is a partnership
                        under 303(b)(3)

10/31/06 A Jarvis        .90  Draft memo to attorneys for J. Milanowski
                        regarding status of plan, timing for filing
                        and confirmation, issues respecting IP.

10/31/06 E Monson       4.90  Conference with counsel from the Diversified
                        Fund regarding IP issues (1.4); follow-up
                        conference call with client regarding IP issues
                        and loan collection issues (.8); work on
                        declaration of T. Allison regarding IP issues
                        (2.7).

10/31/06 E Monson        .30  Review notice of default on Hesperian plaintiff
                        loan (.3).

Client No. 34585                                         Page:    15
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/31/06 E Monson        .30  Review offer drafted by D. Anderson and Debra
                              Harber and Marlton loans and send reply with
                              comments (.3).

10/31/06 S Strong        .20  Analyze issues regarding financial ·information
                              requested by J. Milanowski (.2).

10/31/06 S Strong        .50  Further review of legal issues regarding
                              options for dealing with IP (0.5).

10/31/06 S Tingey       4.10  Analyze issue regarding Slade Development
                              (0.3); analyze, obtain information regarding
                              Suttles loans (0.4); telephone conference
                              call with T. Allison, J. Atkinson, R. Cox, S.
                              C. Strong, A. W. Jarvis, D. M. Monson and E.
                              A. Monson regarding various administration
                              issues , including default interest issues
                              (1.6); Telephone conference with J. Atkinson,
                              S. Smith, S. Steele, M. Haftl, D. M. Monson
                              and K. G. Glade regarding default interest
                              issues (1.4); analyze default interest issues
                              (0.4).

10/31/06 S Tingey        .80  Telephone conference with M. Olson regarding
                              Suttles loan (0.2); revise letter to attorney
                              for Suttles (0.6).

10/31/06 E Toscano       .90  Followup and correspondence with Fidelity
                              National Title Company and Orange Coast Title
                              Company regarding the Monaco, Clear Lake and
                              Roripaugh Ranch properties (.3); review
                              Ownership and Encumbrance Report on the Monaco
                              property (.2); numerous emails with Michelle
                              Martin, Pia Kastrenakes and Helen Johnson
                              regarding updated title reports (.4).


TOTAL FOR LEGAL SERVICES RENDERED                          $38,585.50