*"Exhibit I-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357309

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00003

**Asset Disposition**

| | | |
|---|---|---|
| 10/02/06 S Strong | .20 | Review voice message from J. McCarroll regarding LSAs (0.1); exchange emails with B. Fasel regarding same (0.1). |
| 10/04/06 S Cummings | .70 | Review of case law in motion to approve bid procedures. |
| 10/04/06 A Jarvis | .40 | Telephone conference with T. Allison regarding Diversified offer, Silver Point negotiations, loan issues. |
| 10/04/06 A Jarvis | .30 | Correspondence on bidder inquiry. |
| 10/04/06 A Jarvis | .40 | Correspondence on provisions of asset purchaser agreement (.3); call to J. McCarroll regarding same (.1). |
| 10/04/06 A Jarvis | .30 | Correspondence with investors regarding auction process. |
| 10/05/06 A Jarvis | .20 | Correspondence on bidder requirements. |
| 10/05/06 A Jarvis | .70 | Conference call with B. Fasel, J. Reed and bidders regarding due diligence questions. |
| 10/05/06 A Jarvis | .30 | Correspondence on APA with Silver Point. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/05/06 A Jarvis        .30 Correspondence on proposed bid procedures.

10/05/06 E Monson        .20 Follow up regarding changes to bid procedures
                             and send changes to bid procedures to A. W.
                             Jarvis.

10/06/06 A Jarvis        .10 Telephone conference with J. McCarroll
                             regarding status of APA.

10/06/06 A Jarvis        .60 Correspondence on status of APA.

10/06/06 S Strong        .40 Exchange e-mails with J. Reed regarding
                             bidder qualifications letter (0.1); review
                             proposed language for same (0.2); e-mail to
                             B. Fasel and J. Reed regarding same (0.1).

10/07/06 A Jarvis        .20 Correspondence with J. McCarroll regarding
                             Grammercy.

10/09/06 A Jarvis       1.40 Conference call with client regarding APA,
                             exhibits to be created, plan, reorganization
                             matters, IP issues.

10/09/06 A Jarvis       1.20 Correspondence regarding and review of APA.

10/09/06 A Jarvis        .40 Telephone conference with B. Fasel regarding
                             draft of APA, comments on same.

10/09/06 A Jarvis        .50 Telephone conference with B. Fasel and J.
                             Atkinson regarding comments on APA.

10/09/06 A Jarvis        .10 Telephone conference with G. Winger regarding
                             review of APA.

10/09/06 A Jarvis        .60 Review and comment on APA.

10/09/06 A Jarvis        .90 Conference with G. Winger regarding comments
                             to APA.

10/09/06 A Jarvis       3.20 Review and comment on draft APA.

10/09/06 A Jarvis        .20 Correspondence on bid procedures.

10/09/06 S Strong        .40 Review draft of Asset Purchase Agreement (0.4).

10/09/06 S Strong        .30 Review draft confidentiality agreement from
                             new proposed asset purchaser (0.2); exchange
                             e-mails with J. Reed regarding same (0.1).

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


10/09/06 G Winger          2.40 Review and revise the Asset Purchase Agreement.

10/10/06 A Jarvis           .50 Comments on APA.

10/10/06 A Jarvis           .40 Conference call with Committees regarding
                                comments on APA.

10/10/06 A Jarvis           .40 Compile comments on APA.

10/10/06 A Jarvis           .40 Conference call with Committees regarding
                                comments on APA.

10/10/06 A Jarvis          2.90 Revise APA with comments from debtors and
                                committees.

10/10/06 A Jarvis          1.00 Conference call with FTDF professionals
                                regarding comments on APA.

10/10/06 A Jarvis           .60 Correspondence with J. McCarroll regarding
                                loan issues, APA.

10/10/06 A Jarvis          2.90 Revise APA with debtors and committee
                                comments.

10/10/06 A Jarvis           .50 Conference with G. Winger regarding changes
                                to APA.

10/10/06 A Jarvis           .30 Correspondence with J. McCarroll regarding
                                APA comments, plan comments.

10/10/06 A Jarvis          1.20 Correspondence on comments, changes to APA.

10/10/06 A Jarvis           .30 Telephone conference with J. Atkinson and B.
                                Fasel regarding information required from
                                debtors in APA.

10/10/06 S Strong           .30 Analysis regarding confirmation needed of SP's
                                approval of plan and disclosure statement
                                (0.1); e-mail to J. McCarroll regarding same
                                (0.2).

10/10/06 S Strong           .90 Review FTD Committee's mark-up to proposed
                                APA (0.7); telephone call with B. Fasel and
                                J. Reed regarding same (0.1); e-mail redline
                                of same to J. Reed (0.1).

10/10/06 G Winger          7.20 Review and revise Asset Purchase Agreement and
                                Letter of Intent.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/11/06 | A Jarvis | .20 | Conference with G. Winger regarding comments on APA. |
| 10/11/06 | A Jarvis | .60 | Correspondence on comments to APA. |
| 10/11/06 | A Jarvis | .70 | Telephone conference with B. Fasel and J. Atkinson regarding negotiations with Silver Point on APA. |
| 10/11/06 | A Jarvis | .20 | Work on bid procedures. |
| 10/11/06 | A Jarvis | .30 | Conference with G. Winger regarding comments on APA, APA negotiations. |
| 10/11/06 | A Jarvis | .70 | Conference call with potential bidder regarding due diligence questions. |
| 10/11/06 | A Jarvis | 1.10 | Conference call with Committees and Silver Point regarding negotiations on APA. |
| 10/11/06 | A Jarvis | .40 | Conference call with Committees regarding negotiations on APA. |
| 10/11/06 | A Jarvis | .20 | Telephone conference with B. Fasel regarding negotiations with Silver Point on APA. |
| 10/11/06 | A Jarvis | .40 | Telephone conferences with J. McCarroll regarding negotiations on APA. |
| 10/11/06 | A Jarvis | .40 | Additional telephone conference with J. McCarroll regarding negotiations on APA. |
| 10/11/06 | A Jarvis | .30 | Correspondence on APA, Silver Point, potential bidders. |
| 10/11/06 | A Jarvis | 3.10 | Revise APA and correspondence on APA revisions, due diligence issues. |
| 10/11/06 | E Monson | .20 | Follow up on preparing supplement on bid procedures motion. |
| 10/11/06 | S Strong | .70 | Telephone call with J. McCarroll re SP bid issues (0.3); analysis of SP counsel issues (0.3); e-mail to T. Allison regarding same (0.1). |
| 10/11/06 | S Strong | .30 | Telephone call with C. Pajak regarding bid procedures order and related issues. |

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

10/11/06 G Winger        6.30 Review and revise proposed Asset Purchase
                              Agreement; participate in negotiations
                              regarding the same.

