*"Exhibit I-4"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357310
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00004

**Business Operations**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/02/06 | A Brinkerhoff | 1.00 | Follow up with Fulbright & Jaworski's continued request for conference call with discussion regarding proposed Protective Order pertaining to IP documents and review of proposed amendments to draft Protective Order (1.0). |
| 10/02/06 | K Glade | 5.60 | E-mail M. Olson regarding foreclosure on "So. California Land" loan (.2); e-mail to A. Stevens regarding foreclosure issues on "So. California Land" loan with review of loan summary shaving fractional interest (.4); telephone call with HFA representatives regarding Colt Gateway loan (.2); Colt CREC loan (.2); Colt DIV #1 loan (.2); Colt DIV#2 loan (.2); and Windham loan (.2); e-mail from T. Allison regarding inquiry of D. Palmer on Hasley Canon (.1); e-mail to T. Allison regarding response to Hasley Canyon (.2); telephone call with T. Allison, M. Haftl and M. Olson regarding terms of signed letter agreement on Hasley Canyon (.6); telephone call with Hasley Canyon attorney regarding letter agreement (.6); e-mail from T. Allison regarding D. Palmer (Hasley Canyon) response to phone calls (.2); telephone call with T. Allison, et al. regarding negotiations on |

Client No. 34585                                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                               January 19, 2007

 

|  |  |  |
|---|---|---|
|  |  | Hasley Canyon letter agreement (.4); and subsequent telephone call with Hasley Canyon attorney (.4); revise Hasley Canyon letter agreement (.8); e-mail regarding bankruptcy court approval on Hasley Canyon (.3); with responsive e-mails from A. Jarvis (.2) |
| 10/02/06 | A Jarvis | .30 Correspondence on HFA loans. |
| 10/02/06 | A Jarvis | .30 Correspondence on Hasley Canyon payoff. |
| 10/02/06 | A Jarvis | 1.80 Telephone conference with Mesirow and HFA principals and lawyers regarding payoff of HFA loans. |
| 10/02/06 | A Jarvis | .40 Conference with K. G. Glade and T. Allison regarding Hasley Canyon negotiations. |
| 10/02/06 | D Monson | 1.00 Review M. Olson, K. Glade and M. Haftl e-mails on Southern California Land loan (0.1); review A. Stevens and M. Haftl e-mails on Palm Harbor One workout motion (0.1); telephone call from J. Reed on Loan Servicing Agreement issues relating to Texas Foreclosure actions (0.1); Telephone call from A. Stevens and M. Haftl on Marlton Square 1st Loan workout motion, and revise motion (0.1); telephone call from A. Stevens and M. Haftl on status of Binford Medical Loan interest reserve (0.1); telephone call from B. Noel on Texas foreclosure actions (0.1); e-mail to S. Strong on Lerin Hills workout proposal motion (0.1); review e-mail from M. Olson on Lerin Hills workout issues (0.1); review e-mail from M. Olson on Marlton Square 1st Loan workout proposal (0.1). |
| 10/02/06 | E Monson | .50 Work on IP documents issues regarding protective order. |
| 10/02/06 | E Monson | .30 Review e-mail from T. Follati regarding cost estimate to scan, and send reply on cost estimate previously obtained. |
| 10/02/06 | E Monson | .30 Analyze Royal Hotel database issues. |
| 10/02/06 | S Strong | .30 Review revised draft of motion for return of investor funds held in escrow. |

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 10/02/06 S Strong | .70 | Work on revising draft press release from M. Olson regarding employee changes at USACM (0.6); email to M. Olson, T. Allison and J. Atkinson regarding same (0.1). |
| 10/02/06 S Strong | .20 | Review regarding IP documents status (.2). |
| 10/03/06 A Brinkerhoff | 3.00 | Calls and emails from Fulbright and Jaworski (.4); extended conference with E. Monson regarding Fulbright & Jaworski's amended proposal for Protective Order (.7); telephone conference with E. Monson and T. Fallati and S. O'Connell (.5); analyze issues regarding privilege review and recommendations to client (.6); revisions to memorandum to client (.4); email to client with recommendations on Fulbright's proposal and proposed privilege review (.4). |
| 10/03/06 K Glade | 2.50 | Review letter agreement on Hasley Canyon payoff (.6); telephone call with T. Allison regarding status of regulations on Hasley Canyon letter agreement (.1); e-mail to Hasley Canyon attorney regarding K. Glade revisions to letter agreement (.3); telephone call with T. Allison, M. Haftl and M. Olson regarding Dan Palmer complaint about changes to letter agreement (.6); telephone call with Hasley Canyon attorney regarding copy of loan agreement for new financing and K. Glade changes to loan agreement (.3); telephone call with title company regarding claim on Sloan foreclosure on Fox Hills and Kaiweah foreclosure on Fox Hills (.3); e-mail regarding correspondence received from plaintiff's counsel on Keiweah mechanic lien foreclosure (.2); follow-up on Royal Hotel sale (.1) |
| 10/03/06 D Monson | .50 | Review e-mail from A. Stevens on 60th Street Loan partial reconveyance request and analysis of response (0.2); analyze Lerin Hills workout motion issues (0.3). |
| 10/03/06 E Monson | .20 | Review e-mails from T. Falloti regarding scanning cost estimate and setting up a conference call to discuss IP document issues (.2). |

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

10/03/06 E Monson        .50 Analyze issues on draft protective order.

10/03/06 E Monson       1.50 Conference with A. T. Brinkerhoff and
                             Fulbright attorneys to discuss IP document
                             issues.

10/03/06 E Monson        .40 Review prior cost estimates to scan documents
                             and circulate e-mail to Fulbright.

10/03/06 E Monson        .50 Work on outline of issues to be resolved in
                             IP document dispute.

10/03/06 E Monson        .40 Review lengthy e-mails and attachments from
                             A. T. Brinkerhoff to client regarding IP
                             document issues.

10/03/06 S Strong       1.20 Voice message to J. McPherson regarding Lerin
                             Hills motion and procedures for filing under
                             seal (0.1); email to J. McPherson regarding
                             same (0.1); telephone conference with J.
                             McPherson regarding same (0.3); research
                             regarding under seal procedures (0.3);
                             telephone conference with J. McPherson
                             regarding her conclusions regarding same (0.2);
                             email to T. Allison and J. Atkinson regarding
                             same (0.2).

10/03/06 S Strong        .90 Analyze issues regarding assignments of loan
                             interests (0.6); draft email to S. Smith
                             regarding same (0.3).

10/03/06 S Strong        .40 Telephone conference with J. Atkinson
                             regarding cash budgeting issues and renewed
                             motion needed (.4).

10/04/06 A Brinkerhoff  1.00 Review J. Atkinson comments on Fulbright's
                             proposed Protective Order (.2); emails from
                             Fulbright and Jaworski (.2); review E. Monson
                             summary of Protective Order issues and proposal
                             for response and email to clients (.6).

