Client No. 34585                                      Page:   28
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

        Castaic Partners III cross-collateral trust
deed (0.2); e-mail to D. Kirchen, Stewart
Title, on title insurance for Castaic Partners
III cross-collateral trust deed (0.2); review
and respond to J. Reed e-mail on retention of
ordinary course foreclosure counsel, and review
of Ordinary Course Professionals Order (0.4);
e-mail to Jeff Miller, BMC noticing agent, on
service of Palm Harbor One Loan Modification
Motion, and review J. Miller response (0.3);
e-mail to A. Stevens and M. Olson on consents
of Direct Lenders to Palm Harbor One Loan
Modification, and review  A. Stevens response
(0.3); phone call from D. Kirchen, Stewart
Title, on Castaic Partners II additional
collateral closing (0.2); analyze default
interest issues (0.2); e-mail from S. Strong on
retention of foreclosure counsel issues and
compliance with order (0.1); phone calls with
A. Stevens and M. Haftl on Marlton Square 1st
Loan Forbearance Motion (0.2); phone call to A.
Stevens and M. Haftl on Castaic Partners II
closing issues (0.2); phone call from J. Reed
on foreclosure counsel issues (0.2); review
Castaic Partners II Loan documentation from A.
Stevens and e-mail to A. Stevens (0.3); review
e-mails from M. Olson and A. Stevens on Palm
Harbor One Direct Lender Consents (0.1)
Draft Reply Brief Sections on Motion to Approve
Palm Harbor One Loan Modification (1.6); draft
Reply Brief Sections on Motion to Approve
Marlton Square 1st Loan Forbearance (1.5);
draft Reply Brief Sections on Motion to Approve
Marlton Square 2nd Loan Subordination (1.5).

| | | | |
|---|---|---|---|
| 10/26/06 S Strong | .30 | Evaluate reply needed for loan modifications motion (0.3). | |
| 10/26/06 S Strong | .10 | Exchange emails with M. Olson regarding status of draft motion regarding escrowed investor funds (.1). | |
| 10/26/06 A Tsu | 10.40 | Factual background research: Reviewing First, Second and Third Cash Motions (1.9), objections (1.7), reply memoranda (.7) and orders for same (.4) in preparation for drafting Reply memorandum in Support of | |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    29
January 19, 2007

Motion for Order Approving Continued Use of
Cash Through January 31, 2007 Pursuant to
Fourth Revised Budget; drafting facts and
argument sections (2.9); corresponding with
E. Monson and S. Strong regarding responses
to FTDF objections (.6); drafting same (2.2).

10/27/06 A Brinkerhoff 1.80 Continued evaluation regarding grand jury
subpoenas causes of action, theories and facts
to support complaint against IP and others
(1.8).

10/27/06 K Glade       3.30 Organize default and correspondence on Mountain
House loan with review of the title policy
(0.4); e-mail to A. Stevens regarding title
policy on Hesperia II with responsive e-mail
(0.3); draft e-mail to Mesirow / USA regarding
default circumstances on Hesperia II with
respect to Vineyard Bank (0.4); review notice
of default on Hesperia II resulting from
Vineyard Bank foreclosure (0.2); organize
default and foreclosure file for Hesperia II
with review of title policy (0.4); revise
letter to Citizen's Bank regarding violation of
automatic stay on So. California (2nd) loan
(0.6); draft e-mail to Mesirow /USA regarding
default circumstances on So. California (2nd)
loan with respect to Citizens Bank foreclosure
(0.4); review notice of default on So.
California (2nd) loan resulting from Citizen
Bank's foreclosure (0.2); organize default and
foreclosure file for So. California (2nd) loan
with review of the title policy (0.4).

10/27/06 A Jarvis       .40 Review potential loan modifications and Silver
Point obligations.

10/27/06 A Jarvis       .20 Evaluate need for foreclosure counsel.

10/27/06 D Monson      4.70 Finalize Reply Brief Sections on Motion to
Approve Palm Harbor One Loan Modification
(0.4); finalize Reply Brief Section on Motion
to Approve Marlton Square 1st Loan Forbearance
(0.5); finalize Reply Brief Section on Motion
to Approve Marlton Square 2nd Subordination
(0.5); review e-mail from J. Reed on
foreclosure counsel recommendations and request
search for credentials on prospective
candidates (0.3); review Anchor B letter to M.

Client No. 34585                                    Page:    30
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

                  Guymon (0.1); analyze Exit Fee collection
issues for Urban Housing Alliance Loan (0.1);
work on Reply Brief issues on Palm Harbor One
Loan Modification Motion (0.2); review letter
from S. Scann on Copper Sage II Loan and
funding issues and review draft complaint and
forward letter to A. Jarvis, S. Strong and
Mesirow contacts with my analysis (1.0); review
information on prospective foreclosure counsel
in Texas and forward to James Reed (0.2);
review and respond to S. Tingey e-mail on Urban
Housing Alliance loan (0.2); review A. Stevens
and M. Olson e-mails on Urban Housing Alliance
Loan Exit Fee (0.2); review M. Olson e-mail on
Anchor B letter to M. Guymon (0.1); review M.
Olson e-mail on Copper Sage II letter from S.
Scann (0.1); discuss Urban Housing Alliance
Exit Fee issues with A. Jarvis (0.2);
preparations with A. Jarvis for hearing on Palm
Harbor One Loan Modification (0.2);
preparations with A. Jarvis for hearing on
Marlton Square 1st Loan Forbearance (0.2);
preparations with AWJ for hearing on Marlton
Square 2nd Loan Subordination (0.2).

