*"Exhibit I-10"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357316

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 10/02/06 A Jarvis | .20 | Work on disclosure statement changes (1/3 time). |
| 10/03/06 S Strong | .20 | Exchange emails with E. Karasik regarding Plan issues (0.2). |
| 10/05/06 A Jarvis | .30 | Correspondence on prepaid interest issue. |
| 10/06/06 A Jarvis | .20 | Correspondence on filing of amended plan. |
| 10/10/06 A Jarvis | .30 | Correspondence on disclosure statement objection. |
| 10/11/06 S Strong | .60 | Telephone call with J. McPherson regarding local rules addressing disclosure statement service and objections (0.4); e-mail to committees regarding same (0.2). |
| 10/11/06 S Strong | .20 | Exchange messages with E. Barnes of PBGC regarding disclosure statement issues. |
| 10/12/06 A Jarvis | .20 | Correspondence on disclosure statement objections. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/12/06 S Strong          .80 Review e-mail from C. Carlyon regarding
                               disclosure statement noticing (0.1); e-mail
                               to J. McPherson regarding same (0.1);
                               telephone call with her regarding same (0.2);
                               review applicable rules regarding same (0.2);
                               e-mail to committees regarding same (0.2).

10/12/06 S Strong          .60 Review and analysis of SEC informal comments
                               on disclosure statement.

10/17/06 A Jarvis          .30 Correspondence on plan amendments.

10/17/06 A Jarvis          .30 Telephone conference with J. Atkinson
                               regarding prepaid interest, plan issues.

10/17/06 A Jarvis          .30 Correspondence with E. Karasik regarding
                               filing of amended plan, changes to plan.

10/17/06 A Jarvis          .30 Correspondence with J. McCarroll regarding
                               plan, disclosure statement.

10/17/06 S Strong          .80 Telephone conference with D. Baddley
                               regarding plan and disclosure statement
                               treatment of pre-paid interest (.8).

10/23/06 S Cummings       1.00 Review of plan and disclosure statement.

10/23/06 A Jarvis          .70 Review and analyze plan revisions.

10/23/06 S Strong          .40 Exchange voice messages with E. Barnes of PBGC
                               regarding proposed disclosure statement
                               language (0.2); review prepared language (0.2).

10/23/06 S Strong         1.30 Review and analysis of Plan and Disclosure
                               Statement and revisions suggested by the court
                               at the prior hearing (1.3).

10/24/06 S Cummings       4.20 Continued review and revision of plan and
                               disclosure statement.

10/24/06 S Cummings        .20 Review appraisal request procedures.

10/24/06 S Cummings       1.60 Preparation of class treatment chart.

10/24/06 A Jarvis          .30 Correspondence regarding plan issues.

10/24/06 S Strong         1.10 Analysis of Plan and Disclosure Statement
                               issues (1.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:     3
January 19, 2007

| | | | |
|---|---|---|---|
| 10/25/06 | A Jarvis | .20 | Work on resolving plan issues. |
| 10/25/06 | S Strong | .60 | Work on consumer privacy issues raised by Judge in connection with Disclosure Statement (0.6). |
| 10/26/06 | A Jarvis | 1.10 | Work on revised plan and disclosure statement. |
| 10/26/06 | S Strong | 1.10 | Review Disclosure Statement and prepaid interest treatment (0.9); telephone conference with N. Peterman regarding same (0.2). |
| 10/26/06 | S Strong | .30 | Telephone conference with J. Miller of BMC regarding disclosure statement issues and logistics of balloting (.3). |
| 10/27/06 | S Cummings | 2.60 | Continued review and revision of plan and disclosure statement. |
| 10/27/06 | P Hunt | .90 | Work on drafting of liquidation trust (.9). |
| 10/27/06 | A Jarvis | .40 | Correspondence with Committees regarding revisions to plan and disclosure statement. |
| 10/27/06 | B Kotter | 3.40 | Work on revising bid procedures order per counsel comments and re circulating draft to counsel (1.1); respond to e-mail from Counsel (.3); revise and edit bid procedures and notice per counsel comments (1.4); circulate and review responsive e-mail (.6). |
| 10/27/06 | S Strong | .90 | Work on Plan and Disclosure Statement revisions (.9). |
| 10/27/06 | S Strong | .10 | Exchange emails with M. Haftl regarding liquidation analysis in Disclosure Statement (.1). |
| 10/27/06 | S Strong | .20 | Review voice message from M. Baddley regarding Disclosure Statement issues (0.1); email to him regarding same (0.1). |
| 10/30/06 | S Cummings | 4.50 | Continued review and revision of plan and disclosure statement. |
| 10/30/06 | S Cummings | 2.70 | Continued preparation of class treatment chart. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/30/06 P Hunt          .30  Work on disclosure statement and liquidation
                              trust issues (.3).

10/30/06 B Kotter        .90  Revise proposed order on bid procedures (.2);
                              phone call with Lia regarding order (.3);
                              e-mail to Lia for filing (.2); e-mail exchange
                              with Lia regarding proposed order on back end
                              exclusivity (.2).

10/30/06 E Monson       1.10  Participation in discussions regarding joint
                              term sheet.

10/30/06 S Strong        .60  Review drafts of plan solicitation and
                              related notice documents from J. Miller of
                              BMC (0.5); exchange emails with him regarding
                              same (0.1).

10/30/06 S Strong       1.20  Continue analysis of comments and objections
                              received to Disclosure Statement and revisions
                              needed (1.2).

10/30/06 S Strong        .50  Telephone conference with J. Atkinson and M.
                              Haftl regarding Disclosure Statement issues
                              (.5).

10/30/06 S Strong        .20  Review status of back-end exclusivity order
                              (0.2).

10/30/06 S Strong        .40  Review prior stipulation regarding disclosure
                              statement objections (0.2); email to local
                              counsel regarding new stipulation needed
                              (0.1); exchange emails with J. McPherson
                              regarding same (0.1).

10/31/06 S Cummings     3.10  Preparation of summary of how claims are
                              divided into classes.

10/31/06 S Cummings     2.40  Continued review and revision of plan and
                              disclosure statement.

10/31/06 P Hunt         1.40  Draft liquidation trust agreement (1.4).

10/31/06 A Jarvis        .40  Telephone conference with T. Allison, S. C.
                              Strong, E. A. Monson regarding IP plan, plan
                              and disclosure statement, SEC issues.

10/31/06 A Jarvis        .40  Work on revisions to plan and disclosure
                              statement.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

10/31/06 A Jarvis        .50 Follow-up regarding term sheet on intercompany
                             claims for incorporation into plan.

10/31/06 A Jarvis        .90 Conference call with J. Atkinson regarding
                             prepaid interest, disclosure statement
                             revisions.

