# "Exhibit I-16"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357320
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00019

FTD Committee Relations

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/09/06 | A Jarvis | .07 | Correspondence on committee call agenda (.3). |
| 10/09/06 | A Jarvis | .07 | Conference call with Committees regarding APA (.3). |
| 10/09/06 | A Jarvis | .13 | Conference call with Committees regarding fee issues (.5). |
| 10/09/06 | A Jarvis | .08 | Correspondence on conference call on APA comments (.3). |
| 10/09/06 | E Monson | .30 | Review e-mail regarding committee conference call (.2); participate in weekly conference call with committees (1.0). |
| 10/09/06 | S Strong | .22 | Participate in conference call with debtors' and committees' professionals regarding current issues in case (.9). |
| 10/10/06 | S Strong | .80 | Evaluate FTD Committee's comments to loan modification motion (0.2); review relevant provisions of motion and of SP term sheet regarding same (0.6). |
| 10/11/06 | A Jarvis | .20 | Conference call with Committees regarding comments to APA, negotiations on APA (.8). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


| 10/12/06 A Jarvis | .10 Correspondence on holdbacks for distribution. |

10/13/06 A Jarvis        .40 Telephone conference with FTDF Committee
                             regarding APA negotiations.

10/16/06 A Jarvis        .60 Telephone conference with D. Cica regarding
                             negotiations on APA, open issues.

10/16/06 A Jarvis        .40 Conference call with FTDF Committee
                             professionals regarding negotiations on APA.

10/17/06 A Jarvis        .20 Conference call with Committees regarding plan,
                             sale, administrative issues (.8).    _____

10/17/06 S Strong        .20 Participate in conference call with committees
                             counsel regarding various current issues (.8).

10/18/06 S Strong        .60 Evaluate intercompany claims issue (0.2); T/c
                             with E. Karasik regarding same (0.2); exchange
                             emails with committees counsel regarding same
                             (0.2).

10/20/06 B Kotter        .20 E-mail exchange with A. W. Jarvis regarding
                             fee and cost allocations relative to
                             holdbacks.

10/24/06 B Kotter        .80 Work on FTD holdback issues relative to Ray
                             Quinney & Nebeker professional fee
                             allocations.

10/25/06 B Kotter        .60 E-mail exchange with M. Haftl with Mesirow
                             regarding distribution holdback information.

10/26/06 B Kotter       1.90 Analyze issues related to holdbacks on FTD
                             distributions (.8); respond to M. Haftl
                             e-mail with analysis (1.1).

10/27/06 B Kotter        .40 Respond to e-mail from S. Smith regarding
                             holdback issues relating to professional fees.


TOTAL FOR LEGAL SERVICES RENDERED                            $1,999.00

"Exhibit I-17"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357324

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00025

FTD - Case Adminstration

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/02/06 | A Jarvis | .20 | Telephone conference with S. C. Strong regarding disclosure statements changes (1/3 time). |
| 10/13/06 | B Kotter | .30 | Respond to e-mail inquiry from E. Karasik regarding fee reservation issue. |
| 10/14/06 | A Jarvis | .30 | Correspondence on APA negotiations. |
| 10/15/06 | A Jarvis | .50 | Correspondence on APA (1/2 time). |
| 10/15/06 | A Jarvis | .40 | Draft memo to working group regarding assignments and agenda for upcoming week (1/3 time). |
| 10/17/06 | P Hunt | .70 | Revise plan to include First Trust Deed Fund Committee issues and review for filing (.7). |
| 10/17/06 | S Strong | .20 | Review FTD operating agreement for filing (.2). |
| 10/18/06 | P Hunt | .30 | Read emails on First Trust Deed Fund Committee's request for redlined plan and arrange for scan (.3). |
| 10/18/06 | A Jarvis | .10 | Correspondence with FTDF Committee on amended plan. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:     2
January 19, 2007

10/19/06 P Hunt          .60 Review redlined plan to provide to First
                             Trust Deed Fund Committee and send same (.6).

