**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on April 26, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>　　06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>　　06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>　　06-10728 | **Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |
| **USA Capital First Trust Deed Fund, LLC**<br>　　06-10728 | |
| **USA Securities, LLC**<br>　　06-10729<br>　　　　　　**Debtors.** | |

**DECLARATION OF ROB CHARLES IN SUPPORT OF LEWIS AND ROCA'S SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY**

I, Rob Charles, hereby declare:

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am a partner with the law firm of Lewis and Roca LLP ("Lewis and Roca"), attorneys for the Official Committee of Unsecured Creditors of USA Commercial

1829008.1

LEWIS AND ROCA LLP
LAWYERS

Mortgage Company (the "Committee") and I make this declaration in support of Lewis and Roca's Second and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors (the "Application").

3.  I have personally reviewed the information contained in the Application and the same is true and correct to the best of my knowledge, information and belief.

4.  Lewis and Roca served its monthly invoices upon the Committee. The Committee ceased to exist upon the Effective Date of the confirmed Plan of Reorganization.

5.  Lewis and Roca bills for expenses, including in-house photocopies (20¢ per page); outgoing facsimiles ($1 per page); messenger service (actual cost when outside messenger service is required on an emergency or out of area basis); postage (actual costs); long distance telephone (actual costs); and third party expenses (including court reporter fees, cost of tapes and transcripts, outside copying service, filing fees and meals); and Westlaw, Lexis (at the unit-rate charged by the vendors).

6.  The chronological list of fees and expenses incurred through March 12, 2007 2006 attached to the Application as Exhibit 1 is a true and accurate compilation of the invoices that are maintained by Lewis and Roca in the ordinary course of business.

7.  I have personally reviewed and edited the bill in this matter, and it represents true and correct charges to the best of my knowledge, information and belief.

DATED April 26, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

2

1829008.1