*"Exhibit J-2"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    January 19, 2007
Las Vegas, NV  89121                                       Invoice No.  357327


For Legal Services Rendered Through November 30, 2006


Matter No. 34585-00002

**Asset Analysis and Recovery**

| 11/01/06 | A Brinkerhoff | 1.50 | Emails to coordinate efforts to conduct document search (.4); document search for information for T. Allison declaration (1.1). |
| 11/01/06 | A Jarvis | 2.70 | Review changes from J. Milanowski's counsel to escrow instructions, security agreements and draft memo regarding same to client and Diversified Committee. |
| 11/01/06 | E Monson | .40 | Review documents to determine if information available to include in T. Allison declaration. |
| 11/01/06 | E Monson | .40 | Further review of order of Plan Harbor and Molton Square loans and follow-up on 7021 Certificates required by Judge. |
| 11/01/06 | E Monson | .20 | Review Fox Hills loan and bankruptcy filing and review docket to identify pleadings for review. |
| 11/01/06 | E Monson | 3.00 | Work on T. Allison declaration for IP issues. |
| 11/01/06 | S Tingey | 2.50 | Analyze loan documents regarding default interest issues and revise chart (2.5). |
| 11/01/06 | S Tingey | .90 | Telephone conference with M. Olson regarding Anchor B (0.2); review HFA Clear Lake title update and documents (0.7). |

Client No. 34585                                                Page:    2
Debtor USA Commercial Mortgage Co., et al.                      January 19, 2007


11/01/06 S Tingey          1.20 Telephone conference with M. Haftl regarding
                                Slade Development (0.2); telephone conference
                                with M. Haftl regarding Anchor B default
                                interest issues (0.2); review question raised
                                regarding effect of loan service agreements
                                on default interest (0.4); obtain information
                                regarding Gateway Stone and communicate with
                                M. Haftl regarding same (0.4).

11/01/06 E Toscano          .20 Review additional correspondence and package of
                                documents from Fidelity National Title on HFAH
                                Clear Lake property.

11/02/06 A Brinkerhoff 4.00 Analysis of documentation and draft paragraphs
                                for T. Allison Declaration dealing with
                                Investment Partners tracing analysis (4.0).

11/02/06 A Jarvis           .20 Correspondence with T. Allison regarding IP.

11/02/06 A Jarvis           .30 Telephone conference with T. Allison
                                regarding IP.

11/02/06 E Monson          3.80 Work on Declaration of Tom Allison relating
                                to IP litigation.

11/02/06 E Monson           .90 Evaluations of various IP transfers.

11/02/06 S Strong           .20 Telephone conference with J. McCarroll
                                regarding Silver Point APA (.2).

11/02/06 S Strong           .40 Telephone conference with J. Atkinson regarding
                                J. Milanowskis latest position on Royal Hotel
                                transaction (0.1); review revised papers from
                                J. Milanowskis counsel and emails from A. W.
                                Jarvis regarding same (0.3).

11/02/06 S Strong           .20 Evaluate need for discussion of IP litigation
                                in disclosure statement (0.2).

11/02/06 S Tingey          3.70 Memo to S. Steele regarding loans requiring
                                additional review for default interest (0.4);
                                review issues of Loan Servicing Agreement and
                                default interest (0.5); review Loan Extension
                                Agreement and effect on default interest
                                (2.1).

11/03/06 A Brinkerhoff 1.70 Work on and draft list of claims for Disclosure
                                Statement of Potential Litigation (1.7).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/03/06 A Jarvis          .30 Conference with J. Hermann and M. Levinson
                               regarding IP issues.

11/03/06 A Jarvis          .40 Review documents regarding IP issues.

11/03/06 A Jarvis          .30 Telephone conference with J. Atkinson
                               regarding meeting with J. Milanowski, IP
                               issues.

11/03/06 A Jarvis          .20 Correspondence on IP issues.

11/03/06 S Tingey         2.50 Additional review of Extension Agreement
                               affecting default interest issues and compile
                               and analyze information (2.1); communicate
                               with M. Haftl regarding University Estates
                               (0.4).

11/06/06 A Brinkerhoff 1.30 Preparation of 2004 Examination and schedules
                               (.4); conference with P. Cheng regarding
                               tracing evidence (.9).

11/06/06 E Monson          .20 Review IP issues.

11/06/06 E Toscano         .40 Numerous telephone calls and emails with title
                               companies on the Roripaugh Ranch and Monaco
                               properties.

11/07/06 A Brinkerhoff  .30 Work on 2004 examination preparation.

11/07/06 S Tingey          .70 Revise default interest chart and information
                               and communicate with M. Haftl regarding same
                               (0.5); review updated title report on HFA
                               Monaco (0.2).

11/07/06 E Toscano         .20 Review emails and attachments from Hillary
                               Adams at Fidelity National Title on the Monaco
                               property; forward same to Steve Tingey.

11/08/06 A Brinkerhoff  .20 Review evidence from Mesirow.

11/08/06 S Tingey          .90 Analyze additional default interest issues
                               (0.4); memo to S. Steele regarding same
                               (0.3); telephone conference with M. Haftl
                               regarding BySynergy (0.2).

11/09/06 A Jarvis          .50 Correspondence with Diversified Committee
                               regarding IP issues.

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


11/09/06 A Jarvis          .20 Correspondence on security agreements
                               negotiating with IP.

11/09/06 A Jarvis          .20 Correspondence on Royal Hotel.

11/09/06 S Tingey         1.00 Telephone conference with attorney for
                               BySynergy (0.2); memo to M. Haftl regarding
                               same (0.2); review letter from attorney for
                               University Estates (0.1); memo to M. Haftl
                               regarding same (0.2); memo to C. Karides
                               regarding same (0.1); communicate with S.
                               Steele regarding default interest questions
                               (0.2); communicate with M. Haftl and A.
                               Stevens regarding University Estates (0.2).

11/10/06 A Brinkerhoff    1.10 Separate conferences with A. Jarvis and E.
                               Monson regarding J. Milanowski's Motion for
                               Order Authorizing Submission Under Seal (.4);
                               review Milanowski motion and various emails
                               from Creditors Committees regarding motion
                               (.4); draft and send recommendations to deal
                               with motion (.3).

11/10/06 A Jarvis          .40 Telephone conference with R. Charles
                               regarding IP, USA Real Estate.

11/10/06 S Tingey          .70 Review updated title report on BySynergy and
                               memo to M. Haftl regarding same (0.3); review
                               Roripaugh Ranch updated title report (0.2);
                               communicate with USA regarding University
                               Estates issues (0.2).

