Client No. 34585                                          Page:    15
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/27/06 A Jarvis          .30 Correspondence on bidder due diligence
                               questions.

11/27/06 A Jarvis          .30 Correspondence on bidder due diligence
                               questions.

11/27/06 A Jarvis          .20 Correspondence on cash deposit issues.

11/27/06 R Madsen, II      .30 Receipt and brief revision of additional
                               pleadings in the Botaba Realty matter,
                               including interrogatories, request to produce,
                               request to admit.

11/27/06 D Monson          .30 Review e-mail from Constantine Karides on
                               closing of Asset Purchase Agreement (0.1);
                               discuss Asset Purchase Agreement closing issues
                               with KGG and SCT (0.2).

11/27/06 D Monson          .10 Review Gramercy and Amesburyport Trust Deed
                               and Mortgage to verify addresses for Borrower
                               Estoppel Notices.

11/27/06 D Monson          .10 Phone call from J. Reed on conflicts check
                               list for prospective bidders.

11/27/06 E Monson          .30 Review "cash equivalent" requirement in bid
                               procedures and get him information regarding
                               same.

11/27/06 E Monson          .60 Discussion with P. Sibe regarding bid issues
                               and put together APA and copy of bid
                               procedures to send to him.

11/27/06 E Monson          .30 Draft e-mails to A. W. Jarvis and B. Fasel
                               regarding bid issues and review replies.

11/27/06 E Monson          .30 Further discussion with P. Sibe and send him
                               copy of information.

11/27/06 S Tingey         1.60 Communicate with C. Karides regarding closing
                               issues (0.2); telephone conference with J.
                               Reed (0.2); conference with K. G. Glade
                               regarding letter of credit issues (0.2);
                               conference call with C. Karides, M. Tashman,
                               D. Cica, J. Reed and K. G. Glade regarding
                               closing issue (0.7); conference with D. M.
                               Monson and K. G. Glade regarding closing
                               issues (0.3).

Client No. 34585                                        Page:   16
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

11/27/06 E Toscano        1.20 Work to obtain updated title commitments.

11/27/06 C Hurst           .90 Receipt, review, scan UCC's filed on Columbia
                               Managing Partners, 619 Main, 6425 Gess, Ocean
                               Atlantic, Pegasus, and Binford.

11/28/06 K Glade          1.80 Contact title insurance companies for update of
                               title in participation of Silver Point APA
                               closing (1.4); review title updates in
                               anticipation of Silver Point APA closing (0.2);
                               review additional information regarding
                               borrower notice mailing for Silver Point APA
                               closing (0.2).

11/28/06 A Jarvis          .40 Correspondence on allocation agreement.

11/28/06 A Jarvis          .30 Correspondence on bidder due diligence
                               questions.

11/28/06 A Jarvis          .40 Review APA and respond to due diligence
                               questions.

11/28/06 A Jarvis          .50 Correspondence with J. Reed regarding due
                               diligence questions from bidders, provisions
                               of the APA.

11/28/06 A Jarvis          .70 Conference call with potential bidders
                               regarding due diligence questions.

11/28/06 A Jarvis          .10 Telephone conference with J. Reed regarding
                               bid issues, conference with Mesirow team
                               regarding same.

11/28/06 R Madsen, II      .40 Communications with Barbara Hager of Reed
                               Smith, LLP transmitting copies of the
                               Complaint, Answer and other various pleadings
                               in the Botaba matter and identifying that we
                               do not have pleadings in the Lee v. Palm
                               Terrace matter.

11/28/06 R Madsen, II     1.00 Additional work with respect to the
                               Botaba/Brookmere litigation as well as the
                               Lee/Palm Terrace litigation.

11/28/06 D Monson          .20 E-mail to J. Reed on conflicts check list for
                               other potential bidders.

Client No. 34585                                         Page:   17
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

11/29/06 K Glade        1.10 Telephone calls and related e-mails with J.
                             Reed regarding response to inquiries
                             regarding borrower notices (0.7); work on
                             ordering title company updates (0.4).

11/29/06 A Jarvis        .50 Conference call with potential bidder
                             regarding due diligence questions, auction
                             process.

11/29/06 A Jarvis        .80 Conference call with Mesirow team regarding
                             auction process, potential bid issues,
                             qualified bid process.

11/29/06 A Jarvis        .50 Correspondence with Mesirow team on auction
                             issues, qualified bid issues.

11/29/06 A Jarvis        .20 Telephone conference with J. Reed, B. Fasel
                             and proposed bidder regarding auction,
                             bidding process.

11/29/06 A Jarvis       1.20 Telephone conference with B. FAsel, J. Reed
                             and S. C. Strong regarding auction process,
                             qualified bid process, bidding issues.

11/29/06 B Kotter       2.60 Extended conference call with S. C. Strong, A.
                             W. Jarvis and Mesirow team regarding bidding
                             procedures and issues related to auction (1.2);
                             review of bidding procedures to address
                             specific issues (1.4).

11/29/06 D Monson        .50 Review loan escrow requirements for closing and
                             phone call to Maggie Stone on audit and
                             verification of original loan documents (0.3);
                             review e-mails from Maggie Stone on file audit
                             for closing (0.2).

11/29/06 S Strong        .40 Telephone conference with T. Quinn regarding
                             his entitys prior interest in purchasing
                             estate assets (0.3); email to A. W. Jarvis
                             regarding same (0.1).

11/29/06 S Strong        .20 Telephone conference with J. McCarroll
                             regarding status of borrower estoppel letters
                             (0.1); follow-up regarding same (0.1).

11/29/06 S Strong        .90 Telephone conference with B. Fasel and A. W.
                             Jarvis regarding bidder
                             evaluations/qualifications (.9).

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/29/06 S Strong          .30 Telephone conference with J. McCarroll
                               regarding competing bid packages (0.2);
                               telephone conference with A. W. Jarvis
                               regarding same (0.1).

11/29/06 S Tingey          .80 Conference with D. M. Monson regarding
                               closing issue (0.2); telephone conference
                               with M. Stone regarding closing issues (0.2);
                               obtain and provide information to M. Stone
                               regarding due diligence (0.2); review
                               information from M. Stone (0.2).

11/30/06 K Glade          1.50 E-mail from C. Pajak regarding title
                               endorsement on Gramercy loan (relating to
                               Silverpoint APA loan (0.2); related conferences
                               with E. Toscano regarding Gramercy update
                               (0.2); conferences with D. Monson and S. Tingey
                               regarding Gramercy update as it relates to
                               Silver Point APA (0.3); conferences with E.
                               Toscano regarding updating title work on DTDF
                               portfolio (0.8).

11/30/06 A Jarvis          .60 Analyze Silver Point's demand for immediate
                               copies of competing pre-qualified bids (.2);
                               telephone conference with J. McCarroll and S.
                               C. Strong regarding response to Silver Point's
                               demand, bid procedures.

11/30/06 A Jarvis          .40 Correspondence on bid procedures.

11/30/06 A Jarvis         1.20 Correspondence on issues raised by Silver
                               Point regarding bid procedures and demand to
                               immediately obtain copies of competing
                               pre-qualified bids.

11/30/06 A Jarvis          .30 Correspondence with B. Fasel regarding
                               communications from Silver Point and response
                               to same.

11/30/06 D Monson          .70 Evaluate Gramercy title endorsement issues for
                               closing, and review Gramercy endorsement
                               commitment (0.7).

