*"Exhibit J-10"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357335

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00012

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| 11/01/06 | S Cummings | 1.10 | Continued preparation of claim classification summary. |
| 11/01/06 | S Cummings | 5.40 | Continued review and revision of disclosure statement. |
| 11/01/06 | P Hunt | .80 | Draft liquidation trust agreement (.8). |
| 11/01/06 | A Jarvis | .30 | Correspondence on disclosure statement. |
| 11/01/06 | A Jarvis | 1.10 | Review latest draft of term sheet and issues respecting plan and disclosure statement. |
| 11/01/06 | S Strong | .50 | Identify issues to addressed in revised Disclosure Statement (.5). |
| 11/01/06 | S Strong | .80 | Telephone conference with J. Miller regarding Plan solicitation and balloting issues (.8). |
| 11/01/06 | S Strong | 2.40 | Work on Disclosure Statement revisions (2.4). |
| 11/02/06 | S Cummings | 9.30 | Continued revision of disclosure statement. |
| 11/02/06 | S Cummings | .60 | Review of FTDF Equity Committee Plan. |
| 11/02/06 | P Hunt | 5.60 | Draft and edit liquidation trust agreement (5.6). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 11/02/06 | A Jarvis | 1.00 | Conference call regarding plan, committee negotiations. |
| 11/02/06 | A Jarvis | .20 | Correspondence on negotiations on plan issues. |
| 11/02/06 | A Jarvis | .30 | Correspondence with E. Karasik regarding negotiations between committees. |
| 11/02/06 | A Jarvis | .30 | Correspondence on plan negotiations. |
| 11/02/06 | A Jarvis | .70 | Correspondence on plan issues. |
| 11/02/06 | A Jarvis | .30 | Correspondence with S. Smith regarding plan issues. |
| 11/02/06 | A Jarvis | 1.10 | Review and revise plan, term sheet. |
| 11/02/06 | S Strong | 2.30 | Analysis of comments received from and issued raised by SEC and PBGC regarding proposed disclosure statement (0.6); analysis of issues pertaining to liquidating trust under Plan to be addressed in revised disclosure statement (1.7). |
| 11/02/06 | S Strong | .40 | Identify plan and disclosure statement revisions (.4). |
| 11/02/06 | S Strong | .40 | Work on resolving tax issues and PBGC issues for revised disclosure statement (0.4). |
| 11/02/06 | S Strong | .30 | Telephone conference with J. Atkinson regarding liquidation analysis for disclosure statement (.3). |
| 11/02/06 | S Strong | 1.70 | Analysis of plan solicitation and balloting issues (0.6); draft proposed balloting procedures (1.1). |
| 11/02/06 | S Strong | .50 | Telephone conference with D. Baddley regarding prepaid interest discussion for disclosure statement (0.5). |
| 11/02/06 | S Strong | .50 | Telephone conference with J. Atkinson and A. W. Jarvis regarding liquidation analysis and related Plan and disclosure statement drafting issues (.5). |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/02/06 S Strong          .70 Review and analysis of email from E. Karasik
                               and attached version of Plan drafted by FTDF
                               Committee (0.7).

11/02/06 S Strong          .30 Review proposed litigation trust agreement
                               (0.3).

11/03/06 S Cummings       6.10 Continued review and revision of disclosure
                               statement.

11/03/06 S Cummings        .90 Analysis of the binding effect of
                               confirmation on dissenters.

11/03/06 P Hunt           1.00 Office conference with A. W. Jarvis - joined by
                               S. C. Strong regarding revised plan issues and
                               work to be done before filing deadline (.6);
                               read emails regarding plan drafting issues
                               (.5).

11/03/06 A Jarvis          .60 Telephone conference with S. C. Strong and P.
                               Hunt regarding plan and disclosure statement
                               revisions.

11/03/06 A Jarvis          .30 Correspondence regarding plan issues.

11/03/06 A Jarvis          .30 Correspondence on plan, prepaid interest
                               issue.

11/03/06 A Jarvis          .30 Correspondence on plan issues.

11/03/06 E Monson          .70 Participate in portion of conference call with
                               committee counsel regarding plan and balloting
                               issues.

11/03/06 E Monson          .90 Work on litigation trust insert to Disclosure
                               Statement.

11/03/06 S Strong         2.10 Continue work on disclosure statement updates
                               and revisions (2.1).

11/03/06 S Strong          .10 Telephone conference with J. Atkinson
                               regarding liquidation analysis and related
                               issues (.1).

11/03/06 S Strong          .10 Follow-up on tax issues for revised plan and
                               disclosure statement (.1).

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

11/03/06  S Strong         .60  Telephone conference with A. W. Jarvis and P.
                                Hunt regarding plan revisions needed based on
                                call today with committees (.6).

11/03/06  S Strong         .90  Work on solicitation procedures and motion
                                for approval of same (.9).

11/03/06  S Strong         .20  Telephone conference with D. Baddley
                                regarding prepaid interest issues and
                                proposed treatment of same under Plan (.2).

11/03/06  S Strong        1.10  Legal research regarding prepaid interest
                                issues to address in plan and disclosure
                                statement (1.1).

11/03/06  S Strong         .30  Telephone conference with C. Pajak regarding
                                plan and disclosure statement issues (.3).

11/03/06  S Strong         .10  Exchange emails with S. Smith regarding
                                direct lender balloting (.1).

11/04/06  S Cummings      2.20  Continued review and revision of disclosure
                                statement.

11/04/06  A Jarvis        6.00  Revise plan of reorganization.

11/04/06  A Jarvis         .50  Correspondence on plan revisions.

11/04/06  E Monson        3.70  Work on disclosure statement.

11/04/06  S Strong        2.40  Continue drafting and editing proposed
                                stipulation regarding balloting procedures
                                (2.4).

11/04/06  S Strong        1.70  Review and edit current draft of Disclosure
                                Statement (1.7).

11/04/06  S Strong        2.00  Continue working on disclosure statement (2.0).

11/04/06  S Strong        1.10  Review and analysis of latest draft of Plan
                                from C. Pajak (1.1).

11/05/06  P Hunt         10.30  Analyze First Trust Deed Fund plan to
                                determine what needs to be added (2.3);
                                revise draft plan to add in Debtor issues
                                (8.0).

11/05/06  A Jarvis         .50  Correspondence on revisions to plan.

