*"Exhibit J-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357336

For Legal Services Rendered Through November 30, 2006

**Matter No. 34585-00013**

**Tax Issues**

| | | | |
|---|---|---|---|
| 11/02/06 | K Applegate | 1.50 | Review of the liquidating trust and SEC comments as they relate to tax. |
| 11/02/06 | N Hall | 2.70 | Review and analyze issues regarding liquidating trust and correspondence from SEC, PBGC and First Trust deed committee. |
| 11/03/06 | N Hall | .50 | Work on revisions to disclosure and trust. |
| 11/06/06 | K Applegate | 3.60 | Reading of the revised tax disclosures, edit same (.8); work on the tax disclosures given the major revisions to the plan (.9); draft revisions to the plan (.9). |
| 11/06/06 | N Hall | 3.90 | Review and comment on tax implications of plan and disclosure. |
| 11/07/06 | K Applegate | .70 | Review and revise the tax disclosures. |
| 11/08/06 | K Applegate | .30 | Work on the tax disclosures. |
| 11/09/06 | K Applegate | 1.50 | Review of 468B regulations on liquidating trusts (1.3); telephone conference with Mark Wallace of the creditor's committee (.2). |
| 11/09/06 | N Hall | .80 | Review revisions to disclosures (.6), Telephone call to Wallace, Esq. (.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

| | | | |
|---|---|---|---|
| 11/10/06 | K Applegate | 1.90 | Review of the creditor committee's changes to the tax disclosures (1.3); telephone call with Mark Wallace on ordinary loss from the trust (.2); further analyze effect (.6). |
| 11/10/06 | N Hall | .80 | Review email from M. Wallace. |
| 11/14/06 | K Applegate | .40 | Analyze bad debt expense on the first trust deed members. |
| 11/14/06 | B Bauman | .20 | Research of issue regarding writing off of bad debt vs. taking capital loss for asset disposition. |
| 11/15/06 | K Applegate | 1.40 | Telephone calls on tax strategies for the bad debt expense (.4); research on writing down bad debts within close proximity to a bankruptcy (1.0). |
| 11/15/06 | N Hall | .30 | Analyze plan tax issues. |
| 11/16/06 | K Applegate | .50 | Telephone conference with Susan and creditors on writing down loans in the first trust (.4); telephone call with Mark Wallace on issues (.1). |
| 11/17/06 | K Applegate | 1.30 | Telephone calls to Elesa and KPMG on the ability to write down the loans on the First Trust Deed Fund. |
| 11/17/06 | B Bauman | 1.50 | Research bad debt deductions, capital losses regarding taking bad debt deduction prior to sale of mortgage-backed loans to third party. |
| 11/20/06 | K Applegate | .90 | Telephone call with Susan on write down of the loans (.4); telephone calls with KPMG on getting an opinion (.5). |
| 11/21/06 | K Applegate | .50 | Telephone conference with attorneys on the First Trust Deed's request; review e-mail on same; telephone calls to KPMG. |
| 11/28/06 | K Applegate | 1.50 | Research on tax issues associated with the liquidating trust (.5); review e-mails from Elisa on tax opinion for the First Trust Deed request (.6); follow up with KPMG (.4). |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/28/06 N Hall          5.70 Review email from A. Jarvis and attached draft
                              Trust Agreement (1.4); review Rev Proc and
                              Regulations (1.7); rough draft Agency Agreement
                              (1.3); dictate recitals to draft agreement,
                              proof and correct draft (.8); proof revisions,
                              dictate email transmittal (.5).

11/29/06 K Applegate      .40 Work with KPMG on obtaining tax opinion
                              letter for First Trust Deed members (.4).


   TOTAL FOR LEGAL SERVICES RENDERED                        $9,011.00

"Exhibit J-12"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          January 19, 2007
Las Vegas, NV  89121                             Invoice No. 357338

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00015

**Travel Time**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/12/06 | A Jarvis | 4.00 | Travel from Salt Lake to Las Vegas for hearing. |
| 11/12/06 | E Monson | 4.00 | Travel to Las Vegas for hearing on Disclosure Statement. |
| 11/13/06 | A Jarvis | .50 | Travel to court for hearing. |
| 11/13/06 | A Jarvis | 4.90 | Travel from Las Vegas to Salt Lake (delay). |
| 11/13/06 | E Monson | 4.00 | Travel to Salt Lake City from Las Vegas after Disclosure Statement hearing. |
| 11/15/06 | A Jarvis | 3.50 | Travel from Salt Lake to Las Vegas for meetings. |
| 11/15/06 | A Jarvis | 3.80 | Travel from Las Vegas to Salt Lake after meetings. |
| 11/15/06 | M Pugsley | 4.50 | Travel to L.V. and home (4.5). |
| 11/27/06 | S Strong | 3.20 | Travel to Las Vegas for meetings and hearings (3.2). |
| 11/28/06 | S Strong | 2.30 | Return travel from Las Vegas to SLC (non-working portion) (2.3). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


TOTAL FOR LEGAL SERVICES RENDERED                          $4,860.25

*"Exhibit J-13"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

January 19, 2007
Invoice No. 357339

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00017

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 11/01/06 | M Pugsley | 2.90 | Review conversion agreements and correspondence regarding same (.3); research regarding privilege issues (2.1); evaluate subpoena (.5). |
| 11/01/06 | A Tsu | 3.20 | Milanowski email review (1.2); drafting email to M. Pugsley regarding same (.1); reviewing information regarding USA entities in preparation for email review (1.1); begin searching terms for relevant information (.8). |
| 11/02/06 | M Pugsley | 5.30 | Review documents to be produced to SEC (3.2); research regarding privilege issues (2.1). |
| 11/02/06 | J Zimmer | 1.30 | Assist with Summation document searches. |
| 11/08/06 | M Pugsley | 4.40 | Research regarding 10-90 transactions (2.8); telephone conference with SEC regarding various issues (.5); draft outline regarding diversified T/A (1.1). |
| 11/08/06 | M Pugsley | 1.20 | Research regarding shareholder disclosure issues (1.2). |
| 11/09/06 | M Pugsley | 6.50 | Research regarding Shareholder Disclosure issues (3.9); outline 10-90 transaction and review docs. (2.6). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


11/10/06 A Jarvis          .30 Correspondence with client on SEC issues.

