# "Exhibit J-19"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

January 19, 2007
Invoice No. 357341

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00020

**Diversified Commettee Relations**

| | | | |
|---|---|---|---|
| 11/03/06 | A Jarvis | .30 | Conference call with Committees regarding issues with APA, plan negotiations (1.2). |
| 11/03/06 | S Strong | .25 | Participate in teleconference with debtors and committees professionals regarding various plan issues and compromises (1.). |
| 11/05/06 | A Jarvis | .55 | Conference call with committees regarding revisions to plan of reorganization, APA (2.2). |
| 11/06/06 | A Jarvis | .85 | Conference call with Committees regarding plan and disclosure statement, APA (3.4). |
| 11/06/06 | S Strong | .37 | Participate in telephone conference with debtors and committees professionals regarding current draft of disclosure statement and further revisions needed (0.9); review and analysis of proposed inserts from various committees for disclosure statement (0.6). |
| 11/07/06 | A Jarvis | .25 | Conference call with Committees on disclosure statement (1.0). |
| 11/10/06 | A Jarvis | .40 | Conference call with Diversified Committee regarding IP issues. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
January 19, 2007

| | | | |
|---|---|---|---|
| 11/10/06 | A Jarvis | 2.40 | Conference call with Diversified Committee regarding IP issues. |
| 11/10/06 | A Jarvis | .43 | Conference call with Committees on finalizing plan of reorganization (1.7). |
| 11/10/06 | S Strong | .15 | Participate in conference call with committees regarding Plan issues and liquidation analysis (.6). |
| 11/10/06 | S Strong | .13 | Participate in follow-up conference call with committees regarding final revisions to plan and disclosure statement in advance of Mondays hearing for approval of disclosure statement (.5). |
| 11/13/06 | A Jarvis | 1.20 | Meet with Diversified Committee regarding HFA loans and IP issues. |
| 11/15/06 | A Jarvis | 1.00 | Conference with HFA and Diversified Committee regarding Colt loans. |
| 11/15/06 | A Jarvis | .50 | Conference call with Diversified Committee regarding Colt loans, IP issues. |
| 11/21/06 | A Jarvis | .25 | Conference call with committees regarding solicitation/plan confirmation issues (1.0). |
| 11/30/06 | A Jarvis | 1.60 | Telephone conference with Diversified Committee professionals regarding IP issues, Colt Gateway. |
| 11/30/06 | A Jarvis | .05 | Correspondence on committee meeting (.2). |

TOTAL FOR LEGAL SERVICES RENDERED                    $3,304.12

*"Exhibit J-20"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357345

For Legal Services Rendered Through November 30, 2006

Matter No. 34585-00026

Diversified-Case Administration

| | | | |
|---|---|---|---|
| 11/14/06 | S Strong | 2.60 | Telephone conference with M. Levinson, J. Hermann regarding further revisions to disclosure statement (0.3); work on proposed language for disclosure statement regarding projected recovery for DTDF members (2.1); telephone conference with M. Haftl regarding same (0.2). |
| 11/16/06 | S Strong | .50 | Review detailed email from J. Hermann regarding possible involuntary against IP VI (0.2); telephone conference with S. Smith regarding same (0.1); participate in telephone conference with T. Allison, S. Smith and M. Haftl regarding same (.2). |
| 11/16/06 | S Strong | 1.10 | Participate in telephone conference with M. Levinson, J. Hermann, M. Tucker regarding DTDF committees analysis of IP IV issues and requests for certain actions by debtors (1.0); email to T. Allison regarding same (0.1). |
| 11/17/06 | S Strong | 2.20 | Further review and analysis of issues raised yesterday by Diversified Committee regarding maximizing debtors interest in certain IP-related assets (0.8); participate in conference call with T. Allison, S. Smith, M. Haftl and E. A. Monson regarding same (1.4). |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007
```

| 11/17/06 | S Strong | 1.10 | Participate in conference call with M. Levinson, J. Hermann, C. Harvick, T. Allison, S. Smith and J. Atkinson regarding maximizing debtors interest in certain IP-related assets (1.1). |
| 11/17/06 | S Strong | .90 | Formulate action plan on issues raised in conference calls this morning concerning debtors interests in IP assets (0.5); participate in follow-up telephone conference with T. Allison, S. Smith, J. Atkinson, M. Haftl and E. A. Monson regarding same (0.4). |
| 11/17/06 | S Strong | .60 | Telephone conference with M. Levinson regarding Marquis loan and pending sale of Marquis/Zosa hotel (0.3); telephone conference with M. Haftl regarding Marquis loan proposed payoff (0.1); review email from M. Haftl regarding same (0.1); follow-up telephone conference with M. Levinson regarding same (0.1). |
| 11/21/06 | A Jarvis | .30 | Correspondence on IP issues. |
| 11/29/06 | S Strong | .90 | Participate in conference call with M. Levinson, J. Hermann, M. Tucker, and E. A. Monson regarding potential involuntary cases against IP entities (.9). |
| 11/30/06 | A Jarvis | .30 | Telephone conference with T. Allison and S. Smith regarding Diversified/IP issues. |
| 11/30/06 | A Jarvis | .40 | Telephone conference with S. C. Strong and E. A. Monson regarding IP issues. |
| 11/30/06 | S Strong | 2.80 | Participate in telephone conference with A. W. Jarvis, E. A. Monson and Diversified Committee professionals regarding DTDFs options and strategies for recovery of assets from pending sales of Tree Moss, Epic, Royal, and Marquis (1.8); further analysis and discussion of same with A. W. Jarvis and E. A. Monson (0.4); telephone conference with T. Allison, A. W. Jarvis and T. Allison regarding same (0.6). |

```
TOTAL FOR LEGAL SERVICES RENDERED                        $3,490.00
```

*"Exhibit K-1"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357346

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00001

Case Administration

| | | | |
|---|---|---|---|
| 12/01/06 | S Cummings | 1.30 | Conference call regarding upcoming issues and strategy. |
| 12/01/06 | A Jarvis | 1.40 | Conference call with Mesirow, RQN and S&M working group regarding confirmation hearing, IP issues, claims objections, transition issues. |
| 12/01/06 | B Kotter | 1.60 | Conference call with Debtor's professionals regarding matter of responsibility and designation of projects necessary to upcoming confirmation process and related issues. |
| 12/01/06 | E Monson | .30 | Review motion to compel filed by Diversified. |
| 12/01/06 | E Monson | 1.30 | Conference with Mesirow team and Ray Quinney & Nebeker team to set up plan on what needs to be done for upcoming confirmation. |
| 12/01/06 | S Strong | 1.30 | Participate in meeting/teleconference with RQN and Mesirow teams to coordinate assignments and efforts in dealing with plan confirmation and IP-related issues (1.3). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


12/01/06 A Tsu          1.80 Conference call with Mesirow financial
                             representatives, A. Jarvis, E. Monson, B.
