*"Exhibit K-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357348

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00003

Asset Disposition

| | | | |
|---|---|---|---|
| 12/01/06 | K Glade | .30 | Review proposed escrow letter for Silver Point closing (0.3). |
| 12/01/06 | K Glade | 2.30 | Telephone calls with First American representative regarding forms of assignment endorsements (0.3); review proposed forms of endorsements with related e-mails (0.8); telephone call with D. Cica and C. Pajak regarding forms of assignment endorsements and other Silver Point closing issues and related e-mails (1.2). |
| 12/01/06 | A Jarvis | .50 | Conference call with B. Fasel, T. Allison, J. Reed and S. C. Strong regarding Silver Point position, bidder issues. |
| 12/01/06 | A Jarvis | .10 | Telephone calls to F. Merola and E. Karasik regarding qualification process. |
| 12/01/06 | A Jarvis | .20 | Correspondence on bidding issues. |
| 12/01/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding auction, bids, Diversified issues. |
| 12/01/06 | A Jarvis | .90 | Telephone conferences and correspondence with J. McCarroll and D. Cooney regarding bid qualification process. |

Client No. 34585                                            Page:     2
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007


12/01/06  A Jarvis          .30  Correspondence with bidder regarding
                                 qualification issues.

12/01/06  A Jarvis          .50  Telephone conference with T. Allison
                                 regarding bidder qualification issues,
                                 auction process.

12/01/06  A Jarvis          .30  Review bid procedures issues, response to be
                                 filed to Silver Point motion.

12/01/06  A Jarvis         1.90  Correspondence on positions of Silver Point
                                 and negotiations with bidders.

12/01/06  A Jarvis          .20  Correspondence on follow up requests from
                                 bidders.

12/01/06  B Kotter         3.60  Draft Response to Silver Point's emergency
                                 motion (3.6).

12/01/06  D Monson         1.80  Review Asset Purchase Agreement provisions for
                                 Gramercy loan and endorsement issues (0.3);
                                 conference call with C. Pajak, D. Cica, S.
                                 Tingey, K. Glade and E. Toscano on closing
                                 conditions and endorsement issues (0.9); review
                                 Direct Lender Supplement and Schedule of
                                 Servicing Fees (0.4); review draft letter on
                                 Asset Purchase Agreement issues (0.2).

12/01/06  S Strong          .70  Review and analysis of Silver Point motion to
                                 compel disclosure of preliminary competing bids
                                 (0.7).

12/01/06  S Strong          .50  Telephone conference with J. Reed regarding
                                 follow-up needed on competing bids received
                                 (0.3); review and revise draft letter to
                                 competing bidder regarding same (0.2).

12/01/06  S Strong         1.00  Further analysis of SPs motion to compel
                                 disclosure of bid information (0.5); review and
                                 edit draft of objection (0.5).

12/01/06  S Strong          .30  Confer with A. W. Jarvis regarding her
                                 discussions this evening with Silver Point
                                 regarding bid issues (0.2); exchange emails
                                 with A. W. Jarvis regarding same (0.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   3
January 19, 2007

| | | | |
|---|---|---|---|
| 12/01/06 | S Tingey | 2.10 | Conference call with D. Cica, C. Pajek, D. G. Glade, D. M. Monson and E. J. Toscano regarding APA closing issues (0.8); draft letter to D. Karides regarding closing issue compliance (1.3). |
| 12/01/06 | S Tingey | .60 | Review, revise assignment of trust deeds and allonges (0.6). |
| 12/01/06 | A Hansen | 2.50 | Draft Assignments of Trust Deeds and Allonge to Note. |
| 12/02/06 | A Jarvis | .40 | Analyze qualification process, conversations with bidders. |
| 12/02/06 | A Jarvis | .30 | Telephone conference with S. C. Strong regarding qualification process, response to Silver Point. |
| 12/02/06 | A Jarvis | .30 | Telephone conference with bidder's counsel regarding qualification process, issues raised. |
| 12/02/06 | A Jarvis | .40 | Telephone conference with B. Fasel regarding conversations with bidders, qualification issues. |
| 12/02/06 | A Jarvis | .90 | Draft memo to committees regarding communications with bidders. |
| 12/02/06 | A Jarvis | .30 | Correspondence with client regarding communications with Silver Point. |
| 12/02/06 | A Jarvis | .20 | Correspondence with bidder. |
| 12/02/06 | A Jarvis | 1.50 | Review submissions from competing bidders, correspondence regarding same. |
| 12/03/06 | A Jarvis | .30 | Correspondence regarding bid procedures. |
| 12/03/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding qualification process, communications with bidders. |
| 12/03/06 | A Jarvis | .30 | Correspondence with client regarding communications with Silver Point. |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/03/06 A Jarvis          .30 Telephone conference with B. Fasel regarding
                               discussions with Silver Point, competing
                               bidders, qualification process.

12/03/06 A Jarvis          .20 Follow up telephone conference with B. Fasel
                               regarding qualification process.

12/03/06 A Jarvis          .40 Correspondence regarding meeting with
                               committees on qualification process.

12/03/06 A Jarvis         3.90 Review APAs and prepare comments and
                               questions regarding same.

12/03/06 A Jarvis          .30 Telephone conference with R. Charles
                               regarding qualification process, APA review.

12/03/06 A Jarvis          .40 Review qualification process, response to
                               Silver Point motion.

