*"Exhibit K-4"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357349

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 12/01/06 | A Brinkerhoff | 2.50 | Initial drafting of Debtors' Response to Joseph Milanowski's Motion for Protective Order (2.5). |
| 12/01/06 | K Glade | .50 | E-mail regarding request for information from first lienholder on Hesperia II. |
| 12/01/06 | K Glade | 1.20 | Draft letter to Stewart Title regarding Botaba and Reyes claims with respect to Brookmere (0.9); e-mail to Joan Ritchie (attorney handling claims on Brookmere) (0.3). |
| 12/01/06 | K Glade | .30 | Review correspondence on Del Valle Livingston proposal from borrower (0.3). |
| 12/01/06 | K Glade | .30 | Review USA Investment Partners Security Agreement and related issues (0.3). |
| 12/01/06 | A Jarvis | .20 | Correspondence on Rio Rancho issues. |
| 12/01/06 | D Monson | 1.00 | Review and respond to e-mail from R. Charles on partial releases after maturity default (0.8); e-mail to R. Koe on partial releases for Rio Rancho Loan (0.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/01/06 D Monson       1.40  Phone call to B. Forbes, proposed Texas
                              foreclosure counsel (0.2); phone call from J.
                              Reed on proposed Texas foreclosure counsel
                              (0.2); e-mails to B. Forbes on Texas
                              foreclosure counsel Verified Statement and
                              other issues (0.3); e-mail from B. Forbes on
                              Texas foreclosure counsel issues, and forward
                              to J. Reed (0.2); e-mail from J. Reed on Texas
                              foreclosure counsel issues (0.1); e-mail to R.
                              Charles on Texas foreclosure counsel
                              consultation (0.4).

12/01/06 D Monson        .20  E-mail from Lia Dorsey on Lerin Hills Order
                              (0.1); e-mail from M. Olson on Lerin Hills
                              Order (0.1).

12/01/06 D Monson        .30  Review and respond to B. Sherr e-mail on Palm
                              Harbor One Loan Modification.

12/01/06 E Monson        .20  Work on response to protective order.

12/01/06 S Strong        .20  Review and analyze emails from R. Charles and
                              D. M. Monson regarding authority to issue
                              partial releases (0.2).

12/02/06 A Jarvis        .20  Correspondence on Marquis Hotel.

12/04/06 A Brinkerhoff  6.60  Draft Debtors' Response to Milanowski's Motion
                              for Protective Order (2.8) changes to
                              Milanowski's proposed Protective Order (.6)
                              edit and revise Response Memorandum (1.4);
                              revisions and additions to proposed Protective
                              Order (1.2); preparation of redline as exhibit
                              to Memorandum and edit and assemble draft and
                              exhibits (.6).

12/04/06 K Glade         .30  E-mails with M. Stone regarding Hesperia II
                              information requested by first lien holder
                              (0.3).

12/04/06 K Glade         .20  E-mail with M. Haftl regarding terms of USA
                              Investment Partner's promissory note (0.2).

12/04/06 A Jarvis        .50  Correspondence on questions on Rio Rancho
                              loan.

12/04/06 A Jarvis        .40  Correspondence with T. Allison regarding
                              Ashby loan issues.

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


12/04/06 A Jarvis          .50 Correspondence with client and co-counsel on
                               Royal Hotel, Great White lien issue.

12/04/06 A Jarvis          .80 Correspondence on Epic.

12/04/06 B Kotter          .80 Review and analyze objection by the ECC to
                               Assignment Procedures Motion.

12/04/06 D Monson         1.00 Review e-mails from A. Jarvis and S. Smith on
                               Rio Rancho Loan payments (0.2); e-mail to A.
                               Stevens and M. Haftl on Rio Rancho Loan
                               forbearance (0.2); review Rio Rancho Loan
                               Agreement for Fertitta Additional Advances and
                               e-mail to S. Smith on timing issues (0.4) review
                               e-mail from S. Smith and e-mail to A. Jarvis on
                               Rio Rancho Loan payments (0.2).

12/04/06 D Monson          .30 Review e-mail from R. Charles on Texas
                               foreclosure counsel (0.1); review e-mail from
                               R. Charles on proposed Texas foreclosure
                               counsel, and e-mail to B. Forbes on estimate
                               of typical foreclosure costs (0.2).

12/04/06 D Monson          .10 Review e-mail from W. McKenna on
                               Brookmere/Matteson loan foreclosure.

12/04/06 D Monson         2.20 Review e-mails from H. Nizel and Chicago
                               Title on Palm Harbor One Loan Modification
                               closing (0.2); review Palm Harbor One Title
                               Commitment for Loan Modification closing and
                               compare with existing policy, and phone calls
                               to discuss with A. Stevens and M. Stone
                               (0.8); lengthy e-mail to Chicago Title
                               Company and Harris Nizel on Palm Harbor One
                               Loan Modification closing issues (1.2).

12/04/06 D Monson          .10 Review revised Declaration on Binford Loan
                               Interest Reserves issue from L. Schwartzer.

12/04/06 D Monson          .20 Analyze 10-90 Loan interest accrual issues.

12/04/06 E Monson         1.30 Work on revisions to protective order.

12/04/06 S Strong          .30 Review ECCs objection to motion regarding
                               assignments of loan interests (0.3).

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

12/04/06 S Strong        .30 Review emails regarding investor questions
                             about Direct Lender Supplement (0.1); email
                             to debtors team regarding same (0.2).

12/04/06 S Strong        .30 Review email from investor B. Susskind
                             regarding follow-up on clarification of
                             prepaid interest issue (0.1); draft response
                             to B. Susskind regarding same (0.2).

12/05/06 A Brinkerhoff  1.30 Work on Memorandum in Response to Milanowski's
                             Motion for Protective Order (.8); proofread
                             Memorandum and changes and arrangements to
                             circulate packet to clients for comments before
                             filing (.5).

12/05/06 K Glade         .60 Correspondence from attorney for Dayco (1st
                             lienholder) regarding automatic stay on
                             Southern California Land Development loan
                             (0.2); telephone call with attorney for Dayco
                             (0.2); transmittal e-mail to Mesirow/USA
                             (0.2).

12/05/06 K Glade         .80 E-mails with M. haftl regarding interest
                             accrual and terms of USAIP $58 million
                             promissory note (0.8).

12/05/06 K Glade        1.80 Gather information regarding Hesperia II loan
                             for transmittal to first lien holder with
                             related e-mails, including closing
                             documentation and accounting information
                             (1.8).

12/05/06 B Kotter       1.00 E-mail to Mesirow team regarding objection to
                             assignment procedures motion (.2); review
                             response from S. Smith (.2); and begin
                             incorporation into response (.6).

