*"Exhibit K-6"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357351

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00006

**Employee Benefits/Pensions**

12/15/06 K Applegate      .50 Telephone call to PBGC (.2); follow up on
                              request documents (.3).

TOTAL FOR LEGAL SERVICES RENDERED                           $122.50

*"Exhibit K-7"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357352

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00007

**Fee / Employment Applications**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/06 | B Kotter | .50 | Finalize Monthly Statement and serve upon necessary parties (.8); brief e-mail exchange with A. Landis regarding problems with e-mail delivery of monthly statement (.1). |
| 12/04/06 | S Cummings | .50 | Analysis of ordinary course professionals affidavit issues. |
| 12/05/06 | D Monson | .10 | Review conflicts check for Ordinary Course of Business professional retention. |
| 12/06/06 | B Kotter | 1.50 | Review e-mail regarding pro hac vice application (.1); draft and revise pro hac vice application for S. T. Waterman (.8); e-mail application to local counsel for filing (.1); respond to e-mail from local counsel regarding application (.3); respond to e-mail from S. Smith (.2). |
| 12/08/06 | A Jarvis | .30 | Correspondence on motion for continued employment. |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

12/08/06 B Kotter       4.40 Draft Motion and Proposed Order continuing
                             Debtors' Professionals employment through Jan.
                             31, 2007 (1.6); revise per comments (.6);
                             e-mail to Mesirow and Schwartzer & McPherson
                             (.1); revise supplemental 2014 declaration
                             (.7); further revisions to declaration per
                             remarks (1.4).

12/08/06 S Strong        .60 Exchange emails with N. Peterman regarding
                             continued employment of debtors professionals
                             (0.1); review and edit draft of same (0.5).

12/08/06 C Hurst         .50 Work on loan allocations for updated
                             spreadsheet.

12/11/06 B Kotter       1.30 Review of e-mail from L. Schwartzer regarding
                             motion for continued employment (.4); review
                             and edit supplemental 2014 declaration (.9).

12/11/06 C Hurst        3.60 Work on October-November loan allocation
                             breakdown.

12/12/06 B Kotter       2.10 Phone call with KPMG regarding retention as
                             ordinary course professional (.3); review of
                             ordinary course professional order for
                             requirements/procedures (.7); e-mail with KPMG
                             regarding conflict and 2014 declaration issues
                             (1.1).

12/12/06 S Tingey        .20 Review loan allocation issues for fee
                             applications.

12/13/06 D Monson        .30 Review time entries for November 2006 bill
                             for allocation to specific delinquent loans.

12/13/06 C Hurst        2.90 Work on November fee allocations (individual
                             attorney breakdowns).

12/14/06 S Strong        .20 Telephone conference with D. Shontz regarding
                             possible ordinary course retention of KPMG for
                             tax issues (.2).

12/14/06 C Hurst        2.20 Review of attorney time and further breakdown
                             on loan allocations.

12/15/06 C Hurst        2.80 Further work on review of fees and applying
                             to specific loans for loan allocations for
                             11/06.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/18/06  C Hurst        .70  Complete November loan allocation summary;
                              e-mail to Mesirow.

12/24/06  E Monson       .20  Review e-mails from M. Levinson and T.
                              Allison regarding retention of Beadle &
                              McBride.

12/26/06  A Jarvis       .50  Correspondence on application to retain
                              Beadle McBride.

12/26/06  A Jarvis       .20  Further correspondence on application to
                              retain Beadle McBride.

12/26/06  E Monson       .20  Review e-mails from A. W. Jarvis and T.
                              Allison regarding issues relating to possible
                              employment of Beadle and McBride.

12/27/06  A Jarvis       .50  Correspondence on retention of accountants
                              for tax work.

12/28/06  A Jarvis       .40  Correspondence on issues relating to
                              retention of Beadle McBride.

12/29/06  D Monson       .40  Review Project Disbursement Group Amended
                              Application for Administrative Expense (0.2);
                              e-mail to L. Schwartzer on Objection to PDG
                              Administrative Expense Application (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                              $4,691.50

*"Exhibit K-8"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357353

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00011

Litigation

| | | | |
|---|---|---|---|
| 12/01/06 | B Kotter | 1.00 | Continue review of documents responsive to Jones Vargas subpoena (.8); e-mail documents to Jones Vargas (.2). |
| 12/01/06 | A Tsu | 2.90 | Summation document of potential evaluation documents. |
| 12/04/06 | B Kotter | .70 | Receive e-mail from Tawney Waldo regarding problems with production of documents responsive to subpoena (.1); work to resolve production problems (.4); e-mail responsive documents to Tawney (.2). |
| 12/05/06 | B Kotter | 1.60 | Review and edit to response to Milanowski's Motion for Protective Order (1.4); e-mail to Mesirow for review (.2). |
| 12/05/06 | A Tsu | 5.70 | Reviewing USA documents for documents relevant to potential claims. |
| 12/06/06 | B Kotter | 2.00 | Further revisions to Debtor's response (.8); forward response to local counsel for filing (.4); legal research on motion to appoint Trustee in Epic involuntary (.8). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/06/06 B Kotter        .30 E-mail exchange with B. Olson regarding
                             prospect High Income Fund Appeal and election
                             to BAP on USDC (.3).

12/06/06 A Tsu          4.30 Conducting searches in USA document database
                             relevant to potential claims.

12/07/06 A Tsu          5.80 Searching USA electronic document on potential
                             claims.

12/08/06 A Jarvis        .50 Correspondence on involuntary petition.

12/08/06 A Jarvis        .20 Analyze involuntary petition issues.

12/11/06 A Jarvis        .30 Correspondence regarding 2004 examinations.

12/11/06 A Jarvis        .40 Conference call with T. Allison regarding 2004
                             examinations, involuntary, IP issues.

12/11/06 A Jarvis        .20 Work on IP issues.

12/11/06 A Tsu          2.50 Legal research regarding 9th Circuit law for
                             9019 compromise of claims

12/13/06 A Brinkerhoff 2.20 Meeting with E. Monson regarding status of
                             2004 examinations and conference call to Las
                             Vegas counsel (.4); emails and conferences
                             throughout day on changes and developments
                             with 2004 examination schedule and scope
                             (.7); locate HMA sales documents and
                             conferences with E. Monson (.6); review Sal
                             Reale Promissory Note and amendments (.5).

