Client No. 34585                                            Page:    22
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007

12/16/06 B Wride        4.00  Review correspondence regarding evidence for
                              confirmation hearing (.5); review exhibits
                              prepared by S. Smith to determine which cases
                              should be submitted regarding evidence and
                              confirmation hearing (2.0); prepare errata to
                              Allison declaration and circulate to counsel
                              (1.5).

12/17/06 P Hunt          .60  Read Committee correspondence regarding
                              confirmation issues (.6).

12/17/06 A Jarvis        .40  Correspondence with Compass and client on
                              executory contracts to be rejected.

12/17/06 A Jarvis       1.30  Telephone conference with BMC regarding
                              voting tabulations.

12/17/06 A Jarvis        .80  Correspondence with client and committees
                              regarding voting tabulations, voting issues.

12/17/06 A Jarvis      10.40  Review objections, case law, analyze and
                              prepare for hearing on confirmation.

12/17/06 S Strong       2.00  Review and analysis of latest balloting
                              report from BMC (0.3); participate in
                              conference call with J. Miller and S.
                              Kjonvedt of BMC and A. W. Jarvis regarding
                              same (1.7).

12/18/06 S Cummings      .90  Review of recent filings entered on court
                              docket.

12/18/06 S Cummings     1.00  Review of updated voting tabulations
                              summaries.

12/18/06 P Hunt         8.60  Read correspondence to and from Committee
                              regarding disbursing agent agreements (.3);
                              draft USA Commercial Mortgage disbursing agent
                              agreement (1.2); draft First Trust Deed Fund
                              disbursement agent agreement, including review
                              and incorporation of plan provisions relevant
                              to same (2.6); draft USA Securities disbursing
                              agent agreement (.5); draft USA Realty
                              disbursing agent agreement (.5); conference
                              with M. Wallace regarding same (.1); email to

Client No. 34585                                            Page:   23
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007

                    Committee regarding same (.3); telephone
conference with M. Wallace regarding same (.1);
revise FTDF disbursing agent agreement with
comments from M. Wallace (.3); telephone
conference with M. Wallace regarding additional
FTDF comments (.1); incorporate FTDF comments
(.1); revise USACM agreement with S. Freeman's
comments (.3); revise notice of filing of
disbursing agent agreements and finalize same
(.5); email to Committees regarding same (.1);
email regarding filing same (.1); read emails
from UCC Committee regarding additional
comments on agent agreements (.2); telephone
conference with L. Schwartzer regarding filing
of disbursing agent agreements and revision of
notice of filing per UCC comments (.2); email
to S. Freeman regarding disbursing agent
agreements (.3); review S. Freeman's comments
regarding same (.6); read email from S. Freeman
regarding disbursing agent agreement and
telephone conference with same (.2).

| | | |
|---|---|---|
| 12/18/06 A Jarvis | .50 | Correspondence on voting issues. |
| 12/18/06 A Jarvis | 1.40 | Prepare for confirmation hearing, prepare exhibits regarding prepaid interest issues. |
| 12/18/06 A Jarvis | 2.80 | Review objections, case law in preparation for confirmation hearing. |
| 12/18/06 A Jarvis | 1.50 | Review objections, case law in preparation for confirmation hearing. |
| 12/18/06 A Jarvis | 7.60 | Review objections, caselaw and outline arguments in preparation for confirmation hearing. |
| 12/18/06 B Kotter | 4.00 | Draft Notice of filing for disbursing agent (.4) and for filing of 2004 examination transcripts (.5); e-mail to local counsel for filing (.2); assist in gathering document and hearing binders for confirmation hearing (1.2); draft revised schedule of executory contracts (.8); review final voting affidavit (.4); assist in filing disbursing agent agreements (.2); phone call with local counsel regarding filings and confirmation hearing (.4); e-mail |

Client No. 34585                                    Page:    24
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

                           exchange with A. W. Jarvis regarding hearing
                           preparation (.3).

| | | |
|---|---|---|
| 12/18/06 E Monson | 2.00 | Participate in meeting with committee counsel to prepare for confirmation hearing. |
| 12/18/06 E Monson | 3.80 | Assist in Debtors' preparations for confirmation hearing. |
| 12/18/06 S Strong | .50 | Follow-up on errata to Allison declaration (0.2); review errata and exhibit (0.2); email to local counsel transmitting same with filing instructions (0.1). |
| 12/18/06 S Strong | .80 | Review and analysis of signed balloting report of BMC (0.8). |
| 12/18/06 S Strong | .30 | Review BMCs declaration regarding service of solicitation documents (0.3). |
| 12/18/06 S Strong | .40 | Work on revised executory contracts schedule needed (0.3); review prior notice of filing of executory contracts to be assumed (0.1). |
| 12/18/06 S Strong | .90 | Analyze Standard Propertys position on reservation of rights under Plan (0.1); email to committees regarding same (0.1); review responses from committees regarding same (0.1); email to G. Davis of Compass regarding same (0.1); telephone conference with A. Brumby of SP regarding same (0.3); review response of G. Davis regarding same (0.1); further telephone conference with A. Brumby regarding same (0.1). |
| 12/18/06 S Strong | .20 | Exchange emails with S. Ostrow regarding Libertys withdrawal of R. 3018 motion (0.1); exchange emails with R. Charles regarding Libertys withdrawal of plan objection based on agreed clarifying language (0.1). |
| 12/18/06 S Strong | .80 | Exchange emails with J. Chubb regarding debtors objection to Kehl claims and negotiation of temporary allowance for voting purposes of Kehl-related claims (0.6); exchange follow-up emails with J. Chubb to confirm agreement regarding same (0.2). |

