*"Exhibit K-15"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357356

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00014

Costs

Costs Advanced:

| | |
|---|---:|
| 12/07/06 Air Fare - - American Express | 349.60 |
| 12/07/06 Air Fare - - American Express | 162.30 |
| 12/07/06 Air Fare - - American Express | 286.10 |
| 12/20/06 Air Fare - - Bankcard Center | 211.31 |
| 12/20/06 Air Fare - - Bankcard Center | 80.00 |
| 12/20/06 Air Fare - - Bankcard Center | 320.11 |
| 12/20/06 Air Fare - - Bankcard Center | 320.11 |
| 12/20/06 Air Fare - - Bankcard Center | 146.81 |
| 12/20/06 Air Fare - - Bankcard Center | 169.10 |
| 12/20/06 Air Fare - - Bankcard Center | 119.31 |
| 12/20/06 Air Fare - - Bankcard Center | 210.30 |
| 12/20/06 Air Fare - - Bankcard Center | 248.79 |
| 12/20/06 Air Fare - - Bankcard Center | 350.11 |
| 12/20/06 Air Fare - - Bankcard Center | 198.09 |
| 12/20/06 Air Fare - - Bankcard Center | 142.80 |
| 12/15/06 Travel Expense - - Elaine A. Monson | 1010.57 |
| 12/15/06 Travel Expense - - Mark W. Pugsley | 74.96 |
| 12/15/06 Travel Expense - - Mark W. Pugsley | 92.45 |
| 12/15/06 Travel Expense - - Steven C. Strong | 558.98 |
| 12/18/06 Travel Expense - - Brent D. Wride | 284.10 |
| 12/29/06 Travel Expense - - Steven T. Waterman | 648.26 |
| 12/19/06 Title Report - - Fidelity National Title | 95.00 |
| 12/14/06 Contracted Professional Services - - Mark W. Bancroft | 256.00 |

Client No. 34585                                                Page:    2
Debtor USA Commercial Mortgage Co., et al.                      January 19, 2007


12/06/06 Title Examination Fee - - Stewart Title Of          65.00
         Albuquerque, LLC
12/31/06 Federal Express Charges                            104.49
12/31/06 Long Distance Telephone Charges                   4288.85
12/31/06 Database Legal Research                            7850.65
12/31/06 Copying Expense                                    602.20
12/31/06 Business Meal(s)                                   252.09
                                                       -----------

