*"Exhibit L-1"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          March 13, 2007
Las Vegas, NV  89121                             Invoice No. 359198


For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00001**

**Case Administration**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/02/07 | S Cummings | .40 | Follow-up on appraisal requests. |
| 01/02/07 | S Cummings | .20 | Outline procedure deadlines. |
| 01/02/07 | S Cummings | 1.70 | Analysis of upcoming response deadliness. |
| 01/02/07 | S Cummings | .60 | Review and processing of appraisal requests. |
| 01/02/07 | E Monson | .30 | Work on distributing Hilco appraisals to direct lenders who have requested copies. |
| 01/02/07 | C Hurst | 3.50 | Access Pacer, review updated docket; update hearing binder regarding Bunch motion; prepare hearing binder for HMA Preliminary Injunction; gather and prepare binder regarding findings and proposed order on confirmation all for 1/3/07 hearing. |
| 01/02/07 | L Okerlund | 5.80 | Prepare documents for 1/17/07 hearing re: objections to claims. |
| 01/03/07 | A Jarvis | 2.00 | Meetings on confirmation order, protective order and discuss resolution of same. |
| 01/03/07 | A Jarvis | 1.30 | Meeting with client regarding transition issues. |
| 01/03/07 | B Kotter | .40 | Review of pending matters and hearing deadlines (.2); review e-mails from local counsel regarding filing (.2). |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.           March 13, 2007

01/03/07 E Monson        .20 Review e-mail from M. Olson regarding imaging
                             issues and send reply.

01/03/07 E Monson       2.20 Conferences with client to discuss various
                             transition issues and confirmation issues.

01/03/07 E Monson        .20 Follow up with client on requests for Hilco
                             appraisals.

01/03/07 E Monson        .40 Participate in hearing on request of USAREG to
                             release payments.

01/03/07 S Strong        .70 Research regarding debtors pre-petition
                             attorney/client privilege and possible waiver
                             of same to benefit post-petition litigation
                             (0.7).

01/03/07 S Strong        .80 Telephone conference with A. W. Jarvis
                             regarding results of todays omnibus hearing
                             and issues and assignments arising from courts
                             rulings (.8).

01/03/07 C Hurst         .30 Receipt, review of correspondence from Lerin
                             Hills, investor; scan, forward to S. Smith.

01/03/07 L Okerlund     6.00 Prepare documents for 1/17/07 hearing.

01/04/07 S Cummings     2.10 Processing of Hilco appraisal requests.

01/04/07 A Jarvis       1.00 Meeting with Mesirow team regarding
                             transition issues.

01/04/07 A Jarvis       1.50 Prepare transition issues list.

01/04/07 E Monson        .50 Meet with S. Smith, A. W. Jarvis, G. Garman
                             and B. Higgins and discuss tracing and the
                             direct lenders issues.

01/04/07 E Monson        .20 Draft e-mail to L. Schwartzer regarding
                             motion to return investor funds.

01/04/07 E Monson       1.00 Meet with Mesirow team and start working
                             through transition issues.

01/04/07 E Monson       2.80 Generating list of transition issues.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/04/07 C Hurst      3.60 Follow-up with remaining documents to be
                           scanned (.4); download updated docket and
                           review BAP dockets and involuntary dockets to
                           work on tickler calendar and scheduling (3.2).

01/04/07 L Okerlund   4.80 Prepare documents for 1/17/07 hearings
                           including update of Tom Allison Declarations
                           (4.0 hours); prepare documents for hearings;
                           review Judge's calendars and prepare for
                           Adversary Actions (.8 hour).

01/05/07 A Jarvis      .60 Review and revise memo on proposed protective
                           order.

01/05/07 E Monson      .10 Review e-mail from S. Cummings regarding
                           requests for Hilco appraisals.

01/05/07 E Monson      .30 Review e-mails from S. C. Strong and M. Olson
                           regarding investor inquiries and send reply.

01/05/07 E Monson      .30 Review e-mails from local counsel regarding
                           status of entry of order on motion to return
                           investor funds and send reply to B. Berry
                           e-mail.

01/05/07 E Monson      .20 Send e-mail to D. Griffith regarding FF&E and
                           review reply.

01/05/07 E Monson      .90 Follow-up on assisting and providing training
                           for boxing and indexing documents in Debtors'
                           offices.

01/05/07 C Hurst      2.30 Further update to docket and tickler
                           calendars; distribute to pertinent parties
                           (2.3).

01/08/07 S Cummings   1.70 Continued processing of Hilco appraisal
                           requests.

01/08/07 S Cummings    .20 Correspondence regarding waiver of
                           attorney-client privilege issues.

01/08/07 P Hunt        .20 Conference with S. C. Strong regarding
                           coordination of staffing/projects to be done
                           (.2).

01/08/07 A Jarvis      .30 Telephone conference with T. Allison
                           regarding transition issues, loan issues.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007

01/08/07 A Jarvis          .30 Telephone conference with T. Allison
                               regarding plan implementation issues,
                               Standard Development settlement discussions.

01/08/07 A Jarvis         1.10 Develop transition plan and gather
                               information regarding same.

01/08/07 A Jarvis          .30 Correspondence on privilege waiver issues.

01/08/07 A Jarvis          .20 Correspondence on privilege review issues.

01/08/07 A Jarvis          .30 Correspondence on issues under protective
                               order.

01/08/07 A Jarvis         2.20 Develop transition plan and draft memo to
                               team for comments and additional information
                               regarding same.

01/08/07 E Monson          .10 Review e-mail from M. Olson regarding Hilco
                               appraisals and send reply.

01/08/07 E Monson         1.50 Review and revise opposition to motion to
                               quash.

01/08/07 E Monson         1.00 Proof and make further revisions and get
                               finalized and sent to local counsel for
                               filing.

01/08/07 E Monson          .30 Review e-mails from M. Olson and C. McClellan
                               regarding Hilco appraisals and forward to S.
                               Cummings.

01/08/07 E Monson          .30 Review voice mail from B. Urban and return
                               call and discuss with B. Urban regarding
                               request.

01/08/07 E Monson          .20 Review voice mail and e-mail from C. Chubb
                               and send reply to e-mail.

01/08/07 E Monson          .50 Follow-up on responses to Hilco requests.

01/08/07 S Strong          .20 Transition planning (.2).

01/09/07 S Cummings       1.80 Continued analysis of waiver of
                               attorney-client privilege issues.

01/09/07 S Cummings       6.30 Continued processing of Hilco appraisal
                               requests.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/09/07 S Cummings      .30 Analysis of transition issues.

01/09/07 P Hunt        1.60 Read transition memorandum drafted by A. W.
                            Jarvis (.4); email to A. W. Jarvis regarding
                            transition matters (.1); conference with K. J.
                            Applegate regarding transition matters (.1);
                            conference with S. C. Strong joined by E. A.
                            Monson regarding transition matters and USA
                            Commercial Realty brief background (1.0).

01/09/07 A Jarvis      1.70 Meet with T. Allison regarding loan issues,
                            servicing fee issues, information requests
                            from government, licensing for Compass,
                            transition issues.

