*"Exhibit L-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359200

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

| | | | |
|---|---|---|---|
| 01/02/07 | K Glade | 1.10 | Prepare for (.4) and participate in conference call with Compass to discuss closing and deliverables for closing (.7). |
| 01/02/07 | A Jarvis | .70 | Conference call with Compass regarding closing documents, closing issues. |
| 01/02/07 | A Jarvis | .30 | Conference with D. M. Monson, S. C. Tingey, K. G. Glade and G. Winger regarding closing issues, timing. |
| 01/02/07 | D Monson | 4.20 | Review e-mails on status of entry of Confirmation Order and various objections to Confirmation Order and impact on closing schedule (0.3); review and respond to e-mail from SCT on conference call with Compasss attorneys (0.1); conference call with Compass attorneys and KGG, AWJ, SCT and G. Winger on agenda for closing with Compass (0.7); follow-up conference with AWJ, KGG, SCT and G. Winger on documents needed for closing with Compass (0.3); review officers closing certificate from Daniel Holzman, attorney for Compass (0.1); review closing file for letter to Silver Point on agreement for Mesirow to act as escrow agent for closing documents and confirmation of all original notes and discuss related Compass closing issues with SCT (0.5); review SCT e-mail to Compass attorneys on title company contacts (0.1); review SCT e-mail to Compass attorneys on assignments and allonges |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007

 

for closing (0.2); review EJT summary of title companies for closing endorsements, prepare new summary with corrected information to forward to Compass attorneys, locate updated information for title information for Castaic loans, compare list with list of loans to be sold to Compass (1.9).

01/02/07 S Strong        .20   Telephone conference with A. W. Jarvis regarding final version of APA as filed with court (0.1); email to R. G. Winger and A. W. Jarvis regarding same (0.1).

01/02/07 S Tingey       2.50   Conference with S. C. Strong regarding closing issues (0.2); review closing issues (0.4); conference call with Weil attorneys and D. M. Monson, K. G. Glade. R. G. Winger and A. W. Jarvis regarding closing issues (0.7); conference with A. W. Jarvis, R. G. Winger, K. G. Glade and D. M. Monson regarding closing issues (0.3); assemble closing information for R. Feldman, attorney for Compass (0.4); communicate with R. Feldman regarding closing issues (0.5).

01/02/07 G Winger       1.20   Telephone conference with attorneys for Compass regarding closing (.4); review purchase agreement regarding the same (.8).

01/03/07 D Monson       1.00   Review e-mail from SCT to Compass attorneys on West Hills bankruptcy (Huntsville loan), and review B. Feldman response (0.3); facilitate Compass payment for title company invoices (0.2); analyze forwarding title company commitments to Compass attorneys (0.2); review e-mails from EJT on title company invoices (0.2); review e-mail from EJT on Bay Pampano title information for closing with Compass (0.1).

01/03/07 D Monson        .10   Phone call from Carolyn Hall and S. Holland at Chicago Title on Palm Harbor One endorsement issues (0.1).

01/03/07 D Monson        .40   E-mail to Bob Feldman and Leslie Smith on payment of Fidelity invoices for assignment endorsement title work, and review B. Feldman response (0.4).

```
Client No. 34585                              Page:    3
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

| 01/03/07 | S Strong | .50 | Review emails from S. Smith, D. Blatt and M. Olson regarding loans to be serviced by Compass per Schedule 2 of APA (0.2); review Schedule 2 of APA (0.2); email to S. Smith and M. Olson regarding posting same on USACM website (0.1). |

01/03/07 S Strong    .50    Review emails from S. Smith, D. Blatt and M. Olson regarding loans to be serviced by Compass per Schedule 2 of APA (0.2); review Schedule 2 of APA (0.2); email to S. Smith and M. Olson regarding posting same on USACM website (0.1).

01/03/07 S Strong    .90    Review comprehensive loan servicing schedule filed under seal and letters supplementing APA, and transmit same to Compass as requested (0.7); review email from Compass counsel regarding same (0.1); exchange emails with S. Smith regarding same (0.1).

01/03/07 S Strong    .50    Review relevant provisions of APA concerning loan payoff and reconveyance of Glendale loan (0.5).

01/03/07 S Tingey    1.30    Memo to R. Feldman regarding Huntsville/West Hills Park bankruptcy plan and requested action.

01/03/07 S Tingey    1.50    Review UCC information and assignments to Compass.

01/03/07 E Toscano    .90    Email from Nathan Sherrill regarding status of updates, requests for additional information, fees, etc. (.3); emails with Ann Wilbur regarding Bay Pompano Beach loan (.2); review attachments from Ann Wilbur (.3); emails with D. M. Monson regarding Bay Pompano Beach loan and invoice issues (.1).

01/04/07 A Jarvis    .10    Correspondence with S. C. Strong regarding requested information from Compass.

01/04/07 D Monson    2.50    Review J. McPherson e-mail on Mountain House Business Park loan workout proposal, and forward to Compass attorneys (0.3); check on status of entry of Confirmation Order for scheduling of closing with Compass (0.2); review and respond to S. Holland and e-mail on Compass plans for assignments of Direct Lender interests in Palm Harbor loan (0.3); E-mails on Lerin Hills loan and consent to easement for power lines to Compass attorneys (0.3); phone

```
Client No. 34585                              Page:    4
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

message from R. Koe on notification to Compass
for closing (0.1);
e-mail from A. Stevens on notification to
Compass issues (0.1); e-mails to A. Stevens, R.
Koe, J. Reed and M. Haftl on notification to
Compass issues and review Asset Purchase
Agreement to summarize obligations to Compass
(1.2).

| | | | |
|---|---|---|---|
| 01/04/07 | S Tingey | 2.90 | Review UCC-1 assignment documents and issues (2.7); memo to Mesirow regarding same (0.2). |
| 01/04/07 | E Toscano | .60 | Review email and attachment from D. M. Monson regarding the Palm Harbor One loan (.2); emails with Nathan Sherrill regarding the 16 loans Fidelity is handling (.2); review commitments and update Index (.2). |
| 01/04/07 | C Hurst | .30 | Preparing assignments of UCC's for Compass. |
| 01/05/07 | K Glade | .20 | E-mails with D. Monson regarding Compass request for title updates (0.2). |
| 01/05/07 | D Monson | .70 | Review S. Scann Response to Objection to Binford Claim (0.2); review Loan Agreement and other documentation for Reply on Objection to Binford Loan (0.5). |
| 01/05/07 | D Monson | .20 | Review Dayco Funding Corporation Response to Objection to Motion for Relief From Stay (Southern California land 2nd Loan) (0.2). |
| 01/05/07 | D Monson | .40 | Check on status of commitments for endorsements being sent to Compass attorneys (0.1); e-mail to EJT on forwarding title commitments to Compass attorney, and discuss title commitments status with EJT (0.2); review EJT e-mail forwarding title commitments to Compass attorneys (0.1). |
| 01/05/07 | E Monson | .30 | Draft e-mail to S. Smith and L. Weese regarding document issues. |
| 01/05/07 | E Monson | .30 | Draft e-mail to M. Levinson and J. Hermann regarding settlement statement on Royal Hotel and review e-mail from A. W. Jarvis regarding same. |

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007


01/05/07 E Toscano        .60 Emails with D. M. Monson regarding title
                              updates (.2); locate and email updated title
                              commitments for ten loans to Compass Partners
                              and Compass Partners' counsel (.4).

