*"Exhibit L-5"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359202

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00005**

**Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 01/02/07 | K Applegate | .20 | Update on status of PBGC objections. |
| 01/02/07 | D Monson | .30 | Review and respond to e-mail on Objection to PDG Application for Administrative Expense (0.1); formulate Objection to PDG Application (0.2). |
| 01/03/07 | S Cummings | .10 | Correspondence regarding objection to PBGC claims. |
| 01/03/07 | S Cummings | 1.10 | Preparation of declaration in support of objection to PBGC claims. |
| 01/03/07 | D Monson | .20 | Work on Objection to PDG Administrative Claim (0.2). |
| 01/03/07 | S Strong | .60 | Analysis of objections to PBGC claims against FTDF and DTDF (0.3); review and revise draft of declaration (0.2); email to T. Allison and S. Smith regarding same (0.1). |
| 01/04/07 | S Cummings | 1.60 | Continued preparation of declaration in support of objection to PBGC claims. |
| 01/04/07 | S Strong | 1.00 | Work on language for declaration supporting debtors objections to PBGC claims against DTDF and FTDF (1.0). |
| 01/05/07 | S Cummings | .40 | Continued preparation of declaration in support of objection to PBGC claims. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007

01/05/07 S Cummings       .10 Review of Binford response to claim objection.

01/05/07 S Cummings      1.30 Review of filed claim objections.

01/05/07 S Cummings       .90 Review of current adversary proceedings.

01/05/07 S Cummings       .30 Correspondence regarding proposed treatment
                              of claim objections.

01/05/07 S Cummings       .20 Work on reply to Gateway Stone.

01/05/07 S Cummings       .50 Review of declaration in support of Gateway
                              Stone claim objection.

01/05/07 S Cummings       .40 Review of Gateway Stone;response to claim
                              objection.

01/05/07 A Jarvis         .50 Correspondence on Bunch claim, avoidance
                              action.

01/05/07 D Monson         .60 Work on Objection to Gateway Stone Proof of
                              Claim and phone call to A. Stevens thereon
                              (0.6).

01/05/07 S Strong        1.00 Review docket and analyze status of various
                              claims objections filed by debtors and further
                              actions needed (1.0).

01/08/07 S Cummings       .20 Correspondence regarding objections to direct
                              lender claims.

01/08/07 S Cummings       .30 Work on claim objections.

01/08/07 S Cummings       .80 Review and revision of declaration in support
                              of objection to Gateway Stone claim.

01/08/07 S Cummings       .70 Preparation of reply to Gateway Stone
                              opposition.

01/08/07 S Cummings       .20 Review of court transcript from Bunch hearing.

01/08/07 A Jarvis         .30 Correspondence with client on claims
                              objection issues.

01/08/07 A Jarvis         .20 Correspondence on Standard Property
                              settlement discussions.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/08/07 A Jarvis      .10 Correspondence with client on Bunch claim
                           objection.

01/08/07 A Jarvis      .10 Correspondence on USA Real Estate claim,
                           briefing of effect of plan.

01/08/07 B Kotter      .20 Research regarding filing of adversary
                           proceedings for claim objections.

01/08/07 D Monson      .20 Review e-mail from Lynn Fetterly on Dayco
                           Motion for Relief from Stay (Southern
                           California Land 2nd Loan) (0.2).

01/08/07 D Monson     5.20 Conference with S. Strong, S. Cummings and L.
                           Schwartzer on Objection to Binford Claim (0.4);
                           prepare and file Reply Brief on Objection to
                           Binford Claim (1.0); prepare draft Declaration
                           of Tom Allison on objection to Binford Claim,
                           and review back-up documents (3.2); review
                           draft of Reply Brief on Partial Summary
                           Judgment in Binford Adversary Proceeding, and
                           e-mail to L. Schwartzer with comments (0.6).

01/08/07 S Strong     1.10 Review status of claim objections to SPD and
                           Bindford claims (0.2); telephone conference
                           with L. Schwartzer regarding related adversary
                           proceedings involving these two borrowers
                           (0.2); review drafts of reply memorandum in
                           support of objection to SPD claim (0.4); review
                           draft of reply regarding Binford claim (0.3).

01/08/07 S Strong      .50 Review transcript of hearing on Bunch motion
                           for temporary allowance of claim (0.2);
                           review email from L. Schwartzer regarding
                           same (0.1); analysis of remaining issues for
                           upcoming hearing on Bunch claim (0.2).

01/09/07 S Cummings    .20 Review of claims register for recently filed
                           Proofs of Claim.

01/09/07 S Cummings    .20 Research regarding claims objection issues.

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007

01/09/07 P Hunt        4.00 Work on claims objections issues (.8); compile
                            information from plan regarding applicable bar
                            dates/objection dates and chart same (1.9);
                            analysis of claim issues, including
                            distribution issues and how that can be
                            accomplished with claims that have not been
                            allowed (1.3).

01/09/07 A Jarvis       .50 Conference with J. Atkinson regarding Del
                            Bunch claim, objection to same.

01/09/07 D Monson       .30 Revise draft Declaration of Tom Allison in
                            support of objection to Binford claim (0.3).

01/09/07 S Strong       .30 Review status of claims and objections to
                            various administrative, secured and prior
                            claims asserted against USACM (.3).

01/10/07 S Cummings     .70 Discussion with Mesirow regarding claim
                            objection issues.

01/10/07 S Cummings     .20 Correspondence with E. Wooley regarding claim
                            objection issues.

01/10/07 S Cummings     .50 Review of claims register for recently filed
                            proofs of claim.

