

## ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified        August 11, 2006
Trust Deed Fund, LLC - 17908                                 Invoice No. 1025672
page 50

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/09/06 | M. Levinson | Lengthy Diversified Committee conference call re a host of matters, including retention of Nevada counsel and a financial advisor (1.50); telephone conversation with R. Mason re Dr. Kantor's participation as an ex officio member of the Diversified Committee (.40); email memorandum to the Diversified Committee re the M. Tucker and A. Stevenson email memoranda and re next steps in the engagement of a financial advisor (.30); email memorandum to the members of the Diversified Committee re my calls with and voicemail messages to the counsel and financial advisors who were and who were not selected (.20); review lengthy L. Ernce email memorandum to the members of the Diversified Committee re the various motions filed today and review the S. Katz response thereto (.30); exchange end-of-the-day email memoranda with R. Worthen re today's motions filed by the debtors and re next steps (.10). | 2.80 | 1,568.00 |
| 06/09/06 | P. Eichar | Meet with M. Levinson re research project (.20); research and review cases re committee issues (2.70). | 2.90 | 652.50 |
| 06/09/06 | L. Ernce | Participate in Diversified Committee conference call (1.50); conference and exchange emails with M. Levinson re ex officio member issues (.20); review email from J. Miller at BMC re functionality of proposed individual committee websites to be set up through BMC (.10); draft email memo to Diversified Committee re three requests for orders shortening time by debtors this afternoon, making recommendations on how to respond and requesting response by this afternoon (.50); review M. Levinson email to Diversified Committee re his follow-up with potential financial advisor candidates and committee's decision in light of additional information (.10); review S. Katz email responding to requests for order shortening time and re selection of financial advisor (.10); email from E. Monson re Diversified's intent to set up | 2.90 | 1,348.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 51

August 11, 2006
Invoice No. 1025672

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | individual committee website through BMC and email to E. Monson confirming that Diversified Committee wants its own website (.10); draft email message to S. Katz and other Diversified Committee members responding to her questions (.20); email to R. Hardy following up on status of signature on confidentiality agreement and voicemail to R. Hardy re same (.10). |  |  |
| 06/09/06 | M. Levinson | Conference with P. Eichar re a research assignment relating to personal liability for members of official committees. | 0.20 | 112.00 |
| 06/12/06 | M. Levinson | Review lengthy L. Ernce email memorandum to the Diversified Committee re the various recent motions and re scheduling a conference call for tomorrow afternoon and review A. Loraditch follow-up email memorandum re the same. | 0.20 | 112.00 |
| 06/12/06 | P. Eichar | Continue researching committee liability issue (1.50); draft memo re same (2.40). | 3.90 | 877.50 |
| 06/12/06 | L. Ernce | Exchange emails with R. Worthen re status of signing of confidentiality agreement by Diversified Committee members and status matters related to professionals' employment applications. | 0.10 | 46.50 |
| 06/13/06 | M. Levinson | Very long Diversified Committee conference call re a wide range of topics, with many relating to the motions on calendar for June 15 and June 21 and to the June 15 meetings. | 1.50 | 840.00 |
| 06/13/06 | P. Eichar | Continue drafting legal memorandum re committee liability issue. | 4.80 | 1,080.00 |
| 06/13/06 | J. Hermann | Participate in exchange of email correspondence regarding agenda for today's Diversified Committee meeting. | 0.30 | 171.00 |
| 06/13/06 | J. Hermann | Participate in conference call with Diversified Committee professionals regarding matters to be discussed at Diversified Committee meeting. | 1.10 | 627.00 |
| 06/13/06 | J. Hermann | Participate in conference call with Diversified Committee regarding agenda matters (1.00 - only partial billing of time spent on such conference call). | 1.00 | 570.00 |
| 06/13/06 | M. Levinson | Telephone conversation with L. Ernce re the agenda for this afternoon's Diversified Committee call. | 0.10 | 56.00 |



# ORRICK

| Official Committee of Equity Security Holders of USA Capital Diversified | August 11, 2006 |
|---|---|
| Trust Deed Fund, LLC - 17908 | Invoice No. 1025672 |
| page 52 | |

| | | | | |
|---|---|---|---|---|
| 06/13/06 | M. Levinson | Very long conference call with L. Ernce, C. Harvick, J. Hermann, A. Loraditch and M. Tucker re the matters on calendar for June 15th and June 21st and re other matters, all in preparation for the call with the Diversified Committee later today (1.20); email memorandum to L. Ernce requesting that she prepare an email to the members of the Diversified Committee a compilation of the various agendas emailed by A. Jarvis today (.10). | 1.30 | 728.00 |
| 06/13/06 | L. Ernce | Telephone conference with Diversified professionals re matters to be heard at next two omnibus hearings and preparation for today's committee conference call (1.20); attend and participate in Diversified Committee conference call (1.50); email memo to all Diversified Committee members re agendas for meetings later this week (.10). | 2.80 | 1,302.00 |
| 06/14/06 | M. Levinson | Exchange a series of brief email memoranda re tomorrow's hearings and meetings with Diversified Committee members J. McGimsey and T. Lawyer (.10); review L. Ernce email memorandum to members of the Diversified Committee re tomorrow's hearings and meetings and the agendas for the same (.10). | 0.20 | 112.00 |
| 06/14/06 | L. Ernce | Exchange emails with Diversified Committee members re upcoming conference calls (.10); emails to committee members re meeting agendas and call-in information for all of the meetings scheduled for tomorrow and related matters (.20); exchange emails with S. Katz re various status matters (.10); email memos to all Diversified Committee members re tomorrow's hearing agenda and related matters (.10). | 0.50 | 232.50 |
| 06/16/06 | M. Levinson | Long telephone conversation with S. Katz and L. Ernce re yesterday's hearings and meetings and re next steps. | 0.50 | 280.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 53

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/16/06 | L. Ernce | Telephone conference with R. Worthen re availability for Diversified Committee conference call and email to S. Katz re same (.10); telephone conference with S. Katz and M. Levinson to update her on yesterday's meetings and calls and related matters (.50) | 0.60 | 279.00 |
| 06/18/06 | M. Levinson | Review L. Ernce and R. Worthen email memoranda re upcoming events and next steps. | 0.10 | 56.00 |
| 06/19/06 | L. Ernce | Draft email memo to Diversified Committee re setting up next conference calls and exchange emails with R. Worthen (.10); draft email memo to Diversified Committee re status of timing of hearings and review responses (.10); draft and revise agenda for tomorrow's committee call (.30); exchange emails with M. Levinson re same and finalize agenda; email memo to Diversified Committee with agenda (.20); review and respond briefly to issues raised by J. McGimsey email (.10). | 0.80 | 372.00 |
| 06/19/06 | M. Levinson | Telephone conversation with R. Worthen and L. Ernce re next steps (.40); review L. Ernce email memorandum to members of the Diversified Committee re upcoming calls and meetings and review S. Katz email memorandum in response thereto (.10); review the draft agenda for tomorrow's Diversified Committee conference call and telephone conversation with L. Ernce re suggested changes thereto (.20); review the email memorandum to the members of the Diversified Committee containing the agenda for the conference call, review the exchange of email memoranda between J. McGimsey and L. Ernce re issues to be discussed during the call and start preparing for the call (.20). | 0.90 | 504.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                       Invoice No. 1025672
page 54

