

**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 45

August 24, 2006
Invoice No. 1027700

| 07/10/06 | J. Hermann | Review and analysis of financial information circulated by Mesirow on distributions from collection account and related issues. | 0.90 | 513.00 |
|---|---|---|---|---|
| 07/10/06 | M. Levinson | Telephone conversation with D. Tyukody re possible claims against third parties. | 0.30 | 168.00 |
| 07/11/06 | K. Neureiter | Confer with M. Levinson re status of interim distribution motion. | 0.10 | 37.50 |
| 07/11/06 | J. Hermann | Participate in exchange of email correspondence regarding and review and analysis of loan summaries prepared by Mesirow calculating amounts by which loans were overdistributed on petition date and including loan not ever before included within Diversified portfolio. | 1.30 | 741.00 |
| 07/12/06 | M. Levinson | Portion of the very long telephone conversation with J. Hermann, L. Ernce and A. Loraditch re the discussions at yesterday's meetings in Las Vegas relating to the interim distribution motion, possible substantive consolidation and other litigation matters. | 1.30 | 728.00 |
| 07/12/06 | L. Ernce | Review exchanges of emails re possible meeting with J. Milanowski and issues related to distribution motion (.20); review emails re cash distributions from Diversified Fund (.20); participate in conference call with M. Levinson, J. Hermann and A. Loraditch re, among other things, distribution motion factual and strategy issues (2.00). | 2.20 | 1,023.00 |
| 07/12/06 | J. Hermann | Participate in conference call with Diversified Committee counsel regarding results of all-hands meeting with debtor representatives yesterday, regarding strategy and tactics bearing upon opposition to distribution motion, possible substantive consolidation and possible reclassification of direct lenders under Lemons case rationale, and discussion of plan of reorganization issues and case administration issues. | 1.50 | 855.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 46

August 24, 2006
Invoice No. 1027700

| 07/12/06 | J. Hermann | Consideration and analysis of issues bearing upon entitlement of USACM to continue to take cash of Diversified Fund to pay LLC management fee, manner of calculation of the same, amount of assets under administration and related issues and participation in exchange of email correspondence regarding the same. | 0.40 | 228.00 |
|---|---|---|---|---|
| 07/13/06 | J. Hermann | Participate in conference call with Messrs. Tucker, Harvick, and Levinson regarding discovery of facts supporting theories of substantive consolidation, and recharacterization of direct lenders as unsecured creditors and regarding issues in connection with distribution motion. | 1.00 | 570.00 |
| 07/13/06 | J. Hermann | Prepare outline for opposition to distribution motion incorporating arguments regarding substantive consolidation and recharacterization of direct lender claims and review and analysis of prior pleadings in connection with the same. | 2.80 | 1,596.00 |
| 07/13/06 | M. Levinson | Very lengthy telephone conversation with M. Tucker, C. Harvick and J. Hermann re opposing the distribution motion, substantive consolidation and other litigation and strategic matters (.90); review the response of the unsecured creditors committee to the R. LePome motion and request for ruling (.10). | 1.00 | 560.00 |
| 07/13/06 | L. Ernce | Review emails and documents re status of discussions on distribution and related matters. | 0.30 | 139.50 |
| 07/13/06 | K. Neureiter | Review various email regarding responses to distribution motion. | 0.20 | 75.00 |
| 07/14/06 | J. Hermann | Further review and analysis of Diversified Fund prospectus in connection with arguments to be made in upcoming litigation, including opposition to disbursement motion, recharacterization of direct lenders, and substantive consolidation. | 0.90 | 513.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 47

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/14/06 | J. Hermann | Review and analysis of pleadings from a New Jersey bankruptcy case in connection with arguments to be made in upcoming litigation, including opposition to disbursement motion, recharacterization of direct lenders, and substantive consolidation and participation in exchange of email correspondence regarding the same. | 0.40 | 228.00 |
| 07/14/06 | M. Levinson | Telephone conversation with J. Hermann and L. Ernce re responding to the distribution motion. | 0.20 | 112.00 |
| 07/14/06 | J. Hermann | Conference with M. Levinson regarding issues in connection with opposition to distribution motion. | 0.20 | 114.00 |
| 07/14/06 | J. Hermann | Preparation of outline of limited opposition to distribution motion and review and analysis of file materials in connection with the same and participation in exchange of email correspondence regarding the same. | 2.90 | 1,653.00 |
| 07/14/06 | L. Ernce | Telephone conference with M. Levinson and J. Hermann re distribution motion strategies (.30); review emails from J. Hermann re strategy (.10); review draft outline of arguments for opposition to distribution motion (.20); review opinion forwarded by J. Hermann in another case (.20). | 0.80 | 372.00 |
| 07/15/06 | M. Levinson | Review email memoranda, documents, pleadings and cases in connection with formulation the Diversified Committee's limited objection to the distribution motion. | 0.80 | 448.00 |
| 07/15/06 | K. Neureiter | Review and respond to various emails from J. Hermann regarding arguments and drafting limited opposition to distribution motion. | 0.40 | 150.00 |
| 07/16/06 | M. Levinson | Initial review of the J. Hermann outline of a limited opposition to the distribution motion. | 0.30 | 168.00 |
| 07/17/06 | K. Neureiter | Call with M. Levinson to discuss distribution motion. | 0.20 | 75.00 |
| 07/17/06 | K. Neureiter | Review draft of limited opposition forwarded by J. Hermann. | 0.70 | 262.50 |
| 07/17/06 | K. Neureiter | Review numerous documents (pleadings, legal authority) related to arguments for limited opposition. | 4.40 | 1,650.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          August 24, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1027700
page 48

