ELECTRONICALLY FILED
APRIL 26 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:    fmerola@stutman.com
           ekarasik@stutman.com
           aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:    jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>) Date: June 22, 2007<br>) Time: 9:30 a.m.<br>)<br>)<br>)<br>) |

**DECLARATION OF SHLOMO S. SHERMAN, ESQ. IN SUPPORT OF THE SECOND AND FINAL APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I, SHLOMO S. SHERMAN, ESQ., hereby declare as follows:

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am an associate with the law firm of Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), and I make this declaration in support of the Second and Final Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Payment of Fees and Reimbursement of Expenses (the "Application").

3. I have personally reviewed the information contained in the Application, and the same is true and correct to the best of my knowledge, information and belief.

4. SC bills for expenses, including in house photocopies ($.25 per page); telefax transmissions ($1.00 per page long distance; $.50 per page local); scanning/large print jobs ($.10 per page); messenger service ($7.50 to $10.00 per "run" or actual cost where outside messenger service is required on an emergency or out of area basis); postage (actual cost); Westlaw (actual cost)[1]; long distance telephone (actual cost); and third party expenses (including court reporter fees, costs of tapes and transcripts, outside copying services, filing fees, and meals).

5. The chronological list of fees and expenses incurred during the period of August 1, 2006 through March 12, 2007 attached to the Application as Exhibits 4 and 6, respectively, are true and accurate copies of invoices that are maintained by SC in the ordinary course of business.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

6. The chronological list of fees and expenses incurred during the period of April 24, 2006 through May 9, 2006 in the course of representing the Ad Hoc Committee (as defined in the Application) prior to the appointment of the FTDF Committee, a copy of which is attached to the Application as Exhibit 7, are true and accurate copies of invoices that are maintained by SC in the ordinary course of business.

7. I have personally reviewed and edited the bill in this matter, and it represents the true and correct charges to the best of my knowledge, information and belief.

DATED this 26th day of April, 2007.

_____
SHLOMO S. SHERMAN, ESQ.

---

[1] SC currently subscribes to unlimited use of federal and state cases and statutes and does not pass charges for such flat fee subscriptions on to its clients.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432