*"Exhibit M-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359463

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 02/01/07 | S Cummings | .30 | Review of BAP and district court local rules for motion to dismiss requirements. |
| 02/01/07 | S Cummings | .80 | Review of hearing transcripts for motion to dismiss. |
| 02/01/07 | S Cummings | .20 | Review of Liberty Bank's motion to intervene. |
| 02/01/07 | P Hunt | 10.00 | Conference with Committee regarding IP appeal (.6); revise statement of record on appeal (1.7) participate in conference call regarding appeals (.9); revise motion to incorporate Committee comments (4.1); read emails from S. Freeman and E. Karasik and incorporate comments regarding same (.6); incorporate record citations into motion to dismiss IP appeal (1.2); proof motion to dismiss (.6); emails to Committee regarding same (.1); email to local counsel regarding filing same (.2). |
| 02/01/07 | A Jarvis | .30 | Correspondence with client regarding preparation of motion to dismiss. |
| 02/01/07 | A Jarvis | .30 | Correspondence with P. Hunt regarding final changes to motion prior to distribution. |

Client No. 34585                                      Page:     2
Debtor USA Commercial Mortgage Co., et al.           March 20, 2007

| 02/01/07 A Jarvis | .20 | Telephone conference with E. Karasik regarding appeals issues. |
| 02/01/07 A Jarvis | .30 | Telephone conference with D. Kirby and E. Karasik regarding possible settlement of DACA appeal. |
| 02/01/07 A Jarvis | 1.80 | Draft and revise motion to dismiss insider appeals and correspondence regarding comments to same. |
| 02/01/07 A Jarvis | .20 | Follow-up regarding status of appeals. |
| 02/01/07 A Jarvis | .30 | Correspondence on finalizing orders. |
| 02/01/07 A Jarvis | .30 | Draft response to request for extension of time. |
| 02/01/07 A Jarvis | .10 | Correspondence with P. Hunt on LPG appeal. |
| 02/01/07 M Pugsley | 5.30 | Work on identifying handwriting expert (1.5); interview candidates (1.8); review and prepare document to be imaged (2.0). |
| 02/01/07 S Strong | 1.50 | Review emails from A. W. Jarvis and P. Hunt and accompanying drafts and revisions of proposed papers seeking dismissal of IP/Milanowski appeal of confirmation order (0.4); telephone conference with J. McPherson regarding procedures and strategies for dealing with various pending appeals (0.6); work on same (0.5). |
| 02/01/07 S Strong | .30 | Review and analyze A. Smith request for extension of time on LPG brief (0.3). |
| 02/01/07 C Hurst | .70 | Assistance with record cites for appendix to motion to dismiss insider appeal. |
| 02/02/07 P Hunt | 1.00 | Participate in Committee conference call regarding transition, sales, and appeal issues (1.0). |
| 02/02/07 P Hunt | 2.90 | Telephone conference with J. McPherson's office regarding status of IP appeal motion to dismiss (.1); work on LPG appeal issues (.2); telephone conference with A. Hosey regarding IP appeal - filing of motion to dismiss (.1); read and |

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007

respond to emails regarding IP appeal issues
(.4); telephone calls to J. Chubb regarding LPG
appeal (.1); analyze 1142 issues/USA Commercial
Mortgage reserves (.2); conference with S.
Smith and A. W. Jarvis regarding same (.2);
telephone conference with A. Hosey regarding IP
motion to dismiss status (.1); follow up with
local counsel regarding issues regarding IP
motion to dismiss appeal (.2); telephone
conference with S. Smith and A. W. Jarvis
regarding implementation issues (.5); read
letter from J. Chubb regarding 2019 statement
issues (.1) correspondence with local counsel
regarding filing IP motion to dismiss and
assignment of case (.2); evaluate request to
extend time to file brief in LPG appeal (.1);
check dates to file designation of record in
all appeals (.1); telephone conference with E.
Karasik regarding same (.1); email to
Committees on designation of record issues
(.2).

| | | | |
|---|---|---|---|
| 02/02/07 | A Jarvis | .30 | Correspondence with LPG regarding filing of appellate briefs. |
| 02/02/07 | A Jarvis | .70 | Work on updating transition list. |
| 02/02/07 | A Jarvis | .20 | Conference with P. Hunt regarding 2019 statement issues. |
| 02/02/07 | A Jarvis | .20 | Correspondence on updating transition list. |
| 02/02/07 | A Jarvis | .30 | Review e-mail from D. Cangelosi and correspondence regarding same. |
| 02/02/07 | A Jarvis | .30 | Telephone conference with S. Smith regarding transition issues. |
| 02/02/07 | A Jarvis | .20 | Work on designation of record. |
| 02/02/07 | A Jarvis | .20 | Correspondence regarding appeal. |
| 02/02/07 | S Strong | .60 | Work on motions to dismiss pending appeals of confirmation order (0.2); review electronic dockets and email from E. Karasik regarding same (0.1); formulate debtors strategies for disposing of appeals (0.3). |

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007

02/05/07 P Hunt        9.00  Compile information needed to prepare
                            designation of records on appeal (.4);
                            correspondence with FTDF Committee regarding
                            same (.1); coordinate with staff regarding
                            emergency motion to dismiss IP appeal hearing
                            preparation (.2); research regarding Judge
                            Pro for emergency motion to dismiss IP appeal
                            (.5); draft designation of record - pleading
                            cover sheet (.2); telephone conferences with
                            J. McPherson regarding LPG appeal issues
                            (.4); review of local rules on designation
                            issues (.3); email to J. McPherson regarding
                            same (.1); compile exhibit 1 to designation
                            of record, including comparing LPG
                            designation with docket and including items
                            Committee wants included (6.4); telephone
                            conferences with A. Hosey and L. Dorsey
                            regarding filing of designation of record
                            (.4).

02/05/07 A Jarvis       .20  Correspondence on designation of record.

02/05/07 A Jarvis       .20  Correspondence on preparation of orders.

02/05/07 A Jarvis      2.70  Prepare counter designation of record for LPG
                            appeal.

02/05/07 S Strong       .40  Review email from L. Dorsey regarding hearing
                            on emergency motion to dismiss Milanowski
                            appeal set for tomorrow, and review court
                            docket regarding same (0.1); review regarding
                            arguments for hearing tomorrow (0.3).

02/05/07 S Strong      2.00  Assist in preparing debtors
                            counter-designation of record for LPG appeal of
                            confirmation order (0.2); review and analysis
                            of LPGs designation, courts electronic docket
                            regarding hearings held and transcripts filed,
                            and prepare list of hearing transcripts needed
                            for counter-designation (1.8).

02/05/07 C Hurst       2.60  Assist with preparation of binders for 2/7
                            hearing on Motion to Dismiss Insider Appeal of
                            Confirmation Order including: identify,
                            download and index cases cited in memorandum
                            for hearing binder.

