*"Exhibit M-13"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359466

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00015**

**Travel Time**

| | | | |
|---|---|---|---|
| 02/06/07 | P Hunt | 4.00 | Travel Salt Lake City to Las Vegas for hearing (4.0). |
| 02/06/07 | A Jarvis | 4.00 | Travel from Salt Lake City to Las Vegas for hearing. |
| 02/07/07 | P Hunt | 4.00 | Travel from Las Vegas to Salt Lake City. |
| 02/07/07 | A Jarvis | .50 | Travel to court. |
| 02/07/07 | A Jarvis | .50 | Travel from court to company. |
| 02/07/07 | A Jarvis | .50 | Travel to court for Tree Moss hearing. |
| 02/07/07 | A Jarvis | 4.00 | Travel from Las Vegas to Salt Lake City after hearings. |
| 02/08/07 | P Hunt | 4.50 | Travel from Salt Lake City to Las Vegas for hearing (4.5). |
| 02/08/07 | A Jarvis | 4.50 | Travel from Salt Lake City to Las Vegas for hearing. |
| 02/09/07 | P Hunt | 5.60 | Travel from Las Vegas to Salt Lake City for hearing (flight delay) (5.6). |
| 02/09/07 | A Jarvis | .50 | Travel to court for hearing. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
March 20, 2007

| | | | |
|---|---|---|---|
| 02/09/07 | A Jarvis | 5.60 | Travel from Las Vegas to Salt Lake City after hearing (flight delay). |
| 02/12/07 | A Jarvis | 3.00 | Travel from Salt Lake City to Las Vegas for meeting with Compass. |
| 02/12/07 | A Jarvis | 3.50 | Travel from Las Vegas to Salt Lake City after meeting. |
| 02/12/07 | D Monson | 6.00 | Travel to Las Vegas and return travel to Salt Lake (6.0). |
| 02/13/07 | P Hunt | 5.50 | Travel from Salt Lake City to Las Vegas (delay - lost luggage) (5.5). |
| 02/13/07 | A Jarvis | 5.50 | Travel from Salt Lake City to Las Vegas for hearings (delay - lost luggage). |
| 02/14/07 | P Hunt | 4.50 | Travel from Las Vegas to Salt Lake City. |
| 02/14/07 | A Jarvis | .50 | Travel to court for hearings. |
| 02/14/07 | A Jarvis | .50 | Travel after court to deposition. |
| 02/15/07 | A Jarvis | .50 | Travel to court for hearings. |
| 02/15/07 | A Jarvis | .50 | Travel from court to company. |
| 02/15/07 | A Jarvis | 3.50 | Travel from Las Vegas after hearings. |
| 02/15/07 | S Strong | 4.20 | Travel from SLC to LAS (flight delay in SLC and ground transportation delay in LAS) (4.2). |
| 02/16/07 | S Strong | 3.80 | Return travel from LAS to SLC (3.8). |
| 02/19/07 | E Monson | 4.70 | Travel from Salt Lake City to Las Vegas for meeting. |
| 02/19/07 | S Strong | 3.70 | Travel from SLC to Las Vegas for meetings with UCC and transition work (3.7). |
| 02/20/07 | A Jarvis | 3.50 | Travel from Salt Lake City to Las Vegas for meetings, deposition of client. |
| 02/20/07 | S Strong | 2.20 | Return travel from LAS to SLC (nonworking portion of travel) (2.2). |
| 02/21/07 | A Jarvis | 3.50 | Travel from Las Vegas to Salt Lake City. |

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007
```

02/21/07 E Monson          4.30 Travel from Las Vegas back to Salt Lake City.

02/25/07 E Monson          4.50 Travel to Las Vegas from Salt Lake City.

02/26/07 M Pugsley         6.00 Travel to Las Vegas for depositions and
                                return (6.0).

02/27/07 E Monson          2.30 Travel to Las Vegas from Salt Lake City.

02/28/07 P Hunt            5.50 Travel from Salt Lake City to Las Vegas for
                                March 1, 2007 hearings (delay - lost luggage)
                                (5.5).

02/28/07 A Jarvis          5.50 Travel to Las Vegas for hearing (delay - lost
                                luggage).

02/28/07 E Monson          4.00 Travel back to Salt Lake City from Las Vegas.


TOTAL FOR LEGAL SERVICES RENDERED                          $20,375.25

# "Exhibit M-14"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          March 20, 2007
Las Vegas, NV  89121                             Invoice No. 359467

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00017**

**Regulatory Matters**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/02/07 | K Cassett | .90 | Continue indexing documents for production. |
| 02/05/07 | M Pugsley | 2.00 | Work with client to prepare for meeting with U.S. Attorneys Office (1.5); pull retention letters and review file (.5). |
| 02/05/07 | K Cassett | .60 | Final meeting with vendor regarding document imaging and production to FTI. |
| 02/12/07 | A Jarvis | .20 | Correspondence on governmental issues. |
| 02/28/07 | M Pugsley | 4.20 | Work on wrap-up issues (2.7); correspondence with C. Harvick and T. Prichard regarding SEC database (1.5). |

TOTAL FOR LEGAL SERVICES RENDERED                          $1,943.00

# "Exhibit M-15"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359470

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/01/07 | A Jarvis | .10 | Draft memorandum to committees regarding revised motion to dismiss, open issues for discussion. |
| 02/01/07 | A Jarvis | .20 | Conference call with Committees regarding motion to dismiss, plan and closing issues. |
| 02/01/07 | S Strong | .20 | Participate in conference call with committees' and debtors' professionals regarding appellate issues and sale closing issues (.8). |
| 02/02/07 | A Jarvis | .33 | Committee call. |
| 02/02/07 | S Strong | .32 | Participate in telephone conference with committees and debtors professionals regarding pending appeals, loan servicing issues, sale closing issues, and transition issues (1.3). |
| 02/06/07 | A Jarvis | .40 | Conference call with UCC regarding Colt loans. |
| 02/06/07 | A Jarvis | .17 | Conference call with Committees regarding transition plan, appeals. |
| 02/06/07 | A Jarvis | .40 | Conference call with Diversified Committee and UCC regarding Colt loans (.8). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007


02/06/07 S Strong        .18 Participate in conference call with committees
                             and debtors counsel regarding pending appeals,
                             pending asset sale, and transition issues (.7).

