*"Exhibit M-19"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359472

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | | |
|---|---|---|---|
| 02/05/07 | S Cummings | .40 | Review of FTDF motion to estimate reserve amounts. |
| 02/06/07 | P Hunt | .20 | Compile FTDF objection documents to draft declarations in support (.2). |
| 02/12/07 | S Strong | .40 | Telephone conference with A. Parlen regarding objections to proofs of claim and interest against FTDF (0.3); analyze same (0.1). |
| 02/13/07 | S Strong | .60 | Review and approve 3 proposed orders from C. Carlyon regarding proofs of claim/interest against FTDF (.6). |
| 02/14/07 | S Strong | .20 | Telephone conference with A. Parlen regarding status of FTDF Committees omnibus objections to claims against FTDF (.2). |
| 02/27/07 | S Strong | .40 | Review status of objections to FTDF claims/interests (0.3); telephone conference with A. Parlen regarding same (0.1). |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             March 20, 2007


02/28/07 S Strong      1.50 Review FTDF tax return issues (0.2);
                            participate in telephone conference with FTDFC
                            counsel M. Wallace, KPMG, S. Smith and K. J.
                            Applegate regarding FTDF tax return and
                            distributions issues (0.6); further analysis of
                            tax return issues (0.7).


TOTAL FOR LEGAL SERVICES RENDERED                           $1,014.50

*"Exhibit M-20"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

March 20, 2007
Invoice No. 359469

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | | |
|---|---|---|---|
| 02/01/07 | A Jarvis | .10 | Draft memorandum to committees regarding revised motion to dismiss, open issues for discussion. |
| 02/01/07 | A Jarvis | .20 | Conference call with Committees regarding motion to dismiss, plan and closing issues. |
| 02/01/07 | E Monson | .20 | Follow-up on request from DTDF regarding request for access to documents and response thereto. |
| 02/01/07 | S Strong | .20 | Participate in conference call with committees' and debtors' professionals regarding appellate issues and sale closing issues (.8). |
| 02/02/07 | A Jarvis | .32 | Committee call. |
| 02/02/07 | S Strong | .33 | Participate in telephone conference with committees and debtors professionals regarding pending appeals, loan servicing issues, sale closing issues, and transition issues (1.3). |
| 02/06/07 | A Jarvis | .80 | Conference call with Diversified Committee regarding Colt loans. |

Client No. 34585                                         Page:    2
Debtor USA Commercial Mortgage Co., et al.              March 20, 2007


02/06/07 A Jarvis        .18 Conference call with Committees regarding
                             transition plan, appeals.

02/06/07 A Jarvis        .15 Correspondence on transition meeting with USACM
                             Trust and Diversified Committee (.3).

02/06/07 A Jarvis        .40 Conference call with Diversified Committee and
                             UCC regarding Colt loans (.8).

02/06/07 S Strong        .17 Participate in conference call with committees
                             and debtors counsel regarding pending appeals,
                             pending asset sale, and transition issues (.7).

02/07/07 A Jarvis        .08 Draft memo to committees regarding status of
                             discussion with Compass, lease issues.

02/07/07 E Monson        .50 Discussion with C. Harvick regarding issues
                             involving original DTDF subscription agreements
                             and assignments.

02/11/07 A Jarvis        .20 Conference call with Committees regarding
                             licensing, closing issues.

02/11/07 S Strong        .20 Participate in conference call with debtors
                             and committees professionals regarding closing
                             pending sale to Compass (.8).

02/13/07 A Jarvis        .35 Telephone conference with Diversified
                             Committee and UCC regarding Colt loans.

02/13/07 A Jarvis        .15 Conference call with Committees regarding
                             licensing, purchase price adjustment issues.

02/19/07 A Jarvis        .05 Correspondence on calls with Committees on
                             Compass closing, 1142 motion.

02/19/07 E Monson       2.30 Meet with T. Allison and S. C. Strong to
                             prepare for meeting with DTDFC and UCC (.4);
                             meet with UCC and DTDFC to go over transition
                             issues (3.4); post meeting discussions with
                             client (.8).

02/20/07 A Jarvis       1.00 Meet with UCC and Diversified Committee and
                             with client regarding transition issues.

02/21/07 A Jarvis        .32 Conference call with Committees regarding new
                             motion to stay, 1142 motion.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007


02/21/07 S Strong        .33 Participate in teleconference with committees
                             and debtors professionals regarding LPGs new
                             motion for stay pending appeal, draft of second
                             motion regarding Plan implementation, and other
                             transition issues (1.3).

