*"Exhibit N-3"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360299

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

| | | | |
|---|---|---|---|
| 03/01/07 | K Glade | .10 | E-mail to T. Lomazow regarding HFA counsel (0.1). |
| 03/01/07 | D Monson | .30 | Review and respond to e-mail from J. Reed on resolving Compass objections to loan amounts for six loans in Compass Escrow Agreement (0.1); forward to J. Reed prior e-mails on resolving Compass objections to loan amounts for six loans under Compass Escrow Agreement (0.2). |
| 03/02/07 | A Jarvis | .20 | Review correspondence from DACA to Compass and correspondence with client regarding same. |
| 03/02/07 | A Jarvis | .20 | Review Compass offer on servicing rights of Placer Vineyard. |
| 03/02/07 | A Jarvis | .40 | Correspondence on Compass offer on servicing rights of Placer Vineyard. |
| 03/02/07 | D Monson | .90 | Review and respond to J. Reed e-mail on Estoppel Certificates for verification of balances for six loans challenged by Compass (0.2); review Estoppel Certificates for any verification of balances of six loans |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   April 10, 2007


                          challenged by Compass (0.3); phone call from
                          J. Reed on escrow reconciliation for six
                          loans challenged by Compass (0.1);
                          review e-mails from J. Reed on loan
                          reconciliations for six loans and challenged
                          by Compass (0.3).

03/02/07 D Monson    .20  Review S. Tingey e-mail on transfer of
                          litigation notice to Compass under the
                          Confirmed Plan (0.2).

03/02/07 E Monson    .50  Discussion with B. Koe regarding Placer
                          Vineyards servicing rights.

03/02/07 E Monson    .10  Review e-mail from A. W. Jarvis regarding
                          sale of servicing rights.

03/02/07 E Monson    .10  Send e-mail to B. Koe.

03/02/07 S Tingey   1.90  Review status of various pending cases (1.2);
                          revise memo to A. W. Jarvis regarding pending
                          litigation (0.7).

03/03/07 A Jarvis    .10  Correspondence on notice of litigation to
                          Compass.

03/05/07 A Jarvis    .20  Correspondence on Placer Vineyards offer.

03/05/07 A Jarvis    .30  Telephone conference with R. Charles
                          regarding Placer Vineyards.

03/05/07 A Jarvis    .40  Telephone conference with T. Allison
                          regarding Placer Vineyards, Colt.

03/05/07 A Jarvis    .30  Telephone conference with T. Lomazow and D.
                          M. Monson regarding Placer Vineyards offer.

03/05/07 A Jarvis    .20  Correspondence with Compass on Placer
                          Vineyards.

03/05/07 A Jarvis    .20  Correspondence on stipulation to delay
                          transfer to Placer Vineyards.

03/05/07 A Jarvis    .20  Analysis regarding stipulation to delay
                          transfer on Placer Vineyards.

03/05/07 A Jarvis    .40  Correspondence with committees and Compass
                          regarding offer on Placer Vineyards.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007

03/05/07 A Jarvis          .90  Review pleadings on Placer Vineyard proposed
                                sale.

03/05/07 A Jarvis         1.10  Prepare litigation notice for Compass on
                                effective date.

03/05/07 D Monson         5.40  Rreview Placer Vineyard Loan documents (1.2);
                                draft Motion to Sell Placer Vineyard Loan
                                Servicing Rights to Compass and Declaration of
                                Tom Allison in Support (1.6); draft Stipulation
                                and Order to not transfer Placer Vineyard Loans
                                to USACM Trust, and circulate for comments
                                (2.0); phone call from T. Lomazow on Placer
                                Vineyard Loans Stipulation and Order (0.1);
                                conference with T. Lomazow and A. Jarvis on
                                Placer Vineyard Loans Servicing Rights (0.3);
                                review T. Lomazow e-mail on Compass offer on
                                Placer Vineyard Loans (0.2).

03/05/07 D Monson          .10  Review e-mails from A. Jarvis, T. Allison and
                                S. Tingey on HFA Asylum Loan issues and
                                Compass servicing issues (0.1).

03/05/07 D Monson          .20  Review Order on Dayco Motion for Relief from
                                Stay for Southern California 2nd Loan and
                                forward to Compass (0.2).

03/05/07 S Strong         1.10  Telephone conference with R. Koe and J. Reed
                                regarding servicing of Placer Vineyards loans
                                (0.4); analysis of relevant provisions of APA,
                                Plan, Confirmation Order and Plan
                                Implementation Order regarding same (0.7).

03/06/07 A Jarvis          .40  Correspondence on Placer Vineyards motion to
                                sell servicing rights.

03/06/07 A Jarvis          .30  Correspondence on consents to Placer
                                Vineyards motion.

