*"Exhibit N-9"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road           April 10, 2007
Las Vegas, NV  89121                              Invoice No. 360305

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 03/01/07 | P Hunt | 6.00 | Attend bankruptcy court  hearing regarding stay motion/implementation (5.5); analysis of implementation of order issues (.5). |
| 03/01/07 | A Jarvis | .30 | Correspondence on appellate brief. |
| 03/01/07 | A Jarvis | .40 | Review regarding order on 1142 motion, effective date issues. |
| 03/01/07 | A Jarvis | .20 | Correspondence regarding order on 1142 motion. |
| 03/01/07 | B Kotter | .60 | Work on appellate briefing issues (.2); follow-up regarding appeal issues (.4). |
| 03/01/07 | E Monson | .30 | Draft e-mail to L. Schwartzer and J. McPherson regarding documents responsive to D. Bunch requests for production of documents and facilitate bate stamping of documents. |
| 03/01/07 | E Monson | .20 | Draft additional e-mail regarding motion to dismiss Bunch appeal and discussion with A. W. Jarvis and P. Hunt regarding same. |
| 03/01/07 | E Monson | .30 | Review numerous e-mails and declarations in support of motion for stay pending appeal. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007


03/01/07 S Strong      .40  Review appellees opening brief as filed in
                            appeal of confirmation order (0.4).

03/01/07 S Strong      .80  Review and analysis of new, late-filed
                            declarations of D. Cangelosi and various other
                            direct lenders in support of motion to stay
                            implementation of Plan (0.8).

03/01/07 S Strong     2.70  Review regarding courts ruling today on plan
                            implementation motion and proposed order needed
                            (0.3); review motion and Reserve Notices filed
                            in connection therewith (0.4); draft and revise
                            proposed order on second plan implementation
                            motion (1.9); email same to debtors and
                            committees counsel for review (0.1).

03/01/07 S Strong      .40  Review "Effective Date" timing issues and
                            provisions of plan implementation motion and
                            proposed order thereon regarding same (0.4).

03/01/07 S Strong      .70  Analysis of appellants standing and related
                            Rule 2019 issues (0.7).

03/01/07 B Wride      2.70  Follow up on filing of appellate brief (.3);
                            correspondence with counsel (.3); organize
                            materials for use at oral argument (2.1).

03/01/07 C Hurst       .20  Preparing case cite notebooks from appeal
                            briefs.

03/01/07 C Hurst       .80  Review documents for D. Bunch production; begin
                            bates labeling of same.

03/01/07 L Okerlund   1.30  Check docket and documents regarding status
                            of hearings; prepare cases cited in Brief of
                            Appellees.

03/01/07 L Okerlund    .30  Prepare documents for production.

03/02/07 P Hunt       3.20  Correspondence with E. Karasik regarding LPG
                            stay motion order (.3); comment on 1142 order
                            proposal (.2); review appeal files (2.5); email
                            to L. Dorsey regarding LPG appeal documents
                            (.1); conference with S. Freeman regarding
                            Bunch appeal issues (.1).

03/02/07 A Jarvis      .20  Revise language in order on 1142 motion.

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   April 10, 2007

03/02/07 A Jarvis        .30  Correspondence on 1142.

03/02/07 A Jarvis        .50  Review order on dismissal of IP appeal.

03/02/07 D Monson        .20  Phone call from Vineyard Bank on effective date
                              of Confirmed Plan (0.2).

03/02/07 E Monson        .30  Discussions with C. Hurst regarding sending
                              out D. Bunch documents to Schwartzer &
                              McPherson and revise letter.

03/02/07 S Strong       2.40  Review and analyze comments from committees on
                              proposed order on second plan implementation
                              motion (0.6); review Effective Date provision
                              in same and draft revised language for same
                              (0.5); email to committees and UST regarding
                              revised Effective Date language for same (0.2);
                              review follow-up emails regarding same (0.3);
                              revise and prepare final draft of proposed
                              order regarding second plan implementation
                              motion (0.4); circulate same to committees and
                              UST for final sign-off (0.1); review approvals
                              received for same and forward to local counsel
                              for filing (0.3).

03/05/07 P Hunt         3.60  Draft order regarding LPG stay motion (1.1);
                              analyze issues related to order dismissing IP
                              appeal and need for conference with S. Freeman
                              on appeal work division (.1); email to S.
                              Freeman regarding same (.1); pull district
                              court hearing transcript on IP appeal order of
                              dismissal and mark same (.1); conference with
                              A. W. Jarvis and S. Freeman regarding
                              transcript of appeal and claim issues (.6);
                              read IP motion to dismiss appeal and revise
                              order regarding same (.9); review hearing books
                              to gather all documents necessary for reference
                              in LPG stay order (.4); finalize LPG stay order
                              with same (.3).

03/05/07 A Jarvis        .60  Telephone conference with P. Hunt and S.
                              Freeman regarding appeals.

03/05/07 A Jarvis        .40  Correspondence on plan effective date.

03/05/07 A Jarvis        .40  Review plan documents regarding effective
                              date.

Client No. 34585                              Page:    4
Debtor USA Commercial Mortgage Co., et al.    April 10, 2007


03/05/07 A Jarvis      1.30 Review and revise orders on appeals and
                            correspondence regarding same.

03/05/07 A Jarvis       .10 Correspondence on reserves.

