*"Exhibit N-14"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

April 10, 2007
Invoice No. 360308

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | | |
|---|---|---|---|
| 03/01/07 | K Applegate | 2.90 | Review of IRS regulation on the breakout of fees (.2); discussions with Rick Hartley on breakout (.5); analyze fee breakout between entities (1.9); follow up calls with KPMG (.3). |
| 03/01/07 | S Strong | .70 | Analysis of issues concerning FTDF tax return (0.5); telephone conference with S. Smith regarding same (0.2). |
| 03/02/07 | K Applegate | .40 | Continued analysis on the deduction of expenses on the FTDF tax return. |
| 03/03/07 | K Applegate | .20 | Telephone call with KPMG on the taxes for the FTDF (.2). |
| 03/05/07 | K Applegate | .30 | Telephone call with KPMG on the tax issues for FTDF (.3). |
| 03/05/07 | B Kotter | 1.80 | Review Treas. Reg. regarding capitalized expenses (.4); review application for analysis (1.4). |
| 03/06/07 | K Applegate | .60 | Telephone call with KPMG (.2); telephone conference with Susan and KPMG on issues relating to the tax returns (.4). |
| 03/06/07 | A Jarvis | .20 | Correspondence on reserve issues. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/07/07 S Strong          .20 Review notice to investors regarding FTDF tax
                               returns (.2).

03/07/07 S Strong          .30 Work on declaration from S. Smith in support of
                               objections to claims against FTDF (0.3).

03/08/07 K Applegate       .30 Telephone calls to KPMG on tax returns (.2);
                               review e-mails (.1).

03/08/07 A Jarvis          .50 Review documentation of issues raised by
                               Compass on purchase price reduction escrow.

03/08/07 S Strong          .30 Work on declaration requested by FTDF Committee
                               in support of various claims objections (0.3).

03/08/07 S Strong          .10 Review FTDF Committees request for sale
                               closing documents, and forward same to D. M.
                               Monson (.1).


TOTAL FOR LEGAL SERVICES RENDERED                            $2,376.50

*"Exhibit N-15"*

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

April 10, 2007
Invoice No. 360309

For Legal Services Rendered Through March 12, 2007

Thomas J. Allison

**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | | |
|---|---|---|---|
| 03/01/07 | A Jarvis | .20 | Telephone conference with E. A. Monson regarding hearing tomorrow, telephonic appearance. |
| 03/01/07 | A Jarvis | 1.20 | Review pleadings in preparation for hearings on motion to dismiss and on motion for prejudgment writ of attachment. |
| 03/01/07 | E Monson | .20 | Review numerous e-mails regarding HMA hearing and opposition pleadings. |
| 03/01/07 | E Monson | 1.90 | Review pleadings and affidavit in opposition to motion for prejudgment writ of attachment and review Nevada statutes. |
| 03/01/07 | E Monson | .50 | Review brief in support of motion for prejudgment writ and send e-mail to C. Larsen regarding same. |
| 03/01/07 | E Monson | 1.00 | Various discussions and review e-mails from C. Larsen, S. Don, M. Levinson and A. W. Jarvis regarding HMA hearing. |
| 03/01/07 | E Monson | .60 | Put together pleadings and send to A. W. Jarvis for hearing. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007

03/01/07 E Monson          .30 Draft e-mails to L. Schwartzer and J.
                               McPherson and calls to office regarding
                               hearing.

03/01/07 E Monson          .20 Additional discussions with C. Larsen
                               regarding interrogatory responses and send
                               responses to interrogatories for filing.

03/01/07 E Monson          .20 Discussion with S. Nounna regarding HMA
                               lawsuit and review voice mail from G. Brennan.

03/01/07 E Monson          .30 Review e-mail from E. Madden regarding
                               tracing and follow up with Mesirow on
                               analysis.

03/02/07 A Jarvis          .50 Prepare for hearings on Investor VI and HMA.

03/02/07 A Jarvis         1.70 Attend hearing telephonically on Investor VI
                               and HMA hearings.

03/02/07 A Jarvis         1.10 Analyze Diversified/HMA issues and pull
                               documents regarding same.

03/02/07 A Jarvis          .80 Telephone conference with J. McPherson and E.
                               A. Monson regarding Great White issues.

03/02/07 A Jarvis          .30 Review and approve order on HMA.

03/05/07 A Jarvis          .30 Telephone conference with M. Levinson
                               regarding HMA, plan.

03/05/07 A Jarvis          .30 Correspondence on discovery in Investor VI
                               involuntary.

03/05/07 A Jarvis          .20 Correspondence on HMA litigation.

03/05/07 A Jarvis         1.00 Gather documents regarding HMA litigation.

03/05/07 B Kotter          .60 Exchange e-mails with S. C. Strong regarding
                               McGimpsey appeal (.2); review docket and
                               brief conference with S. C. Strong regarding
                               appeal (.4).

