

# ORRICK

Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC
1112 Worthen Circle
Las Vegas, NV 89145
Attn:  Robert G. Worthen
Chair

November 27, 2006
Client No. 17908
Invoice No. 1041844

Orrick Contact: Marc A. Levinson

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2006 in connection with the matters described on the attached pages: | $ | 194,875.00 |
| DISBURSEMENTS as per attached pages: | | 2,511.08 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **197,386.08** |

Matter(s):  17908/2 – USA Capital Diversified Trust Fund Commi

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$882,747.51
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*File 72887 P.O. Box 61000*
*San Francisco, CA  94161-2887*
*Reference: 17908/ Invoice: 1041844*
*E.I.N. 94-2952627*
**OVERNIGHT DELIVERY:**
*Orrick, Herrington & Sutcliffe LLP*
*c/o Bank of America, File #72887*
*1455 Market Street, 21st Floor*
*San Francisco, CA  94103*
*(415) 436-4300*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
**ABA Number 0260-0959-3**
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17908/ Invoice: 1041844*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
**ABA Number 121-000358**
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17908/ Invoice: 1041844*
*E.I.N. 94-2952627*



**ORRICK**

Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC
1112 Worthen Circle
Las Vegas, NV 89145
Attn: Robert G. Worthen
Chair

November 27, 2006
Client No. 17908
Invoice No. 1041844

Orrick Contact: Marc A. Levinson

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  2 - USA Capital Diversified Trust Fund Committee**

*Task B110 – Case Administration*

| | | | | |
|---|---|---|---|---|
| 10/02/06 | M. Levinson | Review the form of order extending exclusivity and the A. Loraditch email memorandum re the same (.10); review R. Charles email memorandum to Mesirow re preserving data in the USACM computers and analysis re next steps on that issue (.10). | 0.20 | 112.00 |
| 10/02/06 | L. Ernce | Review draft stipulation extending exclusivity period and A. Loraditch email approving on behalf of Diversified Committee. | 0.10 | 46.50 |
| 10/03/06 | M. Levinson | Review the proposed form of order re rejection of computer and other leases and review the S. Freeman email memorandum commenting on the same with respect to preserving data. | 0.20 | 112.00 |
| 10/03/06 | L. Ernce | Review multiple electronic notices received today. | 0.20 | 93.00 |
| 10/03/06 | L. Ernce | Review draft order granting motion to reject personal property leases and email from S. Freeman re same. | 0.10 | 46.50 |
| 10/04/06 | M. Levinson | Review recent USACM press releases and review recent Review-Journal articles on the cases (.10); review the First Trust Deed committee's response re the proposed extension of exclusivity (.10); review follow-up email memoranda from A. Landis and others re the form of order rejecting the computer leases (.10). | 0.30 | 168.00 |
| 10/04/06 | L. Ernce | Exchange emails with C. Harvick re availability of debtors' financial statements per request for investors. | 0.10 | 46.50 |
| 10/04/06 | L. Ernce | Review electronic notices received today. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 2

November 27, 2006
Invoice No. 1041844

| 10/05/06 | L. Ernce | Telephone conference with M. Levinson re various case status matters. | 0.20 | 93.00 |
|---|---|---|---|---|
| 10/05/06 | L. Ernce | Review email from A. Landis and article re M. Olson's departure from USA Commercial. | 0.10 | 46.50 |
| 10/06/06 | L. Ernce | Review order extending exclusivity period; email memo to Diversified Committee professionals re same and attention to calendaring matters. | 0.20 | 93.00 |
| 10/09/06 | L. Ernce | Review email from C. Harvick re tax reporting issues. | 0.10 | 46.50 |
| 10/10/06 | M. Levinson | Review a number of email memoranda from S. Smith, A. Loraditch and others re the form of order approving the employment of ordinary course professionals and email memorandum to A. Loraditch re the same. | 0.10 | 56.00 |
| 10/10/06 | L. Ernce | Review electronic notices including notice re debtors' motion to seal and exchange emails with A. Loraditch re same. | 0.20 | 93.00 |
| 10/11/06 | L. Ernce | Review proposed order re motion to compel disclosure of First Trust Deed Fund investor information to First Trust Deed Fund Committee (.10); email memo to A. Loraditch and M. Levinson re same and suggesting Diversified Committee approach debtors for same relief (.10); review A. Loraditch response and email A. Loraditch with additional thoughts (.10); further email exchanges with A. Loraditch and M. Levinson re same (.10). | 0.40 | 186.00 |
| 10/11/06 | L. Ernce | Review draft proposed order approving debtors' retention of ordinary course professionals (.10); review emails from S. Freeman and A. Loraditch re statutory standards for reviewing ordinary course professionals' fees (.10). | 0.20 | 93.00 |
| 10/12/06 | L. Ernce | Review proposed interim order authorizing Mesirow employment (.10); review revised form of proposed order on ordinary course professionals retention motion (.10). | 0.20 | 93.00 |
| 10/13/06 | L. Ernce | Review U.S. Trustee opposition to debtors' motion to retain certain professionals and email memo to Diversified Fund professionals summarizing objection. | 0.20 | 93.00 |



# ORRICK

| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908 page 3 | | | November 27, 2006 Invoice No. 1041844 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/13/06 | L. Ernce | Review joinders of the JV Direct Lenders in opposition to Silver Point transaction and to debtors' employee retention plan. | 0.10 | 46.50 |
| 10/14/06 | M. Levinson | Review and re-review numerous email memoranda and documents from last week in preparation for the next week generally, and the Diversified Committee and all-hands conferences calls tomorrow in particular. | 2.30 | 1,288.00 |
| 10/16/06 | M. Levinson | Review the order approving the FTDF motion to compel disclosure of interest holders, the L. Ernce email memorandum re the same and respond to L. Ernce and to A. Loraditch re next steps. | 0.10 | 56.00 |
| 10/16/06 | L. Ernce | Review signed order on First Trust Committee's motion to compel disclosure of First Trust Deed Fund member list and email memo to A. Loraditch re same and next steps about approaching debtors for similar relief. | 0.10 | 46.50 |
| 10/17/06 | M. Levinson | Telephone conversation with M. Cohen and S. Werth re their firm's possible representation of a borrower and re case background. | 0.20 | 112.00 |
| 10/18/06 | M. Levinson | Review C. Harvick email memorandum re the next interim distribution, the B. Olson response thereto and the C. Harvick reply (.10); review the exchange of email memoranda between S. Smith and C. Harvick re the proposed distribution and re the Diversified Committee's approval thereof and review G. Garman's comment thereon (.10). | 0.20 | 112.00 |
| 10/18/06 | L. Ernce | Emails to Diversified Committee professionals re filing of funds' operating agreements with the court and related matters. | 0.10 | 46.50 |
| 10/20/06 | L. Ernce | Obtain debtors' monthly operating reports for September 2006 from electronic notices received today (.10); email to Diversified Committee professionals transmitting debtors' monthly operating reports for September 2006 and re no report yet for USA Commercial (.10). | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          November 27, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1041844
page 4

| | | | | |
|---|---|---|---|---|
| 10/23/06 | M. Levinson | Email memorandum to J. Edwards forwarding the Diversified Committee website posting re the disallowance of the Prospect High Income Fund claim and send a follow-up email memorandum to the Diversified Committee professionals re the same. | 0.20 | 112.00 |
| 10/24/06 | M. Levinson | Long telephone conversation with A. Loraditch and B. Olson re the status of the plan and Investment Partners discussions, re the bid procedures and employee compensation matters on calendar for tomorrow and re other status matters. | 0.40 | 224.00 |
| 10/24/06 | L. Ernce | Review U.S. Trustee motion to convert cases to chapter 7 and A. Loraditch email re same. | 0.20 | 93.00 |
| 10/24/06 | J. Hermann | Review and analysis of US Trustee's motion to convert all cases and formulation of responses to issues raised as part of such review. | 0.50 | 285.00 |
| 10/24/06 | L. Ernce | Confer with M. Levinson re staffing for tomorrow's hearings and review emails re same. | 0.10 | 46.50 |
| 10/25/06 | M. Levinson | Review the U.S. Trustee's motion to convert the five cases to chapter 7 (.20); telephone conversation with E. Karasik re the same (.10); portion of conference with L. Ernce devoted to responding to the motion to convert (.20); portion of conference with L. Ernce devoted to case administration and status matters (.10); portion of telephone conversation with R. Charles re next steps with respect to the motion to convert and brief telephone conversation with L. Ernce re the same (.10); review S. Strong, A. Loraditch and L. Ernce email memoranda re the debtors' response to the motion and re the possible joinder by the Diversified Committee in it (.10); exchange follow-up email memoranda with E. Karasik re today's hearings (.10). | 0.90 | 504.00 |
| 10/25/06 | L. Ernce | Confer with M. Levinson re various case administration matters. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 5

