# ATTACHMENT 1

# Summaries for Application Period

## USA Capital Diversified Trust Deed Fund
### Summary Exhibit A
### Total Hours, Fees and Expenses
#### For the Period of 6/9/2006 through 3/12/2007

| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| Tucker, M. | Sr. Managing Dir. | 375.6 | $525 | 197,190.00 | 9,560.50 | 206,750.50 |
| Tucker, M. | Sr. Managing Dir. | 1,015.7 | $450 | 457,065.00 | 0.00 | 457,065.00 |
| Belt, D. | Managing Director | 293.5 | $475 | 139,412.50 | 4,412.55 | 143,825.05 |
| Belt, D. | Managing Director | 159.9 | $415 | 66,358.50 | 0.00 | 66,358.50 |
| Bellazain-Harris, S. | Managing Director | 3.0 | $415 | 1,245.00 | 0.00 | 1,245.00 |
| Bilbrey, R. | Managing Director | 0.6 | $495 | 297.00 | 0.00 | 297.00 |
| Harvick, C. | Director | 425.7 | $425 | 180,922.50 | 10,222.80 | 191,145.30 |
| Harvick, C. | Director | 1,005.3 | $375 | 376,987.50 | 0.00 | 376,987.50 |
| Schwartz, J. | Senior Consultant | 20.7 | $325 | 6,727.50 | 294.55 | 7,022.05 |
| Schwartz, J. | Senior Consultant | 40.3 | $295 | 11,888.50 | 0.00 | 11,888.50 |
| Peterson, L. | Senior Consultant | 11.7 | $325 | 3,802.50 | 1,104.83 | 4,907.33 |
| Peterson, L. | Senior Consultant | 537.5 | $295 | 158,562.50 | 0.00 | 158,562.50 |
| Smith, S. | Paraprofessional | 127.7 | $95 | 12,131.50 | 0.00 | 12,131.50 |
| Evans, J. | Assistant | 15.8 | $50 | 790.00 | 0.00 | 790.00 |
| Administration | Admininstrative | 0.0 | $0 | 0.00 | 5,355.79 | 5,355.79 |
| **Grand Total** | | **4,033.0** | | **$1,613,380.50** | **$30,951.02** | **1,644,331.52** |

## USA Capital Diversified Trust Deed Fund
### Summary Exhibit B
### Time Charges Incurred by Professional by Activity Code
### For the Period of 6/9/2006 through 3/12/2007

| Consultant | Hours | Fees |
|---|---:|---:|
| **Asset Analysis and Recovery** | | |
| Bellazain-Harris, S. | 2.0 | 830.00 |
| Belt, D. | 108.8 | 49,916.00 |
| Evans, J. | 14.8 | 740.00 |
| Harvick, C. | 402.9 | 160,042.50 |
| Peterson, L. | 254.7 | 75,352.50 |
| Schwartz, J. | 7.3 | 2,372.50 |
| Smith, S. | 5.7 | 541.50 |
| Tucker, M. | 250.4 | 122,475.00 |
| *Total for Asset Analysis and Recovery:* | *1,046.6* | *412,270.00* |
| **Asset Sale** | | |
| Harvick, C. | 55.4 | 20,870.00 |
| Peterson, L. | 3.2 | 944.00 |
| Tucker, M. | 111.1 | 50,745.00 |
| *Total for Asset Sale:* | *169.7* | *72,559.00* |
| **Case Administration** | | |
| Belt, D. | 3.8 | 1,601.00 |
| Harvick, C. | 24.3 | 9,217.50 |
| Peterson, L. | 14.1 | 4,159.50 |
| Schwartz, J. | 0.5 | 147.50 |
| Smith, S. | 5.8 | 551.00 |
| Tucker, M. | 20.1 | 9,060.00 |
| *Total for Case Administration:* | *68.6* | *24,736.50* |
| **Claims Administration and Objections** | | |
| Belt, D. | 5.3 | 2,199.50 |
| Harvick, C. | 10.9 | 4,172.50 |
| Peterson, L. | 18.0 | 5,310.00 |
| Schwartz, J. | 4.3 | 1,268.50 |
| Tucker, M. | 13.5 | 6,202.50 |
| *Total for Claims Administration and Objections:* | *52.0* | *19,153.00* |
| **Collection Account Distributions and Related Disputes** | | |
| Belt, D. | 99.0 | 41,523.00 |
| Harvick, C. | 138.0 | 51,958.75 |
| Peterson, L. | 69.0 | 20,379.00 |
| Smith, S. | 2.0 | 190.00 |
| Tucker, M. | 140.8 | 64,477.50 |

