**ATTACHMENT 2**

**FTI DTDF June 2006 Monthly Statement**

**F T I**

FTI Consulting
One Renaissance Square
Two North Central Avenue
Suite 1200
Phoenix, AZ 85004-2322
602.744.7100 telephone
602.744.7110 facsimile
www.fticonsulting.com

November 28, 2006

USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV  89121

Attention:       LeAnn Weese, Controller

RE:      FTI Consulting, Inc. ("FTI"), June 2006 Monthly Statement (First)
          USA Commercial Mortgage Company, et al; Jointly Administered under Case No. BK-S-06-10725 LBR

Enclosed please find FTI Consulting, Inc.'s monthly statement for professionals fees for services rendered and reimbursement of expenses incurred as Financial Advisors for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for the period June 9, 2006 through June 30, 2006.

Copies of this monthly statement have been provided via email to all parties listed on the attached distribution list.

If you should have any questions regarding our monthly statement, please do not hesitate to call Chas Harvick at 602.744.7186 or me at 602.744.7144.

Sincerely,

Michael A Tucker

Michael A. Tucker
Senior Managing Director

Enclosures

**DISTRIBUTION**:

**Debtor**

    LeAnn Weese, USA Commercial Mortgage Company

**Debtor's Counsel**

    Annette W. Jarvis, Esq., Ray Quinney & Nebeker P.C.

    Lenard E. Schwartzer, Esq., Schwartzer & McPherson Law Firm

**Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company**

    Susan M. Freeman, Esq., Lewis and Roca, LLP

    Rob Charles, Esq., Lewis and Roca, LLP

**Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company**

    Gerald M. Gordon, Esq., Gordon & Silver, LTD.

    Gregory E. Garman, Esq., Gordon & Silver, LTD.

**Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC**

    Marc A. Levinson, Esq., Orrick, Herrington & Sutcliffe LLP

    Lynn Trinka Ernce, Esq., Orrick, Herrington & Sutcliffe LLP

**Counsel for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC**

    Frank A. Merola, Esq., Stutman Treister & Glatt, P.C.

    Eve H. Karasik, Esq., Stutman Treister & Glatt, P.C.

**Office of the U.S. Trustee – District of Nevada (copy also via FedEx)**

    August B. Landis, Assistant United States





FTI Consulting, Inc.
Two North Central Avenue
Suite 1200
Phoenix, Arizona  85004

602.744.7100 Telephone
602.744.7110  Facsimile

RE:    USA Commercial Mortgage Company
        USA Capital Diversified Trust Deed Fund, LLC
        USA Capital First Trust Deed Fund, LLC
        USA Capital Realty Advisors, LLC
        USA Securities, LLC

        Jointly Administered under Case No. BK-S-06-10725-LBR

Date:   November 28, 2006


**Debtor Entity – USA Capital Diversified Trust Deed Fund, LLC**

For professional services rendered from June 9, 2006 through June 30, 2006


| | | |
|---|---|---|
| Total Current Fees | $ | 94,033.50 |
| Total Current Expenses | | 2,737.40 |
| Total Current Fees and Expenses | $ | 96,770.90 |
| Eighty Percent of Total Current Fees | $ | 75,226.80 |
| One Hundred Percent of Total Current Expenses | | 2,737.40 |
| **Total Amount Due this Statement** | **$** | **77,964.20** |


SEE DETAIL ATTACHED.


PLEASE REMIT PAYMENT TO:
        Bank of America            FTI Consulting, Inc.
        ABA #026009593            P.O. Box 631916
        In favour of:              Baltimore, MD 21263-1916
        FTI Consulting, Inc.        FED ID#52-1261113
        Account #003939577164


NOTE:  There may be expenses that were incurred during this billing cycle that are not reflected in this monthly statement but will appear in subsequent monthly statements because of the unavoidable delay in posting some disbursements.

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit A
### Total Hours, Fees and Expenses
### For the Period of 6/9/2006 through 6/30/2006

| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| Tucker, M. | Sr. Managing Dir. | 112.8 | $450 | 50,760.00 | 1,111.73 | 51,871.73 |
| Harvick, C. | Director | 113.1 | $375 | 42,412.50 | 1,608.95 | 44,021.45 |
| Schwartz, J. | Senior Consultant | 2.5 | $295 | 737.50 | 0.00 | 737.50 |
| Smith, S. | Paraprofessional | 1.3 | $95 | 123.50 | 0.00 | 123.50 |
| Administration | Admininstrative | 0.0 | $0 | 0.00 | 16.72 | 16.72 |
| **Grand Total** | | **229.7** | | **$94,033.50** | **$2,737.40** | **$96,770.90** |

