**ATTACHMENT 11**

**FTI DTDF March 2007 Monthly Statement**

**F T I**

FTI Consulting
One Renaissance Square
Two North Central Avenue
Suite 1200
Phoenix, AZ 85004-2322
602.744.7100 telephone
602.744.7110 facsimile
www.fticonsulting.com

April 24, 2007


USA Commercial Mortgage Company

4484 South Pecos Road

Las Vegas, NV  89121


Attention:        LeAnn Weese, Controller

RE:    FTI Consulting, Inc. ("FTI"), March 2007 Monthly Statement

       USA Commercial Mortgage Company, et al; Jointly Administered under Case No. BK-S-06-10725 LBR


Enclosed please find FTI Consulting, Inc.'s monthly statement for professionals fees for services rendered and reimbursement of expenses incurred as Financial Advisors for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for the period March 1, 2007 through March 12, 2007.


Copies of this monthly statement have been mailed to all parties listed on the attached distribution list.


If you should have any questions regarding our monthly statement, please do not hesitate to call Chas Harvick at 602.744.7186 or me at 602.744.7144.


Sincerely,

*Michael A Tucker*

Michael A. Tucker
Senior Managing Director


Enclosures

**<u>DISTRIBUTION</u>**:

**Debtor**

    LeAnn Weese, USA Commercial Mortgage Company

    Susan M. Smith, Mesirow Financial, Inc.

**Debtor's Counsel**

    Annette W. Jarvis, Esq., Ray Quinney & Nebeker P.C.

    Lenard E. Schwartzer, Esq., Schwartzer & McPherson Law Firm

**Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company**

    Susan M. Freeman, Esq., Lewis and Roca, LLP

    Rob Charles, Esq., Lewis and Roca, LLP

**Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company**

    Gerald M. Gordon, Esq., Gordon & Silver, LTD.

    Gregory E. Garman, Esq., Gordon & Silver, LTD.

**Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC**

    Marc A. Levinson, Esq., Orrick, Herrington & Sutcliffe LLP

    Anne M. Loraditch, Esq., Beckley Singleton CHTD.

**Counsel for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC**

    Frank A. Merola, Esq., Stutman Treister & Glatt, P.C.

    Eve H. Karasik, Esq., Stutman Treister & Glatt, P.C.

**Office of the U.S. Trustee – District of Nevada**

    August B. Landis, Assistant United States





FTI Consulting, Inc.
Two North Central Avenue
Suite 1200
Phoenix, Arizona  85004

602.744.7100 Telephone
602.744.7110  Facsimile

RE:    USA Commercial Mortgage Company
       USA Capital Diversified Trust Deed Fund, LLC
       USA Capital First Trust Deed Fund, LLC
       USA Capital Realty Advisors, LLC
       USA Securities, LLC

       Jointly Administered under Case No. BK-S-06-10725-LBR

Date:   April 24, 2007


**Debtor Entity – USA Capital Diversified Trust Deed Fund, LLC**

For professional services rendered from March 1, 2007 through March 12, 2007.


| | |
|---|---:|
| Total Current Fees | $   88,169.00 |
| Total Current Expenses | 974.13 |
| | |
| Total Current Fees and Expenses | $   89,143.13 |
| | |
| Eighty Percent of Total Current Fees | $   70,535.20 |
| One Hundred Percent of Total Current Expenses | 974.13 |
| | |
| **Total Amount Due this Statement** | **$   71,509.33** |


SEE DETAIL ATTACHED.


PLEASE REMIT PAYMENT TO:
       Bank of America              FTI Consulting, Inc.
       ABA #026009593               P.O. Box 631916
       In favour of:                Baltimore, MD 21263-1916
       FTI Consulting, Inc.         FED ID#52-1261113
       Account #003939577164


NOTE:  There may be expenses that were incurred during this billing cycle that are not reflected in this monthly statement but will appear in subsequent monthly statements because of the unavoidable delay in posting some disbursements.

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit A
### Total Hours, Fees and Expenses
### For the Period of 3/1/2007 through 3/12/2007

| Consultant | Level | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| Tucker, M. | Sr. Managing Dir. | 62.7 | $525 | 32,917.50 | 499.21 | 33,416.71 |
| Belt, D. | Managing Director | 48.1 | $475 | 22,847.50 | 288.66 | 23,136.16 |
| Harvick, C. | Director | 73.2 | $425 | 31,110.00 | 0.00 | 31,110.00 |
| Schwartz, J. | Senior Consultant | 1.5 | $325 | 487.50 | 0.00 | 487.50 |
| Peterson, L. | Senior Consultant | 0.5 | $325 | 162.50 | 0.00 | 162.50 |
| Smith, S. | Paraprofessional | 5.2 | $95 | 494.00 | 0.00 | 494.00 |
| Evans, J. | Assistant | 3.0 | $50 | 150.00 | 0.00 | 150.00 |
| Administration | Admininstrative | 0.0 | $0 | 0.00 | 186.26 | 186.26 |
| **Grand Total** | | **194.2** | | **$88,169.00** | **$974.13** | **$89,143.13** |

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit B
### Time Charges Incurred by Professional by Activity Code
### For the Period of 3/1/2007 through 3/12/2007

| Consultant | Hours | Fees |
|---|---|---|
| **Asset Analysis and Recovery** | | |
| Belt, D. | 4.5 | 2,137.50 |
| Evans, J. | 3.0 | 150.00 |
| Harvick, C. | 35.5 | 15,087.50 |
| Peterson, L. | 0.5 | 162.50 |
| Schwartz, J. | 1.2 | 390.00 |
| Smith, S. | 2.5 | 237.50 |
| Tucker, M. | 22.9 | 12,022.50 |
| *Total for Asset Analysis and Recovery:* | *70.1* | *30,187.50* |
| | | |
| **Collection Account Distributions and Related Disputes** | | |
| Harvick, C. | 0.2 | 85.00 |
| *Total for Collection Account Distributions and Related Disputes:* | *0.2* | *85.00* |
| | | |
| **Court Hearings** | | |
| Harvick, C. | 2.3 | 977.50 |
| Tucker, M. | 10.0 | 5,250.00 |
| *Total for Court Hearings:* | *12.3* | *6,227.50* |
| | | |
| **Employment/Fee Applications** | | |
| Smith, S. | 1.5 | 142.50 |
| *Total for Employment/Fee Applications:* | *1.5* | *142.50* |
| | | |
| **Financing** | | |
| Harvick, C. | 3.9 | 1,657.50 |
| *Total for Financing:* | *3.9* | *1,657.50* |
| | | |
| **IP/10-90/Ashby Recovery** | | |
| Belt, D. | 36.4 | 17,290.00 |
| Harvick, C. | 23.5 | 9,987.50 |
| Schwartz, J. | 0.3 | 97.50 |
| Smith, S. | 1.2 | 114.00 |
| Tucker, M. | 21.1 | 11,077.50 |
| *Total for IP/10-90/Ashby Recovery:* | *82.5* | *38,566.50* |
| | | |
| **Meetings & Communications with Diversified Committee** | | |
| Harvick, C. | 0.2 | 85.00 |
| *Total for Meetings & Communications with Diversified Committee:* | *0.2* | *85.00* |

