| | |
|---|---|
| 1  Marc A. Levinson (California Bar No. 57613)<br>Lynn Trinka Ernce (California Bar No. 179212)<br>2  ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>3  Sacramento, CA  95814-4497<br>Telephone:  (916) 447-9200<br>4  Facsimile:   (916) 329-4900<br>Email:  malevinson@orrick.com; lernce@orrick.com | E-filed on April 26, 2007 |

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION OF ROBERT WORTHEN IN SUPPORT OF FTI CONSULTING'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 – MARCH 12, 2007)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Date:   June 22, 2007<br>Time:   9:30 a.m.<br>Place:  Courtroom #1 |

OHS West:260082627.1

I, Robert G. Worthen, declare as follows:

1. I am the duly elected Chair of the Diversified Trust Deed Fund Committee ("DTDF Committee") that was appointed by the Office of the United States Trustee on May 10, 2006 and was disbanded pursuant to the Plan on March 12, 2007 (the Plan's Effective Date). Since March 13, 2007, I have been the Chair of the Board of Directors of USA Capital Diversified Trust Deed Fund LLC, the revested debtor.

2. I submit this declaration in support of the FTI Consulting, Inc. First and Final Fee Application ("Application") for the period of June 9, 2006 through March 12, 2007. I have personal knowledge of the facts set forth below and if called to testify I could and would competently testify to such facts.

3. Pursuant to the Court's order approving FTI's application to serve as financial advisors to the DTDF Committee in this case, FTI has performed services for the DTDF Committee since June 9, 2006.

4. FTI has submitted invoices to me, on behalf of the DTDF Committee, for all work performed during the period of June 9, 2006 through March 12, 2007, copies of which are attached to the FTI First and Final Fee Application as exhibits 2 through 11. On behalf of the DTDF Committee, I have reviewed and approved FTI's invoices and believe that, based on my experience and knowledge, the amounts sought by FTI for the Application Period were reasonable and necessary to represent the DTDF Committee in this matter.

5. I have reviewed the Application and, on behalf of the DTDF Committee, support approval of the Application in its entirety.

Executed this 26th day of April 2007 at Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert G. Worthen