FILED AND ENTERED
ON DOCKET

APR 24  10 56 AM '07

GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

Entered on Docket
April 24, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
                                    Debtor.

In re:

USA CAPITAL RALTY ADVISORS, LLC.
                                    Debtor.

In re:

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,
                                    Debtor.

In re:

USA CAPITAL FIRST TRUST DEED FUND,
LLC,
                                    Debtor.

In re:

USA SECURITIES, LLC,
                                    Debtor.

Affects:

☐ All Debtors
■ USA Commercial Mortgage Co.
☐ USA Securities
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

Adversary No. 06-

ORDER GRANTING
**PERMISSION TO FILE ON PAPER**

Hearing date:  April 26, 2007
Hearing time:  9:30 a.m.

The Court hereby grants the motion filed by GEORGE D. FRAME, ESQ.

The Clerk of the Bankruptcy Court is hereby directed to accept on paper

the following document as identified in the movant's "Motion to File on Paper": RESPONSE OF JOHN DUTKIN, TRUSTEE, TO OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIMS ASSERTING SECURED STATUS.

No other documents may be filed on paper without first seeking permission from the Court.

IT IS SO ORDERED this _____ day of April, 2007.

_____
U. S. DISTRICT JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2         User: lakaswm            Page 1 of 1              Date Rcvd: Apr 24, 2007
Case: 06-10725              Form ID: pdf912          Total Served: 1

The following entities were served by first class mail on Apr 26, 2007.
aty         +GEORGE D FRAME,    601 GREENWAY ROAD, STE D,    HENDERSON, NV 89002-8364

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2007**                    **Signature:**    _Joseph Speetjens_