**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/27/2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10728 | **STIPULATION CONCERNING POST-CONFIRMATION STATUS REPORTS** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | Date: NA<br>Time: NA<br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Securities, LLC**<br>06-10729<br>Debtors. | |

The USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC, USAC Capital First Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC and USA Securities, LLC (collectively, the "Post-Effective Date Entities") and the United States Trustee stipulate:

1. The "Effective Date" of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") occurred on March 12, 2007 [DE 3083].

LEWIS AND ROCA LLP
LAWYERS

2. Pursuant to the Plan, the order confirming the Plan, and orders related to the implementation of the Plan entered by the Bankruptcy Court on February 15, 2007 and March 5, 1007 (collectively, the "Plan and Orders"), the occurrence of the Effective Date triggers certain events and deadlines.

3. Among those deadlines is a requirement that within 90 days of the Effective Date, each of the Post-Effective Date Entities is required to file a post-confirmation status report with the Bankruptcy Court, and unless otherwise ordered by the Court, status reports will be filed every 90 days thereafter by each of the entities.

4. In accordance with the confirmed Plan, status reports would be due on June 11, 2007. However, in order to provide a complete report for the period, utilize a more natural reporting period (month-end), and thus avoid unnecessary expense, the parties stipulate that the first status report address the period March 13, 2007 to June 30, 2007, and be filed by July 15, 2007, and that subsequent quarterly reports be filed within 15 days after the end of the reporting period.

Dated April 18, 2007.

LEWIS AND ROCA LLP

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
Attorneys for USACM Liquidating Trust

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:
Eve Karasik, CA 155356
Candace C. Carlyon, NV 2666
Counsel for USA Capital First Trust Deed Fund Committee

2

1824524.1

**ORRICK, HERRINGTON & SUTCLIFF, LLP and BECKLEY SINGLETON CHTD.**

By: /s/ AML (#8164)
Marc A. Levinson, CA 57613
Anne M. Loraditch, NV 8164
Counsel for USA Capital Diversified Trust Deed Fund, LLC

**RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM**

By: /s/ JEM (#5423)
Annette W. Jarvis, UT 1649
Jeanette E. McPherson, NV 5423
Counsel for USA Capital First Trust Deed Fund, LLC; USA Capital Realty Advisors, LLC; and USA Securities, LLC

**OFFICE OF THE UNITED STATES TRUSTEE**

By: /s/ August B. Landis
August B. Landis, IA PK9228
Assistant United States Trustee

1824524.1