06-10725

RECEIVED & FILED

## AMENDED CERTIFICATE OF SERVICE

'07 APR 25 P12:43

I hereby certify that on the 18th day of April, 2007, I sent by federal express, overnight delivery, a true and correct copy of Opposition to Objection by USA Commercial Mortgage Company to:

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

   Susan Freeman, AZ 4199 (pro hac vice)
   Rob Charles, NV 6593
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
   Counsel for USACM Liquidating Trust

Wynn A. Gunderson, Pro Se

1