# SCHEDULE A

1688943.1

## SUMMARY SHEET

| In re: | | | | |
|---|---|---|---|---|
| | | Fees Previously Requested | $227,901.25 | NAME OF APPLICANT |
| USA Commercial Mortgage Company 06-10725 – Lead Case | Chapter 11 | Fees Previously Awarded | $227,901.25 | Lewis and Roca LLP |
| | (Jointly Administered) | Expenses Previously Requested | $40,900.51 | ROLE IN THE CASE |
| USA Capital Realty Advisors, LLC 06-10726 | **Affecting:** ¨ All Cases | Expenses Previously Awarded | $40,900.51 | Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| USA Capital Diversified Trust Deed Fund, LLC 06-10727 | **or Only:** ☒ USA Commercial Mortgage Company ¨ USA Capital Realty Advisors, LLC | | | CURRENT APPLICATION |
| USA Capital First Trust Deed Fund, LLC 06-10728 | ¨ USA Capital Diversified Trust Deed Fund, LLC | Retainer Paid Draws on Retainer | $0 $0 | Fees Requested: $980,259.00 Expenses Requested: $80,326.22 |
| USA Securities, LLC 06-10729 Debtors | ¨ USA Capital First Trust Deed Fund, LLC | Replenishment of Retainer Remaining Retainer | $0 $0 | |

**FEE APPLICATION FOR PERIOD FROM AUGUST 1, 2006 THROUGH MARCH 12, 2007**

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.**

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Susan M. Freeman | 1975 | 1.0 | $0 | $0 |
| Susan M. Freeman | 1975 | 674.0 | $510 | $343,740.00 |
| Robert H. McKirgan | 1987 | 9.8 | $425 | $4,165.00 |
| David E. Manch | 1984 | 1.6 | $405 | $648.00 |
| Thomas J. Morgan | 1990 | 18.7 | $400 | $7,480.00 |
| Lawrence A. Kasten | 2000 | 0.4 | $390 | $156.00 |
| Rob Charles | 1982 | 2.2 | $0 | $0 |

1822568.1

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.**

|  | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Rob Charles | 1982 | 977.8 | $385 | $376,453.00 |
| Jim Belanger | 1987 | 10.0 | $385 | $3,850.00 |
| J. Henk Taylor | 1995 | 30.4 | $355 | $10,792.00 |
| Brenden J. Griffin | 1996 | 13.5 | $340 | $4,590.00 |
| John C. Hinderaker | 1997 | 79.7 | $340 | $27,098.00 |
|  |  |  |  | 0 |
| **ASSOCIATES** |  |  |  | 0 |
| Scott K. Brown | 2001 | 138.0 | $320 | $44,160.00 |
| Lisa Wong Lackland | 2006 | 1.4 | $305 | $427.00 |
| Erin O. Simpson | 2002 | 140.4 | $295 | $41,418.00 |
| Abran E. Vigil | 2000 | 1.9 | $260 | $494.00 |
| Darren T. Brenner | 2004 | 3.6 | $255 | $918.00 |
| R. Michael Blakley | 2006 | 47.4 | $230 | $10,902.00 |
| Marvin C. Ruth | 2005 | 109.2 | $200 | $21,840.00 |
| John Murphy | 2006 | 1.6 | $200 | $320.00 |
| Patrick W. Mause | Admission pending | 48.1 | $200 | $9,620.00 |
|  |  |  |  |  |
| **PARALEGALS** |  |  |  |  |
| Marilyn Schoenike | N/A | 40.9 | $0 | $0 |
| Marilyn Schoenike | N/A | 320.0 | $180 | $57,600.00 |
| Natalie W. Tanner | N/A | 1.5 | $160 | $240.00 |
| Carlene Arnold | N/A | 0.2 | $170 | $34.00 |
| Suzette M. Meskell | N/A | 17.8 | $0 | $0 |
| Suzette M. Meskell | N/A | 24.3 | $145 | $3,523.50 |
| Kim Cady | N/A | 1.3 | $140 | $182.00 |
| Cyndee D. Clancy | N/A | 0.8 | $195 | $156.00 |
|  |  |  |  |  |
| **LIBRARY** |  |  |  |  |
| Sharon Bundy | N/A | 2.9 | $110 | $319.00 |

1822568.1

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.**

|  | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **LITIGATION ASSISTANTS** | | | | |
| Jeff A. Siatta | N/A | 1.2 | $145 | $174.00 |
| **PROJECT CLERKS** | | | | |
| Christopher Jordan | N/A | 21.3 | $0 | $0 |
| Christopher Jordan | N/A | 133.6 | $55 | $7,348.00 |
| Melissa Linarez | N/A | 14.0 | $55 | $770.00 |
| Kelly R. Francis | N/A | 15.3 | $55 | $841.50 |
| **TOTAL ALL TIMEKEEPERS** | | 2,905.8 | | $980,259.00 |

**BLENDED HOURLY RATE ALL PROFESSIONALS = $393.42**

1822568.1