# EXHIBIT 2

1688943.1

Open Invoices - [46533-00001 - USA Commercial Mortgage Corp Unsecured Creditors]  Page 1
Client:46533 - Unsecured Creditors Committee of USA Commercial Mortgage Corp

Case 06-10725-gwz    Doc 3614-5    Entered 04/26/2007 13:38:36    Page 2 of 2

| Type | Invoice | Date | Fees | Cost | Other | Total |
|---|---|---|---|---|---|---|
| BILL | 779494 | 09/25/2006 | 98,031.50 | 13,541.61 | 0.00 | 111,573.11 |
| PAY | LR118103 | 02/27/2007 | -78,425.20 | -13,541.61 | 0.00 | -91,966.81 |
| Total | 779494 | 09/25/2006 | 19,606.30 | 0.00 | 0.00 | 19,606.30 |
| BILL | 782638 | 10/23/2006 | 107,808.50 | 5,220.37 | 4,001.95 | 117,030.82 |
| INTWOFF | Angela | 02/27/2007 | 0.00 | 0.00 | -4,001.95 | -4,001.95 |
| PAY | LR118103 | 02/27/2007 | -82,585.37 | -5,220.37 | 0.00 | -87,805.74 |
| BRUP | RCharles | 02/27/2007 | -3,661.43 | 0.00 | 0.00 | -3,661.43 |
| Total | 782638 | 10/23/2006 | 21,561.70 | 0.00 | 0.00 | 21,561.70 |
| BILL | 785891 | 11/22/2006 | 96,584.50 | 5,450.57 | 0.00 | 102,035.07 |
| PAY | LR118103 | 02/27/2007 | -77,267.60 | -5,450.57 | 0.00 | -82,718.17 |
| Total | 785891 | 11/22/2006 | 19,316.90 | 0.00 | 0.00 | 19,316.90 |
| BILL | 789598 | 12/22/2006 | 142,355.00 | 10,295.38 | 5,128.56 | 157,778.94 |
| INTWOFF | Angela | 03/15/2007 | 0.00 | 0.00 | -5,128.56 | -5,128.56 |
| PAY | LR118166 | 03/16/2007 | -113,884.00 | -10,295.38 | 0.00 | -124,179.38 |
| Total | 789598 | 12/22/2006 | 28,471.00 | 0.00 | 0.00 | 28,471.00 |
| BILL | 792096 | 01/18/2007 | 151,312.00 | 15,974.84 | 6,659.10 | 173,945.94 |
| WOFF | Angela | 01/23/2007 | -120.00 | 0.00 | 0.00 | -120.00 |
| INTWOFF | Angela | 03/15/2007 | 0.00 | 0.00 | -6,659.10 | -6,659.10 |
| PAY | LR118166 | 03/16/2007 | -120,953.60 | -15,974.84 | 0.00 | -136,928.44 |
| Total | 792096 | 01/18/2007 | 30,238.40 | 0.00 | 0.00 | 30,238.40 |
| BILL | 796025 | 02/22/2007 | 148,559.50 | 10,234.71 | 9,025.78 | 167,819.99 |
| INTWOFF | Angela | 03/26/2007 | 0.00 | 0.00 | -9,025.78 | -9,025.78 |
| PAY | LR118196 | 03/28/2007 | -118,847.60 | -10,234.71 | 0.00 | -129,082.31 |
| Total | 796025 | 02/22/2007 | 29,711.90 | 0.00 | 0.00 | 29,711.90 |
| BILL | 800479 | 03/29/2007 | 147,867.00 | 17,464.59 | 1,787.91 | 167,119.50 |
| INTWOFF | Angela | 04/26/2007 | 0.00 | 0.00 | -1,787.91 | -1,787.91 |
| PAY | LR118277 | 04/26/2007 | -118,293.60 | -17,464.59 | 0.00 | -135,758.19 |
| Total | 800479 | 03/29/2007 | 29,573.40 | 0.00 | 0.00 | 29,573.40 |
| BILL | 803360 | 04/24/2007 | 89,874.00 | 2,838.33 | 2,233.58 | 94,945.91 |
| INTWOFF | Angela | 04/26/2007 | 0.00 | 0.00 | -2,233.58 | -2,233.58 |
| Total | 803360 | 04/24/2007 | 89,874.00 | 2,838.33 | 0.00 | 92,712.33 |
| GRAND TOTAL | | | 268,353.60 | 2,838.33 | 0.00 | 271,191.93 |