ELECTRONICALLY FILED
April 27, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934 | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688 |
| Stutman, Treister & Glatt P.C. | 228 South Fourth Street, First Floor |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas, Nevada 89101 |
| Los Angeles, California 90067 | Telephone: (702) 471-7432 |
| Telephone: (310) 228-5600 | Facsimile: (702) 471-7435 |
| Facsimile: (310) 228-5788 | |
| Email:    fmerola@stutman.com | Email:    jshea@sheacarlyon.com |
|    ekarasik@stutman.com |    ccarlyon@sheacarlyon.com |
|    cpajak@stutman.com |    ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time:  9:30 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: SECOND AND FINAL APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

414413v1

I HEREBY CERTIFY that on the 26th of April, 2007, I served the following document:

**SECOND AND FINAL APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.**

☒ b. **United States mail, postage full prepaid to the following:** See Attached Rider

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email to:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

414413v1

2

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of April, 2007.

_____
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

414413v1

3

# RIDER

August B. Landis
Office of the U. S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV  89191

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84111

Susan M. Smith
Senior Vice President
Mesirow Financial Consulting
2 South Biscayne Tower, Suite 1800
Miami, FL  33131

414413v1                                     4