**ELECTRONICALLY FILED**
April 27, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934 | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688 |
| Stutman, Treister & Glatt P.C. | 228 South Fourth Street, First Floor |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas, Nevada 89101 |
| Los Angeles, California 90067 | Telephone: (702) 471-7432 |
| Telephone: (310) 228-5600 | Facsimile: (702) 471-7435 |
| Facsimile: (310) 228-5788 | |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|           ekarasik@stutman.com |           ccarlyon@sheacarlyon.com |
|           cpajak@stutman.com |           ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 22. 2007<br>Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE RE: DECLARATION OF ANDREW M. PARLEN IN SUPPORT OF FINAL APPLICATION OF STUTMAN, TREISTER & GLATT P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 2006 THROUGH MARCH 12, 2007 (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

414408v1

I HEREBY CERTIFY that on the 26th day of April, 2007, I served the following document:

**DECLARATION OF ANDREW M. PARLEN IN SUPPORT OF FINAL APPLICATION OF STUTMAN, TREISTER & GLATT P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 2006 THROUGH MARCH 12, 2007 (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☒ a.  **ECF System. See Attached.**

☒ b.  **United States mail, postage full prepaid to the following:**
August B. Landis, Office of the U.S. Trustee, 300 Las Vegas Blvd., S. Suite 4300, Las Vegas, NV 89101; Annette Jarvis, Esq., Ray, Quiney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, UT 84111; and Susan M. Smith, Sr. Vice President, Mesirow Financial Consulting, 2 South Biscayne Tower, suite 1800, Miami, FL 33131

☐ c.  **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

414408v1                                        2

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of April, 2007.

_____
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

414408v1

3

**Parlen, Andrew**

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Thursday, April 26, 2007 3:46 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 06-10725-lbr Declaration |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from PARLEN, ANDREW M. entered on 4/26/2007 at 3:38 PM PDT and filed on 4/26/2007

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 3587

**Docket Text:**
Declaration Of: ANDREW M. PARLEN Filed by ANDREW M. PARLEN on behalf of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION (Related document(s)[3574] Application for Compensation filed by Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION) (Attachments: # (1) Exhibit 1 (part 1)# (2) Exhibit 1 (part 2)# (3) Exhibit 1 (part 3)# (4) Exhibit 1 (part 4)# (5) Exhibit 1 (part 5)# (6) Exhibit 1 (part 6)# (7) Exhibit 1 (part 7)# (8) Exhibit 1 (part 8)# (9) Exhibit 1 (part 9)# (10) Exhibit 1 (part 10)# (11) Exhibit 2 - 4) (PARLEN, ANDREW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\Parlen Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-0]
[40079e3c64e5e89905fd887f9c7f2fb52ad9741fc12c0510b1a334f7110a16385144
6ee6534f7ec6fccba0990979efc321d2dd505c436748c95d57d4cbf128af]]
**Document description:** Exhibit 1 (part 1)
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p1_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-1]
[30a948dc431e91afb015ee07571a01f2db69a24eb8d05be253d27d53ef58f07e7a5c
7d71ed28843c00c033e8a3b75d17576e1107206aa82e7204e2ebd5848d24]]
**Document description:** Exhibit 1 (part 2)
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p2_001.pdf

4/27/2007

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-2]
[7a823a1383dcebc78e05f76da83d5f01ebac32d3c76daa38adb1336106dc05441149
c2ae98296b1209e118544c87aff45da13a05271a24065dea91d01c188735]]
**Document description:**Exhibit 1 (part 3)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p3_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-3]
[db49db83ad37dd9ed97a6e102c6aa402ec3098797a241575e6e1c59baf5688f4f301
122895ac21e229290fd10111f240e5b00a31ccd6f833c21ee9d2a51321bf]]
**Document description:**Exhibit 1 (part 4)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p4_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-4]
[0d450aaff631bc4282e55b5d3074509d52273dc38b626cf98d31d34ae69d85148022
58f643198a2340baf3e56a5cd189dd1dc3f9e46bf049817b270af3adf605]]
**Document description:**Exhibit 1 (part 5)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p5_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-5]
[1b145a926b471d945de3522fcc2b41774902dd04cbadc710800b0192350e07c20f44
37092e4d04c085d48d1e1e6ee0a1da524c15bc8ab76a802b3f0de6ef60af]]
**Document description:**Exhibit 1 (part 6)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p6_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-6]
[9056db8d3b7c48cd9c01a8a21230506f9cba527fd909ebfc385e7961b3b3bff5e4c5
115784e44fb8461c81b92f294b3f907e88803466c5a301f6bc56427649a3]]
**Document description:**Exhibit 1 (part 7)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p7_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-7]
[517b9dfcb7b898c8310cd01877acdf0b8a8a9cd0fe01bfde5e1d16914f190e3d5dd6
190eb53151d2941effe85b7babe8848d2bab00be07bf0a40f20e1a42ed00]]
**Document description:**Exhibit 1 (part 8)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p8_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-8]
[21baa2734e8180e34c99bee9a5e9abacca694d3ddef02d3ec8013a3de65dc4344018
c8e1468c3aee631f07b9e1befd6b6e048b12bfc4cefc5562945753d524ba]]
**Document description:**Exhibit 1 (part 9)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p9_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-9]

[f5015a000434abfb70a344b79da5d8206d7b1fef29538efe53ee6a079b81613c1f73
7fe75d73fcc43f10718c053cafd5087191258c6f561e79590b1c1c6c83ba]]
**Document description:**Exhibit 1 (part 10)
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\p10_0011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-10
] [b7a24cb765fd3fc9cf02dfc178b41fb1ea49f54184ae8d03f12a2058fa1c4ca566c
4bd553b13a5eeb80e4d8fd7a9022f5c684638bbd9a52b76c971e6ab089865]]
**Document description:**Exhibit 2 - 4
**Original filename:**C:\Documents and Settings\aparlen\Desktop\USA Capital\Fees\ST&G\Final Fee App\Exhibits 2-4 to Final Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034558-11
] [2decc89e40af635dfc5ff2754077ff7ca88635caa09da7267d46d58a33fe27c7e15
c8fa33bd909bb66f4760efc5192c3823b00c2ee52120bf979d6ab946829e0]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

4/27/2007

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@! yahoo.co m

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.!net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa!gue@caneclark.com

GEORGE C LAZ!AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

4/27/2007

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

~~BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com~~

~~DONNA M. OSBORN     cbaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com~~

~~CHRISTINE M PAJAK     cpajak@stutman.com, ckarasik@stutman.com~~

~~ANDREW M. PARLEN     aparlen@stutman.com~~

~~DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com~~

~~PAUL C RAY     info@johnpeterlee.com~~

~~CHRISTINE A ROBERTS     bankruptcy@rocgd.com~~

~~SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com~~

~~LENARD E. SCHWARTZER     &nbs! p bkfilings@s-mlaw.com~~

~~JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com~~

~~SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@~~

~~AMBRISH S. SIDHU     ecf@lslawnv.com~~

~~JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com~~

~~ALAN R SMITH     mail@asmithlaw.com,~~

4/27/2007

turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, cloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com; bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES

4/27/2007