Electronically filed April 27, 2007

1 | Marc A. Levinson (California Bar No. 57613)    Bob L. Olson (Nevada Bar No. 3783)
Jeffery D. Hermann (California Bar No. 90445)    Anne M. Loraditch (Nevada Bar No. 8164)
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP    BECKLEY SINGLETON, CHARTERED
400 Capitol Mall, Suite 3000    530 Las Vegas Boulevard South
3 | Sacramento, California 5814-4497    Las Vegas, Nevada 89101
Telephone:    (916) 447-9200    Telephone:    (702) 385-3373
4 | Facsimile:    (916) 329-4900    Facsimile:    (702) 385-5024
Email:    malevinson@orrick.com;    Email:    bolson@beckleylaw.com;
5 |         jhermann@orrick.com        aloraditch@beckleylaw.com

6 | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

7 | **UNITED STATES BANKRUPTCY COURT**

8 | **DISTRICT OF NEVADA**

9 | In re:                                                Case No. BK-S-06-10725 LBR
10 | USA COMMERCIAL MORTGAGE COMPANY,       Case No. BK-S-06-10726 LBR
                              Debtor.       Case No. BK-S-06-10727 LBR
                                            Case No. BK-S-06-10728 LBR
11 | In re:                                   Case No. BK-S-06-10729 LBR
USA CAPITAL REALTY ADVISORS, LLC,
12 |                          Debtor.       Chapter Number:  11

13 | In re:                                   Jointly Administered Under
USA CAPITAL DIVERSIFIED TRUST DEED FUND,   Case No. BK-S-06-10725 LBR
14 | LLC,
                              Debtor.       **CERTIFICATE OF SERVICE OF**
15 | In re:                                   **FINAL FEE APPLICATIONS OF**
USA CAPITAL FIRST TRUST DEED FUND, LLC,   **BECKLEY SINGLETON, CHTD.,**
16 |                          Debtor.       **ORRICK HERRINGTON &**
                                            **SUTCLIFFE, LLP AND FTI**
17 | In re:                                   **CONSULTING**
USA SECURITIES, LLC,
18 |                          Debtor.       [No Hearing Scheduled]

19 | Affects:
☒    All Debtors
20 | ☐    USA Commercial Mortgage Company
☐    USA Securities, LLC
21 | ☐    USA Capital Realty Advisors, LLC
☐    USA Capital Diversified Trust Deed Fund, LLC
22 | ☐    USA First Trust Deed Fund, LLC

23 |        I hereby certify that on the 26th day of April 2007, I served a true and correct copy of the

24 | following pleadings:

25 |        1.       BECKLEY SINGLETON, CHARTERED'S FINAL FEE APPLICATION
                    (JUNE 9, 2006 - MARCH 12, 2007) ("BECKLEY FEE APPLICATION");
26 |
        2.       DECLARATION OF ROBERT G. WORTHERN IN SUPPORT OF
27 |             BECKLEY FEE APPLICATION;

28 |

{00392740;}                                                          Page 1

3.    DECLARATION OF ANNE M. LORADITCH IN SUPPORT OF BECKLEY FEE APPLICATION;

4.    ORRICK, HERRINGTON & SUTCLIFFE LLP'S FINAL FEE APPLICATION (JUNE 1, 2006 – MARCH 12, 2007) ("ORRICK FEE APPLICATION");

5.    DECLARATION OF ROBERT G. WORTHERN IN SUPPORT OF ORRICK FEE APPLICATION;

6.    DECLARATION OF MARC A. LEVINSON IN SUPPORT OF ORRICK FEE APPLICATION;

7.    FIRST AND FINAL FEE APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (JUNE 9, 2006 – MARCH 12, 2007) ("FTI FEE APPLICATION");

8.    DECLARATION OF ROBERT G. WORTHERN IN SUPPORT OF FTI FEE APPLICATION;

as filed on that same date in the above-captioned cases, via:

☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court.  A true and correct copy of the filing receipt is attached hereto.

☐    (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐    (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐    (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date written above.

