**Entered on Docket**
**April 30, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \* \*

In Re:                                                    )        BK-S-06-10725-LBR
                                                          )        Chapter 11
USA COMMERCIAL MORTGAGE CO.,          )
                        Debtor.                           )
_____)

## ORDER OF REASSIGNMENT

Good cause appearing,

The undersigned Bankruptcy Judge hereby reassigns Claim #0761 **only** on behalf of Goold

Patterson Ales Roadhouse and Day in the above bankruptcy case to the Honorable Mike K.

Nakagawa, and the Clerk is hereby directed to reassign this claim, and any proceedings related to

this claim, to Judge Nakagawa,

Copies noticed through ECF  to:
        Rob Charles
        Kelly Brinkman