WILDE HANSEN LLP.
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
Marianne Gatti, Esq.
Nevada Bar No. 7717
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200 / Fax: 702 258-8787
bk@wildelaw.com
Attorneys for Sierra Liquidity Fund, LLC.

Electronically Filed on 4/30/07

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor(s). | **Case No. BK-S-06-10725-LBR**<br>**Case No. BK-S-06-10726-LBR**<br>**Case No. BK-S-06-10727-LBR**<br>**Case No. BK-S-06-10728-LBR**<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>NOTICE OF ENTRY OF STIPULATION TO CONTINUE RESPONSE DATE AND HEARING DATE FOR OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, LLC; ORDER THEREON |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>Debtor(s). | |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>Debtor(s). | |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor(s). | |
| In Re:<br>USA SECURITIES, LLC.<br>Debtor(s). | |
| ☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS HEREBY GIVEN that on the 23rd day of April, 2007, a STIPULATION TO CONTINUE RESPONSE DATE AND HEARING DATE FOR OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, LLC; ORDER THEREON was entered in the above entitled matter, a copy of which is attached hereto.

DATED this 27 day of April, 2007.

WILDE HANSEN, LLP

_____
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
Marianne Gatti, Esq.
Nevada Bar No. 7717
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200 / Fax: 702 258-8787
bk@wildelaw.com
Attorneys for Sierra Liquidity Fund, LLC.

Entered on Docket
April 23, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

___

WILDE HANSEN, LLP
GREGORY WILDE, ESQ.
Nevada Bar No. 4417
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107
TEL: (702) 258-8200
FAX: (702) 258-8787
Local Counsel for Sierra Liquidity Fund, LLC

E-filed 4-20-07

## IN THE UNITED SATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | STIPULATION TO CONTINUE<br>RESPONSE DATE AND HEARING<br>DATE FOR OBJECTION TO THE<br>ADMINISTRATIVE EXPENSE<br>CLAIM OF SIERRA LIQUIDITY<br>FUND, LLC; ORDER THEREON |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Current Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |
| In Re:<br>USA SECURITIES, LLC,<br>Debtor. | Continued Hearing Date: May 31, 2007<br>Hearing Time: 9:30 a.m. |

1

Affects:
☐ All Debtors
■ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed, Fund, LLC

COME NOW, Sierra Liquidity Fund, LLC ("Sierra"), by and through its counsel Robert S. Coldren, Esq., and Debtor, USA Commercial Mortgage Company, by and through its counsel, Steven C. Strong, Esq., and USACM Liquidating Trust by and through its counsel, Rob Charles, Esq. and hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the April 26, 2007 hearing date on the Objection to the Administrative Expense Claim of Sierra Liquidity Fund, LLC shall be continued to May 31, 2007 at 9:30 a.m.;

///

///

///

///

///

///

///

IT IS FURTHER AGREED AND STIPULATED that Sierra's Response to Objection to the Administrative Expense Claim of Sierra Liquidity Fund. LLC shall now be filed no later than Friday May 18, 2007;

IT IS SO ORDERED.

LEWIS AND ROCA LLP

/S/                                    Date: 4-19-07
Rob Charles, Esq.
Nevada Bar No. 6593
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Phone: (702)949-8320
Attorney for USACM Liquidating Trust


RAY QUINNEY & NEBEKER P.C.

_____                Date: 4/19/07
Steven C. Strong, Esq
Utah Bar No. 6340
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Direct: 801-323-3345
Fax: 801-532-7543
Attorney for Debtors


HART, KING & COLDREN, A PLC

_____                Date: 4/19/07
Robert S. Coldren
200 Sandpointe, 4th Floor
Santa Ana, CA 92707
Phone: (714) 432-8700
Fax: (714) 546-7457
Attorney for Sierra Liquidity Fund. LLC


WILDE HANSEN, LLP

_____                Date: 4-20-07
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
208 South Jones Blvd.
Las Vegas, Nevada 89107
Local Counsel for Sierra Liquidity Fund. LLC

3

| | |
|---|---|
| WILDE HANSEN LLP.<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 4417<br>Marianne Gatti, Esq.<br>Nevada Bar No. 7717<br>208 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200 / Fax: 702 258-8787<br>bk@wildelaw.com<br>Attorneys for Sierra Liquidity Fund, LLC. | Electronically Filed on 4/30/07 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor(s). | **Case No. BK-S-06-10725-LBR**<br>**Case No. BK-S-06-10726-LBR**<br>**Case No. BK-S-06-10727-LBR**<br>**Case No. BK-S-06-10728-LBR** |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>    Debtor(s). | Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>    Debtor(s). | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor(s). | CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF STIPULATION TO CONTINUE RESPONSE DATE AND HEARING DATE FOR OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, LLC; ORDER THEREON |
| In Re:<br>USA SECURITIES, LLC.<br>    Debtor(s). | |
| ☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1. On _April 30, 2007_ *(date)* I served the following documents(s) *(specify)*:

Stipulation to Continue Response Date and Hearing Date for Objection to the Administrative Expense Claim of Sierra Liquidity Fund, LLC; Order Thereon.

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

■ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,

klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,

bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,

tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,

ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

EDWARD S. COLEMAN     mail@coleman4law.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,

Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com=

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@bhfs.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON     pguyon@yahoo.com

JEFFREY R. HALL     jhall@sheacarlyon.com,

bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;

ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com]

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;
sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;
kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,

ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,

aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;

ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,

turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,

eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;

rrazo@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com,

rh@oreillylawgroup.com,bc@oreillylawgroup.com,

lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,

bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐ **b. United States mail, postage fully prepaid**

*(List persons and addresses. Attach additional paper if necessary)*


☐ c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: __4/30/07__

__Catherine A. Roma__               ___/s/ Catherine A. Roma__
(NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)