**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for the Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

| | E-Filed on 4/30/07 |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **CERTIFICATE OF SERVICE** |
| | Date of Hearing:  April 26, 2007 |
| USA SECURITIES, LLC, | Time of Hearing:  9:30 a.m. |
| Debtors. | |
| **Affects:** | |
| ¨  All Debtors | |
| ☓  USA Commercial Mortgage Company | |
| ¨  USA Capital Realty Advisors, LLC | |
| ¨  USA Capital Diversified Trust Deed Fund, LLC | |
| ¨  USA Capital First Trust Deed Fund, LLC | |
| ¨  USA Securities, LLC | |

1.      I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the

USACM Liquidating Trust, served the following documents:

A)      Lewis and Roca's Second and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company [DE 3589]; and

1818559.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

B)     Declaration of Rob Charles in Support of Lewis and Roca's Second and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company [DE 3592];

2.     I served the foregoing by the following means to the persons as listed below:

A)     ECF System to the persons listed on Exhibit A on April 26, 2007;

B)     Email on April 26, 2007 to all persons on Post Effective Official Service List for Limited Notice No. 1 dated April 13, 2007 on file with this Court.

C)     Email and hand-delivery to August Landis, the U.S. Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  April 30, 2007.


/s/ Christine E. Laurel
Christine E. Laurel

1818559.1