E-Filed on May 2, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br>   Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files its:

**Proof of Service of Subpoena for Rule 2004 Examination of ORA Investors, LP (Exhibit A Attached).**

113422-1

1  DATED:   May 2, 2007

2  **DIAMOND MCCARTHY LLP**                                  **LEWIS AND ROCA LLP**

3

4
   By:   /s/ Eric D. Madden                                  By:   /s/ Rob Charles
5  Allan B. Diamond, TX 05801800 (pro hac vice)              Susan M. Freeman, AZ 4199 (pro hac vice)
   William T. Reid, IV, TX 00788817 (pro hac vice)           Rob Charles, NV 6593
6  Eric D. Madden, TX 24013079 (pro hac vice)                3993 Howard Hughes Parkway, Suite 600
   909 Fannin, Suite 1500                                    Las Vegas, Nevada  89169-5996
7  Houston, Texas 77010                                      (702) 949-8320(telephone)
   (713) 333-5100 (telephone)                                (702) 949-8321(facsimile)
8  (713) 333-5199 (facsimile)

9
   *Special Litigation Counsel for USACM*
10 *Liquidating Trust*                                       *Counsel for USACM Liquidating Trust*

2                                                                                                  113422-1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>ALLAN B. DIAMOND, TX 05801800<br>DIAMOND MCCARTHY LLP<br>909 FANNIN, SUITE 1500<br>HOUSTON TX 77010<br>ATTORNEY FOR (Name): PLAINTIFF | TELEPHONE NO.:<br>713.333.5100 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No.:<br>IN RE: USA COMMERCIAL MORTGAGE | |
| Insert name of court and name of judicial district and branch court if any:<br>UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | | |
| SHORT TITLE OF CASE:<br>USA COMMERCIAL MORTGAGE COMPANY | | |

| PROOF OF SERVICE<br>(SUBPOENA) | DATE:<br>5/22/2007 | TIME:<br>10:00AM | DEPT./DIV.: | CASE NUMBER:<br>BK-S-0610725LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the (specify documents):
SUBPOENA FOR RULE 2004 EXAMINATION; WITNESS FEES CHECK #4241 @ $ 40.00

2. a. Party served (specify name of party as shown on the documents served):
ORA INVESTORS, LP c/o PARACORP INCORPORATED ATTN: LYNN R. CONNER

   b. Person served: [ ] party in item 2a:  [X] other (specify name and title or relationship to the party named in item 2a):
VALERIE MCCOY, AUTHORIZED AGENT FOR SERVICE OF PROCESS

   c. Address: 640 BERCUT DR., #A, SACRAMENTO, CA 95814

3. I served the party named in item 2
   a. [X] by personally delivering the copies (1) on (date): 4/27/2007  (2) at (time): 1:25PM
   b. [ ] by leaving the copies with or in the presence of (name and title or relationship to the party named in item 2b):

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers
   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers
   (3) on (date):           (4) at (time):
   (5) [ ] A declaration of diligence is attached. (Substituted service on natural person, minor, conservatee, or candidate.)

   c. [ ] by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
   (1) on (date):           (2) at (city):
   (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.:
   (4) [ ] to an address outside California with return receipt requested.     (Attach completed form.) →

   d. [ ] by causing copies to be mailed. A declaration of mailing is attached.
   e. [ ] other (specify other manner of service and authorizing code section):

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitous name of (specify):
   c. [ ] on behalf of (specify):
      under [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)          [ ] other:
            [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
            [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (individual)

5. Person serving (name, address and telephone No.):
   JENICE ROSSNER
   ALL-AMERICAN ATTORNEY SERVICE, INC.
   AAAS  714 W. OLYMPIC BLVD., SUITE #639
   LOS ANGELES, CA 90015
   (213) 746-8010

   a. Fee for service: $90.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
       (1) [X] Employee or independent contractor
       (2) Registration No.: 98-02 SACRAMENTO
       (3) County

6. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 4/30/2007
PP#: 93946

(SIGNATURE) Jenice Rossner

Form Adopted by Rule 982
Judicial Council of California:
982(a)(23) (New July 1, 1987)

PROOF OF SERVICE
(SUBPOENA)

Code Civ Proc.,§ 4117.10(f)
USA COMMERCIAL MORTGAGE COMPANY

EXHIBIT "A"