

Entered on Docket
May 02, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| USA Commercial Mortgage Company<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| USA Capital Realty Advisors, LLC<br>06-10726 | |
| USA Capital Diversified Trust Deed Fund, LLC<br>06-10727 | Date: June 15, 2006<br>Time: 10:00 a.m.<br>**Affecting:**<br>☐ All Cases<br>or Only: |
| USA Capital First Trust Deed Fund, LLC<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| USA Securities, LLC<br>06-10729<br>Debtors. | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**ORDER APPROVING STIPULATION RE PRIORITY CLAIM
OF DANIEL OBERLANDER**

1830232.1

The Stipulation by and between USACM Liquidating Trust (the "USACM Trust") and Daniel Oberlander ("Oberlander") came before the Court for consideration, and good cause appearing, it is

ORDERED:

1. The stipulation [ DE ^3632 ] is approved;
2. Claim Nos. 10725-00762 and 10725-00952 filed by Oberlander as unsecured priority claims be and hereby are disallowed in their entirety on the ground that they have been amended and superseded by Claim No. 10725-00969;
3. The USACM Trust objection to Claim No. 10725-00969 is withdrawn; and
4. Claim No. 10725-00969 be and hereby is allowed in the amount of $1,482.58 as an unsecured priority claim pursuant to 11 U.S.C. 507(a)(4).

###

**SUBMITTED BY:**

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**GOOLD PATTERSON ALES & DAY**

By: /s/ KJB (#6238)
Kelly J. Brinkman, NV 6238
4496 S Pecos Road
Las Vegas, NV 89121
Telephone (702) 436-2600
Facsimile (702) 436-2650
kbrinkman@gooldpatterson.com
*Attorneys for Daniel Oberlander*

1830232.1