E-Filed on May 2, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>Debtor. | Judge Linda B. Riegle Presiding<br><br>**NOTICE OF FILING PROOF OF<br>SERVICE OF SUBPOENA FOR<br>RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files its:

**Proof of Service of Subpoena for Rule 2004 Examination
of Robert N. Goodman (Exhibit A Attached).**

113422-1

1

DATED:  May 2, 2007

2

**DIAMOND MCCARTHY LLP**                          **LEWIS AND ROCA LLP**

3

4

By: ___*/s/ Eric D. Madden*_____          By: ___*/s/ Rob Charles*_____

5

Allan B. Diamond, TX 05801800 (pro hac vice)     Susan M. Freeman, AZ 4199 (pro hac vice)

William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593

6

Eric D. Madden, TX 24013079 (pro hac vice)       3993 Howard Hughes Parkway, Suite 600

909 Fannin, Suite 1500                           Las Vegas, Nevada  89169-5996

7

Houston, Texas 77010                             (702) 949-8320(telephone)

(713) 333-5100 (telephone)                       (702) 949-8321(facsimile)

8

(713) 333-5199 (facsimile)

9

*Special Litigation Counsel for USACM*

10

*Liquidating Trust*                              *Counsel for USACM Liquidating Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

113422-1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ERIC D. MADDEN<br>DIAMOND MCCARTHY LLP<br>1201 ELM ST., 34th FLOOR<br>DALLAS TX 75270 | 214.389.5306 | |

ATTORNEY FOR (Name): **PLAINTIFF**

Ref. No. or File No.: IN RE: USA COMMERCIAL MORTGAGE

Insert name of court and name of judicial district and branch court if any:
UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA

SHORT TITLE OF CASE:
USA COMMERCIAL MORTGAGE COMPANY

| PROOF OF SERVICE<br>(SUBPOENA) | DATE:<br>5/22/2007 | TIME:<br>10:00AM | DEPT./DIV.: | CASE NUMBER:<br>BK-S-0610725LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I **served** copies of the *(specify documents):*
SUBPOENA FOR RULE 2004 EXAMINATION;WITNESS FEES CHECK  #4241  @ $ 40.00

2. a. Party served *(specify name of party as shown on the documents served)* :
ROBERT N. GOODMAN RESMARK, EQUITY PARTNERS, LLC

   b. Person served: [ X ] party in item 2a:      [ ] other *(specify name and title or relationship to the party named in item 2a)* :

   c. Address: 10880 WILSHIRE BLVD., STE. 1420, LOS ANGELES, CA 90024

3. I served the party named in item 2
   a. [ X ] by **personally delivering** the copies  (1) on *(date):*   5/1/2007   (2) at *(time):*   11:00AM
   b. [ ] by **leaving** the copies with or in the presence of *(name and title or relationship to the party named in item 2b):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers
      (3) on *(date):*          (4) at *(time):*
      (5) [ ] A declaration of diligence is attached. *(Substituted service on natural person, minor, conservatee, or candidate.)*

   c. [ ] by **mailing** the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on *(date):*          (2) at *(city):*
      (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.
      (4) [ ] to an address outside California with return receipt requested.          *(Attach completed form.)* →

   d. [ ] by causing copies to be mailed. A declaration of mailing is attached.
   e. [ ] **other** *(specify other manner of service and authorizing code section):*

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] on behalf of (specify):
      under [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)          [ ] other:
            [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
            [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (individual)

5. Person serving *(name, address and telephone No.):*
M. ANGEL MOLINA LANDEROS
ESQUIRE DOCUMENT RETRIEVAL SERVICE
3401 LOUISIANA , SUITE 300
HOUSTON, TX 77002
713-523-5061

   a. Fee for service: $35.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [ X ] Registered California process server.
      (1) [ X ] Employee or independent contractor
      (2) Registration No.:5414/LOS ANGELES
      (3) County

6. [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 5/2/2007

PP#: 93943

(SIGNATURE)

| Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(23) (New July 1, 1987) | **PROOF OF SERVICE<br>(SUBPOENA)** | Code Civ Proc.§ 4117.10(f):<br>USA COMMERCIAL MORTGAGE COMPANY |
|---|---|---|

EXHIBIT "A"