

Entered on Docket
May 03, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>         Debtor | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>         Debtor | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>         Debtor | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>         Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>         Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | ) <br> ) <br> ) <br> ) DATE: May 9, 2007 <br> ) TIME:  2:30 p.m. <br> ) <br> ) |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

### ORDER RE STIPULATION RE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO ESTIMATE AN ADEQUATE RESERVE FOR UNLIQUIDATED AND DISPUTED CLAIMS IN ORDER TO PERMIT FURTHER DISTRIBUTIONS TO FTDF MEMBERS (KANTOR)

The Court having considered the Stipulation re Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further Distributions to FTDF Members (Kantor) (the "Stipulation") and good cause appearing:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT on an interim basis, in order to allow the FTDF to make distributions to its members, a reserve in the amount of $6,000,000 shall be established on behalf of the Kantor Claims (the "Kantor Reserve") pending a ruling on the FTDF Committee's objection to the Kantor Claims on May 9, 2007 at 2:30 p.m. (the "Objection").

IT IS FURTHER ORDERED THAT, pursuant to the Stipulation, in no event will the Kantor Claims be allowed in an amount exceeding the Kantor Reserve.

IT IS FURTHER ORDERED THAT, other than as expressly provided herein, the Stipulation and this Order shall have no preclusive, *res judicata*, or otherwise prejudicial effect on the ultimate amount of the Kantor Claims, which shall be determined by further order of the Court. The Kantor Claimants and the FTDF Committee retain all of their rights, including with respect to a future "prove up" of the amount of the Kantor Claims, as well as

///

///

///

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1   the amount of any future reserve to be set in connection therewith.

2

3   **SUBMITTED BY:**                                    **APPROVED/DISAPPROVED**

4   SHEA & CARLYON, LTD.                                 RAY QUINNEY & NEBEKER P.C.

5   [signature]

6                                                        /s/ Annette W. Jarvis
    CANDACE C. CARLYON                                   ANNETTE W. JARVIS
7   SHLOMO S. SHERMAN                                    36 South State Street, Suite 1400
    233 South Fourth Street, Second Floor                P.O. Box 45385
8   Las Vegas, Nevada 89101                              Salt Lake City, Utah 84145-0385

9   and                                                  and

10
    STUTMAN, TREISTER & GLATT, P.C.                      SCHWARTZER & MCPHERSON LAW FIRM
11  FRANK A. MEROLA                                      LENARD E. SCHWARTZER
    EVE H. KARASIK                                       JEANETTE E. MCPHERSON
12  ANDREW M. PARLEN                                     2850 South Jones Boulevard, Suite 1
    1901 Avenue of the Stars, 12th Floor                 Las Vegas, Nevada 89146-5308
13  Los Angeles, CA 90067

14                                                       *Counsel for USA Capital First Trust Deed*
    *Counsel for the Official Committee of*              *Fund, LLC*
15  *Equity Security Holders of USA Capital*
    *First Trust Deed Fund, LLC*
16

17  **REVIEWED:**                                        **APPROVED/DISAPPROVED**

18  OFFICE OF U.S. TRUSTEE                               McGUIREWOODS LLP

19

20      /s/ Augie B. Landis
    AUGUST B. LANDIS, ESQ.                               MICHAEL M. SCHMAHL, ESQ.
21  300 Las Vegas Blvd. S., #4300                        77 West Wacker Drive
    Las Vegas, NV 89101                                  Suite 4100
22                                                       Chicago, Illinois 60601-1818

23  *Counsel for the Office of the United States*
    *Trustee*                                            *Counsel for the Kantor Claimants*
24

25

26

27
SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432        28

3

the amount of any future reserve to be set in connection therewith.

| SUBMITTED BY: | APPROVED/DISAPPROVED |
|---|---|
| SHEA & CARLYON, LTD. | RAY QUINNEY & NEBEKER P.C. |

_____  
CANDACE C. CARLYON  
SHLOMO S. SHERMAN  
233 South Fourth Street, Second Floor  
Las Vegas, Nevada 89101  

and

STUTMAN, TREISTER & GLATT, P.C.  
FRANK A. MEROLA  
EVE H. KARASIK  
ANDREW M. PARLEN  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

_____  
ANNETTE W. JARVIS  
36 South State Street, Suite 1400  
P.O. Box 45385  
Salt Lake City, Utah 84145-0385  

and

SCHWARTZER & MCPHERSON LAW FIRM  
LENARD E. SCHWARTZER  
JEANETTE E. MCPHERSON  
2850 South Jones Boulevard, Suite 1  
Las Vegas, Nevada 89146-5308  

*Counsel for USA Capital First Trust Deed Fund, LLC*

| REVIEWED: | APPROVED/DISAPPROVED |
|---|---|
| OFFICE OF U.S. TRUSTEE | McGUIREWOODS LLP |

_____  
AUGUST B. LANDIS, ESQ.  
300 Las Vegas Blvd. S., #4300  
Las Vegas, NV 89101  

*Counsel for the Office of the United States Trustee*

_____  
MICHAEL M. SCHMAHL, ESQ.  
77 West Wacker Drive  
Suite 4100  
Chicago, Illinois 60601-1818  

*Counsel for the Kantor Claimants*

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432