**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 5/3/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF STIPULATED ORDER RE POST-CONFIRMATION STATUS REPORTS** |
| USA SECURITIES, LLC,<br>        Debtors. | |
| **Affects:**<br>× All Debtors<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | |

1

1831038.1

LEWIS AND ROCA LLP
LAWYERS

**PLEASE TAKE NOTICE** that a Stipulated Order Re Post-Confirmation Status Reports [DE 3627] was entered on the 30th day of April 2007, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED May 3, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

Proof of Service

Copy of the foregoing e-mailed on this 3rd day of May, 2007 to all parties listed on the Post Effective Official Service List for Limited Notice No. 1 Dated April 13, 2007.

 s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

2

1831038.1