# EXHIBIT A

1491622.1



**Entered on Docket
April 30, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1
2
3
4
5
6  **LEWIS AND ROCA LLP**
7  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
8  Telephone (702) 949-8320

   Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com

9  *Attorneys for USACM Liquidating Trust*

   **UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:** | ) Jointly Administered |
| | ) |
| **USA Commercial Mortgage Company** | ) Chapter 11 Cases |
|    06-10725 – Lead Case | ) |
| | ) Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** | ) |
|    06-10726 | ) Date: N/A |
| | ) Time: N/A |
| **USA Capital Diversified Trust Deed Fund,** | ) |
| **LLC** | ) **Affecting:** |
|    06-10727 | ) ☒ All Cases |
| | ) **or Only:** |
| **USA Capital First Trust Deed Fund, LLC** | ) ☐ USA Commercial Mortgage Company |
|    06-10728 | ) ☐ USA Capital Realty Advisors, LLC |
| | ) ☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** | ) |
|    06-10729 | ) ☐ USA Capital First Trust Deed Fund, LLC |
|              **Debtors.** | ) ☐ USA Securities, LLC |
| | ) |

**STIPULATED ORDER RE POST-CONFIRMATION STATUS REPORTS**

The USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC, USAC Capital First Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC and USA Securities, LLC (collectively, the "Post-Effective Date Entities") and the United States Trustee filed a Stipulation concerning Post-confirmation Status Reports [DE 3612] on April 27, 2007. No notice being necessary, and good cause appearing, it is:

1829909.1

LEWIS AND ROCA LLP
LAWYERS

1  ORDERED:

2      1.    Approving the stipulation concerning Post-confirmation Status Reports; and

3      2.    Extending the deadline for the Post-Effective Date Entitles to file status
reports. The first status report shall address the period March 13, 2007 to June 30, 2007
and shall be filed by July 15, 2007.

    3.    Subsequently quarterly reports shall be filed within 15 days after the end of
the subsequently quarterly reporting period.

APPROVED AS TO FORM AND CONTENT:

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
Attorneys for USACM Liquidating Trust

**STUTMAN TREISTER & GLATT, P.C.**
**and SHEA & CARLYON, LTD.**

By:
    Eve Karasik, CA 155356
    Candace C. Carlyon, NV 2666
Counsel for USA Capital First Trust Deed Fund
Committee

**ORRICK, HERRINGTON & SUTCLIFF, LLP and BECKLEY SINGLETON CHTD.**

By: /s/ AML (#8164)
    Marc A. Levinson, CA 57613
    Anne M. Loraditch, NV 8164
Counsel for USA Capital Diversified Trust
Deed Fund, LLC

1826474.1

LEWIS AND ROCA LLP
LAWYERS

**RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM**

By: /s/ JEM (#5423)
Annette W. Jarvis, UT 1649
Jeanette E. McPherson, NV 5423
Counsel for USA Capital First Trust Deed Fund, LLC; USA Capital Realty Advisors, LLC; and USA Securities, LLC

**OFFICE OF THE UNITED STATES TRUSTEE**

By: /s/ August B. Landis
August B. Landis, IA PK9228
Assistant United States Trustee

3

1826474.1