| | | |
|---|---|---|
| Adam M. Starr | Ronald D. Green | Matthew T. Gensburg |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP | Nancy A. Peterman |
| 2450 Colorado Avenue, Suite 400E | 3773 Howard Hughes Parkway | Sherri Morissette |
| Santa Monica, California 90404 | Suite 500 North | Greenberg Traurig, LLP |
| Telephone: (310) 586-7700 | Las Vegas, Nevada 89169 | 77 West Wacker Drive |
| Facsimile: (310) 586-7800 | Telephone: (702) 792-3773 | Suite 2500 |
| Email: starra@gtlaw.com | Facsimile: (702) 792-9002 | Chicago, Illinois 60601 |
| | Email: greenr@gtlaw.com | Telephone: (312) 456-8400 |
| | | Facsimile: (312) 456-8435 |
| | | Email: gensburgm@gtlaw.com |
| | | petermann@gtlaw.com |
| | | morissettes@gtlaw.com |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor.<br><br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor.<br><br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor.<br><br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor.<br><br>In re:<br>USA SECURITIES, LLC,<br>                                    Debtor.<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Kerry Carlson, a non-attorney, hereby certify that I caused a true and correct copy of the APPLICATION FOR ENTRY OF ORDER (I) FINALLY ALLOWING AND APPROVING ALL COMPENSATION AND EXPENSES INCURRED BY MESIROW FINANCIAL INTERIM MANAGEMENT, LLC IN ITS CAPACITY AS DEBTORS' CRISIS MANAGERS AND CHIEF RESTRUCTURING OFFICERS FOR THE PERIOD APRIL 13, 2006 THROUGH MARCH 12, 2007; (II) ALLOWING AND APPROVING A SUCCESS FEE (III) AUTHORIZING APPLICATION OF THE RETAINER AGAINST THE ALLOWED FEES AND EXPENSES; AND (IV) AUTHORIZING PAYMENT OF THE BALANCE DUE (the "**Final Application**") to be served via the ECF notification system on April 25, 2007. A hard copy of the Final Application was served on April 26, 2007 via Federal Express upon each of the parties identified on the attached service list.

DATED: May 4, 2007

/s/ Kerry Carlson

Sworn to before me this 4th day of May, 2007

*[signature]*
Notary Public

"OFFICIAL SEAL"
Carla J. Greenberg
Notary Public, State of Illinois
My Commission Exp. 06/21/2010

3
CHI 56690015v2 5/3/2007

## FEDERAL EXPRESS SERVICE LIST

The Final Application was hand delivered to the Judge at the following address:

The Honorable Linda B. Riegle
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

The Final Application was served via Federal Express on the following parties:

August B. Landis
Assistant US Trustee
300 Las Vegas Boulevard South, Ste. 4300
Las Vegas, NV  89101

Jeffrey D. Hermann
Orrick, Herrington & Sutcliff, LLP
400 Capitol Mall, Ste. 3000
Sacramento, CA  95814

Eve H. Karasik
Stutman Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Rob Charles
Lewis & Roca LLP
One S. Church Ave., Suite 700
Tucson, AZ  85701-1611

Gregory E. Garman
Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV  89109

Annette W. Jarvis
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84145-0385