**Entered on Docket**
**May 04, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SUPPLEMENTAL ORDER SETTING** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **RESERVE IN CONNECTION WITH SECOND JOINT MOTION FOR ORDER FOR IMPLEMENTATION OF CONFIRMED PLAN** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Hearing Held:  April 26, 2007<br>Time:  9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

414584v.2

- 1 -

1        The Court conducted an initial hearing on March 1, 2007 on the Second Joint Motion for

2  Order for Implementation of Confirmed Plan (docket no. 2869) (the "Motion"), which was filed

3  on February 22, 2007 jointly by the above-captioned Debtors, the Official Committee of

4  Unsecured Creditors of USA Commercial Mortgage Company (the "Commercial Mortgage

5  Creditors' Committee"), the Official Committee of Equity Security Holders of USA Capital

6  Diversified Trust Deed Fund, LLC (the "DTDF Committee"), and the Official Committee of

7  Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").

8  In the order entered March 5, 2007 (the "Second Plan Implementation Order"), the Court granted

9  the Motion except that the issue of the amount of the reserve to be held in the estate of USA

10  Capital First Trust Deed Fund, LLC ("FTDF") for the services of the Debtors' Professionals (as

11  defined in the Motion) on behalf of the FTDF estate (the "FTDF Reserve for Debtor's

12  Professionals") was continued to a later date to be resolved by agreement between FTDF and the

13  FTDF Committee or by determination of the Court.

14        At the hearing held April 26, 2007, counsel for the FTDF Committee and counsel for

15  FTDF stated on the record that FTDF and the FTDF Committee had reached agreement that the

16  FTDF Reserve for Debtor's Professionals should be set at $645,000.00, subject to a reservation of

17  rights by the FDTF Committee as to the allowance and payment of Debtors' Professionals' fees

18  and costs from such reserve.

19  / / /

20

21  / / /

22

23  / / /

24

25  / / /

26

27  / / /

28  / / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

WHEREFORE, having considered the parties' agreement, and good cause appearing, THE COURT HEREBY ORDERS THAT:

1.     The FTDF Reserve for Debtor's Professionals shall be set at $645,000.00; and

2.     The FTDF Committee and FTDF have the right to review and challenge, as provided in the Motion, the Second Plan Implementation Order, and the record at the hearing held on April 26, 2007, the post-effective date fees and costs incurred by the Debtors' Professionals on behalf of the FTDF estate.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By:  /s/  Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
*Attorneys for FTDF*

Approved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:  /s/  Eve Karasik
     EVE KARASIK, ESQ.
     CANDACE C. CARLYON, ESQ.
     *Counsel for the Official Committee of*
     *Equity Security Holders of USA Capital*
     *First Trust Deed Fund LLC*

Approved by:
OFFICE OF THE U.S. TRUSTEE

By:  /s/  August B. Landis
     AUGUST B. LANDIS, ESQ.
     SCOTT A. FARROW, ESQ.

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122