ELECTRONICALLY FILED
May 4, 2007

1  STUTMAN, TREISTER & GLATT, P.C.
   FRANK A. MEROLA
2  (CA State Bar No. 136934)
   EVE H. KARASIK
3  (CA State Bar No. 155356)
   ANDREW M. PARLEN
4  (CA State Bar No. 230429), Members of
   1901 Avenue of the Stars, 12th Floor
5  Los Angeles, California 90067
   Telephone: (310) 228-5600
6  Facsimile: (310) 228-5788
   Email:      fmerola@stutman.com
7              ekarasik@stutman.com
               aparlen@stutman.com
8
   Counsel for the Official Committee Of
9  Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

   SHEA & CARLYON, LTD.
   JAMES PATRICK SHEA
   (Nevada State Bar No. 000405)
   CANDACE C. CARLYON
   (Nevada State Bar No. 002666)
   SHLOMO S. SHERMAN
   (Nevada State Bar No. 009688)
   228 South Fourth Street, First Floor
   Las Vegas, Nevada 89101
   Telephone: (702) 471-7432
   Facsimile: (702) 471-7435
   Email:      jshea@sheacarlyon.com
               ccarlyon@sheacarlyon.com
               ssherman@sheacarlyon.com

10            **UNITED STATES BANKRUPTCY COURT**
                   **DISTRICT OF NEVADA**
11

12  In re:
    USA COMMERCIAL MORTGAGE COMPANY,
              Debtor.

    BK-S-06-10725-LBR
    Chapter 11

13  In re:
14  USA CAPITAL REALTY ADVISORS, LLC,
              Debtor.

    BK-S-06-10726-LBR
    Chapter 11

15  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
16            Debtor.

    BK-S-06-10727-LBR
    Chapter 11

17  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,
18            Debtor.

    BK-S-06-10728-LBR
    Chapter 11

19  In re:
    USA SECURITIES, LLC,
              Debtor.

    BK-S-06-10729-LBR
    Chapter 11

20  Affects
21  ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
22  ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
23  ☐ USA Capital Diversified Trust Deed
    ☒ USA First Trust Deed Fund, LLC
24

        **Hearing**

    Date:  May 31, 2007
    Time:  9:30 a.m.
    Place: Courtroom #1

25  **NOTICE OF FILING OF AND HEARING ON MOTION FOR ORDER PURSUANT TO
26  BANKRUPTCY CODE SECTIONS 1141 AND 1142 TO ENFORCE CONFIRMED
    DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AS
27  IT RELATES TO ALLOCATION OF SALE PROCEEDS (AFFECTS DEBTORS USA
    COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED
28                      FUND, LLC)**

414705v1

**PLEASE TAKE NOTICE** that on May 4, 2007, the "Motion For Order Approving Stipulation Between The USACM Liquidating Trust And USA Capital First Trust Deed Fund, LLC On Overbid Allocation And Plan Compromise Pursuant To Federal Rule Of Bankruptcy Procedure 9019(A)" (the "Motion") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") and the USACM Liquidating Trust (the "Trust"). Pursuant to the Motion, the FTDF Committee and the Trust request that the Court enter an order approving the "Stipulation Between USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC On Overbid Allocation and Plan Compromise" (the "Stipulation") pursuant to Federal Rule of Bankruptcy Procedure 9019(a). A true and correct copy of the Stipulation is annexed as Exhibt "A" to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on May 31, 2007, at the hour of 9:30 a.m.

///
///
///
///
///
///
///
///
///
///
///
///
///

414705v1                                                                 2

1    **PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be

2  served on the undersigned counsel and filed by **May 22, 2007** pursuant to Local Rule 9014(d)(1),

3  which provides that oppositions to a motion must be filed and service must be completed on the

4  movant no later than 15 days after the motion is served.

5

6    If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading

7  with the court. You *must* also serve your written response on the person who sent you this

8  notice.

9    If you do not file a written response with the court, or if you do not serve your written

10 response on the person who sent you this notice, then:

11    !    The court may *refuse to allow you to speak* at the scheduled hearing; and

12    !    The court may *rule against you* without formally calling the matter at the hearing.

13

14 DATED: May 4, 2007

STUTMAN, TREISTER & GLATT, P.C.

15

16    /s/ Andrew M. Parlen
FRANK A. MEROLA

17    EVE H. KARASIK
ANDREW M. PARLEN

18    1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

19    Telephone:  (310) 228-5600

20    and

21

22    CANDACE C. CARLYON
SHLOMO S. SHERMAN

23    Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200

24    Las Vegas, NV  89101
Telephone:  (702) 471-7432

25

26    *Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust Deed*

27    *Fund, LLC*

28

414705v1                                    3