**Entered on Docket**
**May 07, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>_____ Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>_____ Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST FUND, LLC<br>_____ Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>_____ Debtor.<br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>_____ Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN<br><br>[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]<br><br>DATE: May 11, 2007<br><br>TIME:  9:30 a.m. |

///

///

1  The Motion of Compass Financial Partners LLC for Order Enforcing Confirmation Order and
2  Determining No Surviving Section 3 Right Exists with Respect to the Fiesta Oak Valley Loan came on
3  for hearing on April 26, 2007 at 9:30 a.m. At that time, the Court continued the hearing for argument
4  (but not for the presentation of evidence) to May 11, 2007 at 9:30 a.m. This Stipulation and Order has
5  been executed by Counsel for the moving party (Compass Financial Partners, LLC, ("Compass") and
6  for the responding party (Debt Acquisition Company of America V, LLC ("DACA")) at the request of
7  the Clerk, to memorialize the continuance.

9  SO STIPULATED:
10  DATE: April 20, 2007                    KIRBY & McGUINN, A P.C.

12                                          By: /s/ Dean T. Kirby, Jr.
                                            Dean T. Kirby, Jr.
                                            Attorneys for Debt Acquisition
13                                          Company of America V, LLC

15  DATE: April 20, 2007                    WEIL, GOTSHAL & MANGES LLP

16                                          By: /s/ Judy G. Z. Liu
                                            Judy G. Z. Liu
17                                          Tyson M. Lomazow
                                            Co-Counsel for Compass
18                                          Financial Partners, LLC

20  DATE: April 20, 2007                    CADWALADER WICKERSHAM
                                            & TAFT LLP

22                                          By: /s/ George A. Davis*
                                            George A. Davis
                                            Co-Counsel for Compass
23                                          Financial Partners, LLC

25  * Endorsed electronically per written permission from the signatories.

---

In re USA Commercial Mortgage Company, et al.                    Bankruptcy Case No. BK-S-06-10729 LBR
Stipulation and Order to Continue Hearing on Motion of Compass Financial Partners re Fiesta Oak Valley    Page No. 1