Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on May 7, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | **CERTIFICATE OF SERVICE OF AMENDED NOTICE OF HEARING ON OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE**<br>(Affects USA Capital Realty Advisors, LLC)<br><br>Date: June 15, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

- 1 -

1. On May 7, 2007 I served the following document(s):

    a. Amended Notice of Hearing on Objection of USA Capital Realty Advisors, LLC To Claim Filed by the Internal Revenue Service

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

1   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

2   JANET L. CHUBB    tbw@jonesvargas.com

3   EDWARD S. COLEMAN    mail@coleman4law.com

4   WILLIAM D COPE    cope_guerra@yahoo.com

5   LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

6

7   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

8   THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

9   ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

10  SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

11  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

12  DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

13

14  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

15  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
    Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

16

17  GERALD M GORDON    bankruptcynotices@gordonsilver.com

18  R. VAUGHN GOURLEY    vgourley@lvcm.com

19  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

20  JAMES D. GREENE    bknotice@bhfs.com

21  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

22  PETER W. GUYON    pguyon@yahoo.com

23

24  JEFFREY R. HALL    jhall@sheacarlyon.com,
    bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

25  XANNA R. HARDMAN    xanna.hardman@gmail.com

26  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

27

28  JEFFREY L HARTMAN    notices@bankruptcyreno.com

    BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | |
| 2 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 3 | |
| 4 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 5 | |
| 6 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 7 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 8 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 9 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 10 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 11 | |
| 12 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 13 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com |
| 14 | |
| 15 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 16 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 17 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 18 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 19 | |
| 20 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 21 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 22 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 23 | |
| 24 | ERIC D MADDEN    emadden@diamondmccarthy.com |
| 25 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 26 | JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 27 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 28 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| | RICHARD MCKNIGHT    mcknightlaw@cox.net, |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 4 -

1  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

2  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
3  smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

4  DAVID MINCIN    mcknightlaw@cox.net,
5  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

6  JOHN F MURTHA    jmurtha@woodburnandwedge.com

7  ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

8
9  VICTORIA L NELSON    bkecf@nevadafirm.com,
   vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
10

11 BOB L. OLSON    ecffilings@beckleylaw.com,
   bolson@beckleylaw.com;dgriffis@beckleylaw.com
12

13 DONNA M. OSBORN    ebaker@marquisaurbach.com,
   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
14

15 CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

16 ANDREW M. PARLEN    aparlen@stutman.com

17 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

18 PAUL C RAY    info@johnpeterlee.com

19 CHRISTINE A ROBERTS    bankruptcy@rocgd.com

20 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

21 JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
22 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

23 SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
24 bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

25 AMBRISH S. SIDHU    ecf@lslawnv.com

26
27 JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

28 ALAN R SMITH    mail@asmithlaw.com,
   turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  DAVID A. STEPHENS      dstephens@lvcm.com

2  PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

3  JEFFREY R. SYLVESTER      jeff@sylvesterpolednak.com

4
5  ROLLIN G. THORLEY      rollin.g.thorley@irscounsel.treas.gov

6  AMY N. TIRRE      , lmccarron@kkbrf.com

7  AMY N. TIRRE      atirre@kkbrf.com, lmccarron@kkbrf.com

8  U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov

9  GREGORY J. WALCH      GWalch@Nevadafirm.com

10
11 RUSSELL S. WALKER      rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

12
13 WHITNEY B. WARNICK      wbw@albrightstoddard.com, bstessel@albrightstoddard.com

14 GREGORY L. WILDE      bk@wildelaw.com

15 WILLIAM J. WRAY      rh@oreillylawgroup.com,
16 rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

17 MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

18
19 ANTHONY A. ZMAILA      azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com

20
21      ☒      b.      **By United States mail, postage fully prepaid**:

22 Attorney General of the United States
   Department of Justice, Tax Division
23 Civil Trial Section, Western Region
   P.O. Box 683
24 Ben Franklin Station
25 Washington, DC 20044

26 Steven W. Myhre                              Internal Revenue Service
   Acting U.S. Attorney                         Attn: Bankruptcy Dept
27 333 Las Vegas Blvd. South, Suite 5000        110 City Parkway
   Las Vegas, NV 89101                          Stop 5028LVG
28                                              Las Vegas, NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  ☐   c.   **By Personal Service**
          I personally delivered the document(s) to the persons at these addresses:
2      ☐   For a party represented by an attorney, delivery was made by handing the
3  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
   other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
4  in the office.
       ☐   For a party, delivery was made by handing the document(s) to the party or by
5  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
   suitable age and discretion residing there.
6

7  ☐   d.   **By direct email (as opposed to through the ECF System)**
          Based upon the written agreement to accept service by email or a court order, I
8  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
   receive, within a reasonable time after the transmission, any electronic message or other indication
9  that the transmission was unsuccessful.

10 ☐   e.   **By fax transmission**
          Based upon the written agreement of the parties to accept service by fax
11 transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
12 below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
   transmission is attached.
13
   ☐   f.   **By messenger**
14        I served the document(s) by placing them in an envelope or package addressed to
15 the persons at the addresses listed below and providing them to a messenger for service.

16 **I declare under penalty of perjury that the foregoing is true and correct.**

17 Signed on:    May 7, 2007

18
   LIA DORSEY                                    /s/    LIA DORSEY
19 (Name of Declarant)                            (Signature of Declarant)

- 7 -