Exhibit "D"

| List of Terminating Direct Lenders Bought Out by Compass | % Interest |
|---|---|
| William T. McHugh | 0.93% |
| Ruth A. Kuester Trustee of the Ruth A. Kuester Trust dated 1/29/91 | 0.56% |
| Helen T. Bahneman | 0.49% |
| Marshall J. Brecht & Janet L. Brecht Trustees of the Marshall J. Brecht Trust dated 2/5/86 | 0.61% |
| James Feeney Trustee of the E & M Hardware Profit Sharing Plan | 0.98% |
| Michael Percy & Carol Percy Trustees of the Percy Family Trust U/A 9/28/99 | 0.73% |
| Byrne E. Falke Sr. Trustee of the Byrne Falke Living Trust | 0.61% |
| Byrne E. Falke Sr. Trustee of the Village Hardware Pension Trust | 0.61% |
| Daryl D.Thompson Trustee of the Thompson 1993 Trust dated 1/26/93 | 2.68% |
| Donald W. Cook Trustee of the Donald W. Cook Trust | 0.49% |
| Judy A. Bonnet, an unmarried woman | 0.49% |
| Howard C. Sayler & Phyllis L. Sayler Trustees of the Sayler Family Trust dated 9/2/98 | 0.37% |
| Perlman Investment Partners, L.P., a California limited partnership | 0.73% |
| Frederick W. Kewell II, Trustee of the Barbara J. Kewell Trust dated 7/18/89 | 0.49% |
| Marguerite Falkenborg Trustee of the Marguerite Falkenborg 2000 Trust dated 6/20/00 | 0.49% |
| Deane Albright & Casey Persing Trustees of the Albright Persing & Associates Profit Sharing Plan | 0.49% |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | 0.49% |
| Paul Hargis & Susan Gail Hargis, husband & wife, as joint tenants with right of survivorship | 0.61% |
| Monighetti, Inc., a Nevada corporation | 0.49% |
| Jack J. Beaulieu Trustee of the Jack J. Beaulieu Revocable Living Trust dated 9/1/94 | 1.95% |
| Arthur B. Moore, an unmarried man | 0.29% |
| Gareth A. R. Craner Trustee of The Gareth A. R. Craner Trust Dtd 6/01/02 | 0.59% |
| Steven G. Sapourn, a married man dealing with his sole & separate property | 0.32% |
| First Savings Bank Custodian for Lynn Fetterly IRA | 0.61% |
| Herbert Slovis, a single man & Julie B. Slovis, a single woman as joint tenants with right of survivorship | 0.49% |
| Nicholas Perrone Trustee of the Nicholas Perrone Trust dated 7/12/99 | 0.44% |
| Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 6/11/92 | 0.61% |
| Rogie C. Madlambayan, a single man | 0.49% |
| First Savings Bank Custodian For Edward Burgess IRA | 0.63% |
| First Savings Bank Custodian For Lamberto Eugenio IRA | 0.49% |
| Robert A. Susskind, an unmarried man | 0.37% |
| Sovereign Capital Advisors, LLC, a Nevada limited liability company | 0.73% |
| First Savings Bank Custodian For Carmen G. McColly IRA | 0.30% |
| Leland K. Swanson Trustee of the Alvin M. Swanson & Grace E. Swanson Living Trust dated 7/26/01 | 0.88% |
| Bill Penn & Isa Penn Trustees of the Penn Family Trust dated 1/20/90 | 0.42% |
| Bert E. Amlund Trustee of the Bert E. Amlund Charitable Remainder Unitrust dated 12/31/01 | 0.49% |
| Robert D. Phillips, an unmarried man | 0.59% |
| Judy S. Young, an unmarried woman | 0.49% |
| David L. Zwarg & Cara D. Zwarg, husband & wife, as joint tenants with right of survivorship | 0.49% |
| Robert L. Allgeier & Donna L. Allgeier Trustees of the R. L. Allgeier Family Trust dated 10/4/97 | 0.51% |
| William D. Wickland & Victoria R. Wickland, husband & wife, as joint tenants with right of survivorship | 0.98% |
| Rachel Riehle, an unmarried woman | 0.49% |
| Judith L. Fountain Trustee of the Judith L. Fountain Irrevocable Trust dated 08/26/97 | 1.22% |
| Sierra Eye Associates Profit Sharing Plan | 0.49% |
| Rodney J. Arbogast & Donna Arbogast Trustees of the Arbogast Family Trust | 2.44% |
| Tomie S. Ford, an unmarried woman | 0.29% |
| California National Bank Custodian for benefit of Jay S. Stein IRA | 0.49% |
| Randi E. McHugh | 0.24% |
| J V Marrone Trustee for the benefit of The J V Marrone Revocable Trust dated 12/12/95 | 0.24% |
| John M. Luongo & Gloria Luongo, husband & wife, as joint tenants with right of survivorship payable on death to Stephanie Luo | 0.24% |
| Eric S. Perlman, an unmarried man | 0.24% |
| Ronald K. Montesano Trustee for the benefit of The Underpass Trust | 0.24% |
| Gerald Lewis & Judith J. Lewis, husband & wife, as joint tenants with right of survivorship | 0.24% |
| Daniel K. Fix & Barbara J. Fix Trustees of the Daniel K. Fix & Barbara J. Fix Family Trust | 0.24% |
