ELECTRONICALLY FILED
May 7, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br><br>Date:  May 31, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

### AMENDED NOTICE OF FILING OF AND HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN THE USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(A) (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)

414705v1

**PLEASE TAKE NOTICE** that on May 4, 2007, the "Motion For Order Approving Stipulation Between The USACM Liquidating Trust And USA Capital First Trust Deed Fund, LLC On Overbid Allocation And Plan Compromise Pursuant To Federal Rule Of Bankruptcy Procedure 9019(A)" (the "Motion") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") and the USACM Liquidating Trust (the "Trust").   Pursuant to the Motion, the FTDF Committee and the Trust request that the Court enter an order approving the "Stipulation Between USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC On Overbid Allocation and Plan Compromise" (the "Stipulation") pursuant to Federal Rule of Bankruptcy Procedure 9019(a).   A true and correct copy of the Stipulation is annexed as Exhibt "A" to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on May 31, 2007, at the hour of 9:30 a.m.

///
///
///
///
///
///
///
///
///
///
///
///

414705v1                                    2

1      **PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be

2    served on the undersigned counsel and filed by **May 22, 2007** pursuant to Local Rule 9014(d)(1),

3    which provides that oppositions to a motion must be filed and service must be completed on the

4    movant no later than 15 days after the motion is served.

5

6         If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading

7    with the court. You *must* also serve your written response on the person who sent you this

8    notice.

9         If you do not file a written response with the court, or if you do not serve your written

10   response on the person who sent you this notice, then:

11        !        The court may *refuse to allow you to speak* at the scheduled hearing; and

12        !        The court may *rule against you* without formally calling the matter at the hearing.

13

14   DATED: May 7, 2007

                                STUTMAN, TREISTER & GLATT, P.C.

15

16                              /s/ *Andrew M. Parlen*
                                FRANK A. MEROLA
17                              EVE H. KARASIK
                                ANDREW M. PARLEN
18                              1901 Avenue of the Stars, 12th Floor
                                Los Angeles, CA  90067
19                              Telephone:  (310) 228-5600

20                              and

21

22                              CANDACE C. CARLYON
                                SHLOMO S. SHERMAN
23                              Shea & Carlyon, Ltd.
                                233 S. Fourth Street, Suite 200
24                              Las Vegas, NV  89101
                                Telephone:  (702) 471-7432
25

26                              *Counsel for the Official Committee of Equity*
                                *Security Holders of USA Capital First Trust Deed*
27                              *Fund, LLC*

28

414705v1                                  3