**Entered on Docket**
**May 08, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>   Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

413457v1

1  **ORDER RE STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NUMBER 10729-00034 FILED BY HOUGHTON DENTAL CORP. PSP F/B/O GERALDINE PEARL HOUGHTON (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA SECURITIES, LLC)**

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10729-00034 Filed by Houghton Dental Corp. Psp F/B/O Geraldine Pearl Houghton (Affects Debtors USA Capital First Trust Deed Fund, LLC and USA Securities, LLC) the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
EVE H. KARASIK
CANDACE C. CARLYON
ANDREW M. PARLEN
Attorneys for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund, LLC

HOUGHTON DENTAL CORP. PSP F/B/O
GERALDINE PEAL HOUGHTON

By: _____

BRIAN M. ADAMS, ESQ
525 S. 6TH STREET
LAS VEGAS, NV 89101

APPROVED:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
ANNETTE W. JARVIS / Steven Strong
LENARD E. SCHWARTZER
JEANETTE E. McPHERSON
Attorneys for USA Capital First Trust Deed
Fund, LLC and USA Securities, LLC

413457v1                    2

1  REVIEWED:
2  OFFICE OF U.S. TRUSTEE
3
4  By: _____
5  AUGUST LANDIS, ESQ.
   300 LAS VEGAS BLVD. S. #4300
6  LAS VEGAS, NV 89101

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

413457v1