F I L E   C O P Y

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

**FILED**

MAY 3 2007

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

BAP NO.: NV-06-1401

BK NO.: S-06-10725-LBR
S-06-10726-LBR
S-06-10727-LBR
S-06-10728-LBR
S-06-10729-LBR
(Jointly Administered)

REF NO.: 06-22

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Harold S. Marenus, Clerk
by Deputy Clerk (Vincent J. Barbato)
Date: 05/03/07

In re: USA COMMERCIAL MORTGAGE COMPANY; In re: USA CAPITAL REALTY ADVISORS, LLC; In re: USA CAPITAL FIRST TRUST DEED FUND, LLC; In re: USA SECURITIES, LLC

Debtor
-----------------------------

PROSPECT HIGH INCOME FUND; ML CBO IV (CAYMAN) LTD.; PAMCO CAYMAN, LTD.; PAM CAPITAL FUNDING, L.P.; HIGHLAND CRUSADER FUND, LTD.; PCMG TRADING PARTNERS XXII, L.P.

Appellant

v.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC

Appellee

ORDER OF DISMISSAL
-----------------------------

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby ORDERED that the appeal is DISMISSED pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

Due to this dismissal, oral argument is CANCELLED.

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato, Deputy Clerk

CERTIFICATE OF MAILING
------------------------------------------------------------------

The undersigned deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit hereby certifies that a copy of the document to which this certificate is attached was mailed this date to all parties in interest as designated by the Appellant in the Notice of Appeal, to the United States Trustee and the Clerk of the Bankruptcy Court.

By: Vincent J. Barbato
Deputy Clerk/Date: May 3, 2007