**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/8/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | **MOTION TO EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS** |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | Date: May 31, 2007<br>Time: 9:30 a.m. |
| **USA Securities, LLC**<br>    **06-10729**<br>                                    **Debtors.** | **Affecting:**<br>¨  All Cases<br>**or Only:**<br>✗  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC<br>¨  USA Securities, LLC |

The USACM Liquidating Trust (the "USACM Trust") moves this Court for an order pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 enlarging the deadline for filing objections to Allowance of Claims, and in particular unsecured claims, for 120 days, or until October 9, 2007. Pursuant to the Debtors' Third Amended Joint Plan of Reorganization [DE 1799] confirmed by the Court, the deadline for such objections is 90 days after the Effective Date of March 12, 2007, which is June 10, 2007. Pursuant to a motion recently granted by this Court, this is the same deadline for objecting to claims

1825573.1

LEWIS AND ROCA LLP
L A W Y E R S

arising out of rejection of executory contracts and unexpired leases. This Motion is based upon the following Memorandum of Points and Authorities and is supported by the Court's record and the declaration of Edward M. Burr filed this date.

## MEMORANDUM

### Background

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as modified herein (DE 2376). Notice of Entry of the Confirmation Order was filed on January 9, 2007, and served on January 11 and 12, 2007 (DE 2387).

Section VII A.1 Objection to Claims of the Plan provides:

> Unless otherwise extended by the Court, objections to the allowance of Claims and Equity Interests shall be filed and served upon the entities asserting such Claims or Equity Interests as follows: (A) for any and all Claims and Equity Interests to which the General Bar Date applies, ninety (90) days after the Effective Date….

Accordingly, the deadline to file an objection to such Claim is 90 days after the Effective Date of March 12, 2007. Therefore, the deadline to file an objection to Claims is June 10, 2007.

Pursuant to a motion of the USACM Trust recently granted by this Court, the same deadline will be set for claims arising out of rejection of executory contracts and unexpired leases.

Approximately 2,465 proofs of claim have been filed claiming: $2,812,293.40 as administrative; $286,969,330.16 as secured; $4,479,076.12 as priority; and $453,310,042.10 as unsecured. This compares to approximately 2,319 scheduled claims: $169,742 priority and $59,353,361 unsecured. The claims filed are complex and require in depth investigation. The June 10, 2007 deadline does not allow sufficient time for the Trustee to review, investigate, analyze and resolve disputes on the claims.

1825573.1

LEWIS AND ROCA LLP
LAWYERS

The June 10, 2007 deadline to object to General Unsecured Claims should be extended to allow the USACM Trust to continue its diligent efforts in the analysis and potential objection to the Claims. At this time the USACM Trust has filed:

- 33 omnibus objections to 1,600 claims filed as secured that asserted claims of over $296,000,000;
- 3 omnibus objections to approximately 108 claims asserting priority status;
- Objections to commission claims asserting priority status;
- Objections to 3 claims asserting administrative expense that aggregate over $95,000.

In addition, Motions to Reclassify Claims of Insiders in Plan Class A-7 were filed against 3 claimants and other objections were filed on the ground that Debtor has no liability.

Further, as the USACM Trust has received information, it has entered into stipulations for the allowance and disallowance of priority and unsecured claims.

There are large baskets of unsecured claims at issue. Some are large, discrete claims of borrowers and others asserting commercial litigation types of claims. The vast majority are claims of direct lenders asserting losses arising out of direct loans. The latter can not be analyzed except on a loan by loan basis, preferably after the loans have been collected, a process that will take a number of months.

**Discussion**

Bankruptcy Rule 9006(b)(1) provides that as except as otherwise provided by the Rule:

> when an act is required or allowed to be done at or within a specified period by the rules or by a notice given thereunder or by order of court, the court for cause shall at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period, permit the act to be done where the failure to act was the result of excusable neglect.

LEWIS AND ROCA LLP
LAWYERS

1  None of the exceptions in Rule 9006(b)(2) or (3) apply here. Accordingly, the
2  Court may, for the cause shown in this Motion, extend the deadline for filing objections to
3  allowance of claims.

### Conclusion

5  The Committee requests that the Court enter its order extending the deadline to file
6  objections to allowance of claims until October 9, 2007.

7  Dated May 8, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*