**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/8/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors.<br><br>**Affects:**<br>¨ All Debtors<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING ON MOTION TO EXTEND DEADLINE TO FILE OBJECTION TO ALLOWWANCE OF CLAIMS**<br><br>Date of Hearing: May 31, 2007<br>Time of Hearing: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a Motion to Extend Deadline to File Objection to Allowance of Claims (the "Motion") [DE 3675] requesting that the Court extend the deadline to file objections to allowance of claims for 120 days or until **October 9, 2007.**

1817746.1

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you must filed a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS** FURTHER **GIV**EN that the hearing on the Motion will be held before a U.S. Bankruptcy Judge on **May 31, 2007,** in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada **at the hour of 9:30 a.m**.

Dated: May 8, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**
LAWYERS

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing served on May 8, 2007, via e-mail to all parties with e-mail addresses on the Post Effective Date Official Service List on file with this Court: |
| 3 | |
| 4 | |
| 5 | |
| 6 | /s/ Christine E. Laurel |
| 7 | Christine E. Laurel<br>Lewis and Roca LLP |