

1

2

**Entered on Docket**
**May 09, 2007**

3
_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

4

5

6    **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7    909 Fannin, Suite 1500                         3993 Howard Hughes Parkway, Suite 600
     Houston, Texas 77010                          Las Vegas, NV 89169-5996
     Telephone (713) 333-5100                       Telephone (702) 949-8320
8    Facsimile (713) 333-5199                       Facsimile  (702) 949-8321

     Allan B. Diamond, TX State Bar No. 05801800      Susan M. Freeman, AZ State Bar No. 004199
9    Email: adiamond@diamondmccarthy.com              Email: sfreeman@lrlaw.com
     Eric D. Madden, TX State Bar No. 24013079        Rob Charles, NV State Bar No. 006593
     Email: emadden@diamondmccarthy.com               Email: rcharles@lrlaw.com

10   Special Litigation Counsel for USACM Liquidating Trust    Counsel for USACM Liquidating Trust

11                       **UNITED STATES BANKRUPTCY COURT**
                              **DISTRICT OF NEVADA**
12

13   In re:

14   USA COMMERCIAL MORTGAGE          Case No. BK-S-06-10725-LBR
     COMPANY,                         Case No. BK-S-06-10726-LBR
                                      Case No. BK-S-06-10727-LBR
15   USA CAPITAL REALTY ADVISORS, LLC,   Case No. BK-S-06-10728-LBR
                                      Case No. BK-S-06-10729-LBR
16   USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC,                  CHAPTER 11

17   USA CAPITAL FIRST TRUST DEED     Jointly Administered Under Case No.
     FUND, LLC,                       BK-S-06-10725 LBR
18

19   USA SECURITIES, LLC,             **ORDER REQUIRING TRACY**
                          Debtors.    **SUTTLES TO APPEAR  FOR**
                                      **EXAMINATION PURSUANT TO**
20                                    **FEDERAL RULE OF**
       **Affects:**                   **BANKRUPTCY PROCEDURE 2004**
21     ☐ All Debtors
       ☒ USA Commercial Mortgage Company    [No hearing required]
22     ☐ USA Capital Realty Advisors, LLC
       ☐ USA Capital Diversified Trust Deed Fund, LLC
23     ☐ USA Capital First Trust Deed Fund, LLC
       ☐ USA Securities, LLC
24

25        The  USACM  Liquidating  Trust  (the  "Trust")  having  filed  a  Motion  for  Order

26   Requiring  Tracy  Suttles  to  Appear  for  Examination  Pursuant  to  Federal  Rule  of

114728_1.DOC

Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Tracy Suttles appear for examination at the law offices of Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, Texas 77010, beginning at 10:00 a.m. prevailing Central Time on a business day no later than June 30, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**


By: ___*/s/ Eric D. Madden*_____       By: ___*/s/ Rob Charles*_____
Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)    3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                        Las Vegas, Nevada  89169-5996
Houston, Texas 77010                          (702) 949-8320(telephone)
(713) 333-5100 (telephone)                    (702) 949-8321(facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                      *Counsel for USACM Liquidating Trust*


### 

2