ELECTRONICALLY FILED
May 8, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173), Members of<br>Stutman, Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>          ekarasik@stutman.com<br>          cpajak@stutman.com<br>Counsel for the Official Committee Of<br>Equity Security Holders Of USA Capital First Trust<br>Deed Fund, LLC | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br><br>Email:    jshea@sheacarlyon.com<br>          ccarlyon@sheacarlyon.com<br>          ssherman@sheacarlyon.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: May 31, 2007<br>Time: 9:30 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF FILING OF AND HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN THE USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) <u>(AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)</u>**

415073v1

1

2      I HEREBY CERTIFY that on the 7th of May, 2007, I served the following document:

3  AMENDED NOTICE OF FILING OF AND HEARING ON MOTION FOR ORDER APPROVING
   STIPULATION BETWEEN THE USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST
4  DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE PUR-SUANT TO
   FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) (AFFECTS DEBTORS USA COMMERCIAL
5  MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)

6

7      I served the above named document(s) by the following means to the persons as listed

8  below:

9      ☐ a.  ECF System.

10     ☒ b.  United States mail, postage full prepaid to the following:    See Attached
11  Rider

12     ☐ c.  Personal service.

13         I personally delivered the documents to the persons at these addresses:

14         ☐ For a party represented by an attorney, delivery was made by handing the
15             document(s) at the attorney's office with a clerk or other person in charge,
               or if no one is in charge, by leaving the document(s) in a conspicuous
16             place in the office.

17         ☐ For a party, delivery was made by handing the document(s) to the party or
18             by leaving the document(s) at the person's dwelling house or usual place
               of abode with someone of suitable age and discretion residing there.

19     ☐ d.  By direct email to:
20
21         Based upon the written agreement of the parties to accept service by email or
           a court order, I caused the document(s) to be sent to the persons at the email
22         addresses listed below.  I did not receive, within a reasonable time after the
           transmission, any electronic message or other indication that the transmission
23         was unsuccessful.

24

25

26

27

28

415073v1                              2

☐ **e.  By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of May, 2007.

_____
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

415073v1                                     3

SERVICE LIST

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Geoffrey L. Berman
Development Specialists, Inc.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Allan B. Diamond
Diamond McCarthy Taylor Finley & Lee
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Michal Tucker
FTI Consulting
One Renaissance Square
Two N. Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S., Suite 4300
Las Vegas, NV 89101

Jeffrey D. Hermann
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017-5855

Marc A. Levinson
Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

Frieda Moon FBO Sharon C. Van Ert
c/o Nancy L. Allf
411 E. Bonneville, Suite 100
Las Vegas, NV 89101

Debra A. Gant-Hickel and
Russell J. Hickel
4725 Goodwin Road
Sparks, NV 89436

Debra A. Gant-Hickel and
Russell J. Hickel
P.O. Box 606
Colusa, CA 95932-0606