Entered on Docket
May 09, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**USA Commercial Mortgage Company**<br>06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>06-10728<br><br>**USA Securities, LLC**<br>06-10729<br>Debtors. | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>Date of Hearing: April 26, 2007<br>Time:         9:30 a.m.<br><br>Affecting:<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**ORDER APPROVING STIPULATION BY AND BETWEEN USACM LIQUIDATING TRUST AND CDW COMPUTER CENTERS, INC**

1826634.1

The Court having considered the Stipulation of the USACM Liquidating Trust (the "USACM Trust"), and CDW Computer Centers, Inc. ("CDW") [DE      ], and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;

2. Claim No. 10725-00003 filed by CDW is allowed as an administrative priority claim in the amount of $1,381.30.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**CDW COMPUTER CENTERS, INC.**

By: [signature]
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030
Email: Phyllis.Hayes@rmsna.com
*Agent for CDW Computer Centers, Inc.*

1826634.1