E-Filed on May 9, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email:  adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email:  emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile  (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>            Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>            Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>            Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>            Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination of Stein & Lubin (Exhibit A Attached).**

113422-1

DATED:   May 9, 2007

| DIAMOND MCCARTHY LLP | LEWIS AND ROCA LLP |
|---|---|
| By:   /s/ Eric D. Madden | By:   /s/ Rob Charles |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| 909 Fannin, Suite 1500 | Las Vegas, Nevada  89169-5996 |
| Houston, Texas 77010 | (702) 949-8320 (telephone) |
| (713) 333-5100 (telephone) | (702) 949-8321 (facsimile) |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for* | |
| *USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

2

113422-1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ERIC D. MADDEN<br>DIAMOND MCCARTHY LLP<br>1201 ELM STREET, 34th FLOOR<br>DALLAS TX 75270 | 214.389.5306 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.:<br>USA COMMERCIAL MORTGAGE | |

Insert name of court and name of judicial district and branch court if any:
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL

| PROOF OF SERVICE<br>(SUBPOENA) | DATE:<br>6/15/2007 | TIME:<br>10:00AM | DEPT./DIV.: | CASE NUMBER:<br>BK-S-06-10725 LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the (specify documents):
SUBPOENA FOR RULE 2004 EXAMINATION

2. a. Party served (specify name of party as shown on the documents served):
STEIN & LUBIN LLP ATTN: MANAGING PARTNER

   b. Person served: ☐ party in item 2a:  ☒ other (specify name and title or relationship to the party named in item 2a):
LINDA LINGREN, AUTHORIZED AGENT FOR SERVICE OF PROCESS

   c. Address: 600 MONTGOMERY STREET, 14th FLOOR, SAN FRANCISCO, CA   941111

3. I served the party named in item 2
   a. ☒ by personally delivering the copies  (1) on (date): 5/4/2007    (2) at (time): 3:45PM
   b. ☐ by leaving the copies with or in the presence of (name and title or relationship to the party named in item 2b):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers
      (3) on (date):            (4) at (time):
      (5) ☐ A declaration of diligence is attached. (Substituted service on natural person, minor, conservatee, or candidate.)

   c. ☐ by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on (date):            (2) at (city):
      (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.
      (4) ☐ to an address outside California with return receipt requested.    (Attach completed form.) →

   d. ☐ by causing copies to be mailed. A declaration of mailing is attached.
   e. ☐ other (specify other manner of service and authorizing code section):

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ on behalf of (specify):
      under ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)          ☐ other:
            ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

5. Person serving (name, address and telephone No.):
DREW SOTO
ESQUIRE DOCUMENT RETRIEVAL SERVICE
3401 LOUISIANA, SUITE 300
HOUSTON, TX 77002
713-523-5061

   a. Fee for service: $90.00
   b. ☐ Not a registered California process server.
   c. ☐ Exempt from registration under B&P § 22350(b).
   d. ☒ Registered California process server.
      (1) ☒ Employee or independent contractor
      (2) Registration No.:
      (3) County

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 5/8/2007
PP#: 94248

(SIGNATURE)

Form Adopted by Rule 982
Judicial Council of California;
982(a)(23) (New July 1, 1987)

PROOF OF SERVICE
(SUBPOENA)

Code Civ Proc..§ 4117.10(f);
ERCIAL MORTGAGE COMPANY, USA CAPITAL

EXHIBIT "A"