LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for the Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

| E-Filed on 5/9/07 |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. |
| DEED FUND, LLC, | BK-S-06-10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | **CERTIFICATE OF SERVICE** |
| FUND, LLC, | |
| | Date of Hearing: May 31, 2007 |
| USA SECURITIES, LLC, | Time of Hearing: 9:30 a.m. |
| Debtors. | |

**Affects:**
¨ All Debtors
× USA Commercial Mortgage Company
¨ USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
¨ USA Capital First Trust Deed Fund, LLC
¨ USA Securities, LLC

1.    I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the

USACM Liquidating Trust, served the following documents:

A)    Motion to Extend Deadline to File Objection to Allowance of Claims [DE 3675]; and

B)    Declaration of Edward M. Burr in Support of Motion to Extend Deadline to Objection to Allowance of Claims and Equity Interest [DE 3676];

1818559.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.    I served the foregoing by the following means to the persons as listed below:

A)    ECF System to the persons listed on Exhibit A on May 8, 2007;

B)    Email on May 8, 2007 to all persons on Post Effective Official Service List for Limited Notice No. 1 dated April 13, 2007 on file with this Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 9, 2007.


/s/ Christine E. Laurel
Christine E. Laurel

1818559.1