```
STEVEN W. MYHRE                                    e-filed on 05/10/07
Acting United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone:      (702) 388-6336

ROLLIN G. THORLEY
Special Assistant United States Attorney
Nevada Bar No. 2339
110 City Parkway, Suite 301
Las Vegas, NV 89106
E-mail:         rollin.g.thorley@irscounsel.treas.gov
Telephone:      (702) 868-5167 (direct line)
                (702) 868-5154 (office)
                (702) 868-5438 (fax)
                (702) 868-5440 (fax)
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726-LBR |
|                                             Debtor ) | Case No. BK-S-06-10727-LBR |
| In Re: ) | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, ) | Case No. BK-S-06-10729-LBR |
|                                             Debtor ) | |
| In Re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | Jointly Administered Under |
|                                             Debtor ) | Case No. BK-S-06-10725-LBR |
| In Re: ) | |
| USA CAPITAL FIRST TRUST DEED FUND ) | |
| LLC, ) | |
|                                             Debtor ) | |
| USA SECURITIES, LLC, ) | |
|                                             Debtor ) | |
| ) | |
| Affects: ) | |
|   USA CAPITAL REALTY ADVISORS, LLC ) | DATE:  June 15, 2007 |
| ) | TIME:  9:30 AM |

UNITED STATES' RESPONSE TO OBJECTION OF USA CAPITAL REALTY
ADVISORS, LLC TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE
(Affects USA Capital Realty Advisors, LLC)

1   THE UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service (the Service), hereby responds to the OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE (objection).

   1.   The objection concerns Claim Number 45-1 filed in the case of USA Capital Realty Advisors, LLC.  The claim is an unsecured general claim in the amount of $1,000.00.  The claim is based on a penalty assessed on November 6, 2006.  The penalty was assessed due to the debtor's failure to timely file its 2005 Form 1065, U.S. Return of Partnership Income.

   2.   The objection states that the debtor is a "pass-through entity" for federal income tax purposes and cannot be liable for federal income tax—the liability is imposed on the partners.  As a pass-through entity, the debtor does not owe federal income taxes; but it still has an obligation to file certain returns (including the Form 1065) and is subject to penalties for failure to timely file the returns.  The penalty for failure to timely file the Form 1065 is a liability of the partnership.  26 U.S.C. §§ 6031 and 6698.

   WHEREFORE, the United States requests that the objection be denied and that the Service's claim be allowed as filed and as reflected in Claim No. 45-1.

                                        DANIEL G. BOGDEN
                                        United States Attorney

Date:   May 10, 2007          By:   /s/ Rollin G. Thorley
                                        ROLLIN G. THORLEY
                                        Special Assistant
                                        United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following parties are listed as Filing Users who will receive notice of the foregoing document by electronic transmission of a Notice of Filing. If the following parties are not listed on a Notice of Electronic Filing, a separate certificate will be filed indicating the form of service on such parties:

    ANNETTE W. JARVIS, Counsel for Debtor
    STEVEN C. STRONG, Counsel for Debtor
    LENARD E. SCHWARTZER, Counsel for Debtor
    JEANETTE E. MCPHERSON, Counsel for Debtor
    OFFICE OF THE UNITED STATES TRUSTEE

Dated: May 10, 2007

/s/ Rollin Thorley