ELECTRONICALLY FILED
May 10, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
Stutman, Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NUMBER 10729-00034 FILED BY HOUGHTON DENTAL CORP. PSP F/B/O GERALDINE PEARL HOUGHTON (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA SECURITIES, LLC)**

415177v1

I HEREBY CERTIFY that on the 10th of May, 2007, I served the following document:

**STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NUMBER 10729-00034 FILED BY HOUGHTON DENTAL CORP. PSP F/B/O GERALDINE PEARL HOUGHTON (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA SECURITIES, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ **a. ECF System.**

☒ **b. United States mail, postage full prepaid to the following:   See Attached Rider**

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email to:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

415177v1

2

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of May, 2007.

_____
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

415177v1

SERVICE LIST

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michal Tucker
FTI Consulting
One Renaissance Square
Two N. Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Marc A. Levinson
Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

Debra A. Gant-Hickel and
Russell J. Hickel
P.O. Box 606
Colusa, CA 95932-0606

Geoffrey L. Berman
Development Specialists, Inc.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S., Suite 4300
Las Vegas, NV 89101

Frieda Moon FBO Sharon C. Van Ert
c/o Nancy L. Allf
411 E. Bonneville, Suite 100
Las Vegas, NV 89101

Houghton Dental Corp. PSP
f/b/o Geraldine Pearl Houghton
2871 Pinta
Perris, CA 92571

Allan B. Diamond
Diamond McCarthy Taylor Finley & Lee
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Jeffrey D. Hermann
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017-5855

Debra A. Gant-Hickel and
Russell J. Hickel
4725 Goodwin Road
Sparks, NV 89436

Brian M. Adams
525 So. 6th Street
Las Vegas, NV 89101