George A. Davis
CADWALADER, WICKERSHAM & TAFT                    **E-FILED on May 11, 2007**
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.:  (212) 504-6666

| Judy G.Z. Liu | Peter C. Bernhard (Nevada Bar No. 0734) |
|---|---|
| Tyson M. Lomazow | Georganne W. Bradley (Nevada Bar No. 1105) |
| WEIL, GOTSHAL & MANGES LLP | BULLIVANT HOUSER BAILEY PC |
| 767 Fifth Avenue | 3980 Howard Hughes Pkwy., Ste. 550 |
| New York, NY 10153 | Las Vegas, NV 89169 |
| Telephone No.: (212) 310-8000 | Telephone No.:  (702) 650-6565 |
| Facsimile No.:   (212) 310-8007 | Facsimile No.:   (702) 650-2995 |
| | E-Mail:  peter.bernhard@bullivant.com |
| | georganne.bradley@bullivant.com |

**Counsel for Compass Financial Partners LLC**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>Debtor. | **DECLARATION OF**<br>**PAM ROBINSON WITH RESPECT TO** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MOTION FOR ORDER**<br>**ENFORCING CONFIRMATION ORDER**<br>**AND DETERMINING NO SURVIVING** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund,<br>LLC<br>☐ USA First Trust Deed Fund, LLC | **SECTION 3 RIGHT EXISTS WITH**<br>**RESPECT TO THE FIESTA**<br>**OAK VALLEY LOAN**<br><br>Date:  May 11, 2007<br>Time:  9:30 a.m. |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

| ☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund,<br>　　LLC<br>☐ USA First Trust Deed Fund, LLC | |

I, PAM ROBINSON, hereby declare under penalty of perjury that the following is true and correct:

1.　　I am over 18 years of age, and I have personal knowledge of each of the facts stated in this declaration ("Declaration"), except where otherwise indicated below.  If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge, except where otherwise indicated below.

2.　　I am a Senior Commercial-Industrial Escrow Officer for Orange Coast Title Company ("OC Title") with offices located at 3536 Concours Drive #120, Ontario, California, and am competent to testify with respect to the matters recited herein.

3.　　I submit this declaration in conjunction with the motion (the "Compass Motion"), dated March 30, 2007, of Compass Financial Partners LLC, a Nevada limited liability company, an affiliate of Compass USA SPE LLC, a Delaware limited liability company (together, "Compass") for an order enforcing paragraph 14 of the Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), entered January 8, 2007 (the "Confirmation Order"), and determining no Surviving Section 3 Right (as such term is defined in the Confirmation Order) exists or is exercisable with respect to the loan commonly referred to as "Fiesta Oak Valley" (the "Loan").  Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Compass Motion.

4.    On April 24, 2007, $12,361,481.82 (the "Cumulative Call Price") was wired to OC Title along with an instruction letter (the "OC Instruction Letter") directing OC Title to disburse to the Direct Lenders in the Loan, as identified in the OC Instruction Letter, the payoff amount as set forth in the OC Instruction Letter upon OC Title's receipt of an executed and recordable Assignment of Interests in Deeds of Trust (an "Assignment") from the assigning Direct Lender.

5.    Set forth on initialed Exhibit "A" hereto is a list of each Direct Lender from whom OC Title has already received an executed Assignment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 10th day of May 2007, at Ontario, California.

