# EXHIBIT B

E-Filed on 04/09/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway Suite 600
Las Vegas NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
BANK OF AMERICA, N.A. TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Bank of

America, N.A. ("BofA") to produce a custodian of documents and a corporate

representative, as set forth in subpoenas issued under Federal Rule of Bankruptcy

**B-1**

Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed

This Motion is further explained in the following Memorandum.

### Memorandum

The Movant seeks information concerning legal services performed by BofA on behalf of USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. The Movant seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The requested discovery from BofA is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

---

[1] FED. R. BANKR. P. 2004(b).

1

## Conclusion

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion

4

Dated: April 9, 2007.

5

6   **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7

8
By: ___*/s/ Eric D. Madden*_____          By: ___*/s/ Rob Charles*_____
9   Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
William I. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
10  Eric D. Madden, TX 24013079 (pro hac vice)       3993 Howard Hughes Parkway, Suite 600
Erin E. Jones, TX 24032478 (pro hac vice)        Las Vegas, Nevada  89169-5996
11  909 Fannin, Suite 1500                           (702) 949-8321 (telephone)
Houston, Texas 77010                             (702) 949-8320 (facsimile)
12  (713) 333-5100 (telephone)
13  (713) 333-5199 (facsimile)

14  *Special Counsel for USACM Liquidating Trust*    *Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

E-Filed on 04/09/07

1

2    **DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
3    Telephone (713) 333-5100
Facsimile (713) 333-5199

4    Allan B. Diamond, TX State Bar No 05801800
Email: adiamond@diamondmccarthy.com
Eric D Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

5

6    Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway  Suite 600
Las Vegas  NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No  004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

7                        **UNITED STATES BANKRUPTCY COURT**
8                              **DISTRICT OF NEVADA**

9    In re:

USA COMMERCIAL MORTGAGE
10   COMPANY,

11   USA CAPITAL REALTY ADVISORS,
LLC,
12

USA CAPITAL DIVERSIFIED TRUST
13   DEED FUND, LLC,

14   USA CAPITAL FIRST TRUST DEED
FUND, LLC,
15

USA SECURITIES, LLC,
16                                    Debtors.

17   **Affects:**
☐ All Debtors
18   ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
19   ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
20   ☐ USA Securities, LLC

Case No  BK-S-06-10725-LBR
Case No  BK-S-06-10726-LBR
Case No  BK-S-06-10727-LBR
Case No  BK-S-06-10728-LBR
Case No  BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
BANK OF COMMERCE TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

21

22

23           Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24   Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Bank of

25   Commerce ("BofC") to produce a custodian of documents and a corporate representative,

26   as set forth in subpoenas issued under Federal Rule of Bankruptcy Procedure 9016, to

**B-2**                                    207439 1

1   appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes

2   Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10)

3
   business days after the filing of this Motion and no later than April 30, 2007, or at such
4

5   other mutually agreeable location, date, and time, and continuing from day to day

6   thereafter until completed

7        This Motion is further explained in the following Memorandum.

8
                            **Memorandum**
9

10       The Movant seeks information concerning legal services performed by BofC on

11  behalf of USACM, the other debtors in the above-captioned cases (together with USACM,

12  the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

13
  entities. The Movant seeks this information to assist in the collection of the assets and the
14

15  investigation of the liabilities of the Debtors.

16       The requested discovery from BofC is well within the scope of examination

17  permitted under Bankruptcy Rule 2004, which includes:

18
19
20
21
22
> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . . any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge . . . In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

23
24
25
26

---

[1] FED R. BANKR. P. 2004(b)

2

1

## Conclusion

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion

4

5

Dated: April 9, 2007

6

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7

8

By: ___ /s/ Eric D. Madden _____          By: ___ /s/ Rob Charles _____

9

Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M Freeman, AZ 4199 (pro hac vice)

William I Reid, IV, TX 00788817 (pro hac vice)    Rob Charles, NV 6593

10

Eric D Madden, TX 24013079 (pro hac vice)    3993 Howard Hughes Parkway, Suite 600

Erin E Jones, TX 24032478 (pro hac vice)    Las Vegas, Nevada 89169-5996

11

909 Fannin, Suite 1500                    (702) 949-8321 (telephone)

Houston, Texas 77010                    (702) 949-8320 (facsimile)

12

(713) 333-5100 (telephone)

13

(713) 333-5199 (facsimile)

*Counsel for USACM Liquidating Trust*

14

*Special Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

3

E-Filed on 04/09/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway Suite 600
Las Vegas NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
NEVADA STATE BANK TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Nevada

State Bank ("NSB") to produce a custodian of documents and a corporate representative,

as set forth in subpoenas issued under Federal Rule of Bankruptcy Procedure 9016, to

**B-3**

1    appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes

2    Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10)

3
     business days after the filing of this Motion and no later than April 30, 2007, or at such
4
5    other mutually agreeable location, date, and time, and continuing from day to day

6    thereafter until completed.

