# EXHIBIT E

# DIAMOND McCARTHY LLP
### Attorneys & Counselors

Renaissance Tower | 1201 Elm Street, 34th Floor | Dallas, TX 75270 | Phone: 214.389.5300 | Fax: 214.389.5399

Writer's Direct Dial Number
(214) 389-5306

Email Address
emadden@diamondmccarthy.com

April 25, 2007

**VIA FACSIMILE**
**AND CERTIFIED MAIL**

Nevada State Bank
Attn: Patricia Bell
750 East Warm Springs Road
Las Vegas, Nevada 89119

      Re:    *In re USA Commercial Mortgage Company*, Case No. BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada

Dear Ms. Bell:

      My firm is special litigation counsel to the USACM Liquidating Trust ("Trust") in the above-referenced matter. The Trust recently served a Rule 2004 subpoena (the "Subpoena") upon you, seeking a production of certain documents and an examination of a designated corporate representative.

      Please be advised that the Trust will not enforce those document requests in Exhibit "B" to the Subpoena that are unrelated to the Debtors (as that term is defined therein), USA Investment Partners, LLC ("USAIP"), and those entities in which USAIP or USA Commercial Mortgage Company ("USACM") is the managing or majority member. Such requests are hereby withdrawn. The Trust, however, expressly reserves the right to make the same or similar requests in the future, pursuant to Rule 2004 or otherwise. In the meantime, you should nonetheless comply with all document requests in Exhibit "B" related to the Debtors, USAIP, and those entities in which USAIP or USACM is the managing or majority member.[1]

      Thank you in advance for your cooperation in connection with the Subpoena. Please call me if you have any questions.

Very truly yours,

*Eric D. Madden /by permission prp*

Eric D. Madden

Enclosure

---

[1] A list of such entities is attached hereto as Exhibit "A."

1140414

Diamond McCarthy Taylor Finley & Lee LLP
Houston | Two Houston Center | 909 Fannin, Suite 1500 | Houston, TX 77010 | Phone: 713.333.5100 | Fax: 713.333.5199
Austin | 6504 Bridgepoint Parkway | Suite 400 | Austin, TX 78730 | Phone: 512.617.5200 | Fax: 512.617.5299
www.diamondmccarthy.com

Diamond McCarthy LLP

Nevada State Bank
April 25, 2007
Page 2

cc: Geoffrey Berman
 Allan Diamond
 Bill Reid
 Rob Charles
 John Moe
 Kaaran Thomas

1140414

## EXHIBIT "A"

- Amblano, LLC (88-0470332)
- Ashby USA, LLC (33-0957056)
- Aware TM 30850, LLC (20-0037277)
- Blue Vale, LLC (88-04794856)
- California Desert, LLC (81-0596111)
- Clemency, LLC (45-0519541)
- Cornman Toltec 160, LLC
- FWY 101 USA Investors, LLC (20-1416063)
- Happy Valley, LLC (52-2351260)
- Haspinov, LLC (88-0470331)
- HMA Management, LLC (52-2337742)
- HMA Sales, LLC (88-0482521)
- Housing Partners, LLC (88-0458372)
- Indian Wells California Partners, LLC (88-0380270)
- Institutional Equity Partners, LLC (88-0381081)
- Lucid Land Development, LLC (20-0597445)
- Mojave Advertising, LLC (45-0470403)
- Nevada Technology Networks, LLC (01-0691118)
- Opaque Land Development, LLC (86-1086385)
- PerUSA, LLC (88-0439031)
- Placer County Land Investors, LLC (formerly Placer County Land Speculators, LLC)
- Random Developments, LLC
- Ravenswood Apply Valley, LLC (74-3107137)
- Reno Design Center, LLC (88-0472815)
- Soda Flats Land Company, LLC (74-3107138)
- Southern California Land Development, LLC (57-1187507)
- Sparks Galleria Investors, LLC
- Sugartree, LLC (88-0439918)
- Tanamera Commercial Development, LLC (88-0489735)
- Tanamera Development, LLC (88-0470336)
- Tanamera Homes, LLC (88-0470335)
- Tanamera Residential, LLC (57-1187512)
- TJA Marketing, LLC (88-0463380)
- Toblak, LLC (20-1060932)
- Tree Moss Partners, LLC (88-0497780)
- Twelve Horses North America, LLC (75-3019988)
- USA Capital Diversified Trust Deed Fund, LLC (88-0451664)
- USA Capital First Trust Deed Fund, LLC (88-0491003)
- USA Capital Mortgage, LLC (52-2351258)
- USA Capital Realty Advisors, LLC (88-0487302)
- USA Capital Secured Income Fund, LLC (52-2362722)
- USA Capital Specialty Finance, LLC (52-2351781)
- USA Commercial Mortgage Company (88-0244801)

- USA Investors II, LLC (88-0420175)
- USA Investors III, LLC (88-0420177)
- USA Investors VI, LLC 81-0596104)
- USA Securities, LLC (88-0482518)
- Vegas Hot Spots, LLC (52-2353108)