1    Kaaran Thomas (State Bar No. 7193)    Electronically Filed May 11, 2007
     McDonald Carano Wilson, LLP
2    2300 West Sahara Avenue
     No. 10, Suite 1000
3    La Vegas, Nevada 89102
     Telephone No.: 702.873.4100
4    Fax No.: 702.873.9966

5    Attorneys for Kreg Rowe, et. al.

6                  UNITED STATES BANKRUPTCY COURT

7                        DISTRICT OF NEVADA

8

9    In re                                    Case No.  BK-S-06-10725-LBR
                                              Case No.  BK-S-06-10726-LBR
10   USA COMMERCIAL MORTGAGE               Case No.  BK-S-06-10727-LBR
     COMPANY,                                 Case No.  BK-S-06-10728-LBR
11                                            Case No.  BK-S-06-10729-LBR
     USA CAPITAL REALTY
12   ADVISORS, LLC,                           CHAPTER 11

13   USA CAPITAL DIVERSIFIED              (Jointly Administered Under
     TRUST DEED FUND LLC,                     Case No. BK-S-06-10725-LBR)
14
     USA CAPITAL FIRST TRUST
15   DEED FUND LLC,

16   USA SECURITIES, LLC,                     **DECLARATION OF BRETT SEABERT IN**
                                              **SUPPORT OF MOTION TO QUASH**
17        Debtors.                            **SUBPOENAS DIRECTED TO WELLS**
                                              **FARGO BANK, N.A., WELLS FARGO**
18   Affects:                                 **BANK OF NEVADA, NEVADA STATE**
     ☒ All Debtors                            **BANK, JP MORGAN CHASE, BANK OF**
19   : USA Commercial Mortgage Company        **THE WEST, OPPENHEIMER FUNDS,**
     : USA Capital Realty Advisors, LLC       **BANK OF AMERICA, AND CITY BANK, OR**
20   : USA Capital Diversified Trust Deed     **IN THE ALTERNATIVE, MOTION FOR**
     Fund, LLC                                **PROTECTIVE ORDER**
21   : USA Capital First Trust Deed Fund,
     LLC
22   : USA Securities, LLC

23

24   STATE OF NEVADA          )
                              ) ss.
25   COUNTY OF WASHOE         )

26        I, BRETT SEABERT, being first duly sworn, do hereby swear under

27   penalty of perjury that the assertions contained in this affidavit are true and

28   correct.

1    1.    I am over the age of eighteen (18) years. I have personal knowledge

2 of the facts stated within this affidavit. If called as a witness, I would be

3 competent to testify to these facts.

4    2.    I am the Chief Financial Officer, Chief Operating Officer and

5 minority owner of Tanamera Commercial Development, LLC, a position I have

6 held for nearly six years. I am familiar with the ownership interests and

7 financial records of the various Movant entities.

8    3.    The Debtors never had an ownership interest in any of the Movant

9 companies. Rather, USA Investment Partners, LLC ("USAIP"), which is not a

10 Debtor in this action, has or had an ownership interest in 13 of the 51 Movant

11 companies. Several of these are no longer active.

12    4.    To the best of my knowledge and belief, the following Movant

13 entities have never received a loan or any type of funding from USACM. In

14 addition, USAIP has never been an owner or member of the following entities:

15 B&L Investments, Inc.

16 Caughlin Club Management Partners, LLC

17 Caughlin Club Real Property Investors, LLC

18 CCRE Investors, LLC

19 Chardonnay Village Investors, LLC

20 Classic Residences, LLC

21 Comstock Village Investors, LLC

22 DDH Financial Corp

23 Diamond Village Investors 11, LLC[1]

24 Diamond Village Investors 1 & 12, LLC

[1] The Subpoenas seek private financial records for "Diamond Village Investors, LLC." No such entity exists. However, because the subpoenaed Banks might confuse the entity names, Diamond Village Investors 11, LLC and Diamond Village Investors 1 & 12, LLC join in this motion.

2

1    Double Diamond Management Company, LLC

2    Emigh Investments, LLC

3    Equus Management Group

4    Homewood Village Investors, LLC

5    La Hacienda Land Investors, Inc.

6    Longley Town Centre, LLC[2]

7    Longley Professional Campus, LLC

8    The Meadows Investors, LLC

9    Monticello Investors, LLC

10    Mountainview Campus Investors, LLC

11    MP Tanamera, LLC

12    Rowe Family Trust

13    RTTC Communications, LLC

14    Sierra Vista Investors, LLC

15    Sparks Galleria Investors II, LLC

16    TCD Financial Corp.

17    TCD Land Investments, LLC

18        5.    Some of the Movant entities have received loans from or brokered by

