Kaaran Thomas (State Bar No. 7193)  
McDonald Carano Wilson, LLP  
2300 West Sahara Avenue  
No. 10, Suite 1000  
La Vegas, Nevada 89102  
Telephone No.: 702.873.4100  
Fax No.: 702.873.9966  

Electronically Filed May 11, 2007

Attorneys for Kreg Rowe, et. al.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>　　Debtors.<br><br>Affects:<br>☒ All Debtors<br>　USA Commercial Mortgage Company<br>　USA Capital Realty Advisors, LLC<br>　USA Capital Diversified Trust Deed Fund, LLC<br>　USA Capital First Trust Deed Fund, LLC<br>　USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under Case No. BK-S-06-10725-LBR)<br><br>**CERTIFICATE OF ATTEMPTS TO CONFER RE MOTION OF KREG ROWE ET. AL, TO QUASH SUBPOENAS (INSOFAR AS SUBPOENA SEEKS RECORDS OF THE ABOVE LISTED ENTITIES AND INDIVIDUALS) DIRECTED TO WELLS FARGO BANK, N.A., WELLS FARGO BANK OF NEVADA, NEVADA STATE BANK, JP MORGAN CHASE, BANK OF THE WEST, OPPENHEIMER FUNDS, BANK OF AMERICA, AND CITY BANK, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER** |

I HEREBY CERTIFY that On April 23, 2007, upon receipt of the Wells Fargo subpoena described in the Motion to Quash I emailed the letter attached hereto as Exhibit "A" to Eric Madden, counsel for the USACM Liquidating Trust, and to Brigid Higgins, counsel for the USAIP trustee. The letter contains an offer to resolve our clients' disputes. Mr. Madden did not reply to my offer. On May 5

1  I sent another email to Mr. Madden, informing him of our intent to file this
2  Motion and asking him to withdraw the subpoenaes.
3      These efforts constitute a good faith attempt to confer to resolve the issues
4  raised in the Motion

6  DATED: May 4, 2007          MCDONALD CARANO WILSON, LLP

                              By: _____
                                  Kaaran E. Thomas
                                  Attorneys for Movants

1
2    EXHIBIT "A"
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26    EXHIBIT "A"
27
28



# McDONALD·CARANO·WILSON

April 23, 2007

Eric D. Madden, Esq
Diamond McCarthy LLP
1201 Elm Street
34th Floor
Dallas, Texas 75270
via email: emadden@diamondmccarthy.com

Brigid Higgins, Esq
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, Nevada 89102
via email: bmh@gordonsilver.com

    Re:    In re USA Commercial Mortgage Company
            Post-Bankruptcy 2004 Orders and Related Subpoenas to Wells Fargo Bank, N A,
            <u>Nevada State Bank, N.A., JP Morgan Oppenheimer Funds and Bank of America</u>

Dear Eric and Brigid:

    We were surprised to learn of the above-referenced subpoenas that seek private banking information regarding our clients listed below:

B & L Investments, Inc.
Cabernet Highlands, LLC
Caughlin Club Management Partners, LLC
Caughlin Club Real Property Investors, LLC
CCRE Investors LLC
Chardonnay Village Investors, LLC
Classic Residences, LLC
Comstock Village Investors, LLC
DDH Financial Corp
Diamond Village Investors 11, LLC
Diamond Village Investors 1 & 12, LLC
Double Diamond Homes, LLC
Double Diamond Management Company, LLC
Emigh Investments, LLC
Equus Management Group, Inc
Foothill Commerce Center, LLC

---

100 WEST LIBERTY ST, 10TH FLOOR
RENO, NEVADA 89501

P.O. BOX 2670 RENO, NEVADA 89505
775-788-2000 • FAX 775-788-2020

ATTORNEYS AT LAW



www.mcdonaldcarano.com

2300 WEST SAHARA AVENUE
NO 10, SUITE 1000
LAS VEGAS, NEVADA 89102
702-873-4100
FAX 702-873-9966


McDONALD CARANO WILSON

Page 2
April 23, 2007

Homewood Village Investors I, LLC
La Hacienda Land Investors, Inc
Longley Town Centre, LLC
Longley Professional Campus, LLC
The Meadows Investors, LLC
Miners Village Investors, LLC
Monticello Investors, LLC
Mountainview Campus Investors, LLC
MP Tanamera, LLC
Pioneer Village Investors, LLC
Preserve at Galleria, LLC
Reno Corporate Center, LLC
Reno Design Center, LLC
Rowe Family Trust
RTIC Communications, LLC
Sandhill Business Campus, LLC
Sierra Vista Investors, LLC
South Meadows Commercial Property, LLC
South Meadows Office Investors, LLC
Sparks Galleria Investors, LLC
Sparks Galleria Investors II, LLC
Tanamera Commercial Development, LLC
Tanamera Corporate Center, LLC
Tanamera Development, LLC
Tanamera Homes, LLC
Tanamera Resort Condominiums, LLC
Tanamera Resort Partners, LLC
TCD Financial Corp
TCD Land Investments, LLC
Vineyard Highlands, LLC
The Vineyard Investors, LLC
Vineyard Professional Campus, LLC
Waterford Partners, LLC
Wyndgate Partners, II, LLC
Wyndgate Village Investors, LLC
Michael Efstratis
Kraig Knudsen
Joe Lopez
Kreg Rowe
Brett Seabert

("Clients")

208997



McDONALD CARANO WILSON

Page 3
April 23, 2007

Since you were aware that several of these Clients were represented by our firm, and since Mssrs. Rowe and Seabert spent several hours with you and other parties involved in the USA Commercial Mortgage Company and USA Diversified Deed Trust Fund cases discussing their knowledge of Mssrs. Hantges and Milanowski, we would have expected you to contact us prior to issuing these subpoenas, which on their face lumped our clients into a group that included Mssrs. Hantges and Milanowski who are alleged criminals.

However, in an effort on our part to cooperate and to mitigate damages, and prior to filing a Motion to Quash, we suggest the following:

You organize a meeting or meetings with a representative of USAIP and our clients in our Reno office at mutually agreeable times to discuss evidence you have of specific transfers of funds into the accounts of our clients listed on the subpoenas upon which USACM, the Diversified Trust Deed Fund or USAIP have a claim. We will produce records or explanations regarding these particular transfers assuming they are in our possession and control. We will also provide our clients' affidavits or declarations regarding their knowledge of the facts relating to these particular transfers.

Since a number of the entities that are covered by your subpoena are entities in which only USAIP had an interest, we are sending this letter to counsel for the Chapter 11 Trustee of USAIP, Alleged Debtor, as well. As you know, there is an automatic stay in effect protecting USAIP from actions to exercise control over their assets. Your subpoena appears to accomplish such control. Accordingly, our participation in the process outlined above is conditioned upon the prior express written approval of USAIP.

We look forward to hearing from you regarding this proposal within 24 hours.

Regards,

Kaaran E. Thomas, Esq.

cc: Geoffrey Berman
gberman@gsi.biz
Development Specialist, Inc
333 South Grand Avenue, Suite 4070
Los Angeles, CA  90071
(Trustee for USACM)

208997