Kaaran Thomas (State Bar No. 7193)  Electronically Filed May 11, 2007
McDonald Carano Wilson, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas, Nevada 89102
Telephone No.: 702.873.4100
Fax No.: 702.873.9966

Attorneys for Kreg Rowe, et. al.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>　　Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under<br>Case No. BK-S-06-10725-LBR)<br><br><br>**NOTICE OF HEARING ON MOTION FOR MOTION TO QUASH SUBPOENAS DIRECTED TO WELLS FARGO BANK, N.A., WELLS FARGO BANK OF NEVADA, NEVADA STATE BANK, JP MORGAN CHASE, BANK OF THE WEST, OPPENHEIMER FUNDS, BANK OF AMERICA, AND CITY BANK, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**<br><br>**Hearing Date:    June 15, 2007**<br>**Hearing Time:    1:30 p.m.** |

**PLEASE TAKE NOTICE** that, on June 15, 2007 at 1:30 p.m., in Courtroom 1 of the United States Bankruptcy Court (the "Court"), located at Foley Federal Bldg., Las Vegas, Nevada, the Honorable Linda B. Riegle will conduct a hearing on the "**Motion To Quash Subpoenas Directed To Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP**

209934                                                       1

Morgan Chase, Bank Of The West, Oppenheimer Funds, Bank Of America, And City Bank, Or In The Alternative, Motion For Protective Order".

Oppositions to the motions must be filed and service must be completed on the movant no later than 15 days after the motions were served except as provided by LR 3007(b) and LR 9006.

**Pursuant to Local Rule 9014 of the United States Bankruptcy Court for the District of Nevada, if you object to the relief requested, you *must* file a timely WRITTEN response to the Motion to which you object with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**

- *The court may refuse to allow you to speak at the scheduled hearing; and*

- *The court may rule against you without formally calling the matter at the hearing.*

- *The court may not conduct the hearing.*

**THE ORDERS ENTERED WITH RESPECT TO THE MOTIONS WILL BECOME FINAL WITHOUT FURTHER HEARING IF NO TIMELY OBJECTION IS FILED AND SERVED AS REQUIRED BY LOCAL RULE OF BANKRUPTCY PROCEDURE 9014 AND THIS NOTICE.**

DATED this 11th day of May, 2007.

        McDONALD CARANO WILSON LLP

        By  /s/ Kaaran E. Thomas
           Nevada Bar No. 7193
           2300 West Sahara Avenue
           No. 10, Suite 1000
           Las Vegas, Nevada 89102
           Telephone No.: 702.873.4100

        Attorneys for Kreg Rowe, et. al.

209483

2