Entered on Docket
May 13, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | ) Chapter 11 Cases ) Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | ) |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | ) Date: June 15, 2006 ) Time: 10:00 a.m. ) **Affecting:** ) ☐ All Cases |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ) or Only: ) ☒ USA Commercial Mortgage Company ) ☐ USA Capital Realty Advisors, LLC ) ☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** 06-10729          Debtors. | ) ☐ USA Capital First Trust Deed Fund, LLC ) ☐ USA Securities, LLC |

**ORDER APPROVING STIPULATION RE AMENDED CLAIMS OF DANIEL OBERLANDER**

1830232.1

The Amended Stipulation by and between USACM Liquidating Trust (the "USACM Trust") and Daniel Oberlander ("Oberlander") came before the Court for consideration, and good cause appearing, it is

ORDERED:

1. The Amended stipulation [ DE     ] is approved;

2. Claim Nos. 10725-00762 and 10725-00952 filed by Oberlander as unsecured priority claims be and hereby are disallowed in their entirety on the ground that they have been amended and superseded by Claim No. 10725-00969;

3. The USACM Trust objection to Claim No. 10725-00969 is withdrawn; and

4. Claim No. 10725-00969 be and hereby is allowed in the amount of $1,482.58 as an unsecured priority claim pursuant to 11 U.S.C. 507(a)(4) in full satisfaction of Claim No. 10725-00969 and the scheduled claim listed on Schedule F of the Schedule of Assets and Liabilities filed by the Debtor.

###

**SUBMITTED BY:**

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**GOOLD PATTERSON ALES & DAY**

By: /s/ KJB (#6238)
Kelly J. Brinkman, NV 6238
4496 S Pecos Road
Las Vegas, NV 89121
Telephone (702) 436-2600
Facsimile (702) 436-2650
kbrinkman@gooldpatterson.com
*Attorneys for Daniel Oberlander*

1830232.1