**Entered on Docket
May 14, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Facsimile No.(702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail:  rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail:  sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under Case |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | No. BK-S-06-10725-LBR |
| | |
| USA SECURITIES, LLC. | |
| Debtors. | **STIPULATED ORDER RE NOTICE OF AMENDED SCHEDULES AND DEADLINE TO FILE PROOFS OF CLAIM** |
| Affects: | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

219501.1

The USACM Liquidating Trust (the "USACM Trust"), USA Commercial Mortgage Company ("USACM"), and the Office of the United States Trustee, stipulated to entry of this order. Based upon the stipulation of the parties, the Court finds as follows,

These Chapter 11 bankruptcy cases were commenced by the filing of voluntary petitions on April 13, 2006.

On June 15, 2006, USACM filed its original Schedules of Assets and Liabilities (DE 682). On June 23, 2006, USACM filed its first set of amendments to the Schedules (DE 784).

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (DE 2376).

After the filing of the June 2006 Schedules, and before the Plan was confirmed, USACM obtained additional information with respect to the nature of claims listed on the Schedules, those that should be listed as disputed, and those that were in incorrect amounts.

Schedule F-1 was the Schedule of Sums Owed to Direct Lenders for unremitted principal. As USACM refined its analysis, the amount shown as unremitted principal on direct lender monthly statements were revised.

On March 7, 2007, USACM filed second amendments to the Schedules which replaced all previously filed Schedules E, F, F-1, and G, and created a new Schedule F-2 (DE 3002).

The new amendments were filed to make the following changes:

- Schedule E was amended to list the claims of former USACM loan brokers as "disputed" claims where they had previously not been listed as disputed.
- Schedule F was amended to list certain claims as "disputed" where they had not been listed as disputed.

- Schedule F-1 was amended to list certain claims as "disputed" and to revise the amounts of many of the unremitted principal claims to match the amounts shown on the direct lender monthly investor statements.

- Schedule F-2 was added to list claims that are based on checks drawn from USACM's collection account that were returned unpaid to the payees shortly after the date of the bankruptcy filings.

- Schedule G was amended to remove all loan servicing agreements in accordance with the plan and confirmation order.

On March 20, 2007, USACM filed third amendments to Schedule F-1 (DE 3188) to add four claims to Schedule F-1 that were erroneously omitted from the second amendment to schedules. There were no other changes in the third amendment.

The parties affected adversely by the amendments after confirmation of the plan are those whose claims are now listed as "disputed" and those with claim amounts that were amended and shown in lower amounts. Hereafter, these are the "Affected Claimants."

Bankruptcy Rule 1009(a) requires that notice of amended schedules be given "to any entity affected thereby." However, fundamental principles of due process require that a creditor be advised when a claim is no longer listed as undisputed or liquidated in light of the provisions of Bankruptcy Rule 3003(b)(1).

The Court has discretion to set the time within which proofs of claim may be filed pursuant to Bankruptcy Rule 3003(c)(3). Given the pendency of these cases, the thousands of proofs of claim which have already been filed, and the post-confirmation nature of this proceeding, the opportunity to file a proof of unsecured claim or an amended proof of unsecured claim within 30 days after service of notice of the amendment is sufficient to satisfy principles of due process.

Good cause appearing,

IT IS ORDERED that the Affected Claimants shall be provided notice of the amendments and of the entry of this order and of the opportunity to file a proof of

219501.1

unsecured claim (or an amended proof of claim). The deadline for such proof of claim shall be 30 days from the date of service of the notice.

                                                    United States Bankruptcy Judge
                                                    District of Nevada

So Stipulated by:

**LEWIS AND ROCA LLP**

By /s/ Rob Charles (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Email: SFreeman@LRLaw.com
Rob Charles, NV 6593
Email: RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

4

219501.1

LEWIS AND ROCA LLP LAWYERS

**SCHWARTZER & McPHERSON**

By: /s/
Lenard E. Schwartzer
lschwartzer@s-mlaw.com
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Attorneys for *USA Commercial Mortgage Company*

and

**RAY QUINNEY & NEBEKER P.C.**
Annette W. Jarvis, Esq.
ajarvis@RQN.com
Steven C. Strong, Esq.
sstrong@RQN.COM
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145
Attorneys for *USA Commercial Mortgage Company*

**OFFICE OF THE UNITED STATES TRUSTEE**

By:_____
August B. Landis
augie.landis@usdoj.gov
Attorney Adviser
Suite 4300
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

5

219501.1

LEWIS AND ROCA LLP
LAWYERS

**SCHWARTZER & McPHERSON**

By: _____
Lenard E. Schwartzer
lschwartzer@s-mlaw.com
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Attorneys for *USA Commercial Mortgage Company*

and

**RAY QUINNEY & NEBEKER P.C.**
Annette W. Jarvis, Esq.
ajarvis@RQN.com
Steven C. Strong, Esq.
sstrong@RQN.COM
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145
Attorneys for *USA Commercial Mortgage Company*

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
August B. Landis
augie.landis@usdoj.gov
Attorney Adviser
Suite 4300
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

5