| | |
|---|---|
| Kaaran Thomas (State Bar No. 7193)<br>McDonald Carano Wilson, LLP<br>2300 West Sahara Avenue<br>No. 10, Suite 1000<br>Las Vegas, Nevada 89102<br>Telephone No.: 702.873.4100<br>Fax No.: 702.873.9966 | Electronically Filed May 14, 2007 |

Attorneys for Kreg Rowe, et. al.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors. | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under<br>Case No. BK-S-06-10725-LBR) |
| Affects:<br>☒  All Debtors<br>:  USA Commercial Mortgage Company<br>:  USA Capital Realty Advisors, LLC<br>:  USA Capital Diversified Trust Deed Fund, LLC<br>:  USA Capital First Trust Deed Fund, LLC<br>:  USA Securities, LLC | **CERTIFICATE OF SERVICE**<br><br>**Hearing Date:   June 15, 2007**<br>**Hearing Time:   1:30 p.m.** |

    I hereby certify that I am an employee of McDONALD CARANO WILSON LLP.  That I am, and was when the herein described service took place, a citizen of the United States, over 21 years of age, and not a party to, nor interested in, the within action.

    On May 11, 2007, the following documents were electronically filed and served through the U.S. Bankruptcy Court:

210593                               1

- Motion Of Kreg Rowe Et. Al, To Quash Subpoenas (Insofar As Subpoena Seeks Records Of The Above Listed Entities And Individuals) Directed To Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP Morgan Chase, Bank Of The West, Oppenheimer Funds, Bank Of America, City Bank, Kreg Rowe, Brett Seabert, Or In The Alternative, Motion For Protective Order

- Declaration of Brett Seabert In Support of Motion To Quash Subpoenas Directed To Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP Morgan Chase, Bank Of The West, Oppenheimer Funds, Bank Of America, And City Bank, Or In The Alternative, Motion For Protective Order

- Certificate Of Attempts To Confer Re Motion Of Kreg Rowe Et. Al, To Quash Subpoenas (Insofar As Subpoena Seeks Records Of The Above Listed Entities And Individuals) Directed To Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP Morgan Chase, Bank Of The West, Oppenheimer Funds, Bank Of America, And City Bank, Or In The Alternative, Motion For Protective Order

- Notice Of Hearing On Motion For Motion To Quash Subpoenas Directed To Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP Morgan Chase, Bank Of The West, Oppenheimer Funds, Bank Of America, And City Bank, Or In The Alternative, Motion For Protective Order

I hereby certify the assertions of this certificate are true, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 14th day of May, 2007.

By  /s/  Maria L. Morton
An Employee of McDonald Carano Wilson LLP

210593                                              2