Rec'd by CA
5/14/07

1  CRAIG ORROCK PRO PER
   3990 VEGAS DRIVE
2  LAS VEGAS, NEVADA 89108

3  APPEARING PRO PER

RECEIVED AND FILED

2007 MAY -4  P 1:51

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Adversary No. 06-01256-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED NOTICE OF HEARING FOR PROTECTIVE ORDER** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| USA COMMERCIAL MORTGAGE COMPANY, a Chapter 11 Debtor, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, a Chapter 11 Debtor,<br>Plaintiffs,<br>-vs-<br>HMA SALES, LLC, a Nevada limited liability company, et al.,<br>Defendants. | Hearing: MAY 31, 2007<br>Time: 1:30 PM |

1

1  COMES NOW CRAIG ORROCK, PRO PER and hereby amends the original notice of
2  hearing on the above entitled matter which was originally scheduled to be heard on June 6, 2007
3  at 1:30 PM was rescheduled and will be heard on: MAY 31, 2007 AT 9:30 AM.
4  DATED this 4th day of May 2007.

*[signature]*

CRAIG ORROCK
3990 VEGAS DRIVE
LAS VEGAS, NV 89108
Ph: 702-491-6961
Fax: 702-920-8014

# CERTIFICATE OF SERVICE

On the 4h day of May 2007 I caused to be served a true and correct copy of the CRAIG ORROCK AMENDED NOTICE OF HEARING ON PROTECTIVE ORDER and this notice by the following means to the persons listed below:

Via Email:
Rob Charles; rcharles@lrlaw.com, cjordan@lrlaw.com
Edward S. Coleman; mail@coleman4law.com
Douglas D. Gerrard; dgerrard@gerrard-cox.com
Wade B. Gochnour; wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
Anne M. Loraditch; ecffilings@beckleylaw.com, aloraditch@beckleylaw.com, pkois@beckleylaw.com
Jeffrey Sylvester; jeff@sylvesterpolednak.com
Russell S. Walker; rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com; rrazo@wklawpc.com; tgrover@wklawpc.com

✓ First-class United States Mail, postage fully prepaid:

USA Commercial Real Estate Group
C/O Victoria Loob, Resident Agent
4525 S. Sandhill Road Suite 114
Las Vegas, NV 89121

\_\_\_\_\_ Personal Service:
\_\_\_\_\_ By direct email (as opposed to through the ECF System):
\_\_\_\_\_ By fax transmission:
\_\_\_\_\_ By messenger:
\_\_\_\_\_ By hand-delivery:

[signature]