# EXHIBIT H

Invoice No.: 1868666                                                                                                   Page 1
Matter No.: 083230.012700

## Description of Professional Services Rendered:

ACTION CODE:    813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/06 | Nancy A. Peterman | Review and comment on draft resolutions relating to T. Allison employment (1.6); review MFIM engagement letter (.6); several telephone conferences with S. Darr re same (1.2). | 3.40 | 1,853.00 |
| 04/04/06 | Nancy A. Peterman | Telephone conference with T. Allison, M. Kehl and S. Darr re engagement issues (1.0); several follow-up calls with S. Darr re additional issues re same (.9). | 1.90 | 1,035.50 |
| 04/05/06 | Kerry E. Carlson | Extensive research on professional compensation structures in District of Nevada (1.0); review all recent chapter 11 case dockets for compensation procedures (1.0); review local rules (.2); research biographical information on Judges in district (.3); prepare memo to N. Peterman summarizing findings (1.0). | 3.50 | 665.00 |
| 04/05/06 | Nancy A. Peterman | Review and comment on engagement letter for USA Commercial. | 0.80 | 436.00 |
| 04/06/06 | Nancy A. Peterman | Prepare email to S. Darr re engagement issues (.5); telephone conference with T. Allison re same (.3). | 0.80 | 436.00 |
| 04/10/06 | Nancy A. Peterman | Exchange several emails with K. Shapiro and R. Tuliano re retention structure (.8); review and analysis of Jay Alix protocol (1.0); review and comment on current draft engagement letter (1.0); several telephone calls with S. Darr re same (.3). | 3.10 | 1,689.50 |
| 04/10/06 | Yolanda Powell | Researched retention applications for CRO to determine scope of CRO engagement. | 4.00 | 700.00 |
| 04/11/06 | Nancy A. Peterman | Review various CRO applications re scope of engagement (forensic accounting) (.3); conference with S. Darr re same (.4). | 0.70 | 381.50 |
| 04/11/06 | Yolanda Powell | Researched appointment of CRO in cases in Reno, NV (1.8); forwarded information to N. Peterman (.2). | 2.00 | 350.00 |
| 04/11/06 | Yolanda Powell | Reviewed email from N. Peterman (.1); Research regarding retention to find financing (DIP or exit) and fees paid for finding financing (1.7); obtained information and forwarded same to N. Peterman (.2). | 1.00 | 175.00 |
| 04/12/06 | Nancy A. Peterman | Telephone conference with M. Kehl re D&O insurance. | 0.20 | 109.00 |
| 04/13/06 | David W. Baddley | Review/revise retention papers and engagement letter as crisis managers (2.0); | 2.50 | 1,075.00 |

| Invoice No.: | 1868666 | | | Page 2 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/06 | Nancy A. Peterman | conferences/phone calls re: same (.5). Exchange several emails with S. Darr, M. Kehl, T. Allison and D. Baddley re retention papers (.8); review and comment on draft press release (.3); review and comment on retention papers (.2). | 1.30 | 708.50 |
| 04/17/06 | Nancy A. Peterman | Review and respond to emails re retention issues (.2); telephone conference with S. Darr re same (.4). | 0.60 | 327.00 |
| 04/26/06 | Yolanda Powell | Reviewed court docket for application, affidavit and engagement letter (.4); obtained and emailed same to S. Darr and N. Peterman (.1). | 0.50 | 87.50 |

Total Hours: 26.30

Total Amount: $ 10,028.50

## TIMEKEEPER SUMMARY FOR ACTION CODE 813,

### FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 12.80 | 545.00 | 6,976.00 |
| David W. Baddley | 2.50 | 430.00 | 1,075.00 |
| Kerry E. Carlson | 3.50 | 190.00 | 665.00 |
| Yolanda Powell | 7.50 | 175.00 | 1,312.50 |
| Totals: | 26.30 | 381.31 | $ 10,028.50 |

Invoice No.:   1868666                                                              Page 3
Matter No.:    083230.012700

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 12.80 | 545.00 | 6,976.00 |
| David W. Baddley | 2.50 | 430.00 | 1,075.00 |
| Kerry E. Carlson | 3.50 | 190.00 | 665.00 |
| Yolanda Powell | 7.50 | 175.00 | 1,312.50 |
| Totals: | 26.30 | 381.31 | $ 10,028.50 |

