| | | Page 2 |
|---|---|---|
| Invoice No.: | 1868864 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

ACTION CODE:  922  TRAVEL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/24/06 | Nancy A. Peterman | Travel to Las Vegas for hearing (4.0). | 4.00 | 2,180.00 |
| 07/25/06 | Nancy A. Peterman | Travel to Chicago after hearing (4.0). | 4.00 | 2,180.00 |
| | | Total Hours: | 8.00 | |
| | | Total Amount: | | $ 4,360.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 922,

TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.00 | 545.00 | 4,360.00 |
| Totals: | 8.00 | 545.00 | $ 4,360.00 |

Invoice No.:  1868864                                                                                       Page 3
Matter No.:   083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 16.60 | 545.00 | 9,047.00 |
| Yolanda Powell | 1.50 | 175.00 | 262.50 |
| Totals: | 18.10 | 514.34 | $ 9,309.50 |

Invoice No.:   1868700                                           Page 1
Matter No.:    083230.012700

## Description of Professional Services Rendered:

ACTION CODE:     806         EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/25/06 | Nancy A. Peterman | Review and analysis of board resolution (.4); telephone conferences with J. Atkinson and S. Strom re pension issues (.3). | 0.70 | 381.50 |
| 08/25/06 | Richard A. Sirus | Conference with N. Peterman regarding plan freeze and actions. | 0.30 | 138.00 |
| 08/31/06 | Andre L. Zafrani | Review and comment on pension termination motion and affidavit. | 1.00 | 420.00 |

Total Hours:   2.00

Total Amount:   $ 939.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.70 | 545.00 | 381.50 |
| Richard A. Sirus | 0.30 | 460.00 | 138.00 |
| Andre L. Zafrani | 1.00 | 420.00 | 420.00 |
| Totals: | 2.00 | 469.75 | $ 939.50 |

Invoice No.:      1868700                                                                                  Page 2
Matter No.:       083230.012700

Description of Professional Services Rendered

ACTION CODE:        813         FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/06 | Nancy A. Peterman | Telephone conference with Debtors' counsel re retention issues. | 0.20 | 109.00 |
| 08/08/06 | Yolanda Powell | Reviewed court docket for retention order. | 0.30 | 52.50 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 161.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.20 | 545.00 | 109.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 0.50 | 323.00 | $ 161.50 |

| | | Page 3 |
|---|---|---|
| Invoice No.: | 1868700 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.90 | 545.00 | 490.50 |
| Richard A. Sirus | 0.30 | 460.00 | 138.00 |
| Andre L. Zafrani | 1.00 | 420.00 | 420.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 2.50 | 440.40 | $ 1,101.00 |

| | | Page 4 |
|---|---|---|
| Invoice No.: | 1868700 | |
| Re: | USA Commercial Mortgage Company | |
| Matter No.: | 083230.012700 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/24/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060025 DATE: 8/3/2006  TYPE: Taxi/Car Service; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 07/24/06 - Cab from Las Vegas airport to hotel | $ | 15.00 |
| 07/24/06 | VENDOR: Amm's Limousine Service, Inc.; INVOICE#: 882769; DATE: 7/24/2006 - Order# 8470884, From Chicago to ORD on 7/24/06 | $ | 150.00 |
| 07/24/06 | VENDOR: American Express INVOICE#: AETL200608 DATE: 8/11/2006  17772282368 Air/Rail Travel Peterman/Nancy A Ord-Las-07/24/06 | $ | 577.44 |
| 07/24/06 | VENDOR: American Express INVOICE#: AETL200608 DATE: 8/11/2006  8908130445172 Air/Rail Travel Peterman/Nancy A  Travel Agency Service Fee 07/24/06 | $ | 27.00 |
| 07/25/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060025 DATE: 8/3/2006  TYPE: Hotel - Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 07/25/06 - Meal | $ | 6.32 |
| 07/25/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060025 DATE: 8/3/2006  TYPE: Hotel - Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 07/25/06 - Meal | $ | 7.67 |
| 07/25/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060025 DATE: 8/3/2006  TYPE: Taxi/Car Service; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 07/25/06 - Cab from hotel to Las Vegas airport | $ | 15.00 |
| 07/25/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060025 DATE: 8/3/2006  TYPE: Hotel - Non Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 07/25/06 - Hotel charge | $ | 151.51 |
| 08/18/06 | VENDOR: Amm's Limousine Service, Inc.; INVOICE#: 1057845; DATE: 8/18/2006 - Order #8546521; Charge #2089; Pick up at 8:20pm on 8/18/06 | $ | 74.95 |
| | Total Expenses: | $ | 1,024.89 |

| | | |
|---|---|---|
| Invoice No.: | 1868695 | Page 1 |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered:

