| | | Page 5 |
|---|---|---|
| Invoice No.: | 1868695 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

ACTION CODE:    833    COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/06 | Franklin C. Austin | Attend hearing as designated local counsel pending approval of Verified Petition submitted on behalf of Attorney Nancy A. Peterman | 4.30 | 1,354.50 |
| 09/28/06 | Nancy A. Peterman | Prepare for and attend court hearing (4.3); meet with client to prepare for same hearing (2.0); meet with Debtors' counsel to prepare for same hearing (1.7). | 8.00 | 4,360.00 |
| | | Total Hours: | 12.30 | |
| | | Total Amount: | | $ 5,714.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.00 | 545.00 | 4,360.00 |
| Franklin C. Austin | 4.30 | 315.00 | 1,354.50 |
| Totals: | 12.30 | 464.59 | $ 5,714.50 |

Invoice No.:     1868695                                                                                         Page 6
Matter No.:      083230.012700

Description of Professional Services Rendered

ACTION CODE:        922           TRAVEL

| DATE | TIMEKEEPER | DESCRIPTION | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/27/06 | Nancy A. Peterman | Travel to Las Vegas. | | 4.00 | 2,180.00 |
| 09/28/06 | Nancy A. Peterman | Travel to Chicago. | | 4.00 | 2,180.00 |
| | | | Total Hours: | 8.00 | |
| | | | Total Amount: | | $ 4,360.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 922,

   TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 8.00 | 545.00 | 4,360.00 |
| Totals: | 8.00 | 545.00 | $ 4,360.00 |

Invoice No.:   1868695                                                                                                  Page 7
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 34.90 | 545.00 | 19,020.50 |
| Franklin C. Austin | 4.80 | 315.00 | 1,512.00 |
| Collin B. Williams | 17.10 | 285.00 | 4,873.50 |
| Kerry E. Carlson | 5.70 | 190.00 | 1,083.00 |
| Yolanda Powell | 4.10 | 175.00 | 717.50 |
| Totals: | 66.60 | 408.51 | $ 27,206.50 |

Invoice No.: 1868695  
Re: USA Commercial Mortgage Company  
Matter No.: 083230.012700  

Page 8

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/25/06 | Telephone; 7022287590 from Ext. 5108 LAS VEGAS NV | $ 0.32 |
| 09/25/06 | Telephone; 7022287590 from Ext. 5108 LAS VEGAS NV | $ 0.24 |
| 09/25/06 | Telephone; 7022287590 from Ext. 5108 LAS VEGAS NV | $ 0.16 |
| 09/27/06 | VENDOR: U.S. District Court Clerk's Office; DATE: 9/27/2006 - Filing fee | $ 175.00 |
| | Total Expenses: | $ 175.72 |

Invoice No.:   1868792                                                                                    Page 1
Matter No.:    083230.012700

**Description of Professional Services Rendered:**

ACTION CODE:    804          CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/06 | Yolanda Powell | Reviewed email from N. Peterman (.1); update attorney calendars with new termination date (.2). | 0.30 | 52.50 |
| 10/18/06 | George R. Warner | Conference with N. Peterman, K. Shapiro, D. Badley and E. Ostrow re theories of case (1.0); consider theories and review and comment on emails re strategy (.8). | 1.80 | 1,314.00 |
| 10/20/06 | George R. Warner | Conference with Nancy Peterman, Keith Shapiro, David Badley and Ethan Ostrow re theories of case and strategy. | 1.00 | 730.00 |
| 10/23/06 | Kerry E. Carlson | Update docket and pleadings. | 0.30 | 57.00 |
| 10/24/06 | Kerry E. Carlson | Update docket and pleadings. | 0.30 | 57.00 |
| 10/25/06 | David W. Baddley | Meeting with client, K. Shapiro and N. Peterman re: strategy. | 0.60 | 258.00 |
| 10/25/06 | Kerry E. Carlson | Update docket and pleadings. | 0.30 | 57.00 |
| 10/25/06 | Kerry E. Carlson | Review Trustee's motion to convert and forward to N. Peterman. | 0.20 | 38.00 |
| 10/25/06 | Nancy A. Peterman | Review motion to convert. | 0.50 | 272.50 |
| 10/26/06 | Kerry E. Carlson | Update docket and pleadings. | 0.30 | 57.00 |
| 10/27/06 | Kerry E. Carlson | Update docket and pleadings. | 0.30 | 57.00 |
| 10/30/06 | Kerry E. Carlson | Update docket and recent pleadings. | 0.30 | 57.00 |
| 10/31/06 | Kerry E. Carlson | Update docket and recently filed pleadings. | 0.30 | 57.00 |
| 10/31/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re case (.5); telephone conference with D. Baddley re same (.5); review recent pleadings (.2). | 1.20 | 654.00 |

