Invoice No.:   1868792                                                                                                       Page 7
Matter No.:    083230.012700

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | prepare summary chart of all fees and expenses incurred to date and projection for future fees (1.1); discuss same with N. Peterman (.2). | | |
| 10/18/06 | Nancy A. Peterman | work on analysis of payment of fees; (1.2) telephone conference with R. Warner re follow-up on fee analysis (.1). | 1.30 | 708.50 |
| 10/19/06 | Yolanda Powell | Reviewed court docket and obtained copy of objection filed by the committee to Mesirow's first interim fee application (.2); forwarded same to N. Peterman (.1). | 0.30 | 52.50 |
| 10/20/06 | Nancy A. Peterman | Telephone conference with R. Warner, K. Shapiro and D. Baddley re fee analysis. | 0.70 | 381.50 |
| 10/23/06 | Nancy A. Peterman | Revise fee order (.2); review recent pleadings (.2). | 0.40 | 218.00 |
| 10/25/06 | Nancy A. Peterman | Review memorandum re legal research on fee issue (1.5); prepare for and meet with R. Tuliano, K. Winford, K. Shapiro and D. Baddley re same issues (1.0); conference with D. Baddley re same (1.0). | 3.50 | 1,907.50 |
| 10/26/06 | Nancy A. Peterman | Telephone conference with R. Tuliano re fee issue (.3); exchange emails with D. Baddley, J. Atkinson re same (.3). | 0.60 | 327.00 |
| 10/27/06 | Yolanda Powell | Reviewed court docket and obtained copy of Mesirow's first interim fee application (.4); forwaded same to D. Baddley (.1). | 0.50 | 87.50 |
| 10/30/06 | Nancy A. Peterman | Revise memo re fee issues (1.0); telephone conferences with D. Baddley re same (.5). | 1.50 | 817.50 |

Total Hours:   29.30

Total Amount:   $ 14,344.00


TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 18.90 | 545.00 | 10,300.50 |
| David W. Baddley | 2.50 | 430.00 | 1,075.00 |
| Collin B. Williams | 2.50 | 285.00 | 712.50 |
| George R. Warner | 2.30 | 730.00 | 1,679.00 |
| Kerry E. Carlson | 2.30 | 190.00 | 437.00 |
| Yolanda Powell | 0.80 | 175.00 | 140.00 |
| Totals: | 29.30 | 489.56 | $ 14,344.00 |

Invoice No.: 1868792  Page 8
Matter No.: 083230.012700

Description of Professional Services Rendered

ACTION CODE:    825    LITIGATION CONSULTING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/19/06 | Nancy A. Peterman | Review and comment on T. Allison declaration in support of injunction. | 0.80 | 436.00 |
| | | Total Hours: | 0.80 | |
| | | Total Amount: | | $ 436.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 825,

   LITIGATION CONSULTING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.80 | 545.00 | 436.00 |
| Totals: | 0.80 | 545.00 | $ 436.00 |

Invoice No.: 1868792  
Matter No.: 083230.012700  
Page 9

Description of Professional Services Rendered

ACTION CODE: 838   SALE OF PROPERTY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/16/06 | Nancy A. Peterman | Review representations and warranties in Silverpoint agreement (.6); exchange emails with J. Atkinson re same (.5); telephone conferences with J. Atkinson and A. Jarvis re same (.4). | 1.50 | 817.50 |
| 10/18/06 | Nancy A. Peterman | Review and respond to emails re reps and warranties in Silverpoint agreement (1.0); attention to intercompany claims issues (1.0); review and respond to various emails re recent filings and sales/ telephone conferences with A. Jarvis, J. Atkinson, T. Allison, S. Smith, S. Strong re intercompany claims (1.0). | 3.00 | 1,635.00 |
| 10/18/06 | David W. Schoenberg | Review Asset Purchase Agreement (.8); telephone call with N. Peterman (.2). | 1.00 | 560.00 |
| 10/19/06 | Nancy A. Peterman | Review and comment on APA (1.0); telephone conference with J. Atkinson re same (.3). | 1.30 | 708.50 |
| 10/19/06 | Nancy A. Peterman | Review various emails re APA. | 1.00 | 545.00 |
| 10/19/06 | David W. Schoenberg | Review revised provision in APA (.2); telephone call with N. Peterman (.1). | 0.30 | 168.00 |

Total Hours: 8.10

Total Amount: $ 4,434.00

TIMEKEEPER SUMMARY FOR ACTION CODE 838,

SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 6.80 | 545.00 | 3,706.00 |
| David W. Schoenberg | 1.30 | 560.00 | 728.00 |
| Totals: | 8.10 | 547.41 | $ 4,434.00 |

