Invoice No.:    1868837  
Matter No.:    083230.012700

Page 6

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 17.70 | 545.00 | 9,646.50 |
| David W. Baddley | 13.50 | 430.00 | 5,805.00 |
| Collin B. Williams | 3.60 | 285.00 | 1,026.00 |
| Kerry E. Carlson | 4.80 | 190.00 | 912.00 |
| Yolanda Powell | 1.00 | 175.00 | 175.00 |
| Totals: | 40.60 | 432.62 | $ 17,564.50 |

| | | Page 7 |
|---|---|---|
| Invoice No.: | 1868837 | |
| Re: | USA Commercial Mortgage Company | |
| Matter No.: | 083230.012700 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/29/06 | Westlaw Research by BADDLEY,DAVID W. | $ | 23.26 |
| 11/02/06 | Telephone; 9177149406 from Ext. 5205 NEW YORK NY | $ | 0.08 |
| 11/02/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.16 |
| 11/02/06 | Telephone; 9177149406 from Ext. 5205 NEW YORK NY | $ | 0.08 |
| 11/02/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.16 |
| 11/03/06 | Postage by 007611 | $ | 0.39 |
| 11/03/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.08 |
| 11/03/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.16 |
| 11/06/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.88 |
| 11/06/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 1.28 |
| 11/07/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.08 |
| 11/07/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.08 |
| 11/07/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 1.20 |
| 11/07/06 | Westlaw Research by BADDLEY,DAVID W. | $ | 47.62 |
| 11/07/06 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 259.73 |
| 11/13/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 0.08 |
| 11/13/06 | Telephone; 8015321500 from Ext. 5205 SALT LAKE UT | $ | 1.76 |
| 11/14/06 | VENDOR: SoundPath Conferencing Services, LLC INVOICE#: GT111406 DATE: 11/14/2006  Conferencing Services Invoice Date 061018 User NAP Client Code 83230 Matter Code 01270 | $ | 7.76 |
| | Total Expenses: | $ | 344.84 |

Invoice No.:  1868885  
Matter No.:   083230.012700

Page 1

## Description of Professional Services Rendered:

ACTION CODE: 804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/06 | Kerry E. Carlson | Update docket of recent pleadings (.40) forward to N. Peterman (.10). | 0.50 | 95.00 |
| 12/04/06 | Nancy A. Peterman | Review recent pleadings. | 0.40 | 218.00 |
| 12/05/06 | Nancy A. Peterman | Review recent pleadings. | 1.00 | 545.00 |
| 12/06/06 | Kerry E. Carlson | Prepare summary of recently filed pleadings. | 0.40 | 76.00 |
| 12/06/06 | Kerry E. Carlson | Forward all documents to N. Peterman. | 0.10 | 19.00 |
| 12/06/06 | Nancy A. Peterman | Follow-up on filing same; review recent pleadings. | 0.20 | 109.00 |
| 12/07/06 | Nancy A. Peterman | Review recent pleadings. | 0.30 | 163.50 |
| 12/14/06 | Kerry E. Carlson | Coordinate telephonic appearance of Nancy Peterman at status hearing. | 0.40 | 76.00 |
| 12/20/06 | Nancy A. Peterman | Determine all open issues for follow-up. | 1.00 | 545.00 |
| 12/29/06 | Kerry E. Carlson | Update pleadings and route docket. | 0.50 | 95.00 |

Total Hours: 4.80

Total Amount: $ 1,941.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 2.90 | 545.00 | 1,580.50 |
| Kerry E. Carlson | 1.90 | 190.00 | 361.00 |
| Totals: | 4.80 | 404.48 | $ 1,941.50 |

| Invoice No.: | 1868885 | Page 2 |
|---|---|---|
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

ACTION CODE:    810    LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/20/06 | Nancy A. Peterman | Attend meeting with T. Allison, J. Atkinson and SEC re enforcement action. | 2.00 | 1,090.00 |
| | | Total Hours: | 2.00 | |
| | | Total Amount: | | $ 1,090.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 2.00 | 545.00 | 1,090.00 |
| Totals: | 2.00 | 545.00 | $ 1,090.00 |

| Invoice No.: | 1868885 | Page 3 |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

