Invoice No.:     1868885                                              Page 9
Re:              USA Commercial Mortgage Company
Matter No.:      083230.012700

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/25/06 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 33.22 |
| 09/26/06 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 161.08 |
| 10/09/06 | Westlaw Research by POWELL,YOLANDA. | $ | 41.87 |
| 10/10/06 | Westlaw Research by BADDLEY,DAVID W. | $ | 0.38 |
| 12/05/06 | Telephone; 7023886587 from Ext. 8407  LAS VEGAS NV | $ | 0.40 |
| 12/05/06 | Telephone; 7023886587 from Ext. 8407  LAS VEGAS NV | $ | 0.08 |
| 12/05/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 17800881839 Air/Rail Travel Peterman/Nancy A Ord-Las-Ord-  12/18/06 | $ | 238.60 |
| 12/05/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 17800881843 Air/Rail Travel Peterman/Nancy A Las-Ord-  12/19/06 | $ | 288.80 |
| 12/05/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 8908137919748 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/05/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 8908138203503 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/08/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 167800881907 Air/Rail Travel Peterman/Nancy A Las-Ord-  12/21/06 | $ | 321.42 |
| 12/08/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 4017800881895 Air/Rail Travel Peterman/Nancy A Las-Ord-  12/21/06 | $ | 288.80 |
| 12/08/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 8908138203555 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/08/06 | VENDOR: American Express INVOICE#: AETL200612 DATE: 12/11/2006 8908138203565 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/14/06 | 2 Spiral binds; $4.00 | $ | 4.00 |
| 12/14/06 | Copy; 457 Page(s) by 016160 | $ | 68.55 |
| 12/15/06 | VENDOR: Cline Transcription Services; INVOICE#: 31121506981; DATE: 12/15/2006 - 083230.012700  Transcript | $ | 981.20 |
| 12/20/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060047 DATE: 12/22/2006  TYPE: Hotel - Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 12/20/06 - Meals | $ | 60.43 |
| 12/20/06 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372060047 DATE: 12/22/2006  TYPE: Hotel - Non Meals; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 12/20/06 - Room and Misc charges | $ | 469.47 |
| 12/29/06 | Copy; 5 Page(s) by 000999 | $ | 0.75 |
| | | Total Expenses:  $ | 3,075.05 |

Invoice No.:     1868908                                                                Page  1
Matter No.:     083230.012700


## Description of Professional Services Rendered:


ACTION CODE:        804          CASE ADMINISTRATION


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/03/07 | Kerry E. Carlson | Update pleading docket and register (0.40); forward all objections to from of confirmation order to N. Peterman (0.10). | 0.50 | 95.00 |
| 01/05/07 | Kerry E. Carlson | Update docket and recently filed pleadings. | 0.30 | 57.00 |
| 01/11/07 | Kerry E. Carlson | Update docket and recently filed pleadings; route to N. Peterman; review confirmation order. | 0.50 | 95.00 |
| 01/15/07 | Nancy A. Peterman | Review and analysis of recent pleadings | 0.40 | 232.00 |
| 01/18/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.30 | 30.00 |
| 01/19/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.30 | 30.00 |
| 01/24/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.70 | 70.00 |
| 01/25/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 01/26/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 01/29/07 | Carla Greenberg | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 01/29/07 | Nancy A. Peterman | Prepare for and participate in weekly call with client re all open matters, including USACM. | 0.50 | 290.00 |
| 01/30/07 | Carla Greenberg | Monitor case docket and distribute recently filed pleadings. | 0.20 | 20.00 |
| 01/31/07 | Elisa Rodriguez | Monitor case docket and distribute recently filed pleadings. | 0.10 | 10.00 |

Total Hours:        4.40

Total Amount:        $ 989.00


## TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.90 | 580.00 | 522.00 |
| Kerry E. Carlson | 1.30 | 190.00 | 247.00 |
| Carla Greenberg | 0.40 | 100.00 | 40.00 |
| Elisa Rodriguez | 1.80 | 100.00 | 180.00 |
| Totals: | 4.40 | 224.77 | $    989.00 |

Invoice No.:      1868908                                                                                      Page 2
Matter No.:       083230.012700

