Invoice No.:    1858669                                                                                    Page 3
Matter No.:    083230.012700

Description of Professional Services Rendered

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/07 | Collin B. Williams | Research regarding 9th Circuit and other law on proprietary of success fees/fee enhancements (2.9); work on memo regarding same (4.1). | 7.00 | 2,240.00 |
| 03/05/07 | Collin B. Williams | Work on memo regarding fee enhancements | 2.60 | 832.00 |
| 03/21/07 | Matthew T. Gensburg | Review emails re: status from Darr on fee application issues. | 0.10 | 58.00 |
| 03/21/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application issues and other matters (2.0); work on various issues relating to the fee application (1.2). | 1.40 | 812.00 |
| 03/21/07 | Collin B. Williams | Research regarding judicial notice of rulings, pleadings and orders in other cases for fee application (1.6); draft memo regarding same (1.0). | 2.60 | 832.00 |
| 03/22/07 | Matthew T. Gensburg | Review emails re: judicial notice from Peterman and Williams. | 0.10 | 58.00 |
| 03/22/07 | Nancy A. Peterman | Work on fee application issues. | 1.00 | 580.00 |
| 03/22/07 | Collin B. Williams | Work on materials for success fee binder and argument (3.1); research regarding lodester multipliers as they pertain to trustee compensation (2.3). | 5.40 | 1,728.00 |
| 03/23/07 | Kerry E. Carlson | Pull all cases cited in C. Williams memo on success fees (.3); gather additional research and background information on success fees in other cases (.8). | 1.10 | 209.00 |
| 03/23/07 | Sonal P. Desai | Research re success fee cases. | 0.30 | 55.50 |
| 03/23/07 | Collin B. Williams | Work on success fee binders and materials in preperation for fee application hearing. | 6.50 | 2,080.00 |
| 03/26/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application, Sal Reale issues, etc. (.4); telephone conferences (2) with S. Strong re fee applications, Sal Reale, Sierra Liquidity and other issues (.6). | 1.00 | 580.00 |
| 03/26/07 | Nancy A. Peterman | Prepare agenda for call with MFIM representatives (.8); prepare and participate in same call (1.2); follow-up on all open issues (.6). | 2.60 | 1,508.00 |
| 03/28/07 | Matthew T. Gensburg | Review fee application materials. | 0.20 | 116.00 |
| 03/30/07 | Matthew T. Gensburg | Review emails re: status of fee application preparation. | 0.20 | 116.00 |
| | | Total Hours: | 32.10 | |

| Invoice No.: | 1858669 | Page 4 |
|---|---|---|
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

Total Amount:  $ 11,804.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 813,

#### FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Matthew T. Gensburg | 0.60 | 580.00 | 348.00 |
| Nancy A. Peterman | 6.00 | 580.00 | 3,480.00 |
| Collin B. Williams | 24.10 | 320.00 | 7,712.00 |
| Kerry E. Carlson | 1.10 | 190.00 | 209.00 |
| Sonal P. Desai | 0.30 | 185.00 | 55.50 |
| Totals: | 32.10 | 367.74 | $ 11,804.50 |

| | | Page 5 |
|---|---|---|
| Invoice No.: | 1858669 | |
| Matter No.: | 083230.012700 | |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Matthew T. Gensburg | 0.60 | 580.00 | 348.00 |
| Nancy A. Peterman | 10.30 | 580.00 | 5,974.00 |
| Collin B. Williams | 24.10 | 320.00 | 7,712.00 |
| Kerry E. Carlson | 1.30 | 190.00 | 247.00 |
| Sonal P. Desai | 0.30 | 185.00 | 55.50 |
| Carla Greenberg | 0.40 | 100.00 | 40.00 |
| Elisa Rodriguez | 2.10 | 100.00 | 210.00 |
| Totals: | 39.10 | 373.06 | $ 14,586.50 |

Invoice No.: 1858669 Page 6
Re: USA Commercial Mortgage Company
Matter No.: 083230.012700

