**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/14/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO GRANT THE USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION IN CASE NO. 06-10725 AS TO CLAIM NOS. 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593, 1594, 1595 and 1599** |

    The USACM Liquidating Trust (the "USACM Trust") and Direct Lenders Jack J. Beaulieu Revocable Trust, Mayo Family Trust and Monroe Mayo (the "Stipulating Direct Lenders") stipulate, through undersigned counsel, that the Court grant the USACM Trust's Fourteenth and Twentieth Omnibus Objections to Claims Asserting Secured Status [DE 3159 and 3172] (collectively "Omnibus Objection") as to the Stipulating Direct Lenders (whose claims are identified on Exhibit A) (the "Claims") and thereby disallow the Claims as secured claims, but without prejudice to the Claims being deemed filed as unsecured claims, subject to possible objection.

218743.1

LEWIS
AND
ROCA
LLP
LAWYERS

1.    The Stipulating Direct Lenders are represented by Deaner, Deaner, Scann, Malan & Larsen.

2.    The Stipulating Direct Lenders each filed one or more proof(s) of claim in Case No. 06-10725. The Stipulating Direct Lenders' proofs of claim sought to have their claim(s) classified as "secured claims." The Stipulating Direct Lenders are listed in attached Exhibit A along with the claim number(s) corresponding to their Claims, the date they filed their proof of claim and the omnibus objection corresponding to each claim.

3.    The Omnibus Objection sought to disallow the Claims as secured claims, without prejudice to their consideration as general unsecured claims.

4.    On April 17, 2007, the Stipulating Direct Lenders filed oppositions to the Omnibus Objection [DE 3477 and 3478].

5.    Notwithstanding their previous opposition to the Omnibus Objection, the Stipulating Direct Lenders concede that the Claims are not properly classified as secured claims and therefore they stipulate to the granting of the Omnibus Objection as to the Claims, without prejudice to the Claims being deemed filed as unsecured claims, without prejudice to possible Omnibus Objection.

6.    The USACM Trust reserves the right to further object to any and all Claims, whether or not the subject of this Omnibus Objection, for allowance and/or distribution purposes on any other grounds.

/////
/////
/////
/////
/////
/////
/////

2

218743.1

LEWIS AND ROCA LLP
LAWYERS

7. A proposed form of order granting the stipulation is being submitted for the Court's consideration.

DATED: May 9, 2007

| DEANER, DEANER, SCANN, MALAN & LARSEN | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ SWS (#776)<br>Susan Williams Scann (NV 000776)<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: 702-382-6911<br>E-Mail: sscann@deanerlaw.com<br>*Counsel for Mayo Family and Jack J. Beaulieu Recoverable Living Trust* | By: /s/ RC (#6593)<br>Susan M. Freeman, AZ 4199 (*pro hac vice*)<br>Rob Charles, NV 6593<br>John Hinderaker, AZ 18024 (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>Email: RCharles@LRLaw.com<br>*Counsel for USACM Liquidating Trust* |

3

218743.1