**Entered on Docket
May 15, 2007**

_____

**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Securities, LLC

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA SECURITIES, LLC TO CERTAIN CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

The Omnibus Objection of USA Securities, LLC to Certain Claims (the "Objection")
(Docket No. 3021) came before this Court on proper notice at the hearing held April 26, 2007, at
9:30 a.m. Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf of USA
Securities, LLC, Eve Karasik of Stutman, Treister & Glatt, P.C. appeared on behalf of the Official
Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF
Committee"), and other appearances were noted on the record.

Responses to the Objection were filed by Micheal P. Mollo (Docket No. 3177) and the
FTDF Committee (Docket No. 3483). A separate response (Docket No. 3337) filed by Michael P.
Mollo was also docketed as if it related to the Objection, but that response does not relate to any
claim addressed in the Objection and was actually directed to a different omnibus objection filed
by the USACM Liquidating Trust. No other responses were filed to the Objection. Based on a
prior stipulated order (Docket No. 3520) (the "Kantor Continuance Order"), the claims of Dr.
Gary Kantor, Kantor Nephrology Consultants Ltd., and Lynn M. Kantor (the "Kantor Claims")
addressed in the Objection were continued for a status hearing on June 15, 2007 at 9:30 a.m. The
claim of Houghton Dental Corp. PSP f/b/o Geraldine Pearl Houghton addressed in the Objection
was withdrawn with prejudice by stipulation (Docket No. 3465).

THE COURT, having considered the Objection and responses thereto, and having
determined that good and sufficient cause exists for sustaining the Objection to the extent set forth
below, HEREBY ORDERS THAT:

1.    The Objection is sustained in part as described below;

2.    All of the claims listed on Exhibit A to the Objection, as set forth in the following
table, are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Adams, Brian M<br>525 S 6Th St<br>Las Vegas, NV 89101 | 10729-00030 | 11/8/2006 | 325,000.00 |
| 2 | Adams, Herman M & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10729-00033 | 11/10/2006 | 3,625,000.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 3 | Baginski, Michael<br>12881 Knott St #205<br>Garden Grove, CA  92841 | 10729-00029 | 11/10/2006 | 288,283.00 |
|---|---|---|---|---|
| 4 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA  91602-3067 | 10729-00041 | 11/13/2006 | 200,000.00 |
| 5 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10729-00015 | 5/8/2006 | 50,000.00 |
| 6 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10729-00016 | 5/8/2006 | 120,000.00 |
| 7 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10729-00017 | 5/8/2006 | 100,000.00 |
| 8 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10729-00018 | 5/8/2006 | 50,000.00 |
| 9 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10729-00009 | 6/2/2006 | 50,933.34 |
| 10 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10729-00010 | 6/2/2006 | 50,972.22 |
| 11 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10729-00011 | 6/2/2006 | 50,933.34 |
| 12 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10729-00013 | 6/2/2006 | 37,860.24 |
| 13 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV  89102-2094 | 10729-00003 | 5/23/2006 | 51,033.34 |
| 14 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV  89102-2094 | 10729-00006 | 5/23/2006 | 51,076.38 |
| 15 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV  89102-2020 | 10729-00004 | 5/23/2006 | 35,583.34 |
| 16 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV  89102-2020 | 10729-00005 | 5/23/2006 | 17,538.18 |
| 17 | Halseth Family Trust Totally Restated 4/21/00,<br>Daniel R. and Sandra K. Ttees<br>23 Molas Dr.<br>Durango, CO  81301 | 10729-00044 | 1/9/2007 | Blank |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 18 | Houghton Dental Corp PSP<br>Fbo Geraldine Pearl Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10729-00034 | 11/9/2006 | 100,000.00 |
|----|---|---|---|---|
| 19 | Karen Petersen Tyndall Trust Dtd 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00027 | 11/9/2006 | 1,115,915.59 |
| 20 | KPT Irrevocable Trust Dtd 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00028 | 11/9/2006 | 202,866.38 |
| 21 | Law Offices Of James J Lee<br>7674 W Lake Mead # 108<br>Las Vegas, NV 89128 | 10729-00037 | 11/13/2006 | 200,000.00 |
| 22 | Layne Family Trust<br>Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10729-00023 | 11/9/2006 | 240,000.00 |
| 23 | Lee Esq, James J<br>7674 W Lake Mead #108<br>Las Vegas, NV 89128 | 10729-00036 | 11/13/2006 | 200,000.00 |
| 24 | Mirzaian, Katrine<br>708 Prospect Dr.<br>Glendale, CA 91205 | 10729-00045 | 1/10/2007 | 344,011.56 |
| 25 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00001 | 5/22/2006 | 37,860.24 |
| 26 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00002 | 5/22/2006 | 51,033.34 |
| 27 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00007 | 5/23/2006 | 51,076.38 |
| 28 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00008 | 5/23/2006 | 25,538.20 |
| 29 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10729-00035 | 11/9/2006 | 100,000.00 |
| 30 | Quinn, Edward & Darlene<br>660 NW Brookhaven Dr<br>Lee's Summit, MO 64081 | 10729-00019 | 7/10/2006 | 156,388.48 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3.     Two of the three claims listed on Exhibit B to the Objection, as set forth in the following table, are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | CT Corporation Systems CT, a Wolters Kluwer Business PO Box 4349 Carol Stream, IL 60197-4349 | 10729-00043 | 12/8/2006 | 480.00 |
| 2 | Hagmaier, Robert L. 15254 Candlewood Ct. Lake Oswego, OR 97035 | 10729-00021 | 10/6/2006 | 200.00 |

4.     As to the third claim listed on Exhibit B to the Objection, the claim of Michael P. Mollo, Proof of Claim No. 10729-00022 filed October 6, 2006 in the amount of $106.63, the hearing on the Objection to that claim is continued for a status hearing on June 15, 2007 at 9:30 a.m.;

5.     The hearing on the three claims listed on Exhibit C to the Objection, which are the Kantor Claims, is continued for a status hearing on June 15, 2007 at 9:30 a.m., as provided in the Kantor Continuance Order; and

6.     The claims that are disallowed pursuant to this Order are disallowed in their entirety and for all purposes as claims against USA Securities LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*

1

2

3

Approved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:  **/s/ Andrew Parlen**
_____
EVE KARASIK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of*
*Equity Security Holders of USA Capital*
*First Trust Deed Fund LLC*

Approved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122