**Entered on Docket
May 15, 2007**

**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Realty Advisors, LLC

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CERTAIN CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

1

1    The Omnibus Objection of USA Capital Realty Advisors, LLC ("USA Realty") to

2    Certain Claims (the "Objection") (Docket No. 3017) came before this Court on proper notice at

3    the hearing held April 26, 2007, at 9:30 a.m.  Steven C. Strong of Ray Quinney & Nebeker P.C.

4    appeared on behalf of USA Realty, William L. McGimsey appeared on behalf of the Margaret B.

5    McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark

6    (collectively, the "McGimsey Claimants"), and other appearances were noted on the record.

7    A response to the Objection was filed by the McGimsey Claimants (Docket No. 3487).  No

8    other responses were filed.  Based on a prior stipulated order (Docket No. 3520) (the "Kantor

9    Continuance Order"), the claims of Dr. Gary Kantor, Kantor Nephrology Consultants Ltd., and

10    Lynn M. Kantor against USA Realty (the "Kantor Claims") addressed in the Objection were

11    continued for a status hearing on June 15, 2007 at 9:30 a.m.

12    THE COURT, having considered the Objection and the response thereto, and having

13    determined that good and sufficient cause exists for sustaining the Objection to the extent set forth

14    below, HEREBY ORDERS THAT:

15    1.    The following claim listed on Exhibit A to the Objection is disallowed in its

16    entirety:

| Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|----------|--------------------|------------------|-----------------------|
| Halseth, Daniel R. & Sandra K Ttees Of The Halseth Family Tr 23 Molas Dr Durango, CO 81301 | 10726-00065 | 1/9/2007 | Unknown |

24    [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2.      The following claims listed on Exhibit B to the Objection are disallowed in their

entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00011 | 6/2/2006 | 50,933.34 |
| 2 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00014 | 6/2/2006 | 50,933.34 |
| 3 | Karen Petersen Tyndall Trust Dated 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10726-00047 | 11/10/2006 | 1,115,915.59 |
| 4 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00003 | 5/22/2006 | 51,033.34 |
| 5 | Quinn, Edward & Darlene<br>660 NW Brookhaven Dr<br>Lee's Summit, MO 64081 | 10726-00026 | 7/12/2006 | 156,388.48 |

3.      As to the remaining claims listed on Exhibit A or Exhibit B of the Objection,

namely the Kantor Claims and the claims of the McGimsey Claimants against USA Realty, the

hearing on the Kantor Claims is continued for a status hearing on June 15, 2007 at 9:30 a.m., as

provided in the Kantor Continuance Order, and the hearing on the claims of the McGimsey

Claimants against USA Realty is also continued for a status hearing on June 15, 2007 at 9:30 a.m.;

4.      The claims that are disallowed pursuant to this Order are disallowed in their

entirety and for all purposes as claims against USA Realty and are not allowed as claims against

any of the other Debtors in these jointly-administered bankruptcy cases.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: **/s/ Lenard E. Schwartzer**

LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

APPROVED BY:

By: **/s/ William L. McGimsey**

William L. McGimsey, Nevada Bar No. 546
WILLIAM L. McGIMSEY,
A Professional Corp.
601 E. Charleston Blvd.
Las Vegas, NV 89104
*Attorney for Margaret B. McGimsey Trust,*
*Bruce McGimsey, Jerry McGimsey, Sharon*
*McGimsey, and Johnny Clark*

Approved By:
OFFICE OF THE U.S. TRUSTEE

By:

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122