UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

**Entered on Docket**
**May 15, 2007**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Capital Realty Advisors, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER SUSTAINING THE OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO MISFILED CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

The Omnibus Objection of USA Capital Realty Advisors, LLC to Misfiled Claims (the "Objection") (Docket No. 3019) came before this Court on proper notice at the hearing held April 26, 2007, at 9:30 a.m. Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf of USA Capital Realty Advisors, LLC, Eve Karasik of Stutman, Treister & Glatt, P.C. appeared on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), and other appearances were noted on the record.

A limited response to the Objection was filed by the FTDF Committee (Docket No. 3482). No other responses were filed.

THE COURT, having considered the Objection and the limited response thereto, and having determined that good and sufficient cause exists for sustaining the Objection to the extent set forth below, HEREBY ORDERS THAT:

1. All of the claims listed on Exhibit A to the Objection, as set forth in the following table, are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Adams, Brian M<br>525 S 6Th St<br>Las Vegas, NV 89101 | 10726-00048 | 11/8/2006 | 325,000.00 |
| 2 | Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10726-00050 | 11/8/2006 | 3,625,000.00 |
| 3 | Allergy Consultants Medical Group Inc<br>C/O Dionisio Fernandes Trustee<br>401K Profit Sharing Plan<br>4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 10726-00035 | 10/10/2006 | 58,071.84 |
| 4 | Baginski, Michael<br>12881 Knott St #205<br>Garden Grove, CA 92841 | 10726-00049 | 11/10/2006 | 288,283.00 |
| 5 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA 91602-3067 | 10726-00058 | 11/13/2006 | 200,000.00 |
| 6 | Debra A Gant-Hickel & Russell J Hickel<br>4725 Goodwin Rd<br>Sparks, NV 89436 | 10726-00029 | 8/16/2006 | 33,245.88 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | | |
|---|---|---|---|---|
| 7 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10726-00018 | 5/8/2006 | 50,000.00 |
| 8 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10726-00019 | 5/8/2006 | 100,000.00 |
| 9 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10726-00020 | 5/8/2006 | 120,000.00 |
| 10 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10726-00021 | 5/8/2006 | 50,000.00 |
| 11 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10726-00022 | 6/5/2006 | 100,000.00 |
| 12 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00012 | 6/2/2006 | 50,933.34 |
| 13 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00013 | 6/2/2006 | 50,972.22 |
| 14 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00015 | 6/2/2006 | 50,933.34 |
| 15 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10726-00016 | 6/2/2006 | 37,860.24 |
| 16 | Fernandes, Dionisio A & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 10726-00034 | 10/10/2006 | 244,646.92 |
| 17 | Fernandes, Jason D & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 10726-00032 | 10/10/2006 | 151,359.38 |
| 18 | Fernandes, Melissa A & Dionisio<br>4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 10726-00033 | 10/10/2006 | 116,143.68 |
| 19 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10726-00004 | 5/23/2006 | 51,033.34 |
| 20 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10726-00007 | 5/23/2006 | 51,076.38 |
| 21 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV 89102-2020 | 10726-00005 | 5/23/2006 | 35,583.34 |
| 22 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV 89102-2020 | 10726-00006 | 5/23/2006 | 17,538.18 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | | |
|---|---|---|---|---|
| 23 | Karen Petersen Tyndall Trust Dtd 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10726-00040 | 11/9/2006 | 1,115,915.59 |
| 24 | KPT Irrevocable Trust Dated 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10726-00046 | 11/10/2006 | 202,866.38 |
| 25 | Law Offices Of James J Lee<br>7674 W Lake Mead Blvd #108<br>Las Vegas, NV 89128 | 10726-00052 | 11/13/2006 | 200,000.00 |
| 26 | Layne Family Trust<br>Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10726-00036 | 11/9/2006 | 240,000.00 |
| 27 | Lee, James J<br>7674 W Lake Mead Blvd #108<br>Las Vegas, NV 89128 | 10726-00053 | 11/13/2006 | 200,000.00 |
| 28 | Mirzaian, Katrine<br>708 Prospect Dr<br>Glendale, CA 91205 | 10726-00066 | 1/10/2007 | 344,011.56 |
| 29 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00001 | 5/22/2006 | 37,860.24 |
| 30 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00002 | 5/22/2006 | 51,033.34 |
| 31 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00008 | 5/23/2006 | 51,076.38 |
| 32 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00009 | 5/23/2006 | 25,538.20 |
| 33 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10726-00051 | 11/9/2006 | 100,000.00 |
| 34 | Quinn, Edward & Darlene<br>660 New Brookhaven Dr<br>Lee's Summit, MO 64081 | 10726-00023 | 7/10/2006 | 156,388.48 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | | |
|---|---|---|---|---|
| 35 | Saunders, John H & Anita<br>3665 Brighton Way<br>Reno, NV 89509 | 10726-00064 | 11/27/2006 | 50,000.00 |
| 36 | Silver Saver Mart Inc<br>Po Box 124<br>Silver Springs, NV 89429 | 10726-00028 | 8/14/2006 | 36,386.45 |

3. All of the claims listed on Exhibit B to the Objection, as set forth in the following table, are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Cronk, Arlene<br>C/O Michael Lehners Esq<br>429 Marsh Ave<br>Reno, NV 89509 | 10726-00010 | 5/30/2006 | 272,206.96 |
| 2 | Doucet, D. Joseph<br>Ttee Of Doucet Trust<br>3301 Skyline Blvd<br>Reno, NV 89509-6604 | 10726-00067 | 1/12/2007 | 502,335.71 |
| 3 | Jung, Margarita<br>1405 Vegas Valley #317<br>Las Vegas, NV 89109 | 10726-00027 | 7/28/2006 | 91,534.04 |
| 4 | Sturza, Harold<br>2705 Orchid Valley Dr<br>Las Vegas, NV 89134-7327 | 10726-00031 | 9/29/2006 | Blank |

4. The claims listed in the table in paragraph 3 above are deemed to be timely filed general unsecured claims asserted against USA Commercial Mortgage Company ("USACM"), but are subject to any objections that may be interposed by the USACM Liquidating Trust or any other party entitled to object to claims; and

5. The claims that are disallowed pursuant to this Order are disallowed in their entirety and for all purposes as claims against USA Realty Advisors, LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases, except as provided in paragraph 4 above.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: **/s/ Lenard E. Schwartzer**
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*

Approved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: **/s/ Andrew Parlen**
EVE KARASIK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
LEWIS AND ROCA, LLP

By: **/s/ Rob Charles**
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.

Approved by:
OFFICE OF THE U.S. TRUSTEE

By: [signature]
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122