| | |
|---|---|
| Kaaran Thomas (State Bar No. 7193)<br>McDonald Carano Wilson, LLP<br>2300 West Sahara Avenue<br>No. 10, Suite 1000<br>La Vegas, Nevada 89102<br>Telephone No.: 702.873.4100<br>Fax No.: 702.873.9966 | Electronically Filed on May 15, 2007 |

Attorneys for Kreg Rowe, et. al.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>  Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under<br>Case No. BK-S-06-10725-LBR)<br><br>**SUPPLEMENT TO MOTION OF KREG ROWE ET. AL, TO QUASH SUBPOENAS (INSOFAR AS SUBPOENA SEEKS RECORDS OF THE ABOVE LISTED ENTITIES AND INDIVIDUALS) DIRECTED TO WELLS FARGO BANK, N.A., WELLS FARGO BANK OF NEVADA, NEVADA STATE BANK, JP MORGAN CHASE, BANK OF THE WEST, OPPENHEIMER FUNDS, BANK OF AMERICA, CITY BANK, KREG ROWEW, BRETT SEABERT, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date:  June 15, 1007<br>Hearing Time:  1:30 p.m. |

///
///
///
///
///

Kreg Rowe et. al.[1] ("the Movants") file this supplement to their Motion seeking to quash Subpoenas directed to Wells Fargo Bank, N.A., Wells Fargo Bank of Nevada, Nevada State Bank, JP Morgan, Bank of the West, Oppenheimer Funds, and Bank of America ("the Banks") and Kreg Rowe and Brett Seabert (the "Individuals"). The Supplement attaches as Exhibits 1-8 the subpoenas referred to in the Motion to Quash.

WHEREFORE Movants pray that this Supplement be considered by the court in connection with the Motion to Quash and for such other relief as is just.

DATED: May 15, 2007          MCDONALD CARANO WILSON, LLP

By: /s/ Kaaran Thomas
Kaaran E. Thomas
Attorneys for Movants

209761.6

---

[1] McDonald Carano Wilson LLP's additional clients and Movants to this motion are: Brett Seabert, B & L Investments, Inc., Cabernet Highlands, LLC, Caughlin Club Management Partners, LLC, Caughlin Club Real Property Investors, LLC, CCRE Investors, LLC, Chardonnay Village Investors, LLC, Classic Residences, LLC, Comstock Village Investors, LLC, DDH Financial Corp, Diamond Village Investors 11, LLC, Diamond Village Investors 1 & 12, LLC, Double Diamond Homes, LLC, Double Diamond Management Company, LLC, Emigh Investments, LLC, Equus Management Group, Inc., Foothill Commerce Center, LLC, Homewood Village Investors I, LLC, La Hacienda Land Investors, Inc., Longley Town Centre, LLC, Longley Professional Campus, LLC, The Meadows Investors, LLC, Miners Village Investors, LLC, Monticello Investors, LLC, Mountainview Campus Investors, LLC, MP Tanamera, LLC, Pioneer Village Investors, LLC, Preserve at Galleria, LLC, Reno Corporate Center, LLC, Reno Design Center, LLC, Rowe Family Trust, RTTC Communications, LLC, Sandhill Business Campus, LLC, Sierra Vista Investors, LLC, South Meadows Commercial Property, LLC, South Meadows Office Investors, LLC, Sparks Galleria Investors, LLC, Sparks Galleria Investors II, LLC, Tanamera Commercial Development, LLC, Tanamera Corporate Center, LLC, Tanamera Development, LLC, Tanamera Homes, LLC, Tanamera Resort Condominiums, LLC, Tanamera Resort Partners, LLC, TCD Financial Corp, TCD Land Investments, LLC, Vineyard Highlands, LLC, The Vineyard Investors, LLC, Vineyard Professional Campus, LLC, Waterford Partners, LLC, Wyndgate Partners II, LLC, Wyndgate Village Investors, LLC, Michael Efstratis, Kraig Knudsen and Joe Lopez.