**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile No. (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

E-filed on May 15, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC. | **Notice of Filing Declaration of Geoffrey L. Berman in Support of Motion for Order Approving Stipulation Between the USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC on Overbid Allocation and Plan Compromise Pursuant to F.R.B.P. 9019(a)** |
| Debtors. | |
| **Affects:**<br>¨ All Debtors<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>× USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Hearing: May 31, 2007<br>Time: 9:30 a.m. |

The USACM Liquidating Trust files the attached Declaration of Geoffrey L. Berman in Support of the Motion to Approve the Stipulation between the USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC on Overbid Allocation and Plan Compromise Pursuant to F.R.B.P. 9019(a) [DE 3652].

1834180.1

Dated: May 15, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

Proof of Service

Copy of the foregoing served via email or first class mail on Tuesday, May 15, 2007 to all parties listed on the Post Effective Date Official Service List on file with this Court

/s/ Christine Laurel
Christine Laurel
Lewis and Roca LLP