# EXHIBIT A

LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile No. (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

E-filed on May 14, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC.<br><br>Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF MOTION TO APPROVE COMPROMISE UNDER RULE 9019** |

Geoffrey L. Berman declares under penalty of perjury:

1. I am an adult person competent to testify in court. I make the following statements based upon my personal knowledge except where otherwise indicated.

2. I am the Trustee of the USACM Liquidating Trust ("USACM Trust") pursuant to the Court's Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" entered on January 8, 2007 at Docket No. 2376.

3. This declaration is submitted in support of the Motion to Approve Compromise under Rule 9019 /Stipulation Between the USACM LIQUIDATING TRUST

219586.1

LEWIS AND ROCA LLP — LAWYERS

and USA CAPITAL FIRST TRUST DEED FUND, LLC on Overbid Allocation and Plan Compromise, filed on May 4, 2007. The Motion seeks approval of an attached Stipulation (the "Stipulation").

4. Since I was selected as the Trustee, subject to entry of the confirmation order, I have spent significant time familiarizing myself with the assets and liabilities of the USACM Liquidating Trust as successor to USA Commercial Mortgage Company ("USACM"). I have also spent substantial time familiarizing myself with pending disputes, including disputes left unresolved by confirmation of the Plan.

5. I worked with counsel to the USACM Trust to analyze disputes with the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"). Issues between FTDF and USACM were left explicitly unresolved by the Plan, and were subject to further negotiation or litigation. I directed counsel for the USACM Trust to negotiate with the FTDF Committee to attempt to resolve the disputes between the USACM Trust (as successor to USACM) and the FTDF estate with respect to, among other things, allocation of $9,500,000 in additional sale proceeds from the sale of servicing and other assets to Compass Partners, LLC, the liability of FTDF for certain expenses of administration, including BMC (the claims and noticing agent) and Debtors' professionals, the amount of an unsecured claim to be allowed to FTDF, and other issues.

6. After preparation with counsel, I participated at an informal settlement conference with the FTDF Committee counsel and financial advisor on April 25, 2007. After several hours of negotiation, the parties reached the settlement contained in the Stipulation attached as Exhibit "A" to the Motion.

7. I believe the Stipulation is in the best interests of the USACM Trust. The Stipulation is an agreement that reflects the uncertain outcome of the several disputes with the FTDF Committee, the time and expense of litigation, and other concerns. Reaching a compromise is consistent with the general theme of my work as the Trustee, which is to

2

219586.1

LEWIS AND ROCA LLP LAWYERS

maximize the assets of the USACM Trust while minimizing expenses of administering the Trust and fairly resolving claims. In my view, the resolution of the disputes with the FTDF Committee as set forth in the Stipulation is a fair agreement, without the necessity of the significant cost and expense of litigating the issues and the uncertainty of an outcome determined by the Court, as well as the cost, expense and delay of potential appeals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed Monday, May 14, 2007 at *Los Angeles*, California.

*/s/ Geoffrey L. Berman*
Geoffrey L. Berman, Trustee
gberman@dsi.biz
Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

3

219586.1