1    Kaaran Thomas (State Bar No. 7193)      Electronically Filed May 15, 2007
     McDonald Carano Wilson, LLP
2    2300 West Sahara Avenue
     No. 10, Suite 1000
3    Las Vegas, Nevada 89102
     Telephone No.:  702.873.4100
4    Fax No.:  702.873.9966

5    Attorneys for Kreg Rowe, et. al.

6             UNITED STATES BANKRUPTCY COURT

7                 DISTRICT OF NEVADA

| | |
|---|---|
| 8   In re | Case No.  BK-S-06-10725-LBR |
| | Case No.  BK-S-06-10726-LBR |
| 9   USA COMMERCIAL MORTGAGE | Case No.  BK-S-06-10727-LBR |
|    COMPANY, | Case No.  BK-S-06-10728-LBR |
| 10 | Case No.  BK-S-06-10729-LBR |
|    USA CAPITAL REALTY | |
| 11   ADVISORS, LLC, | CHAPTER 11 |
| 12   USA CAPITAL DIVERSIFIED | (Jointly Administered Under |
|     TRUST DEED FUND LLC, | Case No. BK-S-06-10725-LBR) |
| 13 | |
|    USA CAPITAL FIRST TRUST | |
| 14   DEED FUND LLC, | |
| 15   USA SECURITIES, LLC, | **CERTIFICATE OF SERVICE** |
| 16       Debtors. | |
| 17   Affects: | |
|     ☒  All Debtors | |
| 18    :  USA Commercial Mortgage Company | **Hearing Date:**    **June 15, 2007** |
|     :  USA Capital Realty Advisors, LLC | **Hearing Time:**    **1:30 p.m.** |
| 19    :  USA Capital Diversified Trust Deed | |
|     Fund, LLC | |
| 20    :  USA Capital First Trust Deed Fund, | |
|     LLC | |
| 21    :  USA Securities, LLC | |

22

23        I hereby certify that I am an employee of McDONALD CARANO WILSON LLP.  That I

24

25   am, and was when the herein described service took place, a citizen of the United States, over 21

26   years of age, and not a party to, nor interested in, the within action.

27        On May 15, 2007, the following document was electronically filed and served through the

28   U.S. Bankruptcy Court:

1    • Supplement to Motion of Kreg Rowe et al, to Quash Subpoenas (Insofar As

2        Subpoena Seeks Records of the Above Listed Entities and Individuals) Directed to

3        Wells Fargo Bank, N.A., Wells Fargo Bank Of Nevada, Nevada State Bank, JP

4        Morgan Chase, Bank of the West, Oppenheimer Funds, Bank of America, City

5        Bank, Kreg Rowe, Brett Seabert, or in the Alternative, Motion For Protective

6        Order

7    I hereby certify the assertions of this certificate are true, except as to those matters stated

8    upon information and belief, and as to those matters, I believe them to be true.

9    Executed this 15th day of May, 2007.

11                    By  /s/  Maria L. Morton
                        An Employee of McDonald Carano Wilson LLP