**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/18/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,                    Debtors. | **NOTICE OF FILING OF AMENDMENTS TO USACM'S BANKRUPTCY SCHEDULES** |
| **Affects:** <br> ¨ All Debtors <br> ☓ USA Commercial Mortgage Company <br> ¨ USA Capital Realty Advisors, LLC <br> ¨ USA Capital Diversified Trust Deed Fund, LLC <br> ¨ USA Capital First Trust Deed Fund, LLC <br> ¨ USA Securities, LLC | |

**USA COMMERCIAL MORTGAGE COMPANY HAS AMENDED ITS BANKRUPTCY SCHEDULES.  THESE AMENDMENTS CAN BE FOUND ON THE COURT'S DOCKET, WHICH CAN BE VIEWED ONLINE AT [WWW.BMCGROUP.COM/USACMC](WWW.BMCGROUP.COM/USACMC) THEN BY CLICKING ON THE "COURT DOCKET" LINK IN THE UPPER RIGHT-HAND CORNER.  YOU ARE RECEIVING NOTICE OF THESE AMENDMENTS BECAUSE THE AMENDMENTS AFFECT <u>YOUR</u> CLAIM.**

LEWIS AND ROCA LLP
L A W Y E R S

**NOTICE IS HEREBY GIVEN** that on March 7, 2007, USACM filed its Second Amendments to Schedules (Docket No. 3002).  These amendments were filed to make the following changes:

- Schedule E was amended to list the claims of former USACM loan brokers as "disputed" claims where they had previously not been listed as disputed.

- Schedule F was amended to list certain claims as "disputed" where they had not been listed as disputed.

- Schedule F-1 was amended to list certain claims as "disputed" and to revise the amounts of many of the unremitted principal claims to match the amounts shown on the Direct Lender monthly investor statements.

- Schedule F-2 was added to list claims that are based on checks drawn from USACM's collection account that were returned unpaid to the payees shortly after the date of the bankruptcy filings.

On March 20, 2007, USACM filed third amendments to Schedule F-1 (Docket No. 3188) to add four claims to Schedule F-1 that were erroneously omitted from the second amendment to schedules.  There were no other changes in the third amendment.

On May 14, 2007, the Court entered a stipulated order proposed by the USACM Liquidating Trust (the "USACM Trust"), as successor to USACM, ordering that those claimants who were adversely affected by the amendments to the schedules be allowed to file a proof of unsecured claim (or amended proof of unsecured claim, as the case may be). A copy of the stipulated order signed by the Court is attached hereto.

If you disagree with the treatment of your claim on the Schedules as amended you may file a proof of unsecured claim (or amended proof of unsecured claim if you have previously filed a proof of claim) **within 30 days from the date of service of this notice**. The proof of unsecured claim (or amended proof of unsecured claim) must conform substantially to the Proof of Claim Form or to Official Form No. 10.  A blank Proof of

**LEWIS AND ROCA LLP**
LAWYERS

Claim Form is attached. Please note that this extended period for filing proofs of unsecured claims applies only to general unsecured claims (no proofs of claims designated as "secured" or "priority" will be accepted), and only if your claim was adversely affected by the schedule amendments. The proof of unsecured claim (or amended proof of unsecured claim) must be filed so as to be **actually received within 30 days from the date of the service of this notice** at the following address:

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
 BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

Dated: May 18, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
 Susan M. Freeman, AZ 4199 (*pro hac vice*)
 Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*