E-Filed on May 21, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                              Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                              Debtor. | **NOTICE OF FILING ACCEPTANCE OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>                              Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Acceptance of Service of Subpoena for Rule 2004 Examination of David Fogg (Exhibit A Attached).**

113422-1

1  DATED: May 21, 2007

2  **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

3

4
   By:   */s/ Eric D. Madden*                  By:   */s/ Rob Charles*
5  Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
   William T. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593
6  Eric D. Madden, TX 24013079 (pro hac vice)   3993 Howard Hughes Parkway, Suite 600
   909 Fannin, Suite 1500                       Las Vegas, Nevada 89169-5996
7  Houston, Texas 77010                         (702) 949-8320 (telephone)
   (713) 333-5100 (telephone)                   (702) 949-8321 (facsimile)
8  (713) 333-5199 (facsimile)

9
   *Special Litigation Counsel for*
10 *USACM Liquidating Trust*                    *Counsel for USACM Liquidating Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **ACCEPTANCE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## ACCEPTANCE OF SERVICE

I, John A. Moe, am duly authorized to accept service of process on behalf of David Fogg in the above captioned matter. I hereby acknowledge receipt of the Subpoena for

113422-1

**EXHIBIT "A"**

Rule 2004 Examination (dated May 15, 2007) and do accept service of process on behalf of David Fogg.

DATED: May 17, 2007

 _____
JOHN A. MOE
Luce, Forward, Hamilton & Scripps, LLP
602 S. Figueroa, Ste. 3900
Los Angeles, CA 90017