

**Entered on Docket**
**May 21, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> Telephone (713) 333-5100 <br> Facsimile (713) 333-5199 <br><br> Allan B. Diamond, TX State Bar No. 05801800 <br> Email:  adiamond@diamondmccarthy.com <br> Eric D. Madden, TX State Bar No. 24013079 <br> Email:  emadden@diamondmccarthy.com <br><br> Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP** <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169-5996 <br> Telephone (702) 949-8320 <br> Facsimile  (702) 949-8321 <br><br> Susan M. Freeman, AZ State Bar No. 004199 <br> Email: sfreeman@lrlaw.com <br> Rob Charles, NV State Bar No. 006593 <br> Email: rcharles@lrlaw.com <br><br> Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> USA SECURITIES, LLC, <br>                             Debtors. <br><br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR <br><br> CHAPTER 11 <br><br> Jointly Administered Under Case No. BK-S-06-10725 LBR <br><br> **ORDER REQUIRING J.M.K. INVESTMENTS, LTD. TO PRODUCE DOCUMENTS AND ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** <br><br> [No hearing required] |

The USACM Liquidating Trust (the "Trust") having filed a Motion for Order Requiring J.M.K. Investments, Ltd. to Produce Documents and One or More

114981.1

Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that J.M.K. Investments, Ltd. ("J.M.K.") produce documents and one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the office of Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, on a business day no earlier than ten (10) days after the filing of the Motion and no later than July 15, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

| DIAMOND MCCARTHY LLP | LEWIS AND ROCA LLP |
|---|---|
| By: ___/s/ Eric D. Madden___<br>Allan B. Diamond, TX 05801800 (pro hac vice)<br>William T. Reid, IV, TX 00788817 (pro hac vice)<br>Eric D. Madden, TX 24013079 (pro hac vice)<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5199 (facsimile)<br><br>*Special Litigation Counsel for USACM Liquidating Trust* | By: ___/s/ Rob Charles___<br>Susan M. Freeman, AZ 4199 (pro hac vice)<br>Rob Charles, NV 6593<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8320 (telephone)<br>(702) 949-8321 (facsimile)<br><br>*Counsel for USACM Liquidating Trust* |

###