

Entered on Docket
May 21, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>    **06-10726**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727**<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    **06-10728**<br><br>**USA Securities, LLC**<br>    **06-10729**<br>                                    **Debtors.** | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>Date:  April 26, 2007<br>Time:  9:30 a.m<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

### ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

1831879.1

The USACM Liquidating Trust (the "USACM Trust") filed its First Omnibus Objection to Claims Asserting Secured Status [DE 3133] (the "Objection") on March 20, 2007. Appropriate notice of the Objection having been given; no responses having been filed with this Court; the Objection having come before the Court for hearing on April 26, 2007 at 9:30 a.m.; and good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's First Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached; as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1831879.1

## 1st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | 1989 Duesing Family Trust Dated 1/31/89 Steven & Deborah Duesing Ttees 1701 Golden Oak Dr Las Vegas, NV 89117-1453 | 10725-01460 | 11/16/2006 | $175,719.00 | S, U |
| 2 | 1996 Knobel Trust Dtd 9/5/96 C/O Anna S Knobel Trustee 8919 Challis Hill Ln Charlotte, NC 28226-2687 | 10725-01682 | 12/11/2006 | $348,006.20 | S |
| 3 | 1st Savings Bank Custodian For Marguerite F Harrison IRA 930 Dorcey Dr Incline Village, NV 89451 | 10725-02004 | 1/10/2007 | $50,166.00 | S, U |
| 4 | 42145 Trust C/O Richard C Macdonald Trustee 1730 W Horizon Ridge Pkwy Henderson, NV 89012-1001 | 10725-01079 | 11/7/2006 | $250,000.00 | S |
| 5 | 92173 Family Trust C/O Richard C & Clair Macdonald 1730 W Horizon Ridge Pkwy Henderson, NV 89012-1001 | 10725-01080 | 11/7/2006 | $250,000.00 | S |
| 6 | A-1 Security 917 South First Las Vegas, NV 89101 | 10725-00096 | 7/25/2006 | $3,997.77 | S |
| 7 | Acres Corporation Psp A Rehberger Trustee PO Box 3651 Incline Village, NV 89450 | 10725-01765 | 12/13/2006 | $78,000.00 | S |
| 8 | Acres Corporation Psp Annemarie Rehberger Trustee PO Box 3651 Incline Village, NV 89450 | 10725-01764 | 12/13/2006 | $50,000.00 | S |
| 9 | Acres Corporation Psp Annemarie Rehberger Trustee PO Box 3651 Incline Village, NV 89450 | 10725-01768 | 12/13/2006 | $50,000.00 | S |
| 10 | Acres Corporation Psp Annemarie Rehberger PO Box 3651 Incline Village, NV 89450 | 10725-01766 | 12/13/2006 | $50,000.00 | S |

**EXHIBIT A**

| 11 | Acres Corporation Psp<br>Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV 89450 | 10725-01767 | 12/13/2006 | $50,000.00 | S |
| 12 | Acres Profit Sharing Plan<br>C/O Annemarie Rehberger Ttee<br>Po Box 3651<br>Incline Village, NV 89450-3651 | 10725-00360 | 10/2/2006 | $22,113.00 | S |
| 13 | Acs Nevada Inc<br>7990 Castle Pines Ave<br>Las Vegas, NV 89113-1207 | 10725-01373 | 11/13/2006 | $15,000.00 | S |
| 14 | Acs Properties<br>Peter Merrifield<br>4417 48Th Ave S<br>St Petersburg, FL 33701 | 10725-00209 | 8/28/2006 | $406,019.44 | S |
| 15 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV 89703-4215 | 10725-00420 | 10/3/2006 | $150,000.00 | S |
| 16 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV 89703-4215 | 10725-00424 | 10/3/2006 | $150,000.00 | S |
| 17 | Adams, Brian M<br>525 So 6Th St<br>Las Vegas, Nv 89101 | 10725-01202 | 11/8/2006 | $325,000.00 | S<br>P, U -unknown |
| 18 | Adams, Herman & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01274 | 11/8/2006 | $2,088,250.00 | S<br>P<br>U -- unknown |
| 19 | Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102-2001 | 10725-01220 | 11/8/2006 | $4,543.39 | S<br>U- Unknown |
| 20 | Adams, Herman M Brian M Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01226 | 11/8/2006 | $3,625,000.00 | S<br>U, P - unknown |
| 21 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603 | 10725-01076 | 11/7/2006 | $53,900.08 | S, P |

916595  1st Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

| 22 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA  90603-2251 | 10725-01075 | 11/7/2006 | $53,900.08 | S, P |
| 23 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00879 | 10/31/2006 | $50,000.00 | S |
| 24 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00881 | 10/31/2006 | $100,675.82 | S, U |
| 25 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01623 | 12/8/2006 | $380,878.66 | S, U |
| 26 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U |
| 27 | Addes Trust  Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 28 | Addes Trust  Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 29 | Addes Trust Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 30 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway<br>Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 31 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |
| 32 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |

916595  1st Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 33 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02234 | 1/12/2007 | $50,000.00 | S<br>U - Unknown |
| 34 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02235 | 1/12/2007 | $50,000.00 | S |
| 35 | Aig Limited A Nevada Limited Partnership<br>9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 10725-01903 | 1/9/2007 | $406,648.76 | S, U |
| 36 | Alan G & Patty J Dondero 1992 Revocable Trust<br>Alan & Patty Dondero Ttees<br>10120 W Flamingo Rd<br>Ste 4-252<br>Las Vegas, NV  89147-8394 | 10725-01471 | 11/27/2006 | $130,800.00 | S |
| 37 | Albright Persing & Assoc Profit Sharing<br>Deane Albright & Casey Persing Ttees<br>1025 Ridgeview Dr #300<br>Reno, NV  89519 | 10725-01149 | 11/9/2006 | $100,000.00 | S |
| 38 | Alderson IRA, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01110 | 11/8/2006 | $30,000.00 | S |
| 39 | Alderson, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01109 | 11/8/2006 | $29,522.36 | S |
| 40 | Aldrich IRA, Georgette<br>2117 Las Flores St<br>Las Vegas, NV  89102-3813 | 10725-01490 | 11/27/2006 | $54,441.06 | S, U |
| 41 | Alice Humphry & Valerie Jaeger<br>3825 Champagne Wood Dr<br>North Las Vegas, NV  89031-2056 | 10725-00587 | 10/13/2006 | $84,726.00 | S |
| 42 | Allergy Consultants Medical Group Inc<br>C/O Dionisio Fernandes Trustee<br>401 K Profit Sharing Plan<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00527 | 10/10/2006 | $58,071.84 | S |
| 43 | Allison, Karen R<br>2656 Sea Shore Dr<br>Las Vegas, NV  89128 | 10725-02171 | 1/12/2007 | $91,393.00 | S, U |
| 44 | Alta Bates Summit Foundation Ttee Paul G<br>Chelew Charitable Remainder<br>Berkeley, CA  94705 | 10725-01217 | 11/10/2006 | $50,000.00 | S |

916595  1st Objection to Claims
Asserting Secured claim status

**EXHIBIT A**

4