Dean T. Kirby, Jr.    Calif. Bar No. 090114
Leonard J. Ackerman Calif. Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004
dkirby@kirbymac.com;  lackerman@kirbymac.com

Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
3085 South Jones Blvd., Suite C
Las Vegas, NV  89146
Telephone: (702) 369-3724 Facsimile (702) 369-0651
mabrams@mabramslaw.com

Attorneys for Defendant and Cross-Claimant
Rocklin / Redding, LLC and Real Party in Interest
Debt Acquisition Company of America V

**E-FILED on May 21, 2007**

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>                               Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>                               Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>                               Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>                               Debtor.<br>In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>                               Debtor.<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>                               Plaintiff<br>v.<br><br>RONALD J. WITCO, EXECUTOR OF THE JOHN DUTKIN REVOCABLE TRUST; et al.<br>                               Defendants. | Bankruptcy<br>Case No. BK-S-06-10725 LBR<br><br><br><br><br>PROOF OF SERVICE |

1 | I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

2 | I am a resident of the State of California and over the age of 18 years and not a party to or
3 interested in the within entitled cause. I am an employee of KIRBY & McGUINN, and my business
4 address is 600 B Street, Suite 1950, San Diego, California 92101. On May 21, 2007 I served the
5 following document(s):

6-8 | – **OBJECTION BY DEBT ACQUISITION COMPANY OF AMERICA TO FORM OF PROPOSED ORDER ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN; and**

9-10 | – **[PROPOSED] ORDER GRANTING COMPASS FINANCIAL PARTNERS' MOTION FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN by**

12-14 | ■ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per attached (ATTACHMENT A). I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

15 | ☐ ECF Email system as per attached list (ATTACHMENT B)

17-18 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

20 | Executed on May 21, 2007

24 |                                             /s/ Tina Floros
25 |                                             Tina Floros

1  I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

2  I am a resident of the State of California and over the age of 18 years and not a party to or
3  interested in the within entitled cause. I am an employee of KIRBY & McGUINN, and my business
4  address is 600 B Street, Suite 1950, San Diego, California 92101. On May 21, 2007 I served the
5  following document(s):

6,7,8  — **OBJECTION BY DEBT ACQUISITION COMPANY OF AMERICA TO FORM OF PROPOSED ORDER ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN; and**

9,10  — **[PROPOSED] ORDER GRANTING COMPASS FINANCIAL PARTNERS' MOTION FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN by**

11,12,13  ■  MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per attached (ATTACHMENT A). I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

15  ☐  ECF Email system as per attached list (ATTACHMENT B)

17,18  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

20  Executed on May 21, 2007

/s/ Tina Floros
Tina Floros

ATTACHMENT A

| | |
|---|---|
| USA COMMERCIAL MORTGAGE<br>4484 S. Pecos Road<br>Las Vegas, NV 89121 | Lenard Schwartzer, Esq.<br>Schwartzer & McPherson<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146 |
| US Trustee<br>300 Las Vegas Blvd., Suite 4300<br>Las Vegas, NV 89101 | Geoffrey L. Berman<br>Matthew Sorenson<br>Development Specialists, Inc,<br>333 South Grand Avenue, Suite 4070<br>Los Angeles CA 90071-1544 |
| Rob Charles, Esq.<br>Susan M. Freeman<br>Lewis & Roca LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169 | Alan D. Diamond<br>Diamond & McCarthy LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX  77010 |
| George A. Davis<br>Cadwalader, Wickersham & Taft<br>One World Financial Center<br>New York, NY 10281 | Michael Tucker<br>Fit Consulting<br>One Renaissance Square<br>Two N Central Ave., Suite 1200<br>Phoenix, AZ 85004 |
| Eric D. Madden<br>Diamond & McCarthy LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270 | Thomas J. Allison<br>Mesirow Financial Interim Management LLC<br>321 N. Clark Street, 13th Floor<br>Chicago, IL 60610 |
| Susan M. Smith<br>Mesirow Financial Interim Management LLC<br>One Biscayne Blvd., Suite 1800<br>Miami, FL 33131 | Annette Jarvis, Esq.<br>RAY QUINNEY & NEBECKER P.C.<br>36 South State Street, Suite 1400<br>PO Box 45385<br>Salt Lake City, UT 84145 |
| Eve H. Karasik<br>Stutman Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Fidelity National Title Group<br>Attn: Lisa Campbell<br>2390 East Camel Back Road, Suite 260<br>Phoenix, AZ 85016-1048 |
| Marc A. Levinson<br>Orrick Herrington & Sutcliffe<br>400 Capital Mall, Suite 3000<br>Sacramento, CA 95814 | Jeffrey Hermann<br>Orrick Herrington & Sutcliffe<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 |

| | |
|---|---|
| William J. Ovca, Jr.<br>Ovca Associates, Inc<br>146872 Baruna Lane<br>Huntington Beach, CA 92649 | Judy G.Z. Liu<br>Tyson M. Lomazow<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |