UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re )<br>)<br>USA COMMERCIAL MORTGAGE CO )<br>)<br>Debtor )<br>)<br>_____ )<br>)<br>DEBT ACQUISITION COMPANY OF )<br>AMERICA V, LLC )<br>)<br>Appellant )<br>)<br>vs )<br>)<br>USA COMMERCIAL MORTGAGE CO. )<br>ET AL. )<br>)<br>Appellee )<br>) | BK-S 06-10725-lbr<br><br>ADV<br><br><br><br><br>Appeal Ref    07-02<br><br>Civil No.    2-07-CV-00160-RCJ-GWF |

<u>STATUS REPORT REGARDING RECORD ON APPEAL</u>

TO:    Clerk of the United States District Court:

The record on the above-entitled appeal has not been forwarded for the following reason(s)

:

    _____    No Designation of Record Filed
    _____    No Statement of Issues Filed
    _____    No Notice Regarding Transcripts Filed
    _____x    No Reporter's Transcript Filed;
                 Hearing Date(s): Plz See Attached Pages 16 & 17 of Appellee
                        Debtor's Designation of Additional Items to
                        Include in Record on Appeal
    _____X    Other: I have hand-written associated docket entries

## OR

____    Please inform the U.S. Bankruptcy Court of the status of this appeal.

DATED: 5/21/07

                             PATRICIA GRAY, CLERK

By _____
                      Deputy Clerk
                      U.S. Bankruptcy Court
                      300 Las Vegas Blvd., So.
                      Las Vegas, NV 89101

9/02

1

Annette W. Jarvis, Utah Bar No. 1649
2  RAY QUINNEY & NEBEKER P.C.
3  36 South State Street, Suite 1400
   P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6

**E-FILED ON FEBRUARY 8, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  usdcfilings@s-mlaw.com

7  Attorneys for Appellees-Debtors

8              **UNITED STATES BANKRUPTCY COURT**

9                        **DISTRICT OF NEVADA**

10  In re:

11  USA COMMERCIAL MORTGAGE CO.; USA
    CAPITAL REALTY ADVISORS, LLC; USA
12  CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC; USA CAPITAL FIRST TRUST
13  DEED FUND, LLC, and USA SECURITIES,
    LLC,
14
15                                    Debtors.

16  DEBT ACQUISITION COMPANY OF
    AMERICA V, LLC,
17
18                                    Appellant,

19  v.

20  USA COMMERCIAL MORTGAGE CO., et al.,

21                                    Appellees.

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

Appeal No. 2:07-cv-160

**APPELLEE-DEBTORS' DESIGNATION
OF ADDITIONAL ITEMS TO INCLUDE
IN RECORD ON APPEAL**

Date: N/A
Time: N/A

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 1 -

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty

2  Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust

3  Deed Fund, LLC, debtors and debtors in possession in the above-captioned chapter 11 cases and

4  the Appellees herein, by and through counsel and pursuant to Federal Rule of Bankruptcy

5  Procedure 8006 and Local Rule 8006(a), hereby respectfully submit their designation of additional

6  items to be included in the record on appeal, which is attached hereto as Exhibit 1.

7      Dated this 8th day of February, 2007.

8

9                          /s/ Jeanette E. McPherson
                        Lenard E. Schwartzer, Esq.
10                       Jeanette E. McPherson, Esq.
                        SCHWARTZER & MCPHERSON LAW FIRM
11                       2850 South Jones Blvd., Suite 1
                        Las Vegas, Nevada 89146
12
13                       and

14                       Annette W. Jarvis (Utah Bar No. 1649)
                        Steven C. Strong (Utah Bar No. 6340)
15                       RAY QUINNEY & NEBEKER P.C.
                        36 South State Street, 14th Floor
16                       P.O. Box 45385
                        Salt Lake City, Utah 84145-0385
17                       Email: ajarvis@rqn.com
                        Email: strong@rqn.com
18
19                       Attorneys for Appellees-Debtors and Debtors-in-
20                       Possession

