RECEIVED AND FILED

MAY 21 3 05 PM '07

PATRICIA L. [...]
CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE CO<br><br>Debtor<br><br>_____<br><br>DEBT ACQUISITION COMPANY OF<br>AMERICA V, LLC<br><br>        Appellant<br><br>vs<br><br>USA COMMERCIAL MORTGAGE CO.<br>ET AL.<br><br>        Appellee | BK-S 06-10725-lbr<br><br>ADV<br><br><br><br>Appeal Ref    07-02<br><br>Civil No.    2-07-CV-00160-RCJ-GWF |

## STATUS REPORT REGARDING RECORD ON APPEAL

TO:    Clerk of the United States District Court:

The record on the above-entitled appeal has not been forwarded for the following reason(s):

_____  No Designation of Record Filed
_____  No Statement of Issues Filed
_____  No Notice Regarding Transcripts Filed
_____x  No Reporter's Transcript Filed;
           Hearing Date(s): Plz See Attached Pages 16 & 17 of Appellee
           Debtor's Designation of Additional Items to
           Include in Record on Appeal
_____X  Other: I have hand-written associated docket entries

## OR

\_\_\_\_\_  Please inform the U.S. Bankruptcy Court of the status of this appeal.

DATED: 5/21/07

                                          PATRICIA GRAY, CLERK

                          By   /s/ [signature]
                              Deputy Clerk
                              U.S. Bankruptcy Court
                              300 Las Vegas Blvd., So.
                              Las Vegas, NV 89101

9/02