18, May, 2007

To:        Clerk of Court
           Courtroom I
           Foley Federal building
           300 Las Vegas Blvd. South
           Las Vegas, Nevada 89101

RECEIVED
AND FILED

May 21   1  11 PM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

Subject:     Jointly Administered
             Case No. BK-S-06-10725 LBR
             Applications for Compensation and
             Reimbursement of Expenses

Honorable Presiding Judge:

This is written with regard to the request for compensation and reimbursement of expenses related to the noted jointly administered case. As a party in the cases being reviewed I find it ludicrous to think that anyone would ask for blind approval of expenses far exceeding $28 million.

There is no accounting of expenses there is no indication of applicable rates ( which in the past have been exorbitant), and there is no independent certification from an independent auditing firm to verify all claimed fees and expenses are legitimate.

As such I find it ludicrous to think that the applicants would expect, and the court would blindly consider, approval of such an enormous request, Particularly in light of the failure of the claimants collectively producing any positive results on behalf of the investors ( victims in this case ).

In any similar government process such as I am currently involved with, an independent audit would be expected. Therefore I will not concur with the claims until I have been provided with the tabulation supporting the claims and the correlated rates approved by the court which apply.

Sincerely,

Roy R. Ventura, Jr., P.E.

c.     Leonard E. Schwartzer
       Annette W. Jarvis