# EXHIBIT A

1491622.1



Entered on Docket
May 21, 2007

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | Date: June 15, 2006<br>Time: 10:00 a.m.<br>Affecting:<br>☐ All Cases<br>or Only: |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>Debtors. | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1831381.1

# ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES

The Ex Parte Motion to Extend Deadline to Object to Claims Arising from Rejection of Executory Contracts or Unexpired Leases [DE 3056] came before the Court for consideration at the hearing held on April 26, 2007. Due notice of the motion having been given, no objections having been received, and good cause appearing, it is

ORDERED:

1. Granting the Motion;

2. Extending the deadline for the USACM Liquidating Trust to object to claims arising from rejection of executory contracts or unexpired leases to June 11, 2007, which is the deadline for objection to unsecured claims generally, without prejudice to any additional requests for extension of the deadline for such objections.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

s/ August Landis
August Landis, Office of U.S. Trustee

2

1831381.1