**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/23/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO GRANT THE USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION AS TO CERTAIN DIRECT LENDERS (Claim Nos. 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593, 1594, 1595 and 1599)** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Grant the USACM Liquidating Trust's Omnibus Objection as to Certain Direct Lenders (Claim Nos. 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593, 1594, 1595 and 1599) [3748] was entered on the 21st day of May 2007, a true and correct copy of which is attached hereto as Exhibit A.

220406.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED May 23, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed
on May 23, 2007 to all parties listed
on the Post Effective Official Service List
for Limited Notice No. 1 dated
April 13, 2007 on file with this Court; and

Susan Williams Scann
720 S. Fourth Street, Suite 300
Las Vegas, Nevada 89101
sscann@deanerlaw.com
*Attorneys for Mayo Family and*
*Jack J. Beaulieu Recoverable Living Trust*

 /s/ Renee Creswell
Renee Creswell
Lewis and Roca