# EXHIBIT A

**Entered on Docket
May 21, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>         Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |

218781.1

**ORDER APPROVING STIPULATION TO GRANT THE USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION AS TO CERTAIN DIRECT LENDERS (Claim Nos. 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593, 1594, 1595 and 1599)**

The Court having considered the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED:

- Approving the Stipulation made by the USACM Liquidating Trust and the Direct Lenders [DE _____];

- Granting the Fourteenth Omnibus Objection [DE 3159] as it applies to Claim Nos. 1585-1589 made by the Jack J. Beulieu Revocable Living Trust;

- Granting the Twentieth Omnibus Objection [DE 3172] as it applies to Claim Nos. 1590, 1595 and 1599 made by the Mayo Family Trust and as it applies to Claim Nos. 1591-1594 made by Monroe Mayo.

- The claims referenced above (Claim Nos. 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593, 1594, 1595 and 1599) are disallowed as secured claims and deemed filed as unsecured claims, without prejudice to possible objection;

- The USACM Liquidating Trust may make further timely objections to the above referenced claims for allowance and/or distribution purposes on any other grounds.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By: /s/ Susan Williams Scann
Susan Williams Scann
720 S. Fourth Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702-382-6911
*Attorneys for Mayo Family and*
*Jack J. Beaulieu Recoverable Living Trust*

3

218781.1