**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

E-Filed on 5/23/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                             Debtors.<br><br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**SUPPLEMENT TO LEWIS AND ROCA LLP'S SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY** |

Lewis and Roca LLP ("Lewis and Roca"), counsel for the Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee"), respectfully Supplements Lewis and Roca LLP's Second and Final Application for Allowance of

1834988.2

Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, filed on April 26, 2007 at docket 3614..  This supplement includes the time and expenses incurred for the preparation of monthly statements, application for reimbursement of expenses of Committee members and the final applications for compensation of Sierra Financial Consulting and Lewis and Roca for post effective date services.  Lewis and Roca submits its itemized statements  attached as: **Exhibit 1** for the time period from March 13, 2007 through March 30, 2007, and **Exhibit 2** for the time period April 1, 2007 through April 30, 2007.

The names of the Lewis and Roca professionals and paraprofessionals requesting fees during the period of this application, the hourly rate charged by each, and the fees billed (after deduction of fees of which no payment is requested) are as follows:

| Attorney | Billed Per Hour | Hours Billed | Amount Billed |
|---|---|---|---|
| S. Freeman | $0 | 0.8 | $0.00 |
| S. Freeman | $510 | 3.2 | 1,632.00 |
| R. Charles | $385 | 2.7 | 1,039.50 |
| **Paralegal** | | | |
| M. Schoenike | $0 | 1.7 | 0.00 |
| M. Schoenike | $180 | 18.5 | 3,330.00 |
| Total | | 26.9 | $6,001.50 |

Monthly statements have been sent to all Committee Members of USACM, and pursuant to the proposed Administrative Order, to the "Reviewing Parties."  In response to the monthly statements, the U.S. Trustee raised certain issues that have been addressed in a responsive letter and in the Second Application.  The Committee disbanded on the Effective Date of the Plan.  Donald Walker, former Chair of the Committee and ongoing

1834988.2

LEWIS
AND
ROCA
LLP
L A W Y E R S

member of the USACM Trust Committee, providing oversight assistance to the Trustee of the USACM Trust, has signed his approval of this Supplemental Application.

The time period covered by the exhibits to this application is from March 13, 2007 through April 30, 2007, and supplements the Second and Final Application as to time spent relating to the monthly statement and final applications.

A summary sheet that sets forth the hours billed, hourly rate and total billed for each professional and paraprofessional is attached as Schedule A. An analysis by project category of the first, second and supplemental applications follows:

### PROJECT CATEGORY ANALYSIS

| PROJECT CATEGORY | FIRST APPLICATION | | SECOND APPLICATION | | SUPPLEMENT TO SECOND | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees |
| B110 Case Administration | 243.8 | $65,735.50 | 375.3 | $120,023.00 | | | 619.1 | $185,758.50 |
| B120 Asset Analysis/Recovery | 3.0 | 1,255.00 | 236.3 | 78,082.00 | | | 239.3 | 79,337 |
| B130 Asset Disposition | 7.8 | 3,378.00 | 219.3 | 88,877.50 | | | 227.1 | 92,255.5 |
| B140 Stay Relief | 5.9 | 2,440.50 | 8.4 | 2,831.50 | | | 95.3 | 5,272 |
| B150 Meeting of Creditors | 145.0 | 59,342.50 | 366.7 | 115,296.50 | | | 511.7 | 174,639 |
| B160 Fee /Employment Applications | 40.7 | 10,469.50 | 94.6 | 23,401.00 | 26.9 | 6,001.50 | 162.2 | 39,872.00 |
| B170 Fee/employment Objections | 6.1 | 2,259.50 | 108.4 | 36,645.50 | | | 114.5 | 38,905 |
| B180 Avoidance Action analysis | 0 | 0 | 9.6 | 4,158.50 | | | 9.6 | 4,158.5 |
| B185 Assumption Rejection | 0 | 0 | .3 | 153.00 | | | .3 | 153 |
| B190 Other contested matters | 237.0 | 72,510.00 | 181.9 | 73,831.00 | | | 418.9 | 146,341 |
| B195 Non-Working travel | 17.4 | 6742.25 | 69.9 | 29,233.00 | | | 87.3 | 35,975.25 |

1834988.2

LEWIS AND ROCA LLP
LAWYERS

| PROJECT CATEGORY | FIRST APPLICATION | | SECOND APPLICATION | | SUPPLEMENT TO SECOND | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees |
| B210 business Operations | 0 | 0 | .2 | 77.00 | | | .2 | 77 |
| B220 Employee Benefits/Pension | 0 | 0 | 1.2 | 574.50 | | | 1.2 | 574.5 |
| B230 Financing | 8.4 | 3,157.50 | .3 | 54.00 | | | 11.4 | 3,211.5 |
| B310 Claims Admin/Objections | 1.8 | 611.00 | 585.4 | 139,497.50 | | | 587..2 | 140,108.5 |
| B320 Plan/Disclosure Statement | 0 | 0 | 648.0 | 267,523.50 | | | 648.0 | 267,523.5 |
| TOTAL | 716.9 | $227,901.25 | 2905.8 | $980,259.00 | 26.9 | 6,001.50 | 3,649.6 | $1,214,161.75 |

The total time for all timekeepers for which fees are requested is 26.9 hours, resulting in total fees of $6,001.50.

Lewis and Roca seeks reimbursement for costs incurred in the amount of $682.42 for Westlaw charges incurred in February 2007 that were inadvertently omitted from the Second and Final Application of Lewis and Roca LLP:

| Description | Amount |
|---|---|
| Westlaw Computer Research | 682.42 |
| **Total Advances** | **$682.42** |

### Conclusion

Based upon the foregoing, Lewis and Roca respectfully requests the Court to enter an Order approving its applications for compensation as follows:

| Application | Fees | Expenses | Total |
|---|---|---|---|
| First | $227,901.25 | $40,900.51 | $268,801.76 |
| Second | 977,591.50 | 80,326.22 | 1,057,917.72 |
| Supplement | 6,001.50 | 682.42 | 6,683.92 |

1834988.2

LEWIS AND ROCA LLP
LAWYERS

| | | | |
|---|---|---|---|
| **TOTAL** | $1,211,494.25 | $121,909.15 | $1,332,403.40 |

Lewis and Roca further requests an order authorizing the Debtor to pay the unpaid balance from unencumbered funds of the USACM estate.

RESPECTFULLY SUBMITTED May 23, 2007.

                        LEWIS AND ROCA LLP

                        By  /s/ RC (#006593)
                             Susan M. Freeman
                             Rob Charles
*Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

1834988.2

LEWIS
ROCA

APPROVED AS TO FORM AND CONTENT
on May 21, 2007:

[signature]

Donald R. Walker
*Former Chair of USACM Committee and Current Member of USACM Trust Committee*

LEWIS AND ROCA LLP
LAWYERS

PROOF OF SERVICE

Copy of the foregoing e-mailed on May 23, 2007 to all parties listed on the Post Effective Official Service List for Limited Notice No. 1 dated April 13, 2007 on file with this Court.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1834988.2