## SUMMARY SHEET

| In re: | ) | | Fees Previously Requested | $1,205,492.75 | **NAME OF APPLICANT** Lewis and Roca LLP |
|---|---|---|---|---|---|
| USA Commercial Mortgage Company 06-10725 – Lead Case | ) ) ) | Chapter 11 | Fees Previously Awarded | $227,901.25 | **ROLE IN THE CASE** |
| USA Capital Realty Advisors, LLC 06-10726 | ) ) ) | (Jointly Administered) **Affecting:** ¨ All Cases | Expenses Previously Requested | $121,226.73 | Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| USA Capital Diversified Trust Deed Fund, LLC 06-10727 | ) ) ) | **or Only:** ☒ USA Commercial Mortgage Company ¨ USA Capital Realty | Expenses Previously Awarded | $40,900.51 | **CURRENT APPLICATION** |
| USA Capital First Trust Deed Fund, LLC 06-10728 | ) ) ) | Advisors, LLC ¨ USA Capital Diversified Trust Deed | Retainer Paid | $0 | Fees Requested: $6,001.50 |
| USA Securities, LLC 06-10729 | ) ) ) | Fund, LLC ¨ USA Capital First Trust Deed Fund, LLC | Draws on Retainer Replenishment of Retainer | $0 $0 | Expenses Requested: $682.42 |
| Debtors | ) ) | | Remaining Retainer | $0 | |

### FEE APPLICATION FOR PERIOD FROM MARCH 13, 2007 THROUGH APRIL 30, 2007

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.**

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Susan M. Freeman | 1975 | 0.8 | $0 | $0 |
| Susan M. Freeman | 1975 | 3.2 | $510 | $1,632.00 |
| Rob Charles | 1982 | 2.7 | $385 | $1,039.50 |
| **PARALEGALS** | | | | |
| Marilyn Schoenike | N/A | 1.7 | $0 | $0 |
| Marilyn Schoenike | N/A | 18.5 | $180 | $3,330.00 |

1834995.1

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.**

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **TOTAL ALL TIMEKEEPERS** | | 26.9 | | $6,001.50 |

**BLENDED HOURLY RATE ALL PROFESSIONALS = $399.00**

1834995.1