

| | ACCOUNT NO. | 46533-00001 |
|---|---|---|
| | Invoice No. | ****** |
| | May 14, 2007 | Page 1 |

**Federal Tax ID No.**
86-0095078

ACCT. NO.   46533-00001

**Unsecured Creditors Committee of USA Commercial Mortgage Company**
**Attn: Donald R. Walker**
**9209 Eagle Hills Drive**
**Las Vegas, NV 89134-6109**

May 14, 2007
Invoice No.                 ******

LEGAL SERVICES RENDERED THROUGH APRIL 26, 2007

USA Commercial Mortgage Corp Unsecured Creditors
Committee

### B160 FEE/EMPLOYMENT APPLICATIONS

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04-09-2007 | S. Freeman | Read and respond to M. Schoenike re draft reimbursement filing | 0.1 | 51.00 |
| 04-09-2007 | S. Freeman | Review time entries for fee application and note changes to incorporate | 0.5 | 255.00 |
| 04-10-2007 | S. Freeman | Read draft application for committee expense reimbursement, mark changes, and request attachment (.1); read M. Schoenike response and suggest final change (.1) | 0.2 | 102.00 |
| 04-14-2007 | M. Schoenike | Review/edit invoice and work on second and final application for compensation | 2.5 | 450.00 |
| 04-17-2007 | M. Schoenike | Work on second and final application | 1.3 | 234.00 |
| 04-18-2007 | S. Freeman | Read draft fee statement and send changes to M. Schoenike (.3); respond to M. Schoenike e-mail re fee application service (.1) | 0.4 | 204.00 |

1834186.1

**LEWIS AND ROCA LLP LAWYERS**

ACCOUNT NO.     46533-00001
Invoice No.     ******
May 14, 2007    Page 2

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| 04-18-2007 | M. Schoenike<br>Work on second application | 2.9 | 522.00 |
| 04-19-2007 | R. Charles<br>Work on fee application and exhibit | 0.5 | 192.50 |
| 04-19-2007 | M. Schoenike<br>Review final application, e-mail to Mr. R. Charles for approval to file (.3); work with accounting re revisions to invoice (NO CHARGE for .9); work on L&R fee application (1.0); file, docket and serve Sierra application (.2) | 1.5 | 270.00 |
| 04-24-2007 | S. Freeman<br>Review and work on revisions to draft second fee application (.4); telephone from M. Levinson re application noticing (.2); telephone to R. Charles re M. Levinson proposals (.1) | 0.7 | 357.00 |
| 04-24-2007 | S. Freeman<br>Further revision of draft fee application and make revisions | 0.2 | 102.00 |
| 04-24-2007 | S. Freeman<br>Read M. Levinson e-mail re proposed fee application service, and send e-mail to M. Schoenike re drafting | 0.1 | 51.00 |
| 04-24-2007 | S. Freeman<br>Review affidavit for fee application and send e-mail re same | 0.1 | 51.00 |
| 04-24-2007 | R. Charles<br>Work on final fee application (.3); read memo from M. Levinson (.1); work on exhibits to fee application (.1); read correspondence on fee applications and notice (.1) | 0.6 | 231.00 |
| 04-24-2007 | M. Schoenike<br>Review edits to fee application (.3); respond to Mr. Rob Charles re revisions (.1); draft Declaration of Mr. R. Charles in support of application (.3); work on edits to fee application (1.5); e-mail to Mr. R. Charles re service of application (.1) | 2.3 | 414.00 |
| 04-25-2007 | R. Charles<br>Work on final application for compensation | 0.2 | 77.00 |
| 04-26-2007 | S. Freeman | 0.9 | 459.00 |

1834186.1



|  |  |  |
|---|---|---|
| ACCOUNT NO. | | 46533-00001 |
| Invoice No. | | ****** |
| May 14, 2007 | | Page 3 |

|  |  |  |  |
|---|---|---|---|
| | Review draft of final fee application and direct changes with M. Schoenike (.3); read revised fee application and direct checking for payment and including (.2); expand draft to include D. Walker approval (.2); discuss review of draft fee application with D. Walker and obtain signature (.2) | | |
| 04-26-2007 | R. Charles<br>Work on second and final fee application | 0.1 | 38.50 |
| 04-26-2007 | M. Schoenike<br>Work on edits to fee application, including Don Walker approval, work with Ms. C. Laurel re filing and service | 1.8 | 324.00 |
| | **TOTAL FOR TASK CODE B160** | **16.9** | **4,385.00** |

| | **TOTAL FEES** | | **$4,385.00** |
|---|---|---|---|

**ADVANCES**

| | | |
|---|---|---|
| 02-20-2007 | Westlaw | 10.27 |
| 02-20-2007 | Westlaw | 29.24 |
| 02-20-2007 | Westlaw | 614.37 |
| 02-20-2007 | Westlaw | 21.24 |
| 02-20-2007 | Westlaw | 7.30 |

| | **TOTAL ADVANCES** | **$ 682.42** |
|---|---|---|

**TIMEKEEPER SUMMARY BY TASK**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| **TASK CODE   B160 FEE/EMPLOYMENT APPLICATIO** | | | |
| S. Freeman | 510.00 | 3.2 | 1,632.00 |
| R. Charles | 385.00 | 1.4 | 539.00 |
| M. Schoenike | 180.00 | 12.3 | 2,214.00 |
| **TOTAL FOR TASK CODE B160** | | **16.9** | **4,385.00** |

1834186.1



| | |
|---|---|
| ACCOUNT NO. | 46533-00001 |
| Invoice No. | ****** |
| May 14, 2007 | Page 4 |

|  | | |
|---|---|---|
| **TOTAL ALL TASKS** | **16.9** | **4,385.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| S. Freeman | 510.00 | 3.2 | 1,632.00 |
| R. Charles | 385.00 | 1.4 | 539.00 |
| M. Schoenike | 180.00 | 12.3 | 2,214.00 |
| **Total all Timekeepers** | | **16.9** | **$ 4,385.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Westlaw Computer Research | 682.42 |
| **Total Advances** | **$ 682.42** |

| | |
|---|---|
| **TOTAL FEES AND ADVANCES** | **$5,067.42** |

**DUE AND PAYABLE UPON RECEIPT**

1834186.1