**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

E-Filed on 5/23/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007<br>Time: 9:30 a.m |
| USA SECURITIES, LLC,<br>                                      Debtors. | **NOTICE OF FILING OF SUPPLEMENT TO LEWIS AND ROCA LLP'S SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY** |
| **Affecting:**<br>¨ All Cases<br>**or Only:**<br>✗ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | |

**NOTICE IS HEREBY GIVEN** that a Supplement to Lewis and Roca LLP's Second and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA

1835686.1

**LEWIS AND ROCA LLP**
LAWYERS

Commercial Mortgage Company (the "Supplement") [DE 3761] was filed on May 23, 2007,. The Supplement requests compensation for services rendered in the amount of $6,001.50 and reimbursement of expenses incurred in the amount of $682.42 during the post effective period of March 13, 2007 through April 30, 2007, for services relating to the preparation, filing and service of the: monthly statements, Application for Reimbursement of Expenses of Committee Members, First and Final Application of Sierra Financial Consulting; and the Second and Final Application of Lewis and Roca LLP.

Any Opposition must be filed pursuant to the prior orders of the Court.

Dated: May 23, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed on May 23, 2007 to all parties listed on the Post Effective Official Service List for Limited Notice No. 1 dated April 13, 2007 on file with this Court.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1835686.1