06-10725

5/16/07

Please note this as our formal written objection to disbursement of any funds for Professional fees, compensation, expenses, reimbursement, or costs concerning the USA Capital matter.

We believe the payments should be delayed, as numerous questions and issues still need to be settled.

We believe successful return of direct lender Principal and Interest must occur before Professionals hired to facilitate such return of Direct Lenders Principal and Interest are paid for those services.

Joseph & Ellen Walls
Walls Family Trust 12/10/97
2778 Bedford Way
Carson City, NV 89703

RECEIVED & FILED
'07 MAY 23 P1:35
U.S. ...