## SUMMARY SHEET

| In re: | ) | | | NAME OF APPLICANT |
|---|---|---|---|---|
| USA Commercial Mortgage Company<br>06-10725 – Lead Case | )<br>) Chapter 11 | Fees Previously Requested | $1,205,492.75 | Lewis and Roca LLP |
| | ) | Fees Previously Awarded | $227,901.25 | ROLE IN THE CASE |
| USA Capital Realty Advisors, LLC<br>06-10726 | ) (Jointly Administered)<br>)<br>) **Affecting:** | Expenses Previously Requested | $121,226.73 | Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| USA Capital Diversified Trust Deed Fund, LLC<br>06-10727 | ) ☐ All Cases<br>) **or Only:**<br>) ☒ USA Commercial Mortgage Company | Expenses Previously Awarded | $40,900.51 | CURRENT APPLICATION |
| USA Capital First Trust Deed Fund, LLC<br>06-10728 | ) ☐ USA Capital Realty Advisors, LLC<br>) ☐ USA Capital Diversified Trust Deed Fund, LLC | Retainer Paid<br>Draws on Retainer<br>Replenishment of Retainer | $0<br>$0<br>$0 | Fees Requested: $6,001.50<br>Expenses Requested: $682.42 |
| USA Securities, LLC<br>06-10729           Debtors | ) ☐ USA Capital First Trust Deed Fund, LLC<br>) | Remaining Retainer | $0 | |

### FEE APPLICATION FOR PERIOD FROM MARCH 13, 2007 THROUGH APRIL 30, 2007

### ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Susan M. Freeman | 1975 | 0.8 | $0 | $0 |
| Susan M. Freeman | 1975 | 3.2 | $510 | $1,632.00 |
| Rob Charles | 1982 | 2.7 | $385 | $1,039.50 |
| **PARALEGALS** | | | | |
| Marilyn Schoenike | N/A | 1.7 | $0 | $0 |
| Marilyn Schoenike | N/A | 18.5 | $180 | $3,330.00 |

1834995.1

## ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| TOTAL ALL TIMEKEEPERS | | 26.9 | | $6,001.50 |

BLENDED HOURLY RATE ALL PROFESSIONALS = $399.00

1834995.1