

| | Phoenix Office | Tucson Office | Albuquerque Office |
|---|---|---|---|
| | Centralized Accounting Dept. | One South Church Avenue | 201 Third Street, NW |
| | 40 North Central | Tucson, Arizona 85701 | Albuquerque, New Mexico 87102 |
| | Phoenix, Arizona 85004 | Telephone (520) 622-2090 | Telephone (505) 764-5400 |
| | Main Telephone (602) 262-5311 | | |
| | Accounting (602) 262-5708 | Las Vegas Office | Reno Office |
| Federal Tax ID No. | Facsimile (602) 734-3740 | 3993 Howard Hughes Parkway | 5355 Kietzke Lane, Suite 200 |
| 86-0095078 | | Las Vegas, Nevada 89169 | Reno, Nevada 89511 |
| | | Telephone (702) 949-8200 | Telephone (775) 770-2600 |

ACCT. NO.   46533-00001                                   April 20, 2007
                                                          Invoice No.        ******

**Unsecured Creditors Committee of USA Commercial Mortgage Cor**
**Attn: Donald R. Walker**
**9209 Eagle Hills Drive**
**Las Vegas, NV 89134-6109**

LEGAL SERVICES RENDERED THROUGH MARCH 30, 2007

USA Commercial Mortgage Corp Unsecured Creditors
Committee

### B160 FEE/EMPLOYMENT APPLICATIONS

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 03-13-2007 | M. Schoenike | Review Westlaw/Lexis log and e-mail to accounting re charges (.2); e-mail to accounting re invoice (.1) (No Charge) | 0.3 | 0.00 |
| 03-14-2007 | M. Schoenike | E-mail to attorneys re time breakdown or descriptions (No Charge) | 0.6 | 0.00 |
| 03-19-2007 | S. Freeman | Review and mark changes on text for fee statements (No Charge) | 0.8 | 0.00 |
| 03-19-2007 | M. Schoenike | Work on exhibit to monthly fee statement | 0.6 | 108.00 |
| 03-20-2007 | R. Charles | Work with Ms. M. Schoenike on information for fee application (.1); work with Mr. T. Burr on fee applications (.1) | 0.2 | 77.00 |
| 03-20-2007 | M. Schoenike | Work on edits to exhibit to monthly fee statement and expense documentation (No Charge) | 0.8 | 0.00 |
| 03-21-2007 | M. Schoenike | Respond to Mr. T. Burr re March monthly statement and final fee application (.2) | 0.2 | 36.00 |
| 03-26-2007 | R. Charles | | 0.1 | 38.50 |

1834188.1



| | ACCOUNT NO. | 46533-00001 |
|---|---|---|
| | Invoice No. | ****** |
| | April 20, 2007 | Page 2 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Work with Ms. M. Schoenike on interim fee statement and draft memo to Mr. A. Landis on deadline (.1) | | |
| 03-26-2007 | M. Schoenike<br>File, docket and serve Sierra Consulting Monthly Statement (.2); follow up on status of monthly statement (.1); obtain, review expense reports (.1); follow up with Ms. M. Mancino re expense documentation (.1); respond to Ms. L. Dorsey re filing of Monthly statement (.1) | 0.6 | 108.00 |
| 03-26-2007 | M. Schoenike<br>Telephone from Ms. S. Freeman and telephone call to Mr. Rob Charles re application for limited admission (.1); telephone call to U.S. District Court re filing application (.1); finalize, file, docket application for limited admission and declaration (.2) | 0.4 | 72.00 |
| 03-27-2007 | M. Schoenike<br>Memo to accounting re edits to Monthly Statement (.1); work on monthly statement and expense documentation (1.2) | 1.3 | 234.00 |
| 03-28-2007 | R. Charles<br>Work on information for monthly fee statement; approve 8th interim cover sheet (.4); read memo from BMC on employment order (.1); work on Mesirow fee application and BMC issue (.2) | 0.7 | 269.50 |
| 03-28-2007 | R. Charles<br>Read memo from BMC on employment order (.1); work on Mesirow fee application and BMC issue (.2) | 0.3 | 115.50 |
| 03-28-2007 | M. Schoenike<br>Review and edit invoice of February time (.7); draft Lewis and Roca Monthly Statement, file, docket and serve (.4); prepare expense documents for Mr. A. Landis (.4); | 1.5 | 270.00 |
| 03-30-2007 | M. Schoenike<br>Work on drafts of summary page, declaration and final application for compensation of Lewis and Roca (1.5); e-mail to Mr. R. Charles re omnibus notice of hearing and telephone call to Mr. L. Dorsey re same (.1) | 1.6 | 288.00 |
| | **TOTAL FOR TASK CODE B160** | **10.0** | **1,616.50** |

1834188.1



ACCOUNT NO.  46533-00001
Invoice No.  ******
April 20, 2007  Page 3

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---:|---:|---:|
| S. Freeman | 0.00 | 0.8 | 0.00 |
| R. Charles | 385.00 | 1.3 | 500.50 |
| M. Schoenike | 0.00 | 1.7 | 0.00 |
| M. Schoenike | 180.00 | 6.2 | 1,116.00 |
| **Total all Timekeepers** | | **10.00** | **$ 1,616.50** |
| **TOTAL FEES** | | | **$1,616.50** |

**DUE AND PAYABLE UPON RECEIPT**

1834188.1