Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON MAY 24, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONCERNING PROOF OF CLAIM 10729-00022 FILED BY MICHAEL P. MOLLO**<br><br>**(AFFECTS USA SECURITIES LLC)** |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

USA Securities LLC ("USA Securities"), by and through its counsel, and Michael P. Mollo ("Mollo") hereby stipulate as follows:

1. Mollo filed proof of claim 10729-00022 against USA Securities asserting priority status and seeking $106.63 for "wages, salaries, and compensation" (the "Mollo Claim").

2. USA Securities filed an objection to the Mollo Claim asserting that it had no liability on account of the claim and requesting that it be disallowed in its entirety (the "Objection") (Docket No. 3021).

3. Mollo filed a response to the Objection on March 19, 2007 (Docket No. 3177).

4. A hearing was held on the Objection to the Mollo Claim on April 26, 2007, during which time the Court set a further status hearing on the Objection for June 15, 2007, at 9:30 a.m.

5. In order to avoid further costs associated with the Objection to the Mollo Claim, and without admitting any liability on account of the same, USA Securities and Mollo hereby agree and stipulate as follows:

    a. That the Mollo Claim shall be allowed as a priority claim in the amount of $50 with the remaining amount of the Mollo Claim to be disallowed in its entirety.

    b. That this stipulation shall have no effect on any other claims that Mollo may have filed against the other Debtors.

6. The parties submit a stipulated order herewith for the Court's convenience.

Dated: May 24, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By:    /s/ Steven C. Strong

STEVEN C. STRONG
LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
*Attorneys for Debtors*

AND

By: _____

MICHAEL P. MOLLO

2

USA Securities LLC ("USA Securities"), by and through its counsel, and Michael P. Mollo ("Mollo") hereby stipulate as follows:

1. Mollo filed proof of claim 10729-00022 against USA Securities asserting priority status and seeking $106.63 for "wages, salaries, and compensation" (the "Mollo Claim").

2. USA Securities filed an objection to the Mollo Claim asserting that it had no liability on account of the claim and requesting that it be disallowed in its entirety (the "Objection") (Docket No. 3021).

3. Mollo filed a response to the Objection on March 19, 2007 (Docket No. 3177).

4. A hearing was held on the Objection to the Mollo Claim on April 26, 2007, during which time the Court set a further status hearing on the Objection for June 15, 2007, at 9:30 a.m.

5. In order to avoid further costs associated with the Objection to the Mollo Claim, and without admitting any liability on account of the same, USA Securities and Mollo hereby agree and stipulate as follows:

   a. That the Mollo Claim shall be allowed as a priority claim in the amount of $50 with the remaining amount of the Mollo Claim to be disallowed in its entirety.

   b. That this stipulation shall have no effect on any other claims that Mollo may have filed against the other Debtors.

6. The parties submit a stipulated order herewith for the Court's convenience.

Dated: May 23, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: _____

STEVEN C. STRONG
LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
*Attorneys for Debtors*

AND

By: *[signature]*

MICHAEL P. MOLLO