**Entered on Docket
May 25, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for USA Securities, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10729-00022 FILED BY MICHAEL P. MOLLO** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

1  THE COURT, having considered the Stipulation Concerning Proof of Claim 10729-00022 filed by Michael P. Mollo, and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. Proof of Claim 10729-00022 shall be allowed as a priority claim against USA Securities, LLC in the amount of $50. The remaining amount of the claim is disallowed in its entirety.

2. The status hearing on the objection to Proof of Claim 10729-00022 currently scheduled for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By:  /s/ Steven C. Strong
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*


Approved by:

By: _____
    MICHAEL P. MOLLO



###

2

THE COURT, having considered the Stipulation Concerning Proof of Claim 10729-00022 filed by Michael P. Mollo, and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. Proof of Claim 10729-00022 shall be allowed as a priority claim against USA Securities, LLC in the amount of $50. The remaining amount of the claim is disallowed in its entirety.

2. The status hearing on the objection to Proof of Claim 10729-00022 currently scheduled for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*

Approved by:

By: /s/ Michael P. Mollo
MICHAEL P. MOLLO

###

2