# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTHERN NEVADA

* * * * *

RECEIVED
AND FILED

May 24  12 45 PM '07

BANKRUPTCY COURT
MARIA A. GRAY
CLERK

In re                                                )
                                                     )
USA COMMERCIAL MORTGAGE COMPANY     In Bankruptcy
_____                )  Bankruptcy No.  NV-S-06-10725-LBR-Ch 11
                                                     )
                    Debtor.                          )
_____                )

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

1. **Creditor:**         M. W. SCHOFIELD
                         CLARK COUNTY ASSESSOR
                         500 S. GRAND CENTRAL PKWY
                         LAS VEGAS, NV  89155
                         (702) 455-4967

2. **Account Number by Which Creditor Identifies Debtor:**
   052925-99

3. **Date Debt Was Incurred:**
   7/1/2006

4. **Classification of Claim:**
   SECURED/ADMINISTRATIVE EXPENSE, 1ST PRIORITY
   PERSONAL PROPERTY TAX CLAIM PURSUANT TO 11 USC
   507 (a) (1) AND 503 (a), (b), (i) AND (c) AND NRS 361.450.

5. **Total Amount Of Claim At Time This Request Filed:**
   $4,429.54

                              * Supporting documents attached (     TAX INVOICES     )

DATED:  5/22/2007          Name of Creditor: M. W. SCHOFIELD
                                              CLARK COUNTY ASSESSOR
                           Signature and Title: [signature]
                                              TINA POFF, MANAGER

**PENALTY FOR PRESENTING FRAUDULENT CLAIM:**

Fine of up to $500,000 or imprisonment for up to five (5) years, or both, 18 U.S.C. $$ 152 and 3571.



**Clark County Assessor – M. W. Schofield**
500 S. Grand Central Pkwy., 2nd Floor
(702) 455-3882
accessclarkcounty.com/assessor

BILL Date: 03/09/2007
Estimated per NRS 361.265

## Personal Property Tax Bill for Fiscal Year 2006-2007 (TIN 88-6000028)

Account Number: 052925-99
Tax District: 470
Type: BUSINESS

USA COMMERCIAL MORTGAGE CO
4484 S PECOS RD
LAS VEGAS NV  89121-5030

Location: 4484 S PECOS RD
LAS VEGAS

### ASSESSED VALUATION FOR FISCAL YEAR 2006-2007

| Description | Assessed Value |
|---|---|
| BASE ASSESSED VALUE | 137,501 |
| ADJUSTED ASSESSED VALUE | 0 |
| ABATEMENT VALUE | 0 |
| EXEMPTION | 0 |
| NET ASSESSED VALUE | 137,501 |
| VETERAN'S HOME | $0.00 |

### PAYMENT INSTALLMENT(S)

| Description | Due Date | Amount Due |
|---|---|---|
| INSTALLMENT | 04/09/2007 | $4,026.85 |

AMOUNT DUE MUST BE PAID BY THE DUE DATE TO AVOID PENALTIES.

### CURRENT YEAR TAX DISTRIBUTION

| Agency | Rate | Amount |
|---|---|---|
| CLARK COUNTY GENERAL OPERATING | 0.4370 | $600.89 |
| CLARK COUNTY FAMILY COURT | 0.0192 | $26.40 |
| STATE COOPERATIVE EXTENSION | 0.0100 | $13.75 |
| LVMPD MANPOWER SUPPLEMENT COUNTY | 0.2800 | $385.00 |
| CLARK COUNTY CAPITAL | 0.0500 | $68.75 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | $137.50 |
| LVMPD EMERGENCY 911 | 0.0050 | $6.87 |
| PARADISE TOWN | 0.2064 | $283.80 |
| CLARK COUNTY FIRE SERVICE | 0.2197 | $302.09 |
| CLARK COUNTY DEBT (BONDS & INTERES | 0.0254 | $34.92 |
| STATE OF NEVADA | 0.1700 | $233.75 |
| LAS VEGAS ARTESIAN GROUNDWATER | 0.0009 | $1.24 |
| COUNTY SCHOOL MAINTENANCE & OPERAT | 0.7500 | $1,031.26 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | $760.93 |
| STATE INDIGENT TRUST | 0.0150 | $20.63 |
| LV/CLARK COUNTY LIBRARY | 0.0743 | $102.16 |
| LV/CLARK COUNTY LIBRARY DEBT | 0.0123 | $16.91 |
| TOTAL | 2.9286 | $4,026.85 |

### DETAIL OF AMOUNT DUE

| Description | Total Due | Minimum Due |
|---|---|---|
| TOTAL FOR TAX YEAR 2006-2007: | $4,026.85 | $4,026.85 |
| TOTAL: | $4,026.85 | $4,026.85 |

