1  Peter C. Bernhard, Nevada Bar No. 0734
   Joseph P. Hardy, Nevada Bar No. 7370
2  BULLIVANT HOUSER BAILEY PC
   3980 Howard Hughes Pkwy., Suite 550
3  Las Vegas, Nevada 89109
   Telephone: 702.650.6565
4  Facsimile: 702.650.2995

5  George A. Davis
   Cadwalader, Wickersham & Taft LLP
6  One World Financial Center
   New York, New York 10281
7  Telephone: (212) 504-6000
   Facsimile:  (212) 504-6666
8
   Attorneys for Defendant
9  COMPASS USA SPE, LLC and COMPASS
   PARTNERS, LLC
10
                    UNITED STATES BANKRUPTCY COURT
11
                         DISTRICT OF NEVADA
12

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>                                        Debtor. | Adversary Proceeding No. _____ |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC |
| 3685 SAN FERNANDO LENDERS, LLC, a<br>Nevada limited liability company, et al.,<br><br>                          Plaintiffs,<br><br>         vs.<br><br>COMPASS USA SPE, LLC, a Delaware limited<br>liability company, et al.<br><br>                          Defendants. | **NOTICE OF REMOVAL** |

7026158                              1 of 3

1   Defendants Compass USA SPE, LLC and Compass Partners, LLC (together,

2   "Compass") give this notice (the "Notice") that, pursuant to 28 U.S.C. §§ 157, 1334 and

3   1452(a), LR 1001(b)(1), and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the

4   "Bankruptcy Rules"), case number 3:07-cv-00241-ECR-VPC, captioned as 3685 San Fernando

5   Lenders, LLC, et al. v. Compass USA SPE, LLC, et al. (the "Action"), currently pending in the

6   United States District Court for the District of Nevada (the "District Court"), is removed to the

7   United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

8   On January 8, 2007 the Bankruptcy Court entered its order (the "Confirmation

9   Order") confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as

10  modified, the "Plan").  The Action is inconsistent with the Confirmation Order.  Removal is

11  appropriate because (1) the relief provided for in the Confirmation Order involves substantial

12  bankruptcy matters, including interpretation of Sections 363, 1141 and 1142 of title 11 of the

13  United States Code (the "Bankruptcy Code"), (2) the Bankruptcy Court specifically retained

14  broad exclusive jurisdiction over the matters set forth in the Confirmation Order and certain

15  matters raised in the Action, and (3) the Bankruptcy Court has original and exclusive

16  jurisdiction over interpretation and enforcement of its own orders.  Accordingly, removal is

17  appropriate because the Bankruptcy Court has jurisdiction under 28 U.S.C. § 1334 and referral

18  of the Action to the Bankruptcy Court is automatic under 28 U.S.C. § 157(a) and LR

19  1001(b)(1).  Upon removal the claims and causes of action are core under 28 U.S.C. § 157(b)(L)

20  and (M).

21  Copies of all process and pleadings filed in the Action are attached to this Notice

22  as Exhibit A.  Under Bankruptcy Rule 9027(c), the parties to the Action shall proceed no further

23  in the District Court unless and until the removed claims and causes of action are remanded.

24  This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure

25  and Bankruptcy Rule 9011.  This Notice is filed with the Bankruptcy Court pursuant to

26  Bankruptcy Rules 9001(3) and 9027(a)(1), with a copy to be filed in the District Court.

27

28

*Bullivant|Houser|Bailey PC*
*3980 Howard Hughes Pkwy., Suite. 550*
*Las Vegas, NV 89109*
*Telephone: (702) 650-6565*
*Facsimile: (702) 650-2995*

1 | Compass files this Notice without waiving any existing defenses or rights in the Action or the

2 | above-captioned adversary proceeding.

3 | DATED this 25th day of May, 2007

4 |

5 | BULLIVANT HOUSER BAILEY, PC

6 | By:

7 | Peter C. Bernhard, NSB 0734
Joseph P. Hardy, NSB 7370

8 | 3980 Howard Hughes Pkwy., Suite 550
Las Vegas, Nevada  89109

9 | Telephone No.: (702) 650-6565
Facsimile No.:  (702) 650-2995

10 | peter.bernhard@bullivant.com

11 | and

12 | George A. Davis
Cadwalader, Wickersham & Taft LLP

13 | One World Financial Center
New York, New York 10281

14 | Telephone No.: (212) 504-6000
Facsimile No.: (212) 504-6666

15 |

16 | Counsel for Compass Financial Partners
LLC

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89109
Telephone: (702) 650-6565
Facsimile: (702) 650-2995