# EXHIBIT B

May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

3685 San Fernando Road Partners, LP
Attn: Guy Devorris
2044 Overland Avenue
Los Angeles, CA 90025

      **Re:**    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

      Lender 2 Lender, LLC
      18124 Wedge Parkway, Box 1012
      Reno, Nevada 89511
      (775) 530-7079

      3685 San Fernando Lenders, LLC

      By: _____
          Donna Cangelosi, Manager of FDH
          Management Company, LLC, Manager
          of 3685 San Fernando Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

60th Street Venture
Attn: Scot Presley
4445 Eastgate Mall
Suite 200
San Diego, CA 92121

      Re:    <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

            Lender 2 Lender, LLC
            18124 Wedge Parkway, Box 1012
            Reno, Nevada 89511
            (775) 530-7079

            60th Street Venture Lenders, LLC

By: _____
            Donna Cangelosi, Manager of FDH
            Management Company, LLC, Manager
            of 60th Street Venture Lenders, LLC



May 18, 2007

COPY

**_VIA FEDERAL EXPRESS OVERNIGHT DELIVERY_**

5055 Collwood, LLC
Attn: Scot Presley
4445 Eastgate Mall
Suite 200
San Diego, CA 92121

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

     Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

     From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

     All future payments on, and communications regarding, the Loan should be made to:

        Lender 2 Lender, LLC
        18124 Wedge Parkway, Box 1012
        Reno, Nevada 89511
        (775) 530-7079

        5055 Collwood Lenders, LLC

        By: _____
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of 5055 Collwood Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

6425 Gess, LLC
1300 Post Oak Blvd.
Suite 1875
Houston, TX 77056

Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

6425 Gess Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of 6425 Gess Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Amesbury Hatters Pt
Attn: Amesburyport Corp.
9 Pond Lane
Concord, MA 01742

      Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
              Replacement Servicer</u>

Dear Borrower:

    Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

    From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

    All future payments on, and communications regarding, the Loan should be made to:

           Lender 2 Lender, LLC
           18124 Wedge Parkway, Box 1012
           Reno, Nevada 89511
           (775) 530-7079

           Amesbury Hatters Pt Lenders, LLC

           By: _____
               Donna Cangelosi, Manager of FDH
               Management Company, LLC, Manager
               of Amesbury Hatters Pt Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Anchor B, LP
1300 Post Oak Blvd.
Suite 1875
Houston, TX 77056

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of
       Replacement Servicer**

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

          Lender 2 Lender, LLC
          18124 Wedge Parkway, Box 1012
          Reno, Nevada 89511
          (775) 530-7079

          Anchor B Lenders, LLC

By: _____
          Donna Cangelosi, Manager of FDH
          Management Company, LLC, Manager
          of Anchor B Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Barusa, LLC
7541 Eade Avenue
Suite F
La Jolla, CA 92037

Re:   <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Bar-USA Lenders, LLC

By:    
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Bar-USA Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Bay Pompano Beach, LLC
4800 N. Federal Hwy.
Suite A205
Boca Raton, FL 33431

> **Re:** **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

Bay Pompano Lenders, LLC

By: _____
    Donna Cangelosi, Manager of FDH
    Management Company, LLC, Manager
    of Bay Pompano Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Binford Medical Developers, LLC
Attn: Ken Schmidt
5200 E. 64th Street
Indianapolis, IN 46220

Re:     <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of**</u>
         <u>**Replacement Servicer**</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Binford Lenders, LLC

By: _____
       Donna Cangelosi, Manager of FDH
       Management Company, LLC, Manager
       of Binford Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Brookmere, LLC &
Lord & Essex Matteson, LLC
1135 Mitchell Road
Aurora, IL 60504

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Brookmere Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Brookmere Lenders, LLC



May 18, 2007

**_VIA FEDERAL EXPRESS OVERNIGHT DELIVERY_**

Bundy Canyon Land Dev., LLC
28475 Old Town Front Street
Suite D
Temecula, CA 92590

      Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

                Lender 2 Lender, LLC
                18124 Wedge Parkway, Box 1012
                Reno, Nevada 89511
                (775) 530-7079

                Bundy Canyon 2.5 Lenders, LLC

              By:                                                  
                  Donna Cangelosi, Manager of FDH
                  Management Company, LLC, Manager
                  of Bundy Canyon 2.5 Lenders, LLC

COPY



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Bundy Canyon Land Dev., LLC
28475 Old Town Front Street
Suite D
Temecula, CA 92590

> Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company (the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

Bundy Canyon 5.0 Lenders, LLC

By: _____ ,
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of Bundy Canyon 5.0 Lenders, LLC



