George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.: (212) 504-6666

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
         georganne.bradley@bullivant.com
**Counsel for Compass USA SPE, LLC
and Compass Financial Partners, LLC**

E-FILED on May 25, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS, LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: OST Requested<br>Time: OST Requested |

\\\\\

\\\\\

— 1 —

Georganne W. Bradley, Esq., of the law firm of Bullivant Houser Bailey PC, under penalty of perjury, hereby declares on this 25th day of May, 2007, as follows:

1. Compass USA SPE LLC, and its servicer, Compass Financial Partners, LLC (collectively, "Compass"), by and through their attorneys of record, is filing contemporaneously herewith an Emergency Motion of Compass Financial Partners, LLC For Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Motion"), and an Ex Parte Application for Order Shortening Time to hear the Motion.

2. By and through its Motion, Compass is asking this Court to enforce the Confirmation Order by ordering that the effectiveness of the Threat Letters (defined below) and the Termination Letters (defined below) will be stayed pending an evidentiary hearing before this Court at which the Direct Lenders will be given the opportunity to demonstrate that the purported termination of the Loan Servicing Agreements is proper procedurally and substantively under the terms of the relevant Loan Servicing Agreements. Compass submits that the actions recently taken by Donna Cangelosi, Kevin Hansen, and the Lender Protection Group (collectively, the "LPG") were taken in willful disregard of this Court's orders. Accordingly, Compass is asking this Court to impose civil contempt sanctions against the LPG.

3. The Motion was filed as a result of a series of actions recently taken by the LPG. Specifically, on May 18, 2007, Cangelosi, as the manager of the manager of more than 50 recently established limited liability companies, which were apparently established to acquire and hold interests of Direct Lenders in each of the loans being serviced by Compass (the "New LLCs"), sent a letter to each borrower under the corresponding loan stating that "Compass is not authorized to act on behalf of the lenders of the Loan for any purpose whatsoever", and warning the borrowers that "[a]ll payments made to Compass shall be at your own peril" (the "Threat Letters"). In each letter, Cangelosi directs the borrowers to make all loan payments to a newly-established Nevada limited liability company, Lender 2 Lender, LLC, which was created on May 16, 2007 by or through the LPG's attorney. In addition, on the same day, Cangelosi sent letters to Compass advising Compass of the purported termination of its rights to service the subject loans (collectively, the "Termination Letters"). Moreover, on May 21, 2007, each of the

New LLCs, represented by the LPG's lawyer, filed a complaint in the United States District Court for the District of Nevada against Compass, its principals, and its lenders, seeking declaratory relief and damages, claiming that they have an absolute right to replace Compass as the servicer of the loans, without regard to Compass' rights under the Confirmation Order and/or the Loan Servicing Agreements. Compass believes that the relief requested in the U.S. District Court action would invalidate provisions of this Court's Confirmation Order.

4. I am informed and believe that payments under a significant number of loans become due at the beginning of June. I am further informed and believe that Compass has already received communications from borrowers expressing confusion as to the legitimacy and effect of the Threat Letters and others have refused to acknowledge Compass as the servicer of their Loans. Absent immediate intervention by the Court, the most recent efforts of the LPG may have their intended effect: to potentially render the Loan Servicing Agreements valueless and to create confusion among the borrowers. Indeed, the borrowers are immediately faced with the difficult decision of whether to remit timely payments to Compass, to the newly created Lender 2 Lender entity, or to not remit payment at all.

5. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

6. For the reasons stated above, Compass is requesting that the Court grant its application for an order shortening time to hear the Motion on or before June 1, 2007.

Dated this 25th day of May, 2007.


Georganne W. Bradley