10/12/06 K Glade         2.00 E-mail with C. Karides of Reed Smith
                              regarding due diligence on First Trust Deed
                              Fund portfolio (0.3); review list of loans
                              (and related summaries) in preparation for
                              call with Reed Smith (0.8); review list of
                              loan problems identified by Reed Smith with
                              review of underlying loan documents and files
                              (0.9).

10/12/06 A Jarvis         .10 Telephone conference with J. Reed regarding
                              due diligence issues.

10/12/06 A Jarvis         .60 Correspondence on additional clean up points
                              for APA.

10/12/06 A Jarvis         .50 Telephone conference with J. McCarroll
                              regarding negotiations on APA.

10/12/06 A Jarvis         .90 Draft memo to committees on open issues on
                              APA.

10/12/06 A Jarvis        1.50 Correspondence on APA changes.

10/12/06 A Jarvis        2.70 Review and revise APA with proposed changes.

10/12/06 A Jarvis         .30 Telephone conference with B. Fasel regarding
                              APA, due diligence issues.

10/12/06 A Jarvis         .60 Telephone conference with J. McCarroll
                              regarding negotiations on APA.

10/12/06 A Jarvis         .80 Correspondence on representations and
                              warranties requested.

10/12/06 A Jarvis         .50 Correspondence on open issues in APA.

10/12/06 B Kotter        4.70 Legal research regarding bidding procedure and
                              breakup fee standards (4.7).

10/12/06 D Monson        1.20 Review and respond to e-mail from Constantine
                              Karides (Silver Point attorney) on scheduling
                              conference call to discuss Silver Point due
                              diligence analysis (0.1); conference call with
                              J. Reed, AWJ and Dale Cooney of Silver Point on

Client No. 34585                                     Page:    6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

 

                             Binford Loan and possible additional advance
                             for loan (0.3); review e-mail on Silver Point
                             list of loans for due diligence analysis (0.3);
                             review and respond to e-mail from M. Haftl on
                             Gramercy Loan and Silver Point due diligence
                             (0.1); review e-mail from Darren Pascarella of
                             Reed Smith and list of open items for Silver
                             Point due diligence Analysis of open items, and
                             e-mail to Darren Pascarella (0.4).

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/12/06 | E Monson | 1.40 | Draft supplemental to bid procedures (1.2); circulate supplement to bid procedures to client and J. McCarroll (.2). |
| 10/12/06 | S Strong | .20 | Exchange messages with J. McCarroll regarding APA (0.2). |
| 10/12/06 | G Winger | 6.80 | Review and revise draft of Asset Purchase Agreement. |
| 10/13/06 | K Glade | .90 | Preparation for and participation in telephone calls with Reed Smith to review potential problems identified by Silver Point with respect to First Trust Deed Fund portfolio. |
| 10/13/06 | A Jarvis | .20 | Conference call with B. Fasel and J. Atkinson regarding Silver Point negotiations. |
| 10/13/06 | A Jarvis | .70 | Conference call with B. Fasel and Silver Point regarding negotiations on APA. |
| 10/13/06 | A Jarvis | .40 | Telephone conference with J. McCarroll regarding negotiations on APA, mark up of APA. |
| 10/13/06 | A Jarvis | .50 | Work on response to objection to break up fee. |
| 10/13/06 | A Jarvis | .80 | Telephone conference with J. Atkinson, B. Fasel and S. C. Strong regarding APA negotiations. |
| 10/13/06 | A Jarvis | 1.00 | Review and transmit preliminary title information. |
| 10/13/06 | A Jarvis | 1.30 | Review of objections to bid procedures/break-up fee motion and correspondence regarding same. |

Client No. 34585                                      Page:     7
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

10/13/06 A Jarvis       .30 Correspondence on bid procedures order.

10/13/06 A Jarvis       .30 Correspondence on servicing software issues.

10/13/06 A Jarvis       .90 Correspondence with Silver Point on
                            preliminary title information.

10/13/06 A Jarvis      1.10 Review and forward preliminary title
                            information and correspondence with Silver
                            Point regarding same.

10/13/06 A Jarvis       .30 Correspondence on regulatory exemption issues
                            in APA.

10/13/06 A Jarvis       .40 Telephone conferences with J. McCarroll
                            regarding preliminary title report
                            information.

10/13/06 D Monson       .70 Conference call with Constantine Karides
                            (Silver Point attorney), KGG and SCT on
                            Gramercy loan and other loan due diligence
                            issues (0.7).

10/13/06 E Monson       .50 Review opposition to bid procedures filed by
                            Capital Crossing Bank.

10/13/06 E Monson       .60 Send e-mail to J. McCarroll regarding
                            revisions to bid procedures and discussion
                            with J. McCarroll regarding same; send J.
                            McCarroll red-line of changes to bid
                            procedures.

10/13/06 E Monson       .10 Review joinder of Jan Chubb on oppositions to
                            bid procedures.

10/13/06 S Strong      1.50 Review and analysis of two objections filed to
                            bid procedures (0.7); work on reply regarding
                            bid procedures (0.8).

10/13/06 S Strong       .30 Review issues regarding preliminary title
                            reports for Silver Point transaction.

10/13/06 S Strong       .60 Work on notice of auction to accompany bid
                            procedures.

10/13/06 S Strong       .20 Telephone call with J. McCarroll regarding
                            objection to bid procedures.

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/13/06 S Strong        .20 Telephone call with J. Reed regarding
                             confidentiality agreement for NRC (0.1);
                             review same (0.1).

10/13/06 G Winger       2.10 Review and propose revisions to APA (1.5);
                             follow-up on loan documentation in connection
                             with APA disclosures (.6).