10/04/06 K Glade        4.10 E-mail from D. Palmer (Hasley Canyon) regarding
                             status of letter agreement (.1) with related
                             response from T. Allison (.1); call with A.
                             Jarvis regarding discussion between T. Allison
                             and D. Palmer (Hasley Canyon) (.2); review

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

updated letter agreement on Hasley Canyon and
made revisions (1.4); telephone call with A.
Stevens and M. Haftl regarding Mountain House
(.3); draft letter to Chicago Title Counsel
regarding mechanics lien foreclosure on Fox
Hills (.8); e-mail regarding bankruptcy filing
on Fox Hills (.2); analyze post-petition
Assignment of Trust Deed issues as requested by
court (.3); provide information regarding
collateral in 10-90 Inc. loan and IP Security
Agreement and information regarding UCC filings
(.7).

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/04/06 | A Jarvis | .40 | Telephone conference with T. Allison regarding Halsey Canyon, meeting with Unsecured Creditors Committee. |
| 10/04/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding loan issues, workout offers, negotiations with J. Milanowski. |
| 10/04/06 | A Jarvis | .30 | Telephone conference with T. Allison and M. Olson regarding Halsey Canyon negotiations. |
| 10/04/06 | A Jarvis | .20 | Telephone conference with K. G. Glade regarding Halsey Canyon negotiations. |
| 10/04/06 | A Jarvis | .40 | Correspondence with client regarding foreclosure. |
| 10/04/06 | A Jarvis | .30 | Correspondence on Lerin Hills. |
| 10/04/06 | A Jarvis | .20 | Correspondence with D. M. Monson regarding Lerin Hills, foreclosure counsel. |
| 10/04/06 | A Jarvis | .30 | Correspondence with K. G. Glade regarding Halsey Canyon loan collection. |
| 10/04/06 | A Jarvis | .20 | Follow-up on Halsey Canyon negotiations. |
| 10/04/06 | A Jarvis | .40 | Correspondence on Standard Development. |
| 10/04/06 | A Jarvis | .20 | Correspondence on Halsey Canyon. |
| 10/04/06 | D Monson | 4.20 | Review S. Strong e-mail on Lerin Hills workout proposal issues (0.1); review J. Atkinson e-mail on Lerin Hills workout proposal issues (0.1); draft Declaration of Tom Allison in Support of Palm Harbor One Loan Modification |

Client No. 34585                                    Page:     6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

                    Motion (0.2); draft Declaration of Tom Allison
                    in Support of Marlton Square 1st Loan
                    Forbearance Motion (0.2); review and respond to
                    e-mails from M. Haftl on Marlton Square 1st
                    Loan Forbearance Motion (0.3); revise Marlton
                    Square 1st Loan Forbearance Motion and forward
                    to J. McPherson (0.1); finalize letter to
                    Standard Property Development Direct Lenders on
                    continued hearing on injunction against
                    borrower (0.2); review and respond to e-mails
                    on current status of Standard Property
                    Development settlement efforts (0.3); telephone
                    call from Richard Dalke, Standard Property
                    Development Direct Lender, on status of
                    settlement negotiations (0.2); analyze
                    assignment issues for assignments of Direct
                    Lender interests in various serviced loans and
                    review UCC provisions relating to assignments
                    (0.4); e-mail to Jeff Miller, BMC Noticing
                    Service, on service of motion on Marlton Square
                    1st Loan Forbearance Motion (0.2); conference
                    with M. Haftl and A. Stevens on 60th Street
                    Venture Loan and request for partial releases
                    (0.2); conference with M. Haftl and A. Stevens
                    on Binford Medical Loan status (0.1);
                    conference with M. Haftl and A. Stevens on
                    Gramercy Loan and title insurance claim (0.1);
                    telephone call to R. Dalke, Standard Property
                    Development Direct Lender, on status of
                    settlement negotiations (0.2); review e-mail
                    from B. Noel, Texas foreclosure counsel, on
                    Texas foreclosure issues (0.3); review S.
                    Strong e-mails on Lerin Hills Loan workout
                    motion (0.2); review M. Olson e-mails on Palm
                    Harbor One Loan modification, motion and
                    Direct Lender consents (0.2); Review AWJ
                    e-mails on Standard Property Development
                    settlement negotiations (0.2); e-mail to AWJ on
                    B. Noel e-mail on Texas foreclosure actions,
                    and review AWJ response (0.1); work on Binford
                    Medical Loan and Motion for Contempt on loan
                    reserves (0.2); review A. Stevens e-mail to
                    60th Street Loan Borrower on request for
                    partial reconveyance (0.1).

10/04/06 E Monson      .70 Draft e-mail regarding response to request from
                           D. Griffith regarding Royal Hotel Database and
                           review replies from client.

Client No. 34585                                    Page:      7
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/04/06 E Monson        .20 Revise letter to Direct Lenders regarding
                             status of Standard Property Development
                             litigation.

10/04/06 E Monson        .30 Finalize letter and facilitate getting
                             distributed to Direct Lenders.

10/04/06 E Monson        .20 Draft e-mail to M. Olson regarding including
                             information from letter in website.

10/04/06 E Monson        .50 Review numerous e-mails regarding questions
                             from Direct Lenders regarding Standard
                             Property litigation and send replies.

10/04/06 E Monson       1.80 Draft lengthy e-mail analyzing protective
                             order and possible resolution of IP document
                             dispute.

10/04/06 E Monson        .20 Review e-mail from J. Atkinson regarding IP
                             document dispute.

10/04/06 E Monson        .30 Work on IP document dispute.

10/04/06 S Strong       1.40 Telephone conference with S. Smith regarding
                             procedures regarding requests for assignments
                             of loan interests (0.1); email to S. C.
                             Tingey regarding same (0.1); participate in
                             telephone conference with S. Steele, M. Stone
                             and S. Tingey regarding same (1.2).

10/04/06 S Strong        .40 Review motion for R. 2004 exam regarding USA
                             Commercial Real Estate (IP-related entity)
                             (0.2); review corporate records regarding
                             USACRE (0.2).

10/04/06 S Strong        .40 Exchange emails with J. Atkinson regarding
                             filing motion regarding certain loan under
                             seal (0.2); exchange emails with T. Allison
                             regarding same (0.1); email to J. McPherson
                             regarding same (0.1)

10/04/06 S Strong        .40 Review proposed language to investors
                             regarding incomplete loan assignments (0.3);
                             exchange emails with S. Steele regarding same
                             (0.1).

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/04/06 S Strong        .70 Review email from S. Steele regarding
                             assignments of loan interests to DACA (0.1);
                             telephone conference with S. Steele regarding
                             same (0.2); review DACA assignment documents
                             and forward same to S. Steele (0.2); exchange
                             emails with S. Smith regarding proposed
                             assignment procedures (0.1); telephone
                             conference with S. Smith regarding same (0.1).

10/05/06 A Brinkerhoff  4.30 Prepare for conference call with client on IP
                             documents issue (.3); conference call with T.
                             Allison, J. Alkinson, S. Strong, A. Jarvis and
                             E. Monson regarding proposed Protective Order
                             from Fulbright and Jaworski and other issues
                             (.9); draft alternative proposed Protective
                             Order to present to Fulbright (1.8); call from
                             T. Fallati and S. O'Conner (.8); draft email to
                             transmit alternative proposal to Fallati and
                             O'Conner (.5).