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/27/06 | E Monson | .30 | Follow up with D. Griffith regarding issues on subpoena. |
| 10/27/06 | S Strong | .80 | Review and edit draft of Reply regarding loan modifications (0.6); review final draft and transmit to local counsel for filing (0.2). |
| 10/27/06 | S Strong | .20 | Telephone conference with M. Stone regarding DACA assignments (0.1); review same and transmit copies to her (0.1). |
| 10/27/06 | A Tsu | 3.20 | Reviewing and editing reply in support of cash motion (2.9); making changes to same (.3). |
| 10/28/06 | D Monson | .90 | Review language for October Borrower Statements on collection of default interest retroactive to date of default (0.2); review suggestion for California foreclosure counsel (0.1); review analysis on default interest provisions for |

Client No. 34585                                    Page:   31
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

                              different loans (0.2); review updated schedules
of Direct lenders for Castaic Partners II Loan
and Amendment to Deed of Trust and forward to
D. Kirchen of Stewart Title (0.2); review
updated schedule of Direct Lenders for Castaic
Partners III Loan and Amendment to Deed of
Trust and forward to D. Kirchen of Stewart
Title (0.2).

10/30/06 A Brinkerhoff 3.10 Work on issues created by five subpoenas
received from U.S. Attorney in Las Vegas
regarding review of subpoenas (2.7); conference
call to D. Griffith and S. O'Connell regarding
IP document issues and requested privilege
review (.4).

10/30/06 K Glade      .60 E-mail with S. Smith regarding default
interest rate issues (0.2); e-mail with A.
Stevens regarding default letter on Hesperia
II (0.2); e-mail from A. Stevens regarding
Del Valle - Livingston loan with response
(0.2).

10/30/06 B Kotter     1.80 Review of motion for procedures on assignments
of interests (.4); work on legal research for
motion (1.4).

10/30/06 D Monson      2.50 Review S. Smith e-mails on default interest
calculations for October Borrower Statements
(0.1); phone call from A. Stevens on
preparation of Order for Palm Harbor Loan
Modification (0.1); phone call from A. Stevens
and e-mails from A. Stevens on Castaic Partners
III Loan Documents (0.1); phone call to J. Reed
on interviews of potential Texas foreclosure
counsel (0.1); review Castaic Partners III
Promissory Note (0.1); review e-mail from A.
Stevens to M. Stone on Amendment to Loan
Documents for Castaic Partners III Promissory
Note (0.1); phone conference with James Reed
and David Anderson, potential Texas foreclosure
counsel (0.7); review e-mails from A. Stevens
and M. Stone on amendment to Loan Document for
Castaic Partners III Promissory Note (0.1);
review e-mail from M. Haftl on Copper Sage II
Loan (0.1); review and respond to e-mail from
J. Reed on interview schedule for potential

Client No. 34585                                                    Page:   32
Debtor USA Commercial Mortgage Co., et al.                          January 19, 2007

|            |              |      | Texas foreclosure counsel (0.1); follow-up on court ruling on Palm Harbor Loan Modification Motion (0.1); phone conference with J. Reed and Kirkpatrick and Lockhart attorneys, potential foreclosure counsel for Texas defaulted loans, and follow up discussions with J. Reed (0.7); review draft letter from L. Schwartzer to S. Scann on Copper Sage II Loan (0.1). |
|------------|--------------|------|---|
| 10/30/06   | S Strong     | .20  | Work on draft of motion for procedures regarding loan assignments (.2). |
| 10/30/06   | S Strong     | .10  | Exchange emails with M. Olson regarding DL requests for Hilco appraisals (.1). |
| 10/30/06   | C Blakespear | 2.00 | Research who in the corporate structure can waive or exercise the attorney-client privilege. |
| 10/31/06   | K Glade      | 2.90 | Prepare for and participate in telephone call with Mesirow to discuss default interest rate issues and related default issues (1.8); review DeValle - Livingston loan documents (0.9); draft related summary (0.2). |
| 10/31/06   | B Kotter     | 1.40 | Work on procedures motion for assignments (1.4). |
| 10/31/06   | D Monson     | 5.70 | Draft Order Approving Palm Harbor One Loan Modification Motion (0.7); review docket sheet on continuation of Marlton Square 1st Loan Forbearance Motion (0.2); e-mail to Bill McKenna, Foley and Lardner, on formal retention of foreclosure counsel for Amesbury Loan (0.2); e-mail to Bill McKenna, Foley and Lardner, on formal retention of foreclosure counsel for Brookmere/Matterson Loan (0.3); conference call with J. Atkinson, Bob Coe, Susan Smith, K. Glade and S. Steele and S. Tingey on default interest allocations (1.2); review Palm Harbor One Loan Modification Order (0.3); review letter from Fidelity on Binford Interest Reserves (0.2); review e-mail from M. Olson on status of Standard Property Development lawsuit, and locate copy of Preliminary Injunction (0.4); review e-mails from S. Strong and E. Karasik on Palm Harbor One Loan Modification Order (0.2); review and respond to |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    33
January 19, 2007

                            e-mail from A. Jarvis on Lerin Hills Direct
Lenders issues (0.2); review e-mail response
from Bill McKenna on Amesbury Loan foreclosure
(0.1); review e-mail from Dean Kirchen on
Castaic Partners II Loan closing (0.3); phone
conference with A. Stevens and M. Haftl on Palm
Harbor One Loan Modification Agreement and
Order Approving Modification (0.2); phone
conference with A. Stevens and M. Haftl on
Copper Sage II Loan issues (0.2); review e-mail
from A. Stevens on Bob Russell request for
forbearance for Rio Rancho Loan (0.3); phone
conference with James Reed and John Mickelson,
prospective California foreclosure counsel
(0.5); revisions to Order Approving Palm Harbor
One Loan Modification (0.4).