10/31/06 A Jarvis       7.70 Draft and revise plan and disclosure
                             statement.

10/31/06 E Monson        .90 Review and analyze emails on joint plan term
                             sheet (.9).

10/31/06 S Strong        .20 Telephone conference with A. W. Jarvis
                             regarding plan and disclosure statement
                             issues (.2).

10/31/06 S Strong       2.40 Review proposed motion and related papers from
                             J. Miller of BMC regarding plan balloting and
                             related issues (0.9); analysis of plan and
                             disclosure statement sequencing and balloting
                             issues (1.5).

10/31/06 S Strong        .90 Telephone conference with J. Atkinson regarding
                             liquidation analysis and related issues for
                             disclosure statement (.9).

TOTAL FOR LEGAL SERVICES RENDERED                          $14,394.50

*"Exhibit I-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357318
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00015**

**Travel Time**

| | | |
|---|---|---|
| 10/10/06 A Brinkerhoff | 6.00 | Travel to Las Vegas (3.0); travel to SLC from Las Vegas (3.0). |
| 10/10/06 E Monson | 6.00 | Travel to and from Las Vegas. |
| 10/18/06 A Jarvis | 3.60 | Travel from Salt Lake to Las Vegas. |
| 10/18/06 S Strong | 3.40 | Travel from Salt Lake City to Las Vegas for hearings tomorrow (3.4). |
| 10/19/06 A Jarvis | 5.80 | Return from Las Vegas to Salt Lake City after hearings (missed, then delayed flight). |
| 10/19/06 S Strong | 3.50 | Return travel from L.V. to SLC after hearings and meetings (3.5). |
| 10/24/06 A Jarvis | 3.00 | Travel from Salt Lake to Las Vegas for hearings. |
| 10/24/06 E Monson | 4.00 | Travel to Las Vegas for hearing. |
| 10/25/06 A Jarvis | .50 | Travel to court. |
| 10/25/06 A Jarvis | 3.50 | Travel from Las Vegas to Salt Lake City after hearing. |
| 10/25/06 E Monson | 4.30 | Travel to Salt Lake City from Las Vegas. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
January 19, 2007

| | | | |
|---|---|---|---|
| 10/29/06 A Jarvis | 3.50 | Travel from Salt Lake to Las Vegas for hearing. |
| 10/29/06 E Monson | 4.00 | Travel to Las Vegas for omnibus hearing. |
| 10/30/06 A Jarvis | .50 | Travel to Court for hearings. |
| 10/30/06 A Jarvis | 3.80 | Travel to Los Angeles for meeting. |
| 10/30/06 A Jarvis | 4.40 | Travel from Los Angeles to Salt Lake City. |
| 10/30/06 E Monson | .50 | Travel to bankruptcy court. |
| 10/30/06 E Monson | .50 | Travel to Gordon & Silver offices. |
| 10/30/06 E Monson | 4.00 | Travel to Salt Lake City from Las Vegas. |
| 10/30/06 M Pugsley | 4.00 | Travel to Los Angeles and Back (4.0). |

TOTAL FOR LEGAL SERVICES RENDERED                    $9,576.25

*"Exhibit I-12"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357319

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00017

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 10/03/06 | M Pugsley | 3.10 | Locate and review documents regarding ownership interest in IP entities (3.1). |
| 10/04/06 | M Pugsley | 2.20 | Review and analyze email regarding possible claims. |
| 10/05/06 | M Pugsley | 6.40 | Draft letters to L. Dean regarding various issues (2.2); research regarding waiver issues (1.7); review data regarding transfer and other issues (2.5). |
| 10/06/06 | K Cassett | 1.30 | Begin indexing documents produced to SEC on 08/11/06. |
| 10/09/06 | M Pugsley | 7.90 | Review subpoenas (.4); conference call with bankruptcy team (1.8); draft outline regarding issues (1.7); correspondence with Mark and Amanda regarding testimony (.7); telephone conference with L. Dean (.5); prepare for testimony (2.8). |
| 10/10/06 | M Pugsley | 7.50 | Telephone conference with L. Dean regarding OTR examination and scheduling issues (.9); telephone conference with client (1.5); prepare for depositions (5.1). |

Client No. 34585                                            Page:    2
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007


10/11/06 M Pugsley     8.00  Prepare for depositions (5.4); telephone
                             conference with client regarding R. Hilson
                             (.4); review Hilson subpoena (.4); further
                             deposition preparations (1.8).

10/12/06 A Jarvis      1.10  Review comments from SEC.

10/12/06 M Pugsley     5.20  Research and draft letter regarding depositions
                             to A. Stevens and M. Olson (1.5); telephone
                             conference with A. Stevens and M. Olson (.6);
                             prepare for depositions (3.1).

10/12/06 K Cassett     1.10  Begin indexing privileged documents.

10/13/06 K Cassett     2.10  Continue indexing documents produced to SEC.

10/16/06 M Pugsley     2.30  Telephone conference with Mark and Amanda
                             regarding various issues (.4); draft letter
                             to SEC regarding testimony (.6); research
                             regarding privilege waiver issues (1.3).

10/17/06 B Kotter      4.10  Analyze issues related to SEC investigation and
                             employee interviews (.3); review of USACM
                             Operating Agreement and bylaws and obligation
                             to pay defense costs (2.3); draft e-mail of
                             analysis to A. W. Jarvis and M. W. Pugsley
                             (1.1); respond to e-mail inquiries (.4).

10/17/06 M Pugsley     2.60  Telephone conference with M. Olson regarding
                             counsel for OTR (.4); research regarding
                             indemnification and insurance issues (2.2).

10/18/06 B Kotter       .40  Continued analysis regarding SEC investigation
                             and interviews and forward summary document to
                             M. W. Pugsley.

10/18/06 M Pugsley     3.20  Research regarding receivership (2.8); review
                             letter from SEC regarding plan of
                             reorganization (.4).

10/18/06 K Cassett      .80  Further indexing of produced and privileged
                             documents.

10/19/06 M Pugsley     4.50  Prepare for testimony (4.1); email
                             correspondence with L. Dean regarding same
                             (.4).