10/23/06 A Jarvis        .30 Correspondence on FTDF holdback.

10/31/06 B Kotter        .90 Phone call with S. Smith regarding holdbacks
                             for FTD fund distribution (.3); review of
                             holdback spreadsheet on professional fees
                             (.2); e-mail exchange and review regarding
                             holdback (.4).

10/31/06 S Strong        .30 Review messages from C. Pajak regarding FTDF
                             issues (0.1); analyze issues raised by C. Pajak
                             (.2).

TOTAL FOR LEGAL SERVICES RENDERED                          $1,326.00

"Exhibit I-18"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357321
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00020

Diversified Commettee Relations

| | | | |
|---|---|---|---|
| 10/03/06 | S Strong | 2.70 | Telephone conference with R. Walker regarding IP issues and actions needed by IP to return assets to Diversified (0.5); participate in telephone conference with Diversified Committee professionals and Mesirow team regarding Diversified assets and causes of action, including IP related issues (2.2). |
| 10/04/06 | A Jarvis | 1.00 | Telephone conference with Diversified Committee regarding offer. |
| 10/04/06 | A Jarvis | .30 | Telephone conference with M. Levinson regarding offer on Diversified assets. |
| 10/04/06 | A Jarvis | .30 | Review correspondence on Sheraton loan. |
| 10/04/06 | S Strong | .20 | Review email from L. Ernce regarding Diversified Committee mailing (0.1); exchange emails with A. W. Jarvis regarding same (0.1). |
| 10/05/06 | A Jarvis | .30 | Correspondence on Sheraton loan. |
| 10/05/06 | A Jarvis | .80 | Telephone conference with J. Hermann and M. Levinson regarding IP issues, Diversified loans, claims against IP. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| 10/05/06 A Jarvis | .20 Telephone conference with T. Allison and J. Hermann regarding IP issues. |
|---|---|
| 10/05/06 A Jarvis | .10 Correspondence with R. Walker regarding Epic issues. |
| 10/08/06 A Jarvis | .40 Telephone conference with M. Levinson regarding Ashby and Marquis, IP issues. |
| 10/09/06 A Jarvis | .07 Correspondence on committee call agenda (.3). |
| 10/09/06 A Jarvis | .13 Conference call with Committees regarding fee issues (.5). |
| 10/09/06 A Jarvis | .07 Conference call with Committees regarding APA (.3). |
| 10/09/06 A Jarvis | .08 Correspondence on conference call on APA comments (.3). |
| 10/09/06 E Monson | .30 Review e-mail regarding committee conference call (.2); participate in weekly conference call with committees (1.0). |
| 10/09/06 S Strong | .23 Participate in conference call with debtors' and committees' professionals regarding current issues in case (.9). |
| 10/10/06 A Jarvis | .60 Telephone conference with J. Hermann and M. Levinson regarding IP issues, recovery of assets, value from IP. |
| 10/10/06 A Jarvis | .45 Telephone conference with Diversified and UCC Committees regarding IP issues, potential claims, courses of action against IP (.9). |
| 10/11/06 A Jarvis | .20 Telephone conference with J. Atkinson, M. Levinson and M. Tucker regarding IP issues, strategy. |
| 10/11/06 A Jarvis | .95 Conference with Diversified and UCC Committees regarding IP issues, course of action (1.9). |
| 10/11/06 A Jarvis | .20 Conference call with Committees regarding comments to APA, negotiations on APA (.8). |
| 10/12/06 A Jarvis | .40 Conference call with the Diversified Committee regarding IP issues. |

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

10/13/06 A Jarvis          .30 Correspondence on conversation with R.
                               Walker, IP issues.

10/14/06 A Jarvis          .50 Conference with M. Levinson regarding
                               committee meetings, IP assets.