11/10/06 E Toscano         .10 Follow up with Helen Johnson on the Roripaugh
                               Ranch title matter.

11/13/06 A Brinkerhoff     .40 Review email and comments regarding sealed
                               pleadings (.4).

11/13/06 E Monson         1.20 Meet with Diversified Counsel and financial
                               advisor to discuss IP litigation issues.

11/13/06 S Tingey         1.70 Review questions regarding broker commission
                               and sale of loan (1.1); communicate with M.
                               Haftl regarding BySynergy (0.3); letter to
                               attorney for University Estates regarding
                               interest disbursements on loan and review
                               documents to be produced (0.3).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/14/06 A Brinkerhoff    .40 Email communications regarding Milanowski's
                              motion to file pleadings under seal (.4).

11/14/06 E Monson         .30 Draft lengthy e-mail to A. T. Brinkerhoff, S.
                              C. Strong and A. W. Jarvis regarding issues
                              relating to seal motion and IP litigation.

11/14/06 S Tingey        1.00 Additional analysis of broker commission and
                              sale of loans (0.6); review default letter to
                              be sent by Mesirow (0.4).

11/14/06 E Toscano        .30 Review emails and attachments from Kim G.
                              regarding title endorsement; meeting with Kevin
                              Glade to discuss same.

11/15/06 A Brinkerhoff    .30 Follow-up on status of IP recovery efforts
                              (.3).

11/15/06 S Tingey        1.70 Telephone conference with M. Haftl regarding
                              University Estates meeting with borrower
                              (0.2); telephone conference with M. Haftl
                              regarding BySynergy (0.2); draft Motion for
                              Turnover of BySynergy Trust Deed (1.3).

11/16/06 S Cummings       .50 Conference call with Meisrow regarding
                              possible involuntary petition.

11/16/06 S Cummings       .30 Research regarding possible involuntary
                              petition.

11/16/06 S Cummings       .40 Research regarding Diversified's potential
                              claim against IPG.

11/16/06 S Cummings      2.30 Analysis of bona fide dispute issues under
                              303(b).

11/16/06 E Monson         .20 Review lengthy e-mail from counsel to the
                              Diversified Committee regarding the Hotel
                              Zosa and Sheraton loan.

11/16/06 E Monson        2.00 Review and evaluate numerous other e-mails
                              relating to the Hotel Zosa and the Sheraton
                              loan.

11/16/06 E Monson         .50 Participate in conference call with counsel
                              for Diversified Committee to discuss issues
                              relating to the Hotel Zosa.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:     6
January 19, 2007

| | | | |
|---|---|---|---|
| 11/16/06 E Monson | .40 | Work on obtaining information on pleading involving issues relating to IP (.4). |
| 11/16/06 S Strong | .30 | Confer with M. W. Pugsley regarding status of SEC investigation and informal actions regarding IP assets (.3). |
| 11/16/06 S Strong | .20 | Confer with S. C. Tingey regarding Sheraton loan and obligation of IP VI for same (.2). |
| 11/16/06 S Tingey | 1.80 | Obtain information requested by State regarding Sal Roale liens (0.3); analyze issue regarding Marquis Hotel and Royal Hotel sale (1.2); communicate with Reed Smith regarding Estoppel Certificate (0.4); review form of Estoppel Certificate (0.3). |
| 11/17/06 S Cummings | 3.00 | Continued analysis of bona fide dispute issues for possible involuntary  petition. |
| 11/17/06 E Monson | 1.30 | Conference with M. Pugsley, S. Smith, T. Allison, S. C. Strong, M. Haftl and J. Atkinson regarding various issues relating to issues on Hotel Zosa sale and IP VI issues. |
| 11/17/06 E Monson | 1.10 | Follow up conference with counsel for the Diversified Fund regarding IP VI issues. |
| 11/17/06 E Monson | 1.30 | Conference with S. C. Strong regarding issues involving IP VI and sale of Hotel Zosa and review numerous e-mails relating thereto and attached information. |
| 11/17/06 E Monson | .30 | Additional conversation with T. Allison, S. Smith and others at Mesirow regarding IP VI issues. |
| 11/17/06 S Strong | .30 | Analysis of DTDF Committees current questions and issues concerning debtors interests in IP-related assets (.3). |
| 11/17/06 S Tingey | 2.00 | Review various estoppel letters and issues (0.8); review default interest letters to be sent to borrowers (1.2). |
| 11/18/06 S Tingey | 1.00 | Revise default letters for various loans with special circumstances (1.0). |

Client No. 34585                                                        Page:      7
Debtor USA Commercial Mortgage Co., et al.                              January 19, 2007


11/20/06 A Brinkerhoff 3.90  Call from E. Monson regarding calls from D.
                             Griffith (.3); calls to and from D. Griffith
                             regarding J. Milanowski request for documents
                             in locked room (.5); conference with S. Strong
                             and J. Atkinson (.4); email to and from T.
                             Allison regarding Joe's request (.4); further
                             conference with D. Griffith regarding
                             anticipated length of requested search (.3);
                             conference calls with J. Reed regarding keys,
                             availability and alternatives (.3); conferences
                             with D. Griffith regarding keys, possibility of
                             Meseriow locating files (.4); call from J. Reed
                             (.3); email report to E. Monson (.2); email to
                             M. Pugsley (.2); telephone conferences with S.
                             Strong (.3); conferences with E. Monson
                             regarding IP documents in dispute (.3).

11/20/06 S Cummings     2.00 Analysis of whether court approval under 363
                             is required to pursue an involuntary
                             petition.

11/20/06 E Monson        .40 Review of pleadings relating to extraordinary
                             relief.

11/20/06 E Monson       1.00 Review information and e-mails relating to
                             Sheraton loan and IP VI.

11/20/06 S Strong       1.00 Analysis of issues raised by  Diversified
                             Committee concerning IP VI entity and potential
                             Marquis payoff (0.3); further analysis of IP VI
                             issues (0.7).

11/20/06 S Strong        .60 Confer with A. T. Brinkerhoff regarding
                             documents requested by J. Milanowski (0.4);
                             telephone conference with A. T. Brinkerhoff
                             and J. Reed regarding same (0.2).

11/20/06 S Tingey        .70 Revise default interest letters and
                             communicate with USA/Mesirow regarding same
                             (0.7).