11/30/06 S Strong          .20 Telephone conference with J. McCarroll
                               regarding competing bids and procedure for
                               analyzing same (.2).

```
Client No. 34585                                      Page:   19
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007
```

| 11/30/06 S Strong | .10 | Exchange emails with R. Charles regarding Nevada regulatory consent for Silver Point (.1). |
| 11/30/06 S Strong | .50 | Confer with A. W. Jarvis regarding competing bids and procedure for disclosing same (0.2); review email from R. Charles regarding same (0.1); telephone conference with A. W. Jarvis and B. Fasel regarding same (0.2). |
| 11/30/06 S Strong | .30 | Telephone conference with J. McCarroll regarding SPs position on competing bids and disclosure of same (0.2); email to A. W. Jarvis regarding same (0.1). |
| 11/30/06 S Tingey | .20 | Facilitate drafting of Assignment and Allonges (0.2). |
| 11/30/06 S Tingey | .30 | Conference with D. M. Monson and K. G. Glade and communicate with counsel for First Trust Deed Fund regarding APA closing issues. |
| 11/30/06 A Hansen | .30 | Preparation of Assignment of Deeds. |

```
 TOTAL FOR LEGAL SERVICES RENDERED                         $41,954.00
```

*"Exhibit J-4"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No.  357329

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00004

**Business Operations**

| | | | |
|---|---|---|---|
| 11/01/06 | K Glade | 2.30 | Review proposed default interest letters (0.4); e-mail from S. Tingey regarding interest accrual in extension agreements (0.3); e-mail from S. Tingey regarding ordinary course issue on Slade (0.2); related e-mail from and conference with D. Monson (0.2); e-mail to M. Haftl regarding scope of collateral covered by 10-90 Inc. documents and by post-bankruptcy IP Security Agreement (0.7); related e-mails from S. Strong and M. Haftl (0.3); review 10-90 Inc. documents for collateral detail (0.2). |
| 11/01/06 | D Monson | 5.70 | Phone call from Brian Sherr, attorney for Palm Harbor One Borrower (0.1); review and respond to e-mail from M. Haftl on default interest calculation issues (0.2); review e-mail from S. Smith on default interest calculations (0.1); further revisions to Palm Harbor One Loan Modification Order (1.0); prepare Stipulated Order on General Authorization to Follow Loan Servicing Agreement (1.6); review L. Schwartzer e-mail on Standard Property Development Preliminary Injunction status (0.1); e-mails to M. Olson on status of Standard Property Development Preliminary Injunction on Florida Litigation (0.4); review L. Schwartzer e-mail to A. Brumby, Standard Property Development |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

attorney, on Preliminary Injunction (0.1);
phone call from M. Haftl on Palm Harbor One
Loan Modification Order (0.1); review e-mail
from Dean Kirchen, Stewart Title, on Castaic
Partners III Loan closing (0.2); review Palm
Harbor One Loan Modification Order (0.3);
review Stipulated Order on General
Authorization to Follow Loan Servicing
Agreement (0.3); phone conference with J.
Atkinson, Bob Coe and S. Strong on default
interest issues and collection efforts for
defaulted loans (0.8); phone call from Dean
Kirchen, Stewart Title, on Castaic Partners III
Loan closing (0.1); phone call from A. Stevens
on Castaic Partners III Loan closing (0.2);
e-mail to M. Stone on Castaic Partners III Loan
closing (0.1).

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/06 | S Strong | .20 | Exchange emails with M. Haftl regarding debtors prior E&O policy (0.1); telephone conference with M. Haftl regarding same (0.1). |
| 11/01/06 | S Strong | 1.00 | Telephone conference with J. Atkinson, B. Koe and M. Haftl regarding loan servicing and default interest issues (0.7); telephone conference with same regarding debtors E&O insurance issues (0.1); telephone conference with same regarding IP pledge agreement (0.2). |
| 11/01/06 | A Tsu | .60 | Reviewing and editing Cooperation Agreements and forwarding same to T. Allison, S. Smith and J. Atkinson. |
| 11/01/06 | A Hansen | .60 | Gather documents requested by K. Glade from the Fox Hills Fresno Slough, LLC docket sheet (Fox Hills 216 Loan). |
| 11/02/06 | K Glade | .90 | Review aberrations in LSA's and related interest, accrual issues (0.4) review LSA's at issue (0.5). |
| 11/02/06 | K Glade | 1.70 | E-mails from Fidelity National regarding open closing items on Hasley Canyon (0.3); e-mail to A. Stevens regarding payoff on Hasley Canyon (0.2); related telephone calls with A. Stevens and M. Haftl regarding interest |

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                    January 19, 2007

                        compounding and payoff issues on Hasley
                        Canyon (0.6) e-mails with Hasley Canyon
                        attorney regarding signatures on letter
                        agreement (0.3) e-mail to Mesirow explaining
                        terms of letter agreement on Hasley Canyon
                        (0.3).

11/02/06 D Monson    8.90  Review and respond to M. Haftl e-mail on Hilco
                        appraisals (0.2); finalize Palm Harbor One Loan
                        Modification Order and forward to L. Dorsey for
                        formatting and circulation (0.3); review and
                        respond to e-mails from L. Dorsey and L.
                        Schwartzer on Palm Harbor One Loan Modification
                        Order (0.2); phone call from M. Olson on Lerin
                        Hills workout issues (0.2); revise Lerin Hills
                        Direct Lender letter and forward to M. Olson,
                        A. Stevens and M. Haftl (0.4); phone call from
                        Dean Kirchen, Stewart Title, on Castaic
                        Partners II Loan closing (0.2); review e-mails
                        from M. Stone on Castaic Partners III Loan
                        Amendment (0.2); e-mail from A. Stevens on Palm
                        Harbor One Loan Modification documentation
                        (0.1); review default interest issues (0.2);
                        review A. Stevens e-mail on Lerin Hills Direct
                        Lender letter (0.2); phone call to A. Stevens
                        on Lerin Hills Direct Lender letter (0.2);
                        further revisions to Lerin Hills Direct Lender
                        letter on Lerin Hills workout proposal and
                        forward to M. Olson (1.1); Review Castaic
                        Partners II and Castaic Partners III Loan
                        documents and make revisions to Trust Deed
                        Amendments for Castaic Partners II and Castaic
                        Partners III Loans (1.7)
                        Review Pro Forma title Policies for Castaic
                        Partners II additional collateral closing
                        (1.2); phone conference with D. Kirchen,
                        Stewart Title, on Castaic Partners II
                        additional collateral closing (1.3); prepare
                        Escrow Instructions for Castaic Partners II
                        additional collateral closing and discuss
                        closing issues with D. Kirchen, Stewart Title
                        (1.2).

11/02/06 S Strong     .30  Telephone conference with S. Smith regarding
                        loan accounting and investor distribution
                        issues (.3).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007


11/02/06 S Strong          .10 Exchange emails with L. Schwartzer and D. M.
                               Monson regarding proposed order on loan
                               modification motion (.1).

11/03/06 A Jarvis          .20 Correspondence on insurance issues.

11/03/06 A Jarvis          .20 Correspondence on appraisals.