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

| | | | |
|---|---|---|---|
| 11/05/06 | A Jarvis | .30 | Conference with S. C. Strong and E. A. Monson regarding revisions to plan and disclosure statement. |
| 11/05/06 | A Jarvis | .50 | Conference call with client regarding plan issues, APA. |
| 11/05/06 | A Jarvis | 12.50 | Revise plan and disclosure statement. |
| 11/05/06 | E Monson | 6.80 | Work on Plan and Disclosure Statement. |
| 11/05/06 | S Strong | 1.00 | Continue drafting and revising Disclosure Statement to accompany second amended Plan (1.0). |
| 11/05/06 | S Strong | .60 | Participate in conference call with Mesirow team regarding Plan revisions and committees positions (.6). |
| 11/05/06 | S Strong | .90 | Work on Disclosure Statement revisions (0.3); exchange emails with S. Smith regarding updated/revised facts for Disclosure Statement (0.6). |
| 11/05/06 | S Strong | .90 | Research class "impairment" issues (0.9). |
| 11/05/06 | S Strong | 2.90 | Continue drafting and revising proposed stipulation on balloting procedures (2.7); circulate draft of balloting procedures stipulation with comments to committees for review (0.2). |
| 11/05/06 | S Strong | 3.10 | Review latest rounds of Plan revisions and analysis of corresponding changes needed in Disclosure Statement (1.8); work on Disclosure Statement updates and revisions (1.1); circulate revised Disclosure Statement with comments to Mesirow and A. W. Jarvis for review (0.2). |
| 11/06/06 | S Cummings | 12.40 | Continued revision of disclosure statement. |
| 11/06/06 | S Cummings | .80 | Analysis of binding effect of confirmation on dissenting creditors. |

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


| | | | |
|---|---|---|---|
| 11/06/06 | P Hunt | 16.40 | Revise draft plan with Debtor's issues/comments (7.3); participate in conference call with Committee counsel regarding amendments to plan (left before end of call) (2.0); further revisions to plan with Committee comments (5.9); prepare plan documents for filing (1.2). |
| 11/06/06 | A Jarvis | 1.90 | Draft plan and disclosure statement. |
| 11/06/06 | A Jarvis | .50 | Telephone conference with J. Atkinson regarding disclosure statement. |
| 11/06/06 | A Jarvis | 5.80 | Draft plan and disclosure statement, APA changes. |
| 11/06/06 | B Kotter | 5.90 | Brief conference with S. C. Strong regarding Plan needs (.2); review declarations and draft Plan Insert on capabilities to new loan servicer provider (2.3); assist in making revisions to Plan prior to filing with court (3.4). |
| 11/06/06 | E Monson | 13.30 | Work on Plan & Disclosure Statement. |
| 11/06/06 | E Monson | 1.00 | Participate in portions of conference call with Committee Counsel regarding Plan and Disclosure Statement. |
| 11/06/06 | S Strong | .30 | Telephone conference with D. Baddley regarding prepaid interest issue for Disclosure Statement (0.2); forward revised versions of plan and disclosure statement to him for review (0.1). |
| 11/06/06 | S Strong | .50 | Telephone conference with J. Atkinson regarding disclosure statement and liquidation analysis (.5). |
| 11/06/06 | S Strong | .30 | Telephone conference with J. Miller regarding balloting procedures for Plan (0.2); exchange emails with him regarding same (0.1). |
| 11/06/06 | S Strong | .30 | Exchange voice messages with F. Anderson of PBGC regarding disclosure statement language (0.1); work on same (0.2). |

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


11/06/06 S Strong        2.50  Continue revising and expanding disclosure
                               statement (2.4); circulate current draft of
                               same to committees for review (0.1).

11/06/06 S Strong        1.10  Analysis of current draft of plan and
                               corresponding revisions needed to disclosure
                               statement (1.1).

11/06/06 S Strong        1.70  Review and incorporate proposed privacy
                               ombudsman language into disclosure statement
                               (0.5); work on revising disclosure statement
                               per comments and inserts from committees (1.1);
                               circulate revised draft of same to committees
                               (0.1).

11/06/06 A Tsu          14.80  Reviewing Debtors Second Amended Joint
                               Chapter 11 Plan of Reorganization (2.9);
                               reviewing electronic docket and other sources
                               to make appropriate changes and fill in
                               missing factual background information (3.1);
                               reviewing defined terms in Plan for Cross
                               referencing sections for Plan (2.2);
                               reviewing and locating cross references for
                               same (2.7); editing and changing Plan (3.9).

11/07/06 S Cummings      7.90  Continued revision of disclosure statement.

11/07/06 S Cummings      1.60  Conference call with Committees regarding
                               revisions to disclosure statement.

11/07/06 P Hunt          1.90  Emails to A. Hosey regarding plan errata issues
                               (.1); reformat plan for review (.9); compile
                               plan/disclosure paper documents (.9).

11/07/06 A Jarvis        5.10  Draft disclosure statement.

11/07/06 A Jarvis        5.90  Revise disclosure statement, plan, revise APA.

11/07/06 B Kotter        5.50  Draft Plan Inserts regarding classes of claims
                               and treatment under the Plan (1.8); draft plan
                               insert regarding privacy ombudsman requirements
                               (2.1); review claims amounts from Mesirow for
                               inclusion (1.0); work on solicitation
                               procedures and materials (.6).

11/07/06 E Monson        9.50  Work on Disclosure Statement.

11/07/06 E Monson        2.00  Review comments from Committee Counsel.

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

| 11/07/06 | E Monson | 1.60 | Participate in conference call with Committee Counsel regarding disclosure statement. |
|---|---|---|---|

11/07/06 E Monson     1.00 Review numerous e-mails from Committee
                           Counsel regarding additional language to
                           include in disclosure statement.

11/07/06 S Strong      .20 Exchange emails with G. Garman and A. Hosey
                           regarding revised plan filed last night (.2).

11/07/06 S Strong      .40 Evaluate need for errata to Plan (0.2);
                           exchange emails with local counsels office
                           regarding details of filing of Plan errata
                           today (0.2).

11/07/06 S Strong     2.50 Continue work on revising and finalizing
                           disclosure statement for filing tonight (2.5).

11/07/06 S Strong      .60 Telephone conference with N. Peterman and D.
                           Baddley regarding revisions to disclosure
                           statement (0.3); work on same (0.3).

11/07/06 S Strong     1.50 Exchange emails with M. Haftl regarding
                           liquidation analysis for disclosure statement
                           (0.2); review liquidation analysis in prior
                           version of disclosure statement (0.2);
                           analysis of revised liquidation analysis
                           language for disclosure statement and related
                           exhibit (0.4); telephone conference with M.
                           Haftl regarding same (0.2); incorporate
                           revised liquidation analysis into disclosure
                           statement (0.2); telephone conference with J.
                           Atkinson and M. Haftl regarding same (0.3).

11/07/06 S Strong     5.40 Participate in conference call with committees
                           and debtors professionals regarding final
                           disclosure statement amendments and inserts
                           from committees (1.3); work on final revisions
                           to disclosure statement (3.4); review exhibits
                           to same and oversee transmittal of revised
                           disclosure statement and exhibits to local
                           counsel for filing tonight (0.5); exchange
                           emails with local counsel regarding filing of
                           same (0.2).