11/10/06 M Pugsley        1.30 Prepare for meeting with SEC (1.3).

11/13/06 J Zimmer         3.90 Prepare Documents for Production.

11/14/06 A Jarvis          .30 Correspondence on SEC issues.

11/14/06 M Pugsley        6.50 Prepare for meeting with SEC (4.2); telephone
                               conference with L. Dean (.8); draft
                               correspondence regarding same (.5); research
                               regarding claims (1.0).

11/15/06 A Jarvis         4.50 Participate in meeting with SEC and follow up
                               on gathering documents.

11/15/06 A Jarvis          .60 Correspondence on document requests.

11/15/06 M Pugsley        7.30 Prepare for and attend meeting with SEC in Las
                               Vegas (7.3).

11/15/06 J Zimmer          .40 Assist with Summation search.

11/16/06 K Cassett        1.20 Bate stamp additional document production.

11/16/06 K Cassett        1.30 Continue indexing document production.

11/17/06 M Pugsley        4.60 Review analysis regarding Marquis Hotel (.4);
                               conference call with Mesirow regarding same
                               (1.3); review ADOL documents to be produced
                               (1.1); review documents regarding Marquis
                               (1.3); draft letter to L. Dean regarding
                               order of investigation (.5).

11/17/06 K Cassett         .50 Bates stamp additional document production.

11/28/06 M Pugsley        2.50 Analyze document production issues/concerns
                               (.7); review documents to be produced to SEC
                               (1.8).

11/29/06 J Zimmer         1.40 Prepare Documents for Production.

11/30/06 M Pugsley        6.10 Conference call with L. Dean of SEC regarding
                               affidavit (2.0); conference call with client
                               and professionals regarding various issues
                               (1.9); review new documents to be provided to
                               SEC (1.5); coordinate production with Mesirow
                               (.7).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/30/06 J Zimmer          .90 Prepare Documents for Production.

  TOTAL FOR LEGAL SERVICES RENDERED                      $15,813.50

*"Exhibit J-14"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357342

For Legal Services Rendered Through November 30, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| | | | |
|---|---|---|---|
| 11/03/06 | A Jarvis | .30 | Conference call with Committees regarding issues with APA, plan negotiations (1.2). |
| 11/03/06 | S Strong | .25 | Participate in teleconference with debtors and committees professionals regarding various plan issues and compromises (1.). |
| 11/05/06 | A Jarvis | .55 | Conference call with committees regarding revisions to plan of reorganization, APA (2.2). |
| 11/06/06 | A Jarvis | .85 | Conference call with Committees regarding plan and disclosure statement, APA (3.4). |
| 11/06/06 | S Strong | .38 | Participate in telephone conference with debtors and committees professionals regarding current draft of disclosure statement and further revisions needed (0.9); review and analysis of proposed inserts from various committees for disclosure statement (0.6). |
| 11/07/06 | A Jarvis | .25 | Conference call with Committees on disclosure statement (1.0). |
| 11/10/06 | A Jarvis | .42 | Conference call with Committees on finalizing plan of reorganization (1.7). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


11/10/06 S Strong         .15 Participate in conference call with committees
                              regarding Plan issues and liquidation analysis
                              (.6).

11/10/06 S Strong         .13 Participate in follow-up conference call with
                              committees regarding final revisions to plan
                              and disclosure statement in advance of Mondays
                              hearing for approval of disclosure statement
                              (.5).

11/21/06 A Jarvis         .25 Conference call with committees regarding
                              solicitation/plan confirmation issues (1.0).

11/30/06 A Jarvis         .05 Correspondence on committee meeting (.2).


   TOTAL FOR LEGAL SERVICES RENDERED                        $1,067.62

*"Exhibit J-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357343
Las Vegas, NV  89121

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00022

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 11/03/06 A Jarvis | .30 | Conference call with Committees regarding issues with APA, plan negotiations (1.2). |
| 11/03/06 S Strong | .25 | Participate in teleconference with debtors and committees professionals regarding various plan issues and compromises (1.). |
| 11/05/06 A Jarvis | .55 | Conference call with committees regarding revisions to plan of reorganization, APA (2.2). |
| 11/06/06 A Jarvis | .85 | Conference call with Committees regarding plan and disclosure statement, APA (3.4). |
| 11/06/06 S Strong | .38 | Participate in telephone conference with debtors and committees professionals regarding current draft of disclosure statement and further revisions needed (0.9); review and analysis of proposed inserts from various committees for disclosure statement (0.6). |
| 11/07/06 A Jarvis | .25 | Conference call with Committees on disclosure statement (1.0). |
| 11/10/06 A Jarvis | .42 | Conference call with Committees on finalizing plan of reorganization (1.7). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


11/10/06 S Strong        .15 Participate in conference call with
                             committees regarding Plan issues and
                             liquidation analysis (.6).

11/10/06 S Strong        .12 Participate in follow-up conference call with
                             committees regarding final revisions to plan
                             and disclosure statement in advance of Mondays
                             hearing for approval of disclosure statement
                             (.5).

11/21/06 A Jarvis        .25 Conference call with committees regarding
                             solicitation/plan confirmation issues (1.0).

11/30/06 A Jarvis        .05 Correspondence on committee meeting (.2).