                             Kotter, S. Strong, P. Hunt, S. Cummings and
                             B. Wride regarding strategy and planning for
                             upcoming hearings.

12/01/06 B Wride         .80 Telephone conference with team members
                             regarding confirmation tasks (.8).

12/01/06 C Hurst        1.20 Work on Involuntary Petition forms and summons
                             to Involuntary Debtor (.8); research entity
                             status with Nevada on Treemoss Partners and USA
                             Investors (.4).

12/01/06 L Okerlund     4.50 Prepare documents for December hearing.

12/02/06 E Monson        .10 Review e-mail from P. Riegle regarding
                             Marquis.

12/03/06 A Jarvis        .30 Review article and correspondence regarding
                             Reale liens.

12/04/06 E Monson        .20 Review e-mail regarding requested meeting
                             from investors and send reply.

12/04/06 C Hurst        2.10 Prepare drafts of Involuntary Petitions (1.4);
                             revise Summons (.3); revisions to Petitions
                             (.4).

12/05/06 B Kotter        .20 Review and analyze e-mail regarding investor
                             inquiry on netting procedure.

12/05/06 E Monson        .20 Follow up regarding certificate of service for
                             Motion on Investor Funds and review reply.

12/05/06 S Strong        .30 Review and revise pro hac papers for S. T.
                             Waterman (0.3).

12/05/06 J Batestas      .80 Review email files relating to financial
                             statements.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    3
January 19, 2007

| | | | |
|---|---|---|---|
| 12/05/06 | C Hurst | 2.00 | Make corrections, revisions to MSL #6 (.6); call from Xerox rep. requesting motion and order rejecting contract access and verify and review motion reflecting personal property leases - not listed - email to F. Siddiqui for follow-up (.7); receipt of request from E. Monson regarding Certificate of Service of Motion to Return Funds; locate same, review, and forward to E. A. Monson (.7). |
| 12/05/06 | L Okerlund | 5.50 | Prepare documents for hearings on December 6th and 7th. |
| 12/06/06 | B Kotter | 1.10 | Review of ADR procedure regarding Direct Lender questions as to dispute to loan service fees (.8); e-mail analysis to S. C. Strong and A. W. Jarvis (.3). |
| 12/06/06 | E Monson | .30 | Follow up with S. Smith on pro hac vice pleadings for S. T. Waterman. |
| 12/06/06 | C Hurst | .80 | Receipt of e-mail from investor regarding notices from BMC; respond thereto (.3); gather/download schedules of USACM for K. Glade (.5). |
| 12/06/06 | L Okerlund | 6.30 | Prepare documents for hearings. |
| 12/07/06 | B Kotter | .20 | Review of calendar for response deadlines and hearing dates. |
| 12/07/06 | G Snow | .40 | Analyze issues regarding bad debt write off. |
| 12/07/06 | C Hurst | 3.70 | Gather further information for K. G. Glade from statement of affairs (.4); download and review updated documents and pleadings; update tickler calendar, distribute to pertinent parties with critical date notes (3.3). |
| 12/07/06 | L Okerlund | 5.80 | Prepare documents for hearings. |
| 12/08/06 | A Jarvis | .40 | Telephone conference with T. Allison regarding meeting with J. Milanowski, Royal Hotel, IP issues. |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/08/06 C Nelson      .30 Analyze attorney-client privilege issues upon
                           dissolution of corporate entity.

12/08/06 C Hurst       .80 Receipt, review download of recent pleadings;
                           involuntary petition.

12/08/06 L Okerlund   3.80 Prepare documents for hearings on 15th.

12/10/06 A Jarvis      .30 Correspondence with E. A. Monson regarding
                           2004 examinations.

12/11/06 A Jarvis      .10 Correspondence on investor meetings.

12/11/06 A Jarvis      .30 Telephone conference with T. Allison
                           regarding loan issues, involuntary, claims
                           issues, 2004 examinations.

12/11/06 A Jarvis     1.00 Work on and analyze confirmation issues,
                           completion of APA, IP issues.

12/11/06 E Monson      .20 Check certificate of service on motion on
                           investor funds to verify service on borrower.

12/11/06 E Monson      .20 Review e-mail from B. Berry on motion on
                           investor funds and send reply.

12/11/06 C Hurst      2.10 Continuous receipt of documents filed -
                           responses to plan, plan supplements,
                           objection to Direct Lender Procedures; review
                           all and add to tickler calendar (1.0);
                           receipt of phone calls from investors
                           regarding Direct Lender Servicing
                           information; return calls (.5); make
                           revisions to master service list in progress
                           pursuant to changes of addresses as filed
                           (.6).

12/11/06 L Okerlund   6.20 Prepare pleadings and documents for hearings
                           on the 15th and 19th.

12/12/06 A Jarvis      .30 Analyze issues regarding 2004 examinations,
                           issues for confirmation, IP issues.

12/12/06 C Hurst       .70 Revise, finalize involuntary petition for
                           Investment Partners.