12/03/06 A Jarvis         2.30 Draft memo to client regarding issues raised
                               in qualification process, review and
                               suggested changes in proposed APA, open
                               questions on bids.

12/03/06 A Jarvis          .50 Correspondence with Silver Point regarding
                               qualification process, motion.

12/03/06 A Jarvis          .60 Review and revise response to Silver Point
                               motion.

12/03/06 B Kotter         1.70 Read e-mail from A. W. Jarvis regarding
                               competing bids and bid procedures (.4); read
                               and respond to e-mail from S. C. Strong
                               regarding research on standing of potential
                               bidders (1.3).

12/03/06 S Strong         1.00 Analysis of competing bids received (0.4);
                               telephone conference with A. W. Jarvis
                               regarding issues raised by competing bids
                               (0.6).

12/03/06 S Strong         1.30 Revise debtors objection to Silver Points
                               emergency motion regarding competing bids
                               (1.2); transmit same to debtors team for
                               review (0.1).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | | |
|---|---|---|---|
| 12/04/06 | K Glade | 2.90 | E-mails and telephone calls with title companies requesting updates for assignment endorsements for Silver Point closing (1.9); e-mails regarding servicing fee schedule for Silver Point closing (0.3); e-mails with D. Cica regarding title policy endorsements for Silver Point closing (0.3); review title company commitments (0.4). |
| 12/04/06 | A Jarvis | .50 | Telephone conference with B. Fasel regarding bidder qualification issues, status of same. |
| 12/04/06 | A Jarvis | 1.00 | Telephone conference with bidder regarding qualification process, issues. |
| 12/04/06 | A Jarvis | 1.00 | Correspondence regarding APA issues in bidder qualification process. |
| 12/04/06 | A Jarvis | 1.00 | Conference call with Committees regarding bidder qualification process, confirmation brief, preparation for confirmation hearing. |
| 12/04/06 | A Jarvis | .50 | Telephone conference with J. Reed, T. Allison, S. Smith regarding questions raised by bidder, valuation issues. |
| 12/04/06 | A Jarvis | 1.10 | Telephone conference with T. Allison and bidder regarding bidder qualification issues, follow up with Committee call. |
| 12/04/06 | A Jarvis | .30 | Correspondence on response to Silver Point motion. |
| 12/04/06 | A Jarvis | .20 | Draft e-mail to Silver Point regarding status of qualification process, expected timing on completion of qualification process. |
| 12/04/06 | A Jarvis | .90 | Draft report to committees on status of discussions with bidder and qualifying process. |
| 12/04/06 | B Kotter | .80 | Further revisions to Debtors' response to Silver Point's emergency motion (.6); e-mail to local counsel for filing (.2). |
| 12/04/06 | D Monson | .20 | Review Borrower Estoppel Notices from John King on Margarita Annex and Oak Shores Loans. |

Client No. 34585                                    Page:     6
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/04/06 D Monson        1.70 Review and revise letter to Constantine Karides
                              on escrow requirements for Asset Purchase
                              Agreement (0.7); e-mails to D. Cica and C.
                              Pajak on escrow requirements letter to C.
                              Karides (0.2); review e-mails from D. Cica on
                              letter to C. Karides and endorsement issues
                              (0.3); further revisions to C. Karides letter
                              (0.3); review escrow requirements for closing
                              (0.1); forward letter to C. Karides on Asset
                              Purchase Agreement requirements (0.1).

12/04/06 S Strong         .70 Revise and finalize objection to Silver Point's
                              motion and send to local counsel for filing
                              (0.7).

12/04/06 S Strong         .20 Confer with S. T. Waterman regarding
                              competing bids and issues for upcoming
                              auction hearing (.2).

12/04/06 S Strong         .60 Telephone conference with A. W. Jarvis
                              regarding competing bid issues and APA
                              provisions (0.1); review APA of competing
                              bidder (0.4); email to competing bidders
                              counsel regarding same (0.1).

12/04/06 S Strong         .30 Telephone conference with S. Smith regarding
                              LSA schedule (0.2); review filing under seal
                              regarding same (0.1).

12/04/06 S Strong         .30 Review SP papers and court order regarding
                              emergency hearing set on SPs motion
                              regarding competing bids (0.2); exchange
                              emails with L. Schwartzer regarding coverage
                              for hearing (0.1).

12/04/06 S Strong         .70 Telephone conference with A. W. Jarvis
                              regarding revised APA of competing bidder
                              (0.3); review revised APA and prepare email
                              to A. W. Jarvis with revised pages from APA
                              (0.4).

12/04/06 S Tingey        1.40 Conference with D. M. Monson regarding
                              communication with Silverpoint (0.2); revise
                              letter to C. Karides (0.2); review allonge
                              and assignment (0.8); email to J. Reed
                              regarding allonge and assignment (0.2).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    7
January 19, 2007