12/05/06 D Monson        .90 Review e-mail from A. Jarvis on Rio Rancho loan
                             payments (0.1); review e-mail from M. Haftl on
                             Rio Rancho forbearance, and review response
                             from A. Stevens (0.1); phone call from A.
                             Stevens on Rio Rancho Loan (0.1); review
                             e-mails from M. Haftl and T. Burr on Rio Rancho
                             Loan partial releases (0.2); revise Stipulation
                             and Order on Rio Rancho Loan Partial Releases
                             and forward to M. Haftl (0.4).

Client No. 34585                                                Page:    5
Debtor USA Commercial Mortgage Co., et al.                      January 19, 2007

| | | |
|---|---|---|
| 12/05/06 D Monson | .10 | E-mail to J. Reed on Brookmere/Matteson foreclosure. |
| 12/05/06 D Monson | .10 | Phone call from A. Stevens on Palm Harbor One Loan Modification closing. |
| 12/05/06 D Monson | .20 | Phone call from M. Stone on assignment of Direct Lender interests issue. |
| 12/05/06 D Monson | .10 | Review Standard Property Development workout proposal. |
| 12/05/06 D Monson | .80 | Phone call to Bill Fairbanks, Commonwealth Title, on Gramercy policy endorsement (0.6); phone call to Partners Title on Gramercy policy endorsement (0.2). |
| 12/05/06 E Monson | .50 | Review and make comments to motion for protective order filed by J. Milanowski. |
| 12/05/06 S Strong | .40 | Exchange further follow-up emails with B. Susskind regarding clarifications concerning prepaid interest (0.1); finalize language for website regarding prepaid interest (0.2); forward same to M. Olson with comments (0.1). |
| 12/05/06 S Strong | .90 | Telephone conference with J. Riley of Sierra Liquidity regarding debtors loan assignment procedures motion (0.3); telephone conference with S. Smith regarding J. Rileys position on same (0.1); exchange emails with J. Riley regarding documents relating to assignment procedures motion (0.2); analysis of issues raised by J. Riley concerning same (0.3). |
| 12/05/06 S Strong | .20 | Exchange emails with M. Olson and S. Smith regarding investors questions regarding LSAs (.2). |
| 12/06/06 A Brinkerhoff | .80 | Conference with J. Atkinson, S. Smith, and E. Monson regarding Protective Order (.3); revisions to draft Protective Order to reflect J. Atkinson's changes (.2); further revisions to Protective Order before filing Memorandum and proposed Protective Order (.3). |
| 12/06/06 K Glade | .20 | E-mail to M. Haftl regarding terms of USAIP $58 million promissory note (0.2). |

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                         January 19, 2007

12/06/06 K Glade          1.00 Analyze request for information from 1st
                               lienholder on Hesperia II (0.2); send
                               additional e-mail to first lienholder regarding
                               information on Hesperia II loan (0.8).

12/06/06 K Glade           .80 Prepare summary of property encumbered by
                               USAIP security agreement (0.8).

12/06/06 K Glade           .60 Telephone call with Stewart Title regarding
                               title claims on Brookmere (0.3); telephone
                               call with Ice Miller (Illinois counsel
                               handling Brookmere claims for Stewart Title
                               (0.3).

12/06/06 D Monson          .30 Review Standard Property Development Loan
                               (0.1); e-mail to T. Allison on Standard
                               Property Development Loan workout proposal
                               (0.1); review e-mail from M. Olson on Standard
                               Property Development Loan (0.1).

12/06/06 D Monson          .10 E-mail to T. Allison on The Gardens Loan and
                               workout proposal.

12/06/06 D Monson          .20 Review workout proposal for 6423 Gess Loan.

12/06/06 D Monson          .40 Review Palm Harbor file for Endorsement for
                               Loan Modification closing.

12/06/06 D Monson          .50 Review loan documentation for Hesperia II loan
                               (0.3); review and respond to e-mail from C.
                               Hurst on Hesperia II Loan documentation issues
                               (0.2).

12/06/06 D Monson          .20 Review USA Investment Properties LLC interests.

12/06/06 D Monson          .10 Review e-mail from Garth McBride on Rule 2014
                               Affidavit for Accountants.

12/06/06 E Monson          .20 Meet with Mesirow Team and discuss response
                               to motion for protective order.

12/06/06 M Pugsley        6.50 Prepare for and attend meetings with U.S.
                               Attorney (6.5).

12/07/06 K Glade           .40 E-mails with USA/Mesirow to collect
                               information on Hesperia II loan (0.4).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/07/06 K Glade        .40 E-mail to attorney for 1st lienholder on
                            Hesperia II regarding USA documentation
                            (0.4).

12/07/06 D Monson       .40 E-mail to R. Charles on Texas foreclosure
                            counsel recommendation (0.1); e-mail to B.
                            Forbes on Texas foreclosure counsel, and
                            review B. Forbes response (0.2); review
                            e-mail with Texas foreclosure counsel Rule
                            2014 Statement (0.1).

12/07/06 D Monson       .20 Review e-mail from J. McPherson on accountant
                            retention issues.

12/07/06 D Monson      1.60 Review and revise opposition to Binford
                            Motion for Preliminary Injunction and related
                            Declaration of Tom Allison and forward
                            revisions to L. Schwartzer.

12/07/06 D Monson       .50 Review draft Direct Lender letter for HFA
                            Asylum loan (0.5).

12/07/06 D Monson       .10 Review e-mail from A. Stevens on Standard
                            Property Development loan workout proposal.

12/07/06 D Monson       .20 Review Hesperia II loan documents and equity
                            owners.

12/07/06 D Monson      1.10 Phone call from M. Olson and e-mail to J.
                            McPherson on status on Lerin Hills Order, and
                            review e-mail response from Lia Dorsey (0.3);
                            follow-up on status on Lerin Hills Loan workout
                            (0.5); review Lerin Hills Motion and Order
                            (0.3).

12/07/06 D Monson       .30 Review and revise draft Direct Lender letter
                            for 6425 Gess Loan (0.3).

12/08/06 A Brinkerhoff  .40 Review court order denying Milanowski's
                            motion for protective order and discussions
                            with co-defense counsel regarding effect and
                            consequences of order (.4).

12/08/06 K Glade        .80 Telephone calls and e-mails with Chicago
                            Title (R. Nagel) regarding Fox Hills title
                            claims (0.8).

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


12/08/06 A Jarvis        .10 Correspondence with J. Reed regarding
                             foreclosure issues.

12/08/06 A Jarvis        .20 Correspondence on Stone Ridge and Oak Valley.