12/13/06 E Monson        .10 Discussion with L. Schwartzer regarding 2004
                             examinations.

12/14/06 A Jarvis        .40 Correspondence on motion in limine regarding
                             J. Milanowski objection.

12/14/06 E Monson        .30 Draft e-mail to L. Schwartzer regarding 2004
                             exams on J. Milanowski, USAIP, HMA, Investors
                             VI, V. Loob and review reply.

12/14/06 E Monson        .20 Review e-mail from J. Hinderacker regarding
                             2004 exam and send reply.

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

12/14/06 A Tsu          13.30 Researching and reviewing relevant case law
                              regarding elements and standards for Motions
                              in Limine (.9) and Motions to Strike (.9);
                              legal research regarding methods of striking
                              testimony/evidence from the record (1.7);
                              analysis regarding same and possible
                              alternatives to strike testimony (.6);
                              research and review of caselaw related to
                              F.R.C.P. 37 (.9); ninth Circuit research
                              relating to applicability and standards for
                              Rule 37 sanctions (.7); reviewing USAIP
                              objection to confirmation of plan and
                              accompanying affidavit (.9); reviewing
                              electronic docket for factual background
                              information in preparation for drafting facts
                              section (.9); drafting facts section (2.5)
                              for motion in limine.  Begin drafting
                              argument section (2.2); legal research
                              regarding right against self incrimination
                              and appropriate sanctions regarding same
                              (1.1).

12/15/06 A Jarvis         .30 Correspondence on motion to strike.

12/15/06 L Jenkins       5.80 Draft motion in limine regarding Milanowski
                              plan objection; revise, edit and research for
                              motion in limine; finalize motion; read and
                              edit E. A. Monson declaration in support of
                              motion in limine.

12/15/06 E Monson        2.00 Prepare declaration in support of motion in
                              limine to strike USAIP objection to
                              continuation and review of service.

12/15/06 E Monson         .50 Discussions with L. Jenkins regarding motion
                              in limine.

12/15/06 E Monson         .30 Prepare pleadings on Del Bunch 2004
                              examination.

12/15/06 E Monson         .30 Send e-mails regarding 2004 examination of V.
                              Loob and review replies.

12/15/06 E Monson         .20 Discussion with J. McPherson regarding 2004
                              examination of Milanowski.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


12/15/06 A Tsu          8.80 Drafting argument section of memorandum in
                             support of motion in limine (3.9); research and
                             reviewing standards/elements for issuing
                             sanctions relating to Rule 37 (.9); drafting
                             motion in limine (.6); editing and finalizing
                             motion and memorandum for filing (3.4).

12/15/06 A Tsu          3.00 Research regarding fifth amendment right
                             against self incrimination (.7); research
                             regarding striking direct testimony of
                             witness who refuses to be cross-examined and
                             claims violation of fifth amendment right
                             against self incrimination as a result (.9);
                             reviewing same (1.4).

12/17/06 A Jarvis        .50 Correspondence on 2004 examination of
                             Victoria Loob.

12/18/06 L Jenkins       .80 Work on supplemental motion in limine regarding
                             Loob declaration (.3); read 9th Circuit Panza
                             case for motion in limine (.5).

12/18/06 L Jenkins       .40 Review draft of motion in limine.

12/18/06 L Jenkins       .30 Read V. Loob deposition transcripts.

12/18/06 L Jenkins       .30 Read Milanowski and USAIP transcripts.

12/18/06 B Kotter        .40 E-mail local counsel regarding service on
                             Milanowski attorneys of various pleadings in
                             main case and involuntary.

12/18/06 B Kotter       2.30 Draft Motion in Limine to Strike Vicki Loob
                             declaration (2.3).

12/18/06 D Monson        .30 Review Motion for Relief from Stay filed by
                             Dayco Corporation on Southern California Land
                             2nd loan.

12/18/06 E Monson        .70 Discussions with L. Schwartzer and R. Walker
                             secretary regarding issues regarding V. Loob
                             2004 examination.

12/18/06 E Monson       1.00 Work on preparation of supplement to motion
                             in limine to strike Victoria Loob declaration
                             and getting transcripts of other 2004
                             examinations filed as further supplement to
                             motion in limine.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/18/06  S Strong        .20  Follow-up on V. Loob examination today and
                               email to committees regarding V. Loob
                               examination (0.2).

12/18/06  A Tsu           .70  Research regarding fifth amendment right
                               against self incrimination relating to same
                               (.7).

12/19/06  A Brinkerhoff   .10  Follow-up on 2004 examination of V. Loob (.1).

12/20/06  A Brinkerhoff   .70  Emails regarding confirmation (.2); work on
                               resolving 2004 examination issues (.5).

12/20/06  D Monson        .20  Review Plan provisions on transfer of property
                               of the estate in connection with Dayco Motion
                               for Relief from Stay for Southern California
                               Land 2nd  loan.

12/28/06  A Jarvis        .50  Correspondence on protective order draft,
                               motion.

12/28/06  A Tsu          2.00  Reviewing incoming message from M. Tucker
                               regarding summation searches, responding to
                               same (.2); conducting searches regarding same
                               (.6); reviewing same (.8); drafting
                               correspondence advising M. Tucker regarding
                               search results yielded and inquiry as to how to
                               proceed (.2); telephone conference with C.
                               Harvick regarding summation search results and
                               1/2/07 teleconference (.2).

12/29/06  A Jarvis        .50  Correspondence on response to Dayco motion
                               for relief from stay.

12/29/06  A Jarvis        .20  Correspondence on preparation for hearings on
                               Wednesday.


TOTAL FOR LEGAL SERVICES RENDERED                          $17,052.00

*"Exhibit K-9"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357354

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00012

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 12/01/06 | P Hunt | 4.80 | Read and evaluate revised memorandum on liquidation trust (.4); revise memorandum on liquidation trust and circulate to team (.4); further analysis of liquidation trust regarding avoidance claims and distribution/coordination with plan (.9); notes on same (.2); post-confirmation plan issues analysis (.6); liquidation trust analysis and research (1.2); memorandum to Committee regarding liquidation trust issues (.5); correspondence regarding trust/plan issues (.6). |
| 12/01/06 | A Jarvis | .30 | Correspondence on new transmission by D. Cangelosi. |
| 12/01/06 | A Jarvis | .20 | Correspondence on direct lender meeting. |
| 12/01/06 | A Jarvis | .20 | Correspondence with BMC regarding vote tabulation issues. |
| 12/01/06 | B Kotter | .30 | Receive e-mail and follow up on Direct Lender Supplement filing of supporting information and service of Supplement (.3). |
| 12/01/06 | D Monson | .30 | Review Motion to Allow Claim for Voting Purposes filed by Borrower Binford Medical. |

Client No. 34585                                      Page:     2
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


12/01/06 D Monson        .20 Review Motion to Allow Claim for Voting
                             Purposes filed by Copper Sage II.