Client No. 34585                                      Page:   25
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

12/18/06 S Strong        1.70 Analysis of confirmation objections and issues
                              (1.7).

12/18/06 S Strong        1.00 Meet with T. Allison, S. Smith, J. Atkinson,
                              A. W. Jarvis and E. A. Monson to discuss
                              confirmation issues and arguments for
                              tomorrows hearing (1.).

12/18/06 S Strong         .30 Follow-up on Kehl claims and ballots (0.2);
                              review email with details regarding same (0.1).

12/18/06 S Strong         .60 Review current draft of proposed findings and
                              order regarding confirmation (0.4); email to
                              A. Parlen regarding PBGC, Standard Property,
                              and Liberty Bank confirmation objections and
                              clarifications requested (0.2).

12/18/06 S Strong         .30 Follow-up on filing of disbursement agency
                              agreements (0.3).

12/18/06 S Strong        2.70 Prepare evidentiary documents for confirmation
                              hearing tomorrow (2.7).

12/18/06 B Wride         9.20 Finalize and file errata to Allison declaration
                              (1.3); prepare outline of legal argument
                              regarding prepaid interest for confirmation
                              hearing (3.9); gather evidence and documents
                              for use at confirmation hearing (2.0); review
                              prior Allison declarations in connection with
                              objections to confirmation hearing (2.0).

12/18/06 C Hurst         3.90 Assist with final preparation for
                              confirmation hearing (pulling case cites;
                              preparing, updating hearing binders).

12/19/06 S Cummings       .80 Continued review and analysis of recent
                              bankruptcy court filings.

12/19/06 P Hunt           .70 Review final correspondence on plan
                              confirmation issues (.5); plan follow-up on
                              provisions dealing with retention of documents
                              necessary for SEC (.2).

12/19/06 A Jarvis        1.50 Prepare arguments and exhibits for
                              confirmation hearing.

12/19/06 A Jarvis        9.00 Attend and argue at confirmation hearing.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:   26
January 19, 2007

| 12/19/06 A Jarvis | 1.00 | Correspondence regarding plan confirmation issues, order. |
|---|---|---|

| 12/19/06 A Jarvis | 5.60 | Research caselaw on procedural issues and prepare arguments for confirmation. |
|---|---|---|

| 12/19/06 B Kotter | 4.30 | Follow-up on service declaration (.4); e-mail local counsel to correct docket filing (.2); review proposed order and findings and conclusion (1.4); e-mail to A. Parlen with comments on the proposed order (.6); e-mail exchange with A. Parlen regarding language in proposed order (.3); continued review of Order (1.4). |
|---|---|---|

| 12/19/06 E Monson | 7.50 | Attend confirmation hearing. |
|---|---|---|

| 12/19/06 E Monson | .50 | Additional discussions with client regarding confirmation hearing. |
|---|---|---|

| 12/19/06 E Monson | .60 | Assist in preparations for hearing. |
|---|---|---|

| 12/19/06 E Monson | 1.70 | Participate in Trust hearing meeting with Committee counsel. |
|---|---|---|

| 12/19/06 S Strong | .60 | Review BMCs affidavit of service regarding plan solicitation documents and attached exhibits (0.6). |
|---|---|---|

| 12/19/06 S Strong | .30 | Telephone conference with A. Brumby regarding confirmation hearings schedule and SPDs limited objection to confirmation (0.3). |
|---|---|---|

| 12/19/06 S Strong | .40 | Review proposed confirmation order and language to resolve certain limited objections (0.4). |
|---|---|---|

| 12/19/06 S Strong | 1.60 | Assist in preparations for confirmation hearings (1.6). |
|---|---|---|

| 12/19/06 S Strong | 7.80 | Attend and assist at hearings on plan confirmation and related matters (7.8). |
|---|---|---|

| 12/19/06 S Strong | .20 | Exchange emails with J. Miller regarding solicitation costs (.2). |
|---|---|---|

| 12/19/06 S Strong | 1.30 | Assist in continuing preparations regarding issues and strategies for tomorrows continued hearing on plan confirmation (1.3). |
|---|---|---|