      TOTAL COSTS ADVANCED                                         $19,498.44

Client Address:    **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**       Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 12/01/06 | | $0.20 | 064 | 1 | Copying Expense 120106 HANSEN ALISON | 1860515 |
| rq&n | 12/01/06 | | $0.20 | 064 | 1 | Copying Expense 120106 OKERLUND LORRI | 1860516 |
| rq&n | 12/01/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 94958'11553 SADLBK V CA 14:25 0 HURST CARRIE | 1860517 |
| rq&n | 12/01/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 2534687835 TACOMA, WA 14:27 0 HURST CARRIE | 1860518 |
| rq&n | 12/01/06 | | $6.00 | 064 | 30 | Copying Expense 120106 BINGHAM KAREN | 1860519 |
| rq&n | 12/01/06 | | $45.60 | 064 | 228 | Copying Expense 120106 BROWN PATRICIA | 1860520 |
| rq&n | 12/01/06 | | $0.20 | 064 | 1 | Copying Expense 120106 BROWN PATRICIA | 1860521 |
| jarvs | 12/01/06 | | $49.84 | 013 | 1 | Federal Express Charges | 1864111 |
| jarvs | 12/01/06 | | $25.39 | 013 | 1 | Federal Express Charges | 1864136 |
| monso | 12/01/06 | | $710.58 | 019 | 1 | Westlaw | 1864161 |
| rq&n | 12/04/06 | | $1.40 | 064 | 7 | Copying Expense 120406 CRIST SHANNON | 1861097 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 12/04/06 | | $5.40 | 064 | 27 | Copying Expense 120406 BRINKERHOFF ALLAN T | 1861098 |
| jarvs | 12/04/06 | | $57.60 | 064 | 1 | Copying Expense | 1862516 |
| rq&n | 12/05/06 | | $0.51 | 014 | 1 | Long Distance Telephone Charges 6235462027 AGUA FRI AZ 14:46 600 HURST CARRIE | 1861225 |
| jarvs | 12/05/06 | | $13.60 | 064 | 1 | Copying Expense | 1862517 |
| jarvs | 12/06/06 | 141737 | $65.00 | 267 | 1 | Title Examination Fee - - Stewart Title Of Albuquerque, LLC | 1861282 |
| rq&n | 12/06/06 | | $0.40 | 064 | 2 | Copying Expense 120606 MONSON DOUGLAS M | 1861415 |
| rq&n | 12/06/06 | | $64.60 | 064 | 323 | Copying Expense 120606 TSU ANGELINA | 1861416 |
| jarvs | 12/06/06 | | $1.00 | 064 | 1 | Copying Expense | 1862518 |
| kottr | 12/06/06 | | $57.66 | 019 | 1 | Westlaw | 1864152 |
| jarvs | 12/07/06 | 141757 | $349.60 | 111 | 1 | Air Fare - - American Express | 1861485 |
| jarvs | 12/07/06 | 141757 | $162.30 | 111 | 1 | Air Fare - - American Express | 1861486 |
| jarvs | 12/07/06 | 141757 | $286.10 | 111 | 1 | Air Fare - - American Express | 1861487 |
| rq&n | 12/07/06 | | $0.20 | 064 | 1 | Copying Expense 120706 BROWN PATRICIA | 1861752 |
| rq&n | 12/07/06 | | $4.40 | 064 | 22 | Copying Expense 120706 BROWN PATRICIA | 1861753 |
| jarvs | 12/07/06 | | $11.20 | 064 | 1 | Copying Expense | 1862522 |
| jarvs | 12/07/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1864309 |
| jarvs | 12/07/06 | | $0.00 | 079 | 15 | Exhibit Tabs | 1864778 |
| rq&n | 12/08/06 | | $14.40 | 064 | 72 | Copying Expense 120806 MARTIN MELANIE | 1861902 |
| rq&n | 12/08/06 | | $6.20 | 064 | 31 | Copying Expense 120806 CRIST SHANNON | 1861903 |
| rq&n | 12/08/06 | | $28.80 | 064 | 144 | Copying Expense 120806 MARTIN MELANIE | 1861904 |
| rq&n | 12/08/06 | | $7.60 | 064 | 38 | Copying Expense 120806 MARTIN MELANIE | 1861905 |
| rq&n | 12/08/06 | | $0.20 | 064 | 1 | Copying Expense 120806 OKERLUND LORRI | 1861906 |
| rq&n | 12/08/06 | | $1.00 | 064 | 5 | Copying Expense 120806 WRIDE BRENT D | 1861907 |
| jarvs | 12/08/06 | | $1.00 | 064 | 1 | Copying Expense | 1862523 |
| rq&n | 12/09/06 | | $0.20 | 064 | 1 | Copying Expense 120906 BRINKERHOFF ALLAN T | 1861940 |
| rq&n | 12/09/06 | | $0.80 | 064 | 4 | Copying Expense 120906 BRINKERHOFF ALLAN T | 1861941 |
| rq&n | 12/09/06 | | $0.20 | 064 | 1 | Copying Expense 120906 BRINKERHOFF ALLAN T | 1861942 |