01/09/07 A Jarvis       .30 Telephone conference with T. Allison and S.
                            C. Strong regarding transitional issues,
                            Compass closing.

01/09/07 A Jarvis       .30 Review correspondence on protective order.

01/09/07 B Kotter       .40 Review transition task list and reply with
                            comments to A. W. Jarvis.

01/09/07 E Monson       .40 Review e-mails from S. Cummings regarding Hilco
                            appraisals.

01/09/07 E Monson       .20 Discussion with D. Newman regarding Hilco
                            appraisal request.

01/09/07 E Monson       .20 Review additional e-mails from M. Olson
                            regarding appraisal requests.

01/09/07 E Monson       .50 Analyze issues involving USAREG and transition.

01/09/07 E Monson       .50 Review e-mails from S. C. Strong and A. W.
                            Jarvis regarding transition issues.

01/09/07 S Strong      2.10 Analysis of draft Transition List from A. W.
                            Jarvis of numerous items to accomplish in
                            connection with closing of Compass
                            transaction and occurrence of Plan effective
                            date (0.4); work on review and updating
                            status of various items in draft Transition
                            List (1.1); telephone conference with A. W.
                            Jarvis and J. Atkinson regarding transition
                            issues for each of 5 debtors (0.6).

```
Client No. 34585                              Page:     6
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

| 01/09/07 G Winger | .40 | Follow-up regarding closing and review documents relating to the same. |
|---|---|---|
| 01/09/07 L Okerlund | 4.70 | Prepare documents for January 17th hearing. |
| 01/10/07 S Cummings | 5.50 | Continued processing of Hilco appraisal requests. |
| 01/10/07 S Cummings | .20 | Review issues regarding The Gardens loan. |
| 01/10/07 S Cummings | .40 | Analyze transition issues. |
| 01/10/07 A Jarvis | .10 | Correspondence on transition issues. |
| 01/10/07 A Jarvis | .20 | Correspondence on privilege review issues. |
| 01/10/07 A Jarvis | .20 | Correspondence on information requests. |
| 01/10/07 A Jarvis | .50 | Analyze transition issues, prioritization of issues to be addressed, claims issues. |
| 01/10/07 E Monson | .10 | Draft and send e-mail to D. Newman regarding Hilco appraisals. |
| 01/10/07 E Monson | .30 | Follow-up on status of delivery of Hilco appraisals. |
| 01/10/07 E Monson | .50 | Review e-mails from C. Carlyon, A. W. Jarvis and S. Smith regarding possible resolution of USAREG matter and send replies. |
| 01/10/07 E Monson | .30 | Analyze transition issues. |
| 01/10/07 E Monson | .30 | Follow up on order on release of escrow funds and review order and verify recording information in order. |
| 01/10/07 E Monson | .50 | Draft and send e-mails to B. Berry, V. Bonzo and M. Olson. |
| 01/10/07 E Monson | .10 | Review e-mail from B. Berry. |
| 01/10/07 E Monson | .20 | Review voice message from V. Bonzo and S. Rodriguez and e-mail message. |
| 01/10/07 S Strong | .20 | Work on identifying transition issues (.2). |

Client No. 34585                                    Page:     7
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007


01/10/07 S Strong      1.40 Review emails from T. Burr and R. Charles
                            regarding BMC invoices (0.1); exchange emails
                            with S. Smith and A. W. Jarvis regarding same
                            (0.1); initial review of BMC invoices (0.4);
                            email to T. Burr and R. Charles regarding
                            same (0.1); further review of BMC invoices
                            (0.6); email to R. Charles and T. Burr
                            regarding same (0.1).

01/10/07 G Winger      1.40 Research regarding liquidation of Nevada
                            entities.

01/10/07 C Hurst       3.80 Download updated docket; add, revise to tickler
                            calendar (1.8); organize and examine documents
                            received from R. Walker against PDFs for
                            quality control; forward electronically to E.
                            A. Monson for committees (2.0).

01/10/07 L Okerlund    5.90 Prepare documents for January 17th hearing
                            (2.3); prepare USA Realty & USA Securities
                            Claims Files for Peggy Hunt (3.6).

01/11/07 S Cummings     .20 Review of transition memo.

01/11/07 S Cummings    5.40 Continued processing of Hilco appraisal
                            requests.

01/11/07 P Hunt        3.10 Read and comment on transition memorandum (.6);
                            read documents regarding implementation motion
                            (.8); draft implementation memorandum (1.7).

01/11/07 A Jarvis       .30 Telephone conference with S. Smith regarding
                            accounting issues.

01/11/07 A Jarvis       .30 Analyze BMC bills.

01/11/07 A Jarvis       .20 Work on direct lender claims objection issues.

01/11/07 A Jarvis       .50 Work on transition plan for
                            Debtors/Committees.

01/11/07 E Monson       .10 Review e-mail from B. Berry.

01/11/07 E Monson       .10 Review voice message from R. Bonzo.

01/11/07 E Monson       .50 Participate in portion of conference call
                            with S. Smith, J. Atkinson, A. W. Jarvis and
                            S. C. Strong regarding transition issues.

Client No. 34585                                  Page:    8
Debtor USA Commercial Mortgage Co., et al.        March 13, 2007


01/11/07 E Monson      .20 Review e-mails from L. Davis regarding
                           question on PDC filing and e-mail S. C.
                           Strong regarding same.

01/11/07 E Monson      .50 Review L. Davis request and locate and review
                           motions and claims forms.

01/11/07 E Monson      .30 Review follow up e-mail from L. Davis and
                           formulate response to L. Davis and review
                           replies.

01/11/07 E Monson      .20 Review e-mails from P. Suli and M. Olson
                           regarding additional Hilco appraisal requests
                           and forward to S. Cummings.

01/11/07 E Monson      .70 Follow-up on Hilco appraisal requests and send
                           e-mail to S. Smith regarding same and review
                           reply.

01/11/07 E Monson      .30 Analyze response and proposed settlement
                           involving USAREG.

01/11/07 E Monson      .20 Review e-mails from A. W. Jarvis and C.
                           Carlyon regarding settlement issues and
                           response.

01/11/07 E Monson      .30 Review draft of transition plan and e-mails
                           from A. W. Jarvis regarding same.

01/11/07 E Monson      .10 Review e-mail regarding investor request to
                           look at loan file.

01/11/07 E Monson      .20 Send e-mail regarding hearing transcript
                           regarding USAREG motion and review reply.

01/11/07 S Strong     1.40 Further review and analysis of invoices from
                           BMC (0.5); analysis of possible allocation
                           methods for allocating BMC services among 5
                           debtors (0.9).

01/11/07 S Strong      .80 Review email from A. W. Jarvis with revised
                           memorandum regarding transition issues (0.2);
                           gather and analyze information for revised
                           transition memorandum (0.6).

01/11/07 C Hurst       .90 Download investor responses to objections to
                           claims for 1/17 hearing binders and work on
                           updates to Master Service List #6.

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.              March 13, 2007

01/12/07 S Cummings        .20  Correspondence with J. Nelson regarding Hilco