01/05/07 C Hurst         5.00 Research California, Texas, Massachusetts, New
                              Mexico, and Nevada Secretary of State databases
                              for UCC financing statement recordings to
                              prepare assignments to Compass.

01/08/07 A Jarvis         .50 Review APA and schedules regarding loan
                              negotiation issues.

01/08/07 A Jarvis         .10 Correspondence on Grammercy price adjustment
                              issues.

01/08/07 A Jarvis         .20 Correspondence with Compass on title policy
                              issues.

01/08/07 D Monson         .30 Review and respond to J. McPherson e-mail on
                              Mountain House Business Park Loan and
                              notification sent to Compass attorneys (0.2);
                              phone call from A. Stevens on Mountain House
                              Business Park Loan and status of Wednesday
                              hearing (0.1).

01/08/07 D Monson         .50 Review and respond to SCT e-mail on Gramercy
                              Loan and closing issues, forward to AWJ and
                              review AWJ response (0.2); research on Gramercy
                              and other closing issues (0.3).

01/08/07 D Monson         .10 Review entered Confirmation Order (0.1).

01/08/07 S Strong         .50 Telephone conference with J. Reed regarding
                              asset sale descriptions in disclosure
                              statement and prior declarations (0.2);
                              review prior filings regarding same (0.2);
                              exchange emails with J. Reed regarding same
                              (0.1).

01/08/07 E Toscano       1.40 Organize additional title updates to send to
                              Compass Partners (.6); forward additional title
                              updates and commitments to Compass (.3); update
                              Index of status of title updates and
                              commitments (.2); numerous telephone calls to
                              title companies on missing updates (.2); emails
                              with title companies regarding status of
                              various updates (.1).

Client No. 34585                                    Page:      6
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/09/07  K Glade        .30  Review Compass closing memo (0.3).

01/09/07  A Jarvis       .20  Correspondence on meeting with Compass,
                              agenda regarding same.

01/09/07  D Monson      2.30  Review e-mail from AWJ on discussion of
                              Gramercy Loan with Compass attorney (0.1);
                              review Transition Plan draft from AWJ and
                              review Asset Purchase Agreement and prepare and
                              circulate insert with list of closing documents
                              and closing deliverables (1.3); conference with
                              SCS on closing conference call with Compass
                              attorneys (0.1); e-mail to G. Davis (Compass
                              attorney) on conference call on Compass closing
                              (0.1); e-mails to AWJ and S. Smith on
                              conference call on Compass closing (0.2);
                              review and respond to EJT e-mail on closing and
                              endorsement issues (0.2); e-mails with AWJ on
                              schedule for and participants in conference
                              call on Compass closing (0.3).

01/09/07  S Strong       .20  Review sale closing documents (.2).

01/09/07  S Tingey       .20  Follow-up with paralegal regarding UCC
                              assignment issues (0.2).

01/09/07  E Toscano      .30  Review transition list from Annette Jarvis;
                              review additions to list from D. M. Monson;
                              email questions to D. M. Monson regarding
                              same.

01/09/07  C Hurst        .50  Work on preparation of UCC assignments.

01/10/07  K Glade       3.00  Conference with D. Monson and S. Tingey
                              regarding Compass closing (0.2); review
                              agenda for Compass conference call (0.1);
                              participate in conference call with Compass
                              regarding closing issues (2.1); conference
                              with E. Toscano regarding the transfer of
                              title information to Compass (0.3); review
                              Weil list of questions on loans (0.3).

01/10/07  A Jarvis      1.40  Conference call with Ray Quinney & Nebeker
                              team, Mesirow, Weil, and D. Cica regarding
                              closing issues.

01/10/07  A Jarvis       .50  Conference with D. M. Monson, S. C. Tingey
                              and K. G. Glade regarding closing issues.

```
Client No. 34585                              Page:    7
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

01/10/07 A Jarvis        .20 Conference with G. Winger regarding summary
                             of discussion with Weil, closing issues,
                             officers certificate.

01/10/07 A Jarvis        .30 Correspondence on loan questions raised by
                             Weil regarding closing.

01/10/07 A Jarvis        .30 Correspondence on information requested by
                             Weil for closing.

01/10/07 D Monson        .10 Analyze Gramercy Loan endorsement issues (0.1).

01/10/07 D Monson       4.00 Make arrangements for conference call on
                             Compass closing and e-mails to G. Davis, S.
                             Smith and D. Cica on conference call (0.4);
                             prepare and circulate agenda for conference
                             call on Compass closing and review Asset
                             Purchase Agreement for closing items (1.2);
                             e-mail from D. Cica on Compass closing
                             conference call (0.1); participate in closing
                             conference call with Compass attorneys and D.
                             Cica, AWJ, SCS, KGG and SCT (1.9); follow up
                             discussions with AWJ, KGG and SCT on closing
                             items with Compass closing (0.4).

01/10/07 D Monson        .10 Review Lerin Hills Loan status (0.1).

01/10/07 S Strong        .90 Participate in telephone conference with
                             debtors and Compasss professionals
                             regarding pre-closing items and other
                             transition issues (.9).

01/10/07 S Strong        .10 Follow-up on title work for closing sale
                             transaction (.1).

01/10/07 S Tingey        .20 Conference with D. M. Monson regarding
                             closing issues (0.2).

01/10/07 S Tingey        .80 Revise memo to R. Feldman regarding
                             Huntsville (0.4); communicate with S. C.
                             Strong and A. W. Jarvis regarding Huntsville
                             (0.2); review order enforced in Huntsville
                             bankruptcy (0.2).

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/10/07 S Tingey        2.00  Conference call with Weil lawyers and RQN
                               lawyers regarding various closing issues
                               (1.3); conference with A. W. Jarvis, D. M.
                               Monson, K. G. Glade regarding closing issues
                               (0.7).

01/10/07 E Toscano       2.80  Emails with D. M. Monson regarding the
                               conference call with Compass Partners (.3);
                               review agenda for telephone conference call
                               (.2); telephone calls and emails to title
                               companies (Phil Tanner, Andy Bromby, etc.)
                               regarding the confirmation Order, Findings of
                               Fact and status of title updates and
                               endorsements (1.5); review Court Order from S.
                               C. Strong (.3); update Index (.2); review Bay
                               Pompano Beach recorded documents (.3).

01/11/07 K Glade          .30  Telephone call with A. Stevens regarding
                               information to be provided to Compass (0.1);
                               review list of Compass questions (Peggy
                               Jones) (0.2).

01/11/07 A Jarvis         .10  Correspondence with client on responses to
                               questions from Compass.

01/11/07 D Monson        1.00  Review AWJ e-mail on Transition Plan for
                               Compass closing and plan effective date
                               (0.1); phone call to A. Stevens on forwarding
                               Gateway Stone litigation information to
                               Compass (0.1); phone call to A. Stevens on
                               status of Lerin Hills Loan and request for
                               Compass approval (0.1); phone call to A.
                               Stevens on forwarding ComVest borrower
                               information to Compass (0.1); phone message
                               from EJT on updated list of title company
                               contacts and status of requests for
                               endorsements (0.1); e-mail to R. Koe and A.
                               Stevens on status of information forwarded to
                               Compass (0.1); review AWJ preliminary
                               responses to Peggy Jones e-mail on status of
                               certain loans (0.1); discussions with SCT on
                               Huntsville Loan borrower request for
                               appraisal, and review SCT e-mail to Compass
                               (0.1); review EJT e-mail to Compass on title
                               company contacts (0.1); review Peggy Jones
                               (Compass paralegal) e-mail on title company
                               issues (0.1).