01/10/07 P Hunt        4.80 Correspondence regarding coordination of
                            conference call on claim issues (.1); prepare
                            for claim conference call today (.5);
                            conferences with paralegals regarding claim
                            objection process and documents needed (.4);
                            telephone conference with S. Smith, A. Wooley,
                            A. W. Jarvis and S. C. Strong regarding claims
                            objection issues (.8); conference with S. A.
                            Cummings regarding claim objection work
                            projects - staffing same (.2); correspondence
                            regarding claim objection issues (.4);
                            conference with C. Hurst regarding information
                            needed on claim objection matters and BMC
                            report (.3); review docket regarding claims
                            matters (.4); conference with S. A. Cummings
                            regarding claim objection time table (.1);
                            correspondence with S. Smith regarding claims
                            objection (.2); read emails on FTDF claim
                            objection issues (.3); correspondence with FTDF
                            Committee counsel regarding claim objections

Client No. 34585                                      Page:      5
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007

|            |             |      |                                                                                                                                                                                                                                                          |
|------------|-------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |             |      | (.2); correspondence on various claims matters (.4); work with staff regarding obtaining documents needed for claims objections (.5).                                                                                                                     |
| 01/10/07   | A Jarvis    | .10  | Correspondence on claims objection process.                                                                                                                                                                                                              |
| 01/10/07   | A Jarvis    | .40  | Correspondence on USA Real Estate claim, settlement offer.                                                                                                                                                                                                |
| 01/10/07   | D Monson    | .50  | Conference with A. Stevens on Objection to Binford Proof of Claim and draft Declaration of Tom Allison (0.2); revisions to draft Declaration of Tom Allison (0.3).                                                                                         |
| 01/10/07   | D Monson    | .20  | Review L. Schwartzer e-mail on Gateway Stone Claim Adversary Proceeding; e-mail to S. Cummings on Objection to Gateway Stone Claim, and review S. Cummings e-mail (0.2).                                                                                    |
| 01/10/07   | S Strong    | .40  | Review scheduled and filed claims (0.4).                                                                                                                                                                                                                  |
| 01/10/07   | S Strong    | .40  | Review draft objection to motion by PDGs counsel for fee award based on substantial contribution (0.4).                                                                                                                                                   |
| 01/10/07   | S Strong    | .30  | Work on claims objections (.3).                                                                                                                                                                                                                           |
| 01/10/07   | S Strong    | .30  | Review drafts of proposed stipulation regarding Kehl litigation (0.2); exchange emails with R. Charles and J. Chubb regarding same (0.1).                                                                                                                  |
| 01/10/07   | S Strong    | .30  | Review revised proposed declaration of S. Smith in support of objection to claims against DTDF (0.2); exchange emails with S. Smith regarding same (0.1).                                                                                                  |
| 01/10/07   | C Hurst     | 2.50 | Compose, send e-mail to BMC for claims reports (.3); receipt, review of claims report, sort and print reports for USA Capital Realty and USA Securities; review with P. Hunt and discuss need to identify administrative claims and begin downloading all claim objections thus filed for P. Hunt (2.2). |
| 01/11/07   | S Cummings  | 1.10 | Analysis of claims filed against Funds and corresponding objections.                                                                                                                                                                                      |

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.         March 13, 2007


01/11/07  S Cummings     .60  Review of recently filed proofs of claims.

01/11/07  S Cummings     .40  Review of responses filed by Spectrum &
                             Weddell to claim objection

01/11/07  S Cummings     .10  Review claims filed by James Lee.

01/11/07  S Cummings     .40  Work on omnibus objection.

01/11/07  P Hunt        1.80  Read FTDF claim objections (1.3); email to S.
                             Smith regarding FTDF claim objection
                             issues(.1); correspondence with A. Parlen
                             regarding FTDF objections (.1); analysis
                             regarding FTDF claim objection issues and work
                             assignments (.3).

01/11/07  A Jarvis       .20  Correspondence on AR Agreement.

01/11/07  A Jarvis       .30  Correspondence regarding claim filing
                             inquiries.

01/11/07  A Jarvis       .30  Correspondence on status of objections to
                             claims of Funds.

01/11/07  A Jarvis       .20  Correspondence on investor inquiries.

01/11/07  D Monson       .20  Review J. Chubb and AWJ e-mails on status of
                             Binford Claim and Binford Adversary
                             Proceeding, and phone call to J. Chubb (0.2).

01/11/07  S Strong       .70  Review new papers filed in support of
                             Spectrum/Wedell claims (0.4); review emails
                             from R. Charles and L. Schwartzer regarding
                             same (0.2); exchange emails with L. Schwartzer
                             regarding resolution of same (0.1).

01/11/07  S Strong       .30  Review question from direct lenders counsel
                             L. Davis regarding bar date for DLs (0.1);
                             exchange emails with E. A. Monson regarding
                             same (0.2).