| | | | | |
|---|---|---|---|---|
| 06/20/06 | L. Ernce | Prepare for this morning's conference call with Diversified Committee (.30); participate in most of today's conference call with Diversified Committee (.90); review M. Levinson email memo to Diversified Committee re upcoming meetings and telephone conference with M. Levinson re same (.20). | 1.40 | 651.00 |
| 06/20/06 | M. Levinson | Prepare for Diversified Committee conference call (.20); long Diversified Committee conference call (1.30); follow-up conversation with M. Tucker (.20); email memorandum to the Diversified Committee re the next two conference calls (.20); telephone conversation with L. Ernce re the foregoing and re next steps (.10). | 2.00 | 1,120.00 |
| 06/21/06 | L. Ernce | Review file re status of signatures on Diversified Committee by-laws and joint defense agreement with First Trust Committee and email memo to R. Worthen re same (.20); review M. Levinson email and draft email to all Diversified Committee members re debtors' scheduling of all-day meetings for next week Thursday, June 29 (.10); exchange emails with various committee members about their availability for all-day meeting (.10). | 0.40 | 186.00 |
| 06/22/06 | L. Ernce | Review T. Lawyer email re next week's all-day meeting, including topics to be covered and M. Levinson response (.10); draft email memo to Diversified Committee re tomorrow's conference call and conference with M. Levinson re same (.10); review M. Levinson email re agenda for discussion (.10). | 0.30 | 139.50 |
| 06/22/06 | M. Levinson | Review email memorandum from T. Lawyer re next week's all-hands meeting and lengthy email memorandum to the Diversified Committee and its professionals re the same (.20); lengthy email memorandum and agenda to the members of the Diversified Committee and to its professionals (.30). | 0.50 | 280.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified                    August 11, 2006
Trust Deed Fund, LLC - 17908                                                                 Invoice No. 1025672
page 55

| 06/23/06 | L. Ernce | Review documents and agenda in advance of conference call with Diversified Committee (.20); participate in Diversified Committee conference call (1.50). | 1.70 | 790.50 |
|---|---|---|---|---|
| 06/23/06 | M. Levinson | Review prior email memoranda and review the chart listing the status of collateral in preparation for the Diversified Committee conference call (.20); participate in the very lengthy Diversified Committee conference call (1.50); email memorandum to the other Diversified Committee professionals re my calls with E. Karasik and our voicemail message to A. Jarvis re meetings next week (.20). | 1.90 | 1,064.00 |
| 06/26/06 | M. Levinson | Review L. Ernce email memorandum to the members of the Diversified Committee re tomorrow's all-hands call and forwarding the agenda prepared by A. Jarvis. | 0.10 | 56.00 |
| 06/26/06 | L. Ernce | Email memo to Diversified Committee members re agendas for meetings with debtors later this week and related matters. | 0.10 | 46.50 |
| 06/27/06 | M. Levinson | Exchange email memoranda with S. Katz re the all-hands conference call later this morning (.10); review and revise lengthy L. Ernce email memorandum to the Diversified Committee re this morning's all-hands call, other recent developments and future conference calls (.40). | 0.50 | 280.00 |
| 06/27/06 | L. Ernce | Exchange emails with Diversified Committee members re upcoming meetings this week (.10); review email from T. Lawyer forwarding investor inquiries and respond to T. Lawyer (.10); conference with M. Levinson re communicating with Diversified Committee re latest events (.10); draft email memorandum to Diversified Committee re same (.60); review M. Levinson revisions and finalize email memorandum to Diversified Committee (.10) | 1.00 | 465.00 |
| 06/27/06 | L. Ernce | Review T. Eichar legal memorandum re qualified immunity for equity committee members and related matters (.20); email memo to M. Levinson re same (.10). | 0.30 | 139.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                       Invoice No. 1025672
page 56

| 06/28/06 | L. Ernce | Review exchange of emails from T. Lawyer, R. Worthen and S. Katz in response to report emailed to Diversified Committee yesterday and related matters (.10); review email from R. Worthen forwarding communications from investor with reorganization theories (.10). | 0.20 | 93.00 |
|---|---|---|---|---|
| 06/28/06 | M. Levinson | Review T. Lawyer and S. Katz email memoranda raising issues about next steps (.10); email memorandum to the Diversified Committee re tomorrow's all-hands call, the upcoming call with the debtors' professionals and re other matters (.20); review, analyze and interlineate comments to the T. Eichar email memorandum re possible exposure of committee members on account of their service on a committee (.30). | 0.60 | 336.00 |
| 06/29/06 | M. Levinson | Review a series of email memoranda between T. Lawyer and L. Ernce re the upcoming all-hands call and re a number of issues in the cases (.20); telephone conversation with S. Katz following the all-hands call (.20); review the exchange of follow-up email memoranda between T. Lawyer and L. Ernce re the all-hands call (.10); conference with T. Eichar re revising the memorandum to the Diversified Committee re potential liabilities of members of the Diversified Committee (.20); conference call with other Diversified Committee professionals in preparation for tomorrow's Diversified Committee conference call (.30); draft, revise and finalize lengthy email memorandum to the members of the Diversified Committee re tomorrow's meeting (.30). | 1.30 | 728.00 |
| 06/29/06 | P. Eichar | Review memorandum for changes (.60); meet with M. Levinson re assignment (.20); edit memorandum (.70); perform additional research re committee liability (.30). | 1.80 | 405.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                       Invoice No. 1025672
page 57

| | | | | |
|---|---|---|---|---|
| 06/29/06 | L. Ernce | Exchange emails with T. Lawyer re motion to distribute funds and appearance of government attorneys for PBGC and conference with M. Levinson re same (.20); exchange emails with M. Levinson and telephone conference with M. Levinson about communications to Diversified Committee about agenda for tomorrow's call and related matters (.20); email call-in details to Diversified Committee in advance of tomorrow's call and review M. Levinson draft agenda (.10); telephone conference with Diversified Committee professionals re preparations for tomorrow's committee call (.30). | 0.80 | 372.00 |
| 06/29/06 | L. Ernce | Review M. Levinson email and revisions to draft memorandum re limitations on committee liability (.20); attention to issues related to operation of Diversified Committee website and emails to J. Miller at BMC re same (.30). | 0.50 | 232.50 |
| 06/29/06 | L. Ernce | Review T. Lawyer fax re pre-bankruptcy communications from USA Capital re Diversified Fund investments. | 0.10 | 46.50 |
| 06/30/06 | M. Levinson | Final preparation for the upcoming Diversified Committee conference call (.10); participate in very long Diversified Committee conference call (1.40). | 1.50 | 840.00 |
| 06/30/06 | L. Ernce | Email to M. Levinson re T. Lawyer fax about investments by Diversified Fund and review his email to D. Tyukody re same. | 0.10 | 46.50 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1025672
page 58