| | | | | |
|---|---|---|---|---|
| 07/18/06 | J. Hermann | Participate in conference call with Diversified Committee professionals to plan arguments for opposition to distribution motion, fact-gathering for the same and to discuss related issues of recoupment and offset, substantive consolidation and recharacterization of direct lender claims. | 1.40 | 798.00 |
| 07/18/06 | J. Hermann | Review and revise of draft of limited opposition to distribution motion as a result of new information received from debtors and to include argument that debtors failed to credit Diversified Fund with prior failures of USACM to remit loan proceeds to the Diversified Fund. | 1.40 | 798.00 |
| 07/18/06 | J. Hermann | Review and analysis of further information received from debtors relating to amounts to be distributed pursuant to distribution motion and participation in exchange of email correspondence regarding the same. | 0.60 | 342.00 |
| 07/18/06 | M. Levinson | Review M. Tucker email memorandum forwarding distribution data provided by Mesirow and telephone conversation with M. Tucker re the same and re the distribution motion, generally (.30); very long telephone conversation with M. Tucker, C. Harvick, J. Hermann, L. Ernce (for part) and K. Neureiter (for part) re responding to the distribution motion (1.40). | 1.70 | 952.00 |
| 07/18/06 | K. Neureiter | Call with J. Hermann, L. Ernce, M. Levinson and A. Loraditch to discuss limited opposition to distribution motion. | 1.20 | 450.00 |
| 07/18/06 | K. Neureiter | Review series of emails regarding specific facts and figures to be included in limited opposition. | 0.20 | 75.00 |
| 07/18/06 | K. Neureiter | Review docket and forward to J. Hermann and M. Levinson debtors' supplemental pleading in support of distribution motion. | 0.20 | 75.00 |
| 07/18/06 | K. Neureiter | Review debtors' supplemental pleading. | 0.20 | 75.00 |
| 07/18/06 | K. Neureiter | Review email from J. Hermann regarding historical background of Ponzi schemes. | 0.10 | 37.50 |
| 07/18/06 | K. Neureiter | Send A. Loraditch email regarding page limits for limited opposition and declaration. | 0.10 | 37.50 |
| 07/18/06 | K. Neureiter | Review J. Hermann's revised draft of limited opposition. | 0.70 | 262.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908
page 49

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/06 | K. Neureiter | Conduct legal research and review results per J. Hermann related to limited opposition. | 4.80 | 1,800.00 |
| 07/18/06 | L. Ernce | Telephone conference with M. Levinson, K. Neureiter and FTI re responding to distribution motion (.80); review next draft of argument outline (.20). | 1.00 | 465.00 |
| 07/19/06 | J. Hermann | Review and analysis of opposition to distribution motion filed by certain direct lenders. | 0.30 | 171.00 |
| 07/19/06 | J. Hermann | Analysis of cases citing Lemons case, and similarities and differences and participation in exchange of email correspondence regarding whether Nevada has enacted legislation overruling result of Staff Mortgage case. | 1.60 | 912.00 |
| 07/19/06 | J. Hermann | Participate in conference call with Diversified Committee professionals regarding response to distribution motion and other related litigation topics and review and analysis of servicing agreements and other transaction documents in connection with the same. | 1.20 | 684.00 |
| 07/19/06 | K. Neureiter | Review notes from conference call yesterday re strategy and arguments for limited objection. | 0.20 | 75.00 |
| 07/19/06 | K. Neureiter | Review Lemons case and identify key facts for limited objection; re-review debtors' distribution motion for arguments; review draft limited objection. | 3.30 | 1,237.50 |
| 07/19/06 | K. Neureiter | Participate in conference call with Diversified Committee professionals regarding response to distribution motion and other related litigation topics and review and analysis of servicing agreements and other transaction documents in connection with the same. | 1.00 | 375.00 |
| 07/19/06 | K. Neureiter | Review J. Hermann's revised draft outline of the limited objection. | 0.20 | 75.00 |
| 07/19/06 | K. Neureiter | Review various cases cited in all circuits from Lemons' Shepard's Report. | 0.60 | 225.00 |
| 07/19/06 | K. Neureiter | Review email from A. Loraditch re cases cited in Shepard's in Ninth Circuit and draft response. | 0.30 | 112.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 50

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/06 | M. Levinson | Telephone conversation with A. Jarvis, J. Hermann and M. Tucker re setoff issues relating to the distribution motion and re related matters (.20); telephone conversation with J. Hermann, M. Tucker, C. Harvick, L. Ernce and K. Neureiter re the foregoing and re responding to the distribution motion (1.20); review and analyze the limited opposition filed by R. LePome and N. Allf and the series of follow-up email memoranda from A. Loraditch, J. Hermann and M. Tucker (.80). | 2.20 | 1,232.00 |
| 07/19/06 | L. Ernce | Telephone conference with Diversified Committee professionals re limited opposition to distribution motion and strategies re same (1.30); review multiple emails among professionals re same (.30). | 1.60 | 744.00 |
| 07/19/06 | L. Ernce | Review objection to distribution motion by R. LePome. | 0.10 | 46.50 |
| 07/20/06 | K. Neureiter | Review J. Hermann emails re additional arguments for limited opposition re recharacterization. | 0.20 | 75.00 |
| 07/20/06 | K. Neureiter | Review R. LePome objection to motion for distribution and email response from M. Tucker re arguments. | 0.50 | 187.50 |
| 07/20/06 | K. Neureiter | Review various legal articles re recharacterization as requested by L. Ernce. | 0.80 | 300.00 |
| 07/20/06 | K. Neureiter | Confer with L. Ernce re arguments for recharacterization. | 0.10 | 37.50 |
| 07/20/06 | K. Neureiter | Legal research and review results re recharacterizing debt in Ninth Circuit per J. Hermann. | 5.00 | 1,875.00 |
| 07/20/06 | L. Ernce | Review summary of article re debt recharacterization and email to K. Neureiter re same (.10); telephone conference with K. Neureiter re issues related to distribution motion and related matters (.30); review exchanges of emails re responsive pleadings (.10); review R. Charles email and documents prepared by unsecured creditors committee's financial advisor re alternative outcomes depending on different netting procedures (.20). | 0.70 | 325.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 51