Client No. 34585                                        Page:    5
Debtor USA Commercial Mortgage Co., et al.              March 20, 2007


02/06/07 P Hunt          8.70 Read updated transition list and comment on
                              same (.3); compile materials needed to compile
                              designation of record regarding DACA appeal
                              (.2); correspondence with J. Chubb regarding
                              2019 statement (.1); obtain J. Chubb's
                              supplemental 2019 statement from docket (.1);
                              instructions to staff regarding hearing binders
                              and organization of appeal materials (.2);
                              review initial DACA designation of record on
                              appeal prepared by FTDF Committee (.5);
                              telephone conference with A. Parlen regarding
                              IP/DACA designation of record (.1); further
                              correspondence with J. Chubb regarding 2019
                              statement issues (.1); review IP designation of
                              record for preparation of same (.9); coordinate
                              with local counsel for hearing tomorrow in
                              motion to dismiss IP appeal (.4) participate in
                              committee call regarding appeal transition
                              issues (left early) (.6); create exhibit 1 to
                              designation of record regarding IP appeal
                              (2.4); prepare for hearing regarding IP motion
                              to dismiss (1.2); research regarding
                              sufficiency of notice of appeal (LPG appeal)
                              (.6); detailed email to FTDF Committee
                              regarding IP designation (.4); correspondence
                              with local counsel regarding filing designation
                              of record (.3); correspondence with Committees
                              regarding LPG appeal designation (.2);
                              correspondence with local counsel to confirm
                              filing of designation (.1).

02/06/07 A Jarvis         .30 Correspondence on request for continuance by
                              R. Walker.

02/06/07 A Jarvis         .30 Analyze issues regarding LPG appeal.

02/06/07 A Jarvis        6.50 Review cases, documents regarding standing
                              issues and prepare for hearing on appeal.

02/06/07 S Strong         .40 Exchange voice messages with R. Walker
                              regarding tomorrows hearing on emergency
                              motion to dismiss Milanowski appeal from
                              confirmation order (0.1); telephone conference
                              with R. Walker regarding same (0.3).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

| | | | |
|---|---|---|---|
| 02/06/07 | S Strong | .40 | Work on pro hac motion for A. W. Jarvis for tomorrows emergency hearing on dismissal of Milanowski appeal of confirmation order (0.3); exchange emails with local counsel regarding same (0.1). |
| 02/06/07 | C Hurst | 1.00 | Assist with updated hearing binders for 2/7 Motion to Dismiss. |
| 02/06/07 | L Okerlund | 2.50 | Prepare exhibits for Designations of Record (2.5). |
| 02/07/07 | P Hunt | 11.00 | Read cases for hearing regarding IP motion to dismiss (.3); attend hearing regarding same (1.0); meeting with Committees regarding appeal strategy (.5); meeting with A. W. Jarvis, S. Smith and J. McPherson regarding appeal issues, matters to attend to for effective date (1.0); email correspondence regarding status of IP appeal (.4); review documents regarding motion to dismiss LPG appeal (.6); review docket regarding same (.3); draft motion to dismiss regarding same (1.2); draft correspondence to Committee regarding IP appeal designation (.3); meeting with S. Smith regarding LPG appeal, issues regarding appellants' identity (.3); draft motion to dismiss LPG/DACA appeal (4.7); email to A. W. Jarvis and S. C. Strong regarding same (.3); email to S. Smith regarding LPG Appellants (.1). |
| 02/07/07 | A Jarvis | .50 | Prepare for hearing on motion to dismiss appeals. |
| 02/07/07 | A Jarvis | 1.50 | Hearing on motion to dismiss appeals and discussions with committees and clients thereafter. |
| 02/07/07 | A Jarvis | .50 | Discussion with clients regarding appeals issues. |
| 02/07/07 | A Jarvis | .20 | Work on IP designation on appeal. |
| 02/07/07 | A Jarvis | .50 | Work on motions to dismiss remaining appeals. |

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                          March 20, 2007


02/07/07 S Strong        1.90 Review dockets regarding 3 appeals of
                              confirmation order pending in district court
                              and todays preliminary hearing regarding IP
                              appeals (0.2); follow-up regarding results of
                              preliminary hearing on motion to dismiss IP and
                              DACA appeals (0.4); review current draft of
                              motion to dismiss LPG appeal of confirmation
                              order and research legal issues for same (1.3).

02/07/07 C Hurst          .50 Follow up on P. Hunt Pro Hac Vice applications
                              (.2); search USDC database for case assignment
                              of DAC appeal (.3).

02/08/07 P Hunt         12.70 Review facts information from S. C. Strong
                              regarding inclusion in motions to dismiss (.5);
                              review A. Parlen's draft of DACA designation
                              (.5); email to A. Parlen regarding same (.2)
                              draft cover pleading regarding same (.1); email
                              to J. McPherson regarding filing same (.1);
                              finalize designation of IP record on appeal
                              (.9); email to J. McPherson regarding filing
                              same (.1); revise motion to dismiss to include
                              facts on notice of appeal issues (1.2); read
                              emails from C. Carolyn, E. Karasik, and A. W.
                              Jarvis regarding DACA/LPG motion to dismiss
                              (.2); email to Committees regarding motion to
                              dismiss DACA and LPG appeals (.3); revise
                              motion to dismiss to single out DACA issues for
                              motion regarding dismissing DACA appeal (1.9);
                              include comments of S. C. Strong, A. W. Jarvis,
                              A. Parlen in motion to dismiss DACA and LPG
                              appeals (1.1); finalize motions to dismiss DACA
                              and LPG appeal for filing, including
                              proofreading and inclusion of final citations
                              to record (1.7); email to S. C. Strong
                              regarding filing same (.3); read cases on
                              sufficiency of notice of appeal regarding
                              motion to dismiss LPG appeal (1.7); include
                              notice of appeal issues to motion to dismiss
                              LPG appeal (1.9).

02/08/07 A Jarvis         .30 Correspondence on Bunch appeal.

02/08/07 A Jarvis         .30 Correspondence on motion to dismiss IP appeal.

02/08/07 A Jarvis         .10 Correspondence on Bunch discovery requests.

Client No. 34585                                Page:     8
Debtor USA Commercial Mortgage Co., et al.      March 20, 2007


02/08/07 A Jarvis      .30 Review response to LPG's motion to extend
                           briefing schedule.

02/08/07 A Jarvis      .50 Correspondence on motions to dismiss.

02/08/07 A Jarvis     2.30 Revise response to motion to dismiss, review
                           cases, add cites to record.

02/08/07 A Jarvis      .30 Prepare response to LPG's motion to extend
                           time for briefing.

02/08/07 A Jarvis     2.40 Prepare motions to dismiss LPG and DACA
                           appeals.