02/07/07 A Jarvis        .07 Draft memo to committees regarding status of
                             discussion with Compass, lease issues.

02/08/07 A Jarvis        .10 Response to inquiry by R. Charles about
                             motion to enforce settlement.

02/11/07 A Jarvis        .20 Conference call with Committees regarding
                             licensing, closing issues.

02/11/07 S Strong        .20 Participate in conference call with debtors
                             and committees professionals regarding closing
                             pending sale to Compass (.8).

02/13/07 A Jarvis        .15 Conference call with Committees regarding
                             licensing, purchase price adjustment issues.

02/13/07 A Jarvis        .35 Telephone conference with Diversified Committee
                             and UCC regarding Colt loans.

02/19/07 A Jarvis        .05 Correspondence on calls with Committees on
                             Compass closing, 1142 motion.

02/19/07 E Monson       2.30 Meet with T. Allison and S. C. Strong to
                             prepare for meeting with DTDFC and UCC (.4);
                             meet with UCC and DTDFC to go over transition
                             issues (3.4); post meeting discussions with
                             client (.8).

02/20/07 A Jarvis       1.00 Meet with UCC and Diversified Committee and
                             with client regarding transition issues.

02/20/07 S Strong       1.25 Participate in meeting at USACM offices with R.
                             Charles, G. Berman, Diamond McCarthy firm
                             lawyers, other UCC professionals, Diversified
                             professionals, T. Allison regarding transition
                             and post-effective-date issues (2.5).

02/21/07 A Jarvis        .33 Conference call with Committees regarding new
                             motion to stay, 1142 motion.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         March 20, 2007

| | | | |
|---|---|---|---|
| 02/21/07 | S Strong | .32 | Participate in teleconference with committees and debtors professionals regarding LPGs new motion for stay pending appeal, draft of second motion regarding Plan implementation, and other transition issues (1.3). |
| 02/23/07 | A Jarvis | .12 | Conference call with Committees on response to motion to stay. |
| 02/23/07 | A Jarvis | .30 | Further correspondence on Colt Gateway payoff negotiations with Fertitta. |
| 02/23/07 | A Jarvis | .30 | Draft new letter to B. Bullard regarding payoff proposal on Colt Gateway loan. |
| 02/23/07 | A Jarvis | .05 | Correspondence with committees on Colt payoff (.2). |
| 02/23/07 | A Jarvis | .05 | Correspondence with committees on letter to Tabas on Colt loan (.2). |
| 02/23/07 | A Jarvis | .10 | Correspondence with committees regarding outside date for financing in Colt Gateway (.4). |
| 02/23/07 | A Jarvis | .05 | Correspondence with committees regarding new letter to B. Bullard (.2). |
| 02/26/07 | A Jarvis | .20 | Telephone conference with R. Charles regarding Colt mediation. |

TOTAL FOR LEGAL SERVICES RENDERED                              $3,185.62

*"Exhibit M-16"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359471

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | | |
|---|---|---|---|
| 02/01/07 | A Jarvis | .10 | Draft memorandum to committees regarding revised motion to dismiss, open issues for discussion. |
| 02/01/07 | A Jarvis | .20 | Conference call with Committees regarding motion to dismiss, plan and closing issues. |
| 02/01/07 | S Strong | .20 | Participate in conference call with committees' and debtors' professionals regarding appellate issues and sale closing issues (.8). |
| 02/02/07 | A Jarvis | .33 | Committee call. |
| 02/02/07 | S Strong | .32 | Participate in telephone conference with committees and debtors professionals regarding pending appeals, loan servicing issues, sale closing issues, and transition issues (1.3). |
| 02/06/07 | A Jarvis | .17 | Conference call with Committees regarding transition plan, appeals. |
| 02/06/07 | S Strong | .18 | Participate in conference call with committees and debtors counsel regarding pending appeals, pending asset sale, and transition issues (.7). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          March 20, 2007

02/07/07 A Jarvis      .07 Draft memo to committees regarding status of
                           discussion with Compass, lease issues.

02/11/07 A Jarvis      .20 Conference call with Committees regarding
                           licensing, closing issues.

02/11/07 S Strong      .20 Participate in conference call with debtors
                           and committees professionals regarding
                           closing pending sale to Compass (.8).

02/13/07 A Jarvis      .15 Conference call with Committees regarding
                           licensing, purchase price adjustment issues.

02/19/07 A Jarvis      .05 Correspondence on calls with Committees on
                           Compass closing, 1142 motion.

02/20/07 S Strong     1.25 Participate in meeting at USACM offices with R.
                           Charles, G. Berman, Diamond McCarthy firm
                           lawyers, other UCC professionals, Diversified
                           professionals, T. Allison regarding transition
                           and post-effective-date issues (2.5).

02/21/07 A Jarvis      .33 Conference call with Committees regarding new
                           motion to stay, 1142 motion.