02/22/07 A Jarvis        .30 Telephone conference with M. Levinson
                             regarding Colt discussions, pending
                             litigation involving Diversified.

02/23/07 A Jarvis        .10 Correspondence with Diversified Committee
                             regarding Colt negotiations.

02/23/07 A Jarvis        .13 Conference call with Committees on response to
                             motion to stay.

02/23/07 A Jarvis        .05 Correspondence with committees on Colt payoff
                             (.2).

02/23/07 A Jarvis        .05 Correspondence with committees on letter to
                             Tabas on Colt loan (.2).

02/23/07 A Jarvis        .10 Correspondence with committees regarding
                             outside date for financing in Colt Gateway
                             (.4).

02/23/07 A Jarvis        .05 Correspondence with committees regarding new
                             letter to B. Bullard (.2).

02/27/07 A Jarvis        .30 Correspondence with Committee regarding Colt
                             Gateway payoff, motion to approve.


TOTAL FOR LEGAL SERVICES RENDERED                           $3,147.88

*"Exhibit M-21"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.                    March 20, 2007
Thomas J. Allison 4484 South Pecos Road                       Invoice No. 359473
Las Vegas, NV  89121

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | | |
|---|---|---|---|
| 02/01/07 | A Jarvis | .20 | Correspondence on Prospect High Income appeal. |
| 02/01/07 | A Jarvis | .40 | Conference with R. Walker and E. A. Monson regarding Colt, documents, Reale litigation. |
| 02/01/07 | L Okerlund | 6.00 | Bates labels for production of documents. |
| 02/02/07 | A Jarvis | .30 | Correspondence on motion to sell in Tree Moss. |
| 02/02/07 | A Jarvis | .20 | Correspondence regarding Tree Moss sale. |
| 02/02/07 | L Okerlund | 4.80 | Document production HMA/Salvatore. |
| 02/05/07 | A Jarvis | 1.20 | Review bid procedures proposed by trustee, response of DTDF Committee and correspondence regarding preparation of joinder. |
| 02/05/07 | E Monson | .50 | Analyze outstanding issues in HMA litigation. |
| 02/05/07 | S Strong | .60 | Review trustees proposed bidding procedures in Tree Moss involuntary and analyze grounds for objecting (0.3); review draft of Diversified Committees objection to same and emails from J. Hermann, M. Levinson and A. Loraditch regarding same (0.2); review emails from A. W. Jarvis, B. J. Kotter and L. Dorsey regarding DTDFs joinder in Committees objection (0.1). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               March 20, 2007

02/06/07 K Glade      2.20  Conference call with Diversified Fund to
                           discuss Colt Gateway issues (0.9); review
                           information provided by Diversified Fund
                           regarding Colt Gateway payoff and
                           undocumented Colt loans (0.5); conference
                           call with Mesirow regarding Colt Gateway
                           issues (0.8).

02/06/07 A Jarvis      .20  Correspondence on Colt loans.

02/06/07 A Jarvis      .70  Conference call with client regarding Colt
                           loans.

02/06/07 A Jarvis      .20  Correspondence on joinder on objection to
                           retention of counsel.

02/06/07 A Jarvis     1.50  Review pleadings on Tree Moss auction/bid
                           procedures motion and prepare for hearing.

02/06/07 D Monson      .20  Review A. Jarvis and Diversified Committee
                           e-mails on Colt Gateway Loan (0.2).

02/07/07 A Jarvis      .20  Conference with C. Harvick regarding original
                           Diversified documents and correspondence with
                           S. C. Strong regarding same.

02/07/07 A Jarvis      .70  Conference call with J. Chubb and B. Bullard
                           regarding Colt Gateway discussions, payoff.

02/07/07 A Jarvis      .20  Telephone call with J. Chubb regarding motion
                           for relief from stay, discovery issues on
                           Colt Gateway.

02/07/07 A Jarvis      .50  Review revised bid procedures, contract in
                           Tree Moss case.

02/07/07 A Jarvis     1.00  Attend hearing on Tree Moss bid procedures
                           and discussion with parties on issues
                           thereafter.

02/07/07 S Strong      .30  Review proposed order regarding misfiled
                           claims against DTDF and compare motion
                           regarding same (0.2); email to A. Loraditch
                           approving same (0.1).

02/08/07 D Monson      .10  Analyze collection of garnishments on
                           Diversified judgment  (0.1).

Client No. 34585                                                Page:    3
Debtor USA Commercial Mortgage Co., et al.                     March 20, 2007


02/08/07 S Strong        .30  Review another proposed order from A.
                              Loraditch regarding misfiled claims against
                              DTDF (0.2); email to A. Loraditch regarding
                              same (0.1).