03/06/07 D Monson         4.90  Multiple revisions to drafts of Placer
                                Vineyards Loan Motion and Declaration of Tom
                                Allison (1.5); phone call from T. Lomazow on
                                Placer Vineyards Loan Motion (0.2); e-mail to
                                A. Landis on Placer Vineyards Loan Motion
                                (0.1); review e-mails from E. Karasik, R.
                                Charles and A. Jarvis on Placer Vineyards Loan
                                Motion (0.4); revisions to Placer Vineyards
                                Loans Stipulation and Order, and circulate
                                revisions for approval (2.2); review and

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007

|            |           |      | respond to e-mails from E. Karasik and T. Lomazow on Placer Vineyards Stipulation and Order (0.3); e-mails to L. Dorsey on schedule for filing Placer Vineyards Stipulation and Order (0.2). |
|------------|-----------|------|---|
| 03/06/07   | D Monson  | .20  | Phone call from T. Lomazow on Loan Servicing Agreements and Copper Sage Direct Lender lawsuit (0.2). |
| 03/06/07   | D Monson  | .10  | Review A. Jarvis e-mail on transition of litigation to Compass pursuant to Confirmed Plan (0.1). |
| 03/06/07   | S Strong  | .30  | Review draft of proposed stipulation regarding postponing transfer of Placer Vineyards servicing (0.3). |
| 03/06/07   | S Tingey  | .30  | Review pending litigation issues and communication with committees and Compass regarding same. |
| 03/07/07   | K Glade   | .30  | E-mails from A. jarvis and D. Monson regarding Placer Vineyard (0.3). |
| 03/07/07   | A Jarvis  | .20  | Correspondence on filing of Placer Vineyards motion. |
| 03/07/07   | A Jarvis  | .40  | Telephone conference with R. Koe and T. Allison regarding Placer Vineyards, Colt Gateway. |
| 03/07/07   | A Jarvis  | .20  | Correspondence on Motion for delay of transfer of Placer Vineyards. |
| 03/07/07   | A Jarvis  | .80  | Correspondence and revisions to Placer Vineyards motion. |
| 03/07/07   | A Jarvis  | .30  | Correspondence with Committees on revisions to Placer Vineyards motion. |
| 03/07/07   | D Monson  | 2.70 | Review R. Charles and A. Landis e-mails on Placer Vineyards Stipulation and Order (0.2); multiple revisions to Placer Vineyards Stipulation and Order and multiple circulations for approvals (1.8); review e-mails on |

Client No. 34585                                                Page:    5
Debtor USA Commercial Mortgage Co., et al.                      April 10, 2007

 

 

                            approvals of Placer Vineyards Stipulation and
Order (0.3); review of Placer Vineyards Motion
on Sale of Servicing Rights and Declaration of
Tom Allison (0.2); review and respond to M.
Levinson e-mails on Placer Vineyards
Stipulation and Order (0.2).

| | | |
|---|---|---|
| 03/07/07 D Monson | 1.40 | Review and respond to e-mails from E. Karasik on conference call on discussion of six loans for the FTDF Assets Escrow Account (0.2); conference call with E. Karasik, D. Cica, and A. Jarvis on discussion of six loans in the FTDF Assets Escrow Account (0.7); review documents relating to alleged misstatements of loan balances for six loans in FTDF Assets Escrow Account (0.5). |
| 03/07/07 D Monson | .10 | Phone call from T. Lomazow on Brookmere/Matteson Loan and Botaba Realty litigation issues (0.1). |
| 03/08/07 A Jarvis | .20 | Correspondence on Placer Vineyards motion. |
| 03/08/07 A Jarvis | .20 | Correspondence on preparation of litigation list for Compass on effective date. |
| 03/08/07 D Monson | 2.30 | Review e-mail from A. Jarvis on Placer Vineyards Stipulation and Order (0.2); review e-mails on authorizations from Committee attorneys and Compass for Placer Vineyards Stipulation and Order (0.4); work on Placer Vineyards Motion and Declaration of T. Allison in Support (1.0); e-mail to L. Dorsey, S. Smith and T. Allison on signing and filing of Placer Vineyards Motion and Declaration in Support (0.2); phone call to S. Smith on Placer Vineyards Motion and Declaration of T. Allison in Support (0.2); review and respond to e-mail from L. Dorsey on Order Shortening Time for Placer Vineyards Motion, and discuss with S. Strong (0.2); review e-mail from S. Smith on signed Declaration for Placer Vineyards Motion (0.1). |
| 03/08/07 D Monson | .20 | Request copy of final closing documents and FTDF Asset Escrow Agreement from S. Strong and forward to E. Karasik and D. Cica (0.2). |

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.              April 10, 2007


03/08/07 D Monson        1.00  Review Gramercy Loan and assignment documents
                               and e-mail to E. Karasik and D. Cica on FTDF
                               Interest in Gramercy loan (1.0).