03/05/07 A Jarvis       .20 Correspondence on effective date.

03/05/07 C Hurst       3.00 Download LPG investor declarations and update
                            working binder for P. Hunt (2.0); e-mails
                            with Schwartzer and McPherson and follow-up
                            on 3/1/07 hearing transcript and transmit
                            deposit check (.4); download Lexis cases
                            cited in Appellee's LPG Brief (.6).

03/06/07 P Hunt        1.30 Finalize LPG/FP orders with A. W. Jarvis'
                            comments (.3); email to Committees regarding
                            same (.1); analysis of work projects/LPG issues
                            (.1); read emails from committee counsel on
                            IP/LPG orders (.3); respond to same (.1); read
                            emails from Committee counsel on proposed
                            orders and respond to same (.4).

03/06/07 A Jarvis       .30 Correspondence on Effective Date.

03/06/07 A Jarvis       .60 Draft response on reasons for dismissal of
                            appeal of IP.

03/06/07 A Jarvis       .50 Draft comments to Order dismissing IP appeal.

03/06/07 A Jarvis       .40 Correspondence with client and with
                            committees regarding Effective Date issues.

03/06/07 E Monson       .40 Review e-mails and solicitation information
                            from the Lender Protection Group.

03/06/07 S Strong      1.10 Review email from M. Tucker and D. Cangelosis
                            latest solicitation letter to direct lenders
                            regarding appeal from confirmation order and
                            new efforts to obtain stay (0.3); review and
                            analysis of information on LPGs website
                            regarding same, including form of "power of
                            attorney" being solicited by LPG for appeals
                            (0.8).

Client No. 34585                                           Page:    5
Debtor USA Commercial Mortgage Co., et al.                 April 10, 2007


03/06/07 S Strong          .50  Review email from R. Charles regarding
                                Effective Date issues (0.1); exchange emails
                                with A. W. Jarvis, S. Smith and P. Hunt
                                regarding same (0.1); review relevant language
                                of Liquidating Trust Agreement regarding same
                                (0.3).

03/07/07 P Hunt            .60  Research for A. W. Jarvis regarding
                                implementation issues and the Effective Date
                                (.3); correspondence with A. W. Jarvis
                                regarding same (.3).

03/07/07 A Jarvis         .20  Correspondence on order dismissing IP appeal.

03/07/07 A Jarvis         .40  Telephone conference with R. Koe and T.
                                Allison regarding Plan, Colt Gateway issues.

03/07/07 A Jarvis         .20  Correspondence on Effective Date notice.

03/07/07 A Jarvis         .80  Correspondence with client on status of
                                Effective Date readiness, workout of
                                remaining issues.

03/07/07 A Jarvis         .50  Correspondence with working group on issues
                                under Plan and 1142 order that needs to be
                                done on or prior to Effective Date.

03/07/07 A Jarvis         .40  Correspondence regarding servicing issues
                                under plan.

03/07/07 A Jarvis         .50  Correspondence on notice of effective date
                                and comments regarding same.

03/08/07 P Hunt          5.30  Check docket in LPG appeal regarding status/LPG
                                reply brief (.1); email to A. W. Jarvis
                                regarding LPG reply brief (.1); analyze J.
                                Chubb client issues in LPG reply brief (.1);
                                conference with J. McPherson regarding Bunch
                                appeal issues (.1); review email from S.
                                Freeman and attachments and respond to same
                                regarding Bunch appeal (.1); email to A. W.
                                Jarvis regarding notice of Effective Date
                                issues (.2); read Notice of Effective Date
                                (.9); correspondence with S. Freeman regarding
                                same (.1); comment on Effective Date notice at
                                request of S. Freeman (1.1); revise Notice of
                                Effective Date to incorporate facts for all
                                Debtors, not just USA Commercial Mortgage, to

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007

|          |           |      | simplify as requested by court and correct plan provisions.(2.3); email correspondence with A. W. Jarvis regarding appeal issues and Notice of Effective Date (.2). |
|----------|-----------|------|---|
| 03/08/07 | A Jarvis  | 1.00 | Review and comment on Effective Date Notice and correspondence with P. Hunt regarding same. |
| 03/08/07 | A Jarvis  | .40  | Conference with L. Weese and S. Smith regarding finalization of numbers for distributions under plan. |
| 03/08/07 | A Jarvis  | .50  | Review of effective date transfer schedule and correspondence with S. Smith regarding same. |
| 03/08/07 | A Jarvis  | .40  | Correspondence on new LPG motion for stay pending appeal. |
| 03/08/07 | S Strong  | .50  | Review draft of proposed notice of confirmation (0.2); confer with P. Hunt regarding same (0.2); telephone conference with attorney M. Taylor regarding his clients questions concerning plan effective date (0.1). |
| 03/08/07 | S Strong  | .50  | Review new motion for stay pending appeal filed by LPG in District Court (0.4); review docket regarding same (0.1). |
| 03/09/07 | P Hunt    | 2.50 | Review A. W. Jarvis' proposed transition memorandum to R. Charles (.3); correspondence with local counsel regarding appeal/LPG transcripts (.1); analysis regarding Notice of Effective Date issues (.4); review A. W. Jarvis changes to Effective Date notice (.1); further revisions to Effective Date notice to fix incorrect ADR description and further simplify (.6); email to S. Freeman regarding same (.1); research executory contracts claim bar date issues as requested by S. Freeman and E. Karasik (.4); email to Committee counsel regarding same (.1); read email from Committee counsel on Notice of Effective Date (.1); join conference call with Committee counsel regarding appeals (.3). |

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.           April 10, 2007

03/09/07 A Jarvis        .20  Correspondence with client on effective date
                              transfers.