03/05/07 S Strong          .40 Review and analyze correspondence and
                               documents from Shoemaker Trust counsel
                               regarding request to assign membership
                               interests in DTDF (.4).

Client No. 34585                                             Page:    3
Debtor USA Commercial Mortgage Co., et al.                  April 10, 2007


03/05/07 S Strong        .30 Review docket and papers filed in McGimsey
                             appeal (0.1); exchange emails with B. J.
                             Kotter regarding same (0.1); review emails
                             from A. W. Jarvis and B. Olson regarding same
                             (0.1).

03/06/07 A Jarvis       1.90 Conference call with client and Diversified
                             Committee regarding HMA litigation.

03/06/07 A Jarvis        .30 Correspondence with client on Colt Gateway
                             payoff issues.

03/06/07 A Jarvis        .40 Telephone conference with T. Allison
                             regarding Colt Gateway proposal and telephone
                             message to C. Scully regarding same.

03/06/07 A Jarvis        .50 Correspondence on negotiations on payoff of
                             Colt Gateway.

03/06/07 A Jarvis        .80 Revisions and correspondence with Colt
                             Gateway regarding payoff proposal.

03/07/07 A Jarvis        .70 Correspondence with C. Scully regarding
                             payoff agreement on Colt Gateway.

03/07/07 A Jarvis        .30 Correspondence with client on Colt Gateway
                             negotiations.

03/07/07 A Jarvis        .10 Telephone conference with M. Levinson
                             regarding Placer Vineyards issues.

03/07/07 A Jarvis        .80 Correspondence with Committee and C. Scully
                             regarding negotiations on Colt Gateway payoff.

03/07/07 A Jarvis        .50 Correspondence with C. Scully and D. Hayes
                             regarding negotiations on Colt Gateway payoff.

03/07/07 A Jarvis        .30 Telephone conference with C. Scully regarding
                             negotiations on Colt Gateway payoff.

03/07/07 A Jarvis        .40 Correspondence with Committees regarding
                             finalizing Colt Gateway payoff agreement.

03/07/07 A Jarvis        .40 Revisions to Colt Gateway payoff agreement.

03/07/07 A Jarvis       1.80 Revisions to and correspondence regarding
                             finalizing Colt Gateway payoff agreement and
                             filing of same.

Client No. 34585                                         Page:    4
Debtor USA Commercial Mortgage Co., et al.               April 10, 2007


03/07/07 A Jarvis       1.10 Final revisions to Colt Gateway payoff
                             agreement and arrange for filing of same.

03/07/07 S Strong        .80 Further review papers received from Shoemaker
                             Trust attorney J. King regarding transferring
                             DTDF membership interest (0.6); exchange
                             emails with A. W. Jarvis regarding same
                             (0.1); voice message to J. King regarding
                             same (0.1).

03/08/07 C Hurst        1.20 Scan, convert and forward Wells Fargo
                             documents produced relative to HMA litigation.

03/09/07 A Jarvis        .10 Correspondence with Diversified Committee
                             regarding Colt Gateway hearing.

03/09/07 A Jarvis       3.70 Review documents, correspondence and time
                             line on HMA issues, IP pledge in preparation
                             for deposition of T. Allison in HMA
                             litigation.

03/10/07 A Jarvis       2.00 Review documents and timeline regarding
                             preparation for Allison deposition in HMA
                             litigation.

03/11/07 A Jarvis       6.50 Review documents, timeline regarding HMA
                             Sales.

03/12/07 A Jarvis        .50 Gather documents for preparation for
                             deposition of T. Allison.

03/12/07 A Jarvis       3.00 Meet with T. Allison and S. Smith regarding
                             HMA Sales, preparation for deposition.

03/12/07 A Jarvis       7.00 Defend deposition of T. Allison on HMA Sales.

03/12/07 B Kotter        .60 Prepare engagement letter for DTDF
                             post-effective entity.

03/12/07 S Strong        .20 Review plan implementation motion and order
                             concerning issues affecting
                             post-effective-date DTDF (.2).