November 27, 2006
Invoice No. 1041844

| 10/25/06 | L. Ernce | Confer with M. Levinson re responding to U.S. Trustee motion to convert case to chapter 7 (.20); email to A. Jarvis and S. Strong re including me in emails on draft response to U.S. Trustee motion and exchange emails with A. Loraditch re same (.10). | 0.40 | 186.00 |
|---|---|---|---|---|
| 10/26/06 | M. Levinson | Telephone conversation with A. Loraditch re the upcoming hearing on the motion to convert the cases, the cash management motion and the intercompany claims motion and re a number of case status matters (.20); review the draft response to the motion to convert drafted by S. Strong (.20); email memorandum to S. Strong re my comments to the draft (.10); follow-up email memorandum to L. Ernce, A. Loraditch and B. Olson re the same (.10); review the draft response to the motion to convert drafted by A. Parlen (.20); follow-up email memorandum to L. Ernce, A. Loraditch and B. Olson re the same (.10). | 0.90 | 504.00 |
| 10/26/06 | L. Ernce | Review debtors' draft response to U.S. Trustee motion to convert cases (.20); review M. Levinson emails to S. Strong and to Diversified Committee professionals re same (.10); review First Trust Committee's opposition to U.S. Trustee motion to convert cases (.20); review M. Levinson email to Diversified Committee professionals re same and next steps and review A. Loraditch response (.10). | 0.50 | 232.50 |
| 10/27/06 | M. Levinson | Review the responses to the motion to convert the cases prepared by the USACM Committee and by the First Trust Committee and review the declarations in support thereof (.30); telephone conversation with L. Ernce re the form of response by the Diversified Committee and exchange follow-up email memoranda re the same (.10); review and revise the draft Diversified Committee response (.30); review and participate in a chain of email memoranda re the oppositions of the various committees to the motion (.10). | 0.80 | 448.00 |



ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 6

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/27/06 | L. Ernce | Review First Trust Deed Committee's finalized opposition to U.S. Trustee motion to convert cases and supporting declaration of M. Kvarda (.20); review USACM Committee's opposition to U.S. Trustee motion to convert cases and Direct Lenders' Committee's joinder (.10); draft and revise Diversified Committee's opposition to convert cases (.50); review M. Levinson comments to same and conference with M. Levinson re same (.20); revise and finalize Diversified Committee's opposition (.20); email to A. Loraditch re same and telephone conference with A. Loraditch re finalizing and filing same (.20); review debtors' finalized opposition to conversion motion (.10). | 1.50 | 697.50 |
| 10/28/06 | M. Levinson | Review email memoranda, pleadings and documents from the prior week in preparation for the upcoming week. | 1.20 | 672.00 |
| 10/30/06 | M. Levinson | Telephone conversation with M. Cohen, counsel for a borrower, re case status and the possible workout of his client's loan. | 0.20 | 112.00 |
| 10/30/06 | M. Levinson | Exchange email memoranda with and telephone conversation with A. Loraditch re the omnibus hearing later this morning (.20); telephone conversation with A. Loraditch from the courthouse following the denial of the motion to convert the cases (.10); review A. Loraditch email memorandum re the results of the hearings following the break and exchange brief follow-up email memoranda with A. Loraditch (.10); review the draft form of order extending confirmation exclusivity to December 31st and review various email memoranda re the same (.10); review C. Harvick email memorandum re his conversation with J. Reed re the management services rendered to Diversified Fund and respond to C. Harvick, M. Tucker and J. Hermann (.20). | 0.70 | 392.00 |
| 10/30/06 | L. Ernce | Review multiple electronic notices received today. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 7

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/30/06 | L. Ernce | Conferences with M. Levinson re various case status matters including the outcome of today's hearing and preparations for tomorrow's Diversified Committee meeting. | 0.30 | 139.50 |
| 10/31/06 | L. Ernce | Review order approving continued employment of debtors' professionals on an interim basis and email to Diversified Committee professionals re same. | 0.10 | 46.50 |
| 10/31/06 | L. Ernce | Review news article in Las Vegas Review Journal re yesterday's hearing on motion to convert cases to chapter 7 and email to Diversified Committee professionals re same. | 0.10 | 46.50 |
| 10/31/06 | M. Levinson | Exchange of email memoranda with A. Loraditch and C. Harvick re management services rendered to Diversified Fund (.20); review the draft order extending confirmation exclusivity and email memoranda re the same from C. Pajak, A. Loraditch and others (.10); review the order re timing of the filing of the amended disclosure statement and of objections thereto and review a number of brief email memoranda re the same (.10) | 0.40 | 224.00 |
| 10/31/06 | L. Ernce | Review and respond to email from M. Tucker requesting information on monthly fee statements of debtors' professionals. | 0.20 | 93.00 |
| | | *B110 – Case Administration Total* | *16.60* | *8,655.00* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn T. Ernce | 6.80 | 465.00 | 3,162.00 |
| Jeffery D. Hermann | 0.50 | 570.00 | 285.00 |
| Marc A. Levinson | 9.30 | 560.00 | 5,208.00 |
| Total All Timekeepers | 16.60 | $521.39 | $8,655.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 8

November 27, 2006
Invoice No. 1041844

### *Task B120 – Asset Analysis and Recovery*

| | | | | |
|---|---|---|---|---|
| 10/01/06 | M. Levinson | Review a number of C. Harvick, J. Hermann and other email memoranda relating to collecting the Colt loans and related strategic issues. | 0.20 | 112.00 |
| 10/02/06 | J. Hermann | Telephone conference with R. Charles regarding concerns regarding sale of Royal Hotel and related matters (.20); telephone conference with S. Strong, R. Charles regarding the same and means of ensuring that monies will flow to debtors upon closing (.40); review and analysis of title report on Royal Hotel (.50); preparation of and participate in exchange of email correspondence regarding the same with Diversified Committee, debtor and USACM Committee professionals (.50). | 1.60 | 912.00 |
| 10/03/06 | M. Levinson | Portion of a very long telephone conversation with T. Allison, S. Strong, M. Tucker, C. Harvick and J. Hermann devoted to possible offers for assets of the Diversified Fund and to collection of the Colt loan (.60); review B. Olson email memorandum re the USACM setoff of Diversified collections and analysis re next steps on that issue (.20). | 0.80 | 448.00 |
| 10/03/06 | J. Hermann | Telephone conference with C. Orrock regarding further discussion of court proceedings last Thursday to expunge the equitable lien of Great White Investments on Royal Hotel and regarding other issues in connection with imminent closing of sale escrow for Royal Hotel. | 0.50 | 285.00 |
| 10/03/06 | J. Hermann | Portion of conference call with T. Allison, S. Strong, C. Harvick, M. Tucker and M. Levinson regarding issues in connection with closing of escrow for sale of Royal Hotel, the closing of the Hotel Zoso, recent efforts to obtain repayment of Colt Gateway loans from HFA entities, and regarding numerous related matters and issues in connection with sales of Epic condominiums. | 0.60 | 342.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 9

November 27, 2006
Invoice No. 1041844

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/06 | J. Hermann | Telephone conference with M. Tucker and M. Levinson regarding imminent closing Royal Hotel sale and numerous issues occasioned by the same, including encumbrances disclosed by title commitment. | 0.70 | 399.00 |
| 10/04/06 | M. Levinson | Portion of a telephone conversation with M. Tucker re seeking proposals for Diversified Fund assets (.20); portion of a telephone conversation with A. Jarvis devoted to the same (.10). | 0.30 | 168.00 |
| 10/04/06 | J. Hermann | Review and analysis of calculation of amounts owing under Sheraton Hotel loan as the same relates to irrevocable escrow instruction on sale of Hotel Zoso (.40); review and revise irrevocable escrow instructions to incorporate the same (.50); further preparation of other transaction documents necessary to assure receipt of funds from escrow (.60). | 1.50 | 855.00 |
| 10/05/06 | J. Hermann | Telephone conference with A. Jarvis and T. Allison regarding recent discussions with borrower on Colt Gateway loan, prospects for repayment and request of borrower to subordinate to new lender (.20);  telephone conference with M. Tucker, C. Harvick and M. Levinson regarding handling of further efforts to participate in collection of Colt Gateway loans and handling of servicing of the same and related issues (.90);  review and analysis of servicing agreements and applicable statutes in connection with the same (.20). | 1.30 | 741.00 |
| 10/05/06 | M. Levinson | Portion of a long conversation with M. Tucker, C. Harvick and J. Hermann devoted to issues relating to the Colt loans and related matters. | 0.20 | 112.00 |
| 10/06/06 | L. Ernce | Review M. Levinson email memo re his call with R. Walker re Royal Hotel and Hotel Zoso and next steps. | 0.10 | 46.50 |
| 10/08/06 | M. Levinson | Review lengthy B. Olson email and brief A. Loraditch follow-up email memorandum re their review of financing statements filed in Connecticut against the various Colt entities. | 0.20 | 112.00 |



ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 10

November 27, 2006
Invoice No. 1041844

| 10/09/06 | M. Levinson | Review and analyze R. Charles correspondence re the ability of Diversified Fund to offset its claim against USACM, analysis re next steps in light of the same and brief email memorandum to A. Englund re the same. | 0.30 | 168.00 |
|---|---|---|---|---|
| 10/10/06 | M. Levinson | Conference with A. Englund re background in connection with her researching the R. Charles-raised issue about Diversified's ability to offset USACM's alleged fraudulent transfer claim (.20); telephone conversation with B. Olson and A. Loraditch re another aspect of the alleged fraudulent transfer claim (.20). | 0.40 | 224.00 |
| 10/10/06 | A. Englund | Telephone conference with M. Levinson regarding background information for fraudulent transfer defense research (.20); review pleadings for background (.40). | 0.60 | 276.00 |
| 10/12/06 | M. Levinson | Exchange a series of email memoranda and voicemail messages with A. Englund re a setoff related research project. | 0.10 | 56.00 |
| 10/12/06 | A. Englund | Review cases regarding setoff provided in letter from R. Charles (.60); exchange detailed telephone messages with M. Levinson regarding same (.20). | 0.80 | 368.00 |
| 10/13/06 | A. Englund | Continue research and analysis of fraudulent transfer claims (.90); email M. Levinson summarizing same (.30). | 1.20 | 552.00 |
| 10/16/06 | M. Levinson | Review C. Harvick and B. Olson email memoranda re the Colt loans and Colt properties. | 0.10 | 56.00 |
| 10/18/06 | L. Ernce | Review S. Strong email and motion filed under seal subject to confidentiality agreement. | 0.30 | 139.50 |
| 10/23/06 | L. Ernce | Review debtors' loan summaries as of September 30, 2006 and email to Diversified Professionals re same. | 0.30 | 139.50 |
| 10/26/06 | J. Hermann | Participation in conference call with A. Jarvis, R. Charles, S. Freeman, T. Allison, and M. Levinson regarding status of attempts to negotiate on closing of Hotel Zoso and litigation theories and alternatives available against Investment Partners, J. Milanowski and T. Hantges with respect to the same and generally. | 1.20 | 684.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 11

November 27, 2006
Invoice No. 1041844

| 10/26/06 | J. Hermann | Prepare email correspondence to D. Tyukody regarding securities violations of USACM and/or Investment Partners in connection with ongoing negotiations on plan of reorganization issues (.20); review and analysis of file materials in connection with the same (.10). | 0.30 | 171.00 |
|---|---|---|---|---|
| 10/26/06 | M. Levinson | Review J. Hermann email memorandum to D. Tyukody re the Diversified Fund's possible claims against USACM and other affiliates. | 0.10 | 56.00 |
| 10/27/06 | J. Hermann | Review and analysis of file materials for information necessary for lien against Hotel Zoso and Royal Hotel (.20); participate in exchange of email correspondence regarding the same with debtor professionals and Diversified Committee professionals (.10). | 0.30 | 171.00 |
| | | *B120 – Asset Analysis and Recovery Total* | *14.00* | *7,593.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa D. Englund | 2.60 | 460.00 | 1,196.00 |
| Lynn T. Ernce | 0.70 | 465.00 | 325.50 |
| Jeffery D. Hermann | 8.00 | 570.00 | 4,560.00 |
| Marc A. Levinson | 2.70 | 560.00 | 1,512.00 |
| Total All Timekeepers | 14.00 | $542.39 | $7,593.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 12

November 27, 2006
Invoice No. 1041844

### _Task B152 – Meetings & Communications with other Committees_

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/06 | M. Levinson | Exchange of email memoranda with numerous committee and debtors' professionals re scheduling an all-hands conference call. | 0.10 | 56.00 |
| 10/08/06 | M. Levinson | Exchange of email memoranda with various counsel re tomorrow's all-hands call. | 0.10 | 56.00 |
| 10/09/06 | M. Levinson | Participate in all-hands conference call covering a number of issues including fee allocation, the Silver Point asset purchase agreement, intercompany claims, plan and disclosure statement and other issues (.80); follow-up telephone conversation with G. Garman (.10); exchange follow-up email memoranda with J. Hermann and M. Tucker re a possible all-hands meeting, another telephone conversation with G. Garman re the same, telephone conversation with M. Tucker re the same and follow-up voicemail message to G. Garman (.20); exchange follow-up voicemail messages with G. Garman and telephone conversation with G. Garman (.10). | 1.20 | 672.00 |
| 10/09/06 | J. Hermann | Participate in exchange of email correspondence with all estate professionals regarding all hands call (.10); participate in conference call with all estate professionals regarding coordination of efforts, status of all matters on court's docket, and numerous related topics (.80). | 0.90 | 513.00 |
| 10/15/06 | M. Levinson | Exchange email memoranda with A. Jarvis, E. Karasik, R. Charles and others re tomorrow's all-hands call. | 0.10 | 56.00 |
| 10/16/06 | M. Levinson | Exchange a series of email memoranda with A. Jarvis, E. Karasik, J. Gordon, R. Charles and others re the next all-hands conference call. | 0.10 | 56.00 |
| 10/17/06 | M. Levinson | Long all-hands conference call re Silver Point asset purchase agreement and bid procedures, plan negotiation status, Investment Partners issues, intercompany claims and other matters. | 0.80 | 448.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 13

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/17/06 | J. Hermann | Participate in conference call with professionals of all committees and debtors regarding status of outstanding issues including matters set for hearing this week, status of negotiations with Silver Point on bidding procedures and related issues and ongoing plan of reorganization negotiations. | 0.80 | 456.00 |

*B152 – Meetings & Communications with other Committees Total*     *4.10*     *2,313.00*

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Jeffery  D. Hermann | 1.70 | 570.00 | 969.00 |
| Marc  A. Levinson | 2.40 | 560.00 | 1,344.00 |
| Total All Timekeepers | 4.10 | $564.15 | $2,313.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 14

November 27, 2006
Invoice No. 1041844

_Task B153 – Meetings & Communications with the Committee or members of the Committee_

| | | | | |
|---|---|---|---|---|
| 10/03/06 | L. Ernce | Exchange emails with R. Worthen re status of his review of latest version of letter to Diversified Fund investors and review voicemail from R. Worthen re same (.20); email to M. Levinson re status of investor letter (.10). | 0.30 | 139.50 |
| 10/04/06 | M. Levinson | Telephone conversation with A. Loraditch and L. Ernce re scheduling a Diversified Committee call and re various issues to be discussed during such call (.20); review L. Ernce email memorandum to the Diversified Committee scheduling a conference call and review responses from Committee members thereto (.20). | 0.40 | 224.00 |
| 10/04/06 | L. Ernce | Email memo to Diversified Committee re finalized letter from R. Worthen to investors and that letter will be mailed and posted to Diversified Committee's website (.10); review S. Katz email requesting status and telephone conference with M. Levinson re same and scheduling next meeting (.20); email memo to Diversified Committee re next meeting and review responses (.20). | 0.50 | 232.50 |
| 10/04/06 | L. Ernce | Telephone conference with M. Levinson and A. Loraditch re agenda for next Diversified Committee call and re setting up call. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 15