| Consultant | Hours | Fees |
|---|---:|---:|
| Total for Collection Account Distributions and Related Disputes: | 448.9 | 178,528.25 |
| **Court Hearings** | | |
| Harvick, C. | 83.1 | 31,752.50 |
| Smith, S. | 0.5 | 47.50 |
| Tucker, M. | 81.3 | 38,242.50 |
| Total for Court Hearings: | 164.9 | 70,042.50 |
| **Employment/Fee Applications** | | |
| Harvick, C. | 31.4 | 12,016.25 |
| Peterson, L. | 1.4 | 413.00 |
| Schwartz, J. | 38.2 | 11,350.00 |
| Smith, S. | 96.4 | 9,158.00 |
| Tucker, M. | 23.2 | 10,612.50 |
| Total for Employment/Fee Applications: | 190.6 | 43,549.75 |
| **Financing** | | |
| Belt, D. | 0.2 | 95.00 |
| Harvick, C. | 16.2 | 6,370.00 |
| Peterson, L. | 9.3 | 2,785.50 |
| Tucker, M. | 16.5 | 7,492.50 |
| Total for Financing: | 42.2 | 16,743.00 |
| **IP/10-90/Ashby Recovery** | | |
| Bellazain-Harris, S. | 1.0 | 415.00 |
| Belt, D. | 139.9 | 65,366.50 |
| Evans, J. | 1.0 | 50.00 |
| Harvick, C. | 259.1 | 100,403.75 |
| Peterson, L. | 130.1 | 38,448.50 |
| Schwartz, J. | 3.1 | 1,007.50 |
| Smith, S. | 13.0 | 1,235.00 |
| Tucker, M. | 298.3 | 140,107.50 |
| Total for IP/10-90/Ashby Recovery: | 845.5 | 347,033.75 |
| **Meetings & Communications with Diversified Committee** | | |
| Belt, D. | 3.3 | 1,429.50 |
| Harvick, C. | 61.4 | 23,400.00 |
| Tucker, M. | 73.7 | 33,795.00 |
| Total for Meetings & Communications with Diversified Committee: | 138.4 | 58,624.50 |
| **Plan and Other Restructure Related Work** | | |
| Belt, D. | 93.1 | 43,640.50 |
| Bilbrey, R. | 0.6 | 297.00 |
| Harvick, C. | 348.4 | 137,706.25 |
| Peterson, L. | 49.4 | 14,573.00 |

| *Consultant* | *Hours* | *Fees* |
|---|---:|---:|
| Schwartz, J. | 7.6 | 2,470.00 |
| Smith, S. | 4.3 | 408.50 |
| Tucker, M. | 362.4 | 171,045.00 |
| *Total for Plan and Other Restructure Related Work:* | *865.8* | *370,140.25* |
| **Grand Total** | ***4,033.0*** | ***$1,613,380.50*** |

*USA Capital Diversified Trust Deed Fund*
*Summary Exhibit C*
*Professional Expenses Incurred by Category*
*For the Period of 6/9/2006 through 3/12/2007*

| Category | Amount |
|---|---|
| *Administrative* | |
| Total for Administrative: | 5,464.29 |
| *Airfare* | |
| Total for Airfare: | 14,182.49 |
| *Lodging* | |
| Total for Lodging: | 5,275.29 |
| *Meals* | |
| Total for Meals: | 2,138.89 |
| *Other* | |
| Total for Other: | 318.36 |
| *Transportation* | |
| Total for Transportation: | 3,571.70 |
| *Grand Total* | *$30,951.02* |