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit B
### Time Charges Incurred by Professional by Activity Code
### For the Period of 6/9/2006 through 6/30/2006

| Consultant | Hours | Fees |
|---|---|---|
| **Asset Analysis and Recovery** | | |
| Harvick, C. | 54.9 | 20,587.50 |
| Tucker, M. | 27.1 | 12,195.00 |
| Total for Asset Analysis and Recovery: | 82.0 | 32,782.50 |
| | | |
| **Case Administration** | | |
| Administration | 0.0 | 0.00 |
| Harvick, C. | 3.7 | 1,387.50 |
| Smith, S. | 1.3 | 123.50 |
| Tucker, M. | 7.3 | 3,285.00 |
| Total for Case Administration: | 12.3 | 4,796.00 |
| | | |
| **Claims Administration and Objections** | | |
| Tucker, M. | 1.7 | 765.00 |
| Total for Claims Administration and Objections: | 1.7 | 765.00 |
| | | |
| **Collection Account Distributions and Related Disputes** | | |
| Harvick, C. | 4.9 | 1,837.50 |
| Tucker, M. | 5.4 | 2,430.00 |
| Total for Collection Account Distributions and Related Disputes: | 10.3 | 4,267.50 |
| | | |
| **Court Hearings** | | |
| Harvick, C. | 23.1 | 8,662.50 |
| Tucker, M. | 25.6 | 11,520.00 |
| Total for Court Hearings: | 48.7 | 20,182.50 |
| | | |
| **Employment/Fee Applications** | | |
| Schwartz, J. | 2.5 | 737.50 |
| Tucker, M. | 4.4 | 1,980.00 |
| Total for Employment/Fee Applications: | 6.9 | 2,717.50 |
| | | |
| **Financing** | | |
| Harvick, C. | 6.6 | 2,475.00 |
| Tucker, M. | 8.2 | 3,690.00 |
| Total for Financing: | 14.8 | 6,165.00 |
| | | |
| **IP/10-90/Ashby Recovery** | | |
| Harvick, C. | 7.0 | 2,625.00 |
| Tucker, M. | 13.8 | 6,210.00 |

| Consultant | Hours | Fees |
|---|---|---|
| Total for IP/10-90/Ashby Recovery: | 20.8 | 8,835.00 |
| | | |
| *Meetings & Communications with Diversified Committee* | | |
| Harvick, C. | 12.9 | 4,837.50 |
| Tucker, M. | 13.8 | 6,210.00 |
| Total for Meetings & Communications with Diversified Committee: | 26.7 | 11,047.50 |
| | | |
| *Plan and Other Restructure Related Work* | | |
| Tucker, M. | 5.5 | 2,475.00 |
| Total for Plan and Other Restructure Related Work: | 5.5 | 2,475.00 |
| | | |
| **Grand Total** | **229.7** | **$94,033.50** |

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit C
### Detailed Time Charges Incurred by Activity Code
### For the Period of 6/9/2006 through 6/30/2006