| Consultant | Hours | Fees |
|---|---|---|
| *Plan and Other Restructure Related Work* | | |
| Belt, D. | 7.2 | 3,420.00 |
| Harvick, C. | 7.6 | 3,230.00 |
| Tucker, M. | 8.7 | 4,567.50 |
| *Total for Plan and Other Restructure Related Work:* | *23.5* | *11,217.50* |
| **Grand Total** | **194.2** | **$88,169.00** |

### *USA Capital Diversified Trust Deed Fund*
### *Summary Exhibit C*
### *Detailed Time Charges Incurred by Activity Code*
### *For the Period of 3/1/2007 through 3/12/2007*

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 3/1/2007 | Harvick, C. | Coordinate with Debtor and vendor for imaging of Beadle documents. | 0.3 | 127.50 |
| 3/1/2007 | Harvick, C. | Review Diamond McCarthy search tool and e-mail questions regarding errors. Compile list of users and send to team for verification. | 0.8 | 340.00 |
| 3/1/2007 | Harvick, C. | Review BySynergy loan file and update BySynergy memo. | 1.8 | 765.00 |
| 3/1/2007 | Harvick, C. | Review Deloite subpoena. | 0.2 | 85.00 |
| 3/1/2007 | Harvick, C. | Review of Hotel Zoso and Marquis Villas Hilco appraisals and prepare and send summary to M. Tucker. | 1.8 | 765.00 |
| 3/1/2007 | Tucker, M. | Review e-mails to J. Lisowski regarding Tree Moss schedules. | 0.1 | 52.50 |
| 3/1/2007 | Tucker, M. | Conference with Colt counsel, D. Hayes and M. Levinson prior to hearing. | 0.3 | 157.50 |
| 3/1/2007 | Tucker, M. | Review 2004 motions for Deloite and Piercy Bowles. | 0.2 | 105.00 |
| 3/2/2007 | Harvick, C. | Call C. Kadwell and A. Stevens regarding request for updated index of documents and money held at PDG. | 0.3 | 127.50 |
| 3/2/2007 | Harvick, C. | Review Marquis Villa document provided by USA Commercial Mortgage, follow-up with J. Hermann regarding same. | 0.5 | 212.50 |
| 3/2/2007 | Harvick, C. | Review Reale Proof of Claim in Investors VI, send comments and review related e-mails. | 0.5 | 212.50 |
| 3/2/2007 | Harvick, C. | Continue review of Diamond McCarthy search tool and e-mail list of users and questions to Diamond. | 0.5 | 212.50 |
| 3/2/2007 | Harvick, C. | Review past communication to BySynergy, leave message and send e-mail to M. Zito and update BySynergy Memo. | 0.5 | 212.50 |
| 3/2/2007 | Tucker, M. | Discussion with T. Zmalia regarding Wolfe Capital status as Tree Moss buyer and Investors VI issues. | 0.3 | 157.50 |
| 3/2/2007 | Tucker, M. | Call Phil Dickerson regarding collection assistance and background from his sales position. | 0.2 | 105.00 |
| 3/2/2007 | Tucker, M. | Call James Wolfe at Wolfe Capital regarding Tree Moss sale. | 0.1 | 52.50 |
| 3/2/2007 | Tucker, M. | Send e-mail to Diversified Trust Deed Fund team on Tree Moss and Investors VI updates. | 0.1 | 52.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 3/2/2007 | Tucker, M. | Prepare for hearing and other Investors VI and Tree Moss follow up including meeting with T. Zmalia and J. Hermann. | 1.5 | 787.50 |
| 3/5/2007 | Belt, D. | Review Colt Gateway loan settlement correspondence and term sheet. | 1.1 | 522.50 |
| 3/5/2007 | Harvick, C. | Review index of Tree Moss and Investors VI documents and send draft e-mail to M. Tucker to review and send to J. Lisowski. | 0.4 | 170.00 |
| 3/5/2007 | Harvick, C. | Continue review of S. Reale Proof of Claim in Investors VI, send comments and review related e-mails. | 0.5 | 212.50 |
| 3/5/2007 | Harvick, C. | Review of Colt related e-mails and attachments from 2003 - 2006 provided by Colt. Discuss same with M. Tucker. | 2.1 | 892.50 |
| 3/5/2007 | Harvick, C. | Review Colt documents (loan agreements, audit financial, funding summaries, project summaries, bank statements, etc). Discuss same with M. Tucker. | 2.1 | 892.50 |
| 3/5/2007 | Harvick, C. | Review of T. Allison Declaration filed in Investors VI case and other support documentation. | 0.6 | 255.00 |
| 3/5/2007 | Harvick, C. | Prepare for and participate in call with M. Levinson, M. Tucker and J. Hermann to discuss Investors VI Answer, M. Tucker Declaration, timing and strategy. | 1.7 | 722.50 |
| 3/5/2007 | Harvick, C. | Call with M. Levinson, M. Tucker and J. Hermann to discuss documents produced by Colt, servicing and settlement status, issues and strategy. | 1.7 | 722.50 |
| 3/5/2007 | Harvick, C. | Continue review of documents produced by Colt (financials, GL detail, project overviews and Enclave Inc web page) and draft terms. Discuss same with M. Tucker. | 0.8 | 340.00 |
| 3/5/2007 | Harvick, C. | Conference with J. Hermann, M. Levinson and M. Tucker regarding Huntsville collection. | 0.2 | 85.00 |
| 3/5/2007 | Tucker, M. | Discussion with C. Harvick regarding Colt documents (loan agreements, audit financial, funding summaries, project summaries, bank statements, etc). | 0.6 | 315.00 |
| 3/5/2007 | Tucker, M. | Conference with J. Hermann, M. Levinson and C. Harvick regarding Huntsville collection. | 0.2 | 105.00 |
| 3/5/2007 | Tucker, M. | Call with M. Levinson, C. Harvick and J. Hermann to discuss documents produced by Colt, servicing and settlement status, issues and strategy. | 1.7 | 892.50 |
| 3/5/2007 | Tucker, M. | Review and analyze Colt documents received from Colt; draft e-mails to Diversified Trust Deed Fund team on same. | 3.3 | 1,732.50 |
| 3/5/2007 | Tucker, M. | Draft e-mail to J. Lisowski regarding Tree Moss and Investors VI issues and lack of follow up. | 0.7 | 367.50 |
| 3/5/2007 | Tucker, M. | Analyze potential sale of Placer Vineyards default interest and e-mails to G. Berman. | 0.3 | 157.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| | | | | |