1
☐        (VIA EMAIL) By electronic mail transmission to the following parties as
2    indicated below and on the attached email.
3        DATED this 27th day of April 2007.
4
5                                            _____/s/ Patricia Kois_____
                                            Anne M. Loraditch, Esq.
6                                            BECKLEY SINGLETON, CHTD.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Pat Kois

**From:**     USBC_NEVADA@nvb.uscourts.gov
**Sent:**     Thursday, April 26, 2007 1:39 PM
**To:**       Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Application for Compensation

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 1:39 PM PDT and filed on 4/26/2007

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 3564

**Docket Text:**
Final Application for Compensation *(June 9, 2006 - March 12, 2007)* for BECKLEY SINGLETON, CHTD., Fees: $458,344.87, Expenses: $65,469.83. Filed by BECKLEY SINGLETON, CHTD. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D)(LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Final Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033516-0] [632767715a3ca727790baf63425880305bd6fb108aaa04fae68df8d4fd89451eea00 99a3ce7f7378e2a61de378df1017e4a97a6c3bc4c8f01a43f0c7de500730]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Exhibit A Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033516-1] [6170a127247fd797f29b7f35e4fd18e5acd84ed56f133254ddbde6358dc93b879aeb df7cf69b6387970f5243428608b57b8cf6281cbfafc4f4af9e4eed6ad6e0]]
**Document description:** Exhibit B
**Original filename:** C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Exhibit B Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033516-2] [f292f53f852c839766640e22cf3dce9e07404a328a962261954db7d7f991673e8659

caf030a02830e33db21ab7b228f3f643895b2efea2396ecf71b0958f5b52]]
**Document description:**Exhibit C
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Exhibit C
Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033516-3]
[c6ec4fb8a29a1658f37eb7cbd30440ac4b72d43eb771d639cb3725a1efbb44d4298f
4480a6d2b9dacfa787755a39253b5b19d74bd6ac9218d197884efbc49cd1]]
**Document description:**Exhibit D
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Exhibit D
Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033516-4]
[165c919ff8f1df0b55bca1e31446ef0c031a52b4eb2970e62cdcaae9537c7502cb43
72625049a5b4f4430de69f43c0d0f267867e60fafb1cf3f18dd873e99344]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-
law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES      rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN      yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN      kbchrislaw@aol.com

JANET L. CHUBB      tbw@jonesvargas.com

EDWARD S. COLEMAN      mail@coleman4law.com

WILLIAM D COPE      cope_guerra@yahoo.com

LAUREL E. DAVIS      ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)      tfette@daca4.com

J CRAIG DEMETRAS      JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL      BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY      TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING      sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN      bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD      DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR      wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ      carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON      bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY      vgourley@lvcm.com

TALITHA B. GRAY      bankruptcynotices@gordonsilver.com

JAMES D. GREENE      bknotice@bhfs.com

MARJORIE A. GUYMON      bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON      pguyon@! yahoo.co m

JEFFREY R. HALL      jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN      xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.! net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa! gue@caneclark.com

GEORGE C LAZ! AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

4/27/2007

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

~~BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com~~

~~DONNA M. OSBORN    ebaker@marquisaurbach.com;~~
~~dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com~~

~~CHRISTINE M PAJAK    cpajak@stutman.com, ckarasik@stutman.com~~

~~ANDREW M. PARLEN    aparlen@stutman.com~~

~~DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com~~

~~PAUL C RAY    info@johnpeterlee.com~~

~~CHRISTINE A ROBERTS    bankruptcy@rocgd.com~~

~~SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com~~

~~LENARD E. SCHWARTZER    &nbs! p bkfilings@s-mlaw.com~~

~~JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com;~~
~~ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com~~

~~SHLOMO S. SHERMAN    ssherman@sheacarlyon.com;~~
~~bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@~~

~~AMBRISH S. SIDHU    ecf@lslawnv.com~~

~~JEFFREY G. SLOANE    gjklepel@yahoo.com, rmeconnell@kssattorneys.com~~

~~ALAN R SMITH    mail@asmithlaw.com,~~
~~turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com~~

4/27/2007

## Pat Kois

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Thursday, April 26, 2007 1:42 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Declaration

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 1:42 PM PDT and filed on 4/26/2007
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 3566

**Docket Text:**
Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)[3564] Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Worthern Dec Beckley app.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033552-0]
[ca72c764ea089322c15876aed8c96698c716ca8185935b310920119953136bbc793d
88027cf4f83b7c5101e6a049c0a61099af37fb8d7addeb043cdda4f47a46]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

4/27/2007

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@bhfs.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON     pguyon@! yahoo.co m

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY     rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD     rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.! net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS     ajarvis@rqn.com

ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa! gue@caneclark.com

GEORGE C LAZ! AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
~~BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com~~

~~DONNA M. OSBORN    ebaker@marquisaurbach.com;~~
~~dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com~~