| Glenn B. Davis & Bernie S. Davis Trustees of the Davis Revocable Living Trust UA 7/06/88 | 0.24% |
| Cynthia G. Davis Trustee of the Cynthia G. Davis Living Trust | 0.24% |
| Annie Omaye & Stanley Omaye Trustees of the Omaye 1990 Trust | 0.24% |
| Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/90 | 0.24% |
| Joseph N. Rizzuto & Dorothy Rizzuto Trustees of the Joseph N. Rizzuto Family Trust dated 4/24/89 | 0.24% |
| Arthur E. Kebble & Thelma M. Kebble Trustees of the Arthur E. Kebble & Thelma M. Kebble Family Trust dated 5/19/95 | 0.24% |
| Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | 0.24% |
| June Cook Trustee of the Alvin Broido Marital Trust U/A dated 4/24/72 | 0.24% |
| K. Ken Kaneda & Brigitte Arend-Kaneda Trustees of the Kaneda Living Trust dated 5/30/02 | 0.24% |
| Douglas Minter & Elizabeth F. Minter Trustees of the Minter Family 1994 Trust | 0.24% |
| William Bolding & Carolyn Bolding, husband & wife, as joint tenants with right of survivorship | 0.24% |
| V. R. Marrone & Reba F. Marrone Trustees of the V. R. & Reba F. Marrone Trust dated 10/22/01 | 0.24% |
| Connie Mihos & Ivan Loebs, wife & husband, as joint tenants with right of survivorship | 0.24% |
| Charles Lebron Parker & Mary Jane Parker, husband & wife, as joint tenants with right of survivorship | 0.24% |
| James H. Lidster & Phyllus M. Lidster Trustees of the James H. Lidster Family Trust dated 1/20/92 | 0.24% |
| Russell M. Blood & Judy A. Blood Trustees of the Blood Family Trust dated 5/18/99 | 0.24% |
| First Savings Bank Custodian For Bobbie Marrs IRA | 0.24% |
| Barbara Reiss Miller Trustee of the Barbara Reiss Miller Revocable Living Trust dated 2/4/03 | 0.24% |
| Clawiter Associates, LLC, a California limited liability company | 0.24% |
| Bay Area Capital, LLC, an Oregon limited liability company | 0.27% |
| James C. Still, a married man dealing with his sole & separate property | 0.24% |
| David M. Thatcher, a single man | 0.24% |
| Denise L. Barzan, a married woman dealing with her sole & separate property & Barbara Snelson, a married woman dealing wi | 0.24% |
| Han K. Lee & Carol L. Lee, husband & wife, as joint tenants with the right of survivorship | 0.24% |
| Martin L. Manning, a married man dealing with his sole & separate property | 0.24% |
| First Savings Bank Custodian For Harvey Alderson IRA | 0.24% |
| James W. Forsythe & Earlene M. Forsythe, husband & wife, as joint tenants with right of survivorship | 0.24% |
| Joseph Sterling & Theresa Sterling Trustees of the Sterling Family Trust dated 6/14/02 | 0.24% |
| Dale J. McMullan Trustee of the McMullan Living Trust dated 8/19/94 | 0.24% |
| Sierra West, Inc., a Nevada corporation | 0.24% |
| Sylvia M. Good Successor Trustee under the Sylvia M. Good Survivor's  Trust established under the Sam Good Family Trust da | 0.24% |
| Tracy A. DeBerry, an unmarried man | 0.24% |
| Eric C. Disbrow Trustee of the Eric C. Disbrow MD Inc. Profit Sharing Plan | 0.24% |
| Kenneth R. Greene & N. Dean Greene, husband & wife, as joint tenants with right of survivorship | 0.24% |
| Bert A. Stevenson Trustee of the Dalton Trust dated 1/7/94 | 0.29% |
| Edward H. Kim, an unmarried man | 0.24% |
| Sam Costanza, Trustee of The Costanza 1987 Decedent's Trust | 0.24% |
| First Savings Bank Custodian For Martin W. McColly IRA | 0.27% |
| Sam Costanza Trustee of the Costanza 1987 Survivor's Trust dated 3/12/87 | 0.27% |
| First Trust Co. Of Onaga Custodian for Hamilton M. High IRA | 0.24% |
| Benedict E. Urban & Roselyn N. Urban Trustees of The Benedict E. Urban & Roselyn N. Urban Family Trust dated 2/3/04 | 0.24% |
| David Rosner Trustee of the David Rosner Revocable Trust dated 01/05/2005 | 0.24% |
| Marie A. Maki & Raymond E. Maki, husband & wife, as joint tenants with right of survivorship | 0.24% |
| B.E.A. Family, Inc., a Nevada corporation | 0.24% |
| Edwin L. Snelson & Barbara Snelson, husband & wife, as joint tenants with right of survivorship | 0.24% |
| Sidney L. Larson & Ruth Ann Larson Trustees of the Larson Family Trust dated 6/19/94 | 0.24% |
| Suzanne M. Halvorson Trustee of the Suzanne M. Halvorson Trust dated 3/21/03 | 0.24% |
| Robert Levy & Renee Levy Trustees of the RNR Living Trust dated 10/1/04 | 0.24% |
| | 45.41% |