5/10-07

Pam Robinson

## Exhibit A: Fiesta Oak Valley Direct Lenders - Executed Assignments

| Legal Vesting | UPB | Accrued Interest | Payoff | % UPB |
|---|---|---|---|---|
| First Savings Bank Custodian For Lynn Fetterly IRA | 125,000.00 | 27,092.36 | 152,092.36 | 0.61% |
| First Savings Bank Custodian For Edward Burgess IRA | 130,000.00 | 44,628.89 | 174,628.89 | 0.63% |
| First Savings Bank Custodian For Lamberto Eugenio IRA | 100,000.00 | 18,054.60 | 118,054.60 | 0.49% |
| Robert L. Allgeier & Donna L. Allgeier Trustees of the R.L. Allgeier Family Trust dated 10/4/97 | 105,000.00 | 36,046.41 | 141,046.41 | 0.51% |
| Sierra Eye Associates Profit Sharing Plan | 100,000.00 | 17,899.43 | 117,899.43 | 0.49% |
| William T. McHugh | 190,000.00 | 34,008.84 | 224,008.84 | 0.93% |
| Ruth A. Koester Trustee of the Ruth A. Koester Trust dated 1/29/91 | 115,000.00 | 21,016.05 | 136,016.05 | 0.56% |
| Marshall J. Brecht & Janet L. Brecht Trustees of the Marshall J. Brecht Trust dated 2/5/98 | 125,000.00 | 40,287.40 | 165,287.40 | 0.61% |
| Daryl D.Thompson Trustee of the Thompson 1993 Trust dated 1/26/93 | 550,000.00 | 98,446.54 | 648,446.54 | 2.68% |
| Howard C. Sayler & Phyllis L. Sayler Trustees of the Sayler Family Trust dated 9/2/98 | 75,000.00 | 21,493.14 | 96,493.14 | 0.37% |
| Perlman Investment Partners, LP., a California limited partnership | 150,000.00 | 28,823.98 | 178,823.98 | 0.73% |
| Deane Albright & Casey Albright Trustees of the Albright Pension & Associates Profit Sharing Plan | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Monighetti, Inc., a Nevada corporation | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Arthur B. Moore, an unmarried man | 60,000.00 | 14,240.40 | 74,240.40 | 0.29% |
| Herbert Skovic, a single man & Julie B. Skovic, a single woman as joint tenants with right of survivorship | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 7/12/99 | 90,000.00 | 30,898.92 | 120,898.92 | 0.44% |
| Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 8/11/92 | 125,000.00 | 42,912.40 | 167,912.40 | 0.61% |
| Rogie C. Madiambayan, a single man | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Robert A. Sasakbd, an unmarried man | 75,000.00 | 25,747.44 | 100,747.44 | 0.37% |
| First Savings Bank Custodian For James G. McColly IRA | 62,000.00 | 12,097.53 | 73,097.53 | 0.30% |
| Leland K. Swanson Trustee of the Alvin M. Swanson & Grace E. Swanson Living Trust dated 7/28/01 | 180,000.00 | 39,780.76 | 219,780.76 | 0.88% |
| Bill Penn & Isa Penn Trustees of the Penn Family Trust dated 1/20/00 | 87,000.00 | 15,572.39 | 102,572.39 | 0.42% |
| Robert D. Phillips, an unmarried man | 120,000.00 | 41,195.90 | 161,195.90 | 0.59% |
| David L. Zwarg & Cara L. Zwarg, husband & wife, as joint tenants with right of survivorship | 100,000.00 | 17,899.43 | 117,899.43 | 0.49% |
| Rachel Noble, an unmarried woman | 100,000.00 | 34,329.91 | 134,329.91 | 0.49% |
| Judith L. Fountain Trustee of the Judith L. Fountain Irrevocable Trust dated 08/26/97 | 250,000.00 | 44,748.43 | 294,748.43 | 1.22% |
| Rodney J. Arbogast & Donna Arbogast Trustees of the Arbogast Family Trust | 500,000.00 | 171,949.58 | 671,949.58 | 2.44% |
| Tomie S. Ford, an unmarried man | 60,000.00 | 10,739.58 | 70,739.58 | 0.29% |
| Rand E. McHugh | 50,000.00 | 8,949.67 | 58,949.67 | 0.24% |
| J V Marrone Trustee for the benefit of The J V Marrone Revocable Trust dated 12/12/95 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| John M. Luongo & Gloria Luongo, husband & wife, as joint tenants with right of survivorship payable on death to Stephanie Luongo | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Eric S. Perlman, an unmarried man | 50,000.00 | 9,852.46 | 59,852.46 | 0.24% |
| Ronald K. Montague Trustee for the benefit of The Underpass Trust | 50,000.00 | 9,595.92 | 59,595.92 | 0.24% |
| Glenn B. Davis & Synde S. Davis Trustees of the Davis Revocable Living Trust UA 7/08/88 | 50,000.00 | 16,572.89 | 66,572.89 | 0.24% |
| Cynthia G. Davis Trustee of the G. Davis Living Trust | 50,000.00 | 15,277.35 | 65,277.35 | 0.24% |
| Annie Omaye & Stanley Omaye Trustees of the Omaye 1990 Trust | 50,000.00 | 9,647.78 | 59,647.78 | 0.24% |
| Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/00 | 50,000.00 | 24,224.88 | 74,224.88 | 0.24% |
| Joseph M. Rizzo & Dorothy Rizzo Trustee of the Joseph M. Rizzo Family Trust dated 4/24/89 | 50,000.00 | 9,344.87 | 59,344.87 | 0.24% |
| Arthur E. Kobble & Thelma M. Kobble Trustees of the Arthur E. Kobble & Thelma M. Kobble Family Trust 5/19/98 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Douglas Minter & Elizabeth F. Minter Trustees of the Minter Family 1994 Trust | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| William Bolding & Carolyn Bolding, husband & wife, as joint tenants with right of survivorship | 50,000.00 | 10,279.28 | 60,279.28 | 0.24% |
| Connie Milnor & Ivan Loebe, wife & husband, as joint tenants with right of survivorship | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Charles Lindstrom & Mary J. Lindstrom, husband & wife, as joint tenants with right of survivorship | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| First Savings Bank Custodian For Bobbie Marrs IRA | 50,000.00 | 8,949.67 | 58,949.67 | 0.24% |
| Barbara Relss Miller Trustee of the Barbara Relss Miller Revocable Living Trust dated 2/4/03 | 60,000.00 | 11,105.89 | 61,105.89 | 0.24% |
| Bay Area Capital, LLC, an Oregon limited liability company | 55,000.00 | 18,881.45 | 73,881.45 | 0.27% |
| James C. Still, a married man holding his sole & separate property | 50,000.00 | 9,653.33 | 59,653.33 | 0.24% |
| David M. Thatcher, a single man | 50,000.00 | 11,721.11 | 61,721.11 | 0.24% |
| Martin L. Manning, a married man holding with his sole & separate property | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| First Savings Bank Custodian For Harvey Alderson IRA | 50,000.00 | 12,407.81 | 62,407.81 | 0.24% |
| James W. Forsythe & Earlene M. Forsythe, husband & wife, as joint tenants with right of survivorship | 50,000.00 | 13,773.31 | 63,773.31 | 0.24% |
| Joseph Bradley & Theresa Sterling Trustees of the Sterling Family Trust dated 6/14/02 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Dale J. McMullan Trustee of the McMullan Living Trust dated 8/18/94 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Tracy A. DeBerry, an unmarried man | 50,000.00 | 17,164.95 | 67,164.96 | 0.24% |
| Kenneth R. Greene & M. Dean Greene, husband & wife, as joint tenants with right of survivorship | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| First Savings Bank Custodian For John McColly IRA | 50,000.00 | 9,844.72 | 59,844.72 | 0.24% |
| Benedict E. Urban & Roselyn N. Urban Trustees of The Benedict E. Urban & Roselyn N. Urban Family Trust dated 2/3/04 | 50,000.00 | 9,042.46 | 59,042.46 | 0.27% |
| David Rosner Trustee of the David Rosner Revocable Trust dated 01/05/2005 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Sidney L. Larson & Ruth Ann Larson Trustees of the Larson Family Trust dated 6/19/94 | 50,000.00 | 17,164.96 | 67,164.96 | 0.24% |
| Suzanne M. Halvorson Trustee of the Suzanne M. Halvorson Trust dated 3/21/03 | 50,000.00 | 15,100.65 | 65,100.65 | 0.24% |
| Byrne E. Falks Sr. Trustee of the Village Hardware Pension Trust | 125,000.00 | 42,912.40 | 167,912.40 | 0.61% |