7        This Motion is further explained in the following Memorandum.

8
                                    **Memorandum**
9
10       The Movant seeks information concerning legal services performed by NSB on

11   behalf of USACM, the other debtors in the above-captioned cases (together with USACM,

12   the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

13
     entities. The Movant seeks this information to assist in the collection of the assets and the
14
15   investigation of the liabilities of the Debtors.

16       The requested discovery from NSB is well within the scope of examination

17   permitted under Bankruptcy Rule 2004, which includes:

18
         [t]he acts, conduct, or property or . . . the liabilities and financial condition
19       of the debtor, or . . . any matter which may affect the administration of the
         debtor's estate, or to the debtor's right to a discharge    In a
20       reorganization case under chapter 11 of the Code, . . . the examination may
         also relate to the operation of any business and the desirability of its
21       continuance, the source of any money or property acquired or to be acquired
         by the debtor for purposes of consummating a plan and the consideration
22       given or offered therefore, and any other matter relevant to the case or to the
         formulation of a plan.[1]
23

24

25

26

_____

[1] FED. R. BANKR. P. 2004(b).

1

## **Conclusion**

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion.

4

5        Dated: April 9, 2007.

6  **DIAMOND MCCARTHY LLP**                      **LEWIS AND ROCA LLP**

7

8  By: ___/s/ Eric D. Madden___                    By: ___Rob Charles___
9  Allan B Diamond, TX 05801800 (pro hac vice)     Susan M Freeman, AZ 4199 (pro hac vice)
   William I Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
10 Eric D Madden, TX 24013079 (pro hac vice)       3993 Howard Hughes Parkway, Suite 600
   Erin E Jones, TX 24032478 (pro hac vice)        Las Vegas, Nevada 89169-5996
11 909 Fannin, Suite 1500                          (702) 949-8321 (telephone)
   Houston, Texas 77010                            (702) 949-8320 (facsimile)
12 (713) 333-5100 (telephone)
   (713) 333-5199 (facsimile)
13                                                 *Counsel for USACM Liquidating Trust*

14 *Special Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

3

1

E-Filed on 04/09/07

2   **DIAMOND MCCARTHY LLP**
    909 Fannin, Suite 1500
3   Houston, Texas 77010
    Telephone (713) 333-5100
    Facsimile (713) 333-5199

4   Allan B. Diamond, TX State Bar No. 05801800
    Email: adiamond@diamondmccarthy.com
    Eric D. Madden, TX State Bar No. 24013079
5   Email: emadden@diamondmccarthy.com

    Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway  Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

6

7                  **UNITED STATES BANKRUPTCY COURT**
                        **DISTRICT OF NEVADA**

8   In re:

9   USA COMMERCIAL MORTGAGE
10  COMPANY,

11  USA CAPITAL REALTY ADVISORS,
    LLC,

12  USA CAPITAL DIVERSIFIED TRUST
13  DEED FUND, LLC,

14  USA CAPITAL FIRST TRUST DEED
    FUND, LLC,

15  USA SECURITIES, LLC,
16                                      Debtors

17  **Affects:**
    ☐ All Debtors
18  ☒ USA Commercial Mortgage Company
    ☐ USA Capital Realty Advisors, LLC
19  ☐ USA Capital Diversified Trust Deed Fund, LLC
    ☐ USA Capital First Trust Deed Fund, LLC
20  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
JPMORGAN CHASE BANK, N.A. TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

21

22

23      Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24  Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring JPMorgan

25  Chase Bank, f/k/a Bank One, N.A. ("Chase") to produce a custodian of documents and a

26  corporate representative, as set forth in subpoenas issued under Federal Rule of

**B-4**                                                                    207439 1

1   Bankruptcy Procedure 9016, to appear for examination at the law office of Lewis and

2   Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a

3
    business day no earlier than ten (10) business days after the filing of this Motion and no
4

5   later than April 30, 2007, or at such other mutually agreeable location, date, and time, and

6   continuing from day to day thereafter until completed.

7       This Motion is further explained in the following Memorandum.

8                                    **Memorandum**

9
10      The Movant seeks information concerning legal services performed by Wells Fargo

11  on behalf of USACM, the other debtors in the above-captioned cases (together with

12  USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise

13
    related entities.  The Movant seeks this information to assist in the collection of the assets
14

15  and the investigation of the liabilities of the Debtors.

16      The requested discovery from Wells Fargo is well within the scope of examination

17  permitted under Bankruptcy Rule 2004, which includes:

18          [t]he acts, conduct, or property or . . . the liabilities and financial condition
19          of the debtor, or . . . any matter which may affect the administration of the
            debtor's estate, or to the debtor's right to a discharge.   In a
20          reorganization case under chapter 11 of the Code, . . . the examination may
            also relate to the operation of any business and the desirability of its
21          continuance, the source of any money or property acquired or to be acquired
            by the debtor for purposes of consummating a plan and the consideration
22          given or offered therefore, and any other matter relevant to the case or to the
            formulation of a plan.[1]
23

24

25

26

    ---
    [1] FED. R. BANKR. P. 2004(b).