19    USACM, but most of those loans have been fully repaid.    For example, the

20    following entities received loans which have now been repaid:  Double Diamond

21    
_____

22    [2]    Although USAIP does not hold an ownership interest in this entity, it did serve a roll as a
manager at some point in time.  USAIP also served as a manager, directly or indirectly, in the
23    following:  Cabernet Highlands, LLC, Foothill Commerce Center, LLC, Longley Professional
Campus, LLC, Mountainview Campus Investors, LLC, Preserve at Galleria, LLC, Reno Corporate
24    Center, LLC, Reno Design Center, LLC, RTTC Communications, LLC, Sandhill Business
Campus, LLC, Sierra Vista Investors, LLC, South Meadows Commercial Property, LLC,
25    Tanamera Commercial Development, LLC, Tanamera Corporate Center, LLC, TRP Fund
Managers, LLC fka Tanamera Development, LLC, Tanamera Resort Condominiums, LLC,
26    Tanamera Resort Partners, LLC, Vineyard Highlands, LLC, The Vineyard Investors, LLC,
Vineyard Professional Campus, LLC, Waterford Partners, LLC, and Wyndgate Partners II, LLC.

27    

28    

3

1  Homes, LLC, Foothill Commerce Center, LLC, Miners Village Investors, LLC,
2  Pioneer Village Investors, LLC, Preserve at Galleria, LLC, Reno Corporate Center,
3  LLC, Sandhill Business Campus, LLC, South Meadows Commercial Property,
4  LLC, South Meadows Office Investors, LLC, Sparks Galleria Investors, LLC,
5  Tanamera Homes, LLC, Tanamera Resort Condominiums, LLC, The Vineyard
6  Investors, LLC, Waterford Partners, LLC, Wyndgate Partners, II, and Wyndgate
7  Village Investors, LLC[3].  Even for the remaining entities that have not yet repaid
8  their loans, they similarly should not be subject the intrusive subpoenas into
9  their personal financial data merely because of their status as borrowers.[4]

10      6.      With respect to those entities for which USAIP, not the Debtors,
11  have or had a direct membership interest, their private financial records
12  similarly should not be the subject of these abusive subpoenas.  Those entities
13  are as follows:

14      Cabernet Highlands, LLC (indirect) [5]
15      Double Diamond Management Company, LLC
16      Preserve at Galleria, LLC[6]
17      Reno Design Center, LLC
18      South Meadows Office Investors, LLC
19      Sparks Galleria Investors, LLC[7]

20

[3] The Subpoenas seek private financial records to "Wyndgate Investors, LLC." No such entity
21  exists.  However, because the subpoenaed Banks might confuse the entity names, Wyndgate
Village Investors, LLC joins in this motion.
22

[4] Only two currently have loans outstanding to USACM: Cabernet Highlands, LLC and Tanamera
23  Commercial Development, LLC.  (Id.)  Tanamera Commercial Development, LLC has been
informed that the loan was transferred to USAIP a number of years ago.
24

[5] The term "indirect" means that USAIP has an interest in this entity only because of its
25  ownership interest in a member of Cabernet Highlands, LLC.  Other indirect ownership interests
are also noted.
26

[6] USAIP's interest in this entity was sold in April 2006.
27

[7] USAIP's interest in this entity was sold in April 2006.
28

4

1    Tanamera Commercial Development, LLC

2    Tanamera Corporate Center, LLC (indirect)

3    TRP Fund Managers, LLC fka Tanamera Development, LLC

4    Tanamera Resort Partners, LLC[8] (indirect)

5    Vineyard Highlands, LLC

6    Vineyard Professional Campus, LLC (indirect)

7    Wyndgate Partners II, LLC

8         7.    The subpoenas also go so far as to seek the personal financial

9    records of several employees of the Movant entities. Movants Kreg Rowe, Brett

10   Seabert, Kraig Knudsen, Joe Lopez and Mike Efstratis are employed by

11   Tanamera Commercial Development, LLC.

12        8.    Despite a history of negotiations and cooperation between me, Kreg

13   Rowe and counsel for the Trust, none of the Movants were notified that records

14   related to Movants were the subject of a Subpoena in Nevada nor were courtesy

15   copies provided to the our counsel.

16        Date: _MAy 3, 2007_

17

18        _Brett Seabert_

         Brett Seabert

19

20

21

22

23

24

25

26   _____
     [8] USAIP's interest in Tanamera Resort Partners, LLC is less than 1/10th of 1%. TRP Fund
27   Managers, LLC, which is 66 2/3 owned by USAIP, invested a mere $50,000 of the total $49.2
     million of total capital contributions into this entity.

28

                                        5