Invoice No.:   1868666                                    Page 4
Re:            USA Commercial Mortgage Company
Matter No.:    083230.012700

Description of Expenses Billed:

DATE           DESCRIPTION                                AMOUNT

**No expenses charged to this file**

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1868672 | | | Page 1 |
| Matter No.: | 083230.012700 | | | |

## Description of Professional Services Rendered:

ACTION CODE:   813   FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/06 | Nancy A. Peterman | Exchange emails with S. Darr re disclosure issues (.2); telephone conference with S. Darr re same (.2). | 0.40 | 218.00 |
| 05/04/06 | Nancy A. Peterman | Review and comment on supplemental affidavit re retention. | 0.40 | 218.00 |
| | | Total Hours: | 0.80 | |
| | | Total Amount: | | $ 436.00 |

### TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.80 | 545.00 | 436.00 |
| Totals: | 0.80 | 545.00 | $  436.00 |

Invoice No.:   1868672                                                                 Page 2
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.80 | 545.00 | 436.00 |
| Totals: | 0.80 | 545.00 | $ 436.00 |

Invoice No.:   1868847                                                                                  Page  1
Matter No.:    083230.012700

## Description of Professional Services Rendered:

ACTION CODE:       813           FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/19/06 | Nancy A. Peterman | Review and analysis of letter from Committee counsel re MFIM disclosures. | 0.20 | 109.00 |
| 06/20/06 | Nancy A. Peterman | Telephone conference with J. Gordon re disclosure issues. | 0.10 | 54.50 |
| 06/22/06 | Yolanda Powell | Reviewed court docket for hearing date of Mesirow's retention application (.2); forwarded same to N. Peterman (.1). | 0.30 | 52.50 |
| 06/26/06 | Nancy A. Peterman | Telephone conference with Gordon (Committee counsel) re disclosure issues (.2); prepare email to S. Darr re same (.1). | 0.30 | 163.50 |
|  |  | Total Hours: | 0.90 |  |
|  |  | Total Amount: |  | $ 379.50 |

### TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.60 | 545.00 | 327.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 0.90 | 421.67 | $ 379.50 |

| | | Page 2 |
|---|---|---|
| Invoice No.: | 1868847 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.60 | 545.00 | 327.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 0.90 | 421.67 | $ 379.50 |

Invoice No.:   1868864                                                                              Page 1
Matter No.:    083230.012700

## Description of Professional Services Rendered:

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/03/06 | Nancy A. Peterman | Draft email to S. Darr re additional disclosure issues. | 0.10 | 54.50 |
| 07/19/06 | Nancy A. Peterman | Telephone conference with T. Allison re retention hearing (.1); review retention papers (.3); prepare email to S. Darr re same (.1). | 0.50 | 272.50 |
| 07/21/06 | Nancy A. Peterman | Review and comment on supplemental affidavit (.2); prepare email to S. Darr re same (.1). | 0.30 | 163.50 |
| 07/21/06 | Yolanda Powell | Reviewed court docket for filing date of Mesirow's supplemental declaration. | 0.50 | 87.50 |
| 07/24/06 | Nancy A. Peterman | Review objection to retention filed by the Committees (1.0); telephone conference and emails with T. Allison re same (1.3); prepare for court (.2). | 2.50 | 1,362.50 |
| 07/24/06 | Yolanda Powell | Reviewed court docket for retention applications and any objections relating to the 7/25/06 hearings (.9); forwarded same to N. Peterman (.1). | 1.00 | 175.00 |
| 07/25/06 | Nancy A. Peterman | Prepare for and attend court hearing. | 5.00 | 2,725.00 |
| 07/27/06 | Nancy A. Peterman | Review draft retention order (.1); prepare email to Debtor's counsel re same (.1). | 0.20 | 109.00 |

                                                            Total Hours:    10.10

                                                            Total Amount:   $ 4,949.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.60 | 545.00 | 4,687.00 |
| Yolanda Powell | 1.50 | 175.00 | 262.50 |
| Totals: | 10.10 | 490.05 | $ 4,949.50 |