ACTION CODE:    806    EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/06 | Nancy A. Peterman | Review and comment on pension motion (.3); exchange emails with Debtors' counsel re same (.1). | 0.40 | 218.00 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 218.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 545.00 | 218.00 |
| Totals: | 0.40 | 545.00 | $ 218.00 |

| | | | | Page 2 |
|---|---|---|---|---|
| Invoice No.: | 1868695 | | | |
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/13/06 | Nancy A. Peterman | Telephone conferences (2) with S. Darr re fee application issues (.6); telephone conference with S. Darr and J. Atkinson re same (.5). | 1.10 | 599.50 |
| 09/19/06 | Kerry E. Carlson | Retrieve fee application (.4); research and review objections filed to the same (.3); forward materials to N. Peterman (.1). | 0.80 | 152.00 |
| 09/19/06 | Nancy A. Peterman | Review objection to MFIM's fees (.1); prepare email to client re same (.3); review supplemental affidavit (.4); review loan documents re chargeable fees (.2); several telephone conferences with S. Darr re same (.5). | 1.50 | 817.50 |
| 09/20/06 | Nancy A. Peterman | Participate in call with S. Darr re objections to fee application and response to same (.5); telephone conference with C. Williams re same (.2). | 0.70 | 381.50 |
| 09/21/06 | Nancy A. Peterman | Several telephone conferences with J. Atkinson and S. Darr re fee objections (.6); review conflicts letter drafted by A. Jarvis (.3); review order re loans and payment of fees (.3); participate in conference call with MFIM and Debtors' counsel re fee issues and case status (.8). | 2.00 | 1,090.00 |
| 09/21/06 | Collin B. Williams | Draft Omnibus Response to Objections to Mesirow's First Interim Fee Application | 4.00 | 1,140.00 |
| 09/22/06 | Nancy A. Peterman | Telephone conferences with S. Darr re fee application issues. | 0.60 | 327.00 |
| 09/22/06 | Collin B. Williams | Work on Response to Objections to Fee Applications | 2.50 | 712.50 |
| 09/25/06 | Kerry E. Carlson | Review response to fee objections (.4); review administrative order establishing fee procedures (.2); format response; research and prepare service list (.8); prepare certificate of service and assist with filing (1.8). | 3.20 | 608.00 |
| 09/25/06 | Nancy A. Peterman | Telephone conference with S. Darr re fee issues (.6); conference with C. Williams re same (.3); revise fee objection (3.0); several telephone conferences with J. Atkinson re same (1.0); several telephone conference with Debtors' counsel re same (1.0). | 5.90 | 3,215.50 |
| 09/25/06 | Yolanda Powell | Reviewed court docket and obtained copies of Mesirow's Retention Application, supplementals, objections and orders (.5); | 1.00 | 175.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1868695 | | | Page 3 |
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | reviewed court docket and obtained copies of Mesirow's 1st Interim Application and objections (.5). | | |
| 09/25/06 | Yolanda Powell | Reviewed court docket for hearing date on MFC's retention and fee application. | 0.30 | 52.50 |
| 09/25/06 | Collin B. Williams | Work on Omnibus Response to Objections to Fee Applications (4.0); Westlaw research regarding standards under 9th Circuit law for approval of fee applications (2.3). | 6.30 | 1,795.50 |
| 09/26/06 | Kerry E. Carlson | Assist with preparation of Motion for Admission Pro Hac Vice (.8); review local rules (.2); prepare designation of local counsel (.1); poll GT office for information on appearances filed in the district of Nevada (.1). | 1.20 | 228.00 |
| 09/26/06 | Nancy A. Peterman | Telephone conference with J. Nugent re supplemental affidavit (.1); review committee's draft opposition to continued retention of MFIM (.3); review committee's omnibus response to fee objections (.1). | 0.50 | 272.50 |
| 09/26/06 | Yolanda Powell | Pulled documents and assembled pleadings binders for the 9/28/06 hearing and forwarded same to N. Peterman. | 2.30 | 402.50 |
| 09/26/06 | Collin B. Williams | Work on preparation of N. Peterman's materials for fee application hearing (1.1); Westlaw research regarding conflict of interest law in multiple debtor cases in 9th Circuit (2.2); work on pro hac vice motion for N. Peterman (1.0). | 4.30 | 1,225.50 |
| 09/27/06 | Franklin C. Austin | Prepare for hearing in bankruptcy court (.4); coordinate same with primary counsel (.1). | 0.50 | 157.50 |
| 09/27/06 | Kerry E. Carlson | Attend to details relating to pro hac admission of N. Peterman (.3); discuss interim compensation procedures with N. Peterman (.2). | 0.50 | 95.00 |
| 09/27/06 | Nancy A. Peterman | Prepare for fee hearing (.8); meet with client (1.0). | 1.80 | 981.00 |
| 09/27/06 | Yolanda Powell | Monitored court docket for additional documents filed relating to the 9/28 hearing (.4); obtained and forwarded same to N. Peterman (.1). | 0.50 | 87.50 |
| 09/28/06 | Nancy A. Peterman | Participate in negotiations with Committees re MFIM's fees (2.0); several telephone conferences with S. Darr re fee hearing and retention issues (2.0). | 4.00 | 2,180.00 |
| 09/29/06 | Nancy A. Peterman | Revise second supplemental affidavit for MFIM. | 0.40 | 218.00 |

Total Hours: 45.90

Total Amount: $ 16,914.00

Invoice No.:    1868695                                                                                                           Page  4
Matter No.:    083230.012700

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

    FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 18.50 | 545.00 | 10,082.50 |
| Franklin C. Austin | 0.50 | 315.00 | 157.50 |
| Collin B. Williams | 17.10 | 285.00 | 4,873.50 |
| Kerry E. Carlson | 5.70 | 190.00 | 1,083.00 |
| Yolanda Powell | 4.10 | 175.00 | 717.50 |
| Totals: | 45.90 | 368.50 | $ 16,914.00 |