Total Hours:   7.70

Total Amount:   $ 3,718.00

**TIMEKEEPER SUMMARY FOR ACTION CODE 804,**

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.70 | 545.00 | 926.50 |
| David W. Baddley | 0.60 | 430.00 | 258.00 |
| George R. Warner | 2.80 | 730.00 | 2,044.00 |
| Kerry E. Carlson | 2.30 | 190.00 | 437.00 |
| Yolanda Powell | 0.30 | 175.00 | 52.50 |
| Totals: | 7.70 | 482.86 | $ 3,718.00 |

| Invoice No.: | 1868792 | | Page 2 |
| --- | --- | --- | --- |
| Matter No.: | 083230.012700 | | |

Description of Professional Services Rendered

ACTION CODE:  809      FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/06/06 | Yolanda Powell | Reviewed and obtained Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget and Notice of Motion (.4); forwarded same to N. Peterman (.1). | 0.50 | 87.50 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 87.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | --- | --- | --- |
| Yolanda Powell | 0.50 | 175.00 | 87.50 |
| Totals: | 0.50 | 175.00 | $ 87.50 |

| Invoice No.: | 1868792 | | | Page 3 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

ACTION CODE:      812        PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/06 | Nancy A. Peterman | Review and analysis of plan and disclosure statement re pre-paid interest issue. | 0.60 | 327.00 |
| 10/05/06 | Nancy A. Peterman | Conference with D. Baddley re prepaid interest issue and analysis of same. | 0.20 | 109.00 |
| 10/09/06 | David W. Baddley | Began research on property of the estate issues. | 1.50 | 645.00 |
| 10/09/06 | Nancy A. Peterman | Conference with D. Baddley re prepaid interest research. | 0.20 | 109.00 |
| 10/09/06 | Nancy A. Peterman | Conference with D. Baddley re prepaid interest research. | 0.20 | 109.00 |
| 10/09/06 | Yolanda Powell | Reseached cases for D. Baddley relating to property of estates issues. | 0.70 | 122.50 |
| 10/12/06 | David W. Baddley | Additional research re: property of the estate issues. | 3.50 | 1,505.00 |
| 10/13/06 | David W. Baddley | Review plan and disclosure statement discussion on prepaid interest. | 0.70 | 301.00 |
| 10/16/06 | David W. Baddley | Obtain and review certain motions/court papers dealing with prepaid interest. | 1.20 | 516.00 |
| 10/17/06 | David W. Baddley | Strategy conference with N. Peterman and R. Warner re: property of the estate issues. | 0.80 | 344.00 |
| 10/17/06 | David W. Baddley | Phone call with S. Strong re: background to pre-paid interest (.3); draft follow-up correspondence re: same and outlining legal issues (1.0); correspondence/conference with N. Peterman re: same (.3); correspondence with R. Warner re same (.3). | 1.90 | 817.00 |
| 10/18/06 | Kerry E. Carlson | Research section 541 briefs (.4); forward relevant information to N. Peterman and D. Baddley (.1). | 0.50 | 95.00 |
| 10/18/06 | Ethan F. Ostrow | Researched resulting and constructive trusts under Nevada and federal bankruptcy law (4.4); prepared for and participated in conference call with Nancy Peterman, Keith Shapiro, Ray Warner, and David Baddley re same (1.0). | 5.40 | 1,215.00 |
| 10/19/06 | David W. Baddley | Research cases re: trust exception to property of the estate. | 3.50 | 1,505.00 |
| 10/19/06 | Ethan F. Ostrow | Drafted memo on resulting and constructive trusts under Nevada and bankruptcy law (2.0); conferred with David Baddley on research requirements and trustee "strong-arm" powers (.2). | 2.20 | 495.00 |
| 10/20/06 | David W. Baddley | Prepare for and attend strategy conference with N. Peterman, R. Warner, K. Shapiro and E. Ostrow re: status of legal analysis re | 1.50 | 645.00 |