Invoice No.:   1868792                                                              Page 10
Matter No.:    083230.012700

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Nancy A. Peterman | 31.90 | 545.00 | 17,385.50 |
| David W. Baddley | 50.80 | 430.00 | 21,844.00 |
| Ethan F. Ostrow | 12.20 | 225.00 | 2,745.00 |
| Collin B. Williams | 2.50 | 285.00 | 712.50 |
| David W. Schoenberg | 1.30 | 560.00 | 728.00 |
| George R. Warner | 5.10 | 730.00 | 3,723.00 |
| Kerry E. Carlson | 5.10 | 190.00 | 969.00 |
| Yolanda Powell | 2.30 | 175.00 | 402.50 |
| Totals: | 111.20 | 436.24 | $ 48,509.50 |

| | | |
|---|---|---|
| Invoice No.: | 1868792 | Page 11 |
| Re: | USA Commercial Mortgage Company | |
| Matter No.: | 083230.012700 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/25/06 | VENDOR: FedEx INVOICE#: 844005982 DATE: 9/29/2006  Tracking #799508816710; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;   To: Harry And Helen Jessup, Information Not Supplied, 2009 Westland Dr., Las Vegas, NV 89102 | $ 12.81 |
| 09/25/06 | VENDOR: FedEx INVOICE#: 836261700 DATE: 10/3/2006  Tracking #799508818827; From: Mary Kendzior, Greenberg Traurig Llp, 77 West Wacker Drive, Suite 2500Chicago, IL 60601;   To: Roy R. Venturajr.p.e., U.s. Embassy Jakarta, Jl. Medan Merdeka Selatan 4-5, Jakarta Indonesia, 10110 | $ 32.06 |
| 09/26/06 | VENDOR: American Express INVOICE#: AETL200610 DATE: 10/11/2006  17785513320 Air/Rail Travel Peterman/Nancy A Ord-Las-Ord- 09/27/06 | $ 440.89 |
| 09/26/06 | VENDOR: American Express INVOICE#: AETL200610 DATE: 10/11/2006  8908132792975 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ 29.00 |
| 09/28/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060038 DATE: 10/6/2006  TYPE: Hotel - Non Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 09/28/06 - Hotel room | $ 271.41 |
| 10/03/06 | VENDOR: Base Limousine Service; INVOICE#: 7955; DATE: 10/3/2006 - Acct: GTLAW, Limousine Services from 9/5/06 to 9/29/06 | $ 194.00 |
| 10/04/06 | VENDOR: Greenberg, Carla; INVOICE#: 31100206560; DATE: 10/4/2006 -  83230.012700  09/25/06  Cab fare home re working late on documents. | $ 14.00 |
| 10/04/06 | VENDOR: Greenberg, Carla; INVOICE#: 31100206560; DATE: 10/4/2006 -  83230.012700  09/26/06  Cab fare home re working late on documents. | $ 14.00 |
| 10/17/06 | VENDOR: FedEx INVOICE#: 847919497 DATE: 10/20/2006  Tracking #799021302964; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;   To: Professor G. Ray Warner, St. Johns University School O, 8000 Utopia Parkway, Jamaica, NY 11439 | $ 9.89 |
| 10/17/06 | Copy; 176 Page(s) by 007632 | $ 26.40 |
| 10/17/06 | Westlaw Research by BADDLEY,DAVID W. | $ 5.45 |
| 10/17/06 | Westlaw Research by POWELL,YOLANDA. | $ 5.09 |
| 10/18/06 | Westlaw Research by OSTROW,ETHAN. | $ 170.80 |
| 10/19/06 | Copy; 64 Page(s) by 015936 | $ 9.60 |
| 10/19/06 | Westlaw Research by BADDLEY,DAVID W. | $ 97.81 |
| 10/20/06 | Telephone; 7022321609 from Ext. 5205  LAS VEGAS NV | $ 0.24 |
| 10/20/06 | Westlaw Research by BADDLEY,DAVID W. | $ 102.84 |
| 10/20/06 | Westlaw Research by OSTROW,ETHAN. | $ 115.31 |
| 10/22/06 | Westlaw Research by OSTROW,ETHAN. | $ 51.09 |
| 10/23/06 | Telephone; 9177149406 from Ext. 5205  NEW YORK NY | $ 4.48 |
| 10/23/06 | Westlaw Research by BADDLEY,DAVID W. | $ 33.36 |
| 10/30/06 | Telephone; 9177149406 from Ext. 5205  NEW YORK NY | $ 0.16 |
| | Total Expenses: | $ 1,640.69 |