ACTION CODE:   812   PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/06 | Kerry E. Carlson | Prepare materials for confirmation hearing (1.8); exchange telephone calls with court reporter regarding missing transcript (.20). | 2.00 | 380.00 |
| 12/06/06 | Kerry E. Carlson | Prepare binder of confirmation materials. | 1.00 | 190.00 |
| 12/08/06 | Nancy A. Peterman | Exchange emails with S. Strong re confirmation issues. | 0.30 | 163.50 |
| 12/08/06 | Nancy A. Peterman | Telephone conference with J. Atkinson re confirmation. | 0.30 | 163.50 |
| 12/11/06 | Kerry E. Carlson | Update docket and pleadings (.20); forward recent objections to confirmation (.10). | 0.30 | 57.00 |
| 12/11/06 | Nancy A. Peterman | Review plan and cramdown issue. | 1.00 | 545.00 |
| 12/12/06 | Nancy A. Peterman | Review and analysis of confirmation objections. | 2.00 | 1,090.00 |
| 12/13/06 | Nancy A. Peterman | Telephone conference with S. Darr re confirmation issues (.40); review email from A. Jarvis re briefing in response to confirmation issues (.20); exchange emails with D. Baddley re confirmation issues (.10); telephone conference with J. Atkinson re confirmation issues (.60). | 1.30 | 708.50 |
| 12/14/06 | David W. Baddley | Review various objections to plan (3.0); drafted summaries and analysis of same (3.6). | 6.60 | 2,838.00 |
| 12/14/06 | Kerry E. Carlson | Update docket to include recent objections to confirmation. | 0.60 | 114.00 |
| 12/14/06 | Nancy A. Peterman | Prepare for confirmation hearing (1.0); review recent pleadings; telephone conference with S. Darr re same (.30). | 1.30 | 708.50 |
| 12/15/06 | David W. Baddley | Strategy conference with N. Peterman re: plan objections. | 0.70 | 301.00 |
| 12/15/06 | Kerry E. Carlson | Update confirmation materials for N. Peterman. | 0.50 | 95.00 |
| 12/15/06 | Nancy A. Peterman | Conference with D. Baddley re confirmation objections. | 0.30 | 163.50 |
| 12/15/06 | Nancy A. Peterman | Participate in telephonic hearing re pretrial conference for confirmation hearing. | 1.00 | 545.00 |
| 12/15/06 | Collin B. Williams | Attend telephonic hearing on confirmation and other issues. | 1.00 | 285.00 |
| 12/18/06 | David W. Baddley | Review Debtors' memorandum of law in support of confirmation of plan. | 1.40 | 602.00 |
| 12/18/06 | Victoria W. Counihan | Research re: provisions in liquidating plans that preserve privilege for liquidating trustee (1.0); email draft provisions to N. Peterman (.20). | 1.20 | 528.00 |
| 12/18/06 | Nancy A. Peterman | Review plan release language (2.0); travel to Las Vegas for confirmation hearing | 5.80 | 3,161.00 |

Invoice No.:   1868885  
Matter No.:    083230.012700

Page 4

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | (reviewed pleadings/prepared for confirmation hearing en route) (3.8). | | |
| 12/19/06 | Nancy A. Peterman | Attend confirmation hearing. | 9.50 | 5,177.50 |
| 12/19/06 | David C. Strosnider | Telephone conference w/ N. Peterman re: ERISA Section 404, 405, and 502 (.60); prepare email to N. Peterman re: same (.30). | 0.90 | 279.00 |
| 12/20/06 | Nancy A. Peterman | Prepare for and attend continued confirmation hearing. | 11.00 | 5,995.00 |
| 12/20/06 | Nancy A. Peterman | Review draft confirmation order. | 1.40 | 763.00 |
| 12/21/06 | Nancy A. Peterman | Telephone conference with S. Darr re confirmation hearing. | 0.10 | 54.50 |
| 12/22/06 | David C. Strosnider | Review emails from, and send emails to, N. Peterman re: preparation of memorandum addressing certain fiduciary and other related ERISA issues. | 0.30 | 93.00 |

Total Hours:   51.80

Total Amount:   $ 25,000.50

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Victoria W. Counihan | 1.20 | 440.00 | 528.00 |
| Nancy A. Peterman | 35.30 | 545.00 | 19,238.50 |
| David W. Baddley | 8.70 | 430.00 | 3,741.00 |
| David C. Strosnider | 1.20 | 310.00 | 372.00 |
| Collin B. Williams | 1.00 | 285.00 | 285.00 |
| Kerry E. Carlson | 4.40 | 190.00 | 836.00 |
| Totals: | 51.80 | 482.64 | $ 25,000.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1868885 | | | Page 5 |
| Matter No.: | 083230.012700 | | | |