Description of Professional Services Rendered

ACTION CODE:        806        EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/02/07 | Kerry E. Carlson | Research all confirmation pleadings relevant to the PBGC trust and pension plan (.60); discuss status of same with D. Strosnider (.10); prepare index of same (.40). | 1.10 | 209.00 |
| 01/02/07 | Leslie A. Klein | Conference with David Strosnider and analyze issues relating to investment of pension assets. | 0.60 | 381.00 |
| 01/02/07 | David C. Strosnider | Review Plan of Reorganization, Decleration of Thomas J. Allison in Support of the  Confirmation (1.0); and calculate Form 5500 weighted average for 2004 plan year (1.4). | 2.40 | 840.00 |
| 01/03/07 | Kerry E. Carlson | Conduct additional research relating to Debtors' retirement plans and trust agreement (1.0); exchange correspondence with Debtors' counsel re same (.50); research debtors' most current form 5500 for employee benefit plans (.50); discuss related documents with D. Strosnider (0.20). | 2.20 | 418.00 |
| 01/03/07 | Leslie A. Klein | Conference with David S. re: plan of reorganization and pension plan investment issues. | 0.80 | 508.00 |
| 01/03/07 | David C. Strosnider | Conference w/ L. Klein re: numerous ERISA issues (0.80); Appointment of a Successor Trustee for Defined Benefit Pension Plan and to Freeze the Plan (1.0); conference w/ K. Carlson re: obtaining 2005 Form 5500 and copy of Defined Denefit Pension Plan and Trust (0.10). | 1.90 | 665.00 |
| 01/04/07 | David C. Strosnider | Review Objection of the PBGC to Debtors Third Amended Joint Chapter 11 (0.40) ; review USA Capital First Trust Deed Fund, LLC's Objection to Claim No. 83, 84, and 85 filed by PBGC (.40); review USA Capital Diversified Trust Deed Fund, LLC's Objection to Claim No. 79, 80, and 81 filed by PBGC (0.40). | 1.20 | 420.00 |
| 01/05/07 | David W. Baddley | Conference w/ D. Strosnider re: pension issues under plan. | 0.30 | 141.00 |
| 01/05/07 | David C. Strosnider | Review asset purchase agreement and prepare memorandum re: fiduciary issues (2.0); conference call w/ L. Klein re: same (0.40). | 2.40 | 840.00 |
| 01/06/07 | David C. Strosnider | Complete memorandum re fiduciary sale | 1.10 | 385.00 |

Invoice No.:    1868908
Matter No.:    083230.012700

Page 3

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/07 | Kerry E. Carlson | issues. Exchange correspondence with Debtors' counsel regarding pension benefit plans and trust agreement (0.30); further research on Debtors' Form 5500 (.20). | 0.50 | 95.00 |
| 01/08/07 | Leslie A. Klein | Conference with David Strosnider (0.10); review plan and trust re: plan fiduciaries (0.10). | 0.20 | 127.00 |
| 01/08/07 | David C. Strosnider | Review Defined Benefit Pension Plan and Trust Agreement (1.0); conference w/ N. Peterman re: status of memorandum (0.80); conference w/ L. Klein re: Pension Plan provisions addressing naming of Plan Administrator(0.80). | 2.60 | 910.00 |
| 01/09/07 | Kerry E. Carlson | Exchange correspondence regarding Form 5500 (0.30); receive and review the same (0.20). | 0.50 | 95.00 |
| 01/09/07 | Leslie A. Klein | Review and revise fiduciary memo (1.0); conference with Davis Strosnider regarding changes (0.20). | 1.20 | 762.00 |
| 01/09/07 | David C. Strosnider | Conference with L. Klein re: comments and review of memorandum (0.60); revise and draft additional sections of memorandum (1.4); review 2005 Form 5500, and calculate weighted investment return for the year (.10). | 2.10 | 735.00 |
| 01/10/07 | David C. Strosnider | Review 2005 Form 5500 and associated Schedules (0.20); calculated weighted investment return (.10) ; prepare memorandum to N. Peterman examining USA Commercial Mortgage Company Defined Benefit Pension Plan (.80); review and revise same; conference w/ N. Peterman re: same (.20). | 1.30 | 455.00 |