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/02/07 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 49.39 |
| 03/21/07 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 72.81 |
| 03/22/07 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 82.42 |
| 03/23/07 | Copy; 213 Page(s) by 015045 | $ | 31.95 |
| 03/23/07 | Copy; 1252 Page(s) by 007611 | $ | 187.80 |
| 03/23/07 | Telephone; 7023886192 from Ext. 5108  LAS VEGAS NV | $ | 0.08 |
| 03/23/07 | Telephone; 7023886257 from Ext. 5108  LAS VEGAS NV | $ | 0.24 |
| 03/23/07 | Telephone; 7023886705 from Ext. 5108  LAS VEGAS NV | $ | 0.24 |
| 03/23/07 | Telephone; 7023886705 from Ext. 5108  LAS VEGAS NV | $ | 0.16 |
| 03/23/07 | Westlaw Research by DESAI,SONAL. | $ | 68.69 |
| 03/26/07 | Westlaw Research by WILLIAMS,COLLIN B. | $ | 109.70 |
| 03/27/07 | Telephone; 6172351415 from Ext. 5108  BOSTON MA | $ | 0.08 |
| | Total Expenses: | $ | 603.56 |

Invoice No.:   1869076                                                                      Page 1
Matter No.:    083230.012700

Description of Professional Services Rendered:

ACTION CODE:     813         FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/07 | Matthew T. Gensburg | Review success fee memo. | 0.50 | 290.00 |
| 04/02/07 | Matthew T. Gensburg | Review emails re: CRO success fees and typical fees for investment bankers. | 0.30 | 174.00 |
| 04/02/07 | Nancy A. Peterman | Prepare for and participate in call with MFIM re fee application issues (1.1); conference with M. Gensburg re same (.30). | 1.40 | 812.00 |
| 04/03/07 | Matthew T. Gensburg | Review research and cases re: success fee. | 0.90 | 522.00 |
| 04/03/07 | Nancy A. Peterman | Exchange emails with M. Kehl re fee application (.20); review email from S. Darr re status of same (.20). | 0.40 | 232.00 |
| 04/04/07 | Matthew T. Gensburg | Review case summaries re: success fees. | 1.50 | 870.00 |
| 04/05/07 | Mark D. Bloom | telephone conference with NPeterman re case issues, possible objections to fee application, scope of work and specific issues | 0.30 | 195.00 |
| 04/05/07 | Matthew T. Gensburg | Review "Success Fee" memo and emails related to same from Williams (2x), Kehl, Peterman. | 1.60 | 928.00 |
| 04/05/07 | Matthew T. Gensburg | Review emails re: claims to Investor Trust Account from Schwartzer, Charles, Peterman. | 0.30 | 174.00 |
| 04/05/07 | Matthew T. Gensburg | Review emails re: removal of Mesirow work product from Charles, Jarvis (2x). | 0.30 | 174.00 |
| 04/06/07 | Matthew T. Gensburg | Review and outline fee application (1.5); conference re: same (.8); review emails related to same (.2). | 2.50 | 1,450.00 |
| 04/06/07 | Nancy A. Peterman | Revise success fee memo (1.7); exchange emails with C. Williams re same (.20); prepare email to M. Kehl re success fee factors (.20). | 2.10 | 1,218.00 |
| 04/09/07 | Kerry E. Carlson | Update docket and calendar to reflect new dates for final fee application. | 0.40 | 76.00 |
| 04/09/07 | Kerry E. Carlson | Update docket and calendar to reflect new dates for final fee application. | 0.50 | 95.00 |
| 04/09/07 | Matthew T. Gensburg | Review emails re: status from Peterman (.3); review disclosure statement (1.5); review fee application (2.0). | 3.80 | 2,204.00 |
| 04/09/07 | Nancy A. Peterman | Prepare for and participate in call with MFIM re fee application (.70); follow-up on open issues re fee application (.40). | 1.10 | 638.00 |
| 04/10/07 | Matthew T. Gensburg | Review email transmitting success fee motions in other cases (1.0); review success fee case law (.2). | 1.20 | 696.00 |
| 04/10/07 | Nancy A. Peterman | Telephone conference with M. Kehl re fee application issues (allocation issues) (.20); | 0.40 | 232.00 |