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Appellee Designation of Record

## EXHIBIT 1

## DESIGNATION BY APPELLEE-DEBTORS OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10725 | ITEM DESIGNATED |
|---|---|---|
| 04/14/2006 | 8 | Motion For Order Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures And Interim Use Of Cash In Accordance With Proposed Cash Budget |
| 04/14/2006 | 9 | Declaration of THOMAS J. ALLISON in Support of Motion For Order Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures And Interim Use Of Cash In Accordance With Proposed Cash Budget |
| 04/14/2006 | 10 | Motion for Order Shortening Time For Order Granting Expedited And Emergency Hearings On Certain First-Day Motions And Limiting Notice Of Such Motions |
| 04/14/2006 | 12 | Notice of Hearing |
| 04/17/2006 | 13 | Order Granting Ex Parte Motion for Order Granting Expedited and Emergency Hearings on Certain First-Day Motions and Limiting Notice of Such Motions |
| 04/17/2006 | 15 | Certificate of Service On Notice Of Emergency Hearing On Certain First-Day Motions |
| 04/19/2006 | 29 | Motion for Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules |
| 04/19/2006 | 30 | Declaration In Support of Motion For Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules |

1

| 04/19/2006 | 32 | Interim Order Approving Motion Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures and Interim Use Of Cash In Accordance With Proposed Cash Budget |
| 04/21/2006 | 37 | Order Shortening Time to Hear Motion for Order Granting Debtor Additional Time to File Its Statements and Schedules; and Notice of Hearing |
| 05/02/2006 | 121 | Certificate of Service |
| 05/02/2006 | 119 | Limited Opposition to The Debtors' Cash Management Motion and Interim Use of Cash |
| 05/02/2006 | 121 | Certificate of Service |
| 05/02/2006 | 122 | Reply Brief In Support Of Motion For Order Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures And Interim Use Of Cash In Accordance With Proposed Cash Budget |
| 05/02/2006 | 130 | Supplemental Declaration of THOMAS J. ALLISON In Support of Debtors' Motions |
| 05/08/2006 | 172 | Application to Employ Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC as Real Estate Appraiser |
| 05/08/2006 | 173 | Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients, And Memorandum Of Points And Authorities |
| 05/08/2006 | 175 | Notice of Hearing |
| 05/08/2006 | 176 | Notice of Hearing |
| 05/09/2006 | 184 | Order Regarding Joint Administration Without Substantive Consolidation |
| 05/10/2006 | 201 | Notice of Appointment of Creditors' Committee - Unsecured Creditors of USA Commercial Mortgage Company |
| 05/10/2006 | 202 | Notice of Appointment of Creditors' Committee - Holders of Executory Contract Rights Through USA Commercial |

2

| | | Mortgage Company |
|---|---|---|
| 05/10/2006 | 203 | Notice of Appointment of Creditors' Committee - Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| 05/10/2006 | 204 | Notice of Appointment of Creditors' Committee -- Equity Security Holders of USA Capital First Trust Deed Fund, LLC |
| 05/11/2006 | 206 | Order Establishing Case Management Procedures |
| 05/15/2006 | 238 | Certificate of Service |
| 05/16/2006 | 254 | Notice Of Commitment Letter For DIP Financing |
| 05/17/2006 | 267 | Second Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions |
| 05/17/2006 | 278 | Errata Re Notice Of Commitment Letter For DIP Financing And Re Second Supplemental Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions |
| 05/22/2006 | 315 | Second Order Approving Debtors' Proposed Cash Management Procedures and Cash Usage |
| 05/24/2006 | 347 | Declaration Of THOMAS J. ALLISON In Support Of Debtor's Opposition To ALEXANDER, RONNING, And BENINCASA Motions |
| 05/26/2006 | 376 | Response Regarding the Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients and Omnibus Objection to the Release Funds Motion |
| 05/26/2006 | 379 | Limited Opposition to the Application for Order Authorizing the Employment of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC as the Debtors' Real Estate Appraiser |
| 05/31/2006 | 418 | Notice of Filing of Revised Loan Summary As Of May 26, 2006 |
| 05/31/2006 | 422 | Amended Notice of Filing of Summary of Loans Serviced By USA Commercial Mortgage As Of May 26, 2006 |