**PENALTIES ARE 10% OF THE TAX AMOUNT DUE.**

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

BILL DATE: 03/09/2007

Make checks payable to:
**Clark County Assessor**

Mail to:
500 S. Grand Central Pkwy., 2nd Floor
PO Box 551401
Las Vegas, NV 89155-1401

FISCAL YEAR: 2006-2007
DUE BY:      04/09/2007

ACCOUNT NUMBER: 052925-99
TAX DISTRICT: 470

TAX AMOUNT: $4,026.85
PENALTY: $0.00
MISC. FEE: $0.00

MINIMUM DUE: $4,026.85

TO PAY IN FULL: $4,026.85

OWNER: USA COMMERCIAL MORTGAGE CO
DESCRIPTION: BUSINESS
LOCATION: 4484 S PECOS RD, LAS VEGAS

47005292599000402685200710800000000000000000000000000000000000

## PERSONAL PROPERTY BILLING INFORMATION

The depreciation factors used to arrive at the taxable value of personal property are mandated by the Nevada Administrative Code. If you need an explanation of the method of appraisal of this property, please call (702) 455-3882. If you disagree with the value of this property, you have the right to appeal to the appropriate Board of Equalization. Please contact our office to obtain information on how to file an appeal. To retain the right to appeal and to avoid penalties, **this bill must be paid when due**, even if an appeal is pending.

### Payment Installments for a Manufactured Home
NRS 361.483 allows for taxes assessed upon a manufactured home to be paid in four installments if the taxes assessed exceed $100.00. If the taxes assessed are **$100.00 or less, taxes assessed must be paid in one installment.**

### Change in Ownership of Manufactured Home
In order to change ownership on your manufactured home record, transfer documentation such as a title or a notarized bill of sale is required. A contract of sale or property deed is not acceptable.

### Nevada Veteran, Disabled Veteran, Surviving Spouse & Blind Exemptions
If you have signed for your exemption with the Assessor's Office by June 15 of this year, your exemption has been deducted prior to the calculation of this tax bill.

If you have not renewed your exemption this year, you must do so before any deduction can be allowed.

Non-resident military personnel in active service need only to return their manufactured home bill with the SCR form from their commanding officer confirming home of record.

### Senior Citizen Tax Assistance on Manufactured Homes
Senior Citizen Rebate funds are not applied to the tax bill. For information on the Senior Citizen Tax Assistance/Rental Rebate Program please contact our Customer Service representatives at (702) 455-3882.

### Payment Drop Box
For your convenience property tax payments can be deposited in the payment drop box located at the Clark County Government Center at 500 S. Grand Central Pkwy. Payments should be made with check or money order and placed in an envelope (cash should not be placed in the box). Please include your tax bill along with your payment and write your Personal Property Tax Bill ID Number on the payment.



☐ OWNERS MAILING ADDRESS CHANGE:
(If other than on front of bill):

_____
_____
_____

☐ LOCATION ADDRESS CHANGE:
(If other than on front of bill):

_____
_____

IF YOU NO LONGER OWN THIS PERSONAL PROPERTY OR HAVE MOVED IT OUT OF CLARK COUNTY, PLEASE MARK THE APPROPRIATE BOX AND FILL IN THE LINE BELOW:

☐ MOVED OUT OF COUNTY       Date: _____
   New Location: _____
☐ SOLD                      Date: _____
   New Owner: _____
   Mailing Address: _____
☐ TRADED TO DEALER          Date: _____
   Dealer: _____
☐ REPOSSESSED               Date: _____
   By Whom: _____
☐ DESTROYED/JUNKED  ☐ STOLEN  Date: _____

# Personal Property Value Summary

Account Number 52925  
Account Name   USA COMMERCIAL MORTGAGE CO  
Location    4484  S PECOS RD   LV  
Phone        ( ) 734-2400         Parcel Number 161-19-216-002

Fiscal Year  2007

Appraiser  Gipson, Sheryl  
ESTIMATED

Mkt Area   DFSP  
Review Appraiser:  Myers, Kevin

Category  1     1 - Furniture, fixtures, general & medical equipment, signs

| Year | Reported Cost | Non-Taxable | Taxable Cost | Depreciated Value |
|---|---|---|---|---|
| 2005 | 1,032 | 0 | 1,032 | 898 |
| 2004 | 42,948 | 0 | 42,948 | 32,533 |
| 2003 | 33,268 | 0 | 33,268 | 22,704 |
| 2002 | 95,906 | 0 | 95,906 | 56,932 |
| 2001 | 19,434 | 0 | 19,434 | 10,189 |
| 2000 | 39,407 | 0 | 39,407 | 18,041 |
| 1999 | 166,975 | 0 | 166,975 | 68,577 |
| Total | 398,970 | 0 | 398,970 | 209,874 |