May 18, 2007

**_VIA FEDERAL EXPRESS OVERNIGHT DELIVERY_**

Bundy Canyon Land Dev., LLC
28475 Old Town Front Street
Suite D
Temecula, CA 92590

  Re: **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

  Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

  From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

  All future payments on, and communications regarding, the Loan should be made to:

    Lender 2 Lender, LLC
    18124 Wedge Parkway, Box 1012
    Reno, Nevada 89511
    (775) 530-7079

    Bundy Canyon 5.725 Lenders, LLC

  By: _____
    Donna Cangelosi, Manager of FDH
    Management Company, LLC, Manager
    of Bundy Canyon 5.725 Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Bundy Canyon Land Dev., LLC
28475 Old Town Front Street
Suite D
Temecula, CA 92590

    **Re:**    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

    Lender 2 Lender, LLC
    18124 Wedge Parkway, Box 1012
    Reno, Nevada 89511
    (775) 530-7079

    Bundy Canyon 7.5 Lenders, LLC

    By:    _____
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of Bundy Canyon 7.5 Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Cabernet Highlands, LLC
9460 Double R Blvd.
Suite 200
Reno, NV 89521

> **Re:** **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

> Cabernet Lenders, LLC
>
> By: _____
> Donna Cangelosi, Manager of FDH
> Management Company, LLC, Manager
> of Cabernet Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Castaic Partners II, LLC
7541 Eads Avenue
Suite F
La Jolla, CA 92037

      Re:    <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

             Lender 2 Lender, LLC
             18124 Wedge Parkway, Box 1012
             Reno, Nevada 89511
             (775) 530-7079

             Castaic II Lenders, LLC

          By:_____
             Donna Cangelosi, Manager of FDH
             Management Company, LLC, Manager
             of Castaic II Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Castaic Partners III, LLC
7541 Eads Avenue
Suite F
La Jolla, CA 92037

      Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

           Lender 2 Lender, LLC
           18124 Wedge Parkway, Box 1012
           Reno, Nevada 89511
           (775) 530-7079

           Castaic III Lenders, LLC

           By: _____
               Donna Cangelosi, Manager of FDH
               Management Company, LLC, Manager
               of Castaic III Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Lindsay and Chandler Heights, LLC
Attn: Mike Roberts, CEO
Charlevoix Homes Headquarters
15555 North 79th Place
Suite 200
Scottsdale, AZ 85260

> Re:   **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

> Charlevoix Lenders, LLC

> By: _____
> Donna Cangelosi, Manager of FDH
> Management Company, LLC, Manager
> of Charlevoix Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Arapahoe Land Investments, LP
4 Inverness Court East
Suite 250
Englewood, CO 80112

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Clear Creek Plantation Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Clear Creek Plantation Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

ComVest Capital Satellite Arms, Inc.
1166 South Patrick Drive
Satellite Beach, FL 32937

      Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

            Lender 2 Lender, LLC
            18124 Wedge Parkway, Box 1012
            Reno, Nevada 89511
            (775) 530-7079

            Comvest Lenders, LLC

      By:                         
           Donna Cangelosi, Manager of FDH
           Management Company, LLC, Manager
           of Comvest Lenders, LLC



May 18, 2007

*__VIA FEDERAL EXPRESS OVERNIGHT DELIVERY__*

Copper Sage Commerce Cntr, LLC
4484 South Pecos Road
Las Vegas, NV 89121

      **Re:**    **__Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer__**

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

            Lender 2 Lender, LLC
            18124 Wedge Parkway, Box 1012
            Reno, Nevada 89511
            (775) 530-7079

            Copper Sage II Lenders, LLC

            By: _____
              Donna Cangelosi, Manager of FDH
              Management Company, LLC, Manager
              of Copper Sage II Lenders, LLC



May 18, 2007

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Cornman Toltec 160, LLC
8275 Eastern Blvd.
Las Vegas, NV 89123

      Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of</u>
              <u>Replacement Servicer</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

              Lender 2 Lender, LLC
              18124 Wedge Parkway, Box 1012
              Reno, Nevada 89511
              (775) 530-7079

              Cornman Toltec Lenders, LLC

      By:    _____
              Donna Cangelosi, Manager of FDH
              Management Company, LLC, Manager
              of Cornman Toltec Lenders, LLC



May 18, 2007

<u>*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*</u>

Del Valle Capital Corporation, Inc.
Attn: Scott Myers
1012 10th Street
Modesto, CA 95354

> Re:  <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company (the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