10/14/06 E Monson        .10 Review message from C. Pajak regarding bid
                             procedures.

10/15/06 A Jarvis        .50 Correspondence on APA.

10/15/06 S Strong        .20 Review email from C. Pajak and exchange
                             emails with A. W. Jarvis regarding bid
                             procedure objections and proposed order (.2).

10/16/06 K Glade        6.40 E-mails to Reed Smith regarding need for
                             supporting documents on title issue (0.4);
                             review Silver Point memo regarding
                             outstanding title issues (0.7); review
                             underlying documentation on Anchor B Loan,
                             Binford Loan, Castaic Partners, Fox Hills,
                             Golden State and Gramercy, ISCC Phase II,
                             Margarita Annex, Old City and Palm Harbor in
                             preparation for telephone call with Reed
                             Smith attorneys (2.0); e-mail to A. Jarvis
                             regarding coordination of discussions with
                             Reed Smith regarding Asset Purchase Agreement
                             and regarding title issues (0.3); review
                             draft of Silver Point Asset Purchase
                             Agreement (0.4); telephone call with Reed
                             Smith to review memo of title issues (1.2);
                             subsequent conference to review title issues
                             and bearing on Asset Purchase Agreement and
                             representations (1.4).

10/16/06 A Jarvis        .70 Correspondence on APA negotiations and draft
                             language for APA.

10/16/06 A Jarvis        .40 Review of proposed APA changes.

10/16/06 A Jarvis        .40 Correspondence on proposed APA changes.

10/16/06 A Jarvis        .20 Correspondence on loan servicing issues in
                             APA.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/16/06 A Jarvis        1.80 Telephone conference with Silver Point
                              regarding open issues in APA.

10/16/06 A Jarvis         .80 Conference with Mesirow team regarding open
                              issues in APA.

10/16/06 A Jarvis        1.60 Draft proposed language for APA and revise
                              same.

10/16/06 A Jarvis         .80 Telephone conference with B. Fasel and J.
                              Atkinson regarding negotiations on APA, open
                              issues.

10/16/06 A Jarvis         .40 Correspondence and comments on reply brief on
                              bid procedures motion.

10/16/06 A Jarvis         .80 Telephone conference with B. Fasel and J.
                              Atkinson regarding problems with APA.

10/16/06 A Jarvis         .30 Telephone conference with J. McCarroll
                              regarding negotiations on APA, disclosure
                              statement, reply brief on bid procedures
                              motion.

10/16/06 A Jarvis         .20 Telephone conference with F. Merola regarding
                              APA issues.

10/16/06 A Jarvis         .40 Analyze due diligence issues regarding Silver
                              Point.

10/16/06 A Jarvis         .30 Correspondence on bid procedures motion.

10/16/06 A Jarvis         .30 Telephone conference with G. Garman regarding
                              issues on APA.

10/16/06 A Jarvis         .30 Telephone conference with Silver Point
                              regarding negotiations on APA.

10/16/06 A Jarvis         .80 Further revise APA.

10/16/06 A Jarvis         .40 Correspondence on due diligence issues.

10/16/06 A Jarvis         .20 Correspondence on bid procedures notice.

10/16/06 A Jarvis         .30 Correspondence on proposed representations
                              and warranties in APA.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   10
January 19, 2007

| | | | |
|---|---|---|---|
| 10/16/06 | A Jarvis | .80 | Correspondence on preparation of schedules of APA. |
| 10/16/06 | A Jarvis | .40 | Correspondence on preparation of litigation schedules. |
| 10/16/06 | A Jarvis | .30 | Correspondence and comments on reply brief on bid procedures motion. |
| 10/16/06 | A Jarvis | .90 | Draft memo to Silver Point regarding issues with respect to representations and warranties and alternative approach, other comments on APA. |
| 10/16/06 | B Kotter | 9.90 | Legal research on bid procedures and break-up fee in connection with drafting reply (9.0); analyze Allison Declaration in support of reply (.9). |
| 10/16/06 | D Monson | 1.40 | Review e-mails on agenda for due diligence conference call with Silver Points attorneys (0.2); participate in due diligence conference call with Silver Points attorneys on resolving documentation issues and encumbrances on First Trust Deed Fund loan portfolio (0.6); review documentation from Silver Points attorneys on documentation issues and encumbrances on First Trust Deed Fund loan portfolio (0.4); evaluate revisions to Asset Purchase Agreement on status of loan portfolio (0.2). |
| 10/16/06 | E Monson | .80 | Facilitate drafting notice on bid procedures. |
| 10/16/06 | E Monson | .40 | Follow up on supplement to bid procedures and send to L. Schwartzer and J. McPherson. |
| 10/16/06 | E Monson | .20 | Discussion with J. McCarroll regarding bid procedure issues. |
| 10/16/06 | E Monson | .40 | Follow up regarding bid procedures and follow up with additional e-mail to L. Schwartzer and J. McPherson regarding same. |
| 10/16/06 | E Monson | .20 | Additional conversation with J. McCarroll regarding bid procedures. |
| 10/16/06 | E Monson | 2.80 | Work on reply in support of bid procedures. |

Client No. 34585                                      Page:   11
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

10/16/06 E Monson        .20 Revise draft of bid procedures to include
                             deposit by purchaser.

10/16/06 E Monson       3.60 Work on declaration of T. Allison in support
                             of bid procedures motion.

10/16/06 E Monson        .30 Discussion with J. McCarroll regarding APA and
                             follow up.

10/16/06 S Strong        .20 Review confidentiality agreement signed by
                             proposed asset purchaser (0.1); exchange emails
                             with J. Reed regarding same (0.1).

10/16/06 S Strong       5.30 Analysis of CCBs objection to bid procedures
                             motion and direct lenders joinder therein
                             (1.2); draft portions of Declaration in support
                             of bid procedures motion and Reply (1.2); draft
                             Reply Memorandum in support of bid procedures
                             motion (2.7); research regarding additional
                             issues for Reply regarding bid procedures
                             (0.2).

10/16/06 S Tingey       4.20 Review additional information received from
                             Silverpoint regarding loan portfolio and due
                             diligence issues (1.3); conference call with D.
                             Pascaral at Reed Smith regarding Silverpoint
                             due diligence issues (1.2); review regarding
                             Silverpoint due diligence issues (0.9); analyze
                             Silverpoint issues (0.6).