10/05/06 S Cummings     1.20 Preparation of motion for assignment
                             procedures.

10/05/06 K Glade        4.30 Draft e-mail regarding changes made to letter
                             agreement in Hasley Canyon (.5); draft e-mail
                             to M. Haftl regarding extension fee  question
                             on Hasley Canyon (.2); telephone call with A.
                             Jarvis and T. Allison regarding suggested
                             revisions to Hasley Canyon letter agreement
                             (.4); draft revisions to Hasley Canyon letter
                             agreement with transmittal e-mail (.9); draft
                             e-mail to T. Allison explaining K. Glade
                             revisions to Hasley Canyon letter agreement
                             (.4); review revisions to Hasley Canyon
                             letter agreement made by borrower's attorney
                             (.4); draft e-mail to Hasley Canyon borrower
                             regarding LLC authorization issue (.3); draft
                             e-mail to Mesirow and USA listing open issue
                             on Hasley Canyon letter agreement with
                             additional review of letter (.9); telephone
                             call with A. Stevens and  M. Haftl regarding
                             status of finance on Mountain House loan and
                             related issues (.3).

10/05/06 A Jarvis        .30 Correspondence on Halsey Canyon loan
                             collection negotiations.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    9
January 19, 2007

| 10/05/06 A Jarvis | .20 | Telephone conference with J. Atkinson and K. G. Glade regarding Halsey Canyon negotiations. |
|---|---|---|
| 10/05/06 A Jarvis | .30 | Correspondence on Halsey Canyon negotiations. |
| 10/05/06 A Jarvis | 2.10 | Draft revised term sheet for possible IP settlement, review term sheet from IP. |
| 10/05/06 A Jarvis | .10 | Correspondence on motion under seal. |
| 10/05/06 B Kotter | 3.10 | Draft cash management motion (3.1). |
| 10/05/06 D Monson | 2.00 | Revisions to Declaration of Tom Allison in support of Motion to Approve Lerin Hills workout proposal and circulate for comments (0.8); e-mail to J. McPherson and S. Strong on exhibit to Declaration of Tom Allison on Lerin Hills workout proposal (0.1); work on Binford Medical Loan and Motion for Violation of Automatic Stay and to recover interest reserves (0.1); review e-mail from M. Olson and discuss Shamrock Tower Loan purchase offer with SCT (0.2); review and respond to e-mail from A. Parlen on Palm Harbor One Loan Modification (0.2); e-mail to AWJ and S. Strong on A. Parlen inquiry on Marlton Square 1st Loan forbearance (0.1); forward Palm Harbor Loan Direct Lenders notice to A. Parlen (0.1); review and respond to e-mail from M. Olson on Lerin Hills Loan workout approval motion (0.2); review e-mails on Lerin Hills Loan workout motions (0.2). |
| 10/05/06 E Monson | .40 | Prepare for conference call regarding IP documents with client. |
| 10/05/06 E Monson | 1.50 | Conference call with client and discuss IP documents and other issues. |
| 10/05/06 E Monson | .40 | Review and revise e-mail to Fulbright regarding protective order involving IP documents. |
| 10/05/06 E Monson | .20 | Review voice mails from D. Griffith, Sarah O'Connell and Tom Falloti. |
| 10/05/06 E Monson | .20 | Work on protective order issues/revisions. |

Client No. 34585                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/05/06 S Strong        2.70  Research regarding prior cash usage motions and
                               orders and related management fee issues (1.2);
                               exchange emails with J. Atkinson regarding same
                               (.2); revise proposed motion for continued use
                               of cash (.5); telephone call with J. Atkinson
                               regarding same (.3); revise cash management
                               motion (.3); e-mail same to local counsel with
                               comments for filing (.2).

10/05/06 S Strong         .30  Review and respond to new question from S.
                               Steele regarding loan assignments.

10/05/06 S Strong         .70  Review draft of motion to file under seal
                               from J. McPherson (0.3); telephone call with
                               J. McPherson regarding same (0.2); follow-up
                               e-mails with J. McPherson regarding filing of
                               same (0.2).

10/06/06 K Glade         1.20  E-mail from T. Allison regarding status with
                               Hasley Canyon letter agreement (.1); draft
                               responsive e-mail to T. Allison regarding
                               open issues on Hasley Canyon letter agreement
                               (.3); e-mail from M. Haftl regarding status
                               of Hasley Canyon letter agreement with
                               responsive e-mail (.2); telephone call with
                               M. Olson regarding open issues on Hasley
                               Canyon letter agreement (.3); draft e-mail to
                               M. Olson and M. Haftl regarding open issues
                               on Hasley Canyon letter agreement (.2);
                               e-mail from A. Stevens regarding Mountain
                               Home loan (.1).

10/06/06 A Jarvis         .20  Correspondence on potential funding of
                               Binford by Silver Point.

10/06/06 D Monson         .30  Analyze Gramercy Loan issues (0.1); review J.
                               McPherson e-mails on Lerin Hills workout motion
                               (0.1); review and respond to M. Haftl e-mail
                               on Lerin Hills workout motion (0.1).

10/09/06 A Brinkerhoff   1.70  Conference call regarding strategy regarding IP
                               with A. Jarvis, E. Monson, T. Allison, J.
                               Atkinson, S. Smith and P. Cheng (1.3); evaluate
                               terms of possible compromise with D. Griffith
                               on IP issues (.4).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   11
January 19, 2007

| | | |
|---|---|---|
| 10/09/06 K Glade | 2.80 | Review executed letter agreement on Hasley Canyon (.2); e-mail to J. Friedman regarding status of LLC Member Consent on Hasley Canyon letter agreement (.2); e-mail to USA/Mesirow regarding need for updated payoff letter on Hasley Canyon (.1); review revised payoff letter and compare with earlier calculations on Hasley Canyon with explanatory e-mail and telephonic call with A. Stevens (.8); review court orders permitting trust deed reconveyances as is relates to Meadow Creed Partners loan (.2); review proposal for distributions from Royal Hotel sale and e-mail regarding comments to proposal (.7); e-mail regarding provisions for collection of LLC distributions under USA Investment Partners Security Agreement (.6). |
| 10/09/06 A Jarvis | .60 | Correspondence on Royal Hotel closing. |
| 10/09/06 A Jarvis | .30 | Correspondence on HFA negotiations, loan collections. |
| 10/09/06 A Jarvis | .30 | Correspondence on Binford funding. |
| 10/09/06 A Jarvis | .20 | Correspondence on HFA Wyndham. |
| 10/09/06 D Monson | 2.20 | Review e-mail from Maggie Stone on Bay Pampano Loan assignments (0.1); review e-mails from S. Strong and J. McPherson on filing of Lerin Hills workout motion (0.2); review e-mail from M. Haftl on I-40 Gateway West Loan and request for extension (0.2); discuss Lerin Hills workout motion with AWJ and S. Strong (0.1); review e-mail from Williams McKenna, foreclosure counsel for Amesbury/Hatters Point loan, check on status of order on appointment of ordinary course foreclosure counsel, and e-mail to W. McKenna (0.3); work on Meadow Creek loan payoff issues (0.1); telephone conference with A. Stevens, M. Haftl and Maggie Stone on I-40 Gateway West loan forbearance request (0.2); telephone conference with A. Stevens, M. Haftl and Maggie Stone on Bay Pampano loan and assignments of Direct Lender interests (0.2); telephone call from Maggie Stone on UCC-3 Release for loan repaid in 2005 |