| Date | Person | Hours | Description |
|------|--------|-------|-------------|
| 10/31/06 | S Strong | .30 | Participate in telephone conference with T. Allison, B. Cohen, A. W. Jarvis, S. C. Tingey and D. M. Monson regarding loan collection issues (.3). |
| 10/31/06 | S Strong | .20 | Review email from M. Stone regarding assignments of loan interests (0.2). |
| 10/31/06 | A Tsu | 1.20 | Review cooperation and assistance agreement; reviewing consulting agreement; comparing and contrasting same. |

TOTAL FOR LEGAL SERVICES RENDERED                    $66,939.00

*"Exhibit I-5"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357311

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00005

Claims Administration and Objections

| | | | |
|---|---|---|---|
| 10/03/06 | E Monson | .20 | Review additional items needed to include on BMC website. |
| 10/04/06 | A Jarvis | .80 | Correspondence on claims bar date. |
| 10/05/06 | A Jarvis | .30 | Correspondence on bar date issues. |
| 10/05/06 | A Jarvis | .20 | Telephone conference with N. Peterman regarding bar date issues. |
| 10/05/06 | A Jarvis | 2.30 | Draft motion regarding bar date. |
| 10/09/06 | E Monson | .20 | Analyze responses to claim inquiries from parties in interest and review e-mail regarding same. |
| 10/18/06 | A Jarvis | .50 | Conference call with Mesirow regarding intercompany claims issues. |
| 10/27/06 | A Jarvis | .30 | Correspondence with M. Pugsley regarding broker issues. |
| 10/31/06 | S Strong | .40 | Review email and analyze proposed stipulation from E. Barnes of PBGC regarding its claims (0.4). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


10/31/06 A Tsu            .80 Review proposed stipulation for order regarding
                              claims filed by the Pension Benefit Guaranty
                              Corp. (.6); telephone message for Jeff Miller
                              at BMC regarding claims process (.1); telephone
                              message to Erica Barnes regarding stipulation
                              and amended disclosure statement (.1).


TOTAL FOR LEGAL SERVICES RENDERED                            $1,740.00

*"Exhibit I-6"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357312

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 10/02/06 | K Applegate | 2.20 | Telephone calls to and from Frank Anderson at the PBGC (.3); obtain and review documents requested by Frank (1.7); telephone call to Erika on the objection filing deadline (.2). |
| 10/02/06 | M Blue | .30 | Review emails from R. Hilson and M. Olsen. |
| 10/02/06 | E Monson | 3.80 | Work on motion to approve retention procedures. |
| 10/02/06 | E Monson | .90 | Work on drafting T. Allison declaration in support of motion to approve retention procedures. |
| 10/02/06 | E Monson | .10 | Review e-mail from S. Smith regarding response from J. Burr to retention proposal. |
| 10/02/06 | S Strong | 1.40 | Telephone conference with J. Atkinson regarding board resolutions regarding employee changes (0.1); work on revisions to board resolutions regarding same (1.1); email revised resolutions to T. Allison and M. Olson with explanation of same (0.2). |
| 10/02/06 | S Strong | .70 | Review proposed employee retention plan from Mesirow (0.5); review email from T. Burr of UCC regarding same (0.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


10/03/06 E Monson        .40 Conference with J. Atkinson regarding
                             comments to J. Allison declaration in support
                             of motion to approve retention plan.

10/03/06 E Monson        .10 Review e-mail from S. Smith regarding Faisal
                             Siddiqui's pre-petition title at USACM.

10/03/06 E Monson        .40 Revise T. Allison's declaration and recirculate
                             for review.

10/03/06 E Monson       1.60 Revise motion to approve retention plan to make
                             changes consistent with T. Allison declaration
                             (.5); shepherd cases (.3); proof and finalize
                             motion (.8).

10/03/06 S Strong        .20 Review draft of motion to retain key
                             employees (.2).

10/04/06 M Blue          .20 Read and respond to email from R. Hilson.

10/04/06 S Strong        .30 Review email from R. Hilson regarding follow-up
                             issues concerning his termination (0.2);
                             exchange emails with M. Olson regarding same
                             (0.1).

10/05/06 S Strong        .40 Review revised proposed consulting agreement
                             for R. Hilson (0.3); circulate same to M.
                             Olson for transmittal to R. Hilson (0.1).

10/09/06 M Blue          .30 Work on Hilson termination issues.

10/09/06 A Jarvis        .20 Correspondence on R. Hilson termination
                             issues.

10/09/06 E Monson        .20 Review response to motion to approve
                             retention plan filed by the FTDFC.

10/09/06 S Strong        .40 Work to resolve several remaining issues
                             surrounding Hilson's termination.

Client No. 34585                                     Page:    3
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

10/10/06 M Blue          2.50 Read emails from M. Olson (.3); review and
                              revise proposed letter to R. Hilson (.6);
                              review proposed consulting agreement (.5);
                              review employee handbook (.3); analyze R.
                              Hilson's final pay calculation (.2); analyze
                              Company's final pay calculation for R. Hilson
                              (.2); draft email to M. Olson (.2); read letter
                              from M. Olson to R. Hilson (.1); read email
                              from M. Olson to R. Hilson (.1).

10/11/06 K Applegate      .60 Review of e-mail on PBGC premium (.1); research
                              payment of PBGC premium from the plan assets
                              (.5).

10/11/06 M Blue           .30 Telephone conference with M. Olson.

10/11/06 S Strong         .50 Prepare proposed order regarding Pension Plan
                              freeze (0.4); circulate draft for internal
                              review (0.1).

10/12/06 M Blue           .10 Follow-up on Hilson issues.

10/12/06 A Jarvis         .20 Correspondence on employee issues.

10/12/06 S Strong         .40 Telephone call with M. Olson regarding R.
                              Hilson's termination pay (0.3); follow-up on
                              remaining issues (0.1).