Client No. 34585                                            Page:    3
Debtor USA Commercial Mortgage Co., et al.                  January 19, 2007

| 10/20/06 M Pugsley | 4.60 | Conference call with R. Hilson regarding testimony (.3); prepare for testimony (3.8); coordinate with SEC staff (.5). |
|---|---|---|
| 10/20/06 K Cassett | 1.30 | Continue indexing privileged and non-responsive documents. |
| 10/23/06 A Jarvis | .30 | Correspondence regarding subpoenas issued by SEC. |
| 10/23/06 A Jarvis | .20 | Correspondence regarding SEC inquiry. |
| 10/23/06 M Pugsley | 3.60 | Telephone conference with L. Dean regarding testimony and other issues (.6); research regarding waiver issues (2.6); draft email to client regarding status (.4). |
| 10/23/06 S Strong | .30 | Research related to SEC investigation and related issues (.3). |
| 10/24/06 A Jarvis | .20 | Correspondence with R. Charles regarding SEC issues. |
| 10/24/06 M Pugsley | .50 | Telephone conference with L. Dean (.5). |
| 10/25/06 K Cassett | 1.20 | Further indexing of produced and privileged documents. |
| 10/26/06 M Pugsley | 5.60 | Review Grand Jury subpoenas (.9); analyze discovery issues (2.1); telephone conference with United States Attorneys Office regarding same (.5); conference with M. Olson regarding various issues (.3); set up meeting with SEC in Los Angeles (1.8). |
| 10/27/06 A Jarvis | .20 | Work on SEC issues. |
| 10/27/06 A Jarvis | .20 | Correspondence with T. Allison regarding SEC investigation. |
| 10/27/06 A Jarvis | .30 | Work on issues regarding meeting with SEC. |
| 10/27/06 M Pugsley | 7.60 | Prepare for meeting with SEC (3.8); review operation agreements for response to investor questions (1.3); work on cooperation agreement issues (2.1); conference with L. Dean regarding subpoenas (.4). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | |
|---|---|---|
| 10/30/06 A Jarvis | 1.20 | Meet with SEC. |
| 10/30/06 M Pugsley | 7.20 | Prepare for meeting with SEC  (5.7); Meeting with SEC staff with T. Allison and A. Jarvis (1.5). |
| 10/30/06 S Strong | .20 | Follow-up on status of SEC regulatory matters (.2). |
| 10/31/06 M Pugsley | 3.00 | Review notices and other information regarding USA intellectual property (1.2); research regarding waiver issues (1.8). |

TOTAL FOR LEGAL SERVICES RENDERED                        $24,393.00

ATTORNEY SUMMARY

*"Exhibit I-13"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357322

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00021

Unsecured Creditors Committee Relations

| | | | |
|---|---|---|---|
| 10/09/06 | A Jarvis | .12 | Conference call with Committees regarding fee issues (.5). |
| 10/09/06 | A Jarvis | .07 | Correspondence on conference call on APA comments (.3). |
| 10/09/06 | A Jarvis | .08 | Correspondence on committee call agenda (.3). |
| 10/09/06 | A Jarvis | .08 | Conference call with Committees regarding APA (.3). |
| 10/09/06 | E Monson | .30 | Review e-mail regarding committee conference call (.2); participate in weekly conference call with committees (1.0). |
| 10/09/06 | S Strong | .23 | Participate in conference call with debtors' and committees' professionals regarding current issues in case (.9). |
| 10/10/06 | A Jarvis | .45 | Telephone conference with Diversified and UCC Committees regarding IP issues, potential claims, courses of action against IP (.9). |
| 10/11/06 | A Jarvis | .95 | Conference with Diversified and UCC Committees regarding IP issues, course of action (1.9). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

10/11/06 A Jarvis          .20 Conference call with Committees regarding
                               comments to APA, negotiations on APA (.8).

10/17/06 A Jarvis          .70 Conference call with Diversified Committee and
                               UCC regarding IP issues (1.4).

10/17/06 A Jarvis          .20 Conference call with Committees regarding plan,
                               sale, administrative issues (.8).

10/17/06 S Strong          .20 Participate in conference call with committees
                               counsel regarding various current issues (.8).

TOTAL FOR LEGAL SERVICES RENDERED                              $1,077.50

*"Exhibit I-14"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357323
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00022

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 10/09/06 A Jarvis | .08 | Correspondence on committee call agenda (.3). |
| 10/09/06 A Jarvis | .12 | Conference call with Committees regarding fee issues (.5). |
| 10/09/06 A Jarvis | .08 | Conference call with Committees regarding APA (.3). |
| 10/09/06 A Jarvis | .07 | Correspondence on conference call on APA comments (.3). |
| 10/09/06 E Monson | .30 | Review e-mail regarding committee conference call (.2); participate in weekly conference call with committees (1.0). |
| 10/09/06 S Strong | .22 | Participate in conference call with debtors' and committees' professionals regarding current issues in case (.9). |
| 10/11/06 A Jarvis | .20 | Conference call with Committees regarding comments to APA, negotiations on APA (.8). |
| 10/17/06 A Jarvis | .20 | Conference call with Committees regarding plan, sale, administrative issues (.8). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


10/17/06 S Strong       .20 Participate in conference call with
                            committees counsel regarding various current
                            issues (.8).


TOTAL FOR LEGAL SERVICES RENDERED                              $416.00

"*Exhibit I-15*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.           January 19, 2007
Thomas J. Allison 4484 South Pecos Road              Invoice No. 357317
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|---|---|---|
| 10/20/06 | Copying Expense (outside office) - - Salt Lake Legal | 523.09 |
| 10/16/06 | Air Fare - - Bankcard Center | 350.11 |
| 10/16/06 | Air Fare - - Bankcard Center | 672.61 |
| 10/16/06 | Air Fare - - Bankcard Center | 29.00 |
| 10/16/06 | Air Fare - - Bankcard Center | 704.10 |
| 10/16/06 | Air Fare - - Bankcard Center | 29.00 |
| 10/16/06 | Air Fare - - Bankcard Center | 129.80 |
| 10/16/06 | Air Fare - - Bankcard Center | 158.50 |
| 10/16/06 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228728 Vendor: Bankcard Center | (350.11) |
| 10/16/06 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228731 Vendor: Bankcard Center | (672.61) |
| 10/16/06 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228733 Vendor: Bankcard Center | (29.00) |
| 10/16/06 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228734 Vendor: Bankcard Center | (704.10) |
| 10/16/06 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228735 Vendor: Bankcard Center | (29.00) |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
January 19, 2007