10/15/06 A Jarvis         1.50 Conference with J. Hermann, M. Levinson, S.
                               C. Strong and T. Allison regarding IP assets.

10/15/06 S Strong         1.50 Participate in telephone conference with M.
                               Levinson, J. Hermann, M. Tucker, T. Allison
                               and A. W. Jarvis regarding strategies and
                               options for dealing with IP (1.5).

10/16/06 A Jarvis          .20 Telephone conference with M. Tucker, M.
                               Levinson and J. Hermann regarding IP issues.

10/17/06 A Jarvis          .40 Further correspondence with Diversified
                               Committee regarding IP demands.

10/17/06 A Jarvis          .20 Conference call with Committees regarding plan,
                               sale, administrative issues (.8).

10/17/06 A Jarvis          .70 Conference call with Diversified Committee and
                               UCC regarding IP issues (1.4).

10/17/06 S Strong          .20 Participate in conference call with committees
                               counsel regarding various current issues (.8).

10/20/06 A Jarvis          .30 Correspondence with Diversified Committee
                               regarding IP issues.

10/23/06 A Jarvis         1.00 Telephone conference with Diversified
                               Committee regarding IP issues, demands.

10/23/06 A Jarvis          .50 Telephone conference with J. Hermann
                               regarding IP issues, documents regarding
                               same, demands.

10/23/06 S Strong          .40 Participate in portion of telephone
                               conference with M. Levinson, J. Hermann, M.
                               Tucker, T. Allison and A. W. Jarvis regarding
                               alternatives in dealing with IP issues (.4).

10/26/06 A Jarvis         1.20 Conference call with Diversified Committee
                               regarding Ashby, IP issues.

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

10/26/06 A Jarvis        .45  Conference call with Diversified Committee and
                              UCC regarding IP issues (.9).

10/27/06 A Jarvis        .20  Correspondence on stipulated order regarding
                              member information.

10/27/06 A Jarvis        .20  Correspondence with J. Hermann regarding IP
                              issues.

10/31/06 A Jarvis       1.40  Conference call with Diversified Committee
                              regarding IP issues, possible courses of
                              action.

10/31/06 S Strong       1.40  Participate in conference call with M.
                              Levinson, J. Hermann, C. Harvick, T. Allison,
                              S. Smith and A. W. Jarvis regarding current
                              options for dealing with IP (1.4).

TOTAL FOR LEGAL SERVICES RENDERED                        $6,643.75

*"Exhibit I-19"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.      January 19, 2007
Thomas J. Allison 4484 South Pecos Road         Invoice No. 357325
Las Vegas, NV  89121

For Legal Services Rendered Through October 31, 2006

Matter No. 34585-00026

Diversified-Case Administration

| | | | |
|---|---|---|---|
| 10/02/06 A Jarvis | .30 | Correspondence on Diversified loan issues. |
| 10/02/06 A Jarvis | .80 | Review Diversified offer. |
| 10/02/06 A Jarvis | .20 | Work on disclosure statement changes (1/3 time). |
| 10/03/06 S Strong | .90 | Participate in telephone conference with Mesirow team and potential purchaser group for Diversified assets (0.6); exchange emails with counsel for potential purchaser (0.1); review email from A. Loraditch regarding same (0.1); voicemail and email to her in response (0.1). |
| 10/04/06 S Strong | 1.90 | Analysis of offer sheet for Diversified assets from potential purchaser group (0.6); exchange emails with debtors and Diversified Committees professionals regarding same (0.2); participate in telephone conference with debtors and committees professionals regarding same (1.1). |
| 10/15/06 A Jarvis | .40 | Draft memo to working group regarding assignments and agenda for upcoming week (1/3 time). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


| | | | |
|---|---|---|---|
| 10/16/06 A Jarvis | .30 | Correspondence regarding Sheraton. | |

10/16/06 A Jarvis        .30 Correspondence regarding Sheraton.

10/16/06 A Jarvis        .20 Correspondence on position and joinder in
                             claims objection.