11/21/06 A Brinkerhoff 4.40  Numerous conferences and emails with J. Reed
                             regarding Milanowski request for access to
                             locked room (.8); numerous conferences and
                             emails with S. Strong and E. Monson regarding
                             Milanowski request for documents (.8); three

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

|            |              |      | calls and conferences with D. Griffith (.7); receipt and review 70 pages of Happy Valley documents for privilege (.7); locate materials and transmittal to E. Monson (.4); emails to T. Allison and J. Atkinson and additional conferences with J. Reed regarding production of IP Happy Valley documents to J. Milanowski (.6) call and additional request from D. Griffith for Monday access to locked room and emails to clients (.4). |
|------------|--------------|------|---|
| 11/21/06 | E Monson       | 1.10 | Preparation for 2004 examinations questions to cover and other possible future course of action (.8); draft e-mails to R. Charles regarding Joint Exam issues (.3). |
| 11/21/06 | S Strong       | .70  | Follow-up on Marquis and Sheraton loan payoff issues (.7). |
| 11/21/06 | S Strong       | .70  | Telephone conference with A. W. Jarvis and E. A. Monson regarding development of evidence to support collection efforts against IP (.7). |
| 11/21/06 | S Strong       | .50  | Confer with A. T. Brinkerhoff regarding IP documents (0.3); telephone conference with J. Reed regarding same (0.1); exchange emails with A. W. Jarvis regarding same (0.1). |
| 11/21/06 | S Strong       | .10  | Evaluation of IP investigative issues (.1). |
| 11/21/06 | S Strong       | .20  | Identify issues to be addressed in R. 2004 examination of J. Milanowski and/or IP (0.2). |
| 11/21/06 | S Tingey       | .50  | Review West Hills/Huntsville bankruptcy pleadings and motion by first lienholders (0.2); revise BySynergy Motion (0.3). |
| 11/22/06 | A Brinkerhoff  | 2.40 | Review of draft description of scope of 2004 exam for USAIP (.4); analyze issues relating to 2004 exam of IP (.3); email to counsel regarding language in draft notice (.3); emails and calls to J. Reed and review of unexecuted draft assignment located for J. Milanowski (.5); transmittal of document to legal team and two calls from D. Griffith and emails to J. Reed regarding delivery to J. Milanowski (.9). |

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/22/06 A Jarvis        1.60 Review and respond to correspondence with RQN
                              team regarding 2004 examinations, IP issues.

11/22/06 E Monson         .70 Work on 2004 examination motion and order for
                              USA IP.

11/22/06 E Monson         .30 Draft e-mail to committee counsel and L.
                              Schwartzer and J. McPherson regarding 2004
                              examination and review replies.

11/22/06 E Monson         .20 Analyze procedural issues raised by motion.

11/22/06 E Monson         .30 Draft lengthy e-mail to A. W. Jarvis
                              regarding issues raised by 2004 examination.

11/22/06 E Monson         .50 Review lengthy e-mails from A. W. Jarvis
                              regarding 2004 examination issues and future
                              course of action and send lengthy reply (.5).

11/22/06 E Monson         .20 Send reply e-mail to A. W. Jarvis regarding
                              documents requested by J. Milanowski.

11/22/06 S Strong         .40 Confer with E. A. Monson regarding issues for
                              R. 2004 exam of IP (0.2); review emails from
                              E. A. Monson and committees counsel
                              regarding same (0.2).

11/22/06 S Strong         .50 Telephone conference with C. Owens regarding
                              IP issues (0.2); telephone conference with B.
                              Pugh regarding IP issues (0.2); email to T.
                              Allison regarding meetings with authorities
                              regarding IP issues (0.1).

11/24/06 A Brinkerhoff   1.10 Conference call with A. Jarvis, E. Monson and
                              S. Strong regarding 2004 examinations (1.1).

11/24/06 A Jarvis         .20 Correspondence on IP issues.

11/24/06 A Jarvis        1.10 Conference call with S. C. Strong, E. A.
                              Monson and A. T. Brinkerhoff regarding
                              discovery issues on IP.

11/24/06 A Jarvis         .50 Draft memo to client regarding discovery
                              issues on IP.

11/24/06 E Monson        1.10 Conference with A. W. Jarvis, A. T. Brinkerhoff
                              and S. C. Strong to discuss discovery issues
                              and 2004 examination (1.1).

Client No. 34585                                         Page:   10
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


11/24/06 S Strong         1.20 Review emails from A. W. Jarvis and T. Allison
                               regarding IP issues (0.1); participate in
                               conference call with A. W. Jarvis, E. A. Monson
                               and A. T. Brinkerhoff regarding planning R.
                               2004 exams of IP and related persons (1.1).

11/27/06 A Brinkerhoff    2.10 Preparation for 2004 examinations, anticipated
                               obstacles, scheduling.

11/27/06 A Jarvis          .30 Correspondence on IP issues.

11/27/06 A Jarvis          .20 Correspondence on Marquis Hotel.

11/27/06 A Jarvis          .30 Correspondence on IP discovery.

11/27/06 E Monson          .50 Review e-mail from R. Charles and attached
                               draft complaint.

11/27/06 E Monson          .50 Review e-mail from R. Charles and attached
                               draft of 2004 motion of S. Reds and draft
                               e-mail to A. W. Jarvis regarding comments to
                               same.

11/27/06 E Monson          .30 Review title report for Marquis Hotel to see if
                               reference to assignment and assumption of
                               lease.

11/27/06 E Monson          .50 Review e-mails regarding issues relating to
                               Colt Gateway loans.

11/27/06 E Monson          .90 Evaluation of issues relative to 2004
                               examination and follow up on preparations for
                               noticing of such examinations.

11/27/06 E Monson         2.00 Participate in conference call involving Colt
                               Gateway loans, collection issues and IP
                               issues.

11/27/06 S Strong          .80 Meeting with T. Allison and S. Smith to
                               discuss IP transfers and possible recoveries
                               for Debtors (.8).

11/27/06 S Strong         3.20 Confer with T. Allison regarding issues for
                               todays meeting with C. Owens of Clark County
                               D.A.s office (0.5); participate in meeting
                               with C. Owens and T. Allison regarding IP
                               issues (2.2); further discussions with T.
                               Allison regarding same (0.5).

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/27/06 S Strong        .50  Confer with T. Allison and M. Olson regarding
                              status of investigations into IP assets and
                              activities (.5).

11/27/06 S Strong       1.40  Participate in telephone conference with T.
                              Allison, S. Smith, J. Atkinson, A. W. Jarvis
                              and E. A. Monson regarding potential R. 2004
                              exams and other evidence to support recovery
                              of IP assets (1.4).