11/03/06 D Monson         7.30 Review e-mail from A. Stevens, and revise Lerin
                               Hills Direct Lender letter (0.9); e-mail to A.
                               Stevens and J. McPherson and S. Strong on Lerin
                               Hills Direct Lender letter (0.2); review e-mail
                               from W. McKenna on Rule 2014 Verified Statement
                               information for foreclosure counsel, and locate
                               conflicts check information to send to W.
                               McKenna (0.3); e-mails with Carrie Hurst and W.
                               McKenna on conflicts checks for Rule 2014
                               Verified Statement of Foreclosure Counsel
                               (0.3); review Lerin Hills Direct Lender letter
                               and Lerin Hills Motion (0.2); review Order on
                               Lerin Hills Motion (0.2); Phone call to J.
                               McPherson on Lerin Hills Direct Lender letter
                               (0.2); phone call from Brian Sherr, attorney
                               for Palm Harbor One (0.1); review filed Lerin
                               Hills Motion and Declaration and coordinate
                               arrangements for service upon Lerin Hills
                               Direct Lenders (0.6); review e-mail from L.
                               Dorsey on status of Lerin Hills Motion for
                               hearing date (0.1); e-mail to M. Olson and
                               Mesirow officers on status of Lerin Hills
                               Motion and Lerin Hills Direct Lender letter
                               (0.3); review and respond to M. Haftl e-mail on
                               Lerin Hills Motion (0.2); e-mail to L. Dorsey
                               on Palm Harbor One Modification Order (0.1);
                               review e-mail from D. Kirchen on Castaic
                               Partners II closing (0.2); finalize draft of
                               Proposed Order on General Authorization for
                               USACM under Loan Servicing Agreements, and
                               forward to AWJ & L. Schwartzer (1.1); review
                               and respond to M. Haftl e-mail on Bay Pompano
                               Loan and partial Release request (0.3); phone
                               call to M. Haftl on Lerin Hills Direct Lender
                               letter (0.2); e-mail to Silver Point attorneys
                               on Palm Harbor One Loan Modification consent
                               (0.2); phone call from S. Scann on Binford
                               interest reserves (0.3); begin draft of Fifth
                               Amendment to Palm Harbor One Loan Agreement
                               (1.0); review and respond to e-mail from M.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

                                 Haftl on Palm Harbor One Loan Modification
                                 issues (0.3).

11/03/06 S Strong        .10 Review Lerin Hills motion (.1).

11/03/06 S Strong        .10 Exchange emails with J. Reed regarding cash
                             budget (.1).

11/04/06 D Monson       4.60 Continue draft of Fifth Amendment to Loan
                             Documents for Palm Harbor One Loan (1.3);
                             draft Fifth Amendment to Mortgage for Palm
                             Harbor One Loan (0.6); draft Consent of
                             Junior Lenders for Palm Harbor One Loan
                             (1.0); review Palm Harbor One Loan Promissory
                             Note, Loan Agreement, and Mortgage and
                             Amendments thereto, Palm Harbor One Fee
                             Agreement, and Palm Harbor One Loan
                             Subordination Agreement for consistency with
                             Palm Harbor One Loan Modification (1.2);
                             e-mail to M. Haftl and A. Stevens on draft
                             Fifth Amendment on Loan Documents for Palm
                             Harbor One Loan (0.3); e-mail to M. Haftl and
                             A. Stevens on draft consent of Junior Lenders
                             for Palm Harbor One Loan (0.2).

11/06/06 K Glade         .70 E-mail to Hasley Canyon's attorney regarding
                             letter agreement (0.2); follow-up e-mail
                             regarding Hasley Canyon's signature (0.2);
                             e-mail from T. Allison regarding Hasley
                             Canyon signature (0.1); e-mail to Maggie
                             Stone regarding Hasley Canon payoff
                             calculation (0.2).

11/06/06 B Kotter       1.70 Review Assignment Procedures and work on
                             Motion.

11/06/06 D Monson       6.00 Review and respond to e-mail from Brian Sherr,
                             Palm Harbor One attorney, on status of proposed
                             Palm Harbor One Order (0.2); forward proposed
                             Palm Harbor One Order to Brian Sherr  (0.1);
                             review e-mails on status of Palm Harbor One
                             Order and Loan Modification documents (0.2);
                             prepare Supplemental Declaration of Thomas
                             Allison for Marlton Square 1st Loan Forbearance
                             and continued hearing, and forward to L. Dorsey
                             for formatting and for execution by Tom Allison

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    6
January 19, 2007

(0.9); review and respond to B. Sherr e-mail on Palm Harbor One proposed Order (0.1); review and respond to C. Carlyon e-mail on Palm Harbor One proposed Order (0.2); E-mail to L. Dorsey on Exhibit to Supplemental Declaration of Tom Allison for Marlton Square 1st Loan Forbearance (0.2); Review e-mail from T. Allison on Supplemental Declaration for Marlton Square 1st Loan Forbearance (0.1); review e-mail from L. Schwartzer, revise Supplemental Declaration for Marlton Square 1st Loan Forbearance, and re-circulate for signatures (0.3); revisions to Consent of Junior Lenders for Palm Harbor One Loan (0.4); review e-mails from M. Haftl and A. Stevens and revise Palm Harbor Loan Fifth Amendment to Loan Documents (0.4); e-mail to Brigid Higgins on Lerin Hills Motion and Direct Lender letter (0.3); review A. Stevens and M. Haftl e-mails on Palm Harbor One Loan Modification Agreement, and forward drafts to B. Sherr (0.3); Review letter from S. Scann on Rio Rancho Loan status, and forward to A. Stevens and S. Smith for further information (0.2); review Palm Harbor One Loan Modification Motion and Reply Brief to verify conditions for granting Loan Modification (0.3); e-mails to B. Sherr on draft Fifth Amendment to Loan Documents and draft Consent of Junior Lenders for Palm Harbor One Loan (0.2); e-mails to L. Dorsey and M. Haftl on signed Supplemental Declaration of Tom Allison on Marlton Square 1st Loan Forbearance (0.1); review S. Smith e-mail on status of Rio Rancho loan interest payments (0.1); Review and respond to James Reed e-mail on California foreclosure counsel, and investigate locations for Foley and Lardner firm in California (0.4); e-mail to Mesirow officers on Binford Interest Reserves (0.3); phone call from Sam Mamano, Lerin Hills Direct Lender, and e-mail to Mark Olson (0.2); phone call from A. Stevens on Bay Pampano Loan Partial Release Request (0.2); review e-mails from M. Olson and M. Haftl on Binford Interest Reserves (0.3).

11/06/06 S Strong       .80 Further analysis of issues for motion regarding assignment of loan interests (0.8).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    7
January 19, 2007

| | | |
|---|---|---|
| 11/07/06 K Glade | .20 | Review updated "summary of default letters". |
| 11/07/06 K Glade | .30 | E-mail from Fidelity National regarding Hasley Canyon closing (0.1); e-mail from J. Friedman regarding Hasley Canyon closing (0.1); e-mail to M. Stone regarding updated payoff for Hasley Canyon (0.1). |
| 11/07/06 K Glade | .90 | Review status of Fox Hills Fresno Slough bankruptcy case and review motion to dismiss (0.7); related e-mail to Mesirow (0.2). |
| 11/07/06 K Glade | .40 | Telephone call with lawyer for Citizen's Bank regarding automatic stay letter on Hespiria II loan (0.2); draft explanatory e-mail (0.2). |
| 11/07/06 B Kotter | .60 | Receive and incorporate edits into Assignment Procedures Motion. |
| 11/07/06 D Monson | .10 | Check docket sheet for filing of Supplemental Declaration of Tom Allison for Marlton Square 1st Loan Forbearance (0.1). |
| 11/07/06 D Monson | .10 | Review and respond to M. Olson e-mail on letters to Lerin Hills Direct Lenders (0.1). |
| 11/07/06 D Monson | .10 | Review Memo on accrual dates for default interest for defaulted loans in portfolio (0.1). |
| 11/07/06 D Monson | .10 | Review discontinuance of Southern California Land Loan foreclosure of senior lien (0.1). |
| 11/07/06 D Monson | .10 | Review and respond to A. Stevens e-mail on status of Rio Rancho Loan as performing (0.1). |
| 11/07/06 D Monson | .10 | Review Maggie Stone e-mail on Urban Housing Alliance exit fee issues (0.1). |
| 11/08/06 K Glade | .30 | E-mail to Fidelity National regarding closing documents for Hasley Canyon. |
| 11/08/06 A Jarvis | .20 | Telephone conference with T. Allison regarding Colt, Wyndham loans. |
| 11/08/06 A Jarvis | .30 | Telephone conference with HFA regarding Wyndham and Colt loans. |

Client No. 34585                                          Page:     8
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007

11/08/06 A Jarvis          .20 Correspondence regarding Wyndham and Colt
                               loans.