11/07/06 A Tsu        1.20 Work on plan revisions.

Client No. 34585                                     Page:    9
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


11/08/06 A Jarvis          .30 Telephone conference with T. Allison
                               regarding APA, Colt, Wyndham loans.

11/08/06 A Jarvis          .30 Telephone conference with J. Atkinson, M.
                               Haftl and S. C. Strong regarding liquidation
                               analysis.

11/08/06 A Jarvis          .70 Plan, APA clean up.

11/08/06 A Jarvis          .40 Correspondence on preparation of ballots.

11/08/06 A Jarvis          .20 Correspondence on notice of confirmation.

11/08/06 A Jarvis          .30 Correspondence on plan and disclosure
                               statement clean up.

11/08/06 B Kotter         1.60 Work on confirmation hearing notice (1.6).

11/08/06 E Monson          .90 Review numerous e-mails and attachments
                               regarding Disclosure Statement and Summary of
                               Plan.

11/08/06 E Monson          .20 Review e-mail regarding range of recovery for
                               claimants.

11/08/06 E Monson          .50 Review additional e-mails to changes to
                               Disclosure Statement.

11/08/06 E Monson         2.20 Work on issues relating to Disclosure
                               Statement and Plan.

11/08/06 E Monson          .20 Review voice mail and e-mail from C. Pajak
                               regarding tax issue on Disclosure Statement and
                               send reply e-mail (.2).

11/08/06 S Strong          .40 Exchange emails with C. Carlyon regarding
                               revised disclosure statement filed last night
                               (0.1); oversee preparation and circulation of
                               redlined version of same (0.2); exchange
                               emails with J. Reed regarding same (0.1).

11/08/06 S Strong          .80 Review and revise form of Plan ballots and
                               proposed balloting notice (0.8).

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


11/08/06 S Strong          .90 Review revised disclosure statement as filed
                               last night and analysis of additional
                               information needed to complete disclosure
                               statement upon approval by court (0.7);
                               exchange emails with D. Baddley regarding
                               prepaid interest discussion in disclosure
                               statement (0.1); telephone conference with him
                               regarding same (0.1).

11/08/06 S Strong         1.20 Exchange emails with M. Haftl regarding
                               liquidation analysis in disclosure statement
                               and projected distributions to various
                               classes under plan (0.2); review email from
                               C. Pajak with questions regarding same (0.1);
                               further analysis of issues regarding same
                               (0.9).

11/08/06 S Strong         1.30 Exchange emails with J. Miller regarding
                               solicitation procedures, forms of ballots, and
                               related solicitation materials (.1); review and
                               revise solicitation materials (1.1); telephone
                               conference with J. Miller regarding same (.1).

11/08/06 A Tsu             .70 Reviewing and editing cross-references to
                               Plan.

11/09/06 S Cummings       4.00 Revisions to filed disclosure statement.

11/09/06 P Hunt            .50 Team meeting regarding plan and disclosure
                               statement issues (.5).

11/09/06 A Jarvis          .30 Work on balloting procedures motion.

11/09/06 A Jarvis          .70 Review and revise balloting procedures order.

11/09/06 A Jarvis          .50 Conference with working group on plan and
                               disclosure statement clean up.

11/09/06 A Jarvis          .50 Correspondence with SEC regarding comments on
                               plan and disclosure statement.

11/09/06 A Jarvis          .40 Correspondence on prepaid interest definition.

11/09/06 A Jarvis          .40 Correspondence on plan issues.

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/09/06 B Kotter       6.00 Work on notice and confirmation issues (1.7);
                             work on ballots (.6) and prepared order (.4);
                             continue revisions to Notice (.8); further
                             revisions to Disclosure Statement Order (.7);
                             work on solicitation materials (1.8).

11/09/06 E Monson        .60 Work on drafting generic ballot to be used
                             for classes voting on fee plan.

11/09/06 E Monson        .50 Meeting with Ray Quinney & Nebeker team
                             regarding items to be accomplished involving
                             Plan, Disclosure Statement, and ballot
                             procedures.

11/09/06 E Monson       1.20 Review numerous e-mails and attachments from
                             Mesirow and Committee Counsel regarding
                             comments to Plan and Disclosure Statement.

11/09/06 S Strong       1.10 Work on balloting procedures (0.9); emails to
                             local counsel regarding Notice of Filing of
                             proposed balloting procedures, confirmation
                             notice, and proposed ballots (0.2).

11/09/06 S Strong       1.00 Review and analysis of various proposed edits
                             from committees to the Disclosure Statement
                             (1.0).

11/09/06 S Strong        .50 Meet with RQN team regarding plan and
                             disclosure statement revisions and related
                             issues (.5).

11/09/06 S Strong        .50 Review and analysis of various proposed edits
                             from committees to the Plan (0.5).

11/09/06 S Strong       2.10 Review and analysis of issues concerning
                             committees compromises and affect on
                             proposed distributions under Plan (0.8);
                             participate in telephone conference with J.
                             Atkinson, S. Smith, A. W. Jarvis and N.
                             Peterman regarding same (1.3).

11/09/06 S Strong        .60 Further analysis of clean-up edits needed to
                             Disclosure Statement (.6).

11/09/06 A Tsu          1.50 Reviewing and editing plan checking cross
                             references to circulate for comment.

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/09/06 A Tsu          6.20  Editing and revising plan (2.9),
                              incorporating changes of committees (2.7),
                              and confirming cross references are correct
                              after changes have been made (.6).

11/10/06 S Cummings     1.50  Continued revision to filed disclosure
                              statement.

11/10/06 P Hunt         6.70  Review and analyze Committee comments to
                              plan, accept or reject same, and amend plan
                              with new information and clean up (6.7).

11/10/06 A Jarvis        .20  Conference with S. C. Strong regarding plan
                              issues.

11/10/06 A Jarvis        .60  Correspondence regarding prepaid interest
                              definition.

11/10/06 A Jarvis        .20  Conference with P. Hunt regarding plan and
                              disclosure statement.

11/10/06 A Jarvis        .40  Telephone conference with T. Allison
                              regarding IP, Plan issues.

11/10/06 A Jarvis        .40  Correspondence on regulatory exemption issues.

11/10/06 A Jarvis        .40  Correspondence regarding and revisions to
                              confirmation notice.

11/10/06 A Jarvis        .50  Work on revisions to plan.

11/10/06 B Kotter       3.20  Review and respond to e-mail regarding
                              comparison of disclosure statement orders
                              (.4); revise and edit Notice (2.1); e-mail to
                              A. W. Jarvis and S. C. Strong with comments
                              (.7).