TOTAL FOR LEGAL SERVICES RENDERED                        $1,067.62

"*Exhibit J-16*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357337
Las Vegas, NV  89121

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00014

Costs

Costs Advanced:

| | | |
|---|---|---:|
| 11/07/06 | Air Fare - - American Express | 224.10 |
| 11/14/06 | Air Fare - - Bankcard Center | 290.10 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 261.10 |
| 11/14/06 | Air Fare - - Bankcard Center | 350.11 |
| 11/14/06 | Air Fare - - Bankcard Center | 350.11 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 129.80 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 29.00 |
| 11/14/06 | Air Fare - - Bankcard Center | 131.30 |
| 11/14/06 | Air Fare - - Bankcard Center | 350.11 |
| 11/14/06 | Air Fare - - Bankcard Center | 350.11 |
| 11/14/06 | Air Fare - - Bankcard Center | (129.80) |
| 11/14/06 | Air Fare - - Bankcard Center | (261.10) |
| 11/14/06 | Air Fare - - Bankcard Center | (129.80) |
| 11/06/06 | Travel Expense - - Annette W. Jarvis | 230.13 |
| 11/06/06 | Travel Expense - - Annette W. Jarvis | 315.88 |
| 11/06/06 | Travel Expense - - Annette W. Jarvis | 278.53 |
| 11/06/06 | Travel Expense - - Elaine A. Monson | 177.51 |
| 11/06/06 | Travel Expense - - Steven C. Strong | 476.61 |
| 11/22/06 | Travel Expense - - Annette W. Jarvis | 78.01 |
| 11/22/06 | Travel Expense - - Annette W. Jarvis | 440.23 |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | |
|---|---|---:|
| 11/22/06 | Travel Expense - - Elaine A. Monson | 243.01 |
| 11/22/06 | Travel Expense - - Elaine A. Monson | 871.99 |
| 11/22/06 | Travel Expense - - Mark W. Pugsley | 19.00 |
| 11/20/06 | Filing Fee - UCC-1 - - Wells Fargo Remittance Center | 15.00 |
| 11/20/06 | UCC Search - - Wells Fargo Remittance Center | 6.00 |
| 11/20/06 | UCC Search - - Wells Fargo Remittance Center | 6.00 |
| 11/20/06 | Search Fee - - Wells Fargo Remittance Center | 2.05 |
| 11/20/06 | Search Fee - - Wells Fargo Remittance Center | 3.08 |
| 11/20/06 | Search Fee - - Wells Fargo Remittance Center | 1.03 |
| 11/01/06 | Filing Fee - UCC (Pegasus-MH Adventures)- - California Secretary of State | 20.00 |
| 11/02/06 | Filing Fee - UCC (Ocean Atlantic Chicago, LLC)- - Illinois Secretary of State | 20.00 |
| 11/02/06 | Filing Fee - UCC (Columbia Managing Partners) - - Nevada Secretary of State | 60.00 |
| 11/02/06 | Filing Fee - UCC - (Columbia Managing Partners) - Texas Secretary of State | 30.00 |
| 11/02/06 | Filing Fee - UCC - Binford Medical Developers - Indiana Secretary of State | 8.00 |
| 11/02/06 | Filing Fee - UCC (6425 Gess Ltd.)- - Texas Secretary of State | 30.00 |
| 11/06/06 | Filing Fee - UCC (619 Main LP) - - Texas Secretary of State | 30.00 |
| 11/30/06 | Federal Express Charges | 747.74 |
| 11/30/06 | Long Distance Telephone Charges | 7106.34 |
| 11/30/06 | Postage | 467.67 |
| 11/30/06 | Database Legal Research | 372.24 |
| 11/30/06 | Copying Expense | 1735.60 |
| 11/30/06 | Business Meal(s) | 462.66 |