12/12/06 L Okerlund   5.80 Prepare pleadings and documents for hearings
                           on the 15th and 19th.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    5
January 19, 2007

| 12/13/06 C Hurst | 1.00 | Research Delaware and Nevada Secretary of State for APHM Investments (.7); further internet research to find physical business location (.3). |
| 12/13/06 L Okerlund | 4.80 | Prepare pleadings and documents for hearings on the 15th and 19th. |
| 12/14/06 A Jarvis | .10 | Correspondence regarding 2004 examination of J. Milanowski. |
| 12/14/06 A Jarvis | .40 | Telephone conference with T. Allison regarding APA, Investors VI. |
| 12/14/06 A Jarvis | .40 | Telephone conference with T. Allison regarding issues with Diversified Committee, Investors VI, involuntary on Tree Moss, loan issues. |
| 12/14/06 C Hurst | 1.50 | Westlaw research on APHM Investments. |
| 12/14/06 C Hurst | 1.40 | Download involuntary petition docket and documents regarding Treemoss Partners for E. A. Monson for Title Company (.6); receipt of e-mail from attorney representing estate administration of deceased investor - research schedules to determine investment (.4); access and review docket for updates to 12/15 issues (.4). |
| 12/14/06 L Okerlund | 5.50 | Prepare pleadings and documents for hearings on the 15th and 19th. |
| 12/15/06 S Strong | .60 | Review email from R. Charles regarding Haspinov and Pecos leases (0.2); telephone conference with S. Smith regarding same (0.2); exchange emails with J. McPherson regarding same (0.2). |
| 12/15/06 C Hurst | .50 | Return calls to investors regarding questions on loan servicing fee supplement, Direct Lenders claims. |
| 12/15/06 L Okerlund | 7.90 | Pull and prepare cases cited in Objections to Confirmation Hearing scheduled for 19th. |
| 12/18/06 L Okerlund | 8.40 | Pull case law and pleadings in preparation for confirmation hearing. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:     6
January 19, 2007

| | | |
|---|---|---|
| 12/20/06 L Okerlund | 5.70 | Prepare pleadings, prepare documents for hearing on January 3rd. |
| 12/21/06 E Monson | .20 | Follow up on request by T. Hantges for property and discuss with A. Stevens. |
| 12/21/06 C Hurst | 5.20 | Download updated docket; review all entries (12/18-12/21) and update tickler calendar (main case, involuntaries, BAP filings). |
| 12/21/06 L Okerlund | 5.00 | Prepare pleadings, prepare documents for hearing on January 3rd. |
| 12/22/06 B Kotter | .40 | Review e-mail from local counsel providing notice of filings (.2); review calendar of events and deadlines (.2). |
| 12/22/06 C Hurst | 1.90 | Review BAP and Bankruptcy Appellate Rules and complete updates to tickler calendar - distribute. |
| 12/26/06 A Hansen | .30 | Bates stamp documents. |
| 12/26/06 C Hurst | 2.50 | Update docket and tickler calendar (.5); facilitate bates stamping of documents retrieved from USA Capital regarding HMA, Hotel Zosa, IP and other IP properties (2.0). |
| 12/27/06 A Jarvis | .50 | Telephone conference with T. Allison regarding loan collection issues, confirmation order, Royal Hotel, accounting issues. |
| 12/27/06 A Hansen | 2.00 | Bates stamp documents. |
| 12/27/06 C Hurst | 4.90 | Review Court calendar for 1/3/07 to prepare summary and e-mail to A. W. Jarvis (.6); conference with L. Okerlund regarding hearing binders (.2) and further updates to docket and upcoming hearing schedule (1.6); continuing bates labeling of documents regarding USA Investments VI (2.5). |
| 12/28/06 A Jarvis | .30 | Correspondence on motion regarding assignments. |
| 12/28/06 E Monson | .60 | Follow up on requests for Hilco Appraisals from Direct Lenders. |

Client No. 34585                                          Page:     7
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


| 12/28/06 E Monson | .30 | Return call to D. Griffith and discuss his request for list of furniture, equipment and fixtures and send e-mail to client regarding same. |
|---|---|---|
| 12/28/06 C Hurst | 4.10 | Further work regarding bates labeling HMA documents (.4); prepare 1/3/07 hearing binders (3.3); research HMA sales v. Great White Investment case regarding posting of bond (.4). |
| 12/29/06 A Jarvis | .10 | Correspondence on inquiry from investor on servicing issues. |
| 12/29/06 S Waterman | .20 | Email regarding counsel disqualification. |
| 12/29/06 C Hurst | 6.00 | Complete preparation of 1/3/07 hearing binders (4.4); search Nevada and California Secretary of State websites for corporate information on HMA and 10-90, to E. A. Monson (.7); organize bates documents and facilitate scanning for committee (.9). |
| 12/29/06 L Okerlund | 8.00 | Prepare hearings binders (4.1); document review (3.9). |


TOTAL FOR LEGAL SERVICES RENDERED                        $20,530.50

"*Exhibit K-2*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357347

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00002

Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 12/01/06 | A Brinkerhoff | 1.60 | Review and analysis of documents for 2004 examinations (.4); conferences with E. Monson throughout day regarding 2004 examinations (.6); attend conference call with A. Jarvis and RQ&N attorneys and Mesirow personnel regarding planning (.6). |
| 12/01/06 | A Jarvis | .30 | Telephone conference with S. C. Strong regarding IP issues, auction issues. |
| 12/01/06 | E Monson | .70 | Work on putting together documents for the 2004 Examinations. |
| 12/01/06 | E Monson | .20 | Follow up on status of service of 2004 Examination documents and review reply e-mails. |
| 12/01/06 | E Monson | .10 | E-mail P. Chang and J. Atkinson regarding conference call on 2004 Examinations. |
| 12/01/06 | E Monson | .90 | Conversation with P. Change regarding issues on Sheraton, Zoso, Investor VI, HMA and upcoming 2004 Examinations. |
| 12/01/06 | E Monson | .60 | Discussion with A. T. Brinkerhoff regarding upcoming 2004 examinations. |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


12/01/06 E Monson          .30 Discussion with A. W. Jarvis regarding 2004
                               Examinations.

12/01/06 E Monson         1.30 Research on standards and requirements under
                               Section 303(g) (1.3).

12/01/06 E Monson          .90 Work on T. Allison declaration on Tree Moss.

12/01/06 E Monson          .70 Participate in conference call with
                               Diversified Committee counsel, T. Allison, A.
                               W. Jarvis and S. C. Strong.

12/01/06 S Strong          .70 Analysis of legal and factual issues for
                               possible involuntary filing against IP entities
                               (0.7).

12/01/06 S Tingey          .40 Review and obtain information regarding Epic
                               loan (0.4).

12/01/06 E Toscano        2.70 Telephone call from Pat Carlson on the Bay
                               Pompano Beach loan (.1); calls and emails on
                               the Harbor Georgetown loan (.4); telephone call
                               with Susan on the Urban Housing loan (.1);
                               conference call with K. G. Glade, S. C. Tingey.
                               D. M. Monson, Dawn and Christine to discuss
                               title updates and endorsement issues (.4);
                               continue with making phone calls and sending
                               emails to numerous title companies to obtain
                               updated commitments (1.1); update index of loan
                               status (.6).

12/02/06 A Brinkerhoff 1.00 Revisions to Response Memorandum and
                               additional drafting (1.0).

12/03/06 E Monson         3.00 Work on involuntary petition for Tree Moss,
                               motion to appoint a trustee and review
                               summons.

12/03/06 E Monson         1.50 Legal research on section 303 on appointment of
                               Trustee.

12/04/06 A Brinkerhoff 1.00 Call from D. Griffith and emails to attorneys
                               regarding SEC's proposed meeting on December
                               14th (.4); emails to coordinate 2004
                               examination preparation meetings and gather
                               materials for meeting (.6).