| | | |
|---|---|---|
| 12/05/06 K Glade | .30 | Review summary of response to Borrower Estoppel Notices and related e-mails (0.3). |
| 12/05/06 K Glade | 2.20 | Review conditions under Silver Point APA for auction (0.3); review regarding assignment endorsement on Gramercy with review of possible endorsement forms and telephone call with Commonwealth underwriter regarding issuance of assignment endorsement on Gramercy (0.7); subsequent telephone call with Commonwealth underwriter (0.3); facilitate ordering title updates (0.9). |
| 12/05/06 A Jarvis | .30 | Correspondence on bids, qualification issues. |
| 12/05/06 A Jarvis | .20 | Telephone conference with B. Fasel regarding updates on conversations with bidders. |
| 12/05/06 A Jarvis | .30 | Telephone conference with B. Fasel regarding bidder qualifications, financial issues. |
| 12/05/06 A Jarvis | .10 | Telephone conference with S. T. Waterman regarding bid procedures. |
| 12/05/06 A Jarvis | .90 | Conference call with T. Allison and B. Fasel regarding bidder qualification process, conclusions. |
| 12/05/06 A Jarvis | .90 | Review additional documents from bidders and comment regarding same. |
| 12/05/06 A Jarvis | .40 | Draft memo to committees regarding bidder qualification recommendations. |
| 12/05/06 A Jarvis | .30 | Correspondence on borrower estoppel certificates. |
| 12/05/06 A Jarvis | .40 | Correspondence with client on bidder qualification issues. |
| 12/05/06 A Jarvis | .60 | Conference call with bidder regarding qualification issues. |
| 12/05/06 A Jarvis | .10 | Correspondence regarding allocation of liquidated damages. |
| 12/05/06 A Jarvis | .10 | Correspondence on servicing issues. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    8
January 19, 2007

| | | | |
|---|---|---|---|
| 12/05/06 | A Jarvis | .30 | Telephone conference with bidder's attorneys regarding clarifications needed in APA. |
| 12/05/06 | A Jarvis | .90 | Draft memo to bidder's counsel regarding clarification issues with APA. |
| 12/05/06 | A Jarvis | .40 | Correspondence with UCC and with bidder regarding UCC issues needing clarification. |
| 12/05/06 | A Jarvis | .30 | Telephone conference with bidder attorney regarding clarification issues needed by debtor and committees. |
| 12/05/06 | A Jarvis | .50 | Correspondence with bidder attorney regarding clarification of issues in APA. |
| 12/05/06 | A Jarvis | .30 | Correspondence with client regarding qualification issues raised by committees regarding bidder. |
| 12/05/06 | A Jarvis | .30 | Correspondence with client regarding qualification issues regarding valuation. |
| 12/05/06 | A Jarvis | .80 | Conference call with client, UCC and bidder regarding qualification issues. |
| 12/05/06 | A Jarvis | .40 | Further correspondence with bidder and committees regarding clarification issues, qualification issues. |
| 12/05/06 | A Jarvis | .30 | Conference call with clients regarding qualified bidders. |
| 12/05/06 | A Jarvis | .30 | Draft memo to Committees regarding qualified bidder. |
| 12/05/06 | A Jarvis | .50 | Correspondence regarding issues raised in final version of APA with bidder. |
| 12/05/06 | A Jarvis | .80 | Telephone conference with S. C. Strong and S. T. Waterman regarding auction, bid procedures, qualification process. |
| 12/05/06 | A Jarvis | .30 | Telephone conference with J. Reed regarding new development with additional bidder. |

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | |
|---|---|---|
| 12/05/06 A Jarvis | 1.30 | Telephone conference with S. C. Strong and S. T. Waterman regarding competing bid, auction, asset issues, valuation issues. |
| 12/05/06 A Jarvis | .40 | Telephone conference with S. T. Waterman regarding new development with bidder. |
| 12/05/06 A Jarvis | .40 | Correspondence with client regarding new developments with bidder. |
| 12/05/06 A Jarvis | .50 | Correspondence with client and with bidder regarding additional clarifications needed in APA. |
| 12/05/06 D Monson | .30 | E-mail to M. Haftl and J. Reed on John King responses to Borrower Estoppel Notices (0.2); review e-mails from AWJ and J. Reed on responses to Borrower Estoppel Notices (0.1). |
| 12/05/06 S Strong | .30 | Review email from A. W. Jarvis regarding competing bid of Compass (0.1); email to Committees regarding same (0.1); review emails from A. W. Jarvis and F. Merola regarding bidder qualification process (0.1). |
| 12/05/06 S Strong | .10 | Exchange emails with A. W. Jarvis regarding analysis of LSA transfer issues (.1). |
| 12/05/06 S Strong | .20 | Telephone conference with R. Charles regarding bidder qualifications (0.1); follow-up on same (0.1). |
| 12/05/06 S Strong | .50 | Participate in follow-up conference call with debtors and committees professionals regarding bidder qualifications for upcoming Auction (.5). |
| 12/05/06 S Strong | 3.50 | Analyze various issues concerning APA, bidding process, lead bidder and competing bids, bid qualification process, and upcoming Auction (3.5). |
| 12/05/06 S Strong | .20 | Telephone conference with L. Schwartzer and S. T. Waterman regarding preparations for Auction hearing (.2). |

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| 12/05/06 | S Strong | .80 | Review bids from two competing bidders (0.6); emails to SP team regarding same (0.2). |
|----------|----------|-----|------|

12/05/06 S Strong        .80 Review bids from two competing bidders (0.6);
                             emails to SP team regarding same (0.2).

12/05/06 S Strong        .20 Emails to L. Schwartzer regarding filing of
                             competing bid of Compass (.2).

12/05/06 S Strong        .40 Analysis of transition issues upon closing of
                             sale transaction (0.4).

12/05/06 S Strong        .40 Review revisions to Compass APA (.4).

12/05/06 S Strong        .10 Telephone conference with C. Pajak regarding
                             qualified bidder process (.1).