12/08/06 D Monson        .20 E-mail to W. McKenna on Brookmere/Matteson loan
                             foreclosure and engagement letter (0.1); e-mail
                             from J. Reed on Brookmere/Matteson loan
                             foreclosures issues (0.1).

12/08/06 D Monson        .90 Review Rule 2014 Declaration from Brian Forbes,
                             Texas foreclosure counsel, and e-mail to Brian
                             Forbes for corrections to Declaration and
                             filing with Bankruptcy Court (0.4); review
                             Texas foreclosure counsel finalized Rule 2014
                             Affidavit and Engagement Letter and forward to
                             R. Charles (0.2); e-mail to J. Reed on Texas
                             foreclosure counsel Engagement Letter (0.1);
                             review Texas foreclosure counsel Engagement
                             Letter and forward to R. Charles (0.2).

12/08/06 D Monson        .20 Review and respond to e-mail from Dean
                             Kirchen on Castaic Partners II loan closing
                             documents.

12/08/06 D Monson        .50 Phone call from V. Wilson (Texas counsels
                             office) on West Hills/Huntsville loan (0.2);
                             review e-mail from V. Wilson on West
                             Hills/Huntsville loan (0.1); review loan
                             documents for West Hills/Huntsville loan (0.2).

12/08/06 S Strong        .50 Review and analysis of objections to motion for
                             procedures regarding assignments of loan
                             interests (0.5).

12/09/06 D Monson        .10 Review e-mails from R. Charles on Texas
                             foreclosure counsel.

12/11/06 A Brinkerhoff   .90 Call from T. Fallati and S. O'Connell regarding
                             possible Stipulation to Protective Order and
                             Court's denial of Motion for Protective Order
                             (.5); evaluate stipulation (.4).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    9
January 19, 2007

| | | |
|---|---|---|
| 12/11/06 K Glade | 1.00 | E-mail to A. Stevens and others regarding e-mail from K. Haggan regarding water rights foreclosure on Fox HIlls 216 loan (0.2); responsive e-mail from A. Stevens (0.1); telephone call with A. Stevens regarding status of foreclosure on Fox Hills 216 (0.2). |
| 12/11/06 A Jarvis | .10 | Correspondence on foreclosure counsel. |
| 12/11/06 B Kotter | 6.60 | Work on reply memorandum in support of assignment procedures motion (4.0); telephone conference with S. C. Strong and S. Smith regarding suggested procedures and response (.4); continue drafting reply (2.1); and send to local counsel for filing (.2). |
| 12/11/06 B Kotter | 2.40 | Review of Hall objection to procedures (.9); committee conference call regarding assignment motion (.6); e-mail to S. Smith regarding request to continue to Jan. 3, 2007 (.1); review of Alexander joinder (.1); review of BACA assignments (.7). |
| 12/11/06 D Monson | .10 | Phone call from John Smaha on 60th Street loan. |
| 12/11/06 D Monson | .20 | Review and respond to M. Haftl e-mail on Southern California Land Company loan. |
| 12/11/06 D Monson | .30 | Review and respond to e-mails from Dean Kirchen on Castaic Partners II title policies and escrow instructions for recent closings. |
| 12/11/06 D Monson | .20 | Review and respond to e-mail from S. Tingey on Texas foreclosure counsel. |
| 12/11/06 D Monson | .30 | Review and respond to e-mail from A. Parlen on Brookmere/Matteson foreclosure counsel. |
| 12/11/06 E Monson | .20 | Review e-mail from S. O'Connell regarding conference call on protective order. |
| 12/11/06 E Monson | .20 | Review protective order and review e-mail from Fulbright. |
| 12/11/06 M Pugsley | 2.00 | Review summation data from document review. |

Client No. 34585                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007


12/11/06 S Strong          .50 Telephone conference with S. Smith and B. J.
                               Kotter regarding same (0.3); review declaration
                               of Hall Financial regarding same (0.2).

12/12/06 K Glade           .20 E-mail to A. Jarvis regarding LLC
                               acknowledgment on USA Investment partner
                               security interest (0.2).

12/12/06 K Glade          2.80 Telephone call from A. Stevens regarding
                               foreclosure on Fox Hills 216 (0.2); e-mail to
                               G. Sawyers regarding Sloan foreclosure on Fox
                               Hills 216 (0.3); responsive e-mail from G.
                               Sawyers (0.2); e-mail to A. Stevens regarding
                               G. Sawyers response (0.2); telephone call
                               with G. Sawyers regarding status of sloan
                               foreclosure on Fox Hills 216 (0.3); draft
                               e-mail to USA/Mesirow regarding status of Fox
                               Hills 216 (0.8);and regarding status of Eagle
                               Meadows Development (0.8).

12/12/06 K Glade           .20 Telephone call with E. Sharp at Stewart Title
                               regarding Brookmere litigation (0.2).

12/12/06 K Glade           .30 E-mail to S. Strong regarding USAIP Security
                               Agreement (0.3).

12/12/06 B Kotter          .30 E-mail exchange with J. McPherson regarding
                               obtaining continuance of assignment
                               procedures motion.

12/12/06 D Monson         1.80 Review e-mail on Castaic Partners II Title
                               Policies (0.2); phone call to Maggie Stone on
                               Castaic Partners II Title Policies (0.2);
                               review Castaic Partners II loan closing files
                               and prior e-mails (0.8); compare final versions
                               of Castaic Partners II Loan Title Policies with
                               escrow instructions to verify compliance with
                               escrow instructions (0.6).

12/12/06 D Monson          .20 Review e-mail from Andrew Parlen on Texas
                               foreclosure counsel.

12/12/06 D Monson          .20 Review e-mails on status of Fox Hills and
                               Eagle Meadows Development Loans and status of
                               threatened foreclosure actions and bankruptcy
                               stay for Fox Hills.

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/12/06 S Strong        .30 Work to postpone hearing on motion for loan
                             assignment procedures (0.3).

12/13/06 A Brinkerhoff 1.60 Conference E. Monson on Fulbright's request
                             to negotiate Protective Order (.2); email to
                             T. Fallati (.3); review Lewis & Roca's
                             Response to Motion for Protective Order (.2);
                             request from S. O'Connell and transmittal
                             (.4); email from T. Fallati (.2); report to
                             E. Monson and A. Jarvis (.3).

12/13/06 A Jarvis        .50 Telephone conference with T. Allison and B.
                             Koe regarding collection issues on loans
                             under the APA.

12/13/06 B Kotter        .30 Phone call with DACA regarding continuance of
                             assignment procedures motion (.1); phone call
                             with Hall regarding same (.1); phone call with
                             R. Lepone regarding same (.1).