12/01/06 E Monson        .20 Follow-up on several conference issues.

12/01/06 E Monson        .40 Review "Time to Act" e-mail.

12/01/06 E Monson        .50 Discussion with B. D. Wride regarding prepaid
                             interest and tracing issues.

12/01/06 E Monson        .20 Review emergency motion filed by Silver Point
                             to gain access to bids.

12/01/06 E Monson        .30 Review e-mails on prepaid interest and
                             additional information to add to website.

12/01/06 S Strong        .20 Review and analysis of latest email from D.
                             Cangelosi soliciting rejection of the Plan
                             (.2).

12/01/06 S Strong        .80 Further analysis of direct lender questions
                             regarding prepaid interest and possible
                             responses thereto (0.6); exchange emails with
                             S. Steele regarding direct lender statements
                             regarding same (0.2).

12/01/06 S Strong        .30 Review list of borrower addresses (0.1);
                             exchange emails with J. Miller regarding
                             service of solicitation packages to borrowers
                             (0.2).

12/01/06 S Strong        .30 Review LSA detailed information for filing
                             under seal (0.2); email to J. McPherson
                             regarding same (0.1).

12/01/06 S Strong        .40 Review entry of order approving committees
                             response to Call to Action email (0.1);
                             email to M. Olson regarding posting same on
                             debtors web site (0.2); review web site
                             posting of same (0.1).

12/01/06 S Strong        .60 Work on T. Allison declaration in support of
                             Plan confirmation (.6).

12/01/06 B Wride        4.20 Work on tracing analysis (1.0); legal research
                             regarding constructive trust (2.2); review
                             pleadings regarding prepaid interest issues
                             (1.0).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/01/06 C Hurst          .50 Return calls to investors regarding plan.

12/02/06 E Monson         .50 Review qualifying bid issues.

12/03/06 E Monson         .30 Review e-mails regarding qualifying bids.

12/04/06 S Cummings      1.20 Review of ballot tabulation summary.

12/04/06 P Hunt          8.30 Read email from S. Smith regarding post
                             confirmation issues needed to be addressed in
                             plan (.3); read and revise liquidation trust
                             agreement with comments of Debtors,
                             incorporating plan terms and addressing
                             operational issues (7.5); post-conference
                             operational analysis issues (.5).

12/04/06 A Jarvis         .30 Telephone conference with S. C. Strong
                             regarding balloting issues, auction issues.

12/04/06 A Jarvis         .20 Telephone conference with S. C. Strong
                             regarding plan confirmation brief.

12/04/06 A Jarvis         .40 Telephone conference with S. C. Strong and B.
                             D. Wride regarding evidence on prepaid
                             interest issues for confirmation.

12/04/06 A Jarvis         .30 Correspondence on liquidating trust issues.

12/04/06 A Jarvis         .30 Correspondence on questions from investors on
                             loan servicing schedule.

12/04/06 A Jarvis         .20 Correspondence on ballots for direct lenders.

12/04/06 A Jarvis         .20 Correspondence regarding closing/transition
                             issues.

12/04/06 A Jarvis         .30 Review memo from S. Smith regarding
                             transition/closing issues.

12/04/06 A Jarvis         .10 Correspondence on questions on ADR.

12/04/06 A Jarvis         .40 Correspondence with client on issues relating
                             to pre-petition servicing fees under plan.

12/04/06 A Jarvis         .10 Correspondence with BMC on ballot tabulation
                             issues.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/04/06  B Kotter      1.30  Respond to inquiry from S. Smith regarding
                              fee allocation and related issues for
                              disclosure in plan supplement.

12/04/06  S Strong       .40  Telephone conference with J. Miller of BMC
                              regarding Plan balloting and noticing issues
                              (0.4).

12/04/06  S Strong      1.50  Analysis of issues for Plan confirmation brief
                              and supporting declaration (1.5).

12/04/06  S Strong      1.10  Review and analyze email from J. Gordon
                              regarding balloting issues (0.2); telephone
                              conference with J. Miller regarding same (0.2);
                              telephone conference with J. Gordon regarding
                              same (0.1); further discussions with J. Miller
                              of BMC regarding same (0.3); exchange follow-up
                              emails with J. Gordon regarding same (0.3).

12/04/06  S Strong       .60  Participate in telephone conference with A.
                              W. Jarvis and B. D. Wride regarding
                              development of facts and argument for
                              confirmation brief regarding prepaid interest
                              and related issues (.6).

12/04/06  S Strong       .90  Revise proposed clarification regarding
                              prepaid interest for debtors web site (0.4);
                              email to debtors team regarding same (0.1);
                              telephone conference with S. Smith regarding
                              same (0.1); email proposed clarification to
                              committees for review (0.2); exchange emails
                              with R. Charles regarding same (0.1).

12/04/06  B Wride       5.70  Research regarding tracing evidence (.7); legal
                              research regarding constructive trust
                              agreements (3.0); review motion to hold funds
                              in preparation for drafting declaration in
                              support of plan (1.5); telephone conference
                              with A. Jarvis and S. Strong (.5).

12/04/06  C Hurst       1.00  Receipt, respond to calls from investors
                              regarding plan; review plan and committee
                              websites regarding plan discussions to
                              address investor questions; download direct
                              lender supplement.

12/05/06  S Cummings     .30  Review of ballot tabulation summary.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/05/06 P Hunt          2.20 Read emails regarding USA Commercial Mortgage
                              Company's liquidation trust (.3); revise
                              redline of USA Commercial Mortgage Company's
                              liquidated trust agreement to send to Committee
                              (.4); draft email to S. Freeman regarding USA
                              Commercial Mortgage Company's liquidated trust
                              issues (.3); analyze pending litigation against
                              USA Commercial Mortgage Company/Direct Lender
                              issues (.5); draft email to L. Schwartzer
                              regarding pending litigation issues and
                              treatment in plan (.2); read and respond to
                              Committee emails regarding USA Commercial
                              Mortgage Company's cash issues (.3); telephone
                              conference with Mark W. (FTDC) regarding
                              liquidation trust issues (.2).