Client No. 34585                                                    Page:   27
Debtor USA Commercial Mortgage Co., et al.                         January 19, 2007

| | | |
|---|---|---|
| 12/19/06 S Strong | 3.40 | Work on issues to research for supplemental confirmation arguments to present at tomorrows continued confirmation hearing (0.3); conduct legal research of various supplemental plan confirmation issues (3.1). |
| 12/19/06 S Strong | .70 | Review revised drafts of proposed findings and proposed confirmation order (.7). |
| 12/19/06 B Wride | 2.00 | Gather evidence regarding prepaid interest for continuation of confirmation hearing. |
| 12/20/06 S Cummings | .50 | Continued analysis of attorney-client privilege issues. |
| 12/20/06 S Cummings | .50 | Continued review and analysis of recent bankruptcy court filings. |
| 12/20/06 P Hunt | .30 | Read and analyze Committee correspondence on document custody issues (.3). |
| 12/20/06 P Hunt | 2.60 | Read correspondence on confirmation order issues and respond to same (.5); work on disbursing agent issues and confirmation order issues (.5); revise confirmation order and findings and comment on same (1.6) |
| 12/20/06 A Jarvis | 2.70 | Prepare for additional argument for confirmation hearing. |
| 12/20/06 A Jarvis | 2.00 | Attend confirmation hearing and discussions thereafter. |
| 12/20/06 A Jarvis | .70 | Work on order and findings of fact and conclusions of law for confirmation. |
| 12/20/06 A Jarvis | 2.90 | Work on order and findings of fact and conclusions of law for confirmation and conference with S. Smith regarding same. |
| 12/20/06 A Jarvis | 2.40 | Finish comments on order and findings of fact and conclusions of law and draft memo, correspondence regarding same. |

Client No. 34585                                           Page:   28
Debtor USA Commercial Mortgage Co., et al.                 January 19, 2007


12/20/06 B Kotter          2.20 Follow-up on plan issues arising out of hearing
                                (.6); e-mail A. Parlen to obtain copy of draft
                                order (.1); review order (.8); draft e-mail to
                                BMC requesting revised balloting report (.4);
                                phone call and follow up e-mail with C. Pajak
                                regarding T. Allison declaration for proposed
                                order (.3).

12/20/06 E Monson          1.00 Assist in preparations for continued
                                confirmation hearing.

12/20/06 E Monson          1.70 Attend continued confirmation hearing.

12/20/06 E Monson          2.00 Work on follow up conference issues,
                                including issues relating to conference order.

12/20/06 S Strong          1.80 Prepare supplemental arguments and materials
                                for continued hearing on confirmation (1.8).

12/20/06 S Strong          1.10 Review and edit proposed order regarding
                                confirmation (0.8); review email from C.
                                Pajak regarding same (0.1); telephone
                                conference with C. Pajak regarding same (0.2).

12/20/06 S Strong           .40 Preparations for continued hearing on
                                confirmation (.4).

12/20/06 S Strong          1.80 Attend and participant in continued hearing
                                and rulings on confirmation of plan,
                                including negotiations with PBGC regarding
                                confirmation issue (1.8).

12/20/06 S Strong          1.20 Analysis of confirmation ruling and relating
                                issues for proposed order regarding same (1.2).

12/20/06 S Strong          1.10 Participate in hearing on D. Bunch rule 3018
                                motion regarding plan ballot (0.7); analyze
                                same (0.4).

12/20/06 S Strong          1.60 Further analysis of confirmation ruling, issues
                                for proposed order and finding, and transition
                                issues.

12/20/06 S Strong           .60 Further analysis of Rule 3018 issues (0.6).

12/21/06 S Cummings        2.60 Preparation of supplemental affidavit of BMC.

Client No. 34585                                          Page:   29
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/21/06 P Hunt       1.10 Read correspondence regarding confirmation
                           order (.5); conference call with Committees
                           regarding plan confirmation order (left early)
                           (.6).

12/21/06 P Hunt       7.90 Read and comment on confirmation order issues
                           (.5); correspondence regarding disbursing agent
                           agreements (.5); read multiple emails from
                           Committees on disbursing agent agreements (.5);
                           revise disbursing agent agreements with
                           comments from Committees (1.3); draft notice of
                           filing of disbursing agent agreements (.7);
                           emails to Committees regarding same (.4);
                           conference with S. Freeman regarding same (.1);
                           further edits to disbursing agent agreements
                           with S. Freeman and FTDF Committee comments
                           (2.7); revise notice of filing regarding
                           disbursing agent agreements (.2);
                           correspondence with Committees regarding same
                           (.4); conferences with L. Schwartzer's office
                           regarding notice of filing and disbursing agent
                           agreements (.2); review correspondence from S.
                           Freeman regarding disbursing agent agreements
                           and filing and respond to same (.3); conference
                           with L. Schwartzer's office regarding same
                           (.1).