| rq&n | 12/09/06 | | $0.80 | 064 | 4 | Copying Expense 120906 BRINKERHOFF ALLAN T | 1861943 |
| rq&n | 12/09/06 | | $0.20 | 064 | 1 | Copying Expense 120906 STRONG STEVEN | 1861944 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| rq&n | 12/11/06 | | $0.60 | 064 | 3 | Copying Expense 121106 BRINKERHOFF ALLAN T | 1862225 |
| rq&n | 12/11/06 | | $1.60 | 064 | 8 | Copying Expense 121106 CRIST SHANNON | 1862226 |
| rq&n | 12/11/06 | | $0.80 | 064 | 4 | Copying Expense 121106 BRINKERHOFF ALLAN T | 1862227 |
| rq&n | 12/11/06 | | $0.20 | 064 | 1 | Copying Expense 121106 BRINKERHOFF ALLAN T | 1862228 |
| rq&n | 12/11/06 | | $0.20 | 064 | 1 | Copying Expense 121106 STRONG STEVEN | 1862229 |
| rq&n | 12/11/06 | | $11.20 | 064 | 56 | Copying Expense 121106 HURST CARRIE | 1862230 |
| rq&n | 12/11/06 | | $21.60 | 064 | 108 | Copying Expense 121106 HURST CARRIE | 1862231 |
| hunt | 12/11/06 | | $687.40 | 019 | 1 | Westlaw | 1864148 |
| rq&n | 12/12/06 | | $3.80 | 064 | 19 | Copying Expense 121206 BROWN PATRICIA | 1862456 |
| rq&n | 12/12/06 | | $8.00 | 064 | 40 | Copying Expense 121206 BRINKERHOFF ALLAN T | 1862457 |
| rq&n | 12/12/06 | | $1.20 | 064 | 6 | Copying Expense 121206 BRINKERHOFF ALLAN T | 1862458 |
| rq&n | 12/12/06 | | $3.20 | 064 | 16 | Copying Expense 121206 OKERLUND LORRI | 1862459 |
| rq&n | 12/12/06 | | $0.40 | 064 | 2 | Copying Expense 121206 BROWN PATRICIA | 1862460 |
| jarvs | 12/12/06 | | $15.60 | 064 | 1 | Copying Expense | 1862524 |
| rq&n | 12/13/06 | | $0.20 | 064 | 1 | Copying Expense 121306 BRINKERHOFF ALLAN T | 1862785 |
| rq&n | 12/13/06 | | $0.20 | 064 | 1 | Copying Expense 121306 BRINKERHOFF ALLAN T | 1862786 |
| rq&n | 12/13/06 | | $0.20 | 064 | 1 | Copying Expense 121306 BRINKERHOFF ALLAN T | 1862787 |
| rq&n | 12/13/06 | | $1.80 | 064 | 9 | Copying Expense 121306 MONSON DOUGLAS M | 1862788 |
| rq&n | 12/13/06 | | $33.80 | 064 | 169 | Copying Expense 121306 BROWN PATRICIA | 1862789 |
| rq&n | 12/13/06 | | $4.80 | 064 | 24 | Copying Expense 121306 BRINKERHOFF ALLAN T | 1862790 |
| rq&n | 12/13/06 | | $0.20 | 064 | 1 | Copying Expense 121306 BRINKERHOFF ALLAN T | 1862791 |
| rq&n | 12/13/06 | | $0.20 | 064 | 1 | Copying Expense | 1865417 |
| jarvs | 12/13/06 | | $256.00 | 244 | 1 | Contracted Professional Services -- Mark W. Bancroft | 1862552 |
| jarvs | 12/14/06 | 141819 | $2.00 | 064 | 10 | Copying Expense 121406 OKERLUND LORRI | 1862931 |
| rq&n | 12/14/06 | | $0.40 | 064 | 2 | Copying Expense 121406 BRINKERHOFF ALLAN T | 1862932 |
| rq&n | 12/14/06 | | $0.20 | 064 | 1 | Copying Expense 121406 BRINKERHOFF ALLAN T | 1862933 |
| rq&n | 12/14/06 | | $3.60 | 064 | 18 | Copying Expense 121406 BROWN PATRICIA | 1862934 |
| rq&n | 12/14/06 | | $0.40 | 064 | 1 | Copying Expense | 1865418 |
| jarvs | 12/14/06 | | $1.60 | 064 | 1 | Copying Expense | 1865419 |
| jarvs | 12/14/06 | | $3.40 | 064 | 1 | Copying Expense | 1865420 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 12/14/06 | | $7.00 | 064 | 1 | Copying Expense | 1865421 |
| jarvis | 12/15/06 | 141848 | $1,010.57 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1862570 |
| jarvis | 12/15/06 | 141848 | $46.87 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1862571 |
| jarvis | 12/15/06 | 141853 | $74.96 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1862583 |
| jarvis | 12/15/06 | 141853 | $92.45 | 118 | 1 | Travel Expense -- Mark W. Pugsley | 1862584 |
| jarvis | 12/15/06 | 141853 | $66.51 | 474 | 1 | Business Meal(s) -- Mark W. Pugsley | 1862585 |
| jarvis | 12/15/06 | 141861 | $558.98 | 118 | 1 | Travel Expense -- Steven C. Strong | 1862594 |