                                appraisal requests.

01/12/07 S Cummings        .20  Discussion with W. Gunderson regarding Hilco
                                appraisal requests.

01/12/07 S Cummings        .30  Continued processing of Hilco appraisal
                                requests.

01/12/07 A Jarvis         1.00  Work on transition plan.

01/12/07 A Jarvis          .30  Review correspondence on negotiations on
                                protective order.

01/12/07 E Monson          .20  Follow-up on document search.

01/12/07 E Monson          .90  Review e-mails from S. Cummings, Tawney, C.
                                Cobb, M. Olson and R. Sandler regarding Hilco
                                appraisals and send replies.

01/12/07 S Strong         1.20  Further analysis of allocation issues
                                concerning BMC services as servicing, claims,
                                and balloting agent (1.1); exchange emails with
                                T. Burr regarding BMC expenses and allocation
                                (0.1).

01/12/07 C Hurst          1.70  Complete master service list #6; forward to
                                Schwartzer & McPherson for filing.

01/13/07 S Cummings        .50  Continued processing of Hilco appraisal
                                requests.

01/15/07 S Cummings        .60  Continued processing of Hilco appraisal
                                requests.

01/15/07 A Jarvis         4.70  Develop and draft transition plan.

01/15/07 C Hurst          6.50  Work on hearing binders for 1/17/07 hearing.

01/15/07 L Okerlund       6.00  Prepare hearing binders for January 17th
                                hearing.

01/16/07 S Cummings        .80  Continued processing of Hilco appraisal
                                requests.

01/16/07 S Cummings       1.50  Conference with committees regarding
                                transition issues.

Client No. 34585                           Page:   10
Debtor USA Commercial Mortgage Co., et al.     March 13, 2007

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/16/07 | S Cummings | .50 | Correspondence with P. Susi regarding Hilco appraisal requests. |
| 01/16/07 | S Cummings | .20 | Correspondence with W. Gunderson regarding Hilco appraisal requests. |
| 01/16/07 | S Cummings | .20 | Correspondence with M. Ralchart regarding Hilco appraisal request. |
| 01/16/07 | P Hunt | 1.80 | Prepare for call with Committees regarding transition (.3); conference with A. W. Jarvis, S. C. Strong, S. A. Cummings, and Committees regarding transition issues (1.5). |
| 01/16/07 | A Jarvis | .40 | Telephone conference with T. Allison regarding transition issues, Colt loans, Standard Development discussions. |
| 01/16/07 | A Jarvis | .50 | Revise and add to transition list and correspondence with assistant regarding revisions to same. |
| 01/16/07 | A Jarvis | 1.00 | Conference with E. A. Monson regarding status of protective order, motion to quash and open issues relating to same in preparation for hearing. |
| 01/16/07 | E Monson | 1.50 | Participate in conference call with RQN team and committee counsel regarding transition issues. |
| 01/16/07 | E Monson | .20 | Call M. Antinova regarding distribution from Chicago Title and review e-mail from B. Berry. |
| 01/16/07 | E Monson | .30 | Follow-up on Hilco appraisal requests and send e-mail to J. Reed regarding question on appraisals and review reply. |
| 01/16/07 | E Monson | .10 | Draft e-mail to Tawney regarding question on Marquis appraisal. |
| 01/16/07 | S Strong | .70 | Review email from J. Miller regarding BMC travel expenses; further analysis of same (0.3); prepare detailed spreadsheet of same (0.3); email to J. Miller regarding same (0.1). |

Client No. 34585                                      Page:    11
Debtor USA Commercial Mortgage Co., et al.           March 13, 2007


| | | | |
|---|---|---|---|
| 01/16/07 | S Strong | .20 | Telephone conference with J. Miller of BMC regarding services to post-effective date entities (0.1); email to R. Charles and M. Levinson regarding BMC contact information (0.1). |
| 01/16/07 | C Hurst | 1.40 | Finalize check of dockets and court calendar for 1/17/07 hearing binders; further updates to hearing binders. |
| 01/17/07 | S Cummings | .50 | Correspondence with C. Cobb regarding Hilco appraisal request. |
| 01/17/07 | A Jarvis | .20 | Conference with G. Gordon regarding assignments motion, direct lender committee position. |
| 01/17/07 | A Jarvis | .10 | Conference with S. Freeman regarding attorney client privilege waiver issue. |
| 01/17/07 | A Jarvis | .20 | Correspondence on retention, budget motions. |
| 01/17/07 | D Monson | .30 | Phone call from Lou Bubala (Jann Chubbs associate) on Effective Date of Plan and phone call response to Lou Bubala (0.3). |
| 01/18/07 | E Monson | .10 | Review e-mail from L. Schwartzer regarding upcoming hearing dates. |
| 01/18/07 | E Monson | .20 | Review UCC's supplement to opposition to pay funds to USAREG. |
| 01/18/07 | E Monson | .20 | Discussion with B. Berry regarding return of funds. |
| 01/18/07 | E Monson | 1.00 | Work on review of supplemental brief on USAREG motion. |
| 01/18/07 | E Monson | .10 | E-mail and call Susan Smith regarding amounts at issue and review reply from S. Smith. |
| 01/18/07 | E Monson | .20 | Review e-mail from J. McPherson regarding inquiry from J. Sylvester and send reply. |
| 01/18/07 | E Monson | .10 | Review e-mails from M. Stone regarding questions relating to loan files. |

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007

01/18/07 E Monson        .10 Draft e-mail to M. Pugsley regarding T. Helms
                             documents.

01/18/07 C Hurst         .50 Gather plan documents, notes and hearing
                             binders for A. W. Jarvis.

01/19/07 S Cummings     1.50 Work on objection to Westin disclosure
                             statement.

01/19/07 S Cummings     1.20 Continued processing of Hilco appraisal
                             requests.

01/19/07 P Hunt          .50 Join conference call regarding appeal and
                             transition issues (.5).

01/19/07 A Jarvis        .20 Correspondence on attorney client privilege
                             issues.

01/19/07 A Jarvis        .30 Correspondence on documents to be turned over
                             to Compass.

01/19/07 A Jarvis        .20 Correspondence on budget issues.

01/19/07 A Jarvis        .30 Correspondence on document requests,
                             protective order.

01/19/07 E Monson        .20 Review e-mails from M. Olson regarding Hilco
                             appraisals and forward to S. Cummings.

01/22/07 S Cummings      .60 Continued processing of Hilco appraisal
                             requests.

01/22/07 S Cummings      .20 Correspondence with M. Merrifield regarding
                             Hilco appraisal requests.

01/22/07 E Monson        .40 Draft e-mails to Bob & J. Berry and Vivian
                             Bonzo and S. Rodriguez.

01/22/07 E Monson       1.00 Review documents involving investor funds
                             from Berry/Bonzo/Rodriguez and review e-mails
                             from B. Berry and M. Antinora and send
                             replies.

01/22/07 E Monson        .20 Follow-up on Hilco appraisals and review reply.

Client No. 34585                                    Page:  13
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007

01/22/07 S Strong      .40 Review email from M. Olson regarding LPGs
                            solicitations of lenders on Palm Harbor loan
                            (0.1); review messages from A. W. Jarvis
                            regarding same (0.1); review automatic stay
                            provisions regarding same (0.2).

01/22/07 C Hurst      6.50 Download updated dockets and review pleadings
                            for work on tickler calendar (5.2); prepare
                            United States District Court, Nevada petition
                            for Pro Hac Vice for A. W. Jarvis (1.0);