```
Client No. 34585                               Page:     9
Debtor USA Commercial Mortgage Co., et al.     March 13, 2007
```

| | | |
|---|---|---|
| 01/11/07 D Monson | .10 | E-mail to D. Blatt on Gateway Stone and ComVest information (0.1). |
| 01/11/07 D Monson | .10 | Review David Blatt e-mail on Huntsville Loan (0.1). |
| 01/11/07 S Strong | .50 | Review voice message from E. J. Toscano regarding sale order requested by title company (0.1); review plan confirmation Findings and Order and sale provisions contained therein (0.3); email to E. J. Toscano regarding same (0.1). |
| 01/11/07 S Tingey | 1.20 | Review revised Order submitted in Huntsville bankruptcy (0.2); email to D. Blatt at Compass regarding same (0.2); review correspondence from local counsel regarding Huntsville bankruptcy issues (0.2); communicate with D. M. Monson regarding same (0.2); email to D. Blatt regarding Huntsville subpoena (0.2); email to local counsel regarding Huntsville subpoena (0.2). |
| 01/11/07 E Toscano | 3.20 | Prepare new Index of Loans with status of title updates, contacts, etc., for Compass (2.1); emails with Nathan Sherrill, Donna Cimono, Jean Hicks, Janet Russell and Harold Huston regarding copies of the Findings of Fact and confirmation Order per their request (.6); emails with Peggy Jones at Weil Gotshal regarding status of title updates on the loans sold to Compass (.5). |
| 01/12/07 K Glade | .30 | E-mails with Weil Gotshal regarding questions on loan portfolios (0.3). |
| 01/12/07 A Jarvis | .40 | Telephone conference with A. Stevens and J. Reed regarding response to questions raised by Compass. |
| 01/12/07 A Jarvis | .30 | Follow-up on assignments motion. |
| 01/12/07 A Jarvis | .30 | Correspondence with Compass regarding position on assignments motion. |
| 01/12/07 A Jarvis | .60 | Review APA and correspondence on FTDF price reduction/payoff of loans issues. |

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                   March 13, 2007

01/12/07 A Jarvis          .20  Correspondence on title issues.

01/12/07 A Jarvis          .10  Correspondence with client on breakup fee.

01/12/07 A Jarvis          .10  Review correspondence on Huntsville
                                bankruptcy.

01/12/07 D Monson          .20  Review e-mails on status of Brookmere
                                litigation (0.2).

01/12/07 D Monson         3.60  Review EJT e-mail to Compass on title company
                                contacts (0.1); investigate status of
                                individual loans not on APA Schedules requested
                                by Peggy Jones and e-mail to Peggy Jones on
                                list of loans that have been repaid (1.4);
                                review e-mails from Peggy Jones, M. Haftl and
                                SCS on Schedule 1 to APA and loans that have
                                been repaid, and discuss with SCS (0.3); review
                                Asset Purchase Agreement price adjustment
                                provisions (0.4); e-mail to AWJ on proposed
                                response to Peggy Jones (0.2); e-mail to M.
                                Haftl on proposed response to Peggy Jones
                                (0.2); e-mail to Peggy Jones on Compass APA and
                                loans on Schedule 1 (1.0).

01/12/07 S Strong          .60  Review emails from P. Jones of Weil regarding
                                schedule 1 of APA (0.1); exchange emails with
                                D. M. Monson regarding same (0.1); confer
                                with D. M. Monson regarding price adjustment
                                issues regarding Schedule 1 of APA (0.2);
                                exchange follow-up emails with D. M. Monson
                                and A. W. Jarvis regarding same (0.2).

01/12/07 S Tingey          .40  Analyze UCC assignment issues and status.

01/12/07 E Toscano         .60  Update Index of status of title updates and
                                endorsements on the loans sold to Compass (.2);
                                circulate Index (.1); emails with Peggy Jones
                                regarding issues with certain title companies
                                (.2); call from Phil Tanner regarding the
                                Amesbury Hatters Point loan and emails with
                                Phil Tanner and Peggy Jones regarding same
                                (.1).

01/12/07 C Hurst          2.00  Review completed UCC assignments; further
                                search on California, Texas and Florida
                                websites for UCC information for further
                                preparation of assignments.

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007

| 01/15/07 A Jarvis | .10 | Correspondence with B. Fasel regarding timing of break up fee payment. |
|---|---|---|
| 01/15/07 A Jarvis | .20 | Correspondence on Colt loans. |
| 01/15/07 D Monson | .20 | Review SCT e-mail to D. Blatt and D. Blatt response on West Hills / Huntsville Loan and threatened foreclosure (0.2). |
| 01/15/07 E Toscano | .30 | Organize various title updates; update Index of status of updated title reports. |
| 01/16/07 A Jarvis | .40 | Draft memo to Ray Quinney & Nebeker team regarding follow up issues on preparation for Compass closing. |
| 01/16/07 A Jarvis | .30 | Correspondence with client regarding Compass closing, loan issues related to closing. |
| 01/16/07 D Monson | .20 | Review Compass Response to USACM Reply Brief on Motion for Approval of Assignment Procedures for Direct Lender Interests (0.1); review AWJ e-mail on status of Compass closing issues (0.1). |
| 01/16/07 S Strong | .60 | Work on evaluating APA provisions affecting potential loan payoffs (0.2); further review of relevant APA provisions and related schedules (0.3); review emails from D. M. Monson and A. W. Jarvis regarding same (0.1). |
| 01/16/07 S Strong | .20 | Analyze transaction closing issues (.2). |
| 01/16/07 S Tingey | .50 | Review UCC assignments for Compass (0.5). |
| 01/16/07 S Tingey | .20 | Communicate with A. Stevens regarding various default letter issues (0.2). |
| 01/16/07 S Tingey | 1.70 | Telephone conference with D. Blatt regarding Huntsville (0.2); telephone conference with M. Anglin, attorney for first lienholder on WULA (0.2); telephone conference with D. Blatt and G. Davis regarding Huntsville issues (0.3); outline objection to Huntsville disclosure statement (1.0). |

Client No. 34585                                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.                          March 13, 2007

01/16/07 E Toscano        1.00 Emails with Dana Cica, Peggy Jones, Andy
                               Brumby and Brian Jones regarding various
                               loans and updated title report issues; update
                               Index and files.

01/16/07 G Winger          .20 Follow-up regarding closing details.

01/17/07 K Glade          1.00 Conferences with D. Monson and S. Tingey
                               regarding closing logistics (0.2);
                               conferences with D. Monson and S. Tingey
                               regarding UCC assignment and amendment issues
                               related to Compass closing (0.8).

01/17/07 A Jarvis          .30 Conference with T. Allison regarding Compass
                               closing.

01/17/07 A Jarvis          .20 Correspondence on Compass sale issues.

01/17/07 D Monson         2.60 Review SCT and M. Olson e-mails on Huntsville
                               Loan and Compass request for Objection to
                               Disclosure Statement (0.3); review e-mail from
                               AWJ on closing schedule with Compass and
                               respond to AWJ e-mail (0.3); work on revisions
                               to UCC assignment forms (0.8); phone call to
                               Maggie Stone on UCC assignment issues (0.2);
                               e-mail to Maggie Stone on UCC assignment issues
                               (0.2); phone call from Maggie Stone on UCC
                               assignment issues (0.2); review updated
                               checklist from AWJ of closing items (0.3);
                               review title report and supporting documents
                               from EJT on Bay Pampano Loan for closing (0.4).

01/17/07 S Strong          .80 Analysis of sale/transition issues (0.6);
                               review draft of transition services agreement
                               (0.2).

01/17/07 S Tingey         2.40 Review UCC assignment issue (0.4);
                               communicate with D. M. Monson and K. G. Glade
                               regarding form of assignment (0.5); analyze
                               UCC assignment issues (1.3); memo to Weil
                               regarding UCC assignments (0.2).

01/18/07 K Glade           .30 E-mail with D. Monson and S. Tingey regarding
                               appeal of confirmation and affect on Compass
                               closing (0.3).

Client No. 34585                                      Page:   13
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007

| | | | |
|---|---|---|---|
| 01/18/07 | D Monson | 2.00 | Review Bankruptcy Appellate Panel Stay Pending Appeal and AWJ e-mail on postponed closing date (0.2); review docket sheet and review Confirmation Order and Findings and Conclusions to forward to any title companies needing copies to issue title policy endorsement (1.1); review SCT e-mail to Compasss attorneys on assignment form for UCC financing statement assignments (0.1); review Gramercy Loan documents and Gramercy Title Policy for closing purposes (0.6). |
| 01/18/07 | D Monson | .20 | Review KGG e-mail on Fox Hills 216 Loan and tender of title insurance claim (0.2). |
| 01/18/07 | D Monson | .10 | Review SCT e-mail to Compasss attorneys on Huntsville Loan status (0.1). |
| 01/18/07 | D Monson | .30 | E-mail to Jean Hicks at Land America Title on Gramercy Loan title policy endorsement (0.3). |
| 01/18/07 | S Tingey | .80 | Communicate with Compass attorney regarding UCC issues (0.2); revise form of UCC assignment and review UCC issues (0.4); communicate with Compass attorney regarding Huntsville lien (0.2). |
| 01/19/07 | D Monson | .20 | Review of Gramercy title policy endorsement issues (0.2). |
| 01/19/07 | S Strong | .30 | Draft email to G. Davis regarding recent events concerning confirmation appeals and temporary stay pending appeal, and transmitting documents regarding same (.3). |
| 01/22/07 | A Jarvis | .40 | Telephone conference with G. Davis and T. Lomazov regarding stay issues and closing. |
| 01/22/07 | D Monson | .20 | Review e-mail from G. Winger on closing schedule with Compass (0.1); work on additional loan documents requested by Compass (0.1). |