01/11/07  S Strong       .30  Review basis for Liberty Bank claim and
                             possible avoidance action against Liberty
                             (.3).

```
Client No. 34585                              Page:    7
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

| | | | |
|---|---|---|---|
| 01/11/07 | S Strong | .80 | Review email from S. Smith regarding possible schedule amendments regarding certain investor claims (0.1); review spreadsheet and analyze issues regarding same (0.7). |
| 01/11/07 | C Hurst | 4.40 | Review claims reports from BMC; identify those noted as administrative claims; download/print and further detailed review of BMC report and discuss coding with Jeff Miller (2.4); further identification and download of claim objection pleadings and expense orders for P. Hunt (2.0). |
| 01/12/07 | S Cummings | 1.40 | Preparation of comprehensive omnibus objection |
| 01/12/07 | S Cummings | 2.40 | Continued review of filed POCs in preparation for comprehensive omnibus objection. |
| 01/12/07 | S Cummings | .20 | Correspondence with R. charles regarding claim objection hearing on 1/17. |
| 01/12/07 | S Cummings | .20 | Preparation for claim objection hearing on 1/17. |
| 01/12/07 | A Jarvis | .30 | Correspondence on Bunch claim. |
| 01/12/07 | D Monson | .40 | E-mail to A. Stevens on Binford Loan and Objection to Binford Claim (0.2); e-mail to A. Stevens and M. Haftl on Binford Objection to Default Notice (0.2). |
| 01/12/07 | E Monson | .20 | Follow up on issues relating to continuance of Liddell/Spectrum hearing on claim objection. |
| 01/12/07 | E Monson | .50 | Review supplemental response filed by Del Bunch in support of claims. |
| 01/12/07 | C Hurst | .60 | Identify and download proofs of claim which have listed priority classifications. |
| 01/14/07 | E Monson | .10 | Review e-mail from S. Smith regarding collection account and issues relating to Del Bunch Claim Objection. |
| 01/15/07 | S Cummings | 2.50 | Continued preparation of comprehensive omnibus objection. |

Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/15/07 S Cummings      3.10  Continued review of filed proofs of claims
                               for objections.

01/15/07 S Cummings       .50  Review of proofs of claim filed by USA
                               Commercial Real Estate Group.

01/15/07 P Hunt          7.50  Draft brief regarding USA Real Estate motion
                               (6.8); quick review of FTDF objection for call
                               with A. Parlen; (.2); correspondence with A.
                               Parlen regarding claim objections (.1);
                               telephone conference with A. Parlen regarding
                               FTDF claim objection issues (.4).

01/15/07 A Jarvis         .10  Correspondence on Bunch claim objection.

01/15/07 D Monson         .80  Review Binford Loan scheduled disbursement
                               schedule and compare with actual disbursement
                               schedule, and prepare final schedule of
                               disbursements (0.8).

01/16/07 S Cummings       .50  Discussion with Meslrow regarding claim
                               objection issues.

01/16/07 S Cummings       .30  Research regarding claim objection issues.

01/16/07 S Cummings       .80  Continued preparation of comprehensive
                               omnibus objection.

01/16/07 S Cummings      4.60  Continued review of filed proofs of claim for
                               objection.

01/16/07 P Hunt          5.60  Conference with A. W. Jarvis, S. A. Cummings,
                               S. Smith and FTDF regarding FTDF claim
                               objection issues (.7); correspondence with S.
                               Smith regarding FTDF claim objection issues
                               (.2); continue to draft USA Real Estate brief
                               (1.2); obtain and review USA Real Estate proofs
                               of claim (.3); telephone conference with S.
                               Smith regarding FTDF claim objection issues and
                               declaration (.3); telephone conference with A.
                               Parlen regarding FTDF claims issues (.1);
                               correspondence with S. Smith regarding same
                               (.1); draft S. Smith declaration regarding FTDF
                               claims objections (1.3); attend to claim
                               objection issues in USA Commercial
                               Mortgage/FTDF cases (1.4).

Client No. 34585                                    Page:     9
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/16/07 D Monson      .60  Review A. Stevens e-mails on Binford Claim
                            Objection issues (0.1); revise Schedule of
                            Binford Loan Disbursements (0.1);
                            phone call from S. Scann on Binford Loan and
                            claim issues (0.2); phone call from J. Chubb on
                            Binford Loan and Partial Summary Judgment
                            Motion (0.2).

01/16/07 S Strong      .80  Review supplemental reply of USACM in support
                            of objection to Bunch claim (0.4); review
                            language of confirmation findings, order, and
                            transcript  in support of commingling arguments
                            for opposition to Bunch claim (0.4).

01/16/07 S Strong      .40  Review status of PBGC claims against Funds and
                            objections thereto (0.2); analyze PBGC efforts
                            to terminate pension plan and possible affect
                            on claims (0.2).

01/17/07 S Cummings   5.50  Continued review of filed proofs of claim for
                            objections.

01/17/07 S Cummings    .80  Continued preparation of comprehensive
                            omnibus objection.

01/17/07 P Hunt       8.30  Draft USA Real Estate brief - subordination
                            argument (2.8); draft same regarding setoff
                            argument (2.0); edit USA Real Estate brief
                            (.9); revise same with facts obtained (1.8);
                            review stay pending appeal papers regarding LPG
                            appeal (.8).

01/17/07 D Monson      .10  Review Stipulation and Order on continued
                            hearing on Objection to Gateway Stone Claim
                            (0.1).

01/17/07 D Monson      .10  Corrections to Binford Schedule of
                            Disbursements for Objection to Binford Claim
                            (0.1).

01/18/07 S Cummings   1.30  Continued preparation of comprehensive
                            omnibus objection.

01/18/07 S Cummings   4.40  Continued review of filed proofs of claim for
                            objection.

01/18/07 S Cummings    .60  Analysis of priority status issues for
                            comprehensive omnibus objection.

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.               March 13, 2007


01/18/07  S Cummings        .20  Analysis regarding termination of pension plan.

01/18/07  P Hunt           1.30  Revise facts and comments to USA Real Estate
                                 brief (.5); make final edits (.5); arrange for
                                 filing of same (.3).

01/18/07  A Jarvis          .30  Correspondence on USA Real Estate claims.

01/18/07  D Monson          .90  Review docket sheet for Binford Adversary
                                 Proceeding for ruling on partial Summary
                                 Judgment Motion and review Order on Motion for
                                 Preliminary Injunction (0.2); analyze court
                                 ruling on Partial Summary Judgment Motion for
                                 Binford Adversary Proceeding (0.1); revise
                                 draft Declaration of Tom Allison in Support of
                                 Objection to Binford Claim and forward to J.