| 06/30/06 | L. Ernce | Participate in today's Diversified Committee conference call (1.40); review S. Katz email to S. Smith re historical review of investments (.10); email to Diversified Committee members a copy of PowerPoint presentation from yesterday's meeting and exchange emails with M. Levinson re same (.10); review next version of T. Eichar memo on committee qualified immunity (.20); review E. Karasik email re providing information to S. Katz re First Trust Deed prospectus and requesting copy of prospectus for Diversified Fund (.10); email to contacts at BMC re need for further testing of Diversified Committee website and following up next week (.10). | 2.00 | 930.00 |
| --- | --- | --- | --- | --- |
| 06/30/06 | P. Eichar | Review and edit memo re committee liability issues. | 2.70 | 607.50 |
| | *B153 – Meetings & Communications with the Committee or members of the Committee Total* | | *68.60* | *30,329.50* |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Patricia Eichar | 16.10 | 225.00 | 3,622.50 |
| Lynn T. Ernce | 24.90 | 465.00 | 11,578.50 |
| Jeffery D. Hermann | 2.40 | 570.00 | 1,368.00 |
| Marc A. Levinson | 23.30 | 560.00 | 13,048.00 |
| Kimberly E. Neureiter | 1.90 | 375.00 | 712.50 |
| Total All Timekeepers | 68.60 | $442.12 | $30,329.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 59

August 11, 2006
Invoice No. 1025672

### _Task B154 – Meetings & Communications with the Creditors or Equity holders_

| | | | | |
|---|---|---|---|---|
| 06/07/06 | L. Ernce | Telephone conference with investor R. Stahl. | 0.30 | 139.50 |
| 06/08/06 | M. Levinson | Long telephone conversation with G. Ward, an investor in the Diversified Fund. | 0.30 | 168.00 |
| 06/12/06 | M. Levinson | Review L. Ernce email memorandum to direct investors, the Dobeynes. | 0.10 | 56.00 |
| 06/12/06 | L. Ernce | Exchange emails with investors re case status and general information (.30); attention to technical issues related to Diversified Fund email account (.20). | 0.50 | 232.50 |
| 06/13/06 | M. Levinson | Long telephone conversation with a Diversified investor, P. Stone, and review follow-up email memoranda from P. Stone. | 0.30 | 168.00 |
| 06/20/06 | L. Ernce | Review email from debtors' public relations firm re status of committee website and review debtors' website re status of updated information. | 0.20 | 93.00 |
| 06/21/06 | L. Ernce | Review email from investor G. Sharp. | 0.10 | 46.50 |
| 06/23/06 | L. Ernce | Review email from investor and exchange emails with M. Levinson re responding to same. | 0.10 | 46.50 |
| 06/26/06 | M. Levinson | Telephone conversation with Diversified Committee investor, R. Sharpe, re status matters (.20); review exchange of email memoranda between J. Miller of BMC and L. Ernce re the establishment of the Diversified Committee website (.10). | 0.30 | 168.00 |
| 06/26/06 | L. Ernce | Exchange emails with J. Miller at BMC re status of committee websites and availability for demonstration and training (.20); review First Trust Committee website (.20); email memo to M. Levinson re committee website status (.10). | 0.50 | 232.50 |
| 06/27/06 | M. Levinson | Telephone conversation with L. Ernce re setting up the Diversified Committee website. | 0.10 | 56.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified     August 11, 2006
Trust Deed Fund, LLC - 17908     Invoice No. 1025672
page 60

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/06 | L. Ernce | Conference call with J. Miller and G. Kruse of BMC re demonstration of committee website on BMC website (1.00); exchange multiple emails and follow-up telephone conference with G. Kruse re operation of website (.50); conference with M. Levinson re website status (.10); begin working with committee website (.50). | 2.10 | 976.50 |
| 06/27/06 | L. Ernce | Review and respond to email inquiries from investor J. Nogaim. | 0.20 | 93.00 |

*B154 – Meetings & Communications with the Creditors or Equity holders*     5.10     2,476.00
*Total*

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 4.00 | 465.00 | 1,860.00 |
| Marc  A. Levinson | 1.10 | 560.00 | 616.00 |
| Total All Timekeepers | 5.10 | $485.49 | $2,476.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 61

August 11, 2006
Invoice No. 1025672

### _Task B160 – Fee/Employment Applications_

| | | | | |
|---|---|---|---|---|
| 06/05/06 | M. Levinson | Begin drafting the Diversified Committee's application to employ Orrick (.80); further attention to the draft Orrick employment application (.30). | 1.10 | 616.00 |
| 06/06/06 | L. Ernce | Review employment applications by other counsel for substantial contribution issues and email to M. Levinson re same. | 0.30 | 139.50 |
| 06/07/06 | M. Levinson | Continue drafting and revising the Orrick employment application. | 0.80 | 448.00 |
| 06/07/06 | L. Ernce | Review M. Levinson email and initial review of draft Orrick application (.20); email comments to M. Levinson (.10). | 0.30 | 139.50 |
| 06/08/06 | M. Levinson | Further attention to the Orrick employment application and my draft declaration in support thereof (.70); attention to ex parte application to shortening time to hear the Orrick employment application (.30); email memorandum to K. Neureiter re preparing the exhibits to my declaration (.10); review the draft order approving Stutman's employment, the L. Schwartzer email memorandum re the same and reply to the same (.20); exchange numerous follow-up email memoranda with counsel for the committees re the form of order approving Stutman's engagement and review the various drafts of the order (.20). | 1.50 | 840.00 |
| 06/08/06 | R. Barainca | Assist K. Neureiter in researching biography information for the application to employ Orrick. | 0.90 | 126.00 |
| 06/08/06 | L. Ernce | Exchange emails with M. Levinson re revisions to Orrick employment application (.10); review draft order employing Stutman firm and comments from debtor and other committee counsel (.20). | 0.30 | 139.50 |
| 06/09/06 | K. Neureiter | Review application to employ Orrick and sample exhibits. | 0.40 | 150.00 |
| 06/09/06 | K. Neureiter | Review various sources for attorney biographical information. | 0.30 | 112.50 |
| 06/09/06 | K. Neureiter | Draft Exhibit 1 - Biographies. | 2.70 | 1,012.50 |
| 06/09/06 | K. Neureiter | Draft Exhibit 2 - Services and Rates. | 0.30 | 112.50 |
| 06/09/06 | K. Neureiter | Draft and send email to M. Levinson with exhibits as attachments. | 0.20 | 75.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 62

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/09/06 | K. Neureiter | Confer with M. Levinson re exhibits for fee application, by-laws, status of case, and strategy going forward. | 0.40 | 150.00 |
| 06/09/06 | M. Levinson | Further attention to the Orrick employment application, to my declaration and to the application to shorten time (.70); further attention to Orrick employment application and related pleadings (.60). | 1.30 | 728.00 |
| 06/09/06 | R. Barainca | Assist K. Neureiter in drafting the biographies for attorneys to be included in the application to employ Orrick. | 0.50 | 70.00 |
| 06/09/06 | R. Barainca | Assist K. Neureiter in researching biography information for the application to employ Orrick. | 0.50 | 70.00 |
| 06/09/06 | L. Ernce | Review and comment upon draft Shea & Carlyon employment order (.10); telephone conference with A. Loraditch and M. Levinson re retention of Beckley Singleton (.20); telephone conference with M. Levinson and M. Tucker re retention of FTI as financial advisor to Diversified Committee (.30); review emails re form of employment orders and sources of compensation for each estate professional (.10); review L. Schwartzer email memo re debtors' filing of interim fee procedures motion and request for consent to order shortening time (.10); revise draft of Orrick application and my biography in exhibit to application and email to M. Levinson re same (.20); email to A. Loraditch and B. Olson re same and following up on conflict check issues and email to J. Hermann re Orrick application (.10). | 1.10 | 511.50 |
| 06/09/06 | J. Hermann | Review and revise employment application. | 0.40 | 228.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 63