August 24, 2006
Invoice No. 1027700

| | | | | |
|---|---|---|---|---|
| 07/20/06 | M. Levinson | Further analysis in connection with the limited opposition to the distribution motion, with a focus on the type of arguments raised by R. LePome about loan servicers (.80); telephone conversation with M. Tucker in preparation for the conference call re the distribution motion (20); telephone conversation with J. Hermann in preparation for the conference call re the distribution motion (20); very long conference call with A. Jarvis, S. Strong, M. Tucker, C. Harvick and J. Hermann re the distribution motion, with S. Smith for part (1.00); exchange a series of email memoranda with J. Hermann and M. Tucker re the distributions to direct lenders shortly prior to bankruptcy (.20). | 2.40 | 1,344.00 |
| 07/20/06 | J. Hermann | Participate in conference call with debtors' representatives and Diversified Committee representatives regarding issues in connection with distribution motion, including failure to creditor Diversified Fund with amounts diverted prepetition from loan repayments in calculation of amounts to be distributed to Diversified Fund pursuant to distribution motion. | 1.20 | 684.00 |
| 07/20/06 | J. Hermann | Telephone conference with M. Levinson regarding upcoming conference call to discuss distribution motion issues and related topics. | 0.20 | 114.00 |
| 07/21/06 | L. Ernce | Review emails from C. Harvick re evidence in support of limited opposition to distribution motion (.20); email to Diversified professionals re court's order approving stipulation to extend deadlines for responses to cash collateral and distribution motions (.10); email same to Diversified financial advisors and review exchanges of emails re same and possible use in response to distribution motion (.10); review and approve final version with minor comment and sign response on behalf of Diversified (.20); exchange emails with A. Parlen re same (.10); review email from M. Tucker re issues related to distribution motion (.10); review K. Neureiter email re facts to support response to distribution motion (.10); review M. Tucker email re setoff issue (.10). | 1.00 | 465.00 |



ORRICK

| | | | | |
|---|---|---|---|---|
| 07/21/06 | K. Neureiter | Confer with M. Levinson re status and strategy re limited opposition. | 0.20 | 75.00 |
| 07/21/06 | K. Neureiter | Conference call with J. Hermann to discuss strategy and arguments for Limited Opposition. | 0.50 | 187.50 |
| 07/21/06 | K. Neureiter | Conference call with J. Hermann and A. Loraditch to expand upon various arguments and strategy for limited opposition. | 0.40 | 150.00 |
| 07/21/06 | K. Neureiter | Review docket and pull/review various pleadings/declarations for introduction facts for limited opposition and draft detailed email to J. Hermann with facts extrapolated from T. Allison's declaration. | 4.00 | 1,500.00 |
| 07/21/06 | M. Levinson | Email memorandum to M. Tucker and C. Harvick re preparing evidence for the DTDF limited opposition to the distribution motion and review C. Harvick response thereto (.10); telephone conversation with K. Neureiter re issues and next steps with respect to the limited opposition (.20); telephone conversation with M. Tucker and C. Harvick re the distribution motion and related accounting and evidence issues (.60); telephone conversation with J. Hermann re drafting the pleading and re next steps (.40); review, analyze and respond to C. Harvick email memorandum re his calculation of unremitted principal relating to certain loans (.20); review M. Schmahl email memorandum re issues he would raise in the limited opposition pleading (.10); telephone conversation with J. Hermann re structuring the draft limited opposition to the motion and re various issues to be discussed (.30); review a series of C. Harvick, M. Tucker and J. Hermann email memoranda re calculating the various offsets and re treating distributions made prior to bankruptcy (.20). | 2.10 | 1,176.00 |
| 07/21/06 | J. Hermann | Prepare expanded outline of factual considerations and legal arguments for pleading in partial opposition to distribution motion and review and analysis of file materials, financial information and legal authorities in connection with the same. | 6.50 | 3,705.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 53

August 24, 2006
Invoice No. 1027700

| 07/21/06 | J. Hermann | Conference with K. Neureiter and later, A. Loraditch, regarding assistance in drafting brief on recharacterization of direct lenders as unsecured creditors, research on same and related matters. | 0.90 | 513.00 |
|---|---|---|---|---|
| 07/21/06 | J. Hermann | Telephone conference with M. Levinson regarding numerous issues in connection with preparation of pleadings in opposition to distribution motion and related matters. | 0.40 | 228.00 |
| 07/22/06 | L. Ernce | Review exchanges of emails re issues related to strategy for response to distribution motion. | 0.20 | 93.00 |
| 07/22/06 | M. Levinson | Review and analyze a series of J. Hermann, M. Tucker and C. Harvick email memoranda re the DTDF limited opposition to the distribution motion and the evidence in support thereof, and respond to the last chain of email memoranda. | 0.40 | 224.00 |
| 07/22/06 | J. Hermann | Further drafting of limited opposition to distribution motion, review and analysis of case authorities bearing upon the same, review and analysis of financial information and other file materials bearing upon the same and participation in exchange of email correspondence regarding the same. | 7.70 | 4,389.00 |
| 07/22/06 | J. Hermann | Telephone conference with C. Harvick regarding financial information needed for limited opposition to distribution motion. | 0.40 | 228.00 |
| 07/23/06 | K. Neureiter | Call with J. Hermann and M. Levinson re argument for limited opposition. | 0.30 | 112.50 |
| 07/23/06 | K. Neureiter | Obtain various cases per J. Hermann and forward to J. Hermann. | 0.20 | 75.00 |
| 07/23/06 | K. Neureiter | Review prior email from J. Hermann re sample servicing and subscription agreement and draft email to C. Harvick and M. Tucker. | 0.20 | 75.00 |
| 07/23/06 | K. Neureiter | Obtain and review cases from Lemons Shepard's Reports distinguished by Lemons in preparation to draft argument section. | 0.70 | 262.50 |
| 07/23/06 | K. Neureiter | Confer with J. Hermann re facts and arguments of limited opposition. | 0.10 | 37.50 |
| 07/23/06 | K. Neureiter | Review updated draft of limited opposition and review Lemons case again in preparation to draft argument section. | 1.50 | 562.50 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 54

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/06 | M. Levinson | Conference with J. Hermann re the limited opposition to the distribution motion (.50); review and interlineate comments to the first draft of a portion of the limited opposition, confer with J. Hermann re the same and telephone conversation with K. Neureiter with J. Hermann in connection with the same (1.10); continue reviewing and interlineating comments to the first draft (.60). | 2.20 | 1,232.00 |
| 07/23/06 | J. Hermann | Further drafting of limited opposition to distribution motion including review and analysis of case authorities and secondary sources, participation in exchange of email correspondence regarding the same, and office conferences with M. Levinson and others regarding the same. | 6.90 | 3,933.00 |
| 07/24/06 | K. Neureiter | Confer with M. Levinson re Lemons case for limited opposition. | 0.10 | 37.50 |
| 07/24/06 | K. Neureiter | Draft summary of Lemons case for limited opposition. | 4.20 | 1,575.00 |
| 07/24/06 | K. Neureiter | Confer with J. Hermann re footnotes for limited opposition. | 0.20 | 75.00 |
| 07/24/06 | K. Neureiter | Draft footnotes for limited opposition; reviewing holdings of various cases. | 1.60 | 600.00 |
| 07/24/06 | M. Levinson | Telephone conversation with K. Neureiter re Lemons issues in connection with drafting the limited opposition (.10); telephone conversation with J. Hermann re various issues related to the draft and re next steps (.20); telephone conversation with R. Charles re the position of the unsecured creditors committee on the distribution motion (.20); telephone conversation with M. Tucker re distribution motion issues (.20); telephone conversation with J. Hermann with L. Ernce re the foregoing (.20); telephone conversation with J. Hermann re the Lemons and the Clare's Foods discussions in the draft (.20); review J. McGimsey declaration and the exhibit thereto, namely the materially false December 31, 2005 update to Diversified Fund investors, and email re the same to J. Hermann and others (.20); begin reviewing and interlineating comments to tonight's draft of the limited opposition (.60). | 1.90 | 1,064.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 55