02/08/07 A Jarvis     4.90 Prepare arguments for hearing on motion to
                           dismiss and review caselaw regarding same.

02/08/07 E Monson     3.30 Work on motion to dismiss DACA appeal.

02/08/07 S Strong     1.50 Review and edit draft of motion to dismiss DACA
                           appeal of confirmation order (0.6); research
                           open factual issues and references for same
                           (0.9).

02/08/07 S Strong     1.90 Review and analysis of LPG motion to extend
                           briefing on appeal of confirmation order (0.4);
                           draft debtors response opposing same and A. W.
                           Jarvis declaration for opposition (1.3);
                           prepare exhibits for declaration, and transmit
                           Opposition and Declaration to local counsel for
                           filing (0.2).

02/08/07 S Strong      .40 Exchange emails with J. McPherson regarding
                           filing and service of Reply in support of
                           debtors motion to dismiss IP appeal of
                           confirmation order (0.1); telephone
                           conference with J. McPherson regarding other
                           filings tonight and tomorrow relating to
                           pending confirmation appeals in advance of
                           tomorrows hearing before Judge Jones (0.3).

02/08/07 S Strong     2.80 Review and make edits to draft motion to
                           dismiss DACA appeal (1.2); work on exhibits to
                           same (1.4); transmit motion to dismiss DACA
                           appeal and multiple exhibits to local counsel
                           for filing (0.2).

Client No. 34585                                      Page:     9
Debtor USA Commercial Mortgage Co., et al.           March 20, 2007


02/09/07 P Hunt        3.90 Prepare for hearing on motion to dismiss IP
                            appeal (1.0); attend and assist A. W. Jarvis at
                            hearing regarding motion to dismiss IP appeal
                            including prehearing conference with R. Walker
                            and read amended reply (1.5); meeting with S.
                            Smith and A. W. Jarvis regarding appeal issues
                            (.5); analysis regarding IP appeal issues (.1)
                            read email correspondence regarding DACA and
                            LPG appeals (.3); analysis regarding same (.3);
                            emails with J. McPherson regarding appeal
                            transcripts (.1); emails with S. C. Strong
                            regarding issues on LPG Appellants (.1).

02/09/07 A Jarvis      1.30 Prepare for hearing on motion to dismiss IP
                            appeal.

02/09/07 A Jarvis      2.50 Argue at hearing on motion to dismiss and
                            discuss with client afterwards.

02/09/07 E Monson       .70 Work on appeal pleadings.

02/09/07 E Monson       .60 Review D. Bunch requests for production of
                            documents and information received from L.
                            Bouck.

02/09/07 S Strong      1.30 Review, edit and finalize Motion to Dismiss
                            LPG appeal of confirmation order (0.9); work
                            on exhibits thereto (0.3); send motion and
                            exhibits to local counsel for filing, and
                            exchange emails regarding same (0.1).

02/09/07 S Strong       .40 Ensure proper filing of appellees designation
                            of record for IP and DACA appeals, motions to
                            dismiss DACA and LPG appeals, and opposition to
                            LPGs motion to delay appellate briefing (0.4).

02/09/07 S Strong       .40 Review and compile Statement of Record on
                            Appeal filed in IP appeal (0.3); emails to
                            local counsel regarding service of same on
                            LPG and DACA appellants (0.1).

02/09/07 S Strong       .40 Review statement of issues and record
                            designation for Bunch appeal (0.1); analyze
                            and research issues raised by Bunch appeal
                            (0.3).

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


02/09/07 S Strong      .30  Follow-up regarding courts decision today to
                            dismiss IP appeal (0.1); Review electronic
                            dockets in DACA and LPG appeals regarding
                            hearings scheduled on motions to dismiss those
                            appeals (0.2).

02/09/07 S Strong      .80  Review LPGs reply and related declaration of
                            D. Cangelosi regarding expedited briefing in
                            LPG appeal (0.2); follow-up regarding Compass
                            licensing issue raised by Cangelosi Declaration
                            (0.2); further analysis of MLD licensing issue
                            (0.2); exchange mails with B. Fasel and J.
                            Atkinson regarding same (0.2).

02/09/07 C Hurst       .50  Prepare additional Applications for
                            Permission to Practice in Nevada District for
                            P. Hunt.

02/10/07 P Hunt       2.80  Organize papers to begin review of DACA/LPG
                            appeals regarding hearing on motion to
                            dismiss (.5); obtain documents from dockets
                            regarding motion to dismiss DACA and LPG
                            appeals (.9); preparation of DACA and LPG
                            appeal motion to dismiss, including review of
                            documents and dockets (1.4).

02/10/07 A Jarvis      .40  Correspondence on appeals, DACA and LPG
                            motions.

02/11/07 P Hunt       3.00  Attend conference call with Committees
                            regarding Compass Licensing given D.
                            Cangelosi declaration (.7); draft statement
                            of record papers regarding motion to dismiss
                            DACA and LPG appeals (.8); email to J.
                            McPherson regarding same (.2); reply to LPG
                            objection to motion to dismiss appeal (1.1);
                            email to A. W. Jarvis and S. C. Strong
                            regarding D. Cangelosi declaration on
                            licensing issues (.2).

02/11/07 A Jarvis      .30  Correspondence on appeals, motion to extend,
                            motion to dismiss.

02/11/07 A Jarvis      .20  Correspondence on transition agreement with
                            Compass.

02/11/07 S Strong      .10  Exchange emails with P. Hunt and A. W. Jarvis
                            regarding appeals of confirmation orders (.1).

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007


02/12/07 P Hunt        12.50  Draft LPG reply to objection to motion to
                              dismiss, including dissecting statement of
                              issues (8.5); read and include A. W. Jarvis'
                              comments in LPG reply (.9); analyze DACA
                              statement of issues/confirmation objection
                              regarding drafting reply to objection to
                              motion to dismiss appeal (1.7); draft DACA
                              reply (1.1); emails to A. W. Jarvis regarding
                              DACA issues (.3).

02/12/07 A Jarvis       3.00  Draft reply briefs on motions to dismiss.

02/12/07 M Pugsley      1.30  Work on transition issues.

02/12/07 S Strong        .80  Review and edit revised draft of motion to
                              dismiss DACA appeal of confirmation order
                              (0.8).

02/12/07 C Hurst        3.30  Preparation for 2/14 hearing on Motions to
                              Dismiss Appeals; (including pulling case cites
                              and preparing binders; gather, organize, tab
                              exhibits from I.P. Appeal Motion to Dismiss and
                              DACA Appeal Motion to Dismiss and facilitate
                              federal express delivery of exhibits to Las
                              Vegas).

02/12/07 L Okerlund     5.00  Prepare documents for production.  Prepare
                              documents for emergency Motions to Dismiss
                              Appeals in Lenders' Protection Group & Debt
                              Acquisition Company.