02/21/07 S Strong      .32 Participate in teleconference with committees
                           and debtors professionals regarding LPGs new
                           motion for stay pending appeal, draft of second
                           motion regarding Plan implementation, and other
                           transition issues (1.3).

02/23/07 A Jarvis      .05 Correspondence with committees on Colt payoff
                           (.2).

02/23/07 A Jarvis      .05 Correspondence with committees on letter to
                           Tabas on Colt loan (.2).

02/23/07 A Jarvis      .10 Correspondence with committees regarding
                           outside date for financing in Colt Gateway
                           (.4).

02/23/07 A Jarvis      .05 Correspondence with committees regarding new
                           letter to B. Bullard (.2).

02/23/07 A Jarvis      .12 Conference call with Committees on response to
                           motion to stay.


TOTAL FOR LEGAL SERVICES RENDERED                       $1,436.12

*"Exhibit M-17"*

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359465

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| | | |
|---|---|---:|
| 02/28/07 | Copying Expense (outside office) - - Salt Lake Legal | 432.13 |
| 02/28/07 | Copying Expense (outside office) - - Salt Lake Legal | 1780.13 |
| 02/16/07 | Travel Expense - - Annette W. Jarvis | 260.14 |
| 02/16/07 | Travel Expense - - Annette W. Jarvis | 764.57 |
| 02/16/07 | Travel Expense - - Annette W. Jarvis | 281.02 |
| 02/16/07 | Travel Expense - - Annette W. Jarvis | 301.06 |
| 02/16/07 | Travel Expense - - Annette W. Jarvis | 103.68 |
| 02/16/07 | Travel Expense - - Elaine A. Monson | 558.55 |
| 02/16/07 | Parking Expense - - Annette W. Jarvis | 6.00 |
| 02/27/07 | UCC Search - - Wells Fargo Remittance Center | 18.00 |
| 02/27/07 | UCC Search - - Wells Fargo Remittance Center | 6.00 |
| 02/27/07 | UCC Search - - Wells Fargo Remittance Center | 12.00 |
| 02/27/07 | UCC Search - - Wells Fargo Remittance Center | 152.00 |
| 02/27/07 | Search Fee - - Wells Fargo Remittance Center | 1.03 |
| 02/27/07 | Search Fee - - Wells Fargo Remittance Center | 1.03 |
| 02/27/07 | Search Fee - - Wells Fargo Remittance Center | 1.03 |
| 02/28/07 | Federal Express Charges | 4819.23 |
| 02/28/07 | Postage | 412.00 |
| 02/28/07 | Database Legal Research | 8732.73 |
| 02/28/07 | Facsimile Expense (Outgoing) | 18.50 |
| 02/28/07 | Copying Expense | 3995.60 |
| 02/28/07 | Business Meal(s) | 168.55 |
| 02/28/07 | Facsimile Long Distance Charges | 3.95 |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                March 20, 2007


                                                   -----------

    TOTAL COSTS ADVANCED                                   $22,828.93

Client Address:  DEBTOR USA COMMERCIAL MORTGAGE CO., E
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**          Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 02/01/07 | | $0.20 | 064 | 1 | Copying Expense 020107 OKERLUND LORRI | 1869671 |
| rq&n | 02/01/07 | | $242.60 | 064 | 1,213 | Copying Expense 020107 BROWN PATRICIA | 1869672 |
| rq&n | 02/01/07 | | $39.60 | 064 | 198 | Copying Expense 020107 HURST CARRIE | 1869673 |
| rq&n | 02/01/07 | | $72.80 | 064 | 364 | Copying Expense 020107 HURST CARRIE | 1869674 |
| rq&n | 02/01/07 | | $65.80 | 064 | 329 | Copying Expense 020107 BROWN PATRICIA | 1869675 |
| rq&n | 02/01/07 | | $44.20 | 064 | 221 | Copying Expense 020107 BOUVIER DAWN | 1869676 |
| rq&n | 02/01/07 | | $0.20 | 064 | 1 | Copying Expense 020107 BROWN PATRICIA | 1869677 |
| rq&n | 02/01/07 | | $0.40 | 064 | 2 | Copying Expense 020107 BROWN PATRICIA | 1869678 |
| rq&n | 02/01/07 | | $0.20 | 064 | 1 | Copying Expense 020107 BROWN PATRICIA | 1869679 |
| jarvs | 02/01/07 | | $11.00 | 064 | 55 | Copying Expense | 1871500 |
| jarvs | 02/01/07 | | $52.15 | 013 | 1 | Federal Express Charges | 1875281 |
| jarvs | 02/01/07 | | $41.35 | 013 | 1 | Federal Express Charges | 1875282 |
| rq&n | 02/02/07 | | $0.20 | 064 | 1 | Copying Expense 020207 KOTTER BEN | 1869987 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 02/02/07 | | $72.00 | 064 | 360 | Copying Expense 020207 MARTIN MELANIE | 1869988 |
| rq&n | 02/02/07 | | $0.80 | 064 | 4 | Copying Expense 020207 OKERLUND LORRI | 1869989 |