02/09/07 K Glade         .30  Analyze Colt Gateway issues (0.3).

02/09/07 A Jarvis        .20  Correspondence regarding Colt loans.

02/09/07 S Strong        .70  Review Colt Gateway proposed payoff issues
                              (0.1); analysis of issues for proposed motion
                              to accept payoff (0.3); review email from J.
                              Bart regarding same (0.1); telephone conference
                              with L. Bubala regarding same (0.1); review
                              email from M. Levinson regarding same (0.1).

02/10/07 A Jarvis        .30  Telephone conference with M. Levinson
                              regarding Colt loans.

02/10/07 A Jarvis        .30  Correspondence on Colt loans.

02/11/07 K Glade         .30  Review materials regarding Colt Gateway and
                              Diversified's claims with respect to
                              undocumented loans (0.3).

02/12/07 K Glade        2.30  Review Diversified materials and analysis
                              regarding Diversified's claims on Colt
                              Gateway (1.4); related e-mail to A. Jarvis
                              with Diversified materials and analysis and
                              loan documents on Colt Gateway (0.9).

02/13/07 A Jarvis        .20  Follow-up on HFA litigation.

02/15/07 A Jarvis        .50  Correspondence on Colt offer.

02/15/07 A Jarvis        .20  Correspondence regarding results of status
                              conference on HMA litigation.

02/17/07 A Jarvis        .20  Correspondence with E. A. Monson regarding
                              mediation.

02/19/07 S Strong        .50  Participate in telephone conference with
                              Diversified Committee lawyers regarding
                              discovery issues in HMA/Royal litigation (.5).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    4
March 20, 2007

02/19/07 S Strong        .60  Review status of Colt Gateway potential
                              payoff proposal (0.1); confer with M.
                              Levinson, J. Hermann and M. Tucker regarding
                              same (0.5).

02/21/07 A Jarvis        .40  Correspondence on requested deposition of T.
                              Allison by IP in Investors VI.

02/22/07 A Jarvis        .20  Correspondence on Diversified litigation.

02/23/07 A Jarvis        .10  Correspondence on Sheraton collections.

02/23/07 A Jarvis        .30  Correspondence on HMA litigation, depositions
                              relating to same.

02/28/07 E Monson       1.00  Review correspondence files on DTDFC loans to
                              determine documents that should be turned
                              over to DTDFC.