03/08/07 D Monson        1.00  Review Shamrock Loan and Direct Lender
                               assignment documents and e-mail to E. Karasik
                               and D. Cica on FTDF Interest in Shamrock
                               Towers Loan (1.0).

03/08/07 D Monson         .60  Review Lake Helen Loan and Direct Lender
                               assignment documents and e-mails to E.
                               Karasik and D. Cica on FTDF Interest in Lake
                               Helen Loan (0.6).

03/08/07 D Monson         .50  Review Amesbury Direct Lender assignment
                               documents and e-mails to E. Karasik and D.
                               Cica on FTDF Interest in Amesbury/Hatters
                               Point Loan (0.5).

03/08/07 D Monson         .50  Review Brookmere/Matteson Direct Lender
                               assignment documents and e-mail to E. Karasik
                               and D. Cica on FTDF Interest in
                               Brookmere/Matteson Loan (0.5).

03/08/07 S Strong        1.30  Review email from A. W. Jarvis regarding status
                               of stipulation regarding proposed sale by USACM
                               of Placer Vineyard servicing assets (0.2);
                               review various comments and responses by
                               committees counsel regarding same (0.3);
                               emails to stipulation parties regarding final
                               approval needed of stipulation (0.2); telephone
                               conference with T. Lomazow regarding same
                               (0.1); review final approvals received and
                               forward same to local counsel with stipulation
                               for submission to court (0.2); telephone
                               conference with J. McPherson regarding same
                               (0.1); exchange emails with L. Dorsey regarding
                               same (0.1); email to A. W. Jarvis regarding
                               same (0.1).

03/08/07 S Strong         .60  Review regarding status of proposed Section 363
                               motion regarding USACMs proposed sale of
                               Placer Vineyard servicing assets (0.1); review
                               and edit drafts of motion and declaration
                               regarding same (0.5).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/08/07 S Strong          .20 Review regarding basis for OSC on 363 motion
                               regarding Placer Vineyards assets (0.1);
                               exchange emails with A. W. Jarvis and D. M.
                               Monson regarding same (0.1).

03/09/07 A Jarvis          .30 Correspondence on Placer Vineyards motion.

03/09/07 D Monson          .40 Review e-mails from L. Dorsey, L. Schwartzer,
                               A. Jarvis and S. Stone on filing of Placer
                               Vineyards Stipulation and Order and Placer
                               Vineyards Motion, and schedule for hearing on
                               Placer Vineyards Motion (0.4).

03/09/07 E Monson          .20 Review e-mails on Placer Vineyards motion and
                               issues related thereto.

03/09/07 S Strong          .90 Exchange emails with L. Schwartzer and L.
                               Dorsey regarding service of Placer Vineyards
                               stipulation on direct lenders (0.1); review
                               Placer Vineyards stipulation and order entered
                               by court, and related Section 363 sale motion
                               and notice of hearing (0.3); exchange emails
                               with J. McPherson regarding same (0.2);
                               telephone conference with J. McPherson
                               regarding Placer stipulation and related motion
                               and hearings and revised notice needed for same
                               (0.3).

03/10/07 A Jarvis          .10 Correspondence on notice of litigation to
                               Compass.

03/12/07 A Jarvis          .20 Telephone conference with B. Koe regarding
                               Colt Gateway.

03/12/07 A Jarvis          .10 Correspondence regarding Colt Gateway
                               negotiations.

03/12/07 A Jarvis          .10 Correspondence with T. Lomazow regarding
                               Placer Vineyards hearing.

03/12/07 D Monson          .20 Review and respond to e-mail from R. Charles
                               on executed copies of Compass escrow
                               agreements (0.2).

03/12/07 D Monson          .10 Phone calls from T. Lomazow on status of
                               Effective Date of Confirmed Plan (0.1).

Client No. 34585                                          Page:     8
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007

03/12/07 D Monson        .50  E-mails to E. Karasik and D. Cica on documents
                              for Shamrock Towers Loan, Lake Helen Loan, and
                              Amesbury Loan, and Escrow Agreement issues
                              (0.5).

03/12/07 D Monson        .80  Phone calls from T. Lomazow on status of Placer
                              Vineyards motion and hearing schedule (0.4);
                              review J. McPherson e-mail on Placer Vineyards
                              motion and e-mail from Commercial Funding, LLC
                              on interest in bidding on Placer Vineyards
                              assets (0.2); e-mail to T. Lomazow on Placer
                              Vineyards Loan issues (0.2).

03/12/07 S Tingey       1.20  Review regarding litigation issues and
                              transition to Compass (0.6); letter to T.
                              Lomazow regarding pending litigation (0.6).

03/12/07 E Toscano       .20  Continue making calls and emails to track
                              down a contact person at the title company
                              for the Fiesta Stoneridge title update in
                              connection with the IP litigation.