03/09/07 A Jarvis        .50  Draft memo to R. Charles regarding effective
                              date responsibilities.

03/09/07 A Jarvis        .50  Review and analysis of effective date notice.

03/09/07 A Jarvis        .20  Correspondence with client on effective date
                              transfers.

03/09/07 A Jarvis        .20  Correspondence with committees on effective
                              date transfers.

03/09/07 A Jarvis        .40  Conference with committees regarding
                              effective date transfers.

03/09/07 S Strong        .40  Conference call with committees and debtors
                              regarding plan effective date and new motion
                              for stay pending appeal (.4).

03/09/07 S Strong        .90  Review email from S. Smith regarding reserves
                              and estimates of administrative expenses needed
                              for Plan Effective Date distributions (0.1);
                              analysis of reserves and estimates (0.6);
                              emails to S. Smith regarding same (0.2).

03/09/07 C Hurst        1.30  Update analysis and Bunch appeal binder.

03/10/07 A Jarvis        .20  Correspondence on effective date transfers.

03/10/07 A Jarvis        .20  Correspondence with client on effective date
                              transfers.

03/10/07 A Jarvis        .10  Correspondence on finalizing notice of
                              effective date.

03/10/07 A Jarvis        .50  Conference call with Committees regarding
                              effective date transfers.

03/12/07 P Hunt         2.60  Edit notice of Effective Date with Committee
                              comments and redline same (.4); email to
                              Committee counsel regarding revised Notice of
                              Effective Date (.2); check appeal docket
                              regarding LPG appeal and LPG website/check

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   April 10, 2007

deadlines and activity (.2); review
correspondence by Committee counsel regarding
Effective Date issues (.1); read correspondence
from E. Karasik and S. Freeman regarding Notice
of Effective Date (.1); notice to Compass
regarding effective date (.1); email to E.
Karasik and S. Freeman regarding post Effective
Date notice issues (.3); read emails from DTDF
Committee on Notice of Effective Date and
respond to same (.1); email to S. Smith
regarding post Effective Date contact
information (.1); research of post Effective
Date service issues (.3); email to E. Karasik
and S. Freeman regarding same (.2);
correspondence with Committee counsel regarding
Effective Date and stay pending appeal issues
(.5).

| 03/12/07 A Jarvis | .40 | Review e-mails and respond regarding effective date. |
| 03/12/07 A Jarvis | .30 | Review e-mails regarding notice of effective date. |
| 03/12/07 A Jarvis | .30 | Review e-mails regarding LPG appeal. |
| 03/12/07 A Jarvis | .10 | Correspondence regarding notice of litigation for Compass. |
| 03/12/07 S Strong | .40 | Review issues concerning Notice of Effective Date and post-effective date service lists and obligations (0.4). |

TOTAL FOR LEGAL SERVICES RENDERED                            $18,696.50

*"Exhibit N-10"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          April 10, 2007
Las Vegas, NV  89121                             Invoice No. 360306

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00015**

**Travel Time**

| | | |
|---|---|---|
| 03/01/07 P Hunt | 5.50 | Travel from Las Vegas to Salt Lake City (Flight Delayed) (5.5). |
| 03/01/07 A Jarvis | 5.50 | Travel from Las Vegas to Salt Lake City (delayed flight). |
| 03/08/07 A Jarvis | 2.50 | Travel from Salt Lake City to Las Vegas for meetings with Diamond McCarthy. |
| 03/08/07 A Jarvis | 3.50 | Travel from Las Vegas to Salt Lake City after meetings. |
| 03/11/07 A Jarvis | 3.50 | Travel to Las Vegas for deposition. |
| 03/12/07 A Jarvis | .80 | Travel to deposition. |
| 03/12/07 A Jarvis | .50 | Travel after deposition. |

TOTAL FOR LEGAL SERVICES RENDERED                    $3,799.25

*"Exhibit N-11"*

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360307

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 03/05/07 | M Pugsley | 4.70 | Telephone conference with L. Dean regarding status and other issues (.7); correspondence with clients regarding Oak Mesa issues (.5); review documents produced to government (3.0); work with scanning company (.5). |
| 03/06/07 | M Pugsley | 2.70 | Review documents to be produced to government (2.7). |
| 03/07/07 | M Pugsley | 2.00 | Review documents produced to government. |