 TOTAL FOR LEGAL SERVICES RENDERED                          $17,349.50

*"Exhibit O"*

# Second and Final Fee Application Expense Summary

Petition Date through Effective Date

## First Interim Application

| Description | April | May | June | July | Total |
|---|---|---|---|---|---|
| Long Distance Telephone Charges | $6.99 | $101.67 | $69.31 | $13.11 | $191.08 |
| Postage | | | | $11.68 | $11.68 |
| Refunds | -$1,519.20 | | | | -$1,519.20 |
| Copying Expense | $316.80 | $591.20 | $664.85 | $215.40 | $1,788.25 |
| Filing Fees | $700.00 | $531.00 | | | $1,231.00 |
| Investigative Services | | $703.50 | | | $703.50 |
| Fed Ex Charges | $1,768.19 | $83.41 | $271.68 | $464.85 | $2,608.13 |
| Database Legal Research | $2,330.91 | $7,115.02 | $12,375.99 | $6,020.16 | $27,842.08 |
| Facsimile Expense (Outgoing) | $6.50 | $27.50 | $6.00 | $4.00 | $44.00 |
| Facsimile Long Distance Charges | $3.50 | $6.13 | $3.08 | $1.70 | $14.41 |
| Title Reports and Searches | | | $530.00 | $1,004.48 | $1,534.48 |
| Copying Expense (Outside Office) | | $150.00 | | | $150.00 |
| Exhibit Tabs | | | | $1.20 | $1.20 |
| Business Meals | | $428.23 | $62.86 | $285.37 | $796.46 |
| Travel Expenses (Airfare, Hotel, Transportation, Meals) | $25.00 | $10,851.87 | $5,086.17 | $8,660.46 | $24,626.50 |
| UCC Searches | | $1,049.00 | $20.00 | $37.50 | $1,106.50 |
| Temporary Paralegal Staffing Services | | $3,750.50 | | | $3,750.50 |
| **TOTAL** | $5,177.69 | $25,360.23 | $19,192.94 | $15,219.51 | $64,950.57 |

## Second and Final Application

| Description | First App. Apr - July | August | September | October | November | December | January | February | March | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Long Distance Telephone Charges | $191.08 | $6,047.98 | $3,076.23 | $14.59 | $7,106.34 | $4,288.85 | $3,810.53 | | $6,371.68 | $30,907.28 |
| Postage | $11.68 | $144.80 | $65.69 | $44.85 | $467.67 | | $110.68 | $412.00 | $7.20 | $1,264.57 |
| Refunds and Credits | -$1,519.20 | | -$940.10 | -$2,323.12 | -$520.70 | | -$296.00 | | -$942.28 | -$6,541.40 |
| Copying Expense | $1,788.25 | $3,138.20 | $2,618.40 | $884.80 | $1,735.60 | $802.20 | $1,447.40 | $3,995.60 | $210.00 | $16,499.45 |
| Filing Fees | $1,231.00 | | | | | | | | | $1,231.00 |
| Investigative Services | $703.50 | | | | | $256.00 | | | | $959.50 |
| Fed Ex Charges | $2,608.13 | $2,168.60 | $354.61 | $148.76 | $747.74 | $104.49 | $261.41 | $4,819.23 | $184.60 | $11,397.57 |
| Database Legal Research | $27,842.08 | $2,408.00 | $3,049.97 | $4,628.20 | $372.24 | $7,860.65 | $4,476.80 | $8,732.73 | $2,499.65 | $61,860.22 |
| Facsimile Expense (Outgoing) | $44.00 | $10.00 | $3.00 | $28.50 | | | $2.50 | $18.50 | | $108.50 |
| Facsimile Long Distance Charges | $14.41 | $5.70 | $1.75 | $4.80 | $6.16 | | $2.19 | $3.95 | | $32.80 |
| Title Reports and Searches | $1,534.48 | | | $400.00 | | $160.00 | $1,895.00 | $3.09 | $4,809.95 | $14,492.15 |
| Copying Expense (Outside Office) | $150.00 | | $2,740.79 | $523.09 | | | $4,056.06 | $2,212.26 | | $4,098.73 |
| Certified Copies | | | | | | | $48.57 | | | $48.57 |
| Hearing Transcripts | | | | | | | | $673.30 | | $673.30 |
| Certificates of Good Standing | | $9.00 | | $500.00 | | | | | $564.30 | $600.00 |
| Exhibit Tabs | $1.20 | | | | | | | | | $1.20 |
| Business Meals | $796.46 | $369.46 | $333.53 | $98.04 | $462.66 | $262.09 | $325.31 | $168.55 | $409.03 | $3,215.13 |
| Travel Expenses (Airfare, Hotel, Transportation, Meals) | $24,626.50 | $11,135.25 | $5,293.24 | $8,779.07 | $5,741.74 | $5,994.16 | $8,203.63 | $2,275.02 | $19,220.10 | $91,258.71 |
| UCC Searches | $1,106.50 | | | | $226.00 | | | $168.00 | | $1,519.50 |
| Temporary Paralegal Staffing Services | $3,750.50 | | | | | | | | | $3,750.50 |
| **TOTAL** | $64,950.57 | $25,436.99 | $16,597.01 | $13,831.58 | $16,344.45 | $19,498.44 | $24,344.08 | $22,828.93 | $33,343.23 | $237,175.28 |

Voluntarily Withdrawn $2,312.60

TOTAL REQUESTED REIMBURSEMENT $234,862.68