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/05/06 | M. Levinson | Review various email memoranda from Diversified Committee members and L. Ernce re tomorrow's conference call (.10); draft an agenda for tomorrow's call and email the same to the Diversified Committee professionals (.20); telephone conversation with L. Ernce re further preparation for tomorrow's call and re circulating the agenda to members of the Diversified Committee (.10); review T. Lawyer email memorandum to the Diversified Committee re his meeting today with J. Milanowski and email the Diversified Committee professionals re next steps in light of the same (.20); email memorandum to the Diversified Committee re the same (.20); review a number of brief responsive email memoranda from Committee members and L. Ernce (.10); review two G. Kantor email memoranda re his thoughts on plan of reorganization, Investment Partners and other issues (.10); portion of a very long telephone conversation with C. Harvick, M. Tucker and J. Hermann devoted to preparing for tomorrow's Diversified Committee call (.20); review lengthy M. Tucker email memorandum to the Committee in preparation for tomorrow's call (.10). | 1.30 | 728.00 |
| 10/05/06 | L. Ernce | Telephone conference with M. Levinson re tomorrow's Diversified Committee meeting and related matters. | 0.10 | 46.50 |
| 10/05/06 | L. Ernce | Review emails from Diversified Committee members re availability for meeting (.10); emails to Diversified Committee professionals re same and recommendation to proceed with meeting tomorrow (.10); review M. Levinson email re same and preparing agenda for call (.10); email memo to Diversified Committee with agenda for tomorrow's call (.20). | 0.50 | 232.50 |
| 10/05/06 | L. Ernce | Review T. Lawyer email to Diversified Committee and review M. Levinson emails re same and adding to meeting agenda for tomorrow (.10); exchange emails with Diversified Committee professionals re tomorrow's meeting (.10). | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 16

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/06/06 | J. Hermann | Participate in conference call with Diversified Committee members and professionals regarding recent events and decisions with respect to matters involving Investment Partners, and numerous related matters (1.50); telephone conference with M. Levinson regarding the same and follow-up issues (.20). | 1.70 | 969.00 |
| 10/06/06 | M. Levinson | Continue preparing for the upcoming Diversified Committee conference call, including the exchange of email memoranda with L. Ernce and others re the agenda (.30); participate in most of this morning's Diversified Committee conference call (1.40). | 1.70 | 952.00 |
| 10/06/06 | L. Ernce | Participate in Diversified Committee conference call. | 1.70 | 790.50 |
| 10/06/06 | L. Ernce | Exchange emails with J. Miller at BMC Group re status of mailing of letter to Diversified Fund investors and related matters (.10); review email from J. Miller and latest list of Diversified Fund investor names and addresses (.10). | 0.20 | 93.00 |
| 10/11/06 | M. Levinson | Email memorandum to the Diversified Committee and professionals re an emergency call today and re yesterday's Investment Partners developments (.20); exchange follow-up email memoranda with M. Tucker, L. Ernce and various members of the Committee (.20); telephone conversation with S. Katz and L. Ernce re the upcoming Committee call (.10); long Diversified Committee conference call (1.20). | 1.70 | 952.00 |
| 10/11/06 | L. Ernce | Review M. Levinson email to Diversified Committee re new information about Investment Partners and related matters and need for holding Diversified Committee meeting on short notice (.10); exchange emails with M. Levinson re same (.10); voicemail and email to J. Pulliam re gathering Diversified Committee members on short notice (.10); telephone conference with M. Schmahl re today's meeting (.10); participate in Diversified Committee meeting (1.20); telephone conference with M. Levinson after meeting re next steps (.10). | 1.70 | 790.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908
page 17

November 27, 2006
Invoice No. 1041844

| 10/12/06 | M. Levinson | Long telephone conversation re Investment Partners, plan and other issues with M. Schmahl, R. Mason and L. Ernce (.80); voicemail message from B. Hardy, voicemail message to L. Ernce re the same and exchange follow-up email memoranda with L. Ernce (.10). | 0.90 | 504.00 |
| --- | --- | --- | --- | --- |
| 10/12/06 | L. Ernce | Participate in portion of long telephone conference with M. Schmahl, R. Mason and M. Levinson re various strategies for dealing with Investment Partners developments (.60); review follow-up email from R. Mason re same (.10); confer with M. Levinson re same (.10). | 0.80 | 372.00 |
| 10/12/06 | L. Ernce | Review M. Levinson voicemail and voicemail from R. Hardy (.10); telephone conference with R. Hardy (.10). | 0.20 | 93.00 |
| 10/13/06 | M. Levinson | Email memorandum to members of the Diversified Committee re scheduling the next meeting and review follow-up email memoranda from several Diversified Committee members and L. Ernce. | 0.20 | 112.00 |
| 10/13/06 | L. Ernce | Review M. Levinson email to Diversified Committee re meeting to discuss latest developments and review responses. | 0.10 | 46.50 |
| 10/14/06 | M. Levinson | Review email memoranda from various Diversified Committee members and forward the same to L. Ernce. | 0.10 | 56.00 |
| 10/15/06 | M. Levinson | Email memorandum to B. Olson and A. Loraditch in preparation for one of the issues to be discussed at tomorrow's Diversified Committee conference call (.10); review email memoranda from Committee members re tomorrow's call, exchange email memoranda with L. Ernce re the same and review L. Ernce email memorandum to the Committee members who have not responded about the call (.10). | 0.20 | 112.00 |
| 10/15/06 | L. Ernce | Exchange emails with M. Levinson re Monday's meeting of the Diversified Committee and email memo to certain Diversified Committee members re same. | 0.10 | 46.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 18

November 27, 2006
Invoice No. 1041844

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/06 | M. Levinson | Telephone conversation with A. Loraditch and B. Olson in preparation for the upcoming Diversified Committee conference call (.20); telephone conversation with M. Tucker and J. Hermann in preparation for the upcoming call, with A. Jarvis for part (.50); final preparation for the Diversified Committee conference call (.30); very long Diversified Committee conference call (1.30); long follow-up telephone conversation with M. Schmahl (.40). | 2.70 | 1,512.00 |
| 10/16/06 | L. Ernce | Attend Diversified Committee conference call. | 1.30 | 604.50 |
| 10/16/06 | J. Hermann | Telephone conference with M. Tucker and M. Levinson regarding agenda for Diversified Committee meeting (.30); participate in conference call with Diversified Committee members and professionals regarding recent events, in particular in connection with Investment Partners strategy and recent plan negotiations (1.20). | 1.50 | 855.00 |
| 10/17/06 | M. Levinson | Review lengthy C. Harvick email memorandum to the Diversified Committee re the proposed employee retention program and send a responsive email memorandum to C. Harvick and other Diversified Committee professionals. | 0.20 | 112.00 |
| 10/18/06 | M. Levinson | Exchange email memoranda with M. Schmahl re today's meeting with J. Milanowski. | 0.10 | 56.00 |
| 10/20/06 | L. Ernce | Draft email memo to Diversified Committee re denial of the Prospect High Income Fund claim. | 0.10 | 46.50 |
| 10/25/06 | M. Levinson | Portion of conference with L. Ernce devoted to arranging for a Diversified Committee meeting on October 27th and review L. Ernce email memorandum to the members of the Committee and the Committee professionals re the same. | 0.10 | 56.00 |
| 10/25/06 | L. Ernce | Email memo to Diversified Committee re scheduling next meeting and review responses from certain Committee members re availability. | 0.10 | 46.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 19

November 27, 2006
Invoice No. 1041844

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/06 | M. Levinson | Review brief email memoranda from Diversified Committee members, L. Ernce and A. Loraditch re tomorrow's conference call (.10); telephone conversation with M. Schmahl re the settlement negotiations with the other committees and the status of the Investment Partners negotiations (.30); telephone conversation with R. Worthen about tomorrow's Diversified Committee call and re status matters, generally (.20). | 0.60 | 336.00 |
| 10/26/06 | L. Ernce | Follow-up email memo to Diversified Committee re next conference call and exchange emails with A. Loraditch re same. | 0.10 | 46.50 |
| 10/27/06 | L. Ernce | Participate in Diversified Committee call (1.00); email to Diversified Committee re scheduling of next meeting (.10). | 1.10 | 511.50 |
| 10/27/06 | M. Levinson | Continue preparing for this morning's Diversified Committee conference call (.30); long telephone conversation with S. Katz re case, plan and Investment Partners status because she will miss the Committee call (.40); long Diversified Committee conference call (.90); telephone conversation with M. Schmahl re this morning's Diversified Committee conference call, re plan and Investment Partners status, and re a number of other topics (.30). | 1.90 | 1,064.00 |
| 10/27/06 | J. Hermann | Telephone conference with M. Levinson regarding issues for Diversified Committee meeting (.20); participate in Diversified Committee meeting by conference call regarding recent developments on all fronts and decisions to be made (.90). | 1.10 | 627.00 |
| 10/27/06 | L. Ernce | Email to Diversified Committee re next committee meeting. | 0.10 | 46.50 |
| 10/30/06 | M. Levinson | Draft and revise email memorandum to the Diversified Committee re tomorrow's conference call and re the draft term sheet sent under cover of such email memorandum (.20); review and revise the J. Hermann draft comments to the term sheet to be transmitted to members of the Diversified Committee (.20); finalize the edits to the comments and finalize and transmit the email memorandum (.20). | 0.60 | 336.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified          November 27, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1041844
page 20