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 6/11/2006 | Tucker, M. | Review and analysis of motions related to providing for additional funding on Franklin Stratford and Amesbury. | 1.5 | 675.00 |
| 6/12/2006 | Harvick, C. | Review Motion to Forebear and Provide additional funding. | 2.6 | 975.00 |
| 6/12/2006 | Harvick, C. | Review mulitple e-mails regarding forebearenses and e-mails regarding Amesbury point loans.  Review Amesbury/Hatters point loan documents. | 3.0 | 1,125.00 |
| 6/12/2006 | Tucker, M. | Review of Diversified Trust Deed Fund loan listing and issues per Allison responses and declarations. | 0.4 | 180.00 |
| 6/12/2006 | Tucker, M. | Analysis of Amesbury loan documents. | 0.7 | 315.00 |
| 6/12/2006 | Tucker, M. | Research EPIC Corporation and loan issues. | 0.9 | 405.00 |
| 6/13/2006 | Harvick, C. | Continue to review Motion to Forebear and Provide additional funding and prepare summary and comments. | 2.6 | 975.00 |
| 6/13/2006 | Tucker, M. | Review various motions by parties wanting loan servicing moved from Debtor and Debtor replies to understand issues. | 0.7 | 315.00 |
| 6/13/2006 | Tucker, M. | Print documents on 10-90 received from Debtors' counsel and start review of same. Draft and send e-mail to L. Ernce regarding same. | 0.9 | 405.00 |
| 6/13/2006 | Tucker, M. | Place calls to Alvarez & Marsal and participate in discussions with M. Kvarda and K. Aulabaugh regarding forbearance issues. | 0.3 | 135.00 |
| 6/13/2006 | Tucker, M. | Review and exchange e-mails with L. Ernce regarding R. Russell loan relationship and related issues. | 0.2 | 90.00 |
| 6/14/2006 | Harvick, C. | Participate in conference call with Alvarez & Marsal regarding Franklin/Stratford and Amesbury loan. | 0.6 | 225.00 |
| 6/14/2006 | Tucker, M. | Discuss issues pertaining to the Franklin Stratford loan with J. Hermann. | 0.3 | 135.00 |
| 6/14/2006 | Tucker, M. | Prepare for and participate in conference call with Alvarez & Marsal regarding Franklin Stratford and Amesbury loan. | 1.6 | 720.00 |
| 6/14/2006 | Tucker, M. | Review 4th declaration by Allison noting issues with Robert Russell and impacts to Stratford loan. | 0.4 | 180.00 |
| 6/14/2006 | Tucker, M. | Conference with M. Kehl regarding Stratford loan, appraisals and 10-90 loan. | 0.7 | 315.00 |
| 6/19/2006 | Harvick, C. | Review of SOFA and SOAL filed by Debtor. | 1.6 | 600.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/19/2006 | Harvick, C. | Review of schedules filed (SOFA etc.), create master schedule of loan data for Diversified Trust Deed Fund, and data management of loan documents. | 5.6 | 2,100.00 |
| 6/19/2006 | Tucker, M. | Conference with J. Hermann regarding information obtained from company on 10-90 and EPIC loans. | 0.9 | 405.00 |
| 6/19/2006 | Tucker, M. | Conference with D. Monson of Ray Quinny regarding Stratford loan. | 0.4 | 180.00 |
| 6/19/2006 | Tucker, M. | Review and analysis of schedules filed by all Debtors. | 3.1 | 1,395.00 |
| 6/19/2006 | Tucker, M. | Review issues with Stratford collateral release; discuss with Alvarez & Marsal regarding same; discussion with counsel on same. | 1.2 | 540.00 |
| 6/20/2006 | Harvick, C. | Continue to review loan documents and Mesirow work product and understand the accounting and reporting of USA Commercial. | 5.7 | 2,137.50 |
| 6/20/2006 | Harvick, C. | Review loan documents and Mesirow work product and understand the accounting and reporting of USA Commercial.  Discussion with counsel regarding same. | 3.5 | 1,312.50 |
| 6/20/2006 | Harvick, C. | Discuss loan files available at USA Commercial with counsel. | 1.1 | 412.50 |
| 6/20/2006 | Tucker, M. | Discuss loan files available at USA Commercial with counsel. | 1.1 | 495.00 |
| 6/20/2006 | Tucker, M. | Review loan summary schedule to SOFA and schedules filed by Debtor. | 0.3 | 135.00 |
| 6/21/2006 | Harvick, C. | Review loan documents and Mesirow work product and understand the accounting and reporting of USA Commercial; prepare documents request list. | 1.1 | 412.50 |
| 6/22/2006 | Harvick, C. | Prepare summary of asset collateral, comments and action plan. | 8.1 | 3,037.50 |
| 6/22/2006 | Tucker, M. | Review loan information obtained. | 1.7 | 765.00 |
| 6/23/2006 | Tucker, M. | Review revised schedules filed for USA Commercial and impact to Diversified Trust Deed Fund. | 1.4 | 630.00 |
| 6/26/2006 | Harvick, C. | Review of documents received from Mesirow: Balance by Loan reports, Diversified Trust Deed Fund financials, appraisals etc. | 4.2 | 1,575.00 |
| 6/26/2006 | Harvick, C. | Discuss the results of the file review and loan collection analysis with counsel. | 0.7 | 262.50 |
| 6/26/2006 | Tucker, M. | Discuss the results of the file review and loan collection analysis with counsel. | 0.7 | 315.00 |
| 6/26/2006 | Tucker, M. | Preliminary review of Diversified Trust Deed Fund financial statements. | 1.1 | 495.00 |
| 6/26/2006 | Tucker, M. | Preliminary review of loan statements and overpayments. | 0.8 | 360.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/27/2006 | Harvick, C. | Review of loan documents, Diversified's financials and discussions with S. Smith and M. Kehl regarding the investor equity and status of the loans and investor reports. | 4.1 | 1,537.50 |
| 6/27/2006 | Harvick, C. | Post discussion with J. Hermann regarding our loans and the current recovery actions. | 0.3 | 112.50 |
| 6/27/2006 | Harvick, C. | Non working travel to Las Vegas for Meeting with Debtor and to review loan files on-site. | 2.1 | 787.50 |
| 6/27/2006 | Harvick, C. | Review loan files: Interstate Commerce, 10-90 LTD and miscellaneous files. | 1.5 | 562.50 |
| 6/27/2006 | Harvick, C. | Meeting with K. Glade, J. Hermann, M. Kehl and A. Stevens regarding our loans and the current recovery actions. | 2.2 | 825.00 |
| 6/27/2006 | Tucker, M. | Analysis of information requested and provided; investor statement issues and discussion of same with C. Harvick. | 1.3 | 585.00 |
| 6/28/2006 | Harvick, C. | Review of loan documents. | 0.4 | 150.00 |
| 6/28/2006 | Harvick, C. | Review of loan documents received from Mesirow. | 1.3 | 487.50 |
| 6/28/2006 | Harvick, C. | Updated Diversified Trust Deed Fund Collateral Information Report. | 1.1 | 412.50 |
| 6/28/2006 | Harvick, C. | Review and respond to multiple e-mails regarding Investment Partners information request, Investor statements, loan monitoring reports and Committee updates. | 0.3 | 112.50 |
| 6/28/2006 | Tucker, M. | Conference with A. Jarvis, M. Kehl and K. Glade with committee professionals on status of Diversified Trust Deed Fund loans. | 1.6 | 720.00 |
| 6/28/2006 | Tucker, M. | Review various documents received including operating agreements, loan documents, etc. | 2.2 | 990.00 |
| 6/28/2006 | Tucker, M. | Follow up with committee professionals after conference call for work planning issues and follow up analysis. | 0.7 | 315.00 |
| 6/29/2006 | Harvick, C. | Update to Collateral Report. | 0.6 | 225.00 |
| 6/30/2006 | Harvick, C. | Review loan documents received and make copies of disks to send to Orrick. | 0.6 | 225.00 |
| | | *Total for Asset Analysis and Recovery:* | *82.0* | *32,782.50* |