*Asset Analysis and Recovery*

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 3/5/2007 | Tucker, M. | Conference with J. Hermann, M. Levinson and C. Harvick regarding Investors VI answer and strategy; review analysis. | 1.6 | 840.00 |
| 3/5/2007 | Tucker, M. | Analyze alternative Colt offers. | 0.5 | 262.50 |
| 3/5/2007 | Tucker, M. | Conference with G. Berman regarding meeting with K. Rowe on Tanamera Properties and Colt collection issues; send e-mail to Diversified Trust Deed Fund team on same. | 0.5 | 262.50 |
| 3/5/2007 | Tucker, M. | Discuss Colt related e-mails and attachments from 2003-2006 with C. Harvick. | 0.5 | 262.50 |
| 3/6/2007 | Belt, D. | Research and respond to Y. Boyarin inquiries regarding Colt loan and modifications to original note agreement. | 2.1 | 997.50 |
| 3/6/2007 | Harvick, C. | Review and edit index of Colt documents and send to Diversified Trust Deed Fund team. | 0.6 | 255.00 |
| 3/6/2007 | Harvick, C. | Call with J. Hermann and E. Monson to discuss available Investors VI documents. | 0.4 | 170.00 |
| 3/6/2007 | Harvick, C. | Review various e-mails regarding status of ICC loan, Placer Vineyards sale of servicing to Compass and Colt negotiations and dealing with Trustee for Investors VI. | 0.5 | 212.50 |
| 3/6/2007 | Harvick, C. | Call with J. Reed to request Marque Hotel documents. | 0.2 | 85.00 |
| 3/6/2007 | Harvick, C. | Discuss Investors VI with M. Tucker, M. Levinson and J. Hermann and call for part with T. Zmaila to discuss same. | 1.2 | 510.00 |
| 3/6/2007 | Harvick, C. | Discuss Investors VI with M. Tucker and call J. Lisowski to discuss the operations of Investors VI. | 0.4 | 170.00 |
| 3/6/2007 | Harvick, C. | Review Demand Letters and Preservation Letters sent by Diamond McCarthy to USA Commercial Mortgage outsourced professional firms. | 0.6 | 255.00 |
| 3/6/2007 | Harvick, C. | Call with J. Roussel at Hospitality 1st to discuss Investors VI operations and Vendor Report provided to R. Walker. | 0.3 | 127.50 |
| 3/6/2007 | Harvick, C. | Review notes of documents related to Investors VI and left message with J. Lisowski to call me regarding same. | 0.4 | 170.00 |
| 3/6/2007 | Harvick, C. | Call with J. Hermann and M. Levinson to discuss my call with J. Roussel and determine what the appropriate next step should be. | 0.4 | 170.00 |
| 3/6/2007 | Tucker, M. | Conference with T. Zmaila, J. Hermann, C. Harvick and M. Levinson regarding Investors VI issues; follow up discussion without T. Zmaila. | 1.2 | 630.00 |
| 3/6/2007 | Tucker, M. | Conference with J. Hermann, M. Levinson and B. Edmondson regarding Colt litigation issues and strategy. | 0.6 | 315.00 |
| 3/6/2007 | Tucker, M. | Respond to T. Hansen inquiry on loan status. | 0.1 | 52.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 3/6/2007 | Tucker, M. | Discuss Investors VI with C. Harvick. | 0.2 | 105.00 |
| 3/6/2007 | Tucker, M. | Determine status of collection and payoff of Interstate Commerce loan. | 0.2 | 105.00 |
| 3/6/2007 | Tucker, M. | Review motion for relief from stay on Tree Moss for insurance financing. | 0.2 | 105.00 |
| 3/6/2007 | Tucker, M. | Review revised Colt letter from HFA and related e-mails and responses; conference with M. Levinson and J. Hermann regarding same. | 0.6 | 315.00 |
| 3/7/2007 | Harvick, C. | Review Amended Answer and Exhibits filed by R. Walker for Investors VI and send e-mail regarding same. | 0.8 | 340.00 |
| 3/7/2007 | Harvick, C. | Review T. Allison Investors VI Declaration and previous M. Tucker Declarations to leverage off of prior work. | 0.9 | 382.50 |
| 3/7/2007 | Harvick, C. | Participate in call with J. Hermann, M. Tucker and T. Zmaila to get a download on what T. Zmaila has discovered and prepare for the Investors VI status conference. | 0.6 | 255.00 |
| 3/7/2007 | Harvick, C. | Review Colt Agreement Letter and related e-mails. | 0.4 | 170.00 |
| 3/7/2007 | Tucker, M. | Review S. Reale Proof of Claim on Investors VI. | 0.1 | 52.50 |
| 3/7/2007 | Tucker, M. | Participate in Investors VI status conference call and follow up discussion with J. Hermann and M. Levinson. | 1.2 | 630.00 |
| 3/7/2007 | Tucker, M. | Review letter from Sunterra to T. Zmalia regarding intent in being a seller. | 0.1 | 52.50 |
| 3/7/2007 | Tucker, M. | Participate in call with J. Hermann, C. Harvick and T. Zmaila to see what he discovered regarding Investors VI. | 0.4 | 210.00 |
| 3/7/2007 | Tucker, M. | Conference with T. Zmaila regarding Investors VI issues. | 0.3 | 157.50 |
| 3/7/2007 | Tucker, M. | Review letter from Colt and related e-mails on Colt settlement and refinancing; discuss with M. Levinson and J. Hermann. | 1.2 | 630.00 |
| 3/8/2007 | Harvick, C. | Call M. Zito at BySynergy regarding the production of documents. | 0.1 | 42.50 |
| 3/8/2007 | Harvick, C. | Research guarantors for Colt loan and send findings to J. Hermann. | 0.6 | 255.00 |
| 3/8/2007 | Harvick, C. | Review multiple e-mails related to Diamond McCarthy filings and actions and respond to same. | 0.3 | 127.50 |
| 3/8/2007 | Harvick, C. | Review Investors VI documents provided by E. Monson (GL, financial, loan documents etc.) and send comment to Diversified Trust Deed Fund team regarding same. | 1.6 | 680.00 |