~~CHRISTINE M PAJAK    cpajak@stutman.com, ckarasik@stutman.com~~

## Pat Kois

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Thursday, April 26, 2007 2:06 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 06-10725-lbr Declaration |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 2:02 PM PDT and filed on 4/26/2007

| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
|---|---|
| **Case Number:** | 06-10725-lbr |
| **Document Number:** | 3570 |

**Docket Text:**
Declaration Of: Anne M. Loraditch Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)[3564] Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) (Attachments: # (1) Exhibit 1, June/July 2006# (2) Exhibit 2, August 2006# (3) Exhibit 3, September 2006# (4) Exhibit 4, October 2006# (5) Exhibit 5, November 2006# (6) Exhibit 6, December 2006# (7) Exhibit 7, January 2007# (8) Exhibit 8, February 2007# (9) Exhibit 9, March 2007) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Loraditch Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-0]
[f7774396e0e8d7dcc7e32d35ec8acc0e474389685a9fe463e0614cd0ff6d43d74938
545c1367f64557691b4bcc4230350f2dd159647cce3703ae2cf00af22799]]
**Document description:**Exhibit 1, June/July 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley Monthly Fee Statement-June.July 2006 (00310545).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-1]
[a4307c5561bf0ae3bccd8be0cdceee1ca71d8189a1aea371563e84da8d485523fa88
ba00fa1faf022a20bfdeb4ab415831420feb5dd49218a0ddbf78afaab629]]
**Document description:**Exhibit 2, August 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley Monthly Fee Statement-Aug 2006 (00325704).PDF

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-2]
[71bc1d5c5f83036ed489ad8daf57fc4e949521d4b34e0f9860015026adb102b86855
605c03f29e53c8dd3980a1499facd4a5e0d96589a3b31a1dab6732ed70e1]]
**Document description:**Exhibit 3, September 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley
Monthly Fee Statement-Sept 2006 (00336142).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-3]
[acf822e5561050fe58f6b8bbe98dbf6de2b2283a4953c0ed65f39ac69338e023163f
dd252f594e69b2453cfbeda856ce83fd03600fb34d09c5c7cced9d20d41f]]
**Document description:**Exhibit 4, October 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley
Monthly Fee Statement-Oct 2006.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-4]
[4845a0ed1c3848babd7626091e7a3524dc0eaf42abcd10aee6172fcd841277808e0b
ecdc7c2f2c1aee7cce0e9151e2f84ed06581c48ef17b870205c5e6aa8480]]
**Document description:**Exhibit 5, November 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley
Monthly Fee Statement-Nov 2006.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-5]
[a96abf4bc209b61ef00dbb87e51dbe526dd7ad33c36ad47803a1e2a86b9983911109
f6979b6742a0ff61bfb23724cc1ce260caae345272906df2870e94c809c2]]
**Document description:**Exhibit 6, December 2006
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley's
Dec 06 Monthly Fee Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-6]
[29bbcaec149271a228c3496ecbc1fcd0149da9cc4d6909f6ba52d61af1c46272e633
3337b59d382388f1464b136718b65437d8d4e1bab8ef2a5aac5fbaddf972]]
**Document description:**Exhibit 7, January 2007
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley
Monthly Fee Statement-Jan 2007.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-7]
[73798b41ad98dd4e56bfd4797870af60dab6067d8491c0a2c7eb7d13bb12c7ba71d5
bd9e683ea6976fd17889e1de05cf66971fc751ceadcd56fae7824509ba9b]]
**Document description:**Exhibit 8, February 2007
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\Beckley's
Monthly Fee Statement -- February 2007 (00384452).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-8]
[43d6743b073c2cc5eb565e15dc2587f30ee76c2b4135ea8a15314bf5daa696733ec4
c6ad1c53c1ee0666cbc6f253950a670ae3139a6bee6ee5905505e28bdc27]]
**Document description:**Exhibit 9, March 2007
**Original filename:**C:\Documents and Settings\pkois\Desktop\BECKLEY USA FEE APP\march.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8033731-9]
[d4f169ef34b2c30a67ffa105f9b9d2cf4442ca14f5a45c6a18007abcdf5a02837564

4/27/2007

51b828c132a4d12ef5102f89da609f59a0b7d5760f36e0fa9800ba7a6bf2]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@! yahoo.co m

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.! net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa! gue@caneclark.com

GEORGE C LAZ! AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON — ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN — ebaker@marquisaurbach.com;
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK — cpajak@stutman.com, ckarasik@stutman.com

ANDREW M. PARLEN — aparlen@stutman.com

DONALD T. POLEDNAK — sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY — info@johnpeterlee.com

CHRISTINE A ROBERTS — bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN — sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER — &nbs! p bkfilings@s-mlaw.com