**Exhibit A: Fiesta Oak Valley Direct Lenders - Executed Assignments**

| Legal Vesting | UPB | Accrued Interest | Payoff | % UPB |
|---|---|---|---|---|
| Judy A. Bonnet, an unmarried woman | $ 100,000.00 | $ 23,663.26 | $123,663.26 | 0.49% |
| Bert E. Amlund Trustee of the Bert E. Amlund Charitable Remainder Unitrust dated 12/31/01 | $ 100,000.00 | $ 34,329.91 | $134,329.91 | 0.49% |
| Daniel K. Fix & Barbara J. Fix Trustees of the Daniel K. Fix & Barbara J. Fix Family Trust | $ 50,000.00 | $ 17,164.96 | $67,164.96 | 0.24% |
| Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | $ 50,000.00 | $ 17,164.96 | $67,164.96 | 0.24% |
| K. Ken Kaneda & Brigitte Arend-Kaneda Trustees of the Kaneda Living Trust dated 6/20/02 | $ 50,000.00 | $ 17,164.96 | $67,164.96 | 0.24% |
| Edward H. Kim, an unmarried man | $ 50,000.00 | $ 8,949.67 | $58,949.67 | 0.24% |
| B.E.A. Family, Inc., a Nevada corporation | $ 50,000.00 | $ 17,164.96 | $67,164.96 | 0.24% |
| | $ 6,259,000.00 | $ 1,695,569.26 | 7,954,569.26 | 30.53% |

P.K. 5-10-07