                                    2

1

## Conclusion

2          Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion.

4

5          Dated: April 9, 2007.

6    **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7

8    By: ___*Eric D. Madden*___                  By: ___*Rob Charles*___
     Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
9    William I. Reid, IV, IX 00788817 (pro hac vice)   Rob Charles, NV 6593
     Eric D. Madden, IX 24013079 (pro hac vice)        3993 Howard Hughes Parkway, Suite 600
10   Erin E. Jones, TX 24032478 (pro hac vice)         Las Vegas, Nevada 89169-5996
     909 Fannin, Suite 1500                            (702) 949-8321 (telephone)
11   Houston, Texas 77010                              (702) 949-8320 (facsimile)
     (713) 333-5100 (telephone)
12   (713) 333-5199 (facsimile)
13
     *Special Counsel for USACM Liquidating Trust*     *Counsel for USACM Liquidating Trust*
14

15

16

17

18

19

20

21

22

23

24

25

26

E-Filed on 04/09/07

1

2  **DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
3  Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

4  Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

5  **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Special Litigation Counsel for USACM Liquidating Trust    Counsel for USACM Liquidating Trust

6

7  **UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

8

9  In re:

10  USA COMMERCIAL MORTGAGE
COMPANY,

11  USA CAPITAL REALTY ADVISORS,
LLC,

12  USA CAPITAL DIVERSIFIED TRUST
13  DEED FUND, LLC,

14  USA CAPITAL FIRST TRUST DEED
FUND, LLC,

15  USA SECURITIES, LLC,

16                              Debtors

17  **Affects:**
☐ All Debtors
18  ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
19  ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
20  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

**CHAPTER 11**

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
WELLS FARGO BANK NEVADA,
N.A. TO PRODUCE A CUSTODIAN
OF DOCUMENTS AND A
CORPORATE REPRESENTATIVE
FOR EXAMINATION PURSUANT
TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

21

22

23          Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24  Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Wells

25  Fargo Bank Nevada, N.A ("Wells Fargo") to produce a custodian of documents and a

26  corporate representative, as set forth in subpoenas issued under Federal Rule of

**B-5**

207439 1

1   Bankruptcy Procedure 9016, to appear for examination at the law office of Lewis and

2   Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a

3
    business day no earlier than ten (10) business days after the filing of this Motion and no
4

5   later than April 30, 2007, or at such other mutually agreeable location, date, and time, and

6   continuing from day to day thereafter until completed

7       This Motion is further explained in the following Memorandum.

8
                                    **Memorandum**
9

10      The Movant seeks information concerning legal services performed by Wells Fargo

11  on behalf of USACM, the other debtors in the above-captioned cases (together with

12  USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise

13
    related entities. The Movant seeks this information to assist in the collection of the assets
14

15  and the investigation of the liabilities of the Debtors

16      The requested discovery from Wells Fargo is well within the scope of examination

17  permitted under Bankruptcy Rule 2004, which includes:

18          [t]he acts, conduct, or property or . . . the liabilities and financial condition
            of the debtor, or     any matter which may affect the administration of the
19          debtor's estate, or to the debtor's right to a discharge.    In a
            reorganization case under chapter 11 of the Code, . . . the examination may
20          also relate to the operation of any business and the desirability of its
            continuance, the source of any money or property acquired or to be acquired
21          by the debtor for purposes of consummating a plan and the consideration
            given or offered therefore, and any other matter relevant to the case or to the
22          formulation of a plan.[1]

23

24

25

26

    ---
    [1] FED. R. BANKR. P. 2004(b).

## Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion

Dated: April 9, 2007

**DIAMOND MCCARTHY LLP**

By: ___/s/ Eric D. Madden___
Allan B Diamond, TX 05801800 (pro hac vice)
William I. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Erin E Jones, TX 24032478 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**

By: ___/s/ Rob Charles___
Susan M Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8321 (telephone)
(702) 949-8320 (facsimile)

*Counsel for USACM Liquidating Trust*

E-Filed on 04/09/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
BANK OF THE WEST TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Bank of

the West ("BofW") to produce a custodian of documents and a corporate representative, as

set forth in subpoenas issued under Federal Rule of Bankruptcy Procedure 9016, to appear

**B-6**

207439 1

1  for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes Parkway,

2  Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10) business

3
   days after the filing of this Motion and no later than April 30, 2007, or at such other
4
5  mutually agreeable location, date, and time, and continuing from day to day thereafter

6  until completed.

7          This Motion is further explained in the following Memorandum

8                                     **Memorandum**
9
10         The Movant seeks information concerning legal services performed by BofW on

11 behalf of USACM, the other debtors in the above-captioned cases (together with USACM,

12 the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

13
   entities  The Movant seeks this information to assist in the collection of the assets and the
14
15 investigation of the liabilities of the Debtors.