| Invoice No.: | 1868792 | | | Page 4 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | property of estate. | | |
| 10/20/06 | David W. Baddley | Research Nevada statutes and regulations governing mortgage brokers. | 1.80 | 774.00 |
| 10/20/06 | David W. Baddley | Began work on drafting memo analyzing whether excess funds and withheld funds are property of the estate. | 2.10 | 903.00 |
| 10/20/06 | Ethan F. Ostrow | Participated in conference call with Nancy Peterman, Keith Shapiro, Ray Warner, and David Baddley re property of estate memo (1.0); discussed memo with David Baddley (.3). | 1.30 | 292.50 |
| 10/20/06 | Ethan F. Ostrow | Researched interaction of Sections 544(a)(1) and 541(d) of the Bankruptcy Code and the rights of lien creditors under Nevada law. | 1.00 | 225.00 |
| 10/23/06 | David W. Baddley | Phone call with J. Atkinson re: background facts re property of estate. | 0.70 | 301.00 |
| 10/23/06 | David W. Baddley | Continued work on analysis memo of property of estate (4.0); miscellaneous research on related legal issues (2.2). | 6.20 | 2,666.00 |
| 10/23/06 | Ethan F. Ostrow | Revised memo on trustee's strong arm powers law (2.0); conferred with David Baddley (.3). | 2.30 | 517.50 |
| 10/24/06 | David W. Baddley | Finished work on draft legal memo on property of the estate issues. | 5.60 | 2,408.00 |
| 10/26/06 | Nancy A. Peterman | Telephone conference with S. Strong re disclosure statement issues. | 0.40 | 218.00 |
| 10/27/06 | David W. Baddley | Worked on drafting executive summary of legal analysis memo re property of estate. | 3.80 | 1,634.00 |
| 10/27/06 | Nancy A. Peterman | Exchange emails with R. Tuliano, S. Darr, D. Baddley re disclosure statement/plan. | 0.40 | 218.00 |
| 10/28/06 | David W. Baddley | Correspondence with S. Smith re: background facts re property of estate. | 0.40 | 172.00 |
| 10/28/06 | David W. Baddley | Conference call with S. Smith re: background facts re property of estate. | 1.10 | 473.00 |
| 10/28/06 | David W. Baddley | Review MFIM's fee application for background facts on services performed re property of estate. | 0.80 | 344.00 |
| 10/29/06 | David W. Baddley | Worked on revisions to executive summary and legal memo re prepaid interest re: comments from N. Peterman and based on additonal information from S. Smith. | 1.90 | 817.00 |
| 10/29/06 | Nancy A. Peterman | Revise memo re prepaid interest/fee issues. | 1.70 | 926.50 |
| 10/30/06 | David W. Baddley | Phone call with S. Darr re: issues raised in prepaid interest analysis memo. | 0.30 | 129.00 |
| 10/30/06 | David W. Baddley | Worked on revisions to disclosure statement to deal with Excess Funds and Withheld Fund (property of the estate issue) and MFIM services. | 4.80 | 2,064.00 |
| 10/31/06 | David W. Baddley | Additional work on revisions to disclosure statement. | 3.60 | 1,548.00 |
| | | Total Hours: | 64.80 | |

| | |  | Page 5 |
|---|---|---|---|
| Invoice No.: | 1868792 | | |
| Matter No.: | 083230.012700 | | |

Description of Professional Services Rendered

Total Amount:    $ 25,490.00

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 3.70 | 545.00 | 2,016.50 |
| David W. Baddley | 47.70 | 430.00 | 20,511.00 |
| Ethan F. Ostrow | 12.20 | 225.00 | 2,745.00 |
| Kerry E. Carlson | 0.50 | 190.00 | 95.00 |
| Yolanda Powell | 0.70 | 175.00 | 122.50 |
| Totals: | 64.80 | 393.36 | $ 25,490.00 |

Invoice No.:    1868792                                                                                          Page 6
Matter No.:     083230.012700

<u>Description of Professional Services Rendered</u>

ACTION CODE:      813         FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/02/06 | Nancy A. Peterman | Telephone conference with J. Nugent re affidavit (.1); exchange emails with S. Darr re same (.1). | 0.20 | 109.00 |
| 10/03/06 | Nancy A. Peterman | Draft fee order (.5); prepare email to client re same (.2). | 0.70 | 381.50 |
| 10/03/06 | Collin B. Williams | Draft Fee Order for compensation of fees and expenses for Thomas J. Allison and Mesirow Financial Interim Management. | 2.50 | 712.50 |
| 10/05/06 | Nancy A. Peterman | Telephone conference with A. Jarvis re fee order, retention issues (.3); telephone conference with A. Jarvis re fee order, retention issues (.5). | 0.80 | 436.00 |
| 10/06/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re fee issues (.2); exchange emails with A. Jarvis re same (.3); telephone call to A. Jarvis re same (.5). | 1.00 | 545.00 |
| 10/09/06 | David W. Baddley | Prepare for (review orders) (.4); attend teleconferences re: resolution of fee and allocation issues (1.0). | 1.40 | 602.00 |
| 10/09/06 | Nancy A. Peterman | Telephone conference with client re fee issues (1.0); telephone conference with committees re same (1.0). | 2.00 | 1,090.00 |
| 10/09/06 | Nancy A. Peterman | Telephone conference with client re fee issues (1.0); telephone conference with committees re same (1.0). | 2.00 | 1,090.00 |
| 10/13/06 | Nancy A. Peterman | Revise fee order (.6); review re-drafted fee orders for debtor professionals (.4). | 1.00 | 545.00 |
| 10/14/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re retention and fee issues. | 0.40 | 218.00 |
| 10/15/06 | Nancy A. Peterman | Review retention order (.2); review fee allocation (.2); revise fee order (.5). | 0.90 | 490.50 |
| 10/17/06 | Nancy A. Peterman | Telephone conference with R. Tuliano and C. Winford re fee issues (.5); follow-up with K. Shapiro re same (.4); telephone conference with R. Warner and D. Baddley re same issues (.5); telephone conference with S. Darr re same (.5). | 1.90 | 1,035.50 |
| 10/17/06 | George R. Warner | Conference with N. Peterman and D. Badley re fee issues (1.0); review and comment on factual developments re same (1.0); reply to emails re same (.3). | 2.30 | 1,679.00 |
| 10/18/06 | David W. Baddley | Teleconference with N. Peterman, R. Warner, K. Shapiro and E. Ostrow re: factual and legal development re fees. | 1.10 | 473.00 |
| 10/18/06 | Kerry E. Carlson | Review all professional applications for compensation filed in the case to date (1.0); | 2.30 | 437.00 |