Invoice No.:   1868837                                                                                  Page 1
Matter No.:    083230.012700

## Description of Professional Services Rendered:

ACTION CODE:    804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/06 | Kerry E. Carlson | Update docket with recent pleadings. | 0.30 | 57.00 |
| 11/02/06 | Kerry E. Carlson | Update pleadings and docket. | 0.30 | 57.00 |
| 11/02/06 | Nancy A. Peterman | Review and analysis of recent pleadings. | 0.20 | 109.00 |
| 11/03/06 | Kerry E. Carlson | Update docket and pleadings (.2); report findings to N. Peterman (.1). | 0.30 | 57.00 |
| 11/07/06 | Kerry E. Carlson | Review docket for recently filed pleadings (.6); forward plan and related documents to N. Peterman (.2). | 0.80 | 152.00 |
| 11/08/06 | Kerry E. Carlson | Update record with amended plan and disclosure statement (.3); route to team members (.3); review for calendar dates and deadlines (.4). | 1.00 | 190.00 |
| 11/15/06 | Kerry E. Carlson | Update docket and pleadings (.3); forward to N. Peterman (.1). | 0.40 | 76.00 |
| 11/20/06 | Kerry E. Carlson | Review docket and recently filed pleadings (.2); forward same to N. Peterman (.1). | 0.30 | 57.00 |
| 11/21/06 | Kerry E. Carlson | Review docket and update all recently filed pleadings (.6); forward to N. Peterman for further analysis (.2). | 0.80 | 152.00 |
| 11/27/06 | Yolanda Powell | Pulled recently filed pleadings (.4); forwarded same to N. Peterman (.1). | 0.50 | 87.50 |
| 11/28/06 | Nancy A. Peterman | Review and analysis of recent pleadings. | 1.00 | 545.00 |
| 11/28/06 | Yolanda Powell | Pulled recently filed pleadings (.4); forwarded same to N. Peterman (.1). | 0.50 | 87.50 |

                                                                    Total Hours:    6.40

                                                                    Total Amount:   $ 1,627.00

### TIMEKEEPER SUMMARY FOR ACTION CODE 804,
CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.20 | 545.00 | 654.00 |
| Kerry E. Carlson | 4.20 | 190.00 | 798.00 |
| Yolanda Powell | 1.00 | 175.00 | 175.00 |
| Totals: | 6.40 | 254.22 | $ 1,627.00 |

| Invoice No.: | 1868837 | Page 2 |
|---|---|---|
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

ACTION CODE:    810        LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re involuntary petition issue (.3); telephone conference with J. Atkinson, T. Allison, et al. re involuntary petition issue (.3); prepare email to J. Atkinson re same (.1). | 0.70 | 381.50 |
| | | Total Hours: | 0.70 | |
| | | Total Amount: | | $ 381.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.70 | 545.00 | 381.50 |
| Totals: | 0.70 | 545.00 | $ 381.50 |

| Invoice No.: | 1868837 | | | Page 3 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

ACTION CODE:   812   PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/06 | David W. Baddley | Phone call with J. Atkinson re: disclosure statement and plan structure. | 0.70 | 301.00 |
| 11/03/06 | David W. Baddley | Correspondence to S. Strong re: disclosure statement (.4); phone calls with S. Strong and J. Atkinson re: same (.2); follow-up correspondence with N. Peterman re same (.2). | 0.80 | 344.00 |
| 11/05/06 | David W. Baddley | Conference call with debtors' counsel and S. Smith re plan status. | 0.50 | 215.00 |
| 11/05/06 | Nancy A. Peterman | Telephone conference with A. Jarvis, S. Strong, et al re plan and committee revisions to same. | 0.60 | 327.00 |
| 11/06/06 | David W. Baddley | Review and provide comments on debtors' plan and disclosure statement (various drafts) (2.0); phone calls with debtors' counsel re: same (.9). | 2.90 | 1,247.00 |
| 11/06/06 | Nancy A. Peterman | Review and comment on draft disclosure statement; prepare email to D. Baddley re same (1.0); telephone call with D. Baddley re same (.2); telephone conference with R. Tuliano and S. Darr re case and confirmation hearing (1.0); telephone conference with J. Atkinson re same (.1). | 2.30 | 1,253.50 |
| 11/07/06 | David W. Baddley | Various phone calls/correspondence with debtors' counsel, N. Peterman, J. Atkinson and S. Darr re: plan and disclosure statement issues. | 0.80 | 344.00 |
| 11/07/06 | David W. Baddley | Worked on research of plan issues. | 0.70 | 301.00 |
| 11/07/06 | David W. Baddley | Review and provide comments on amended disclosure statement and related documents. | 2.10 | 903.00 |
| 11/07/06 | Nancy A. Peterman | Several telephone conferences with S. Strong re plan and disclosure statement revisions (1.3); conference with S. Darr re same (1.0); several telephone conferences with J. Atkinson re same (.8); exchange several emails with A. Jarvis re same (.2); review and comment on disclosure statement summary (1.0). | 4.30 | 2,343.50 |
| 11/07/06 | Collin B. Williams | Research regarding cramdown provisions with a plan of reorganization | 3.60 | 1,026.00 |
| 11/08/06 | David W. Baddley | Review disclosure statement re: incorporation of proposed comments. | 0.40 | 172.00 |
| 11/08/06 | Nancy A. Peterman | Review and comment on revised disclosure statement (1.1); prepare email to D. Baddley re same (.2); telephone conference with J. Atkinson re same (.6). | 1.90 | 1,035.50 |