<u>Description of Professional Services Rendered</u>

ACTION CODE:     813          FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 12/05/06 | Nancy A. Peterman | Revise supplemental affidavit. | 1.00 | 545.00 |
| 12/06/06 | Kerry E. Carlson | Retrieve and review supplemental affidavit of T. Allison. | 0.30 | 57.00 |
| 12/06/06 | Nancy A. Peterman | Telephone conferences with S. Darr re supplemental affidavit. | 0.80 | 436.00 |
| 12/07/06 | Kerry E. Carlson | Prepare binder of confirmation maters. | 0.80 | 152.00 |
| 12/08/06 | Nancy A. Peterman | Email to S. Darr re retention status. | 0.30 | 163.50 |
| 12/08/06 | Collin B. Williams | Research regarding success fees/fee enhancements (2.0); prepare memo regarding same (1.5), | 3.50 | 997.50 |
| 12/11/06 | Nancy A. Peterman | Review papers extending MFC's retention. | 0.50 | 272.50 |
| 12/15/06 | Nancy A. Peterman | Telephone conference with A. Jarvis re release/limitation of liability and related privilege waiver. | 1.00 | 545.00 |
| 12/18/06 | Nancy A. Peterman | Review caselaw re fee enhancements. | 1.00 | 545.00 |
| 12/21/06 | Nancy A. Peterman | Telephone conference with C. Williams re fee enhancement (.10). | 0.10 | 54.50 |
| 12/27/06 | Collin B. Williams | Research regarding fee enhancement criteria (3.0); Work on memo regarding fee enhancements (1.5). | 4.50 | 1,282.50 |
| 12/28/06 | Kerry E. Carlson | Research cases with fee enhancement awards. | 1.00 | 190.00 |
| 12/28/06 | Collin B. Williams | Research regarding fee enhancement criteria and factual scenarios where fee enhancements were granted (4.0); work on memo regarding same (2.0). | 6.00 | 1,710.00 |
| 12/29/06 | Collin B. Williams | Work on Memo regarding fee enhancement | 2.70 | 769.50 |
| | | Total Hours: | 23.50 | |
| | | Total Amount: | | $ 7,720.00 |

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 813</u>,

    FEE/EMPLOYMENT APPLICATIONS

| <u>Timekeeper Name</u> | <u>Hours Billed</u> | <u>Rate</u> | <u>Total $ Amount</u> |
|---|---|---|---|
| Nancy A. Peterman | 4.70 | 545.00 | 2,561.50 |
| Collin B. Williams | 16.70 | 285.00 | 4,759.50 |
| Kerry E. Carlson | 2.10 | 190.00 | 399.00 |
| Totals: | 23.50 | 328.51 | $  7,720.00 |

Invoice No.:    1868885                                                                                            Page 6
Matter No.:     083230.012700

Description of Professional Services Rendered

ACTION CODE:    838    SALE OF PROPERTY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/06 | Nancy A. Peterman | Exchange emails with client re Silverpoint issue. | 0.60 | 327.00 |
| 12/15/06 | Nancy A. Peterman | Review and comment on draft press release re sales transaction. | 2.00 | 1,090.00 |
| 12/22/06 | Nancy A. Peterman | Review draft press release (.30); telephone conference call with S. Darr re: same (.10); draft email to S. Darr and B. Busscher re: same (.10). | 0.50 | 272.50 |
|  |  | Total Hours: | 3.10 |  |
|  |  | Total Amount: |  | $ 1,689.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 838,

SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 3.10 | 545.00 | 1,689.50 |
| Totals: | 3.10 | 545.00 | $ 1,689.50 |

Invoice No.:   1868885  
Matter No.:    083230.012700

Page 7

Description of Professional Services Rendered

ACTION CODE:   922   TRAVEL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/20/06 | Nancy A. Peterman | Travel to Chicago. | 4.00 | 2,180.00 |

Total Hours:  4.00

Total Amount:  $ 2,180.00

TIMEKEEPER SUMMARY FOR ACTION CODE 922,

TRAVEL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 4.00 | 545.00 | 2,180.00 |
| Totals: | 4.00 | 545.00 | $ 2,180.00 |

Invoice No.:   1868885  
Matter No.:    083230.012700

Page 8

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Victoria W. Counihan | 1.20 | 440.00 | 528.00 |
| Nancy A. Peterman | 52.00 | 545.00 | 28,340.00 |
| David W. Baddley | 8.70 | 430.00 | 3,741.00 |
| David C. Strosnider | 1.20 | 310.00 | 372.00 |
| Collin B. Williams | 17.70 | 285.00 | 5,044.50 |
| Kerry E. Carlson | 8.40 | 190.00 | 1,596.00 |
| Totals: | 89.20 | 444.19 | $ 39,621.50 |