Total Hours:  22.40

Total Amount:  $ 7,986.00

TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Leslie A. Klein | 2.80 | 635.00 | 1,778.00 |
| David W. Baddley | 0.30 | 470.00 | 141.00 |
| David C. Strosnider | 15.00 | 350.00 | 5,250.00 |
| Kerry E. Carlson | 4.30 | 190.00 | 817.00 |
| Totals: | 22.40 | 356.52 | $  7,986.00 |

Invoice No.:     1868908
Matter No.:      083230.012700                                          Page  4

Description of Professional Services Rendered


ACTION CODE:        810        LITIGATION MATTERS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/27/07 | Nancy A. Peterman | Prepare email to J. Atkinson re 2004 requests for MFIM. | 0.60 | 348.00 |

|  | Total Hours: | 0.60 |
|--|--------------|------|
|  | Total Amount: | $ 348.00 |


TIMEKEEPER SUMMARY FOR ACTION CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.60 | 580.00 | 348.00 |
| Totals: | 0.60 | 580.00 | $ 348.00 |

Invoice No.:     1868908
Matter No.:      083230.012700

Page 5

Description of Professional Services Rendered

ACTION CODE:      812      PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/02/07 | Nancy A. Peterman | Review draft confirmation orders. | 1.00 | 580.00 |
| 01/02/07 | Nancy A. Peterman | Review disbursing agreements. | 1.00 | 580.00 |
| 01/08/07 | Kerry E. Carlson | Research and distribute objections to confirmation (.30); research docket for entry of proposed confirmation order (0.20); check with court reporter for missing transcript for September 29 hearing (0.20). | 0.70 | 133.00 |
| 01/09/07 | Kerry E. Carlson | Review objections to confirmation order (0.30). | 0.30 | 57.00 |
| 01/09/07 | Nancy A. Peterman | Review and respond to email from client re plan issues (.20); prepare email to client re confirmation order (0.10). | 0.30 | 174.00 |
| 01/17/07 | Nancy A. Peterman | Review notice of appeal of confirmation order. | 0.20 | 116.00 |
| 01/22/07 | Nancy A. Peterman | Telephone conference with S. Darr re: stay pending appeal. | 0.20 | 116.00 |
| 01/23/07 | Nancy A. Peterman | Review and respond to email from S. Darr re: appeal/stay pending appeal. | 0.10 | 58.00 |

Total Hours:      3.80

Total Amount:      $ 1,814.00

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 2.80 | 580.00 | 1,624.00 |
| Kerry E. Carlson | 1.00 | 190.00 | 190.00 |
| Totals: | 3.80 | 477.37 | $      1,814.00 |

Invoice No.:    1868908                                                          Page 6
Matter No.:    083230.012700

<u>Description of Professional Services Rendered</u>

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 01/02/07 | Nancy A. Peterman | Review fee response for UST. | 0.40 | 232.00 |
| 01/03/07 | Collin B. Williams | Work on memo regarding fee enhancements and requirements for fee enhancements | 1.00 | 320.00 |
| 01/12/07 | Nancy A. Peterman | Review and comment on supplemental declaration. | 0.30 | 174.00 |
| 01/17/07 | Nancy A. Peterman | Exchange emails with J. Atkinson and A. Jarvis re: case status and extension of MFIM's employment. | 0.20 | 116.00 |
| 01/17/07 | Nancy A. Peterman | Telephone conference with J. Atkinson re: fee issues. | 0.40 | 232.00 |
| 01/24/07 | Kerry E. Carlson | Review docket and review Mesirow's first interim application, objections, reply and orders entered thereto (.30); discuss same with N. Peterman (0.10). | 0.40 | 76.00 |
| 01/24/07 | Nancy A. Peterman | Exchange emails with J. Atkinson, S. Smith and T. Allison re fee payments (.20); telephone conference with the UST re fee objection (.30); telephone conference with J. Atkinson re same (.30); prepare email to client re status of issues with UST (.20). | 1.00 | 580.00 |
| 01/25/07 | Nancy A. Peterman | Exchange emails with J. Atkinson re fee issues and continued retention. | 0.20 | 116.00 |
| 01/26/07 | Nancy A. Peterman | Prepare email to UST re meeting on fees and payment of fees from sale proceeds. | 0.20 | 116.00 |
| 01/31/07 | Nancy A. Peterman | Determine all open issues re fees for tomorrow's meeting (0.30); prepare emails to client re same (0.10). | 0.40 | 232.00 |