| Invoice No.: | 1869076 | | | Page 2 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | conference with S. Morissette re fee applications (.20). | | |
| 04/11/07 | Kerry E. Carlson | Research dates related to final applications for compensation as set forth in the Plan and third stipulation related to the same (.6); assist S. Morissette with researching on cases awarding success fees (.6). | 1.20 | 228.00 |
| 04/11/07 | Matthew T. Gensburg | Review revisions to fee application (2.8); review emails re: modifications from Morrisette, Peterman (9x), Kehl (3x), Smith, Carlson (2x), Greenberg (.4); conference with Peterman and Kehl re: changes (.1). | 3.30 | 1,914.00 |
| 04/11/07 | Nancy A. Peterman | Review and comment on draft fee application (3.0); conference with M. Gensburg re same (.10); review March fee statement (.80); prepare email to M. Kehl re same (.20); telephone conference with S. Darr re fee application (.30); telephone conference with M. Kehl re fee application issues (.30). | 4.70 | 2,726.00 |
| 04/12/07 | Matthew T. Gensburg | Review emails re: hearing from Peterman, Carlson re final fee application. | 1.10 | 638.00 |
| 04/16/07 | Matthew T. Gensburg | Review emails re: final fee application from Kehl (.3); review new draft of final fee application (1.0). | 1.30 | 754.00 |
| 04/16/07 | Nancy A. Peterman | Prepare for and participate in telephone conference with MFIM re fee application (.80); telephone conference with B. Fasel re sale process (.20); telephone conference with M. Kehl re fee application issues (.40); telephone conference with S. Darr re same (.20); work on fee application issues (.90). | 2.50 | 1,450.00 |
| 04/17/07 | Matthew T. Gensburg | Review second draft of fee application (9.5); conference re: same (1.0). | 10.50 | 6,090.00 |
| 04/17/07 | Sherri Morissette | Work on final fee application. | 8.50 | 3,910.00 |
| 04/17/07 | Nancy A. Peterman | Meet with MFIM (S. Smith, S. Darr, M. Kehl, B. Coe and M. Haftl), M. Gensburg and S. Morissette re fee application, specific case accomplishments, each category of fees, etc. | 9.50 | 5,510.00 |
| 04/18/07 | Kerry E. Carlson | Research declarations in support of involuntary petitions filed against Tree Moss Partners, LLC and USA Investors VI, LLC re final fee application (.2); research possible adversary actions filed against Del and Ernestine Bunch; discuss findings with S. Morissette re final fee application (.2). | 0.40 | 76.00 |
| 04/18/07 | Matthew T. Gensburg | Interview Mesirow re: sale process and loan portfolio work (2.0); draft sections of fee application (9.0). | 11.00 | 6,380.00 |
| 04/18/07 | Sherri Morissette | Work on final fee application | 10.40 | 4,784.00 |

| Invoice No.: | 1869076 | | | Page 3 |
|---|---|---|---|---|
| Matter No.: | 083230.012700 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/07 | Nancy A. Peterman | Revise final fee application. | 5.10 | 2,958.00 |
| 04/19/07 | Kerry E. Carlson | Research and review administrative compensation order (.2); confirm details for service of final application (.2); meet with M. Keil to review status of final application and goals to be completed (.2). | 0.60 | 114.00 |
| 04/19/07 | Matthew T. Gensburg | Review emails from Peterman, Kehl re drafting final fee application. | 0.50 | 290.00 |
| 04/19/07 | Matthew T. Gensburg | Review exhibits re final fee application. | 0.20 | 116.00 |
| 04/19/07 | Matthew T. Gensburg | Continue redraft of fee application. | 2.60 | 1,508.00 |
| 04/19/07 | Matthew T. Gensburg | Review National Fund and USA DTDF quarterly reports re final fee application. | 0.10 | 58.00 |
| 04/19/07 | Matthew T. Gensburg | Review post-petition organization chart re final fee application. | 0.10 | 58.00 |
| 04/19/07 | Matthew T. Gensburg | Review FTDF Prospectus and offering circulars re final fee application. | 0.20 | 116.00 |
| 04/19/07 | Matthew T. Gensburg | Review USA Investment Partners UCC search and UCC filings and promissory note and security agreement re final fee application. | 0.30 | 174.00 |
| 04/19/07 | Matthew T. Gensburg | Review catalog of committee requests re final fee application. | 0.10 | 58.00 |
| 04/19/07 | Sherri Morissette | Work on final fee application. | 8.30 | 3,818.00 |
| 04/19/07 | Nancy A. Peterman | Exchange emails with M. Gensburg re fee application (.30); prepare for and attend meeting with MFIM (T. Allison, B. Coe, S. Smith and S. Darr) and Debtors' counsel (A. Jarvis, E. Monson, S. Strong) re various fee application issues (6.1). | 6.50 | 3,770.00 |
| 04/20/07 | Matthew T. Gensburg | Review emails re: declarations from Peterman (4x); Strong; Jarvis (3x); Schwartzer; McPherson (2x). | 0.40 | 232.00 |
| 04/20/07 | Matthew T. Gensburg | Review emails re: exhibits from Morissette, Kehl. | 0.10 | 58.00 |
| 04/20/07 | Matthew T. Gensburg | Review emails re: status of draft from Peterman (6x);, Morissette, Jarvis, Kehl (2x), Fasel (2x) | 0.40 | 232.00 |
| 04/20/07 | Matthew T. Gensburg | Review billing charts re final fee application. | 0.20 | 116.00 |
| 04/20/07 | Matthew T. Gensburg | Redraft fee application. | 4.70 | 2,726.00 |
| 04/20/07 | Sherri Morissette | Work on final fee application. | 9.20 | 4,232.00 |
| 04/20/07 | Nancy A. Peterman | Attend meeting with MFIM (T. Allison, B. Coe, S. Smith and S. Darr) and Debtors' counsel (A. Jarvis, E. Monson, S. Strong) re various fee application issues (5.2); review various pleadings relating to the cases in order to prepare fee applications (2.6). | 7.80 | 4,524.00 |
| 04/22/07 | Nancy A. Peterman | Review various background pleadings relating to plan implementation issues and various pieces of litigation re final fee application. | 4.90 | 2,842.00 |
| 04/23/07 | Kerry E. Carlson | Draft declarations of Allison and Smith in | 0.80 | 152.00 |