3

| 06/01/2006 | 442 | Notice of Amendments to Appointment of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of USA CAPITAL FIRST TRUST DEED FUND, LLC with Certificate of Service |
|---|---|---|
| 06/01/2006 | 443 | Notice of Amendments to Appointment of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC with Certificate of Service |
| 06/02/2006 | 448 | Reply In Support Of Application For An Order Authorizing The Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As Debtors' Real Estate Appraiser And In Response To Objections |
| 06/02/2006 | 449 | Third Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions |
| 06/05/2006 | 485 | Notice of Filing of 13-Week Cash Forecast |
| 06/09/2006 | 557 | Notice of Filing of Amended 13-Week Cash Forecast |
| 06/09/2006 | 564 | Omnibus Response to Motions for Return of Funds from the Investor Account |
| 06/09/2006 | 573 | Omnibus Response to Motions for Immediate Payment to Direct Lenders and Joinder in Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients |
| 06/09/2006 | 588 | Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 06/13/2006 | 641 | Reply In Support Of Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients |
| 06/19/2006 | 705 | Response to Debtors' Motion for Order Authorizing Post-Petition Financing |
| 06/19/2006 | 711 | Opposition Filed by THOMAS H. FELL on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY |

4

| 06/19/2006 | 712 | Opposition Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
|---|---|---|
| 06/19/2006 | 716 | Opposition to Motion for Emergency, Interim and Permanent Orders Authorizing DIP Financing |
| 06/19/2006 | 718 | Joinder in Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans |
| 06/19/2006 | 719 | Response to Motion for Emergency Interim and Permanent Orders Authorizing the Debtors to Obtain Post-Petition Financing |
| 06/20/2006 | 747 | Order Authorizing the Employment of HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC as Debtor's Real Estate Appraiser |
| 06/20/2006 | 748 | Reply filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY |
| 06/20/2006 | 749 | Reply Brief |
| 06/20/2006 | 750 | Fifth Declaration (Supplemental) of THOMAS J. ALLISON In Support of Debtors' Motions |
| 07/06/2006 | 835 | Order Re Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 07/06/2006 | 836 | Order Granting Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients |
| 07/07/2006 | 846 | Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Third Revised Budget |
| 07/07/2006 | 847 | Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds |
| 07/11/2006 | 860 | Notice of Hearing |
| 07/17/2006 | 880 | Supplement to Motion to Distribute Funds |

Appellee Designation of Record Exhibit 1

| 07/19/2006 | 906 | Notice of Filing of Third Revised Budget Applicable To Motion For Order Approving Continued Use of Cash Through October 29, 2006 Pursuant To Third Revised Budget (Affects All Debtors) |
| 07/21/2006 | 942 | Notice of Withdrawal of Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing |
| 07/24/2006 | 955 | Declaration of THOMAS J. ALLISON In Support Of Application By Debtor And Debtor-In-Possession for Authorization To Forbear On Four HFA Loans |
| 07/25/2006 | 974 | Order Approving Continued Use of Cash Through August 6, 2006 Pursuant to Revised Budget |
| 07/25/2006 | 976 | Notice of Filing of Loan Summary As Of June 30, 2006 |
| 07/27/2006 | 984 | Amended Notice of Hearing. |
| 07/27/2006 | 987 | Limited Opposition to Motion to Distribute Funds |
| 07/27/2006 | 988 | Joint Opposition |
| 07/27/2006 | 992 | Limited Opposition to Debtors' Motion for Order Approving Continued Use of Cash through October 29, 2006 Pursuant to Third Revised Budget |
| 07/27/2006 | 995 | Response to Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 07/27/2006 | 996 | Declaration of Edward M. Burr in Support of Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 07/27/2006 | 997 | Opposition filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY |
| 07/27/2006 | 1000 | Response filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED |

6

| | | FUND, LLC |
|---|---|---|
| 08/02/2006 | 1084 | Omnibus Reply to the Responses and Oppositions Filed Against the Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds |
| 08/02/2006 | 1090 | Declaration of THOMAS J. ALLISON In Support Of Debtors' Motions To Be Heard August 4, 2006 |
| 08/02/2006 | 1091 | Reply In Support Of Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Third Revised Budget |
| 08/02/2006 | 1092 | Reply In Support Of Debtors' Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds |
| 08/24/2006 | 1184 | Order (A) Granting (i) Debtors' Motion to Distribute Funds; (ii) Debtors' Hold Funds Motion and (iii) the Compel Motion, and (B) Denying (i) the Lift Stay Motion and (ii) MCKNIGHT Motion |
| 08/29/2006 | 1203 | Modified Motion To Distribute Funds And Proposed Procedures For Ongoing Distributions |
| 08/31/2006 | 1223 | Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 |
| 09/06/2006 | 1247 | Notice of Entry of Order with Certificate of Service of Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 |
| 09/07/2006 | 1252 | Emergency Motion to Extend Exclusivity Period To File A Plan To September 15, 2006 |
| 09/14/2006 | 1282 | Order Approving Debtors' Continued Use of Cash Through October 29, 2006 Pursuant to Third Revised Budget |
| 09/15/2006 | 1299 | Motion to Extend Exclusivity Period To Confirm Plans of Reorganization To December 31, 2006 |
| 09/20/2006 | 1329 | Notice of Filing of Loan Summary As of August 31, 2006 |

7

| 09/22/2006 | 1352 | Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
|---|---|---|
| 09/26/2006 | 1381 | Notice of Hearing of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/27/2006 | 1388 | Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 09/27/2006 | 1393 | Ex Parte Motion for Order Shortening Time To Hear the Motion For Order Scheduling An Auction For The Sale Of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/27/2006 | 1394 | Declaration In Support Of Ex Parte Application For An Order Shortening Time To Hear the Motion For Order Scheduling An Auction For The Sale Of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 09/29/2006 | 1419 | Order Granting Ex Parte Motion for Order Shortening Time to Hear Motion for Order Scheduling an Auction for the sale of certain assets, Appointing SPCP GROUP, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/02/2006 | 1424 | Modified Order Authorizing Interim Distribution and Holdbacks |
| 10/04/2006 | 1435 | Declaration of THOMAS J. ALLISON In Support Of Motion To Authorize Debtor USA COMMERCIAL MORTGAGE For Palm Harbor One Loan, To Provide The Previously Authorized Subordination Of The Marlton Square 2nd Loan In Connection With The Payoff of the Marlton Square 1st loan, To Authorize a Short-Term Forbearance For The Marlton Square 1st Loan, And To Generally Authorize Short-Term Loan Forbearances And Full Releases And Reconveyances For Loans Paid Off In Full [Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC] COMPANY As Loan Servicer To Approve Loan Modification |

8

| 10/05/2006 | 1451 | Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget |
|---|---|---|
| 10/05/2006 | 1452 | Notice of Hearing of Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget |
| 10/06/2006 | 1456 | Order Extending the Debtors' Exclusivity Period Until Motion Extending Exclusivity Period is Heard and Determined |
| 10/18/2006 | 1570 | Response In Support of Debtor's Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/18/2006 | 1572 | Reply with Certificate of Service In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 10/18/2006 | 1573 | Joinder filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO |
| 10/18/2006 | 1578 | Declaration of THOMAS J ALLISON In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 10/18/2006 | 1579 | Reply in Support of Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP, LLC as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/18/2006 | 1581 | Joinder filed by ANDREW M. PARLEN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
| 10/18/2006 | 1590 | Notice of Filing of Operating Agreement of USA Capital Diversified Trust Deed Fund, LLC |
| 10/18/2006 | 1591 | Notice of Filing of Operating Agreement of USA Capital First |