Category  3     3 - Copy machines, electronic medical & gaming equipment

| Year | Reported Cost | Non-Taxable | Taxable Cost | Depreciated Value |
|---|---|---|---|---|
| 2004 | 19,839 | 0 | 19,839 | 10,219 |
| 2003 | 10,143 | 0 | 10,143 | 3,834 |
| Total | 29,982 | 0 | 29,982 | 14,053 |

Category  4     4 - TV, phone systems, fax machines, high tech diagnostic medical

| Year | Reported Cost | Non-Taxable | Taxable Cost | Depreciated Value |
|---|---|---|---|---|
| 2004 | 41,192 | 0 | 41,192 | 14,977 |
| 2002 | 30,239 | 0 | 30,239 | 4,167 |
| Total | 71,431 | 0 | 71,431 | 19,144 |

Category  5     5 - Computers, linens, uniforms, kitchen utensils, video tapes

| Year | Reported Cost | Non-Taxable | Taxable Cost | Depreciated Value |
|---|---|---|---|---|
| 2005 | 71,988 | 0 | 71,988 | 23,757 |
| 2004 | 223,444 | 0 | 223,444 | 24,826 |
| 2003 | 46,619 | 0 | 46,619 | 2,449 |
| 2002 | 176,515 | 0 | 176,515 | 9,268 |
| 2001 | 70,064 | 0 | 70,064 | 3,678 |
| 2000 | 82,866 | 0 | 82,866 | 4,350 |
| Total | 671,496 | 0 | 671,496 | 68,328 |

Category  6     6 - Leasehold/tenant improvements

| Year | Reported Cost | Non-Taxable | Taxable Cost | Depreciated Value |
|---|---|---|---|---|
| 2004 | 56,699 | 50,199 | 6,500 | 4,924 |
| 2002 | 147,535 | 18,600 | 128,935 | 76,536 |
| Total | 204,234 | 68,799 | 135,435 | 81,460 |

# Personal Property Value Summary

Account Number 52925  
Account Name   USA COMMERCIAL MORTGAGE CO  
Location   4484 S PECOS RD  LV  
Phone      ( ) 734-2400         Parcel Number 161-19-216-002

Fiscal Year  2007

Appraiser  Gipson, Sheryl  
ESTIMATED

Mkt Area   DFSP  
Review Appraiser:  Myers, Kevin

| | | | | |
|---|---|---|---|---|
| Reported Total | 1,376,113 | 68,799 | 1,307,314 | 392,859 |
| Estimated Value | | | | |
| Real Property Value | | | | |
| Centrally Assessed Value | | | | |
| Gross Taxable Value | | | | 392,859 |
| Pollution Control Value | | | | |
| Economic Development Value | | | | |
| Net Total | 1,376,113 | | | 392,859 |
| Override Value | | | | |

*361.450. Liens for taxes; Attachment; superiority; expiration of lien on mobile or manufacutred home.

1. Except as otherwise provided in subsection 3, every tax levied under the provisions of or authority of this chapter is a perpetual lien against the property assessed until the tax and any penalty charges and interest which may accrue theron are paid. Notwithstanding the provisions of any other specific statute, such a lien is superior to all other liens, claims, encumbrances and titles on the property, including, without limitation, interests secured pursuant to the provisions of the chapter 104 of NRS, whether or not the lien was filed or perfected first in time.

2. Except as otherwise provided in this subsection and NRS 361.739, the lien attaches on July 1 of the year for which the taxes are levied, upon all property then within the county. The lien attaches upon all migratory property, as described in NRS 361.505, on the day it is moved into the county. If real and personal property are assessed against the same owner, a lien attaches upon such real property also for the tax levied upon the personal property within the county. A lien for taxes on personal property also attaches upon real property assessed against the same owner in any other county of the State from the date on which a certified copy of any unpaid property assessment is filed for record with the county recorder in the county in which the real property is situated.

3. All liens for taxes levied under this chapter which have already attached to a mobile or manufactured home expire on the date when the mobile or manufactured home is sold, except the liens for personal property taxes due in the county in which the mobile or manufactured home was

4. All special taxes levied for city, town, school, road or other purposes throughout the different counties of this state are a lien on the property so assessed, and must be assessed and collected by the same officer at the same time and in the same manner as the state and county taxes are assessed and collected. (1953, p. 599; 1955, p. 399; 1977, p. 1000; 1981, p. 801; 1983, p. 1615; 2001, ch. 331, § 25, p. 1553; 2003, ch. 300, § 22, p. 1624; 2003, ch. 451, § 29, p. 2768.)

## **CERTIFICATE OF MAILING**

I hereby certify that on ____Wednesday, May 23, 2007____ I deposited in the United States Mail postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing ADMINISTRATIVE CLAIM addressed as follows:

LENARD E SCHWARTZER ESQ
3800 HOWARD HUGHES PKWY #1100
LAS VEGAS NV  89109


*Kimberly Winn* (signature)
***KIMBERLY WINN***
***CLARK COUNTY DEPUTY ASSESSOR***