DelValle Livingston Lenders, LLC

By: _____
     Donna Cangelosi, Manager of FDH
     Management Company, LLC, Manager
     of DelValle Livingston Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Fox Hills 185, LLC
Attn: Kent A. Hoggan
4772 Frontier Way, Suite 400
Stockton, CA 95215

     Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

     Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

     From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

     All future payments on, and communications regarding, the Loan should be made to:

          Lender 2 Lender, LLC
          18124 Wedge Parkway, Box 1012
          Reno, Nevada 89511
          (775) 530-7079

          Eagle Meadows Lenders, LLC

          By: _____
             Donna Cangelosi, Manager of FDH
             Management Company, LLC, Manager
             of Eagle Meadows Lenders, LLC



May 18, 2007

*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*

Foxhills 216, LLC
Attn: Kent A. Hoggan
4772 Frontier Way, Suite 400
Stockton, CA 95215

> Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

> Foxhills 216 Lenders, LLC

By:  _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Foxhills 216 Lenders, LLC



May 18, 2007

<u>*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*</u>

Fiesta Development, Inc.
Attn: Richard Ashby
470 E. Harrison St.
Corona, CA 92879-1314

Re:   <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Fiesta Murietta Lenders, LLC

By:  _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Fiesta Murietta Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Grammercy Court, Ltd.
1300 Post Oak Blvd.
Suite 1875
Houston, TX 77056

Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of</u>
       <u>Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Gramercy Court Lenders, LLC

By: _____,
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of Gramercy Court Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Harbor Georgetown, LLC
1900 S. Telegraph Road
Suite 200
Bloomfield Hills, MI 48302

      Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

    Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

    From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

    All future payments on, and communications regarding, the Loan should be made to:

              Lender 2 Lender, LLC
              18124 Wedge Parkway, Box 1012
              Reno, Nevada 89511
              (775) 530-7079

              Harbor Georgetown Lenders, LLC

              By:                                  
                  Donna Cangelosi, Manager of FDH
                  Management Company, LLC, Manager
                  of Harbor Georgetown Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Southern California Land Development, LLC
c/o Builders Capital
Attn: David Fogg
28475 Old Town Front Street
Suite D
Temecula, CA 92590

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Hesperia Lenders, LLC

By: _____

Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Hesperia Lenders, LLC



May 18, 2007

*__VIA FEDERAL EXPRESS OVERNIGHT DELIVERY__*

HFAH Clear Lake, LLC
One Odell Plaza
Yonkers, NY 10710

      **Re:**    __Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer__

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

          Lender 2 Lender, LLC
          18124 Wedge Parkway, Box 1012
          Reno, Nevada 89511
          (775) 530-7079

          HFA Clearlake I Lenders, LLC

By: _____
          Donna Cangelosi, Manager of FDH
          Management Company, LLC, Manager
          of HFA Clearlake I Lenders, LLC



May 18, 2007

<u>*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*</u>

HFAH Clear Lake, LLC
One Odell Plaza
Yonkers, NY 10710

     Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

    Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

    From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

    All future payments on, and communications regarding, the Loan should be made to:

               Lender 2 Lender, LLC
               18124 Wedge Parkway, Box 1012
               Reno, Nevada 89511
               (775) 530-7079

               HFA Clearlake II Lenders, LLC

By:                              
               Donna Cangelosi, Manager of FDH
               Management Company, LLC, Manager
               of HFA Clearlake II Lenders, LLC



May 18, 2007

<u>*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*</u>

West Hill Park Joint Venture
9800 Richmond Avenue
Suite 520
Houston, TX 77042

      **Re:**   <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**</u>

Dear Borrower:

    Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company (the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

    From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

    All future payments on, and communications regarding, the Loan should be made to:

           Lender 2 Lender, LLC
           18124 Wedge Parkway, Box 1012
           Reno, Nevada 89511
           (775) 530-7079

           Huntsville Lenders, LLC

      By:_____
           Donna Cangelosi, Manager of FDH
           Management Company, LLC, Manager
           of Huntsville Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

La Hacienda Estates, LLC
Attn: Hannelore Hoffman
5475 Louie Lane, Suite C
Reno, NV 89511

    Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

        Lender 2 Lender, LLC
        18124 Wedge Parkway, Box 1012
        Reno, Nevada 89511
        (775) 530-7079

        La Hacienda Lenders, LLC

    By: _____
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of La Hacienda Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Old City, LLC
c/o Bay Communities
Attn: Valerie E. Kaan
4800 N. Federal Highway
Suite A205
Boca Raton, FL 33431

      **Re:**   **Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

            Lender 2 Lender, LLC
            18124 Wedge Parkway, Box 1012
            Reno, Nevada 89511
            (775) 530-7079