10/16/06 A Tsu          6.60 Reviewing Motion for Order Scheduling an
                             Auction for the Sale of Certain Assets,
                             Appointing SPCP Group, as Lead Bidder, and
                             Approving Bid Procedures (.6); reviewing
                             Electronic Docket Report for further
                             background information regarding same (.4);
                             reviewing amended bid procedures (.5) and
                             draft proposed order granting Motion (.9);
                             drafting and circulating Notice of Bid
                             Procedures (3.7); incorporating comments of
                             S. Strong (.5).

10/16/06 G Winger       5.40 Review and revise the Asset Purchase
                             Agreement; multiple telephone conferences
                             regarding the same.

Client No. 34585                                          Page:    12
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | | |
|---|---|---|---|
| 10/17/06 | K Glade | 2.00 | E-mail with M. Stone regarding need to reconvey trust deeds as identified by Silver Point's counsel (0.2); review responsive material provided by M. Stone (0.2); review and revise litigation schedule for Silver Point purchase agreement (1.2); review responses to Silver Point questions on documents (0.3). |
| 10/17/06 | A Jarvis | .40 | Correspondence regarding preliminary title reports. |
| 10/17/06 | A Jarvis | .20 | Conference with G. Winger regarding Silver Point APA. |
| 10/17/06 | A Jarvis | .30 | Telephone conference with J. McCarroll regarding bid procedures. |
| 10/17/06 | A Jarvis | 1.80 | Work on finalizing APA, schedules, draft additional changes. |
| 10/17/06 | A Jarvis | .70 | Conference regarding APA negotiations. |
| 10/17/06 | A Jarvis | .30 | Correspondence regarding reply brief on bid procedures. |
| 10/17/06 | A Jarvis | .50 | Correspondence with J. McCarroll regarding hearing on bid procedures, negotiations on concessions. |
| 10/17/06 | A Jarvis | .60 | Correspondence on response to objection to bid procedures. |
| 10/17/06 | A Jarvis | .50 | Correspondence with G. Winger and R. Madsen regarding completion of APA, schedules. |
| 10/17/06 | A Jarvis | .60 | Correspondence on changes, negotiations to APA. |
| 10/17/06 | A Jarvis | .40 | Correspondence on preparation for hearing on bid procedures. |
| 10/17/06 | A Jarvis | .30 | Correspondence on schedules to complete APA. |
| 10/17/06 | A Jarvis | 1.20 | Correspondence on preparation of schedules. |
| 10/17/06 | B Kotter | 2.70 | Continued work and legal research related to reply in support of bid procedures and break-up fee. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

10/17/06 R Madsen, II   3.20  Prepare APA schedules.

10/17/06 E Monson      .50  Review e-mail and attachments from C. Pajak
                            regarding bid procedures and notice relating
                            thereto.

10/17/06 E Monson      .60  Review additional e-mails from A. Tsu, S. C.
                            Strong, C. Pajak, G. Gowan and R. Charles
                            regarding same and circulate e-mail to all
                            committees and Mesirow regarding notice.

10/17/06 E Monson      .40  Research regarding additional information to
                            include in T. Allison declaration in support of
                            bid procedures.

10/17/06 E Monson      .10  Review e-mail from B. Fasal regarding
                            information for T. Allison declaration.

10/17/06 E Monson     4.00  Work on revising T. Allison declaration.

10/17/06 E Monson      .30  Review e-mail from R. Charles regarding bid
                            procedures and notice and send reply.

10/17/06 E Monson     3.00  Review e-mails from C. Pajak and J. McCarroll
                            regarding edits to reply in support of bid
                            procedures and work on editing reply.

10/17/06 E Monson      .40  Further discussions with J. McCarroll
                            regarding bid procedures and reply memo.

10/17/06 E Monson      .60  Work on litigation schedule for APA.

10/17/06 S Strong      .10  Exchange emails with A. W. Jarvis regarding
                            APA edits (.1).

10/17/06 S Strong      .30  Review C. Pajaks revisions to proposed auction
                            notice (0.2); analyze same (0.1).

10/17/06 S Strong     2.00  Review and edit draft of declaration in support
                            of bid procedures motion (1.3); further review
                            and editing of same (0.6); email draft to
                            committees, Mesirow, SP and A. W. Jarvis for
                            review (0.1).

Client No. 34585                                         Page:   14
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


| | | | |
|---|---|---|---|
| 10/17/06 | S Strong | 3.80 | Work on Reply in support of bid procedures motion (2.5); review and analysis of edits from C. Pajak to Reply regarding bid procedures (0.6); continue drafting and revising Reply (0.8); circulate draft to committees, SP and Mesirow for review (0.1). |
| 10/17/06 | S Tingey | 1.00 | Memo to M. Stone and A. Stevens regarding Silverpoint due diligence issues (0.4); communicate with A. W. Jarvis regarding Silverpoint due diligence issues (0.2); review information gathered by M. Stone in response to Silverpoint guarantors (0.4). |
| 10/17/06 | A Tsu | 1.00 | Reviewing C. Pajak redline of Notice of Sale of Property, Bid Procedures and Invitation for Higher and Better Offers (.3); commenting regarding same (.3); drafting Notice of Filing for Operating Agreements of Funds (.4). |
| 10/17/06 | G Winger | 2.70 | Revise the Asset Purchase Agreement. |
| 10/17/06 | C Hurst | .50 | Assist in preparing pending litigation and post petition litigation update relative to proposed sale of assets. |
| 10/18/06 | K Glade | 4.20 | Revise schedule to add Mesirow list of potential litigation with added detail (1.5); review proposed Silver Point "side letter" regarding problems with First Trust Deed loans (2.0); review list of schedules to Silver Point purchase agreement (0.4); e-mail with Reed Smith regarding questions on Margarita Annex (0.3). |
| 10/18/06 | A Jarvis | .30 | Correspondence with G. Winger regarding negotiations on APA. |
| 10/18/06 | A Jarvis | .10 | Correspondence on Grammercy issues regarding APA. |
| 10/18/06 | A Jarvis | .80 | Correspondence with FTDF Committee and Silver Point regarding negotiations on APA. |
| 10/18/06 | A Jarvis | .40 | Correspondence with Mesirow's counsel regarding issues in APA. |

Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/18/06 A Jarvis      1.20 Draft additional changes to APA, complete
                            schedules, correspondence regarding same.