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

|  |  |  |  |
|---|---|---|---|
|  |  |  | (0.1); telephone conference with M. Olson and J. McPherson on Lerin Hills workout motion and Declaration of Tom Allison (0.2); review letter from Susan Scann on Binford Medical loan dispute in interest reserves (0.2); review e-mails from J. McPherson on filing and service of Lerin Hills motion and Declaration of Tom Allison (0.1); review and respond to M. Haftl e-mail on Texas foreclosure counsel (0.2). |
| 10/09/06 | D Monson | 1.50 | Review e-mail from Silver Point attorney on Gramercy loan and due diligence analysis (0.1); review Gramercy loan file in preparation for due diligence discussion with Silver Point attorneys on Gramercy loan (0.4); conference with J. McCarroll and C. Karides of Reed Smith, Silver Point attorneys, on Gramercy due diligence review and e-mail due diligence documentation to J. McCarroll and C. Karides (1.0). |
| 10/09/06 | S Strong | .20 | Participate in telephone call with J. Atkinson, B. Fasel and A. W. Jarvis regarding loan collection issues. |
| 10/09/06 | S Strong | .70 | Work on proposed assignment procedures motion regarding same (0.7). |
| 10/09/06 | S Strong | .20 | Exchange e-mails with M. Olson regarding status of motion for return of additional Bundy Canyon funds in escrow (0.1); follow-up regarding same (0.1). |
| 10/09/06 | S Strong | .50 | Exchange e-mails with M. Olson regarding status of motion to file under seal (0.1); review revised motion from J. McPherson (0.2); telephone call with J. McPherson regarding same (0.1); exchange e-mails with J. McPherson regarding filing of same (0.1). |
| 10/09/06 | S Strong | .20 | Exchange e-mails with S. Smith regarding loan collection cost allocation issues (0.1); follow-up on allocation issues (0.1). |
| 10/09/06 | S Strong | .20 | Analyze additional loan vesting name questions from M. Stone. |

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


10/09/06 S Strong          .40 Further analysis of loan assignment issues
                               (0.3); exchange e-mails with M. Olson and S.
                               Smith regarding same (0.1).

10/10/06 A Brinkerhoff    6.00 Meeting with S. Smith, J. Atkinson, L. Bauck,
                               P. Cheng, E. Monson regarding Diversified Funds
                               paid to IP entities (2.0); telephone conference
                               with D. Griffith (.3); meeting with L. Bauck,
                               P. Cheng, E. Monson for review of evidence,
                               summaries and documents supporting Diversified
                               Funds flowing to IP entities (3.2); conference
                               calls with A. Jarvis, E. Monson, S. Smith, and
                               J. Atkinson regarding J. Milanowski actions
                               respecting proposed closing on Royal Hotel
                               (.5).

10/10/06 S Cummings       1.40 Analysis of 362(a)(3) stay violations and
                               netting issues.

10/10/06 K Glade          1.90 E-mail to USA/Mesirow regarding Chicago Title
                               response on title claim on Fox Hills 216 with
                               review of related correspondence (.5);
                               telephone call with Hasley Canyon's attorney
                               regarding issues raised today preventing
                               closing of refinance with reporting e-mail to
                               USA/Mesirow (.5); e-mails regarding documents
                               on Margarita Annex (.2); e-mails regarding
                               documents on Oak Shares (.2); e-mail regarding
                               HMA Sales' proposed statement on sale of Royal
                               Hotel (.3); conferences regarding trust deed
                               reconveyance issues on Meadow Creek Partners
                               (.2).

10/10/06 D Monson         1.70 Review Lerin Hills workout Motion (0.2); review
                               and respond to e-mail from A. Stevens on
                               requested forbearance for I-40 Gateway West
                               loan (0.2); review e-mail from A. Stevens on
                               Castaic Partners II Loan and title company
                               request for partial reconveyance (0.2); phone
                               call to A. Stevens on Castaic Partners II loan
                               (0.1); phone conference with A. Stevens and M.
                               Haftl on Castaic Partners II loan and title
                               company issues (0.3); phone conference with A.
                               Stevens on I-40 Gateway West loan forbearance
                               request (0.2); review e-mail from A. Stevens on
                               Castaic Partners II Cancellation of Mutual
                               Escrow Instructions (0.2); review Andrew Parlen
                               e-mail and draft objection to Motion to Approve

Client No. 34585                                                  Page:    14
Debtor USA Commercial Mortgage Co., et al.                        January 19, 2007

                              Marlton Square 1st Forbearance (0.1); review
                              e-mail from A. Stevens on ComVest loan and
                              request for Consent Agreement on subdivision
                              plat (0.2).

10/10/06  S Strong       3.30  Telephone call with S. Smith regarding
                              assignments of loan interests to DACA (0.2);
                              work on motion regarding assignments of loan
                              interests (1.6); telephone call with S. Lukes
                              of DACA regarding same (0.3); telephone call
                              with S. Smith regarding additional procedures
                              and concerns regarding assignments of loan
                              interests (0.5); continue drafting and revising
                              motion for procedures regarding assignments of
                              loan interests (0.7).

10/10/06  S Strong        .30  Review committee requests regarding motion
                              filed under seal (0.2); exchange e-mails with
                              J. McPherson regarding same (0.1).

10/10/06  S Strong        .90  Conference with A. W. Jarvis regarding research
                              needed concerning legal research regarding
                              corporate governance actions by displaced
                              management (0.9).

10/11/06  A Brinkerhoff  5.00  Meeting with A. Jarvis, E. Monson, S. Strong
                              regarding revised proposed Protective Order
                              from Milanowski counsel, Royal Hotel issues,
                              possible actions and strategy regarding USA
                              Investment Partners, update on information
                              obtained yesterday in Las Vegas and conference
                              call with J. Atkinson in preparation for
                              conference call with creditors' committees
                              (1.6); review revised and amended Protective
                              Order from T. Fallati and email to T. Fallati
                              and email to client and USA attorneys with
                              recommendation (1.2); pre-conference call with
                              T. Allison, J. Atkinson, A. Jarvis, E. Monson,
                              S. Strong (.3); conference call regarding J.
                              Milanowski's actions and their implications and
                              strategy moving forward with T. Allison, J.
                              Atkinson, S. Smith, A. Jarvis, E. Monson, S.
                              Strong, J. Hermann, M. Levinson, R. Charles,
                              and D. Walker (1.9).