10/12/06 S Strong         .30 Exchange e-mails with J. Atkinson regarding
                              pension plan motion (0.2); e-mail to local
                              counsel regarding final approval for same
                              (0.1).

10/13/06 A Jarvis         .20 Correspondence on employee issues.

10/13/06 E Monson         .50 Review opposition to retention motion filed
                              by US Trustee and review subsection 503 of
                              Bankruptcy Case.

10/13/06 E Monson         .10 Review joinder in opposition filed by J.
                              Chubb.

10/13/06 S Strong         .40 Exchange e-mails to M. Olson regarding Hilson
                              termination (0.2); telephone call with M. Olson
                              regarding same (0.1).

Client No. 34585                                      ·Page:    4
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


10/16/06 K Applegate     2.30 Review of e-mails from the PBGC on extension of
                              deadline to file objection (.2); research
                              necessity to pay PBGC premium in bankruptcy
                              (1.7); telephone call to Erika on issues (.2);
                              provide documents required by Erika including
                              drafting of letter (.2).

10/16/06 S Strong         .70 Review issues regarding employee retention
                              motion and objection filed (0.5); telephone
                              conference with S. Smith regarding same (0.2).

10/17/06 K Applegate     1.90 Research on premium payment requirement to the
                              PBGC (1.3); review documentation sent by
                              Michael Haftl (.4); send e-mail to Haftl (.2).

10/17/06 E Monson        2.40 Work on reply in support of retention motion,
                              including review of debtors' original motion,
                              trustee's response, FTDF and Direct Lenders
                              response and review of section 503(c).

10/17/06 S Strong         .40 Review email from M. Olson regarding R. Hilson
                              correspondence (0.1); work on possible
                              consulting agreements needed for M. Olson and
                              A. Stevens (0.3).

10/17/06 S Strong        1.10 Analysis of employee issues concerning SECs
                              interviews of USACM employees (1.1).

10/17/06 S Strong        1.40 Review and revise draft of Reply in support of
                              motion to retain employees (1.3); circulate
                              draft for review to Mesirow (0.1).

10/18/06 E Monson         .50 Work on reply in support of motion on
                              retention plan.

10/19/06 E Monson         .20 Work regarding hearing on retention plan.

10/20/06 S Cummings      3.20 Analysis of PBGC' priority claims.

10/20/06 S Strong        1.10 Review letter from PBGC regarding disclosure
                              statement and PBGC claim priority issues (0.4);
                              further analysis of PBGC claim priority issues
                              (0.7).

10/23/06 K Applegate     2.10 Research on response to PBGC arguments (.6);
                              telephone calls with Erika Barnes on payment of
                              premium (.2); research on requirement to pay
                              from plan assets (1.3).

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/23/06 S Cummings    1.30 Continued analysis of PBGC's priority claims.

10/23/06 E Monson       .30 Review UCC's memo in support of retention
                            plan and accompanying declaration of T. Burr.

10/23/06 S Strong       .50 Evaluate additional research needed on
                            potential PBGC claims (0.3); exchange emails
                            with S. Cummings regarding same (0.2).

10/24/06 E Monson       .20 Assist in preparation for hearing on Motion
                            to Approve Retention Plan.

10/25/06 S Strong       .10 Telephone conference with E. A. Monson
                            regarding courts approval of employee
                            retention motion (0.1).

10/27/06 K Applegate   2.60 Review of PBGC objection to the disclosure
                            statement and review of involuntary termination
                            option for the trust (.2); work on payment of
                            plan fees including review of the plan
                            documents (2.2); draft and send e-mail to Haftl
                            (.2).

10/27/06 M Blue         .30 Read emails to/from R. Hilson and read and
                            analyze draft of proposed cooperation
                            agreement.

10/30/06 M Blue         .30 Review and analyze proposed cooperation
                            agreement.

10/30/06 S Strong       .20 Review emails from M. Olson regarding R.
                            Hilsons inquiries concerning D&O insurance
                            (.2).

10/31/06 K Applegate   1.20 Telephone call from Shlomo Sherwin on the plan
                            disclosures (.3); review of e-mail on the tax
                            disclosures (.1); work on responding to tax
                            disclosure comments (.8).

10/31/06 S Strong       .20 Participate in telephone conference with T.
                            Allison and A. W. Jarvis regarding M. Olson and
                            A. Stevens cooperation and employment issues
                            (.2).

10/31/06 S Strong       .50 Work on proposed cooperation agreement with M.
                            Olson and A. Stevens (.5).


    TOTAL FOR LEGAL SERVICES RENDERED                        $10,942.00

"Exhibit I-7"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.                     January 19, 2007
Thomas J. Allison 4484 South Pecos Road                        Invoice No. 357313
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | |
|---|---|---|
| 10/02/06 S Cummings | .70 | Analysis of compensation and conflict issues under 328 (c) |
| 10/02/06 A Jarvis | 1.40 | Prepare monthly statements (2.8). |
| 10/02/06 B Kotter | .90 | Work on proposed order approving Ray Quinney & Nebeker fee application (.2); work on outline procedures for recording time and allocation among debtors and matters (.7). |
| 10/02/06 D Monson | .80 | Review time entries for August for allocation for payment by Borrower of various defaulted loans. |
| 10/02/06 E Monson | .40 | Review updated billing invoices in connection with allocation to existing loans. |
| 10/02/06 S Strong | .20 | Review email from S. Smith and send email to C. Hurst regarding loan collection cost allocations (.2). |