| Date | Description | Amount |
|---|---|---|
| 10/16/06 | Reversal from Void Check Number: 141075<br>Bank ID: SLR Voucher ID: 228736<br>Vendor: Bankcard Center | (129.80) |
| 10/16/06 | Reversal from Void Check Number: 141075<br>Bank ID: SLR Voucher ID: 228737<br>Vendor: Bankcard Center | (158.50) |
| 10/16/06 | Air Fare - - Bankcard Center | 350.11 |
| 10/16/06 | Air Fare - - Bankcard Center | 627.61 |
| 10/16/06 | Air Fare - - Bankcard Center | 29.00 |
| 10/16/06 | Air Fare - - Bankcard Center | 704.10 |
| 10/16/06 | Air Fare - - Bankcard Center | 29.00 |
| 10/16/06 | Air Fare - - Bankcard Center | 129.80 |
| 10/16/06 | Air Fare - - Bankcard Center | 158.80 |
| 10/03/06 | Travel Expense - - Annette W. Jarvis | 262.60 |
| 10/03/06 | Travel Expense - - Annette W. Jarvis | 252.61 |
| 10/03/06 | Travel Expense - - Annette W. Jarvis | 319.71 |
| 10/03/06 | Travel Expense - - Elaine A. Monson | 526.11 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 18.00 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 101.15 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 383.26 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 439.46 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 1502.19 |
| 10/12/06 | Travel Expense - - Annette W. Jarvis | 78.62 |
| 10/12/06 | Travel Expense - - Ben Kotter | 196.24 |
| 10/12/06 | Travel Expense - - Elaine A. Monson | 86.96 |
| 10/12/06 | Travel Expense - - Steven C. Strong | 491.62 |
| 10/12/06 | Travel Expense - - Allan T. Brinkerhoff | 19.00 |
| 10/12/06 | Reversal from Void Check Number: 141057<br>Bank ID: SLR Voucher ID: 228666<br>Vendor: Gary Winger | (250.00) |
| 10/12/06 | Certificate of Good Standing - - Gary Winger | 250.00 |
| 10/12/06 | Certificate of Good Standing - - Gary Winger | 250.00 |
| 10/20/06 | Title Report - - Stewart Title Of California | 400.00 |
| 10/31/06 | Federal Express Charges | 148.76 |
| 10/31/06 | Long Distance Telephone Charges | 14.59 |
| 10/31/06 | Postage | 44.85 |
| 10/31/06 | Database Legal Research | 4628.20 |
| 10/31/06 | Facsimile Expense (Outgoing) | 28.50 |
| 10/31/06 | Copying Expense | 984.80 |
| 10/31/06 | Business Meal(s) | 98.04 |
| 10/31/06 | Facsimile Long Distance Charges | 4.80 |

----------

TOTAL COSTS ADVANCED                                    $13,831.58

Client Address:   DEBTOR USA COMMERCIAL MORTGAGE CO., E
                  Thomas J. Allison 4484 South Pecos Road
                  Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: 34585-00014        Matter Name:  Costs