10/17/06 S Strong        .20 Review Diversified operating agreement for
                             filing (0.2).

10/20/06 A Jarvis        .40 Correspondence on issues relating to IP,
                             demands regarding same.

10/20/06 A Jarvis        .50 Correspondence with T. Allison regarding
                             Hotel Soza and meeting with J. Milanowski.

10/20/06 A Jarvis        .30 Correspondence on Hotel Soza.

10/31/06 A Jarvis        .20 Correspondence on motion on member list.

10/31/06 S Strong        .30 Participate in telephone conference with T.
                             Allison, S. Smith, A. W. Jarvis and E. A.
                             Monson regarding current options for dealing
                             with IP (.3).


TOTAL FOR LEGAL SERVICES RENDERED                            $1,959.00

*"Exhibit J-1"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road            January 19, 2007
Las Vegas, NV  89121                               Invoice No. 357326

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00001

**Case Administration**

| | | | |
|---|---|---|---|
| 11/01/06 | I Rubinfeld | 1.20 | Review trust deed and amendments and motion to cancel third amendment (1.2). |
| 11/01/06 | C Hurst | 1.50 | Access and review docket; update docket binder; download Order Denying U.S. Trustee Motion to Convert; forward to R. Santwer (USA Media) (1.1); communicate with Schwartzer & McPherson regarding updated master service list; review MSL #5 as filed (.4). |
| 11/01/06 | L Okerlund | 6.00 | Review and organize documents for use at hearing. |
| 11/02/06 | E Monson | .20 | Review e-mail from B. Berry and send reply. |
| 11/02/06 | E Monson | .20 | Review e-mail and attachments regarding requests for Hilco appraisals. |
| 11/02/06 | C Hurst | 1.60 | Access, update docket; update tickler calendar (1.1); review of claim schedule and BMC information (.5). |
| 11/03/06 | E Monson | .10 | Review e-mail regarding Hilco appraisals. |
| 11/03/06 | L Okerlund | 4.70 | Document review and organization. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007


11/06/06  E Monson        .30  Review reply in support of motion to compel
                               payment under distribution motion.

11/06/06  E Monson        .30  Analyze issues related to 2004 examination of
                               USA entity that was set up by UCC Committee.

11/06/06  B Wride         .80  Review insurance policies.

11/06/06  C Hurst         .80  Receipt, review of claims deadline stipulation
                               and correspond with USA Media contact regarding
                               information to post on website (.3); receipt,
                               respond to calls from direct lenders regarding
                               auction and loan payoff letter regarding Lerin
                               Hills (.5).

11/07/06  G Winger        .40  Review revisions to First Amended and
                               Restated Purchase Agreement.

11/07/06  B Wride        1.30  Review insurance policies and possible need
                               to make claims on insurance companies.

11/07/06  C Hurst        3.50  Update docket binder and tickler calendar
                               (1.8); begin pulling cases regarding USA
                               Commercial Real Estate Motion (1.5); call
                               from party inquiring about auction date and
                               process (.2).

11/08/06  B Kotter        .20  Review schedule and deadlines for responses
                               in case.

11/08/06  E Monson        .20  Review voice mail from C. McClellan and send
                               reply e-mail regarding Hilco appraisals.

11/08/06  E Monson        .30  Review e-mails from B. Berry and send follow
                               up e-mails to J. McPherson.

11/08/06  E Monson        .20  Discussion with E. Barrett who represents
                               some direct lenders on loans.

11/08/06  C Hurst        2.70  Download updated docket; review pleadings and
                               respond to calls from investors regarding
                               disclosure and auction sale (1.2); further
                               work on tickler calendar and distribute same
                               (1.5).

11/08/06  L Okerlund     4.80  Document control.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/09/06 B Kotter        .60  Work on filings and assignments in advance of
                              hearing.