11/28/06 A Brinkerhoff 2.30  Conference with E. Monson to schedule proposed
                              2004 examination dates (.4); analyze issues
                              relative to documents in locked room and
                              pending motion for protective orders (.4);
                              review emails and notices to clients and
                              committees regarding proposed 2004 examinations
                              (.5); prepare for 2004 examinations (1.0).

11/28/06 E Monson        .40  Discussions with A. T. Brinkerhoff regarding
                              2004 examinations.

11/28/06 E Monson        .40  Draft lengthy e-mail to L. Schwartzer and J.
                              McPherson regarding 2004 examination and
                              review reply from L. Schwartzer.

11/28/06 E Monson       2.80  Work on 2004 examination documents for HMA
                              Sales, USAIP and IP VI.

11/28/06 E Monson        .20  Draft and send e-mail to Mesirow team
                              regarding 2004 examinations and topics to be
                              addressed therein.

11/28/06 E Monson        .30  Discussion with J. Atkinson regarding 2004
                              examination topics.

11/28/06 E Monson        .20  Draft e-mail to committee counsel regarding
                              2004 examinations.

11/28/06 E Monson        .30  Review e-mail from R. Charles regarding
                              possible 2004 examination documents involving
                              S. Reale.

l1/28/06 E Monson        .20  Follow up on making certain title reports for
                              Colt Properties are in process.

l1/28/06 S Strong        .60  Review IP document issues and status (.6).

Client No. 34585                                    Page:    12
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/28/06 S Strong        .60 Review and analysis of evidence regarding
                             potential preference claim against S. Reale
                             (0.4); confer with S. Smith regarding same
                             (0.2).

11/28/06 S Strong        .30 Review draft motions for Rule 2004 examinations
                             of IP-related parties (0.3).

11/28/06 S Tingey        .20 Review information regarding HFA
                             Windham/Asylum negotiations and communicate
                             with Mesirow regarding same (0.2).

11/29/06 A Brinkerhoff 2.60 Review draft 2005 applications and document
                             subpoena descriptions (1.1) review 2004
                             examination transcript taken regarding USA
                             Commercial Real Estate Group (1.5).

11/29/06 S Cummings    1.40 Review and revision of motion to turn over
                             property.

11/29/06 A Jarvis        .60 Follow-up on IP issues, plan filings.

11/29/06 E Monson      1.40 Work on reviewing, proofing and finalizing 2004
                             Examination pleadings on HMA, Investors VI and
                             USAIP.

11/29/06 E Monson        .20 Review R. Charles draft of 2004 examination
                             pleadings involving S. Reale.

11/29/06 E Monson        .90 Work on drafting 2004 examination document
                             for J. Milanowski and list of documents to be
                             subpoenaed.

11/29/06 S Tingey      1.00 Revise BySynergy Motion (0.8); memo to M. Haftl
                             regarding same (0.2).

11/29/06 S Tingey      2.70 Draft letter to direct lenders on
                             HFA/Windham/Asylum loan (0.9); draft Motion
                             for approval with HFA Asylum payoff (1.8).

11/30/06 A Brinkerhoff 2.70 Further factual review and preparation for 2004
                             examinations (.7); review draft 2004
                             application for examination of J. Milanowski
                             (.4); review Committee email comments on
                             Milanowski application (.4); call from D.

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

 

                            Griffith regarding Debtor's response to
subpoenas (.3); conference with M. Pugsley and
conference call back to D. Griffith regarding
Debtor's response to subpoenas (.4);
preparations for and emails to client regarding
conference call to discuss 2004 examinations
(.5).

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/30/06 | S Cummings | 1.60 | Continued review and revision of motion to turn over property of the estate. |
| 11/30/06 | A Jarvis | .40 | Review information on Colt Gateway. |
| 11/30/06 | E Monson | .20 | Conference call with J. Atkinson and P. Chang regarding 2004 Examination preparations. |
| 11/30/06 | E Monson | .50 | Work on revising 2004 Examination documents from J. Milanowski and draft e-mails to L. Schwartzer and client regarding same. |
| 11/30/06 | E Monson | 1.70 | Conference with Diversified Committee counsel, S. C. Strong and A. W. Jarvis regarding asset recovery issues. |
| 11/30/06 | E Monson | .50 | Follow up call with S. C. Strong and A. W. Jarvis regarding asset recovery issues. |
| 11/30/06 | E Monson | .50 | Participate in additional conference call with T. Allison regarding asset recovery. |
| 11/30/06 | E Monson | 3.20 | Work on reviewing documents in connection with Tree Moss for T. Allison declaration and begin work on declaration. |
| 11/30/06 | E Monson | 1.30 | Gather documents for upcoming 2004 examinations. |
| 11/30/06 | S Strong | .40 | Evaluate issues concerning potential involuntary cases against IP-related entities (0.4). |
| 11/30/06 | S Tingey | 1.60 | Review question regarding Marquis/EPIC (0.2); memo to P. Chang regarding same (0.2); revise letter to Direct Lenders regarding HFA Asylum loan (0.4); review HFA Asylum Motion (0.7). |

```
Client No. 34585                                        Page:    14
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007
```

| 11/30/06 S Tingey | 1.30 | Review recent BySynergy Motion (0.5); telephone conference with M. Haftl regarding same (0.3); review BySynergy information from J. Herrman and C. Harvick (0.5). |
|---|---|---|
| 11/30/06 S Tingey | .20 | Review information regarding Gateway Stone and claims made by borrower (0.2). |
| 11/30/06 S Tingey | .20 | Telephone conference with S. Steele regarding 10-90 loan (0.2). |
| 11/30/06 E Toscano | 5.90 | Continue making contacts via emails and phone calls to various title companies on the loans being sold (.8); review various title updates and reports from title companies (5.1). |

```
TOTAL FOR LEGAL SERVICES RENDERED                        $39,751.50
```