11/08/06 A Jarvis          .40 Correspondence on procedures motion.

11/08/06 B Kotter         1.60 Review Motion on Assignment Procedures with
                               comments from Mesirow team (1.6).

11/08/06 D Monson          .50 Review J. McPherson e-mail on Lerin Hills
                               Motion and Notice (0.1); e-mail to J.
                               McPherson on Notice to Mountain West Mortgage
                               of Lerin Hills Motion (0.1); e-mail from S.
                               Strong on Lerin Hills Motion hearing date
                               (0.1); review and respond to J. McPherson
                               e-mail on Notice of Lerin Hills motion;
                               review M. Olson e-mail on Lerin Hills Motion
                               and Direct Lender contacts (0.1).

11/08/06 D Monson          .10 Begin review of Binford Adversary Proceeding
                               Complaint.

11/08/06 D Monson          .10 E-mail to L. Schwartzer and M. Olson on Lerin
                               Hills Motion and Direct lender contacts.

11/08/06 D Monson          .10 Review M. Haftl e-mail on Bay Pampano Loan.

11/08/06 D Monson          .10 Review e-mail from L. Dorsey on status of
                               Palm Harbor One order and forward to B. Sherr.

11/08/06 D Monson          .10 Phone call from B. Sherr on Palm Harbor One
                               Loan Modification Order, and e-mail to L.
                               Dorsey on status.

11/08/06 D Monson          .10 Review M. Haftl e-mail on Meadow Creek loan
                               payoff.

11/08/06 E Monson          .30 Review motion to file protective order under
                               seal filed by J. Milanowski counsel.

11/08/06 S Strong         1.00 Review comments from S. Smith to proposed
                               motion regarding assignment procedures (0.4);
                               email to S. Smith regarding same (0.1); review
                               and edit revised draft of motion (0.4);
                               transmit same to S. Smith for review (0.1).

11/08/06 S Strong          .20 Exchange emails with J. McPherson and D. M.
                               Monson regarding upcoming hearing on Lerin
                               Hills motion (.2).

Client No. 34585                                    Page:     9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/09/06 K Glade       1.90 Telephone calls with J. Friedman (borrower's
                            counsel) regarding Hasley Canyon payoff issue
                            (0.2); related e-mail to USA and Mesirow
                            (0.4); e-mail from M. Haftl regarding Hasley
                            Canyon (0.1); re-mail from M. Stone regarding
                            Hasley Canyon payoff (0.1); telephone call
                            with J. Friedman regarding Hasley Canon
                            payoff (0.1); related e-mail to USA and
                            Mesirow regarding Hasley Canyon payoff
                            calculation (0.4); related telephone call
                            with M. Haftl (0.2); subsequent e-mails from
                            Mesirow and Hasley Canyon attorney regarding
                            payoff (0.2); e-mail to title company
                            regarding reconveyance issue on Hasley Canyon
                            (0.2).

11/09/06 A Jarvis       .30 Correspondence on Colt Gateway.

11/09/06 A Jarvis       .20 Correspondence on loan collateral.

11/09/06 A Jarvis       .30 Telephone conference with C. Scully regarding
                            repayment of HFA loans.

11/09/06 A Jarvis       .40 Correspondence with T. Allison and M. Haftl
                            regarding Colt Gateway.

11/09/06 A Jarvis       .50 Review of Binford motion.

11/09/06 A Jarvis       .30 Correspondence on Binford motion.

11/09/06 B Kotter      2.60 Review and respond to e-mail from Mesirow
                            individuals and debtor's employees regarding
                            procedures (.8); additional review and
                            revisions per comments to procedure motion
                            and incorporate into draft (1.8).

11/09/06 D Monson       .20 Evaluation of Binford Interest Reserves (0.2).

11/09/06 D Monson       .30 Review e-mail from Greg Garman on Palm Harbor
                            One Loan Modification Order revisions (0.2);
                            analyze Palm Harbor one Loan Modification Order
                            revisions (0.1).

11/09/06 D Monson       .10 Analyze General Authorization Order for
                            Short-Term Forbearances and Full Releases.

Client No. 34585                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

11/09/06 S Strong        .90 Review issues regarding proposed motion to
                             approve loan assignment procedures (0.8);
                             circulate draft of motion regarding loan
                             assignment procedures to committees for review
                             (0.1).

11/09/06 S Strong        .40 Review email from C. Carlyon and attached
                             memorandum regarding loan assignment procedures
                             (0.3); email to S. Smith regarding same (0.1).

11/10/06 A Jarvis        .20 Correspondence with client on collection
                             issues.

11/10/06 D Monson        .40 Phone call from S. Scann on Binford Interest
                             Reserves (0.2); review e-mails from L.
                             Schwartzer on Binford Interest Reserves (0.2).

11/10/06 D Monson        .10 Review e-mails on Los Valles Livingston Loan
                             status.

11/10/06 D Monson       1.30 Phone call from B. Sherr on Palm Harbor One
                             Loan Modification order and modification
                             documents (0.2); e-mails to B. Sherr on
                             status of Palm Harbor One Order (0.2);
                             e-mails to Committee Attorneys and U.S.
                             Trustee on revised Palm Harbor One Order
                             approval (0.2); e-mails to Maggie Stone and
                             A. Stevens on Palm Harbor One Loan
                             Modification documents and list of current
                             Direct Lenders (0.2); review e-mail from L.
                             Schwartzer on revised Palm Harbor One Order
                             (0.1); review e-mails from R. Charles and C.
                             Carlyon on revised Palm Harbor One Order and
                             forward to B. Sherr (0.2); e-mail to Silver
                             Point attorneys on Palm Harbor One Loan
                             Modification approval (0.2).

11/10/06 D Monson        .30 Phone call to Marc Colen, attorney for
                             Marlton Square 1st Loan non-managing member
                             (0.1); conference with AWJ on Marlton Square
                             1st Loan Forbearance Motion and Supplemental
                             Declaration of Tom Allison (0.2).

11/10/06 D Monson        .10 Phone call from J. Reed on foreclosure
                             counsel issues.

11/10/06 D Monson        .30 Review and respond to e-mail from M. Olson on
                             status of Lerin Hills workout motion.

Client No. 34585                                           Page:    11
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007


11/10/06 E Monson        .50 Review e-mails regarding Motion to File
                             Protective Order under seal and review motion
                             to file under seal.

11/10/06 E Monson        .10 Work on response to filing motion under seal.

11/11/06 D Monson        .20 Review and respond to e-mails from B. Sherr
                             on status of Palm Harbor One Order (0.1);
                             review and e-mail from G. Garman on Palm
                             Harbor One Order (0.1).