11/10/06 E Monson       2.80  Review numerous e-mails regarding changes and
                              revisions to Disclosure Statement and Plan
                              and work on issues relating thereto.

11/10/06 E Monson       1.00  Revise ballots in connection with Plan.

11/10/06 S Strong        .30  Analysis of materials forwarded by M. Haftl
                              and S. Smith regarding Realty Advisors and
                              potential recoveries under Plan and
                              liquidation scenarios (.3).

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/10/06 S Strong        4.70 Telephone conference with S. Smith regarding
                              clean-up edits to disclosure statement (0.3);
                              review and analysis of emails from committees
                              with various suggested clean-up edits to
                              disclosure statement (1.6); work on edits to
                              disclosure statement in preparation for
                              Mondays hearing requesting approval of same
                              (2.8).

11/10/06 S Strong         .50 Telephone conference with J. Atkinson and M.
                              Haftl regarding liquidation analysis for each
                              debtor and projected distributions for each
                              class under plan (.5).

11/10/06 A Tsu           6.10 Reviewing and editing plan (2.0); reviewing,
                              making and confirming committee comments
                              (4.1).

11/11/06 P Hunt          7.30 Revise plan with Committee
                              changes/compromises.

11/11/06 A Jarvis         .50 Conference call on plan and disclosure
                              statement issues with client.

11/11/06 A Jarvis        7.40 Revise plan and disclosure statement.

11/11/06 A Jarvis         .60 Correspondence on issues between unsecured
                              creditors committee and direct lenders
                              committee.

11/11/06 B Kotter         .40 Review and respond to e-mail from S. C.
                              Strong regarding notice of confirmation
                              hearing (.2); review and respond to e-mail
                              regarding Disclosure Statement hearing (.2).

11/11/06 S Strong         .80 Telephone conference with A. W. Jarvis
                              regarding servicing fees and related Plan
                              issues (0.3); review emails from S. Smith, G.
                              Garman and T. Burr regarding same (0.5).

11/11/06 S Strong         .40 Telephone conference with J. Miller regarding
                              revisions to solicitation procedures and
                              related balloting issues (.4).

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 11/11/06 | S Strong | 2.80 | Review proposed order approving disclosure statement (0.2); make revisions to same (1.2); review and revise drafts of same (1.1); circulate proposed order approving disclosure statement and exhibits thereto to committees for review (0.3). |
| 11/11/06 | S Strong | .50 | Review plan and circulate redline of same to committees for review (0.5). |
| 11/11/06 | S Strong | 1.90 | Review further revised data from Mesirow regarding estimated distributions to various classes under plan (0.4); exchange emails with M. Haftl regarding same (0.2); make further disclosure statement revisions to reflect same (0.9); review further revisions and circulate revised disclosure statement to committees for review (0.4). |
| 11/11/06 | S Strong | .20 | Exchange emails with L. Schwartzer and A. W. Jarvis regarding administrative expense provisions in Plan (.2). |
| 11/12/06 | P Hunt | 5.00 | Read numerous emails commenting on amendments to plan (.6); incorporate email comments into plan (4.4). |
| 11/12/06 | A Jarvis | 2.30 | Revise plan and disclosure statement. |
| 11/12/06 | A Jarvis | 2.90 | Prepare for hearing on disclosure statement. |
| 11/12/06 | B Kotter | .50 | Review e-mail from R. Charles (.2); review e-mails regarding preparation for Disclosure Statement hearing (.3). |
| 11/12/06 | E Monson | 5.00 | Assist in preparations for hearing on Disclosure Statement. |
| 11/12/06 | S Strong | 1.40 | Review and analysis of spreadsheet from S. Smith regarding scheduled and filed claims against all debtors (0.4); email to M. Haftl regarding debtors estimate of claims per class needed for disclosure statement (0.1); review and analysis of information from M. Haftl regarding same (0.3); incorporate same into revised disclosure statement (0.6). |

Client No. 34585                                      Page:   15
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


11/12/06  S Strong        .60  Telephone conference with D. Baddley
                               regarding additional revisions to disclosure
                               statement regarding prepaid interest (0.2);
                               make revisions to disclosure statement
                               regarding same (0.4).

11/12/06  S Strong        .20  Email to A. Landis current draft of proposed
                               order on disclosure statement and exhibits
                               thereto (.2).

11/12/06  S Strong       1.90  Make further revisions to disclosure statement
                               and proposed order thereon (and exhibits)
                               (1.9).

11/12/06  S Strong        .50  Review Plan provisions regarding prepaid
                               interest and unremitted principal (0.5).

11/12/06  S Strong        .60  Work on final changes to Plan in advance of
                               tomorrows hearing on disclosure statement
                               (0.3); circulate revised version of Plan with
                               redlines to committees (0.2); circulate same to
                               J. McCarroll and N. Peterman (0.1).

11/12/06  S Strong        .90  Telephone conference with S. Smith regarding
                               servicing fee compromise language for Plan and
                               disclosure statement (0.2); review language for
                               disclosure statement regarding various
                               compromises (0.4); oversee disclosure statement
                               edits regarding same (0.3).

11/12/06  S Strong        .20  Circulate revised version of disclosure
                               statement to committees (0.1); circulate same
                               to J. McCarroll and N. Peterman (0.1).

11/12/06  S Strong        .30  Gather and prepare documents for hearing
                               tomorrow (0.3).

11/13/06  S Cummings     2.40  Continued review and revision of filed
                               disclosure statement.

11/13/06  P Hunt         6.60  Read emails regarding plan revision issues
                               (.6); read emails from Committee members
                               regarding plan revisions (.5); read email from
                               Mesirow counsel regarding plan revisions and
                               analyze same (.6); analyze proposed changes to
                               plan to determine which to include (.8); revise
                               plan to include comments (4.1).

Client No. 34585                                    Page:    16
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/13/06 A Jarvis        .90 Prepare for hearing on disclosure statement.

11/13/06 A Jarvis       3.30 Attend hearing on disclosure statement.

11/13/06 A Jarvis       4.50 Make changes to plan and disclosure statement
                             for approval and distribution.

11/13/06 B Kotter      10.40 Work on revising ballots (2.5); work on
                             revising Disclosure Summary (1.3); work on
                             revising balloting procedures (2.4); work on
                             revising Notice of Confirmation (1.9); and
                             Disclosure Order (1.7); draft e-mail to counsel
                             (.6).

11/13/06 E Monson       3.60 Assist in preparations for hearing on
                             Disclosure Statement.

11/13/06 E Monson       3.00 Attend hearing on Disclosure Statement.

11/13/06 E Monson        .50 Meeting with Silver Point, A. W. Jarvis and
                             Susan Smith to discuss Plan and Disclosure
                             Statement issues.

11/13/06 E Monson       2.70 Work on making revisions to Plan and Disclosure
                             Statement after hearing.