TOTAL COSTS ADVANCED                                     $16,344.45

Client Address:  **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**       Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/01/06 | | $0.20 | 064 | 1 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855499 |
| rq&n | 11/01/06 | | $0.20 | 064 | 1 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855500 |
| rq&n | 11/01/06 | | $0.20 | 064 | 1 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855501 |
| rq&n | 11/01/06 | | $1.40 | 064 | 7 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855502 |
| rq&n | 11/01/06 | | $1.20 | 064 | 6 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855503 |
| rq&n | 11/01/06 | | $5.00 | 064 | 25 | Copying Expense 110106 BRINKERHOFF ALLAN T | 1855504 |
| rq&n | 11/01/06 | | $0.18 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:18 180 MONSON DOUGLAS M | 1855505 |
| rq&n | 11/01/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 18:23 120 MONSON DOUGLAS M | 1855506 |
| jarvs | 11/01/06 | 75684 | $20.00 | 451 | 1 | Filing Fee - UCC (Pegasus-MH Adventures)-- California Secretary of State | 1856124 |
| jarvs | 11/02/06 | 141334 | $593.95 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1855609 |
| jarvs | 11/02/06 | 141334 | $375.38 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1855612 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 11/02/06 | 141334 | $630.44 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855613 |
| jarvs | 11/02/06 | 141334 | $285.71 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855615 |
| jarvs | 11/02/06 | 141334 | $225.77 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1856616 |
| jarvs | 11/02/06 | 141334 | $232.08 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855617 |
| jarvs | 11/02/06 | 141334 | $554.28 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855618 |
| jarvs | 11/02/06 | 141334 | $410.07 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855619 |
| jarvs | 11/02/06 | 141334 | $256.87 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855620 |
| jarvs | 11/02/06 | 141334 | $253.27 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1855621 |
| jarvs | 11/02/06 | 141334 | $86.07 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1856622 |
| rq&n | 11/02/06 | | $13.40 | 064 | 67 | Copying Expense 110206 HURST CARRIE | 1855902 |
| rq&n | 11/02/06 | | $3.20 | 064 | 16 | Copying Expense 110206 MONSON DOUGLAS M | 1855903 |
| rq&n | 11/02/06 | | $0.20 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 14:56 180 MONSON DOUGLAS M | 1855904 |
| rq&n | 11/02/06 | | $9.00 | 064 | 45 | Copying Expense 110206 BRINKERHOFF ALLAN T | 1855905 |
| rq&n | 11/02/06 | | $0.91 | 014 | 1 | Long Distance Telephone Charges 8185022748 GLENDALE CA 16:39 1080 MONSON DOUGLAS M | 1855906 |
| rq&n | 11/02/06 | | $0.40 | 064 | 2 | Copying Expense 110206 BRINKERHOFF ALLAN T | 1855907 |
| rq&n | 11/02/06 | | $9.00 | 064 | 45 | Copying Expense 110206 BRINKERHOFF ALLAN T | 1855908 |
| rq&n | 11/02/06 | | $0.80 | 064 | 4 | Copying Expense 110206 MONSON DOUGLAS M | 1855909 |
| jarvs | 11/02/06 | 75686 | $30.00 | 451 | 1 | Filing Fee - UCC (6425 Gess Ltd.) -- Texas Secretary of State | 1856123 |
| jarvs | 11/02/06 | 75683 | $20.00 | 451 | 1 | Filing Fee - UCC (Ocean Atlantic Chicago, LLC)-- Illinois Secretary of State | 1856125 |
| jarvs | 11/02/06 | 75682 | $60.00 | 451 | 1 | Filing Fee - UCC (Columbia Managing Partners) -- Nevada Secretary of State | 1856126 |
| jarvs | 11/02/06 | | $2.40 | 064 | 1 | Copying Expense | 1856678 |
| jarvs | 11/02/06 | | $1.20 | 064 | 1 | Copying Expense | 1866579 |
| jarvs | 11/02/06 | 75681 | $30.00 | 451 | 1 | Filing Fee - UCC - (Columbia Managing Partners) - Texas Secretary of State | 1857444 |
| jarvs | 11/02/06 | 75685 | $8.00 | 451 | 1 | Filing Fee - UCC - Binford Medical Developers - Indiana Secretary of State | 1857760 |
| rq&n | 11/03/06 | | $0.20 | 064 | 1 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856060 |
| rq&n | 11/03/06 | | $7.80 | 064 | 39 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856061 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/03/06 | | $2.60 | 064 | 13 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856062 |
| rq&n | 11/03/06 | | $1.20 | 064 | 6 | Copying Expense 110306 MONSON DOUGLAS M | 1856063 |
| rq&n | 11/03/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 11:04 480 MONSON DOUGLAS M | 1856064 |
| rq&n | 11/03/06 | | $3.00 | 064 | 15 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856065 |
| rq&n | 11/03/06 | | $0.43 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 13:56 480 MONSON DOUGLAS M | 1856066 |
| rq&n | 11/03/06 | | $0.20 | 064 | 1 | Copying Expense 110306 OKERLUND LORRI | 1856067 |
| rq&n | 11/03/06 | | $4.80 | 064 | 24 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856068 |
| rq&n | 11/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 15:33 60 MONSON DOUGLAS M | 1856069 |
| rq&n | 11/03/06 | | $0.80 | 064 | 4 | Copying Expense 110306 BRINKERHOFF ALLAN T | 1856070 |
| rq&n | 11/03/06 | | $0.20 | 064 | 1 | Copying Expense 110306 STRONG STEVEN | 1856071 |
| rq&n | 11/03/06 | | $0.13 | 014 | 1 | Long Distance Telephone Charges 2023264020 WASHINGT DC 11:21 120 MONSON ELAINE A | 1856072 |
| jarvs | 11/03/06 | | $253.00 | 064 | 1,265 | Copying Expense | 1856576 |
| jarvs | 11/03/06 | | $6.00 | 064 | 1 | Copying Expense | 1856581 |
| jarvs | 11/03/06 | | $349.60 | 064 | 1 | Copying Expense | 1856582 |
| jarvs | 11/03/06 | | $77.80 | 064 | 1 | Copying Expense | 1856583 |
| jarvs | 11/03/06 | | $25.80 | 064 | 1 | Copying Expense | 1856584 |
| jarvs | 11/03/06 | | $174.15 | 016 | 1 | Postage | 1856530 |
| jarvs | 11/03/06 | | $14.60 | 064 | 73 | Copying Expense 110406 STRONG STEVEN | 1856111 |
| rq&n | 11/04/06 | 75648 | $30.00 | 451 | 1 | Filing Fee - UCC (619 Main LP) -- Texas Secretary of State | 1856127 |
| jarvs | 11/06/06 | 141380 | $194.02 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1856142 |
| jarvs | 11/06/06 | 141380 | $230.13 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1856143 |
| jarvs | 11/06/06 | 141380 | $315.88 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1856144 |