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


| | | | |
|---|---|---|---|
| 12/04/06 | S Cummings | 1.60 | Analysis of standards for appointing interim trustee. |
| 12/04/06 | A Jarvis | .10 | Telephone conference with T. Allison regarding IP issues. |
| 12/04/06 | A Jarvis | .20 | Telephone conference with T. Allison regarding IP issues. |
| 12/04/06 | A Jarvis | .50 | Correspondence on Sal Reale items. |
| 12/04/06 | E Monson | .20 | Review e-mails from T. Allison regarding his declaration in Tree Moss. |
| 12/04/06 | E Monson | .70 | Work on and make revisions to T. Allison declaration in Tree Moss motion for appointment of Trustee. |
| 12/04/06 | E Monson | .70 | Research under Section 303(g). |
| 12/04/06 | E Monson | .20 | Review correspondence from M. Levinson regarding Tree Moss Involuntary issues. |
| 12/04/06 | E Monson | .30 | Analysis regarding issues relating to T. Allison declaration. |
| 12/04/06 | E Monson | 3.80 | Revise summons, involuntary petition and motion in support of appointment of a trustee in Tree Moss. |
| 12/04/06 | E Monson | .70 | Work on preparations for 2004 examinations. |
| 12/04/06 | E Monson | .20 | Review e-mail from A. T. Brinkerhoff regarding 2004 examinations and send reply. |
| 12/04/06 | E Monson | .20 | Work on Tree Moss involuntary petition. |
| 12/04/06 | S Strong | .60 | Review and edit drafts of papers relating to proposed involuntary case against Tree Moss (0.6). |
| 12/04/06 | S Tingey | .50 | Communicate with S. Smith, S. Steele regarding 10-90 loan and interest issues (0.2); review new law regarding corporate interest (0.3). |
| 12/04/06 | S Tingey | .90 | Review, revise Allison Declaration regarding Tree Moss and background documents (0.9). |

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/04/06 S Tingey        .20  Analysis regarding Placer County Land title
                              report and Reale lien.

12/04/06 E Toscano      3.80  Continue making phone calls and sending emails
                              to title companies to obtain updated title
                              commitments and assignment endorsements (.6);
                              review numerous commitments and updates from
                              various title companies (2.4); update index of
                              status of updates on the various loans (.8).

12/05/06 A Brinkerhoff  5.40  Work regarding coordination of SEC meeting with
                              Milanowski on December 14th (.3); meeting with
                              E. Monson and P. Cheng to review documents and
                              to outline questions in preparation for 2004
                              examinations of USA Investment Partners,
                              Investment Partners VI, and HMA Sales, LLC
                              (3.5); meeting with P. Cheng to prepare for
                              2004 examinations (1.6).

12/05/06 E Monson       2.70  Work on involuntary pleadings on Tree Moss
                              and review e-mails in connection therewith.

12/05/06 E Monson       1.10  Conference with Diversified Counsel regarding
                              involuntary petition.

12/05/06 E Monson        .50  Review and respond to e-mails relating to
                              involuntary pleadings.

12/05/06 E Monson       3.00  Review documents and additional work on
                              revising involuntary pleadings per comments
                              from Diversified Counsel.

12/05/06 E Monson        .30  Follow up on service on 2004 examination
                              against J. Milanowski.

12/05/06 E Monson        .30  Draft e-mails regarding meeting requested by
                              SEC and review replies.

12/05/06 S Tingey       3.40  Telephone conference with M. Haftl regarding
                              Placer County (0.2); revise letter regarding
                              HFA Asylum direct lenders (0.9); communicate
                              with M. Haftl and M. Olson regarding same
                              (0.4); telephone conference with M. Haftl
                              regarding HFA Asylum (0.2); conference call
                              with M. Olson, A. Stevens, B. Kobe, Tracy
                              Suttles and Marjorie Guyman, attorney for
                              Suttles (1.7).

Client No. 34585                                   Page:    5
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007


12/05/06 E Toscano        1.90  Continue making phone calls and sending emails
                                to title companies to obtain updated title
                                commitments and assignment endorsements (.3);
                                review numerous commitments and updates from
                                various title companies (1.2); update index of
                                status of updates on the various loans (.4).

12/06/06 A Brinkerhoff 7.70  Meeting with J. Atkinson, S. Smith, P. Cheng
                                and E. Monson for strategy session pertaining
                                to 2004 examinations, meeting with SEC, and
                                other current issues (.8); review documents
                                in preparation for 2004 examination of USA
                                Investor VI (2.0); meetings and discussions
                                and analysis of known facts with P. Cheng and
                                E. Monson in preparation for 2004 examination
                                of USA Investor VI (4.9).

12/06/06 E Monson          .40  Meet with J. Atkinson, S. Smith and P. Cheng
                                and discuss 2004 examinations and involuntary
                                petition issues.

12/06/06 E Monson          .60  Work with J. Atkinson and P. Cheng and
                                discuss T. Allison declaration in support of
                                involuntary petition.

12/06/06 E Monson         1.00  Revise T. Allison Declaration and Motion to
                                make changes suggested by J. Atkinson and P.
                                Cheng.

12/06/06 E Monson          .20  Follow up regarding cases in motion shepardized
                                and review reply.

12/06/06 E Monson         5.70  Meet with A. T. Brinkerhoff and P. Cheng and
                                go over documents and other materials in
                                preparation for 2004 examinations.

12/06/06 S Strong         1.20  Analyze IP issues and recovery strategies
                                (1.2).

12/06/06 S Strong         1.10  Participate in meeting with T. Allison, J.
                                Atkinson, and M. W. Pugsley and federal
                                authorities regarding pre-petition activities
                                of debtors and former management (1.1).

Client No. 34585                                          Page:     6
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/06/06 S Strong          .40 Participate in telephone conference with T.
                               Allison, S. Smith, S. T. Waterman, and J.
                               McPherson regarding tomorrows state-court
                               hearing in Royal Hotel matter and debtors
                               position for same (.4).

12/06/06 S Tingey          .60 Obtain and evaluate information request from
                               the SEC (0.5).

12/06/06 S Tingey          .50 Draft letter to USA for BySynergy and
                               communicate with M. Haftl regarding same
                               (0.5).

12/06/06 S Tingey         1.10 Draft letter to Direct lenders on 6425 Gess
                               loan and communicate with USA regarding same
                               (1.10).

12/06/06 S Tingey          .80 Obtain information on Huntsville/West Hills
                               for Texas lawyer; communicate with lawyer.
                               (0.80).

12/06/06 E Toscano        4.80 Emails with Chris Gerig and Laurie Deal on the
                               University Estates/The Ohio Club loan (.6);
                               forward title policy and June update to Chris
                               Gerig and Laurie Deal (.2); additional calls
                               and emails with same regarding an update and
                               endorsement for this loan (.4); numerous phone
                               calls and emails with title companies (.8);
                               review updates from various title companies
                               (2.8).

12/07/06 A Brinkerhoff    9.00 Meeting throughout day with E. Monson and P.