12/05/06 S Strong        .20 Exchange emails with A. W. Jarvis regarding
                             competing bid of Consolidated Mortgage (.2).

12/05/06 S Tingey        .20 Review APA closing issues (0.2).

12/05/06 S Waterman     1.40 Prepare for auction hearing.

12/05/06 S Waterman      .80 Telephone conference with committee regarding
                             qualifying bidders.

12/05/06 S Waterman      .60 Telephone conference with committee regarding
                             bidder.

12/05/06 S Waterman      .80 Telephone conference with A. Jarvis and S.
                             Strong regarding qualified bids.

12/05/06 S Waterman     1.30 Telephone conference with A. W. Jarvis and S.
                             C. Strong regarding auction issues.

12/05/06 S Waterman      .70 Analysis regarding auction hearing.

12/05/06 S Waterman      .50 Telephone conference with A. W. Jarvis
                             regarding qualifying third bidder.

12/05/06 G Winger       1.90 Review Compass Partners Asset Purchase
                             Agreement.

12/06/06 K Glade         .50 Review updated title reports for Silver Point
                             closing (0.5).

12/06/06 K Glade         .40 Review title endorsements (0.4).

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/06/06 A Jarvis        .70 Correspondence with Committees and Mesirow
                             regarding new developments regarding
                             qualification issues on Consolidated and
                             potential reconsideration of same.

12/06/06 A Jarvis        .20 Correspondence regarding challenge to
                             qualification procedures by Silver Point.

12/06/06 A Jarvis        .80 Draft correspondence to Compass regarding
                             objections of committees to qualification of
                             Compass and proposed resolution of same.

12/06/06 A Jarvis        .20 Correspondence with Diversified Committee
                             regarding loans excluded from Silver Point
                             APA.

12/06/06 A Jarvis        .30 Correspondence with Committees on
                             negotiations with Compass.

12/06/06 A Jarvis        .20 Telephone conference with J. Reed regarding
                             Consolidated assurances regarding
                             connections, issues respecting possible
                             qualification.

12/06/06 A Jarvis        .80 Draft report to Committees on status of
                             negotiations with Compass and Consolidated
                             and memo outlining remaining objections
                             Committees had to Compass APA.

12/06/06 A Jarvis        .10 Correspondence with UCC regarding additional
                             negotiating points with Compass.

12/06/06 A Jarvis        .30 Telephone conference with B. Fasel regarding
                             negotiations with Silver Point, Compass APA.

12/06/06 A Jarvis        .50 Correspondence with Committees regarding
                             comments on open issues with Compass.

12/06/06 A Jarvis        .50 Correspondence with Compass on negotiations
                             for additional changes in APA, bid.

12/06/06 A Jarvis        .10 Correspondence on schedules with Silver Point.

12/06/06 A Jarvis        .80 Draft memo to Compass regarding additional
                             changes needed to respond to potential
                             Committee objections to qualification.

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/06/06 A Jarvis        .30 Correspondence with Compass regarding
                             negotiations on APA.

12/06/06 A Jarvis        .30 Telephone conference with Compass regarding
                             negotiations on APA.

12/06/06 A Jarvis        .10 Correspondence regarding schedules needed by
                             Compass in negotiations.

12/06/06 A Jarvis        .30 Correspondence with Committees regarding
                             additional issues to negotiate with Compass.

12/06/06 A Jarvis        .30 Correspondence with B. Fasel regarding
                             negotiations with Compass.

12/06/06 A Jarvis        .90 Telephone calls with B. Fasel regarding
                             negotiations with bidders, status of
                             negotiations.

12/06/06 A Jarvis        .20 Correspondence with Committees on Silver
                             Point negotiations.

12/06/06 A Jarvis        .30 Further correspondence with Compass regarding
                             negotiations on changes to APA.

12/06/06 A Jarvis        .70 Telephone conferences with T. Allison and B.
                             Fasel regarding negotiations with bidders,
                             auction issues, meeting with committees.

12/06/06 A Jarvis        .20 Further correspondence with Compass on
                             negotiations for changes in APA.

12/06/06 A Jarvis        .20 Review of new concerns by Direct Lender
                             Committee regarding Compass bid.

12/06/06 A Jarvis        .20 Correspondence regarding negotiations with
                             Silver Point.

12/06/06 A Jarvis        .30 Further correspondence with Compass regarding
                             negotiations on changes to APA.

12/06/06 A Jarvis        .20 Correspondence on concerns of Direct Lenders
                             Committee with Compass bid.

12/06/06 A Jarvis        .30 Further correspondence with Committees
                             regarding negotiations on changes to APA.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    13
January 19, 2007