12/13/06 D Monson        .50 Review J. Reed e-mail on status of foreclosure
                             actions, and respond to J. Reed e-mail.

12/13/06 D Monson        .50 Review and respond to M. Haftl e-mail on
                             Stipulation and Order for Partial Releases
                             after Maturity Defaults, and review M. Haftl
                             follow-up e-mail.

12/13/06 E Monson        .10 Review of issues pertaining to protective
                             order.

12/13/06 E Monson        .20 Review response brief filed by the UCC to the
                             USAIP Motion for protective order.

12/13/06 S Strong        .30 Review order setting status hearing on loan
                             assignment procedures motion (0.1); follow-up
                             on notice issues (.2).

12/14/06 K Glade         .40 E-mail to A. Jarvis regarding Colt Gateway
                             fee issue with review of documentation (0.4).

12/14/06 K Glade         .40 E-mail to USA/Mesirow regarding dismissal of
                             Fox Hills Fresno Slough Bankruptcy (Fox Hills
                             216 loan) (0.4).

12/14/06 A Jarvis        .30 Correspondence on Colt loan.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   12
January 19, 2007

| | | | |
|---|---|---|---|
| 12/14/06 | B Kotter | .50 | Follow up on assignment issues (.3); e-mail exchange with S. Steel regarding assignment requests. |
| 12/14/06 | D Monson | .40 | Phone call from M. Olson on Lerin Hills (0.2); conference with M. Haftl on Lerin Hills loan (0.2). |
| 12/14/06 | D Monson | .60 | Review e-mails from M. Haftl and R. Koe on Stipulated Order on Partial Releases After Maturity Default (0.3); revisions to Stipulated Order on Partial Releases After Maturity Date and circulate for comments (0.2); review R. Charles comments on Stipulated Order on Partial Releases and e-mail to R. Koe and M. Haftl (0.1). |
| 12/14/06 | D Monson | .20 | E-mail to Dean Kirchen on Castaic Partners II loan closing. |
| 12/14/06 | D Monson | .10 | Phone call from A. Stevens on Roam Development loan payoff. |
| 12/14/06 | D Monson | .10 | Phone call from A. Stevens on Palm Harbor One loan modification. |
| 12/14/06 | S Strong | .50 | Review issues on for status hearing tomorrow (0.5). |
| 12/15/06 | A Brinkerhoff | .70 | Receipt from Fulbright and review redlined draft Protective Order (.4); analysis of Protective Order issues and status report (.3). |
| 12/15/06 | K Glade | .40 | E-mail and telephone call with M. Haftl regarding Colt Gateway fee issue (.4). |
| 12/15/06 | D Monson | .10 | Review Colt Gateway payoff letter. |
| 12/15/06 | D Monson | .20 | Review recorded First Amendments to Deeds of Trust from Dean Kirchen for Castaic Partners II Loan (0.1); phone call from Dean Kirchen on Castaic Partners II loan (0.1). |
| 12/15/06 | D Monson | .20 | Review back-up information from title company for Palm Harbor One loan modification. |
| 12/15/06 | D Monson | .20 | Review letter to direct lender on Loan Servicing Agreement termination. |

Client No. 34585                                        Page:   13
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


12/15/06 E Monson        .30 Work on formulating protective order regarding
                             disputed documents.

12/15/06 M Pugsley      2.40 Telephone conference with R. Creaser
                             regarding Berkowitz issues (.4); review email
                             (1.5); research handwriting experts (.5).

12/18/06 K Glade         .70 E-mails from USA regarding motion for relief
                             from stay on Southern California 2nd loan
                             (0.2); e-mail to team regarding
                             correspondence on Southern California 2nd
                             loan (0.2); e-mail to M. Stone regarding
                             request for title policy on Southern
                             California 2nd loan (0.3).

12/18/06 K Glade         .40 E-mail from M. Haftl regarding payoff issues
                             on Colt Gateway (0.2); e-mail from A. Jarvis
                             regarding default interest on Colt Gateway
                             (0.2).

12/18/06 K Glade         .20 Review open issue; e-mail from M. Haftl (0.2).

12/18/06 B Kotter        .30 Review e-mail from S. Steel regarding
                             assignment issues (.2) and 1031 exchange
                             issues (.1).

12/18/06 D Monson        .20 Review e-mail from M. Olson on Southern
                             California Land Loan and Relief From Stay
                             motion.

12/18/06 D Monson        .10 Review Bay Pampano loan issues.

12/18/06 D Monson        .10 Analyze Southern California Land loan 2nd
                             issues.

12/18/06 D Monson        .20 Analyze West Hills Loan Proof of Claim issues.

12/18/06 D Monson        .20 Phone call from B. Sherr on Palm Harbor One
                             loan modification and possible forbearance.

12/19/06 A Brinkerhoff   .40 Calls and emails regarding comments to
                             Fulbright's proposed protective order (.4).

12/19/06 K Glade         .40 E-mail regarding response to motion for
                             relief from stay filed by 1st lienholder on
                             Southern California 2nd loan (0.2); e-mail
                             with M. Stone regarding title policy on
                             Southern California 2nd loan (0.2).

Client No. 34585                                                Page:   14
Debtor USA Commercial Mortgage Co., et al.                      January 19, 2007


12/19/06 K Glade          .20 Review notice of lien filed by Richard
                              Building Supply on Brookmere loan (0.2).

12/19/06 B Kotter         .40 Review e-mail from S. Steel regarding
                              assignments.

12/19/06 D Monson         .90 Review e-mail from M. Haftl on Palm Harbor
                              One loan issues (0.1); phone call to A.
                              Stevens on Palm Harbor One loan modification
                              closing (0.3); phone call to M. Stone on Palm
                              Harbor One Title Policy endorsement, and
                              review endorsements forwarded by M. Stone
                              (0.3); review Compass Asset Purchase
                              Agreement provisions relating to Palm Harbor
                              One Loan Modification (0.2).

12/19/06 D Monson        1.40 Review of Plan provisions relating to Southern
                              California Land 2nd loan  and Relief from Stay
                              motion (0.1); review Notice of Hearing on Dayco
                              Motion for Relief from Stay for Southern
                              California Land 2nd Loan (0.1); e-mail on
                              response to Dayco Motion for Relief From Stay
                              for Southern California Land 2nd loan (0.2);
                              review e-mails from L. Schwartzer and Lia
                              Dorsey on response to Dayco Motion for Relief
                              for Southern California Land 2nd loan (0.2);
                              review letter from Daycos attorney on Southern
                              California Land 2nd loan (0.2); review Dayco
                              Motion for Relief from Stay pleadings for
                              Southern California Land 2nd loan (0.4); review
                              Compass Asset Purchase Agreement provisions
                              relating to Palm Harbor One Loan Modification
                              (0.2).