12/05/06 A Jarvis         .30 Review correspondence on liquidating trust
                              agreement and comment on same.

12/05/06 E Monson        1.70 Meet with B. D. Wride and S. Smith to go over
                              tracing issues with respect to pre-paid
                              interest.

12/05/06 E Monson         .40 Discussion with B. D. Wride regarding tracing
                              issues.

12/05/06 S Strong         .50 Review proposed Reply regarding D. Cangelosi
                              unauthorized solicitation (0.3); email to
                              committees regarding same (0.1); exchange
                              follow-up emails with L. Schwartzer and E.
                              Karasik regarding same (0.1).

12/05/06 S Strong        1.00 Telephone conference with J. Miller regarding
                              balloting issues and tabulation of uncoded
                              ballots (0.9); exchange emails with E.
                              Karasik and G. Garman regarding same (0.1).

12/05/06 S Strong         .70 Analysis of interim balloting report from BMC
                              (0.7).

12/05/06 S Strong         .50 Review and analysis of initial objections to
                              Plan confirmation (.5).

12/05/06 S Strong         .40 Review and analyze questions from BMC regarding
                              the ADR agreement in Direct Lender Supplement
                              (0.4).

Client No. 34585                                           Page:    6
Debtor USA Commercial Mortgage Co., et al.                January 19, 2007

12/05/06 B Wride         7.10 Meeting with S. Smith (1.7); review motion to
                              distribute (.8); review plan documents in
                              preparation to draft declaration (1.6);
                              review prior declarations of T. Allison (3.0).

12/05/06 C Hurst         1.60 Further review of plan to respond to investor
                              calls - return calls; discuss 1099's with
                              investor; review direct lender supplement and
                              discuss with investor.

12/06/06 S Cummings      2.80 Review of updated ballot tabulation summary.

12/06/06 S Cummings       .70 Analysis of effect of claim disallowance on
                              voting issues.

12/06/06 P Hunt          6.00 Read emails from Committee regarding
                              liquidation trust issues (.5); respond to
                              emails regarding plan implementation issues
                              (.3); telephone conference with S. Smith
                              regarding liquidation agreement issues (.2);
                              email to A. W. Jarvis and S. Smith regarding
                              liquidation trust issues (.3); read M.
                              Wallace's changes to liquidation trust
                              agreement and authorize same (.5); analyze and
                              revise modified liquidation trust contract
                              (4.1); email to S. Freeman regarding
                              liquidation trust contract (.1).

12/06/06 A Jarvis         .30 Correspondence regarding procedures for
                              objections to servicing fee schedule.

12/06/06 A Jarvis         .20 Correspondence on liquidating trust issues.

12/06/06 B Kotter         .20 Review objections to erroneous claims/ballots.

12/06/06 E Monson         .90 Discussion with Mesirow team regarding bid
                              and qualification issues.

12/06/06 S Strong         .60 Evaluate Plan issues and strategies relating to
                              SEC (.6).

12/06/06 S Strong         .20 Exchange emails with J. Miller, A. W. Jarvis
                              and B. J. Kotter regarding LSA schedule and
                              ADR procedures (.2).

12/06/06 S Strong         .30 Meet with T. Allison, J. Atkinson and M. W.
                              Pugsley to discuss Plan confirmation issues
                              (.3).

Client No. 34585                                          Page:     7
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/06/06 B Wride        3.50 Review prior declarations of T. Allison for
                             evidence already submitted regarding plan
                             provisions concerning pre-paid interest
                             (1.9); review accounting documents regarding
                             same (1.6).

12/06/06 C Hurst        1.10 Lengthy telephone call with investor (F.
                             Radice) regarding plan and balloting;
                             receipt, respond to further calls from
                             investors regarding plan and ballots.

12/07/06 S Cummings      .50 Continued analysis of effect on claim
                             disallowance for voting issues.

12/07/06 S Cummings     1.00 Analysis of updated voting tabulation summary.

12/07/06 P Hunt         7.40 Revise liquidation trust agreement on privilege
                             issues (1.4); email to S. Smith regarding same
                             (.1); email to R. Charles and S. Smith
                             regarding same (.3); email to Committees
                             regarding litigation trust issues (.3);
                             drafting confirmation brief (5.3).

12/07/06 A Jarvis        .10 Review Liquidating Trust Agreement.

12/07/06 A Jarvis        .20 Evaluate servicing contract issues.

12/07/06 A Jarvis        .30 Work on negotiations on Liquidating Trust.

12/07/06 A Jarvis        .20 Correspondence with A. Brumby regarding
                             Standard Settlement Offer, limited plan
                             objection, auction.

12/07/06 B Wride        7.40 Review accounting analysis regarding prepaid
                             interest issue (3.9); gather prior Allison
                             declarations (2.1); legal research regarding
                             tracing (1.4).

12/08/06 S Cummings      .80 Review of updated ballot tabulation summary.

12/08/06 S Cummings      .80 Analysis of plan acceptance and voting issues.

12/08/06 S Cummings      .70 Conference call with Committees regarding
                             voting issues.

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/08/06 P Hunt        4.70 Continue drafting confirmation brief (2.0);
                            correspondence with M. Wallace regarding agency
                            agreements (.3); further review of
                            re-circulated liquidation trust agreement
                            (1.1); correspondence regarding liquidating
                            trust issues (.6); correspondence regarding
                            disbursement agreement (.7).

12/08/06 P Hunt         .50 Research regarding liquidation trust issues
                            (.4); email to Unsecured Creditor Committee
                            regarding liquidation trust agreement (.1).

12/08/06 A Jarvis       .30 Analyze liquidating trust, privilege issues.

12/08/06 A Jarvis       .30 Correspondence with A. Brumby, S. C. Strong
                            and E. A. Monson regarding limited objection
                            to plan.

12/08/06 A Jarvis       .20 Correspondence on liquidating trust agreement
                            and disbursing agreements.

12/08/06 E Monson       .30 Meet with B. Koe and M. Haftl and discuss
                            events of auction.