12/21/06 A Jarvis     1.00 Review confirmation order and comment on same.

12/21/06 A Jarvis     2.50 Conference call with Committees on comments
                           to confirmation order.

12/21/06 A Jarvis      .40 Correspondence on disbursing agent agreements.

12/21/06 A Jarvis      .30 Correspondence on Lerin Hills.

12/21/06 A Jarvis      .30 Correspondence on disbursing agent agreements.

12/21/06 B Kotter      .70 Phone call with J. Reed regarding APA (.2);
                           locate and e-mail final signed APA (.3);
                           review docket to confirm proper filing (.2).

12/21/06 B Kotter      .30 Review e-mail exchange on various alternative
                           balloting scenarios from BMC.

12/21/06 E Monson     1.10 Review numerous e-mails regarding issues
                           involving confirmation order.

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    30
January 19, 2007

| | | |
|---|---|---|
| 12/21/06 S Strong | 1.60 | Further analysis of balloting on Plan (0.6); exchange emails with J. Miller regarding same (0.1); analyze need regarding revised balloting report (0.3); draft email to committees regarding same (0.2); review and edit draft of supplement affidavit regarding balloting (0.4). |
| 12/21/06 S Strong | .80 | Review and analysis of drafts of proposed findings and order regarding confirmation of plan (.8). |
| 12/21/06 S Strong | .80 | Review and analysis of drafts of disbursing agency agreements and related emails (0.8). |
| 12/21/06 S Strong | 1.60 | Review revised drafts of proposed findings and order regarding confirmation (0.6); telephone conference with J. McPherson regarding courts order shortening objection period for proposed order and related matters (0.4); review prior drafts of same and prepare redline for circulation to all objectors and other parties in interest (0.3); exchange emails with J. McPherson regarding same (0.1); exchange emails with L. Dorsey regarding circulation of proposed findings and order (0.1); review email circulating same (0.1). |
| 12/21/06 B Wride | 2.80 | Gather and organize legal research documents for any possible appeal. |
| 12/22/06 P Hunt | 1.30 | Read and respond to correspondence regarding disbursing agent agreements (.6); revise agreement with S. Freeman's comments (.2); further review of correspondence regarding same (.5). |
| 12/22/06 P Hunt | 1.90 | Draft correspondence to Committees regarding filing of disbursing agent agreements (.3); edit disbursing agent agreements and filing notice with final comments (.8); finalize same for filing (.5); arrange for filing with local counsel (.3). |
| 12/22/06 A Jarvis | .40 | Correspondence on disbursing agent agreements. |
| 12/22/06 A Jarvis | .60 | Correspondence on resolution of issues in confirmation order. |

Client No. 34585                                      Page:   31
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007

12/22/06 A Jarvis        .30 Correspondence with Compass on confirmation
                             order.

12/22/06 A Jarvis        .30 Correspondence with Standard Properties on
                             confirmation order.

12/22/06 A Jarvis        .40 Correspondence with client on confirmation
                             order.

12/22/06 B Kotter        .40 Review e-mail from R. Charles with comments
                             to prepared confirmation order (.1); review
                             e-mails from various parties objecting to the
                             proposed form of confirmation order (.3).

12/22/06 E Monson        .70 Review numerous e-mails regarding issues on
                             conference order.

12/22/06 E Monson        .60 Review e-mails from M. Levinson regarding
                             issues involving HMA Sales and sale of Royal
                             Hotel.

12/22/06 S Strong        .60 Review and analyze email from A. Brumby
                             regarding confirmation order language (0.4);
                             telephone conference with G. Davis regarding
                             same (0.2).

12/22/06 S Strong       1.30 Review various emails and edits regarding
                             proposed confirmation order and findings (0.6);
                             exchange voice messages with  E. Karasik
                             regarding same (0.1); telephone conference with
                             C. Pajak regarding same (0.2); telephone
                             conference with G. Davis regarding same (0.2);
                             telephone conference with G. Garman regarding
                             same (0.2).

12/22/06 S Strong        .40 Exchange emails with S. Smith regarding
                             proposed confirmation order issues (0.2);
                             analyze proposed order (0.2).

12/22/06 S Strong        .20 Exchange emails with J. Eggeman regarding
                             PBCGs approval of confirmation order
                             language (0.1); exchange emails with L.
                             Schwartzer regarding same (0.1).

12/23/06 A Jarvis        .40 Calls to A. Brumby and G. Davis regarding
                             confirmation order and correspondence
                             regarding same.

Client No. 34585                                    Page:    32
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/23/06 A Jarvis      .20 Telephone conference with Standard regarding
                           confirmation order issues.