| jarvis | 12/15/06 | 141861 | $26.58 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1862595 |
| rq&n | 12/15/06 | | $10.40 | 064 | 52 | Copying Expense 121506 STRONG STEVEN | 1863076 |
| rq&n | 12/15/06 | | $0.20 | 064 | 1 | Copying Expense 121506 HURST CARRIE | 1863077 |
| rq&n | 12/15/06 | | $0.20 | 064 | 1 | Copying Expense 121506 HURST CARRIE | 1863078 |
| rq&n | 12/15/06 | | $0.20 | 064 | 1 | Copying Expense 121506 OKERLUND LORRI | 1863079 |
| rq&n | 12/15/06 | | $12.00 | 064 | 60 | Copying Expense 121506 STRONG STEVEN | 1863080 |
| jarvis | 12/15/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1864321 |
| jarvis | 12/15/06 | | $1,035.57 | 019 | 1 | Westlaw | 1864884 |
| hunt | 12/15/06 | | $5.84 | 019 | 1 | Westlaw | 1864893 |
| tsu | 12/15/06 | | $1,530.71 | 019 | 1 | Westlaw | 1864914 |
| jarvis | 12/15/06 | | $0.80 | 064 | 1 | Copying Expense | 1865422 |
| jarvis | 12/15/06 | | $0.40 | 064 | 1 | Copying Expense | 1865423 |
| tsu | 12/16/06 | | $36.50 | 019 | 1 | Westlaw | 1864913 |
| jarvis | 12/18/06 | 141869 | $284.10 | 118 | 1 | Travel Expense -- Brent D. Wride | 1862609 |
| jarvis | 12/18/06 | 141869 | $11.42 | 474 | 1 | Business Meal(s) -- Brent D. Wride | 1862610 |
| rq&n | 12/18/06 | | $22.00 | 064 | 110 | Copying Expense 121806 MONSON DOUGLAS M | 1863259 |
| cumming | 12/18/06 | | $971.87 | 019 | 1 | Westlaw | 1864888 |
| hurst | 12/18/06 | | $2,350.64 | 019 | 1 | Westlaw | 1864894 |
| kottr | 12/18/06 | | $144.28 | 019 | 1 | Westlaw | 1864897 |
| jarvis | 12/18/06 | | $15.60 | 064 | 1 | Copying Expense | 1865424 |
| jarvis | 12/18/06 | | $1.20 | 064 | 1 | Copying Expense | 1865425 |
| jarvis | 12/18/06 | | $36.00 | 064 | 1 | Copying Expense | 1865426 |
| jarvis | 12/18/06 | | $13.20 | 064 | 1 | Copying Expense | 1865427 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 12/18/06 | | $12.00 | 064 | 1 | Copying Expense | 1865428 |
| jarvs | 12/18/06 | | $44.00 | 064 | 1 | Copying Expense | 1865429 |
| jarvs | 12/18/06 | | $2.40 | 064 | 1 | Copying Expense | 1865430 |
| jarvs | 12/18/06 | | $0.40 | 064 | 1 | Copying Expense | 1865431 |
| jarvs | 12/19/06 | 141890 | $95.00 | 218 | 1 | Title Report - - Fidelity National Title | 1862644 |
| jarvs | 12/19/06 | 141914 | $296.52 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863327 |
| jarvs | 12/19/06 | 141914 | $347.89 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863328 |
| jarvs | 12/19/06 | 141914 | $1,033.32 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863329 |
| jarvs | 12/19/06 | 141914 | $602.51 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863330 |
| jarvs | 12/19/06 | 141914 | $245.14 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863331 |
| jarvs | 12/19/06 | 141914 | $0.45 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863332 |
| jarvs | 12/19/06 | 141914 | $1.80 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863333 |
| jarvs | 12/19/06 | 141914 | $212.70 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863334 |
| jarvs | 12/19/06 | 141914 | $127.07 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863335 |
| jarvs | 12/19/06 | 141914 | $60.39 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863336 |
| jarvs | 12/19/06 | 141914 | $261.83 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863337 |
| jarvs | 12/19/06 | 141914 | $190.62 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863338 |
| jarvs | 12/19/06 | 141914 | $537.16 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863339 |
| jarvs | 12/19/06 | 141914 | $13.52 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863340 |