                            download appearance withdrawal (Joan Wright)
                            and edit master service list #7 (.3).

01/22/07 L Okerlund   6.50 Prepare and index pleadings, correspondence,
                            claims and specialty files.

01/23/07 S Cummings    .20 Discussion with U. Gacs regarding Hilco
                            appraisal request.

01/23/07 S Cummings    .50 Continued processing of Hilco appraisal
                            requests.

01/23/07 A Jarvis      .50 Telephone conference with T. Allison
                            regarding appeal issues, Colt negotiations,
                            Bob Russell loan negotiations, Compass
                            issues, meeting with USACM Trust.

01/23/07 A Jarvis      .50 Correspondence with UCC and with team members
                            regarding meeting on transition issues.

01/23/07 A Jarvis      .30 Work on transition issues list.

01/23/07 A Jarvis      .20 Follow-up on protective order, document issues.

01/23/07 S Strong      .40 Review email from R. Charles regarding
                            transition issues and proposed meetings
                            regarding same (0.1); review status of
                            transition issues raised by R. Charles (0.2);
                            exchange emails with A. W. Jarvis regarding
                            same (0.1).

01/23/07 C Hurst      2.20 Receipt and review of 2004 exam orders (.2);
                            telephone conference with E. Monson regarding
                            email issues with scanned HMA Sales documents
                            (.9); further changes to master service list #7
                            (.6); begin work on case/litigation chart for
                            document management (.5).

Client No. 34585                              Page:   14
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007

| | | | |
|---|---|---|---|
| 01/23/07 | L Okerlund | 6.00 | Prepare hearing binders and documents for hearing on 1/31/07. |
| 01/24/07 | S Cummings | 1.40 | Conference with committees regarding transition issues. |
| 01/24/07 | S Cummings | .30 | Discussion with A. Jarvis and others regarding transition issues. |
| 01/24/07 | P Hunt | 1.30 | Participate in conference call with Committees regarding transition/appeal issues (left early) (1.2); conference with A. W. Jarvis regarding transition issues (.1). |
| 01/24/07 | A Jarvis | .30 | Revise and disseminate transition list. |
| 01/24/07 | A Jarvis | .40 | Conference with S. C. Strong, P. Hunt, S. Cummings, E. A. Monson and D. M. Monson regarding transition issues, timing. |
| 01/24/07 | A Jarvis | .30 | Correspondence on inquiries from Sierra. |
| 01/24/07 | A Jarvis | .30 | Correspondence with client regarding transition/consulting agreement. |
| 01/24/07 | E Monson | .30 | Discussion with J. Herman of Chicago Title regarding proceeds of investors being held and review letter from Herman. |
| 01/24/07 | E Monson | .30 | Review e-mails from B. Berry and send replies. |
| 01/24/07 | E Monson | 1.10 | Participate in conference call with counsel for committees. |
| 01/24/07 | E Monson | .30 | Follow up on transition issues. |
| 01/24/07 | C Hurst | .80 | Prepare permission to practice pro hac vice for P. Hunt. |
| 01/24/07 | L Okerlund | 5.80 | Prepare documents for 1/31/07 hearing. |
| 01/25/07 | C Hurst | 5.20 | Work on 1/31 hearing binders (2.4); further updates to Master Service List #7 (.9); begin pulling case cites on motion for enforcement of automatic stay (1.9). |
| 01/25/07 | L Okerlund | 5.80 | Prepare documents for 1/31/07 hearing. |

Client No. 34585                                  Page:   15
Debtor USA Commercial Mortgage Co., et al.        March 13, 2007


01/26/07 S Cummings        .30 Correspondence with J. Chubb regarding Hilco
                               appraisal request.

01/26/07 E Monson          .50 Review USAREG memo in support of motion to
                               enforce distribution order.

01/26/07 E Monson          .20 Review e-mail to Hilco appraisals and forward
                               to S. Cummings and review S. Cummings e-mail
                               to J. Chubb.

01/26/07 G Winger         1.30 Review Doug Monson's final closing document
                               check list (.2); draft officer's certificate
                               and review certificate from Compass (1.1).

01/26/07 C Hurst          3.80 Assist with preparation of hearing binders;
                               prepare Index of cases in Motion to Enforce
                               Stay.

01/26/07 L Okerlund       6.50 Prepare documents for 1/31/07 hearing.

01/28/07 P Hunt            .40 Read email from A. W. Jarvis and prepare
                               response regarding transition check list (.4).

01/28/07 A Jarvis          .20 Correspondence on transition issues.

01/28/07 A Jarvis          .20 Correspondence on meeting with USACM Trustee.

01/29/07 S Cummings        .40 Discussion with P. Hunt regarding transition
                               issues.

01/29/07 S Cummings        .20 Correspondence with J. Chubb RE Hilco
                               appraisal request.

01/29/07 S Cummings        .20 Review of transition plan.

01/29/07 S Cummings        .90 Discussion with S. Strong and others
                               regarding transition issues.

01/29/07 S Cummings        .30 Correspondence with A. Jarvis regarding WUCA
                               opposition.

01/29/07 A Jarvis          .20 Correspondence with Compass regarding meeting
                               with Committees, document issues.

01/29/07 A Jarvis          .30 Telephone call with state regarding
                               information requested.

Client No. 34585                                   Page:   16
Debtor USA Commercial Mortgage Co., et al.        March 13, 2007


01/29/07 B Kotter      1.20 Review and comment on transition plan (.8);
                            follow up on privilege and confidentiality
                            issues (.4).

01/29/07 E Monson      2.80 Conference call with RQN team, J. Atkinson,
                            A. W. Jarvis, S. Smith and T. Allison
                            regarding transition issues.

01/29/07 E Monson       .30 Review e-mails from S. Cummings regarding
                            question from J. Chubb regarding Hilco
                            appraisals and send replies.

01/29/07 S Strong      2.70 Participate in conference call with T.
                            Allison, S. Smith, J. Atkinson, A. W. Jarvis,
                            E. A. Monson and J. McPherson regarding
                            various transition, sale, loan servicing, and
                            litigation matters in preparation for
                            meetings tomorrow with UCC (2.7).

01/29/07 G Winger       .40 Follow-up regarding closing certificate.

01/29/07 C Hurst       2.20 Assist with completion of hearing binders for
                            1/31/07.

01/29/07 L Okerlund    4.00 Prepare documents for January 31, 2007
                            hearing.

01/30/07 E Monson      3.70 Meet with Committee counsel and their
                            litigation counsel to discuss transition
                            issues.

01/30/07 E Monson       .80 Participate in conference call with other
                            committee counsel.

01/30/07 S Strong       .40 Review and edit draft of transition services
                            agreement (0.4).

01/30/07 S Strong       .50 Review and edit draft motion from P. Hunt
                            regarding Plan implementation issues (0.5).

01/30/07 S Strong       .30 Review draft of revised stipulation from FTDF
                            committee to modify fee application
                            procedures (0.1); email to A. Parlen
                            regarding edits to same (0.1); exchange
                            emails with A. W. Jarvis and email to A.
                            Parlen regarding debtors further review
                            needed (0.1).