| 01/22/07 | S Tingey | .20 | Memo to R. Feldman regarding Huntsville (0.2). |
| 01/23/07 | A Jarvis | .20 | Correspondence with Committees regarding Compass closing issues. |

Client No. 34585                                        Page:   14
Debtor USA Commercial Mortgage Co., et al.              March 13, 2007

01/23/07 A Jarvis      .30  Telephone conference with T. Allison, G.
                           Davis, T. Lomazow regarding Bob Russell
                           loans, appeal issues, closing issues.

01/23/07 A Jarvis      .20  Telephone conference with T. Lomazow
                           regarding response from Compass on Bob
                           Russell loan issue.

01/23/07 A Jarvis      .30  Correspondence with Compass regarding
                           Franklin Stratford / 1-40 loans.

01/23/07 A Jarvis      .30  Review correspondence from Silver Point and
                           draft e-mail to client regarding same.

01/23/07 D Monson      .50  Review e-mail from SCT to A. Stevens on
                           additional loan documents requested by Compass
                           (0.1); review Gramercy Loan and closing
                           requirements and possible closing schedule
                           (0.2); review and respond to AWJ e-mail on
                           Committee conference call on closing issues
                           (0.1); discuss status of UCC Assignments with
                           SCT (0.1).

01/23/07 S Strong      .10  Exchange emails with M. Haftl regarding final
                           APA as filed with court (.1).

01/23/07 S Strong      .50  Telephone conference with J. Reed regarding
                           historic loan balance information requested
                           by Compass (0.2); review prior loan summaries
                           and email relevant documents to J. Reed per
                           his request (0.3).

01/23/07 S Tingey     1.40  Telephone conference with A. Stevens
                           regarding documents requested by Weil (0.2);
                           telephone conference with P. Jones and L.
                           Smith regarding documents requested by Weil
                           (0.2); assemble documents and transmit to P.
                           Jones (0.8); telephone conference with J.
                           Reed regarding information requested by Weil
                           (0.2).

01/23/07 E Toscano    1.40  Numerous emails with Peggy Jones regarding
                           title updates on various loans (.4); provide
                           Peggy Jones a status report on certain loans
                           (.3); research file regarding the Fiesta loans
                           (.3); emails and calls to title companies to
                           obtain title updates on two Fiesta loans (.2);
                           update files and Index of loans (.2).

Client No. 34585                          Page:   15
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007


01/24/07 A Jarvis        .20  Correspondence with letter on Silver Point
                              letter.

01/24/07 A Jarvis        .20  Correspondence with G. Winger and D. M.
                              Monson regarding closing checklist.

01/24/07 A Jarvis        .10  Correspondence with Compass regarding closing.

01/24/07 D Monson        .90  Participate in conference call with Committees
                              and their attorneys and financial advisors on
                              transition plans for sale to Compass and loan
                              payoff issues (0.7); review e-mail from E.
                              Karasik on closing checklist for Compass
                              closing (0.1); review J. Reed e-mail on status
                              of UCC assignments (0.1).

01/25/07 A Jarvis        .20  Correspondence on closing checklist.

01/25/07 D Monson        .20  Analyze Transition Plan issues (0.2).

01/25/07 D Monson        .50  Review SCS e-mail on Castaic Partners II and
                              Del Valle Livingston Loan Agreements; review
                              Castaic Partners II Loan file for executed
                              agreements and review SCS e-mail to J. Reed and
                              S. Smith (0.5).

01/25/07 S Strong       1.00  Telephone conference with R. Charles and S.
                              Smith regarding allocation of sale proceeds
                              (0.2); exchange emails with B. Fasel and A. W.
                              Jarvis regarding same (0.2); exchange follow-up
                              emails with R. Charles and S. Smith regarding
                              same (0.1); review Mesirow analysis comparing
                              SPC and Compass bids prior to auction (0.5).

01/25/07 S Strong       1.10  Telephone conference with J. Reed regarding
                              sale closing issues regarding computer
                              systems (0.2); review and analysis of
                              provisions of Plan, APA, and Confirmation
                              Order regarding same (0.9).

01/25/07 S Strong        .30  Review emails from S. Smith and J. Reed
                              regarding Compass request regarding unsigned
                              loan document (0.2); email to S. Smith and J.
                              Reed regarding same (0.1).

01/25/07 S Tingey       1.00  Follow-up regarding UCC filings (0.2); review
                              assignments of trust deed issue raised by Weil
                              and communicate with Weil regarding same (0.8).

Client No. 34585                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/25/07 E Toscano      .20  Review emails and attachments of title
                             commitments from Fidelity National Title;
                             draft email to Peggy Jones regarding same;
                             review response.

01/25/07 C Hurst        .60  Work on UCC assignments.

01/26/07 K Glade        .40  E-mails from A. Jarvis regarding closing of
                             Compass (0.2); e-mails from D. Monson
                             regarding closing of Compass (0.2).

01/26/07 A Jarvis       .50  Telephone conference with B. Fasel and B. Koe
                             regarding allocation issues, request for
                             information.

01/26/07 A Jarvis       .50  Telephone conference with B. Fasel, J. Reed
                             and R. Charles regarding allocation issues.

01/26/07 A Jarvis       .30  Telephone conference with B. Fasel regarding
                             conference call with Compass.

01/26/07 A Jarvis       .80  Telephone conference with Compass regarding
                             sale closing, loan issues.

01/26/07 A Jarvis       .50  Correspondence on Compass closing issues.

01/26/07 D Monson      1.80  Review e-mail from AWJ on closing documents to
                             D. Cica (0.1); work on forwarding closing
                             documents to D. Cica for First Trust Deed Fund
                             Committee review; e-mail to D. Cica on status
                             of closing documents (0.3); review e-mails
                             forwarding draft closing documents to Compass
                             and forward closing documents to D. Cica (1.0);
                             e-mail to E. Karasik on closing checklist, and
                             revise closing documents checklist (0.3);
                             follow-up on Debtors' Closing Certificate
                             (0.1).

01/26/07 S Strong       .60  Review letter from Silver Point regarding
                             pending asset sale (0.1); exchange emails
                             with A. W. Jarvis and J. Reed regarding
                             Silver Point confidentiality agreements
                             (0.1); review same (0.2); telephone
                             conference with J. Reed regarding same (0.1);
                             exchange emails with A. W. Jarvis regarding
                             same (0.1).

01/26/07 S Tingey       .30  Follow-up on closing issue and documents (0.3).

Client No. 34585                                      Page:   17
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007


01/26/07 E Toscano      .10 Telephone call with Nathan Sherrill at
                            Fidelity National Title regarding assignment
                            of beneficiaries' interests on 16 loans sold
                            to Compass.

01/29/07 K Glade        .50 Review flow chart for Compass closing and
                            related conference with D. Monson (0.5).

01/29/07 A Jarvis       .30 Correspondence on documents for closing.

01/29/07 D Monson      2.00 Review e-mail and update Transition Plan from
                            AWJ for sale to Compass (0.8); e-mail to M.
                            Stone on certified copy of Eagle Meadows
                            Mortgage for closing (0.2); evaluate Transition
                            Plan updates and issues (0.2); review e-mail
                            from M. Stone on Eagle Meadows Mortgage (0.1);
                            conference with EJT on Eagle Meadows Mortgage
                            certified copy (0.1); e-mail to EJT on Eagle
                            Meadows Mortgage certified copy (0.1); review
                            e-mail from SCS and e-mail to AWJ on Transition
                            Plan conference call (0.2); review e-mails from
                            M. Stone and EJT on Eagle Meadows Mortgage
                            certified copy (0.3).

01/29/07 S Strong       .80 Review confirmation hearing transcript, APA,
                            Plan, and Confirmation Order regarding
                            effective date issues and final order condition
                            (0.5); research regarding same (0.3).

01/29/07 S Tingey      3.40 Review issues and documents regarding USACM
                            assignments of trust deed and analyze documents
                            (3.4).

01/29/07 E Toscano     1.20 Telephone call and email to Karla Haney
                            requesting certified copy of Trust Deed (.1);
                            review numerous emails and attachments from
                            Fidelity National Title with new title
                            commitments and underlying documentation (.4);
                            update files and Index (.2); followup with
                            Karla Haney (.2); emails with Nancy Wilson at
                            Fidelity (.3).

01/29/07 C Hurst       2.50 Prepare USA Commercial assignments of
                            mortgages.

01/30/07 A Jarvis       .50 Telephone conference with Compass regarding
                            issues under APA, closing issues.