                                 Reed and A. Stevens and L. Schwartzer (0.3);
                                 e-mail to J. Reed and A. Stevens and L.
                                 Schwartzer with analysis on Objection to
                                 Binford Claim (0.3).

01/19/07  S Cummings       1.50  Continued preparation of comprehensive
                                 omnibus objection.

01/19/07  P Hunt           3.70  Prepare for FTDF claim conference call - review
                                 of Debtor's spreadsheet (.7); telephone
                                 conference with S. Smith regarding same (.1);
                                 telephone conference with A. Parlen, S. Smith,
                                 E. Wooley regarding FTDF claim objection issues
                                 (1.4); telephone conference with S. Smith
                                 regarding FTDF claim objection and declaration
                                 (.1); outline tasks for FTDF objections (.3);
                                 correspondence with A. Parlen regarding FTDF
                                 claims objection issues (.2); review FTDF claim
                                 spreadsheets (.3); read FTDF claim objection
                                 and comment on same (.5); research regarding
                                 claim objection issues (.1).

01/19/07  S Strong          .50  Telephone conference with E. Barnes of PBGC
                                 regarding agreement to withdraw claims against
                                 2 Funds (.3); email to local counsel regarding
                                 stipulation to withdraw claims (.1); exchange
                                 follow-up emails with J. McPherson & L.
                                 Schwartzer regarding same (.1).

01/19/07  C Hurst          2.50  Update claims dockets and binders for FTDF and
                                 DTDF.

Client No. 34585                                      Page:   11
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007

01/20/07 S Cummings        .80  Continued review of filed proofs of claim for
                                objection.

01/22/07 S Cummings       3.40  Continued review of filed Proofs of Claim for
                                objections.

01/23/07 S Cummings       2.80  Continued review of filed proofs of claim for
                                objection.

01/23/07 D Monson          .50  Discuss meeting with R. Charles on objections
                                to claims from Loan Portfolio borrowers with
                                AWJ (0.1); discuss meeting with R. Charles with
                                SCT (0.1); review and respond to AWJ e-mail on
                                meeting with R. Charles (0.1); review e-mails
                                from AWJ and R. Charles on meeting in Las Vegas
                                (0.1); discuss Claims Objection analysis
                                meeting with KGG (0.1).

01/23/07 S Strong         2.10  Analysis of PBGC claims against FTDF and DTDF
                                and debtors objections to same (0.3);
                                exchange emails with E. Barnes of PBGC
                                regarding withdrawal of same (0.2); research
                                grounds and rules for withdrawal of claims
                                with prejudice (0.4); draft proposed
                                stipulation and order for withdrawal of PBGC
                                claims with prejudice (1.1); emails to E.
                                Barnes and J. Eggeman regarding same (0.1).

01/24/07 S Cummings       3.70  Continued review of filed proofs of claim for
                                objection.

01/24/07 S Cummings        .40  Analysis of claim allowance issues.

01/24/07 P Hunt            .80  Analyze various issues regarding claim
                                objections (.8).

01/24/07 A Jarvis          .20  Correspondence regarding claims issues
                                relating to direct lenders.

01/24/07 D Monson          .10  Review Notice of Opposition Filing on
                                Objection to Standard Property Development
                                claim (0.1).

Client No. 34585                                      Page:   12
Debtor USA Commercial Mortgage Co., et al.           March 13, 2007


01/24/07 S Strong        1.00 Exchange emails with E. Barnes, E. Karasik
                              and M. Levinson regarding proposed stipulated
                              for withdrawal of PBGC claims against 2 Funds
                              (0.3); revise and finalize stipulation
                              regarding same (0.6); exchange emails with
                              local counsel regarding submitting same to
                              court (0.1).

01/24/07 C Hurst          .50 Compose and send email to BMC regarding
                              question/error on designation of claim as
                              reflected on Pacer claims register.

01/25/07 S Cummings      4.80 Continued review of filed proofs of claim for
                              objection.

01/25/07 S Cummings       .50 Discussion with E. Woolley regarding claim
                              objection issues.

01/25/07 S Cummings       .60 Work on Rule 3003(c)(4) issues.

01/25/07 P Hunt           .50 Read emails from S. Smith regarding
                              Diversified claim objection issues and obtain
                              documents necessary to review issues raised
                              (.5).

01/25/07 D Monson        2.00 Review Proof of Claim list, and e-mail to S.
                              Cummings on list of borrowers that have filed
                              Proofs of Claim and request for copies of
                              Proofs of Claim (0.5); review Proofs of Claim
                              filed by various borrowers on USA Serviced
                              Loans (0.7); review Proof of Claim filed by
                              Hewlett Packard on leased computer equipment
                              (0.2); review S. Cummings e-mail on filed
                              borrower Proofs of Claim (0.1); review SCS
                              e-mail on PBGC Withdrawal of Claims (0.1);
                              discussion with SCT on Direct Lenders Proofs of
                              Claim (0.1); review AWJ e-mail on
                              identification of loans involved in Direct
                              Lender Proofs of Claim (0.1); review e-mails
                              from Scott Cummings on loans referred to in
                              Direct Lender Proofs of Claim (0.2).

01/25/07 S Strong         .20 Review order signed by judge approving
                              stipulated withdrawal of PBGC claims against
                              FTDF and DTDF (0.1); email to C. Hurst
                              regarding same (0.1).

Client No. 34585                                      Page:   13
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007


01/26/07 S Cummings        .60  Continued review of filed proofs of claim for
                                objection.

01/26/07 P Hunt            .90  Read and amend declarations for S. Smith and
                                S. Steele regarding diversified claim
                                objections (.8); email to S. Smith regarding
                                same (.1).

01/26/07 D Monson         1.10  Review Proofs of Claim asserted by Loan
                                Portfolio Borrowers (0.5); review R. Charles
                                Agenda on meeting to review claims and
                                objections to claims (0.2); conference with SCT
                                on meeting with Rob Charles on objections to
                                claims (0.1); e-mail to AWJ and SCS on R.
                                Charles Agenda for meeting to object to claims
                                (0.2); conference with AWJ and SCS on Rob