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/09/06 | M. Levinson | Review the three emails re requested orders shortening time on interim fee procedure, Investment Partners settlement and other matters (.20); telephone conversation with L. Ernce re the requested orders shortening time, her telephone conversation with E. Karasik re the same and re next steps (.20); review a series of follow-up email memoranda from A. Landis, G. Gordon and other counsel re the requested orders shortening time and the L. Ernce email memorandum to L. Schwartzer re the views of the Diversified Committee on the requests (.30). | 0.70 | 392.00 |
| 06/11/06 | M. Levinson | Further attention to the application to employ Orrick and to the supporting declaration (.80); revise the draft employment application and declaration after reviewing L. Ernce proposed changes, and email the same to A. Loraditch, B. Olson and M. Tucker for their review and for use in preparing their respective firms' employment applications (.30); further attention to the draft ex parte application to shorten time on the Orrick employment application (.20); exchange brief follow-up email memoranda with J. Hermann and K. Neureiter re the employment application (.10). | 1.40 | 784.00 |
| 06/11/06 | L. Ernce | Review A. Loraditch comments to Orrick employment application and revise Orrick pleadings (.30); further revise Orrick employment pleadings (.40). | 0.70 | 325.50 |
| 06/12/06 | M. Levinson | Exchange a series of email memoranda with A. Loraditch re shortening time with respect to the Orrick, Beckley and FTI employment applications (.20); revise and finalize the application to employ Orrick and email the same to R. Worthen (.50); review numerous email memoranda from the various counsel in the case consenting to the shortening of time on the Orrick, Beckley and FTI employment applications (.20). | 0.90 | 504.00 |
| 06/12/06 | L. Ernce | Exchange emails with K. Neureiter and M. Levinson re revisions to Orrick employment application (.20); review local rules for compensation and | 2.70 | 1,255.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 64

August 11, 2006
Invoice No. 1025672

reimbursement guidelines for
professionals and exchange emails with A.
Loraditch re same (.40); review emails re
further revisions to order granting
employment of Stutman firm for First
Trust Committee and email to M.
Levinson re my comment and
recommendations (.20); review Judge
Riegle's opinion re compensation of
professionals (.20); email memo to M.
Levinson re form of order on Orrick
employment application (.10); further
revise Orrick employment application
pleadings, including application, Levinson
declaration and order and email to M.
Levinson re same (.40); emails to other
committee counsel to request consent to
order shortening time on Orrick
application (.10); prepare attorney
information sheet on Orrick's request for
order shortening time (.10); email memo
to counsel for debtors, U.S. Trustee's
office and other committees notifying
them of Diversified Committee's retention
of Beckley Singleton as local counsel and
FTI as financial advisor and requesting
consent to order shortening time for
hearing on both employment applications
(.10); exchange emails with counsel for
debtors and other committees re their
requests for two business days after filing
of applications to respond and consenting
to same (.10); review and comment upon
Beckley Singleton employment
application pleadings (.30); review and
respond to A. Parlen email memo re First
Trust Committee's retention of Alvarez &
Marsal as financial advisor and requesting
order shortening time for hearing on
application and review other responses
(.10); telephone conferences and emails
with A. Loraditch re finalizing and filing
employment applications for Orrick and
Beckley Singleton (.20); review and revise
draft application for order shortening time
and proposed order and email to A.
Loraditch re same (.20).



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 65

August 11, 2006
Invoice No. 1025672

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/12/06 | J. Hermann | Participate in exchange of email correspondence regarding issues in connection with employment application of Orrick. | 0.60 | 342.00 |
| 06/12/06 | M. Levinson | Telephone conversation with L. Ernce re the proposed Stutman and Gordon & Silver orders. | 0.10 | 56.00 |
| 06/12/06 | L. Ernce | Attention to establishing billing categories for Orrick fee applications and exchange emails re same (.20); telephone conference with M. Levinson re form of order approving Orrick employment application and obtain copies of orders for other counsel approved by the court (.10). | 0.30 | 139.50 |
| 06/14/06 | M. Levinson | Review and interlineate comments to the draft FTI employment application and the draft M. Tucker affidavit, and email M. Tucker and A. Loraditch re the same (.30); review next draft of the FTI employment application and the M. Tucker affidavit (.10). | 0.40 | 224.00 |
| 06/14/06 | L. Ernce | Review latest draft of FTI employment application pleadings. | 0.20 | 93.00 |
| 06/14/06 | L. Ernce | Re-review debtors' interim fee procedures motion and draft joint opposition of Diversified and First Trust committees to debtors' interim fee procedures motion (1.20); review M. Levinson comments and revise draft motion (.10); email memo to E. Karasik and C. Pajak re draft opposition pleading (.10); review C. Carlyon comments and E. Karasik request for modifications to joint opposition and revise same (.20). | 1.60 | 744.00 |
| 06/14/06 | M. Levinson | Review and interlineate comments to draft opposition to the interim fee procedures motion and conference with L. Ernce re the same. | 0.40 | 224.00 |
| 06/16/06 | L. Ernce | Telephone conference with A. Parlen re questions about the FTI employment application and terms of employment (.10); email to M. Levinson and B. Olson re same and review B. Olson response (.10); review emails and attachments from A. Loraditch re same (.20). | 0.40 | 186.00 |
| 06/19/06 | L. Ernce | Review and sign order approving employment of Hilco by the debtors. | 0.10 | 46.50 |



ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1025672
page 66

| 06/20/06 | L. Ernce | Review and comment upon draft orders approving employment of Beckley Singleton, FTI and Orrick as professionals to the Diversified Committee and emails to A. Loraditch re my changes. | 0.40 | 186.00 |
| 06/21/06 | L. Ernce | Review M. Levinson email re approval of Diversified Committee's professionals and attention to task billing code matters. | 0.10 | 46.50 |
| 06/21/06 | M. Levinson | Attend the portion of the omnibus hearing devoted to the Orrick, Beckley, FTI and Alvarez & Marsal employment applications. | 0.20 | 112.00 |
| 06/22/06 | L. Ernce | Review orders approving employment of professionals of Diversified Committee. | 0.10 | 46.50 |
| 06/26/06 | M. Levinson | Exchange a series of email memoranda with A. Jarvis and E. Karasik re continuing the interim fee procedures motion until August 8th and re continuing related pleading dates. | 0.20 | 112.00 |
| 06/29/06 | M. Levinson | Review the Huston employment application, the declaration and the proposed order, sign the order and transmit it to L. Dorsey. | 0.20 | 112.00 |
| 06/29/06 | L. Ernce | Review pleadings re debtors' application to employ Huston as special conflicts counsel. | 0.20 | 93.00 |
| | | *B160 – Fee/Employment Applications Total* | *25.20* | *11,692.50* |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 1.90 | 140.00 | 266.00 |
| Lynn T. Ernce | 8.80 | 465.00 | 4,092.00 |
| Jeffery D. Hermann | 1.00 | 570.00 | 570.00 |
| Marc A. Levinson | 9.20 | 560.00 | 5,152.00 |
| Kimberly E. Neureiter | 4.30 | 375.00 | 1,612.50 |
| Total All Timekeepers | 25.20 | $463.99 | $11,692.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 67