August 24, 2006
Invoice No. 1027700

| | | | | |
|---|---|---|---|---|
| 07/24/06 | L. Ernce | Telephone conference with M. Levinson and J. Hermann re tomorrow's hearing and matters related to distribution motion. | 0.20 | 93.00 |
| 07/24/06 | L. Ernce | Review draft of Diversified Committee's limited opposition to distribution motion and emails re related matters. | 0.60 | 279.00 |
| 07/24/06 | L. Ernce | Review motion for relief from stay papers by Standard Property Development (.50); draft email memo to M. Levinson summarizing motion and underlying litigation with recommendations on next steps (.30); review M. Levinson email re same (.10). | 0.90 | 418.50 |
| 07/24/06 | J. Hermann | Further drafting of limited opposition to distribution motion, review and analysis of case authorities bearing upon the same, review and analysis of financial information and other file materials bearing upon the same and participation in exchange of email correspondence regarding the same. | 8.80 | 5,016.00 |
| 07/25/06 | M. Levinson | Continue reviewing, interlineating comments to and revising last night's draft of the limited opposition to the distribution motion, and during the course of the same, telephone conversations with K. Neureiter, J. Hermann and M. Tucker re the draft (2.80); more revising and drafting of the limited opposition (6.20); email memorandum re the draft and re next steps to the team of Diversified Committee professionals (.20). | 9.20 | 5,152.00 |
| 07/25/06 | L. Ernce | Email and telephone conference with M. Schmahl re status of Dr. Kantor's limited opposition to distribution motion and Diversified Committee's limited opposition. | 0.10 | 46.50 |
| 07/25/06 | L. Ernce | Emails and telephone conference with A. Loraditch re logistics for filing pleadings this Thursday on distribution and cash management motions. | 0.10 | 46.50 |
| 07/25/06 | L. Ernce | Review next draft of Diversified Committee's limited opposition to distribution motion (.30); review draft of unsecured creditors' committee's limited opposition (.20). | 0.50 | 232.50 |
| 07/25/06 | K. Neureiter | Review emails from J. Hermann regarding status of limited opposition. | 0.10 | 37.50 |
| 07/25/06 | K. Neureiter | Confer with M. Levinson regarding arguments for limited opposition. | 0.20 | 75.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          August 24, 2006
Trust Deed Fund, LLC - 17908                                                       Invoice No. 1027700
page 56

| | | | | |
|---|---|---|---|---|
| 07/25/06 | K. Neureiter | Detailed review of limited opposition per M. Levinson and draft comments. | 1.80 | 675.00 |
| 07/25/06 | K. Neureiter | Review cases/secondary sources related to recharacterization theory as requested by J. Hermann. | 2.30 | 862.50 |
| 07/25/06 | J. Hermann | Meet with FTI professionals regarding results of further records review, whether any additional support for limited opposition to distribution motion was located and related topics. | 0.70 | 399.00 |
| 07/26/06 | L. Ernce | Review unsecured creditors committee's draft response to distribution motion (.40); review multiple emails re status of Diversified Committee's response to distribution motion and conferences with M. Levinson re same (.20); telephone conferences with A. Loraditch and K. Neureiter re unsecured creditors committee's draft response and possible joinder (.20); telephone conference with M. Levinson re same and emails to A. Loraditch and K. Neureiter (.10); review A. Jarvis email re proposed bifurcation of hearing on distribution motion (.10). | 1.00 | 465.00 |
| 07/26/06 | K. Neureiter | Confer with M. Levinson re changes to limited opposition. | 0.10 | 37.50 |
| 07/26/06 | K. Neureiter | Confer with L. Ernce re concerns on joint objection circulated by R. Charles. | 0.20 | 75.00 |
| 07/26/06 | K. Neureiter | Confer with M. Levinson re status of limited opposition and assignments for tomorrow. | 0.10 | 37.50 |
| 07/26/06 | K. Neureiter | Review various emails for A. Loraditch, J. Hermann and M. Levinson related to facts and strategy for limited opposition. | 0.30 | 112.50 |
| 07/26/06 | K. Neureiter | Review emails and voice message from M. Levinson re status limited opposition. | 0.20 | 75.00 |
| 07/26/06 | K. Neureiter | Review revised limited opposition and draft comments. | 2.20 | 825.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 57

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/06 | M. Levinson | Initial review and analysis of the draft three-committee joint response to the distribution motion emailed late yesterday by R. Charles (.30); review and interlineate comments to the draft Diversified Committee limited opposition to the distribution emailed by me the Diversified Committee professionals last night (.70); telephone conversation with M. Tucker re the draft limited opposition and re next steps (.20); telephone conversation with A. Landis re the Diversified Committee's thoughts on the distribution motion (.10); telephone conversation with A. Loraditch and B. Axelrod (for part) re the draft limited opposition and their comments thereto (.20); review A. Jarvis email memorandum re the debtors' decision to request only one distribution at the August 4th hearing and forward the same to M. Tucker and others (.10) telephone conversation with M. Tucker re issues raised by A. Jarvis and re next steps with respect to the draft limited opposition (.40); review J. Hermann's revised draft (of this afternoon) of the limited opposition to the distribution motion and interlineate changes to the same (.30); telephone conversation with M. Tucker re offset issues relating to the draft (.20); telephone conversation with J. Hermann re the draft (.30); continue revising the draft limited opposition and during the course of the same, review the comments sent by K. Neureiter and A. Loraditch and engage in telephone conversations with J. Hermann and C. Harvick, review the draft M. Tucker declaration in support thereof, and engage in a number of telephone conversations with M. Tucker, C. Harvick and J. Hermann re the same, several of them very long (6.90); email memorandum to K. Neureiter re helping finalize the M. Tucker declaration (.10). | 9.80 | 5,488.00 |
| 07/26/06 | J. Hermann | Extensive revision of limited opposition to distribution motion, including a rewrite of legal argument, and review and analysis of financial information and other file materials in connection with the same. | 5.90 | 3,363.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified                August 24, 2006
Trust Deed Fund, LLC - 17908                                                            Invoice No. 1027700
page 58