02/13/07 P Hunt        12.30  Research on motion to dismiss LPG appeal (.2);
                              read confirmation hearing transcript regarding
                              motions to dismiss DACA/LPG appeals (1.6);
                              draft DACA reply (1.9); incorporate cites to
                              record regarding LPG reply (.6); obtain and
                              read LPG objection to motion to dismiss (.6);
                              revise reply to address LPG objections (.9);
                              obtain and read DACA objection to motion to
                              dismiss (.7); revise reply to address DACA
                              objections (1.9); assist A. W. Jarvis in
                              preparing for hearing on motion to dismiss
                              appeals, including finding relevant court
                              rulings and marking transcripts (2.6); email to
                              J. McPherson regarding filing DACA/LPG reply
                              (.2); conferences with C. Hurst regarding

Client No. 34585                                          Page:    12
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007

|            |            |      | preparing documents for filing, trial books and copies of exhibits (.5); telephone conference with L. Dorsey regarding filing replies and documents needed (.2); further analysis of LPG objection (.4). |
|------------|------------|------|---|
| 02/13/07 | A Jarvis | .40 | Correspondence on responses to motions to dismiss. |
| 02/13/07 | A Jarvis | 2.20 | Prepare reply briefs to motions to dismiss, review case law regarding same. |
| 02/13/07 | A Jarvis | 1.00 | Preparation for hearings on motions to dismiss. |
| 02/13/07 | A Jarvis | 6.20 | Prepare for hearings on motions to dismiss including review of pleadings, case law and outlining of arguments. |
| 02/13/07 | B Kotter | 2.40 | Legal research on R. 8001 and FRBP3(c) in connection with reply memo supporting motion to dismiss appeal (1.8); legal research on ability to challenge class classifications (1.6). |
| 02/13/07 | S Strong | .40 | Telephone conference with S. Freeman, R. Charles and M. Levinson regarding loan servicing issues for post-effective date entities for retained loans (0.2); review Plan and Confirmation Order provisions regarding same (0.2). |
| 02/13/07 | S Strong | .30 | Review LPGs response to motion to dismiss appeal of confirmation order (.3). |
| 02/13/07 | C Hurst | 7.00 | Preparation of hearing binders for motions to dismiss confirmation order appeals and assist P. Hunt with exhibits/attachments to replies to LPG and DACA; work with Schwartzer & McPherson on issues with electronic transmissions of attachments. |
| 02/13/07 | L Okerlund | 7.00 | Hearing Binder Preparation. |
| 02/14/07 | P Hunt | 4.50 | Prepare for hearing regarding motion to dismiss LPG/DACA appeals (1.5); attend hearing regarding motion to dismiss (2.8); follow-up regarding transcript issues for appeal appendix (.1); conference with J. McPherson regarding coordination of appeal filing issues (.1). |

Client No. 34585                                              Page:   13
Debtor USA Commercial Mortgage Co., et al.                   March 20, 2007

02/14/07 A Jarvis        1.80  Prepare for hearings on motions to dismiss.

02/14/07 A Jarvis        2.80  Arguments on motions to dismiss and
                               conference with client regarding same.

02/14/07 A Jarvis         .50  Analyze appeals, briefing of same.

02/14/07 A Jarvis         .20  Correspondence on order on dismissal of IP
                               appeal.

02/14/07 A Jarvis         .20  Correspondence on motion for emergency order
                               regarding subservicing of loans by USACM.

02/14/07 E Monson         .20  Review e-mails regarding Del Bunch appeal and
                               statement of issues and send replies.

02/14/07 S Strong         .20  Review appellants designation of record in
                               Bunch appeal and need for cross-designation
                               (0.2).

02/15/07 P Hunt          5.10  Review regarding D. Bunch designation (.1);
                               compile documents needed to draft LPG Appellate
                               Brief (.5); review D. Bunch designation of
                               record and pleadings to complete USA Commercial
                               Mortgage designation (1.6); draft designation
                               of record, including pulling items out of
                               docket to include in exhibit (2.8); email to J.
                               McPherson regarding filing D. Bunch designation
                               (.1).

02/15/07 A Jarvis         .40  Correspondence on draft order for emergency
                               motion regarding subservicing of loans,
                               approval of same.

02/15/07 A Jarvis         .30  Correspondence on 1142 motion.

02/15/07 E Monson         .20  Analyze appeal issues involving D. Bunch
                               appeal.

02/15/07 S Strong         .20  Review statement of issues and designation of
                               record for Bunch appeal (.2).

02/15/07 S Strong         .50  Review emails from E. Karasik and A. W.
                               Jarvis regarding transition issues and need
                               for second Section 1142 order regarding same
                               (0.1); review latest list of transition
                               issues and status of same (0.4).

Client No. 34585                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007


02/15/07 C Hurst        1.40  Prepare cover sheet for Appellee's Designation
                              in Bunch appeal (.2); review docket and claims
                              register for documents for appellees
                              designation (1.2).

02/16/07 P Hunt         2.30  Review regarding IP appeal order (.3); read
                              proposed order dismissing IP appeal drafted by
                              FTDF Committee (.3); read A. W. Jarvis' email
                              regarding same (.1); revise same, including
                              review and incorporation of trial notes on same
                              (1.2); email to A. W. Jarvis regarding same
                              (.2); check DACA/LPG appeal docket regarding
                              certificate of interested parties filing
                              deadlines and email to J. McPherson regarding
                              same (.2).

02/16/07 A Jarvis        .30  Correspondence with P. Hunt regarding appeals.

02/16/07 C Hurst        3.80  Work on LPG Appeal Brief to gather materials;
                              download cases; organize working binder (1.7);
                              organize working binders for DACA and Burch
                              Appeals (2.1).

02/17/07 A Jarvis        .10  Correspondence with J. McPherson regarding
                              transcript, appellate brief.

02/19/07 A Jarvis        .30  Correspondence on 1142 Motion.

02/19/07 A Jarvis       2.30  Review 1142 order and plan and provide
                              comments to client regarding same.

02/19/07 S Strong        .20  Follow-up with E. A. Monson regarding
                              transition and Plan effective date issues (.2).

02/20/07 P Hunt        12.00  Follow-up on 1142 implementation motion (.1);
                              read emails regarding same (.3); read and
                              comment on FTDF 1142 motion (1.5); review 1142
                              motion (.5); incorporate items from Debtors'
                              1142 motion into FTDF draft (.9); read emails
                              regarding 1142 motion issues (.3); revise FTDF
                              1142 motion to correct errors, neutralize,
                              incorporate plan and confirmation order
                              provisions and add information about
                              implementation of plan as to other debtors

Client No. 34585                                    Page:    15
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007

                        (5.7); incorporate A. W. Jarvis' comments into
                        Debtors' 1142 motion (2.2); finalize and
                        redline revised 1142 motion for circulation to
                        Committees (.4); email to Committees regarding
                        same (.1).