| rq&n | 02/02/07 | | $25.60 | 064 | 128 | Copying Expense 020207 MARTIN MELANIE | 1869990 |
| rq&n | 02/02/07 | | $84.00 | 064 | 420 | Copying Expense 020207 OKERLUND LORRI | 1869991 |
| rq&n | 02/02/07 | | $77.60 | 064 | 388 | Copying Expense 020207 HURST CARRIE | 1869992 |
| rq&n | 02/02/07 | | $137.60 | 064 | 688 | Copying Expense 020207 BROWN PATRICIA | 1869993 |
| rq&n | 02/02/07 | | $58.00 | 064 | 290 | Copying Expense 020207 BROWN PATRICIA | 1869994 |
| rq&n | 02/02/07 | | $0.20 | 064 | 1 | Copying Expense 020207 BROWN PATRICIA | 1869995 |
| rq&n | 02/02/07 | | $68.40 | 064 | 342 | Copying Expense 020207 OKERLUND LORRI | 1869996 |
| rq&n | 02/02/07 | | $0.20 | 064 | 1 | Copying Expense 020207 BROWN PATRICIA | 1869997 |
| rq&n | 02/02/07 | | $48.80 | 064 | 244 | Copying Expense 020207 OKERLUND LORRI | 1869998 |
| rq&n | 02/02/07 | | $0.20 | 064 | 1 | Copying Expense 020207 BROWN PATRICIA | 1869999 |
| jarvs | 02/02/07 | | $1,329.80 | 064 | 6,649 | Copying Expense | 1870602 |
| jarvs | 02/02/07 | | $113.80 | 064 | 569 | Copying Expense | 1871501 |
| jarvs | 02/02/07 | | $35.00 | 013 | 1 | Federal Express Charges | 1875300 |
| jarvs | 02/02/07 | | $387.36 | 013 | 12 | Federal Express Charges | 1875301 |
| jarvs | 02/02/07 | | $494.28 | 013 | 18 | Federal Express Charges | 1875302 |
| jarvs | 02/02/07 | | $1,314.28 | 013 | 44 | Federal Express Charges | 1875303 |
| jarvs | 02/02/07 | | $325.90 | 013 | 10 | Federal Express Charges | 1875304 |
| jarvs | 02/02/07 | | $29.34 | 013 | 1 | Federal Express Charges | 1875305 |
| jarvs | 02/02/07 | | $25.30 | 013 | 1 | Federal Express Charges | 1875306 |
| jarvs | 02/02/07 | | $31.05 | 013 | 1 | Federal Express Charges | 1875308 |
| jarvs | 02/02/07 | | $29.00 | 013 | 1 | Federal Express Charges | 1875309 |
| jarvs | 02/02/07 | | $15.31 | 013 | 1 | Federal Express Charges | 1875310 |
| jarvs | 02/02/07 | | $29.00 | 013 | 1 | Federal Express Charges | 1875312 |
| jarvs | 02/02/07 | | $16.18 | 013 | 1 | Federal Express Charges | 1875313 |
| jarvs | 02/02/07 | | $40.62 | 013 | 1 | Federal Express Charges | 1875314 |
| jarvs | 02/02/07 | | $18.59 | 013 | 1 | Federal Express Charges | 1875315 |
| jarvs | 02/02/07 | | $18.59 | 013 | 1 | Federal Express Charges | 1875317 |
| jarvs | 02/02/07 | | $21.31 | 013 | 1 | Federal Express Charges | 1875318 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 02/02/07 | | $17.37 | 013 | 1 | Federal Express Charges | 1875319 |
| jarvs | 02/02/07 | | $30.62 | 013 | 1 | Federal Express Charges | 1875321 |
| jarvs | 02/02/07 | | $30.62 | 013 | 1 | Federal Express Charges | 1875322 |
| jarvs | 02/02/07 | | $26.89 | 013 | 1 | Federal Express Charges | 1875323 |
| jarvs | 02/02/07 | | $30.62 | 013 | 1 | Federal Express Charges | 1875324 |
| jarvs | 02/02/07 | | $12.50 | 013 | 1 | Federal Express Charges | 1875325 |
| jarvs | 02/02/07 | | $13.78 | 013 | 1 | Federal Express Charges | 1875326 |
| jarvs | 02/02/07 | | $30.62 | 013 | 1 | Federal Express Charges | 1875327 |
| jarvs | 02/02/07 | | $29.73 | 013 | 1 | Federal Express Charges | 1875328 |
| jarvs | 02/02/07 | | $18.59 | 013 | 1 | Federal Express Charges | 1875329 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875353 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875354 |
| jarvs | 02/02/07 | | $29.87 | 013 | 1 | Federal Express Charges | 1875355 |
| jarvs | 02/02/07 | | $18.59 | 013 | 1 | Federal Express Charges | 1875356 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875357 |
| jarvs | 02/02/07 | | $10.80 | 013 | 1 | Federal Express Charges | 1875358 |
| jarvs | 02/02/07 | | $32.59 | 013 | 1 | Federal Express Charges | 1875359 |
| jarvs | 02/02/07 | | $39.87 | 013 | 1 | Federal Express Charges | 1875360 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875361 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875362 |
| jarvs | 02/02/07 | | $20.12 | 013 | 1 | Federal Express Charges | 1875386 |
| jarvs | 02/02/07 | | $27.46 | 013 | 1 | Federal Express Charges | 1875387 |
| rq&n | 02/05/07 | | $0.20 | 064 | 1 | Copying Expense 020507 OKERLUND LORRI | 1870104 |
| rq&n | 02/05/07 | | $2.20 | 064 | 11 | Copying Expense 020507 WARDLE GAY L | 1870105 |
| rq&n | 02/05/07 | | $2.00 | 064 | 10 | Copying Expense 020507 BROWN PATRICIA | 1870106 |