TOTAL FOR LEGAL SERVICES RENDERED                        $8,051.00

# "Exhibit M-22"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.           March 20, 2007
Thomas J. Allison 4484 South Pecos Road              Invoice No. 359474
Las Vegas, NV  89121
```

For Legal Services Rendered Through February 28, 2007

Thomas J. Allison

**Matter No. 34585-00029**

**Sub-Servicing (Compass)**

| | | | |
|---|---|---|---|
| 02/20/07 | S Strong | .30 | Analyze sub-servicing issues under agreement with Compass (0.3). |
| 02/21/07 | S Strong | 1.40 | Telephone conference with T. Lomazow and G. Bradley of Compass regarding sub-servicing issues (0.4); telephone conference with S. Smith regarding same (0.2); participate in telephone conference with D. Blatt, S. Smith, T. Lomazow and G. Bradley regarding same (0.8). |
| 02/22/07 | S Strong | .20 | Telephone conference with T. Lomazow regarding Mesirows insurance coverage for sub-servicing (.2). |
| 02/22/07 | S Strong | .10 | Telephone conference with S. Smith regarding sub-servicing issues (.1). |
| 02/26/07 | B Kotter | .20 | Work on Compass sub-servicing allocation. |
| 02/27/07 | S Strong | .60 | Review voice mail from S. Smith regarding sub-servicing issues (0.1); draft email to Compass counsel regarding status of Compasss efforts with MLD (0.3); telephone conference with T. Lomazow regarding same (0.1); review email from G. Bradley regarding same (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                              $782.00

*"Exhibit N-1"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360297

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 03/01/07 | E Monson | .10 | Follow-up on Hilco appraisal requests. |
| 03/01/07 | E Monson | .10 | Review e-mail regarding request from FTI regarding document index and send e-mail to T. Allison and S. Smith regarding same. |
| 03/01/07 | S Strong | .60 | Analysis of spreadsheet of revised Unremitted Principal amounts (0.3); analysis regarding objections or amendments to prior USACM schedules needed regarding same (0.3). |
| 03/01/07 | S Strong | 1.30 | Further analysis of schedule amendment/objection issues  (0.9); email to S. Smith and A. W. Jarvis regarding objections or amendments needed to correct/update amounts scheduled for Unremitted Principal claims (0.2); telephone conference with S. Smith regarding same (0.2). |
| 03/02/07 | S Cummings | 3.30 | Continued processing of Hilco appraisal requests. |
| 03/02/07 | S Cummings | .90 | Analysis regarding schedule amendment issues. |
| 03/02/07 | S Cummings | .30 | Discussion with S. Strong and S. Smith regarding schedules to be amended. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.         April 10, 2007

03/02/07 S Cummings      .50 Correspondence with M. Violet regarding Hilco
                             appraisal request.

03/02/07 S Cummings      .20 Correspondence with B. Esscoff regarding
                             Hilco appraisal request.

03/02/07 S Cummings      .40 Correspondence with K. Allison regarding
                             Hilco appraisal request.

03/02/07 E Monson        .20 Follow-up regarding Hilco requests and send
                             e-mail to A. W. Jarvis regarding same.

03/02/07 E Monson        .10 Review e-mail regarding Hilco requests.

03/02/07 E Monson        .10 Review e-mail from E. Madden regarding local
                             appraisal firm and forward to T. Allison.

03/02/07 S Strong        .50 Review email from R. Charles regarding
                             Schedule G amendments proposed (0.1); review
                             prior versions of Schedule G (contracts)
                             filed by USACM and analysis of issues raised
                             concerning LSAs (0.3); participate in
                             conference call with R. Charles, S. Freeman,
                             G. Berman and S. Smith regarding same (0.1).

03/02/07 C Hurst        2.00 Review all dockets; update deadline
                             calendars; distribute to pertinent parties
                             (.9); assist P. Hunt with general document,
                             pleading organization and working binders for
                             appeals (1.1).

03/04/07 A Jarvis        .20 Correspondence on Windham Hills.

03/05/07 S Cummings      .50 Further analysis regarding schedule amendment
                             issues.

03/05/07 S Cummings      .30 Discussion with E. Wooley regarding schedule
                             amendment issues.

03/05/07 S Cummings      .20 Discussion with J. Miller regarding Schedule
                             F amendment issues.

03/05/07 S Cummings      .40 Analyze claims designated as disputed.

03/05/07 S Cummings     1.90 Continued processing of Hilco appraisal
                             requests.

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.            April 10, 2007

03/05/07 S Cummings      .20 Correspondence regarding claims designated as
                             disputed.

03/05/07 S Cummings      .30 Correspondence regarding lease rejection
                             claims.

03/05/07 S Cummings      .40 Review of draft amended Schedule E.

03/05/07 S Cummings      .10 Correspondence with A. Hosey regarding
                             amendment cover sheet.

03/05/07 S Cummings      .50 Review and revisions of notes for schedule
                             amendments.

03/05/07 A Jarvis        .10 Correspondence on investor inquiry on Windham
                             loan.

03/05/07 A Jarvis        .70 Review and revise notes to amended schedules.

03/05/07 A Jarvis        .20 Correspondence regarding contact person for
                             investors at Compass.

03/05/07 B Kotter        .30 Review correspondence from local counsel
                             regarding filings.

03/05/07 D Monson        .10 Phone call to Vineyard Bank attorney on
                             inquiry on effective date of Plan (0.1).

03/05/07 E Monson        .20 Review e-mails from Diamond McCarthy