TOTAL FOR LEGAL SERVICES RENDERED                          $12,940.00

*"Exhibit N-4"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360300

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 03/01/07 | K Glade | 1.20 | Telephone call with Chicago Title counsel regarding Fox Hills 216 (0.2), and regarding Eagle Meadows Development (0.2); collect information regarding Fox Hills 216 (0.4), and Eagle Meadows Development (0.4) to provide to Compass. |
| 03/01/07 | A Jarvis | .30 | Correspondence on Colt loan. |
| 03/01/07 | D Monson | .10 | Conference with S. Strong on status of Colt Gateway Loans and Motion to Approve Payoffs (0.1). |
| 03/01/07 | D Monson | .10 | Review e-mail from C. Hurst on request for copies of appraisals from Direct Lenders (0.1). |
| 03/01/07 | D Monson | .10 | Review Order on Motion to Withdraw Reference for Standard Property Adversary Proceeding (0.1). |
| 03/01/07 | D Monson | .10 | Phone call from title company (Alliance Title) on Deed of Reconveyance for Franklin-Stratford Loan (0.1). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007

03/01/07 S Tingey          1.40  Review plan regarding obligations of
                                 Purchaser for Pending Litigation (0.9); memo
                                 to A. W. Jarvis regarding same (0.5).

03/01/07 S Tingey           .30  Telephone conference with T. Lomazow of Weil
                                 regarding HFA/Asylum loan (0.3).

03/02/07 A Jarvis           .30  Correspondence with C. Scully regarding
                                 motion to approve payoff on Colt Gateway.

03/02/07 D Monson           .30  Phone call to S. Bodines office on
                                 Substitution of Trustee form, locate M. Stone
                                 e-mail verifying that form was forwarded to
                                 S. Bodine, and e-mail to S. Bodine
                                 (Franklin/Stratford Loan) (0.3).

03/02/07 D Monson           .80  E-mail to A. Jarvis and S. Strong on Colt
                                 Gateway motion and status, review A. Jarvis
                                 response, and further e-mail to A. Jarvis on
                                 Colt Gateway and Diversified issues (0.6);
                                 review e-mail from A. Jarvis on additional
                                 Colt Gateway motion issues (0.2).

03/05/07 K Glade           1.80  Prepare background e-mail with attachments
                                 for Compass regarding Fox Hills 216 (0.9),
                                 and Eagle Meadows Development (0.9).

03/05/07 K Glade           1.20  Prepare background e-mail with attachments
                                 for Compass regarding Brookmere Loan (1.2).

03/05/07 A Jarvis           .20  Telephone calls to C. Scully regarding Colt
                                 payoff.

03/05/07 A Jarvis           .10  Correspondence on Huntsville loan.

03/05/07 D Monson           .10  Review e-mail from A. Jarvis to C. Scully on
                                 Colt Gateway motion (0.1).

03/05/07 S Strong           .30  Telephone conference with lawyer M. Taylor
                                 regarding his questions concerning timing of
                                 Plan Effective Date (0.3).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/05/07 S Strong        .90 Review email from R. Charles regarding
                             threatened foreclosure by WULA successor,
                             Cross Development, regarding Huntsville loan
                             (0.1); confer with S. C. Tingey regarding
                             same (0.2); email to R. Charles regarding
                             same (0.1); review proposed letter from S. C.
                             Tingey to Cross Development regarding same
                             (0.2); further discussions with S. C. Tingey
                             regarding same (0.2); exchange emails with M.
                             Levinson regarding same (0.1).

03/06/07 K Glade         .40 Review correspondence regarding Botaba
                             litigation (Brookmere) loan (0.3); telephone
                             conference with T. Lomazow (0.1).

03/06/07 A Jarvis        .50 Further revisions and correspondence
                             regarding payoff letter on Colt Gateway.

03/06/07 D Monson        .20 Review A. Jarvis e-mail and revised letter on
                             Colt Gateway Loans payoff (0.2).

03/07/07 K Glade         .20 E-mail from L. Schwartzer regarding Brookmere
                             lien litigation and correspondence that he
                             sent (0.2).

03/07/07 A Jarvis        .20 Correspondence with J. Bart regarding Colt
                             Gateway negotiations.

03/07/07 D Monson        .30 Review J. Herman and A. Jarvis e-mails on
                             revisions to Colt Gateway loans payoff letter
                             (0.2); analysis of filing Supplement to Colt
                             Gateway Motion for Colt Gateway Loans payoff
                             letter (0.1).

03/08/07 K Glade         .80 Telephone call with T. Lomazow regarding
                             Brookmere lien litigation (0.3); e-mail to T.
                             Lomazow regarding correspondence with Stewart
                             Title regarding Brookmere lien litigation
                             (0.3); e-mail from T. Lomazow to Stewart
                             Title (0.2).