TOTAL FOR LEGAL SERVICES RENDERED                    $2,538.00

*"Exhibit N-12"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360310

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00029**

**Sub-Servicing (Compass)**

| | | | |
|---|---|---|---|
| 03/07/07 | S Strong | 2.20 | Telephone conference with J. Reed and R. Koe regarding sub-servicing issues raised by Compass concerning use of collection account (0.3); telephone conference with Compass lawyer G. Bradley regarding Compasss views on same (0.7); further research of legal issues raised by Compass regarding mortgage broker and escrow agent statutes (0.7); telephone conference with J. Reed regarding same (0.2); email to J. Reed, T. Allison and A. W. Jarvis regarding same (0.3). |
| 03/08/07 | A Jarvis | .50 | Conference call with Mesirow regarding subservicing issues. |
| 03/08/07 | S Strong | .70 | Participate in telephone conference with R. Koe, S. Smith, J. Reed, N. Peterman and A. W. Jarvis regarding sub-servicing issues raised by Compass (0.6); voice message to G. Bradley regarding same (0.1). |
| 03/09/07 | S Strong | .40 | Further research of Nevada statutes and regulations regarding loan servicing issues raised by Compass (.4). |

TOTAL FOR LEGAL SERVICES RENDERED                          $1,125.50

*"Exhibit N-13"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360320

For Legal Services Rendered Through April 10, 2007

Thomas J. Allison

**Matter No. 34585-00014**

**Costs**

Costs Advanced:

| Date | Description | Amount |
|------|-------------|-------:|
| 03/27/07 | Copying Expense (outside office) - - Bridge City Legal | 2903.16 |
| 03/27/07 | Copying Expense (outside office) - - Bridge City Legal | 1906.79 |
| 03/05/07 | Copy of Transcript - - Cline Transcription | 564.30 |
| 03/02/07 | Air Fare - - American Express | 88.20 |
| 03/02/07 | Air Fare - - American Express | (75.70) |
| 03/08/07 | Air Fare - - Bankcard Center | 50.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 284.09 |
| 03/08/07 | Air Fare - - Bankcard Center | 220.29 |
| 03/08/07 | Air Fare - - Bankcard Center | 80.10 |
| 03/08/07 | Air Fare - - Bankcard Center | 311.30 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 131.40 |
| 03/08/07 | Air Fare - - Bankcard Center | 79.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 285.29 |
| 03/08/07 | Air Fare - - Bankcard Center | 321.30 |
| 03/08/07 | Air Fare - - Bankcard Center | 305.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 268.99 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 401.90 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |
| 03/08/07 | Air Fare - - Bankcard Center | 29.00 |

Client No. 34585                                    Page:     2
Debtor USA Commercial Mortgage Co., et al.          April 10, 2007

```
03/08/07 Air Fare - - Bankcard Center                  29.00
03/08/07 Air Fare - - Bankcard Center                 189.90
03/08/07 Air Fare - - Bankcard Center                 189.90
03/08/07 Air Fare - - Bankcard Center                  29.00
03/08/07 Air Fare - - Bankcard Center                  29.00
03/08/07 Air Fare - - Bankcard Center                 159.90
03/08/07 Air Fare - - Bankcard Center                 159.90
03/08/07 Air Fare - - Bankcard Center                 896.29
03/08/07 Air Fare - - Bankcard Center                  29.00
03/08/07 Air Fare - - Bankcard Center                 131.40
03/08/07 Air Fare - - Bankcard Center                 252.30
03/08/07 Air Fare - - Bankcard Center                 131.40
03/08/07 Air Fare - - Bankcard Center                (189.90)
03/08/07 Air Fare - - Bankcard Center                (189.90)
04/03/07 Air Fare - - Bankcard Center                 228.01
04/03/07 Air Fare - - Bankcard Center                 252.00
04/03/07 Air Fare - - Bankcard Center                 234.80
04/03/07 Air Fare - - Bankcard Center                 169.90
04/03/07 Air Fare - - Bankcard Center                 511.29
04/03/07 Air Fare - - Bankcard Center                 511.29
04/03/07 Air Fare - - Bankcard Center                 269.90
04/03/07 Air Fare - - Bankcard Center                 511.29
04/03/07 Air Fare - - Bankcard Center                 131.40
04/03/07 Air Fare - - Bankcard Center                 420.41
04/03/07 Air Fare - - Bankcard Center                 244.99
04/03/07 Air Fare - - Bankcard Center                 270.90
04/03/07 Air Fare - - Bankcard Center                 513.29
04/03/07 Air Fare - - Bankcard Center                 293.30
04/03/07 Air Fare - - Bankcard Center                 293.30
04/03/07 Air Fare - - Bankcard Center                 293.30
04/03/07 Air Fare - - Bankcard Center                 293.30
04/03/07 Air Fare - - Bankcard Center                 160.90
04/03/07 Air Fare - - Bankcard Center                (111.99)
04/03/07 Air Fare - - Bankcard Center                (111.99)
04/03/07 Air Fare - - Bankcard Center                (131.40)
04/03/07 Air Fare - - Bankcard Center                (131.40)
04/10/07 Air Fare - - Bankcard Center                 403.30
04/10/07 Air Fare - - Bankcard Center                 403.30
04/10/07 Air Fare - - Bankcard Center                 189.00
04/10/07 Air Fare - - Bankcard Center                  79.00
04/10/07 Air Fare - - Bankcard Center                  29.00
04/10/07 Air Fare - - Bankcard Center                  29.00
04/10/07 Air Fare - - Bankcard Center                 131.90
04/10/07 Air Fare - - Bankcard Center                 816.29
04/10/07 Air Fare - - Bankcard Center                  29.00
04/10/07 Air Fare - - Bankcard Center                 132.40
04/10/07 Air Fare - - Bankcard Center                  29.00
04/10/07 Air Fare - - Bankcard Center                  29.00
03/07/07 Travel Expense - - Annette W. Jarvis         929.34
```