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/06 | L. Ernce | Participate in Diversified Committee call. | 1.00 | 465.00 |
| 10/31/06 | M. Levinson | Participate in long Diversified Committee conference call (1.00); follow-up email memorandum to the members of the Diversified Committee (.10). | 1.10 | 616.00 |
| 10/31/06 | J. Hermann | Participate in conference call with Diversified Committee members and discussion of outstanding matters bearing upon decisions to be made by Diversified Committee. | 0.60 | 342.00 |

*B153 – Meetings & Communications with the Committee or members of the*          29.10          15,357.00
*Committee Total*

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 10.40 | 465.00 | 4,836.00 |
| Jeffery  D. Hermann | 4.90 | 570.00 | 2,793.00 |
| Marc  A. Levinson | 13.80 | 560.00 | 7,728.00 |
| Total All Timekeepers | 29.10 | $527.73 | $15,357.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 21

November 27, 2006
Invoice No. 1041844

### _Task B154 – Meetings & Communications with the Creditors or Equity holders_

| | | | | |
|---|---|---|---|---|
| 10/02/06 | L. Ernce | Review voicemail from and return telephone call to investor P. Sindler (.10); return telephone call from investor B. Cummins (.10); review email from investor D. Medeiros and review investor list (.10). | 0.30 | 139.50 |
| 10/03/06 | M. Levinson | Long telephone conversation with Diversified Fund investor A. Olson re case status and next steps (.30); telephone conversation with Diversified Fund investor R. Sharpe (.10). | 0.40 | 224.00 |
| 10/03/06 | L. Ernce | Email memo to investor D. Medeiros responding to his inquiries (.10); telephone conference with investor (.20). | 0.30 | 139.50 |
| 10/04/06 | M. Levinson | Telephone conversation with L. Ernce re the status of the letter to Diversified Fund investors, including R. Worthen's and C. Harvick's comments thereto (.10); review an exchange of email memoranda between C. Harvick and L. Ernce concerning certain inquiries by investors (.10); review several L. Ernce email memoranda to investors (.10); review L. Ernce and K. Miller email memoranda re mailing by BMC of the letter to investors and review the L. Ernce email memorandum to A. Jarvis requesting funding for the same (.10). | 0.40 | 224.00 |
| 10/04/06 | L. Ernce | Telephone call from with J. Stine re investor W. Stine and email memo to J. Stine (.50); telephone call from investor C. Kerlinski (.10); review email from investor K. Miller (.10); conference with M. Levinson re response and email memo to investor K. Miller (.20); review Diversified Fund schedules to respond to question from J. Stine and email to J. Stine re same (.20); review email response from investor K. Miller and conference with M. Levinson re same (.10). | 1.20 | 558.00 |
| 10/04/06 | L. Ernce | Telephone conference with M. Levinson re communications with investors and related topics. | 0.20 | 93.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 22

November 27, 2006
Invoice No. 1041844

| 10/04/06 | L. Ernce | Telephone conference with J. Miller at BMC Group re logistics for BMC Group to mail out letters to Diversified Fund investors and related matters (.20); email memo to A. Jarvis and S. Strong re intention to mail out letter to Diversified Fund investors and re procedures for billing debtor directly (.10); exchange emails with J. Miller re timing for sending out investor letter and related matters (.10). | 0.40 | 186.00 |
| --- | --- | --- | --- | --- |
| 10/05/06 | M. Levinson | Review the email memorandum from Diversified investor K. Miller and the L. Ernce email memorandum re the same, and telephone conversation with L. Ernce re the same. | 0.20 | 112.00 |
| 10/05/06 | L. Ernce | Telephone conference with M. Levinson re responding to inquiries from investor K. Miller. | 0.10 | 46.50 |
| 10/05/06 | L. Ernce | Telephone call from investor J. Palmer. | 0.30 | 139.50 |
| 10/05/06 | L. Ernce | Another telephone conference with M. Levinson re communications with investors. | 0.10 | 46.50 |
| 10/06/06 | M. Levinson | Review the exchange of L. Ernce and K. Miller re the transmission of the lengthy R. Worthen correspondence to all Diversified investors. | 0.10 | 56.00 |
| 10/06/06 | L. Ernce | Telephone call from investor N. Nagy. | 0.20 | 93.00 |
| 10/09/06 | M. Levinson | Review L. Ernce and C. Harvick email memoranda re the inquiry from Diversified Fund investor S. Novara, and review L. Ernce response to S. Novara. | 0.10 | 56.00 |
| 10/10/06 | M. Levinson | Telephone conversation with Diversified investor D. Van Hatten. | 0.10 | 56.00 |
| 10/10/06 | L. Ernce | Review email re investor request for information on K-1 forms; email to investor Novara re same. | 0.20 | 93.00 |
| 10/10/06 | L. Ernce | Attention to revising and updating Diversified Committee website. | 0.60 | 279.00 |
| 10/11/06 | M. Levinson | Review email memorandum from Diversified investors, the Fitzners, and review the lengthy L. Ernce response thereto. | 0.10 | 56.00 |
| 10/11/06 | L. Ernce | Review and respond to email from investors Fitzner (.10); review investor list (.10). | 0.20 | 93.00 |
| 10/11/06 | L. Ernce | Attention to modifications to Diversified Committee website. | 0.50 | 232.50 |
| 10/11/06 | L. Ernce | Telephone call from Diversified Fund investor Alcaro. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 23

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/12/06 | M. Levinson | Review email memorandum from Diversified investor, K. Miller, review the L. Ernce, J. Hermann and C. Harvick follow-up email memoranda re the same and review the L. Ernce email memorandum to K. Miller (.10); review the exchange of email memoranda between L. Ernce and J. King, counsel for a revocable trust that is a Diversified investor, and review the lengthy L. Ernce email memorandum to D. Medeiros (.10). | 0.20 | 112.00 |
| 10/12/06 | L. Ernce | Long telephone call with investor Alcaro (.30); review email from investor D. Medeiros (.10); telephone call to investor Medeiros (.40); obtain information and draft follow-up email to investor D. Medeiros to provide information (.20); review and respond to J. King, counsel to certain Diversified investors (.20); review email from investor K. Miller (.10); exchange emails with C. Harvick re response to same (.10); email response to investor K. Miller and review K. Miller response with additional questions (.10); telephone call from investor A. Scalleat (.20); follow-up email memorandum to investor A. Scalleat (.10). | 1.80 | 837.00 |
| 10/12/06 | J. Hermann | Participate in exchange of email correspondence with Diversified Committee professionals regarding proper manner of responding to email inquiries of investors and posting of such responses to committee informational website. | 0.30 | 171.00 |
| 10/13/06 | M. Levinson | Review the lengthy email memorandum from P. Rieger, the A. Landis email memorandum to committee counsel re the same and the A. Loraditch follow-up email memorandum (.10); review the L. Ernce and A. Loraditch email memoranda re the L. Ernce telephone conversation with Diversified investors, the Alcaros (.10). | 0.20 | 112.00 |
| 10/13/06 | L. Ernce | Exchange further emails with C. Harvick re questions from investor K. Miller; email to K. Miller and review her email response. | 0.20 | 93.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 24