## Case Administration

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/11/2006 | Tucker, M. | Conference with counsel on case work priorities and issues and status. | 1.0 | 450.00 |
| 6/11/2006 | Tucker, M. | Review case docket for various motions impacting Committee. | 0.5 | 225.00 |
| 6/13/2006 | Tucker, M. | Review and exchange e-mails with L. Ernce regarding confidentiality agreement. | 0.1 | 45.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/14/2006 | Harvick, C. | Discuss case issues related to next day's hearings and meetings with counsel. | 0.2 | 75.00 |
| 6/14/2006 | Tucker, M. | Discuss case issues related to next day's hearings and meetings with counsel. | 0.2 | 90.00 |
| 6/14/2006 | Tucker, M. | Brief discussion with counsel regarding next day hearings and meetings. | 0.1 | 45.00 |
| 6/14/2006 | Tucker, M. | Review confidentiality agreement and motion for Committee information sharing with creditors. | 0.6 | 270.00 |
| 6/19/2006 | Tucker, M. | Plan projects and priorities for work. | 0.5 | 225.00 |
| 6/20/2006 | Smith, S. | Print and organize documents filed by opposing parties for review by professionals in preparation for court hearing. | 1.3 | 123.50 |
| 6/20/2006 | Tucker, M. | Review Allison 5th declaration. | 0.6 | 270.00 |
| 6/20/2006 | Tucker, M. | Review various objections and replies to motions for hearing on 6/21 including Motion to Forebear Employment Applications, etc. | 1.1 | 495.00 |
| 6/20/2006 | Tucker, M. | Review Fertitta reply by Direct Lenders on his relationship. | 0.3 | 135.00 |
| 6/21/2006 | Tucker, M. | Discuss next steps with counsel in response to hearings and meetings. | 0.5 | 225.00 |
| 6/23/2006 | Harvick, C. | Review and respond to multiple e-mails regarding Ashby USA and 10-90 loans, amended schedules and statement of financial affairs filed, and allocation of professional fees. | 0.8 | 300.00 |
| 6/26/2006 | Tucker, M. | Conference with counsel regarding potential meetings with Debtor and follow up issues. | 0.4 | 180.00 |
| 6/27/2006 | Harvick, C. | Call with M. Tucker to discuss findings and strategy moving forward, follow-up e-mail to S. Smith regarding the investor reports. | 1.1 | 412.50 |
| 6/27/2006 | Tucker, M. | Review case docket for new filings and review monthly operating report. | 0.6 | 270.00 |
| 6/28/2006 | Harvick, C. | Action plan and statement call with counsel. | 0.5 | 187.50 |
| 6/28/2006 | Tucker, M. | Review various e-mails from counsel on status and work issues. | 0.8 | 360.00 |
| 6/30/2006 | Administrative | Administrative | 0.0 | 0.00 |
| 6/30/2006 | Harvick, C. | Prepare and send multiple e-mails regarding document request, loan status reports, marketing materials to Orrick. | 1.1 | 412.50 |
| *Total for Case Administration:* | | | 12.3 | 4,796.00 |

## Claims Administration and Objections

| | | | | |
|------|-----------|-------------|-------|------|
| 6/11/2006 | Tucker, M. | Review proof of claim from EPIC Bondholders. Research EPIC Resorts entity. | 0.9 | 405.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/12/2006 | Tucker, M. | Review proof of claim by Prospect Fund related to EPIC loan including preliminary review of lawsuit. | 0.8 | 360.00 |

| | | | | |
|------|-----------|-------------|-------|------|
| *Total for Claims Administration and Objections:* | | | *1.7* | *765.00* |