| 3/8/2007 | Schwartz, J. | Prepare comparison schedule of Colt Loan schedules for Div #1, #2 and CREC. | 0.4 | 130.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 3/9/2007 | Belt, D. | Conference call with Diamond McCarthy regarding status of litigation. | 1.3 | 617.50 |
| 3/9/2007 | Evans, J. | Scan Colt documents produced by Katten Muchin. | 3.0 | 150.00 |
| 3/9/2007 | Harvick, C. | Review Colt interest calculations by HFA and compare to FTI calculations. Send comment to M. Tucker regarding same. | 1.1 | 467.50 |
| 3/9/2007 | Harvick, C. | Prepare for and participate in status call with Diamond McCarthy USA Commercial Mortgage First Deed Trust and Diversified Trust Deed Fund. | 1.5 | 637.50 |
| 3/9/2007 | Harvick, C. | Participate in conference call with G. Berman, his counsel, M. Levinson, J. Hermann and M. Tucker regarding USA Commercial Trust investigation to date and interviews, and other asset recoveries. | 1.4 | 595.00 |
| 3/9/2007 | Smith, S. | Print out e-mails of documents, organize and create binder for information provided by E. Monson on Investors VI. | 2.5 | 237.50 |
| 3/9/2007 | Tucker, M. | Participate in conference call with G. Berman, his counsel, M. Levinson, J. Hermann and C. Harvick regarding USA Commercial Trust investigation to date and interviews, and other asset recoveries. | 1.4 | 735.00 |
| 3/10/2007 | Harvick, C. | Participate in call with M. Levinson, J. Hermann, C. Larsen and M. Tucker to discuss transition issues, HMA Sales litigation issues. | 1.0 | 425.00 |
| 3/10/2007 | Tucker, M. | Participate in conference call with M. Levinson, J. Hermann, C. Larsen, and C. Harvick regarding HMA Sales litigation issues. | 1.0 | 525.00 |
| 3/11/2007 | Tucker, M. | Review Investors VI management agreement. | 0.4 | 210.00 |
| 3/11/2007 | Tucker, M. | Review several letters and orders by USA Commercial Mortgage for 2004 examinations and document retention and production. | 0.4 | 210.00 |
| 3/12/2007 | Harvick, C. | Call M. Zito at BySynergy. | 0.1 | 42.50 |
| 3/12/2007 | Harvick, C. | Review USA Commercial Mortgage January Loan Summary and request report from Debtor. | 0.4 | 170.00 |
| 3/12/2007 | Harvick, C. | Review USA Commercial Mortgage Amended Schedules for Diversified Trust Deed Fund unremitted principal of $18.9 million and send comments to S. Smith regarding same. | 0.5 | 212.50 |
| 3/12/2007 | Harvick, C. | Review of Colt Loan History Reports for CREC and DIV 1 & 2; e-mail feedback to J. Schultz. | 0.7 | 297.50 |
| 3/12/2007 | Harvick, C. | Review Huntsville bankruptcy filings and Deeds of Trust. | 0.6 | 255.00 |
| 3/12/2007 | Harvick, C. | Review and send Colt Documents provided by Katten Muchin to Diversified Trust Deed Fund team. | 0.3 | 127.50 |
| 3/12/2007 | Harvick, C. | Call with M. Tucker to discuss Tree Moss sale process, Board meeting agenda and K. Rowe meeting. | 0.3 | 127.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Asset Analysis and Recovery* | | | | |
| 3/12/2007 | Peterson, L. | Update Diversified Trust Deed Fund cash collections schedule thru March 2, 2007. | 0.5 | 162.50 |
| 3/12/2007 | Schwartz, J. | Continue to make revisions to the Colt Div #1, Colt Div #2 and Colt CREC analysis based on feedback from C. Harvick. | 0.8 | 260.00 |
| 3/12/2007 | Tucker, M. | Call with C. Harvick to discuss Tree Moss sale process, Board meeting agenda and K. Rowe meeting. | 0.3 | 157.50 |
| 3/12/2007 | Tucker, M. | Review revised USA Commercial Mortgage schedules noting $18.9 million unremitted principle missing. | 0.3 | 157.50 |
| *Total for Asset Analysis and Recovery:* | | | *70.1* | *30,187.50* |
| *Collection Account Distributions and Related Disputes* | | | | |
| 3/1/2007 | Harvick, C. | Find past e-mail and send reminder e-mail to S. Smith requesting detail of prepaid amounts. | 0.2 | 85.00 |
| *Total for Collection Account Distributions and Related Disputes:* | | | *0.2* | *85.00* |
| *Court Hearings* | | | | |
| 3/1/2007 | Harvick, C. | Listen to Colt settlement hearing telephonically. | 1.3 | 552.50 |
| 3/1/2007 | Harvick, C. | Listen to 1142 Motion hearing telephonically. | 1.0 | 425.00 |
| 3/1/2007 | Tucker, M. | Participate in Court hearing on 1142 Motion, Colt settlement, enforcement of Plan, sales proceed allocation, etc. | 3.4 | 1,785.00 |
| 3/1/2007 | Tucker, M. | Travel to Las Vegas to attend Investors VI hearing and HMA Sales TRO hearing. | 2.4 | 1,260.00 |
| 3/2/2007 | Tucker, M. | Travel from Las Vegas to Phoenix after hearing on Investors VI and HMA TRO. | 2.2 | 1,155.00 |
| 3/2/2007 | Tucker, M. | Attend court hearing on Investors VI bankruptcy filing and HMA Sales TRO. | 2.0 | 1,050.00 |
| *Total for Court Hearings:* | | | *12.3* | *6,227.50* |
| *Employment/Fee Applications* | | | | |
| 3/9/2007 | Smith, S. | Begin reconciliation of February time for monthly interim invoice. | 1.5 | 142.50 |
| *Total for Employment/Fee Applications:* | | | *1.5* | *142.50* |
| *Financing* | | | | |
| 3/1/2007 | Harvick, C. | Review USA Commercial Mortgage Budget to Actuals. | 0.4 | 170.00 |
| 3/12/2007 | Harvick, C. | Analysis of Diversified Trust Deed Fund monthly operating report, Holdback report and schedules to prepare Summary of Diversified Trust Deed Fund Cash. | 2.3 | 977.50 |
| 3/12/2007 | Harvick, C. | Prepare summary of Diversified Trust Deed Fund assets as of January 31, 2007. | 0.9 | 382.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Financing* | | | | |