JAMES PATRICK SHEA — bankruptcyfilings@sheacarlyon.com;
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN — ssherman@sheacarlyon.com;
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU — ecf@lslawnv.com

JEFFREY G. SLOANE — gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH — mail@asmithlaw.com;
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR — starra@gtlaw.com

DAVID A. STEPHENS — dstephens@lvcm.com

PETER SUSI — che! ryl@msmlaw.com, msm@msmlaw.com

JEFFRE Y R. SYLVESTER — jeff@sylvesterpolednak.com

ROLLIN G. THORLEY — rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE — , lmccarron@kkbrf.com

AMY N. TIRRE — atirre@kkbrf.com, lmccarron@kkbrf.com

## File a Motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 2:38 PM PDT and filed on 4/26/2007

**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 3577

**Docket Text:**
Application for Compensation *(June 1, 2006 - March 12, 2007)* for ORRICK, HERRINGTON & SUTCLIFFE, LLP, Fees: $2,228,780.60, Expenses: $42,914.58. Filed by ORRICK, HERRINGTON & SUTCLIFFE, LLP (Attachments: # (1) Exhibit A - E)(LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\Orricks Final Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034033-0]
[3f46aad6ad5fbe22f9f9b11124bede8f36210f8a21099344cf3eb43162e141d641e6
7be5484b8ef9bbea30772c415925aeacc830263bd381de84efd31863cb53]]
**Document description:** Exhibit A - E
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\Charts.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034033-1]
[0335895f15d671b630af74afc24324d166c0da573c74e8754633f35457ea1cdd3f03
b0371ad617c918ee1138eb9216f12d0740c65cd0d0bfe28b6095fd15f3d2]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,

dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 2:42 PM PDT and filed on 4/26/2007

**Case Name:**         USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 3580

**Docket Text:**
Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP (Related document(s)[3577] Application for Compensation, filed by Attorney ORRICK, HERRINGTON & SUTCLIFFE, LLP) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\Worthern Dec Orrick app.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034066-0] [51f1d1225ee80bfbedb0b3958ae5d6996df8973e45d943fb91ae34449205394853be 612386ddf4981c6bf07d578479e6e2e3c969b3277ff032d04dd425464425]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 4:32 PM PDT and filed on 4/26/2007
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 3597

**Docket Text:**
Declaration Of: Marc A. Levinson Filed by ANNE M. LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP (Related document(s)[3577] Application for Compensation, filed by Attorney ORRICK, HERRINGTON & SUTCLIFFE, LLP) (Attachments: # (1) Exhibit A, June 06 Part I# (2) Exhibit A cont'd, June 06 Part II# (3) Exhibit B, July 06 Part I# (4) Exhibit B cont'd, July 06 Part II) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\Levinson Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034858-0]
[8a41c85f808fe949813543391a0c9c23618cdf0d0c6ef3937b89547f110bdd8a0c2d
04f06037be894f07bc9062e44912e953667046e620a533369ab1f75bcf8f]]
**Document description:** Exhibit A, June 06 Part I
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\June 06 Part I.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034858-1]
[3b871dc3a21989d2c6a34cdf9d2952cc6c092ce6891caca38d8f6b62abd3c7470335
c6084196f191606671fff45fa62ec1873bbb357dbd68ca76bcd6268c3388]]
**Document description:** Exhibit A cont'd, June 06 Part II
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\June 06 Part II.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034858-2]
[cfef6cbdbd3680328185423999724889527 bed2a557a264c0ccd9d12d2fbe4e8b02
983e1d4db9703d3a17aea41b0ff5b203be562e68a53b912aa29be29da9a7]]
**Document description:** Exhibit B, July 06 Part I
**Original filename:** C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\July Part I.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034858-3]
[8d2ef497cd4de81f3660a31438be2e72407e3231e5014eae6f75b4dd56e450199265
8ee2ad8f9aea69e68b8bb734cc8851377d3dc901c775b6ecc3cf821f18db]]
**Document description:**Exhibit B cont'd, July Part II
**Original filename:**C:\Documents and Settings\pkois\Desktop\ORRICK USA FEE APP\July Part II.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8034858-4]
[2b770eaee200ffe2f9968556615e028278355c4a5e3165a47ca48834bfaf0aba72b7
ca80832cafee8e816b861c9c32f5aa4547ec20b1f0ea4bdab0601b5e3509]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB   tbw@jonesvargas.com