16         The requested discovery from BofW is well within the scope of examination

17 permitted under Bankruptcy Rule 2004, which includes:

18         [t]he acts, conduct, or property or . . . the liabilities and financial condition
19         of the debtor, or . . . any matter which may affect the administration of the
           debtor's estate, or to the debtor's right to a discharge   In a . . .
20         reorganization case under chapter 11 of the Code, . . . the examination may
           also relate to the operation of any business and the desirability of its
21         continuance, the source of any money or property acquired or to be acquired
           by the debtor for purposes of consummating a plan and the consideration
22         given or offered therefore, and any other matter relevant to the case or to the
           formulation of a plan.[1]
23

24

25

26

   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   [1] FED R. BANKR P. 2004(b)

## Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion

Dated: April 9, 2007.

**DIAMOND MCCARTHY LLP**

**LEWIS AND ROCA LLP**

By: _/s/ Eric D. Madden_
Allan B. Diamond, TX 05801800 (pro hac vice)
William I. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Erin E. Jones, TX 24032478 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USACM Liquidating Trust*

By: _/s/ Rob Charles_
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8321 (telephone)
(702) 949-8320 (facsimile)

*Counsel for USACM Liquidating Trust*

1

E-Filed on 04/09/07

2    **DIAMOND MCCARTHY LLP**
     909 Fannin, Suite 1500

3    Houston, Texas 77010
     Telephone (713) 333-5100
     Facsimile (713) 333-5199

4    Allan B. Diamond, TX State Bar No  05801800
     Email: adiamond@diamondmccarthy.com
     Eric D. Madden, TX State Bar No. 24013079
     Email: emadden@diamondmccarthy.com

5    Special Litigation Counsel for USACM Liquidating Trust

     **LEWIS AND ROCA LLP**
     3993 Howard Hughes Parkway  Suite 600
     Las Vegas NV 89169-5996
     Telephone (702) 949-8320
     Facsimile (702) 949-8321

     Susan M. Freeman, AZ State Bar No  004199
     Email: sfreeman@lrlaw.com
     Rob Charles, NV State Bar No  006593
     Email: rcharles@lrlaw.com

     Counsel for USACM Liquidating Trust

6

7                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**

8
     In re:
9
     USA COMMERCIAL MORTGAGE
10   COMPANY,

11   USA CAPITAL REALTY ADVISORS,
     LLC,

12
     USA CAPITAL DIVERSIFIED TRUST
13   DEED FUND, LLC,

14   USA CAPITAL FIRST TRUST DEED
     FUND, LLC,

15
     USA SECURITIES, LLC,
16                                        Debtors

17       **Affects:**
         ☐ All Debtors
18       ☒ USA Commercial Mortgage Company
         ☐ USA Capital Realty Advisors, LLC
19       ☐ USA Capital Diversified Trust Deed Fund, LLC
         ☐ USA Capital First Trust Deed Fund, LLC
20       ☐ USA Securities, LLC

21

     Case No  BK-S-06-10725-LBR
     Case No  BK-S-06-10726-LBR
     Case No  BK-S-06-10727-LBR
     Case No  BK-S-06-10728-LBR
     Case No  BK-S-06-10729-LBR

     **CHAPTER 11**

     Jointly Administered Under Case No
     BK-S-06-10725 LBR

     **MOTION FOR ORDER REQUIRING
     OPPENHEIMER FUNDS TO
     PRODUCE A CUSTODIAN OF
     DOCUMENTS AND A CORPORATE
     REPRESENTATIVE FOR
     EXAMINATION PURSUANT TO
     FEDERAL RULE OF
     BANKRUPTCY PROCEDURE 2004**

     [No hearing required]

22

23       Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24   Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring

25   Oppenheimer Funds ("Oppenheimer") to produce a custodian of documents and a

26   corporate representative, as set forth in subpoenas issued under Federal Rule of

                                   **B-7**

                                                              207439 1

Bankruptcy Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than April 30, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum

### Memorandum

The Movant seeks information concerning legal services performed by Oppenheimer on behalf of USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. The Movant seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors

The requested discovery from Oppenheimer is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . . any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

---

[1] FED. R. BANKR. P. 2004(b)

1

## Conclusion

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion.

4

5

Dated: April 9, 2007.