Invoice No.:   1868837                                                                                           Page 4
Matter No.:    083230.012700

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/06 | Nancy A. Peterman | Telephone conference with A. Jarvis, S. Strong, J. Atkinson, S. Smith, et al re plan liquidation analysis. | 0.80 | 436.00 |
| 11/11/06 | David W. Baddley | Conference call with counsel for debtors, USACM committee and direct lender committee re: definition of pre-paid interest (.5); draft follow-up e-mail to N. Peterman re: same (.2). | 0.70 | 301.00 |
| 11/11/06 | Nancy A. Peterman | Review draft disclosure statement. | 0.20 | 109.00 |
| 11/12/06 | David W. Baddley | Review and provide comments to debtors' counsel on revised plan and disclosure statement. | 1.80 | 774.00 |
| 11/13/06 | David W. Baddley | Review amended plan and disclosure statement (1.0); phone call to S. Strong re: comments/questions re: same (.4). | 1.40 | 602.00 |
| 11/14/06 | David W. Baddley | Review correspondence re: disclosure statement hearing (.3); review revised plan and disclosure statement (.4). | 0.70 | 301.00 |
| 11/14/06 | Nancy A. Peterman | Exchange emails with J. Atkinson re disclosure statement and plan (.5); telephone conference with S. Strong re same (.5); telephone conference with D. Baddley re same (.2); prepare email to R. Tuliano and C. Winford re status and approval of disclosure statement (.3); review and analysis of hypotheticals to include in disclosure statement to illustrate pre-paid interest issue (.8); telephone conference with S. Darr re status (.5). | 2.80 | 1,526.00 |

Total Hours:    30.00

Total Amount:   $ 13,861.50

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 12.90 | 545.00 | 7,030.50 |
| David W. Baddley | 13.50 | 430.00 | 5,805.00 |
| Collin B. Williams | 3.60 | 285.00 | 1,026.00 |
| Totals: | 30.00 | 462.05 | $ 13,861.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1868837 | | | Page 5 |
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/06 | Kerry E. Carlson | Review order authorizing continued Mesirow retention and forward to N. Peterman. | 0.20 | 38.00 |
| 11/02/06 | Kerry E. Carlson | Research transcript procedures and request fee hearing transcript. | 0.20 | 38.00 |
| 11/03/06 | Kerry E. Carlson | Follow up on transcript request. | 0.20 | 38.00 |
| 11/14/06 | Nancy A. Peterman | Review correspondence from USACM committee objecting to certain expenses for MFIM. | 0.20 | 109.00 |
| 11/16/06 | Nancy A. Peterman | Review and analysis of objection by UST to monthly fee application of MFIM. | 0.40 | 218.00 |
| 11/19/06 | Nancy A. Peterman | Review UST objections to MFIM fee statement. | 0.10 | 54.50 |
| 11/20/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re fee objections, etc. | 0.40 | 218.00 |
| 11/27/06 | Nancy A. Peterman | Review fee order (.4); telephone conference with J. Atkinson re case status, fee issues, etc. (.5). | 0.90 | 490.50 |
| 11/28/06 | Nancy A. Peterman | Exchange emails with S. Smith re fee objections. | 0.90 | 490.50 |
| | | Total Hours: | 3.50 | |
| | | Total Amount: | | $ 1,694.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 2.90 | 545.00 | 1,580.50 |
| Kerry E. Carlson | 0.60 | 190.00 | 114.00 |
| Totals: | 3.50 | 484.14 | $ 1,694.50 |