Total Hours:    4.50

Total Amount:    $ 2,194.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 813,</u>

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 3.10 | 580.00 | 1,798.00 |
| Collin B. Williams | 1.00 | 320.00 | 320.00 |
| Kerry E. Carlson | 0.40 | 190.00 | 76.00 |
| Totals: | 4.50 | 487.56 | $    2,194.00 |

Invoice No.:      1868908
Matter No.:      083230.012700

Page 7

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Leslie A. Klein | 2.80 | 635.00 | 1,778.00 |
| Nancy A. Peterman | 7.40 | 580.00 | 4,292.00 |
| David W. Baddley | 0.30 | 470.00 | 141.00 |
| David C. Strosnider | 15.00 | 350.00 | 5,250.00 |
| Collin B. Williams | 1.00 | 320.00 | 320.00 |
| Kerry E. Carlson | 7.00 | 190.00 | 1,330.00 |
| Carla Greenberg | 0.40 | 100.00 | 40.00 |
| Elisa Rodriguez | 1.80 | 100.00 | 180.00 |
| Totals: | 35.70 | 373.42 | $   13,331.00 |

| | | | Page 8 |
|---|---|---|---|
| Invoice No.: | 1868908 | | |
| Re: | USA Commercial Mortgage Company | | |
| Matter No.: | 083230.012700 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/20/06 | VENDOR: Cline Transcription Services; INVOICE#: 448; DATE: 12/20/2006 - 083230.012700  Transcript Service | $ | 24.60 |
| 12/20/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  17800881843 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | -288.80 |
| 12/20/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  17803859829 Air/Rail Travel Peterman/Nancy A Las-Ord-12/20/06 | $ | 590.20 |
| 12/20/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  8908138446861 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/20/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  8908138446862 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | 29.00 |
| 12/21/06 | VENDOR: FedEx INVOICE#: 860742509 DATE: 12/29/2006  Tracking #798070694597; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker Dr, Chicago, IL 60601;   To: Lisa Cline, Cline Transcription Services, 1306 West Craig Road, North Las Vegas, NV 89032 | $ | 9.73 |
| 12/21/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  167800881907 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | -321.42 |
| 12/21/06 | VENDOR: American Express INVOICE#: AETL200701 DATE: 1/11/2007  4017800881895 Air/Rail Travel Peterman/Nancy A   00-00-07 | $ | -288.80 |
| 12/27/06 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 11.45 |
| 12/28/06 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 1.27 |
| 01/03/07 | VENDOR: Base Limousine Service; INVOICE#: 8055; DATE: 1/3/2007 - Acct: GTLAW, Limousine Services from 12/15/06 to 12/20/06 | $ | 194.00 |
| 01/06/07 | Westlaw Research by STROSNIDER,DAVID C. | $ | 0.00 |
| | Total Expenses: | $ | -9.77 |

Invoice No.:      1868891                                                    Page  1
Matter No.:       083230.012700

## Description of Professional Services Rendered:

ACTION CODE:        804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/07 | Nancy A. Peterman | Review and analysis of recent pleadings. | 0.50 | 290.00 |
| 02/05/07 | Nancy A. Peterman | Review recent pleadings (.1). | 0.10 | 58.00 |
| 02/20/07 | Nancy A. Peterman | Telephone conference with J. Atkinson re case status, including fees, license issues, etc. | 0.20 | 116.00 |
| 02/21/07 | Nancy A. Peterman | Telephone conference with S. Strong re case status (.6);  review and analysis of recent pleadings (.4); prepare email update to MFIM re open issues (.9). | 1.90 | 1,102.00 |
| 02/24/07 | Nancy A. Peterman | Review and analysis of recent pleadings. | 0.90 | 522.00 |
| 02/26/07 | Nancy A. Peterman | Review and analysis of recent pleadings. | 0.50 | 290.00 |
| 02/27/07 | Nancy A. Peterman | Review recent pleadings. | 0.20 | 116.00 |
| 02/28/07 | Nancy A. Peterman | Review recent pleadings. | 0.20 | 116.00 |

Total Hours:     4.50

Total Amount:     $ 2,610.00

## TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 4.50 | 580.00 | 2,610.00 |
| Totals: | 4.50 | 580.00 | $    2,610.00 |