Invoice No.:   1869076  Page 4
Matter No.:    083230.012700

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | support of final application for compensation and success fee. | | |
| 04/23/07 | Matthew T. Gensburg | Review insert and drafts re final fee application. | 7.10 | 4,118.00 |
| 04/23/07 | Matthew T. Gensburg | Review emails re: changes to application from Peterman (5x), Smith, Morissette | 0.30 | 174.00 |
| 04/23/07 | Matthew T. Gensburg | Conference re: changes to fee application. | 0.90 | 522.00 |
| 04/23/07 | Matthew T. Gensburg | Review fee application exhibits including $58M and 1090 Collateral Analysis; Debtors Limited Objection to PDG's Disbursement; Benefits to Debtor's Chart. | 0.20 | 116.00 |
| 04/23/07 | Sherri Morissette | Work on final fee application | 11.00 | 5,060.00 |
| 04/23/07 | Nancy A. Peterman | Revise fee application (8.7); draft introduction to fee application (2.3); numerous conferences with MFIM personnel re various fee application issues (1.3); numerous conference with M. Gensburg re success fee (.60). | 12.90 | 7,482.00 |
| 04/24/07 | Matthew T. Gensburg | Review emails re: service of fee applciaotin from Peterman, Schwartzer. | 0.20 | 116.00 |
| 04/24/07 | Matthew T. Gensburg | Review "Introduction " from Ray Quinney application re final fee application. | 0.20 | 116.00 |
| 04/24/07 | Matthew T. Gensburg | Review emails re: needed changes to fee application from Peterman, Kehl (2x), Haftl, Allison, Darr (2x). | 0.10 | 58.00 |
| 04/24/07 | Matthew T. Gensburg | Continue draft and redraft of fee application. | 8.40 | 4,872.00 |
| 04/24/07 | Sherri Morissette | Work on final fee application. | 12.00 | 5,520.00 |
| 04/24/07 | Nancy A. Peterman | Meetings with T. Allison, S. Smith, M. Kehl, M. Haftl and S. Darr re fee application, open issues, additional factual background, etc (3.6); revise introduction to fee application (3.9); exchange emails with A. Jarvis re fee application filing issues, introduction, etc. (.20); revise fee application (2.3). | 10.00 | 5,800.00 |

Total Hours:   200.30

Total Amount:   $ 107,546.00

Invoice No.:   1869076                                                                               Page 5
Matter No.:    083230.012700

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Mark D. Bloom | 0.30 | 650.00 | 195.00 |
| Matthew T. Gensburg | 67.40 | 580.00 | 39,092.00 |
| Nancy A. Peterman | 69.30 | 580.00 | 40,194.00 |
| Sherri Morissette | 59.40 | 460.00 | 27,324.00 |
| Kerry E. Carlson | 3.90 | 190.00 | 741.00 |
| Totals: | 200.30 | 536.92 | $ 107,546.00 |

Invoice No.: 1869076  
Matter No.: 083230.012700

Page 6

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Mark D. Bloom | 0.30 | 650.00 | 195.00 |
| Matthew T. Gensburg | 67.40 | 580.00 | 39,092.00 |
| Nancy A. Peterman | 69.30 | 580.00 | 40,194.00 |
| Sherri Morissette | 59.40 | 460.00 | 27,324.00 |
| Kerry E. Carlson | 3.90 | 190.00 | 741.00 |
| Totals: | 200.30 | 536.92 | $ 107,546.00 |