9

| | | Trust Deed Fund, LLC |
|---|---|---|
| 10/19/2006 | 1600 | Certificate of Service |
| 10/20/2006 | 1619 | Opposition with Certificate of Service To Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 10/20/2006 | 1620 | Notice of Filing of Fourth Revised Budget Pursuant To Motion For Order Approving Continued Use of Cash Through January 31, 2007 |
| 10/20/2006 | 1621 | Notice of Filing of Loan Summary as of September 30, 2006 (Affects All Debtors) |
| 10/23/2006 | 1633 | Supplemental Declaration of THOMAS J. ALLISON In Support of Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP GROUP, LLC, As Lead Bidder, And Approving Bid Procedures And Protections |
| 10/23/2006 | 1634 | Declaration of David Daniel Husak in Support of Debtors' Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/23/2006 | 1635 | Declaration of Dale Cooney in Support of Debtors' Motion for Order Scheduling An Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections |
| 10/23/2006 | 1638 | FTDF Committee Statement in Support |
| 10/23/2006 | 1639 | Declaration of MATTHEW KVARDA |
| 10/23/2006 | 1641 | Declaration of Michael A. Tucker Regarding Diversified Trust Deed Fund Committee's Support and Approval |
| 10/24/2006 | 1649 | Response to Motion to Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan, to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the Payoff of the Marlton Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton Square 1st Loan, and to Generally Authorize Short- |

10

| | | Term Loan Forbearances and Full Releases and Reconveyances for Loans Paid Off in Full |
|---|---|---|
| 10/24/2006 | 1661 | Motion to Convert Case to Chapter 7 |
| 10/25/2006 | 1667 | Joinder in Debtors' Opposition to Motion to Enforce Order Granting Debtors' Motion to Distribute Funds |
| 10/27/2006 | 1683 | Opposition of the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC to UNITED STATES TRUSTEE'S Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1684 | Declaration of MATTHEW KVARDA in Support of Opposition of the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC to UNITED STATES TRUSTEE'S Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1686 | Response to the United States Trustee's Motion to Convert Cases to Proceedings Under Chapter 7 |
| 10/27/2006 | 1690 | Reply In Support Of Motion For Order Approving Continued Use Of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget (Affects All Debtors) |
| 10/27/2006 | 1693 | Opposition to the United States Trustee's Motion To Convert Cases To Proceedings Under Chapter 7 |
| 10/27/2006 | 1697 | Opposition By Debtors To The United States Trustee's Motion To Convert Cases To Proceedings Under Chapter 7 |
| 10/27/2006 | 1698 | Declaration Of THOMAS J. ALLISON In Opposition To U.S. Trustee's Motion To Convert Cases |
| 10/31/2006 | 1709 | Errata to Notice of Filing of First Amended And Restated Asset Purchase Agreement |
| 11/01/2006 | 1711 | Order Denying the UNITED STATES Trustee's Motion to Convert Cases to Proceedings Under Chapter 7 |
| 11/06/2006 | 1728 | Order Granting Motion to Increase the Debtors' 180-Day Exclusive Period to Confirm Plans of Reorganization to |

11

| | | December 31, 2006 |
|---|---|---|
| 11/06/2006 | 1739 | Supplemental Declaration of THOMAS J. ALLISON In Support of Motion To Authorize Debtor USA COMMERCIAL MORTGAGE COMPANY As Loan Servicer To Authorize a Short-Term Forbearance For The Marlton Square 1st Loan |
| 11/06/2006 | 1741 | Amended Chapter 11 Plan Number Second Amended |
| 11/07/2006 | 1750 | Notice of Filing of Revised First Amended and Restated Asset Purchase Agreement (Affects All Debtor) |
| 11/08/2006 | 1761 | Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP GROUP LLC, as Lead Bidder; and (C) Approving Bid Procedures and Protections |
| 11/16/2006 | 1807 | Notice Of Sale Of Property, Bid Procedures And Invitation For Higher & Better Offers |
| 11/17/2006 | 1815 | Certificate of Service |
| 11/20/2006 | 1821 | Declaration of THOMAS J. ALLISON In Support of Debtor's Motion To Return Investor Funds Held In Escrow (Affects USA Commercial Mortgage Company) |
| 11/20/2006 | 1823 | Monthly Operating Report for Filing Period Ending OCTOBER 2006 |
| 11/20/2006 | 1824 | Monthly Operating Report for Filing Period Ending OCTOBER 2006 |
| 11/20/2006 | 1825 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/20/2006 | 1826 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/20/2006 | 1827 | Monthly Operating Report for Filing Period Ending October 2006 |
| 11/22/2006 | 1846 | Request for Special Notice and Amendment to Mailing List |