            Lake Helen Partners Lenders, LLC

            By:                                     
               Donna Cangelosi, Manager of FDH
               Management Company, LLC, Manager
               of Lake Helen Partners Lenders, LLC



May 18, 2007

*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*

Pegasus MH Ventures I, LLC
Attn: Michael Clevinger
4900 Hopyard Road, Suite 202
Pleasanton, CA 94588

> **Re:    Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

Mountain House-Pegs Lenders, LLC

By _____
    Donna Cangelosi, Manager of FDH
    Management Company, LLC, Manager
    of Mountain House-Pegs Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

John E. & Carole D. King
c/o King Ventures
285 Bridge Street
San Luis Obispo, CA 93401

> **Re:** **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

> Margarita Lenders, LLC

> By: _____
> Donna Cangelosi, Manager of FDH
> Management Company, LLC, Manager
> of Margarita Lenders, LLC



May 18, 2007

<u>*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*</u>

MS Acquisition Company
3055 Wilshire Boulevard
Suite 1120
Los Angeles, CA 90010

      Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of</u>
              <u>Replacement Servicer</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

              Lender 2 Lender, LLC
              18124 Wedge Parkway, Box 1012
              Reno, Nevada 89511
              (775) 530-7079

              Marlton Square I Lenders, LLC

      By: _____
              Donna Cangelosi, Manager of FDH
              Management Company, LLC, Manager
              of Marlton Square I Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

MS Acquisition Company
3055 Wilshire Boulevard
Suite 1120
Los Angeles, CA 90010

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of
         Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Marlton Square II Lenders, LLC

By: _____
    Donna Cangelosi, Manager of FDH
    Management Company, LLC, Manager
    of Marlton Square II Lenders, LLC



May 18, 2007

<u>***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***</u>

John E. & Carole D. King
c/o King Ventures
285 Bridge Street
San Luis Obispo, CA 93401

      **Re:**    <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan.  Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

                Lender 2 Lender, LLC
                18124 Wedge Parkway, Box 1012
                Reno, Nevada 89511
                (775) 530-7079

                Oak Shores II Lenders, LLC

                By: _____
                    Donna Cangelosi, Manager of FDH
                    Management Company, LLC, Manager
                    of Oak Shores II Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Ocean Atlantic Chicago, LLC
Attn: John C. Carroll
1800 Diagonal Road
Suite 425
Alexandria, VA 22314

> Re:     **Notice of Termination of Compass Partners As Loan Servicer And Notice of
> Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

Ocean Atlantic 2.75 Lenders, LLC

By: _____
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of Ocean Atlantic 2.75 Lenders, LLC



May 18, 2007

_VIA FEDERAL EXPRESS OVERNIGHT DELIVERY_

Ocean Atlantic Chicago, LLC
Attn: John C. Carroll
1800 Diagonal Road
Suite 425
Alexandria, VA 22314

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

Ocean Atlantic 9.425 Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Ocean Atlantic 9.425 Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Palm Harbor One, LLC
Attn: Joseph Lilly
153 Andover Street
Suite 104
Danvers, MA 09123

  Re: **Notice of Termination of Compass Partners As Loan Servicer And Notice of
     Replacement Servicer**

Dear Borrower:

  Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

  From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

  All future payments on, and communications regarding, the Loan should be made to:

     Lender 2 Lender, LLC
     18124 Wedge Parkway, Box 1012
     Reno, Nevada 89511
     (775) 530-7079

     Palm Harbor I Lenders, LLC

    By: _____
      Donna Cangelosi, Manager of FDH
      Management Company, LLC, Manager
      of Palm Harbor I Lenders, LLC

May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

619 Main, LP
1300 Post Oak Blvd.
Suite 1875
Houston, TX 77056

       Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

        Lender 2 Lender, LLC
        18124 Wedge Parkway, Box 1012
        Reno, Nevada 89511
        (775) 530-7079

        Shamrock Tower Lenders, LLC

        By:    _____
        Donna Cangelosi, Manager of FDH
        Management Company, LLC, Manager
        of Shamrock Tower Lenders, LLC

May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

Southern California Land Development, LLC
c/o Builders Capital
Attn: David Fogg
28475 Old Town Front Street
Suite D
Temecula, CA 92590

Re:    **Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

So CA Land Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of So CA Land Lenders, LLC



May 18, 2007

*__VIA FEDERAL EXPRESS OVERNIGHT DELIVERY__*

SVRB Investments, LLC
Attn: Robert Russell
8585 E. Hartford Drive
Suite 500
Scottsdale, AZ 85255-5474

      **Re:**    **__Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer__**

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

                Lender 2 Lender, LLC
                18124 Wedge Parkway, Box 1012
                Reno, Nevada 89511
                (775) 530-7079

                SVRB 4.5 1st Lenders, LLC

By: _____
                Donna Cangelosi, Manager of FDH
                Management Company, LLC, Manager
                of SVRB 4.5 1st Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

SVRB Investments, LLC
Attn: Robert Russell
8585 E. Hartford Drive
Suite 500
Scottsdale, AZ 85255-5474

      **Re:**    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

    Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan.  Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

    From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever.  All payments made to Compass shall be at your own peril.