10/18/06 A Jarvis      2.50 Work on APA, draft additional changes to APA
                            and correspondence regarding same.

10/18/06 A Jarvis      1.00 Meeting with Silver Point regarding
                            completion of APA, bid procedures.

10/18/06 A Jarvis       .30 Telephone conference with B. Fasel regarding
                            negotiations with Silver Point.

10/18/06 A Jarvis       .50 Conference call with Silver Point regarding
                            negotiations on APA.

10/18/06 A Jarvis       .20 Correspondence on schedules.

10/18/06 A Jarvis      2.80 Makes changes to and correspondence on APA.

10/18/06 A Jarvis      5.50 Prepare for hearing on bid procedures, review
                            case law and outline argument.

10/18/06 B Kotter      3.10 Review and edit Reply Brief in support of bid
                            procedures and breakup fee (1.5); review and
                            edit revised bidding procedures (.8); continued
                            work on reply brief (.8).

10/18/06 R Madsen, II  5.10 Continued work APA schedules.

10/18/06 D Monson       .60 Review Litigation Report for Binford and
                            Gramercy loans for Asset Purchase Agreement
                            Schedule (0.2); review Christine Pajak e-mail
                            on Gramercy loan and title insurance claim
                            (0.1); review Gramercy loan title insurance
                            claim (0.1); review and respond to C. Karides
                            e-mails on Margarita Annex loan issues (0.2).

10/18/06 E Monson       .90 Work on revising reply in support of bid
                            procedures.

10/18/06 E Monson       .60 Work on and finalize T. Allison declaration
                            in support of bid procedures.

10/18/06 E Monson       .20 Review joinders and responses of committees
                            in support of bid procedures.

Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/18/06 E Monson      .50 Conference with J. McCarroll and S. C. Strong
                           regarding T. Allison declaration and reply in
                           support of bid procedures.

10/18/06 E Monson      .60 Conferences with J. Atkinson and review
                           e-mails regarding T. Allison declaration.

10/18/06 E Monson      .10 Facilitate filing of Declaration with J.
                           McPherson.

10/18/06 E Monson      .30 Review e-mails and attachments and red-line
                           versions of order on bid procedures.

10/18/06 E Monson      .30 Review draft of schedule of pending and
                           threatened litigation.

10/18/06 E Monson      .40 Draft notice of filing of APA and follow up
                           on status of execution of APA and send e-mail
                           to L. Schwartzer and J. McPherson regarding
                           filing of APA.

10/18/06 S Strong      .50 Review email from C. Pajak requesting
                           information regarding Gramercy loan for APA
                           (0.1); exchange emails with K. G. Glade
                           regarding same (0.1); telephone conference
                           with D. M. Monson regarding same (0.1);
                           review and forward information to C. Pajak
                           regarding same (0.2).

10/18/06 S Strong      .70 Telephone conference with J. McCarroll
                           regarding final comments to Reply regarding
                           bid procedures (0.3); make final edits to
                           same (0.3); prepare and send same to local
                           counsel for filing (0.1).

10/18/06 S Strong      .50 Prepare exhibits to declaration in support of
                           bid procedures (0.4); transmit declaration with
                           exhibits to local counsel for filing (0.1).

10/18/06 S Strong      .50 Telephone conference with J. McCarroll
                           regarding objection filed by Capital Crossing
                           and relating issues for hearing on same
                           (0.2); telephone conference with J. McPherson
                           regarding same (0.2); telephone conference
                           with J. McCarroll regarding same (0.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:  17
January 19, 2007

| 10/18/06 S Strong | 1.10 | Telephone conference with C. Pajak regarding form of bid protections order (0.1); review and revise form of proposed order on bid protections (0.9); circulate draft of proposed order to committees and SP for review (0.1). |
|---|---|---|
| 10/18/06 S Strong | .60 | Review issue raised by CCB regarding Mesirow disclosures regarding SP (0.4); telephone conference with J. Atkinson regarding same (0.2). |
| 10/18/06 S Strong | 1.00 | Meet with D. Cooney and J. McCarroll of SP and T. Allison to discuss SPs bid, reorganization process, and related issues (1.). |
| 10/18/06 G Winger | 9.60 | Negotiate revisions to Asset Purchase Agreement; multiple conferences regarding the same. |
| 10/18/06 C Hurst | .30 | Gather legal authority case cites relating to auction motion argument. |
| 10/19/06 K Glade | .80 | Conference with G. Winger regarding revisions to Silverpoint "side letter" regarding title issues (0.2); e-mail with M. Stone (USA) regarding due diligence regarding reconveyance issues raised by Silverpoint; (0.2); review final Silverpoint purchase agreement (0.4). |
| 10/19/06 A Jarvis | .20 | Correspondence on questions on schedules to APA. |
| 10/19/06 A Jarvis | .20 | Correspondence with Mesirow's counsel regarding provisions of APA. |
| 10/19/06 A Jarvis | .20 | Correspondence with Silver Point regarding comments on schedules, finalizing provisions for APA. |
| 10/19/06 A Jarvis | .20 | Correspondence on finalizing schedules for APA. |
| 10/19/06 A Jarvis | .20 | Correspondence on side letter for APA regarding lien information. |

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

10/19/06 A Jarvis        .40 Correspondence on final APA and logistics of
                             execution.

10/19/06 A Jarvis        .60 Conference with T. Allison and S. C. Strong
                             regarding preparation for hearings, evidence
                             regarding same.

10/19/06 A Jarvis       3.50 Attend hearing on bid procedures and other
                             matters.

10/19/06 A Jarvis        .80 Conference with S. C. Strong regarding
                             continued hearing on bid procedures.

10/19/06 A Jarvis        .80 Conference with Silver Point, FTDF Committee
                             and Diversified Committee regarding final
                             APA, continued hearing on bid procedures.

10/19/06 A Jarvis       3.20 Prepare outline of declaration for T. Allison
                             in support of bid procedures, case law research
                             needed and draft.