10/11/06  S Cummings     1.00  Continued analysis of 362(a)(3) stay
                              violations and netting issues.

Client No. 34585                                    Page:   15
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/11/06 K Glade        3.50 E-mail from M. Olson regarding Brookmere
                             litigation (0.2); e-mail with USA Mesirow
                             regarding signatures on Hasley Canyon letter
                             agreement (0.3); review Margarita Annex
                             documentation and prepare summary (0.8); review
                             Oak Shore documentation and prepare summary
                             (0.8); evaluate payroll authorization issues on
                             Meadow Creek Partners (0.2); subsequent e-mails
                             regarding reconveyance on Meadow Creek (0.2);
                             review correspondence regarding foreclosure by
                             Vineyard Bank on Hesperia II (0.3); review
                             correspondence regarding foreclosure by
                             Citizens bank on Southern California (2nd Loan)
                             (0.3); e-mail regarding conference all to
                             discuss defaulted Oak Shores Loan (0.2)


10/11/06 D Monson       3.10 Review Castaic Partners II loan documents and
                             collateral documents (0.2); review draft letter
                             on University Estates loan and defaulted
                             interest payments (0.1); phone call from P.
                             Connaghan and J. Graub on Binford Medical loan
                             interest reserves (0.1); review e-mail from M.
                             Haftl, and forward to M. Haftl correspondence
                             with B. Noel and W. McKenna, foreclosure
                             counsel for Texas, Illinois and Massachusetts
                             (0.3); e-mail to M. Haftl on Gramercy loan and
                             status of title insurance claim (0.1); phone
                             call from A. Stevens on Castaic Partners II
                             loan and status of Trust Deed Amendment for
                             additional collateral (0.2); review e-mails on
                             Lerin Hills loan workout Motion (0.1); review
                             request for Mutual Cancellation of Escrow
                             Instructions on Castaic Partners II loan and
                             e-mail to A. Stevens and M. Haftl (0.2); review
                             e-mail from Texas foreclosure counsel on Texas
                             foreclosure process (0.1); review I-40 Gateway
                             West loan documents (0.1); review Consent to
                             Declaration of Condominium requested for
                             ComVest loan and e-mail to A. Stevens and M.
                             Haftl thereon (0.2); analyze Binford loan
                             issues (0.1); conference with S. Strong on
                             Motion to Approve Full Releases for Refinances
                             and FTDF Committee concerns (0.2);
                             Review C. Pajak e-mail on Partial Releases and
                             Silver Point offer letter (0.1); phone
                             conference with P. Connaghan on Binford loan

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

|  |  |  |
|---|---|---|
|  |  | reserves for interest payments (0.4); review S. Scann letter on Binford loan interest reserves and funding requirements (0.2); work on Meadow Creek loan payoff issues (0.3); review M. Olson e-mail on Shamrock Towers loan (0.1). |
| 10/11/06 | E Monson | .60 | Review e-mail from A. T. Brinkerhoff regarding IP document dispute and e-mail from Fulbright and red-line of new protective order and send reply (.6). |
| 10/11/06 | S Strong | .20 | Telephone call with investors counsel A. Abrams regarding his plan and disclosure statement questions. |
| 10/11/06 | S Strong | .30 | Research on issues concerning assignments of loan interests (0.3). |
| 10/11/06 | S Strong | .70 | Review spreadsheets from S. Smith proposed July/August distributions to investors (0.5); exchange emails with S. Smith regarding same (0.1); e-mail to G. Garman regarding same (0.1). |
| 10/11/06 | S Strong | .30 | Exchange emails with L. Schwartzer regarding investor trust account issues. |
| 10/12/06 | A Brinkerhoff | 1.20 | Emails and response to T. Fallati regarding privilege review (.3); emails to and from S. Smith and P. Cheng regarding chart and summary on funds from USA Commercial Mortgage to IP (.4); initial research on various causes of action (.5). |
| 10/12/06 | K Glade | .20 | E-mails regarding litigation filings regarding Brookmere. |
| 10/12/06 | A Jarvis | .40 | Telephone conference with Silver Point regarding funding issues on current loans. |
| 10/12/06 | A Jarvis | .20 | Correspondence with A. Brumby regarding possible financing of Standard Development. |
| 10/12/06 | A Jarvis | .20 | Analyze Binford funding proposal. |
| 10/12/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding IP, COO position, Binford funding proposal. |

Client No. 34585                                        Page:    17
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/12/06 A Jarvis           .40  Telephone conference with T. Allison
                                 regarding IP, issues on APA.

10/12/06 A Jarvis           .30  Correspondence on budget.

10/12/06 A Jarvis           .30  Correspondence on Motion and release issue.

10/12/06 A Jarvis           .30  Correspondence on Binford loan funding
                                 proposal.

10/12/06 A Jarvis           .30  Correspondence on operational issues.

10/12/06 D Monson          2.80  Loan and letter from S. Scann on interest
                                 reserves (0.3); authorize Full Releases for
                                 Loans Repaid in Full; review Motion and
                                 Declaration in Support and Notice of Hearing
                                 and responsive e-mail to E. Karasik (1.0);
                                 e-mail to M. Haftl and A. Stevens on Binford
                                 Medical Loan and letter from S. Scann on
                                 interest reserves (0.3); review E. Karasik
                                 e-mail on Motion to Authorize Full Releases for
                                 Loans Repaid in Full (0.2); phone call to P.
                                 Connaghan on Binford Loan and possible
                                 additional advance (0.2); phone message from P.
                                 Connaghan on Binford Loan conference call, and
                                 e-mail to AWJ and phone call to P. Connaghan on
                                 Binford loan (0.2); phone calls with J. Reed on
                                 Binford Loan funding needs (0.2); review and
                                 respond to e-mail from A. Stevens on Castaic
                                 Partners II Loan and Mutual Cancellation of
                                 Escrow Instructions (0.2); e-mail to J. Graab
                                 and P. Connaghan on Binford Loan funding needs
                                 (0.2).

10/12/06 E Monson           .30  Draft e-mail regarding response to new
                                 protective order relating to IP document
                                 dispute (.3).

10/12/06 S Strong           .40  Telephone call with M. Stone regarding her
                                 further questions regarding assignments of
                                 loan interests.

10/12/06 S Strong           .50  Review loan modification motion and FTDCs
                                 comments to same (0.3); e-mail to E. Karasik
                                 regarding same (0.2).

Client No. 34585                                           Page:   18
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

10/13/06 K Glade          1.20 E-mail regarding delivery of investor documents
                               to address authorization issues on Marquis
                               Hotel (0.9); telephone call with borrower's
                               counsel regarding status of reliance on Hasley
                               Canyon (0.3).

10/13/06 A Jarvis          .30 Correspondence on Binford negotiations.

10/13/06 A Jarvis          .20 Correspondence on Standard Development
                               funding issues.

10/13/06 A Jarvis          .20 Correspondence on loan repayment issues.