Client No. 34585                                           Page:    2
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007

| | | |
|---|---|---|
| 10/02/06 S Strong | .60 | Telephone conference with J. Nugent regarding supplemental declarations of Mesirow and RQN regarding employment by debtors (0.1); email to J. Nugent regarding same (0.1); review and execute RQN supplemental declaration (0.3); email to local counsel regarding filing of same (0.1). |
| 10/02/06 S Tingey | .20 | Review billing entries for fee application (0.2). |
| 10/02/06 A Tsu | 1.90 | Drafting supplement to the Declaration of A. Jarvis in support of Debtors' Retention of RQN as Counsel. |
| 10/02/06 C Hurst | 2.10 | Prepare and distribute August time entries to pertinent attorneys to breakout loan allocation for August; work on summaries for August time. |
| 10/03/06 S Cummings | 3.20 | Continued analysis of compensation and conflict issues under 328(c) |
| 10/03/06 S Cummings | 1.20 | Analysis of disqualification issues under 327(a) involving inter-company claims. |
| 10/03/06 S Cummings | .70 | Analysis of employment requirements under 327(a) |
| 10/03/06 K Glade | .40 | Review invoice pro forma to make allocation for work on loans |
| 10/03/06 A Jarvis | 1.20 | Review statement and e-mails to B. J. Kotter regarding preparation of monthly statements. |
| 10/03/06 B Kotter | 1.10 | Work on preparing monthly statement in accordance with the Administrative Procedures Order (2.2). |
| 10/03/06 S Strong | .90 | Work on collection cost allocations (0.9). |
| 10/03/06 A Tsu | 2.30 | Reviewing motion to employ ordinary course professionals (.2); emails regarding comments from committees (.2); and other comments (.2); in preparation for drafting Order granting Debtors Motion to Employ Ordinary Course Professionals; begin drafting same (1.7). |

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/03/06 C Hurst          4.50 Work on updated loan allocation spreadsheets
                               as requested by Mesirow.

10/04/06 A Jarvis          .20 Correspondence on retention order.

10/04/06 B Kotter         3.70 Draft proposed order on RQN First Interim Fee
                               Application (1.5); further revisions to
                               allocation analysis (1.3); draft order on
                               extending retention of debtor's professionals
                               (.9).

10/04/06 B Kotter          .40 E-mail exchange with M. Haftl regarding
                               allocation (.3); phone call with M. Haftl
                               regarding same.

10/04/06 S Strong          .30 Review proposed order on extension of
                               employment of debtors professionals (0.3).

10/04/06 C Hurst          2.90 Complete loan allocation spreadsheets for
                               April through July and August; forward to
                               Susan Smith.

10/05/06 A Jarvis          .50 Correspondence on fee orders, allocation
                               issues.

10/05/06 A Jarvis          .80 Review of fee orders on RQN and Mesirow and
                               correspondence regarding same.

10/05/06 A Jarvis          .60 Draft settlement offer on allocation issues
                               to committees.

10/05/06 B Kotter         2.50 Revise draft of order approving fees (.6);
                               work on allocation issues and e-mail to A. W.
                               Jarvis and Mesirow regarding allocation
                               (1.1); revise order on interim continued
                               employment (.3); and e-mail to Mesirow and
                               S&M (.2); work on monthly statement (.6).

10/05/06 C Hurst          1.00 Prepare draft of 2nd supplemental
                               disclosure/declaration to employment.

10/06/06 A Jarvis          .30 Correspondence regarding fee allocations to
                               FTDF.

10/06/06 B Kotter         1.10 E-mail exchange with M. Haftl regarding
                               allocations issues (.3); work on monthly
                               statement (1.6).

Client No. 34585                                    Page:     4
Debtor USA Commercial Mortgage Co., et al.          January 19; 2007

10/09/06 A Jarvis        .30 Correspondence on fee orders, allocations.

10/09/06 B Kotter       1.10 Work on monthly statement and allocation issues
                             (2.2).

10/09/06 A Tsu           .20 Reviewing incoming messages regarding Order
                             Allowing Employment of Ordinary Course
                             Professionals (.1); following up and
                             responding to same (.1).

10/09/06 C Hurst         .20 Receipt, respond to e-mail from S. Smith
                             regarding loan allocation to HFS loans.

10/10/06 A Jarvis        .30 Correspondence on fee orders.

10/10/06 A Jarvis        .20 Correspondence on fee orders.

10/10/06 B Kotter        .60 Preparation of monthly statement allocation
                             (1.2).

10/11/06 B Kotter       1.70 Work on revising proposed fee order (.7); work
                             on circulation of proposed continued retention
                             order (.7); continued work on fee allocation
                             issues (.3).

10/12/06 B Kotter        .60 E-mail exchange with J. Reed regarding August
                             invoices for professionals (.4); review of
                             e-mail correspondence regarding fee order
                             (.2).

10/12/06 B Kotter        .40 Work on monthly statement (.8).

10/13/06 B Kotter        .30 Follow up on fee order.

10/16/06 B Kotter       1.90 E-mail from J. McPherson regarding fee order
                             (.1); work to revise and incorporate committee
                             comments into fee order (1.4); e-mail to J.
                             McPherson to circulate (.1); respond to
                             questions (.3).

10/16/06 S Strong        .80 Review issues regarding proposed language for
                             RQN and Mesirow fee orders (0.5); review
                             near-final version of proposed RQN fee order
                             (0.1); review additional language proposed by
                             J. McPherson and email to her regarding same
                             (0.2).

10/17/06 A Jarvis        .30 Correspondence on fee orders.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/18/06 A Jarvis      .10 Correspondence on fee orders.

10/20/06 B Kotter      .50 Work on monthly statement (1.0).

10/22/06 A Jarvis      .10 Correspondence on preparation of monthly
                           statements.

10/22/06 B Kotter     1.90 Work on August 2006 Fee/Monthly Statement and
                           allocation issues among Debtors (3.8).

10/23/06 K Glade       .60 Generate loan allocation summary for time
                           billed.

10/23/06 A Jarvis      .30 Correspondence on fee orders.