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| rq&n | 10/02/06 | | $1.60 | 064 | 8 | Copying Expense 100206 HANSEN ALISON | 1850108 |
| rq&n | 10/02/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 6108270131 CHESTERS PA 10:01 0 HURST CARRIE | 1850109 |
| rq&n | 10/02/06 | | $0.76 | 014 | 1 | Long Distance Telephone Charges 6103892140 KINGPRUS PA 10:03 900 HURST CARRIE | 1850110 |
| rq&n | 10/02/06 | | $73.20 | 064 | 366 | Copying Expense 100206 HURST CARRIE | 1850111 |
| rq&n | 10/02/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7147424766 ANAHEIM, CA 15:30 120 HURST CARRIE | 1850112 |
| rq&n | 10/02/06 | | $211.00 | 064 | 1,055 | Copying Expense 100206 KOTTER BEN | 1850113 |
| rq&n | 10/02/06 | | $0.61 | 014 | 1 | Long Distance Telephone Charges 5095290507 WALLAWAL WA 15:36 720 HURST CARRIE | 1850114 |
| rq&n | 10/02/06 | | $2.00 | 064 | 10 | Copying Expense 100206 KOTTER BEN | 1850115 |
| rq&n | 10/02/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 2484842875 PONTIAC, MI 15:49 0 HURST CARRIE | 1850116 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 10/02/06 | | $9.80 | 064 | 1 | Copying Expense | 1850550 |
| jarvs | 10/02/06 | | $14.18 | 013 | 1 | Federal Express Charges | 1854132 |
| jarvs | 10/02/06 | | $0.00 | 079 | 30 | Exhibit Tabs | 1855661 |
| jarvs | 10/03/06 | 140914 | $262.60 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1849822 |
| jarvs | 10/03/06 | 140914 | $252.61 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1849823 |
| jarvs | 10/03/06 | 140914 | $319.71 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1849824 |
| jarvs | 10/03/06 | 140914 | $5.57 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1849825 |
| jarvs | 10/03/06 | 140922 | $526.11 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1849834 |
| jarvs | 10/03/06 | 140922 | $5.66 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1849835 |
| rq&n | 10/03/06 | | $0.60 | 064 | 3 | Copying Expense 100306 BRINKERHOFF ALLAN T | 1850730 |
| rq&n | 10/03/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 2484842875 PONTIAC, MI 10:44 60 HURST CARRIE | 1850731 |
| rq&n | 10/04/06 | | $1.00 | 064 | 5 | Copying Expense 100406 MONSON DOUGLAS M | 1850865 |
| rq&n | 10/04/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 9259334244 WALNUT C CA 15:05 0 MONSON DOUGLAS M | 1850866 |
| rq&n | 10/04/06 | | $46.40 | 064 | 232 | Copying Expense 100406 HANSEN ALISON | 1850867 |
| rq&n | 10/04/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7024578350 LAS VEGA NV 15:14 0 HURST CARRIE | 1850868 |
| rq&n | 10/04/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7023615166 LAS VEGA NV 15:16 0 HURST CARRIE | 1850869 |
| rq&n | 10/04/06 | | $0.20 | 064 | 1 | Copying Expense 100406 BRINKERHOFF ALLAN T | 1850870 |
| rq&n | 10/04/06 | | $0.26 | 014 | 1 | Long Distance Telephone Charges 7023631441 LAS VEGA NV 15:31 300 HURST CARRIE | 1850871 |
| rq&n | 10/04/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 9259334244 WALNUT C CA 15:50 540 MONSON DOUGLAS M | 1850872 |
| rq&n | 10/04/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 9516847737 , CA CA 18:09 0 HURST CARRIE | 1850873 |
| jarvs | 10/04/06 | | $44.85 | 016 | 1 | Postage | 1852038 |
| jarvs | 10/04/06 | | $59.20 | 064 | 1 | Copying Expense BOUVIER DAWN | 1855643 |
| jarvs | 10/05/06 | 140959 | $0.00 | 474 | 1 | Business Meal(s) -- Patricia Brown | 1860564 |
| rq&n | 10/05/06 | | $3.80 | 014 | 1 | Long Distance Telephone Charges 3036274776 SMOKY HI CO 09:09 4680 KELLY KEITH A | 1851025 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Description of Costs Advanced | Quantity | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/05/06 | | $5.60 | 064 | Copying Expense 100506 CRIST SHANNON | 28 | 1851026 |
| rq&n | 10/05/06 | | $27.80 | 064 | Copying Expense 100506 GLADE KEVIN G | 139 | 1851027 |
| rq&n | 10/05/06 | | $0.20 | 064 | Copying Expense 100506 HANSEN ALISON | 1 | 1851028 |
| rq&n | 10/05/06 | | $0.40 | 064 | Copying Expense 100506 HANSEN ALISON | 2 | 1851029 |
| monso | 10/05/06 | | $1,132.22 | 019 | Westlaw | 1 | 1853794 |
| jarvs | 10/05/06 | | $20.96 | 013 | Federal Express Charges | 1 | 1854138 |
| jarvs | 10/05/06 | | $0.00 | 079 | Exhibit Tabs | 4 | 1855670 |
| rq&n | 10/06/06 | | $5.00 | 064 | Copying Expense 100606 OKERLUND LORRI | 25 | 1851226 |
| rq&n | 10/06/06 | | $32.00 | 064 | Copying Expense 100606 OKERLUND LORRI | 160 | 1851227 |
| rq&n | 10/06/06 | | $0.61 | 014 | Long Distance Telephone Charges 5613064112 DELRAY B FL 12:07 720 HURST CARRIE | 1 | 1851228 |
| rq&n | 10/06/06 | | $0.80 | 064 | Copying Expense 100606 HURST CARRIE | 4 | 1851229 |
| jarvs | 10/06/06 | | $2.40 | 064 | Copying Expense PICKERING KELLY | 1 | 1853811 |
| rq&n | 10/09/06 | | $0.05 | 014 | Long Distance Telephone Charges 7757870769 RENO, NV NV 10:38 60 HURST CARRIE | 1 | 1851405 |
| rq&n | 10/09/06 | | $0.20 | 064 | Copying Expense 100906 BRINKERHOFF ALLAN T | 1 | 1851406 |
| rq&n | 10/09/06 | | $0.20 | 064 | Copying Expense 100906 BRINKERHOFF ALLAN T | 1 | 1851407 |
| rq&n | 10/09/06 | | $0.60 | 064 | Copying Expense 100906 BRINKERHOFF ALLAN T | 3 | 1851408 |
| jarvs | 10/09/06 | | $2.60 | 064 | Copying Expense MARTIN MELANIE | 1 | 1853812 |
| jarvs | 10/09/06 | | $0.80 | 064 | Copying Expense BOUVIER DAWN | 1 | 1853813 |
| rq&n | 10/10/06 | | $0.20 | 064 | Copying Expense 101006 OKERLUND LORRI | 1 | 1851608 |
| rq&n | 10/10/06 | | $0.09 | 014 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 11:21 60 MONSON DOUGLAS M | 1 | 1851609 |
| rq&n | 10/10/06 | | $0.60 | 064 | Copying Expense 101006 BROWN PATRICIA | 3 | 1851610 |
| jarvs | 10/10/06 | | $0.00 | 031 | 3 Ring Binder Expense | 1 | 1854825 |
| rq&n | 10/11/06 | | $0.80 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 4 | 1851774 |
| rq&n | 10/11/06 | | $1.20 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 6 | 1851775 |
| rq&n | 10/11/06 | | $2.00 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 10 | 1851776 |