11/09/06 E Monson        .10  Review message from B. Sandler regarding
                              Hilco appraisals.

11/09/06 C Hurst        2.20  Review updated docket, website and return
                              calls to investors regarding upcoming hearing
                              (1.5); forward calendar information and order
                              regarding auction sale to Media Contact for
                              USA website (.2); instructions from A. W.
                              Jarvis regarding further hearing notebooks
                              for 11/13 hearing; work on same (.5).

11/09/06 L Okerlund     5.80  Prepare hearing binders.

11/10/06 A Jarvis        .30  Correspondence on motion filed under seal.

11/10/06 A Jarvis        .20  Correspondence regarding IP documents.

11/10/06 E Monson        .10  Return call to Mike Schmahl and leave message.

11/10/06 E Monson        .10  Return call to B. Sandler and leave message.

11/10/06 E Monson        .40  Review lengthy e-mail from L. Schwartzer and
                              attachment regarding J. Milanowski 2004
                              examination.

11/10/06 C Hurst        1.60  Access, review updated docket; assist with
                              hearing notebook preparation for 11/13
                              hearing (1.1); receipt, respond to calls,
                              e-mails from investors (.5).

11/10/06 L Okerlund     2.80  Prepare hearing binders.

11/13/06 S Call          .40  Further analysis of issues relating to the
                              appointment of receiver / receivership actions
                              and issues pertaining to federal receivers.

11/13/06 S Strong        .20  Review order entered approving debtors
                              employee retention plan (0.1); email to
                              Mesirow team and M. Olson regarding same
                              (0.1).

11/13/06 C Hurst        1.10  Receipt of e-mail from investors (.2); review
                              schedules and return call (.6); review updated
                              docket and websites and respond to further
                              investor calls (.3).

Client No. 34585                              Page:    4
Debtor USA Commercial Mortgage Co., et al.    January 19, 2007


11/14/06 B Kotter        .30 Review of calendar and upcoming deadlines.

11/14/06 E Monson        .10 Review voice message from B. Sandler
                             regarding Hilco appraisals.

11/14/06 E Monson       1.10 Review e-mails and review confidentiality
                             agreements relating to numerous requests for
                             Hilco appraisals.

11/14/06 E Monson        .10 Review e-mail from M. Olson regarding Hilco
                             appraisals.

11/14/06 E Monson        .10 Review e-mail from B. Berry regarding
                             investor funds.

11/14/06 C Hurst         .90 Update docket binder and tickler calendar;
                             forward to pertinent attorneys with critical
                             upcoming dates (.5); receipt, respond to
                             calls from investors (.4).

11/14/06 L Okerlund     4.60 Document management and review.

11/15/06 B Kotter       1.10 Respond to M. Haftl e-mail regarding Colt
                             (.2); search for requested documents (.7) and
                             respond with results of search (.2).

11/15/06 E Monson        .60 Telephone call to Bernhard Sandler regarding
                             Hilco appraisals and follow up call to his
                             counsel Peter Susi to discuss Hilco
                             appraisals and plan issues (.5); review
                             e-mail from Peter Susi (.1).

11/15/06 E Monson        .20 Call Mike Schmahl and discuss issues relating
                             to investor statements.

11/15/06 E Monson        .50 Draft e-mail to M. Haftl to follow up on
                             question from Jan Chubb regarding Ashby and
                             review responsive e-mails from M. Haftl and
                             S. O'Connell (.3); send reply e-mail to J.
                             Chubb and review additional e-mail from J.
                             Chubb regarding question on HFA Clear Lake
                             (.2).

11/15/06 E Monson        .20 Review e-mail and attachments regarding
                             subpoenas of loan service agreements.