# "Exhibit J-3"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          January 19, 2007
Las Vegas, NV  89121                             Invoice No. 357328
```

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00003

Asset Disposition

| | | | |
|---|---|---|---|
| 11/01/06 | A Jarvis | .30 | Correspondence on bidder issues. |
| 11/01/06 | A Jarvis | .30 | Correspondence on conference call with Count of APA. |
| 11/01/06 | A Jarvis | .50 | Correspondence on title issues, potential bidder inquiries. |
| 11/01/06 | A Jarvis | .30 | Correspondence on due diligence issues. |
| 11/01/06 | D Monson | .20 | Review Letter of Credit language and expiration date for earnest money deposit. |
| 11/01/06 | E Monson | .40 | Discussion with J. Reed and S. Smith regarding J. Milanowski meeting with Racebrook and response thereto (.2); update S. Strong and additional conversation with S. Smith regarding same (.2). |
| 11/01/06 | S Strong | .80 | Review letter from B. Wilkens of Compass regarding debtors confidentiality agreement with Compass (0.2); exchange emails with B. Fasel regarding same (0.2); draft proposed response of debtors to same (0.3); exchange follow-up emails with B. Fasel regarding same (0.1). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/01/06 S Strong        .20 Call from J. Bleakly regarding Auction
                             details and import (.2).

11/01/06 S Strong        .90 Telephone conference with J. Atkinson regarding
                             default interest issues arising under APA
                             (0.3); review relevant APA provisions regarding
                             same (0.6).

11/01/06 S Tingey       1.90 Revise letter of credit language (0.4); various
                             conferences regarding letter of credit issues
                             and communicate with Mesirow and Smith Reed
                             regarding letter of credit (1.5).

11/01/06 G Winger        .90 Review Asset Purchase Agreement (.7); review
                             letter of credit language (.2).

11/01/06 C Hurst        1.30 Facilitate UCC filings and verify mail-in
                             filing requirements for Texas, Nevada, Illinois
                             and Indiana; make revisions to Ocean Atlantic
                             and 6425 Gess UCCs.

11/02/06 A Jarvis        .20 Correspondence on APA, conference with Court.

11/02/06 A Jarvis        .30 Correspondence regarding information
                             requested by potential bidders.

11/02/06 A Jarvis        .30 Telephone conference with S. Smith regarding
                             information on LSAs.

11/02/06 E Monson        .30 Review e-mail from S. C. Strong and conference
                             with J. McCarroll regarding issues relating to
                             APA.

11/02/06 S Strong        .10 Finalize and transmit letter to Compass
                             regarding bidder contacts with borrowers (.1).

11/02/06 S Strong        .30 Telephone conference with J. Reed regarding
                             revisions to Silver Point APA (0.1); analysis
                             of same (0.2).

11/02/06 S Strong        .80 Review revised APA with further edits from C.
                             Karides (0.3); oversee preparation of redlined
                             version of APA, and transmit to J. Reed per his
                             request (0.3); transmit redline to committees
                             for review (0.1); exchange emails with L.
                             Schwartzer regarding schedules to same (0.1).

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
```

| | | | |
|---|---|---|---|
| 11/02/06 | S Strong | .10 | Exchange emails with A. W. Jarvis and J. Reed regarding confidentiality agreement for another potential bidder (.1). |
| 11/02/06 | C Hurst | 1.00 | Organize and mail UCC packets to Texas, Nevada, Indiana, Illinois and California. |
| 11/03/06 | A Jarvis | .60 | Conference call with Court on remaining issues with APA. |
| 11/03/06 | A Jarvis | .50 | Conference call with Silver Point and FTDF Committee regarding negotiations on additional changes to APA. |
| 11/03/06 | A Jarvis | .50 | Correspondence on APA changes. |
| 11/03/06 | E Monson | .30 | Participate in portion of conference with Judge Riegle and others regarding APA. |
| 11/03/06 | E Monson | 1.80 | Review bankruptcy code provisions and work on drafting definition sections. |
| 11/03/06 | S Strong | .50 | Telephone conference with L. Brinton of Highland Capital regarding confidentiality agreement and due diligence process (0.2); review proposed changes to Highland confidentiality agreement (0.2); exchange emails with him regarding same (0.1). |
| 11/03/06 | S Strong | .60 | Participate in telephonic hearing with J. Riegle regarding certain provisions of proposed APA (.6). |
| 11/03/06 | S Strong | .60 | Participate in teleconference with professionals of Silver Point, FTDF Committee, and debtors to discuss APA revisions suggested by Court (.6). |
| 11/05/06 | A Jarvis | .40 | Revise insider definition to APA. |
| 11/05/06 | A Jarvis | .30 | Telephone conference with J. McCarroll regarding revisions to APA. |
| 11/06/06 | A Jarvis | 3.90 | Conference call with Silver Point and FTDF Committee regarding negotiations on APA. |
| 11/06/06 | S Strong | .40 | Review revised confidentiality agreement needed for Highland (0.4). |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/06/06 S Tingey        1.80 Review, outline pre-closing issues under APA.

11/07/06 E Monson         .70 Review revisions to APA agreement and answer
                              e-mails on insider language.

11/07/06 S Strong         .50 Review email from C. Pajak regarding offer
                              from potential purchaser regarding fund
                              member interests (0.1); email to J. Reed
                              regarding confidentiality agreement signed by
                              potential purchaser (0.1); review relevant
                              confidentiality agreement (0.2); email to C.
                              Pajak regarding same (0.1).

11/07/06 S Strong        2.50 Review email from C. Karides and attached
                              revisions to APA (0.3); email to A. W. Jarvis
                              and T. Allison regarding same (0.1); telephone
                              conference with C. Karides regarding modified
                              "insider" language needed for APA (0.2);
                              analyze same (0.1); negotiate revised APA
                              language with C. Karides (1.2); exchange emails
                              with committees counsel regarding same (0.2);
                              telephone conference with E. Karasik and C.
                              Pajak regarding same (0.2); oversee filing of
                              revised APA with exhibits (0.2).

11/07/06 S Tingey        1.10 Analyze APA loan servicing issues (1.1).

11/08/06 A Jarvis         .70 Telephone conference with potential bidder
                              regarding due diligence questions.

11/08/06 A Jarvis         .60 Telephone conference with client regarding
                              APA, Colt and Wyndham loans.

11/08/06 A Jarvis         .50 Conference call with potential bidder
                              regarding due diligence questions.

11/08/06 A Jarvis         .20 Correspondence on bid procedures order.

11/08/06 A Jarvis         .30 Correspondence with potential bidder.

11/08/06 E Monson         .20 Locate and send copy of side letter on APA to
                              Bill Fasel.

11/08/06 S Strong         .30 Exchange various emails with A. W. Jarvis, L.
                              Schwartzer, and E. Karasik regarding entry of
                              order approving bid procedures and setting
                              Auction hearing (.3).