11/12/06 S Strong        .20 Review comments from T. Burr regarding proposed
                             assignments motion (0.2).

11/13/06 K Glade         .10 Analyze commission charge on Shamrock Towers.

11/13/06 K Glade        1.30 Review Del Valle Livingston documents and
                             prepare summary.

11/13/06 K Glade         .20 E-mails regarding receipt of wire on Hasley
                             Canyon.

11/13/06 D Monson       2.50 Phone call from B. Sherr, Palm Harbor One
                             attorney (0.1); revisions to Fifth Amendment to
                             Mortgage and Fifth Amendment to Loan Documents
                             for Palm Harbor One Loan (0.9); phone call to
                             M. Stone on Palm Harbor One Loan Modification
                             (0.2); phone call to Darren Pascarella on Palm
                             Harbor One Order (0.1); phone calls to B.
                             Sherr, Palm Harbor One attorney, on Proposed
                             Order and loan modification documents (0.3);
                             phone call to Lia Dorsey on status of Palm
                             Harbor One Proposed Order (0.1); review e-mail
                             from Lia Dorsey on Palm Harbor One Proposed
                             Order status (0.1); review e-mail from
                             Constantine Karides on Palm Harbor One Proposed
                             Order, and respond to e-mail (0.2); e-mail to
                             M. Stone and A. Stevens on Palm Harbor One Loan
                             Modification, and review M. Stone list of
                             Direct Lenders (0.4); review and respond to A.
                             Stevens e-mail on Palm Harbor One Loan (0.1);
                             review and respond to M. Haftl e-mail on Palm
                             Harbor One Loan (0.2).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    12
January 19, 2007

| | | | |
|---|---|---|---|
| 11/13/06 | D Monson | 1.00 | Phone call from Marc Cohen and Steve Worth, attorneys for non-managing member of Marlton Square Loan Borrower (0.4); review and respond to M. Olson e-mails on Marlton Square 1st Loan payoff (0.3); e-mail to AWJ and M. Olson on Marlton Square 1st Loan payoff status (0.3). |
| 11/13/06 | D Monson | .20 | Review and respond to e-mail from S. Tingey on Shamrock Towers Loan. |
| 11/13/06 | D Monson | .20 | Discussion with S. Tingey on BySynergy Loan and turnover motion for junior trust deed in escrow. |
| 11/13/06 | D Monson | .10 | Review e-mail from L. Schwartzer on Standard Property Development Loan. |
| 11/13/06 | D Monson | .20 | Review and respond to J. McPherson e-mail on Lerin Hills workout. |
| 11/13/06 | D Monson | .20 | Review W. McKenna information on foreclosure counsel retention and forward to J. Reed. |
| 11/14/06 | K Glade | .80 | Draft e-mail to Mesirow regarding Fox Hills 216 loan. |
| 11/14/06 | A Jarvis | .20 | Correspondence on Halsey Canyon payoff. |
| 11/14/06 | A Jarvis | .50 | Correspondence on $2.6 million in collection account, tracing issues. |
| 11/14/06 | A Jarvis | .70 | Telephone conference with T. Allison and S. Smith regarding disclosure statement, plan issues, collection issues on Placer Vineyards. |
| 11/14/06 | B Kotter | 1.80 | Work on Assignment Procedures Motion (1.8). |
| 11/14/06 | D Monson | .40 | Review and respond to e-mail from Constantine Karides on approval of Palm Harbor One Loan Modification (0.2); review e-mail from A. Stevens on units released for Palm Harbor Loan Modification (0.2). |
| 11/14/06 | D Monson | .10 | Review Marlton Square 1st Loan Forbearance issues. |

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/14/06 D Monson        .50 Phone conference with A. Stevens and Robert
                             Koe on partial release issues for matured
                             loans.

11/14/06 D Monson        .10 Review e-mail from A. Stevens on 5055
                             Collwood Partial Releases.

11/14/06 S Strong        .20 Telephone conference with T. Allison regarding
                             Placer Vineyard issues (0.1); analyze same
                             (0.1).

11/14/06 S Strong        .90 Exchange emails with C. Carlyon regarding
                             proposed motion regarding assignments
                             procedures (0.2); review and analysis of
                             memorandum from S. Sherman regarding same
                             (0.5); telephone conference with S. Smith
                             regarding same (0.1); email to committees
                             regarding same (0.1).

11/15/06 A Brinkerhoff   .60 Call to D. Griffith regarding motion to file
                             pleadings under seal (.3); email report to A.
                             Jarvis, S. Strong and E. Monson (.3).

11/15/06 K Glade         .20 E-mails regarding telephone call with
                             Diversified Committee regarding HFA loans.

11/15/06 A Jarvis        .50 Correspondence on Colt loans.

11/15/06 A Jarvis        .30 Correspondence on loan collections.

11/15/06 B Kotter       1.00 Further revisions to procedures on
                             assignments (.7); send to local counsel for
                             filing (.3).

11/15/06 D Monson       1.40 E-mails with A. Stevens on list of released
                             units for Palm Harbor One Loan Modification
                             documents (0.3); verify list of released
                             units and revise Palm Harbor One Loan
                             Modification documents for closing (0.3);
                             review docket sheet for Palm Harbor One Loan
                             Modification Order and forward to B. Sherr
                             (0.3); e-mail to B. Sherr on entered Palm
                             Harbor One Order (0.2); e-mails to A.
                             Stevens, M. Haftl and M. Olson on final
                             revisions to Palm Harbor One Loan
                             Modification closing documents and Palm
                             Harbor One entered Order (0.3).

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|

11/15/06 D Monson       .10 Review M. Olson e-mail on Lerin Hills workout
                            proposal.

11/15/06 D Monson       .10 Review e-mail from A. Stevens on partial
                            release requests for  5055 Collwood Loan.

11/15/06 D Monson       .70 Review HFA Clear Lake Forbearance Order (0.3);
                            e-mail to Jan Chubb on HFA Clear Lake Loan
                            Forbearance Order (0.1); review e-mail from
                            Janet Chubb on HFA Clear Lake Loan (0.1);
                            e-mail to M. Olson and T. Allison on HFA Clear
                            Lake Loan status (0.2).

11/15/06 D Monson      1.30 Revise Stipulation and Order on General Loan
                            Servicing Agreement Powers, and partial release
                            authorizations.

11/15/06 D Monson       .10 Review M. Olson e-mail on partial release
                            authorizations.

11/15/06 E Monson       .20 Review email from A. T. Brinkerhoff regarding
                            motion to file protective order under seal and
                            his conversation with D. Griffith.

11/16/06 K Glade        .20 E-mail with M. Stone regarding general
                            question on recording of direct lender
                            assignments.

11/16/06 K Glade       1.60 Conference all with Diversified Committee
                            regarding Colt Division 1 Loan (0.3); Colt
                            Division 2 Loan (0.3); Cold CREC Loan (0.3);
                            Colt Gateway Loans (0.2); Clearlake (0.2);
                            and Monaco Loan (0.2).