11/13/06 S Strong        .20 Exchange emails with E. Barnes regarding PBGCs
                             withdrawal of disclosure statement objection
                             (0.2).

11/13/06 S Strong        .20 Exchange emails with A. Parlen regarding
                             revisions to proposed order approving
                             disclosure statement (0.2).

11/13/06 S Strong        .60 Telephone conference with D. Baddley
                             regarding his suggested revisions to
                             disclosure statement and plan (0.2); review
                             and analysis of his revisions (0.3); exchange
                             emails with him regarding same (0.1).

11/13/06 S Strong        .40 Exchange emails with J. Miller regarding
                             committees request to permit plan balloting by
                             fax (0.2); facilitate revisions to disclosure
                             statement and balloting procedures regarding
                             same (0.2).

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

11/13/06 S Strong        1.20 Facilitate revisions needed to disclosure
                              statement and proposed order (and related
                              balloting exhibits) based on hearing this
                              morning (0.5).

11/13/06 S Strong         .80 Review further clean-up edits to Plan from
                              committees (0.8).

11/13/06 S Strong         .40 Review suggested revisions to disclosure
                              statement from J. McCarroll of SP (0.4).

11/13/06 S Strong         .80 Review further clean-up edits to disclosure
                              statement from committees (0.8).

11/13/06 S Strong        3.20 Telephone conference with J. Miller regarding
                              disclosure statement approval and revised
                              balloting and plan confirmation schedule and
                              deadlines (0.3); exchange emails with J. Miller
                              regarding further revisions to proposed order
                              approving disclosure statement and related
                              balloting procedures and Notice (0.3); work on
                              further revisions to same (2.6).

11/13/06 S Strong         .60 Work on further revisions needed to Plan and
                              disclosure statement (.6).

11/13/06 S Strong        1.30 Work on final revisions to Plan (1.1);
                              circulate revised version of Plan to committees
                              and Silver Point with comments (0.2).

11/13/06 S Strong        3.80 Work on final revisions to Disclosure Statement
                              (3.6); circulated revised version of Disclosure
                              Statement to committees and Silver Point with
                              comments (0.2).

11/14/06 S Cummings      3.90 Continued revision of disclosure statement.

11/14/06 P Hunt         11.00 Review emails sent regarding further plan
                              revisions (.6); plan revisions with new
                              comments from Committees and team(6.5); email
                              to Committee on plan (.3); respond to
                              comments of Committees on final draft of plan
                              (1.8); respond to Committee comments (1.5);
                              email to Committee to circulate filed plan
                              (.1); email to local counsel regarding filing
                              plan instructions (.2).

11/14/06 A Jarvis        1.10 Draft hypotheticals for disclosure statement.

Client No. 34585                                    Page:    18
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/14/06 A Jarvis        .30 Correspondence on tax issues.

11/14/06 A Jarvis        .20 Telephone conference with G. Garman regarding
                             $2.6 million issue.

11/14/06 A Jarvis       7.50 Revise plan and disclosure statement,
                             procedures, solicitation package for approval
                             and distribution.

11/14/06 B Kotter       7.30 Review of hypotheticals for plan/disclosure
                             statement (1.1); exchange e-mails with A.
                             Parlen regarding revisions to Order (.3); work
                             on revising order approving disclosure
                             statement and exhibits (5.3); review comments
                             from various committee counsel regarding
                             hypotheticals, plan, and solicitation materials
                             (.6).

11/14/06 E Monson       7.60 Review numerous e-mails and attachments
                             relating to further revisions to Plan and
                             Disclosure Statement and work on making
                             changes.

11/14/06 E Monson        .30 Conference with M. Levinson, and J. Hermann
                             regarding issues relating to Disclosure
                             Statement.

11/14/06 S Strong        .20 Exchange emails with M. Olson regarding
                             status of disclosure statement and
                             explanations for investors regarding same
                             (.2).

11/14/06 S Strong        .20 Exchange emails with M. Levinson regarding
                             revised disclosure statement (0.1); email to
                             committees regarding same (0.1).

11/14/06 S Strong       1.80 Work on issues concerning solicitation package
                             preparation (1.5); review email from C. Carlyon
                             regarding same (0.1); telephone conference with
                             J. Miller regarding same (0.2).

11/14/06 S Strong        .80 Review notice of auction and procedures for
                             service of same (0.3); oversee filing of same
                             (0.1); telephone conference with J. Reed
                             regarding notice to potential bidders (0.2);
                             exchange follow-up emails regarding same
                             (0.2).

Client No. 34585                                          Page:    19
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/14/06  S Strong        .60  Email to committees regarding plan endorsement
                               letters (0.2); review same (0.3); email to J.
                               Miller regarding including same in solicitation
                               packet (0.1).

11/14/06  S Strong       1.50  Review and analysis of revised liquidation
                               analysis and projected recovery ranges by
                               class from M. Haftl (0.6); incorporate same
                               into revised disclosure statement (0.8);
                               telephone conference with M. Haftl regarding
                               same (0.1).

11/14/06  S Strong        .90  Review emails from committees and assist with
                               final revisions to Plan (0.7); circulate final
                               version of Plan to committees and local counsel
                               with comments (0.2).

11/14/06  S Strong       2.50  Work on final revisions to disclosure statement
                               (2.3); transmit final version of Disclosure
                               Statement to committees and local counsel with
                               comments (0.2).

11/14/06  A Tsu           .60  Reviewing incoming correspondence from C.
                               Carline regarding order of document mailing
                               (.2); background research regarding same with
                               J. Miller at BMC (.2); responding to same (.2).

11/15/06  P Hunt         3.10  Read and respond to numerous Committee emails
                               on plan filing (3.1).

11/15/06  A Jarvis        .60  Correspondence on plan and disclosure
                               statement.

11/15/06  B Kotter       5.60  Continued work on finalizing revisions on
                               disclosure statement order exhibits and
                               solicitation materials (4.4); phone call with
                               J. Miller at BMC (.4); review of committee
                               letters (.8).

11/15/06  E Monson       1.70  Follow up and work on Plan and Disclosure
                               Statement issues.

11/15/06  E Monson        .90  Follow up and work on balloting issues.