| jarvs | 11/06/06 | 141380 | $278.53 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1856145 |
| jarvs | 11/06/06 | 141385 | $177.51 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1856151 |
| jarvs | 11/06/06 | 141395 | $476.61 | 118 | 1 | Travel Expense -- Steven C. Strong | 1856170 |
| jarvs | 11/06/06 | 141395 | $23.40 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1856171 |
| rq&n | 11/06/06 | | $3.00 | 064 | 15 | Copying Expense 110606 BRINKERHOFF ALLAN T | 1856304 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/06/06 | | $0.40 | 064 | 2 | Copying Expense 110606 BRINKERHOFF ALLAN T | 1856305 |
| rq&n | 11/06/06 | | $4.60 | 064 | 23 | Copying Expense 110606 MONSON DOUGLAS M | 1856306 |
| jarvs | 11/06/06 | | $17.60 | 064 | 1 | Copying Expense | 1856587 |
| jarvs | 11/06/06 | | $1.20 | 064 | 1 | Copying Expense | 1856588 |
| jarvs | 11/06/06 | | $0.20 | 064 | 1 | Copying Expense | 1856589 |
| jarvs | 11/07/06 | | $224.10 | 111 | 1 | Air Fare -- American Express | 1856381 |
| jarvs | 11/07/06 | | $1.40 | 064 | 7 | Copying Expense 110706 BROWN PATRICIA | 1856537 |
| rq&n | 11/07/06 | 141407 | $0.60 | 064 | 3 | Copying Expense 110706 KOTTER BEN  . | 1856538 |
| rq&n | 11/07/06 | | $55.60 | 064 | 1 | Copying Expense | 1856597 |
| jarvs | 11/07/06 | | $0.80 | 064 | 1 | Copying Expense | 1856598 |
| jarvs | 11/07/06 | | $276.35 | 019 | 1 | Westlaw | 1856614 |
| hurst | 11/08/06 | | $1.60 | 064 | 8 | Copying Expense 110806 BRINKERHOFF ALLAN T | 1857088 |
| rq&n | 11/08/06 | | $0.80 | 064 | 4 | Copying Expense 110806 BRINKERHOFF ALLAN T | 1857089 |
| rq&n | 11/08/06 | | $4.40 | 064 | 22 | Copying Expense 110806 BRINKERHOFF ALLAN T | 1857090 |
| rq&n | 11/08/06 | | $1.20 | 064 | 6 | Copying Expense 110806 BROWN PATRICIA | 1857091 |
| rq&n | 11/08/06 | | $2.20 | 064 | 11 | Copying Expense 110806 OKERLUND LORRI | 1857092 |
| rq&n | 11/08/06 | | $2.20 | 064 | 11 | Copying Expense 110806 OKERLUND LORRI | 1857093 |
| rq&n | 11/08/06 | | $15.80 | 064 | 79 | Copying Expense 110806 OKERLUND LORRI | 1857094 |
| rq&n | 11/08/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7028706060 LAS VEGA NV 13:58 0 HURST CARRIE | 1857095 |
| rq&n | 11/08/06 | | $27.60 | 064 | 138 | Copying Expense 110806 OKERLUND LORRI | 1857096 |
| rq&n | 11/08/06 | | $21.40 | 064 | 107 | Copying Expense 110806 OKERLUND LORRI | 1857097 |
| rq&n | 11/08/06 | | $0.21 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 15:02 240 MONSON DOUGLAS M | 1857098 |
| hurst | 11/08/06 | | $45.92 | 019 | 1 | Westlaw | 1859901 |
| jarvs | 11/08/06 | | $1.20 | 064 | 1 | Copying Expense | 1860580 |
| rq&n | 11/09/06 | | $48.00 | 064 | 240 | Copying Expense 110906 BROWN PATRICIA | 1857594 |
| rq&n | 11/09/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 9497055600 IRVINE, CA 12:08 120 HURST CARRIE | 1857595 |
| rq&n | 11/09/06 | | $7.20 | 064 | 36 | Copying Expense 110906 HURST CARRIE | 1857596 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/10/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 3107881223 BEVERLYH CA 18:29 60 MONSON DOUGLAS M | 1857668 |
| rq&n | 11/10/06 | | $0.20 | 064 | 1 | Copying Expense 111006 OKERLUND LORRI | 1857720 |
| rq&n | 11/10/06 | | $2.60 | 064 | 13 | Copying Expense 111006 BINGHAM KAREN | 1857721 |
| rq&n | 11/10/06 | | $1.60 | 064 | 8 | Copying Expense 111006 BINGHAM KAREN | 1857722 |
| rq&n | 11/13/06 | | $0.26 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 09:44 300 MONSON DOUGLAS M | 1858030 |
| rq&n | 11/13/06 | | $0.20 | 064 | 1 | Copying Expense 111306 STRONG STEVEN | 1858031 |
| jarvs | 11/14/06 | 141439 | $290.10 | 111 | 1 | Air Fare -- Bankcard Center | 1857765 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857766 |
| jarvs | 11/14/06 | 141439 | $261.10 | 111 | 1 | Air Fare -- Bankcard Center | 1857767 |
| jarvs | 11/14/06 | 141439 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1857769 |
| jarvs | 11/14/06 | 141439 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1857770 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857774 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857775 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857776 |
| jarvs | 11/14/06 | 141439 | $129.80 | 111 | 1 | Air Fare -- Bankcard Center | 1857777 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857778 |
| jarvs | 11/14/06 | 141439 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1857779 |
| jarvs | 11/14/06 | 141439 | $131.30 | 111 | 1 | Air Fare -- Bankcard Center | 1857780 |
| jarvs | 11/14/06 | 141439 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1857781 |
| jarvs | 11/14/06 | 141439 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1857782 |
| jarvs | 11/14/06 | 141439 | -$129.80 | 111 | 1 | Air Fare -- Bankcard Center | 1857783 |
| jarvs | 11/14/06 | 141439 | -$129.80 | 111 | 1 | Air Fare -- Bankcard Center | 1857784 |
| jarvs | 11/14/06 | 141439 | -$261.10 | 111 | 1 | Air Fare -- Bankcard Center | 1857785 |
| jarvs | 11/14/06 | 141439 | -$129.80 | 111 | 1 | Air Fare -- Bankcard Center | |
| rq&n | 11/14/06 | | $46.00 | 064 | 230 | Copying Expense 111406 HURST CARRIE | 1858228 |
| rq&n | 11/14/06 | | $0.60 | 064 | 3 | Copying Expense 111406 BROWN PATRICIA | 1858229 |
| rq&n | 11/14/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8012293835 OREM, UT UT 17:51 60 HURST CARRIE | 1858230 |
| jarvs | 11/14/06 | | $2.40 | 064 | 1 | Copying Expense | 1860583 |
| jarvs | 11/15/06 | | $0.40 | 064 | 1 | Copying Expense | 1860584 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/16/06 | | $1.00 | 064 | 5 | Copying Expense 111606 BROWN PATRICIA | 1858493 |
| rq&n | 11/16/06 | | $0.20 | 064 | 1 | Copying Expense 111606 BROWN PATRICIA | 1858494 |
| rq&n | 11/16/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:52 180 MONSON DOUGLAS M | 1858495 |
| rq&n | 11/16/06 | | $5.00 | 064 | 25 | Copying Expense 111606 HURST CARRIE | 1858496 |
| jarvis | 11/16/06 | | $5.20 | 064 | 1 | Copying Expense | 1860581 |
| jarvis | 11/16/06 | | $2.80 | 064 | 1 | Copying Expense | 1860582 |
| jarvis | 11/16/06 | | $13.69 | 013 | 1 | Federal Express Charges | 1862001 |
| rq&n | 11/17/06 | | $0.60 | 064 | 3 | Copying Expense 111706 OKERLUND LORRI | 1858774 |