                               Cheng to review documents pertaining to HMA
                               Sales, LLC and in preparation for 2004
                               examination of HMA Sales, LLC (4.8);
                               proofread Declaration of T. Allison and
                               Motion for Tree Moss Involuntary Bankruptcy
                               Petition and Appointment of Trustee (.7);
                               meeting with P. Cheng and review documents
                               and tracing analysis pertaining to USA
                               Investment Partners, LLC (3.5).

12/07/06 S Cummings       2.10 Analysis of attorney-client privilege issues.

12/07/06 A Jarvis          .20 Telephone conference with S. C. Strong
                               regarding involuntary petition.

12/07/06 A Jarvis          .30 Correspondence on involuntary petition.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/07/06 E Monson          .20 Draft e-mail to D. Griffith regarding 2004
                               examinations.

12/07/06 E Monson         7.00 Meet with A. T. Brinkerhoff and P. Cheng and
                               go over documents and materials to prepare
                               for 2004 examinations.

12/07/06 E Monson         1.80 Work on finalizing pleadings on involuntary
                               petition on Tree Moss and draft e-mails to S.
                               Smith and A. Hosey regarding same and
                               facilitating thereof.

12/07/06 S Strong          .80 Review emails from Diversified Committee
                               professionals regarding filing of involuntary
                               petition against Tree Moss (0.2); confer with
                               T. Allison regarding same (0.1); analyze issues
                               regarding filing of petition (.4); confer with
                               L. Schwartzer and J. McPherson regarding
                               involuntary petition filed today (0.1).

12/07/06 S Tingey         1.90 Revise letter to HFA Asylum Direct Lenders with
                               analysis of issue regarding pre-paid interest
                               and loan documentation.

12/07/06 S Tingey         2.50 Revise letter to 6425 Gess Director Lenders
                               and analyze issues regarding pre-paid
                               interest (2.1); review 2014 affidavit of
                               Kirkpatrick and Lockhart, Texas counsel
                               (0.2); telephone conference with B. Forbes,
                               of K & L regarding Huntsville bankruptcy
                               (0.2).

12/07/06 S Tingey          .40 Communicate with A. Stevens and M. Olson
                               regarding direct lender letter on Gess and
                               HFA Asylum (0.4).

12/07/06 E Toscano        3.80 Continue making contacts and following up with
                               title companies on the updates and endorsements
                               (.8); continue to update files and index of
                               loans and update status (1.1); meeting with D.
                               M. Monson, K. G. Glade and S. C. Tingey to go
                               over each loan and the status of the updates on
                               each loan, issues with each loan, etc. (1.9).

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/08/06 A Brinkerhoff 4.60 Meeting with E. Monson and P. Cheng regarding
                            HMA Sales LLC (2.0); further review of P.
                            Cheng's documentation of USA Investment
                            Partners LLC tracing analysis and documents
                            supporting the same (1.5); follow-up on 2004
                            examinations scheduled for next week (.7); call
                            to D. Griffith and email from D. Griffith
                            regarding 2004 examinations and production of
                            documents (.4).

12/08/06 S Cummings     1.30 Continued analysis of attorney-client
                            privilege issues.

12/08/06 A Jarvis        .40 Correspondence on Royal Hotel.

12/08/06 A Jarvis        .30 Correspondence regarding involuntary petition.

12/08/06 E Monson       3.20 Meeting with A. T. Brinkerhoff and P. Cheng
                            (2.0) and review documents and prepare for 2004
                            examinations (1.2).

12/08/06 E Monson        .10 Review e-mail from D. Griffith regarding 2004
                            examinations.

12/08/06 E Monson        .50 Draft e-mails regarding 2004 examinations and
                            review replies.

12/08/06 E Monson        .20 Analyze involuntary petition issues.

12/08/06 E Monson        .40 Discussion with B. Koe regarding events of T.
                            Allison meeting with J. Milanowski.

12/08/06 S Tingey        .30 Telephone conference with A. Stevens
                            regarding 6425 Gess loan (0.2); telephone
                            conference with M. Guyman regarding 6425 Gess
                            loan (0.1).

12/08/06 S Tingey        .30 Provide information and and communicate with
                            Texas counsel regarding Huntsville/West Hills
                            (0.3).

12/08/06 E Toscano       .40 Continue follow-up with title companies with
                            phone calls and emails on various loans;
                            update Index of status of date-down
                            endorsements.

12/10/06 E Monson        .50 Draft lengthy e-mail to A. W. Jarvis regarding
                            2004 exam.

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


12/11/06 A Brinkerhoff 2.60 Review documents emailed from P. Cheng
                           regarding Sal Reale Promissory Note amendments
                           (.5); conference with P. Cheng regarding 2004
                           examination schedule (.2); further preparation
                           for examinations (1.9).

12/11/06 E Monson          .10 Review message from R. Walker.

12/11/06 E Monson          .30 Discussion with R. Walker regarding 2004
                               examination and Tree Moss involuntary
                               petition.

12/11/06 E Monson          .20 Discussion with A. W. Jarvis regarding
                               conversation with R. Walker.

12/11/06 E Monson          .20 E-mail L. Dorsey regarding time for hearing on
                               motion to appoint a trustee in Tree Moss.

12/11/06 E Monson          .10 Review e-mail from L. Dorsey regarding
                               service of 2004 examination order on J.
                               Milanowski personally.

12/11/06 E Monson          .30 Review e-mails from P. Chang regarding
                               information for 2004 examinations.

12/11/06 E Monson          .60 Evaluation regarding 2004 examination issues.

12/11/06 E Monson          .40 Discussion with counsel for DTDF regarding
                               2004 examinations.

12/11/06 E Monson          2.60 Work on remaining documents and drafting
                                involuntary pleadings and trustee motion for
                                Investors VI.

12/11/06 S Tingey          1.50 Brief review of pleadings to be filed in West
                                Hills bankruptcy (0.3); communicate with
                                local counsel regarding same (0.1); review
                                defendant letter to be sent in December
                                (0.9); communicate with S. Steele regarding
                                same (0.2).

12/11/06 S Tingey          .30 Revise letter to BySynergy (0.2); communicate
                               with M. Haftl regarding same (0.1).

12/11/06 E Toscano         .60 Continue contacting title companies and
                               reviewing updates from title companies on the
                               various loans.

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/12/06 A Brinkerhoff 1.10 Follow-up on status of 2004 examination
                            schedule (.7) review email to and from
                            Milanowski counsel and counsel for Committees
                            (.4).

12/12/06 A Jarvis      .10 Correspondence with E. A. Monson regarding
                            issues on involuntary petition against Tree
                            Moss.

12/12/06 A Jarvis      .40 Correspondence with committees regarding
                            status of APA.