| | | |
|---|---|---|
| 12/06/06 A Jarvis | .40 | Draft e-mail to Compass regarding consensus with Committees on changes to APA to support as qualified bid. |
| 12/06/06 A Jarvis | .20 | Correspondence on Consolidated bid/request for qualification. |
| 12/06/06 A Jarvis | .30 | Correspondence with client regarding Consolidated motion. |
| 12/06/06 A Jarvis | 2.30 | Attendance by telephone on pre-auction meeting with Committees and conference with clients regarding same. |
| 12/06/06 A Jarvis | .10 | Correspondence with Silver Point. |
| 12/06/06 A Jarvis | .30 | Correspondence with Compass regarding resolution of committee objections to qualification. |
| 12/06/06 A Jarvis | .60 | Draft memo to Silver Point regarding expected changes to Compass APA. |
| 12/06/06 A Jarvis | .40 | Telephone conference with J. McCarroll regarding expected changes to Compass agreement, issues relating to the auction, negotiations regarding same, Consolidated motion. |
| 12/06/06 A Jarvis | .50 | Telephone conferences with B. Fasel regarding negotiations with bidders. |
| 12/06/06 A Jarvis | .50 | Draft memo to Compass regarding changes to APA required to satisfy concerns of Debtors and Committees. |
| 12/06/06 A Jarvis | .60 | Further calls with B. Fasel regarding negotiations with bidders, committees regarding qualification issues, improvement to bids. |
| 12/06/06 A Jarvis | .30 | Telephone conference with George Davis regarding agreement to make changes to APA, negotiations on conditions to changes. |
| 12/06/06 A Jarvis | .30 | Telephone conference with S. T. Waterman and S. C. Strong regarding negotiations with Silver Point and Compass. |

Client No. 34585                                        Page:   14
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

| | | | |
|---|---|---|---|
| 12/06/06 | A Jarvis | .10 | Correspondence with Direct Lender Committee regarding confirmation of resolution of issues with Compass bid. |
| 12/06/06 | A Jarvis | .40 | Correspondence and drafting of notice of filing of revised Compass APA. |
| 12/06/06 | A Jarvis | .40 | Correspondence with Compass regarding form of notice of filing, issues remaining prior to willingness to finalize and sign revised APA. |
| 12/06/06 | A Jarvis | .10 | Draft e-mail to Compass regarding Consolidated motion. |
| 12/06/06 | D Monson | 1.70 | Phone calls to Jean Hicks at Partners Title Company on Endorsement to Gramercy Title Policy (0.3); review Gramercy Title Policy file and analysis of endorsement issues (0.5); e-mail to Jean Hills on Endorsement to Gramercy Title Policy (0.8); review Gramercy Loan Endorsement issues (0.1). |
| 12/06/06 | D Monson | .10 | Review Amesbury/Hatters Point endorsement issues. |
| 12/06/06 | D Monson | .10 | Review Notice to Bidders from Debt Acquisition Company of America. |
| 12/06/06 | S Strong | .40 | Exchange emails with B. Fasel regarding qualified bid process (0.2); review email from L. Schwartzer regarding this mornings hearing on Silver Point motion (0.1); emails to A. W. Jarvis and S. T. Waterman regarding same (0.1). |
| 12/06/06 | S Strong | .20 | Telephone conferences with S. T. Waterman regarding upcoming bidder qualifications hearing (.2). |
| 12/06/06 | S Strong | 1.00 | Confer with J. Reed, B. Fasel, and S. T. Waterman regarding bidder qualification and auction issues (1.). |
| 12/06/06 | S Strong | .20 | Telephone conference with A. W. Jarvis, T. Allison and S. T. Waterman regarding bidder qualification and auction issues (.2). |

Client No. 34585                                              Page:   15
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007

| | | |
|---|---|---|
| 12/06/06 S Strong | .50 | Discuss and analyze bidder and auction issues with S. T. Waterman en route to meeting with committees professionals regarding same (.5). |
| 12/06/06 S Strong | .40 | Participate in telephone conference with T. Allison, S. Smith, A. W. Jarvis and S. T. Waterman regarding bidder qualifications, tomorrows hearing regarding same, and tomorrows auction (.4). |
| 12/06/06 S Strong | 1.20 | Meet with S. T. Waterman to discuss strategies and issues for tomorrows hearing and auction (0.9); telephone conference with A. W. Jarvis and S. T. Waterman regarding same (0.3). |
| 12/06/06 S Strong | .70 | Review regarding Compass revised APA and emergency motion filed by Desert Capital (0.4); review Desert Capitals emergency motion (0.3). |
| 12/06/06 S Waterman | 1.10 | Review bid procedures. |
| 12/06/06 S Waterman | 1.80 | Meeting with T. Allison and staff regarding preparation for auction and meeting with committees. |
| 12/06/06 S Waterman | 1.70 | Review materials for hearing on auction and asset purchase agreements. |
| 12/06/06 S Waterman | 1.60 | Analysis regarding bidding strategies. |
| 12/07/06 K Glade | 3.30 | Prepare for and attend meeting with D. Monson, S. Tingey and E. Toscano to discuss title endorsement issues on FTDF portfolio in anticipation of Silver Point closing (1.8); subsequent conferences with D. Monson regarding auction results (0.4); review updated title commitments (0.7). |
| 12/07/06 A Jarvis | 1.50 | Correspondence with Committees, clients, and Compass regarding negotiating additional changes to the Compass APA, negotiating with Committee for support of bid as revised and to resolve Committee potential objections to bid. |

Client No. 34585                                        Page:   16
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


12/07/06 A Jarvis          .40  Telephone conference with S. T. Waterman
                                regarding preparation for hearing,
                                negotiations with Compass and Committees,
                                auction.

12/07/06 A Jarvis         2.60  Attend morning hearing by telephone.

12/07/06 A Jarvis         1.00  Negotiations with Consolidated on bid
                                preparation, re-negotiation of APA.

12/07/06 A Jarvis         4.60  Attend auction by telephone and numerous
                                telephone conversations with client regarding
                                same.

12/07/06 A Jarvis          .90  Correspondence on Epic/Tree Moss.