12/19/06 D Monson         .20 Phone call to A. Stevens on Stipulation on
                              Partial Releases after Maturity Default.

12/20/06 A Brinkerhoff    .50 Emails to and from S. O'Connell regarding
                              Protective Order (.5).

12/20/06 K Glade          .30 Review Colt Gateway (2nd) loan documents
                              (0.3).

12/20/06 K Glade          .50 Draft letter to Stewart Title regarding
                              additional mechanics lien claim on Brookmere
                              (Richards Building).

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/20/06 K Glade          .30 E-mail to M. Haftl regarding $1.7 million fee
                              on Colt Gateway (0.3).

12/20/06 K Glade          .30 E-mail to Mesirow/USA regarding Stephen Sloan
                              foreclosure on Fox Hills 216 loan (0.3).

12/20/06 D Monson        2.90 Review spreadsheet from A. Stevens on Units
                              previously released for Palm Harbor One Loan,
                              and revisions to legal descriptions for Consent
                              of Junior Lender and Fifth Amendment to
                              Mortgage (0.5); review sample payoff letter for
                              Palm Harbor One loan (0.2); review Palm Harbor
                              One Loan Modification Commitment for Title
                              Policy endorsement and form of Endorsement, and
                              analysis of acceptable exceptions for
                              Endorsement (1.2); draft Escrow Instructions
                              for Palm Harbor One Loan Modification closing
                              (1.0).

12/20/06 E Monson         .20 Review regarding issues on protective order and
                              2004 examinations.

12/21/06 A Brinkerhoff    .90 Calls and emails to and from Fulbright
                              regarding form of protective order (.5);
                              further review of protective order (.4).

12/21/06 K Glade          .30 Review Eagle Meadow documents (0.3).

12/21/06 K Glade          .70 Draft revised letter to Stewart Title
                              regarding Richards Building lien on Brookmere
                              (.07).

12/21/06 K Glade          .20 Review response to motion for relief from stay
                              filed by 1st lienholder on Southern California
                              2nd (0.2).

12/21/06 K Glade          .50 Telephone calls with A. Stevens regarding
                              possible loan sale on Elizabeth May and
                              regarding coordinating effort with Compass
                              (0.5).

12/21/06 B Kotter        1.10 Phone call with Maggie Stone of USACM regarding
                              1031 exchange assignment issues (.4); draft
                              e-mail regarding 1031 exchange procedures (.7).

| | | | |
|---|---|---|---|
| 12/21/06 | D Monson | .50 | Revise and finalize Escrow Instructions for Palm Harbor One Loan Modification (0.2); e-mail to S. Holland and C. Grissom on Palm Harbor One Loan Modification (0.2); e-mail to B. Sherr and H. Nizel on Palm Harbor One Loan Modification (0.1). |
| 12/21/06 | D Monson | .10 | Evaluate Elizabeth May Real Estate Loan assignment request. |
| 12/21/06 | D Monson | .20 | Review Dayco Motion for Relief from Stay on Southern California Land 2nd Loan. |
| 12/21/06 | D Monson | .10 | Phone call from Andrew Parlen on foreclosure counsel issues. |
| 12/21/06 | D Monson | 1.20 | E-mail to M. Stone and A. Stone on Castaic Partners II Loan recorded First Amendment to Deed of Trust (0.2); e-mail to D. Kirchen of Stewart Title on corrections to Castaic Partners II Title Policy (0.5); review Castaic Partners II Loan recorded First Amendment to Deed of Trust to verify compliance with Escrow Instructions (0.5). |
| 12/21/06 | D Monson | .20 | Responsive e-mail from D. Kirchen on corrected title policy. |
| 12/22/06 | A Brinkerhoff | .60 | Conference call with S. O'Connell and T. Fallati regarding negotiation of protective order (.6). |
| 12/22/06 | K Glade | .30 | Draft e-mail to A. Stevens regarding proposed assignment on Elizabeth May loan (0.3). |
| 12/22/06 | K Glade | .30 | Review response on motion for relief from stay on Southern California 2nd loan (0.2). |
| 12/22/06 | A Jarvis | .30 | Correspondence on discussions with Standard Properties. |
| 12/22/06 | B Kotter | .60 | E-mail exchange with M. Stone regarding assignment procedures. |
| 12/22/06 | D Monson | 1.40 | Review and respond to e-mails from S. Strong and Compasss counsel on Lerin Hills motion, and review docket sheet entries relating to Lerin Hills Motion and Order (0.7); e-mail to M. Olson on Lerin Hills Motion (0.1); e-mail to |

|            |             |     |                                                                                                                                                                                                                                                                                                                                  |
|------------|-------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |             |     | L. Dorsey on Lerin Hills Order (0.1); review L. Dorsey e-mail on Lerin Hills Order (0.1); e-mail to R. Koe on Lerin Hills Loan (0.1) review e-mail from Compass attorney on Lerin Hills Loan (0.1); review and respond to M. Olson e-mail on Lerin Hills Loan (0.2).                                                                |
| 12/22/06   | D Monson    | .30 | Review e-mail and corrected title policy from D. Kirchen of Stewart Title on Castaic Partners II loan (0.3).                                                                                                                                                                                                                       |
| 12/22/06   | D Monson    | .10 | Review West Hills bankruptcy case Plan & Disclosure Statement (Huntsville Loan) (0.1).                                                                                                                                                                                                                                            |
| 12/22/06   | D Monson    | .30 | Review Dayco Motion for Relief from Stay (Southern California Land 2nd Loan) (0.1); review and respond to L. Schwartzer e-mail on Dayco Motion for Relief from Stay for Southern California Land 2nd Loan (0.2).                                                                                                                    |
| 12/22/06   | S Strong    | .30 | Review comments and edits to proposed stipulation regarding fee applications (0.2); email to C. Pajak and J. McPherson regarding same (0.1).                                                                                                                                                                                       |
| 12/23/06   | A Jarvis    | .20 | Correspondence with client on Lerin Hills.                                                                                                                                                                                                                                                                                        |
| 12/26/06   | K Glade     | .30 | E-mail with A. Green regarding letter from borrower's attorney on 6425 Gess, Ltd., (0.1); draft responsive e-mail to A. Stevens (0.2).                                                                                                                                                                                            |
| 12/26/06   | K Glade     | .30 | Analysis of Royal Hotel closing and HFA issues (0.3).                                                                                                                                                                                                                                                                             |
| 12/26/06   | A Jarvis    | .30 | Correspondence on Lerin Hills.                                                                                                                                                                                                                                                                                                    |
| 12/26/06   | A Jarvis    | .30 | Correspondence on Colt loans.                                                                                                                                                                                                                                                                                                     |
| 12/26/06   | A Jarvis    | .30 | Correspondence on discussions with Standard Properties.                                                                                                                                                                                                                                                                           |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   18
January 19, 2007

12/26/06 D Monson       .60 Review e-mails from M. Olson, T. Allison and A.
                            Jarvis on Lerin Hills loan (0.2); review e-mail
                            from S. Strong on Lerin Hills loan (0.1);
                            review A. Jarvis e-mail on Lerin Hills loan
                            (0.1); review e-mail from Compass on Lerin
                            Hills loan, and forward to T. Allison, R. Koe,
                            M. Olson, A. Jarvis and S. Strong. (0.2).