12/08/06 S Strong      1.60 Review and analysis of BMC reports on ballots
                            returned to date (0.9); participate in
                            conference call with committees counsel, BMC,
                            and S. A. Cummings regarding same (0.7).

12/08/06 S Strong      1.20 Research on prepaid interest and related plan
                            confirmation issues (1.2).

12/08/06 B Wride       7.90 Review bank statements (2.2); review prior
                            Allison declarations regarding commingling
                            (1.7); legal research regarding constructive
                            trusts (3.0); prepare outline of evidence
                            (1.0).

12/08/06 C Hurst       1.20 Receipt, respond to calls from investors
                            regarding plan and balloting.

12/09/06 S Cummings    1.00 Analysis of 9th Circuit confirmation
                            standards for confirmation brief.

12/09/06 S Cummings    2.40 Preparation of trial binder of 9th Circuit
                            case law on plan confirmation.

12/09/06 P Hunt        4.80 Continue drafting confirmation brief (4.8).

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

| | | | |
|---|---|---|---|
| 12/09/06 | S Strong | 1.80 | Review analysis of confirmation brief issues (1.0); draft and revise confirmation brief language regarding transfer of LSAs (0.8). |
| 12/10/06 | P Hunt | 6.00 | Continue drafting confirmation brief, including revising and editing same (6.0). |
| 12/11/06 | S Cummings | 2.80 | Analyses of confirmation standards under section 1129. |
| 12/11/06 | S Cummings | .80 | Analysis of "adequate means" standard under section 1123(a)(5) |
| 12/11/06 | S Cummings | 1.70 | Analysis of updated voting tabulation summaries. |
| 12/11/06 | P Hunt | 6.90 | Research confirmation brief issues (2.5); revise confirmation brief (4.4). |
| 12/11/06 | A Jarvis | .50 | Review objections to plan. |
| 12/11/06 | B Kotter | .80 | Review of Debtors' objection to Binford 3018 motion (.4) and forward to local counsel for filing (.1); draft e-mail to J. Miller at BMC regarding service declaration (.2). |
| 12/11/06 | E Monson | 1.20 | Conference with counsel for the DTDFC regarding confirmation issues. |
| 12/11/06 | E Monson | 4.60 | Work on T. Allison declaration and other confirmation issues. |
| 12/11/06 | S Strong | .70 | Work on declaration in support of Plan confirmation (0.7). |
| 12/11/06 | S Strong | .20 | Work on prepaid interest and related confirmation issues (.2). |
| 12/11/06 | S Strong | .30 | Work on Brief in Support of Confirmation and related issues (.3). |
| 12/11/06 | S Strong | .40 | Review and analysis of latest interim balloting report from BMC (0.4). |
| 12/11/06 | S Strong | .40 | Review solicitation procedures and analysis of declarations needed from BMC regarding same (.4). |

Client No. 34585                                              Page:    10
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


12/11/06 S Strong          .60 Telephone conference with S. Smith, T. Burr
                               and T. Allison regarding prepaid interest
                               arguments in support of Plan confirmation
                               (.6).

12/11/06 S Strong          .60 Review and analysis of objections to Plan
                               confirmation (.6).

12/11/06 S Strong          .40 Telephone conference with J. Miller of BMC
                               regarding current balloting issues (0.2);
                               exchange emails with J. Miller regarding
                               balloting issues (0.2).

12/11/06 S Strong          .90 Review and revise draft of brief in support
                               of confirmation (0.8); circulate draft to
                               committees for review (0.1).

12/11/06 S Strong          .20 Research on compromises (0.2).

12/11/06 S Strong          .20 Exchange emails with J. Chubb regarding
                               mediation procedures for direct lenders (.2).

12/11/06 A Tsu            3.80 Preparing responses to objections to Third
                               Amended Plan.

12/11/06 B Wride         6.70 Work on compiling evidence for Allison
                               declaration.

12/12/06 S Cummings        .60 Analysis of updated voting tabulation summary.

12/12/06 S Cummings        .50 Continued analysis of "adequate means"
                               standard under section 1123(a)(5)

12/12/06 S Cummings       2.40 Analysis of executory contract issues for
                               confirmation brief.

12/12/06 S Cummings       1.40 Analysis of 363(f) issues for confirmation
                               brief.

12/12/06 S Cummings       1.70 Continued analysis of confirmation standards
                               under section 1129.

12/12/06 P Hunt          6.10 Correspondence with First Trust Deed Fund
                               Committee regarding agency agreement issues
                               (.1); correspondence with committees regarding
                               confirmation brief issues (.5); review
                               memorandum by USA Commercial Mortgage Company

Client No. 34585                                              Page:   11
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007

                           on confirmation issues (.3); conference with
                           creditor's committee regarding plan
                           confirmation issues (left early) (.5);
                           correspondence with FTDF Committee regarding
                           confirmation brief issues (.4); evaluate FTDF
                           Committee comments to confirmation brief (.7);
                           emails to FTDF Committee regarding confirmation
                           brief issues (.2); deal with confirmation brief
                           issues (3.4).

12/12/06 A Jarvis     .20 Correspondence on conference with Committees
                          regarding confirmation brief.

12/12/06 A Jarvis     .20 Correspondence regarding balloting issues
                          with D. Bunch.

12/12/06 A Jarvis     .40 Conference call with Mesirow regarding
                          confirmation issues.

12/12/06 A Jarvis    1.70 Conference call with Committees regarding
                          confirmation brief, issues for confirmation,
                          IP issues.

12/12/06 A Jarvis     .30 Correspondence with client regarding voting
                          issues.

12/12/06 A Jarvis     .10 Correspondence with M. Levinson regarding
                          plan issues.

12/12/06 A Jarvis     .60 Correspondence regarding drafting issues in
                          confirmation brief, declaration.

12/12/06 A Jarvis     .30 Correspondence on prepaid interest issue.

12/12/06 A Jarvis     .30 Correspondence on cramdown/best interest test
                          evidence.

12/12/06 A Jarvis     .30 Correspondence on Rule 3018 motions.

12/12/06 A Jarvis     .20 Correspondence on 363 sale issues.

12/12/06 B Kotter     .40 E-mail exchange with J. Miller regarding
                          service declaration.

12/12/06 B Kotter    2.60 Draft Debtors' reply to Walsh objection to be
                          inserted into main brief (1.7); review of reply
                          brief (.9).