12/23/06 A Jarvis      .20 Correspondence on disbursing agent agreements.

12/23/06 A Jarvis      .80 Correspondence on remaining issues in
                           confirmation order, description of open
                           issues.

12/26/06 A Jarvis      .20 Telephone calls to G. Davis regarding
                           confirmation order.

12/26/06 A Jarvis      .40 Correspondence on confirmation order.

12/26/06 A Jarvis      .10 Telephone call to A. Brumby regarding
                           resolutions of issues on confirmation order.

12/26/06 A Jarvis      .20 Correspondence on ADR Agreement.

12/26/06 E Monson      .20 Review additional e-mails from J. Chubb
                           regarding direct lender supplement and ADR
                           procedures.

12/27/06 A Jarvis      .30 Correspondence with committees and Compass
                           regarding confirmation order.

12/27/06 A Jarvis      .40 Telephone conference with A. Brumby regarding
                           resolution of confirmation order issues.

12/27/06 A Jarvis      .40 Conference call with committees regarding
                           resolution of remaining issues on
                           confirmation order.

12/27/06 A Jarvis      .40 Telephone conference with S. Smith regarding
                           transition issues, confirmation order.

12/27/06 A Jarvis      .40 Revise confirmation order and circulate same
                           for comment.

12/27/06 A Jarvis      .30 Correspondence with client on confirmation
                           order.

12/27/06 A Jarvis      .30 Further correspondence on revisions to
                           confirmation order.

12/27/06 B Kotter      .70 Review ADR Agreement procedures (.4); respond
                           to e-mails from J. Chubb regarding ADR
                           procedures (.3).

Client No. 34585                                         Page:   33
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


12/27/06 B Kotter        .30 Review of e-mails from local counsel
                             regarding filings and objections to proposed
                             order.

12/27/06 E Monson        .60 Review numerous e-mails regarding confirmation
                             order and edit proposed order.

12/27/06 E Monson        .10 Draft e-mail to J. Chubb regarding Kehl
                             hearing.

12/28/06 A Jarvis        .70 Correspondence with Compass on confirmation
                             order.

12/28/06 A Jarvis        .60 Correspondence with Standard Properties
                             regarding confirmation order.

12/28/06 A Jarvis        .50 Correspondence with Committees on
                             confirmation order.

12/28/06 A Jarvis        .50 Correspondence and review regarding changes
                             requested by Direct Lenders Committee to
                             confirmation order.

12/28/06 A Jarvis        .80 Draft revisions to confirmation order.

12/28/06 B Kotter        .30 Review of e-mails from local counsel
                             providing notice of filings.

12/28/06 E Monson        .50 Work on changes to confirmation order.

12/29/06 A Jarvis        .50 Telephone call with Andy Brumby regarding
                             resolution of Standard Development issues
                             with confirmation order and correspondence
                             regarding same.

12/29/06 A Jarvis        .60 Correspondence with committees on
                             confirmation order.

12/29/06 A Jarvis        .60 Correspondence with Compass regarding
                             resolution of issues with Standard
                             Development on confirmation order.

12/29/06 A Jarvis        .20 Correspondence on transcript of confirmation
                             hearing.

12/29/06 A Jarvis       1.00 Preparation of final confirmation order and
                             revise for circulation.

Client No. 34585                                      Page:    34
Debtor USA Commercial Mortgage Co., et al.           January 19, 2007


12/29/06 A Jarvis          .60 Correspondence with S. Smith regarding
                               release issues in confirmation order.

12/29/06 A Jarvis          .50 Correspondence with Committees regarding
                               release issues.

12/29/06 A Jarvis          .20 Correspondence with Compass on final
                               confirmation order.

12/29/06 A Jarvis          .40 Correspondence with Committees on final
                               confirmation order.

12/29/06 A Jarvis          .40 Correspondence regarding circulation and filing
                               of final confirmation order.

12/29/06 A Jarvis          .50 Further correspondence with Compass on direct
                               lender issues, circulation of confirmation
                               order.

12/29/06 A Jarvis          .20 Correspondence with Standard Development on
                               final confirmation order.

12/29/06 A Jarvis          .30 Correspondence with L. Schwartzer regarding
                               circulation of findings.

12/29/06 B Wride          1.00 Organize legal research for appeal purposes.

12/30/06 A Jarvis          .50 Correspondence with client on direct lender
                               issues.

12/30/06 A Jarvis          .40 Correspondence with co-counsel regarding
                               circulation of revised findings.

12/30/06 A Jarvis          .20 Correspondence regarding circulation of revised
                               findings.

12/31/06 A Jarvis          .30 Correspondence on filing of revised findings.