| jarvs | 12/19/06 | 141914 | $110.41 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863341 |
| jarvs | 12/19/06 | 141914 | $20.72 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863342 |
| jarvs | 12/19/06 | 141914 | $226.22 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1863343 |
| rq&n | 12/19/06 | | $11.00 | 064 | 55 | Copying Expense 121906 MARTIN MELANIE | 1863427 |
| hurst | 12/19/06 | | $16.00 | 019 | 1 | Lexis | 1863889 |
| jarvs | 12/19/06 | | $2.00 | 064 | 1 | Copying Expense | 1865432 |
| jarvs | 12/20/06 | 141916 | $211.31 | 111 | 1 | Air Fare - - Bankcard Center | 1863528 |
| jarvs | 12/20/06 | 141916 | $80.00 | 111 | 1 | Air Fare - - Bankcard Center | 1863529 |
| jarvs | 12/20/06 | 141916 | $320.11 | 111 | 1 | Air Fare - - Bankcard Center | 1863531 |
| jarvs | 12/20/06 | 141916 | $320.11 | 111 | 1 | Air Fare - - Bankcard Center | 1863532 |
| jarvs | 12/20/06 | 141916 | $146.81 | 111 | 1 | Air Fare - - Bankcard Center | 1863533 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 12/20/06 | 141916 | $169.10 | 111 | 1 | Air Fare -- Bankcard Center | 1863534 |
| jarvs | 12/20/06 | 141916 | $119.31 | 111 | 1 | Air Fare -- Bankcard Center | 1863535 |
| jarvs | 12/20/06 | 141916 | $210.30 | 111 | 1 | Air Fare -- Bankcard Center | 1863540 |
| jarvs | 12/20/06 | 141916 | $248.79 | 111 | 1 | Air Fare -- Bankcard Center | 1863541 |
| jarvs | 12/20/06 | 141916 | $350.11 | 111 | 1 | Air Fare -- Bankcard Center | 1863545 |
| jarvs | 12/20/06 | 141916 | $198.09 | 111 | 1 | Air Fare -- Bankcard Center | 1863547 |
| jarvs | 12/20/06 | 141916 | $142.80 | 111 | 1 | Air Fare -- Bankcard Center | 1863549 |
| rq&n | 12/20/06 | | $1.20 | 064 | 6 | Copying Expense 122006 MARTIN MELANIE | 1863663 |
| jarvs | 12/20/06 | | $14.63 | 013 | 1 | Federal Express Charges | 1866590 |
| jarvs | 12/21/06 | 141933 | $95.76 | 474 | 1 | Business Meal(s) -- Wells Fargo Remittance Center | 1863747 |
| rq&n | 12/21/06 | | $1.20 | 064 | 6 | Copying Expense 122106 MARTIN MELANIE | 1863851 |
| rq&n | 12/21/06 | | $0.80 | 064 | 4 | Copying Expense 122106 MONSON DOUGLAS M | 1863852 |
| jarvs | 12/21/06 | | $14.63 | 013 | 1 | Federal Express Charges | 1866593 |
| rq&n | 12/22/06 | | $4.00 | 064 | 20 | Copying Expense 122206 MARTIN MELANIE | 1863971 |
| rq&n | 12/26/06 | | $0.40 | 064 | 2 | Copying Expense 122606 HURST CARRIE | 1864247 |
| rq&n | 12/27/06 | | $2.20 | 064 | 11 | Copying Expense 122706 BRINKERHOFF ALLAN T | 1864507 |
| rq&n | 12/27/06 | | $0.40 | 064 | 2 | Copying Expense 122706 BRINKERHOFF ALLAN T | 1864508 |
| rq&n | 12/27/06 | | $0.60 | 064 | 3 | Copying Expense 122706 BRINKERHOFF ALLAN T | 1864509 |
| rq&n | 12/28/06 | | $6.08 | 019 | 1 | Westlaw | 1865652 |
| monsn | 12/29/06 | | $648.26 | 118 | 1 | Travel Expense -- Steven T. Waterman | 1864652 |
| jarvs | 12/29/06 | 141990 | $4.95 | 474 | 1 | Business Meal(s) -- Steven T. Waterman | 1864653 |
| rq&n | 12/29/06 | | $0.20 | 064 | 1 | Copying Expense 122906 OKERLUND LORRI | 1865100 |
| rq&n | 12/29/06 | | $0.40 | 064 | 2 | Copying Expense 122906 BROWN PATRICIA | 1865101 |
| rq&n | 12/29/06 | | $1.40 | 064 | 7 | Copying Expense 122906 MARTIN MELANIE | 1865102 |
| rq&n | 12/29/06 | | $0.40 | 064 | 2 | Copying Expense 122906 BRINKERHOFF ALLAN T | 1865103 |
| rq&n | 12/29/06 | | $0.40 | 064 | 2 | Copying Expense 122906 BROWN PATRICIA | 1865104 |
| rq&n | 12/29/06 | | $0.20 | 064 | 1 | Copying Expense 122906 BRINKERHOFF ALLAN T | 1865105 |
| rq&n | 12/29/06 | | $0.20 | 064 | 1 | Copying Expense 122906 OKERLUND LORRI | 1865106 |
| jarvs | 12/29/06 | | $2.40 | 064 | 1 | Copying Expense | 1865433 |
| hurst | 12/29/06 | | $297.52 | 019 | 1 | Westlaw | 1865650 |