```
Client No. 34585                              Page:   17
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

01/30/07  S Strong        .30  Review PDFs of debtors organizational
                               documents (0.2); email to R. Charles
                               regarding same (0.1).

01/30/07  L Okerlund     5.00  Check court calendars re: Adversary
                               Proceedings hearings; prepare Appellate
                               Documents for Peggy Hunt.

01/31/07  S Strong        .10  Review docket entries regarding results on
                               matters heard today (.1).

01/31/07  S Strong        .40  Review voice message from A. W. Jarvis
                               regarding results of todays hearings (0.1);
                               review follow-up issues regarding same (0.3).

01/31/07  C Hurst        2.10  Download updated dockets; review pleadings,
                               hearings scheduled and update and distribute
                               tickler calendar.

01/31/07  L Okerlund     4.50  Prepare hearing binders.


TOTAL FOR LEGAL SERVICES RENDERED                    $47,825.00

"*Exhibit L-2*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359199

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 01/02/07 | E Monson | .40 | Assemble information for TRO involving HMA Sales. |
| 01/02/07 | E Monson | .20 | Draft e-mail to L. Schwartzer regarding TRO meeting and further preparations. |
| 01/02/07 | E Monson | .30 | E-mail P. Cheng regarding information needed for hearing and review replies. |
| 01/02/07 | E Monson | .20 | Draft e-mails to T. Allison and P. Cheng regarding Allison's declaration in support of TRO. |
| 01/02/07 | E Monson | .60 | Work on putting together additional materials for TRO hearing and preparations therefore. |
| 01/02/07 | S Strong | .50 | Review debtors adversary proceeding against HMA Sales and open issue in proceeding (0.4); email to T. Allison regarding Declaration in support of writ of attachment against HMA (0.1). |
| 01/02/07 | S Tingey | .20 | Work on Urban Housing loan issues. |
| 01/03/07 | S Tingey | .30 | Analysis of Urban Housing loan (0.1); communicate with M. Stone regarding Urban Housing (0.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/04/07 S Tingey        .70 Continued analysis regarding Urban Housing
                             (0.4); communicate with M. Stone regarding
                             Urban Housing (0.3).

01/05/07 A Jarvis        .30 Correspondence on settlement statement on
                             Royal Hotel.

01/05/07 A Jarvis        .20 Conference with E. A. Monson regarding
                             documents on Royal Hotel.

01/05/07 A Jarvis        .70 Correspondence and review of documents on
                             Royal Hotel.

01/05/07 S Tingey        .40 Follow-up on UCC assignment issues (0.4).

01/05/07 S Tingey        .20 Revise letter to attorney foreclosing Fox
                             Hills 185 property regarding stay.

01/05/07 S Tingey        .70 Telephone conference with J. Reed (0.1);
                             draft 2004 Motion and Order regarding Zito
                             (BySynergy) (0.6).

01/05/07 S Tingey        .20 Communicate with M. Stone regarding Urban
                             Housing (0.2).

01/05/07 S Tingey        .20 Review Gateway Stone reply memo.

01/08/07 A Jarvis        .40 Telephone conference with R. Walker regarding
                             Colt loans, possible settlement with borrower.

01/08/07 A Jarvis        .10 Review correspondence on HMA Sales adversary.

01/08/07 E Monson        .20 Review HMA/Reale complaint and amendment
                             thereto involving USAREG.

01/08/07 S Tingey       1.00 Revise BySynergy and Zito 2004 Exam (0.8);
                             telephone conference with J. Reed regarding
                             same (0.2).

01/08/07 S Tingey        .30 Draft demand letter to Urban Housing (0.3).

01/08/07 S Tingey        .20 Review Notice from Court and communicate with
                             Compass counsel regarding same (Huntsville
                             bankruptcy).

Client No. 34585                                Page:    3
Debtor USA Commercial Mortgage Co., et al.      March 13, 2007

01/09/07 P Hunt        1.00 Obtain documents needed to draft USA
                            Commercial Real Estate Brief (.5); begin
                            reading documents needed to draft USA
                            Commercial Real Estate brief (.5).

01/09/07 S Strong      1.20 Review CREG motion to force distribution and
                            related claim against CREG regarding Royal
                            Hotel sale (0.4); analysis of issues for
                            Response opposing CREG motion and amendment of
                            complaint regarding Royal Hotel sale (0.8).

01/09/07 S Strong       .40 Review HMA / Royal Hotel sale and related
                            litigation (0.3); review emails from L.
                            Schwartzer and E. A. Monson regarding same
                            (0.1).

01/09/07 S Tingey       .60 Revise demand letter to Glendale Partners
                            regarding Exit Fee.

01/09/07 S Tingey      1.30 Telephone conference with L. Moore regarding
                            Huntsville bankruptcy (0.2); review issues
                            regarding Huntsville foreclosure and plan
                            (0.6); memo to Feldman regarding same (0.5).

01/10/07 E Monson       .30 Review e-mails from C. Hurst regarding
                            copying of HMA, USAREG and Investor VI
                            documents and send reply.

01/10/07 E Monson       .20 Forward copies of documents to M. Levinson
                            and J. Hermann.

01/10/07 E Monson       .20 Send e-mail to S. Smith and J. Atkinson
                            regarding document issues.

01/10/07 E Monson       .30 Review transcript and order on HMA/Reale and
                            send e-mail to L. Schwartzer regarding same.

01/10/07 E Monson       .20 Send e-mail to J. Hermann and M. Levinson.

01/10/07 E Monson       .20 Review reply and send additional e-mail.

01/10/07 E Monson       .10 Review e-mail from J. Hermann regarding
                            issues relating to Tree Moss involuntary.

01/10/07 E Monson       .10 Review e-mail from L. Dorsey regarding trial
                            date.