```
Client No. 34585                                Page:   18
Debtor USA Commercial Mortgage Co., et al.      March 13, 2007
```

| 01/30/07 S Strong | .50 | Further analysis of confirmation hearing transcripts and Asset Purchase Agreement regarding "Final Order" condition to closing (0.5). |
|---|---|---|
| 01/30/07 S Tingey | .40 | Review USACM Trust Deed Assignment and communicate with R. Feldman regarding same (0.4). |
| 01/30/07 E Toscano | 1.10 | Review emails from Nancy Wilson at Fidelity (.1); draft email to Nancy Wilson with questions regarding same (.2); review attachments and update files and Index (.2); locate outstanding invoices from title companies and forward same to Peggy Jones (.3); emails with Peggy Jones regarding same (.2). |
| 01/30/07 C Hurst | 1.70 | Work on UCC Amendments to assign to Compass. |
| 01/31/07 S Strong | .10 | Exchange messages with G. Davis regarding sale issues (.1). |
| 01/31/07 S Strong | .10 | Research on final order as sale condition (.1). |
| 01/31/07 S Strong | .20 | Review email from M. Olson regarding MLD licensing issues for successor loan servicers (0.1); email to A. W. Jarvis and E. A. Monson regarding same (0.1). |
| 01/31/07 E Toscano | .90 | Emails with Victoria Jacobs regarding the Eagle Meadows' certified Trust Deed (.2); draft letter and forward same with check to Chicago Title for fees and costs for certified Trust Deed (.2); review emails and attachments from Nancy Wilson (.1); update files and Index (.1); followup on unpaid invoices from various title companies (.1); review emails and letters regarding the Brookemere loan (.1); locate file on existing preliminary title report (.1). |