                                Charles meeting on objections to claims (0.1).

01/29/07 S Cummings       1.30  Continued review of filed proofs of claim for
                                objections.

01/29/07 S Cummings        .70  Analysis of PBGC's claims against USACM.

01/29/07 P Hunt            .30  Conference with S. Smith regarding diversified
                                claims objection issues (.1); review status of
                                claim objections for transition memorandum
                                (.2).

01/29/07 D Monson          .20  Review e-mails from AWJ on agenda for meeting
                                with Unsecured Creditors Committee on pending
                                claims (0.2).

01/29/07 S Strong          .90  Review and analyze PBGC claims against USACM
                                (0.4); research regarding same (0.5).

01/30/07 K Applegate       .60  Work on objecting to the PBGC claims (.5).

01/30/07 S Cummings       2.20  Continued analysis of filed proofs of claim
                                for objections.

01/30/07 S Cummings        .20  Review of order regarding compromised claim
                                objections.

01/30/07 S Cummings        .20  Review of order regarding second omnibus
                                objection to misfiled claims.

01/30/07 S Strong          .30  Analyze PBGC claims against USACM and related
                                actuarial issues (.3).

Client No. 34585                                      Page:   14
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007


01/30/07 S Strong        .40 Review proposed orders from FTDF committee on
                             claims objections (0.3); emails to C. Carlyon
                             regarding same (0.1).

01/31/07 S Cummings     4.20 Continued analysis of filed proofs of claim
                             for objections.


   TOTAL FOR LEGAL SERVICES RENDERED                        $32,589.00

*"Exhibit L-6"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359203


For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 01/04/07 | K Applegate | 1.80 | Respond to e-mails on payment of plan fees (.2); telephone calls to PBGC (.2); work on PBGC requests (1.4). |
| 01/04/07 | S Strong | 1.10 | Review terms of employee retention plan and related motion and order (0.8); telephone conference with S. Smith regarding implementation of same (0.3). |
| 01/05/07 | K Applegate | 4.40 | Respond to various e-mails on requests for production of documents (.6); review plan documents for discovery requests (1.9); send information to the PBGC (.4); draft letter to counsel for Tom (.2); compile information on plan assets (.3); analyze control group (.4); additional telephone calls from PBGC (.1); obtain and produce additional documentation (.5). |
| 01/05/07 | S Strong | .30 | Review email from K. J. Applegate and attached documents regarding pension plan (0.3). |
| 01/08/07 | K Applegate | 1.30 | Respond to information requests and obtain requested documents. |
| 01/09/07 | K Applegate | .60 | Follow up with PBGC on the termination of the plan (.3); try to obtain Form 5500 for the 2005 year. |

Client No. 34585                                    Page:     2
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/09/07 S Strong         .40  Review emails from K. Carlson, K. J.
                               Applegate, M. Levy, S. Smith and M. Haftl
                               regarding USACMs pension plan, proposed
                               take-over by PBGC, and related issues (0.2);
                               review Form 5500 filing regarding pension
                               plan (0.2).

01/10/07 K Applegate      .20  Follow up with PBGC on the termination of the
                               plan; telephone message from Erika.

01/16/07 K Applegate      .20  Discuss status of plan with S. C. Strong and
                               A. W. Jarvis (.1); send e-mail to the PBGC
                               (.1).

01/17/07 K Applegate      .50  Telephone calls to and from Erika Barnes on the
                               PBGC taking over the plan (.5).

01/18/07 K Applegate     1.20  Review of documents from PBGC on terminating
                               the plan (.6); telephone calls to PBGC on
                               missing documents (.2); send e-mail to Erika
                               and review her documents (.2); analyze
                               bankruptcy issues (.2).

01/18/07 N Hall           .30  Review PBGC letter of termination.

01/19/07 K Applegate      .40  Telephone calls on the PBGC's decision not to
                               go after first and second trusts (.2);
                               organize documents (.2).

01/24/07 K Applegate      .40  Transfer of the plan to the PBGC, including
                               forwarding documents to PBGC.

01/31/07 K Applegate      .30  Review documentation and send to Susan on plan
                               termination.


TOTAL FOR LEGAL SERVICES RENDERED                        $3,314.50

*"Exhibit L-7"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359204

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | | |
|---|---|---|---|
| 01/03/07 | B Kotter | .40 | Brief conference with S. C. Strong regarding fee objection resolution (.2); review of amended procedures order (.2). |
| 01/05/07 | B Kotter | 1.00 | Work on monthly statement in connection with the next fee application (2.0). |
| 01/06/07 | B Kotter | .90 | Work on monthly statement (1.8). |
| 01/07/07 | B Kotter | .20 | Work on monthly statement/final fee application (.4). |
| 01/08/07 | B Kotter | 1.40 | Work on monthly statement in connection with fee application (1.8). |
| 01/09/07 | B Kotter | 1.50 | Analyze outstanding fee amounts and draft spreadsheet with amounts for A. W. Jarvis and S. C. Strong (1.2); draft e-mail explaining analysis (.3). |
| 01/10/07 | B Kotter | 1.10 | Work on fee application and monthly statements exhibits to application (2.2). |
| 01/11/07 | A Jarvis | .30 | Correspondence on preparation of fee statements. |
| 01/11/07 | B Kotter | 4.20 | Work on October, November and December billing statements in connection with next interim fee application (8.4). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/12/07 A Jarvis        .10 Correspondence on BMC invoices.

01/12/07 B Kotter       2.40 Work on monthly statements in connection with
                             fee application (4.8).

01/12/07 S Strong        .30 Analyze KPMGs draft disclosure (0.2);
                             telephone conference with KPMG partner
                             regarding same (0.1).

01/15/07 B Kotter       2.90 Continue working on monthly statements in
                             connection with fee application (5.8).

01/15/07 C Hurst         .50 Format loan allocation worksheets for December
                             2006 and distribute to pertinent attorneys.

01/16/07 A Jarvis        .20 Correspondence on fee statements, request for
                             extension on review of information provided
                             to US Trustee in response to objections.

01/16/07 B Kotter       3.40 Work on October, November and December monthly
                             statements in connection with fee application
                             (6.8).

01/16/07 C Hurst        3.90 Work on loan allocation spreadsheets.

01/17/07 B Kotter       4.60 Work on October, November and December monthly
                             statements in connection with fee application
                             (9.2).

01/17/07 D Monson        .30 Review time entries for December for
                             allocation to specific loans in loan
                             portfolio (0.3).

01/17/07 S Strong        .40 Review email from N. Peterman regarding
                             continued employment of debtors
                             professionals (0.1); review docket and prior
                             order regarding same (0.2); exchange emails
                             with B. J. Kotter and A. W. Jarvis regarding
                             same (0.1).