August 11, 2006
Invoice No. 1025672

_Task B230 – Financing/Cash Collections_

| | | | | |
|---|---|---|---|---|
| 06/09/06 | L. Ernce | Review L. Schwartzer email to all counsel re debtors' filing of DIP financing motion and request for consent to order shortening time (.10); voicemail to and telephone conference with E. Karasik to discuss debtors' various requests for an order shortening time and strategies for responding to same (.30); exchange emails with M. Levinson re same (.10); review emails from direct lenders' counsel opposing orders shortening time on all three motions being filed today and email from A. Landis declining to shorten time on DIP financing motion (.10); email to L. Schwartzer consenting to shorten time on two motions but not on DIP financing and review E. Karasik email confirming that First Trust Committee fund has taken same position (.10); review A. Jarvis email seeking to clarify debtors' intentions with respect to DIP motion (.10); review E. Monson email and CapitalSource term sheet (.10). | 0.90 | 418.50 |
| 06/11/06 | L. Ernce | Email memo to M. Tucker re DIP financing motion and unanimous decision of committees and U.S. Trustee to oppose order shortening time. | 0.10 | 46.50 |
| 06/12/06 | L. Ernce | Review A. Loraditch email re debtors' cash collateral motion and deadline for responding to same. | 0.10 | 46.50 |
| 06/13/06 | M. Levinson | Further review of the DIP financing motion and the CapitalSource term sheet (.40); review J. Hermann email memorandum re problems with the proposed financing (.10). | 0.50 | 280.00 |
| 06/13/06 | L. Ernce | Draft email memos to M. Tucker re motion to forbear and cash collateral motion (.20); review J. Hermann email re DIP loan term sheet (.10). | 0.30 | 139.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 68

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/14/06 | L. Ernce | Review latest draft of opposition to Debtors' cash management motion (.20); email memo to M. Tucker requesting his comments on same and timing for filing opposition (.10); telephone conference with M. Tucker and C. Harvick re comments to opposition to cash management motion (.20); draft email memo to C. Pajak and E. Karasik re Diversified Committee's additional comments and suggestions for opposition to cash management motion and request to join in pleading with First Trust Committee (.20); review next version of joint opposition to cash management motion and execute on behalf of Diversified Committee (.10); review and analyze First Trust Committee's lengthy first draft of opposition to debtors' DIP financing motion (.40). | 1.20 | 558.00 |
| 06/15/06 | M. Levinson | Attend meeting at Shea & Carlyon of the debtors, the two fund committees and their professionals during which DIP financing and other matters were discussed. | 0.90 | 504.00 |
| 06/16/06 | M. Levinson | Exchange a series of email memoranda with M. Tucker and with J. Hermann re the debtors' evolving DIP financing request (.20); discussion of DIP financing during a very long conference call with T. Allison, M. Olson, A. Jarvis, M. Tucker, C. Harvick, J. Hermann and L. Ernce (.70); review lengthy follow-up email memorandum from M. Tucker re the same (.10); discussion of DIP financing during a very long follow-up telephone conversation with L. Ernce and J. Hermann, with C. Harvick for part and with M. Tucker for part (.70); long telephone conversation with E. Karasik, C. Pajak, J. Hermann and L. Ernce re DIP financing (.80); follow-up conversation with E. Karasik, C. Pajak and L. Ernce (.10); | 2.60 | 1,456.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908
page 69

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/16/06 | L. Ernce | Telephone conference with E. Karasik, C. Pajak and M. Levinson re DIP financing issues (.80); review J. Hermann email re DIP financing issues (.10); another telephone conference with E. Karasik and C. Pajak re DIP financing (.10); review E. Karasik email and 13-week forecast by debtors (.20). | 1.20 | 558.00 |
| 06/16/06 | L. Ernce | Participate in telephone conference calls with T. Allison, debtors' professionals, C. Harvick, J. Hermann and M. Levinson re DIP financing issues. | 1.60 | 744.00 |
| 06/17/06 | M. Levinson | Review E. Karasik email memorandum to A. Jarvis re thoughts on the proposed DIP term sheet and review the DIP financing motion and term sheet in light of the same (.60); telephone conversation with J. Hermann re DIP financing, his upcoming due diligence trip to the debtors' headquarters and other status matters (.20); further attention to DIP financing, including further review of the DIP financing motion and term sheet, the draft objection prepared by counsel for the First Trust Committee (.70); draft, revise and finalize a lengthy memorandum to the Diversified Fund team of professionals containing my comments on the DIP financing motion (.80); review J. Hermann response to the draft email memorandum re DIP financing to A. Jarvis, and finalize and send the email to A. Jarvis and others (.20). | 2.50 | 1,400.00 |
| 06/17/06 | L. Ernce | Review E. Karasik email memo re First Trust Committee's comments on DIP financing and review M. Levinson email to A. Jarvis re additional comments and concerns of Diversified Committee. | 0.20 | 93.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified      August 11, 2006
Trust Deed Fund, LLC - 17908                                                  Invoice No. 1025672
page 70

| | | | | |
|---|---|---|---|---|
| 06/19/06 | L. Ernce | Exchange multiple emails with A. Loraditch and M. Levinson re possibility that Cerberus may be proposed DIP financer and related issues (.20); draft joinder to First Trust Committee's response to DIP financing motion (.40); telephone conference with M. Levinson re strategy re same (.10); revise and finalize joinder to DIP financing motion (.10); telephone conference with M. Levinson and R. Worthen re response to DIP financing motion and related matters (.40); review A. Loraditch emails re conversations she has had regarding companies potentially providing DIP financing and conference with M. Levinson re same (.10). | 1.30 | 604.50 |
| 06/19/06 | M. Levinson | Brief follow-up email memorandum to A. Jarvis re my emailed comments re DIP financing, and telephone conversation with L. Ernce re filing a speaking joinder to the DIP financing motion (.20); review, revise and finalize the joinder to the DIP financing motion (.20); telephone conversation with J. Hermann re the foregoing (.10); exchange of follow-up email memoranda with A. Loraditch and L. Ernce re the filing of the Investment Partners opposition and DIP financing joinder (.10); exchange email memoranda with A. Loraditch re her conversation with a Reno lawyer re issues relating to CapitalSource and telephone conversation with A. Loraditch re the same (.20); initial review of the proposed DIP financing order emailed this afternoon, and brief email memorandum to B. Axelrod and A. Loraditch re the same (.40); exchange follow-up email memoranda with J. Hermann re the draft order and the timing of the same, and re the prospect of another lender outbidding CapitalSource (.20). | 1.40 | 784.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 71