| 07/26/06 | J. Hermann | Participate in conference calls with FTI professionals and M. Levinson regarding discussion of matters to be included and matters to be excised from limited opposition and Declaration of M. Tucker in support thereof and numerous related matters and issues. | 1.80 | 1,026.00 |
|---|---|---|---|---|
| 07/26/06 | J. Hermann | Participate in exchange of email correspondence regarding factual developments in connection with distribution motion and additional legal issues involved with apparent intention to distribute funds on hand on petition date. | 0.80 | 456.00 |
| 07/26/06 | J. Hermann | Review and revise M. Tucker declaration and review and analysis of file materials in connection with the same. | 2.80 | 1,596.00 |
| 07/27/06 | K. Neureiter | Review revised draft of limited opposition and draft comments in an email to M. Levinson and J. Hermann | 2.10 | 787.50 |
| 07/27/06 | K. Neureiter | Review blackline of most recently revised draft and changes made. | 0.40 | 150.00 |
| 07/27/06 | K. Neureiter | Various calls with L. Ernce regarding finalizing limited opposition to distribution motion. | 0.20 | 75.00 |
| 07/27/06 | K. Neureiter | Cite check limited opposition and draft email to L. Ernce re results. | 1.30 | 487.50 |
| 07/27/06 | K. Neureiter | Review numerous emails from various parties regarding final comments and remaining assignments for completing limited opposition and declaration. | 0.30 | 112.50 |
| 07/27/06 | K. Neureiter | Review various emails from L. Ernce forwarding oppositions to distribution motion filed today. | 0.10 | 37.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 59

August 24, 2006
Invoice No. 1027700

| | | | | |
|---|---|---|---|---|
| 07/27/06 | L. Ernce | Conference with M. Levinson re status of brief and declaration in support of limited opposition to distribution motion and next steps (.20); emails with M. Levinson re possible additional evidence to include with declaration (.10); multiple telephone conferences and emails with Diversified Committee professionals re status and modifications to brief and supporting declaration and exhibits (.60); revise next version of draft brief (.60); revise draft Tucker declaration (.20); review K. Neureiter cite checking edits and telephone conference with K. Neureiter re same (.20); proofread, revise and finalize limited opposition to distribution motion (1.80); exchange emails and telephone calls with Diversified Committee professionals re status of declaration and exhibits (.10). | 3.80 | 1,767.00 |
| 07/27/06 | M. Levinson | Portion of a long telephone conversation with A. Jarvis and S. Strong devoted to the distribution motion (.30); review numerous email memoranda from the Diversified Committee professionals with their comments to the draft (.60); review the exchange of A. Jarvis and E. Karasik email memoranda re continuing the portion of the distribution motion seeking ongoing distributions (.10); review lengthy L. Ernce email memorandum re the G. Kantor objection to the distribution motion (.10); telephone conversation with M. Tucker and J. Hermann re the near-final draft of the limited opposition and the near-final draft of the M. Tucker declaration (.30); review the near-final draft of the limited opposition, interlineate comments thereto and telephone conversation with L. Ernce re my proposed changes (.40); final review of the limited opposition (.30); review a series of numerous email memoranda from C. Harvick, L. Ernce, P. Kois and A. Loraditch re the finalization of the M. Tucker declaration and the service, filing and delivery of the Diversified Committee limited opposition and the Tucker declaration (.20). | 2.30 | 1,288.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 60

August 24, 2006
Invoice No. 1027700

| 07/27/06 | L. Ernce | Review responses to distribution motion by Kantor Group, First Trust Deed Fund Committee, Unsecured Creditors Committee and various direct lenders (.40); email memo to Diversified professionals re same (.10). | 0.50 | 232.50 |
|---|---|---|---|---|
| 07/27/06 | J. Hermann | Finalize limited opposition to distribution motion and supporting declaration of M. Tucker and office conferences and email in connection with the same. | 3.70 | 2,109.00 |
| 07/28/06 | M. Levinson | Telephone conversation with J. Hermann re next steps with responding to the various objections to the distribution motion (.20); portion of long telephone conversation with J. Hermann and M. Tucker re the same (.50); review lengthy J. Hermann email memorandum to K. Neureiter re researching another theory relating to the appropriation of Diversified Fund by USA Mortgage (.10); begin reviewing the numerous responses to the distribution motion (1.10). | 1.90 | 1,064.00 |
| 07/28/06 | J. Hermann | Telephone conference with M. Levinson regarding oppositions filed by various parties to distribution motion, handling of claim objection, and potential commencement of other litigation. | 0.30 | 171.00 |
| 07/28/06 | J. Hermann | Conference call with M. Levinson and M. Tucker regarding participation in collection efforts on 10-90, Inc. loan, Epic loan, other loans and arrangements with Investment Partners and regarding matters in connection with opposition to distribution motion. | 0.50 | 285.00 |
| 07/28/06 | J. Hermann | Further review and analysis of pleadings filed in connection with August 4th hearings including oppositions to distribution motion. | 0.90 | 513.00 |
| 07/28/06 | J. Hermann | Analysis of issues bearing upon constructive or express trust upon proceeds of $18.9mm diversion from Diversified Fund and accounts generated in connection with the same and participation in exchange of email correspondence regarding research of legal issues bearing upon the same. | 0.90 | 513.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified    August 24, 2006
Trust Deed Fund, LLC - 17908                                                Invoice No. 1027700
page 61