02/20/07 A Jarvis    1.80  Further revisions to Section 1142 motion.

02/20/07 A Jarvis    2.60  Revise Section 1142 Motion, review of plan
                        regarding same, and correspondence with P.
                        Hunt regarding same.

02/20/07 A Jarvis     .50  Correspondence on renewed motion for stay and
                        request for expedited hearing.

02/20/07 A Jarvis    1.90  Revise 1142 motion.

02/20/07 A Jarvis     .40  Review and comment on response to motion to
                        expedite hearing on stay.

02/20/07 S Strong    1.00  Further analysis of transition issues and
                        revised draft of second motion under Section
                        1142 (0.5); analysis of intercompany claim
                        issues for same (0.5).

02/20/07 S Strong    1.30  Review email from K. Darby regarding LPGs
                        request to shorten time on a new motion for
                        stay of confirmation order to be filed, and L.
                        Schwartzers response to same (0.2); review new
                        motion for stay just filed (0.3); review
                        related OST papers filed by K. Darby (0.3);
                        email to A. W. Jarvis and L. Schwartzer
                        regarding inaccuracies in same (0.3); exchange
                        emails with L. Schwartzer regarding same (0.1);
                        review L. Schwartzers response to LPGs
                        inaccurate OST papers and emails from A. W.
                        Jarvis and P. Hunt regarding same (0.1).

02/20/07 S Strong     .90  Participate in telephone conference with A.
                        W. Jarvis, E. A. Morison, T. Allison and S.
                        Smith to report on status and coordinate
                        efforts on transition and post-effective-date
                        issues (.9).

02/20/07 C Hurst      .80  Receipt, review of CDs from Mesirow of
                        electronic files in response to Bunch
                        request; memo to E. A. Monson regarding same.

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.                March 20, 2007


02/20/07 L Okerlund       2.00  Print and review documents sent by L. Dorsey
                                and prepare same for upcoming hearings.

02/21/07 P Hunt          10.30  Read email from S. Smith regarding 1142 issues
                                (.1); respond to same (.1); read emails from
                                Committee regarding same (.2); prepare for
                                conference call on same (.4); conference call
                                with Committee regarding 1142 motion and LPG
                                appeal issues (1.3); conference with S. Smith,
                                A. W. Jarvis, and S. C. Strong regarding appeal
                                issues (.1); incorporate Committee comments
                                into 1142 motion including review of emails
                                with proposed changes sent after call (3.7);
                                incorporate A. W. Jarvis' changes regarding
                                same (.7); draft emails to E. Karasik and
                                Committees regarding same (.3); telephone
                                conference with E. Karasik regarding same (.1);
                                read first part of LPG motion for stay pending
                                appeal (.6); read email and redline comments of
                                E. Karasik regarding 1142 motion (1.0); read
                                email from G. Garman and make his suggested
                                changes regarding same (.3); read email from M.
                                Levison and make his suggested changes
                                regarding same (.1); read draft memorandum from
                                A. W. Jarvis to E. Karasik and comment on same
                                (.1); read L. Schwartzer emails and respond to
                                same regarding OST on 1142 motion (.2); draft
                                summary of 1142 motion for OST motion (.5);
                                incorporate E. Karasik's changes to 1142 motion
                                as modified by A. W. Jarvis (.4); email to
                                Committees regarding 1142 motion and to S.
                                Freeman regarding same (.1).

02/21/07 A Jarvis         .40  Discussion with clients regarding 1142 motion.

02/21/07 A Jarvis         .90  Draft revisions to proposed 1142 motion and
                                review comments from Committee.

02/21/07 A Jarvis        1.30  Revise 1142 motion, review and comment on
                                committee comments.

02/21/07 A Jarvis         .40  Telephone conference with E. Karasik
                                regarding comments on 1142 motion.

02/21/07 A Jarvis         .30  Draft explanation of parts of 1142 order to
                                M. Levinson.

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


02/21/07 A Jarvis       .50 Draft additional changes to 1142 order and
                            correspondence with P. Hunt regarding
                            revisions negotiated with E. Karasik.

02/21/07 A Jarvis       .40 Revisions to 1142 motion, filing issues, OST.

02/21/07 E Monson       .90 Participate in portions of conference call
                            with committee counsel regarding 1142 motion
                            and transition issues.

02/21/07 S Strong       .40 Review and edit revised draft of second motion
                            regarding Plan implementation (0.4).

02/21/07 S Strong       .20 Telephone conferences with S. Smith, A. W.
                            Jarvis and P. Hunt regarding appellate issues
                            and transition issues (.2).

02/21/07 S Strong       .20 Review additional papers filed by LPG in
                            connection with second motion for stay
                            pending appeal of confirmation order (.2).

02/21/07 C Hurst        .90 Facilitate preparation of Response to Request
                            forms by Bunch.

02/22/07 P Hunt        9.00 Read email from Committee counsel regarding
                            1142 issues (.1); email to Committee group
                            regarding filing same (.1); read transcript of
                            ruling in IP appeal and incorporate into
                            proposed order to dismiss (.9); arrange to file
                            1142 motion (.5); correspondence with M.
                            Levinson regarding same (.1); read appellate
                            brief outline regarding LPG appeal drafted by
                            A. Parlen (.5); telephone conference with A.
                            Parlen regarding LPG brief issues (.1); send
                            background documents to A. Parlen regarding LPG
                            brief (.3); analysis regarding stay issues
                            (.3); conference with S.  C. Strong and S.
                            Smith regarding segregated funds claimed by S.
                            Smith (.4); read LPG motion for stay (1.1);
                            review 2019 information for LPG and JV
                            appellants (.3); review prior stay papers filed
                            by LPG and Debtors regarding response to LPG
                            stay motion (.9); review distribution
                            motions/orders regarding analysis of funds to
                            be stayed by LPG (.6); draft letter to A. Smith
                            and J. Chubb regarding information needed for
                            stay pending appeal motion (2.3); emails with
                            local counsel regarding filing 1142 motion
                            (.1); read emails from F. Merola and C. Pajak

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


                        regarding issues related to LPG stay motion
                        (.3) further correspondence with A. parlen
                        regarding LPG brief issues (.1).

02/22/07 A Jarvis       .10  Correspondence with J. McPherson regarding
                             1142 order, budget.

02/22/07 A Jarvis       .20  Follow-up on status of 1142 motion and
                             correspondence with M. Levinson regarding
                             filing of same.

02/22/07 A Jarvis       .30  Work on response to motion to stay.

02/22/07 A Jarvis       .30  Work on identification of issues on LPG's
                             motion to stay.