| rq&n | 02/05/07 | | $1.40 | 064 | 7 | Copying Expense 020507 BROWN PATRICIA | 1870107 |
| rq&n | 02/05/07 | | $0.60 | 064 | 3 | Copying Expense 020507 BROWN PATRICIA | 1870108 |
| rq&n | 02/05/07 | | $9.60 | 084 | 48 | Copying Expense 020507 MARTIN MELANIE | 1870109 |
| hurst | 02/05/07 | | $155.37 | 019 | 1 | Westlaw | 1871259 |
| jarvs | 02/05/07 | | $0.00 | 079 | 16 | Exhibit Tabs | 1874254 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 02/05/07 | | $61.45 | 013 | 1 | Federal Express Charges | 1875284 |
| jarvs | 02/05/07 | | $30.59 | 013 | 1 | Federal Express Charges | 1875285 |
| jarvs | 02/05/07 | | $80.60 | 013 | 1 | Federal Express Charges | 1875286 |
| jarvs | 02/05/07 | | $37.08 | 013 | 1 | Federal Express Charges | 1875287 |
| jarvs | 02/05/07 | | $56.16 | 013 | 1 | Federal Express Charges | 1875288 |
| rq&n | 02/06/07 | | $0.40 | 064 | 2 | Copying Expense 020607 WARDLE GAY L | 1870248 |
| rq&n | 02/06/07 | | $109.80 | 064 | 549 | Copying Expense 020607 HURST CARRIE | 1870249 |
| rq&n | 02/06/07 | | $0.20 | 064 | 1 | Copying Expense 020607 OKERLUND LORRI | 1870250 |
| rq&n | 02/06/07 | | $2.40 | 064 | 12 | Copying Expense 020607 MARTIN MELANIE | 1870251 |
| rq&n | 02/06/07 | | $4.60 | 064 | 23 | Copying Expense 020607 MARTIN MELANIE | 1870252 |
| rq&n | 02/06/07 | | $2.60 | 064 | 13 | Copying Expense 020607 BROWN PATRICIA | 1870253 |
| rq&n | 02/06/07 | | $23.40 | 064 | 117 | Copying Expense 020607 MARTIN MELANIE | 1870254 |
| hunt | 02/06/07 | | $263.86 | 019 | 1 | Westlaw | 1871258 |
| monsn | 02/06/07 | | $300.08 | 019 | 1 | Westlaw | 1871266 |
| jarvs | 02/06/07 | | $230.40 | 016 | 1 | Postage | 1871674 |
| jarvs | 02/06/07 | | $26.14 | 013 | 1 | Federal Express Charges | 1875336 |
| jarvs | 02/06/07 | | $15.44 | 013 | 1 | Federal Express Charges | 1875337 |
| rq&n | 02/07/07 | | $12.40 | 064 | 62 | Copying Expense 020707 MARTIN MELANIE | 1870412 |
| rq&n | 02/07/07 | | $16.00 | 021 | 32 | Facsimile Expense (Outgoing) 15594351500 GLADE KEVIN G | 1870413 |
| rq&n | 02/07/07 | | $2.63 | 491 | 1 | Facsimile Long Distance Charges 15594351500 GLADE KEVIN G | 1870414 |
| rq&n | 02/07/07 | | $0.40 | 064 | 2 | Copying Expense 020707 BROWN PATRICIA | 1870415 |
| rq&n | 02/07/07 | | $0.20 | 064 | 1 | Copying Expense 020707 HURST CARRIE | 1870416 |
| rq&n | 02/07/07 | | $0.60 | 064 | 3 | Copying Expense 020707 BROWN PATRICIA | 1870417 |
| rq&n | 02/08/07 | | $1.60 | 064 | 8 | Copying Expense 020807 OKERLUND LORRI | 1870709 |
| rq&n | 02/08/07 | | $0.20 | 064 | 1 | Copying Expense 020807 OKERLUND LORRI | 1870710 |
| rq&n | 02/08/07 | | $1.80 | 064 | 9 | Copying Expense 020807 OKERLUND LORRI | 1870711 |
| rq&n | 02/08/07 | | $0.40 | 064 | 2 | Copying Expense 020807 BROWN PATRICIA | 1870712 |
| rq&n | 02/08/07 | | $0.20 | 064 | 1 | Copying Expense 020807 BROWN PATRICIA | 1870713 |
| rq&n | 02/08/07 | | $0.40 | 064 | 2 | Copying Expense 020807 BROWN PATRICIA | 1870714 |
| rq&n | 02/08/07 | | $3.00 | 064 | 15 | Copying Expense 020807 BROWN PATRICIA | 1870715 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| hurst | 02/08/07 | | $177.76 | 019 | 1 | Westlaw | 1873050 |
| rq&n | 02/09/07 | | $4.80 | 064 | 24 | Copying Expense 020907 HURST CARRIE | 1871059 |
| rq&n | 02/09/07 | | $24.00 | 064 | 120 | Copying Expense 020907 HURST CARRIE | 1871060 |
| rq&n | 02/09/07 | | $13.00 | 064 | 65 | Copying Expense 020907 BROWN PATRICIA | 1871061 |
| rq&n | 02/09/07 | | $78.00 | 064 | 390 | Copying Expense 020907 HURST CARRIE | 1871062 |
| rq&n | 02/09/07 | | $40.60 | 064 | 203 | Copying Expense 020907 BINGHAM KAREN | 1871063 |
| rq&n | 02/09/07 | | $57.40 | 064 | 287 | Copying Expense 020907 BROWN PATRICIA | 1871064 |
| rq&n | 02/09/07 | | $218.40 | 064 | 1,092 | Copying Expense 020907 BINGHAM KAREN | 1871065 |
| rq&n | 02/09/07 | | $210.00 | 064 | 1,050 | Copying Expense 020907 HURST CARRIE | 1871066 |
| rq&n | 02/09/07 | | $96.00 | 064 | 480 | Copying Expense 020907 BROWN PATRICIA | 1871067 |
| rq&n | 02/09/07 | | $76.20 | 064 | 381 | Copying Expense 020907 HURST CARRIE | 1871068 |
| rq&n | 02/09/07 | | $18.00 | 064 | 90 | Copying Expense 020907 BROWN PATRICIA | 1871069 |
| jarvs | 02/09/07 | | $168.00 | 016 | 1 | Postage | 1871697 |
| hunt | 02/09/07 | | $393.93 | 019 | 1 | Westlaw | 1873049 |
| rq&n | 02/12/07 | | $0.20 | 064 | 1 | Copying Expense 021207 MARTIN MELANIE | 1871424 |