                             regarding preservation letters.

03/05/07 E Monson        .10 Draft e-mail to S. Smith regarding employee
                             list.

03/05/07 E Monson        .30 E-mail L. Weese and A. W. Jarvis regarding
                             interview on Thursday and e-mail reply and
                             send follow up e-mail.

03/05/07 E Monson        .20 Follow-up regarding Hilco appraisal requests.

03/05/07 S Strong       3.80 Confer with S. A. Cummings regarding
                             amendments to USACM schedules of claims
                             (0.2); telephone conference with A. Hosey
                             regarding same (0.2);  telephone conference
                             with J. Miller, S. Smith, E. Wooley, S. A.

Client No. 34585                                           Page:     4
Debtor USA Commercial Mortgage Co., et al.                 April 10, 2007

                            Cummings and A. Hosey regarding preparation
                            of amended schedules (0.3); further review of
                            issues regarding same (0.7); analysis for and
                            drafting of proposed Explanatory Notes and
                            Reservation of Rights for same (2.2); emails
                            to R. Charles, S. Freeman, S. Smith, J.
                            Miller and local counsel regarding same (0.2).

03/06/07 S Cummings    2.20 Continued processing of Hilco appraisal
                            requests.

03/06/07 S Cummings     .20 Continued review and revision of notes for
                            schedule amendments.

03/06/07 S Cummings    1.10 Review and revision of amended schedules.

03/06/07 S Cummings     .20 Review and revision of cover sheet for
                            amended schedules.

03/06/07 S Cummings     .10 Discussion with E. Wooley regarding
                            unremitted principal owed on SVRB loan.

03/06/07 S Cummings     .20 Discussion with E. Wooley regarding claims
                            designated as disputed.

03/06/07 S Cummings     .30 Discussion with A. Hosey regarding amended
                            schedule F issues.

03/06/07 S Cummings     .30 Discussion with J. Miller regarding amended
                            schedule F issues.

03/06/07 S Cummings     .20 Discussion with S. Smith regarding amended
                            Schedule F issues.

03/06/07 S Cummings     .10 Correspondence regarding claims designated as
                            disputed.

03/06/07 S Cummings     .10 Discussion with S. Strong regarding filing
                            format for amended schedules.

03/06/07 S Cummings     .30 Correspondence regarding schedule amendment
                            filing.

03/06/07 S Cummings     .10 Correspondence regarding amendment cover
                            sheet.

03/06/07 A Jarvis       .20 Correspondence on amendments to schedules.

Client No. 34585                                      Page:    5
Debtor USA Commercial Mortgage Co., et al.            April 10, 2007

03/06/07 A Jarvis          .50 Correspondence on interviews with employees.

03/06/07 A Jarvis          .40 Further correspondence on interviews with
                               employees.

03/06/07 E Monson          .10 Review e-mails from L. Weese.

03/06/07 S Strong          .30 Review status of federal investigation of USACM
                               and its prior principals and recent questions
                               raised by investigators (.3).

03/06/07 S Strong         3.40 Continue work on reviewing, editing and
                               finalizing second set of amendments to USACM
                               schedules (Schedules E, F, F-1, F-2 and G) and
                               Explanatory Notes for same (3.0); telephone
                               conference with J. Miller regarding same (0.2);
                               email near-final draft of same to Mesirow, BMC
                               and local counsel, with comments, for final
                               review (0.2).

03/06/07 S Strong          .40 Review issues scheduled for March 15 omnibus
                               hearing (0.4).

03/07/07 S Cummings        .30 Correspondence with L. Poelman regarding
                               Hilco appraisals.

03/07/07 S Cummings        .20 Correspondence regarding amended schedules.

03/07/07 S Cummings        .20 Review and revision of amended schedules.

03/07/07 B Kotter          .10 Respond to e-mail regarding Pecos.

03/07/07 E Monson          .30 Review regarding inquiry from UCC on Pecos
                               Professional Park and review e-mails regarding
                               same.

03/07/07 S Strong          .70 Exchange emails with E. Wooley, J. Miller and
                               S. Smith regarding final edits to Amended
                               Schedules for USACM (0.3); review final set
                               of Amended Schedules (0.3); exchange emails
                               with S. Smith and A. Hosey regarding filing
                               of same (0.1).

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                    April 10, 2007

03/07/07 S Strong        1.20  Review email request from S. Freeman regarding
                               information concerning USACM landlord Pecos
                               Partners (0.1); review and analyze information
                               regarding same (0.9); draft email to S. Freeman
                               explaining and transmitting information
                               regarding same (0.2).

03/08/07 S Cummings       .50  Continued processing of Hilco appraisal
                               requests.

03/08/07 A Jarvis         .40  Telephone conference with E. A. Monson and S.
                               Smith regarding computers, documents,
                               distribution issues.