03/08/07 K Glade         .20 E-mail regarding status of Gateway Stone
                             (0.2).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/09/07 M Pugsley        3.60  Telephone conference with T. Homes regarding
                                alleged forgery (.5); review documents
                                regarding same (1.2); correspondence with Team
                                regarding how to handle (.5); draft response
                                (.6); analysis regarding meeting with Diamond
                                in Las Vegas (.3); make travel plans (.5).

03/09/07 S Strong          .90  Review email from S. Smith USACM collection
                                account (0.1); research Nevada statutes and
                                regulations regarding same (0.7); exchange
                                emails with S. Smith and A. W. Jarvis
                                regarding same (0.1).

03/09/07 S Strong          .30  Exchange emails with M. W. Pugsley and A. W.
                                Jarvis regarding alleged forgery of LSA
                                signature (0.2); telephone conference with M.
                                W. Pugsley regarding same (0.1).

03/12/07 K Glade           .60  E-mail to S. Strong regarding Hasley Canyon
                                letter agreement with related research (0.4);
                                e-mail to S. Strong regarding Hasley Canyon
                                payoff statement (0.2).

03/12/07 K Glade           .70  Review litigation report generated by S. Tingey
                                (0.7).

03/12/07 S Strong          .30  Review request by R. Charles for information
                                regarding Hasley Canyon loan payoff and
                                exchange emails with K. G. Glade regarding same
                                (0.2); forward information to R. Charles
                                regarding same (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                              $5,440.00

"*Exhibit N-5*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360301

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00005**

**Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 03/01/07 | S Cummings | 1.00 | Preparation of Objection to Schedule E. |
| 03/01/07 | S Cummings | 1.90 | Preparation of objection to Schedule F. |
| 03/01/07 | S Cummings | 1.50 | Review and revision of exhibits for objection to Schedule F. |
| 03/01/07 | S Cummings | .50 | Discussion with E. Wooley regarding exhibits for objection to Schedule F. |
| 03/01/07 | S Cummings | .30 | Discussion with J. Miller regarding Schedule F objection. |
| 03/01/07 | S Cummings | .50 | Analyze Schedule E objection issues. |
| 03/01/07 | S Cummings | .80 | Review of possible claim objection forms. |
| 03/01/07 | S Cummings | .30 | Correspondence with S. Smith regarding accuracy of revised unremitted principal amounts. |
| 03/01/07 | S Cummings | .40 | Analysis of effect of scheduled claims issues. |
| 03/01/07 | P Hunt | .20 | Analysis regarding claim procedure issues (.2). |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/01/07 B Kotter      2.00 Phone call with J. Miller at BMC regarding
                            noticing issues and deadlines for claim
                            objections (.2); analysis regarding schedule
                            amendments/objections (.2); phone call with J.
                            Miller regarding objections (.6); follow-up on
                            Exhibit A issues (.2); analysis of due process
                            concerns (.8).

03/01/07 S Strong       .30 Review emails from L. Schwartzer, S. Freeman
                            and R. Charles regarding claims objections
                            deadlines in relation to Effective Date and
                            review related Plan provisions (.3).

03/01/07 S Strong      1.40 Work on omnibus objections to secured, priority
                            and misfiled claims (0.4); exchange emails with
                            A. Hosey regarding courts views on omnibus
                            objections and related notices, and possible
                            new objections needed to prior scheduled
                            amounts for Unremitted Principal (0.4);
                            telephone conference with P. Hunt regarding
                            courts further instructions and hearing today
                            regarding omnibus objection procedures (0.2);
                            telephone conference with A. Hosey regarding
                            same (0.2); work on objections (0.2).

03/01/07 S Strong       .60 Review and finalize objections to PBGC claims
                            and transmit same to local counsel for filing
                            (.6).

03/01/07 C Hurst       2.50 Revise claim objection form and work on Excel
                            document formatting to individualize exhibits.

03/02/07 S Cummings    1.20 Continued preparation of Schedule E objection.

03/02/07 S Cummings     .40 Continued preparation of Schedule F
                            objection.

03/02/07 S Cummings     .50 Analysis regarding claim objection issues.

03/02/07 S Cummings     .50 Correspondence with J. Miller regarding
                            exhibit for objection to Schedule F.

03/02/07 S Cummings     .30 Correspondence with local counsel regarding
                            objection to Schedule F.

03/02/07 S Cummings     .40 Objection analysis regarding investors owed
                            unremitted principal.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                April 10, 2007

03/02/07 A Jarvis        .30 Telephone conference with S. C. Strong
                             regarding claims objections, scheduled claims.

03/02/07 A Jarvis        .50 Conference call with client, UCC and USACM
                             Trustee regarding claims objections.

03/02/07 A Jarvis        .50 Analysis regarding claims objections, amendment
                             to schedule.