Client No. 34585                                Page:    3
Debtor USA Commercial Mortgage Co., et al.      April 10, 2007

```
03/07/07 Travel Expense - - Annette W. Jarvis         350.64
03/07/07 Travel Expense - - Douglas M. Monson         117.35
03/07/07 Travel Expense - - Elaine A. Monson          660.42
03/07/07 Travel Expense - - Elaine A. Monson          713.89
03/08/07 Travel Expense - - Steven C. Strong          415.81
03/08/07 Travel Expense - - Steven C. Strong          201.51
03/23/07 Travel Expense - - Peggy Hunt                517.97
03/23/07 Travel Expense - - Peggy Hunt                203.31
03/23/07 Travel Expense - - Peggy Hunt                195.85
03/23/07 Travel Expense - - Peggy Hunt                295.61
03/23/07 Travel Expense - - Peggy Hunt                179.31
03/23/07 Travel Expense - - Annette W. Jarvis         346.44
03/23/07 Travel Expense - - Annette W. Jarvis          25.00
03/23/07 Travel Expense - - Annette W. Jarvis         598.88
03/23/07 Travel Expense - - Mark W. Pugsley           337.16
04/10/07 Federal Express Charges                      184.60
04/10/07 Long Distance Telephone Charges             6371.68
04/10/07 Postage                                        7.20
04/10/07 Database Legal Research                     2499.65
04/10/07 Copying Expense                              219.00
04/10/07 Business Meal(s)                             409.03
                                                -----------
```

TOTAL COSTS ADVANCED                              $33,343.23

Client Address:    DEBTOR USA COMMERCIAL MORTGAGE CO., E
                   Thomas J. Allison 4484 South Pecos Road
                   Las Vegas, NV 89121