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/13/06 | L. Ernce | Review email from A. Landis forwarding inquiries from investor P. Rieger and conference with M. Levinson re same; review S. Strong emailed response to A. Landis. | 0.20 | 93.00 |
| 10/13/06 | L. Ernce | Long telephone call with investors Mr. and Mrs. Alcaro (.50); email memo to A. Loraditch re same (.10). | 0.60 | 279.00 |
| 10/16/06 | L. Ernce | Telephone call from investor R. Kerlinski re proof of claim and proof of interest forms. | 0.10 | 46.50 |
| 10/16/06 | M. Levinson | Review email memorandum from Diversified investor, P. Stone, re an error in the Diversified Committee website, email memorandum to L. Ernce re the same and exchange a series of follow-up email memoranda with L. Ernce and A. Loraditch re fixing the problem and related matters. | 0.20 | 112.00 |
| 10/16/06 | L. Ernce | Review email from investor R. Maiorana and review investor list (.10); email memo to investor R. Maiorana responding to inquiries (.10); review email from investor K. Miller (.10). | 0.30 | 139.50 |
| 10/16/06 | L. Ernce | Review email from M. Levinson re responding to inquiry from investors and related matters (.10); exchange emails with M. Levinson re follow-up re same (.10); draft email memo to investor P. Stone responding to inquiries (.20). | 0.40 | 186.00 |
| 10/16/06 | L. Ernce | Review debtors' and committee websites and updating Diversified Committee website. | 0.70 | 325.50 |
| 10/18/06 | M. Levinson | Review lengthy email memorandum from Diversified Investor P. Stone (.10); exchange email memoranda with L. Ernce re responding to questions raised by such email and review lengthy L. Ernce email memorandum to P. Stone (.10); review email memorandum from Diversified Investor J. Miller, review the C. Harvick response (.10). | 0.30 | 168.00 |
| 10/18/06 | L. Ernce | Telephone call from investor M. Miselli (.10); review emails from C. Harvick re responses to latest inquiries from investor K. Miller (.10). | 0.20 | 93.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908
page 25

November 27, 2006
Invoice No. 1041844

| | | | | |
|---|---|---|---|---|
| 10/19/06 | M. Levinson | Exchange of email memoranda with A. Loraditch and L. Ernce re posting information on the Diversified Committee website about the disallowance of the $20 million claim against the Diversified Fund. | 0.10 | 56.00 |
| 10/19/06 | L. Ernce | Review another inquiry from investor K. Miller (.10); review inquiry from investor G. Lewis (.10); email memo to investor G. Lewis (.20); review and respond to additional emails from investor G. Lewis (.30); exchange emails with M. Tucker re responses to latest K. Miller inquiry (.20); review email from investor A. Papas and email memo to Diversified professionals re statements by A. Papas and formulating a response (.20); review email from investor A. Olsen and telephone conference with M. Levinson re his receipt of a similar email (.20). | 1.30 | 604.50 |
| 10/20/06 | L. Ernce | Email memo to investor A. Olsen responding to his inquiries. | 0.10 | 46.50 |
| 10/20/06 | M. Levinson | Review the various drafts of the posting on the Diversified Committee website of the disallowance of the $20 million claim and the numerous email memoranda from L. Ernce, A. Loraditch, B. Olson and J. Hermann re the same (.20); exchange of follow-up email memoranda with L. Ernce and A. Loraditch re posting the final version and related matters (.10). | 0.30 | 168.00 |
| 10/20/06 | L. Ernce | Update Diversified Committee's website to include latest debtors' monthly operating reports, information on disallowance of the Prospect High Income Fund claim and other recent developments. | 0.60 | 279.00 |
| 10/21/06 | L. Ernce | Review email from investor D. Palmer. | 0.10 | 46.50 |
| 10/21/06 | M. Levinson | Review email memoranda from a number of Diversified investors, including P. Papas, G. Lewis, A. Olson and K. Miller, review the exchange of email memoranda between M. Tucker and L. Ernce re several of such email memoranda and review the L. Ernce responses to several of them. | 0.20 | 112.00 |
| 10/23/06 | L. Ernce | Telephone call from investor K. Woltz (.20); review investor list and draft email response to investor D. Palmer (.10). | 0.30 | 139.50 |

# ORRICK

| | | | | |
|---|---|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908 page 26 | | | November 27, 2006 Invoice No. 1041844 | |
| 10/25/06 | M. Levinson | Telephone conversation with Diversified Fund investor R. Sharpe. | 0.10 | 56.00 |
| 10/26/06 | L. Ernce | Review various investor emails and inquiries. | 0.20 | 93.00 |
| 10/26/06 | L. Ernce | Exchange emails with A. Loraditch re her communications with investors Alcaro. | 0.10 | 46.50 |
| 10/27/06 | L. Ernce | Review emails from investors M. Ricci, D.G. Menchetti and R. Ryan (.20); email to M. Levinson re message from investor D.G. Menchetti (.10). | 0.30 | 139.50 |
| 10/27/06 | M. Levinson | Review the exchange of email memoranda between creditors and investors, the Riegers, and R. Charles re the motion to convert, email the Riegers, R. Charles and others and exchange brief follow-up email memoranda with R. Charles (.20); lengthy voicemail message from Diversified investor, E. Johnson, brief telephone conversation with L. Ernce re the same, review exchange of L. Ernce and M. Tucker email memoranda re the same (.20). | 0.40 | 224.00 |
| 10/27/06 | L. Ernce | Revise and update Diversified Committee website. | 0.50 | 232.50 |
| 10/27/06 | L. Ernce | Telephone conference with investor E. Johnston re inquiries about tax issues (.10); confer with M. Levinson re same, email to M. Tucker and C. Harvick re same and review M. Tucker response (.10). | 0.20 | 93.00 |
| 10/30/06 | M. Levinson | Telephone conversation with investor D. Howard (.10); review L. Ernce email memoranda to various Diversified Fund investors including K. Wise and D. Mesker (.10). | 0.20 | 112.00 |
| 10/30/06 | L. Ernce | Review and respond to email from investor G. Levites (.10); review and respond to email inquiries from investors Wise (.20); review and respond to email inquiry from investor R. Ryan (.10); telephone call from investor J. Abodeely and email additional information per his request (.20). | 0.60 | 279.00 |
| *B154 – Meetings & Communications with the Creditors or Equity holders Total* | | | *17.50* | *8,511.00* |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 27

November 27, 2006
Invoice No. 1041844

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 13.60 | 465.00 | 6,324.00 |
| Jeffery  D. Hermann | 0.30 | 570.00 | 171.00 |
| Marc  A. Levinson | 3.60 | 560.00 | 2,016.00 |
| Total All Timekeepers | 17.50 | $486.34 | $8,511.00 |



# ORRICK

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 28

November 27, 2006
Invoice No. 1041844

### Task B160 – Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| 10/03/06 | M. Levinson | Review the draft order approving Orrick's first interim fee application and the L. Ernce email memorandum to A. Landis re the same. | 0.10 | 56.00 |
| 10/03/06 | L. Ernce | Draft and revise form of order approving Orrick's fee application (.30); finalize form of order approving Orrick's fee application and email to A. Landis for approval (.20). | 0.50 | 232.50 |
| 10/04/06 | L. Ernce | Review emails from A. Landis approving orders on Alvarez, Gordon & Silver and Orrick fee applications (.10); emails with A. Loraditch re lodging approved Orrick order with court (.10). | 0.20 | 93.00 |
| 10/05/06 | L. Ernce | Review Beckley Singleton's supplemental Rule 2014 disclosure and email memo to M. Levinson re same. | 0.10 | 46.50 |
| 10/06/06 | L. Ernce | Begin reviewing and editing Orrick's prebill for September 2006. | 1.00 | 465.00 |
| 10/06/06 | L. Ernce | Email memo to A. Loraditch re preparing and filing application for reimbursement of Diversified Committee member expenses and timing issues. | 0.10 | 46.50 |
| 10/09/06 | L. Ernce | Continue reviewing and revising Orrick's September 2006 prebill (2.40); email memo to J. Hermann re billing protocol and review J. Hermann response (.10); email memo to M. McAndrews re same (.10); email memo to M. Levinson re status of prebill review and next steps (.10). | 2.70 | 1,255.50 |
| 10/10/06 | L. Ernce | Review email and revised time entries for M. McAndrews on Orrick's September prebill and email M. Levinson re status (.10); draft and revise Diversified Committee's application for reimbursement of committee member expenses (.50); email memo to A. Loraditch re same and question about fund availability (.10); review A. Loraditch revised draft of application (.10); email memo to A. Loraditch re finalizing and filing application (.10); further review and attention to Orrick's September fees and expenses (.70). | 1.60 | 744.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 29