### Court Hearings

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/12/2006 | Tucker, M. | Conference with counsel regarding status of various motions and replies for 6/21 hearing. | 0.3 | 135.00 |
| 6/13/2006 | Harvick, C. | Continue to review motion and exhibits pertinent to upcoming court hearings. | 4.8 | 1,800.00 |
| 6/13/2006 | Harvick, C. | Review motion and exhibits pertinent to upcoming court hearings. | 3.9 | 1,462.50 |
| 6/14/2006 | Harvick, C. | Non working travel to Las Vegas for hearings and meetings with Debtor. | 2.1 | 787.50 |
| 6/14/2006 | Tucker, M. | Non working travel to Las Vegas for hearings and meetings with Debtor. | 2.0 | 900.00 |
| 6/14/2006 | Tucker, M. | Prepare for court hearing and review agendas for court and meetings. | 0.5 | 225.00 |
| 6/15/2006 | Harvick, C. | Attend the omnibus hearing calendar and attend public meeting at the U.S. Trustee's office. | 4.0 | 1,500.00 |
| 6/15/2006 | Harvick, C. | Prepare for court hearings and discuss case issues with counsel. | 1.5 | 562.50 |
| 6/15/2006 | Tucker, M. | Discuss case issues, hearings and meetings with counsel. | 0.6 | 270.00 |
| 6/15/2006 | Tucker, M. | Prepare for court hearings and discuss case issues with counsel. | 1.5 | 675.00 |
| 6/15/2006 | Tucker, M. | Non working travel Las Vegas to Phoenix. | 2.1 | 945.00 |
| 6/15/2006 | Tucker, M. | Attend the omnibus hearing calendar and attend public meeting at the U.S. Trustee's office. | 4.6 | 2,070.00 |
| 6/20/2006 | Harvick, C. | Non working travel to Las Vegas for hearings and meetings with Debtor. | 2.1 | 787.50 |
| 6/21/2006 | Harvick, C. | Attend court hearing on various issues including DIP, employment application motions to forebear, Investment Partners settlement, etc. | 4.7 | 1,762.50 |
| 6/21/2006 | Tucker, M. | Meet with Debtors and investor committee professionals prior to court hearing regarding issues for hearing. | 1.5 | 675.00 |
| 6/21/2006 | Tucker, M. | Non working travel Las Vegas to Phoenix. | 2.1 | 945.00 |
| 6/21/2006 | Tucker, M. | Attend court hearing on various issues including DIP, employment application motions to forebear, Investment Partners settlement, etc. | 10.4 | 4,680.00 |

| | | | | |
|------|-----------|-------------|-------|------|
| *Total for Court Hearings:* | | | *48.7* | *20,182.50* |

### Employment/Fee Applications

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/9/2006 | Tucker, M. | Discussion with counsel retarding retention and next steps. | 0.2 | 90.00 |
| 6/12/2006 | Tucker, M. | Begin to draft employment application. | 0.6 | 270.00 |
| 6/12/2006 | Tucker, M. | Review Orrick employment application. | 0.2 | 90.00 |
| 6/12/2006 | Tucker, M. | Review motion for Knudren Order. | 0.2 | 90.00 |
| 6/13/2006 | Schwartz, J. | Assist with preparation of the employment application. | 2.5 | 737.50 |
| 6/13/2006 | Tucker, M. | Draft and review employment application and review final Orrick employment application. | 1.9 | 855.00 |
| 6/14/2006 | Tucker, M. | Finalize employment application. | 1.1 | 495.00 |
| 6/20/2006 | Tucker, M. | Review draft of FTI Employment Order. | 0.2 | 90.00 |
| | | *Total for Employment/Fee Applications:* | *6.9* | *2,717.50* |