| 3/12/2007 | Harvick, C. | Prepare summary of Diversified Trust Deed Fund assets received at Plan Effective Date. | 0.3 | 127.50 |
| | *Total for Financing:* | | *3.9* | *1,657.50* |
| *IP/10-90/Ashby Recovery* | | | | |
| 3/1/2007 | Belt, D. | Review objection to writ of attachment filed by Great White counsel. | 0.9 | 427.50 |
| 3/1/2007 | Belt, D. | Review writ of attachment motion draft received from C. Larsen. | 0.7 | 332.50 |
| 3/1/2007 | Belt, D. | Finalize updating of Diversified to HMA Sales cash tracing for 10-90 Inc and Mountain Vista portion of transfers. | 2.2 | 1,045.00 |
| 3/1/2007 | Tucker, M. | Review and comment on Reply brief to Great White and HMA Sales. | 0.3 | 157.50 |
| 3/2/2007 | Belt, D. | Review tax return documents and 2005 year end financial report produced for HMA Sales and identify date of fixed asset purchases including the building and floor renovations. | 2.3 | 1,092.50 |
| 3/2/2007 | Belt, D. | Conference call with Diversified counsel , C. Harvick and M. Tucker to discuss all issues surrounding HMA Sales writ of attachment litigation and strategy for filing necessary declarations to support legal positions. | 2.0 | 950.00 |
| 3/2/2007 | Belt, D. | Prepare outline for drafting declaration in support of HMA Sales writ of attachment proceeding. | 0.6 | 285.00 |
| 3/2/2007 | Belt, D. | Identify dates for land purchases by HMA Sales and forward information to Diversified team. | 0.3 | 142.50 |
| 3/2/2007 | Harvick, C. | Review D. Fogg file and other 10-90 related documents provided to SEC by RQN. Prepare timeline for 10-90 loan and funding. | 3.2 | 1,360.00 |
| 3/2/2007 | Harvick, C. | Prepare for and participate in call with Diversified Trust Deed Fund counsel, M. Tucker and D. Belt regarding HMA Sales and next steps. | 2.1 | 892.50 |
| 3/2/2007 | Tucker, M. | Meet with E. Khalili regarding HMA Sales buyers and history. | 0.5 | 262.50 |
| 3/2/2007 | Tucker, M. | Prepare for and meet with J. Hermann, C. Larsen, A. Loraditch and conference with C. Harvick and D. Belt regarding HMA strategy and next steps including declaration needed by FTI. | 2.4 | 1,260.00 |
| 3/2/2007 | Tucker, M. | Review e-mail on land purchases by HMA Sales and whether Diversified Trust Deed Fund funds were used to purchase same; reply to various e-mails on topic. | 0.4 | 210.00 |
| 3/5/2007 | Belt, D. | Begin preparing and assembling documents for drafting a declaration in support of writ of attachment motion. | 2.3 | 1,092.50 |
| 3/5/2007 | Harvick, C. | Conference with J. Hermann, M. Levinson, and M. Tucker regarding Placer Vineyard default interest and sale of servicing. | 0.4 | 170.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *IP/10-90/Ashby Recovery* | | | | |
| 3/5/2007 | Harvick, C. | Call with M. Levinson and J. Hermann to discuss my conversation with A. Stevens and M. Tucker Declaration for HMA Sales. | 0.3 | 127.50 |
| 3/5/2007 | Harvick, C. | Review of USA Realty 2004 General Ledger detail, wire amounts from USA Realty to Mountain Vista and Tracing from Diversified Trust Deed Fund to 10-90 Inc. | 1.7 | 722.50 |
| 3/5/2007 | Smith, S. | Organize documents and create binder regarding D. Fogg. | 0.4 | 38.00 |
| 3/5/2007 | Tucker, M. | Conference with J. Hermann, M. Levinson, and C. Harvick regarding Placer Vineyard default interest and sale of servicing. | 0.4 | 210.00 |
| 3/6/2007 | Belt, D. | Review all correspondence regarding depositions related to adversarial proceedings and calendar current schedule. Discuss with C. Larsen required attendance at HMA-related depositions and strategy. | 1.9 | 902.50 |
| 3/6/2007 | Belt, D. | Conference call with counsel regarding HMA Sales adversarial proceeding. | 2.1 | 997.50 |
| 3/6/2007 | Harvick, C. | Review index of documents produced to SEC by RQN for Tanamera related documents. | 0.2 | 85.00 |
| 3/6/2007 | Harvick, C. | Review of Great White motion to dismiss and supporting exhibits. | 0.6 | 255.00 |
| 3/6/2007 | Harvick, C. | Continue to draft M. Tucker Declaration for HMA Sales Hearing. | 1.7 | 722.50 |
| 3/6/2007 | Harvick, C. | Draft M. Tucker Declaration for HMA Sales Hearing. | 0.8 | 340.00 |
| 3/6/2007 | Harvick, C. | Participate in call (part) with A. Jarvis, E. Monson, T. Allison, M. Levinson, J. Hermann, C. Nelson and M. Tucker to discuss HMA Sales response regarding Great White action, Colt status and call to B. Koe from J. Milanowski. | 0.7 | 297.50 |
| 3/6/2007 | Tucker, M. | Follow up with J. McPhearson on S. Reale tax return production. | 0.1 | 52.50 |
| 3/6/2007 | Tucker, M. | Participate in conference call on HMA Sales trial with A. Jarvis, E. Monson, T. Allison, M. Levinson, J. Hermann and C. Nelson and C. Harvick. | 1.9 | 997.50 |
| 3/6/2007 | Tucker, M. | Discussion with G. Berman regarding Placer Vineyards sale of servicing rights. | 0.5 | 262.50 |
| 3/7/2007 | Belt, D. | Review multiple pleadings, motion to dismiss and motion for summary judgment filed by Great White defendants in HMA Sales adversary pleading including review of expert financial witness report in support thereof. | 2.2 | 1,045.00 |
| 3/7/2007 | Belt, D. | Discuss Tucker Declaration for HMA Sales Hearing with C. Harvick. | 0.3 | 142.50 |
| 3/7/2007 | Harvick, C. | Review C. Nelson's draft of M. Tucker Declaration for HMA Sales Hearing. | 0.3 | 127.50 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|