EDWARD S. COLEMAN   mail@coleman4law.com

WILLIAM D COPE   cope_guerra@yahoo.com

LAUREL E. DAVIS   ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

J CRAIG DEMETRAS   JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY   TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD   DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

JAMES D. GREENE   bknotice@bhfs.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON   pguyon@yahoo.com

JEFFREY R. HALL   jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN   xanna.hardman@gmail.com

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

JEFFREY L HARTMAN   notices@bankruptcyreno.com

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001

## Pat Kois

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Thursday, April 26, 2007 7:04 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 06-10725-lbr Application for Compensation |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 7:03 PM PDT and filed on 4/26/2007
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 3607

**Docket Text:**
Application for Compensation *(June 9, 2006 - March 12, 2007)* for FTI CONSULTING, INC., Fees: $1,613,380.50, Expenses: $30,951.02. Filed by FTI CONSULTING, INC. (Attachments: # (1) Appendix A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D)(LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\FTI Final Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035451-0]
[33ce8f8e03b4b357b2670903b3990e4d45ff4cb08baf44a1e4f631355e9a207932e7
0b728ea809bbedd00954c0dbd76aa0590406819864d1725a66c33a62daa7]]
**Document description:**Appendix A
**Original filename:**C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\ATTACHMENT 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035451-1]
[13d1ff5523c5efa4364c6ed2e66b31f94ba58bb5dd6fd5566987fd7de4ce0660f291
a6b70e8448afb3d5b92a35f453f25fcf6307375d00e959503de110539241]]
**Document description:**Exhibit B
**Original filename:**C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\ATTACHMENT 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035451-2]
[0c92a272539385f9193a263f94e56379d473551c49020b027fa25c323d0e85d49800

8a6741d95984e34edc7b84c382d23de56ccf03ef6f9df532fffd0a43e19f]]
**Document description:**Exhibit C
**Original filename:**C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\ATTACHMENT
3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035451-3]
[f316b407b0759ef4a2a02a9ddf9ab231ff1dff0335f215a5a8a38398332577facd9b
573d0210adfab91f92084db12470ce2e9a43887fd2641c28e52b59abe1de]]
**Document description:**Exhibit D
**Original filename:**C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\ATTACHMENT
4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035451-4]
[a5c9b3d0d06c375669be455f91fe1f22af47defbdcfd6965b20d43327bcfa1cbdb6d
3f74b6543c9de1c0dbcabd4cf55ac3e79d62426124df0f323aa937882e84]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-
law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

EDWARD S. COLEMAN     mail@coleman4law.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

J CRAIG DEMETRAS     JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@bhfs.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON     pguyon@! yahoo.co m

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.! net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa! gue@caneclark.com

GEORGE C LAZ! AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

~~BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com~~

~~DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com~~

~~CHRISTINE M PAJAK    cpajak@stutman.com, ckarasik@stutman.com~~

~~ANDREW M. PARLEN    aparlen@stutman.com~~

~~DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com~~

~~PAUL C RAY    info@johnpeterlee.com~~

~~CHRISTINE A ROBERTS    bankruptcy@rocgd.com~~

~~SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com~~

~~LENARD E. SCHWARTZER    -&nbs! p bkfilings@s-mlaw.com~~

~~JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com~~

~~SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@~~

~~AMBRISH S. SIDHU    ecf@lslawnv.com~~

~~JEFFREY G. SLOANE    gjklepel@yahoo.com, rmeconnell@kssattorneys.com~~

~~ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com~~

**Pat Kois**

---

**From:**     USBC_NEVADA@nvb.uscourts.gov
**Sent:**     Thursday, April 26, 2007 7:12 PM
**To:**       Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Declaration

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/26/2007 at 7:12 PM PDT and filed on 4/26/2007
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 3609

**Docket Text:**
Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of FTI CONSULTING, INC. (Related document(s)[3607] Application for Compensation, filed by Financial Advisor FTI CONSULTING, INC.) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\FTI USA FEE APP\Worthern Dec FTI app.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2007] [FileNumber=8035457-0]
[daf4c7d04bf56b7e4de8aeefaa7bb769513e37579564114a158a6ccef3faff7e8ee9
04dc5b8dd51be6e16ac5fce1f533085e86c9274930c4bb83e7d8f7545d19]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvett! e@ccfirm.com

KEVIN B. CHRISTEN! SEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.co! m

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

4/27/2007

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@bhfs.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON     pguyon@! yahoo.co m

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY     rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD     rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.! net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS     ajarvis@rqn.com

ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxa! gue@caneclark.com

GEORGE C LAZ! AR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@n!
evadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    cbaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ckarasik@stutman.com