6

**DIAMOND MCCARTHY LLP**                          **LEWIS AND ROCA LLP**

7

8

By: ___/s/ Eric D. Madden___                      By: ___/s/ Rob Charles___
Allan B. Diamond, TX 05801800 (pro hac vice)      Susan M. Freeman, AZ 4199 (pro hac vice)

9

William I. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593

10

Eric D. Madden, TX 24013079 (pro hac vice)        3993 Howard Hughes Parkway, Suite 600
Erin E. Jones, TX 24032478 (pro hac vice)         Las Vegas, Nevada 89169-5996

11

909 Fannin, Suite 1500                            (702) 949-8321 (telephone)
Houston, Texas 77010                              (702) 949-8320 (facsimile)

12

(713) 333-5100 (telephone)

13

(713) 333-5199 (facsimile)
                                                  *Counsel for USACM Liquidating Trust*

14

*Special Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

3

E-Filed on 04/09/07

1

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
CITIBANK (NEVADA), N.A. TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring CitiBank

(Nevada), N.A ("CitiBank") to produce a custodian of documents and a corporate

representative, as set forth in subpoenas issued under Federal Rule of Bankruptcy

**B-8**

1  Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993

2  Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no

3
   earlier than ten (10) business days after the filing of this Motion and no later than April 30,
4
5  2007, or at such other mutually agreeable location, date, and time, and continuing from

6  day to day thereafter until completed

7      This Motion is further explained in the following Memorandum

8
                              **Memorandum**
9
10     The Movant seeks information concerning legal services performed by CitiBank on

11  behalf of USACM, the other debtors in the above-captioned cases (together with USACM,

12  the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

13  entities. The Movant seeks this information to assist in the collection of the assets and the
14
15  investigation of the liabilities of the Debtors.

16     The requested discovery from CitiBank is well within the scope of examination

17  permitted under Bankruptcy Rule 2004, which includes:

18     [t]he acts, conduct, or property or ... the liabilities and financial condition
       of the debtor, or ... any matter which may affect the administration of the
19     debtor's estate, or to the debtor's right to a discharge. In a
       reorganization case under chapter 11 of the Code, ... the examination may
20     also relate to the operation of any business and the desirability of its
       continuance, the source of any money or property acquired or to be acquired
21     by the debtor for purposes of consummating a plan and the consideration
       given or offered therefore, and any other matter relevant to the case or to the
22     formulation of a plan [1]

23

24

25

26
   ———————————————
   [1] FED R. BANKR. P. 2004(b).

1

## Conclusion

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion.

4

5          Dated: April 9, 2007

6      **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7

8      By: ___ /s/ Eric D. Madden _____     By: ___ /s/ Rob Charles _____

9      Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
       William I. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593

10     Eric D. Madden, TX 24013079 (pro hac vice)     3993 Howard Hughes Parkway, Suite 600
       Erin E. Jones, TX 24032478 (pro hac vice)      Las Vegas, Nevada 89169-5996

11     909 Fannin, Suite 1500                          (702) 949-8321 (telephone)
       Houston, Texas 77010                            (702) 949-8320 (facsimile)

12     (713) 333-5100 (telephone)

13     (713) 333-5199 (facsimile)

14     *Special Counsel for USACM Liquidating Trust*   *Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

E-Filed on 04/09/07

1

2  **DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500

3  Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

4  Allan B. Diamond, TX State Bar No 05801800
Email: adiamond@diamondmccarthy.com
Eric D Madden, TX State Bar No. 24013079

5  Email: emadden@diamondmccarthy com

6  Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway  Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No  004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No  006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

7            **UNITED STATES BANKRUPTCY COURT**
8                 **DISTRICT OF NEVADA**

9  In re:

10  USA COMMERCIAL MORTGAGE
COMPANY,

11  USA CAPITAL REALTY ADVISORS,
LLC,

12
USA CAPITAL DIVERSIFIED TRUST

13  DEED FUND, LLC,

14  USA CAPITAL FIRST TRUST DEED
FUND, LLC,

15
USA SECURITIES, LLC,

16                              Debtors

17  **Affects:**
☐ All Debtors

18  ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

19  ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

20  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
DESERT COMMUNITY BANK TO
PRODUCE A CUSTODIAN OF
DOCUMENTS AND A CORPORATE
REPRESENTATIVE FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

21

22

23          Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24  Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Desert

25  Community Bank ("DCB") to produce a custodian of documents and a corporate

26  representative, as set forth in subpoenas issued under Federal Rule of Bankruptcy

**B-9**

1   Procedure 9016, to appear for examination at the law office of Lewis and Roca, LLP, 3993

2   Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no

3   earlier than ten (10) business days after the filing of this Motion and no later than April 30,

4   2007, or at such other mutually agreeable location, date, and time, and continuing from

5   day to day thereafter until completed.

6   This Motion is further explained in the following Memorandum.

7

8                                    **Memorandum**

9

10          The Movant seeks information concerning legal services performed by DCB on

11   behalf of USACM, the other debtors in the above-captioned cases (together with USACM,

12   the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

13   entities. The Movant seeks this information to assist in the collection of the assets and the

14   investigation of the liabilities of the Debtors.

15

16          The requested discovery from DCB is well within the scope of examination

17   permitted under Bankruptcy Rule 2004, which includes:

18       [t]he acts, conduct, or property or . . . the liabilities and financial condition
         of the debtor, or . . . any matter which may affect the administration of the
19       debtor's estate, or to the debtor's right to a discharge. In a
         reorganization case under chapter 11 of the Code, . . the examination may
20       also relate to the operation of any business and the desirability of its
         continuance, the source of any money or property acquired or to be acquired
21       by the debtor for purposes of consummating a plan and the consideration
         given or offered therefore, and any other matter relevant to the case or to the
22       formulation of a plan.[1]

23

24

25

26

_____

[1] FED. R. BANKR. P. 2004(b).