12

| 11/22/2006 | 1847 | Motion to Appear Pro Hac Vice Designation of Local Counsel due by 12/4/2006. |
|---|---|---|
| 11/22/2006 | 1848 | Designation of Local Counsel and Consent Thereto |
| 11/22/2006 | 1849 | Certificate of Service |
| 11/27/2006 | 1862 | (FOR IN-CAMERA REVIEW ONLY - PROPOSED FILING UNDER SEAL) Declaration of GREGORY E. GARMAN, ESQ. in Support of Joint Motion of the Four Official Committees to Approve Supplemental Disclosure Pursuant to 11 U.S.C. § 1125 |
| 11/30/2006 | 1888 | Amended Notice of Appointment of Creditors' Committee |
| 11/30/2006 | 1905 | Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing |
| 12/01/2006 | 1915 | Order Approving Verified Petition |
| 12/01/2006 | 1916 | Order Approving Appointment of Nevada |
| 12/04/2006 | 1925 | Opposition To Emergency Motion Of SPCP Group, LLC, To Compel Compliance With Bid Procedures Order, Disclosure Of Competing Bids, Expedited Discovery And Expedited Hearing |
| 11/30/2006 | 1927 | Motion to Temporarily Allow Claim of BINFORD MEDICAL DEVELOPERS, LLC for Voting Purposes |
| 11/30/2006 | 1928 | Motion to Temporarily Allow Claim of COPPER SAGE COMMERCE CENTER, LLC for Voting Purposes |
| 12/05/2006 | 1952 | Notice of Qualified Bidder |
| 12/05/2006 | 1953 | Errata to Notice of Qualified Bidder (Exhibit 1-executed Asset Purchase Agreement) |
| 12/06/2006 | 1963 | Notice to Bidders Re Reservation of Rights by Debt Acquisition Company of America V |
| 12/06/2006 | 1964 | Certificate of Service |

13

| 12/06/2006 | 1970 | Emergency Motion of Desert Capital Reit, Inc. for Order Determining Status as a qualified Bidder Under Bid Procedures |
| 12/11/2006 | 2021 | Objection to Claim 819 of SPECTRUM FINANCIAL |
| 12/11/2006 | 2023 | Objection to Claim 1099 of DEL AND ERNESTINE BUNCH |
| 12/11/2006 | 2033 | Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS |
| 12/11/2006 | 2036 | Objection to Claim 155 of GATEWAY STONE ASSOCIATES, LLC |
| 12/11/2006 | 2041 | Objection To Motion to Temporarily Allow Claim of BINFORD MEDICAL DEVELOPERS, LLC for Voting Purposes |
| 12/15/2006 | 2124 | Motion to Allow Claims or Interests (Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes) |
| 12/15/2006 | 2139 | Objection to Claim 1660 of Robert J. Kehl & Ruth Ann Kehl |
| 12/18/2006 | 2161 | Certificate of Service of Solicitation Package |
| 12/18/2006 | 2199 | Notice Of Filing Of Form Of Disbursing Agent Agreements |
| 12/20/2006 | 2215 | Opposition to Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 12/21/2006 | 2233 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2234 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2235 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
| 12/21/2006 | 2236 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |

Appellee Designation of Record Exhibit 1

| 12/21/2006 | 2238 | Monthly Operating Report for Filing Period Ending NOVEMBER 2006 |
|---|---|---|
| 12/21/2006 | 2243 | Supplemental Affidavit Of Balloting Agent Regarding Solicitation And Tabulation Of Votes In Connection With The Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization |
| 12/22/2006 | 2258 | Amended Notice Of Filing Of Form Of Disbursing Agent Agreements |
| 01/02/2007 | 2336 | Supplemental Opposition To Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 01/08/2007 | 2378 | Reply In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS |
| 01/08/2007 | 2379 | Reply In Support of Objection to Claim 155 of GATEWAY STONE ASSOCIATES, LLC |
| 01/10/2007 | 2391 | Order To Temporarily Allow Claim For Voting Purposes |
| 01/12/2007 | 2422 | Stipulation By USA COMMERCIAL MORTGAGE COMPANY and Between GATEWAY STONE ASSOCIATES, LLC Continuing Hearing on USA Commercial Mortgage Company's Objection to Proof of Claim No. 155 Filed By Gateway Stone Associates, LLC |
| 01/16/2007 | 2427 | Supplemental Brief In Support of Objection To The Claim No. 1099 Filed By DEL AND ERNESTINE BUNCH with Certificate of Service |
| 01/17/2007 | 2437 | Stipulation to Continue Hearing on Roland P. Weddell and Spectrum Financial Group, LLC's Proofs of Claim |
| 01/19/2007 | 2508 | Order Denying Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes |
| 01/22/2007 | 2519 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2520 | Monthly Operating Report for Filing Period Ending December |

15

| | | |
|---|---|---|
| | | 2006 |
| 01/22/2007 | 2521 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2522 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/22/2007 | 2523 | Monthly Operating Report for Filing Period Ending December 2006 |
| 01/23/2007 | 2525 | Declaration of Thomas J. Allison in Support of Opposition to Motion for Stay Pending Appeal |
| 01/23/2007 | 2528 | Joinder of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC in Opposition to Motion for Stay Pending Appeal |
| 01/29/2007 | 2593 | Transcript. Date of Hearing: December 7, 2006 |
| 01/29/2007 | 2599 | Order Continuing Hearing on Objection to Claim of Del and Ernestine Bunch |
| | 431 | Excerpt of Transcript. Date of Hearing: May 3, 2206 |
| | | Excerpt of Transcript. Date of Hearing: May 18, 2006 |
| | | Excerpt of Transcript. Date of Hearing: June 5, 2006 |
| | 1286 | Excerpt of Transcript. Date of Hearing: June 21, 2006 |
| | | Excerpt of Transcript. Date of Hearing: July 25, 2006 |
| | 1239 | Excerpt of Transcript. Date of Hearing: August 4, 2006 |
| | | Excerpt of Transcript. Date of Hearing: August 31, 2006 |
| | | Excerpt of Transcript. Date of Hearing: September 13, 2006 |
| | 1793/2351 | Excerpt of Transcript. Date of Hearing: October 19, 2006 |
| | 1856 | Excerpt of Transcript. Date of Hearing: October 30, 2006 |

Appellee Designation of Record Exhibit 1

| | | |
|---|---|---|
| | | Excerpt of Transcript. Date of Hearing: November 13, 2006 |
| | | Excerpt of Transcript. Date of Hearing: November 28, 2006 |
| n/a | n/a | Docket Sheet |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10726 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Chapter 11 Voluntary Petition (USA Realty Advisors, LLC) |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10727 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Chapter 11 Voluntary Petition (USA Capital Diversified Trust Deed Fund, LLC) |

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10728 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Chapter 11 Voluntary Petition (USA Capital First Trust Deed Fund, LLC) |

Appellee Designation of Record Exhibit 1

| DATE FILED | DOCKET NUMBER IN BANKR. CASE NO. 06-10729 | ITEM DESIGNATED |
|---|---|---|
| 04/13/06 | 1 | Voluntary Chapter 11 Petition (USA Securities, LLC) |

18