    All future payments on, and communications regarding, the Loan should be made to:

            Lender 2 Lender, LLC
            18124 Wedge Parkway, Box 1012
            Reno, Nevada 89511
            (775) 530-7079

            SVRB 2.325 2nd Lenders, LLC

By:                            
            Donna Cangelosi, Manager of FDH
            Management Company, LLC, Manager
            of SVRB 2.325 2nd Lenders, LLC

May 18, 2007 

<u>**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**</u>

Castaic Partners, LLC
Tapia Ranch
7541 Eads Avenue
Suite F
La Jolla, CA 92037

      **Re:**    <u>**Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**</u>

Dear Borrower:

      Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

      From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

      All future payments on, and communications regarding, the Loan should be made to:

                  Lender 2 Lender, LLC
                  18124 Wedge Parkway, Box 1012
                  Reno, Nevada 89511
                  (775) 530-7079

                  Tapia Ranch Lenders, LLC

                  By:      _____
                     Donna Cangelosi, Manager of FDH
                     Management Company, LLC, Manager
                     of Tapia Ranch Lenders, LLC

May 18, 2007



*__VIA FEDERAL EXPRESS OVERNIGHT DELIVERY__*

Ten-Ninety, Ltd.
470 East Harrison
Corona, CA 92879

> **Re:**   __Notice of Termination of Compass Partners As Loan Servicer And Notice of__
> __Replacement Servicer__

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

> Lender 2 Lender, LLC
> 18124 Wedge Parkway, Box 1012
> Reno, Nevada 89511
> (775) 530-7079

Ten-Ninety 4.15 Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of Ten-Ninety 4.15 Lenders, LLC



May 18, 2007

***VIA FEDERAL EXPRESS OVERNIGHT DELIVERY***

The Gardens, LLC
Parliament Partners
Attn: Don Granatstein
410 North Orange Blossom Trail
Orlando, FL 32801

     **Re:**    **Notice of Termination of Compass Partners As Loan Servicer And Notice of Replacement Servicer**

Dear Borrower:

     Please be advised that direct lenders holding in excess of 51% of the fractional beneficial interests in that certain loan to you, which was originally brokered and serviced by USA Commercial Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may have to service the Loan. Please contact the undersigned immediately if you would like further detailed documentation regarding the termination of Compass Partners.

     From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever. All payments made to Compass shall be at your own peril.

     All future payments on, and communications regarding, the Loan should be made to:

          Lender 2 Lender, LLC
          18124 Wedge Parkway, Box 1012
          Reno, Nevada 89511
          (775) 530-7079

          The Gardens 2.425 Lenders, LLC

          By: _____
             Donna Cangelosi, Manager of FDH
             Management Company, LLC, Manager
             of The Gardens 2.425 Lenders, LLC



May 18, 2007

*VIA FEDERAL EXPRESS OVERNIGHT DELIVERY*

The Gardens, LLC
Parliament Partners
Attn: Don Granatstein
410 North Orange Blossom Trail
Orlando, FL 32801

Re:    <u>Notice of Termination of Compass Partners As Loan Servicer And Notice of
Replacement Servicer</u>

Dear Borrower:

Please be advised that direct lenders holding in excess of 51% of the fractional beneficial
interests in that certain loan to you, which was originally brokered and serviced by USA Commercial
Mortgage Company(the "Loan"), have elected to terminate all rights that Compass Partners may
have to service the Loan. Please contact the undersigned immediately if you would like further
detailed documentation regarding the termination of Compass Partners.

From this date forward, Compass is not authorized to act on behalf of the lenders of the Loan
for any purpose whatsoever. All payments made to Compass shall be at your own peril.

All future payments on, and communications regarding, the Loan should be made to:

Lender 2 Lender, LLC
18124 Wedge Parkway, Box 1012
Reno, Nevada 89511
(775) 530-7079

The Gardens Tshr Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager
of The Gardens Tshr Lenders, LLC