10/19/06 E Monson        .20 Review S. Scam regarding limited opposition
                             to motion on bid procedures.

10/19/06 E Monson        .40 Follow-up regarding hearing on bid procedures
                             and asset purchase agreement.

10/19/06 S Strong        .70 Telephone conference with J. McCarroll
                             regarding draft bid procedures order (0.2);
                             review edits to same (0.3); email to
                             committees regarding same (0.1); review email
                             from C. Carlyon regarding same (0.1).

10/19/06 S Strong       1.10 Analysis of remaining issues to finalize APA
                             (0.7); prepare signature pages of APA for
                             execution (0.2); confer with T. Allison and A.
                             W. Jarvis regarding same (0.2).

10/19/06 S Strong        .80 Confer with A. W. Jarvis regarding results of
                             todays hearing and next steps in proceeding
                             with bid protections hearing continued to
                             next week (.8).

10/19/06 S Strong        .80 Participate in meeting with counsel for
                             Silver Point, FTDC and DTDC, and A. W. Jarvis
                             regarding final APA and strategies for next
                             weeks hearing (.8).

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

10/19/06 S Tingey        3.30 Review Silverpoint prior lien issues and
                              communicate with Mesirow regarding request and
                              information (1.2); draft letters to insurers
                              and closing agent regarding prior liens
                              identified by Silverpoint (1.1); draft memo
                              regarding University Estates issues for
                              Silverpoint review (0.8); facilitate UCC filing
                              in Silverpoint loans (0.2).

10/20/06 A Jarvis         .80 Correspondence on finalizing APA.

10/20/06 E Monson         .20 Review lengthy e-mail from A. W. Jarvis
                              regarding additional facts to put in
                              supplemental affidavit of T. Allison to
                              support bid procedures and break-up fee.

10/20/06 E Monson        3.60 Work on supplemental declaration of T.
                              Allison.

10/20/06 S Strong        1.20 Work on issues for supplemental declaration in
                              support of bid protections (1.2).

10/20/06 S Tingey         .50 Review loan administration issues relating to
                              Silverpoint APA (0.3); revise memo to
                              Silverpoint regarding University Estates
                              (0.2).

10/22/06 A Jarvis         .20 Correspondence with Silver Point regarding
                              preparation of declaration for T. Allison,
                              continued hearing on bid procedures.

10/22/06 A Jarvis         .30 Correspondence with client regarding evidence
                              from continued hearing on bid procedures.

10/22/06 A Jarvis        5.50 Draft declaration for T. Allison in support
                              of bid procedures and correspondence
                              regarding same.

10/23/06 A Jarvis        5.10 Draft and revise declaration for T. Allison
                              and prepare for continued hearing on bid
                              procedures.

10/23/06 A Jarvis         .50 Preparation for continued hearing on bid
                              procedures.

10/23/06 D Monson         .10 Review e-mails from A. Jarvis on prospective
                              bidder contacts with borrowers.

Client No. 34585                                   Page:   20
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007

| | | | |
|---|---|---|---|
| 10/23/06 | E Monson | .40 | Review e-mails from A. W. Jarvis, J. McCarroll, J. Atkinson and B. Fasel regarding T. Allison supplemental declaration. |
| 10/23/06 | E Monson | .60 | Review T. Allison supplemental declaration. |
| 10/23/06 | E Monson | .20 | Draft e-mail to J. McCarroll regarding T. Allison supplemental declaration. |
| 10/23/06 | E Monson | .70 | Review FTDFC's response in support of bid procedures. |
| 10/23/06 | E Monson | .40 | Review drafts of D. Husak of Laureate Capital and D. Conway of Silver Point. |
| 10/23/06 | E Monson | 3.20 | Work on revising T. Allison's supplemental declaration in support of bid procedures. |
| 10/23/06 | E Monson | .40 | Review e-mails on exhibits to T. Allison declaration and actual exhibits. |
| 10/23/06 | E Monson | .20 | Review response of ECC in support of bid procedures motion. |
| 10/23/06 | S Strong | 2.70 | Review and revise supplemental declaration regarding bid protections (1.6); telephone conference with J. McCarroll regarding Silver Point comments to proposed supplemental declaration and exhibits (0.3); draft additional language for supplemental declaration (0.8). |
| 10/23/06 | S Strong | .60 | Prepare final version of supplemental declaration regarding bid protections and exhibits thereto (0.5); email to local counsel transmitting final version of same for filing (0.1). |
| 10/23/06 | S Strong | .50 | Review regarding due diligence issues of potential purchasers (0.1); telephone conference with B. Fasel and A. W. Jarvis regarding same (0.2); review form confidentiality agreement regarding same (0.2). |
| 10/23/06 | S Strong | .30 | Review schedules to APA as filed (0.2); exchange emails with A. W. Jarvis regarding same (0.1). |

Client No. 34585                                      Page:   21
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

| | | |
|---|---|---|
| 10/23/06 S Tingey | 1.10 | Revise memo to C. Karides regarding University Estates loan dispute (0.3); memo to A. Stevens regarding same (0.2); analyze prior lien issues raised by Silverpoint (0.6). |
| 10/23/06 S Tingey | .20 | Telephone conference with D. Arnold, FTI regarding  Silverpoint due diligence. |
| 10/24/06 A Jarvis | .40 | Correspondence on continued bid procedures hearing. |
| 10/24/06 A Jarvis | .30 | Correspondence on due diligence issues. |
| 10/24/06 A Jarvis | .30 | Telephone conference with J. Atkinson regarding bid procedures hearing, budget, IP issues. |
| 10/24/06 A Jarvis | .30 | Preparation for bid procedures hearing, IP issues. |
| 10/24/06 A Jarvis | 1.40 | Prepare for continued hearing on bid procedures. |
| 10/24/06 A Jarvis | 1.70 | Meeting with T. Allison regarding preparation for hearing, IP issues. |
| 10/24/06 A Jarvis | 1.00 | Meeting with T. Allison, E. A. Monson, J. McCarroll regarding preparation for hearing. |
| 10/24/06 A Jarvis | 1.00 | Telephone conference with potential bidder regarding due diligence questions. |
| 10/24/06 A Jarvis | .20 | Correspondence regarding due diligence issues with potential bidders. |
| 10/24/06 A Jarvis | 7.10 | Prepare for hearing on bid procedures motion including reviewing pleadings, case law, evidence and preparing outline. |
| 10/24/06 E Monson | .60 | Work on preparations for hearing on bid procedures. |
| 10/24/06 E Monson | .80 | Review draft of bid procedures order and numerous e-mails relating thereto. |
| 10/24/06 E Monson | .60 | Review e-mails from S. C. Strong regarding LePome objection to bid procedures and review LePome objections. |