10/13/06 D Monson          .60 Phone conference with James Reed and J. Braub
                               (Binford attorney) on Binford Loan funding
                               issues  (0.2); conference with James Reed on
                               Binford Loan funding issues (0.1); phone call
                               to Sally Sherman of Commonwealth Title on
                               Gramercy Loan & insurance claim (0.1); review
                               e-mails from James Reed and AWJ on Binford Loan
                               Funding issues (0.2).

10/13/06 E Monson          .10 Review e-mail from T. Allison regarding IP
                               document dispute.

10/13/06 E Monson          .30 Draft e-mail to J. Fallots, S. O'Connell and
                               D. Griffith regarding IP document dispute.

10/13/06 S Strong          .30 Review stipulation regarding reply to cash
                               usage motion (0.2); e-mail to L. Schwartzer
                               regarding same.

10/13/06 S Strong          .20 Review e-mail from S. Smith regarding Marquis
                               payoff figure (0.2).

10/13/06 S Strong          .40 Review e-mail from A. Landis with questions
                               from investor regarding distributions (0.1);
                               draft responsive e-mail to A. Landis
                               regarding same (0.3).

10/13/06 A Tsu            1.10 Reviewing United States Trustees Opposition
                               to Motion for Order Approving Retention Plan
                               of Debtors Remaining Employees in
                               preparation for drafting Motion to Approve
                               Consulting Agreements (.7); begin drafting
                               same (.4).

10/14/06 G Winger          .40 Review documentation supporting loans.

Client No. 34585                                               Page:    19
Debtor USA Commercial Mortgage Co., et al.                    January 19, 2007


10/16/06 K Glade        .60 Telephone call with A. Stevens regarding So.
                            California Land loan and notice of default
                            (0.2); and regarding Hesperia II loan (0.2);
                            e-mail to USA / Mesirow regarding Fox Hills
                            216 bankruptcy rule.

10/16/06 A Jarvis       .30 Correspondence on Binford funding issue.

10/16/06 A Jarvis       .20 Correspondence with T. Allison on COO
                            position.

10/16/06 E Monson       .40 Analysis regarding IP document dispute.

10/16/06 S Strong       .40 Prepare draft confidentiality agreement for
                            proposed foreclosure services provider (0.3);
                            exchange emails with J. Reed and B. Fasel
                            regarding same (0.1).

10/16/06 S Strong       .20 Exchange emails with A. W. Jarvis and S.
                            Smith regarding Sheraton loan payoff issues
                            (.2).

10/17/06 K Glade       3.10 Review Hesperia II documents to respond to
                            foreclosure action filed by Vineyard Bank and
                            prepare summary (0.8); review Vineyard Bank
                            foreclosure correspondence as it relates to
                            Hesperia II loan (0.4); review So. California
                            (2nd) documents to respond to foreclosure
                            action threatened by Citizens Bank and
                            prepare summary (0.9); review correspondence
                            from Citizens Bank regarding threatened
                            foreclosure on So. California (2nd) loan
                            (0.4); review subordination agreement on So.
                            California (2nd) loan (0.3); and review LLC
                            documentation for So. California (2nd) loan
                            (0.3).

10/17/06 A Jarvis       .30 Analyze default interest issues.

10/17/06 D Monson      3.10 Phone call from S. Sherman at Commonwealth Land
                            Title on Gramercy Loan and title issues (0.5);
                            review e-mail and back-up documentation from
                            Binford Medical Loan, Fox Hills Loan, and MH
                            Ventures/Pegasus loan (0.3); phone call from A.
                            Stevens on ComVest request for consent to
                            Declaration of Condominium for ComVest loan
                            (0.2); phone call from S. Scann on Binford loan
                            interest reserves (0.1); review Declaration of
                            Condominium for ComVest loan and forward to

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    20
January 19, 2007

|  |  |  |
|---|---|---|
|  |  | Silver Point attorneys and committee counsel with e-mail request for responses (1.5); review e-mail from A. Stevens on Declaration of Condominium for ComVest loan (0.1); review and respond to e-mail from R. Charles on ComVest Declaration of Condominium (0.4). |
| 10/17/06 | E Monson | .20 Review e-mail from A. W. Jarvis regarding access to disputed documents involving IP and send reply. |
| 10/17/06 | S Strong | .20 Evaluate ComVest loan and condominium issues (.2). |
| 10/17/06 | S Strong | .40 Exchange emails with local counsel regarding motion and filed under seal (0.2); review documents filed under seal (0.2). |
| 10/18/06 | K Glade | 1.90 Revise So. California  (2nd) loan documents in light of Citizens Bank default (0.4); e-mail from M. Stone regarding investor assignment clean-up work on Ten-Ninth loan (0.3); e-mail from A. Stevens regarding title policy on So. California (2nd) and priority of Citizens trust deed (0.2); e-mail with A. Stevens regarding extension agreement on Hesperia II (0.2); draft letter to Vineyard Bank regarding automatic stay (Hesperia II) (0.3); telephone call with Hasley Canyon attorney regarding status of refinancing (0.3). |
| 10/18/06 | D Monson | .90 Phone call to S. Scann on Binford Loan interest reserve issues (0.3); review Binford Opposition to Auction of Servicing Rights (0.1); review e-mail from A. Stevens on ComVest Condo Declaration (0.1); review and respond to G. Garman e-mail on ComVest Condo Declaration (0.2); review and respond to S. Strong e-mail on additional Gramercy loan title insurance endorsements (0.2). |
| 10/18/06 | E Monson | 1.10 Review motion to enforce Order granting Debtors' Motion to Distribute Funds and work on Objection thereto. |
| 10/18/06 | S Strong | .20 Review and transmit documents filed under seal to committees counsel (.2). |

Client No. 34585                                              Page:   21
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007

10/18/06 A Tsu        1.60  Reviewing Information sent to Robert Hilson
                            regarding termination of employment with USA
                            in preparation for drafting proposed
                            consulting agreements for Mark Olsen and
                            Amanda Stevens (.6); drafting consulting
                            agreement for Mark Olsen (.5) and Amanda
                            Stevens (.5).

10/18/06 A Tsu        3.10  Drafting motion to approve consulting
                            agreement with Robert Hilson.

10/19/06 K Glade      3.20  Draft automatic stay letter in So. California
                            (2nd) (0.8); Summarize So. California (2nd)
                            loan documents (0.6); e-mails to Reed Smith
                            (D. Pascarella) regarding ComVest condominium
                            declaration documents (0.3); draft e-mail to
                            team regarding ability to claim extension fee
                            as secured by Hesperia II trust deed (0.3);
                            e-mail to A. Stevens regarding ability to
                            default Hesperia II (0.3); draft letter to
                            Vineyard regarding automatic stay violation
                            on Hesperia II (0.9).