10/23/06 B Kotter     3.90 Work on August 2006 monthly statement and
                           allocation and circulate statement to counsel
                           per Admin Procedures Order (7.8).

10/23/06 D Monson      .30 Review time entries for allocation of
                           attorneys fees to various defaulted loans
                           for collection from borrowers.

10/23/06 E Monson      .20 Discussion with C. Hurst regarding loan
                           allocation issue.

10/23/06 S Strong     1.30 Work on collection cost allocations to
                           specific loans for September period (1.3).

10/23/06 C Hurst      5.90 Work on loan allocation detail by attorney.

10/24/06 B Kotter      .30 E-mail exchange with S. Smith regarding fee
                           issues.

10/24/06 E Monson      .30 Review bills to allocate time to specific
                           loans.

10/24/06 C Hurst      5.90 Complete detailed summary of loan allocation
                           for September 2006; forward to Susan Smith.

10/26/06 S Strong      .20 Exchange emails with D. M. Monson regarding
                           ordinary course professionals (.2).


TOTAL FOR LEGAL SERVICES RENDERED                              $13,016.50

*"Exhibit I-8"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357314

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00008**

**Fee / Employment Objections**

| Date | | Hours | Description |
|---|---|---|---|
| 10/02/06 | B Kotter | 1.40 | Work on responding to objection brought by US Trustee. |
| 10/03/06 | B Kotter | 1.20 | Work on response to United States Trustee's objection to First Interim Fee Application. |
| 10/03/06 | S Strong | .40 | Analyze issues raised by USTs fee objections (0.4). |
| 10/04/06 | B Kotter | 1.40 | Work on response to US Trustee's objection. |
| 10/04/06 | S Strong | .60 | Work on proposed order on fee application and agreed allocations (0.6). |
| 10/05/06 | B Kotter | 1.70 | Work on response to US Trustee's objection. |
| 10/05/06 | S Strong | .40 | Review communications on proposed orders on fee allowance (0.2); review Mesirow's draft of same (0.2). |
| 10/06/06 | B Kotter | 1.80 | Work on response to United States Trustee's objection. |
| 10/09/06 | B Kotter | .80 | Work on response to US Trustee objection. |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


10/11/06 S Strong        .90 Review emails from C. Carlyon and S. Freeman
                             regarding proposed fee orders of debtors
                             professionals (0.1); further analysis of
                             tentative committee agreements regarding fee
                             allocations among debtors (0.5); review revised
                             proposed orders regarding same (0.3).

10/12/06 B Kotter        .90 Work on response to US Trustee objection.

10/13/06 S Strong        .40 Analysis of UST's objection to continuing
                             employment of debtors' professionals.

10/16/06 B Kotter        .40 E-mail exchange regarding hearing on
                             committee member expense application (.1);
                             review of application (.2) and e-mail to A.
                             W. Jarvis regarding analysis (.1).

10/18/06 S Strong        .60 Review email from J. McPherson regarding
                             status of committees issues with proposed
                             fee orders of debtors professionals (0.1);
                             telephone conference with her regarding same
                             (0.3); emails to debtors professionals
                             regarding same (0.2).

10/20/06 S Strong        .80 Review emails from N. Peterman and J.
                             McPherson regarding proposed fee orders of
                             debtors professionals (0.2); telephone
                             conference with J. McPherson regarding fee
                             allocation issues (0.4); exchange emails with
                             N. Peterman and J. Atkinson regarding same
                             (0.2).

10/24/06 S Strong        .40 Review and analyze issues raised in email from
                             S. Freeman regarding UCC and FTDC negotiations
                             concerning Schwartzer-McPherson fee order
                             (0.3); review objection filed by FTDC to S-M
                             fee order (0.1).


    TOTAL FOR LEGAL SERVICES RENDERED                        $2,997.00

*"Exhibit I-9"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357315

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00011

Litigation

| | | | |
|---|---|---|---|
| 10/02/06 | E Monson | .50 | Work on letter to Direct Lenders involving Standard Property litigation and e-mail draft of letter to client for review. |
| 10/02/06 | E Monson | .30 | Work on motion to exclude debtors from having to file intercompany claims by the bar date. |
| 10/02/06 | E Monson | .20 | Call Russ Walker and discuss meeting in Las Vegas on Thursday to discuss RICO litigation. |
| 10/02/06 | E Monson | .20 | E-mail J. McPherson regarding attending meeting and review reply. |
| 10/02/06 | E Monson | .20 | Send additional e-mails to J. McPherson and M. Olson regarding meeting. |
| 10/02/06 | A Tsu | 2.90 | Drafting motion for sanctions/enforcement of automatic stay for Binford loan. |
| 10/03/06 | E Monson | 2.60 | Work on motion to exclude debtors from having to file intercompany claims by the bar date. |
| 10/03/06 | A Tsu | 3.30 | Factual background research regarding history of contact between USA bankruptcy counsel and Binford Medical with respect to disbursement of the control account funds and Binfords request to escrow agent to freeze funds to |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
January 19, 2007