| rq&n | 10/11/06 | | $1.40 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 7 | 1851777 |
| rq&n | 10/11/06 | | $1.00 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 5 | 1851778 |
| rq&n | 10/11/06 | | $4.60 | 064 | Copying Expense 101106 BRINKERHOFF ALLAN T | 23 | 1851779 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/11/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 4782382301 MACON, G GA 16:00 60 HURST CARRIE | 1851780 |
| rq&n | 10/11/06 | | $1.40 | 064 | 7 | Copying Expense 101106 HURST CARRIE | 1851781 |
| rq&n | 10/11/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 7023694567 LAS VEGA NV 17:46 480 KOTTER BEN | 1851782 |
| rq&n | 10/11/06 | | $0.78 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 17:58 980 MONSON DOUGLAS M | 1851783 |
| rq&n | 10/11/06 | | $0.80 | 064 | 4 | Copying Expense 101106 MONSON DOUGLAS M | 1851784 |
| jarvs | 10/12/06 | 141037 | $18.00 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851830 |
| jarvs | 10/12/06 | 141037 | $101.15 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851831 |
| jarvs | 10/12/06 | 141037 | $383.26 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851832 |
| jarvs | 10/12/06 | 141037 | $5.14 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1851833 |
| jarvs | 10/12/06 | 141037 | $439.46 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851834 |
| jarvs | 10/12/06 | 141037 | $9.65 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1851835 |
| jarvs | 10/12/06 | 141037 | $1,502.19 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851836 |
| jarvs | 10/12/06 | 141037 | $7.94 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1851837 |
| jarvs | 10/12/06 | 141037 | $78.62 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1851838 |
| jarvs | 10/12/06 | 141038 | $196.24 | 118 | 1 | Travel Expense -- Ben Kotter | 1851839 |
| jarvs | 10/12/06 | 141038 | $34.69 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1851840 |
| jarvs | 10/12/06 | 141043 | $86.96 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1851842 |
| jarvs | 10/12/06 | 141051 | $491.62 | 118 | 1 | Travel Expense -- Steven C. Strong | 1851855 |
| jarvs | 10/12/06 | 141051 | $29.39 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1851856 |
| jarvs | 10/12/06 | 3302* | $250.00 | 186 | 1 | Certificate of Good Standing -- Gary Winger | 1851860 |
| jarvs | 10/12/06 | 141030 | $19.00 | 118 | 1 | Travel Expense -- Allan T. Brinkerhoff | 1851861 |
| jarvs | 10/12/06 | | -$250.00 | 186 | 1 | Reversal from Void Check Number: 141057 Bank ID: SLR Voucher ID: 228666 Vendor: Gary Winger | 1851863 |
| jarvs | 10/12/06 | 141060 | $250.00 | 186 | 1 | Certificate of Good Standing -- Gary Winger | 1851864 |
| rq&n | 10/12/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4782382301 MACON, G GA 09:09 60 HURST CARRIE | 1851978 |
| rq&n | 10/12/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 4782382301 MACON, G GA 09:27 360 HURST CARRIE | 1851979 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/12/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 11:23 180 JARVIS ANNETTE | 1851980 |
| rq&n | 10/12/06 | | $1.00 | 064 | 5 | Copying Expense 101206 BRINKERHOFF ALLAN T | 1851981 |
| rq&n | 10/12/06 | | $2.20 | 064 | 11 | Copying Expense 101206 BRINKERHOFF ALLAN T | 1851982 |
| rq&n | 10/12/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 14:35 0 MONSON DOUGLAS M | 1851983 |
| rq&n | 10/12/06 | | $0.13 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 14:37 120 MONSON DOUGLAS M | 1851984 |
| rq&n | 10/13/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 09:56 360 MONSON DOUGLAS M | 1852216 |
| rq&n | 10/13/06 | | $2.00 | 064 | 10 | Copying Expense 101306 BROWN PATRICIA | 1852217 |
| rq&n | 10/13/06 | | $23.60 | 064 | 118 | Copying Expense 101306 OKERLUND LORRI | 1852218 |
| rq&n | 10/13/06 | | $0.20 | 064 | 1 | Copying Expense 101306 OKERLUND LORRI | 1852219 |
| rq&n | 10/13/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 2143467272 DALLAS, TX 13:49 60 MONSON DOUGLAS M | 1852220 |
| monsn | 10/13/06 | | $165.23 | 019 | 1 | Westlaw | 1854407 |
| jarvs | 10/13/06 | | $31.56 | 013 | 1 | Federal Express Charges | 1855732 |
| jarvs | 10/16/06 | 3305* | $350.11 | 111 | 1 | Air Fare - - Bankcard Center | 1852368 |
| jarvs | 10/16/06 | 3308* | $672.61 | 111 | 1 | Air Fare - - Bankcard Center | 1852371 |
| jarvs | 10/16/06 | 3310* | $29.00 | 111 | 1 | Air Fare - - Bankcard Center | 1852373 |
| jarvs | 10/16/06 | 3311* | $704.10 | 111 | 1 | Air Fare - - Bankcard Center | 1852374 |
| jarvs | 10/16/06 | 3312* | $29.00 | 111 | 1 | Air Fare - - Bankcard Center | 1852375 |
| jarvs | 10/16/06 | 3313* | $129.80 | 111 | 1 | Air Fare - - Bankcard Center | 1852376 |
| jarvs | 10/16/06 | 3314* | $158.50 | 111 | 1 | Air Fare - - Bankcard Center | 1852377 |
| jarvs | 10/16/06 | | -$350.11 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228728 Vendor: Bankcard Center | 1852380 |
| jarvs | 10/16/06 | | -$672.61 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228731 Vendor: Bankcard Center | 1852383 |
| jarvs | 10/16/06 | | -$29.00 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228733 Vendor: Bankcard Center | 1852385 |
| jarvs | 10/16/06 | | -$704.10 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228734 Vendor: Bankcard Center | 1852386 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 10/16/06 | | -$29.00 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228735 Vendor: Bankcard Center | 1852387 |
| jarvis | 10/16/06 | | -$129.80 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228736 Vendor: Bankcard Center | 1852388 |
| jarvis | 10/16/06 | | -$158.50 | 111 | 1 | Reversal from Void Check Number: 141075 Bank ID: SLR Voucher ID: 228737 Vendor: Bankcard Center | 1852389 |
| jarvis | 10/16/06 | 141079 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1852392 |
| jarvis | 10/16/06 | 141079 | $627.61 | 111 | 1 | Air Fare -- Bankcard Center | 1852395 |