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                          January 19, 2007


| | | | |
|---|---|---|---|
| 11/15/06 | E Monson | 1.70 | Review draft of motion to release investor funds and draft declarations in support of M. Antinora and T. Allison (1.5); send e-mail to M. Antinora regarding motion and declaration (.2). |
| 11/15/06 | S Strong | .20 | Exchange emails with M. Haftl regarding insurance policy issues (0.2). |
| 11/15/06 | G Winger | .20 | Conference with Kevin Glade regarding provision of Asset Purchase Agreement regarding estoppel letters. |
| 11/15/06 | L Okerlund | 3.90 | Prepare hearing binders. |
| 11/16/06 | E Monson | .20 | Follow up on J. Chubb request regarding information on HMA Clear Lake loan (.1); review additional e-mail from J. Chubb regarding question relating to plan (.1). |
| 11/16/06 | E Monson | .20 | Review e-mail from M. Antinora regarding declaration and send reply. |
| 11/16/06 | C Hurst | 1.50 | Research and gather information regarding Receivership cases. |
| 11/16/06 | L Okerlund | 4.40 | Prepare filings and claim binders (2.1); review documents (2.3). |
| 11/17/06 | E Monson | .30 | Review e-mails from T. Allison and M. Olson regarding issues relating to requests for Hilco appraisals. |
| 11/17/06 | E Monson | .20 | Discussion with T. Allison regarding declaration in connection with B. Barry motion and review signed declaration. |
| 11/17/06 | E Monson | .10 | Discussion with Susan Smith regarding request for information from M. Schmahl. |
| 11/17/06 | B Wride | .30 | Collect and review D&O insurance materials. |
| 11/17/06 | C Hurst | 1.80 | Download updated docket and review pleadings to update tickler calendar. |
| 11/18/06 | B Wride | 1.20 | Review E&O insurance policies for coverage. |

Client No. 34585                                                  Page:     6
Debtor USA Commercial Mortgage Co., et al.                        January 19, 2007

| | | | |
|---|---|---|---|
| 11/20/06 | E Monson | 1.40 | Work on finalizing motion and return investor funds and accompanying affidavits and send to L. Schwartzer and J. McPherson for filing. |
| 11/20/06 | E Monson | .30 | Review reply e-mails from L. Schwartzer and J. McPherson regarding motion, hearing date and other issues. |
| 11/20/06 | E Monson | .10 | Review e-mail from B. Berry and send reply. |
| 11/20/06 | E Monson | .20 | Draft e-mail to P. Susi and send him copy of confidentiality agreement and interim distribution order. |
| 11/20/06 | E Monson | .20 | Draft e-mail to M. Schmahl regarding his request for information and review reply. |
| 11/20/06 | E Monson | .30 | Review e-mail from C. Pajak and sample drafts of confirmation order. |
| 11/20/06 | S Strong | .60 | Analyze issues regarding debtors prior E&O and D&O insurance and limitations (0.5); voice message to M. Haftl regarding same (0.1). |
| 11/20/06 | C Hurst | .90 | Access, update docket; update tickler calendar and distribute (.9). |
| 11/21/06 | A Jarvis | 1.60 | Telephone conference with Mesirow and RQN team regarding plan prosecution issues, collection issues. |
| 11/21/06 | E Monson | .50 | Draft e-mails to L. Schwartzer firm regarding service of motion to return investor funds and follow up on getting addresses for additional service and review reply e-mails. |
| 11/21/06 | E Monson | .10 | Review e-mail from M. Haftl regarding additional request for Hilco appraisal. |
| 11/21/06 | E Monson | .50 | Work on issues raised in advance of hearing. |
| 11/21/06 | S Strong | .80 | Review matters set for hearing next week (0.3); telephone conference with L. Schwartzer regarding matters set for hearing next week and coverage for same (0.5). |
| 11/21/06 | C Hurst | .60 | Work on 2004 motion and order of Milanowski exam. |

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

11/21/06 L Okerlund       5.70 Assist in preparing for hearing and objections
                               to claims

11/22/06 E Monson          .20 Review and note comments on motion for an
                               order compelling BySynergy and Title Company
                               to turn over estate property.