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


| 11/09/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding issues on APA. |
| 11/09/06 | A Jarvis | .20 | Correspondence on APA. |
| 11/09/06 | A Jarvis | .30 | Correspondence with J. Reed regarding due diligence issues for potential bidders. |
| 11/09/06 | S Strong | .30 | Telephone conference with Don of The Mortgage Market regarding auction process and assets for sale (.3). |
| 11/09/06 | S Strong | .30 | Review proposed revisions from Commercial Funding to confidentiality agreement (0.2); email to J. Reed regarding same (0.1). |
| 11/09/06 | S Strong | .40 | Review bid procedures order and related documents (0.2); exchange emails with J. Reed regarding SPs deposit and Notice of Auction issues (0.2). |
| 11/10/06 | K Glade | 1.70 | E-mail from D. Cica regarding closing issues on Silver Point APA (0.2); telephone conference call with D. Cica and Christine Pajak, D. Monson and S. Tingey regarding closing checklist items on Silver Point APA including notices to borrower and title work and loan servicing information (1.5). |
| 11/10/06 | A Jarvis | .20 | Telephone conference with R. Charles, J. Atkinson and M. Levinson regarding new joint offer with IP. |
| 11/10/06 | A Jarvis | .20 | Correspondence with client regarding potential bidder issues. |
| 11/10/06 | A Jarvis | .30 | Correspondence on new joint offer from IP. |
| 11/10/06 | D Monson | 1.00 | Conference with Dawn Cica, Christine Pajak, SCT and KGG on preparations for closing issues (0.7); review Asset Purchase Agreement and lists of closing issues (0.3). |
| 11/10/06 | D Monson | .30 | Review title company endorsements and other closing issues (0.2). |
| 11/10/06 | E Monson | .90 | Review e-mails relating to Racebrook and IP offer and review actual term sheet. |

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/10/06 S Strong        .60 Review voice messages from J. McCarroll
                             regarding regulatory issues concerning asset
                             sale (0.1); email to A. W. Jarvis regarding
                             same (0.1); review information regarding Nevada
                             counsel for SP (0.3); telephone conference with
                             B. Fasel regarding same (0.1).

11/10/06 S Strong        .70 Voice message to potential bidder regarding
                             confidentiality agreement (0.1); telephone
                             conference with F. Buebel regarding same (0.2);
                             edit proposed confidentiality agreement changes
                             requested by potential bidder (0.3); email to
                             F. Buebel regarding same (0.1).

11/10/06 S Strong        .30 Telephone conference with J. Reed regarding
                             proposed bidders and notice of auction to
                             distribution to same.

11/10/06 S Tingey       1.90 Revise communication with C. Karides
                             regarding University Estates (0.2); review
                             correspondence from Reed Smith regarding due
                             diligence and closing matters (0.3);
                             conference call with Dawn Cica, Christine
                             Pajek, K. G. Glade, D. M. Monson regarding
                             pre-closing issues (0.9); outline pre-closing
                             issue and assigned tasks (0.5).

11/11/06 A Jarvis        .40 Correspondence regarding Racebrook proposal.

11/11/06 S Strong       1.10 Review and analysis of alternative asset
                             purchase proposal from Racebrook (0.8);
                             review and analysis of emails from M.
                             Levinson and R. Charles regarding same (0.3).

11/11/06 S Tingey        .50 Outline pre-closing tables and assignment and
                             memo (0.5).

11/13/06 K Glade        1.30 E-mail from S. Tingey regarding list of closing
                             items on Silver Point APA (0.2); telephone
                             calls with First American regarding form of
                             assignment endorsements and review proposed
                             CLTA 104 and ALTA 10 forms (0.9); review
                             regarding title endorsement form for Silver
                             Point APA (0.2).

11/13/06 A Jarvis       2.00 Meet with Silver Point and prepare closing
                             agenda.