11/16/06 K Glade       1.80 Conference call with Diversified Fund
                            regarding actions to be taken against
                            Investment Partner VI on Marquis Hotel Loan
                            and sale of hotel (0.9); review Marquis Hotel
                            transactional documents (0.3); review
                            proposed petition and declaration with
                            respect to Investment Partners VI (0.6).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   15
January 19, 2007

| | | | |
|---|---|---|---|
| 11/16/06 D Monson | 1.00 | Review e-mail from A. Stevens on Palm Harbor One Loan Modification documents (0.2); e-mails to B. Sherr and M. Olson on Palm Harbor One Loan Modification documents (0.3); e-mail from B. Sherr on Palm Harbor One Loan (0.1); e-mails from M. Stone and A. Stevens on Palm Harbor One Loan Modification closing (0.2); phone call from A. Stevens on Palm Harbor One Loan Modification closing (0.2). |
| 11/16/06 D Monson | .30 | E-mails from M. Haftl on Bay Pampano Loan Partial Releases, and responsive e-mail to M. Haftl. |
| 11/16/06 D Monson | .20 | Review e-mail from M. Olson on Binford Loan Direct Lender foreclosure action. |
| 11/16/06 D Monson | .20 | Draft Stipulation and Order on General Loan Servicing Agreement Powers (0.2); E-mail to Committee counsel on Motion to Grant General Authorization to USACM on Loan Servicing Agreement Powers (0.6). |
| 11/16/06 D Monson | .40 | Review e-mail from M. Olson on Lerin Hills workout motion. |
| 11/16/06 S Strong | .50 | Review and edit motion regarding assignment procedures (0.5). |
| 11/16/06 S Strong | .20 | Review emails from M. Olson and D. M. Monson regarding direct lenders responses proposal regarding Lerin Hills loan (0.1); email to D. M. Monson regarding same (0.1). |
| 11/17/06 K Glade | 1.70 | Review agreement for sale of Hotel Zosa (0.3); review related escrow agreement (0.3); draft e-mail to M. haftl regarding proposed revocation of payoff in Marquis Hotel (Hotel Zosa) and related California law issues (1.1). |
| 11/17/06 B Kotter | .20 | E-mail S. Smith regarding service of assignment procedures motion. |
| 11/17/06 D Monson | .30 | Review M. Haftl e-mails on Bay Pampano Loan partial releases. |
| 11/17/06 D Monson | .30 | Review and respond to M. Haftl and M. Olson e-mails on Lerin Hills workout motion. |

Client No. 34585                                      Page:   16
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


11/17/06 D Monson        .90 Review W. McKenna engagement letter and Rule
                             2014 Verified Statement for Amesbury Loan
                             foreclosure, and e-mail to W. McKenna and J.
                             McPherson (0.6); phone call to J. Reed on
                             foreclosure counsel for Amesbury Loan
                             foreclosure (0.1); e-mail to R. Charles on
                             Amesbury Loan foreclosure counsel (0.2).

11/17/06 D Monson        .90 Review W. McKenna engagement letter and Rule
                             2014 Verified Statement for
                             Brookmere/Matteson Loan, and e-mail to W.
                             McKenna and J. McPherson (0.6); phone call to
                             J. Reed on foreclosure counsel for
                             Brookmere/Matteson Loan foreclosure (0.1);
                             e-mail to R. Charles on Brookmere/Matteson
                             Loan foreclosure counsel (0.2).

11/17/06 D Monson        .30 Review and respond to M. Haftl e-mail on
                             Marquis Hotel payoff request.

11/17/06 D Monson       1.00 Review Binford Adversary Complaint and
                             exhibits, Declaration of Ken Schmidt, and
                             Motion for Preliminary Injunction.

11/17/06 D Monson        .10 Review R. Charles response to e-mail on
                             foreclosure counsel.

11/17/06 D Monson       1.30 Review and respond to S. Smith e-mails on
                             Palm Harbor One Loan Modification (0.3);
                             phone call from M. Stone on Palm Harbor One
                             Modification closing issues (0.2); e-mail
                             from S. Steele on Palm Harbor One Loan
                             Modification (0.1); letter to Chicago Title
                             Company on Palm Harbor One Loan Modification
                             closing (0.7).

11/17/06 S Strong        .20 Exchange emails with J. Chubb and T. Allison
                             regarding Colt Gateway loan (.2).

11/20/06 B Kotter        .50 Respond to inquiry regarding motion for
                             assignment procedures and service on various
                             companies.

11/20/06 D Monson        .90 Begin draft of Consent of Junior Lenders for
                             Marlton Square 2nd Loan Subordination.

Client No. 34585                                          Page:    17
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/20/06 D Monson        .20 E-mail to Dean Kirchen on Castaic Partners II
                             closing for additional collateral, and review
                             Dean Kirchen response.

11/20/06 D Monson        .20 Review e-mail from M. Haftl on Bay Pampano
                             Loan payments, and review A. Stevens response.

11/20/06 D Monson        .50 Review and respond to M. Haftl e-mail on Palm
                             Harbor One Loan Modification closing (0.2);
                             e-mail to B. Sherr on Palm Harbor One Loan
                             Modification closing (0.2); review and
                             respond to M. Stone e-mail on Palm Harbor One
                             Loan Modification closing (0.1).

11/20/06 D Monson        .20 Review Lerin Hills workout motion.

11/20/06 D Monson       3.20 Review possible Title Endorsement Forms for
                             closing (0.3); work on Borrower Estoppel
                             Notices (0.5); review latest versions of
                             Borrower Estoppel Notices (0.6); conference
                             with J. Atkinson, S. Smith, J. Reed and M.
                             Haftl on closing items and Borrower Estoppel
                             Notices (0.6); conference with J. McCarroll, D.
                             Cica, J. Reed, K. Glade, S. Tingey and S.
                             Strong on Borrower Estoppel Notices (0.6);
                             conference with J. Reed, K. Glade, S. Tingey
                             and S. Strong on Borrower Estoppel Notices and
                             default dates for loan portfolio (0.5).

11/20/06 E Monson       1.00 Analyze document requests by J. Milanowski.

11/20/06 S Strong        .30 Telephone conference with S. Smith regarding
                             claims arising from uncleared prepetition
                             checks (.3).

11/21/06 A Jarvis        .30 Correspondence on Halsey Canyon loan
                             collection.

11/21/06 A Jarvis        .10 Call to T. Allison regarding Halsey Canyon
                             collection.

11/21/06 A Jarvis        .40 Correspondence on Halsey Canyon loan
                             collection.

11/21/06 D Monson       1.30 Phone call from A. Stevens on Palm Harbor One
                             Loan Modification closing follow-up (0.2);
                             review e-mails from M. Stone and Borrowers
                             attorney on Palm Harbor One Loan Modification
                             closing (0.2); review e-mail from title

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   18
January 19, 2007

|  |  |  |
|---|---|---|
|  |  | company attorney on Palm Harbor One Loan Modification closing (0.1); revisions to Consent of Junior Lender for Palm Harbor One Loan modification, and e-mails on Loan Modification closing to K. Wright (title company) and Harris Nizel (Borrower attorney) (0.8). |
| 11/21/06 D Monson | .70 | Review e-mails from R. Charles and J. Reed on foreclosure counsel issues (0.3); e-mails to J. Reed on foreclosure counsel issues (0.3); e-mail to R. Charles on foreclosure counsel issues (0.1). |
| 11/21/06 D Monson | .10 | Phone call from A. Stevens on inquiry from Standard Property Development Borrower. |
| 11/21/06 D Monson | 1.00 | Review Binford Medical Loan Motion for Preliminary Injunction (0.3); review draft Opposition and draft Declaration of Thomas Allison to Binford Motion for Preliminary Judgment and lengthy e-mail to A. Stevens on disbursement issues (0.7). |
| 11/21/06 D Monson | .20 | Evaluate Lerin Hills Direct Lender Letter. |
| 11/21/06 E Monson | .90 | Work on issues related to documents requested by J. Milanowski. |
| 11/22/06 A Brinkerhoff | .80 | Review USAIP and J. Milanowski's (a) Motion for Protective Order, (b) Memorandum and Affidavit in Support of Motion, and (c) Notice of Hearing (.8). |
| 11/22/06 K Glade | .90 | E-mail regarding lien foreclosure lawsuit on Brookmere (0.2); review Brookmere loan documents (0.7). |
| 11/22/06 K Glade | .40 | Review Hasley Canyon and payoff information (0.2); review related e-mail on H. Canyon (0.2). |
| 11/22/06 K Glade | 1.50 | Draft e-mails (with prepared attachments) to team regarding status of Fox Hills 216, related mechanics lien foreclosure, and claim on title policy (1.3); telephone call with title company regarding claim on Fox Hills 216 title policy (0.2). |

Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/22/06 D Monson      1.00 E-mail from SCT on foreclosure counsel issues
                            (0.1); e-mail from R. Charles on foreclosure
                            counsel issues (0.1); conference with SCT on
                            foreclosure counsel issues for Texas counsel
                            for West Hills (Huntsville) loan (0.1); phone
                            call from James Reed on foreclosure counsel
                            issues (0.2); e-mail to R. Charles on
                            foreclosure counsel issues (0.5).

11/22/06 D Monson      1.00 Prepare and send out letter to Lerin Hills
                            Direct Lenders on status of Lerin Hills workout
                            Motion.

11/22/06 D Monson       .50 Review S. Scann letter to Fidelity Title on
                            Binford Motion for Preliminary Injunction
                            (0.3); Phone call from A. Stevens on Binford
                            Loan disbursement issues (0.2).

11/22/06 D Monson       .60 Review e-mails from A. Brumby, A. Stevens and
                            M. Haftl on Standard Property Development Loan
                            (0.3); analyze loan interest assignment motion
                            issues for Standard Property Development loan
                            (0.1); respond to M. Haftl and A. Stevens
                            e-mails on Standard Property Development loan
                            settlement offer (0.2).

11/22/06 D Monson       .50 Review Lerin Hills Direct Lenders letter (0.1);
                            E-mails to M. Olson and T. Allison on Lerin
                            Hills Direct Lenders letter (0.2); analyze
                            Lerin Hills workout options and issues (0.2).

11/22/06 D Monson       .30 Review and respond to e-mail from SCT on
                            conference call with Silver Point attorneys on
                            closing issues and form of endorsement for
                            transferred loans (0.1); request copies of
                            final Borrower Estoppel Certificates and
                            Federal Express receipts for transmittal to
                            Silver Point (0.2).

11/22/06 E Monson       .60 Review request for Happy Valley documents from
                            J. Milanowski.

11/22/06 E Monson       .30 Circulate e-mail to Mesirow team regarding
                            agreement regarding the handling of documents
                            that are subject of the documents dispute.

Client No. 34585                                          Page:    20
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/22/06 S Strong        .70 Review emails from M. Olson, A. W. Jarvis, T.
                             Allison and K. G. Glade regarding Hasley
                             Canyon loan payoff (0.2); confer with K. G.
                             Glade regarding same (0.1); email to R.
                             Charles explaining same (0.2); telephone
                             conference with R. Charles regarding same
                             (0.2).

11/22/06 S Strong        .10 Review emails from D. M. Monson and R.
                             Charles regarding foreclosure counsel (.1).

11/24/06 A Jarvis        .20 Correspondence on Colt loans.

11/24/06 D Monson        .10 Review e-mails from M. Olson on Lerin Hills
                             loan status.

11/25/06 D Monson        .40 Review and respond to e-mails from M. Olson
                             on Lerin Hills Loan issues.

11/27/06 K Glade         .20 Review proposal for requirement of Colt loans.

11/27/06 K Glade         .30 Review Botaba foreclosure lawsuit on
                             Brookmere.

11/27/06 A Jarvis        .50 Correspondence on Lerin Hills payoff
                             proposal, motion.

11/27/06 A Jarvis        .40 Correspondence on Colt loans, collection
                             issues.

11/27/06 A Jarvis        .20 Correspondence on Ashby loans.

11/27/06 A Jarvis        .20 Correspondence on the Gardens.

11/27/06 D Monson       1.50 Discuss Lerin Hills workout Motion status and
                             hearing with S. Strong (0.2); phone calls
                             from M. Olson on Lerin Hills Loan Motion
                             (0.2); e-mails to Hans Prakelt, Lerin Hills
                             Direct Lender (0.3); letter to R. LePome,
                             attorney for Dr. Stanley Alexander, Lerin
                             Hills Direct Lender (0.4); forward Motion and
                             Declaration for Lerin Hills Motion to S.
                             Strong, J. McPherson, and M. Olson (0.2);
                             review and respond to S. Strong e-mail on
                             Lerin Hills workout motion (0.2).

Client No. 34585                                         Page:    21
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | |
|---|---|---|
| 11/27/06 D Monson | .90 | Review e-mail from Palm Harbor One attorney, review signed Consent of Junior Lender, and phone call to Harris Nizel, Palm Harbor attorney (0.3); e-mail to M. Olson and M. Stone on Palm Harbor One Loan Modification closing (0.2); phone call to Maggie Stone on Palm Harbor One Loan Modification closing (0.2); review and respond to e-mail from Harris Nizel, Palm Harbor attorney, on Palm Harbor Loan Modification closing issues (0.2). |
| 11/27/06 D Monson | .50 | Review Disbursement Schedule from A. Stevens on Binford Interest Payments, and e-mail to L. Schwartzer (0.3); review L. Schwartzer e-mail on Binford disbursement issues (0.2). |
| 11/27/06 D Monson | .10 | Phone call from AWJ on Texas foreclosure counsel. |
| 11/27/06 D Monson | .20 | Conference call with A. Stevens, M. Haftl and R. Koe on forbearance for Castaic II Partners Loan. |
| 11/27/06 D Monson | .20 | Review L. Schwartzer e-mail on Standard Property Development Loan workout offer. |
| 11/27/06 D Monson | .10 | Review L. Schwartzer e-mail on The Gardens workout offer. |
| 11/27/06 S Strong | 1.60 | Prepare for hearing on Lerin Hills loan (1.6). |
| 11/27/06 S Strong | .60 | Participate in telephone conference with T. Allison, A. W. Jarvis and E. A. Monson regarding issues concerning HFA Colt loans (.6). |
| 11/28/06 K Glade | .30 | Telephone call with R. Nagel (Chicago Title) regarding claim on mechanics lien on Fox Hills 216. |
| 11/28/06 K Glade | .70 | Review title information on Colt Gateway loans (0.4); related e-mails to M. Haftl (0.3). |

Client No. 34585                                          Page:    22
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

11/28/06 K Glade      1.90 Review Botaba foreclosure lawsuit on Brookmere
                           loan (0.8); review Brookmere title policy
                           (0.2); telephone call with counsel to Botaba
                           regarding foreclosure in Brookmere (0.3); draft
                           letter to Botaba's counsel regarding Borrower
                           (0.6).

11/28/06 D Monson      .10 Phone call from A. Stevens on forbearances
                           for Rio Rancho Loan.

11/28/06 D Monson      .20 Phone call to Carrie Hurst on conflicts check
                           list for foreclosure counsel (0.1); review
                           and respond to e-mails from J. Reed on
                           foreclosure counsel issues (0.1).