11/15/06  S Strong       1.90  Review various final comments from committees
                               regarding disclosure statement order (0.3);
                               review Plan endorsement letters from
                               committees and exchange emails with
                               committees counsel regarding minor revisions

Client No. 34585                                          Page:    20
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

|  |  |  |
|---|---|---|
|  |  | to same (0.7); exchange emails with local counsel and committees regarding final revisions and attachments to disclosure statement order (0.6); exchange emails with local counsel regarding obtaining consents for same and uploading order to court (0.3). |
| 11/15/06 S Strong | .40 | Review plan provisions regarding materials for Direct Lender Supplement (0.2); exchange emails with J. Reed regarding same (0.2). |
| 11/15/06 S Strong | 1.70 | Review proposed solicitation package materials and work on organization and logistics for same (1.1); review emails from C. Carlyon, A. Tsu and A. W. Jarvis regarding same (0.2); confer with J. Miller of BMC regarding same (0.4). |
| 11/15/06 S Strong | 1.50 | Exchange emails with G. Garman regarding Class 4 balloting issues (0.2); analysis of issues raised regarding direct lender claims extended bar date and related balloting issues (0.6); telephone conference with J. Miller regarding same (0.3); telephone conference with G. Garman regarding same (0.2); further discussions with J. Miller regarding same (0.2). |
| 11/15/06 S Strong | .20 | Exchange emails with local counsel and J. Miller regarding status of disclosure statement order and anticipated entry of same (.2). |
| 11/15/06 A Tsu | .40 | Reviewing incoming correspondence from FTDF regarding documents to be mailed to parties in USACM (.1); following up with J. Miller regarding same (.2); responding to C. Carlyon email (.1). |
| 11/15/06 A Tsu | 1.30 | Final review of amended plan prior to filing. |
| 11/16/06 B Kotter | 4.20 | Revise ballots and send to BMC for inclusion in solicitation materials (1.1); work on revising and finalizing solicitation materials (2.2); work on responding to ECC concerns regarding balloting (.9). |

Client No. 34585                                    Page:   21
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/16/06 B Kotter        1.60 Follow up with local counsel on entry of
                              order (.3); revise confirmation notice for
                              solicitation materials (1.2); send to BMC
                              Group (.1).

11/16/06 E Monson         .50 Conference with G. Garman regarding ballot
                              issues and review e-mails in connection
                              therewith.

11/16/06 E Monson         .50 Conference call with to J. Miller and discuss
                              ballot issues and solicitation package and
                              course of action.

11/16/06 E Monson         .50 Review solicitation package.

11/16/06 E Monson         .50 Review numerous e-mails relating to comments
                              to Disclosure Statement Order.

11/16/06 E Monson         .40 Review of active issues left on plan and
                              attachment outlining deadlines to be met (.2);
                              review e-mails from C. Pajak regarding setting
                              up conference to discuss remaining plan issues
                              (.2).

11/16/06 S Strong        1.40 Exchange emails with local counsel regarding
                              preparation of solicitation materials and
                              need for signed order approving disclosure
                              statement (0.2); exchange emails with J.
                              Miller regarding same (0.2); locate and
                              transmit Word versions of solicitation
                              documents to J. Miller for formatting (0.2);
                              work on notices of non-voting status to
                              deemed rejecting and deemed accepting classes
                              (0.7); transmit same to J. Miller (0.1).

11/16/06 S Strong         .70 Telephone conference with J. Miller regarding
                              various timing issues concerning solicitation
                              package mail-out and balloting (0.3);
                              telephone conference with J. McPherson
                              regarding same (0.4).

11/16/06 S Strong         .90 Telephone conference with G. Garman and E. A.
                              Monson regarding distributing class 4 ballots
                              to all direct lenders (0.4); telephone
                              conference with J. Miller regarding same (0.2);
                              telephone conference with S. Smith regarding
                              same (0.1); email to G. Garman regarding same
                              (0.2).

Client No. 34585                                          Page:    22
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

11/16/06 S Strong        .20 Review order approving disclosure statement and
                             related exhibits as entered on docket today
                             (0.1); email to BMC regarding same (0.1)..

11/16/06 S Strong        .20 Review revised summary of plan received from
                             S. Sherman (0.1); email to him regarding
                             version approved by court and timing of
                             solicitation materials (0.1).

11/16/06 S Strong       1.30 Review and edit draft of proposed solicitation
                             booklet from BMC (1.2); email to J. Miller
                             regarding same (0.1).

11/16/06 A Tsu          2.40 Reviewing plan to determine action items for
                             all parties (1.7); drafting correspondence
                             regarding same (.7).

11/17/06 P Hunt          .70 Telephone conference with balloting agent
                             regarding ballot issues to certain classes
                             (.7).

11/17/06 B Kotter        .30 Receive e-mail from J. Reed regarding
                             certificate of service on interested parties,
                             review and forward to local counsel for
                             filing.

11/17/06 E Monson        .50 Review e-mails from C. Pajak regarding
                             conference on confirmation issues and send
                             replies (.2); conference with C. Pajak to
                             discuss things to complete in connection with
                             confirmation (.3).

11/17/06 S Strong       1.10 Review modified ballot and related
                             solicitation materials from BMC (0.3);
                             telephone conference with J. Miller regarding
                             Plan solicitation materials and recipients of
                             various parts of the solicitation package
                             (0.3); exchange emails with J. Miller
                             regarding non-voting claimants under Plan
                             (0.2); review Solicitation Procedures and
                             requirements (0.3).

11/19/06 S Strong        .40 Review question from S. Kjontvedt of BMC
                             concerning Plan classes and ballots and
                             review related Plan provisions (0.3); email
                             to S. Kjontvedt regarding same (0.1).

Client No. 34585                                          Page:   23
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

11/20/06 A Jarvis          .80 Analyze balloting issues, Diversified, document
                               issues.

11/20/06 E Monson          .10 Review e-mail of J. Miller regarding service
                               of solicitation materials.

11/20/06 S Strong          .20 Telephone conference with J. Miller regarding
                               mail-out of solicitation packages and related
                               issues (.2).

11/20/06 S Strong          .30 Telephone conference with investors counsel
                               A. Abrams regarding Plan issues (.3).

11/20/06 S Strong          .30 Telephone conference with J. Atkinson
                               regarding Plan confirmation issues (.3).

11/20/06 S Strong         1.60 Analysis and research of issues for
                               confirmation brief and declaration in support
                               (1.6).

11/20/06 S Strong          .20 Follow-up on various Disclosure Statement and
                               Plan issues (.2).

11/21/06 P Hunt            .50 Telephone conference with Mesirow team, S. C.
                               Strong and A. W. Jarvis regarding plan issues
                               (.5).

11/21/06 A Jarvis          .40 Analyze plan confirmation issues.

11/21/06 A Jarvis          .50 Review e-mails regarding committee
                               solicitation motion.

11/21/06 A Jarvis          .50 Conference call with Mesirow and RQN team
                               regarding solicitation, plan confirmation
                               issues.

11/21/06 A Jarvis          .60 Analyze prepaid interest, plan issues,
                               solicitation.

11/21/06 A Jarvis          .30 Correspondence on balloting issues.

11/21/06 A Jarvis          .40 Review e-mails from investors on plan.