| rq&n | 11/17/06 | | $0.40 | 064 | 2 | Copying Expense 111706 OKERLUND LORRI | 1858775 |
| rq&n | 11/17/06 | | $29.20 | 064 | 146 | Copying Expense 111706 OKERLUND LORRI | 1858776 |
| rq&n | 11/17/06 | | $0.20 | 064 | 1 | Copying Expense 111706 OKERLUND LORRI | 1858777 |
| jarvis | 11/17/06 | | $46.00 | 064 | 1 | Copying Expense | 1860585 |
| jarvis | 11/17/06 | | $4.00 | 064 | 1 | Copying Expense | 1860586 |
| jarvis | 11/17/06 | | $22.92 | 013 | 1 | Federal Express Charges | 1862004 |
| jarvis | 11/20/06 | 141560 | $6.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1858858 |
| jarvis | 11/20/06 | 141560 | $6.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1858859 |
| jarvis | 11/20/06 | 141560 | $2.05 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1858862 |
| jarvis | 11/20/06 | 141560 | $3.08 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1858863 |
| jarvis | 11/20/06 | 141560 | $15.00 | 184 | 1 | Filing Fee - UCC-1 - - Wells Fargo Remittance Center | 1858864 |
| jarvis | 11/20/06 | 141560 | $1.03 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1858865 |
| jarvis | 11/20/06 | 141560 | $0.00 | 474 | 1 | Business Meal(s) - - Wells Fargo Remittance Center | 1858881 |
| rq&n | 11/20/06 | | $17.20 | 064 | 86 | Copying Expense 112006 BROWN PATRICIA | 1859153 |
| rq&n | 11/20/06 | | $8.40 | 064 | 42 | Copying Expense 112006 BROWN PATRICIA | 1859154 |
| rq&n | 11/20/06 | | $30.00 | 064 | 150 | Copying Expense 112006 KOTTER BEN | 1859155 |
| rq&n | 11/21/06 | | $0.60 | 064 | 3 | Copying Expense 112106 BROWN PATRICIA | 1859298 |
| rq&n | 11/21/06 | | $20.00 | 064 | 100 | Copying Expense 112106 LILYQUIST LINDA S | 1859299 |
| rq&n | 11/21/06 | | $17.60 | 064 | 88 | Copying Expense 112106 LILYQUIST LINDA S | 1859300 |
| rq&n | 11/21/06 | | $20.00 | 064 | 100 | Copying Expense 112106 LILYQUIST LINDA S | 1859301 |
| rq&n | 11/21/06 | | $3.20 | 064 | 16 | Copying Expense 112106 LILYQUIST LINDA S | 1859302 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Description of Costs Advanced | Quantity | Index # |
|----------|------|---------|-------------|----------------|------------------------------|----------|---------|
| rq&n | 11/21/06 | | $35.40 | 064 | Copying Expense 112106 LILYQUIST LINDA S | 177 | 1859303 |
| rq&n | 11/21/06 | | $5.60 | 064 | Copying Expense 112106 MONSON DOUGLAS M | 28 | 1859304 |
| rq&n | 11/21/06 | | $9.60 | 064 | Copying Expense 112106 MONSON DOUGLAS M | 48 | 1859305 |
| rq&n | 11/21/06 | | $4.80 | 064 | Copying Expense 112106 HANSEN ALISON | 24 | 1859306 |
| jarvs | 11/21/06 | | $2.40 | 064 | Copying Expense | 1 | 1860587 |
| jarvs | 11/21/06 | | $2.40 | 064 | Copying Expense | 1 | 1860588 |
| jarvs | 11/21/06 | | $2.40 | 064 | Copying Expense | 1 | 1860589 |
| jarvs | 11/21/06 | | $2.40 | 064 | Copying Expense | 1 | 1860827 |
| kottr | 11/21/06 | | $49.97 | 019 | Westlaw | 1 | 1862010 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862011 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862013 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862014 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862016 |
| jarvs | 11/21/06 | | $13.12 | 013 | Federal Express Charges | 1 | 1862017 |
| jarvs | 11/21/06 | | $13.12 | 013 | Federal Express Charges | 1 | 1862018 |
| jarvs | 11/21/06 | | $14.12 | 013 | Federal Express Charges | 1 | 1862019 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862020 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862021 |
| jarvs | 11/21/06 | | $14.72 | 013 | Federal Express Charges | 1 | 1862022 |
| jarvs | 11/21/06 | | $14.12 | 013 | Federal Express Charges | 1 | 1862023 |
| jarvs | 11/21/06 | | $14.12 | 013 | Federal Express Charges | 1 | 1862024 |
| jarvs | 11/21/06 | | $14.12 | 013 | Federal Express Charges | 1 | 1862025 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862027 |
| jarvs | 11/21/06 | | $13.12 | 013 | Federal Express Charges | 1 | 1862028 |
| jarvs | 11/21/06 | | $12.85 | 013 | Federal Express Charges | 1 | 1862029 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862030 |
| jarvs | 11/21/06 | | $22.47 | 013 | Federal Express Charges | 1 | 1862031 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862032 |
| jarvs | 11/21/06 | | $14.12 | 013 | Federal Express Charges | 1 | 1862033 |
| jarvs | 11/21/06 | | $12.47 | 013 | Federal Express Charges | 1 | 1862034 |
| jarvs | 11/21/06 | | $12.85 | 013 | Federal Express Charges | 1 | |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 11/21/06 | | $12.85 | 013 | 1 | Federal Express Charges | 1862035 |
| jarvs | 11/21/06 | | $13.12 | 013 | 1 | Federal Express Charges | 1862036 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862037 |
| jarvs | 11/21/06 | | $13.12 | 013 | 1 | Federal Express Charges | 1862038 |
| jarvs | 11/21/06 | | $12.85 | 013 | 1 | Federal Express Charges | 1862039 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862040 |
| jarvs | 11/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1862041 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862042 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862043 |
| jarvs | 11/21/06 | | $13.35 | 013 | 1 | Federal Express Charges | 1862044 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862045 |
| jarvs | 11/21/06 | | $13.12 | 013 | 1 | Federal Express Charges | 1862047 |
| jarvs | 11/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1862048 |
| jarvs | 11/21/06 | | $13.12 | 013 | 1 | Federal Express Charges | 1862049 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862050 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862051 |
| jarvs | 11/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1862052 |
| jarvs | 11/21/06 | | $12.47 | 013 | 1 | Federal Express Charges | 1862066 |
| jarvs | 11/21/06 | | $23.77 | 013 | 1 | Federal Express Charges | 1862067 |
| jarvs | 11/21/06 | | $24.12 | 013 | 1 | Federal Express Charges | 1862068 |
| jarvs | 11/21/06 | | $25.22 | 013 | 1 | Federal Express Charges | 1862070 |
| jarvs | 11/21/06 | | $13.12 | 013 | 1 | Federal Express Charges | 1862071 |
| jarvs | 11/21/06 | | $25.22 | 013 | 1 | Federal Express Charges | 1862072 |
| jarvs | 11/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1862073 |
| jarvs | 11/21/06 | | $24.12 | 013 | 1 | Federal Express Charges | 1862074 |