12/12/06 A Jarvis      .30 Correspondence with co-counsel regarding
                            preparation of fraudulent conveyance action.

12/12/06 E Monson      .40 Conversation with R. Walker relating to 2004
                            examination of HMA Sales, USAIP, J.
                            Milanowski and Investors VI.

12/12/06 E Monson      .30 Draft e-mail to R. Walker outlining agreement
                            relating to the exams.

12/12/06 E Monson     1.70 Further discussions with R. Walker regarding
                            the dispute about the 2004 examinations and the
                            involuntary petition.

12/12/06 E Monson      .30 Discussions with Schwartzer & McPherson about
                            showing up for examinations even though
                            parties to be examined would not attend.

12/12/06 E Monson      .30 Discussion with J. Atkinson regarding 2004
                            examinations.

12/12/06 E Monson     2.90 Work on involuntary pleadings on Investors VI.

12/12/06 E Monson      .20 Draft e-mail to Diversified Committee counsel
                            regarding involuntary pleadings and
                            conversation with R. Walker.

12/12/06 E Monson      .40 Draft e-mails to J. Onti and P. Chang
                            regarding questions relating to Investors VI
                            and review replies.

12/12/06 S Tingey      .40 Communicate with USA/Mesirow regarding West
                            Hills bankruptcy (0.2); telephone conference
                            with B. Forbes, attorney in Texas, regarding
                            West Hills bankruptcy (0.2).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/12/06 S Tingey          .20 Telephone conference with A. Stevens
                               regarding default letters (0.2).

12/12/06 E Toscano         .80 Review numerous emails from contacts at title
                               companies (.4); update index with status of
                               updated title reports on various loans (.4).

12/13/06 A Jarvis          .40 Preparation of involuntary petition.

12/13/06 E Monson          .40 Discussions with local counsel regarding 2004
                               examinations.

12/13/06 E Monson          .30 Discussion with R. Walker regarding 2004 exam
                               issues.

12/13/06 E Monson          .20 Update A. T. Brinkerhoff regarding 2004
                               examinations.

12/13/06 E Monson         2.70 Work on involuntary petition pleadings for
                               Investors VI.

12/13/06 E Monson          .30 Review e-mails from counsel for DTDF
                               regarding comments to motion.

12/13/06 E Monson         1.00 Conference call with counsel for DTDF
                               regarding involuntary petitions.

12/13/06 E Monson          .20 Conference with T. Allison regarding issues
                               involving Investors VI.

12/13/06 E Monson          .50 Continued analysis regarding issues on
                               Investors VI.

12/13/06 E Monson          .40 Conference with P. Chang and J. Atkinson
                               regarding T. Allison declaration involving
                               Investors VI and issues relative to
                               involuntary petition.

12/13/06 E Monson          .30 Review e-mails from P. Chang regarding
                               amounts due and owing on Investors VI
                               obligations.

12/13/06 E Monson          .20 Facilitate corporate search on APHM
                               Investments, LLC.

12/13/06 E Monson          .30 Follow up on identifying title company that
                               will handle closing of Epic Condos.

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/13/06 S Strong        .30 Review UCCs response to IP motion for
                             protective order (0.3).

12/13/06 S Tingey       2.70 Review issues regarding Gateway Stone claim and
                             objection (2.7).

12/14/06 A Brinkerhoff   .60 Follow up with IP documents.

12/14/06 A Jarvis        .70 Conference call with Diversified, Direct
                             Lender and Unsecured Creditors Committees
                             regarding Investors VI, Marquis.

12/14/06 E Monson        .80 Conference call with counsel for DTDF
                             regarding Tree Moss and Investors VI
                             involuntary petitions.

12/14/06 E Monson        .30 Conference with T. Allison, J. Atkinson and
                             others at Mesirow and Investors VI and Tree
                             Moss involuntary petitions.

12/14/06 E Monson        .40 Discussion with P. McHugh at Stewart Title
                             regarding sale of Marquis.

12/14/06 E Monson        .20 Send copy of Tree Moss involuntary petition
                             to P. McHugh and order on hearing to appoint
                             a trustee.

12/14/06 E Monson       2.30 Work on Investor VI involuntary pleadings.

12/14/06 E Monson        .40 Send documents to L. Schwartzer for hearing
                             tomorrow and draft e-mail regarding potential
                             issues that could come up on appointment of
                             trustee.

12/14/06 E Monson        .30 Review title report on Epic condos and
                             discuss with S. C. Strong.

12/14/06 E Monson        .70 Additional conference call with Direct
                             Lenders Committee, UCC and DTDFC regarding
                             involuntary petition on Investor VI.

12/14/06 E Monson        .30 Research on AHPM Management Company and review
                             printouts.

12/14/06 E Monson        .40 Review pleadings from R. Walker on motion to
                             quash.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

| | | | |
|---|---|---|---|
| 12/14/06 | S Tingey | 1.90 | Draft Declaration of T. Allison regarding Gateway Stone Proof of Claim objection (1.7); telephone conference with A. Stevens regarding same (0.2). |
| 12/14/06 | S Tingey | .20 | Follow-up regarding title search and information requested by the SEC and objection information (0.2). |
| 12/14/06 | S Tingey | .20 | Evaluate Tree Moss issues (0.2). |
| 12/14/06 | S Tingey | .20 | Review issue regarding ComVest default letters (0.1); telephone conference with A. Stevens regarding same (0.1). |
| 12/14/06 | E Toscano | 3.00 | Continue making contacts and making followup calls and emails with the various title companies on the various loans (.3); review updated commitments on various loans (2.1); update index of status of updates on the loans (.6). |
| 12/15/06 | A Jarvis | .30 | Evaluate issues regarding filing of involuntary. |
| 12/15/06 | A Jarvis | .50 | Correspondence on filing of involuntary. |
| 12/15/06 | E Monson | 2.80 | Work on revising and finalizing Investor VI involuntary petition documents. |
| 12/15/06 | E Monson | .20 | Review from e-mail on P. Chang regarding Investor VI and review reply. |
| 12/15/06 | E Monson | .30 | Discussions with M. Levinson regarding Investor VI involuntary petition. |
| 12/15/06 | E Monson | .20 | Discussion with L. Schwartzer regarding appointment of trustee in Tree Moss involuntary bankruptcy. |
| 12/15/06 | S Strong | .50 | Review emails from L. Schwartzer with questions regarding Tree Moss involuntary (0.2); email to E. A. Monson and A. W. Jarvis regarding same (0.1); confer with E. A. Monson regarding same (0.1); email to L. Schwartzer regarding same (0.1). |

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/15/06 S Tingey        1.10  Revise Declaration of T. Allison regarding
                               Objection to Gateway Stone claim (1.1).