12/07/06 D Monson          .20  E-mail to M. Haftl and J. Reed on response to
                                Borrower Estoppel Certificate on West Hills
                                (Huntsville) Loan.

12/07/06 D Monson         1.00  Review requests for endorsements for closing,
                                and review spreadsheet of title contacts, and
                                discuss status of Castaic II Loan and Palm
                                Harbor One Loan.

12/07/06 S Strong         1.50  Prepare APA revisions and related documents
                                for todays hearing and auction (1.5).

12/07/06 S Strong         2.60  Attend and assist debtors professionals at
                                hearing on bidder qualifications and related
                                issues (2.6).

12/07/06 S Strong         1.90  Analyze bidder issues and revised APAs of three
                                bidders and to discuss related issues for
                                auction (1.9).

12/07/06 S Strong         4.30  Attend and assist debtors professionals at
                                auction for FTDF and USACM assets (4.3).

12/07/06 S Strong          .90  Analysis of auction results and implications
                                for debtors (0.9).

12/07/06 S Tingey         1.10  Meeting with D. M. Monson, K. G. Glade and E.
                                J. Toscano regarding APA issues and title
                                endorsements.

12/07/06 S Waterman       1.10  Prepare for auction and asset purchase
                                agreement revisions.

Client No. 34585                                    Page:   17
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/07/06 S Waterman    2.60 Attend hearing on asset purchase agreement.

12/07/06 S Waterman    2.00 Meeting with Mesirow regarding revised asset
                            purchase agreement and bidding options.

12/07/06 S Waterman    4.30 Attend hearing on bidding/auction.

12/07/06 S Waterman     .80 Telephone conference with A. Jarvis and
                            Mesirow regarding auction.

12/07/06 S Waterman     .80 Emails regarding auction conclusion.

12/08/06 K Glade        .90 Review updated draft of Compass APA to
                            determine conditions to closing (0.7); draft
                            e-mail regarding title commitments (0.2).

12/08/06 A Jarvis       .60 Correspondence on APA with Compass,
                            negotiations regarding same.

12/08/06 A Jarvis       .50 Correspondence on preparation of schedules.

12/08/06 A Jarvis       .30 Follow-up on revising schedules, issues with
                            changes in APA.

12/08/06 A Jarvis       .30 Research regarding auction, negotiation of
                            changes in APA.

12/08/06 A Jarvis       .10 Correspondence on deposit for Compass.

12/08/06 A Jarvis       .40 Correspondence with Compass on draft of APA.

12/08/06 A Jarvis       .40 Correspondence with Mesirow regarding
                            preparation of schedules.

12/08/06 B Kotter       .60 Follow-up on issues arising from auction
                            related to APA provisions.

12/08/06 D Monson      4.10 Review e-mails on results of bankruptcy auction
                            and Compass requirements for closing of sale
                            transaction (0.3); evaluate auction results and
                            plans for Compass closing (0.3); review Compass
                            Asset Purchase Agreement Revisions (2.6);
                            conference call with R. Koe, T. Allison, M.
                            Olson, M. Haftl, A. Stevens and S. Strong on
                            Compass closing issues (0.8); review e-mail
                            from C. Pajak on final Compass Asset Purchase
                            Agreement (0.1).

Client No. 34585                                          Page:    18
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/08/06 D Monson        .20 Review and respond to Cloudbreak title
                             endorsement inquiry.

12/08/06 D Monson        .20 E-mail to Dean Kirchen on Castaic Partners II
                             title endorsement issues.

12/08/06 D Monson        .10 Review Direct Lenders letters for 6425 Gess and
                             HFA Asylum Loans.

12/08/06 S Strong       1.60 Review and analysis of near-final drafts of
                             Compass APA (1.3); telephone conference with T.
                             Allison, M. Haftl and D. M. Monson regarding
                             issues under Compass APA (0.3).

12/08/06 S Strong       1.10 Work on schedules to Compass APA (0.3);
                             telephone conference with J. Reed regarding
                             same (0.1); email to Mesirow team regarding
                             same (0.2); compare versions of Compass APA
                             (0.3); email to Mesirow team regarding same
                             (0.2).

12/08/06 S Tingey        .90 Review Compass APA regarding pre-closing
                             obligations and responsibilities (0.9).

12/08/06 S Tingey        .40 Telephone conference with James Reed regarding
                             assignment and purchase issues (0.2); evaluate
                             same (0.2).

12/08/06 S Waterman     1.40 Follow up issues from hearing regarding asset
                             purchase agreement and auction.

12/11/06 K Glade         .10 Work on additional workout efforts in light of
                             Compass APA (0.1).

12/11/06 A Jarvis       1.00 Conference call with Mesirow and RQN team
                             regarding objections to claims, completion of
                             APA with Compass.

12/11/06 A Jarvis        .60 Correspondence with client regarding open
                             issues on APA, schedules.

12/11/06 A Jarvis        .50 Correspondence with Committees and with
                             Compass regarding open issues on APA.

12/11/06 A Jarvis        .50 Conference call with client regarding open
                             issues on APA, schedules requested.

12/11/06 A Jarvis        .30 Draft e-mail to Compass regarding APA.

Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/11/06 A Jarvis        .30 Correspondence on finalizing APA, schedules,
                             bill of sale.

12/11/06 A Jarvis       1.40 Correspondence with client on schedules,
                             clarification of APA.

12/11/06 A Jarvis       1.00 Review schedules, changes to APA and compare
                             with issues raised by client.