12/26/06 D Monson       .20 Review Memorandum and Declarations in support
                            of Motion for Relief from Stay  Southern
                            California Land 2nd loan. (0.2).

12/26/06 E Monson       .20 Work on protective order issues.

12/27/06 A Brinkerhoff 1.80 Work on Protective Order issues and conference
                            call to D. Griffith (.6); email to D. Griffith
                            with latest version of Debtor's Proposed
                            Protective Order (.2); follow-up regarding
                            Royal Hotel sale and consequences (.5); review
                            binders for HMA Sales documents (.5).

12/27/06 K Glade        .90 Review documents and correspondence on 625 Gess
                            Ltd. loan (0.4); telephone call with A. Stevens
                            regarding default correspondence on 6425 Gess
                            Ltd. (0.3).

12/27/06 K Glade        .50 Review response to Motion for Relief from Stay
                            on Southern California 2nd (0.3); review title
                            policy (0.2).

12/27/06 D Monson       .10 Review issues on Lerin Hills loan (0.1)

12/27/06 D Monson       .10 Review e-mail from M. Olson on Huntsville
                            loan and proposed Plan of Reorganization in
                            West Hills bankruptcy (0.1).

12/27/06 D Monson       .30 E-mail to A. Stevens on appraisal for Southern
                            California Land 2nd loan (0.1); review Southern
                            California Land 2nd loan appraisal (0.2).

12/27/06 E Monson       .60 Review proposed protective order; conference
                            call to D. Griffith.

12/27/06 E Monson       .20 Circulate draft of protective order to
                            counsel for UCC and DTDF.

12/28/06 A Brinkerhoff  .40 Receipt of comments on proposed Protective
                            Order (.4).

Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/28/06 K Glade          1.20 Draft proposed default summary letter in 6425
                               Gess Ltd. loan with related e-mail to
                               USA/Mesirow (1.2).

12/28/06 D Monson         4.50 Research on Ninth Circuit case law for relief
                               from stay; draft opposition to Dayco Motion
                               for Relief from Stay on Southern California
                               Land 2nd loan and related Declaration of Tom
                               Allison, and circulate for comments (4.1);
                               review local rules and Section 362
                               information sheet instructions for opposition
                               to Dayco Motion for Relief from Stay
                               (Southern California Land 2nd loan (0.4).

12/28/06 D Monson          .20 Analyze exit fee issues for Urban Housing loan
                               (0.2).

12/28/06 D Monson          .20 Review e-mails on appraisal issues for Direct
                               Lender for Amesbury Loan (0.2).

12/28/06 D Monson          .30 Phone call from Sierra Liquidity (Scott
                               August) on assignments of Direct Lender
                               interest in Palm Harbor One loan (0.3).

12/28/06 D Monson          .20 Review proposed letter on 3425 Gess loan (0.2).

12/28/06 D Monson          .20 Review appraisal for Southern California Land
                               2nd loan (0.2).

12/28/06 E Monson          .30 Follow up on proposed revisions to protective
                               order suggested by R. Charles.

12/29/06 A Brinkerhoff    1.60 Review R. Charles' comments on proposed
                               Protective Order (.5); emails to T. Fallati, D.
                               Griffith and S. O'Connell regarding Committee's
                               comments to Protective Order (.2); conference
                               call with M. Levinson, Michael, and E. Monson
                               regarding Diversified's comments to Protective
                               Order and background discussion (.9).

12/29/06 K Glade           .40 Review response in motion for relief from
                               automatic stay on Southern California 2nd
                               (0.4).

12/29/06 K Glade           .90 Review Kaweah pleading on Eagle Meadows
                               Development (0.2); draft related letter to R.
                               Nagel at Chicago Title (0.7).

Client No. 34585                                    Page:   20
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/29/06 K Glade         .30 Telephone call with A. Stevens regarding
                             interest issues in 6425 Gess Ltd. (0.3).

12/29/06 D Monson       1.80 Review and respond to S. Smith e-mails on
                             Declaration of Tom Allison  Southern
                             California Land 2nd loan (0.1); prepare Section
                             362 Information Sheet for Opposition to Dayco
                             Motion for Relief from Stay, revise Opposition,
                             circulate Information Sheet, and arrange for
                             filing of Opposition and Declaration of Tom
                             Allison (1.1); e-mails to L. Dorsey on filing
                             instructions for Opposition to Dayco Motion
                             (Southern California Land 2nd loan) and phone
                             call to L. Dorsey (0.2); review e-mail from L.
                             Dorsey and L. Schwartzer; revisions to Section
                             362 Information Sheet for Opposition to Dayco
                             Motion (Southern California Land 2nd loan
                             (0.3); review e-mail from L. Dorsey confirming
                             filing of Opposition to Dayco Motion for Relief
                             from Stay (Southern California Land 2nd loan
                             (0.1).

12/29/06 D Monson        .30 Review Statement of Kaweah filed in Fox Hills
                             loan litigation (0.3).


  TOTAL FOR LEGAL SERVICES RENDERED                        $34,623.00

"*Exhibit K-5*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357350

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00005**

**Claims Administration and Objections**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/06 | S Cummings | .40 | Review of DTDF Committee's claim objections. |
| 12/01/06 | S Cummings | 1.90 | Continued preparation of objection to PBGC claims. |
| 12/01/06 | S Cummings | 2.20 | Continued preparation of omnibus objection to filed proofs of claims. |
| 12/01/06 | S Cummings | .10 | Preparation of objection to Binford proof of claim. |
| 12/01/06 | S Cummings | .30 | Preparation of objection to Liberty Bank claim. |
| 12/01/06 | S Cummings | .70 | Continued analysis of objections to claims issues. |
| 12/01/06 | A Jarvis | .20 | Correspondence on claims objections. |
| 12/01/06 | S Strong | .70 | Further analysis of claims objection issues (0.7). |
| 12/02/06 | S Cummings | 4.50 | Analysis of character of Direct Lender claims. |
| 12/04/06 | S Cummings | 1.10 | Continued review of direct lender proof of claims. |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                         January 19, 2007

12/04/06 S Cummings    1.90 Continued preparation of objection to Liberty
                            Bank claim.