Client No. 34585                                    Page:    12
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/12/06 E Monson        2.40  Work on issues relating to upcoming
                               confirmation hearing and preparations
                               therefor.

12/12/06 S Strong        3.90  Detailed review and analysis of all
                               objections to Plan confirmation (3.4);
                               prepare summary of Plan objections (0.5).

12/12/06 S Strong         .50  Telephone conference with J. Atkinson
                               regarding plan confirmation issues (.5).

12/12/06 S Strong         .60  Work on gathering/resolving plan confirmation
                               issues and evidence (0.6).

12/12/06 S Strong         .60  Review and analysis of plan confirmation
                               brief inserts from UCC and FTDC (.6).

12/12/06 S Strong         .90  Participate in conference call with J.
                               Atkinson, S. Smith, A. W. Jarvis, and P. Hunt
                               regarding responses plan confirmation
                               objections and issues (.9).

12/12/06 S Strong         .60  Telephone conference with C. Pajak regarding
                               preparing draft of confirmation order (0.2);
                               review confirmation order issues (0.3);
                               exchange follow-up emails with C. Pajak
                               regarding same (0.1).

12/12/06 S Strong         .20  Telephone conference with J. McPherson
                               regarding issues concerning assumption and
                               cure of leases of Pecos Road premises (.2).

12/12/06 S Strong         .90  Draft memorandum addressing various issues in
                               Reply to confirmation objections (.9).

12/12/06 S Strong         .30  Review latest report from BMC regarding
                               balloting results (.3).

12/12/06 B Wride        10.00  Extensive review and analysis regarding
                               tracing issues (3.2); prepare draft of
                               Allison declaration (3.9); review legal
                               arguments regarding tracing in order to
                               gather appropriate evidence in support (2.9).

12/12/06 C Hurst         3.10  Download, review Plan objections to begin
                               preparation of binders for A. W. Jarvis.

Client No. 34585                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


| 12/13/06 S Cummings | 2.30 Continued analysis of confirmation standards under section 1129. |
|---|---|
| 12/13/06 S Cummings | 2.30 Analysis of PBGC's requested plan language. |
| 12/13/06 S Cummings | 1.00 Conference call with committees regarding changes to hearing and reply briefs. |
| 12/13/06 S Cummings | 2.00 Analysis of distinction between rights of recoupment and setoff. |
| 12/13/06 S Cummings | 1.10 Review of LPG's objection to the plan. |
| 12/13/06 S Cummings | .30 Conference call with PBGC regarding requested plan language. |
| 12/13/06 P Hunt | 7.00 Revise confirmation brief with comments of FTDF Committee (2.1); work on T. Allison declaration (.1); revise confirmation brief to include FTDF sections (.4); draft T. Allison declaration (4.4). |
| 12/13/06 A Jarvis | 9.70 Draft confirmation brief, declaration of T. Allison in support of confirmation, and reply brief. |
| 12/13/06 B Kotter | 1.90 Exchange e-mail with J. Miller at BMC regarding service declaration (.2); work on legal research related to confirmation brief (1.7). |
| 12/13/06 D Monson | 3.90 Review Liquidation Analysis in Disclosure Statement (0.4); review draft of Confirmation Brief section on Best Interests of Creditors test (0.2); draft insert to Tom Allison Declaration for Best Interests Test and circulate for comments (2.6); phone conference with M. Haftl and J. Atkinson on Tom Allison Declaration section on Best Interests Test (0.4); review e-mails from T. Allison on Best Interests Test issues (0.3). |
| 12/13/06 E Monson | .70 Review numerous e-mails regarding confirmation brief issues. |
| 12/13/06 E Monson | .30 Review draft argument on prepaid interest and forward to B. D. Wride. |

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/13/06 E Monson          2.40 Work on confirmation brief.

12/13/06 S Strong           .50 Review voice message from S. Ostrow of
                                 Liberty Bank regarding confirmation objection
                                 (0.1); review Liberty Banks confirmation
                                 objection (0.2); telephone conference with S.
                                 Ostrow regarding same (0.2).

12/13/06 S Strong           .90 Work on Declaration in support of plan
                                 confirmation (0.9).

12/13/06 S Strong          1.40 Work on PBGC objection issues (0.3); review
                                 email from E. Barnes of PBGC regarding proposed
                                 language to resolve objection (0.2); email to
                                 E. Barnes regarding same (0.1); email to
                                 committees regarding PBGCs proposed language
                                 (0.1); review email from E. Karasik regarding
                                 same (0.1); telephone conference with E. Barnes
                                 regarding same (0.2); further analysis of PBGC
                                 proposed language and possible alternatives to
                                 same (0.4).

12/13/06 S Strong           .20 Review email from A. Parlen regarding unsealing
                                 bid allocation agreement (0.1); email to A.
                                 Parlen regarding same (0.1).

12/13/06 S Strong           .20 Exchange emails with J. Miller regarding BMC
                                 declarations regarding plan solicitation and
                                 balloting (.2).

12/13/06 S Strong          1.00 Review email from E. Karasik regarding same
                                 (0.1); review and analysis of issues to be
                                 addressed (0.7); email to E. Karasik regarding
                                 issues to be addressed by debtors (0.2).

12/13/06 S Strong           .30 Follow-up on liquidation analysis and
                                 development of declaration regarding same (.3).

12/13/06 S Strong           .60 Review landlords limited plan objections
                                 (0.2); review email from J. Atkinson regarding
                                 same (0.1); study treatment of proposed cure
                                 payments to landlord (0.2); email to J.
                                 Atkinson and J. McPherson regarding same (0.1).

12/13/06 S Strong           .30 Review D. Cangelosi objections to confirmation
                                 and authorities cited (0.3).

Client No. 34585                                              Page:   15
Debtor USA Commercial Mortgage Co., et al.            January 19, 2007

12/13/06 S Strong        .30 Work on legal research for confirmation issues
                             (0.3).

12/13/06 S Strong       1.70 Work on reply brief to address confirmation
                             objections (1.7).

12/13/06 B Wride        8.00 Make and circulate revisions to Allison
                             declaration.

12/13/06 C Hurst         .60 Research on 1126(e) motions regarding voting
                             designations.

12/14/06 S Cummings     1.00 Analysis of court's discretion to grant
                             setoff.

12/14/06 S Cummings     1.80 Analysis of preservation of setoff right
                             issues under 553(a).