TOTAL FOR LEGAL SERVICES RENDERED                        $157,632.00

*"Exhibit K-10"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357355

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00013

**Tax Issues**

| | | |
|---|---|---|
| 12/01/06 K Applegate | .60 | Research on the liquidating trust and tax consequences (.1); obtain documents requested by KPMG on engagement of professionals (.3); forward and discuss with KPMG (.2). |
| 12/04/06 K Applegate | 1.90 | Calls to KPMG on the opinion letter for writing down the bad loans to obtain ordinary losses (.7); obtain documents to send to KPMG on providing profession service and discuss with associate (.8); continued calls to KPMG on required information (.4). |
| 12/05/06 K Applegate | 1.20 | Telephone calls with KPMG on the engagement letter (.6); review affidavit and list of creditors (.4); telephone calls to BCM for KPMG (.2). |
| 12/06/06 K Applegate | .30 | Work with KPMG on the opinion letter. |
| 12/07/06 K Applegate | 1.10 | Discussion with G. T. Snow on need for a formal opinion (.3); send various e-mails on tax opinion (.2); telephone calls to KPMG (.2); research Circular 230 (.3); begin review of additional PBGC objections (.1). |
| 12/08/06 K Applegate | 1.30 | Meeting with KPMG on the formal memorandum (.9); follow-up on memo (.4). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         January 19, 2007


12/12/06 K Applegate        .30 Evaluate status of KPMG legal counsel.

12/13/06 K Applegate        .40 Telephone calls to KPMG on the opinion letter.

12/14/06 K Applegate        .30 Respond to e-mails on KPMG project (.3).

12/15/06 K Applegate        .20 Work with KPMG on the formal opinion.

12/27/06 A Jarvis           .70 Correspondence on tax issues.


  TOTAL FOR LEGAL SERVICES RENDERED                      $2,082.50

*"Exhibit K-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No.  357357

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00015**

**Travel Time**

12/05/06 A Brinkerhoff 3.50 Travel to Las Vegas (3.5).

12/05/06 E Monson      4.00 Travel from Salt Lake to Las Vegas.

12/05/06 B Wride       8.20 Travel to (3.7) and from Las Vegas (4.4) for
                            meeting with S. Smith.

12/06/06 M Pugsley     6.00 Travel time to (3.3) and from Las Vegas (2.7).

12/06/06 S Strong      2.90 Travel from SLC to Las Vegas for meetings,
                            hearing, and auction (2.9).

12/06/06 S Waterman    2.20 Travel to Las Vegas.

12/07/06 S Strong      2.20 Return travel from Las Vegas to SLC
                            (non-working portion) (2.2).

12/07/06 S Waterman    2.90 Travel to Salt Lake from Las Vegas (non-working
                            portion).

12/08/06 A Brinkerhoff 3.80 Travel from Las Vegas to Salt Lake City (3.8).

12/08/06 E Monson      5.50 Travel from Las Vegas to Salt Lake.

12/14/06 M Pugsley     6.00 Travel to (3.1) and from Las Vegas (2.9).

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007

12/18/06 A Jarvis        2.00 Travel from Salt Lake City to Las Vegas for
                              hearing.

12/18/06 E Monson        5.00 Travel to Las Vegas.

12/18/06 S Strong        3.30 Travel from SLC to Las Vegas for confirmation
                              hearings (flight delayed -- non-working
                              portion of travel time) (3.3).

12/19/06 A Jarvis         .50 Travel to court for hearing.

12/19/06 A Jarvis         .50 Travel from court after hearing.

12/20/06 A Jarvis         .50 Travel to confirmation hearing.

12/20/06 A Jarvis         .50 Travel to offices after hearing.

12/20/06 S Strong        2.50 Return travel from Las Vegas to SLC after
                              hearings (non-billable portion) (2.5).

12/22/06 A Jarvis        4.00 Travel from Las Vegas to Salt Lake City after
                              hearing.

12/22/06 E Monson        4.00 Travel back to Salt Lake City from Las Vegas
                              after confirmation hearing (4.0).


TOTAL FOR LEGAL SERVICES RENDERED                       $9,275.50

*"Exhibit K-12"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357358

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00017

Regulatory Matters

| | | | |
|---|---|---|---|
| 12/01/06 | A Jarvis | .20 | Analyze issues regarding SEC issues. |
| 12/01/06 | M Pugsley | 5.20 | Conference call with Creditors committee (1.3); telephone conference with L. Dean regarding various issues (1.2); review documents for upcoming 2004 exams (1.2); conference call with Team (1.5). |
| 12/03/06 | A Jarvis | .90 | Gather information requested by SEC; e-mail to M. Pugsley regarding same. |
| 12/04/06 | A Jarvis | .60 | Correspondence with M. Pugsley and T. Allison regarding information requests from SEC. |
| 12/04/06 | A Jarvis | .30 | Correspondence regarding SEC issues. |
| 12/04/06 | A Jarvis | .30 | Correspondence on meeting with SEC. |
| 12/04/06 | M Pugsley | 8.40 | Correspondence with Team regarding SEC issues (.9); telephone conference with L. Dean (1.3); review Ashby Tax documents (2.6); setup meeting with SEC (.5); analyze U.S. Attorney issues (1.6); email review (1.5). |
| 12/05/06 | A Jarvis | .30 | Correspondence on SEC requests for information. |