January 19, 2007
10:09:42

**Billing Attorney: A. W. Jarvis**

PRO FORMA AS OF 123106
**Client/Matter Number: 34585-00014**

Requesting Attorney:

Page 7 of 8
Proforma No.: 413531

Responsible Attorney:    A. W. Jarvis

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| COST TOTAL | | | $19,498.44 | | | | |

*"Exhibit K-16"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357359

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00019

**FTD Committee Relations**

| | | |
|---|---|---|
| 12/01/06 A Jarvis | .45 | Conference call with committees regarding auction, plan, confirmation, claims issues (1.8). |
| 12/01/06 S Strong | .42 | Participate in conference call with debtors and committees professionals to discuss competing bids, plan confirmation issues, and issues concerning claims and claim objections (1.7). |
| 12/04/06 S Strong | .22 | Participate in conference call with debtors and committees professionals regarding competing bids, plan confirmation issues, and balloting issues (.9). |
| 12/05/06 A Jarvis | .12 | Telephone conference with Committees regarding qualification process (.5). |
| 12/05/06 A Jarvis | .13 | Conference call with committees regarding bidder qualification process (.5). |
| 12/05/06 A Jarvis | .10 | Draft memo to Committees regarding new development with bidder (.4). |
| 12/05/06 S Strong | .07 | Participate in conference call with debtors and committees professionals regarding competing bids and qualification process (.3). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007

12/06/06 A Jarvis        .10 Correspondence with Committees regarding
                             consent to qualification of Compass upon
                             specified modifications being made in APA (.4).

12/06/06 S Strong        .50 Participate in meeting with debtors and
                             committees professionals regarding bidder
                             qualifications and auction issues (1.7);
                             further analysis regarding same (0.3).

12/06/06 S Waterman      .60 Conference with committees regarding sale
                             hearing structure and negotiations relative
                             thereto (2.4).

12/11/06 A Jarvis        .12 Conference call with Committees regarding
                             balloting issues, objections to claims,
                             confirmation issues (.5).

12/11/06 A Jarvis        .10 Conference call with Committees on balloting,
                             objections to claims, Rule 3018 motions (.4).

12/11/06 S Strong        .27 Participate in conference call with
                             committees and debtors professionals
                             regarding preliminary balloting results and
                             claims filed (0.4); participate in follow-up
                             call with committees and debtors
                             professionals regarding same (0.7).

12/12/06 S Strong        .27 Participate in conference call with debtors
                             and committees professionals regarding plan
                             confirmation issues (1.1).