Client No. 34585                                        Page:     4
Debtor USA Commercial Mortgage Co., et al.              March 13, 2007

| 01/10/07 | E Monson | .30 | Locate and send revised HMA complaint to P. Hunt. |
| 01/10/07 | E Monson | .20 | Follow-up on document search issues. |
| 01/10/07 | S Tingey | .40 | Telephone conference with L. Moore regarding Huntsville bankruptcy hearing (0.2); communicate with L. Moore regarding Huntsville (0.2). |
| 01/10/07 | S Tingey | .50 | Revise letter to Glendale Towers regarding Exit Fee (0.3); communicate with M. Stone regarding same (0.2). |
| 01/10/07 | S Tingey | .50 | Draft demand letter to Urban Housing regarding Exit Fees (0.5). |
| 01/10/07 | S Tingey | .30 | Review default letter to be sent on various loans by USA. |
| 01/10/07 | S Tingey | 1.00 | Telephone conference with R. Ponte (.2); telephone conference with C. Felts (.2); revise Settlement Agreement (.2); draft Quit-Claim Deed and Release of Lis Pendens (.4). |
| 01/11/07 | A Jarvis | .80 | Correspondence on USA Real Estate discussions, claims against and response. |
| 01/11/07 | A Jarvis | .30 | Telephone conference with J. McPherson regarding USA Real Estate claims. |
| 01/11/07 | A Jarvis | .30 | Analyze USA Real Estate claims, response to motion to distribute, amendment of suit. |
| 01/11/07 | E Monson | .20 | Review e-mail from S. C. Strong regarding HMA 2004 exams and send reply. |
| 01/11/07 | E Monson | .30 | Further discussions with S. C. Strong regarding 2004 examinations. |
| 01/11/07 | E Monson | .20 | Review e-mails from S. C. Strong and L. Schwartzer regarding 2004 examinations. |
| 01/11/07 | E Monson | .20 | Review e-mail from S. Smith regarding documents and send reply. |
| 01/11/07 | E Monson | .20 | Review e-mail from C. Hurst regarding document issues and send reply. |

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/11/07 S Strong        .50 Review email and voice message from S. Ostrow
                             regarding upcoming R. 2004 exams concerning
                             Royal Hotel closing (0.2); exchange emails with
                             L. Schwartzer and S. Ostrow regarding same
                             (0.3).

01/11/07 S Tingey        .20 Telephone conference with A. Stevens
                             regarding default letters (0.2).

01/12/07 S Tingey       1.40 Review Order entered in West Hills bankruptcy
                             (0.2); communicate with Compass regarding
                             same (0.2); draft letter to attorney for WULA
                             regarding Huntsville automatic stay (1.0).

01/15/07 S Tingey        .40 Communicate with A. Stevens regarding default
                             letters (0.2); review default issues (0.2).

01/15/07 S Tingey        .50 Telephone conference with M. Anglin, attorney
                             for WULA, the first lienholder on Huntsville
                             property (0.3); memo to Compass and others
                             regarding discussions with WULA (Huntsville)
                             (0.2).

01/16/07 A Jarvis        .40 Analyze response to USAREG motion and
                             interpretation of plan on subordination issues.

01/16/07 E Monson        .20 Analyze amendments to HMA complaint.

01/16/07 E Monson        .50 E-mail M. Levinson and J. Hermann regarding
                             amendment to complaint and review reply from J.
                             Hermann.

01/16/07 S Tingey       2.10 Review issues relating to the debtor's plan in
                             Huntsville bankruptcy (0.8); review arguments
                             made by first lienholder on Huntsville property
                             (0.7); communicate with USA local counsel
                             regarding Huntsville issues and communicate
                             with borrower (0.2); communicate with M. Olsen
                             regarding Huntsville (0.4).

01/16/07 S Tingey        .20 Telephone conference with A. Stevens
                             regarding HFA loans and default issues.

01/17/07 A Jarvis        .50 Meet with L. Schwartzer, E. A. Monson, S.
                             Smith and T. Allison regarding preparation
                             for Tree Moss trial.

Client No. 34585                                    Page:     6
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/17/07 A Jarvis        .20 Correspondence on supplemental brief on
                             USAREG motion, Royal Hotel action.

01/17/07 E Monson        .30 Discussion with L. Schwartzer regarding Tree
                             Moss involuntary trial and preparations
                             therefor.

01/17/07 E Monson        .40 Review document subpoena from S. Reale.

01/17/07 E Monson        .40 Review motion to dismiss Investor VI
                             involuntary bankruptcy proceeding.

01/17/07 E Monson        .20 Review e-mails from L. Schwartzer regarding
                             2004 exams.

01/17/07 S Strong        .30 Analyze arguments for supplemental brief in
                             opposition to USACREG motion to force
                             distribution (.3).

01/17/07 S Tingey       2.20 Memo to M. Olsen, A. Stevens, M. Haftl
                             regarding Huntsville (0.4); review
                             information received from M. Olson regarding
                             Huntsville (0.2); review disclosure statement
                             regarding Huntsville (0.3); draft objection
                             to debtor's Disclosure Statement regarding
                             Huntsville (1.1); communicate with Texas
                             counsel regarding objection and discussion
                             with Huntsville counsel (0.2).

01/17/07 S Tingey        .30 Communicate with lawyer for USA in Sheraton
                             State Court action (0.2); communicate with
                             Mesirow regarding garnishment in Sheraton
                             (0.1).

01/18/07 S Tingey        .20 Communicate with local attorney for USA
                             regarding Sheraton suit (0.2).

01/18/07 S Tingey        .50 Review Urban Housing and Glendale Partners
                             guaranty issues and communicate with Mesirow
                             regarding same (0.5).

01/18/07 S Tingey        .50 Revise objection to Huntsville Disclosure
                             Statement (0.5).

01/19/07 E Monson        .30 Discussion with J. Shapiro at D. Gerrard's
                             office to obtain extension to respond to
                             subpoena in HMA Sales case and send
                             confirming e-mail.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/19/07 E Monson        .20  Review e-mails regarding HMA Sales from J.
                              Hermann and L. Schwartzer.

01/19/07 E Monson        .40  Review e-mails from L. Schwartzer and J.
                              Hermann regarding Investor VI involuntary
                              case and send replies.

01/19/07 E Monson        .50  Review documents involving Investor VI.

01/19/07 S Tingey       2.30  Revise objection to disclosure statement in
                              Huntsville bankruptcy (0.6); review
                              correspondence from WULA attorney regarding
                              Huntsville (0.3); analyze stay issues ire
                              Huntsville (0.7); memo to A. W. Jarvis
                              regarding Huntsville stay issues (0.2);
                              communicate with Weil regarding Huntsville
                              bankruptcy and objection (0.2).

01/22/07 E Monson        .10  Review voice mail from R. Walker regarding
                              HMA document request.

01/22/07 E Monson        .30  Discussion with L. Schwartzer regarding Reale
                              document requests.

01/22/07 E Monson        .20  Follow-up on subpoena issues and conversation
                              with D. Gerrard.

01/22/07 E Monson       1.10  Conference with L. Schwartzer and D. Gerrard
                              regarding document issues.

01/22/07 E Monson        .70  Draft e-mails to M. Levinson and J. Hermann
                              regarding comments made by D. Gerrard
                              regarding legal theories and review replies.

01/22/07 E Monson        .50  Draft e-mail to S. Smith regarding HMA
                              document issues and review reply.

01/22/07 E Monson       1.00  Review HMA documents, complaint and T.
                              Allison declaration.

01/22/07 E Monson        .50  Have C. Hurst follow up on initial
                              preparations of prejudgment writ pleadings.

01/22/07 S Strong        .30  Review courts order denying Great Whites
                              motion to file under seal, and review
                              underlying motion and related papers (0.3).