```
TOTAL FOR LEGAL SERVICES RENDERED                    $32,297.50
```

"*Exhibit L-4*"

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359201

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 01/02/07 | B Bauman | .90 | Research of Nevada corporate, and LLC law regarding dissolution. |
| 01/02/07 | A Brinkerhoff | 6.80 | Call from T. Fallati regarding draft Protective Order, email report of call to E. Monson and A. Jarvis (.7); conference with E. Monson regarding status of hearing on Fulbright motion and possibility of stipulated Protective Order (.5); review emails of Committees with their comments on Protective Order (.5); work to create new draft of Protective Order attempting to harmonize positions of Fulbright and R. Charles (2.2); proofread and edit new draft of Protective Order (.5); insert concerns and comments of M. Levinson in draft Protective Order (1.3) proofread and edit new draft of Protective Order (.6); preparation for hearing on Motion for Protective Order (.3); call to T. Fallati (.2). |
| 01/02/07 | D Monson | .20 | Review filings on Standard Property Development claims on loan funding (0.2). |
| 01/02/07 | D Monson | .10 | Phone call from Carolyn Hall at Chicago Title (Palm Harbor One Loan) on Assignments of Direct Lender Interests (0.1). |
| 01/02/07 | E Monson | 3.80 | Work revising protective order to include comments of UCC and DTDF committees. |

Client No. 34585                              Page:    2
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007


01/02/07 E Monson        .20  Review e-mails from M. Levinson regarding
                              protective order.

01/02/07 E Monson        .50  Conference call with A. T. Brinkerhoff and T.
                              Falloti regarding protective order.

01/02/07 E Monson        .20  Circulate new draft of protective order to
                              UCC and DTDF counsel.

01/02/07 E Monson        .50  Put together materials for hearing on
                              protective order.

01/02/07 E Monson        .40  Assist in preparation for hearing on protective
                              order.

01/02/07 E Monson        .40  Review e-mails from S. Freeman on privilege
                              issues and send replies.

01/02/07 S Strong        .10  Exchange emails with R. Charles and S. Smith
                              regarding loan collection cost allocations
                              (.1).

01/02/07 S Strong        .60  Review email from S. C. Tingey regarding
                              Glendale Housing loan and payoff issues (0.2);
                              confer with S. C. Tingey regarding same (0.3);
                              email to A. W. Jarvis regarding same (0.1).

01/02/07 S Strong        .30  Review comments from M. Levinson, R. Charles,
                              S. Freeman and E. A. Monson regarding drafts of
                              proposed protective order regarding IP
                              documents (0.3).

01/03/07 A Brinkerhoff   .70  Follow up on Protective Order issues and
                              review numerous emails, comments and
                              suggestions from Committees (.7).

01/03/07 K Glade        6.00  Review loan documents, title policies and
                              Kaweah pleadings to determine scope of Kaweah
                              lawsuit as to Fox Hills 216 loan (1.8); and as
                              to Eagle Meadows Development loan (1.8);
                              telephone calls with R. Nagel (Chicago Title)
                              to determine factual information as to Kaweah
                              lawsuit affect on Fox Hills 216 loan (0.4);
                              draft related letter to R. Nagel regarding
                              Kaweah lawsuit as to Fox Hills 216 loan and
                              Eagle Meadows Development loan (0.4); e-mail to

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


|  |  |  |
|---|---|---|
|  |  | co-counsel regarding Kaweah lawsuit affect on Fox Hills 216 loan (0.4) and Eagle Meadows Development loan (0.4). |
| 01/03/07 | B Kotter | .20 Review of e-mail and stipulation regarding assignment procedures motion. |
| 01/03/07 | D Monson | .90 Phone message from Carolyn Hall of Chicago Title on Assignments for Palm Harbor One loan (0.1); phone call from Carolyn Hall and Susan Holland at Chicago Title on Palm Harbor One Loan Fifth Amendment to Mortgage and recording of Sierra assignments (0.5); forward Motion on Assignments of Direct Lender Interests and Order of Continuance to Carolyn Hall and Susan Holland (Palm Harbor One Loan) (0.3). |
| 01/03/07 | D Monson | .20 Review e-mail on Fox Hills loan issues (0.2). |
| 01/03/07 | E Monson | .40 Review R. Charles comments to protective order. |
| 01/03/07 | E Monson | .50 Meet with client and counsel for UCC and DTDFC and discuss issues on protective order. |
| 01/03/07 | E Monson | .40 Meet with IP counsel and counsel for DTDFC and UCC and discuss protective order. |
| 01/03/07 | E Monson | .30 Participate in hearing on HMA prejudgment writ and TRO. |
| 01/04/07 | K Glade | 1.00 Draft letter to Kaweah's counsel regarding automatic stay (Eagle Meadows Development loan) (0.6); e-mail from L. Schwartzer regarding automatic stay on Eagle Meadows Development loan (0.2); e-mail from M. Stone regarding earlier Eagle Meadows Development loan that has been repaid. |
| 01/04/07 | A Jarvis | .50 Meet with T. Allison and R. Koe regarding loan issues, confirmation issues, Compass. |
| 01/04/07 | A Jarvis | .20 Work on protective order issues. |
| 01/04/07 | A Jarvis | .20 Analyze various loan issues. |
| 01/04/07 | A Jarvis | .20 Review correspondence on loan issues. |

Client No. 34585                                    Page:     4
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/04/07 A Jarvis      .70  Meeting with S. Smith, B. Higgins and G.
                            Garman regarding $2.6 million issue in
                            collection account, disposition of same.

01/04/07 A Jarvis     1.80  Meeting with T. Allison and R. Koe regarding
                            Compass issues, loan issues, transition
                            issues.

01/04/07 A Jarvis      .10  Correspondence with T. Allison regarding
                            Standard Development discussions.

01/04/07 D Monson      .20  Review L. Schwartzer e-mail on Fox Hills loan
                            (0.2).

01/04/07 D Monson      .40  Review S. Holland e-mail on Palm Harbor One
                            Loan Fifth Modification to Mortgage (0.1);
                            e-mail to Candis Grissom (Chicago Title) on
                            Palm Harbor One Loan Fifth Modification to
                            Mortgage, and review response (0.3).

01/04/07 D Monson      .60  Review e-mails from A. Stevens on Lerin Hills
                            Loan and consent to Power Line Easement
                            (0.3); phone calls from A. Stevens and J.
                            Reed on Lerin Hills loan (0.1); e-mail to AWJ
                            and SCS on Lerin Hills Loan and Compass
                            consent, and review SCS response (0.2).

01/04/07 D Monson      .20  Phone call from Susan Scann on Binford Loan
                            and Interest Reserve (0.2).

01/04/07 D Monson      .10  Review Urban Housing Deed of Reconveyance
                            (0.1).

01/04/07 D Monson      .20  E-mails from M. Olson and A. Stevens on
                            Marlton Square 1st Loan (0.2).

01/04/07 E Monson      .30  Meet with B. Koe and T. Allison and discuss
                            loans and issues involving Compass.

01/04/07 E Monson      .60  Review comments of S. Freeman to protective
                            order.