01/17/07 S Strong        .20 Review email from J. Miller with preliminary
                             detail on BMC travel expenses (0.1); email to
                             J. Miller regarding same (0.1).

01/17/07 C Hurst         .80 Work on loan allocation summaries.

01/18/07 B Kotter       3.40 Work on October, November, and December monthly
                             statements (6.8).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                March 13, 2007


01/18/07 S Strong          .10  Review RQN fee invoices (.1).

01/18/07 C Hurst          3.90  Work on loan allocations for December 2006.

01/19/07 B Kotter         4.10  Work on drafting and finalizing (and
                                facilitating service) of the October, November,
                                and December monthly statements (8.2).

01/19/07 C Hurst          1.10  Complete loan allocation summary and forward
                                to Mesirow.

01/23/07 A Jarvis          .20  Correspondence regarding retention of KPMG.

01/23/07 S Strong          .50  Review procedures for retaining KPMG as tax
                                professional (0.2); exchange emails with S.
                                Smith regarding same (0.1); review draft
                                statement of connections from KPMG (0.1);
                                confer with K. J. Applegate regarding same
                                (0.1).

01/23/07 A Tsu            1.20  Reviewing various correspondence from A.
                                Jarvis and S. Smith regarding employment
                                application for KPMG (.3); responding to same
                                (.2); begin drafting KPMG employment
                                application (.7).

01/24/07 A Jarvis          .30  Revise motion for extension of employment.

01/24/07 B Kotter         1.70  Draft motion for continued employment for
                                debtor's professionals (.8); respond to
                                e-mail from S. Smith regarding motion (.1);
                                review e-mail comments from A. W. Jarvis
                                regarding draft of incorporate comments (.6);
                                circulate draft for comments (.2).

01/24/07 S Strong          .20  Work on continued employment of debtors
                                professionals (0.2).

01/24/07 S Strong          .30  Review Order concerning ordinary course
                                professionals and debtors proposed engagement
                                of KPMG (0.3).

01/25/07 B Kotter          .70  Review comments on Motion for Continued
                                Employment and make necessary revisions (.3);
                                respond to related e-mail inquiries (.2); and
                                forward to local counsel for filing (.2).

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/25/07 S Strong        .40  Review KPMG disclosure declaration and proposed
                              engagement letter (0.4).

01/26/07 B Kotter        .70  Work on issues related to filing of next
                              interim fee application (1.4).

01/26/07 S Strong        .20  Review email from M. Olson regarding PBGC
                              information requests (0.1); email to K. J.
                              Applegate and A. W. Jarvis regarding same
                              (0.1).

01/30/07 B Kotter        .20  Review KPMG employment and compensation issues
                              (.1); review e-mail from S. Smith regarding
                              same (.1).

01/30/07 S Strong        .10  Review email from S. Smith regarding KPMG
                              retention (.1).

01/30/07 S Strong        .30  Review proposed order on Diamond firms
                              employment by UCC (0.1); review email from A.
                              Landis regarding same (0.1); email to R.
                              Charles regarding same (0.1).

01/31/07 B Kotter        .20  Review ordinary course professional
                              motion/order and draft responsive e-mail to
                              S. Smith regarding objection periods under
                              Order.

01/31/07 S Strong        .20  Review revised draft of revised stipulation
                              regarding fee application procedures (0.1);
                              exchange emails with E. Karasik and review
                              email from A. W. Jarvis regarding same (0.1).


  TOTAL FOR LEGAL SERVICES RENDERED                        $9,512.00

*"Exhibit L-8"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road               March 13, 2007
Las Vegas, NV  89121                                  Invoice No. 359205

For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00008**

**Fee / Employment Objections**

| | | | |
|---|---|---|---|
| 01/02/07 | S Cummings | .30 | Review of PDG's application for compensation. |
| 01/02/07 | S Strong | .90 | Review email from L. Schwartzer regarding Callister firms request for substantial contribution fees (0.2); analysis of Callister firms motion for fees and grounds for objecting to same (0.7). |
| 01/03/07 | S Cummings | .20 | Work on objection to PDG application. |
| 01/03/07 | S Strong | .30 | Continued analysis of Callister firms application for substantial contribution expenses and grounds for objecting to same (.3). |
| 01/04/07 | S Cummings | .80 | Analysis of 503(b)(3) issues. |
| 01/04/07 | S Cummings | 1.00 | Preparation of objection to Callister & Reynolds application. |
| 01/05/07 | S Cummings | 2.60 | Continued preparation of objection to Callister & Reynolds application. |
| 01/05/07 | D Monson | .20 | Formulate Objection to PDG Administrative Expense Application (0.2). |
| 01/06/07 | B Kotter | 2.10 | Work on response to US Trustee's objection to Ray Quinney & Nebeker's First Application. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/07/07 B Kotter        3.70 Work on response to US Trustee's objection to
                              Ray Quinney & Nebeker's First Interim
                              Application.

01/08/07 S Cummings      2.00 Continued preparation of objection to
                              Callister & Reynold's application.

01/08/07 S Cummings      1.00 Continued analysis of 503(b) issues for
                              objection to Callister & Reynolds application.

01/08/07 B Kotter        1.60 Review of UST objections (.8); work on
                              responding to UST objection to Ray Quinney &
                              Nebeker fees (.8).

01/08/07 S Strong         .20 Review status of review of monthly professional
                              invoices (0.2).

01/09/07 B Kotter       10.30 Work on responding to the UST objection to
                              Ray Quinney & Nebeker's fees (4.4);
                              conference with C. Hurst regarding assistance
                              in response (.2); continued analysis of
                              objection response (5.1); draft e-mail to A.
                              Landis with response (.6).

01/09/07 S Strong         .50 Review and revise spreadsheet of responsive
                              information for UST (0.5).

01/09/07 C Hurst         3.40 Assist with preparing exhibit to response to
                              U.S. Trustee's objections to fee application.

01/10/07 S Cummings       .50 Review and revision of objection to Callister
                              & Reynolds application.

01/10/07 B Kotter        1.30 Follow up on response analysis to US Trustee
                              objection.

01/10/07 D Monson         .50 Review and revise draft objection to Callister
                              and Reynolds Application for Administrative
                              Expense (0.5).

01/11/07 C Hurst          .50 Work on review and analysis of BMC file and
                              expense report.

01/12/07 C Hurst         1.00 Review of BMC invoices and make notations for
                              questions/discussion.