August 11, 2006
Invoice No. 1025672

| 06/19/06 | M. Levinson | Exchange email memoranda with J. Hermann re next steps in light of the expected heavy influx of loan documents and review a number of J. Hermann email memoranda covering the transmission of loan documents and some of the bankruptcy and strategic issues raised by the loan documents. | 0.30 | 168.00 |
|---|---|---|---|---|
| 06/20/06 | L. Ernce | Review emails from A. Jarvis re DIP financing motion (.20); review and analyze latest version of order approving DIP financing motion (.50); review exchanges of emails re status of Cerberus as potential DIP lender and related issues (.20); review A. Loraditch email memo re comparison of budget based on latest T. Allison declaration (.10); review M. Tucker email and attachment re projects for DIP loan funding (.10); telephone conference with M. Levinson and E. Karasik re DIP financing issues (.20). | 1.30 | 604.50 |
| 06/20/06 | M. Levinson | Review A. Jarvis email memoranda re the draft interim financing order emailed late last night and forward the same under cover of an email memorandum to the Diversified Committee's professionals (.20); review J. Hermann email memorandum re his conversation with T. Allison re the same and respond in a lengthy email memorandum (.20); telephone conversation with J. Hermann re DIP financing (.10); exchange email memoranda with A. Jarvis re scheduling a meeting to discuss DIP financing (.10); review, analyze and interlineate comments to the draft DIP financing order (1.20); telephone conversation with B. Axelrod and A. Loraditch re the same (.20); review A. Loraditch email memorandum re DIP financing and other matters on calendar for tomorrow and respond to A. Loraditch and the Diversified Committee team (.20); telephone conversation with E. Karasik and L. Ernce re DIP the draft DIP financing order and related DIP financing issues (.20); review A. Jarvis, S. Strong and E. Karasik email memoranda re the latest form of DIP financing order emailed | 2.80 | 1,568.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 72

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| | | tonight and re a meeting to discuss the same before tomorrow morning's hearings (.20); responsive email memoranda to A. Jarvis and E. Karasik, and follow-up email memoranda to the Diversified Trust professionals (.20). | | |
| 06/20/06 | M. Levinson | Exchange email memoranda with A. Jarvis re scheduling a conference call to discuss the proposed DIP financing. | 0.10 | 56.00 |
| 06/21/06 | M. Levinson | Meeting at Shea & Carlyon with T. Allison and professionals for the debtors and the two fund committees to discuss DIP financing and the proposed form of order (1.20); luncheon meeting at Shea & Carlyon with the same to continue to discuss the same (.70); discussions re DIP financing at the Courthouse prior to the DIP financing hearing with members of the Diversified Committee (.30); attend DIP financing portion of the omnibus hearing (2.40). | 4.60 | 2,576.00 |
| 06/21/06 | J. Hermann | Meet with debtors' representatives and First Trust Committee representatives regarding DIP financing and other motions set for hearing today. | 1.20 | 684.00 |
| 06/21/06 | J. Hermann | Participate in portion of all-hands luncheon meeting to discuss DIP financing. | 0.70 | 399.00 |
| 06/26/06 | L. Ernce | Review draft order on debtors' "hold funds" motion and email to M. Levinson re same. | 0.10 | 46.50 |
| 06/28/06 | M. Levinson | Review and analyze letter/financing proposal sent to committee counsel by Hall Structured Finance. | 0.20 | 112.00 |
| 06/29/06 | M. Levinson | Review proposed order denying the request for interim DIP financing and email all counsel with a comment to the same (.10); review R. Charles comments to the proposed order and his proposed changes, and email memorandum to all hands re my comments on the order and on the suggested R. Charles changes (.20). | 0.30 | 168.00 |
| 06/29/06 | L. Ernce | Review exchange of emails re DIP financing proposed order. | 0.10 | 46.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 73

August 11, 2006
Invoice No. 1025672

| 06/30/06 | M. Levinson | Review the draft form of order denying interim DIP financing prepared by L. Schwartzer and respond in an email memorandum to all counsel (.20); review the revised draft order circulated by C. Carlyon and review several brief follow-up email memoranda from other counsel (.20); review lengthy L. Schwartzer email memorandum in response to mine, and respond to all counsel to the L. Schwartzer email memorandum and to the C. Carlyon draft (.20); review C. Carlyon, A. Loraditch and R. Charles follow-up email memoranda re my email memorandum and the form order (.10). | 0.70 | 392.00 |

*B230 – Financing/Cash Collections Total*     27.20     14,453.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn T. Ernce | 8.40 | 465.00 | 3,906.00 |
| Jeffery D. Hermann | 1.90 | 570.00 | 1,083.00 |
| Marc A. Levinson | 16.90 | 560.00 | 9,464.00 |
| Total All Timekeepers | 27.20 | $531.36 | $14,453.00 |



**ORRICK**

*Task B310 – Claims Administration and Objections*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/10/06 | M. Levinson | Review and analyze the proof of claim and the complaint filed by Prospect High Income Fund. | 0.30 | 168.00 |
| 06/11/06 | M. Levinson | Further review and analysis of the complaint filed by Prospect High Income Fund and affiliates relating to the Diversified Trust Fund loan to Epic Resorts, and follow-up email memorandum to C. Harvick, J. Hermann and M. Tucker re the same. | 0.30 | 168.00 |
| 06/16/06 | M. Levinson | Telephone conversation with J. Hermann re his conversation with S. Strong re the EPIC loan (.20); initial review of the bankruptcy court and district court opinions ruling against the indenture trustee of the EPIC bonds and review the J. Hermann email memoranda re the same (.20). | 0.40 | 224.00 |
| 06/16/06 | L. Ernce | Review J. Hermann email and opinions in litigation between Epic/Diversified and Bank of New York (.20); review J. Hermann email re Epic and lis pendens issues (.10). | 0.30 | 139.50 |
| 06/16/06 | J. Hermann | Review and analysis of sole creditor claim filed against Diversified Fund premised upon events in Epic loan and initial formulation of strategy for objecting to the same. | 1.30 | 741.00 |
| 06/22/06 | M. Levinson | Review two lengthy J. Hermann email memoranda to K. Neureiter re the claim filed by the EPIC bondholders. | 0.20 | 112.00 |
| 06/22/06 | J. Hermann | Further review and analysis of Epic Resorts loan documentation and related proof of claim filed by bondholders and formulate legal research needed in order to object to the same (1.10); participate in exchange of email correspondence and telephone conference with K. Neureiter regarding background facts, legal research needed and preparation of objection to proof of claim (1.20). | 2.30 | 1,311.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 75