| 07/28/06 | J. Hermann | Initial draft of additional arguments for oral argument on August 4th in connection with oppositions received and effect of two different constructs of rights of direct lenders on administration of estates. | 0.90 | 513.00 |
|---|---|---|---|---|
| 07/28/06 | L. Ernce | Review U.S. Trustee's opposition to debtors' distribution motion and email to Diversified professionals re same (.10); review late-filed opposition to distribution motion by direct lenders committee and late-filed joinder by individual direct lenders (.10); email memo to Diversified professionals and telephone conference with M. Levinson re same (.10). | 0.40 | 186.00 |
| 07/28/06 | L. Ernce | Review portions of debtors' distribution motion and Diversified Committee's response. | 0.30 | 139.50 |
| 07/29/06 | M. Levinson | Exchange of email memoranda with A. Loraditch re the late-filed opposition by the direct lenders committee and re the possible ramifications thereof. | 0.20 | 112.00 |
| 07/30/06 | M. Levinson | Further attention to reviewing responses to the distribution motion. | 0.80 | 448.00 |
| 07/31/06 | J. Hermann | Review and analysis of debtors' unpaid interest summary for postpetition period for Diversified Fund as a whole and for each loan in the Diversified portfolio in connection with distribution motion. | 0.40 | 228.00 |
| 07/31/06 | J. Hermann | Telephone conference with M. Tucker and M. Levinson regarding issues bearing upon distribution of $9 million cash on hand at petition date and other matters set for hearing on August 4th. | 0.30 | 171.00 |
| 07/31/06 | J. Hermann | Telephone conference with M. Levinson regarding issues for hearing on August 4th in connection with distribution motion and other matters on calendar. | 0.30 | 171.00 |
| 07/31/06 | M. Levinson | Telephone conversation with J. Hermann re the distribution motion and the position of the unsecured creditors committee on certain aspects thereof (.30); follow-up conversation with M. Tucker and J. Hermann re the same (.30); follow-up conversation with M. Tucker re his conversation with T. Burr re the $9 million in the collection account as subject to distribution (.10). | 0.70 | 392.00 |
| | | *B503 – Litigation Total* | 235.20 | 117,732.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 62

August 24, 2006
Invoice No. 1027700

### Task B504 – EPIC Loan

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/11/06 | K. Neureiter | Review various emails re draft complaint re Epic loan. | 0.20 | 75.00 |
| 07/11/06 | K. Neureiter | Review complaint re Epic loan forwarded by J. Hermann | 0.20 | 75.00 |
| 07/11/06 | L. Ernce | Review J. Hermann email re draft Epic loan complaint and related email exchanges. | 0.20 | 93.00 |
| 07/12/06 | M. Levinson | Review a number of J. Hermann, M. Tucker and C. Harvick email memoranda re the draft complaint relating to the Epic loan and the Tree Moss transactions and analysis re next steps in light of the same. | 0.20 | 112.00 |
| 07/12/06 | J. Hermann | Further review and analysis of transaction and file documents, and draft complaint, and consideration and analysis of issues bearing upon recordation of lis pendens against property and other issues in connection with steps to be taken to collect on residue of loan. | 1.90 | 1,083.00 |
| 07/13/06 | M. Levinson | Review S. Strong re status of the possible meeting with J. Milanowski re Tree Moss and other issues. | 0.10 | 56.00 |
| 07/19/06 | J. Hermann | Initial review and analysis of results of appraisal of collateral received from Hilco. | 0.50 | 285.00 |
| 07/19/06 | J. Hermann | Review and analysis of correspondence and emails regarding follow-up on efforts to recover collateral for Epic loan, meeting with J. Milanowski next week to discuss Epic and 10-90 and related matters. | 0.40 | 228.00 |
| 07/19/06 | J. Hermann | Participate in conference call with debtors' counsel and Diversified Committee professionals regarding communications with J. Milanowski and other developments in collection of Epic and 10-90 loans. | 0.30 | 171.00 |
| 07/19/06 | M. Levinson | Review A. Jarvis email memorandum and draft documents attached thereto in preparation for the upcoming telephone conversation with A. Jarvis and others re the Epic loan (.20); telephone conversation with A. Jarvis, J. Hermann and M. Tucker re T. Allison's conversation with J. Milanowski re Epic and re the possible sale by Tree Moss and re related matters (.30). | 0.50 | 280.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 63

August 24, 2006
Invoice No. 1027700

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/20/06 | M. Levinson | Review the draft settlement agreement and transfer documents with respect to the Epic and Tree Moss transactions (.30); telephone conversation with M. Tucker re the same and re his conversation today with T. Allison re the same (.20); telephone conversation with A. Jarvis, M. Tucker and others re the foregoing (.10); lengthy email memorandum to two Orrick real estate partners providing background and requesting that a real estate lawyer review the draft settlement agreement and transfer documents (.30). | 0.90 | 504.00 |
| 07/21/06 | M. Levinson | Follow-up telephone conversation with an Orrick real estate partner re documenting the re-transfer of the Epic property. | 0.10 | 56.00 |
| 07/25/06 | M. Levinson | Telephone conversation with M.J. Pritchett re the form of re-conveyance from Tree Moss to the Diversified Fund (.10); review the questions drafted by M. Tucker in preparation for the Epic portion of his meeting with J. Milanowski (.10). | 0.20 | 112.00 |
| 07/26/06 | J. Hermann | Telephone conference with S. Tingey regarding results of meeting with J. Milanowski and means of ensuring that sales proceeds of 63 condominiums are remitted to Diversified Fund. | 0.30 | 171.00 |
| 07/27/06 | M. Levinson | Portion of a long telephone conversation with A. Jarvis and S. Strong devoted to monetizing the Epic loan. | 0.10 | 56.00 |
| 07/28/06 | J. Hermann | Participate in conference call with M. Levinson and M. Tucker regarding participation in collection efforts on 10-90, Inc. loan, Epic loan, other loans and arrangements with Investment Partners and regarding matters in connection with opposition to distribution motion. | 0.20 | 114.00 |
| 07/28/06 | M. Levinson | Portion of long telephone conversation with J. Hermann and M. Tucker devoted to a discussion of next steps with respect to analysis and collection of the Epic loan. | 0.20 | 112.00 |

*B504 – EPIC Loan Total*    6.50    3,583.00



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified       August 24, 2006
Trust Deed Fund, LLC - 17908                                                   Invoice No. 1027700
page 64