02/22/07 A Jarvis       .40  Review proposed letter to A. Smith and
                             comment on same.

02/22/07 A Jarvis       .30  Work on response on motion for stay,
                             substantive brief on LPG appeal and
                             correspondence regarding same.

02/22/07 E Monson       .50  Review 1142 motion and analyze transition
                             issues.

02/22/07 S Strong      1.00  Analyze factual and legal issues raised in LPG
                             appeal of confirmation order and second motion
                             for stay pending appeal (0.6); telephone
                             conference with S. Smith and P. Hunt regarding
                             factual issues raised by second motion for stay
                             (0.4).

02/23/07 P Hunt       13.80  Conference call with Committee regarding LPG
                             motion for stay (.5); incorporate A. W. Jarvis
                             and S. Smith comments in letter to A. Smith and
                             J. Chubb regarding motion for stay (1.7);
                             telephone conference with S. Freeman regarding
                             same (.1); read transcript of district court
                             hearing on motion to dismiss to incorporate
                             same into response to stay motion (1.1); revise
                             letter with S. C. Strong comments (.7); email
                             to Committees regarding A. Smith and J. Chubb
                             letter (.1); read Committee comments regarding
                             same (.3); incorporate Committees comments
                             regarding same (1.1); draft facts regarding
                             response to LPG stay motion, including review
                             of documents/docket to include description of

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


                        in same (6.1); draft arguments regarding
                        2019(a) issues, request to stay fund with no
                        interest (2.1).

02/23/07 A Jarvis       .40 Review regarding comments on opposition to
                            motion to stay, proposed letter to A. Smith.

02/23/07 A Jarvis       .50 Review and comment on proposed letter to A.
                            Smith regarding information on interest in
                            funds seeking to be stayed.

02/23/07 A Jarvis       .20 Correspondence on proposed letter to A. Smith.

02/23/07 A Jarvis       .10 Correspondence with committees on
                            transcripts, appellate briefs.

02/23/07 A Jarvis       .30 Correspondence on proposed letter to A. Smith.

02/23/07 A Jarvis       .20 Correspondence on proposed findings of fact
                            on motion to stay.

02/23/07 A Jarvis       .20 Correspondence regarding draft of appellate
                            brief, process of revisions to same.

02/23/07 A Jarvis      1.80 Work on opposition to motion to stay, appellate
                            brief.

02/23/07 B Kotter       .30 Legal research on automatic stay provisions
                            in 9th circuit for S. C. Strong.

02/23/07 D Monson       .20 Discussion with A. Jarvis on budget
                            preparation for post-effective date work for
                            USA Commercial Mortgage and First Trust Deed
                            Fund estates (0.2).

02/23/07 E Monson       .50 Review notes from meeting at USA's offices
                            and put together list of things to do and
                            send e-mail to A. W. Jarvis and review reply.

02/23/07 S Strong      1.00 Analyze issues raised by LPG's second motion
                            for stay pending appeal of confirmation order
                            (0.8); review and comment on drafts of proposed
                            letter to LPG counsel regarding stay issues
                            (0.2).

02/23/07 B Wride       1.20 Review motion to stay.

Client No. 34585                                          Page:    20
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


02/23/07 L Okerlund      7.00 Prepare hearing binders and pull cases for
                              Motion for Limited Stay Pending Appeal
                              scheduled for March 1, 2007.

02/24/07 P Hunt         14.90 Draft response to motion for stay in LPG appeal
                              (arguments regarding stay pending appeal
                              standards (including reading cases related to
                              same and incorporating in brief) and bond
                              issue) (10.6); re-read relevant portions of
                              disclosure for response to stay motion (.6);
                              incorporate relevant portions in facts (.6);
                              correspondence with A. W. Jarvis regarding same
                              (.3); incorporate A. W. Jarvis comments
                              regarding same (2.7); email to Committees
                              regarding circulation of same (.1).

02/24/07 A Jarvis        8.30 Work on response to motion to stay and
                              appellee brief in LPG appeal.

02/24/07 B Wride         4.20 Review draft of brief of appellees (1.5);
                              review opening brief of LPG (2.3);
                              correspondence with A. Jarvis (.2); research
                              regarding appellate rules (.2).

02/25/07 P Hunt         11.10 Correspondence regarding coordination of
                              appellate brief writing on LPG appeal (.3);
                              compile documents necessary to review LPG
                              appellate brief (.3);  insert relevant portions
                              of record and comments of S. Freeman into facts
                              regarding LPG  stay motion reply (2.0); read
                              and analyze LPG appeal brief draft by FTDF
                              committee (1.1); conference with A. W. Jarvis,
                              B. D. Wride, E. Karasik, and A. Parlen
                              regarding LPG appellate brief (.7); email to A.
                              W. Jarvis and B. D. Wride regarding same (.1);
                              read confirmation transcript regarding addition
                              of facts to LPG stay response (1.0); insert
                              facts in transcript to brief (1.0); read S.
                              Freeman's memorandum on stay motion issues
                              (.5); incorporate S. Freeman's comments into
                              stay motion response (1.4); draft argument on
                              modification to plan regarding LPG stay
                              response (.6);  read LPG appeal brief facts
                              (1.0); read documents referred to by LPG in
                              brief and research on docket regarding same
                              (.5); draft outline of S. Smith Declaration
                              (.5); email to S. C. Strong regarding same
                              (.1).

Client No. 34585                                          Page:    21
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


02/25/07 A Jarvis        .30  Work on appellate brief on LPG appeal.

02/25/07 A Jarvis       1.80  Work on response to motion to stay and
                              appellee brief in LPG appeal.

02/25/07 A Jarvis        .70  Telephone conference with E. Karasik and A.
                              Parlan, B. D. Wride and P. Hunt regarding
                              appellate brief in LPG, response to motion to
                              stay.

02/25/07 E Monson        .70  Review Del Bunch requests for production of
                              documents and documents to be produced.

02/25/07 B Wride        2.00  Conference call regarding appellate brief (.7);
                              review correspondence (.2); review opening
                              brief of LPG (1.1).

02/26/07 P Hunt        10.50  Read emails from Committee counsel regarding
                              comments on stay motion response (.6);
                              conference with A. W. Jarvis and Committee
                              counsel regarding LPG bond and stay issues
                              (.7); meeting with A. W. Jarvis, S. Freeman,
                              and B. D. Wride regarding LPG appellate brief
                              issues (.4); incorporate Committee counsel
                              comments into LPG stay motion response (3.1);
                              detailed emails to local counsel regarding
                              coordination of efforts in filing response to
                              LPG stay motion and motion for overlength brief
                              (.3); coordination with A. Parlen on LPG brief
                              appendix, including reading and responding to
                              emails from A. Parlen (.4); review S. Smith
                              Declaration and bond issues (.2); coordination
                              of work assignments with S. Freeman and FTDF
                              Committee on LPG appeal issues (.2); email to
                              S. Freeman regarding stay motion response (.1);
                              read cases to include in LPG stay response
                              brief (1.5); further revisions to LPG stay
                              response brief based on discussions and
                              comments of Committee and A. W. Jarvis (3.0).