| rq&n | 02/12/07 | | $0.40 | 064 | 2 | Copying Expense 021207 HURST CARRIE | 1871425 |
| rq&n | 02/12/07 | | $0.20 | 064 | 1 | Copying Expense 021207 HURST CARRIE | 1871426 |
| rq&n | 02/12/07 | | $3.40 | 064 | 17 | Copying Expense 021207 HURST CARRIE | 1871427 |
| rq&n | 02/12/07 | | $3.20 | 064 | 16 | Copying Expense 021207 BROWN PATRICIA | 1871428 |
| jarvs | 02/12/07 | | $0.20 | 064 | 1 | Copying Expense | 1871504 |
| jarvs | 02/12/07 | | $2.60 | 064 | 13 | Copying Expense | 1871505 |
| jarvs | 02/12/07 | | $8.80 | 064 | 44 | Copying Expense | 1871506 |
| bouvr | 02/12/07 | | $107.80 | 019 | 1 | Westlaw | 1873044 |
| hurst | 02/12/07 | | $353.97 | 019 | 1 | Westlaw | 1873051 |
| jarvs | 02/12/07 | | $167.22 | 013 | 1 | Federal Express Charges | 1875343 |
| jarvs | 02/12/07 | | $167.22 | 013 | 1 | Federal Express Charges | 1875344 |
| jarvs | 02/12/07 | | $117.48 | 013 | 1 | Federal Express Charges | 1875345 |
| jarvs | 02/12/07 | | $72.79 | 013 | 1 | Federal Express Charges | 1875346 |
| jarvs | 02/12/07 | | $136.40 | 013 | 1 | Federal Express Charges | 1875347 |
| jarvs | 02/12/07 | | $125.17 | 013 | 1 | Federal Express Charges | 1875348 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 02/12/07 | | $147.77 | 013 | 1 | Federal Express Charges | 1875349 |
| jarvs | 02/12/07 | | $13.90 | 013 | 1 | Federal Express Charges | 1875350 |
| rq&n | 02/13/07 | | $0.40 | 064 | 2 | Copying Expense 021307 HURST CARRIE | 1871596 |
| rq&n | 02/13/07 | | $0.40 | 064 | 2 | Copying Expense 021307 HURST CARRIE | 1871597 |
| rq&n | 02/13/07 | | $1.20 | 064 | 6 | Copying Expense 021307 HURST CARRIE | 1871598 |
| rq&n | 02/13/07 | | $38.60 | 064 | 193 | Copying Expense 021307 HURST CARRIE | 1871599 |
| rq&n | 02/13/07 | | $3.00 | 064 | 15 | Copying Expense 021307 HURST CARRIE | 1871600 |
| rq&n | 02/13/07 | | $3.00 | 064 | 15 | Copying Expense 021307 HURST CARRIE | 1871601 |
| rq&n | 02/13/07 | | $0.40 | 064 | 2 | Copying Expense 021307 HURST CARRIE | 1871602 |
| rq&n | 02/13/07 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 19163294900 MONSON ELAINE A | 1871603 |
| rq&n | 02/13/07 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 19163294900 MONSON ELAINE A | 1871604 |
| rq&n | 02/13/07 | | $6.20 | 064 | 31 | Copying Expense 021307 HURST CARRIE | 1871605 |
| rq&n | 02/13/07 | | $16.60 | 064 | 83 | Copying Expense 021307 HURST CARRIE | 1871606 |
| jarvs | 02/13/07 | | $89.60 | 064 | 448 | Copying Expense | 1873115 |
| jarvs | 02/13/07 | | $5.60 | 064 | 28 | Copying Expense | 1873116 |
| jarvs | 02/13/07 | | $13.20 | 064 | 66 | Copying Expense | 1873117 |
| kottr | 02/13/07 | | $561.49 | 019 | 1 | Westlaw | 1873305 |
| monsn | 02/13/07 | | $42.01 | 019 | 1 | Westlaw | 1873310 |
| rq&n | 02/14/07 | | $1.40 | 064 | 7 | Copying Expense 021407 BROWN PATRICIA | 1871810 |
| rq&n | 02/14/07 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 14807245115 MONSON ELAINE A | 1871811 |
| rq&n | 02/14/07 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 14807245115 MONSON ELAINE A | 1871812 |
| rq&n | 02/14/07 | | $0.60 | 064 | 3 | Copying Expense 021407 BROWN PATRICIA | 1871813 |
| jarvs | 02/14/07 | | $20.76 | 013 | 1 | Federal Express Charges | 1875388 |
| rq&n | 02/15/07 | | $1.60 | 064 | 8 | Copying Expense 021507 MONSON DOUGLAS M | 1871943 |
| rq&n | 02/15/07 | | $0.20 | 064 | 1 | Copying Expense 021507 MONSON DOUGLAS M | 1871944 |
| jarvs | 02/16/07 | 142596 | $260.14 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872009 |
| jarvs | 02/16/07 | 142596 | $28.22 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1872010 |
| jarvs | 02/16/07 | 142596 | $764.57 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872011 |
| jarvs | 02/16/07 | 142596 | $49.82 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1872012 |
| jarvs | 02/16/07 | 142596 | $281.02 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872013 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 02/16/07 | 142596 | $6.00 | 122 | 1 | Parking Expense -- Annette W. Jarvis | 1872014 |
| jarvis | 02/16/07 | 142596 | $301.06 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872015 |
| jarvis | 02/16/07 | 142596 | $103.68 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872016 |
| jarvis | 02/16/07 | 142596 | $11.80 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1872017 |