03/08/07 A Jarvis         .30  Analysis regarding claims issues, questions
                               raised by Trust.

03/08/07 E Monson         .10  Call L. Schwartzer regarding response to
                               Hokey letter.

03/08/07 E Monson         .30  Discussion with M. Stone regarding interview
                               process.

03/08/07 E Monson         .40  Discussion with A. W. Jarvis and S. Smith
                               regarding transition issues.

03/08/07 E Monson         .40  Review lengthy e-mail from A. W. Jarvis
                               regarding transition issues and replies from
                               RQN team.

03/08/07 S Strong         .80  Outline regarding remaining transition issues
                               to address (0.4); review services to be
                               performed for post-effective date debtor
                               entities (0.1); review plan implementation
                               motions and orders (0.2); analysis regarding
                               resolution of BMC allocation issue (0.1).

03/08/07 S Strong         .30  Review email from S. Smith with spreadsheet
                               of proposed distributions of funds on
                               effective date (0.2); email to S. Smith
                               regarding same (0.1).

03/08/07 C Hurst          .50  Brief review and download of docket for
                               upcoming dates for calendar.

03/09/07 E Monson         .20  Review regarding information on DMC issues and
                               send replies.

Client No. 34585                                              Page:    7
Debtor USA Commercial Mortgage Co., et al.                   April 10, 2007


03/09/07 S Strong        1.00 Review and analysis of issues concerning
                              allocation of BMC invoices (0.7); review plan
                              implementation motion and order addressing
                              resolution of inter-debtor disputes concerning
                              BMC invoices (0.3).

03/09/07 S Strong         .40 Review and edit draft of memorandum from A.
                              W. Jarvis to R. Charles concerning
                              post-effective date issues and coordination
                              (.4).

03/12/07 S Cummings       .10 Discussion with M. Violet regarding Hilco
                              appraisal request.

03/12/07 S Cummings       .20 Correspondence with M. Violet regarding Hilco
                              appraisal requests.

03/12/07 S Cummings      1.50 Continued processing of Hilco appraisal
                              requests.

03/12/07 D Monson         .40 Work on Pending Litigation Notice to Compass
                              (0.3); review draft letter to Compass on
                              Pending Litigation Notice (0.1).

03/12/07 S Strong         .60 Review emails from committees counsel and A.
                              W. Jarvis regarding issues concerning
                              proposed order for continued employment of
                              debtors professionals (0.1); review motion
                              filed in Jan. 2006 regarding same and prior
                              employment orders (0.3); exchange emails with
                              J. McPherson regarding revised language for
                              proposed order regarding same (0.2).

03/12/07 S Strong         .30 Review and revise chart from M. W. Pugsley
                              regarding post-effective-date entities and
                              attorney/client privileges (0.2); email to M.
                              W. Pugsley regarding same (0.1).

03/12/07 C Hurst         1.90 Download updated docket; update tickler
                              calendar and organize documents.


TOTAL FOR LEGAL SERVICES RENDERED                            $10,694.50

*"Exhibit N-2"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.   April 10, 2007
Thomas J. Allison 4484 South Pecos Road    Invoice No. 360298
Las Vegas, NV  89121

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/07 | E Monson | .60 | Preparations for telephonic hearing and review Nevada pre-judgment writ statute on bonds. |
| 03/02/07 | E Monson | 1.70 | Participate in hearing on Investors VI on HMA. |
| 03/02/07 | E Monson | .90 | Conversation with J. McPherson and A. W. Jarvis regarding events at hearing. |
| 03/02/07 | E Monson | .90 | Analysis regarding issues raised by court at hearing and review e-mails regarding course of action. |
| 03/02/07 | E Monson | .10 | Review memo from J. McPherson regarding Dec. 7th hearing. |
| 03/02/07 | E Monson | .20 | Review letter from K. Kopf and forward to UCC and DTDFC. |
| 03/02/07 | E Monson | .90 | Discussions with P. Bruggemans, G. LaForge and G. Brennan regarding HMA litigation and send e-mail to UCC and DTDFC regarding same and review e-mails from Schwartzer & McPherson. |
| 03/02/07 | E Monson | .40 | Follow up on Reale tracing and e-mails back and forth with L. Buck regarding same. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/02/07 E Monson          .10 Review e-mail from D. Belt regarding additional
                               information to request from Wells Fargo.

03/05/07 E Monson          .70 Review several e-mails regarding HMA
                               depositions and send replies.

03/05/07 E Monson          .20 Discussion with D. Gerrard regarding
                               depositions.

03/05/07 E Monson          .40 Review amended deposition notices and
                               circulate.

03/05/07 E Monson          .60 Review disc from L. Bauck regarding tracing
                               information and forward to UCC and DTDFC and
                               review e-mail replies.

03/05/07 E Monson          .10 Follow-up e-mail to Schwartzer's office
                               regarding interrogatory responses and requests