03/02/07 A Jarvis        .40 Analysis regarding amendments to schedules.

03/02/07 S Strong       2.10 Telephone conference with A. Hosey of local
                             counsels office regarding courts preferences
                             and issues, and local practices concerning,
                             omnibus objections and schedule amendments
                             (0.8); analyze Plan, Confirmation Order, and
                             Plan implementation motion regarding claims
                             objection issues in relation to Effective Date
                             (0.8); telephone conference with  R. Charles
                             and S. Smith regarding same (0.3); further
                             discussions with A. Hosey regarding omnibus
                             objection procedures and amendments to USACM
                             schedules (0.2).

03/02/07 S Strong       2.20 Analysis regarding schedule
                             objections/amendments issues concerning
                             Unremitted Principal claims, broker claims, and
                             other scheduled claims (0.5); telephone
                             conference with S. Smith regarding same (0.3);
                             telephone conference with J. Miller of BMC
                             regarding same (0.2); analyze issues concerning
                             USACM schedule amendments needed (0.5);
                             participate in conference call with R. Charles,
                             S. Freeman, G. Berman and S. Smith regarding
                             same (0.3); review of prior Schedules F, F-1
                             and E filed by USACM (0.4).

03/02/07 C Hurst        1.90 Work on formatting Excel spreadsheets of claims
                             for objection exhibits.

03/05/07 S Cummings     1.90 Continued preparation of claim objections.

03/05/07 S Cummings      .60 Continued preparation of exhibits for claim
                             objections.

03/05/07 S Cummings      .70 Analysis of lease rejection claims.

03/05/07 P Hunt          .20 Work on claims objection issues (.2).

Client No. 34585                                        Page:    4
Debtor USA Commercial Mortgage Co., et al.              April 10, 2007


03/05/07 S Strong          .20  Preparing smaller omnibus objections to secured
                                claims (.2).

03/05/07 S Strong          .10  Review stipulation regarding Standard
                                Property withdrawal of claim (.1).

03/05/07 S Strong         1.00  Review list from Mesirow of possible
                                rejection damage claims (0.2); review Plan
                                and related documents and issues concerning
                                rejection damage claims, deadlines for filing
                                same, and deadlines for objecting to same
                                (0.4); emails to Mesirow and S. A. Cummings
                                regarding same (0.2); exchange emails with R.
                                Charles regarding same (0.2).

03/05/07 C Hurst          4.90  Work on exhibits to multiple claim objections.

03/06/07 C Hurst          4.60  Further work on formatting and preparation of
                                multiple exhibits for claim objections to
                                alleged secured claims.

03/07/07 S Cummings        .20  Correspondence with A. Parlen regarding
                                declaration for FTDF objections.

03/07/07 S Cummings        .10  Preparation of declarations for FTDF
                                objections.

03/07/07 S Cummings        .80  Review of FTDF claim objections.

03/07/07 S Cummings       1.00  Preparation of declaration in support of FTDF
                                claim objections.

03/07/07 S Cummings        .20  Correspondence with S. Smith regarding
                                declaration for FTDF claim objections.

03/07/07 B Kotter          .20  Review of IRS claim objection.

03/07/07 S Strong         1.50  Review and revise USACM objection to IRS claims
                                (0.9); exchange emails with S. Smith regarding
                                same and make final edit to same (0.2);
                                circulate draft of same to R. Charles and S.
                                Freeman for review (0.1); review and revise
                                draft objection to IRS claims based on comments
                                of S. Freeman (0.2); email to local counsel
                                regarding filing of same (0.1).

03/07/07 C Hurst           .80  Continue work on preparation of Exhibits to
                                secured claim objections.

Client No. 34585                                                     Page:     5
Debtor USA Commercial Mortgage Co., et al.                          April 10, 2007

| | | | |
|---|---|---|---|
| 03/08/07 | S Cummings | .20 | Correspondence with L. Dorsey regarding claim objections. |
| 03/08/07 | S Cummings | .40 | Review and revision of declaration in support of FTDF claim objections. |
| 03/08/07 | S Cummings | .20 | Correspondence regarding revised declaration for FTDF claim objections. |
| 03/08/07 | S Cummings | .20 | Review of final declaration for FTDF claim objections. |
| 03/08/07 | S Cummings | .30 | Correspondence with local counsel regarding declaration for FTDF claim declarations. |
| 03/08/07 | S Cummings | .20 | Correspondence with A. Parlen regarding declaration for FTDF claim objections |
| 03/08/07 | C Hurst | 1.30 | Complete breakout of groups of claimants for further preparation of objections to claims asserting secured status. |
| 03/09/07 | A Jarvis | .10 | Correspondence on claims on investor regarding forgery. |
| 03/09/07 | S Strong | .90 | Review and analysis of issues concerning priority and secured claims against USACM, objections filed or to be filed thereto, and process for resolving objections (0.6); review plan implementation motion and order regarding same (0.3). |
| 03/12/07 | S Strong | .20 | Review motion to extend deadline for objecting to rejection damage claims and related issues (.2). |