Client Contact: Thomas J. Allison
Matter Number: **34585-00014**       Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| jarvs | 02/19/07 | | $20.76 | 013 | 1 | Federal Express Charges | 1878840 |
| jarvs | 02/21/07 | | $13.90 | 013 | 1 | Federal Express Charges | 1878839 |
| jarvs | 02/22/07 | | $13.90 | 013 | 1 | Federal Express Charges | 1879130 |
| jarvs | 02/28/07 | | $0.00 | 079 | 65 | Exhibit Tabs | 1880289 |
| jarvs | 03/01/07 | 142783 | $216.10 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874083 |
| jarvs | 03/01/07 | 142783 | $691.80 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874087 |
| jarvs | 03/01/07 | 142783 | $78.83 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874088 |
| jarvs | 03/01/07 | 142783 | $231.06 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874089 |
| jarvs | 03/01/07 | 142783 | $193.91 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874090 |
| jarvs | 03/01/07 | 142783 | $453.95 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874091 |
| jarvs | 03/01/07 | 142783 | $478.41 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874092 |
| jarvs | 03/01/07 | 142783 | $168.98 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874093 |
| jarvs | 03/01/07 | 142783 | $265.03 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1874094 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 03/01/07 | 142783 | $421.32 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1874095 |
| jarvs | 03/01/07 | 142783 | $117.80 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1874096 |
| jarvs | 03/01/07 | 142783 | $97.40 | 014 | 1 | Long Distance Telephone Charges - - AT&T | 1874097 |
| rq&n | 03/01/07 | | $0.40 | 064 | 2 | Copying Expense 030107 BROWN PATRICIA | 1874199 |
| jarvs | 03/01/07 | | $958.95 | 019 | 1 | Westlaw | 1876791 |
| kottr | 03/01/07 | | $42.04 | 019 | 1 | Westlaw | 1876804 |
| jarvs | 03/01/07 | | $0.40 | 064 | 2 | Copying Expense | 1877049 |
| jarvs | 03/02/07 | 142796 | $88.20 | 111 | 1 | Air Fare - - American Express | 1874342 |
| jarvs | 03/02/07 | 142796 | -$75.70 | 111 | 1 | Air Fare - - American Express | 1874343 |
| rq&n | 03/02/07 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7028706060 LAS VEGA NV 15:18 60 HURST CARRIE | 1874463 |
| rq&n | 03/02/07 | | $0.40 | 064 | 2 | Copying Expense 030207 HURST CARRIE | 1874464 |
| rq&n | 03/02/07 | | $0.20 | 064 | 1 | Copying Expense 030207 BROWN PATRICIA | 1875016 |
| rq&n | 03/02/07 | | $0.60 | 064 | 3 | Copying Expense 030207 BROWN PATRICIA | 1875017 |
| rq&n | 03/02/07 | | $0.40 | 064 | 2 | Copying Expense 030207 BROWN PATRICIA | 1875018 |
| rq&n | 03/02/07 | | $102.00 | 064 | 510 | Copying Expense 030207 HURST CARRIE | 1875019 |
| monso | 03/02/07 | | $278.09 | 019 | 1 | Westlaw | 1876809 |
| jarvs | 03/02/07 | | $0.60 | 064 | 3 | Copying Expense | 1877050 |
| jarvs | 03/02/07 | | $41.72 | 013 | 1 | Federal Express Charges | 1879186 |
| jarvs | 03/05/07 | 142799 | $564.30 | 078 | 1 | Copy of Transcript - - Cline Transcription | 1874383 |
| rq&n | 03/05/07 | | $47.20 | 064 | 236 | Copying Expense 030507 BROWN PATRICIA | 1874684 |
| rq&n | 03/05/07 | | $0.40 | 064 | 2 | Copying Expense 030507 BROWN PATRICIA- | 1874585 |
| rq&n | 03/05/07 | | $0.40 | 064 | 2 | Copying Expense 030507 HURST CARRIE | 1874586 |
| rq&n | 03/05/07 | | $6.20 | 064 | 31 | Copying Expense 030507 BROWN PATRICIA | 1875020 |
| jarvs | 03/05/07 | | $7.20 | 016 | 1 | Postage | 1876102 |
| jarvs | 03/05/07 | | $13.65 | 013 | 1 | Federal Express Charges | 1879204 |
| jarvs | 03/05/07 | | $0.00 | 079 | 5 | Exhibit Tabs | 1880304 |
| jarvs | 03/05/07 | | $0.00 | 079 | 6 | Exhibit Tabs | 1880306 |
| hunt | 03/06/07 | | $128.40 | 019 | 1 | Westlaw | 1876801 |
| hurst | 03/06/07 | | $1,092.17 | 019 | 1 | Westlaw | 1876802 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| jarvs | 03/06/07 | | $2.00 | 064 | 10 | Copying Expense | 1877040 |
| jarvs | 03/06/07 | | $0.40 | 064 | 2 | Copying Expense | 1877041 |
| jarvs | 03/06/07 | | $0.20 | 064 | 1 | Copying Expense | 1877042 |
| jarvs | 03/06/07 | | $1.00 | 064 | 5 | Copying Expense | 1877045 |
| jarvs | 03/06/07 | | $0.20 | 064 | 1 | Copying Expense | 1877046 |
| jarvs | 03/06/07 | | $0.20 | 064 | 1 | Copying Expense | 1877047 |
| jarvs | 03/06/07 | | $43.20 | 064 | 216 | Copying Expense | 1877048 |
| jarvs | 03/07/07 | 142845 | $929.34 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1874695 |
| jarvs | 03/07/07 | 142845 | $350.64 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1874696 |