November 27, 2006
Invoice No. 1041844

| 10/16/06 | M. Levinson | Review A. Landis objection to Orrick's monthly fee statement for August (.20); conference with L. Ernce and telephone conversation with J. Hermann re responding to the same (.10); review L. Ernce email memorandum to A. Landis in response to the U.S. Trustee's objection (.10). | 0.40 | 224.00 |
|---|---|---|---|---|
| 10/16/06 | L. Ernce | Review U.S. Trustee notices of objection to monthly fee statements of multiple estate professionals, including Orrick (.20); review M. Levinson email re same and next steps (.10); email memo to A. Landis acknowledging receipt of objection and requesting additional information (.10). | 0.40 | 186.00 |
| 10/18/06 | L. Ernce | Review and analysis of fee applications and re responses to U.S. Trustee objection to Orrick's monthly fee statement. | 1.80 | 837.00 |
| 10/20/06 | L. Ernce | Further review and analysis and re responses to U.S. Trustee objection to Orrick's monthly fee statement. | 1.20 | 558.00 |
| 10/23/06 | L. Ernce | Continue to work on analysis of fee applications and re responses to U.S. Trustee objection to Orrick's monthly fee statement. | 0.80 | 372.00 |
| 10/24/06 | M. Levinson | Attention to Orrick's fee statement for the month of September. | 1.50 | 840.00 |
| 10/24/06 | L. Ernce | Review next version of Orrick's prebill for September 2006 for purposes of preparing Orrick's next monthly fee statement (1.00); emails to J. Hermann re responding to U.S. Trustee's objections to Orrick's monthly statement (.10); email memo to M. Levinson re status of Orrick preparation for Orrick's next monthly fee statement and related matters (.10). | 1.20 | 558.00 |
| 10/25/06 | M. Levinson | Portion of conference with L. Ernce devoted to finalizing Orrick's September fee statement (.10); review the fee statement pleading, including exhibits, slightly revise the pleading and sign the final version (.20). | 0.30 | 168.00 |
| 10/25/06 | M. Levinson | Portion of conference with L. Ernce devoted to the U.S. Trustee's comments to Orrick's August fee statement. | 0.10 | 56.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 30

November 27, 2006
Invoice No. 1041844

| 10/25/06 | L. Ernce | Confer with M. Levinson re status and strategy for response to U.S. Trustee objection to Orrick's monthly fee statement for August 2006 (.10); begin drafting written response (.50). | 0.60 | 279.00 |
|---|---|---|---|---|
| 10/25/06 | L. Ernce | Exchange emails with M. Levinson re status of his review of Orrick bills for purposes of preparing monthly fee statement (.10); draft and revise Orrick's monthly fee statement for September 2006 and exhibits (1.00); email to M. Levinson re same (.10); review M. Levinson comments and revise and finalize monthly fee statement (.20); email Orrick's monthly fee statement to reviewing parties per interim fee procedures order (.10); letters to Diversified Committee chair and A. Landis re same (.20). | 1.70 | 790.50 |
| 10/25/06 | L. Ernce | Email memo to A. Loradith re Nevada fee practice questions raised by U.S. Trustee objection to Orrick's monthly fee statement. | 0.10 | 46.50 |
| 10/26/06 | M. Levinson | Conference with L. Ernce re responding to the U.S. Trustee's objections to Orrick's August statement (.10); review a series of L. Ernce, B. Olson and A. Loraditch re responding to two of the objections (.10). | 0.20 | 112.00 |
| 10/26/06 | L. Ernce | Continue working on response to U.S. Trustee objection to Orrick's monthly fee statement including attention to expense questions, research re fee caps in different jurisdictions and emails with A. Loraditch re Nevada fee practice (2.40); review email from B. Olson re Nevada fee practice (.10). | 2.50 | 1,162.50 |
| 10/27/06 | L. Ernce | Email memo to J. Hermann re status of response to A. Landis on objection to Orrick's monthly fee statement and review J. Hermann response (.10); conference with M. Levinson re status of same (.10); revise and finalize draft letter to A. Landis responding to all objections (.80); email memo to M. Levinson transmitting same for comment (.10). | 1.10 | 511.50 |
| | | *B160 – Fee/Employment Applications Total* | *20.20* | *9,640.00* |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 31

November 27, 2006
Invoice No. 1041844

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 17.60 | 465.00 | 8,184.00 |
| Marc  A. Levinson | 2.60 | 560.00 | 1,456.00 |
| Total All Timekeepers | 20.20 | $477.23 | $9,640.00 |



**O R R I C K**

Official Committee of Equity Security Holders of USA Capital Diversified          November 27, 2006
Trust Deed Fund, LLC - 17908                                                      Invoice No. 1041844
page 32

### *Task B170 – Fee/Employment Objections*

| | | | | |
|---|---|---|---|---|
| 10/02/06 | L. Ernce | Review exchange of emails from A. Landis and others re proposed orders approving Shea & Carlyon, Stutman Treister & Glatt and Lewis and Roca fee applications. | 0.20 | 93.00 |
| 10/03/06 | L. Ernce | Review emails among professionals including A. Landis and review revised proposed orders granting Stutman, Alvarez and other applications (.20). | 0.20 | 93.00 |
| 10/04/06 | L. Ernce | Exchange emails with M. Levinson, A. Loraditch and A. Parlen re status of Ray Quinney monthly statement for August (.20); review order approving First Trust Deed Fund Committee expense application (.10). | 0.30 | 139.50 |
| 10/05/06 | M. Levinson | Review and analyze A. Jarvis email memorandum re allocation of the fees of the debtors' professionals (.20); review and analyze the draft order approving the Ray Quinney interim application and the proposed fee allocation compromise (.20). | 0.40 | 224.00 |
| 10/05/06 | L. Ernce | Further emails with A. Loraditch and Stutman attorneys re status of monthly fee statements for Ray Quinney and related matters. | 0.10 | 46.50 |
| 10/05/06 | L. Ernce | Review draft order approving Mesirow's first interim fee application. | 0.10 | 46.50 |
| 10/06/06 | M. Levinson | Review lengthy E. Karasik email memorandum to A. Jarvis re the proposed Ray Quinney fee order and the allocation of fees portion in particular (.20); review the exchange of a number of follow-up email memoranda from N. Peterman, S. Freeman, C. Carlyon, E. Karasik and F. Merola (.20). | 0.40 | 224.00 |
| 10/06/06 | L. Ernce | Review multiple exchanges of emails among E. Karasik, S. Freeman, C. Carlyon and N. Peterman re allocations contained in proposed order approving Mesirow's fee application and disagreements re same (.20); exchange emails with A. Parlen re monthly fee statements (.10). | 0.30 | 139.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 33

November 27, 2006
Invoice No. 1041844

| 10/09/06 | M. Levinson | Further attention to the issue of allocation of the debtors' professionals' fees and costs, including the review of many email memoranda and several pleadings including the USACM Committee's objection, the responses thereto, the draft form of order and the revised version of the draft Ray Quinney order (.40); telephone conversation with C. Harvick in preparation for the upcoming call (.10); long telephone conversation re allocation with T. Allison, A. Jarvis, N. Peterman, F. Merola, E. Karasik, S. Freeman and C. Harvick (.50); follow-up conversation with C. Harvick (.10); review the revised form of Ray Quinney interim fee order circulated by S. Freeman (.20); review G. Gordon email commenting on the form of order and the S. Freeman response thereto (.10). | 1.40 | 784.00 |
| 10/16/06 | L. Ernce | Review form of order approving Ray Quinney fee application. | 0.10 | 46.50 |
| 10/17/06 | M. Levinson | Review last night's draft of the Ray Quinney interim fee order, comparing it to prior drafts (.20); review the proposed Mesirow and Schwartzer interim orders (.10); review the S. Smith, A. Loraditch and other email memoranda re the forms of order (.10); telephone conversation with A. Loraditch and B. Olson re approving the three forms of order (.10). | 0.50 | 280.00 |
| 10/17/06 | L. Ernce | Review emails and proposed orders on Mesirow, Ray Quinney and Schwartzer McPherson fee applications (.20); review emails from A. Loraditch and S. Freeman re fee allocation issues (.10). | 0.30 | 139.50 |
| 10/18/06 | M. Levinson | Review C. Carlyon, J. McPherson and E. Karasik email memoranda re the proposed orders approving and allocating the fees of the debtors' professionals. | 0.20 | 112.00 |
| 10/18/06 | L. Ernce | Review exchanges of emails among E. Karasik, C. Carlyon, J. McPherson and others re fee allocation issues related to order approving Schwartzer & McPherson fee application. | 0.10 | 46.50 |
| 10/23/06 | L. Ernce | Review latest version of order approving Mesirow's fee application; review email from C. Carlyon re disapproval of order. | 0.10 | 46.50 |