### Financing

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/12/2006 | Tucker, M. | Preliminary review of cash budget from 6/9/06. | 0.5 | 225.00 |
| 6/13/2006 | Tucker, M. | Analysis of DIP motion and issues regarding same. | 0.9 | 405.00 |
| 6/13/2006 | Tucker, M. | Additional review of cash budget. | 0.4 | 180.00 |
| 6/14/2006 | Harvick, C. | Review of cash budget and motion with M. Tucker and call with L. Ernce regarding same. | 0.7 | 262.50 |
| 6/14/2006 | Harvick, C. | Review motion for DIP. | 1.1 | 412.50 |
| 6/14/2006 | Harvick, C. | Review of cash budget and motion. | 1.3 | 487.50 |
| 6/14/2006 | Tucker, M. | Review and analysis of DIP motion and review of First DIP motion noting 30 properties to be funded. | 0.7 | 315.00 |
| 6/16/2006 | Tucker, M. | Draft e-mail to Alvarez & Marsal regarding DIP issues and ideas for solutions. | 0.2 | 90.00 |
| 6/16/2006 | Tucker, M. | Conference with counsel on DIP status and potential idea for conditional support; review revised cash budget and discuss with C. Harvick. | 0.9 | 405.00 |
| 6/19/2006 | Harvick, C. | Review of e-mails, response to DIP and Cash Collateral Motion, revised 13 week cash flow. | 2.3 | 862.50 |
| 6/19/2006 | Tucker, M. | Participate in conference call with Debtor on status issues including DIP facility and follow up analysis and review e-mail from counsels regarding DIP issues. | 2.2 | 990.00 |
| 6/20/2006 | Tucker, M. | Participate in several discussions of case strategy and issues including DIP and loan summary status and follow up with counsel. | 1.0 | 450.00 |
| 6/20/2006 | Tucker, M. | Review DIP to objections to DIP and replies and various e-mails including draft order. | 1.4 | 630.00 |
| 6/21/2006 | Harvick, C. | Meeting with committees to discuss the DIP motion. | 1.2 | 450.00 |
| | | *Total for Financing:* | *14.8* | *6,165.00* |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *IP/10-90/Ashby Recovery* | | | | |
| 6/11/2006 | Tucker, M. | Review agreement with Investment Partners and relationship to Diversified Trust Deed Fund loan to 10-90; research on Investment Partners and related entities; draft e-mail to counsel regarding same. | 1.2 | 540.00 |
| 6/12/2006 | Harvick, C. | Review of Motion for Order Approving Agreement with Investment Partners; review organization chart and issues. | 0.9 | 337.50 |
| 6/12/2006 | Tucker, M. | Review settlement with Investment Partners and discuss with committee counsel; calls to L. Schwartzer regarding obtaining information on 10-90 loan; review of preliminary objections. | 2.4 | 1,080.00 |
| 6/12/2006 | Tucker, M. | Conference with L. Schwartzer regarding obtaining 10-90 loan documents. | 0.2 | 90.00 |
| 6/13/2006 | Tucker, M. | Analysis of issues with Franklin, Amesbury and HFA loan forbearances in preparation for call with Alvarez & Marsal. | 2.9 | 1,305.00 |
| 6/14/2006 | Harvick, C. | Review of 10-90 loan documents. | 2.5 | 937.50 |
| 6/14/2006 | Harvick, C. | Review security agreement with Investment Partners. | 1.1 | 412.50 |
| 6/14/2006 | Tucker, M. | Prepare for and participate in conference with K. Glade of R. Quinney, J. Hermann, and counsel. Follow up discussion with J. Hermann and M. Levinson on Investment Partners loan documents. | 0.9 | 405.00 |
| 6/16/2006 | Tucker, M. | Participate in call with Debtor on 10-90 loan, DIP and Investment Partners agreement. | 1.4 | 630.00 |
| 6/16/2006 | Tucker, M. | Various follow up calls and e-mails with counsel regarding 10-90 loan and Investment Partners agreement | 0.4 | 180.00 |
| 6/21/2006 | Harvick, C. | Meeting with committees to discuss the Investment Partners motion. | 1.1 | 412.50 |
| 6/23/2006 | Tucker, M. | Analysis of 10-90 loan and related loans and assets; resolution on same and Richmond Ashby. | 3.5 | 1,575.00 |
| 6/26/2006 | Tucker, M. | Review disbursements out of 10-90 to determine where the funds went. | 0.5 | 225.00 |
| 6/27/2006 | Tucker, M. | Review USA Capital announcement on Investment Partners settlement. | 0.2 | 90.00 |
| 6/28/2006 | Harvick, C. | Review of loan documents regarding Capital Land Investors and Ten-Ninety LTD. | 1.4 | 525.00 |
| 6/30/2006 | Tucker, M. | Discuss issues regarding Ashby transaction, distribution to investors, and the loans and assets of Diversified Fund with counsel. | 0.2 | 90.00 |
| *Total for IP/10-90/Ashby Recovery:* | | | 20.8 | 8,835.00 |

*Litigation Consulting*

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/14/2006 | Tucker, M. | Review cash budget with C. Harvick and draft objection by First Deed counsel; Discussion with L. Ernce regarding same. | 1.6 | 720.00 |
| 6/16/2006 | Harvick, C. | Conference Call with First Trust, Diversified Trust and USA Commercial to discuss DIP.  Discussion with counsel regarding same. | 2.9 | 1,087.50 |
| 6/16/2006 | Tucker, M. | Various follow up calls and e-mails with counsel and C. Harvick regarding DIP. | 0.4 | 180.00 |
| 6/26/2006 | Tucker, M. | Analysis of issues on potential motion for cash distribution and plan issues. | 0.8 | 360.00 |
| 6/27/2006 | Tucker, M. | Review e-mail to A. Jarvis regarding investor statements and e-mail staff regarding follow up of same. | 0.3 | 135.00 |
| 6/28/2006 | Harvick, C. | Review and comment on investor statements. | 0.7 | 262.50 |
| 6/28/2006 | Tucker, M. | Review and analyze draft investor statements and discuss with committee professionals; conference with S. Smith and S. Strong regarding same. | 1.8 | 810.00 |
| 6/29/2006 | Tucker, M. | Follow up contact with Debtor for S. Katz on sample statements.   What sample stmts? | 0.2 | 90.00 |
| 6/30/2006 | Harvick, C. | Call with counsel regarding litigation, substantive consolidation, and distribution of fund issues. | 0.7 | 262.50 |
| 6/30/2006 | Harvick, C. | Call with S. Smith regarding the Investor reports and distributions and follow-up with counsel. | 0.6 | 225.00 |
| 6/30/2006 | Tucker, M. | Analysis of fund member and lender statements. | 0.3 | 135.00 |
| *Total for Litigation Consulting:* | | | *10.3* | *4,267.50* |