### IP/10-90/Ashby Recovery

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 3/7/2007 | Harvick, C. | Review draft of M. Tucker Declaration for HMA Sales Hearing and discuss same with D. Belt. | 0.5 | 212.50 |
| 3/7/2007 | Harvick, C. | Discuss filing involuntary petitions on Investment Partners with M. Levinson and M. Tucker. | 0.4 | 170.00 |
| 3/7/2007 | Harvick, C. | Prepare Fraud section of M. Tucker Declaration for HMA Sales Writ of Attachment. | 3.2 | 1,360.00 |
| 3/7/2007 | Harvick, C. | Review Diversified Trust Deed Fund Operating Agreement, Prospectus, 10-90 Loan History Report, and other debtor documents to incorporate and support facts contained in M. Tucker's HMA Sales Declaration. | 1.6 | 680.00 |
| 3/7/2007 | Harvick, C. | Continue to draft M. Tucker Declaration for HMA Sales Hearing. | 1.7 | 722.50 |
| 3/7/2007 | Harvick, C. | Prepare exhibit package for M. Tucker Declaration for HMA Sales Hearing. | 0.7 | 297.50 |
| 3/7/2007 | Schwartz, J. | Research corporation documents for 10-90, Inc. | 0.3 | 97.50 |
| 3/7/2007 | Smith, S. | Organize e-mailed documents for Tanamera Properties. | 0.3 | 28.50 |
| 3/7/2007 | Tucker, M. | Review several versions of Placer Vineyards servicing rights stipulation on transfer to USA Commercial Mortgage Trust; discuss same with M. Levinson. | 1.2 | 630.00 |
| 3/7/2007 | Tucker, M. | Review Great White's motion to dismiss HMA Sales suit by Diversified Trust Deed Fund. | 0.3 | 157.50 |
| 3/7/2007 | Tucker, M. | Review various HMA Sales pleadings in preparation for trial. | 1.9 | 997.50 |
| 3/7/2007 | Tucker, M. | Discuss filing involuntary petitions on Investment Partners with M. Levinson and C. Harvick. | 0.4 | 210.00 |
| 3/7/2007 | Tucker, M. | Return call to J. Milanowski. | 0.1 | 52.50 |
| 3/8/2007 | Belt, D. | Prepare support binder for M. Tucker declaration in support of wit of attachment motion. | 0.9 | 427.50 |
| 3/8/2007 | Belt, D. | Review draft of M. Tucker declaration for writ of attachment received from C. Larsen, make revisions, prepare support exhibits and distribute revised draft to counsel. | 3.5 | 1,662.50 |
| 3/8/2007 | Harvick, C. | Review Tanamera documents and e-mails regarding same. | 0.3 | 127.50 |
| 3/8/2007 | Harvick, C. | Review of documents provided to SEC for Tanamera documents to prepare for meeting with K. Rowe. | 0.5 | 212.50 |
| 3/8/2007 | Harvick, C. | Revise Sheraton Loan History Report for M. Tucker Declaration for HMA Sales Hearing. | 0.8 | 340.00 |
| 3/8/2007 | Smith, S. | Scan exhibits; create binder for M. Tucker Declaration regarding HMA Sales. | 0.5 | 47.50 |
| 3/8/2007 | Tucker, M. | Review various e-mails on HMA Sales pleading and deposition schedules. | 0.8 | 420.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|