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| 1 | 3993 Howard Hughes Parkway Suite 600<br>Las Vegas, NV 89169-5996 |
| 2 | Facsimile (702) 949-8321<br>Telephone (702) 949-8320 |
| 3 | Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593 |
| 4 | Email: rcharles@lrlaw.com |
| 5 | Attorneys for Official Committee of Unsecured Creditors of<br>USA Commercial Mortgage Company |

E-Filed on 3/6/07

6
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 7 | In re: | Case No. BK-S-06-10725-LBR |
| 8 | | Case No. BK-S-06-10726-LBR |
| 9 | USA COMMERCIAL MORTGAGE<br>COMPANY, | Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR |
| 10 | USA CAPITAL REALTY ADVISORS,<br>LLC, | Case No. BK-S-06-10729-LBR |
| 11 | | CHAPTER 11 |
| 12 | USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC, | Jointly Administered Under Case No.<br>BK-S-06-10725 LBR |
| 13 | USA CAPITAL FIRST TRUST DEED<br>FUND, LLC, | **SECOND AMENDED MOTION FOR** |
| 14 | | **ORDER REQUIRING WELLS**<br>**FARGO BANK, N.A. TO PRODUCE** |
| 15 | USA SECURITIES, LLC,<br>                                    Debtors. | **ONE OR MORE CORPORATE**<br>**REPRESENTATIVES FOR** |
| 16 | **Affects:** | **EXAMINATION PURSUANT TO**<br>**FEDERAL RULE OF** |
| 17 | ☒ All Debtors<br>☐ USA Commercial Mortgage Company | **BANKRUPTCY PROCEDURE 2004**<br>**(Amended to Remove Exhibit)** |
| 18 | ☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC | [No hearing required] |
| 19 | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

20

21      Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Official Committee of

22 Unsecured Creditors of USA Commercial Mortgage Company ("UCC" or the "Movant")[1]

23 hereby moves this Court for an order requiring Wells Fargo Bank, N.A. ("Wells Fargo") to

24 produce one or more corporate representatives, as set forth in subpoenas issued under

25 Federal Rule Bankruptcy Procedure 9016, to appear for examination at the law office of

26

---

[1] Upon the effective date of the Joint Plan of Reorganization (the "Plan"), the UCC will cease to exist and the USACM Liquidating Trust will be substituted in for the UCC as to this Motion.

## B-10

LEWIS
AND
ROCA
LLP
L A W Y E R S

1   Lewis and Roca, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169,

2   on a business day no earlier than ten (10) business days after the filing of this Motion and

3   no later than April 30, 2007, or at such other mutually agreeable location, date, and time,

4   and continuing from day to day thereafter until completed.

5        This Motion is further explained in the following Memorandum.

6

7                              **Memorandum**

8

9        The Movant seeks information concerning the financial services, wire transfers, and

10  other services performed by Wells Fargo for USACM, the other debtors in the above-

11  captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates,

12  subsidiaries, parents, or otherwise related entities.  The Movant seeks this information to

13  assist in the collection of the assets and the investigation of the liabilities of the Debtors.

14       The requested discovery from Wells Fargo is well within the scope of examination

15  permitted under Bankruptcy Rule 2004, which includes:

16       [t]he acts, conduct, or property or . . . the liabilities and financial condition
         of the debtor, or . . . any matter which may affect the administration of the
17       debtor's estate, or to the debtor's right to a discharge.  In a . . .
         reorganization case under chapter 11 of the Code, . . . the examination may
18       also relate to the operation of any business and the desirability of its
         continuance, the source of any money or property acquired or to be acquired
19       by the debtor for purposes of consummating a plan and the consideration
         given or offered therefore, and any other matter relevant to the case or to the
20       formulation of a plan.[2]

21                              **Conclusion**

22

23       Accordingly, the Movant requests that this Court enter the form of order submitted

24  with this Motion.

25

26  _____
    [2] FED. R. BANKR. P. 2004(b).

2

LEWIS
AND
ROCA
LLP
L A W Y E R S

Dated:  March 6, 2007.