Client No. 34585                                          Page:   22
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | | |
|---|---|---|---|
| 10/24/06 | E Monson | 1.30 | Conference with A. W. Jarvis, T. Allison, and J. McCarroll to discuss issues relating to bid procedures hearing. |
| 10/24/06 | E Monson | 1.70 | Meet with A. W. Jarvis and T. Allison to review documents and preparation for hearing. |
| 10/24/06 | S Strong | .80 | Research noticing issues concerning bid procedures motion (0.8). |
| 10/24/06 | S Strong | .50 | Review confidentiality agreement signed by potential purchaser (0.2); telephone conference with B. Fasel regarding same (0.1); participate in telephone conference with potential purchaser and B. Fasel regarding restrictions on contacting borrowers imposed under confidentiality agreement (0.2). |
| 10/24/06 | S Strong | .40 | Review email from L. Schwartzer regarding supplemental declaration in support of bid procedures (0.1); review supplemental declaration as filed (0.2); email to L. Schwartzer regarding same (0.1). |
| 10/24/06 | S Strong | 1.10 | Review comments and revisions from committees to proposed bid procedures order (0.2); analysis of issues raised by revisions to same (0.2); make further revisions to same (0.3); email to committees regarding same (0.2); email to J. McCarroll regarding same (0.1); email to local counsel regarding final form and lodging of bid procedures order (0.1). |
| 10/24/06 | S Strong | .50 | Review and analyze response by R. LePome to bid procedures motion (0.5). |
| 10/25/06 | A Jarvis | .30 | Meeting with T. Allison regarding APA issues. |
| 10/25/06 | A Jarvis | .20 | Conference with committees and Silver Point regarding preparation for hearing. |
| 10/25/06 | A Jarvis | 3.30 | Attend hearing on bid procedures motion. |
| 10/25/06 | A Jarvis | .50 | Conferences with clients regarding additional issues for hearing. |

Client No. 34585                                    Page:   23
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| 10/25/06 A Jarvis | .30 | Conference with Silver Point, committees regarding afternoon hearing on bid procedures motion. |
| 10/25/06 A Jarvis | 1.50 | Attend afternoon hearing on bid procedures motion. |
| 10/25/06 A Jarvis | .50 | Meeting with B. Fasel and FTDF regarding order, APA. |
| 10/25/06 A Jarvis | .30 | Correspondence with bidder regarding due diligence issues. |
| 10/25/06 E Monson | .70 | Meet with client and preparations for hearing on bid procedures. |
| 10/25/06 E Monson | 1.30 | Revisions to bid procedures and APA based on events of hearing. |
| 10/25/06 E Monson | .60 | Update S. C. Strong regarding events at hearing and review numerous e-mails regarding bid procedures and order relating thereto. |
| 10/25/06 S Strong | .20 | Work on noticing issues concerning bid procedures motion (.2). |
| 10/25/06 S Strong | .90 | Work on modifications to bid procedures and proposed order based on hearing today (0.2); review email from C. Pajak with revised bid procedures (0.1); review and edit revised bid procedures (0.3); exchange emails with B. Fasel regarding same (0.1); exchange emails with C. Pajak regarding same (0.2). |
| 10/25/06 S Strong | .60 | Review revisions to bid procedures order (0.2); exchange emails with B. Fasel regarding same (0.1); exchange emails with C. Pajak regarding same (0.1); circulate revised draft of bid procedures order to committee counsel (0.1); circulate same to A. Landis (0.1). |

Client No. 34585                                        Page:   24
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/25/06 S Tingey        1.00  Telephone conference with D. Paschal
                               regarding University Estates due diligence
                               (0.2); communicate with A. Stevens regarding
                               same (0.2); revise letter to University
                               Estates (0.3); communicate with D. Paschal
                               regarding University Estates (0.2); telephone
                               conference with paralegal regarding UCC
                               filing issues (0.2); review UCC filing issue
                               (0.3).

10/25/06 C Hurst          .90  Prepare and e-file Financial Statement with
                               State of Delaware regarding Ocean Atlantic.

10/26/06 K Glade          .50  Review proposed sections in Silver Point APA
                               regarding representations regarding
                               modification of loans (0.3); related
                               conference with others regarding sections and
                               suggested changes (0.2).

10/26/06 A Jarvis         .70  Telephone conference with potential bidder
                               regarding due diligence questions.

10/26/06 A Jarvis         .50  Conference call with D. Cica and C. Pajak
                               regarding negotiations on APA.

10/26/06 A Jarvis         .90  Telephone conference with J. McCarroll, C.
                               Karides, C. Pajak, R. Charles regarding
                               negotiations on APA.

10/26/06 A Jarvis         .20  Correspondence on APA.

10/26/06 D Monson        2.00  Review and revise comments on representations
                               in Asset Purchase Agreement (0.7); review Asset
                               Purchase Agreement terms on modifications to
                               FTDF Loans and review Schedule of FTDF Loans
                               (0.4); review and respond to J. Reed e-mail on
                               title work request from Capital Crossing (0.2);
                               review Dawn Cica e-mail on due diligence issues
                               with Silver Point (0.1); review S. Tingey
                               e-mail to E. Karasik and E. Karasik response on
                               University Estates loan (0.2); e-mail to Silver
                               Point attorneys on consent to Palm Harbor One,
                               Marlton Square 1st Loan, and Marlton Square 2nd
                               Loan Motion (0.2); e-mail to A. Jarvis on
                               comments on representations in Asset Purchase
                               Agreement and review e-mail from the FTDF
                               Committees attorneys (0.2).

Client No. 34585                                         Page:    25
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

10/26/06 E Monson        .50 Review final drafts of bid procedures order
                             and bid proceedings and send email verifying
                             these were the final versions (.5).