10/19/06 D Monson     1.40  Review loan agreements and prepare schedule for
                            support for making demand on title companies
                            for unused construction reserves for defaulted
                            loans (0.6); review and respond Hesperia Canyon
                            Loan extension fee issues (0.2); review E.
                            Karasik e-mail on ComVest Loan Condo
                            Declaration (0.1); review D. Pascarella e-mail
                            on ComVest Loan Condo Declaration (0.2); review
                            ComVest Loan Condo Declaration (0.2); review
                            and respond to A. Stevens e-mail on ComVest
                            Loan Condo Declaration (0.1).

10/19/06 A Tsu        3.30  Legal research regarding 11 U.S.C.  363
                            business judgment for motion to approve
                            consulting agreements (1.9); reviewing same
                            (1.4).

10/20/06 K Glade      2.10  Draft and finalize letter to Vineyard Bank on
                            automatic stay violation - Hesperia II loan
                            (1.2); draft letter to Citizens Bank
                            regarding automatic stay violation - So.
                            California (2nd) loan (0.6); e-mail to
                            Mesirow regarding Citizens Bank default
                            triggering default on So. California (2nd)
                            loan (0.3).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    22
January 19, 2007

| | | |
|---|---|---|
| .0/20/06 A Jarvis | .30 | Correspondence on Lerin Hills. |
| .0/20/06 D Monson | 2.50 | Review e-mails on financial information of Lerin Hills Guarantor (0.4); review e-mail from Marjorie Guymon on Anchor B Loan workout proposal (0.2); review e-mail from Maggie Stone on revised Escrow Instructions on Castaic II Loan closing (0.2); e-mail to D. Pascarella on ComVest Request for Consent to Condominium Declaration (0.2); e-mail to G. Garman on ComVest Request for Consent to Condominium Declaration (0.2); e-mail to T. Allison on Anchor B. Loan workout proposal (0.3); review and respond to T. Allison e-mails on response to Rob Charles questions on Lerin Hills workout proposal and Guarantor financial information, and review status of Lerin Hills workout proposal (0.8); review fax from Chicago Title on Hotel Zoso closing, and circulate to USACM restructuring officers. (0.2). |
| 10/20/06 E Monson | .20 | Discussion with D. Griffith regarding IP documents. |
| 10/20/06 E Monson | .20 | Review voice message from A. T. Brinkerhoff and return call and leave lengthy message regarding conversation with D. Griffith and IP documents. |
| 10/20/06 S Strong | 3.10 | Review revised cash budget to be filed today (0.1); exchange emails with J. Reed regarding same (0.1); review and analysis of proposed revised cash budget (0.9); telephone conference with J. Reed regarding same (0.3); prepare comments and edits to proposed cash budget (1.1); email same to J. Reed (0.1); t/c with J. Atkinson and J. Reed regarding cash budget issues and presentation (0.3); review final draft of cash budget and transmit to local counsel for filing (0.2). |
| 10/20/06 S Strong | .40 | Review fax from Chicago Title regarding Marquis loan payoff figures (0.2); confer with A. W. Jarvis regarding same (0.1); exchange emails with D. M. Monson regarding same (0.1). |

Client No. 34585                                      Page:    23
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


10/20/06 S Strong        .30  Review email from R. Charles with questions
                              regarding Lerin Hills loan (0.1); exchange
                              emails with D. M. Monson regarding same
                              (0.1); exchange emails with A. W. Jarvis
                              regarding same (0.1).

10/23/06 A Brinkerhoff 1.30  Telephone call to D. Griffith (.1); telephone
                              conference with D. Griffith regarding IP
                              document process (.3); email to A. Jarvis and
                              E. Monson and email to D. Griffith on IP
                              document process (.3); review of file and most
                              recent communications from opposing counsel on
                              protective order issues (.7).

10/23/06 K Glade         .80  E-mail to Mesirow regarding automatic stay
                              letter sent on Hesperia II (0.2); draft
                              automatic stay letter on So. California (2nd)
                              loan (0.6).

10/23/06 A Jarvis        .30  Correspondence on Lerin Hills.

10/23/06 D Monson       2.90  Review letter from Sally Sherman, Commonwealth
                              Land Title attorney, on Gramercy title claim
                              (0.2); review Lerin Hills Guaranty (0.3);
                              review financial information on Lerin Hills
                              Guarantor (0.4); review Binford Opposition to
                              Auction of Servicing Rights and Binford
                              Arguments on USA defaults on Binford loan
                              (0.3); revise Schedule of Defaulted Loans with
                              Construction Control Funds balances (0.5);
                              phone call from Maggie Stone on Castaic
                              Partners II closing (0.3); review e-mail from
                              Maggie Stone and letter from Stewart Title on
                              Castaic Partners II closing (0.2); conference
                              with A. Stevens on Construction Control Funds
                              for Southern California Land loan (0.2);
                              conference with A. Stevens on Construction
                              Control Funds for Oak Mesa loan (0.2); phone
                              conference with A. Stevens and Stewart Title
                              officers on Castaic Partners II closing (0.3).

10/23/06 E Monson        .40  Follow-up with A. T. Brinkerhoff regarding IP
                              document dispute and his conversation with D.
                              Griffith and review e-mails from A. W. Jarvis
                              and A. T. Brinkerhoff regarding same.

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/23/06 S Strong        .40  Telephone conference with R. Manns regarding
                              borrower West Hills bankruptcy (0.2);
                              follow-up on borrower West Hill's bankruptcy
                              (.2).

10/23/06 S Strong        .20  Review email from M. Olson regarding HFA
                              forbearance information requested by S. Bice
                              (0.1); forward order regarding same to M.
                              Olson (0.1).

10/23/06 S Strong        .10  Email to R. Charles regarding Lerin Hills
                              payoff proposal (.1).

10/24/06 A Brinkerhoff   .40  Obtain and transmit HMC Sales, LLC pledge
                              agreement to D. Griffith (.4).

10/24/06 K Glade         .60  E-mails with J. Reed regarding Capital Crossing
                              request for documentation in Oak Mesa Investors
                              LLC (0.4); review proposed e-mail to send to
                              Silver Point regarding University Estates loan
                              (0.2).

10/24/06 A Jarvis        .30  Correspondence on Grammercy.

10/24/06 D Monson       2.80  E-mail to Stewart Title officers on title
                              insurance issues for Castaic Partners II
                              closing on additional collateral   (0.2); review
                              First Trust  Fund Committee limited objection
                              to Motion to Authorize Short-Term Forbearances
                              (0.2); e-mail to C. Pajack and C. Karides on
                              letter from Commonwealth Land Title on Gramercy
                              title insurance claim (0.2); review e-mail from
                              M. Olson on HFA forbearance Order (0.1); review
                              entered Order on Retention of Ordinary Course
                              Foreclosure Counsel (0.2); review e-mail from
                              A. Stevens on Gramercy title insurance claim
                              (0.1); review Hartman Limited Objection to
                              Motion for Forbearance on Marlton Square 1st
                              Loan (0.2); review Gramercy title insurance
                              claim (0.4); review e-mail from Dawn Cica on
                              Gramercy title insurance issues (0.2); analyze
                              default interest issues (0.2); review Rob
                              Charles Response to Motion for Marlton Square
                              1st Loan Forbearance (0.2); review Objection of
                              Direct Lenders Committee to Motion for Palm
                              Harbor One Loan Modification (0.2); review
                              University Estates loan issues (0.1); e-mail to
                              and phone call from Darren Pascarella on
                              Declaration of Condominium for ComVest loan