|  |  |  |
|---|---|---|
|  |  | USA, in preparation for drafting facts section of Motion for Sanctions against Binford included reviewing correspondence and contacting parties to the exchange to clarify facts (1.9); begin drafting facts section (1.4). |
| 10/04/06 | E Monson | .20 Draft e-mail to J. McPherson regarding proposed settlement from T. Flatley and response to offer. |
| 10/04/06 | E Monson | .10 Review e-mail from S. Smith regarding Flatley making settlement payment. |
| 10/04/06 | E Monson | 2.80 Work on motion to exclude debtors from having to file intercompany claims by bar date. |
| 10/04/06 | A Tsu | 4.50 Researching case law regarding standard for issuing sanctions for violations of automatic stay (.9); Reviewing same (.9); drafting argument section for Motion for Sanctions against Binford Medical arguing that Binford has met the standard for violation for automatic stay, has not requested relief from same and should be sanctioned accordingly (2.7). |
| 10/05/06 | S Cummings | .60 Analysis of Equity Committee's standing to bring claims on behalf of the estate. |
| 10/05/06 | E Monson | 6.40 Work on motion to exclude debtors from having to file claims by the bar date or alternatively for the appointment of special counsel. |
| 10/05/06 | S Strong | 1.90 Further analysis of intercompany claim issues (1.9). |
| 10/05/06 | S Strong | .50 Review draft of motion to extend bar date for intercompany claims (0.5). |
| 10/05/06 | A Tsu | 2.60 Reviewing and editing motion for sanctions against Binford Medical. |
| 10/06/06 | S Cummings | .40 Continued analysis of Equity Committee's standing to bring claims on behalf of the estate. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    3
January 19, 2007

| | | |
|---|---|---|
| 10/09/06 S Cummings | 2.00 | Continued analysis of equity committee's standing to bring claims on behalf of the estate. |
| 10/09/06 S Strong | .70 | Review and analyze document subpoena served by Fertitta (0.4); exchange e-mails with A. W. Jarvis regarding same (0.1); exchange e-mails with Mesirow team regarding LSA documents requested under subpoena (0.2). |
| 10/10/06 S Cummings | .10 | Follow-up on Equity Committee standing issues. |
| 10/10/06 S Strong | .50 | Review of LSAs in response to Fertitta subpoena (0.3); exchange e-mails with Fertitta counsel regarding same (0.2). |
| 10/10/06 A Tsu | .50 | Reviewing incoming message from A. Parlen regarding motion for order shortening time for motion on inter committee claim deadlines (.1); follow up (.2); responding to same (.2). |
| 10/10/06 A Tsu | .20 | Reviewing incoming message from A. Parlen regarding sealed motion filed on 10/10/06 (.1); following up regarding same (.1). |
| 10/11/06 S Cummings | 1.80 | Continued analysis of equity committee's standing to bring claims on behalf of the estate. |
| 10/11/06 S Strong | .90 | Research regarding authority of an official committee to act on behalf of debtor in certain situations (0.5); confer with S. Cummings regarding same (0.1); review additional research regarding same (0.2); e-mail to A. Jarvis regarding same (0.1). |
| 10/11/06 C Hurst | .80 | Search Clark County District database and U.S.D.C. - Nevada database for HMA sales litigation; download results; forward to A. W. Jarvis, E. A. Monson and A. T. Brinkerhoff. |
| 10/12/06 S Cummings | .70 | Analysis of need to file documentation with court of compliance with subpoena. |
| 10/12/06 A Jarvis | .20 | Correspondence on Standard Development litigation. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/12/06 S Strong        1.30  Work on response to Fertitta subpoena (0.9);
                               e-mail to Fertitta counsel with responsive
                               documents (0.2); exchange follow-up emails with
                               Fertitta counsel regarding same (0.2).

10/13/06 E Monson         .50  Review motions and memos for Summary Judgment
                               on returned checks.

10/13/06 S Strong         .40  Review documents responsive to Fertitta
                               subpoena (0.3); exchange e-mails with L. Bauk
                               of Mesirow regarding same (0.1).

10/15/06 S Strong         .20  Review email from L. Schwartzer regarding new
                               lawsuit from borrower Gateway Stone (.2).

10/16/06 S Strong         .10  Exchange emails with L. Bauck of Mesirow
                               regarding response to Fertittas subpoena
                               (.1).

10/17/06 A Jarvis         .50  Correspondence on intercompany claims motion.

10/17/06 E Monson         .30  Review response from Committees to motion on
                               excluding debtors from filing intercompany
                               claims.

10/17/06 S Strong         .20  Review draft from R. Charles of committees
                               response to motion regarding intercompany
                               claims (0.2).

10/17/06 A Tsu           3.60  Reviewing Motion for Order Approving
                               Retention Plan of Debtors in preparation for
                               drafting Motion to approve consulting
                               agreements (.4); review of section 363 and
                               503 and relative annotations in preparation
                               for same (.7); reviewing Operating Agreements
                               for the Funds (.9); reviewing docket for
                               description of operating agreements for the
                               Funds (.3); drafting and editing notices of
                               filing operating agreements pursuant to Court
                               Order (1.1); correspondence regarding same
                               (.2).

10/18/06 A Jarvis         .10  Correspondence on Standard Property
                               litigation.

10/18/06 E Monson         .30  Review motion for relief followed by Prospect
                               High Income Fund.

Client No. 34585                                              Page:    5
Debtor USA Commercial Mortgage Co., et al.                    January 19, 2007


| Date | Name | Hours | Description |
|---|---|---|---|
| 10/18/06 | E Monson | 1.60 | Review six motions for Summary Judgment filed by John Laxague and Stephen Harris on behalf of their clients and review docket regarding cases and draft summary of status of summary judgments. |
| 10/18/06 | A Tsu | .60 | Preparing notice of filing of operating agreements for filing (.2); circulating for comment and making requested changes (.3); forward to local counsel for filing (.1). |
| 10/19/06 | S Strong | .60 | Assist in preparation on issues for todays hearings (.6). |
| 10/19/06 | S Strong | 3.50 | Attend bankruptcy court hearings today and assist A. W. Jarvis at hearings (3.5). |
| 10/24/06 | K Glade | .90 | Draft automatic stay letter to Citizens Bank on So. California (2nd) loan (0.6); deliver updated title information on So. California (2nd) loan (0.3). |
| 10/24/06 | E Monson | .50 | Review UST's Motion to Appoint a Trustee. |
| 10/24/06 | G Jolley | 1.80 | Review SEC arguments past case wherein a receiver was appointed (.9); internet research on benefits of appointing receiver (.6); meeting with M. Pugsley (.3). |
| 10/25/06 | S Cummings | 8.50 | Analysis of UST's motion to convert and preparation of response to same. |
| 10/25/06 | E Monson | 4.40 | Attend hearing on bid procedures and other matters relating to Asset Purchase Agreement. |
| 10/25/06 | S Strong | 1.20 | Review and analysis of USTs motion to convert cases to chapter 7 (1.2). |
| 10/25/06 | S Strong | 4.10 | Research and analysis of issues raised by USTs motion to convert cases (2.5); draft proposed declaration in opposition to USTs motion to convert (1.5); circulate same to A. W. Jarvis and Mesirow for review (0.1). |
| 10/25/06 | S Strong | .20 | Analyze USTs motion to convert and administrative expenses accrued in these cases (.2). |