| jarvis | 10/16/06 | 141079 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1852397 |
| jarvis | 10/16/06 | 141079 | $704.10 | 111 | 1 | Air Fare -- Bankcard Center | 1852398 |
| jarvis | 10/16/06 | 141079 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1852399 |
| jarvis | 10/16/06 | 141079 | $129.80 | 111 | 1 | Air Fare -- Bankcard Center | 1852400 |
| jarvis | 10/16/06 | 141079 | $158.80 | 111 | 1 | Air Fare -- Bankcard Center | 1852401 |
| rq&n | 10/16/06 | | $0.60 | 064 | 3 | Copying Expense 101606 OKERLUND LORRI | 1852598 |
| rq&n | 10/16/06 | | $1.40 | 064 | 7 | Copying Expense 101606 BRINKERHOFF ALLAN T | 1852599 |
| rq&n | 10/16/06 | | $24.20 | 064 | 121 | Copying Expense 101606 MONSON ELAINE A | 1852600 |
| rq&n | 10/16/06 | | $6.40 | 064 | 32 | Copying Expense 101606 JARVIS ANNETTE | 1852601 |
| rq&n | 10/16/06 | | $0.80 | 064 | 4 | Copying Expense 101606 BRINKERHOFF ALLAN T | 1852602 |
| jarvis | 10/16/06 | | $31.80 | 013 | 1 | Federal Express Charges | 1855747 |
| rq&n | 10/17/06 | | $2.40 | 064 | 12 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852764 |
| rq&n | 10/17/06 | | $1.40 | 064 | 7 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852765 |
| rq&n | 10/17/06 | | $0.60 | 064 | 3 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852766 |
| rq&n | 10/17/06 | | $0.60 | 064 | 3 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852767 |
| rq&n | 10/17/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7022208047 LAS VEGA NV 14:02 0 HURST CARRIE | 1852768 |
| rq&n | 10/17/06 | | $0.40 | 064 | 2 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852769 |
| rq&n | 10/17/06 | | $0.20 | 064 | 1 | Copying Expense 101706 BRINKERHOFF ALLAN T | 1852770 |
| rq&n | 10/17/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 17:51 0 MONSON DOUGLAS M | 1852771 |
| rq&n | 10/17/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 17:52 60 MONSON DOUGLAS M | 1852772 |
| rq&n | 10/18/06 | | $4.20 | 064 | 21 | Copying Expense 101806 WINGER GARY R | 1852909 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/18/06 | | $2.40 | 064 | 12 | Copying Expense 101806 BRINKERHOFF ALLAN T | 1852910 |
| rq&n | 10/18/06 | | $0.20 | 064 | 1 | Copying Expense 101806 BRINKERHOFF ALLAN T | 1852911 |
| rq&n | 10/18/06 | | $0.20 | 064 | 1 | Copying Expense 101806 BRINKERHOFF ALLAN T | 1852912 |
| rq&n | 10/18/06 | | $0.20 | 064 | 1 | Copying Expense 101806 BRINKERHOFF ALLAN T | 1852913 |
| rq&n | 10/18/06 | | $0.40 | 064 | 2 | Copying Expense 101806 BROWN PATRICIA | 1852914 |
| rq&n | 10/18/06 | | $0.40 | 064 | 2 | Copying Expense 101806 BROWN PATRICIA | 1852915 |
| rq&n | 10/18/06 | | $10.40 | 064 | 52 | Copying Expense 101806 CRIST SHANNON | 1852916 |
| rq&n | 10/18/06 | | $1.20 | 064 | 6 | Copying Expense 101806 WINGER GARY R | 1852917 |
| rq&n | 10/18/06 | | $28.50 | 021 | 57 | Facsimile Expense (Outgoing) 17027353130 WINGER GARY R | 1852918 |
| rq&n | 10/18/06 | | $4.80 | 491 | 1 | Facsimile Long Distance Charges 17027353130 WINGER GARY R | 1852919 |
| jarvs | 10/18/06 | | $13.20 | 064 | 1 | Copying Expense PICKERING KELLY | 1853815 |
| jarvs | 10/18/06 | | $3.60 | 064 | 1 | Copying Expense PICKERING KELLY | 1853816 |
| hurst | 10/18/06 | | $697.48 | 019 | 1 | Westlaw | 1854397 |
| kottr | 10/18/06 | | $934.58 | 019 | 1 | Westlaw | 1854399 |
| tsu | 10/18/06 | | $13.16 | 019 | 1 | Westlaw | 1854609 |
| jarvs | 10/18/06 | | $16.28 | 013 | 1 | Federal Express Charges | 1855758 |
| rq&n | 10/19/06 | | $2.40 | 064 | 12 | Copying Expense 101906 BRINKERHOFF ALLAN T | 1853165 |
| rq&n | 10/19/06 | | $0.40 | 064 | 2 | Copying Expense 101906 BRINKERHOFF ALLAN T | 1853166 |
| rq&n | 10/19/06 | | $0.20 | 064 | 1 | Copying Expense 101906 BRINKERHOFF ALLAN T | 1853167 |
| tsu | 10/19/06 | | $16.42 | 019 | 1 | Westlaw | 1854607 |
| tsu | 10/19/06 | | $349.22 | 019 | 1 | Westlaw | 1854608 |
| jarvs | 10/20/06 | 141179 | $523.09 | 065 | 1 | Copying Expense (outside office) -- Salt Lake Legal | 1853362 |
| jarvs | 10/20/06 | 141182 | $400.00 | 218 | 1 | Title Report -- Stewart Title of California | 1853373 |
| rq&n | 10/20/06 | | $2.80 | 064 | 14 | Copying Expense 102006 BRINKERHOFF ALLAN T | 1853563 |
| rq&n | 10/20/06 | | $0.20 | 064 | 1 | Copying Expense 102006 BRINKERHOFF ALLAN T | 1853564 |
| rq&n | 10/23/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 09:06 60 HURST CARRIE | 1853706 |
| rq&n | 10/23/06 | | $0.20 | 064 | 1 | Copying Expense 102306 BRINKERHOFF ALLAN T | 1853707 |
| rq&n | 10/23/06 | | $86.40 | 064 | 432 | Copying Expense 102306 HURST CARRIE | 1853708 |
| rq&n | 10/23/06 | | $0.60 | 064 | 3 | Copying Expense 102306 BROWN PATRICIA | 1853709 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/23/06 | | $0.40 | 064 | 2 | Copying Expense 102306 BROWN PATRICIA | 1853710 |
| rq&n | 10/23/06 | | $3.40 | 064 | 17 | Copying Expense 102306 OKERLUND LORRI | 1853711 |
| rq&n | 10/23/06 | | $1.00 | 064 | 5 | Copying Expense 102306 BROWN PATRICIA | 1853712 |
| rq&n | 10/23/06 | | $92.80 | 064 | 464 | Copying Expense 102306 KOTTER BEN | 1853713 |
| jarvs | 10/23/06 | | $0.40 | 064 | 2 | Copying Expense | 1853821 |
| rq&n | 10/23/06 | | $1.80 | 064 | 9 | Copying Expense 102406 KOTTER BEN | 1853960 |
| rq&n | 10/24/06 | | $2.20 | 064 | 11 | Copying Expense 102406 BRINKERHOFF ALLAN T | 1853961 |
| rq&n | 10/24/06 | | $18.00 | 064 | 90 | Copying Expense 102406 CRIST SHANNON | 1853962 |
| rq&n | 10/24/06 | | $0.20 | 064 | 1 | Copying Expense 102406 BRINKERHOFF ALLAN T | 1853963 |
| rq&n | 10/24/06 | | $1.65 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 12:43 1980 HURST CARRIE | 1853964 |
| rq&n | 10/24/06 | | $1.60 | 064 | 8 | Copying Expense 102406 OKERLUND LORRI | 1853965 |
| rq&n | 10/24/06 | | $3.80 | 064 | 19 | Copying Expense 102406 BRINKERHOFF ALLAN T | 1853966 |
| rq&n | 10/24/06 | | $1.20 | 064 | 6 | Copying Expense 102406 BRINKERHOFF ALLAN T | 1853967 |
| tsu | 10/24/06 | | $76.06 | 019 | 1 | Westlaw | 1855336 |