11/22/06 E Monson          .20 Review e-mails from B. Barry and V. Bonzo and
                               send reply e-mails.

11/22/06 C Hurst          1.80 Prepare initial draft of 2004 exam subpoena
                               for USA Investment Partners.

11/22/06 L Okerlund       3.50 Assist in preparing for hearing and assist with
                               objections to claims

11/27/06 A Jarvis         2.00 Conference call with Mesirow and RQN team
                               regarding plan issues, IP issues, litigation
                               issues.

11/27/06 E Monson          .10 Draft e-mail to M. Schmahl to contact S.
                               Smith regarding questions on investor
                               statements.

11/27/06 E Monson          .60 Discussion with S. Smith regarding ghost form
                               confidentiality agreement for investor to
                               sign when request loan information and revise
                               confidentiality agreement to cover such a
                               request and proof and send to S. Smith.

11/27/06 E Monson          .10 Review e-mail from L. Schwartzer regarding
                               Standard Property Development.

11/27/06 L Okerlund       6.80 Assist with objections to claims, prepare
                               documents for hearing.

11/28/06 A Jarvis          .30 Review new pleadings filed.

11/28/06 A Jarvis         1.80 Telephone conference with S. Smith, J.
                               Atkinson and T. Allison regarding loan
                               collection issues, plan document issues, IP
                               issues, hearing and solicitation issues.

11/28/06 E Monson          .20 Review e-mail from Tawney regarding Hilco
                               appraisals and send reply.

11/28/06 E Monson          .10 Review reply from Tawney.

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


11/28/06 E Monson      .20 Analyze litigation involving Botaba.

11/28/06 B Wride       .50 Review issues regarding assumption of
                           insurance policies.

11/28/06 C Hurst       .60 Access, download updated docket.

11/28/06 L Okerlund   6.80 Prepare documents for objections to claims,
                           prepare documents for hearing on the 19th.

11/29/06 B Kotter      .20 Review of calendar of events and upcoming
                           deadlines.

11/29/06 B Wride       .50 Analysis of insurance issues.

11/29/06 C Hurst      4.40 Review incoming pleadings (e-mail) (.5);
                           update tickler calendar, distribute and
                           correspond with USA media contact to update
                           website (1.9) access Nevada Secretary of
                           State, obtain corporate information for USA
                           Investors VI, HMA Sales and discuss 2004 exam
                           subpoenas with E. A. Monson; prepare 2004
                           exam subpoenas for USA Investors VI, USA
                           Investment Partners, HMA Sales and J.
                           Milanowski (2.0).

11/29/06 L Okerlund   4.50 Prepare documents for objections to claims,
                           prepare documents for hearing on the 19th.

11/30/06 A Jarvis      .20 Correspondence with working group on planning
                           meeting.

11/30/06 A Jarvis      .10 Correspondence on Lerin Hills order.

11/30/06 A Jarvis     1.10 Telephone conference with T. Allison and S.
                           C. Strong regarding IP issues, trustee
                           appointment for post-effective date trust,
                           loan collection issues.

11/30/06 A Jarvis      .70 Telephone conference with R. Charles
                           regarding plan trustee, loan collection
                           issues, IP issues, plan compromises.

11/30/06 A Jarvis      .80 Correspondence with clients on plan issues,
                           IP issues, upcoming mediation between UCC and
                           Diversified committees.

11/30/06 B Wride       .50 Review of insurance issues and policies (.5).

```
Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
```

| | | |
|---|---|---|
| 11/30/06 C Hurst | 1.70 | Further revisions to Milanowski subpoena (.8); download, gather Requests for Notice, address changes and work on additions/changes to master service list #6 (.9). |
| 11/30/06 L Okerlund | 1.00 | Prepare documents for objections. |
| 11/30/06 L Okerlund | .50 | Prepare documents for hearing. |

TOTAL FOR LEGAL SERVICES RENDERED                          $20,439.50