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
```

| | | | |
|---|---|---|---|
| 11/13/06 | D Monson | .30 | Review closing issues for Asset Purchase Agreement. |
| 11/13/06 | S Strong | .80 | Work on revised confidentiality agreement for potential bidder (0.4); exchange emails with F. Buebel regarding same (0.2); review and edit her proposed alternative language regarding same (0.2). |
| 11/13/06 | S Tingey | 1.10 | Draft memo to Mesirow regarding closing tasks and assignments. |
| 11/14/06 | K Glade | 1.80 | Review sample of Borrower's Notice to be sent under Silver Point APA (0.3); telephone calls and e-mails with J. Oriti regarding title policies on FTDF portfolio (0.6); review title policies (0.9). |
| 11/14/06 | A Jarvis | 1.10 | Telephone conference with B. Fasel and J. Reed regarding bidder questions; telephone conference with bidders regarding due diligence, bidding questions. |
| 11/15/06 | K Glade | 1.80 | Revise form of borrower notice to be used for Silver Point under APA (1.1); e-mail to bankruptcy team to revisions (0.3); review Silver Point APA regarding list of deliverables for escrow and closing (0.4). |
| 11/15/06 | A Jarvis | .30 | Correspondence on Silver Point issues under APA. |
| 11/15/06 | B Kotter | .60 | Work on notice of action and related service. |
| 11/15/06 | D Monson | .50 | Review e-mail from C. Pajak and form of Borrower Estoppel Certificate (0.2); review e-mail from AWJ on Borrower Estoppel Certificate (0.1); review revisions to Borrower Estoppel Certificate and S. Strong e-mail (0.2). |
| 11/15/06 | S Strong | 1.10 | Review proposed borrower estoppel letter and analysis of issues raised therein (0.5); telephone conference with B. Fasel regarding same (0.2); telephone conference with J. McCarroll regarding same (0.2); review emails from K. G. Glade and S. C. Tingey regarding same (0.2). |

Client No. 34585                                                Page:    8
Debtor USA Commercial Mortgage Co., et al.                     January 19, 2007

11/15/06 S Strong       .30 Review proposed edits to confidentiality
                            agreement from another potential bidder
                            (0.2); exchange emails with J. Reed regarding
                            same (0.1).

11/15/06 S Strong       .70 Telephone conference with J. Reed regarding
                            revised APA and comparison versions (0.2);
                            work on comparison versions of various filed
                            APAs per Mesirow request (0.4); emails to J.
                            Reed and B. Fasel regarding same (0.1).

11/15/06 S Strong       .50 Work on certificate of service regarding Notice
                            of Auction transmitted to potential interested
                            bidders (0.4); telephone conference with J.
                            Reed regarding same (0.1).

11/15/06 S Tingey      1.90 Review issues regarding borrower estoppel
                            motion under APA (1.3); conference call with
                            S. C. Strong and B. Fassil regarding same
                            (0.2); revise estoppel letter (0.4).

11/16/06 K Glade       3.80 Review updated sample of borrower notice on
                            Silver Point APA and make revisions (0.8);
                            e-mail to FTDF Committee Council regarding
                            changes to borrower notice (0.3); e-mail to
                            M. Haftl regarding status of borrower notices
                            (0.3); conference calls with Reed Smith and
                            FTDF Committee Council regarding borrower
                            notices (1.3); e-mail to Reed Smith regarding
                            servicing fee schedule required by Silver
                            Point APA (0.3); e-mail to Silver Point
                            regarding additional issues on borrower
                            notices (0.6); e-mail to M. Stone regarding
                            title compay information for endorsement
                            required by Silver Point (0.2).

11/16/06 B Kotter      2.10 Revise Notice of Action for filing with Court
                            (.9); phone call with J. McPherson regarding
                            filing (.3); draft certificate of service (.5);
                            e-mail to local counsel with filing
                            instructions (.2); respond to e-mail and
                            forward to J. Reed for signature (.2).

Client No. 34585                                         Page:     9
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/16/06 D Monson          .60  Review Estoppel Certificates to Borrowers for
                                closing (0.2); phone call from C. Pajak on
                                Borrower Estoppel Certificates (0.1); phone
                                conference with J. McCarroll, C. Pajak, D.
                                Cica, K. Glade and S. Tingey on Borrower
                                Estoppel Certificates for closing (0.3).

11/16/06 S Strong          .40  Review email from C. Pajak regarding
                                distribution of Notice of Auction (0.1);
                                review status of certificate of service
                                regarding same (0.1); exchange emails with B.
                                J. Kotter and J. Reed regarding same (0.1);
                                email to C. Pajak regarding same (0.1).

11/16/06 S Strong          .40  Exchange emails with K. G. Glade regarding
                                comments to borrower estoppel letter (0.1);
                                telephone conference with J. McCarroll
                                regarding same (0.2); email to K. G. Glade,
                                S. C. Tingey, and B. Fasel regarding same
                                (0.1).

11/17/06 K Glade          5.40  E-mail to M. Stone regarding title company
                                information needed for title endorsements under
                                Silver Point agreement (0.3); review chart of
                                information to be included in borrower notices
                                under Silver Point agreement (1.1); telephone
                                call with Reed Smith to discuss borrower notice
                                (0.3); telephone call with A. Stevens regarding
                                review of information for borrower notice
                                (0.3); e-mail with M. Haftl regarding borrower
                                notices effect on default letters (0.2); e-mail
                                with Mesirow regarding balance information on
                                borrower notices (0.3); review updated
                                spreadsheet on FTDF portfolio for borrower
                                notices (0.3); review sample borrower notices
                                with related e-mails to D. Cica and C. Pajak
                                (0.5); e-mail to Reed Santz and FTDF counsel
                                regarding Mesirow review of borrower notices
                                (0.4); review Arapahoe and Amesbury notices
                                (0.4); review additional borrower notices
                                (0.8); e-mail to D. Circa regarding review of
                                borrower notices by Mesirow (0.2); e-mails with
                                A. Stevens and J. Reed regarding Mesirow review
                                of borrower notices.

Client No. 34585                                        Page:    10
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


11/17/06 D Monson          1.30 Review revisions to Borrower Estoppel Notices
                                and e-mails from D. Cica, C. Pajak, and J.
                                McCarroll and K. Glade on revisions and timing
                                to send out Notices (0.3); review K. Glade
                                e-mail to M. Stone on title company contacts
                                for title endorsements for closing transfers
                                (0.1); review spreadsheet of financial
                                information for Borrower Estoppel Notices and
                                e-mail to K. Glade and Mesirow on corrections
                                for Meadow Creek Loan and Palm Harbor Loan
                                (0.4); phone call from A. Stevens and J. Reed
                                on status of Borrower Estoppel Notices (0.1);
                                review and respond to S. Tingey e-mail on
                                conference call to discuss closing issues and
                                timing (0.1); review M. Olson e-mail on
                                Borrower Estoppel Notices (0.1); review
                                Borrower Estoppel Notice and extension fees
                                (0.2).

11/17/06 S Strong           .70 Analyze proposed estoppel letters to borrowers
                                (0.1); review issues regarding same (0.4);
                                exchange emails with K. G. Glade and D. Cica
                                regarding same (0.2).

11/20/06 K Glade           7.00 Review and organize draft of borrower notices
                                prepared by counsel to FTDF for the Silver
                                Point APA (2.0); conferences with S. Tingey
                                and D. Monson regarding borrowers notice and
                                suggested revisions (0.6); e-mail to Reed
                                Smith regarding conference call for borrower
                                notice issues (0.2); prepare for and
                                participate in conference call with Mesirow
                                to discuss Silver Point closing items (0.8);
                                prepare mailing information for borrower
                                notices (0.6); prepare for and participate in
                                conference call with Reed Smith to discuss
                                borrower notice issues on Silver Point APA
                                (1.6); e-mails regarding revisions to form of
                                notice (0.3); conferences regarding updated
                                payoff numbers for FTDF portfolio (0.4); call
                                with J. McCarroll regarding form of