11/28/06 D Monson      .60 Phone conference with S. Strong and J.
                           McPherson on Lerin Hills workout issues
                           (0.3); e-mail to J. McPherson on Lerin Hills
                           Direct Lenders Letter (0.1); review M. Olson
                           e-mail on Lerin Hills Direct Lender Letter
                           (0.1); discuss Lerin Hills workout Motion
                           follow-up with S. Strong (0.1).

11/28/06 D Monson      .10 Discuss HFA Asylum Loan workout issues and
                           Direct Lender Notices with S. Tingey, and
                           forward sample Direct Lender Notice to S.
                           Tingey.

11/28/06 E Monson      .30 Work on IP document dispute.

11/28/06 S Strong      .50 Participate in telephone conference with S.
                           Smith and B. Higgins regarding tracing of
                           remaining balance in pre-petition collection
                           account (0.2); telephone conference with A.
                           W. Jarvis and S. Smith regarding same (0.3).

11/28/06 S Strong      .70 Confer with J. Atkinson and J. Reed regarding
                           responses of direct lenders in Lerin Hills
                           loan to proposed payoff (0.2); participate in
                           telephone conference with D. M. Monson and J.
                           McPherson regarding issues for hearing today
                           on Lerin Hills loan (0.5).

11/28/06 S Strong      .50 Review Hasley Canyon loan issues and proposed
                           resolution of same (0.3); discuss same with
                           J. Atkinson, R. Koe, and M. Haftl (0.2).

Client No. 34585                                          Page:   23
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

11/28/06 S Strong          .30  Appear and participate in hearing on motion
                                regarding Lerin Hills loan (.3).

11/28/06 E Toscano        2.40  Numerous emails with and telephone calls with
                                title companies to obtain updated title
                                commitments.

11/29/06 A Brinkerhoff     .80  Emails to obtain proposed Protective Order
                                (.3); review and comments on J. Milanowski's
                                proposed Protective Order (.5).

11/29/06 K Glade           .60  Review Colt Gateway documents.

11/29/06 K Glade          2.00  Review Eagle Meadows Development loan
                                documents and title policy (0.9); draft
                                letter to Chicago Title regarding claim on
                                Eagle Meadows Development title policy (0.5);
                                related telephone calls with R. Nagel from
                                Chicago Title regarding Eagle Meadows
                                Development title claim with e-mail of policy
                                (0.6).

11/29/06 K Glade           .60  Review Colt Gateway (2nd) documents.

11/29/06 K Glade          1.70  Draft letter to plaintiffs counsel in the
                                Botaba lawsuit regarding automatic stay
                                (Brookmere/Matteson) (0.3); telephone calls
                                with L. Ellenberger (USA's former counsel)
                                regarding filing of Botaba lawsuit
                                (Brookmere) and correspondence with Stewart
                                Title (0.3); review correspondence (0.1);
                                telephone call with Stewart Title regarding
                                claim on Brookmere loan (0.2); draft e-mail
                                to team regarding status of Botaba lawsuit
                                (Brookmere) (0.2); e-mail to team regarding
                                automatic stay issue on Brookmere lawsuit
                                with responsive e-mails (0.4); telephone call
                                to plaintiff's attorney on Reyes Group
                                lawsuit (Brookmere) (0.2).

11/29/06 A Jarvis          .40  Telephone conference with T. Allison
                                regarding loan collection issues, IP issues,
                                meeting with J. Milanowski.

11/29/06 D Monson          .30  Review HFA Asylum Loan workout issues and
                                Direct Lender Notices.

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/29/06 D Monson        .10 Review e-mail from J. McPherson on Lerin
                             Hills Motion and Order.

11/29/06 D Monson        .30 Review Brookmere/Matteson Loan issues and title
                             insurance tender.

11/29/06 D Monson        .20 Review L. Schwartzer e-mail on Standard
                             Property Development Loan.

11/29/06 D Monson       1.50 Phone call to Dean Gloster, attorney for Del
                             Valle Capital Corp., on Livingston Loan (0.5);
                             e-mail to L. Schwartzer, A. Jarvis, T. Allison
                             and M. Olson on Del Valle Capital Corp. /
                             Livingston Loan workout proposal (0.7); review
                             e-mails from M. Olson and M. Haftl on Del Valle
                             / Livingston loan (0.3).

11/29/06 D Monson       1.00 Review Commitment from title company on Palm
                             Harbor One Loan Modification (0.4); Phone
                             call from Harris Nizel on Palm Harbor One
                             Loan Modification closing (0.2); E-mail to
                             Harris Nizel on Palm Harbor One Loan
                             Modification (0.2); forward Palm Harbor One
                             Loan Commitment to A. Stevens, and review A.
                             Stevens e-mail (0.2).

11/29/06 D Monson        .70 Phone conference with A. Stevens, R. Koe and
                             M. Haftl on Rio Rancho Loan partial releases
                             issues (0.4); e-mail to AWJ on Rio Rancho
                             Loan partial releases issues (0.3).

11/29/06 E Monson        .20 Work on response to Motion for Protective
                             Order.

11/29/06 E Toscano      4.20 Continue work in contacting title companies to
                             obtain updated title commitments.

11/30/06 A Brinkerhoff  1.10 Work on response to Investment Partner's Motion
                             for Protective Order including call from D.
                             Griffith regarding response time (1.1).

Client No. 34585                                          Page:   25
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/30/06 K Glade          1.90 Research regarding state court litigation
                               Brookmere loan (0.4); telephone call with
                               Stewart Title regarding pending title claims
                               on Brookmere (0.4); draft letter to
                               plaintiff's counsel regarding automatic stay
                               in Brookmere loan (0.3); draft e-mail to
                               Mesirow /USA regarding status of litigation
                               on Brookmere (0.8).

11/30/06 A Jarvis          .10 Correspondence on Ashby loans.

11/30/06 A Jarvis          .50 Telephone conference with T. Allison
                               regarding Colt Gateway, meeting with Bullard,
                               and correspondence regarding offer.

11/30/06 D Monson          .50 Review e-mails from Harris Nizel on Palm Harbor
                               One Order and certified copy (0.2); e-mail to
                               J. McPherson on certified copy of Palm Harbor
                               One Order (0.1); phone call from A. Stevens on
                               Palm Harbor One Loan Modification closing
                               (0.2).

11/30/06 D Monson         1.50 Draft Lerin Hills Loan Order and e-mail to J.
                               McPherson on draft order (0.9); e-mail to M.
                               Olson on Lerin Hills Direct Lender consents
                               (0.2); e-mails from J. McPherson on Lerin Hills
                               Loan Order (0.2); review e-mail from S. Smith
                               on Lerin Hills Loan Direct Lender letter, and
                               respond to e-mail (0.2).

11/30/06 D Monson          .20 Analyze BySynergy Loan issues.

11/30/06 D Monson          .40 Review e-mail from M. Haftl and letter from
                               Borrower on Del Valle/Livingston loan workout
                               proposal.

11/30/06 D Monson          .30 E-mail from A. Stevens on Rio Rancho Loan
                               partial releases.

11/30/06 D Monson          .40 Prepare documents and forms for Texas
                               foreclosure counsel for Rule 2014 Verified
                               Statement.

11/30/06 E Monson          .30 Review proposed protective order.

11/30/06 S Strong          .10 Exchange emails with D. M. Monson and M. Olson
                               regarding Direct Lender consents on proposed
                               Lerin Hills payout (.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   26
January 19, 2007


TOTAL FOR LEGAL SERVICES RENDERED                    $42,116.00