11/21/06 B Kotter         2.50 Review letter from D. Cargelisa regarding
                               opposition to Plan (.6); legal research on
                               solicitation issues under section 1125 (1.7);
                               facilitate possible response to D. Cargelisa
                               letter (.2).

Client No. 34585                                    Page:   24
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

11/21/06 E Monson      .60 Review time to act solicitation by investor.

11/21/06 E Monson      .30 Conference with client regarding response to
                           improper solicitation.

11/21/06 E Monson      .80 Conference with committee counsel regarding
                           response to improper solicitations.

11/21/06 E Monson      .10 Draft e-mail to B. D. Wride regarding working
                           on declaration for tracing.

11/21/06 S Strong      .20 Exchange emails with committees counsel
                           regarding unauthorized Plan solicitation and
                           conference call today to address same (.2).

11/21/06 S Strong      .50 Participate in telephone conference with
                           Mesirow team regarding plan confirmation issues
                           (.5).

11/21/06 S Strong      .80 Participate in telephone conference with
                           debtors and committees professionals
                           regarding unauthorized Plan solicitation and
                           possible responses (.8).

11/21/06 S Strong      .60 Research regarding unauthorized plan
                           solicitation issues (0.6).

11/21/06 S Strong      .40 Review email from C. Pajak regarding status
                           of mail-out of solicitation packages (0.1);
                           telephone conference with J. Miller regarding
                           same (0.2); email to C. Pajak to confirm
                           mail-out (0.1).

11/22/06 A Jarvis     1.60 Review e-mails and committee pleadings
                           regarding solicitation issue.

11/22/06 E Monson      .60 Review response to unauthorized solicitation
                           from the committees.

11/22/06 S Strong     1.90 Review various drafts of proposed supplemental
                           solicitation to address unauthorized
                           solicitation documents (1.8); telephone
                           conference with C. Pajak regarding same (0.1).

11/22/06 S Strong      .60 Review draft of motion to permit supplemental
                           solicitation (0.3); email to G. Garman
                           regarding same (0.1); review revised drafts
                           of motion regarding same (0.2).

Client No. 34585                                          Page:    25
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/22/06 S Strong        .30  Review email from C. Carlyon regarding
                              solicitation packages distributed (0.1);
                              exchange emails with J. Miller regarding same
                              (0.1); telephone conference with J. Miller
                              regarding same (0.1).

11/22/06 S Strong        .50  Review solicitation package as distributed to
                              investors and creditors for potential questions
                              from investors regarding same (0.5).

11/22/06 S Strong        .40  Analysis of issues for confirmation brief
                              (0.4).

11/22/06 C Hurst        1.90  Review and study solicitation packet in
                              anticipation of incoming calls (1.9).

11/24/06 A Jarvis        .20  Correspondence on liquidating trust
                              agreement, tax issues.

11/27/06 P Hunt          .40  Facilitate response to direct lender questions
                              on plan (.2); evaluate plan provisions and
                              timing (.2).

11/27/06 A Jarvis        .40  Correspondence on status of plan documents
                              that need to be served this week.

11/27/06 A Jarvis        .60  Correspondence on plan document filings.

11/27/06 E Monson       1.20  Review e-mails on schedules and other
                              supplements to be filed in connection with
                              plan and follow up regarding same.

11/27/06 S Strong        .60  Prepare for hearing on supplemental
                              disclosures (.6).

11/27/06 S Strong        .40  Confer with J. Atkinson and S. Smith
                              regarding plan confirmation and
                              post-confirmation issues (.4).

11/27/06 S Strong        .20  Exchange emails with J. McPherson regarding
                              transfer of LSAs under the Plan (.2).

11/27/06 C Hurst        3.40  Receipt, return calls, field calls regarding
                              questions on plan and balloting (involving
                              lengthy calls, detailed review of plan) (3.4).

11/28/06 S Cummings      .70  Analysis of Confirmation Hearing Brief issues.

| | | | |
|---|---|---|---|
| 11/28/06 | P Hunt | .60 | Work on plan disbursement issues (.4); revise agency agreement (.2). |
| 11/28/06 | A Jarvis | .50 | Conference call with S. C. Strong and S. Smith regarding plan documents, $2.6 million issue. |
| 11/28/06 | A Jarvis | .30 | Correspondence on plan documents. |
| 11/28/06 | A Jarvis | .50 | Correspondence on liquidating trust issues. |
| 11/28/06 | A Jarvis | .50 | Correspondence on servicing fee schedule. |
| 11/28/06 | A Jarvis | .50 | Correspondence with Silver Point on loan servicing schedules. |
| 11/28/06 | A Jarvis | .80 | Review proposed agency agreement and correspondence regarding same. |
| 11/28/06 | E Monson | .40 | Review opposition to request for supplemental disclosure. |
| 11/28/06 | E Monson | .40 | Review draft of order on supplemental disclosure. |
| 11/28/06 | E Monson | .20 | Review e-mail from B. Hagen regarding pleadings on Botaba and Palm Terrace and send reply. |
| 11/28/06 | E Monson | .30 | Further follow up with R. Madsen regarding follow up and review his reply e-mails. |
| 11/28/06 | E Monson | .10 | Review e-mail from L. Schwartzer. |
| 11/28/06 | E Monson | .30 | Review e-mail from S. Smith regarding contracts to assume. |
| 11/28/06 | S Strong | .60 | Review and analysis of factual and legal issues to address in plan confirmation proceedings (.6). |
| 11/28/06 | S Strong | .90 | Review objection of D. Cangelosi to committees motion for supplemental plan disclosures (0.3); research and analysis of issues raised therein (0.6). |

Client No. 34585                                        Page:   27
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


| | | | |
|---|---|---|---|
| 11/28/06 | S Strong | .70 | Confer with S. Smith regarding Direct Lender Supplement to be disseminated to Direct Lenders in connection with Plan (0.4); review Plan provisions regarding same (0.3). |
| 11/28/06 | S Strong | .50 | Confer with J. Atkinson and M. Haftl regarding provisions of Plan and APA relating to loan fees (0.3); review Plan provisions regarding same (0.2). |
| 11/28/06 | S Strong | .40 | Prepare for hearings on supplemental plan disclosures and Lerin Hills loan (.4). |
| 11/28/06 | S Strong | 1.20 | Appear and participate in hearing on supplemental plan disclosures (1.2). |
| 11/28/06 | S Strong | .30 | Confer with S. Smith regarding plan solicitation issues (.3). |
| 11/28/06 | S Strong | .20 | Telephone conference with E. A. Monson regarding results of todays hearings (.2). |
| 11/28/06 | C Hurst | .70 | Receipt, respond to calls from lenders, investors regarding Solicitation packet. |
| 11/29/06 | S Cummings | .20 | Continued analysis of confirmation hearing brief issues. |
| 11/29/06 | P Hunt | 1.90 | Begin review of liquidation trust agreement (1.6); study issues related to questions received by investors about plan (.3). |
| 11/29/06 | A Jarvis | .30 | Correspondence on proposed agency agreement. |
| 11/29/06 | A Jarvis | .80 | Telephone conference with S. Smith and M. Tashman regarding form of loan servicing schedules. |
| 11/29/06 | A Jarvis | .20 | Correspondence on loan servicing schedule. |
| 11/29/06 | A Jarvis | .30 | Work on plan documents, auction issues, bidder requirements. |
| 11/29/06 | A Jarvis | .50 | Correspondence with committees regarding loan servicing schedule. |
| 11/29/06 | A Jarvis | .80 | Correspondence regarding executory contracts schedule. |

Client No. 34585                                    Page:   28
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/29/06 A Jarvis          .50 Correspondence on draft ADR.