| jarvs | 11/21/06 | | $14.12 | 013 | 1 | Federal Express Charges | 1858903 |
| jarvs | 11/22/06 | 141597 | $78.01 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1858904 |
| jarvs | 11/22/06 | 141597 | $440.23 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1858905 |
| jarvs | 11/22/06 | 141597 | $175.77 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1858908 |
| jarvs | 11/22/06 | 141603 | $243.01 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1858909 |
| jarvs | 11/22/06 | 141603 | $871.99 | 118 | 1 | Travel Expense -- Elaine A. Monson | |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 11/22/06 | 141603 | $21.82 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1858910 |
| jarvs | 11/22/06 | 141607 | $19.00 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1858921 |
| jarvs | 11/22/06 | 141607 | $47.65 | 474 | 1 | Business Meal(s) -- Mark W. Pugsley | 1858922 |
| rq&n | 11/22/06 | | $5.40 | 064 | 27 | Copying Expense 112206 MONSON DOUGLAS M | 1859438 |
| rq&n | 11/22/06 | | $1.80 | 064 | 9 | Copying Expense 112206 OKERLUND LORRI | 1859439 |
| rq&n | 11/22/06 | | $0.20 | 064 | 1 | Copying Expense 112206 OKERLUND LORRI | 1859440 |
| jarvs | 11/22/06 | | $242.34 | 016 | 1 | ` Postage | 1860371 |
| jarvs | 11/22/06 | | $51.18 | 016 | 1 | ` Postage | 1860375 |
| jarvs | 11/22/06 | | $20.00 | 064 | 1 | Copying Expense | 1860590 |
| jarvs | 11/22/06 | | $32.40 | 064 | 1 | Copying Expense | 1860591 |
| jarvs | 11/27/06 | 141621 | $137.44 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858955 |
| jarvs | 11/27/06 | 141621 | $381.69 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858956 |
| jarvs | 11/27/06 | 141621 | $100.04 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858957 |
| jarvs | 11/27/06 | 141621 | $104.54 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858958 |
| jarvs | 11/27/06 | 141621 | $146.00 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858959 |
| jarvs | 11/27/06 | 141621 | $54.08 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858960 |
| jarvs | 11/27/06 | 141621 | $492.10 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858961 |
| jarvs | 11/27/06 | 141621 | $234.34 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858962 |
| jarvs | 11/27/06 | 141621 | $76.15 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858963 |
| jarvs | 11/27/06 | 141621 | $214.52 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858964 |
| jarvs | 11/27/06 | 141621 | $45.07 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858965 |
| jarvs | 11/27/06 | 141621 | $271.29 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858966 |
| jarvs | 11/27/06 | 141621 | $295.62 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858967 |
| jarvs | 11/27/06 | 141621 | $244.70 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858969 |
| jarvs | 11/27/06 | 141621 | $9.02 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858970 |
| jarvs | 11/27/06 | 141621 | $123.46 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858971 |
| jarvs | 11/27/06 | 141621 | $27.04 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858973 |
| jarvs | 11/27/06 | 141621 | $36.05 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858974 |
| jarvs | 11/27/06 | 141621 | $201.89 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1858975 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 11/27/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9705339084 MANCOS, CO 10:16 0 HURST CARRIE | 1859640 |
| rq&n | 11/27/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 9169390125 FOLSOM, CA 10:18 0 HURST CARRIE | 1859641 |
| rq&n | 11/27/06 | | $1.46 | 014 | 1 | Long Distance Telephone Charges 9705339084 MANCOS, CO 11:03 1800 HURST CARRIE | 1859642 |
| rq&n | 11/27/06 | | $44.00 | 064 | 220 | Copying Expense 112706 JARVIS ANNETTE | 1859643 |
| rq&n | 11/27/06 | | $0.60 | 064 | 3 | Copying Expense 112706 MARTIN MELANIE | 1859644 |
| rq&n | 11/27/06 | | $1.20 | 064 | 6 | Copying Expense 112706 MARTIN MELANIE | 1859645 |
| rq&n | 11/27/06 | | $0.40 | 064 | 2 | Copying Expense 112706 MONSON DOUGLAS M | 1859646 |
| rq&n | 11/27/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 6262871888 ALHAMBRA CA 17:13 0 HURST CARRIE | 1859647 |
| rq&n | 11/27/06 | | $0.59 | 014 | 1 | Long Distance Telephone Charges 6262871888 ALHAMBRA CA 17:47 660 HURST CARRIE | 1859648 |
| jarvis | 11/27/06 | | $2.40 | 064 | 1 | Copying Expense | 1860592 |
| jarvis | 11/27/06 | | $8.35 | 013 | 1 | Federal Express Charges | 1862086 |
| rq&n | 11/28/06 | | $133.00 | 064 | 665 | Copying Expense 112806 JARVIS ANNETTE | 1859838 |
| rq&n | 11/28/06 | | $0.51 | 014 | 1 | Long Distance Telephone Charges 4357235787 BRIGHAM, UT 15:08 660 HURST CARRIE | 1859839 |
| rq&n | 11/28/06 | | $6.20 | 064 | 31 | Copying Expense 112806 BRINKERHOFF ALLAN T | 1859840 |
| rq&n | 11/28/06 | | $0.40 | 064 | 2 | Copying Expense 112806 BRINKERHOFF ALLAN T | 1859841 |
| jarvis | 11/28/06 | | $11.80 | 064 | 1 | Copying Expense | 1860593 |
| rq&n | 11/29/06 | | $45.60 | 064 | 228 | Copying Expense 112906 JARVIS ANNETTE | 1860198 |
| rq&n | 11/29/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 8316260809 CARMEL, CA 13:05 240 HURST CARRIE | 1860199 |
| jarvis | 11/29/06 | | $44.80 | 064 | 1 | Copying Expense | 1860594 |
| jarvis | 11/29/06 | | $0.20 | 064 | 1 | Copying Expense | 1860595 |
| jarvis | 11/29/06 | | $2.40 | 064 | 1 | Copying Expense | 1860596 |
| jarvis | 11/29/06 | | $11.40 | 064 | 1 | Copying Expense | 1860605 |
| rq&n | 11/30/06 | | $1.10 | 014 | 1 | Long Distance Telephone Charges 4154561506 SAN RAFA CA 09:57 1320 HURST CARRIE | 1860228 |
| rq&n | 11/30/06 | | $0.20 | 064 | 1 | Copying Expense 113006 HANSEN ALISON | 1860334 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| jarvs | 11/30/06 | | $6.40 | 064 | 1 | Copying Expense | 1860597 |
| jarvs | 11/30/06 | | $15.80 | 064 | 1 | Copying Expense | 1860598 |
| jarvs | 11/30/06 | | $4.60 | 064 | 1 | Copying Expense | 1860599 |
| jarvs | 11/30/06 | | $2.00 | 064 | 1 | Copying Expense | 1860600 |
| jarvs | 11/30/06 | | $20.24 | 013 | 1 | Federal Express Charges | 1864106 |
| COST TOTAL | | | $16,344.45 | | | | |