12/15/06 S Tingey        1.10  Draft response to Stuart Madsen, Direct
                               Lender, regarding purported termination of
                               Loan Security Agreement and violation of
                               automatic stay (1.1).

12/15/06 E Toscano        .30  Emails with John Flowers, Jean Hicks and
                               Candis Grissom and Rose Willoughby on Lake
                               Helen Partners, Palm Harbor, 6425 Gess,
                               Shamrock Tower, Colt Gateway and Rio Rancho
                               Executive Plaza loans.

12/18/06 A Brinkerhoff    .70  Follow-up on issues related to Milanowski
                               interview with SEC (.4); review email from
                               Fulbright attorneys (.3).

12/18/06 E Monson         .10  Review regarding J. Milanowski meeting and S.
                               Reale lien.

12/18/06 S Tingey        3.00  Communicate with S. Smith regarding
                               Huntsville bankruptcy and Proof of Claim
                               (0.2); draft Proof of Claim and attachments,
                               and review relevant information (2.8);
                               communicate with Texas attorney regarding
                               same 0.2); communicate with M. Haftl
                               regarding Huntsville Proof of Claim (0.2).

12/18/06 E Toscano       2.50  Continue work to obtain updated title
                               commitments from the various title companies on
                               the loans that were sold (.6); numerous
                               telephone calls and emails with the various
                               title companies (.3); update index of updated
                               reports status (.3); emails with Diane Trautt
                               on the J. Jireh's Corporation loan (.3); emails
                               with Chris Gerig on the University Estates/The
                               Ohio Club loan (.4); emails with Kathy Irwin
                               regarding same (.2); emails with First American
                               Title Company on the Rio Rancho Executive Plaza
                               loan (.1).

12/19/06 A Jarvis         .60  Conference with J. Hermann and M. Tucker
                               regarding involuntary petitions.

12/19/06 E Monson         .40  Attend hearing on motion to appoint a Trustee
                               in Investor VI.

Client No. 34585                                          Page:    15
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/19/06 S Tingey          .10 Communicate with M. Haftl regarding HFA
                               Asylum/Windham loan (0.1).

12/19/06 S Tingey         1.30 Communicate with Texas counsel regarding
                               Huntsville Proof of Claim (0.2); letter to
                               Texas counsel regarding same (0.2); telephone
                               conference with B. Wilson, Texas counsel
                               regarding Huntsville Proof of Claim; (02);
                               assemble additional information for Texas
                               counsel regarding Huntsville (0.7).

12/19/06 E Toscano         .70 Emails with Chris Gerig regarding the
                               University Estates/The Ohio Club matter (.2);
                               emails with Laurie Deal at Secure Title
                               regarding same (.1); update Index (.4).

12/20/06 S Tingey          .50 Revise letter to ComVest guarantor regarding
                               default interest (0.5).

12/20/06 S Tingey          .20 Communicate with Mesirow regarding Huntsville
                               Proof of Claim (0.1); communicate with Texas
                               counsel regarding Huntsville (0.1).

12/20/06 E Toscano         .40 Telephone call with Ann Wilbur regarding the
                               Bay Pompano Beach loan; telephone call with
                               Candis Grissom regarding the Lake Helen
                               Partners and Palm Harbor loans; emails with
                               D. M. Monson; emails with Candis Grissom
                               regarding the title updates; review same.

12/21/06 E Monson         1.30 Review of HMA Sales, Investors IV and USAIP and
                               documents.

12/21/06 S Tingey          .20 Telephone conference with A. Stevens
                               regarding BySynergy correspondence.

12/21/06 E Toscano         .20 Review numerous emails from D. M. Monson to
                               Dean Kirchen regarding the Castaic Partners
                               loans; review emails from D. M. Monson
                               regarding the Palm Harbor loan; review
                               attachments to emails; update Index.

12/22/06 A Jarvis          .40 Correspondence on HMA Sales.

12/22/06 A Jarvis          .40 Correspondence on Royal Hotel issues, HMA
                               Sales.

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007


12/22/06 S Tingey        .60 Review Notice of Plan and Disclosure
                             Statement filed in West Hills Park bankruptcy
                             (0.4); memo to Mesirow regarding same (0.2).

12/23/06 A Jarvis        .30 Telephone conference with T. Allison and E.
                             A. Monson regarding Diversified issues, Royal
                             Hotel.

12/23/06 A Jarvis        .30 Correspondence on Royal Hotel issues.

12/23/06 A Jarvis        .70 Conference call with client and Diversified
                             Committee regarding Royal Hotel, HMA Sales,
                             course of action regarding same.

12/23/06 E Monson        .30 Discussion with A. W. Jarvis and T. Allison
                             regarding strategy involving Royal Hotel.

12/23/06 E Monson        .90 Participate in conference call with
                             Diversified Committee counsel regarding
                             strategy involving Royal Hotel.

12/23/06 E Monson       2.40 Reviewing documents produced by HMA Sales and
                             scan obtained documents and e-mail to
                             Diversified Committee counsel.

12/24/06 A Jarvis        .30 Correspondence on filing of complaint against
                             HMA sales, Royal Hotel.

12/24/06 A Jarvis        .30 Correspondence on claims against Reale.

12/24/06 E Monson       1.50 Review e-mail from J. Harmann regarding draft
                             of complaint against HMA Sales and Lis
                             Pendens on Royal Hotel and send reply e-mail.

12/25/06 A Jarvis       2.00 Review pleadings and correspondence on filing
                             suit against HMA Sales, Royal Hotel.

12/25/06 A Jarvis        .20 Telephone conference with L. Schwartzer
                             regarding filing of complaint and lis pendens.

12/25/06 E Monson        .10 Draft e-mail regarding HMA Sales complaint.

12/25/06 E Monson        .40 Review e-mails from M. Levinson, A.
                             Loraditch, A. W. Jarvis and J. Harmann
                             regarding complaint against HMA Sales.