12/11/06 A Jarvis        .30 Correspondence with Compass regarding
                             completion of APA, schedules.

12/11/06 A Jarvis        .50 Review bill of sale and comment on same.

12/11/06 D Monson        .30 Analyze Compass Asset Purchase Agreement and
                             closing issues.

12/11/06 D Monson        .90 Discuss Compass closing issues and endorsement
                             issues with S. Tingey and K. Glade (0.2); phone
                             conference with S. Strong, T. Allison, R. Koe,
                             J. Reed, S. Smith, A. Jarvis, S. Waterman and
                             J. Atkinson on Compass Asset Purchase Agreement
                             and closing issues (0.7).

12/11/06 S Strong       1.50 Participate in conference call with A. W.
                             Jarvis, D. M. Monson and Mesirow team regarding
                             draft of revised APA from Compass and loan
                             servicing questions and issues arising
                             thereunder (1.0); analysis of issues raised by
                             revised APA (0.5).

12/11/06 S Strong        .30 Work on obtaining bill of sale for APA.

12/11/06 S Waterman      .80 Work on finalizing asset purchase agreement and
                             events of hearings.

12/12/06 K Glade         .30 E-mail regarding title update on Mountain
                             House (0.3).

12/12/06 A Jarvis        .50 Correspondence with Compass and client on
                             bill of sale.

12/12/06 A Jarvis        .10 Correspondence with UCC on schedules to APA.

12/12/06 A Jarvis        .50 Correspondence with Compass and client on
                             schedules, confidentiality issues.

Client No. 34585                                    Page:    20
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 12/12/06 | A Jarvis | .50 | Correspondence with client regarding issues on APA. |
| 12/12/06 | A Jarvis | .30 | Telephone conference with B. Fasel regarding completion of schedules, open issues in APA. |
| 12/12/06 | A Jarvis | .50 | Correspondence with client and Compass regarding schedules, completion of APA, confirmation order. |
| 12/12/06 | A Jarvis | .30 | Further correspondence with client on APA issues, closing. |
| 12/12/06 | A Jarvis | .30 | Further correspondence with Compass regarding completion of APA. |
| 12/12/06 | D Monson | .20 | Work on Compass Asset Purchase Agreement issues. |
| 12/12/06 | S Waterman | .40 | Correspondence regarding schedules for asset purchase agreement. |
| 12/12/06 | G Winger | .60 | Revise Assignment and Bill of Sale. |
| 12/13/06 | K Glade | .20 | E-mail to A. Jarvis regarding Silver Point title work (0.2). |
| 12/13/06 | A Jarvis | .70 | Telephone conference with G. Davis regarding confirmation hearing, open issues on APA. |
| 12/13/06 | A Jarvis | .30 | Correspondence on completion of APA. |
| 12/13/06 | D Monson | .20 | Review and respond to AWJ e-mail on title searches requested by Compass. |
| 12/13/06 | S Strong | .10 | Review side letter to SP asset purchase agreement (.1). |
| 12/13/06 | S Strong | .30 | Telephone conference with J. Reed regarding status of Compass APA (0.1); review email from A. W. Jarvis regarding same (0.1); email to J. Reed regarding same (0.1). |
| 12/13/06 | G Winger | 3.40 | Review and revise proposed Compass Asset Purchase Agreement. |
| 12/14/06 | A Jarvis | .40 | Correspondence on APA. |

Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/14/06 A Jarvis          .30 Correspondence with G. Winger regarding final
                               changes to APA.

12/14/06 A Jarvis          .30 Correspondence on APA with committees.

12/14/06 A Jarvis          .20 Follow-up regarding Diversified Committee's
                               issues with APA.

12/14/06 A Jarvis          .50 Correspondence with client and Compass
                               regarding Diversified Committee's issues with
                               APA.

12/14/06 A Jarvis          .30 Correspondence on finalizing APA.

12/14/06 A Jarvis          .50 Correspondence on final APA, execution of
                               same.

12/14/06 A Jarvis          .30 Telephone conference with T. Allison
                               regarding default interest issues, loan
                               issues under APA, finalizing APA.

12/14/06 D Monson          .10 Review issues on Bay Pampano loan.

12/14/06 S Strong          .30 Review email from D. Holtzman with execution
                               copy of APA and schedules (0.2); email to D.
                               Holtzman regarding same (0.1).

12/14/06 S Tingey          .20 Work on APA issues (0.2).

12/14/06 G Winger         2.40 Negotiate revisions to side letter to APA.

12/15/06 A Jarvis          .80 Correspondence on completion of APA.

12/15/06 A Jarvis          .30 Calls to and from Weil regarding completion
                               of APA.

12/15/06 B Kotter          .70 Assist in finalizing APA Schedules for A. W.
                               Jarvis.

12/16/06 A Jarvis          .50 Correspondence on completing APA.

12/17/06 A Jarvis          .40 Correspondence on schedules to APA,
                               finalizing APA.