12/04/06 S Cummings     .30 Analysis of Bar Date issues.

12/04/06 S Cummings    1.10 Continued preparation of objection to Binford
                            claim.

12/04/06 A Jarvis       .30 Correspondence on claims objections,
                            questions raised relating to same.

12/05/06 K Applegate   1.70 Review and revise the objections to the claims
                            (.6); research on 1301 definitions (1.1).

12/05/06 S Cummings    3.30 Continued preparation of objections to PBGC
                            claims.

12/05/06 S Cummings    1.20 Analysis of objection to disallowed claims
                            issues.

12/05/06 S Cummings    1.10 Review of confirmation voting procedures and
                            requirements.

12/05/06 S Cummings     .30 Continued preparation of objection to Liberty
                            Bank claim.

12/05/06 S Cummings     .50 Continued preparation of objection to Binford
                            claim.

12/05/06 S Cummings    1.10 Preparation of omnibus objection to indemnity
                            claims.

12/05/06 A Jarvis       .30 Correspondence on claims objections.

12/05/06 S Strong       .50 Review and edit draft objections to claims of
                            High Prospect and PBGC (0.5).

12/06/06 K Applegate    .20 Analyze objections to the PBGC.

12/06/06 S Cummings    1.50 Continued preparation of objection to PBGC

12/06/06 S Cummings    1.30 Continued preparation of omnibus objection to
                            misfiled, vague, and improperly completed
                            claims.

12/06/06 S Cummings     .50 Review of exhibits for objections.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/06/06 S Cummings      1.30 Preparation of objection to Binford Rule 3018
                              motion.

12/06/06 A Jarvis         .20 Correspondence on claims objections.

12/06/06 A Jarvis         .20 Correspondence on objection to PBGC claim.

12/06/06 A Jarvis         .30 Correspondence on objections to claim.

12/07/06 K Applegate      .30 Begin review of additional PBGC objections.

12/07/06 S Cummings      1.70 Preparation of ominbus objection to
                              unsupported lawsuits.

12/07/06 S Cummings      1.50 Continued review of filed proofs of claims
                              for objections.

12/07/06 S Cummings       .40 Continued preparation of objection to PBGC
                              claims.

12/07/06 S Cummings       .30 Continued preparation of objection to Binford
                              Rule 3018 motion.

12/07/06 S Cummings       .50 Preparation of objection to Copper Sage
                              claim.

12/07/06 S Cummings       .50 Preparation of objection to Copper Sage Rule
                              3018 motion.

12/07/06 S Cummings      1.30 Preparation of objection to claims filed by
                              Spectrum and Waddell.

12/07/06 S Cummings       .60 Continued preparation of omnibus objection to
                              Indemnity claims.

12/07/06 A Jarvis         .80 Correspondence with S. Cummings regarding
                              claims objections.

12/07/06 B Kotter         .80 Review of Debtors' objections (.8).

12/08/06 K Applegate      .60 Review of PBGC claims against USACM (.6).

12/08/06 B Bauman         .20 Research regarding attorney-client privilege of
                              dissolved/terminated entity.

12/08/06 S Cummings      1.00 Preparation of objection to Gateway claim.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/08/06 S Cummings    .40 Continued preparation of objection to
                           indemnity claims.

12/08/06 S Cummings    .60 Continued preparation of objection to
                           unsupported lawsuits.

12/08/06 A Jarvis      .30 Analysis of various claims issues.

12/08/06 A Jarvis      .50 Correspondence regarding objections to claim
                           of Del Bunch.

12/08/06 S Strong      .90 Review and analysis of certain objectionable
                           claims against USACM (0.9).

12/09/06 S Cummings    .20 Continued preparation of objection to Liberty
                           Bank claim.

12/09/06 S Cummings    .40 Continued preparation of objection to Binford
                           claim.

12/09/06 S Cummings    .20 Continued preparation of objection to
                           Spectrum and Weddell claims.

12/09/06 S Cummings    .20 Continued preparation of objection to Gateway
                           Stone claim.

12/09/06 S Cummings    .30 Continued preparation of objection to Copper
                           Sage claim.

12/09/06 S Cummings    .20 Continued preparation of objection to
                           Indemnity claims.

12/09/06 S Cummings    .80 Preparation of objections to Bunch claim.

12/09/06 A Jarvis      .30 Correspondence on objection to claim of Del
                           Bunch.

12/09/06 S Strong     2.00 Review and revise draft objections to certain
                           claims against USACM (1.3); research regarding
                           further grounds for objections (0.7).

12/10/06 A Jarvis      .30 Correspondence on objection to claim of Del
                           Bunch.

12/11/06 S Cummings    .50 Continued preparation of objection to Branch
                           claim.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/11/06  S Cummings       .20  Continued preparation of objection to Liberty
                                Bank Claim.

12/11/06  S Cummings       .50  Conference call with committees to discuss
                                objection issues.

12/11/06  S Cummings       .60  Follow-up conference call with committees to
                                discuss additional objection issues.

12/11/06  S Cummings       .40  Preparation of objection to Albert Lee claim.

12/11/06  S Cummings       .50  Continued preparation of objection to PBGC
                                claims.

12/11/06  S Cummings       .50  Continued preparation of objection to Gateway
                                Store claim.

12/11/06  S Cummings       .50  Continued preparation of objection to Binford
                                claim.

12/11/06  A Jarvis         .30  Correspondence with clients regarding claims
                                objections.

12/11/06  B Kotter        2.50  Review objections to Bunch, Binford, Liberty
                                Bank, Gateway and Spectrum (.6); e-mail to
                                local counsel for filing (.2); e-mail exchange
                                with J. McPherson regarding hearing dates for
                                objections (.2); e-mail exchange with local
                                counsel regarding needed alterations to
                                objections (.7); review suggested changes to
                                objections per D. Monson e-mail (.2); e-mail to
                                J. McPherson regarding immediate service of
                                objections (.2); follow up e-mail to resolve
                                service issues (.4).

12/11/06  D Monson        1.20  Review Binford Claim and defenses to claim and
                                phone call to L. Schwartzer on Objection to
                                Binford Claim (0.5); revise Binford Claim
                                Objection and forward to L. Dorsey for filing
                                (0.7).