12/14/06 S Cummings     2.30 Continued analysis of confirmation standards
                             under section 1129.

12/14/06 S Cummings     2.00 Review and revision of reply brief in support
                             of confirmation.

12/14/06 S Cummings     1.30 Preparation of brief in reply to objections
                             to confirmation.

12/14/06 P Hunt        10.00 Continue to draft and revise T. Allison
                             declaration (5.1); edit confirmation brief and
                             incorporate sale materials (1.0); conference
                             call with Committee regarding confirmation
                             brief issues (.4); revise confirmation brief
                             with T. Allison declaration inserts, cites ad
                             updated information (2.3); read background
                             information on sale regarding T. allison
                             declaration (1.2).

12/14/06 A Jarvis        .30 Correspondence on Liberty Bank discussions.

12/14/06 A Jarvis        .30 Correspondence on recoupment/setoff issues.

12/14/06 A Jarvis        .30 Correspondence on balloting issues.

12/14/06 A Jarvis        .20 Correspondence on sale language for
                             confirmation order.

12/14/06 A Jarvis        .20 Correspondence on resolution of objection of
                             Liberty Bank.

Client No. 34585                                        Page:   16
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

12/14/06 A Jarvis        .50 Review arguments on plan brief.

12/14/06 A Jarvis        .30 Analyze various confirmation issues, arguments.

12/14/06 A Jarvis       1.50 Work on confirmation brief, evidence.

12/14/06 A Jarvis       2.50 Review case law and draft revisions to
                             confirmation brief.

12/14/06 B Kotter       2.70 Work on confirmation reply brief.

12/14/06 D Monson       4.80 Revise Declaration of Tom Allison in Support of
                             Confirmation (0.3); multiple revisions to
                             section of Declaration of Tom Allison on Best
                             Interests Tests and circulate for comments
                             (3.2); e-mails to J. Atkinson and M. Haftl on
                             changes to Best Interests Test adjusted
                             calculations (0.4); phone call from M. Haftl on
                             Declaration of Tom Allison (0.2); phone
                             conference with J. Atkinson and M. Haftl on
                             Declaration of Tom Allison in Support of
                             Confirmation (0.5); phone call from J. Atkinson
                             on Declaration of Tom Allison on Confirmation
                             issues (0.2).

12/14/06 E Monson        .40 Participate in conference call with committee
                             on issues on confirmation brief.

12/14/06 E Monson       2.90 Review numerous e-mails on confirmation brief
                             and work on confirmation issues revised
                             therein.

12/14/06 E Monson        .20 Send release language to N. Peterman for
                             review relating to confirmation.

12/14/06 E Monson        .30 Review issues on cancellation of LSA and
                             e-mail from T. Allison.

12/14/06 E Monson        .40 Review Plan and Disclosure Statements regarding
                             treatment of non-insider litigation.

12/14/06 S Strong        .30 Revise recoupment/offset arguments in support
                             of confirmation (0.3).

Client No. 34585                                      Page:   17
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


12/14/06 S Strong       4.10 Exchange emails with C. Carlyon and R. Charles
                             regarding committees inserts to Reply Brief
                             regarding confirmation (0.3); continue drafting
                             and revising Reply Brief to address objections
                             to confirmation (3.8).

12/14/06 S Strong        .70 Review and analyze latest balloting report
                             (0.7).

12/14/06 S Strong        .60 Analysis of information from S. Smith regarding
                             prepaid interest and diverted principal (0.4);
                             review prepaid interest discussion in
                             declaration in support of confirmation (0.2).

12/14/06 S Strong        .50 Review email from S. Ostrow regarding Libertys
                             objection to plan and proposed language to
                             resolve same (0.4); email to committees
                             regarding same (0.1).

12/14/06 S Strong       2.10 Review various inserts from committees for
                             Reply brief and continue drafting and revising
                             Reply to incorporate same (2.1).

12/14/06 S Strong        .30 Review Compass declaration in support of
                             confirmation (0.3).

12/14/06 S Strong        .40 Review Libertys rule 3018 (0.4).

12/14/06 S Strong        .40 Revise draft of main brief in support of
                             confirmation and declaration in support of
                             confirmation (0.4).

12/14/06 S Strong       1.10 Review and revise draft of reply brief in
                             support of confirmation (0.9); circulate draft
                             to committees and Mesirow with comments (0.2).

12/14/06 B Wride        9.90 Work on prepaid interest section of Allison
                             declaration.

12/15/06 S Cummings     1.20 Continued review and revision of reply brief
                             in support of confirmation.

12/15/06 S Cummings     1.60 Continued review and revision of brief in
                             reply to objections.

12/15/06 S Cummings     1.00 Continued analysis of confirmation standards
                             under section 1129.

Client No. 34585                                    Page:   18
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/15/06 S Cummings     .70 Review of updated voting tabulation summary.

12/15/06 S Cummings     .30 Review and revision of Allison declaration in
                            support of confirmation brief.

12/15/06 S Cummings    1.70 Continued analysis of recoupment versus
                            setoff issues.

12/15/06 S Cummings    1.20 Analysis of claim impairment issues.

12/15/06 P Hunt       15.50 Draft sale portion of T. Allison declaration
                            and edit same (3.0); memorandum regarding T.
                            Allison declaration issues (.7); include and
                            revise compromise section of T. Allison
                            declaration (.8); revise T. Allison declaration
                            on 1129 standards given updated vote report --
                            class A-4 cram down issues (1.2); revise T.
                            Allison declaration (1.3); revise T. Allison
                            declaration with comments from S. Smith (.4);
                            further revisions to declaration (.3); update
                            confirmation brief with sale and settlement
                            portions of T. Allison declaration (3.0) revise
                            confirmation brief with new voting results for
                            Class A-4 cram down (.6); read Committees'
                            comments on brief (.5); incorporate Committees'
                            comments in confirmation brief (2.1); final
                            proof and preparation of confirmation brief
                            (1.4).

12/15/06 A Jarvis      2.10 Review and revise declaration of T. Allison
                            in support of confirmation.

12/15/06 A Jarvis      1.50 Work on T. Allison declaration in support of
                            confirmation and brief in support of
                            confirmation.

12/15/06 A Jarvis       .50 Correspondence on declaration of D. Blatt.

12/15/06 A Jarvis       .30 Telephone conference with J. Hermann and M.
                            Levinson regarding comments on reply brief.