Client No. 34585                                         Page:    2
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


12/05/06 M Pugsley      8.80 Draft email to J. Milanowskis counsel
                             regarding meeting in Las Vegas on December 14,
                             2006 (.3); prepare for meetings with U.S.
                             Attorney (3.7); telephone conference with L.
                             Dean regarding same (.9); review subpoenas and
                             other filings (1.1); prepare for exams (2.8).

12/08/06 M Pugsley      3.10 Telephone conference with Griffith regarding
                             various issues (.7); prepare for meeting with
                             SEC (1.7); review documents regarding auction
                             (.2); conference with M. Olson regarding bond
                             for USA Securities (.5).

12/13/06 M Pugsley      1.30 Prepare for meetings with SEC (1.0);
                             correspondence with L. Dean regarding same
                             (.3).

12/14/06 A Jarvis        .20 Correspondence on meeting with SEC.

12/14/06 M Pugsley      5.90 Prepare for and attend meetings with Mesirow
                             and SEC staff (5.9).

12/19/06 M Pugsley      2.20 Telephone conference with L. Dean regarding
                             meeting with T. Allison (.4); work on
                             document retention issues (1.8).

12/20/06 M Pugsley      5.70 Review proposed declaration (.4); conference
                             call with SEC regarding T. Allison
                             Declaration (3.8); review documents regarding
                             transaction (1.5).

12/21/06 M Pugsley      3.20 Review Milanowski's email (2.5); work on
                             document retention issues after confirmation
                             (.7).


TOTAL FOR LEGAL SERVICES RENDERED                           $11,832.00

# "Exhibit K-13"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357361

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00021

**Unsecured Creditors Committee Relations**

| | | |
|---|---|---|
| 12/01/06 A Jarvis | .45 | Conference call with committees regarding auction, plan, confirmation, claims issues (1.8). |
| 12/01/06 S Strong | .43 | Participate in conference call with debtors and committees professionals to discuss competing bids, plan confirmation issues, and issues concerning claims and claim objections (1.7). |
| 12/04/06 S Strong | .23 | Participate in conference call with debtors and committees professionals regarding competing bids, plan confirmation issues, and balloting issues (.9). |
| 12/05/06 A Jarvis | .12 | Conference call with committees regarding bidder qualification process (.5). |
| 12/05/06 A Jarvis | .13 | Telephone conference with Committees regarding qualification process (.5). |
| 12/05/06 A Jarvis | .10 | Draft memo to Committees regarding new development with bidder (.4). |
| 12/05/06 S Strong | .08 | Participate in conference call with debtors and committees professionals regarding competing bids and qualification process (.3). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          January 19, 2007


12/06/06 A Jarvis        .10 Correspondence with Committees regarding
                             consent to qualification of Compass upon
                             specified modifications being made in APA (.4).

12/06/06 S Strong        .50 Participate in meeting with debtors and
                             committees professionals regarding bidder
                             qualifications and auction issues (1.7);
                             further analysis regarding same (0.3).

12/06/06 S Waterman      .60 Conference with committees regarding sale
                             hearing structure and negotiations relative
                             thereto (2.4).

12/11/06 A Jarvis        .10 Conference call with Committees on balloting,
                             objections to claims, Rule 3018 motions (.4).

12/11/06 A Jarvis        .13 Conference call with Committees regarding
                             balloting issues, objections to claims,
                             confirmation issues (.5).

12/11/06 S Strong        .28 Participate in conference call with committees
                             and debtors professionals regarding
                             preliminary balloting results and claims filed
                             (0.4); participate in follow-up call with
                             committees and debtors professionals
                             regarding same (0.7).

12/12/06 S Strong        .28 Participate in conference call with debtors
                             and committees professionals regarding plan
                             confirmation issues (1.1).

12/13/06 A Jarvis        .57 Conference call with Committees on comments
                             on confirmation and reply briefs.

12/13/06 S Strong        .28 Participate in conference call with debtors
                             and committees professionals to review issues
                             and coordinate efforts for confirmation brief
                             and reply to confirmation objections (1.1).

12/14/06 S Strong        .10 Participate in conference call with debtors
                             and committees professionals regarding status
                             of Reply regarding confirmation (.4).

12/15/06 S Strong        .15 Participate in conference call with debtors
                             and committees professionals regarding final
                             edits to briefs in support of confirmation
                             (.6).