12/13/06 A Jarvis        .58 Conference call with Committees on comments on
                             confirmation and reply briefs.

12/13/06 S Strong        .27 Participate in conference call with debtors
                             and committees professionals to review
                             issues and coordinate efforts for
                             confirmation brief and reply to confirmation
                             objections (1.1).

12/14/06 S Strong        .10 Participate in conference call with debtors
                             and committees professionals regarding status
                             of Reply regarding confirmation (.4).

12/15/06 S Strong        .15 Participate in conference call with debtors
                             and committees professionals regarding final
                             edits to briefs in support of confirmation
                             (.6).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/18/06 A Jarvis        .62 Meeting with committees regarding preparation
                             for confirmation hearing (2.5).

12/18/06 S Strong        .55 Participate in meeting with debtors and
                             committees professionals regarding
                             confirmation issues for tomorrows hearing
                             (2.2).

12/19/06 A Jarvis        .35 Meet with committees regarding plan
                             confirmation issues (1.4).

12/19/06 S Strong        .37 Meet with debtors and committees counsel to
                             discuss courts preliminary ruling on
                             confirmation and suggested alternatives for
                             treatment of prepaid interest as to plan
                             objectors (1.5).

12/21/06 S Strong        .62 Participate in conference call with debtors
                             and committees professionals regarding
                             proposed findings and order regarding
                             confirmation (2.5).

12/29/06 A Jarvis        .13 Conference call with Committees regarding final
                             order, findings of fact (.5).


  TOTAL FOR LEGAL SERVICES RENDERED                        $2,018.50

"*Exhibit K-17*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357363

For Legal Services Rendered Through December 31, 2006

Matter No. 34585-00025

FTD - Case Adminstration

| | | | |
|---|---|---|---|
| 12/04/06 | S Strong | .40 | Review email from S. Sherman regarding proofs of claim (0.2); exchange emails with J. Miller regarding same (0.1); email to S. Sherman regarding BMC proof of claim procedures (0.1). |
| 12/05/06 | S Strong | .30 | Work on tax advice needed from accounting firm regarding proposed write-down of FTDF assets (0.2); exchange messages with D. Shontz of KPMG regarding same (0.1). |
| 12/13/06 | S Strong | .60 | Review emails from C. Pajak regarding objections to claims against FTDF (0.1); review claims filed (0.4); email to C. Pajak regarding coordination of efforts in objection to FTDF claims (0.1). |
| 12/13/06 | S Strong | .40 | Review FTDF Committees comments and edits to draft of brief in support of confirmation (0.4). |
| 12/29/06 | A Jarvis | .20 | Correspondence with C. Pajak on circulation of findings. |
| 12/30/06 | A Jarvis | .20 | Correspondence with C. Pajak regarding circulation of revised findings. |

TOTAL FOR LEGAL SERVICES RENDERED                                    $551.00

*"Exhibit K-18"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357360

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | | |
|---|---|---|---|
| 12/01/06 A Jarvis | 1.00 | Conference call with Diversified Committee professionals regarding IP issues. |
| 12/01/06 A Jarvis | .20 | Correspondence with M. Levinson regarding Epic. |
| 12/01/06 A Jarvis | .45 | Conference call with committees regarding auction, plan, confirmation, claims issues (1.8). |
| 12/01/06 S Strong | 1.00 | Participate in telephone conference with debtors and Diversified Committees professionals regarding possible involuntary filings against IP entities, and related matters (0.7); participate in telephone conference with debtors and Diversified Committees professionals regarding potential repayment of Colt loans (0.3). |
| 12/01/06 S Strong | .43 | Participate in conference call with debtors and committees professionals to discuss competing bids, plan confirmation issues, and issues concerning claims and claim objections (1.7). |
| 12/02/06 A Jarvis | .40 | Telephone conference with M. Levinson regarding IP assets. |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.              January 19, 2007

12/04/06 S Strong        .23 Participate in conference call with debtors
                             and committees professionals regarding
                             competing bids, plan confirmation issues, and
                             balloting issues (.9).

12/05/06 A Jarvis        .60 Telephone conference with Diversified
                             Committee professionals regarding Epic.

12/05/06 A Jarvis        .30 Correspondence on Epic.