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


| | | | |
|---|---|---|---|
| 01/22/07 | S Tingey | 3.70 | Telephone conference with B. Forbes regarding Huntsville (0.2); draft Motion to enjoin WULA foreclosure of Huntsville (3.5). |
| 01/22/07 | S Tingey | .20 | Telephone conference with A. Stevens regarding Cabernet (0.2). |
| 01/23/07 | A Jarvis | .10 | Conference with E. A. Monson regarding call from R. Walker, protective order issues. |
| 01/23/07 | A Jarvis | .20 | Correspondence on issues to discuss with IP. |
| 01/23/07 | E Monson | .30 | Make call to R. Walker regarding HMA document issues. |
| 01/23/07 | E Monson | .20 | Review e-mails from M. Tucker and M. Levinson regarding arguments revised by D. Gerrard. |
| 01/23/07 | E Monson | .70 | Get HMA documents sent to S. Smith and P. Cheng and review their reply e-mails. |
| 01/23/07 | E Monson | 1.00 | Assemble materials to review in preparation for drafting prejudgment writ and work on writ. |
| 01/23/07 | E Monson | .20 | E-mail J. Hermann regarding status of Amended Complaint and review reply. |
| 01/23/07 | E Monson | .50 | Review e-mail from L. Schwartzer regarding request for production of documents and review requests. |
| 01/23/07 | E Monson | .30 | Draft e-mails regarding HMA discovery and review reply. |
| 01/23/07 | E Monson | .10 | Draft e-mail to S. Smith regarding follow up on document subpoena. |
| 01/23/07 | E Monson | .70 | Call D. Gerrard and work on letter to him regarding requested documents. |
| 01/23/07 | E Monson | .30 | E-mail L. Schwartzer and J. McPherson regarding time to respond to Investor VI motion to dismiss and review reply and send reply. |
| 01/23/07 | E Monson | .30 | Analyze Investor VI motion to dismiss. |

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007

01/23/07 E Monson        .50 Discussion with S. Smith regarding Tree Moss
                             documents and trial.

01/23/07 E Monson        .20 Review e-mails from L. Schwartzer regarding
                             Tree Moss trial.

01/23/07 E Monson        .20 Review e-mail from S. Smith regarding
                             information needed from Wells Fargo for
                             10-90, Inc. bank statements and forward to L.
                             Schwartzer.

01/23/07 E Monson       1.30 Work on preparations and review materials for
                             Tree Moss trial.

01/23/07 S Strong        .70 Work on IP VI involuntary and pending motion to
                             dismiss (0.2); review facts and analyze issues
                             raised in IP VIs motion to dismiss involuntary
                             petition (0.5).

01/23/07 S Tingey       3.50 Revise motion to enforce stay regarding
                             Huntsville loan (3.5).

01/23/07 S Tingey        .20 Communicate with local counsel regarding
                             objection to Huntsville Disclosure Statement
                             (0.2).

01/24/07 S Cummings     2.50 Review and revision of motion for order
                             enforcing automatic stay.

01/24/07 A Jarvis        .30 Correspondence with L. Schwartzer regarding
                             Tree Moss trial.

01/24/07 E Monson        .50 Review trial brief in Tree Moss and send
                             e-mail to L. Schwartzer with comments to
                             brief.

01/24/07 E Monson        .30 Review revised brief and send e-mail to L.
                             Schwartzer.

01/24/07 E Monson        .10 Review e-mail from J. Hermann regarding brief.

01/24/07 E Monson        .40 Conference with D. M. Monson and K. Russak of
                             Bank of America regarding 60th Street loan.

01/24/07 E Monson        .40 Review draft of Amended Complaint in HMA.

01/24/07 E Monson       2.40 Work on revising draft of amended complaint.

Client No. 34585                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/24/07 E Monson        .30 Review additional changes to brief by M.
                             Levinson.

01/24/07 E Monson        .20 Send e-mail to J. Hermann regarding brief.

01/24/07 E Monson        .20 Review e-mail from M. Levinson regarding
                             brief and send reply.

01/24/07 E Monson        .10 Forward Mt. Vista information to L.
                             Schwartzer in connection with subpoena.

01/24/07 E Monson        .50 Review e-mails from L. Schwartzer and S.
                             Smith regarding discourse issues and send
                             reply.

01/24/07 E Monson        .30 Additional review of S. Reale requests for
                             production of documents.

01/24/07 S Strong        .40 Review emails from J. Hermann and E. A.
                             Monson regarding involuntary petition against
                             IP VI (0.1); analysis of issues raised in IP
                             VIs motion to dismiss involuntary petition
                             (0.3).

01/24/07 S Tingey       3.40 Revise Motion to Enforce Stay regarding
                             Huntsville (3.4).

01/24/07 S Tingey        .40 Communicate with local counsel regarding
                             pleading to file in Huntsville bankruptcy
                             (0.2); review objection filed by WULA
                             regarding Huntsville (0.2).

01/25/07 S Cummings      .20 Review of declaration and proposed order for
                             motion to enforce the stay.

01/25/07 A Jarvis        .50 Correspondence on Royal Hotel complaint.

01/25/07 E Monson       3.40 Work on amendments to HMA complaint.

01/25/07 E Monson        .30 Review e-mails from M. Levinson and R.
                             Charles regarding individual defendants and
                             send reply.

01/25/07 E Monson        .20 Review e-mails from R. Charles and M.
                             Levinson regarding investors receiving money
                             from Great White.

01/25/07 E Monson        .30 Review answers to Reale complaint.

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/25/07 E Monson        .30 Discussion with S. Smith regarding HMA
                             document requests.

01/25/07 E Monson       1.00 Discussion with DTDF counsel regarding Tree
                             Moss, Investor VI and HMA matters.

01/25/07 E Monson        .50 Follow-up on Investor VI status hearing and
                             review docket and highlight pleadings needed.

01/25/07 E Monson        .10 E-mail S. Smith regarding Tree Moss documents.

01/25/07 E Monson        .20 Discussion with S. Smith regarding
                             preparations for Tree Moss trial.

01/25/07 E Monson       1.70 Work on preparations for trial.

01/25/07 S Strong        .20 Review emails from E. A. Monson, M. Levinson,
                             and R. Charles regarding HMA/Royal transaction
                             and amended complaint (.2).

01/25/07 S Strong       3.70 Review and analysis of IP VI involuntary
                             case, including motion to dismiss filed by IP
                             VI (0.8); exchange emails with L. Schwartzer
                             and E. A. Monson regarding same (0.1);
                             research for and drafting of Diversifieds
                             response opposition motion to dismiss IP VI
                             involuntary petition (2.7); circulate draft
                             with comments to L. Schwartzer, A. W. Jarvis
                             and E. A. Monson (0.1).

01/25/07 S Tingey       1.50 Telephone conference with Texas counsel
                             regarding Huntsville (0.2); review
                             information received from borrowers counsel
                             in Huntsville (0.2); transmit information to
                             USA and to Compass regarding Huntsville and
                             analyze issues and pending motion (1.1).

01/26/07 A Jarvis        .40 Correspondence on Tree Moss trial.