01/04/07 E Monson      .50  Discussion with L. Schwartzer regarding his
                            conference with B. Goold and review
                            settlement statement on Royal Hotel sale and
                            compare with old settlement statement.

01/04/07 S Strong      .40  Evaluate Glendale Urban loan payoff (0.4).

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.              March 13, 2007


01/04/07 S Strong        .80 Review email from D. M. Monson reporting on
                             status of Lerin Hills loan issues (0.2); draft
                             email to A. W. Jarvis and D. M. Monson
                             regarding bankruptcy sale issues related to
                             Lerin Hills loan (0.2); analyze relevant Plan
                             and APA provisions regarding loan payoffs
                             (0.2); exchange further emails with D. M.
                             Monson regarding same (0.2).

01/05/07 A Brinkerhoff   .50 Conference with E. Monson regarding Committee's
                             drafts of Protective Order and possible
                             response to R. Charles, S. Freeman and M.
                             Levinson (.5).

01/05/07 K Glade         .80 Review letter to Kaweah's counsel regarding
                             automatic stay and Fox Hills 216 loan (0.3);
                             and Eagle Meadows Development loan (0.3);
                             telephone call with Kaweah's counsel regarding
                             Fox Hills 216 loan (0.1); and Eagle Meadows
                             Development (0.1).

01/05/07 A Jarvis        .90 Telephone conference with T. Allison and R.
                             Koe regarding loan collection issues, APA and
                             plan issues.

01/05/07 A Jarvis        .30 Correspondence with client regarding loan
                             issues.

01/05/07 D Monson        .70 Review e-mail from Susan Scann and contractor
                             correspondence on Binford Loan and completion
                             of construction status (0.3); review letter
                             from S. Scann on Binford Loan issues (0.4).

01/05/07 D Monson        .10 Analyze Lerin Hills Loan issues (0.1).

01/05/07 D Monson        .10 Analyze Standard Property Development Loan
                             issues (0.1).

01/05/07 D Monson        .30 Work on response to M. Guymon inquiry on
                             Marlton Square 1st Loan (0.1); e-mail to A.
                             Stevens and M. Olson on Marlton Square 1st Loan
                             and inquiry from M. Guymon (0.2).

01/05/07 E Monson       1.30 Review revisions to protective order and send
                             lengthy reply to R. Charles and S. Freeman.

01/05/07 E Monson        .90 Work on revising protective order based on
                             comments received from A. W. Jarvis.

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/05/07 E Monson        .10 Review e-mail from S. O'Connell regarding
                             protective order and send reply.

01/05/07 S Strong       1.10 Research regarding affect of confirmation order
                             entry, closing of Compass transaction, and plan
                             effective date on automatic stay and related
                             loan servicing issues (1.1).

01/05/07 C Hurst        1.20 Work on inventory control forms for USACM.

01/08/07 A Brinkerhoff   .80 Work on and review new draft of Protective
                             Order and email to E. Monson (.5); review
                             Committee's and Fulbright's emails regarding
                             draft Protective Order (.3).

01/08/07 K Glade        1.80 Telephone call with Kaweah's attorney
                             regarding Fox Hills 216 (0.2); and Eagle
                             Meadows Development (0.2); revise letter to
                             Kaweah's attorney regarding Fox Hills 216
                             (0.2); and Eagle Meadows Development (0.2);
                             draft e-mail to Chicago Title regarding
                             update from Kaweah's counsel on Fox Hills
                             (0.3); and Eagle Meadows Development (0.3);
                             telephone call with A. Stevens regarding Fox
                             Hills 216 (0.2); and Eagle Meadows
                             Development (0.2).

01/08/07 K Glade         .50 Telephone call with A. Stevens regarding
                             letter on 6425 Gess Ltd. (0.2); subsequent
                             telephone call with A. Stevens regarding
                             accrual of interest on 6425 Gess Ltd. (0.1);
                             e-mail to A. Stevens with a proposed letter
                             on 6425 Gess Ltd. (0.2).

01/08/07 A Jarvis        .40 Telephone conference with T. Allison
                             regarding loan issues.

01/08/07 A Jarvis        .50 Correspondence on Binford loan issues.

01/08/07 A Jarvis        .60 Correspondence with client on Colt loans.

01/08/07 A Jarvis        .20 Correspondence on Huntsville loan.

01/08/07 A Jarvis        .40 Correspondence with client on loan collection
                             issues.

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/08/07 B Kotter        1.10 Review e-mail from S. C. Strong regarding
                              provision of FTDF Operating Agreement (.1);
                              review operating agreement (.4) and respond
                              to e-mail with answer (.3); review
                              responses/inquiries to e-mail (.3).

01/08/07 D Monson         .20 Phone call from Bill McKenna on foreclosure
                              counsel status (0.2).

01/08/07 D Monson         .10 Phone call from A. Stevens on 6425 Gess Loan
                              (0.1).

01/08/07 D Monson         .20 Phone call from A. Stevens on letter from
                              ComVest Guarantor, and review letter (0.2).

01/08/07 D Monson         .20 Phone call from A. Stevens on status of
                              Binford Loan, and forward letter from Binford
                              to A. Stevens (0.2).

01/08/07 E Monson         .70 Review e-mail from S. Freeman regarding
                              protective order and send reply regarding
                              confidentiality issues.

01/08/07 E Monson         .90 Conference with S. Freeman regarding issues
                              on protective order.

01/08/07 E Monson         .70 Review and consider red-line changes received
                              from S. Freeman.

01/08/07 E Monson         .10 Send e-mail to L. Weese regarding question
                              relating to protective order.

01/08/07 E Monson         .20 Analyze issues regarding protective order.

01/08/07 E Monson         .40 Review e-mails from S. Smith regarding
                              protective order and send replies.

01/08/07 E Monson         .80 Review additional changes to protective order
                              and note further comments and e-mail A. T.
                              Brinkerhoff regarding same.

01/08/07 S Strong         .40 Review Bysynergy loan and discovery needed
                              (0.2); review drafts of R. 2004 papers
                              regarding Bysynergy loan (0.2).

01/08/07 S Strong         .20 Telephone conference with T. Allison regarding
                              recent negotiations with SPD borrower (0.1);
                              email to A. W. Jarvis regarding same (0.1).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007
```