```
Client No. 34585                          Page:    3
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007
```

01/16/07 B Kotter          .30  Review e-mail from A. Landis and phone call
                                with S. C. Strong regarding Ray Quinney &
                                Nebeker response to US Trustee informal
                                objection.

01/24/07 B Kotter          .60  Review and revise RQN response to UST
                                objection to first interim fee application.

01/24/07 A Tsu            3.80  Reviewing incoming email messages from S. Smith
                                regarding retaining KPMG to perform tax and
                                accounting services (.2) responding to same
                                (.1); drafting application to employ KPMG
                                (1.1); reviewing ordinary course professional
                                order (.5); work on status of KPMG 2014
                                statement and how to proceed (.3); conference
                                call with KPMG and their counsel regarding
                                2014 statement (.6).


  TOTAL FOR LEGAL SERVICES RENDERED                      $7,305.00

*"Exhibit L-9"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 13, 2007
Invoice No. 359206


For Legal Services Rendered Through January 31, 2007

Thomas J. Allison

**Matter No. 34585-00011**

**Litigation**

| | | | |
|---|---|---|---|
| 01/02/07 | S Cummings | .20 | Review of Walch complaint. |
| 01/02/07 | A Jarvis | .90 | Gather pleadings, information for hearings on confirmation order, claims, USA Realty motion, protective order. |
| 01/02/07 | A Jarvis | 4.20 | Prepare for hearing on confirmation order, protective order, and USA Realty motion and review pleadings, correspondence regarding same. |
| 01/02/07 | S Strong | .60 | Confer with A. W. Jarvis regarding matters set for hearing tomorrow (0.2); exchange emails with J. McPherson regarding same (0.1); prepare summary of matters set for hearing for A. W. Jarvis (0.3). |
| 01/02/07 | S Strong | .90 | Telephone conference with J. Chubb regarding status of Kehl complaint against USACM (0.2); exchange emails with R. Charles regarding same (0.1); review Kehl complaint and analyze defenses (0.6). |
| 01/02/07 | S Strong | .50 | Review Walch complaint against USACM (0.4); exchange emails with R. Charles regarding same (0.1). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               March 13, 2007

01/02/07 S Strong      .50  Review emails from A. W. Jarvis regarding
                            assistance needed in preparing for tomorrows
                            hearings (0.2); locate relevant documents and
                            transmit to A. W. Jarvis for tomorrows hearing
                            on various motions (0.3).

01/03/07 A Brinkerhoff .30  Review litigation questions (.3).

01/03/07 S Cummings   5.20  Preparation of answer to Walch complaint.

01/03/07 A Jarvis      .40  Conference with client regarding hearings on
                            TRO, confirmation order, protective order.

01/03/07 A Jarvis     2.30  Attend hearing on confirmation order.

01/03/07 A Jarvis     4.00  Attend hearings on confirmation order,
                            protective order, USA Realty claim, objections
                            to claim, TRO regarding HMA Sales and Reale.

01/04/07 S Cummings   1.80  Continued preparation of answer to Walch
                            complaint.

01/04/07 A Jarvis      .10  Correspondence with A. Brumby regarding
                            Standard settlement discussions.

01/04/07 A Jarvis      .30  Review information on HMA Sales Closing and
                            discussion with J. Atkinson regarding same.

01/04/07 E Monson      .30  Review complaint filed by T. Hartges against
                            USACM.

01/04/07 S Strong      .30  Exchange emails with R. Charles and J. Chubb
                            regarding status of Kehl adversary proceeding
                            and debtors objections to Kehl claims (.3).

01/04/07 S Strong      .30  Review Walch adversary proceeding and
                            suggestions from L. Schwartzer for answer to
                            same (0.2); email to L. Schwartzer, R. Charles
                            and S. Freeman regarding same (0.1).

01/05/07 A Jarvis      .20  Correspondence on Standard Properties
                            litigation.

01/05/07 S Strong      .40  Participate in telephone conference with J.
                            Chubb and R. Charles regarding Kehl litigation
                            and stipulation regarding timing of same (0.3);
                            review proposed stipulation from R. Charles
                            regarding same (0.1).

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.            March 13, 2007


01/05/07 S Strong      .60 Review Walch complaint and draft answer (0.3);
                           exchange messages with G. Walch regarding
                           debtors request to extend answer deadline
                           (0.2); telephone conference with R. Charles
                           regarding same (0.1).

01/08/07 A Jarvis      .10 Conference with E. A. Monson regarding
                           response to motion to quash.

01/08/07 B Kotter      .50 Work on 2004 motion/order/subpoena (.5).

01/10/07 A Jarvis      .30 Correspondence on counsel interviews for
                           USACM Trust.

01/10/07 A Jarvis      .30 Second correspondence on counsel interviews for
                           USACM Trust.

01/10/07 A Jarvis      .20 Correspondence on Standard Property
                           settlement discussions.

01/10/07 A Jarvis      .30 Correspondence on Standard Property
                           discussions.

01/10/07 A Jarvis      .20 Telephone conference with E. Karasik
                           regarding Standard Development discussions.

01/10/07 A Jarvis      .70 Telephone conference with T. Allison and G.
                           Davis regarding closing issues, Standard
                           Development settlement discussions.

01/10/07 A Jarvis      .20 Correspondence on 2004 examinations.

01/10/07 A Jarvis      .30 Correspondence on issues with UCC on Standard
                           Development discussions.

01/10/07 S Strong      .20 Review issues regarding potential litigation
                           counsel for USACM trust (.2).

01/10/07 S Strong      .20 Review proposed stipulation regarding
                           scheduling of Gateway Stone litigation (0.1);
                           email to L. Schwartzer regarding same (0.1).

01/10/07 S Strong      .30 Review drafts of proposed stipulation
                           regarding Walch litigation (0.2); exchange
                           emails with R. Charles regarding same (0.1).

01/11/07 A Jarvis      .20 Telephone conference with A. Brumby regarding
                           negotiations on Standard Development loan.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          March 13, 2007