August 11, 2006
Invoice No. 1025672

| | | | | |
|---|---|---|---|---|
| 06/28/06 | M. Levinson | Review J. Hermann email memorandum to K. Neureiter re objecting to the Prospect High Income Fund proof of claim. | 0.10 | 56.00 |
| 06/29/06 | K. Neureiter | Confer with M. Levinson re Prospect High Income Fund proof of claim and drafting objection. | 0.10 | 37.50 |
| 06/29/06 | M. Levinson | Telephone conversation with K. Neureiter re preparing an objection to the Prospect High Income Fund proof of claim. | 0.10 | 56.00 |
| 06/29/06 | L. Ernce | Review emails and review draft complaint re EPIC loan. | 0.20 | 93.00 |
| 06/30/06 | K. Neureiter | Review re substantive consolidation (2.60); begin review of emails / documents forwarded by J. Hermann re EPIC objection (1.30). | 3.90 | 1,462.50 |
| | | *B310 – Claims Administration and Objections Total* | *9.50* | *4,568.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 0.50 | 465.00 | 232.50 |
| Jeffery  D. Hermann | 3.60 | 570.00 | 2,052.00 |
| Marc  A. Levinson | 1.40 | 560.00 | 784.00 |
| Kimberly  E. Neureiter | 4.00 | 375.00 | 1,500.00 |
| Total All Timekeepers | 9.50 | $480.89 | $4,568.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 76

August 11, 2006
Invoice No. 1025672

### Task B320 – Plan and Disclosure Statement (including Business Plan)

| | | | | |
|---|---|---|---|---|
| 06/27/06 | M. Levinson | Telephone conversation with F. Wright, counsel to possible exit financier Hall Financial Group (.30); review two follow-up email memoranda from F. Wright (.10). | 0.40 | 224.00 |
| | | *B320 – Plan and Disclosure Statement (including Business Plan) Total* | *0.40* | *224.00* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Marc  A. Levinson | 0.40 | 560.00 | 224.00 |
| Total All Timekeepers | 0.40 | $560.00 | $224.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 77

August 11, 2006
Invoice No. 1025672

*Task B503 – Litigation*

| | | | | |
|---|---|---|---|---|
| 06/19/06 | L. Ernce | Conference with M. Levinson re preparations for this week's hearings and telephone conference with M. Levinson and FTI professionals re same (.50); exchange emails with counsel for First Trust Deed committee re logistics for filing responsive pleadings today and exchange emails with A. Loraditch re same (.10); attention to revising and finalizing pleadings being filed on behalf of Diversified Committee (.40). | 1.00 | 465.00 |
| 06/20/06 | L. Ernce | Review online docket for pleadings filed today in advance of tomorrow's hearings and review pleadings re fifth declaration by T. Allison, joint response of two funds committees to cash collateral motion, debtors' reply brief on motion to forbear or provide additional funding, debtors' reply brief on Fertita motion, debtors' reply on Investment Partners motion (.80); email memo to M. Levinson and telephone conference with M. Levinson re same and other materials needed for his preparation for tomorrow's hearings (.20). | 1.00 | 465.00 |
| 06/29/06 | K. Neureiter | Confer with M. Levinson re legal research re substantive consolidation. | 0.20 | 75.00 |
| 06/29/06 | K. Neureiter | Review email from L. Ernce re research sources and begin review various articles re substantive consolidation. | 0.30 | 112.50 |
| 06/29/06 | M. Levinson | Telephone conversation with K. Neureiter re background and re conducting research re Ponzi schemes, substantive consolidation and related issues. | 0.20 | 112.00 |
| 06/29/06 | L. Ernce | Review M. Levinson email to K. Neureiter re substantive consolidation and review article (.40); email memo to K. Neureiter re additional information on substantive consolidation in recent ABI Journal issue and in prior pleadings (.10). | 0.50 | 232.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified          August 11, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1025672
page 78

| 06/30/06 | M. Levinson | Portion of telephone conversation with S. Strong devoted to substantive consolidation issues (.30); portion of conversation with M. Tucker and C. Harvick devoted to substantive consolidation issues (.10). | 0.40 | 224.00 |
|---|---|---|---|---|
| 06/30/06 | J. Hermann | Consideration and analysis of issues bearing upon substantive consolidation and review and analysis of prospectus and other materials bearing upon the same. | 1.80 | 1,026.00 |
| | | *B503 – Litigation Total* | *5.40* | *2,712.00* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 2.50 | 465.00 | 1,162.50 |
| Jeffery  D. Hermann | 1.80 | 570.00 | 1,026.00 |
| Marc  A. Levinson | 0.60 | 560.00 | 336.00 |
| Kimberly  E. Neureiter | 0.50 | 375.00 | 187.50 |
| Total All Timekeepers | 5.40 | $502.22 | $2,712.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified        August 11, 2006
Trust Deed Fund, LLC - 17908                                                     Invoice No. 1025672
page 79

### Task B504 – EPIC Loan

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/06 | L. Ernce | Review J. Hermann emails and attachments re Sheraton and EPIC loans. | 0.20 | 93.00 |
| 06/11/06 | L. Ernce | Review email memo from M. Levinson re Epic loan. | 0.10 | 46.50 |
| 06/14/06 | L. Ernce | Review email from M. Levinson and telephone conference with M. Levinson re status of discussions on Epic loan. | 0.10 | 46.50 |
| 06/15/06 | J. Hermann | Initial review and analysis of lengthy set of documents received from debtors' counsel on Epic loan in connection with development of collection strategy. | 1.80 | 1,026.00 |
| 06/16/06 | J. Hermann | Prepare for and participate in conference call with Debtor representatives to discuss issues important to Diversified Committee, including Epic loan. | 0.40 | 228.00 |
| 06/16/06 | J. Hermann | Further review and analysis of voluminous materials received from Debtor's counsel on Epic loan and foreclosure in connection with formulation of action plan for collection on the same. | 1.80 | 1,026.00 |
| 06/20/06 | J. Hermann | Review and analysis of loan documents and other file materials re Epic Resorts loans. | 0.90 | 513.00 |
| 06/22/06 | L. Ernce | Review email from J. Hermann re research and analysis on Epic resorts loan. | 0.10 | 46.50 |
| 06/26/06 | J. Hermann | Review and analysis of loan files re Epic Resorts loans. | 0.80 | 456.00 |
| 06/27/06 | J. Hermann | Review and analysis of loan files re Epic Resorts loans. | 0.70 | 399.00 |
| 06/28/06 | J. Hermann | Participate in conference call with Debtor representatives regarding loan collection issues, including Epic Resorts loans. | 0.30 | 171.00 |
| | | *B504 – EPIC Loan Total* | *7.20* | *4,051.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn T. Ernce | 0.50 | 465.00 | 232.50 |
| Jeffery D. Hermann | 6.70 | 570.00 | 3,819.00 |
| Total All Timekeepers | 7.20 | $562.71 | $4,051.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 80