*Task B505 – 10-90 Loan*

| | | | | |
|---|---|---|---|---|
| 07/10/06 | M. Levinson | Participate in a series of many email memoranda with T. Allison, A. Jarvis, L. Redman and J. Hermann re the upcoming meeting with L. Redman and the debtors concerning the various Ashby transactions. | 0.30 | 168.00 |
| 07/10/06 | J. Hermann | Participate in exchange of email correspondence regarding meeting with L. Redman in Corona, Ca. in connection with 10-90, Inc. loan and other matters and review and analysis of file materials in connection with the same. | 0.60 | 342.00 |
| 07/10/06 | J. Hermann | Multiple telephone conferences with L. Redman and M. Levinson regarding arrangements for meeting in Corona next week on 10-90, Inc. loan. | 0.30 | 171.00 |
| 07/11/06 | M. Levinson | Review lengthy J. Hermann email memorandum re the upcoming meeting with L. Redman, T. Allison and others and exchange a number of brief email memoranda with J. Hermann and others re aspects of the meeting. | 0.20 | 112.00 |
| 07/11/06 | J. Hermann | Review and analysis of loan documentation and other information available on 10-90, Inc. loans, other Fiesta development loans, other Ashby-related loans and related matters in connection with upcoming meeting with Fiesta representatives on Monday. | 3.80 | 2,166.00 |
| 07/12/06 | M. Levinson | Email memorandum to T. Allison, A. Jarvis, M. Tucker, C. Harvick and J. Hermann re the upcoming July 17th meeting with L. Redman, brief follow-up email memorandum to A. Jarvis and review the letter from J. Mahoney, counsel to J. Redman, re the meeting. | 0.20 | 112.00 |
| 07/13/06 | J. Hermann | Participate in conference call with M. Tucker, C. Harvick, and M. Levinson regarding issues for meeting with Ashby representatives on Monday, details of Ashby loans outstanding, areas of inquiry to pursue at meeting and collection of 10-90 loan in general. | 0.80 | 456.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 65

August 24, 2006
Invoice No. 1027700

| 07/13/06 | M. Levinson | Several email memoranda to J. Hermann and M. Tucker re the upcoming meeting with L. Redman and re related 10-90 and preparation issues (.20); participate in a portion of a long conference call with M. Tucker, C. Harvick and J. Hermann in preparation for the meeting with T. Allison, A. Jarvis and L. Redman re the 10-90 loan and related transactions (.50). | 0.70 | 392.00 |
|---|---|---|---|---|
| 07/14/06 | M. Levinson | Review brief email memoranda from T. Allison and M. Tucker re the upcoming meeting with L. Redman and send an email to T. Allison, A. Jarvis and others re logistics for the same (.20); review and respond to a series of follow-up email memoranda re the upcoming meeting (.30); review and analyze the status of collateral report prepared by C. Harvick in connection with the 10-90 and other Ashby-related loans (.20). | 0.70 | 392.00 |
| 07/14/06 | J. Hermann | Review and analysis of additional materials received on Ashby-related loans in preparation for meeting on Monday with debtor representatives and Ashby representatives. | 1.80 | 1,026.00 |
| 07/15/06 | M. Levinson | Review email memoranda, documents and data in preparation for the July 17th meeting with L. Redman, T. Allison and others re the various Ashby loans. | 1.20 | 672.00 |
| 07/16/06 | M. Levinson | Further document and other review in preparation for tomorrow's meetings with L. Redman, T. Allison and others. | 0.30 | 168.00 |
| 07/17/06 | J. Hermann | Prepare for and participate in lengthy meeting with representatives of Fiesta Development and representatives of Debtors regarding all aspects of loans outstanding to Fiesta Development and to Ashby-related entities, repayment of such loans, interests of Investment Partners in various projects and development entities and status of ongoing development projects and related issues and travel to and from Corona in connection with the same. | 7.10 | 4,047.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 66

August 24, 2006
Invoice No. 1027700

| | | | | |
|---|---|---|---|---|
| 07/17/06 | M. Levinson | Travel from Sacramento to the Ontario airport, from the Sacramento airport speak to K. Neureiter about the distribution motion, leave a voicemail message for L. Ernce re various matters and review an email memorandum from a claims trader and forward the same to L. Ernce, and en route review documents and data in preparation for the upcoming meetings (2.50); meetings with A. Jarvis and M. Tucker at the Ontario airport re the upcoming meeting and other matters, and continue the meetings with T. Allison en route to Corona (1.60); meetings re the 10-90 and Investment Partners transactions at the offices of Fiesta Development in Corona with L. Redman, P. McNicholas and others from Fiesta and T. Allison, A. Jarvis, M. Tucker and J. Hermann (4.20); travel from Corona to the Ontario airport and discuss next steps with T. Allison, A. Jarvis and M. Tucker (.70); meetings at the airport with M. Tucker re next steps (.60); travel from Ontario to Sacramento and analysis re next steps en route (1.80). | 11.40 | 6,384.00 |
| 07/19/06 | J. Hermann | Participate in conference call with debtors' counsel and Diversified Committee professionals regarding communications with J. Milanowski and other developments in collection of Epic and 10-90 loans. | 0.30 | 171.00 |
| 07/19/06 | M. Levinson | Telephone conversation with A. Jarvis, J. Hermann and M. Tucker re developments since July 17th and re next steps (.40); review lengthy M. Tucker email memorandum re Ashby projects (.10). | 0.50 | 280.00 |
| 07/20/06 | L. Ernce | Review M. Tucker email memo re information from Fiesta on 10-90 loan. | 0.10 | 46.50 |
| 07/20/06 | M. Levinson | Telephone conversation with M. Tucker re his conversation today with R. Allison re recovering on the 10-90 loan (.20); telephone conversation with A. Jarvis, M. Tucker and others re the upcoming meeting with J. Milanowski re the 10-90 loan and related matters (.10); review M. Tucker email memorandum re 10-90 payments made to Ashby-related entities (.10). | 0.40 | 224.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 67