02/26/07 A Jarvis       2.20  Revise response to motion to stay and
                              appellee brief regarding LPG appeal.

02/26/07 A Jarvis        .30  Telephone conference with M. Levinson
                              regarding concerns with appellate brief,
                              results of mediation.

Client No. 34585                                           Page:    22
Debtor USA Commercial Mortgage Co., et al.                March 20, 2007


02/26/07 A Jarvis        .20 Telephone conference with 9th Circuit clerk
                             regarding form of appendix on appeal.

02/26/07 A Jarvis        .10 Telephone conference with District Court
                             Clerk regarding form of appendix on appeal.

02/26/07 A Jarvis        .30 Follow-up regarding form of appendix on appeal.

02/26/07 A Jarvis        .30 Correspondence on reserves under Plan.

02/26/07 A Jarvis        .20 Telephone conference with M. Levinson
                             regarding appellate briefs.

02/26/07 A Jarvis        .90 Analyze issues in brief.

02/26/07 A Jarvis        .80 Conference call with Committees regarding
                             response to motion to stay and appellee brief
                             on LPG appeal.

02/26/07 A Jarvis        .40 Conference call with S. Freeman, B. D. Wride
                             and P. Hunt regarding comments on appellate
                             briefs.

02/26/07 A Jarvis        .30 Evaluate comments on appellee brief on LPG
                             appeal.

02/26/07 A Jarvis        .10 Correspondence on 1142 motion.

02/26/07 A Jarvis       7.30 Revise response to motion to stay and
                             appellee brief on LPG appeal.

02/26/07 B Kotter       1.30 Legal research in connection with motion to
                             dismiss appeal on Rule 2019 theories (1.3).

02/26/07 D Monson        .30 Review budget submissions from S. Smith for
                             Reserve Disclosure for Second Motion to Enforce
                             Plan (0.2); review A. Jarvis and B. Wride
                             e-mails on budget estimates for Reserve
                             Disclosures (0.1).

02/26/07 E Monson        .30 Conference with T. Allison, S. Smith and A.
                             W. Jarvis regarding transition issues.

02/26/07 E Monson        .40 Review various e-mails on transition issues.

Client No. 34585                                         Page:    23
Debtor USA Commercial Mortgage Co., et al.              March 20, 2007


02/26/07 S Strong        2.90  Analyze arguments for debtors opposition brief
                               to LPG second motion for stay pending appeal of
                               confirmation order (0.2); review prior
                               declarations regarding confirmation and stay
                               issues (0.5); review and analysis of incomplete
                               Rule 2019 statements of LPG and JVDLs (0.6);
                               work on first draft of S. Smith declaration for
                               debtors opposition to second motion for stay
                               (1.4); email draft of same to S. Smith with
                               questions (0.2).

02/26/07 S Strong         .80  Work on arguments and documents for debtors
                               responsive brief in LPG appeal (0.2); review
                               and analysis of prior documents relevant to
                               facts and arguments for appellate brief (0.6).

02/26/07 B Wride        15.20  Work on appellate brief.

02/26/07 L Okerlund      1.00  Prepare transcripts regarding USA Investment
                               Partner's Appeal.

02/27/07 P Hunt         15.90  Review and comment on S. Smith declaration and
                               amend same (1.7); revisions to response to stay
                               motion to incorporate A. W. Jarvis comments
                               before circulating to Committee (3.4);
                               incorporate S. Smith declaration facts into
                               response (2.1); research on 2019 and stay
                               standards (.2); read comments from Committee
                               regarding response to stay motion (.5);
                               incorporate Committee comments into response to
                               stay motion (2.9); read 2019(b) cases (1.1);
                               evaluate response and LPG appeal issues (.5);
                               email to Committees regarding stay response
                               issues (.2); incorporate A. W. Jarvis final
                               changes to brief (1.4); research on bond (.5);
                               incorporate same into stay response (.4); fix
                               footnotes, cross references and references to
                               the record in LPG stay motion response, and
                               begin proof of same (1.0).

02/27/07 A Jarvis         .40  Correspondence on reserves, Reserve
                               Disclosure.

02/27/07 A Jarvis         .10  Correspondence with A. Landis regarding 1142
                               motion.

02/27/07 A Jarvis         .40  Further correspondence on Reserve Disclosure.

Client No. 34585                                        Page:   24
Debtor USA Commercial Mortgage Co., et al.              March 20, 2007


02/27/07 A Jarvis        12.10  Revise response to motion to stay and revise
                                appellee brief on LPG appeal.

02/27/07 B Kotter          .60  Review and analyze estimated professional fee
                                and allocation amount Debtors (.4); e-mail
                                exchange with A. W. Jarvis regarding reserve
                                amounts (.2).

02/27/07 B Kotter         7.30  Work on memorandum opposing emergency motion
                                for stay.

02/27/07 D Monson         1.50  Review sections of Second Motion to Implement
                                Plan for required Reserve Disclosures (0.3);
                                prepare draft of Reserve Disclosures (0.4);
                                review revised spreadsheet from S. Smith on
                                estimates for various reserves for Reserve
                                Disclosures (0.2); conference with A. Jarvis
                                and S. Smith on estimates for various reserve
                                amounts for Reserve Disclosures (0.4); review
                                e-mails from First Trust Deed Fund Committee
                                attorney on separate Reserve Disclosures (0.2).

02/27/07 E Monson         1.30  Review e-mail from L. Schwartzer regarding D.
                                Bunch appeal and send reply and review reply
                                from P. Hunt (.3); work on responses to D.
                                Bunch requests for production of documents
                                (1.0).

02/27/07 S Strong         1.90  Review and edit current draft of debtors
                                opposition to second motion for stay pending
                                appeal of confirmation order (0.7); analysis of
                                evidence and facts in support of confirmation
                                and in opposition to stay motion (1.2).

02/27/07 S Strong         3.50  Continue work on S. Smith declaration in
                                support of Debtors opposition to second
                                motion for stay pending appeal of
                                confirmation order (1.9); email to S. Smith
                                regarding current draft and open issues
                                (0.2); review S. Smith comments to same
                                (0.2); telephone conference with S. Smith
                                regarding facts for her Declaration (0.2);
                                make further revisions to S. Smith
                                Declaration (0.8); transmit near-final draft
                                to S. Smith with comments for review (0.2).