| jarvis | 02/16/07 | 142607 | $558.55 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1872018 |
| jarvis | 02/16/07 | 142607 | $78.71 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1872019 |
| rq&n | 02/16/07 | | $0.40 | 064 | 2 | Copying Expense 021607 HURST CARRIE | 1872141 |
| rq&n | 02/16/07 | | $0.40 | 064 | 2 | Copying Expense 021607 HURST CARRIE | 1872142 |
| rq&n | 02/16/07 | | $0.80 | 064 | 4 | Copying Expense 021607 HURST CARRIE | 1872143 |
| bouvr | 02/16/07 | | $384.54 | 019 | 1 | Westlaw | 1873296 |
| hurst | 02/16/07 | | $594.84 | 019 | 1 | Westlaw | 1873303 |
| jarvis | 02/16/07 | | $0.00 | 079 | 10 | Exhibit Tabs | 1874282 |
| jarvis | 02/16/07 | | $13.90 | 013 | 1 | Federal Express Charges | 1875428 |
| jarvis | 02/16/07 | | $13.23 | 013 | 1 | Federal Express Charges | 1875429 |
| jarvis | 02/16/07 | | $12.62 | 013 | 1 | Federal Express Charges | 1875433 |
| jarvis | 02/20/07 | | $2.00 | 064 | 10 | Copying Expense | 1873109 |
| jarvis | 02/20/07 | | $51.80 | 064 | 259 | Copying Expense | 1873110 |
| jarvis | 02/20/07 | | $20.76 | 013 | 1 | Federal Express Charges | 1875450 |
| rq&n | 02/21/07 | | $0.20 | 064 | 1 | Copying Expense 022107 BROWN PATRICIA | 1872627 |
| rq&n | 02/21/07 | | $1.00 | 064 | 5 | Copying Expense 022107 BROWN PATRICIA | 1872628 |
| rq&n | 02/21/07 | | $0.20 | 064 | 1 | Copying Expense 022107 HURST CARRIE | 1872629 |
| rq&n | 02/21/07 | | $0.20 | 064 | 1 | Copying Expense 022107 HURST CARRIE | 1872630 |
| rq&n | 02/21/07 | | $2.80 | 064 | 14 | Copying Expense 022107 MARTIN MELANIE | 1872631 |
| rq&n | 02/21/07 | | $0.40 | 064 | 2 | Copying Expense 022107 MARTIN MELANIE | 1872632 |
| rq&n | 02/21/07 | | $1.60 | 064 | 8 | Copying Expense 022107 MARTIN MELANIE | 1872633 |
| jarvis | 02/21/07 | | $7.20 | 016 | 1 | Postage | 1874029 |
| jarvis | 02/21/07 | | $6.40 | 016 | 1 | Postage | 1874030 |
| rq&n | 02/22/07 | | $7.20 | 064 | 36 | Copying Expense 022207 MARTIN MELANIE | 1872806 |
| rq&n | 02/22/07 | | $2.00 | 064 | 10 | Copying Expense 022207 BROWN PATRICIA | 1872807 |
| rq&n | 02/22/07 | | $115.60 | 064 | 578 | Copying Expense 022207 BROWN PATRICIA | 1872808 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 02/22/07 | | $3.40 | 064 | 17 | Copying Expense 022207 MONSON DOUGLAS M | 1872809 |
| rq&n | 02/22/07 | | $0.40 | 064 | 2 | Copying Expense 022207 BROWN PATRICIA | 1872810 |
| rq&n | 02/22/07 | | $4.60 | 064 | 23 | Copying Expense 022207 MARTIN MELANIE | 1872811 |
| rq&n | 02/23/07 | | $0.40 | 064 | 2 | Copying Expense 022307 BROWN PATRICIA | 1872998 |
| rq&n | 02/23/07 | | $27.20 | 064 | 136 | Copying Expense 022307 WARDLE GAY L | 1872999 |
| rq&n | 02/23/07 | | $16.40 | 064 | 82 | Copying Expense 022307 WARDLE GAY L | 1873000 |
| rq&n | 02/23/07 | | $0.40 | 064 | 2 | Copying Expense 022307 BROWN PATRICIA | 1873001 |
| jarvis | 02/23/07 | | $0.20 | 064 | 1 | Copying Expense | 1873113 |
| hurst | 02/23/07 | | $521.93 | 019 | 1 | Westlaw | 1874320 |
| rq&n | 02/26/07 | | $1.20 | 064 | 6 | Copying Expense 022607 BROWN PATRICIA | 1873246 |
| rq&n | 02/26/07 | | $1.60 | 064 | 8 | Copying Expense 022607 BROWN PATRICIA | 1873247 |
| kottr | 02/26/07 | | $479.73 | 019 | 1 | Westlaw | 1874324 |
| tsu | 02/26/07 | | $1,305.35 | 019 | 1 | Westlaw | 1874334 |
| jarvs | 02/27/07 | 142712 | $1.03 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1873326 |
| jarvs | 02/27/07 | 142712 | $1.03 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1873327 |
| jarvs | 02/27/07 | 142712 | $6.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1873328 |
| jarvs | 02/27/07 | 142712 | $12.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1873329 |
| jarvs | 02/27/07 | 142712 | $152.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1873330 |
| jarvs | 02/27/07 | 142712 | $1.03 | 389 | 1 | Search Fee - - Wells Fargo Remittance Center | 1873339 |
| jarvs | 02/27/07 | 142712 | $18.00 | 207 | 1 | UCC Search - - Wells Fargo Remittance Center | 1873342 |
| rq&n | 02/27/07 | | $0.80 | 064 | 4 | Copying Expense 022707 CRIST SHANNON | 1873546 |
| rq&n | 02/27/07 | | $0.60 | 064 | 3 | Copying Expense 022707 BROWN PATRICIA | 1873547 |
| jarvs | 02/28/07 | 142767 | $432.13 | 065 | 1 | Copying Expense (outside office) - - Salt Lake Legal | 1873717 |