                               for admission.

03/05/07 E Monson          .30 Draft e-mail regarding missing information from
                               Reale document production and discuss with D.
                               Gerrard and review reply e-mail and attachment
                               from D. Gerrard.

03/05/07 E Monson          .20 Follow-up regarding HMA depositions.

03/05/07 E Monson          .20 Review e-mail from S. Don regarding whether
                               there have been documents produced from
                               USAREG, Hantges and Milanowski and send reply.

03/05/07 E Monson          .20 Review answers to complaint from A. Abolafia.

03/05/07 E Monson          .10 Call C. Larsen to discuss HMA issues.

03/05/07 E Monson          .40 Follow up on additional documents needed from
                               Wells Fargo and review e-mails regarding same.

03/05/07 E Monson          .20 Review e-mail from C. Larsen regarding HMA
                               discovery and send reply.

03/05/07 E Monson          .30 E-mail correspondence from J. Hermann regarding
                               depositions of J. Milanowski, J. Hantges and
                               Investors VI.

03/05/07 S Strong          .10 Evaluation of Tanamera transaction proposed by
                               IP (.1).

Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.              April 10, 2007


03/05/07 S Tingey        .70 Review bankruptcy information regarding
                             Wyndham Mills and HFA Asylum loan (0.5); memo
                             to A. W. Jarvis regarding same (0.2).

03/05/07 S Tingey       2.90 Review information regarding Huntsville (0.2);
                             communicate with T. Lomazow regarding
                             Huntsville (0.2); letter to attorney for
                             Huntsville 1st lienholder (1.3); telephone
                             conference with M. Duncan, attorney for first
                             lienholder (0.2); telephone conference with M.
                             Anglin (0.2); communicate with attorney for
                             Diversified (0.2); review plan and stay issues
                             raised by first lienholder (0.8).

03/06/07 E Monson       1.80 Conference call with counsel for DTDFC, T.
                             Allison, A. W. Jarvis, to discuss HMA and
                             Investors VI issues.

03/06/07 E Monson        .20 Work on drafting declaration to provide
                             foundation for documents to be introduced at
                             trial in Investors VI case.

03/06/07 E Monson        .50 Conference with J. Hermann and C. Harrick
                             regarding issues relative to upcoming trial
                             in Investors VI.

03/06/07 E Monson       1.30 Review file and put together documents in
                             connection with Investors VI trial.

03/06/07 E Monson        .40 Discussion with P. Cheng regarding Investors
                             VI documents and review e-mail from P. Cheng
                             and attachments.

03/06/07 E Monson        .20 Send copy of T. Allison documents to C.
                             Harrick.

03/06/07 E Monson        .30 Locate and send pleadings on motion to
                             dismiss to counsel for DTDFC.

03/06/07 E Monson        .30 Review e-mails from J. Hermann regarding HMA
                             litigation and deposition schedule.

03/06/07 E Monson        .50 Discussions with P. Cheng and L. Bouck
                             regarding tracing issues and review e-mail
                             and information from P. Cheng regarding same.

03/06/07 E Monson        .10 Review e-mail from D. Belt.

Client No. 34585                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/06/07 E Monson         .30 Review deposition notices in HMA and review
                              objection to Abolofia deposition.

03/06/07 E Monson         .20 Review e-mail from J. Hermann regarding Fogg
                              documents.

03/06/07 E Monson         .10 Review e-mail from L. Harrick regarding
                              Sheraton documents.

03/06/07 E Monson         .20 Review e-mails from E. Madden regarding name
                              of appraiser and tracing information.

03/06/07 E Monson         .20 Review motion for relief filed by AICCO in
                              Tree Moss case.

03/07/07 E Monson         .20 Review answer to involuntary petition and
                              creditor list in Investors VI.

03/07/07 E Monson         .70 Review general e-mails from J. Hermann
                              regarding issues relating to Investors VI
                              involuntary case and send replies.

03/07/07 E Monson         .30 Review e-mail from A. W. Jarvis and discuss
                              timing of trial and conference call to T.
                              Allison.

03/07/07 E Monson        1.40 Review documents that may be relevant to
                              Investors VI trial and additional documents
                              received from P. Cheng.

03/07/07 E Monson         .60 Discussion with P. Chang regarding documents.

03/07/07 E Monson         .30 Review e-mails on document dispute in
                              preparation for status conference with court.

03/07/07 E Monson         .20 Discussion with J. Hermann regarding
                              Investors VI.

03/07/07 E Monson         .10 Draft e-mail to P. Hunt regarding custodian
                              of records declaration.

03/07/07 E Monson         .20 Brief review of hearing transcript of March
                              2nd hearing on Investors VI.

03/07/07 E Monson         .20 Draft e-mail and call H. Stone regarding
                              tomorrow's meeting.