TOTAL FOR LEGAL SERVICES RENDERED                                   $9,541.00

*"Exhibit N-6"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.           April 10, 2007
Thomas J. Allison 4484 South Pecos Road              Invoice No. 360302
Las Vegas, NV  89121

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

Matter No. 34585-00007

Fee / Employment Applications

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/01/07 | B Kotter | .60 | Allocation of fees among estates. |
| 03/05/07 | A Jarvis | .10 | Correspondence on fee application order. |
| 03/05/07 | B Kotter | 1.10 | Draft Third Stipulation and Order amending time periods to file final and interim fee applications (.8); review and respond to drafts circulated by committee counsel (.3). |
| 03/05/07 | B Kotter | 1.10 | Work on next fee application with corresponding monthly statement (2.2). |
| 03/05/07 | S Strong | .40 | Review new proposed stipulation from FTDF Committee regarding interim compensation and fee application procedures (0.3); review emails from UST and committees counsel regarding same (0.1). |
| 03/06/07 | A Jarvis | .10 | Correspondence with B. J. Kotter regarding preparation of fee statements. |
| 03/06/07 | B Kotter | .20 | Review final stipulation regarding fee applications. |
| 03/06/07 | B Kotter | 1.40 | Work on monthly statement and final fee application issues (2.8). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/06/07 S Strong          .40  Review emails from committees counsel and
                                UST regarding stipulation concerning final
                                fee applications (0.2); emails to local
                                counsel regarding approvals for filing same
                                (0.2).

03/07/07 B Kotter          .40  Work on monthly application (.8).

03/09/07 B Kotter         1.20  Respond to e-mail inquiry regarding January and
                                February monthly statements (.6); follow-up on
                                e-mail correspondence regarding same (.6).

03/10/07 B Kotter          .20  Receive, review and respond to e-mail inquiry
                                from Rob Charles regarding service of monthly
                                statements.

03/12/07 B Kotter         4.60  Preparation of January 2007 monthly
                                application (7.8); respond to e-mail from S.
                                Smith regarding payments to professionals
                                (.2); work on final fee application
                                preparations (.4).


TOTAL FOR LEGAL SERVICES RENDERED                         $2,516.00

"*Exhibit N-7*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360303

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

Matter No. 34585-00008

Fee / Employment Objections

| | | | |
|---|---|---|---|
| 03/01/07 B Kotter | 2.70 | Draft objection to Robert LePome's Fee Application. | |
| 03/02/07 S Strong | 1.30 | Review and revise draft of debtors objection to LePome substantial contribution fee application (1.2); email to local counsel regarding filing same (0.1). | |
| 03/08/07 S Strong | .10 | Review R. LePome reply in support of his fee application (1). | |

TOTAL FOR LEGAL SERVICES RENDERED                                   $952.50

"*Exhibit N-8*"

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360304

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

Matter No. 34585-00011

Litigation

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/01/07 | A Jarvis | 5.50 | Appear at hearings and argue opposition to motion to stay, 1142 motion, Colt motion. |
| 03/01/07 | E Monson | .20 | Call S. Coldrobel regarding interview with A. Stevens. |
| 03/01/07 | A Tsu | 2.90 | Reviewing documents for privilege. |
| 03/02/07 | A Jarvis | .20 | Correspondence on cooperation agreement with A. Stevens. |
| 03/02/07 | A Jarvis | .20 | Draft correspondence to R. Walker regarding requested examination of T. Allison. |
| 03/02/07 | E Monson | .30 | Discussion with S. Goldsobel regarding interview and e-mail A. W. Jarvis regarding same. |
| 03/02/07 | E Monson | .20 | E-mail A. W. Jarvis regarding interview on Thursday and review reply. |
| 03/02/07 | E Monson | .60 | Review documents from Hantges ex-wife. |
| 03/02/07 | C Hurst | 1.90 | Continue bates labeling Del Bunch documents; facilitate copying and transmit to Schwartzer & McPherson. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/05/07 A Jarvis        .10  Correspondence with L. Weese regarding
                              interview with Diamond McCarthy.

03/05/07 E Monson        .10  Analyze responses to D. Bunch document
                              requests.

03/05/07 E Monson        .10  Review e-mail from A. Hosey regarding
                              question on Bunch document production and
                              send reply.

03/05/07 E Monson        .30  Review responses from Bunch's attorney to
                              document requests and e-mail from L.
                              Schwartzer and send reply.

03/05/07 E Monson        .20  Review e-mail from L. Schwartzer and proposed
                              letter.