| jarvs | 03/07/07 | 142845 | $39.61 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1874697 |
| jarvs | 03/07/07 | 142850 | $117.35 | 118 | 1 | Travel Expense -- Douglas M. Monson | 1874705 |
| jarvs | 03/07/07 | 142851 | $660.42 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1874706 |
| jarvs | 03/07/07 | 142851 | $41.15 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1874707 |
| jarvs | 03/07/07 | 142851 | $713.89 | 118 | 1 | Travel Expense -- Elaine A. Monson | 1874708 |
| jarvs | 03/07/07 | 142851 | $5.70 | 474 | 1 | Business Meal(s) -- Elaine A. Monson | 1874709 |
| rq&n | 03/07/07 | | $0.60 | 064 | 3 | Copying Expense 030707 HURST CARRIE | 1875184 |
| rq&n | 03/07/07 | | $4.80 | 064 | 24 | Copying Expense 030707 CRIST SHANNON | 1875185 |
| jarvs | 03/07/07 | | $22.94 | 013 | 1 | Federal Express Charges | 1879223 |
| jarvs | 03/08/07 | 142863 | $415.81 | 118 | 1 | Travel Expense -- Steven C. Strong | 1875223 |
| jarvs | 03/08/07 | 142863 | $33.45 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1875224 |
| jarvs | 03/08/07 | 142863 | $201.51 | 118 | 1 | Travel Expense -- Steven C. Strong | 1875225 |
| jarvs | 03/08/07 | 142863 | $8.72 | 474 | 1 | Business Meal(s) -- Steven C. Strong | 1875226 |
| jarvs | 03/08/07 | 142865 | $8.87 | 474 | 1 | Business Meal(s) -- Brent D. Wride | 1875227 |
| jarvs | 03/08/07 | 142879 | $50.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875237 |
| jarvs | 03/08/07 | 142879 | $284.09 | 111 | 1 | Air Fare -- Bankcard Center | 1875238 |
| jarvs | 03/08/07 | 142879 | $220.29 | 111 | 1 | Air Fare -- Bankcard Center | 1875239 |
| jarvs | 03/08/07 | 142879 | $80.10 | 111 | 1 | Air Fare -- Bankcard Center | 1875240 |
| jarvs | 03/08/07 | 142879 | $311.30 | 111 | 1 | Air Fare -- Bankcard Center | 1875241 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875242 |
| jarvs | 03/08/07 | 142879 | $131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1875243 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 03/08/07 | 142879 | $79.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875244 |
| jarvs | 03/08/07 | 142879 | $285.29 | 111 | 1 | Air Fare -- Bankcard Center | 1875248 |
| jarvs | 03/08/07 | 142879 | $321.30 | 111 | 1 | Air Fare -- Bankcard Center | 1875250 |
| jarvs | 03/08/07 | 142879 | $305.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875251 |
| jarvs | 03/08/07 | 142879 | $268.99 | 111 | 1 | Air Fare -- Bankcard Center | 1875252 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875254 |
| jarvs | 03/08/07 | 142879 | $401.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875255 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875256 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875257 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875258 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875259 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875260 |
| jarvs | 03/08/07 | 142879 | $189.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875261 |
| jarvs | 03/08/07 | 142879 | $189.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875262 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875263 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875264 |
| jarvs | 03/08/07 | 142879 | $159.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875266 |
| jarvs | 03/08/07 | 142879 | $159.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875267 |
| jarvs | 03/08/07 | 142879 | $896.29 | 111 | 1 | Air Fare -- Bankcard Center | 1875268 |
| jarvs | 03/08/07 | 142879 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1875269 |
| jarvs | 03/08/07 | 142879 | $131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1875270 |
| jarvs | 03/08/07 | 142879 | $252.30 | 111 | 1 | Air Fare -- Bankcard Center | 1875271 |
| jarvs | 03/08/07 | 142879 | $131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1875272 |
| jarvs | 03/08/07 | 142879 | -$189.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875274 |
| jarvs | 03/08/07 | 142879 | -$189.90 | 111 | 1 | Air Fare -- Bankcard Center | 1875275 |
| jarvs | 03/08/07 | | $3.60 | 064 | 18 | Copying Expense | 1877054 |
| jarvs | 03/08/07 | | $2.00 | 064 | 10 | Copying Expense | 1877055 |
| jarvs | 03/08/07 | | $12.39 | 013 | 1 | Federal Express Charges | 1879241 |
| jarvs | 03/08/07 | | $8.36 | 013 | 1 | Federal Express Charges | 1879266 |
| jarvs | 03/08/07 | | $9.53 | 013 | 1 | Federal Express Charges | 1879267 |