# ORRICK

| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC - 17908 page 34 | | | | November 27, 2006 Invoice No. 1041844 |
|---|---|---|---|---|
| 10/25/06 | L. Ernce | Review objection by the First Trust Deed Committee to the Schwartzer & McPherson fee order based on over-allocation of fees to the First Trust Deed Fund; email memo to M. Levinson re same (.20). | 0.20 | 93.00 |
| 10/25/06 | L. Ernce | Review portions of monthly fee statements filed by other estates' professionals. | 0.30 | 139.50 |
| | | *B170 – Fee/Employment Objections Total* | *5.20* | *2,693.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 2.30 | 465.00 | 1,069.50 |
| Marc  A. Levinson | 2.90 | 560.00 | 1,624.00 |
| Total All Timekeepers | 5.20 | $517.98 | $2,693.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 35

November 27, 2006
Invoice No. 1041844

### _Task B210 – Business Operations_

| | | | | |
|---|---|---|---|---|
| 10/23/06 | L. Ernce | Review First Trust Deed Committee's objection to fourth revised budget in light of court's not yet approving stipulated extension of time to respond and email memo to Diversified Committee professionals summarizing objection. | 0.20 | 93.00 |
| 10/27/06 | L. Ernce | Review debtors' reply brief in support of cash collateral motion and fourth revised budget. | 0.20 | 93.00 |
| | | _B210 – Business Operations Total_ | _0.40_ | _186.00_ |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn  T. Ernce | 0.40 | 465.00 | 186.00 |
| Total All Timekeepers | 0.40 | $465.00 | $186.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 36

November 27, 2006
Invoice No. 1041844

### *Task B220 – Employee Benefits/Pensions*

| | | | | |
|---|---|---|---|---|
| 10/13/06 | L. Ernce | Review form of proposed order granting debtors' motion to freeze pension plan. | 0.10 | 46.50 |
| 10/23/06 | L. Ernce | Review reply brief in support of debtors' employee retention motion. | 0.10 | 46.50 |
| 10/31/06 | L. Ernce | Review form of order approving employee retention plan motion. | 0.10 | 46.50 |
| | | *B220 – Employee Benefits/Pensions Total* | *0.30* | *139.50* |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lynn T. Ernce | 0.30 | 465.00 | 139.50 |
| Total All Timekeepers | 0.30 | $465.00 | $139.50 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 37

November 27, 2006
Invoice No. 1041844

### Task B230 – *Financing/Cash Collections*

| | | | | |
|---|---|---|---|---|
| 10/05/06 | M. Levinson | Initial review of the debtors' motion to use cash through January 2007. | 0.20 | 112.00 |
| 10/05/06 | L. Ernce | Review debtors' motion for continued use of cash collateral per fourth revised budget and email memo to Diversified Committee professionals re same and debtors' anticipated timing for filing fourth revised budget. | 0.20 | 93.00 |
| 10/11/06 | M. Levinson | Review the draft stipulation re briefing schedule for the motion for continued use of cash, review the numerous follow-up email memoranda from various counsel re the same and exchange email memoranda with A. Loraditch re the same. | 0.20 | 112.00 |
| 10/11/06 | M. Levinson | Review R. Charles draft stipulation re the debtors' proposed budget through January 31st and the A. Loraditch, C. Carlyon, C. Pajak and L. Schwartzer follow-up email memoranda. | 0.20 | 112.00 |
| 10/20/06 | L. Ernce | Review debtors' fourth revised budget filed today and email to Diversified Committee professionals re same. | 0.20 | 93.00 |
| 10/27/06 | M. Levinson | Review the debtors' reply memorandum re the motion to use cash (.20); review and respond to a number of J. Hermann and M. Tucker follow-up email memoranda re the same (.20); telephone conversation with J. Hermann re the same (.10). | 0.50 | 280.00 |
| | | *B230 – Financing/Cash Collections Total* | *1.50* | *802.00* |

| Timekeeper Summary | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Lynn  T. Ernce | 0.40 | 465.00 | 186.00 |
| Marc  A. Levinson | 1.10 | 560.00 | 616.00 |
| Total All Timekeepers | 1.50 | $534.67 | $802.00 |



**ORRICK**

Official Committee of Equity Security Holders of USA Capital Diversified
Trust Deed Fund, LLC - 17908
page 38

November 27, 2006
Invoice No. 1041844

_Task B310 – Claims Administration and Objections_

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/06 | J. Hermann | Consideration and analysis of issues involved in Diversified Committee filing proof of claim against USACM and content of such proof of claim (.20); telephone conference with L. Ernce and C. Harvick regarding issues in connection with the same (.10). | 0.30 | 171.00 |
| 10/06/06 | M. Levinson | Initial review of the motion re intercompany claims. | 0.20 | 112.00 |
| 10/06/06 | L. Ernce | Review debtors' intercompany claims motion (.10); email memo to Diversified Committee professionals summarizing relief sought (.10). | 0.20 | 93.00 |
| 10/07/06 | M. Levinson | Review and analyze lengthy R. Charles email memorandum re the intercompany claims motion. | 0.20 | 112.00 |
| 10/09/06 | M. Levinson | Exchange a series of email memoranda with R. Charles, S. Freeman and E. Karasik re next steps with respect to the debtors' intercompany claim motion (.10); exchange a series of email memoranda with A. Landis, G. Gordon, R. Charles, S. Freeman and E. Karasik re shortening time on such motion (.10). | 0.20 | 112.00 |
| 10/09/06 | L. Ernce | Review A. Loraditch email memo re debtors' intercompany claims motion and related issues. | 0.10 | 46.50 |
| 10/10/06 | M. Levinson | Further review and analysis of the debtors' motion regarding the filing of intercompany claims in preparation for this afternoon's call re the same (.30); portion of telephone conversation with E. Karasik and S. Freeman re responding to the motion (.20); review lengthy R. Charles email memorandum to A. Landis re the same (.10). | 0.60 | 336.00 |
| 10/11/06 | L. Ernce | Email and telephone conference with A. Loraditch re filing claim objection to proofs of claim filed by equity investors and email latest Diversified Fund investor mailing list received from BMC Group. | 0.20 | 93.00 |
| 10/11/06 | L. Ernce | Review A. Loraditch email memo and attachment re Diversified Fund's claim against USA Commercial and setoff research. | 0.20 | 93.00 |



**ORRICK**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/18/06 | M. Levinson | Review A. Landis email memorandum re the U.S. Trustee's revised position on the intercompany claims motion, review the R. Charles response thereto and review the G. Garman email memorandum re the same (.10); review the E. Karasik revised version of the joint committee response to the intercompany claims motion (.10). | 0.20 | 112.00 |
| 10/19/06 | M. Levinson | Review the A. Loradich, B. Olson and J. Hermann email memoranda re the disallowance at today's hearing of the Prospect High Income Fund $20 million claim and respond thereto. | 0.10 | 56.00 |
| 10/19/06 | L. Ernce | Exchange emails with Diversified Committee professionals re the filing of claims against other debtors by the Diversified Fund and related matters. | 0.20 | 93.00 |
| 10/19/06 | L. Ernce | Review A. Loraditch email re the disallowance of the Prospect High Income Fund claim and exchange emails with A. Loraditch, M. Levinson and R. Olson re drafting informational sheet/press release for posting on website and providing to news reporters. | 0.20 | 93.00 |
| 10/20/06 | M. Levinson | Review J. Hermann and A. Loraditch email memoranda re dealing with various proofs of claim and interest filed by Diversified investors. | 0.10 | 56.00 |
| 10/20/06 | L. Ernce | Further exchange of emails with A. Loraditch re press release document about denial of the Prospect High Income Fund claim and suggestions re information to include (.20); review emails from J. Hermann and A. Loraditch re updated proof of claim against Diversified Fund (.10); review and revise draft press release and email memo to A. Loraditch and B. Olson re additional comments and suggestions (.50); exchange emails with A. Loraditch, B. Olson, M. Levinson and J. Hermann re draft press release modifications (.30); revise and finalize press release (.20). | 1.30 | 604.50 |
| 10/25/06 | M. Levinson | Portion of conference with L. Ernce devoted to the intercompany claims motion and the four-committee stipulation re the same. | 0.10 | 56.00 |
| 10/25/06 | L. Ernce | Confer with M. Levinson re motion and stipulation on intercompany claims. | 0.10 | 46.50 |