### Meetings & Communications with Diversified Committee

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 6/13/2006 | Harvick, C. | Prepare for and participate in conference call with Diversified Committee professionals regarding matter to discuss at subsequent Committee meeting. | 1.5 | 562.50 |
| 6/13/2006 | Tucker, M. | Prepare for and participate in conference call with Committee regarding calendar matters. | 1.5 | 675.00 |
| 6/13/2006 | Tucker, M. | Participate in conference call with counsel on case issues in preparation for committee call; additional preparation for conference call with committee. | 1.9 | 855.00 |
| 6/15/2006 | Harvick, C. | Participate in meetings with counsel and Committee to preparation of hearing and after hearing to address case issues. | 2.9 | 1,087.50 |
| 6/15/2006 | Tucker, M. | Draft e-mail regarding meeting and prepare summary for S. Katz. | 0.2 | 90.00 |
| 6/15/2006 | Tucker, M. | Participate in meetings with counsel and Committee to preparation of hearing and after hearing to address case issues. | 2.9 | 1,305.00 |
| 6/16/2006 | Tucker, M. | Discuss conference call with Debtor and with committee member S. Katz. | 0.3 | 135.00 |

| Date | Consultant | Description | Hours | Fees |
|------|------------|-------------|-------|------|
| 6/20/2006 | Harvick, C. | Participate in Diversified Committee conference call. | 1.1 | 412.50 |
| 6/20/2006 | Tucker, M. | Prepare for and participate in Diversified Committee conference call. | 1.7 | 765.00 |
| 6/22/2006 | Tucker, M. | Conference with counsel in preparation for committee call and discuss loan information known and work plan. | 0.8 | 360.00 |
| 6/23/2006 | Harvick, C. | Participate in Diversified Committee conference call. | 1.6 | 600.00 |
| 6/23/2006 | Tucker, M. | Participate in conference call with committee regarding current events, issues, and next steps. | 1.5 | 675.00 |
| 6/27/2006 | Tucker, M. | Place calls to committee member. | 0.1 | 45.00 |
| 6/28/2006 | Harvick, C. | Participate in conference call discussing the strategy/action plan of our seven loans and Interstate Commerce. | 1.8 | 675.00 |
| 6/28/2006 | Tucker, M. | Discussion with S. Katz on Investment Partners settlement agreement and other case status issues. | 0.6 | 270.00 |
| 6/29/2006 | Harvick, C. | Participation in conference call with Committee professionals to plan strategy in connection with upcoming motions, update results of loan analysis project, and to discuss agenda items for tomorrow's Committee meeting. | 0.9 | 337.50 |
| 6/29/2006 | Tucker, M. | Conference with counsel in preparation for meeting with committee on 6/30; investor statement and final motion and loan summary status and actions plans. | 0.9 | 405.00 |
| 6/30/2006 | Harvick, C. | Finalize and send Updated Collateral Information Report to Diversified Trust Committee. | 1.2 | 450.00 |
| 6/30/2006 | Harvick, C. | Participate in Diversified Committee conference call. | 1.4 | 525.00 |
| 6/30/2006 | Harvick, C. | Review of document request and prepare for Committee meeting. | 0.5 | 187.50 |
| 6/30/2006 | Tucker, M. | Participate in Diversified Committee conference call. | 1.4 | 630.00 |
| | | *Total for Meetings & Communications with Diversified Committee:* | *26.7* | *11,047.50* |

### Plan and Other Restructure Related Work

| Date | Consultant | Description | Hours | Fees |
|------|------------|-------------|-------|------|
| 6/15/2006 | Tucker, M. | Draft e-mail to counsel on management fee paid by Diversified Trust Deed Fund to Realty Advisors. | 0.1 | 45.00 |
| 6/22/2006 | Tucker, M. | Review and compose various e-mails on all hands meetings, potential agenda and timing issues. | 0.3 | 135.00 |
| 6/27/2006 | Tucker, M. | Prepare for and participate in conference call with committees and Debtors on status issues and follow up conference with counsel. | 1.8 | 810.00 |
| 6/29/2006 | Tucker, M. | Participate in conference call with Debtors and committee on investor statements, loan status, plan issues and other matters. | 3.3 | 1,485.00 |
| | | *Total for Plan and Other Restructure Related Work:* | *5.5* | *2,475.00* |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| **Grand Total** | | | 229.7 | $94,033.50 |