### IP/10-90/Ashby Recovery

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 3/9/2007 | Belt, D. | Discuss changes to Draft Motion of Plaintiffs Opposition to S. Reale with C. Harvick. | 0.2 | 95.00 |
| 3/9/2007 | Belt, D. | Review response to dismiss HMA adversarial proceeding filed by Reale received from C. Larsen. Prepare comments and forward back to counsel. | 2.0 | 950.00 |
| 3/9/2007 | Harvick, C. | Review Draft Motion of Plaintiffs Opposition to S. Reale. | 0.9 | 382.50 |
| 3/9/2007 | Harvick, C. | Continue review Draft Motion of Plaintiffs Opposition to Reale and discuss changes with D. Belt. | 0.5 | 212.50 |
| 3/9/2007 | Tucker, M. | Review draft objection to motion to dismiss from S. Reale in HMA Sales and draft related e-mails. | 0.7 | 367.50 |
| 3/10/2007 | Harvick, C. | Participate in conference call with M. Levinson, J. Hermann, C. Larsen and M. Tucker regarding Investment Partners. | 0.2 | 85.00 |
| 3/10/2007 | Tucker, M. | Participate in conference call with M. Levinson, J. Hermann, C. Larsen, and C. Harvick regarding Investment Partners. | 0.2 | 105.00 |
| 3/10/2007 | Tucker, M. | Review S. Reale motion to dismiss and related affidavit and related e-mails. | 0.5 | 262.50 |
| 3/10/2007 | Tucker, M. | Research issues on Investment Partners relative to an Investment Partners Chapter 11. | 0.5 | 262.50 |
| 3/11/2007 | Tucker, M. | Review numerous HMA Sales pleadings and documents for litigation case. | 1.4 | 735.00 |
| 3/12/2007 | Belt, D. | Travel from Phoenix to Las Vegas to attend various depositions for HMA Sales. | 2.3 | 1,092.50 |
| 3/12/2007 | Belt, D. | Attend Tom Allison deposition regarding HMA Sales adversary proceeding. | 7.5 | 3,562.50 |
| 3/12/2007 | Belt, D. | Attend Great White Investment deposition regarding HMA Sales adversary proceeding. | 2.2 | 1,045.00 |
| 3/12/2007 | Harvick, C. | Discuss Investment Partners' litigation with M. Tucker. | 0.2 | 85.00 |
| 3/12/2007 | Tucker, M. | Discuss Investment Partners' litigation with C. Harvick. | 0.2 | 105.00 |
| 3/12/2007 | Tucker, M. | Analysis of Investment Partners potential insolvency filing. | 1.8 | 945.00 |
| 3/12/2007 | Tucker, M. | Conference with M. Levinson regarding Investment Partners' strategy issues. | 0.5 | 262.50 |
| 3/12/2007 | Tucker, M. | Work on HMA Sales declaration and litigation issues. | 4.1 | 2,152.50 |
| | | *Total for IP/10-90/Ashby Recovery:* | *82.5* | *38,566.50* |

### Meetings & Communications with Diversified Committee

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 3/9/2007 | Harvick, C. | Call with Diversified Trust Deed Fund investor. | 0.2 | 85.00 |
| | | *Total for Meetings & Communications with Diversified Committee:* | *0.2* | *85.00* |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Plan and Other Restructure Related Work* | | | | |
| 3/1/2007 | Tucker, M. | Read final brief in opposition to LPG appeal. | 0.5 | 262.50 |
| 3/1/2007 | Tucker, M. | Review D. Cangelosi declaration in support of LPG Group. | 0.2 | 105.00 |
| 3/2/2007 | Tucker, M. | Review draft order and e-mails on Plan implementation. | 0.3 | 157.50 |
| 3/5/2007 | Harvick, C. | Call with M. Levinson, M. Tucker and J. Hermann to discuss Post Effective Date administration (billing codes, agreements, USA Commercial Mortgage personnel, etc.). | 0.3 | 127.50 |
| 3/5/2007 | Harvick, C. | Review Post Effective Task Codes and M. Levinson comments. | 0.3 | 127.50 |
| 3/5/2007 | Tucker, M. | Call with M. Levinson, C. Harvick and J. Hermann to discuss Post Effective Date administration (billing codes, agreements, USA Commercial Mortgage personnel, etc.). | 0.3 | 157.50 |
| 3/5/2007 | Tucker, M. | Review Post Effective Date Diversified Trust Deed Fund billing codes. | 0.1 | 52.50 |
| 3/5/2007 | Tucker, M. | Review LPG letters to investors on appeal issues. | 0.3 | 157.50 |
| 3/6/2007 | Harvick, C. | Review Updated Master Inventory of Documents at USA Commercial Mortgage and notify G. Bermann of documents Diversified Trust Deed Fund intends to take. | 0.6 | 255.00 |
| 3/6/2007 | Harvick, C. | Send e-mail to Beckley Singleton requesting a draft Independent Contractors Agreement. | 0.2 | 85.00 |
| 3/6/2007 | Harvick, C. | Revise future task codes for billing and send to Diversified Trust Deed Fund team. | 0.3 | 127.50 |
| 3/6/2007 | Harvick, C. | Review LPG letter and website and related e-mails. | 0.4 | 170.00 |
| 3/7/2007 | Belt, D. | Follow up D&O insurance and administration agreement issues and retention; discuss with M. Tucker and B. Conely regarding agreements needed. | 0.5 | 237.50 |
| 3/7/2007 | Belt, D. | Calls with insurance brokers for obtaining D&O quote. Complete Chubb Insurance application per instructions from C. Crawford. | 1.0 | 475.00 |
| 3/7/2007 | Belt, D. | Calls with insurance brokers for obtaining D&O quote. Complete Chubb Insurance application per instructions from C. Crawford; discuss with M. Tucker | 2.0 | 950.00 |
| 3/7/2007 | Belt, D. | Conference call with FTI liability personnel regarding engagement protocols for Administrator. Obtain revised Diversified articles of incorporation, review and forward to FTI counsel for drafting of contract. | 1.2 | 570.00 |
| 3/7/2007 | Tucker, M. | Follow up D&O insurance and administration agreement issues and retention; discuss with D. Belt and B. Conely regarding agreements needed. | 0.5 | 262.50 |
| 3/7/2007 | Tucker, M. | Conference with B. Conley and D. Belt regarding engagement of FTI and Plan administrator agreement. | 0.4 | 210.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Plan and Other Restructure Related Work* | | | | |
| 3/8/2007 | Belt, D. | Review D&O proposal from XL Insurance. | 0.6 | 285.00 |
| 3/8/2007 | Belt, D. | Call with E. Miller regarding Diversified Trust Deed Fund Administrator agreement and duties assigned per Plan of Reorganization. | 0.5 | 237.50 |
| 3/8/2007 | Belt, D. | Prepare comparative analysis of D&O proposals and review policy forms. | 1.0 | 475.00 |
| 3/8/2007 | Harvick, C. | Prepare list of priority plan confirmation tasks. | 0.3 | 127.50 |
| 3/8/2007 | Harvick, C. | Review and edit BMC Services Agreement and send comments to R. Ragni. | 0.6 | 255.00 |
| 3/8/2007 | Harvick, C. | Call with BMC to discuss future services for Diversified Trust Deed Fund. | 0.4 | 170.00 |
| 3/8/2007 | Harvick, C. | Review Plan and Effective Date Transfer Schedule and send e-mail to Diversified Trust Deed Fund team regarding same. | 0.6 | 255.00 |
| 3/8/2007 | Tucker, M. | Review and respond to various e-mails on Effective Date issues. | 0.4 | 210.00 |
| 3/8/2007 | Tucker, M. | Review plan effective data transition issues. | 1.4 | 735.00 |
| 3/9/2007 | Belt, D. | Review effective date transfer schedule received from S. Smith. | 0.4 | 190.00 |
| 3/9/2007 | Harvick, C. | Participate in call with Debtor and Committees to discuss the final disbursements and other issues related to effective date of Plan. | 0.4 | 170.00 |
| 3/9/2007 | Tucker, M. | Review e-mails on effective date issues. | 0.3 | 157.50 |
| 3/10/2007 | Harvick, C. | Participate in call with Debtor and Committees to discuss the final disbursements and other issues related to effective date of Plan. | 0.3 | 127.50 |
| 3/10/2007 | Harvick, C. | Participate in conference call with M. Levinson, J. Hermann, C. Larsen and M. Tucker regarding Borad of Directors meeting with new Board of Directors. | 0.2 | 85.00 |
| 3/10/2007 | Tucker, M. | Participate in conference call with M. Levinson, J. Hermann, C. Larsen and C. Harvick regarding Board of Directors meeting with new Board of Directors. | 0.2 | 105.00 |
| 3/10/2007 | Tucker, M. | Review draft Board of Directors agenda. | 0.2 | 105.00 |
| 3/10/2007 | Tucker, M. | Review e-mails and calculations for effective date. | 0.2 | 105.00 |
| 3/12/2007 | Harvick, C. | Review BMC Fee Summary and send e-mail regarding same. | 0.3 | 127.50 |
| 3/12/2007 | Harvick, C. | Review noticing order and master servicing list and send e-mail regarding same. | 0.3 | 127.50 |
| 3/12/2007 | Harvick, C. | Review and respond to e-mail regarding Independent Contractor Agreement. | 0.4 | 170.00 |
| 3/12/2007 | Harvick, C. | Review Notice of Effective Date of Confirmed Plan. | 0.2 | 85.00 |