LEWIS AND ROCA LLP


By /s/ RC (#006593)
            Susan M. Freeman, AZ 4199 (pro hac vice)
            Rob Charles, NV 6593
        *Attorneys for Official Unsecured Creditors' Committee*
        *of USA Commercial Mortgage Company*
-and-

DIAMOND MCCARTHY TAYLOR FINLEY & LEE
LLP

By: /s/ Eric D. Madden (pro hac vice)
        Allan B. Diamond, TX 05801800 (pro hac vice)
        William T. Reid, IV, TX 00788817 (pro hac vice)
        Eric D. Madden, TX 24013079 (pro hac vice)
        1201 Elm Street, 34th Floor
        Dallas, Texas  75270

*Special Litigation Counsel for Official Committee of*
*Unsecured Creditors of USA Commercial Mortgage*
*Company*

3

1816104.1

1

E-Filed on 04/26/07

2   **DIAMOND MCCARTHY LLP**
    909 Fannin, Suite 1500
3   Houston, Texas 77010
    Telephone (713) 333-5100
    Facsimile (713) 333-5199

4   Allan B. Diamond, TX State Bar No. 05801800
    Email: adiamond@diamondmccarthy.com
    Eric D. Madden, TX State Bar No. 24013079
5   Email: emadden@diamondmccarthy.com

6   Special Litigation Counsel for USACM Liquidating Trust

    **LEWIS AND ROCA LLP**
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169-5996
    Telephone (702) 949-8320
    Facsimile (702) 949-8321

    Susan M. Freeman, AZ State Bar No. 004199
    Email: sfreeman@lrlaw.com
    Rob Charles, NV State Bar No. 006593
    Email: rcharles@lrlaw.com

    Counsel for USACM Liquidating Trust

7           **UNITED STATES BANKRUPTCY COURT**
8                   **DISTRICT OF NEVADA**

9   In re:

10  USA COMMERCIAL MORTGAGE
    COMPANY,

11  USA CAPITAL REALTY ADVISORS,
    LLC,

12
    USA CAPITAL DIVERSIFIED TRUST
13  DEED FUND, LLC,

14  USA CAPITAL FIRST TRUST DEED
    FUND, LLC,

15  USA SECURITIES, LLC,

16                              Debtors.

17  **Affects:**
    ☐ All Debtors
18  ☒ USA Commercial Mortgage Company
    ☐ USA Capital Realty Advisors, LLC
19  ☐ USA Capital Diversified Trust Deed Fund, LLC
    ☐ USA Capital First Trust Deed Fund, LLC
20  ☐ USA Securities, LLC

21

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
KREG ROWE TO APPEAR FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

22

23          Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24  Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Kreg

25  Rowe ("Rowe") to appear, as set forth in the subpoena to be issued under Federal Rule of

26  Bankruptcy Procedure 9016, to appear for examination at the office of Esquire Deposition

**B-11**

Services, 1 East Liberty Street, 6th Floor, Reno, Nevada 89504, on a business day no

earlier than ten (10) business days after the filing of this Motion and no later than May 25,

2007 (or at such other mutually agreeable location, date, and time) and continuing from

day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

## Memorandum

The Movant seeks information concerning various transactions and other dealings

between (1) Rowe and affiliated entities under his direct or indirect ownership and/or

control; and (2) USACM, the other debtors in the above-captioned cases (together with

USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise

related entities. The Movant seeks this information to assist in the collection of the assets

and the investigation of the liabilities of the Debtors.

The requested discovery from Rowe is well within the scope of examination

permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition
> of the debtor, or . . . any matter which may affect the administration of the
> debtor's estate, or to the debtor's right to a discharge. In a . . .
> reorganization case under chapter 11 of the Code, . . . the examination may
> also relate to the operation of any business and the desirability of its
> continuance, the source of any money or property acquired or to be acquired
> by the debtor for purposes of consummating a plan and the consideration
> given or offered therefore, and any other matter relevant to the case or to the
> formulation of a plan.[1]

---

[1] FED. R. BANKR. P. 2004(b).

## Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion.

Dated: April 26, 2007.

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

By: ___*/s/ Eric D. Madden*___                By: ___*/s/ Rob Charles*___
Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)     3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                Las Vegas, Nevada 89169-5996
Houston, Texas 77010                 (702) 949-8320(telephone)
(713) 333-5100 (telephone)             (702) 949-8321(facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for USACM*
*Liquidating Trust*                  *Counsel for USACM Liquidating Trust*

3

1

## CERTIFICATE OF SERVICE

2      I hereby certify that a true and correct copy of the foregoing Motion has been

3    served on April 26, 2007, by electronic transmission and by United States Mail, first class,

4    postage prepaid and properly addressed to counsel for Kreg Rowe at the following

5

6    address:

7              Kaaran Thomas
               McDonald Carano Wilson, LLP
8              100 West Libert Street, 10th Floor
               Reno, NV 89505
9              kthomas@mcdonaldcarano.com

10                                              /s/ Eric D. Madden

11                                          Eric D. Madden

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

75

B254 (5/92) Subpoena for Rule 2004 Examination

# United States Bankruptcy Court
### DISTRICT OF NEVADA

IN RE

USA COMMERCIAL MORTGAGE COMPANY,
USA CAPITAL REALTY ADVISORS, LLC,
USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,
USA CAPITAL FIRST TRUST DEED FUND LLC,
USA SECURITIES, LLC,

DEBTORS.