10/26/06 S Strong        .70 Exchange emails with B. Fasel regarding
                             procedures for potential bidders contact
                             with borrowers (0.2); review email from J.
                             Reed and analysis of attached letters
                             regarding same (0.3); exchange voice messages
                             with potential bidders counsel regarding
                             same (0.2).

10/26/06 S Strong        .60 Review comments to revised draft of bid
                             procedures order (0.2); exchange emails with
                             L. Schwartzer and R. Charles regarding
                             signature approvals needed (0.2); email to L.
                             Dorsey regarding same (0.1); telephone
                             conference with J. McPherson regarding same
                             (0.1).

10/26/06 G Winger       2.40 Review revised draft of Asset Purchase
                             Agreement; follow-up regarding the same.

10/26/06 C Hurst        1.00 Work on UCC filings for State of California.

10/27/06 K Glade         .20 Work regarding request by Capital Crossing for
                             copies of title work.

10/27/06 A Jarvis        .30 Correspondence regarding preparation for
                             hearing.

10/27/06 A Jarvis        .70 Correspondence with Silver Point on changes
                             to APA.

10/27/06 A Jarvis       1.00 Conference with Silver Point and Committees
                             regarding changes to APA, negotiations
                             regarding same.

10/27/06 A Jarvis        .50 Correspondence with T. Allison regarding
                             negotiations on APA and respond to Silver
                             Point regarding open issues.

10/27/06 A Jarvis        .90 Correspondence with T. Allison on APA changes
                             and review same.

10/27/06 A Jarvis        .20 Correspondence on inquiries from potential
                             bidders.

Client No. 34585                                          Page:   26
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

10/27/06 D Monson        .20  Review e-mail from J. Reed on title work for
                              prospective bidders.

10/27/06 E Monson        .40  Follow-up regarding bid procedures order and
                              issues in connection therewith and review
                              e-mails relating thereto.

10/27/06 S Strong       1.00  Work on proposed bid procedures order (0.2);
                              exchange emails with C. Pajak regarding same
                              (0.2); exchange emails with J. McCarroll
                              regarding same (0.2); review comments from
                              reviewers regarding same (0.2); review related
                              revisions to bid procedures (0.2).

10/27/06 G Winger       1.20  Review First Amended and Restated Asset
                              Purchase Agreement (1.0); conference with
                              Annette Jarvis regarding obligation to obtain
                              title endorsements (.2).

10/27/06 C Hurst        1.50  Research entity status of 6425 Gess Ltd. to
                              prepare Texas financing statement for 6425 Gess
                              filing.

10/28/06 D Monson        .40  Review notice to Silver Point on Copper Sage II
                              letter from Susan Scann (0.2); e-mail to Silver
                              Point attorneys on Copper Sage II threatened
                              litigation letter from Susan Scann (0.2).

10/29/06 E Monson        .20  Review e-mail from J. McCarroll regarding side
                              letter agreement.

10/30/06 K Glade        1.00  Review Silver Point "side letter" agreement
                              regarding title issues (1.0).

10/30/06 D Monson        .10  Evaluate earnest money deposits for bidders for
                              servicing rights.

10/30/06 S Strong        .40  Review status of bid procedures order (0.1);
                              telephone conference with L. Dorsey regarding
                              same (0.2); Telephone conference with L. Dorsey
                              regarding dates in final bid procedures (0.1).

10/30/06 S Strong       2.30  Exchange emails with C. Karides regarding
                              revised APA issues (0.2); review letter
                              relating to APA (0.2); telephone conference
                              with K. Pajak and D. Cica regarding same (0.2);
                              telephone conference with C. Karides regarding

Client No. 34585                                    Page:   27
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

final edits to APA (0.2); review final edits to
APA (0.8); email to K. Karides, A. W. Jarvis
and E. A. Monson with final version of APA
(0.2); exchange emails with C. Pajak regarding
same (0.2); transmit final version of APA to
local counsel for filing (0.1); exchange emails
with C. Pajak regarding schedules to APA (0.1);
email schedules to local counsel for filing
(0.1).

10/30/06  S Strong      2.20  Review and analysis of letter from proposed
                              bidder regarding borrower contacts (0.3);
                              exchange emails with B. Fasel regarding same
                              (0.2); draft letter to proposed bidder
                              regarding confidentiality agreement and
                              borrower contacts (1.2); exchange emails with
                              B. Fasel regarding same (0.2); t/c with B.
                              Fasel regarding same (0.1); finalize letter and
                              transmit to counsel for proposed bidder (0.2).

10/30/06  S Strong       .20  Review proposed motion from L. Schwartzer
                              regarding court reporter for auction hearing
                              (0.1); exchange emails with him regarding
                              same (0.1).

10/30/06  G Winger       .80  Follow-up regarding issues pertaining to final
                              version of the Asset Purchase Agreement (.1);
                              review agreement and disclosure side letter
                              (.7).

10/30/06  C Hurst       3.10  Further work on preparing UCC Financing
                              Statements in various states.

10/31/06  A Jarvis       .30  Correspondence on title work.

10/31/06  A Jarvis       .30  Correspondence on potential bidder issues.

10/31/06  D Monson       .30  Review letter of credit language for Silver
                              Point deposit, and review and revise proposed
                              letter of credit language.

10/31/06  S Strong      1.00  Exchange emails with B. Fasel regarding bid
                              deposit issues (0.2); review bid procedures and
                              APA regarding same (0.5); telephone conference
                              with S. C. Tingey and SP counsel M. Cashman
                              regarding same (0.2); exchange emails with M.
                              Cashman regarding same (0.1).

Client No. 34585                                        Page:   28
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

| 10/31/06 | S Strong | .20 | Exchange emails with B. Fasel regarding status of bid procedures and proposed order (.2). |
| 10/31/06 | S Tingey | 1.40 | Telephone conference with M. Tashman of Smith Reed regarding deposit and letters of credit (0.2); review APA and bid procedures regarding deposit and draft proposal letter of credit issues (1.2). |
| 10/31/06 | C Hurst | 1.20 | Further preparation of State level UCC's. |

TOTAL FOR LEGAL SERVICES RENDERED                          $96,394.50