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    25
January 19, 2007

|            |                |      |                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                |      | (0.2); e-mail to A. Stevens on ComVest loan and Declaration of Condominium (0.1).                                                                                                                                                                                                                                                                                                |
| 10/24/06   | E Monson       | .20  | Review e-mails from A. T. Brinkerhoff and A. W. Jarvis regarding IP document dispute.                                                                                                                                                                                                                                                                                            |
| 10/24/06   | M Pugsley      | 1.70 | Analyze correspondence information with USA company entities (1.7).                                                                                                                                                                                                                                                                                                              |
| 10/24/06   | S Strong       | .20  | Analyze Gramercy Court title insurance claim (0.2).                                                                                                                                                                                                                                                                                                                              |
| 10/24/06   | S Strong       | .20  | Review FTDCs limited objection to loan modification motion (.2).                                                                                                                                                                                                                                                                                                                 |
| 10/24/06   | S Strong       | .20  | Review FTDCs limited objection to motion for continued use of cash (.2).                                                                                                                                                                                                                                                                                                         |
| 10/24/06   | S Strong       | .20  | Review email from M. Olson regarding HFA forbearance documents (0.2).                                                                                                                                                                                                                                                                                                            |
| 10/24/06   | S Strong       | .40  | Review default interest issues (0.1); telephone conference with S. Smith regarding same (0.2); email to A. W. Jarvis, S. C. Tingey and D. M. Monson regarding same (0.1).                                                                                                                                                                                                         |
| 10/24/06   | S Strong       | 1.50 | Review email from M. Olson regarding post-petition deed of trust assignments to Debt Acquisition Co. (0.1); telephone conference with M. Olson regarding same (0.1); exchange emails with S. Steele regarding distribution issues concerning assignments (0.2); review and analysis of deed of trust assignment documents of DAC (0.7); telephone conference with S. Smith regarding same (0.2); exchange emails with S. Smith and S. Steele regarding additional information needed on assignments to DAC (0.2). |
| 10/24/06   | A Tsu          | 2.00 | Drafting declaration of T. Allison in support of motion to approve consulting agreement.                                                                                                                                                                                                                                                                                         |
| 10/25/06   | A Brinkerhoff  | .70  | Review materials and draft protective order from Fulbright & Jaworski.                                                                                                                                                                                                                                                                                                           |
| 10/25/06   | K Glade        | .40  | Work in "automatic stay" letter to Citizens Bank on So. California (2nd) loan.                                                                                                                                                                                                                                                                                                   |

Client No. 34585                                        Page:   26
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/25/06 D Monson        5.30  Review default interest issues for non
                               performing loans in USACM portfolio (0.1);
                               review e-mail from A. Stevens on ComVest
                               Condominium Declaration (0.1); review M. Olson
                               e-mail on Shamrock Towers Loan (0.1);
                               draft letter to M. Guymon on Anchor B Loan
                               (0.7); draft letter to M. Guymon on Shamrock
                               Towers Loan (0.2); review Canepa Group Joinder
                               in Objection to Palm Harbor One Loan
                               Modification Motion (0.2); review docket sheet
                               and locate Certificate of Service for Marlton
                               Square 1st Loan Forbearance Motion and review
                               Certificate of Service (0.3); e-mail to M.
                               Olson on Anchor B Loan e-mail (0.1); phone call
                               from Dean Kirchen, Stewart Title, on Castaic
                               Partners II Loan closing on additional
                               collateral (0.2); review Castaic Partners II
                               existing title insurance policy from Fidelity
                               Title (0.3); review e-mail on schedule for
                               filing Reply to Objections to Palm Harbor One
                               Loan Modification Motion (0.1); analyze Anchor
                               B Loan issues (0.2); review proforma title
                               policy from Stewart Title on Castaic Partners
                               II closing on additional collateral (0.3);
                               review Castaic Partners III existing title
                               insurance policy from Fidelity Title (0.3);
                               Review Castaic Partners II existing trust deed
                               and mendment to Trust Deed for additional
                               collateral (0.3); review Castaic Partners III
                               existing trust deed and Amendment to Trust Deed
                               for revised loan amount (0.3); lengthy e-mail
                               to D. Kirchen, Stewart Title, on Castaic
                               Partners II loan closing on additional
                               collateral (Smith parcel) (1.5).

10/25/06 M Pugsley       7.20  Review information regarding operating
                               agreement (.5); research regarding
                               indemnification issues (2.3); review corporate
                               information (.6); obtain and review
                               correspondence document regarding LLCs managed
                               by USA company (3.8).

10/25/06 S Strong         .20  Analyze default interest issues (.2).

Client No. 34585                                              Page:   27
Debtor USA Commercial Mortgage Co., et al.                    January 19, 2007

10/25/06 S Strong        2.50  Telephone conference with S. Smith regarding
                               issues concerning assignments of beneficial
                               loan interests (0.1); work on drafting and
                               revising motion with proposed procedures for
                               dealing with post-petition
                               assignments/transfers of loan interests
                               (2.3); circulate draft to Mesirow for review
                               (0.1).

10/25/06 A Tsu           1.50  Reviewing electronic docket report for
                               pleadings relevant for drafting Reply to
                               Motion for Order Approving use of Cash
                               Through January 31, 2007 pursuant to Fourth
                               Revised Budget (.3); reviewing same (.9);
                               begin drafting reply to motion for order
                               approving use of cash through January 31,
                               2007 (.3).

10/26/06 A Brinkerhoff   1.80  Evaluate possible litigation theories and facts
                               regarding IP and grand jury subpoenas (1.8).

10/26/06 K Glade         2.20  E-mail regarding defaulted status of Hesperia
                               II loan (0.2); e-mail to A. Jarvis regarding
                               summary of local counsel contacted by Mesirow
                               (0.2); e-mail to A. Stevens regarding ability
                               of borrowers on Mountain House loan to grant
                               subordinate trust deeds with a related review
                               of documentation and existing trust deed
                               loans (0.8); e-mail to A. Stevens regarding
                               default provisions on Mountain House loan and
                               portion of borrower that 60-day cure period
                               governs with a related review of
                               documentation (0.8); e-mail regarding
                               defaulted status of So. California (2nd) loan
                               (0.2).

10/26/06 D Monson        8.60  Phone message from Darren Pascarella on
                               approval of ComVest Loan Condo Declaration, and
                               e-mail to A. Stevens and D. Pascarella on
                               ComVest Condo Declaration. (0.3); revisions to
                               ComVest Loan Consent and Joinder to Condo
                               Declaration and forward with e-mail to A.
                               Stevens and M. Olson (0.3); review and respond
                               to e-mail from D. Kirchen, Stewart Title, on
                               Castaic Partners II Loan closing (0.5); e-mail
                               to A. Stevens on Fidelity endorsement for