Client No. 34585                                    Page:     6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/25/06 S Strong          .20 Follow-up on issues raised at hearing (.2)

10/26/06 S Cummings       4.70 Continued analysis of UST's motion to convert
                               and preparation of response to same.

10/26/06 E Monson         1.00 Review joinder filed by R. McKnight to motion
                               to convert (.1); further review of UST's motion
                               to convert (.4); review opposition to motion to
                               convert from FTDF (.5).

10/26/06 E Monson         1.70 Review and comment on draft of T. Allison
                               declaration and memo to oppose motion to
                               convert (1.7).

10/26/06 S Strong         2.90 Further research and analysis for opposition to
                               USTs motion to convert (1.1); review and
                               revise draft of opposition memorandum (1.6);
                               circulate draft to Mesirow, A. W. Jarvis and
                               committees for review (0.2).

10/26/06 S Strong         3.10 Analysis of additional facts for declaration
                               opposing motion to convert (1.3); revise and
                               expand proposed declaration regarding same
                               (1.8).

10/26/06 S Strong          .80 Work on Reply needed regarding intercompany
                               claims motion (0.2); review and edit draft of
                               same (0.6).

10/27/06 S Cummings       1.10 Analysis of section 1112(b) rehabilitation
                               issues.

10/27/06 A Jarvis         1.00 Review response to motion to convert and
                               comment on same.

10/27/06 B Kotter          .70 Review and edit reply in opposition to motion
                               to convert cases to Chapter 7.

10/27/06 R Madsen, II      .50 Receipt and review of letter dated October
                               24, 2006, together with draft complaint,
                               concerning threatened litigation by Copper
                               Sage Commerce Center, LLC.

10/27/06 E Monson         4.50 Work on draft of T. Allison declaration in
                               support of opposition to motion to convert.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/27/06 E Monson        1.30 Review numerous e-mails from S. C. Strong, S.
                              Smith and T. Allison regarding revisions to
                              Declaration and work on making those
                              revisions.

10/27/06 E Monson         .70 Review of memo in opposition to motion to
                              convert.

10/27/06 S Strong        2.10 Review and analysis of draft opposition
                              papers circulated by committees regarding
                              USTs motion to convert (0.8); draft intro
                              and facts sections for debtors opposition to
                              motion to convert (1.1); circulate final
                              draft to Mesirow for review (0.1); transmit
                              same to local counsel for filing (0.1).

10/27/06 S Strong        1.40 Work on edits and additions to declaration in
                              opposition to motion to convert (0.2); exchange
                              emails with T. Allison and S. Smith regarding
                              same (0.2); t/c with S. Smith regarding
                              Declaration revisions (0.1); review and edit
                              Declaration in opposition to motion to convert
                              (0.4); review signed version of Declaration
                              from Mesirow (0.1); prepare Declaration and
                              exhibit for filing (0.3); transmit same to
                              local counsel for filing (0.1).

10/27/06 G Jolley        3.70 Case law research for memo regarding
                              appointment of receiverships in SEC cases.

10/28/06 A Jarvis         .50 Review calendar for Monday and correspondence
                              regarding same.

10/29/06 A Jarvis        1.00 Review UST's motion to convert.

10/29/06 A Jarvis        6.00 Prepare for hearing including motion to
                              convert, motion regarding intercompany claims
                              including reviewing pleadings, case law and
                              prepare outline.

10/30/06 A Jarvis         .80 Review caselaw and prepare for hearing on
                              motion to convert.

10/30/06 A Jarvis         .50 Meet with T. Allison in preparation for
                              hearing on motion to convert.

10/30/06 A Jarvis         .30 Outline arguments for motion to convert.

Client No. 34585                                      Page:   8
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


| | | | |
|---|---|---|---|
| 10/30/06 | A Jarvis | 4.40 | Attend hearing on motion regarding intercompany claims, motion to convert, motion for use of cash, motion to allow certain actions on loans. |
| 10/30/06 | E Monson | 1.50 | Meet with client to prepare for hearing and go over issues in connection with motion to convert and budget issues. |
| 10/30/06 | E Monson | 3.00 | Attend hearing on motion to convert, cash motion, and bar date for intercompany claims. |
| 10/30/06 | E Monson | .50 | Discussion regarding Motion to Convert with Counsel after hearing. |
| 10/30/06 | E Monson | .60 | Attend hearing regarding proposed action to be taken on Palm Harbor, Marlton 1st and Marlton 2nd loans. |
| 10/31/06 | E Monson | .20 | Discussion with M. McPherson regarding Jones Lee and Weddell litigation and status of Rose matters (.2). |
| 10/31/06 | G Jolley | 4.70 | Draft research memorandum regarding appointment of a receiver and the extent of a receiver's powers. |


TOTAL FOR LEGAL SERVICES RENDERED                        $29,197.00