| rq&n | 10/25/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7704389307 ATLANTA, GA 09:21 60 HURST CARRIE | 1854314 |
| rq&n | 10/25/06 | | $61.40 | 064 | 307 | Copying Expense 102506 OKERLUND LORRI | 1854315 |
| rq&n | 10/25/06 | | $1.20 | 064 | 6 | Copying Expense 102506 BRINKERHOFF ALLAN T | 1854316 |
| rq&n | 10/25/06 | | $5.20 | 064 | 26 | Copying Expense 102506 BRINKERHOFF ALLAN T | 1854317 |
| rq&n | 10/25/06 | | $4.40 | 064 | 22 | Copying Expense 102506 BRINKERHOFF ALLAN T | 1854318 |
| rq&n | 10/25/06 | | $3.60 | 064 | 18 | Copying Expense 102506 BRINKERHOFF ALLAN T | 1854319 |
| rq&n | 10/25/06 | | $0.40 | 064 | 2 | Copying Expense 102506 KOTTER BEN | 1854320 |
| rq&n | 10/25/06 | | $0.20 | 064 | 1 | Copying Expense 102506 HURST CARRIE | 1854321 |
| rq&n | 10/25/06 | | $0.40 | 064 | 2 | Copying Expense 102506 HURST CARRIE | 1854322 |
| rq&n | 10/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7028706060 LAS VEGA NV 09:49 60 HURST CARRIE | 1854544 |
| rq&n | 10/26/06 | | $0.20 | 064 | 1 | Copying Expense 102606 MONSON DOUGLAS M | 1854545 |
| rq&n | 10/26/06 | | $24.00 | 064 | 120 | Copying Expense 102606 OKERLUND LORRI | 1854546 |
| rq&n | 10/26/06 | | $0.60 | 064 | 3 | Copying Expense 102606 HURST CARRIE | 1854547 |
| rq&n | 10/26/06 | | $1.00 | 064 | 5 | Copying Expense 102606 HURST CARRIE | 1854548 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 10/26/06 | | $0.60 | 064 | 3 | Copying Expense 102606 BROWN PATRICIA | 1854549 |
| rq&n | 10/26/06 | | $5.20 | 064 | 26 | Copying Expense 102606 BROWN PATRICIA | 1854550 |
| rq&n | 10/26/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:08 360 MONSON DOUGLAS M | 1854551 |
| rq&n | 10/26/06 | | $0.21 | 014 | 1 | Long Distance Telephone Charges 7023694567 LAS VEGA NV 17:15 240 MONSON DOUGLAS M | 1854552 |
| jarvs | 10/26/06 | | $0.20 | 064 | 1 | Copying Expense | 1855350 |
| cummg | 10/26/06 | | $462.24 | 019 | 1 | Westlaw | 1856343 |
| rq&n | 10/27/06 | | $0.40 | 064 | 2 | Copying Expense 102706 BROWN PATRICIA | 1854760 |
| rq&n | 10/27/06 | | $0.40 | 064 | 2 | Copying Expense 102706 BROWN PATRICIA | 1854761 |
| rq&n | 10/27/06 | | $0.20 | 064 | 1 | Copying Expense 102706 BROWN PATRICIA | 1854762 |
| rq&n | 10/27/06 | | $0.20 | 064 | 1 | Copying Expense 102706 BROWN PATRICIA | 1854763 |
| rq&n | 10/27/06 | | $0.36 | 014 | 1 | Long Distance Telephone Charges 7758466407 RENO, NV NV 13:22 420 HURST CARRIE | 1854764 |
| rq&n | 10/27/06 | | $1.00 | 064 | 5 | Copying Expense 102706 MONSON DOUGLAS M | 1854765 |
| rq&n | 10/27/06 | | $1.00 | 064 | 5 | Copying Expense 102706 HURST CARRIE | 1854766 |
| rq&n | 10/27/06 | | $0.20 | 064 | 1 | Copying Expense 102706 OKERLUND LORRI | 1854767 |
| rq&n | 10/27/06 | | $0.21 | 014 | 1 | Long Distance Telephone Charges 7028706060 LAS VEGA NV 15:58 240 HURST CARRIE | 1854768 |
| rq&n | 10/27/06 | | $0.20 | 064 | 1 | Copying Expense 102706 HURST CARRIE | 1854769 |
| rq&n | 10/27/06 | | $2.40 | 064 | 12 | Copying Expense 102706 BRINKERHOFF ALLAN T | 1854770 |
| rq&n | 10/27/06 | | $2.60 | 064 | 13 | Copying Expense 102706 HURST CARRIE | 1854771 |
| rq&n | 10/27/06 | | $0.80 | 064 | 4 | Copying Expense 102706 BRINKERHOFF ALLAN T | 1854772 |
| rq&n | 10/27/06 | | $3.00 | 064 | 15 | Copying Expense 102706 MONSON DOUGLAS M | 1854773 |
| rq&n | 10/27/06 | | $8.00 | 064 | 40 | Copying Expense 102706 MONSON DOUGLAS M | 1854774 |
| rq&n | 10/27/06 | | $0.80 | 064 | 4 | Copying Expense 102706 MARTIN MELANIE | 1854775 |
| hurst | 10/27/06 | | $44.50 | 019 | 1 | Lexis | 1855345 |
| jarvs | 10/27/06 | | $18.00 | 064 | 1 | Copying Expense | 1855352 |
| jarvs | 10/27/06 | | $2.40 | 064 | 1 | Copying Expense | 1855353 |
| hurst | 10/27/06 | | $487.46 | 019 | 1 | Westlaw | 1856348 |
| jolly | 10/27/06 | | $26.32 | 019 | 1 | Westlaw | 1856350 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 10/27/06 | | $12.91 | 013 | 1 | Federal Express Charges | 1859970 |
| jarvs | 10/27/06 | | $0.00 | 079 | 50 | Exhibit Tabs | 1862499 |
| rq&n | 10/28/06 | | $1.00 | 064 | 5 | Copying Expense 102806 BRINKERHOFF ALLAN T | 1854806 |
| rq&n | 10/28/06 | | $1.00 | 064 | 5 | Copying Expense 102806 BRINKERHOFF ALLAN T | 1854807 |
| rq&n | 10/28/06 | | $1.00 | 064 | 5 | Copying Expense 102806 BRINKERHOFF ALLAN T | 1854808 |
| rq&n | 10/28/06 | | $0.20 | 064 | 1 | Copying Expense 102806 BRINKERHOFF ALLAN T | 1854809 |
| rq&n | 10/28/06 | | $0.60 | 064 | 3 | Copying Expense 103006 BRINKERHOFF ALLAN T | 1854810 |
| rq&n | 10/30/06 | | $2.00 | 064 | 10 | Copying Expense 103006 BRINKERHOFF ALLAN T | 1855014 |
| rq&n | 10/30/06 | | $0.20 | 064 | 1 | Copying Expense 103006 HURST CARRIE | 1855015 |
| rq&n | 10/30/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7023694567 LAS VEGA NV 14:01 0 MONSON DOUGLAS M | 1855016 |
| rq&n | 10/30/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 14:05 120 MONSON DOUGLAS M | 1855017 |
| rq&n | 10/30/06 | | $0.40 | 064 | 2 | Copying Expense 103006 BRINKERHOFF ALLAN T | 1855018 |
| rq&n | 10/30/06 | | $0.60 | 064 | 3 | Copying Expense 103006 HURST CARRIE | 1855019 |
| rq&n | 10/30/06 | | $1.93 | 014 | 1 | Long Distance Telephone Charges 7074252575 FAIRFIEL CA 17:43 2340 HURST CARRIE | 1855020 |
| blae | 10/30/06 | | $223.31 | 019 | 1 | Westlaw | 1856337 |
| jarvs | 10/30/06 | | $21.07 | 013 | 1 | Federal Express Charges | 1860010 |
| rq&n | 10/31/06 | | $1.40 | 064 | 7 | Copying Expense 103106 BROWN PATRICIA | 1855227 |
| rq&n | 10/31/06 | | $0.20 | 064 | 1 | Copying Expense 103106 BRINKERHOFF ALLAN T | 1855228 |
| rq&n | 10/31/06 | | $1.00 | 064 | 5 | Copying Expense 103106 BRINKERHOFF ALLAN T | 1855229 |
| rq&n | 10/31/06 | | $0.20 | 064 | 1 | Copying Expense 103106 STRONG STEVEN | 1855230 |
| rq&n | 10/31/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 2023264020 WASHINGT DC 14:03 60 TSU ANGELINA | 1855231 |
| rq&n | 10/31/06 | | $0.80 | 064 | 4 | Copying Expense 103106 HURST CARRIE | 1855232 |
| rq&n | 10/31/06 | | $2.00 | 064 | 10 | Copying Expense 103106 MARTIN MELANIE | 1855233 |
| COST TOTAL | | | $13,831.58 | | | | |