                                borrowers' notice (0.3); e-mail to D. Cica
                                regarding updated drafts of borrower notices
                                (0.2).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/20/06 E Monson      .20 Review e-mail from S. C. Strong regarding
                           litigation schedule to APA and conference
                           call with Silver Point regarding same and
                           send reply.

11/20/06 S Strong     1.40 Review email and voice message from J.
                           McCarroll regarding status of borrower
                           estoppel letters under APA (0.1); confer with
                           K. G. Glade regarding same (0.1); telephone
                           conference with J. Reed regarding same (0.1);
                           email to M. Haftl regarding same (0.1);
                           exchange emails with J. McCarroll regarding
                           same (0.1); participate in conference call
                           with lawyers for SP, FTDC, and debtors
                           regarding borrower estoppel letters and other
                           outstanding issues under APA (0.9).

11/20/06 S Strong      .30 Telephone conference with J. Reed and RQN
                           team regarding other open issues under the
                           Silver Point APA (.3).

11/20/06 S Strong      .30 Analyze questions raised by SP regarding
                           litigation schedules in APA (0.1); review
                           litigation schedules (0.2).

11/20/06 S Strong      .90 Review email from S. Smith regarding July
                           figures for borrower estoppel letters (0.1);
                           confer with K. G. Glade and D. M. Monson
                           regarding same (0.2); telephone conference
                           with S. Smith regarding same (0.2); telephone
                           conference with J. McCarroll regarding same
                           (0.2); email to J. McCarroll with information
                           regarding same (0.2).

11/20/06 S Tingey     3.80 Conference with D. M. Monson and K. G. Glade
                           regarding estoppel letter issues (0.5);
                           conference call with J. Reed, K. G. Glade, D.
                           M. Monson, S. C. Strong regarding estoppel
                           letter issues (0.4); conference with M.
                           Haftl, J. Reed, S. Smith, J. Atkins, K. G.
                           Glade and D. M. Monson regarding APA issues
                           (0.7); revise estoppel certificate and
                           communicate with Silverpoint regarding same
                           (0.4) review APA issues (0.5); conference call
                           with Silverpoint and Mesirow regarding APA
                           issues (1.3).

Client No. 34585                                              Page:    12
Debtor USA Commercial Mortgage Co., et al.                    January 19, 2007


11/21/06 K Glade        7.70  Conference call with Reed Smith to discuss
                              borrower notices under APA (.3); draft and
                              revise borrower notices on First Trust Deed
                              Fund portfolio (5.2); telephone calls with J.
                              Reed regarding status of borrowers notice
                              (0.3); e-mails with S. Smith regarding payroll
                              information on Del Valle Livingston, Palm
                              Harbor and Bay Pampano (0.4); work on logistics
                              of mailing notice (0.9); e-mails regarding
                              issue of notices being sent to bankrupt
                              borrowers (0.3) telephone calls with Dawn Cica
                              regarding ISSC and Del Valle Livingston notices
                              (0.3).

11/21/06 K Glade         .50  Review explanation of Hasley Canyon payoff
                              transaction.

11/21/06 A Jarvis        .20  Conference call with T. Allison regarding
                              bidders, solicitation issues.

11/21/06 A Jarvis        .70  Conference call with B. Fasel, T. Allison and
                              potential bidder regarding parameters of
                              auction, plan and auction issues.

11/21/06 A Jarvis        .50  Review and respond to correspondence on SP
                              APA issues.

11/21/06 R Madsen, II   1.60  Preparation of conference call, including
                              collection of information with respect to
                              pending litigation; conference call with
                              Michael Haftl, E. A. Monson, Leonard
                              Schwartzer, and Barbara Hagar with respect to
                              litigation pending against USA Commercial
                              Mortgage.

11/21/06 R Madsen, II    .70  Research to obtain information, including
                              copies of the applicable pleadings, with
                              respect to the Botaba Realty Co. v. USA
                              Commercial Mortgage litigation.

Client No. 34585                                          Page:    13
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/21/06 D Monson      4.90 Revisions to Borrower Estoppel Notices (3.8);
                            conference with J. McCarroll, K. Glade, S.
                            Tingey and S. Strong on finalizing Borrower
                            Estoppel Notices (0.3); e-mail to J. McCarroll
                            and C. Pajak on Borrower Estoppel Notices for
                            West Hills and Fox Hills 216 Loans, review
                            e-mail responses, and discuss with S. Strong,
                            K. Glade and S. Tingey (0.5); provide
                            directions to staff members on sending of
                            Borrower Estoppel Notices (0.3).

11/21/06 E Monson      1.00 Conference with B. Hager, L. Schwartzer, M.
                            Haftl and R. Madsen regarding litigation
                            schedule to APA (.9); send e-mail to B. Hager
                            (.1).

11/21/06 S Strong       .90 Telephone conference with J. McCarroll and M.
                            Cashman regarding borrower letters (0.2);
                            further analysis of issues raised regarding
                            borrower letters (0.5); telephone conference
                            with J. McCarroll, K. G. Glade and D. M. Monson
                            regarding same (0.2).

11/21/06 S Strong       .70 Telephone conference with A. W. Jarvis and
                            Mesirow team regarding due diligence issues
                            raised by potential bidders (.7).

11/21/06 S Strong       .50 Exchange emails with Reed Smith attorney
                            regarding litigation schedules to APA and call
                            today to discuss same (0.1); review litigation
                            schedules to APA (0.3); email to L. Schwartzer
                            regarding same (0.1).

11/21/06 S Tingey      6.90 Telephone conference with J. McCarroll, M.
                            Tashman, S. C. Strong and K. G. Glade
                            regarding estoppel certificate issues (0.2);
                            review estoppel certificates for mailing and
                            coordinate with Mesirow for final drafting
                            and mailing (6.7).

11/21/06 A Hansen      3.00 Assist with large mailing project.

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/22/06 K Glade        1.70  Prepare borrower notices sent pursuant to
                              Silver Point APA for distribution to Mesirow
                              and Silver Point (0.6); related e-mail to
                              Mesirow and Reed Smith (0.4); review delivery
                              information on borrower notices (0.2); work on
                              title endorsement issue (0.2); telephone call
                              with M. Stone at USA regarding title company
                              information for request of title updates (0.3).

11/22/06 R Madsen, II   1.10  Communications with Kimberly Fearing,
                              paralegal with Scott & Kraus, LLC, counsel to
                              Botaba Realty, with respect to request for
                              copies of litigation pleadings; e-mail
                              receipt of various pleadings in the Botaba
                              litigation.

11/22/06 S Strong        .40  Review email from J. McCarroll regarding
                              borrower statements mailed yesterday (0.1);
                              email to K. G. Glade regarding same (0.1);
                              voice message to S. C. Tingey regarding same
                              (0.1); review email from K. G. Glade to J.
                              McCarroll regarding same (0.1).

11/22/06 S Tingey        .40  Communicate with Reed Smith regarding APA
                              issues (0.4).

11/22/06 S Tingey        .30  Telephone conference with J. Reed regarding
                              default information to be provided to bidders
                              (0.3).

11/24/06 D Monson        .10  Review D. Cica e-mail on status of Borrower
                              Estoppel Certificates.

11/24/06 D Monson        .10  Review forms of Allonge and Assignment of
                              Interests in Notes and Trust Deeds.

11/24/06 S Tingey       1.50  Draft allonges and assignments of trust deed
                              for First Trust Deed loans (1.5).

11/27/06 K Glade        6.40  Make contact with several title companies
                              regarding update by Silver Point APA (3.5);
                              review information regarding borrower notice
                              address issues (0.9); prepare for and
                              participate in conference call with Reed
                              Smith to discuss APA closing and
                              documentation issues (1.0); draft letter of
                              credit language for bidder deposit with
                              related e-mails to J. Reed at Mesirow (1.0).