11/29/06 A Jarvis          .60 Correspondence with Silver Point on loan
                               servicing schedule, ADR.

11/29/06 A Jarvis         1.20 Correspondence with committees, client on
                               loan servicing schedule.

11/29/06 A Jarvis          .40 Follow-up regarding executory contracts
                               schedule.

11/29/06 A Jarvis          .40 Correspondence with S. Smith regarding loan
                               servicing schedule and investor statements.

11/29/06 A Jarvis          .30 Telephone conference with S. Smith, S. C.
                               Strong, B. J. Kotter regarding loan servicing
                               schedule, investor statements, form of filing
                               and service.

11/29/06 B Kotter         6.50 Work on drafting Direct Lender Supplement
                               (1.6); work on drafting Executory Contracts
                               Schedule (.8); exchange e-mails with
                               Schwartzer & McPherson regarding filings
                               (.3); review of e-mail from BMC regarding
                               service of confirmation materials (.2);
                               follow-up on filing and formation of
                               attachment schedules (1.8); conference call
                               with A. W. Jarvis, S. Smith and S. C. Strong
                               regarding Direct Lender Supplement revisions
                               (.4); make additional suggested changes (.8)
                               and e-mail to local counsel for filing (.6).

11/29/06 E Monson         1.30 Work with S. C. Strong and S. Smith regarding
                               assumption of contract issues and schedules
                               and review possible list of contracts.

11/29/06 E Monson          .50 Conference calls with S. Smith and A. W.
                               Jarvis regarding contract issues and
                               schedules.

11/29/06 E Monson         1.50 Work on supplemental disclosures under the Plan
                               (1.5).

11/29/06 E Monson          .20 Review e-mails regarding borrower questions
                               on estoppel letters.

Client No. 34585                                    Page:   29
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/29/06 S Strong        .40  Review proposed order regarding supplemental
                              Plan solicitations (0.3); email to committees
                              regarding same (0.1).

11/29/06 S Strong       1.00  Review and analysis of proposed ADR agreement
                              in connection with Plan Supplement documents
                              (0.8); exchange emails with G. Garman, R.
                              Charles, and S. Freeman regarding same (0.2).

11/29/06 S Strong       2.50  Evaluate plan confirmation issues (0.6);
                              research factual and legal issues in support of
                              plan confirmation (1.3); begin drafting
                              sections of proposed T. Allison declaration
                              regarding same (0.6).

11/29/06 S Strong        .20  Evaluate pension plan issues and draft
                              objections to PBGC claims (.2).

11/29/06 S Strong        .40  Analyze prepaid interest issues in connection
                              with plan confirmation (.4).

11/29/06 S Strong        .40  Telephone conference with R. Charles regarding
                              candidate for USACM trustee (0.2); evaluate
                              candidate (.2).

11/29/06 S Strong       1.40  Review plan requirements for filing list of
                              executory contracts and leases to be assumed
                              (0.4); review and revise Notice regarding
                              executory contracts and leases (0.3); review
                              and analysis of preliminary list from S. Smith
                              regarding same (0.3); telephone conference with
                              S. Smith regarding same (0.2); review revised
                              list from S. Smith regarding same (0.1);
                              oversee filing of Notice and revised list
                              regarding same (0.1).

11/29/06 S Strong       1.60  Work on language for Direct Lender Supplement
                              relating to Plan (0.8); review proposed LSA
                              servicing fee exhibits for Direct Lender
                              Supplement (0.3); telephone conferences with S.
                              Smith regarding same (0.3); oversee filing of
                              Direct Lender Supplement with various exhibits
                              (0.2).

11/29/06 C Hurst        1.20  Receipt of calls regarding Solicitation Packet.

11/30/06 A Jarvis        .20  Correspondence on service of loan servicing
                              fee schedule.

| | | |
|---|---|---|
| 11/30/06 A Jarvis | .20 | Correspondence on questions on direct investor supplement. |
| 11/30/06 A Jarvis | .30 | Correspondence on disbursement agency agreement. |
| 11/30/06 A Jarvis | .70 | Telephone conference with S. Smith and S. C. Strong regarding bids, investor statement issues, response to investor questions. |
| 11/30/06 A Jarvis | .40 | Evaluate IP issues, plan trustee issues, plan transition issues. |
| 11/30/06 A Jarvis | 1.00 | Review comments on liquidating trust agreement and plan issues and respond with suggestions for resolution with UCC and further research needed. |
| 11/30/06 S Strong | 1.20 | Telephone conference with investor B. Susskind regarding Direct Lender questions concerning treatment of prepaid interest under Plan (0.3); email to T. Allison, M. Olson and A. W. Jarvis regarding same (0.2); exchange follow-up emails with T. Allison regarding same (0.1); draft proposed language for USACM website to explain limits on prepaid interest (0.6). |
| 11/30/06 S Strong | .80 | Telephone conference with J. McPherson regarding Binford and Copper Sage claims, ballots, and potential Rule 3108 motions (0.5); review claims and balloting procedures regarding same (0.2); exchange emails with S. Scann regarding same (0.1). |
| 11/30/06 S Strong | .60 | Telephone conference with S. Smith and A. W. Jarvis regarding prepaid interest issues to address in T. Allison declaration in support of Plan (.6). |
| 11/30/06 S Strong | 1.10 | Participate in telephone conference with R. Charles regarding various plan confirmation and transition issues affecting USACM (0.7); further analysis of issues raised in call (0.4). |
| 11/30/06 S Strong | .30 | Review liquidating trust and related Plan issues (.3). |

Client No. 34585                                    Page:   31
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/30/06 S Strong          .20 Exchange emails with E. Withrow regarding
                               Direct Lender Supplement and related LSA
                               information transmitted to all DLs (0.1);
                               telephone conference with S. Smith regarding
                               same (0.1).

11/30/06 C Hurst           .60 Respond to calls from Direct Lender(s).


TOTAL FOR LEGAL SERVICES RENDERED                       $139,698.00