*"Exhibit J-17"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
Thomas J. Allison 4484 South Pecos Road             Invoice No. 357340
Las Vegas, NV  89121

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00019

FTD Committee Relations

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/03/06 | A Jarvis | .30 | Conference call with Committees regarding issues with APA, plan negotiations (1.2). |
| 11/03/06 | S Strong | .25 | Participate in teleconference with debtors and committees professionals regarding various plan issues and compromises (1.). |
| 11/05/06 | A Jarvis | .55 | Conference call with committees regarding revisions to plan of reorganization, APA (2.2). |
| 11/06/06 | A Jarvis | .85 | Conference call with Committees regarding plan and disclosure statement, APA (3.4). |
| 11/06/06 | S Strong | .37 | Participate in telephone conference with debtors and committees professionals regarding current draft of disclosure statement and further revisions needed (0.9); review and analysis of proposed inserts from various committees for disclosure statement (0.6). |
| 11/07/06 | A Jarvis | .25 | Conference call with Committees on disclosure statement (1.0). |
| 11/10/06 | A Jarvis | .43 | Conference call with Committees on finalizing plan of reorganization (1.7). |

Client No. 34585                                          Page:     2
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007


11/10/06 S Strong        .12 Participate in follow-up conference call with
                             committees regarding final revisions to plan
                             and disclosure statement in advance of
                             Mondays hearing for approval of disclosure
                             statement (.5).

11/10/06 S Strong        .15 Participate in conference call with committees
                             regarding Plan issues and liquidation analysis
                             (.6).

11/21/06 A Jarvis        .25 Conference call with committees regarding
                             solicitation/plan confirmation issues (1.0).

11/30/06 A Jarvis        .05 Correspondence on committee meeting (.2).


   TOTAL FOR LEGAL SERVICES RENDERED                            $1,067.62

*"Exhibit J-18"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357344

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00025

FTD - Case Adminstration

| 11/14/06 | S Strong | .60 | Review emails from FTDF committee regarding potential write-down of assets (0.3); telephone conference with S. Smith regarding same (0.1); analyze write down issues (0.2). |
| 11/16/06 | S Strong | .80 | Further analysis of FTDF asset write-down issue (0.4); review prior emails from FTDF committee counsel regarding same (0.2); telephone conference with S. Smith regarding same (0.2). |
| 11/17/06 | S Strong | .50 | Continued analysis regarding issues raised by FTDF Committee regarding possible write-down of FTDF assets (0.4); telephone conference with S. Smith regarding same (0.1). |
| 11/17/06 | S Strong | .60 | Participate in telephone conference with C. Pajak regarding coordination of efforts regarding plan confirmation issues and claims objections (0.3); coordinate efforts concerning plan confirmation brief and evidentiary support for same (0.3). |
| 11/21/06 | S Cummings | .30 | Conference call with First Trust regarding PBGL's claims. |
| 11/21/06 | A Jarvis | .30 | Review correspondence on tax issues. |

Client No. 34585                                            Page:    2
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007


11/21/06 S Strong        .60 Participate in telephone conference with E.
                             Karasik, A. Parlen, K. J. Applegate and S. A.
                             Cummings regarding PBGC claims against FTDF
                             (0.4); analyze issues raised on call (.2).


TOTAL FOR LEGAL SERVICES RENDERED                              $920.50