12/26/06 A Jarvis        .60 Correspondence on filing of TRO on Royal
                             Hotel.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    17
January 19, 2007

| 12/26/06 | A Jarvis | .80 | Correspondence on Royal Hotel. |
| 12/26/06 | A Jarvis | .80 | Correspondence on actions against Royal Hotel closing, TRO. |
| 12/26/06 | E Monson | .10 | Review e-mail from L. Schwartzer to Trustee of Tree Moss. |
| 12/26/06 | E Monson | .30 | Discussions with C. Hurst regarding stamping and organization of documents produced by USAIP, Investors VI, and HMA Sales. |
| 12/26/06 | E Monson | .30 | Review revisions to complaint against HMA Sales. |
| 12/26/06 | E Monson | 1.00 | Review numerous e-mails regarding HMA Sales complaint and status of sale of Royal Hotel and send replies. |
| 12/26/06 | E Monson | .40 | Discussion with L. Schwartzer regarding issues on Lis Pendens and send follow up information. |
| 12/26/06 | E Monson | .50 | Review e-mails from A. Hosey and send replies. |
| 12/26/06 | E Monson | .20 | Review e-mail from M. Tucker and send reply. |
| 12/26/06 | E Monson | .30 | Send e-mails to A. W. Jarvis regarding HMA Sales issues and review replies. |
| 12/27/06 | A Jarvis | .40 | Telephone conference with E. A. Monson regarding Royal Hotel, course of action regarding same. |
| 12/27/06 | A Jarvis | .30 | Telephone conference with E. A. Monson regarding TRO, results on inquiry on Royal Hotel. |
| 12/27/06 | A Jarvis | .80 | Review correspondence with client and Diversified Committee regarding TRO on Royal Hotel. |
| 12/27/06 | A Jarvis | .20 | Review correspondence with client regarding TRO filing. |
| 12/27/06 | E Monson | .50 | Discussion with A. W. Jarvis regarding HMA lawsuit and sale of Royal Hotel. |

Client No. 34585                                              Page:   18
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007

| 12/27/06 | E Monson | .20 | Call title company and talk to K. Williams regarding sale of Royal Hotel. |
|---|---|---|---|
| 12/27/06 | E Monson | .20 | Follow up on availability of Judge Riegle for emergency relief. |
| 12/27/06 | E Monson | 1.00 | Numerous discussions with M. Levinson, J. Hermann, Michael Tucker, T. Allison, L. Schwartzer and A. W. Jarvis regarding emergency relief. |
| 12/27/06 | E Monson | .60 | Draft declaration in support of application for TRO. |
| 12/27/06 | E Monson | .40 | Review application for TRO and send comments regarding same. |
| 12/27/06 | E Monson | .50 | Review e-mails from A. Loraditch regarding TRO pleadings and send replies and overview of her declaration in support of TRO. |
| 12/27/06 | E Monson | .10 | Review e-mail from M. Tucker. |
| 12/27/06 | E Monson | .20 | Review e-mail regarding FAICO 2004 examination. |
| 12/27/06 | S Tingey | .30 | Review correspondence from Suttles' attorney regarding 6425 Gess (0.3). |
| 12/27/06 | S Tingey | .30 | Review communication from Diversified Financial advisor regarding BySynergy (0.1); communicate with J. Reed regarding BySynergy (0.2). |
| 12/27/06 | S Tingey | .30 | Review information received from USA regarding Huntsville and proposed plan of reorganization (0.2); communicate with M. Olsen regarding same (0.1). |
| 12/28/06 | A Brinkerhoff | .40 | Review and comment on HMA Sales documents and summaries (.4). |
| 12/28/06 | A Jarvis | .60 | Correspondence regarding discovery relating to HMA Sales. |
| 12/28/06 | A Jarvis | .60 | Correspondence, document review relating to motion for prejudgment attachment. |

Client No. 34585                                           Page:    19
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007

12/28/06 A Jarvis        .50 Correspondence with client regarding
                             discovery on IP, IP related issues.

12/28/06 A Jarvis        .60 Review and revise declaration of T. Allison
                             for prejudgment writ of attachment.

12/28/06 E Monson        .20 Follow up on getting documents to Diversified
                             Committee counsel.

12/28/06 E Monson        .20 Follow up on searches requested by M. Tucker.

12/28/06 E Monson        .20 Send e-mail and leave voice mail to R. Walker
                             regarding obtaining settlement statement on
                             sale of Royal Hotel.

12/28/06 E Monson        .30 Follow up on whether bond was posted in Great
                             White lawsuit.

12/28/06 E Monson        .30 Follow up of 2004 examination of Great White
                             and send e-mails regarding same.

12/28/06 E Monson       1.20 Follow up on TRO and review e-mails regarding
                             same and drafts of pleadings from L.
                             Schwartzer.

12/28/06 S Tingey        .20 Communicate with J. Reed regarding Plan and
                             Disclosure Statement filed in West
                             Hills/Huntsville bankruptcy (0.2).

12/28/06 S Tingey       1.40 Review issues related to Notice received on
                             Urban Housing loan (0.9); memo to S. C. Strong
                             regarding Urban Housing Notice (0.5).

12/28/06 S Tingey        .30 Revise letter to attorney for 6425 Gess (0.3).

12/29/06 A Brinkerhoff  1.20 Research, review of documents and creation of
                             Exhibit E for TRO memorandum regarding
                             transfers to HMA Sales (1.2).

12/29/06 A Jarvis       1.20 Review; comment on T. Allison declaration in
                             support of motion for prejudgment writ of
                             attachment and correspondence regarding same.

12/29/06 A Jarvis        .10 Correspondence on Great White lien issues.

12/29/06 E Monson        .30 Follow up on status of Great White 2004 exam
                             and review e-mails from Schwartzer's office
                             regarding same.

Client No. 34585                                            Page:    20
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


12/29/06 E Monson          .30 Follow up on getting copies of documents to the
                               DTDFC.

12/29/06 E Monson          .20 Review e-mail from P. Cheng regarding Reale
                               payments.

12/29/06 E Monson          .50 Follow up on getting information and
                               documents to establish $4.6 million sent from
                               DTDF to HMA Sales.

12/29/06 E Monson         2.30 Work on revising Declaration of Tom Allison
                               in support of motion for prejudgment writ of
                               attachment.

12/29/06 E Monson          .10 Review e-mail from L. Schwartzer regarding S.
                               Reale.

12/29/06 E Monson          .30 Discussion with T. Allison regarding
                               declaration.

12/29/06 E Monson          .60 Review numerous e-mails regarding T. Allison
                               Declaration and send replies.

12/29/06 E Monson          .80 Get T. Allison Declarations finalized and
                               certain exhibits put together to attach to
                               declaration.

12/29/06 E Monson          .50 Follow up regarding proposed protective order
                               and revisions thereto.

12/29/06 E Monson          .90 Conference with DTDFC counsel regarding
                               proposed protective order.

12/29/06 E Monson          .20 Discussion with R. Charles regarding proposed
                               protective order.

12/29/06 E Monson          .60 Revise protective order and circulate draft of
                               protective order with e-mails and comments to
                               Fulbright and Committee counsel.

12/30/06 E Toscano         .20 Review email and attachments from Megan
                               Barrett on the Huntsville I and II loans;
                               draft email to Hurlene Savage regarding same;
                               review attachments; forward same to D. M.
                               Monson.


TOTAL FOR LEGAL SERVICES RENDERED                           $58,572.00