12/17/06 A Jarvis          .50 Correspondence on finalizing APA, resolution
                               of final issues.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    22
January 19, 2007

| | | | |
|---|---|---|---|
| 12/18/06 | K Glade | .20 | E-mail to J. Reed regarding source of title work conducted by Silver Point. (0.2). |
| 12/18/06 | A Jarvis | .50 | Correspondence on filing of final APA, schedule of executory contracts. |
| 12/18/06 | B Kotter | .70 | Work on finalizing APA schedules and agreement. |
| 12/18/06 | D Monson | .60 | Phone call from J. Reed on Silver Point title work (0.1); review title work done by Silver Point (0.5). |
| 12/18/06 | D Monson | .40 | Follow up on Bay Pampano title endorsement issues. |
| 12/18/06 | D Monson | .80 | Review Asset Purchase Agreement for Compass filed with the Court. |
| 12/18/06 | S Strong | .60 | Review signed APA and schedules and facilitate final filing (0.6). |
| 12/18/06 | S Tingey | .20 | Review title information for assignment of policy regarding 6425 Gess (0.2). |
| 12/18/06 | S Tingey | .20 | Review title information for assignment of policy regarding Shamrock (0.2). |
| 12/18/06 | S Tingey | .20 | Review title information for assignment of policy regarding University Estates (0.2). |
| 12/19/06 | K Glade | .30 | Review title work on First Trust Deed Fund portfolio (0.3). |
| 12/19/06 | D Monson | .20 | Review payment of invoices from title companies (0.1); e-mail to J. Reed on Compass payment of invoices from title companies on title updates (0.1). |
| 12/20/06 | K Glade | .50 | Review updated title reports in FTDF portfolio (0.5). |
| 12/20/06 | D Monson | .10 | Review form of endorsement for Palm Harbor One Title policy. |

Client No. 34585                                    Page:    23
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/20/06 D Monson      .80 Review e-mails on Plan confirmation and draft
                           Confirmation Order and analysis of likely
                           schedule for closing with Compass (0.3);
                           conference with AWJ and EAM on results of
                           confirmation hearing and schedule for closing
                           (0.4); discussions with K. Glade and S. Tingey
                           on closing schedule for closing with Compass
                           (0.1).

12/21/06 K Glade       .20 E-mail to A. Jarvis regarding closing details.

12/21/06 A Jarvis      .50 Correspondence regarding closing issues,
                           confirmation order, timing.

12/21/06 D Monson      .20 Review closing details (0.2).

12/21/06 S Strong      .50 Review email from Compass requesting
                           information regarding Lerin Hills motion (0.1);
                           review motion regarding Lerin Hills and status
                           of order (0.3); email to Compass counsel
                           regarding same (0.1).

12/21/06 S Strong     2.00 Analysis of Standard Property, Copper Sage,
                           and Binford Medical loans and debtors
                           participation interests and fees (1.1);
                           telephone conference with A. Brumby regarding
                           language for proposed confirmation order
                           regarding same (0.2); telephone conference
                           with G. Davis and A. Brumby regarding same
                           (0.3); draft alternative proposed language
                           regarding same for confirmation order, and
                           circulate to G. Davis, A. Brumby, A. W.
                           Jarvis and E. Karasik for review (0.3);
                           review follow-up emails regarding same (0.1).

12/21/06 S Tingey      .70 Review closing issues and Compass APA
                           provisions (0.4); revise Assignments and
                           Allonges (0.3).

12/22/06 K Glade       .40 E-mails from A. Jarvis regarding Compass
                           closing (0.2); review title updates (0.2).

12/22/06 A Jarvis      .40 Correspondence on closing documents.

Client No. 34585                                          Page:   24
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/22/06 S Strong       .60 Review email from T. Lomazow regarding impact
                            of Lerin Hills proposal on asset sale (0.1);
                            telephone conference with A. W. Jarvis
                            regarding same (0.1); email to T. Lomazow and
                            G. Davis regarding status of proposed payout
                            (0.1); telephone conference with G. Davis and
                            T. Lomazow regarding same (0.1); confer with
                            D. M. Monson regarding same (0.1); review
                            follow-up emails from T. Lomazow and D. M.
                            Monson regarding same (0.1).

12/23/06 A Jarvis       .50 Correspondence with internal group and with
                            Compass regarding drafting of documents for
                            closing.

12/26/06 K Glade        .20 Work on Compass closing (0.2).

12/26/06 E Monson       .30 Review e-mails from A. Loraditch, T. Allison
                            and M. Levinson.

12/27/06 A Jarvis       .60 Telephone conference with G. Davis and T.
                            Lomazow regarding resolution of confirmation
                            order issues with Compass.

12/27/06 S Tingey       .40 Review assignments and allonges and transmit
                            to J. Reed (0.4).

12/28/06 K Glade        .20 E-mail to A. Jarvis regarding Compass closing.

12/28/06 A Jarvis       .40 Correspondence regarding issues relating to
                            closing of sale transaction.

12/28/06 D Monson       .30 E-mail to AWJ on closing issues with Compass
                            closing (0.3).

12/28/06 S Tingey       .60 Communicate with J. Reed regarding
                            Assignments and Allonges (0.2); memo to
                            Compass regarding Assignments and Allonges
                            (0.4).

12/29/06 A Jarvis       .30 Correspondence on closing issues with
                            Compass, meeting regarding same.

12/29/06 D Monson       .30 Preparation of closing documents and conference
                            call with Compasss attorney (0.3).

```
Client No. 34585                                    Page:   25
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
```

```
12/29/06 S Tingey        1.20 Communicate with A. W. Jarvis regarding
                              closing issues (0.2); conference with B.
                              Feldman regarding closing issues (0.2);
                              outline closing issues with Compass (0.8).


    TOTAL FOR LEGAL SERVICES RENDERED                   $61,867.50
```