12/11/06  D Monson         .30  Analyze Claim Objection issues.

12/11/06  D Monson         .60  Review Gateway Associate Side Agreement,
                                revise Gateway Claim Objection and forward to
                                L. Dorsey for filing.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/11/06  S Strong      1.80  Review and edit debtors drafts of objections
                              to claims of Gateway Stone, Binford Medical,
                              Liberty Bank, D. Bunch, Spectrum Financial, and
                              Weddell (1.8).

12/12/06  K Applegate    .70  Review of PBGC objections and related e-mails.

12/12/06  S Cummings     .50  Analysis of claim objection issues.

12/12/06  A Jarvis       .60  Correspondence on objections to claims.

12/12/06  D Monson       .10  Review e-mail from Candace Carlyon and J.
                              McPherson on evidence for Binford Objection
                              to Claim.

12/13/06  K Applegate   2.60  Review of PBGC language (.4); research on
                              ability for post-petition claim and maturity of
                              claims (1.9); telephone conferences with the
                              PBGC (.3).

12/13/06  S Cummings    1.00  Preparation of affidavits for claim
                              objections.

12/13/06  D Monson      1.70  Prepare Gateway Stone Objection and evidence
                              needed for Objection (0.2); phone call to J.
                              McPherson on evidence for Objection to Binford
                              Claim (0.2); review Binford Loan Agreement on
                              events of default for financial statements and
                              project status reports (0.4); analyze objection
                              to Binford claim and Temporary Allowance issues
                              (0.1); review Binford Adversary Proceeding
                              filing and Tom Allison Declarations in
                              connection with objection to Binford claim
                              (0.8).

12/13/06  S Strong       .40  Follow-up on claims and objections and claims
                              filed by borrowers (0.2).

12/14/06  A Jarvis       .20  Correspondence on claims issues.

12/14/06  A Jarvis       .20  Correspondence on Standard Property claim.

12/14/06  D Monson       .40  Phone call to J. McPherson on hearing on
                              Binford Motion to Estimate Claim for Voting
                              Purposes (0.1); review Binford Objection and
                              Declaration of Ken Schmidt (0.1); outline
                              arguments for Objection to Binford Motion for
                              Estimated Claim for Voting Purposes (0.2).

Client No. 34585                                        Page:     7
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007


| | | | |
|---|---|---|---|
| 12/14/06 | S Strong | .40 | Review draft of objection to Standard Property claim (0.3); email to L. Schwartzer regarding same (0.1). |
| 12/15/06 | S Cummings | .60 | Preparation of notice of withdrawal of objection to Liberty Bank claim. |
| 12/15/06 | S Cummings | 2.40 | Preparation of objection to kehl claim. |
| 12/15/06 | S Cummings | .30 | Review of Binford proof of claim and Rule 3018 motion. |
| 12/15/06 | S Cummings | .30 | Review of Bunch Rule 3018 motion. |
| 12/15/06 | A Jarvis | 2.00 | Attend hearing on estimation of claim of Binford for voting purposes only under Rule 3018. |
| 12/15/06 | A Jarvis | .30 | Correspondence regarding claim of D. Bunch. |
| 12/15/06 | B Kotter | .80 | Review and editing of objection to Kehl claim (.5); e-mail to local counsel for filing (.1); review of Liberty Bank withdrawal (.1); and e-mail to local counsel for filing (.1). |
| 12/15/06 | D Monson | 1.40 | Review Binford Reply Brief on Motion to Temporarily Allow Claim (0.3); review agenda for December 15 hearing on Motions to Temporarily Allow Claim (0.1); review e-mail from L. Schwartzer on Copper Sage and Binford Motions to Temporarily Allow Claims (0.1); discuss objections to Binford claim with AWJ and SCS (0.3); telephonic hearing on Motion to Temporarily Allow Binford claim, and follow-up after hearing (0.6). |
| 12/15/06 | S Strong | 1.10 | Review more large proofs of claim against USACM and possible objections (0.4); follow-up on objection to Kehl claims (0.2); exchange emails with C. Pajak regarding same (0.1); review and edit draft of objection (0.4). |
| 12/16/06 | A Jarvis | .20 | Correspondence on claim of D. Bunch. |
| 12/17/06 | S Strong | .40 | Review complaint filed by Kehl plaintiffs (0.3); exchange emails with S. Smith regarding same (0.1). |

Client No. 34585                                          Page:    8
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

| | | | |
|---|---|---|---|
| 12/18/06 | S Cummings | 1.00 | Continued analysis of Del Bunch claim. |
| 12/18/06 | S Cummings | 4.40 | Preparation of summary of Kehl voting breakdown. |
| 12/18/06 | S Cummings | .50 | Analysis of Bunch supplemental declaration. |
| 12/18/06 | S Cummings | .50 | Analysis of amount of diverted principal owed to Kehl family. |
| 12/18/06 | S Cummings | .20 | Analysis of 547(b) issues for claim objection. |
| 12/18/06 | E Monson | .30 | Discussions with L. Schwartzer and S. Smith regarding D. Bunch 2004 examination regarding objection to claim for voting purposes. |
| 12/19/06 | E Monson | .30 | Discussions with L. Schwartzer regarding D. Bunch 2004 examination and hearing on objection to claim. |
| 12/19/06 | E Monson | .20 | Review e-mail from L. Schwartzer regarding summary of D. Bunch 2004 exam. |
| 12/20/06 | A Jarvis | 1.00 | Attend hearing on Del Bunch claim. |
| 12/20/06 | E Monson | .70 | Attend hearing regarding objection to D. Bunch claim. |
| 12/22/06 | S Cummings | .70 | Continued preparation of objections to PBGC's claims. |
| 12/22/06 | S Cummings | .20 | Filing of objections to PBGC's claims. |
| 12/22/06 | A Jarvis | .20 | Correspondence on PBGC objection. |
| 12/22/06 | A Jarvis | .20 | Correspondence on claims objections. |
| 12/22/06 | S Strong | .30 | Exchange emails regarding Funds objections to PBGC claims (0.3). |
| 12/26/06 | E Monson | .20 | Review e-mail from J. Chubb regarding Kehl objection and issues relative thereto and send reply. |

```
Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007
```

12/27/06 D Monson          .30 Review S. Smith e-mail on Objection to PDG
                               Application for Compensation (0.1); review L.
                               Schwartzer e-mail on Objection to PDG
                               Application for Compensation (0.1); review
                               PDG Application for Compensation (0.1).

12/29/06 S Cummings        .20 Correspondence regarding objections to PBGC
                               claims.


TOTAL FOR LEGAL SERVICES RENDERED                        $18,537.00