12/15/06 A Jarvis      9.80 Work on and revise confirmation brief,
                            declaration of T. Allison, reply brief and
                            correspondence regarding same.

12/15/06 A Jarvis       .40 Conference with committees regarding comments
                            on confirmation brief and reply brief.

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/15/06 B Kotter          1.10  Revise Declaration of Service and e-mail
                                 exchange with BMC regarding declaration (1.0);
                                 e-mail final declaration to local counsel for
                                 filing (.1).

12/15/06 B Kotter          1.60  Work on Tom Allison declaration (1.4); e-mail
                                 to local counsel for filing (.2).

12/15/06 B Kotter          1.20  Work on confirmation brief (.8); assist with
                                 local counsel filing (.4).

12/15/06 B Kotter         10.60  Work on reply brief in support of
                                 confirmation (including incorporating
                                 comments from multiple committee counsel) and
                                 conducting legal research and responding to
                                 objections (10.3); e-mail to local counsel
                                 for filing (.3).

12/15/06 B Kotter           .60  Review of voting affidavit from BMC.

12/15/06 D Monson          6.10  Revise Allison Declaration (2.7); review
                                 e-mails from M. Haftl on Best Interests Test
                                 Section of Declaration of Tom Allison, and
                                 forward section from Declaration to M. Haftl
                                 (0.2); phone calls from M. Haftl and J.
                                 Atkinson on Tom Allison Declaration (0.7);
                                 finalize section of Tom Allison Declaration on
                                 Best Interests Test (2.5).

12/15/06 E Monson          6.10  Work on confirmation brief and getting it
                                 proofed and finalized.

12/15/06 E Monson           .80  Participate in portions of conference call
                                 with Committee counsel regarding confirmation
                                 brief.

12/15/06 S Strong           .60  Exchange emails with J. Miller regarding BMC
                                 declarations regarding confirmation and witness
                                 needed for confirmation hearing (0.3);
                                 telephone conference with J. Miller regarding
                                 same (0.1); telephone conference with J. Miller
                                 Jarvis regarding same (0.2).

12/15/06 S Strong           .90  Review revised drafts of inserts from
                                 committees for confirmation reply brief (0.9).

Client No. 34585                                    Page:    20
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/15/06 S Strong    1.00 Telephone conference with S. Ostrow of Liberty
                          Bank regarding its plan objection and R. 3018
                          motion (0.3); exchange emails with committees
                          regarding proposed resolution of same (0.3);
                          review and revise draft of same (0.4).

12/15/06 S Strong     .60 Telephone conference with E. Barnes of PBGC
                          regarding plan objection and possible
                          resolution (0.2); draft proposed language to
                          resolve PBGC objection (0.4).

12/15/06 S Strong    1.40 Review emails from R. Charles and E. Karasik
                          regarding sale proceeds allocation and
                          discussion of same in main brief regarding
                          confirmation (0.8); review and analyze further
                          emails from C. Carlyon, M. Levinson, C. Pajak
                          and F. Merola regarding same (0.2); work on
                          alternative language describing unsettled
                          issues regarding bid allocation (0.4).

12/15/06 S Strong    1.20 Exchange messages with A. Brumby regarding
                          Standard Propertys plan objection and possible
                          resolution (0.3); email to committees regarding
                          same (0.1); work on suggested language to
                          resolve objection (0.6); exchange emails with
                          L. Schwartzer regarding same (0.1); email to A.
                          Brumby regarding same (0.1).

12/15/06 S Strong     .70 Review and analysis of updated balloting report
                          from BMC (0.4); telephone conference with J.
                          Miller and S. Kjontvedt regarding balloting
                          issues (0.3).

12/15/06 S Strong     .70 Review voice message from V. Nelson regarding
                          possible R. 3018 motion for D. Bunch claim and
                          ballot (0.1); email to committees regarding
                          same (0.1); review responses from committees
                          regarding same (0.3); telephone conference with
                          V. Nelson regarding expedited hearing on D.
                          Bunch R. 3018 motion and related issues (0.2).

12/15/06 S Strong     .70 Review Liberty Banks Rule 3018 motion (0.2);
                          exchange emails with E. Karasik regarding same
                          (0.1); email to S. Ostrow regarding same (0.1);
                          telephone conference with him regarding
                          agreement concerning withdrawals of claim
                          objection, plan objection and ballot (0.2);
                          email to committees regarding same (0.1).

Client No. 34585                                                    Page:   21
Debtor USA Commercial Mortgage Co., et al.                         January 19, 2007

12/15/06 S Strong          .70 Review drafts of BMC declarations regarding
                               solicitation materials and balloting results
                               (0.5); telephone conference with J. Miller
                               regarding same (0.2).

12/15/06 S Strong          .50 Work on further edits to Brief in Chief on
                               confirmation (0.5).

12/15/06 S Strong          .50 Edit T. Allison declaration in support of
                               confirmation (0.5).

12/15/06 S Strong         2.50 Continue finalizing Reply Brief regarding
                               confirmation (1.1); circulate revised draft
                               to committees (0.1); telephone conference
                               with M. Levinson and A. W. Jarvis regarding
                               further edits to same (0.2); make final edits
                               to Reply Brief (0.6); assemble exhibits
                               thereto and exchange emails with E. Karasik
                               regarding same (0.3); exchange emails with
                               local counsel regarding filing of same (0.2).

12/15/06 A Tsu            4.40 Reviewing and editing memorandum of points and
                               authorities in support of confirmation of
                               debtors third amended joint plan of
                               reorganization.

12/15/06 B Wride        10.10 Work on Allison declaration for confirmation
                               hearing.

12/15/06 C Hurst         3.10 Coordinate and work on pulling, organizing and
                               indexing case cites from Debtors' memorandum in
                               support of confirmation, reply to objections
                               and objections made to confirmation and
                               otherwise assist with preparation for
                               confirmation hearing.

12/16/06 A Jarvis        2.50 Prepare for hearing on confirmation including
                               reviewing objections and reading case law.

12/16/06 S Strong          .50 Work on exhibit to declaration supporting
                               confirmation and ensuring proper exhibit was
                               filed (.5).

12/16/06 S Strong          .10 Exchange emails with A. W. Jarvis and J.
                               Miller regarding conference call tomorrow
                               concerning BMC solicitation and balloting
                               evidence (.1).