Client No. 34585                                        Page:     3
Debtor USA Commercial Mortgage Co., et al.             January 19, 2007

12/18/06 A Jarvis        .63 Meeting with committees regarding preparation
                             for confirmation hearing (2.5).

12/18/06 S Strong        .55 Participate in meeting with debtors and
                             committees professionals regarding
                             confirmation issues for tomorrows hearing
                             (2.2).

12/19/06 A Jarvis        .35 Meet with committees regarding plan
                             confirmation issues (1.4).

12/19/06 S Strong        .38 Meet with debtors and committees counsel to
                             discuss courts preliminary ruling on
                             confirmation and suggested alternatives for
                             treatment of prepaid interest as to plan
                             objectors (1.5).

12/21/06 S Strong        .63 Participate in conference call with debtors
                             and committees professionals regarding
                             proposed findings and order regarding
                             confirmation (2.5).

12/29/06 A Jarvis        .12 Conference call with Committees regarding final
                             order, findings of fact (.5).

TOTAL FOR LEGAL SERVICES RENDERED                          $2,018.50

# "Exhibit K-14"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357362

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 12/01/06 A Jarvis | .45 | Conference call with committees regarding auction, plan, confirmation, claims issues (1.8). |
| 12/01/06 S Strong | .42 | Participate in conference call with debtors and committees professionals to discuss competing bids, plan confirmation issues, and issues concerning claims and claim objections (1.7). |
| 12/04/06 S Strong | .22 | Participate in conference call with debtors and committees professionals regarding competing bids, plan confirmation issues, and balloting issues (.9). |
| 12/05/06 A Jarvis | .10 | Draft memo to Committees regarding new development with bidder (.4). |
| 12/05/06 A Jarvis | .13 | Telephone conference with Committees regarding qualification process (.5). |
| 12/05/06 A Jarvis | .12 | Conference call with committees regarding bidder qualification process (.5). |
| 12/05/06 S Strong | .07 | Participate in conference call with debtors and committees professionals regarding competing bids and qualification process (.3). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   January 19, 2007


12/06/06 A Jarvis        .10 Correspondence with Committees regarding
                             consent to qualification of Compass upon
                             specified modifications being made in APA (.4).

12/06/06 S Strong        .50 Participate in meeting with debtors and
                             committees professionals regarding bidder
                             qualifications and auction issues (1.7);
                             further analysis regarding same (0.3).

12/06/06 S Waterman      .60 Conference with committees regarding sale
                             hearing structure and negotiations relative
                             thereto (2.4).

12/11/06 A Jarvis        .10 Conference call with Committees on balloting,
                             objections to claims, Rule 3018 motions (.4).

12/11/06 A Jarvis        .13 Conference call with Committees regarding
                             balloting issues, objections to claims,
                             confirmation issues (.5).

12/11/06 S Strong        .27 Participate in conference call with committees
                             and debtors professionals regarding
                             preliminary balloting results and claims filed
                             (0.4); participate in follow-up call with
                             committees and debtors professionals
                             regarding same (0.7).

12/12/06 S Strong        .27 Participate in conference call with debtors
                             and committees professionals regarding plan
                             confirmation issues (1.1).

12/13/06 A Jarvis        .57 Conference call with Committees on comments on
                             confirmation and reply briefs.

12/13/06 S Strong        .27 Participate in conference call with debtors
                             and committees professionals to review issues
                             and coordinate efforts for confirmation brief
                             and reply to confirmation objections (1.1).

12/14/06 S Strong        .10 Participate in conference call with debtors
                             and committees professionals regarding
                             status of Reply regarding confirmation (.4).

12/15/06 S Strong        .15 Participate in conference call with debtors
                             and committees professionals regarding final
                             edits to briefs in support of confirmation
                             (.6).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007


12/18/06 A Jarvis       .63 Meeting with committees regarding preparation
                            for confirmation hearing (2.5).

12/18/06 S Strong       .55 Participate in meeting with debtors and
                            committees professionals regarding
                            confirmation issues for tomorrows hearing
                            (2.2).

12/19/06 A Jarvis       .35 Meet with committees regarding plan
                            confirmation issues (1.4).

12/19/06 S Strong       .37 Meet with debtors and committees counsel to
                            discuss courts preliminary ruling on
                            confirmation and suggested alternatives for
                            treatment of prepaid interest as to plan
                            objectors (1.5).

12/21/06 S Strong       .62 Participate in conference call with debtors
                            and committees professionals regarding
                            proposed findings and order regarding
                            confirmation (2.5).

12/29/06 A Jarvis       .70 Correspondence with Direct Lender Committee
                            and Compass on Direct Lender/Compass issue.

12/29/06 A Jarvis       .12 Conference call with Committees regarding final
                            order, findings of fact (.5).

12/30/06 A Jarvis       .10 Correspondence on direct lender issues.


  TOTAL FOR LEGAL SERVICES RENDERED                        $2,270.50