12/05/06 A Jarvis        .12 Telephone conference with Committees regarding
                             qualification process (.5).

12/05/06 A Jarvis        .13 Conference call with committees regarding
                             bidder qualification process (.5).

12/05/06 A Jarvis        .10 Draft memo to Committees regarding new
                             development with bidder (.4).

12/05/06 S Strong        .08 Participate in conference call with debtors
                             and committees professionals regarding
                             competing bids and qualification process (.3).

12/06/06 A Jarvis        .10 Correspondence with Committees regarding
                             consent to qualification of Compass upon
                             specified modifications being made in APA (.4).

12/06/06 S Strong        .50 Participate in meeting with debtors and
                             committees professionals regarding bidder
                             qualifications and auction issues (1.7);
                             further analysis regarding same (0.3).

12/06/06 S Waterman      .60 Conference with committees regarding sale
                             hearing structure and negotiations relative
                             thereto (2.4).

12/11/06 A Jarvis       1.60 Conference call with Diversified Committee
                             regarding 2004 examinations, involuntary
                             petition, IP issues.

12/11/06 A Jarvis        .10 Conference call with Committees on balloting,
                             objections to claims, Rule 3018 motions (.4).

12/11/06 A Jarvis        .12 Conference call with Committees regarding
                             balloting issues, objections to claims,
                             confirmation issues (.5).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    3
January 19, 2007

| | | |
|---|---|---|
| 12/11/06 S Strong | .28 | Participate in conference call with committees and debtors professionals regarding preliminary balloting results and claims filed (0.4); participate in follow-up call with committees and debtors professionals regarding same (0.7). |
| 12/12/06 S Strong | .28 | Participate in conference call with debtors and committees professionals regarding plan confirmation issues (1.1). |
| 12/13/06 A Jarvis | .58 | Conference call with Committees on comments on confirmation and reply briefs. |
| 12/13/06 S Strong | .28 | Participate in conference call with debtors and committees professionals to review issues and coordinate efforts for confirmation brief and reply to confirmation objections (1.1). |
| 12/14/06 A Jarvis | .40 | Telephone conference regarding APA, Investors VI, Tree Moss involuntary. |
| 12/14/06 S Strong | .10 | Participate in conference call with debtors and committees professionals regarding status of Reply regarding confirmation (.4). |
| 12/15/06 S Strong | .15 | Participate in conference call with debtors and committees professionals regarding final edits to briefs in support of confirmation (.6). |
| 12/18/06 A Jarvis | .62 | Meeting with committees regarding preparation for confirmation hearing (2.5). |
| 12/18/06 S Strong | .55 | Participate in meeting with debtors and committees professionals regarding confirmation issues for tomorrows hearing (2.2). |
| 12/19/06 A Jarvis | .35 | Meet with committees regarding plan confirmation issues (1.4). |
| 12/19/06 S Strong | .38 | Meet with debtors and committees counsel to discuss courts preliminary ruling on confirmation and suggested alternatives for treatment of prepaid interest as to plan objectors (1.5). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               January 19, 2007


12/21/06 S Strong          .63 Participate in conference call with debtors
                               and committees professionals regarding
                               proposed findings and order regarding
                               confirmation (2.5).

12/29/06 A Jarvis          .13 Conference call with Committees regarding final
                               order, findings of fact (.5).


TOTAL FOR LEGAL SERVICES RENDERED                            $3,686.00

*"Exhibit K-19"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

January 19, 2007
Invoice No. 357364

For Legal Services Rendered Through December 31, 2006

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | | |
|---|---|---|---|
| 12/01/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding Epic. |
| 12/01/06 | A Jarvis | .40 | Correspondence on information on Epic. |
| 12/01/06 | A Jarvis | .20 | Correspondence on motion to compel, stipulated order. |
| 12/01/06 | S Strong | .40 | Review and analysis of claim objections filed by Diversified Committee (.4). |
| 12/02/06 | A Jarvis | .40 | Correspondence with T. Allison regarding IP issues. |
| 12/26/06 | D Monson | .40 | Review Complaint and Lis Pendens issues on Royal Hotel (0.4). |

TOTAL FOR LEGAL SERVICES RENDERED                               $619.50