01/26/07 E Monson       3.10 Work on further revising HMA complaint and
                             review numerous e-mails with comments from
                             various parties regarding same.

01/26/07 E Monson        .30 Discussion with L. Schwartzer regarding
                             complaint.

Client No. 34585                                    Page:  12
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/26/07 E Monson        .80 Draft letter to D. Gerrard regarding
                             objections to subpoena and review and revise
                             letter.

01/26/07 E Monson        .50 Review e-mails from L. Schwartzer regarding
                             Tree Moss hearing and his conversation with
                             R. Walker regarding same and send reply and
                             review e-mail from J. Hermann.

01/26/07 E Monson       2.30 Work on additional prejudgment writ of
                             attachment against USAREG, Great White, etc.
                             and exchange numerous e-mails with J. Hermann
                             regarding same.

01/26/07 E Monson        .10 Review e-mail from R. Charles.

01/26/07 S Strong        .90 Review email from R. Charles regarding
                             corporate records of debtors needed for USACM
                             Trust litigation review (0.1); gather and
                             review corporate records of debtors (0.7);
                             email to R. Charles regarding same (0.1).

01/26/07 S Strong        .80 Review email and letter from A. Diamond
                             regarding documents and information requested
                             by USACM Trust (0.2); review email and list
                             from R. Charles regarding items to discuss at
                             meeting next week (0.3); exchange emails with
                             K. G. Glade, M. W. Pugsley and A. W. Jarvis
                             regarding same (0.3).

01/26/07 S Strong        .90 Review emails from J. Hermann and E. A. Monson
                             regarding issues for amended complaint and
                             possible pre-judgment writ regarding Royal
                             Hotel closing (0.2); research and analysis of
                             issues regarding same (0.7).

01/26/07 S Strong        .30 Review email from L. Schwartzer regarding
                             issues for upcoming hearing on Tree Moss
                             involuntary and pending sale (0.1); review case
                             docket regarding same (0.2).

01/26/07 S Tingey        .20 Telephone conference with attorney for
                             Boxcar, judgment lienholder in Huntsville
                             case (0.2).

Client No. 34585                                    Page:    13
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/26/07 S Tingey        1.80 Review correspondence from borrower on Cabernet
                              Highlands (0.3); memo to A. Stevens regarding
                              Cabernet (0.4); draft letter to Cabernet direct
                              creditors (1.1).

01/27/07 E Monson         .60 Work on pre-judgment writ of attachment of
                              USAREG.

01/27/07 E Monson        2.50 Review Rule 2004 exam transcripts of USAREG,
                              Great White and First American Title Company
                              and attached exhibits.

01/28/07 E Monson        1.20 Work on prejudgment writ of attachment on
                              USAREG and put together and review materials
                              to review Nevada law on prejudgment writ.

01/28/07 E Monson        1.30 Review materials for Tree Moss trial.

01/28/07 E Monson         .20 Review e-mails from L. Schwartzer and S.
                              Smith regarding Tree Moss trial.

01/28/07 E Monson         .40 Further revise HMA Amended Complaint and send
                              to L. Schwartzer.

01/28/07 E Monson         .80 Review e-mails from J. Hermann, M. Levinson
                              and M. Tucker and review materials from GW
                              2004 exam and send reply.

01/29/07 A Jarvis        1.50 Meeting with R. Walker, T. Allison, and J.
                              Hermann regarding IP issues, settlement
                              discussions.

01/29/07 A Jarvis         .50 Review of transcript of Great White 2004
                              examination.

01/29/07 E Monson        1.50 Attend hearing on Tree Moss.

01/29/07 E Monson         .60 Discussion with client regarding events at
                              hearing.

01/29/07 E Monson        1.00 Meet with Russ Walker and then J. Hermann to
                              discuss issues in case.

01/29/07 E Monson         .20 Discussion with J. Hermann regarding Investor
                              VI motion to dismiss.

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/29/07 E Monson      4.90 Work on reviewing 2004 exam transcript and
                            preparation of prejudgment writ of attachment
                            and T. Allison affidavit in support.

01/29/07 S Strong       .60 Revise draft response to IP VIs motion to
                            dismiss involuntary petition (0.5); circulate
                            draft to DTDF Committee for review (0.1).

01/29/07 S Tingey       .50 Revise letter regarding Cabernet Highlands
                            (0.3); communicate with A. Stevens regarding
                            same (0.2).

01/29/07 S Tingey       .30 Conference call with A. W. Jarvis, T. Allison,
                            S. Smith, S. C. Strong and others regarding
                            various transaction issues (0.3).

01/30/07 E Monson      2.70 Work on reviewing and revising pre-judgment
                            writ of attachment pleadings and T. Allison
                            declaration against Great White, etc. in HMA
                            litigation and put together exhibits.

01/30/07 E Monson       .30 Discussions with J. McPherson regarding
                            filing of pre-judgment writ of attachment
                            pleadings.

01/30/07 E Monson       .60 Meet with S. Smith and L. Bouck to discuss
                            document production in HMA litigation.

01/30/07 S Strong       .50 Work on supplemental declaration in support of
                            motion for writ of attachment in adversary
                            proceeding regarding Royal Hotel sale (0.5).

01/30/07 S Strong       .60 Review and revise draft motion for writ of
                            attachment in adversary proceeding involving
                            Royal Hotel sale proceeds (0.5); email to local
                            counsel regarding filing same (0.1).

01/30/07 S Strong       .50 Review motion by Tree Moss trustee for sale
                            procedures (0.2); review Club Sunterras
                            objection to same (0.1); exchange emails with
                            A. W. Jarvis regarding same (0.2).

01/30/07 S Tingey       .40 Conference with S. C. Strong regarding
                            Huntsville (0.2); telephone conference with
                            L. Moore regarding Huntsville (0.2).

Client No. 34585                                      Page:   15
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007


01/30/07 S Tingey          .60 Conference with D. M. Monson regarding
                               Cabernet Highlands (0.2); communicate with A.
                               Stevens regarding Cabernet (0.2); telephone
                               conference with D. M. Monson and A. Stevens
                               regarding Cabernet (0.2).

01/31/07 E Monson         2.20 Attend hearing on status of Investor VI
                               involuntary bid procedures in Tree Moss and
                               travel back to USA offices.

01/31/07 E Monson          .20 Evaluate order for relief in Tree Moss.

01/31/07 E Monson          .70 Meet with L. Bouck and S. Smith regarding
                               document production in HMA litigation.

01/31/07 E Monson          .10 Evaluate Binford request to Sheraton time.

01/31/07 E Monson          .20 Discussion with J. McPherson regarding
                               discovery order in Binford.

01/31/07 S Strong         1.70 Review papers filed in Tree Moss involuntary
                               case (0.4); review law regarding chapter 7
                               trustees operating authority (0.3); prepare
                               draft of proposed order for relief in Tree Moss
                               involuntary and granting operating authority
                               (0.6); circulate draft order in Tree Moss to
                               parties with comments for review (0.1); revise
                               draft order per comments from A. Landis (0.2);
                               circulate revised order to parties (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                              $32,283.50