01/08/07 C Hurst      3.00 Meet with Susan Smith and Lee Ann Weese
                           regarding task of boxing records and
                           inventory control; exam offices and records
                           with Lee Ann; meet with USA Capital staff and
                           Mesirow staff and discuss inventory control
                           and creating inventory database.

01/09/07 A Brinkerhoff 2.40 Work on Protective Order (.3); conference call
                           with S. Freeman, E. Monson and M. Levinson on
                           issues in Protective Order (.6); review
                           comments on Protective Order from E. Monson and
                           S. Freeman (.7); review most recent changes to
                           Protective Order (.3); review S. Freeman's
                           redraft (.5).

01/09/07 K Glade       .20 E-mail with A. Stevens regarding Elizabeth
                           May interest accrual issues (0.2).

01/09/07 K Glade       .40 E-mail with M. Haftl regarding status of Fox
                           Hills 216 (0.2); and Eagle Meadows
                           Development (0.2); review LLC documents (0.3).

01/09/07 A Jarvis      .50 Conference with T. Allison, A. Stevens and J.
                           Reed regarding loan issues.

01/09/07 A Jarvis      .10 Conference with A. Stevens regarding Binford
                           discussions.

01/09/07 D Monson      .40 Review and respond to e-mail from M. Haftl on
                           Binford Loan and Borrowers proposal on
                           interest reserve holdback (0.2); phone call
                           from S. Scann on Binford Loan and interest
                           reserve funds (0.2).

01/09/07 D Monson      .20 Review letter from ComVest Loan borrower
                           forwarded by A. Stevens (0.2).

01/09/07 E Monson      .30 Analyze document privilege issues.

01/09/07 E Monson      .30 Review latest draft of protective order.

01/09/07 E Monson     1.10 Conference with S. Freeman, M. Levinson and
                           A. T. Brinkerhoff regarding issues relative
                           to protective order.

01/09/07 E Monson      .80 Review and consider new and revised draft of
                           protective order.

Client No. 34585                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/09/07 E Monson       .10 Review e-mail from L. Weese regarding
                            information for protective order.

01/09/07 E Monson      1.40 Send lengthy e-mail to S. Freeman regarding
                            issues relating to protective order and
                            review her reply and reply of M. Levinson and
                            send responsive reply.

01/09/07 E Monson       .50 Review additional e-mails from S. Freeman, M.
                            Levinson and A. T. Brinkerhoff regarding
                            protective order and handling of documents
                            and send reply.

01/09/07 E Monson       .20 Circulate protective order to Fulbright with
                            e-mail.

01/09/07 E Monson       .20 Review e-mail and voice mail from A. W.
                            Jarvis regarding protective order.

01/09/07 S Strong       .30 Analyze outstanding issues in transitioning
                            servicing of certain loans after Compass
                            closing (.3).

01/09/07 S Strong       .20 Exchange emails with S. Steele and M. Stone
                            regarding loan assignment issues and
                            documents (.2).

01/09/07 S Strong       .40 Review and analyze Marquis loan servicing
                            question from investor raised in email from
                            M. Olson (0.2); email to M. Olson with
                            explanation regarding same (0.2).

01/09/07 S Strong       .20 Review emails from L. Schwartzer regarding
                            status of settlement negotiations regarding SPD
                            loan (0.2).

01/09/07 C Hurst        .20 Follow-up on record boxing and inventory
                            control.

01/10/07 A Brinkerhoff  .90 Review latest red-lined draft of Protective
                            Order from S. Freeman (.3); follow up
                            throughout day on status of negotiations (.6).

01/10/07 K Glade        .40 Review Elizabeth May documents to respond to
                            borrower's question regarding interest
                            accrual (0.4).

```
Client No. 34585                                  Page:   10
Debtor USA Commercial Mortgage Co., et al.        March 13, 2007
```

01/10/07 A Jarvis        .30  Correspondence on BMC invoices, allocation
                              issues.

01/10/07 D Monson        .20  Conference with S. Cummings and A. Stevens on
                              appraisal reports requested by Direct
                              Lenders for the Gardens Loans (0.2).

01/10/07 D Monson        .10  Review SCT e-mail and draft demand letter on
                              Urban Housing Alliance Loan Exit Fee
                              collection (0.1).

01/10/07 S Strong        .70  Telephone conference with S. Smith and S.
                              Steele regarding loan servicing accounting
                              issues under plan and in transition of
                              servicing to Compass (7).

01/10/07 S Strong        .50  Review and analyze emails from L. Schwartzer
                              and A. Brumby regarding proposed deal on
                              Standard Property loan payoff (0.3); email to
                              A. W. Jarvis regarding same (0.1); email to L.
                              Schwartzer regarding same (0.1).

01/11/07 B Bauman        .60  Review of Nevada LLC, corporate statutes
                              regarding dissolution.

01/11/07 K Glade         .40  E-mail to A. Stevens regarding interest
                              accrual on Elizabeth May in response to
                              borrower's questions (0.4).

01/11/07 K Glade        1.60  Telephone call with A. Stevens regarding
                              Mountain House e-mails to determine status of
                              trust deeds (0.9); subsequent e-mail to A.
                              Stevens (0.2); subsequent telephone call with
                              A. Stevens regarding Mountain House issues
                              (0.3).

01/11/07 K Glade         .90  Collect information regarding Brookmere
                              litigation (0.6); related e-mail to S. Smith
                              (0.3).

01/11/07 K Glade         .80  Draft e-mail summarizing status of Fox Hills
                              216 (0.4); and Eagle Meadows Development
                              (0.4).

01/11/07 A Jarvis        .30  Telephone conference with T. Allison
                              regarding Colt loans, negotiations.

Client No. 34585                                        Page:   11
Debtor USA Commercial Mortgage Co., et al.             March 13, 2007


01/11/07 A Jarvis          .30 Correspondence with client regarding employee
                               issues.

01/11/07 D Monson          .10 Review M. Haftl e-mail on Urban Housing Exit
                               Fees (0.1).

01/11/07 S Strong          .70 Participate in telephone conference with S.
                               Smith and A. W. Jarvis regarding transition
                               loan servicing and accounting issues (.7).

01/12/07 A Brinkerhoff 1.00 Review and analysis of latest draft of
                               Protective Order from S. Freeman (1.0).

01/12/07 A Jarvis          .30 Telephone conference with C. Scully regarding
                               payoff of Colt loans.

01/12/07 A Jarvis          .10 Correspondence on Lerin Hills.

01/12/07 A Jarvis          .10 Correspondence on Binford.

01/12/07 B Kotter          .60 Phone call with J. Reed regarding investor's
                               request to review loan files (.3); review of
                               loan servicing agreement in connection with
                               request (.2); follow up phone call with J.
                               Reed (.1).

01/12/07 D Monson          .20 Review and respond to J. McPherson e-mail on
                               Lerin Hills Loan and inquiry from Marjorie
                               Guymon, and review J. McPherson response
                               (0.2).

01/12/07 D Monson          .30 Review e-mail from A. Stevens on tax lien
                               foreclosure  notices received on Opaque Loan
                               that has been repaid, response to A. Stevens,
                               and review A. Stevens response (0.3).

01/12/07 E Monson          .80 Review e-mails from R. Charles and S. Freeman
                               regarding protective order and review new
                               draft of protective order.

01/12/07 E Monson          .30 Draft e-mails to M. Levinson and S. Freeman
                               regarding protective order and review reply.

01/12/07 E Monson          .30 Follow up with L. Schwartzer regarding 2004
                               examinations of FATCO and Great White.