01/11/07 A Jarvis          .30 Correspondence with committees on Standard
                               Development settlement discussions.

01/11/07 A Jarvis          .40 Correspondence with Compass and client
                               regarding Standard Development settlement
                               discussions.

01/11/07 E Monson          .50 Review Weddell response memo and send e-mail
                               to L. Schwartzer.

01/11/07 E Monson          .30 Review e-mail and review reply from L.
                               Schwartzer.

01/11/07 A Tsu            1.50 Summation search for relevant documents and
                               begin review for attorney-client privilege.

01/12/07 A Jarvis          .10 Correspondence regarding Nevada State Bank
                               litigation.

01/12/07 A Jarvis          .20 Correspondence with client regarding Standard
                               Development settlement discussions.

01/12/07 A Jarvis          .30 Correspondence on hearings for next week.

01/12/07 A Jarvis          .20 Correspondence with co-counsel on status of
                               settlement discussions, pending litigation.

01/12/07 E Monson          .30 Review e-mails involving third-part complaint
                               against USACM.

01/12/07 E Monson          .40 Review e-mails regarding matters to be heard
                               at 1/17/07 Omnibus hearing and discuss with
                               S. C. Strong and review other e-mails
                               regarding same.

01/12/07 S Strong          .70 Review email from R. Charles and attached 3rd
                               party complaint from Nevada State Bank (0.3);
                               review background of this litigation (0.2);
                               email to L. Schwartzer and J. McPherson
                               regarding same (0.1); review letter from L.
                               Schwartzer regarding possible stay violation
                               (0.1).

01/12/07 S Strong          .70 Review email from R. Charles regarding status
                               of claim objection matters and related
                               adversary proceedings (0.1); review status of
                               matters (0.6).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               March 13, 2007


01/12/07 S Strong        1.40  Review courts calendar for 1/17/07 hearings
                               and analyze open issues in all matters
                               scheduled to be hearing (0.9); draft
                               memorandum to A. W. Jarvis and L. Schwartzer
                               regarding same (0.3); exchange emails with L.
                               Schwartzer, E. A. Monson, and C. Hurst
                               regarding matters to be heard (0.2).

01/12/07 A Tsu           4.50  Review of documents for attorney client
                               privilege.

01/14/07 A Tsu           1.70  Review documents for privileged communications.

01/15/07 A Jarvis         .20  Correspondence on Standard Development
                               litigation, settlement discussions.

01/16/07 A Jarvis        4.70  Review pleadings for hearing on protective
                               motion, assignment motion, motion to quash
                               and prepare arguments for hearing.

01/17/07 A Jarvis         .70  Further prepare for hearings.

01/17/07 A Jarvis        2.00  Attend and appear at hearings.

01/17/07 A Jarvis         .20  Review correspondence and draft memo to
                               client regarding Fertitta motion to lift stay.

01/17/07 E Monson        3.00  Attend Omnibus hearing.

01/18/07 A Jarvis         .10  Correspondence regarding motion for notice of
                               purchase.

01/18/07 A Jarvis         .30  Work on objections to Sal Reale subpoena.

01/18/07 A Jarvis         .30  Correspondence on Binford litigation.

01/18/07 E Monson        1.20  Review and send copy of Reale subpoena to L.
                               Schwartzer and note problems/issues relative
                               to the subpoena and review replies from L.
                               Schwartzer, S. Smith, T. Allison and A. W.
                               Jarvis regarding same.

01/18/07 E Monson         .20  Send copy of subpoena to J. Milanowski
                               counsel.

01/18/07 E Monson         .10  Telephone call to D. Gerrard and leave
                               message.

Client No. 34585                              Page:    6
Debtor USA Commercial Mortgage Co., et al.    March 13, 2007


01/18/07 E Monson      .20  Review e-mails from J. Hermann and L.
                           Schwartzer's office regarding Great White
                           exam and documents.

01/22/07 E Monson      .30  Discussion with S. C. Strong regarding
                           automatic stay issues.

01/22/07 C Hurst       .50  Assist E. A. Monson with preparing initial
                           TRO and Writ of Attachment documents.

01/23/07 P Hunt        .30  Work on USA Real Estate Complaint (.3).

01/24/07 S Strong      .60  Review courts calendar and docket regarding
                           matters set for hearing Jan. 31 and analyze
                           issues to be heard (.6).

01/25/07 S Strong      .50  Review issues to be heard next week (0.3);
                           confer with C. Hurst regarding preparations
                           for same (0.2).

01/29/07 A Jarvis      .20  Correspondence on discovery served by J.
                           Chubb.

01/29/07 A Jarvis      .50  Correspondence regarding response of Western
                           United.

01/29/07 A Jarvis     2.00  Review cases for hearing on enforcement of
                           stay, motion to distribute.

01/30/07 A Jarvis      .20  Review prejudgment writ of attachment.

01/30/07 A Jarvis      .50  Preparation for hearing on USAREG motion.

01/30/07 A Jarvis     5.80  Review pleadings, caselaw and outline
                           arguments for USAREG motion, WULA motion,
                           protective order, Tree Moss, Investor IV
                           hearings.

01/30/07 E Monson      .50  Meet with A. W. Jarvis and discuss issues
                           relative to Omnibus hearing.

01/31/07 A Jarvis     1.00  Prepare for hearing on USAREG, WULA, various
                           claims objections.

01/31/07 A Jarvis     2.80  Attend hearings on USAREG, WULA, various
                           claims objections.

```
Client No. 34585                          Page:    7
Debtor USA Commercial Mortgage Co., et al.     March 13, 2007
```

01/31/07 A Jarvis       1.90 Attend hearing on Tree Moss, Investor VI,
                             follow up meeting with client regarding same.

01/31/07 A Jarvis        .50 Work on preparation of orders, business
                             follow-up issues.

01/31/07 E Monson       3.50 Attend Omnibus hearing.


  TOTAL FOR LEGAL SERVICES RENDERED                      $20,653.50