August 11, 2006
Invoice No. 1025672

### Task B505 – 10-90 Loan

| 06/01/06 | L. Ernce | Review S. Katz email memo re her communications with M. Olson and review email re 10-90 loan. | 0.10 | 46.50 |
|---|---|---|---|---|
| 06/12/06 | M. Levinson | Review and analyze lengthy M. Tucker email memorandum re his discussion with L. Schwartzer re the 10-90 loan and review the J. Herman follow-up re his comments on the 10-90 loan. | 0.30 | 168.00 |
| 06/13/06 | J. Hermann | Telephone conference with Mr. Edwards regarding his questions as to 10-90, Inc. loan. | 0.30 | 171.00 |
| 06/13/06 | J. Hermann | Review and analyze loan documents received from debtors on 10-90, Inc. loan and analysis of issues raised therein. | 1.80 | 1,026.00 |
| 06/14/06 | M. Levinson | Long telephone conversation with M. Tucker and J. Hermann re their conversation with K. Glade re the 10-90 loan, the EPIC loan, and re next steps (.40); telephone conversation with L. Ernce re the same and re following up M. Tucker (.10). | 0.50 | 280.00 |
| 06/14/06 | L. Ernce | Telephone conferences with J. Hermann re issues related to 10-90 loan and strategies for tomorrow's meetings (.30); email memo to M. Levinson re same (.10). | 0.40 | 186.00 |
| 06/14/06 | J. Hermann | Prepare for and participate in conference call with K. Glade and M. Tucker regarding issues in connection with 10-90, Inc. loan and related matters. | 0.40 | 228.00 |
| 06/14/06 | J. Hermann | Telephone conference with M. Tucker and M. Levinson following up on call with K. Glade and regarding other means to obtain meaningful information on 10-90, Inc. loan and issues for tomorrow's court hearing and subsequent meetings. | 0.40 | 228.00 |
| 06/15/06 | M. Levinson | Exchange email memoranda with M. Tucker re next steps with respect to the 10-90 loan. | 0.10 | 56.00 |
| 06/15/06 | L. Ernce | Telephone conference and exchange email with M. Levinson re 10-90 portions of today's meetings and related matters. | 0.10 | 46.50 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 81

August 11, 2006
Invoice No. 1025672

| 06/15/06 | J. Hermann | Further review and analysis of loan documents and other materials available regarding 10-90, Inc. loan in preparation for conference call with Debtors regarding the same. | 0.90 | 513.00 |
|---|---|---|---|---|
| 06/16/06 | M. Levinson | Discussion of the 10-90 loan during a very long conference call with T. Allison, M. Olson, A. Jarvis, M. Tucker, C. Harvick, J. Hermann and L. Ernce (.70); discussion of the 10-90 loan during a very long follow-up telephone conversation with L. Ernce and J. Hermann, with C. Harvick for part and with M. Tucker for part (.80). | 1.50 | 840.00 |
| 06/16/06 | L. Ernce | Telephone conference with M. Levinson, C. Harvick and J. Hermann re 10-90 loan (1.50); review emails from J. Hermann re 10-90 loan matters and documents re same (.20). | 1.70 | 790.50 |
| 06/16/06 | J. Hermann | Prepare for and participate in conference call with Debtor representatives to discuss issues important to Diversified Committee, including 10-90. | 0.40 | 228.00 |
| 06/20/06 | M. Levinson | Review C. Harvick chart re the use of the proceeds of the 10-90 loan. | 0.20 | 112.00 |
| 06/20/06 | J. Hermann | Review and analysis of loan documents and other file materials re 10-90, Inc. loans. | 2.30 | 1,311.00 |
| 06/22/06 | M. Levinson | Review J. Hermann email memorandum re document requests relating to the 10-90 loan. | 0.10 | 56.00 |
| 06/22/06 | J. Hermann | Review and analysis of loan documents for 10-90 Ltd. loan and relationship to 10-90, Inc. loan and participate in exchange of email correspondence regarding the same. | 1.80 | 1,026.00 |
| 06/23/06 | M. Levinson | Review lengthy M. Tucker email memorandum re the proceeds of the 10-90 loan. | 0.10 | 56.00 |
| 06/23/06 | L. Ernce | Review M. Tucker email memo re Ashby USA and 10-90 loan. | 0.10 | 46.50 |
| 06/26/06 | J. Hermann | Review and analysis of loan files re 10-90, Inc. loans. | 1.60 | 912.00 |
| 06/27/06 | J. Hermann | Review and analysis of loan files re 10-90, Inc. loans. | 0.90 | 513.00 |
| 06/28/06 | J. Hermann | Participate in conference call with debtors' representatives regarding loan collection issues, including 10-90, Inc. loan. | 0.20 | 114.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified                    August 11, 2006
Trust Deed Fund, LLC - 17908                                                                                    Invoice No. 1025672
page 82

| | | | | |
|---|---|---|---|---|
| 06/30/06 | L. Ernce | Review C. Harvick emails re information on Ashby and 10-90 loans. | 0.10 | 46.50 |
| | | *B505 – 10-90 Loan Total* | *16.30* | *9,000.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 2.50 | 465.00 | 1,162.50 |
| Jeffery  D. Hermann | 11.00 | 570.00 | 6,270.00 |
| Marc  A. Levinson | 2.80 | 560.00 | 1,568.00 |
| Total All Timekeepers | 16.30 | $552.18 | $9,000.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 83

August 11, 2006
Invoice No. 1025672

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| B110 | Case Administration | 137.10 | 70,750.50 |
| B120 | Asset Analysis and Recovery | 120.30 | 66,347.50 |
| B130 | Asset Disposition & Sales | 32.20 | 12,895.50 |
| B152 | Meetings & Communications with other Committees | 25.40 | 12,855.50 |
| B153 | Meetings & Communications with the Committee or members of the Committee | 68.60 | 30,329.50 |
| B154 | Meetings & Communications with the Creditors or Equity holders | 5.10 | 2,476.00 |
| B160 | Fee/Employment Applications | 25.20 | 11,692.50 |
| B230 | Financing/Cash Collections | 27.20 | 14,453.00 |
| B310 | Claims Administration and Objections | 9.50 | 4,568.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.40 | 224.00 |
| B503 | Litigation | 5.40 | 2,712.00 |
| B504 | EPIC Loan | 7.20 | 4,051.50 |
| B505 | 10-90 Loan | 16.30 | 9,000.50 |
| | Totals | 28.90 | $242,356.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 1.90 | 140.00 | 266.00 |
| Patricia Eichar | 16.10 | 225.00 | 3,622.50 |
| Lynn T. Ernce | 129.50 | 465.00 | 60,217.50 |
| Jeffery D. Hermann | 116.30 | 570.00 | 66,291.00 |
| Marc A. Levinson | 153.80 | 560.00 | 86,128.00 |
| Kimberly E. Neureiter | 46.40 | 375.00 | 17,400.00 |
| Daniel J. Tyukody | 12.20 | 635.00 | 7,747.00 |
| Shelley Laufman White | 3.70 | 185.00 | 684.50 |
| Total All Timekeepers | 479.90 | $505.01 | $242,356.50 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified        August 11, 2006
Trust Deed Fund, LLC - 17908                                                     Invoice No. 1025672
page 84

Disbur sements

| | |
|---|---:|
| Duplicating Expense | 18.30 |
| Lexis Research | 1,556.75 |
| Out of Town Business Meals | 323.14 |
| Outside Services | 40.72 |
| Parking Expense | 102.00 |
| Postage | 3.54 |
| Telephone | 266.00 |
| Travel Expense, Air Fare | 919.80 |
| Travel Expense, Local | 153.83 |
| Travel Expense, Out of Town | 370.69 |
| Westlaw Research | 253.42 |

Total  Disbursements                $4,008.19


**Total For This Matter**                **$246,364.69**