August 24, 2006
Invoice No. 1027700

| 07/24/06 | J. Hermann | Travel to Las Vegas for meeting on 10-90, Inc. loan with J. Milanowski and consideration and analysis of issues bearing upon the same enroute. | 2.50 | 1,425.00 |
|---|---|---|---|---|
| 07/25/06 | M. Levinson | Review the questions drafted by M. Tucker in preparation for the 10-90 portion of his meeting with J. Milanowski. | 0.10 | 56.00 |
| 07/25/06 | J. Hermann | Travel from Las Vegas after meeting with J. Milanowski regarding 10-90, Inc. loan and consideration and analysis of collection issues enroute. | 2.50 | 1,425.00 |
| 07/25/06 | J. Hermann | Participate in meeting with J. Milanowski and his counsel with M. Tucker, A. Jarvis and R. Allison regarding issues in connection with 10-90, Inc. loan and related matters and follow-up discussions regarding results of meeting. | 1.30 | 741.00 |
| 07/27/06 | M. Levinson | Review the organization chart reflecting the Investment Partners entities forwarded by T. Allison to M. Tucker on July 27th (.20); portion of a long telephone conversation with A. Jarvis and S. Strong devoted to next steps with respect to the July 25th meeting with J. Milanowski and to next steps in collecting the 10-90, Inc. loan and email them the organizational chart during the call (.20). | 0.40 | 224.00 |
| 07/27/06 | J. Hermann | Review and analysis of exemplars and relevant authority regarding issues in connection with LLC member consent to pledge of member interests by 10-90, Inc. in preparation for preparation of form of consent requested by J. Milanowski. | 0.80 | 456.00 |
| 07/28/06 | J. Hermann | Participate in conference call with M. Levinson and M. Tucker regarding participation in collection efforts on 10-90, Inc. loan, Epic loan, other loans and arrangements with Investment Partners. | 0.80 | 456.00 |
| 07/28/06 | J. Hermann | Review and analysis of financing statements filed against Investment Partners in connection with 10-90, Inc. loan and $58 million Investment Partners loan, determination of perfection, priority and preference exposure associated with the same, and preparation of email correspondence regarding conclusions and transmitting same. | 0.80 | 456.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified     August 24, 2006
Trust Deed Fund, LLC - 17908                                                  Invoice No. 1027700
page 68

| | | | | |
|---|---|---|---|---|
| 07/28/06 | M. Levinson | Portion of long telephone conversation with J. Hermann and M. Tucker devoted to a discussion of next steps with respect to analysis and collection of the 10-90 loan (.80); review J. Herman email memorandum to S. Strong requesting confirmation that the debtors had perfected the lien on Investment Partners and the A. Jarvis and K. Glade response thereto, including the financing statements attached thereto (.10); review J. Hermann email memorandum re the same and re issues relating to the same (.10); analysis re next steps with respect to 10-90 and Investment Partners in light of the foregoing (.20). | 1.20 | 672.00 |
| 07/31/06 | J. Hermann | Telephone conference with R. Charles and M. Levinson regarding matters in connection with 10-90, Inc. loan and meeting on Thursday to discuss same in greater detail and other relevant matters. | 0.50 | 285.00 |
| 07/31/06 | M. Levinson | Telephone conversation with J. Hermann and R. Charles re a possible meeting between the professionals of our committees re the Diversified Committee investigation into the 10-90 loan and Investment Partners during which we exchange email memoranda including those with S. Freeman. | 0.50 | 280.00 |

|  |  |  |
|---|---|---|
| *B505 – 10-90 Loan Total* | *42.10* | *23,805.50* |

| | | |
|---|---|---|
| **PHASE B400 – BANKRUPTCY-RELATED ADVICE TOTAL** | **283.80** | **145,120.50** |

|  |  |  |
|---|---|---|
| Total Hours | 449.90 | |
| Total For Services | | $225,438.00 |

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 69

August 24, 2006
Invoice No. 1027700

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B110 | Case Administration | 20.60 | 10,602.00 |
| B120 | Asset Analysis and Recovery | 13.90 | 7,628.50 |
| B130 | Asset Disposition & Sales | 2.10 | 1,184.50 |
| B152 | Meetings & Communications with other Committees | 32.90 | 18,220.50 |
| B153 | Meetings & Communications with the Committee or members of the Committee | 18.00 | 9,396.00 |
| B154 | Meetings & Communications with the Creditors or Equity holders | 19.10 | 9,134.50 |
| B160 | Fee/Employment Applications | 19.70 | 6,628.00 |
| B170 | Fee/Employment Objections | 3.10 | 1,498.50 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **129.40** | **64,292.50** |
| **PHASE B200 – OPERATIONS** | | | |
| B210 | Business Operations | 2.40 | 1,135.00 |
| B230 | Financing/Cash Collections | 1.90 | 1,010.00 |
| **PHASE B200 – OPERATIONS TOTALS** | | **4.30** | **2,145.00** |
| **PHASE B300 – CLAIMS AND PLAN** | | | |
| B310 | Claims Administration and Objections | 23.80 | 9,072.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 8.60 | 4,807.50 |
| **PHASE B300 – CLAIMS AND PLAN TOTALS** | | **32.40** | **13,880.00** |
| **PHASE B400 – BANKRUPTCY-RELATED ADVICE** | | | |
| B503 | Litigation | 235.20 | 117,732.00 |
| B504 | EPIC Loan | 6.50 | 3,583.00 |
| B505 | 10-90 Loan | 42.10 | 23,805.50 |
| **PHASE B400 – BANKRUPTCY-RELATED ADVICE TOTALS** | | **283.80** | **145,120.50** |
| | Totals | 449.90 | $225,438.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.30 | 140.00 | 1,302.00 |
| Lynn T. Ernce | 70.60 | 465.00 | 32,829.00 |
| Jeffery D. Hermann | 127.80 | 570.00 | 72,846.00 |
| Marc A. Levinson | 143.20 | 560.00 | 80,192.00 |
| Kimberly E. Neureiter | 94.60 | 375.00 | 35,475.00 |
| Daniel J. Tyukody | 4.40 | 635.00 | 2,794.00 |
| Total All Timekeepers | 449.90 | $501.08 | $225,438.00 |

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 70

August 24, 2006
Invoice No. 1027700

Disbursements

| | | |
|---|---:|---:|
| Duplicating Expense | 55.20 | |
| Facsimile | 38.00 | |
| Lexis Research | 2,786.00 | |
| Local Taxi Expense | 35.00 | |
| Out of Town Business Meals | 40.00 | |
| Parking Expense | 32.00 | |
| Postage | 2.22 | |
| Telephone | 294.78 | |
| Travel Expense, Air Fare | 559.70 | |
| Travel Expense, Local | 26.70 | |
| Travel Expense, Out of Town | 227.50 | |
| Westlaw Research | 68.25 | |
| Total  Disbursements | | $4,165.35 |

**Total For This Matter**          **$229,603.35**