Client No. 34585                                      Page:    25
Debtor USA Commercial Mortgage Co., et al.           March 20, 2007

02/27/07 S Strong        1.40 Analysis of Compass APA, Plan, Confirmation
                              Order, and Plan Implementation Motion and
                              conditions to Effective Date of Plan (1.4).

02/27/07 S Strong        1.30 Confer with A. W. Jarvis regarding issues for
                              Debtors Reserve Disclosure for plan
                              implementation motion (0.2); analysis of
                              reserve issues (0.4); review and edit Notice of
                              Reserve document (0.2); review emails from A.
                              W. Jarvis, S. Smith, D. M. Monson and J.
                              McPherson regarding same (0.2); review FTDFCs
                              Notice of Reserve document (0.3).

02/27/07 B Wride        15.20 Work on appellate brief.

02/27/07 C Hurst         .30 Assist with Bunch response to request for
                              production.

02/27/07 C Hurst        1.90 Review draft of objection to LPG motion to
                              stay and insert cite references.

02/28/07 P Hunt        10.30 Finalize response to motion for stay for
                              filing, including drafting 2019(a) argument,
                              cross references, editing table of
                              contents/authorities, inserting last facts from
                              S. Smith Declaration (3.0); email to S. Freeman
                              regarding response to motion for stay (.1);
                              emails to J. McPherson regarding filing
                              response (.2); conference with local counsel
                              staff regarding LPG appeal appendix (.1);
                              review A. Parlen's appendix list, and determine
                              what to include in appendix based on items
                              included in Appellant's appendix and items
                              cited in brief (1.5); compile documents
                              regarding hearing on 1142 motion and stay
                              hearing (.4);determine what portions of
                              transcript to include regarding LPG appeal
                              (.3); correspondence regarding LPG motion to
                              continue (.2); conference with Committees
                              regarding motion to continue (.4); conference
                              with A. W. Jarvis and K. Darby regarding motion
                              to continue (.1); read and comment on appellate
                              brief (2.1); prepare for hearing on motion to
                              stay (.8); prepare for 1142 hearing (.5);
                              correspondence with Committee counsel regarding
                              appellate brief (.5).

Client No. 34585                                        Page:    26
Debtor USA Commercial Mortgage Co., et al.              March 20, 2007


02/28/07 A Jarvis        .60 Correspondence regarding questions and
                             comments on appellate brief.

02/28/07 A Jarvis        .10 Correspondence on 1142 motion.

02/28/07 A Jarvis       3.10 Work on appellate brief.

02/28/07 A Jarvis        .30 Correspondence with committees regarding
                             comments on appellate brief.

02/28/07 A Jarvis        .40 Correspondence with committees regarding LPG
                             request for continuance.

02/28/07 A Jarvis        .50 Conference with Committees regarding LPG
                             request for continuance.

02/28/07 A Jarvis       2.10 Revise appellate brief.

02/28/07 A Jarvis        .60 Correspondence on comments to appellate brief.

02/28/07 A Jarvis        .30 Telephone conferences with K. Darby regarding
                             request for continuance.

02/28/07 B Kotter       2.20 Continued work on memo in opposition to
                             emergency motion to stay (1.8); work on
                             appeal brief (.4).

02/28/07 S Strong       1.70 Work on final revisions to Debtors opposition
                             to second motion for stay pending appeal of
                             confirmation order (1.7).

02/28/07 S Strong       1.70 Work on final edits to S. Smith declaration
                             opposing second motion for stay pending
                             appeal (1.2); telephone conference with S.
                             Smith regarding same (0.2); exchange emails
                             with S. Smith regarding same (0.2); transmit
                             same to local counsel with instructions for
                             filing (0.1).

02/28/07 S Strong       1.20 Analysis of LPGs opening brief and current
                             draft of Debtors responsive brief (1.2).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    27
March 20, 2007

02/28/07 S Strong        2.10  Final edits and arguments for Debtors
                               responsive brief in LPG appeal (0.5); research
                               regarding additional case law authority for LSA
                               transfer section of Debtors brief (0.4); email
                               to B. D. Wride with insert to brief regarding
                               same (0.1); work on final editing and
                               preparation of Debtors brief (1.1).

02/28/07 B Wride        19.90  Finalize and file appellees' brief with
                               district court.

02/28/07 C Hurst         4.10  Prepare exhibits to Opposition to LPG Motion
                               for Stay Pending Appeal for electronic
                               filing; assist with pulling case cites for
                               hearing binders (3.2); assist with LPG Appeal
                               Brief/Appendix (.9).

TOTAL FOR LEGAL SERVICES RENDERED                          $148,315.50

*"Exhibit M-12"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359464


For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00013**

**Tax Issues**

| | | | |
|---|---|---|---|
| 02/01/07 | K Applegate | 1.40 | Work on completing the 2006 tax returns. |
| 02/02/07 | K Applegate | 1.50 | Discussions with KPMG on the engagement letter (.5); contact other accounting firms to determine if their engagement letters contain indemnification language (.6); review and respond to e-mails on issue (.4). |
| 02/05/07 | K Applegate | .30 | Work on removing indemnity language. |
| 02/05/07 | A Jarvis | .10 | Correspondence on KPMG retention. |
| 02/06/07 | K Applegate | .50 | Telephone conference with KPMG and Mesirow on the tax returns and memorandum. |
| 02/13/07 | K Applegate | .40 | Discussions with KPMG on preparing the tax returns and K-1 information needed (.3); telephone call from Hartley (.1). |
| 02/15/07 | K Applegate | .40 | Respond to request from KPMG on completing the taxes. |
| 02/16/07 | K Applegate | .30 | Telephone calls with KPMG on documentation (.1); discuss status of closing with attorneys (.2). |

```
Client No. 34585                                      Page:     2
Debtor USA Commercial Mortgage Co., et al.            March 20, 2007
```

02/22/07 K Applegate      .20 Telephone calls and e-mails on tax issues to
                              USACM.

02/23/07 K Applegate     1.40 Extended telephone conference with Mesirow and
                              KPMG on the taxes (.7); follow up calls with
                              KPMG (.2); review IRS tax claims (.5).

02/23/07 S Strong        1.50 Analyze IRS claims and possible basis for same
                              (0.4); review and analyze various proofs of
                              claim filed by IRS against USACM and possible
                              grounds for same (1.0); exchange emails with S.
                              Smith regarding same (0.1).

02/28/07 K Applegate     2.50 Telephone conference with KPMG in preparation
                              for telephonic conference (.4); review e-mail
                              on expenses and research law (1.1); telephone
                              conference with KPMG and Susan (.4); additional
                              telephone calls with KPMG on restructuring
                              costs (.2); review of statute (.4).

02/28/07 B Kotter        1.20 Review and legal research regarding regulations
                              related to capital v. ordinary expenses (1.2).

TOTAL FOR LEGAL SERVICES RENDERED                              $3,158.00