| jarvs | 02/28/07 | 142767 | $1,780.13 | 065 | 1 | Copying Expense (outside office) - - Salt Lake Legal | 1873720 |
| rq&n | 02/28/07 | | $0.40 | 064 | 2 | Copying Expense 022807 WARDLE GAY L | 1873912 |
| rq&n | 02/28/07 | | $12.40 | 064 | 62 | Copying Expense 022807 HURST CARRIE | 1873913 |
| rq&n | 02/28/07 | | $1.60 | 064 | 8 | Copying Expense 022807 HURST CARRIE | 1873914 |
| rq&n | 02/28/07 | | $4.40 | 064 | 22 | Copying Expense 022807 MONSON DOUGLAS M | 1873915 |
| rq&n | 02/28/07 | | $3.00 | 064 | 15 | Copying Expense 022807 MONSON DOUGLAS M | 1873916 |
| rq&n | 02/28/07 | | $0.80 | 064 | 4 | Copying Expense 022807 HURST CARRIE | 1873917 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| rq&n | 02/28/07 | | $7.40 | 064 | 37 | Copying Expense 022807 BROWN PATRICIA | 1873918 |
| rq&n | 02/28/07 | | $9.60 | 064 | 48 | Copying Expense 022807 BROWN PATRICIA | 1873919 |
| jarvs | 02/28/07 | | $383.04 | 019 | 1 | Westlaw | 1874623 |
| jarvs | 02/28/07 | | $1,569.68 | 019 | 1 | Westlaw | 1874624 |
| hunt | 02/28/07 | | $15.40 | 019 | 1 | Westlaw | 1874628 |
| kottr | 02/28/07 | | $274.52 | 019 | 1 | Westlaw | 1874629 |
| tsu | 02/28/07 | | $847.43 | 019 | 1 | Westlaw | 1874637 |
| COST TOTAL | | | $22,828.93 | | | | |

*"Exhibit M-18"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359468

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00019**

**FTD Committee Relations**

| | | | |
|---|---|---|---|
| 02/01/07 | A Jarvis | .10 | Draft memorandum to committees regarding revised motion to dismiss, open issues for discussion. |
| 02/01/07 | A Jarvis | .20 | Conference call with Committees regarding motion to dismiss, plan and closing issues. |
| 02/01/07 | S Strong | .20 | Participate in conference call with committees' and debtors' professionals regarding appellate issues and sale closing issues (.8). |
| 02/02/07 | A Jarvis | .32 | Committee call. |
| 02/02/07 | S Strong | .33 | Participate in telephone conference with committees and debtors professionals regarding pending appeals, loan servicing issues, sale closing issues, and transition issues (1.3). |
| 02/06/07 | A Jarvis | .30 | Correspondence with FTDF Committee regarding LPG appeal. |
| 02/06/07 | A Jarvis | .18 | Conference call with Committees regarding transition plan, appeals. |

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    2
March 20, 2007

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/06/07 | S Strong | .17 | Participate in conference call with committees and debtors counsel regarding pending appeals, pending asset sale, and transition issues (.7). |
| 02/07/07 | A Jarvis | .08 | Draft memo to committees regarding status of discussion with Compass, lease issues. |
| 02/11/07 | A Jarvis | .20 | Conference call with Committees regarding licensing, closing issues. |
| 02/11/07 | S Strong | .20 | Participate in conference call with debtors and committees professionals regarding closing pending sale to Compass (.8). |
| 02/13/07 | A Jarvis | .15 | Conference call with Committees regarding licensing, purchase price adjustment issues. |
| 02/19/07 | A Jarvis | .05 | Correspondence on calls with Committees on Compass closing, 1142 motion. |
| 02/21/07 | A Jarvis | .32 | Conference call with Committees regarding new motion to stay, 1142 motion. |
| 02/21/07 | S Strong | .33 | Participate in teleconference with committees and debtors professionals regarding LPGs new motion for stay pending appeal, draft of second motion regarding Plan implementation, and other transition issues (1.3). |
| 02/22/07 | A Jarvis | .30 | Telephone conference with R. Charles regarding Colt, motion to remain in leased premises and correspondence regarding same. |
| 02/23/07 | A Jarvis | .13 | Conference call with Committees on response to motion to stay. |
| 02/23/07 | A Jarvis | .05 | Correspondence with committees on Colt payoff (.2). |
| 02/23/07 | A Jarvis | .05 | Correspondence with committees on letter to Tabas on Colt loan (.2). |
| 02/23/07 | A Jarvis | .10 | Correspondence with committees regarding outside date for financing in Colt Gateway (.4). |

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   March 20, 2007

02/23/07 A Jarvis          .05 Correspondence with committees regarding new
                               letter to B. Bullard (.2).

TOTAL FOR LEGAL SERVICES RENDERED                            $1,301.88