Client No. 34585                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/07/07 E Monson        .10 Review e-mail from A. W. Jarvis regarding
                             same.

03/07/07 E Monson        .20 Draft e-mails to E. Madden and T. Allison
                             regarding name of appraisal firm used by
                             USACM.

03/07/07 E Monson        .10 Review reply from T. Allison.

03/07/07 E Monson        .10 Draft e-mail to J. Reed regarding DTDF
                             correspondence.

03/07/07 E Monson        .20 Draft e-mail to S. Smith regarding Del Bunch
                             document requests.

03/07/07 E Monson        .20 Review reply and send response.

03/07/07 E Monson        .50 Review regarding issues relative to IP $58
                             million note and review e-mails regarding same.

03/07/07 E Monson        .80 Work on binder and timeline in connection
                             with HMA litigation.

03/07/07 E Monson        .20 Discussions with C. Hurst regarding bate
                             stamping additional records of Mt. Vista and
                             10-90 to produce to S. Reale.

03/07/07 E Monson        .20 Review and revise letter to D. Gerrard and
                             further discussion with C. Hurst regarding
                             production.

03/07/07 E Monson        .60 Review e-mails from L. Schwartzer regarding
                             requests for admission to Reale and send
                             replies and forward to counsel for the UCC
                             and DTDF and review replies and send reply
                             e-mails.

03/07/07 E Monson        .30 Discussion with A. Hosey regarding follow up
                             on Wells Fargo document subpoena and send
                             follow up e-mail regarding same.

03/07/07 E Monson        .20 Further discussion with A. Hosey regarding
                             WElls Fargo subpoena and review e-mail
                             regarding same.

03/07/07 E Monson        .10 Send reply e-mail to D. Belt regarding Wells
                             Fargo documents.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/07/07 E Monson      .30 Review and circulate 2nd part of Reale
                           tracing documents to UCC and DTDFC.

03/07/07 E Monson      .10 Send e-mail to P. Chang regarding additional
                           checks produced by Reale.

03/07/07 E Monson      .10 Send e-mail to D. Gerrard regarding possible
                           missing checks in Reale production.

03/07/07 E Monson      .40 Draft e-mail to J. McPherson regarding
                           declaration to support prejudgment writ
                           motion.

03/07/07 S Strong      .70 Confer with A. W. Jarvis regarding letter from
                           HFA/Colt regarding proposed payoff (0.1);
                           prepare draft of "Supplement" to Colt loan
                           payoff motion to submit letter to court (0.4);
                           telephone conferences with A. W. Jarvis and A.
                           Hosey regarding filing same (0.2).

03/08/07 E Monson      .20 Get copies of documents produced to D.
                           Gerrard circulated to counsel for the UCC and
                           DTDFC.

03/08/07 E Monson      .10 Draft e-mail to R. Walker regarding documents.

03/08/07 E Monson     4.60 Work on timeline on putting together documents
                           for T. Allison declaration.

03/08/07 E Monson      .50 Follow up on cost of shipping Sheraton
                           documents and send e-mail to C. Harrick
                           regarding same and send reply to facilitate
                           shipping thereof.

03/08/07 S Tingey      .30 Communicate with L. Weese and S. Smith
                           regarding Sheraton garnishment.

03/09/07 E Monson      .90 Review draft of brief prepared by the DTDFC
                           in opposition to motion to dismiss and send
                           comments to C. Larsen.

03/09/07 E Monson      .30 Review e-mail regarding filing of opposition
                           brief as well as e-mails regarding opposition
                           pleadings filed by defendants in the HMA case.

03/09/07 S Strong      .40 Locate and review documents for A. W. Jarvis
                           to assist in preparation of T. Allison for
                           deposition in HMA Sales litigation (.4).

Client No. 34585                                        Page:    7
Debtor USA Commercial Mortgage Co., et al.              April 10, 2007


03/11/07 S Strong          1.10 Exchange emails with A. W. Jarvis regarding
                                additional documents and information needed
                                to assist T. Allison with preparations for
                                his deposition in HMA Sales litigation (0.2);
                                locate and review additional documents and
                                information and send via email to A. W.
                                Jarvis (0.9).

03/12/07 K Glade            .50 E-mail to A. Jarvis regarding 10-90 Inc.
                                documentation and dates (0.5).

03/12/07 E Monson          .30 Review e-mails from A. W. Jarvis regarding T.
                                Allison deposition and send replies.

03/12/07 S Strong          .90 Exchange emails with A. W. Jarvis regarding
                                information and assistance needed in preparing
                                to defend deposition of T. Allison in HMA Sales
                                litigation (0.2); review and send relevant
                                information to A. W. Jarvis regarding same
                                (0.5); telephone conference with A. W. Jarvis
                                regarding T. Allison deposition (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                          $10,833.00