03/05/07 E Monson        .40  Review documents from T. Hantges' ex-wife and
                              send to E. Madden.

03/05/07 E Monson        .20  Review e-mail from E. Madden regarding
                              Hantges documents and employee list and send
                              reply.

03/05/07 E Monson        .40  Conference call with M. Stone, H. Stone, M.
                              Yoder and E. Molden.

03/05/07 E Monson        .50  Review regarding privilege issues and send
                              e-mail to E. Madden.

03/05/07 E Monson        .20  Review e-mail from E. Madden regarding
                              interview with A. Sperry and forward to A. W.
                              Jarvis.

03/05/07 E Monson        .20  Analyze privilege issues after effective date
                              and send e-mail to E. Madden.

03/06/07 A Jarvis        .40  Correspondence on privilege issues.

03/06/07 A Jarvis        .40  Further correspondence with Trust on
                              privilege issues.

03/06/07 A Jarvis        .20  Correspondence regarding preparation for
                              upcoming hearings.

03/06/07 E Monson        .20  Review e-mail from S. Freeman regarding Bunch
                              document production and send e-mail to L.
                              Schwartzer regarding same.

Client No. 34585                                            Page:    3
Debtor USA Commercial Mortgage Co., et al.                  April 10, 2007


03/06/07 E Monson      .10  Discussion with S. Freeman regarding Bunch
                            document production.

03/06/07 E Monson     1.30  Review numerous e-mails regarding privilege
                            concerns during transition period and analysis
                            regarding same.

03/06/07 E Monson      .20  Review 2004 exam notices of Wells Fargo,
                            Piercy Bouker and DeLoitte.

03/06/07 A Tsu        3.30  Reviewing documents for privilege.

03/07/07 A Tsu        1.30  Reviewing documents for privilege.

03/07/07 C Hurst      1.30  Office conference with E. A. Monson regarding
                            further HMA documents to be bates labeled and
                            produced; prepare bates labels; discuss with
                            contract paralegal; prepare letter
                            transmitting documents to D. Gerrard;
                            facilitate federal express delivery.

03/08/07 A Jarvis      .10  Analysis of issues related to interview with M.
                            Stone.

03/08/07 A Jarvis     3.40  Interviews with Diamond McCarthy, M. Stone
                            and L. Weese and meeting with USACM Trust
                            attorneys regarding litigation matters.

03/08/07 A Tsu        2.90  Reviewing documents for privilege.

03/08/07 A Tsu         .60  Review correspondence regarding BMC employment
                            application for motion to allocate BMC fees to
                            DTDF, FTDF, CRA and Securities.

03/09/07 A Jarvis      .10  Correspondence with M. Pugsley regarding
                            meeting with Diamond McCarthy.

03/09/07 A Jarvis      .10  Correspondence on Gateway Stone payoff.

03/09/07 E Monson      .20  Review e-mail from L. Schwartzer regarding D.
                            Bunch requests and send reply.

03/09/07 E Monson      .20  Discussion with L. Schwartzer regarding
                            responses to requests.

03/09/07 E Monson      .10  Review voice message from M. Pugsley
                            regarding document issues.

Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            April 10, 2007


03/09/07 A Tsu          2.00 Reviewing factual background information
                             regarding BMC application to employ BMC as
                             Debtors claims agent in preparation for
                             drafting motion for an order allocating pro
                             rata payment schedule for DTDF, FTDF, CRA and
                             Securities (2.0).

03/09/07 A Tsu          5.10 Reviewing emails, BMC bills and monthly
                             Operating Reports from April 2006-January 2007
                             to determine whether BMC fees had been itemized
                             in monthly operating reports (3.2); begin
                             drafting outline for same (1.9).

03/09/07 A Tsu          1.70 Legal research regarding equity of allocation
                             given agreements that are silent as to same
                             in preparation for drafting motion for an
                             order allocating pro rata payment schedule
                             for DTDF, FTDF, CRA and Securities (1.7).

03/12/07 E Monson        .40 Draft emails to A. Tsu and M. Pugsley
                             regarding follow up on D. Bunch request for
                             production of documents and review replies
                             and send further replies.

03/12/07 S Strong       1.70 Review regarding proposed letter to Compass
                             regarding transition of "Pending Litigation"
                             (0.5); further review and analysis of various
                             pending litigation matters and relevant
                             provisions of Plan and APA regarding same
                             (0.6); revise and edit proposed letter to
                             Compass regarding same (0.6).

03/12/07 A Tsu          2.70 Reviewing responses to First Request for
                             Production of Documents Served by Del and
                             Ernestine Bunch Upon USACM (.3); reviewing
                             discovery requests and meet and confer letter
                             (.5); begin reviewing electronic documents for
                             documents that Bunch letter deemed insufficient
                             (1.9).


TOTAL FOR LEGAL SERVICES RENDERED                          $11,254.00