| Attorney | Date | Check # | Cost Amount | Quantity | Cost/Task Code | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 03/08/07 | | $8.66 | 1 | 013 | Federal Express Charges | 1879268 |
| jarvis | 03/08/07 | | $11.93 | 1 | 013 | Federal Express Charges | 1879269 |
| jarvis | 03/08/07 | | $6.86 | 1 | 013 | Federal Express Charges | 1879270 |
| jarvis | 03/09/07 | | $0.20 | 1 | 064 | Copying Expense | 1877056 |
| rq&n | 03/12/07 | | $1.40 | 7 | 064 | Copying Expense 031207 STRONG STEVEN | 1876024 |
| jarvis | 03/23/07 | 143031 | $517.97 | 1 | 118 | Travel Expense -- Peggy Hunt | 1877921 |
| jarvis | 03/23/07 | 143031 | $17.21 | 1 | 474 | Business Meal(s) -- Peggy Hunt | 1877922 |
| jarvis | 03/23/07 | 143031 | $203.31 | 1 | 118 | Travel Expense -- Peggy Hunt | 1877923 |
| jarvis | 03/23/07 | 143031 | $22.13 | 1 | 474 | Business Meal(s) -- Peggy Hunt | 1877924 |
| jarvis | 03/23/07 | 143031 | $195.85 | 1 | 118 | Travel Expense -- Peggy Hunt | 1877925 |
| jarvis | 03/23/07 | 143031 | $49.49 | 1 | 474 | Business Meal(s) -- Peggy Hunt | 1877926 |
| jarvis | 03/23/07 | 143031 | $295.61 | 1 | 118 | Travel Expense -- Peggy Hunt | 1877927 |
| jarvis | 03/23/07 | 143031 | $15.11 | 1 | 474 | Business Meal(s) -- Peggy Hunt | 1877928 |
| jarvis | 03/23/07 | 143031 | $40.59 | 1 | 474 | Business Meal(s) -- Peggy Hunt | 1877929 |
| jarvis | 03/23/07 | 143031 | $179.31 | 1 | 118 | Travel Expense -- Peggy Hunt | 1877930 |
| jarvis | 03/23/07 | 143033 | $346.44 | 1 | 118 | Travel Expense -- Annette W. Jarvis | 1877934 |
| jarvis | 03/23/07 | 143033 | $83.71 | 1 | 474 | Business Meal(s) -- Annette W. Jarvis | 1877935 |
| jarvis | 03/23/07 | 143033 | $25.00 | 1 | 118 | Travel Expense -- Annette W. Jarvis | 1877936 |
| jarvis | 03/23/07 | 143033 | $22.67 | 1 | 474 | Business Meal(s) -- Annette W. Jarvis | 1877937 |
| jarvis | 03/23/07 | 143033 | $598.88 | 1 | 118 | Travel Expense -- Annette W. Jarvis | 1877938 |
| jarvis | 03/23/07 | 143043 | $337.16 | 1 | 118 | Travel Expense -- Mark W. Pugsley | 1877949 |
| jarvis | 03/23/07 | 143043 | $20.62 | 1 | 474 | Business Meal(s) -- Mark W. Pugsley | 1877950 |
| jarvis | 03/25/07 | | $0.00 | 50 | 079 | Exhibit Tabs | 1880362 |
| jarvis | 03/27/07 | 143088 | $2,903.16 | 1 | 065 | Copying Expense (outside office) -- Bridge City Legal | 1878019 |
| jarvis | 03/27/07 | 143088 | $1,906.79 | 1 | 065 | Copying Expense (outside office) -- Bridge City Legal | 1878020 |
| jarvis | 03/27/07 | 143097 | $0.00 | 1 | 065 | Copying Expense (outside office) -- DataServices L.L.C. | 1878044 |
| jarvis | 03/28/07 | 143071 | $153.57 | 1 | 014 | Long Distance Telephone Charges -- AT&T | 1878751 |
| jarvis | 03/28/07 | 143071 | $451.68 | 1 | 014 | Long Distance Telephone Charges -- AT&T | 1878752 |
| jarvis | 03/28/07 | 143071 | $769.72 | 1 | 014 | Long Distance Telephone Charges -- AT&T | 1878753 |
| jarvis | 03/28/07 | 143071 | $165.81 | 1 | 014 | Long Distance Telephone Charges -- AT&T | 1878754 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvis | 03/28/07 | 143071 | $376.93 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878755 |
| jarvis | 03/28/07 | 143071 | $257.33 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878756 |
| jarvis | 03/28/07 | 143071 | $452.59 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878757 |
| jarvis | 03/28/07 | 143071 | $54.82 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878758 |
| jarvis | 03/28/07 | 143071 | $98.77 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878759 |
| jarvis | 03/28/07 | 143071 | $47.57 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878760 |
| jarvis | 03/28/07 | 143071 | $128.22 | 014 | 1 | Long Distance Telephone Charges -- AT&T | 1878761 |
| jarvis | 04/03/07 | 143169 | $228.01 | 111 | 1 | Air Fare -- Bankcard Center | 1880220 |
| jarvis | 04/03/07 | 143169 | $252.00 | 111 | 1 | Air Fare -- Bankcard Center | 1880221 |
| jarvis | 04/03/07 | 143169 | $234.80 | 111 | 1 | Air Fare -- Bankcard Center | 1880224 |
| jarvis | 04/03/07 | 143169 | $169.90 | 111 | 1 | Air Fare -- Bankcard Center | 1880229 |
| jarvis | 04/03/07 | 143169 | $511.29 | 111 | 1 | Air Fare -- Bankcard Center | 1880230 |
| jarvis | 04/03/07 | 143169 | $511.29 | 111 | 1 | Air Fare -- Bankcard Center | 1880231 |
| jarvis | 04/03/07 | 143169 | $269.90 | 111 | 1 | Air Fare -- Bankcard Center | 1880232 |
| jarvis | 04/03/07 | 143169 | $511.29 | 111 | 1 | Air Fare -- Bankcard Center | 1880233 |
| jarvis | 04/03/07 | 143169 | $131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1880234 |
| jarvis | 04/03/07 | 143169 | $420.41 | 111 | 1 | Air Fare -- Bankcard Center | 1880235 |
| jarvis | 04/03/07 | 143169 | $244.99 | 111 | 1 | Air Fare -- Bankcard Center | 1880236 |
| jarvis | 04/03/07 | 143169 | $270.90 | 111 | 1 | Air Fare -- Bankcard Center | 1880237 |
| jarvis | 04/03/07 | 143169 | $513.29 | 111 | 1 | Air Fare -- Bankcard Center | 1880238 |
| jarvis | 04/03/07 | 143169 | $293.30 | 111 | 1 | Air Fare -- Bankcard Center | 1880239 |
| jarvis | 04/03/07 | 143169 | $293.30 | 111 | 1 | Air Fare -- Bankcard Center | 1880240 |
| jarvis | 04/03/07 | 143169 | $293.30 | 111 | 1 | Air Fare -- Bankcard Center | 1880241 |
| jarvis | 04/03/07 | 143169 | $293.30 | 111 | 1 | Air Fare -- Bankcard Center | 1880242 |
| jarvis | 04/03/07 | 143169 | $160.90 | 111 | 1 | Air Fare -- Bankcard Center | 1880243 |
| jarvis | 04/03/07 | 143169 | -$111.99 | 111 | 1 | Air Fare -- Bankcard Center | 1880244 |
| jarvis | 04/03/07 | 143169 | -$111.99 | 111 | 1 | Air Fare -- Bankcard Center | 1880245 |
| jarvis | 04/03/07 | 143169 | -$131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1880246 |
| jarvis | 04/03/07 | 143169 | -$131.40 | 111 | 1 | Air Fare -- Bankcard Center | 1880247 |
| jarvis | 04/10/07 | 143231 | $403.30 | 111 | 1 | Air Fare -- Bankcard Center | 1881444 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 04/10/07 | 143231 | $403.30 | 111 | 1 | Air Fare -- Bankcard Center | 1881445 |
| jarvs | 04/10/07 | 143231 | $189.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881448 |
| jarvs | 04/10/07 | 143231 | $79.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881449 |
| jarvs | 04/10/07 | 143231 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881450 |
| jarvs | 04/10/07 | 143231 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881451 |
| jarvs | 04/10/07 | 143231 | $131.90 | 111 | 1 | Air Fare -- Bankcard Center | 1881452 |
| jarvs | 04/10/07 | 143231 | $816.29 | 111 | 1 | Air Fare -- Bankcard Center | 1881456 |
| jarvs | 04/10/07 | 143231 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881464 |
| jarvs | 04/10/07 | 143231 | $132.40 | 111 | 1 | Air Fare -- Bankcard Center | 1881465 |
| jarvs | 04/10/07 | 143231 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881467 |
| jarvs | 04/10/07 | 143231 | $29.00 | 111 | 1 | Air Fare -- Bankcard Center | 1881468 |
| COST TOTAL | | | $33,343.23 | | | | |