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit D
### Professional Expenses Incurred by Category
### For the Period of 6/9/2006 through 6/30/2006

| Consultant | Date Incurred | Description of Expense | Amount |
|---|---|---|---|
| *Administrative* | | | |
| Administration | 6/30/2006 | Electronic Subscriptions -  Pacer Service Center Electronic Subscriptions | 16.72 |
| *Total for Administrative:* | | | *16.72* |
| *Airfare* | | | |
| Harvick, C. | 6/14/2006 | Air Fare from PHX on 6/14/06 to LAS returned 6/15/06. | 560.60 |
| Tucker, M. | 6/14/2006 | Air Fare from PHX on 6/14/06 to LAS returned 6/15/06. | 560.60 |
| Tucker, M. | 6/20/2006 | Air Fare from PHX on 6/20/06 to LAS returned 6/21/06. | 251.60 |
| Harvick, C. | 6/20/2006 | Air Fare from PHX on 6/20/06 to LAS returned 6/21/06. | 251.60 |
| Harvick, C. | 6/27/2006 | Air Fare from PHX on 6/27/06 to LAS return 6/28/06. | 246.60 |
| *Total for Airfare:* | | | *1,871.00* |
| *Lodging* | | | |
| Harvick, C. | 6/12/2006 | Lodging in Las Vegas, NV for 1 Night Check In 06/14/2006 - Check Out 06/15/2006. | 77.69 |
| Tucker, M. | 6/15/2006 | Lodging in Las Vegas, NV for 1 Night, Check In 6/14/06 - Check Out 6/15/06. | 69.92 |
| Harvick, C. | 6/20/2006 | Lodging in Las Vegas, NV for 1 Night, Check In 06/20/2006 - Check Out 06/21/2006. | 76.29 |
| Tucker, M. | 6/20/2006 | Lodging in Las Vegas, NV for 1 Night, Check In 6/20/06 - Check Out 6/21/06. | 87.19 |
| Harvick, C. | 6/27/2006 | Lodging in Las Vegas, NV for 1 Night Check In 06/27/2006 - Check Out 06/28/2006. | 108.99 |
| *Total for Lodging:* | | | *420.08* |
| *Meals* | | | |
| Tucker, M. | 6/14/2006 | Breakfast | 8.25 |
| Harvick, C. | 6/14/2006 | Lunch for M. Tucker and self | 18.27 |
| Harvick, C. | 6/15/2006 | Dinner | 20.63 |
| Tucker, M. | 6/20/2006 | Breakfast | 7.51 |

| Consultant | Date Incurred | Description of Expense | Amount |
|---|---|---|---|
| Tucker, M. | 6/20/2006 | Dinner | 21.20 |
| Harvick, C. | 6/20/2006 | Lunch | 9.56 |
| Harvick, C. | 6/21/2006 | Dinner | 7.98 |
| Harvick, C. | 6/27/2006 | Dinner | 24.54 |
| Harvick, C. | 6/28/2006 | Dinner | 7.20 |
| *Total for Meals:* | | | *125.14* |

### Transportation

| Consultant | Date Incurred | Description of Expense | Amount |
|---|---|---|---|
| Tucker, M. | 6/14/2006 | Taxi LAS to hotel | 29.00 |
| Tucker, M. | 6/15/2006 | Parking at PHX | 29.00 |
| Tucker, M. | 6/15/2006 | Mileage home to PHX and return (14 miles) | 6.23 |
| Harvick, C. | 6/15/2006 | Parking at PHX, 2 days | 31.00 |
| Harvick, C. | 6/19/2006 | Taxi LAS to USA Capital | 17.00 |
| Tucker, M. | 6/20/2006 | Parking at PHX | 35.00 |
| Tucker, M. | 6/20/2006 | Mileage home to PHX and return (14 miles) | 6.23 |
| Harvick, C. | 6/20/2006 | Parking at PHX, 2 days | 40.00 |
| Harvick, C. | 6/21/2006 | Taxi court house to USA Capital | 18.00 |
| Harvick, C. | 6/21/2006 | Taxi USA Capital to LAS | 17.00 |
| Harvick, C. | 6/27/2006 | Parking at PHX, 2 days | 40.00 |
| Harvick, C. | 6/28/2006 | Taxi hotel to USA Capital Mortgage | 19.00 |
| Harvick, C. | 6/28/2006 | Taxi USA Capital Mortgage to LAS | 17.00 |
| *Total for Transportation:* | | | *304.46* |

| **Grand Total** | | | *$2,737.40* |
|---|---|---|---|