| Date | Consultant | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| *Plan and Other Restructure Related Work* | | | | |
| 3/12/2007 | Harvick, C. | Review revised Board Meeting Agenda. | 0.1 | 42.50 |
| 3/12/2007 | Harvick, C. | Review e-mails related to Effective Date disbursements, and 2004 Exams filed by USA Commercial Mortgage. | 0.3 | 127.50 |
| 3/12/2007 | Harvick, C. | Review Draft Independent Contractor Agreement, find separate template on-line and edit template. Send to Beckley for review. | 1.1 | 467.50 |
| 3/12/2007 | Tucker, M. | Conference with M. Levinson on Board meeting and McGinsey issues as Board member. | 0.8 | 420.00 |
| 3/12/2007 | Tucker, M. | Review BMC overview of services and costs for Diversified Trust Deed Fund work. | 0.3 | 157.50 |
| 3/12/2007 | Tucker, M. | Prepare for Board meeting and transition effective date issues. | 2.3 | 1,207.50 |
| *Total for Plan and Other Restructure Related Work:* | | | *23.5* | *11,217.50* |
| **Grand Total** | | | *194.2* | *$88,169.00* |

### USA Capital Diversified Trust Deed Fund
### Summary Exhibit D
### Professional Expenses Incurred by Category
### For the Period of 3/1/2007 through 3/12/2007

| Consultant | Date Incurred | Description of Expense | Amount |
|------------|---------------|------------------------|--------|
| *Administrative* | | | |
| Administration | 3/1/2007 | Postage -  Federal Express Orrick, Herrington, Sutcliffe - Jeff Hermann | 10.40 |
| Administration | 3/1/2007 | Court Call for USA Commercial Mortgage | 116.00 |
| Administration | 3/7/2007 | Court Call for USA Commercial Mortgage | 25.00 |
| Administration | 3/12/2007 | Pacer - Quarterly Statement | 34.86 |
| *Total for Administrative:* | | | *186.26* |
| *Airfare* | | | |
| Tucker, M. | 3/1/2007 | Air Fare from Phoenix, AZ to Las Vegas, NV on 3/1/07. | 126.40 |
| Tucker, M. | 3/2/2007 | Air Fare reteurn from Las Vegas, NV to Phoenix, AZ on 3/2/07. | 125.90 |
| Belt, D. | 3/12/2007 | Air Fare from Phoenix, AZ to Las Vegas , NV on 3/12/07 (stayed till 3/15) | 140.65 |
| *Total for Airfare:* | | | *392.95* |
| *Lodging* | | | |
| Tucker, M. | 3/2/2007 | Hotel in Las Vegas, NV for 1 Night, Check In 3/1/07 - Check Out 3/2/07. | 113.36 |
| Belt, D. | 3/12/2007 | Hotel in Las Vegas, NV check in 3/12/07 for 1 night of multiple night stay. | 97.01 |
| Belt, D. | 3/12/2007 | Bellman to hold luggage for day until able to check in. | 3.00 |
| *Total for Lodging:* | | | *213.37* |
| *Meals* | | | |
| Tucker, M. | 3/1/2007 | Lunch | 8.45 |
| Tucker, M. | 3/1/2007 | Dinner. | 24.00 |
| Tucker, M. | 3/2/2007 | Dinner. | 21.00 |
| Tucker, M. | 3/2/2007 | Breakfast | 38.31 |
| *Total for Meals:* | | | *91.76* |
| *Transportation* | | | |

| Consultant | Date Incurred | Description of Expense | Amount |
|---|---|---|---|
| Tucker, M. | 3/1/2007 | Taxi - airport to hotel. | 15.00 |
| Tucker, M. | 3/2/2007 | 14 miles - home to airport and return. | 6.79 |
| Tucker, M. | 3/2/2007 | Parking PHX airport - 1 day. | 20.00 |
| Belt, D. | 3/12/2007 | Parking PHX airport - 1 day. | 20.00 |
| Belt, D. | 3/12/2007 | Taxi - Las Vegas airport to hotel to Beckley Singleton law offices for deposition. | 28.00 |
| *Total for Transportation:* | | | *89.79* |
| **Grand Total** | | | *$974.13* |