AFFECTS: ALL DEBTORS

## SUBPOENA FOR RULE 2004 EXAMINATION

CASE NOS.   BK-S-06-10725 LBR
            BK-S-06-10726 LBR
            BK-S-06-10727 LBR
            BK-S-06-10728 LBR
            BK-S-06-10729 LBR

JOINTLY ADMINISTERED UNDER
CASE NO. BK-S-06-10725-LBR

TO:    Kreg Rowe
       c/o Kaaren Thomas
       McDonald Carano Wilson LLP
       100 West Liberty Street, 10th Floor
       Reno, NV 89505

**X** YOU ARE COMMANDED to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, pursuant to the attached court order, regarding the following topics at the place, date and time specified below:

## SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| ESQUIRE DEPOSITION SERVICES<br>1 EAST LIBERTY STREET, 6TH FLOOR<br>RENO, NEVADA 89504 | May 24, 2007 at 10:00 A.M.<br>(or such other mutually agreeable<br>date and/or time) |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

## SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

| PLACE | DATE |
|---|---|
| ESQUIRE DEPOSITION SERVICES<br>1 EAST LIBERTY STREET, 6TH FLOOR<br>RENO, NEVADO 89504 | May 18, 2007 at 10:00 A.M.<br>(or such other mutually agreeable<br>date and/or time) |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| _[signature]_<br>Special Litigation Counsel for the USACM Liquidating Trust | May 4, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ERIC D. MADDEN
DIAMOND MCCARTHY LLP
1201 ELM STREET, 34TH FLOOR
DALLAS, TEXAS 75270
(214) 389-5306

{00365037;}

1

E-Filed on 04/26/07

2    **DIAMOND MCCARTHY LLP**
     909 Fannin, Suite 1500
3    Houston, Texas 77010
     Telephone (713) 333-5100
     Facsimile (713) 333-5199

4    Allan B. Diamond, TX State Bar No. 05801800
     Email: adiamond@diamondmccarthy.com
     Eric D Madden, TX State Bar No. 24013079
5    Email: emadden@diamondmccarthy.com

6    Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw com

Counsel for USACM Liquidating Trust

7              **UNITED STATES BANKRUPTCY COURT**
8                      **DISTRICT OF NEVADA**

9    In re:

10   USA COMMERCIAL MORTGAGE
     COMPANY,

11   USA CAPITAL REALTY ADVISORS,
     LLC,

12
     USA CAPITAL DIVERSIFIED TRUST
13   DEED FUND, LLC,

14   USA CAPITAL FIRST TRUST DEED
     FUND, LLC,

15
     USA SECURITIES, LLC,
16                              Debtors.

17   **Affects:**
     ☐ All Debtors
18   ☒ USA Commercial Mortgage Company
     ☐ USA Capital Realty Advisors, LLC
19   ☐ USA Capital Diversified Trust Deed Fund, LLC
     ☐ USA Capital First Trust Deed Fund, LLC
20   ☐ USA Securities, LLC

21

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
BRETT SEABERT TO APPEAR FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

22

23        Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24   Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Brett

25   Seabert ("Seabert") to appear, as set forth in the subpoena to be issued under Federal Rule

26   of Bankruptcy Procedure 9016, to appear for examination at the office of Esquire

                                    **B-12**                          114279_1 DOC

Deposition Services, 1 East Liberty Street, 6th Floor, Reno, Nevada 89504, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than May 25, 2007 (or at such other mutually agreeable location, date, and time) and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

## Memorandum

The Movant seeks information concerning various transactions and other dealings between (1) Seabert and affiliated entities under his direct or indirect ownership and/or control; and (2) USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. The Movant seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The requested discovery from Seabert is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . . any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

---

[1] FED. R. BANKR. P. 2004(b).

1

## **Conclusion**

2

Accordingly, the Movant requests that this Court enter the form of order submitted

3

with this Motion.

4

Dated: April 26, 2007.

5

6      **DIAMOND MCCARTHY LLP**                  **LEWIS AND ROCA LLP**

7

8
By: ___/s/ Eric D. Madden_____          By: ___/s/ Rob Charles_____
9      Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
William I. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
10     Eric D. Madden, TX 24013079 (pro hac vice)      3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                          Las Vegas, Nevada 89169-5996
11     Houston, Texas 77010                            (702) 949-8320(telephone)
(713) 333-5100 (telephone)                      (702) 949-8321(facsimile)
12     (713) 333-5199 (facsimile)

13

14     *Special Litigation Counsel for USACM*
*Liquidating Trust*                             *Counsel for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been served on April 26, 2007, by electronic transmission and by United States Mail, first class, postage prepaid and properly addressed to counsel for Brett Seabert at the following address:

> Kaaran Thomas
> McDonald Carano Wilson, LLP
> 100 West Libert Street, 10ᵗʰ Floor
> Reno, NV 89505
> kthomas@mcdonaldcarano.com

                              */s/ Eric D. Madden*
                              Eric D. Madden

4