E-Filed on 05/25/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                       Debtors.

    **Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING OLD REPUBLIC TITLE COMPANY OF NEVADA TO PRODUCE DOCUMENTS AND ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Old Republic Title Company of Nevada ("Old Republic") to produce documents and one or more representatives, as set forth in the subpoena to be issued under Federal Rule of

115126.1

Bankruptcy Procedure 9016, to appear for examination at the office of Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89160, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than July 15, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

### **Memorandum**

The Trust seeks information concerning various transactions between Old Republic and USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. Old Republic is one of several title companies that participated in the documents of loan transactions between the Debtors and their borrowers.  The Trust seeks this information from the title companies to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

In particular, the Trust will seek the following categories of documents from Old Republic and other title companies:

- Closing statements from transactions in which Debtors participated;
- Purchase contracts, amendments, and assignments from these transactions;
- Deeds of trust from these transactions;
- Documents identifying other escrows relating to the properties at issue;
- Title policies issued in connection with the closing of the transactions in which Debtors participated.

The requested discovery from Old Republic is within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.   In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

### Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion.

Dated:  May 25, 2007.

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**


By: ___ */s/ Eric D. Madden* _____          By: ___ */s/ Rob Charles* _____
Allan B. Diamond, TX 05801800 (pro hac vice)      Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)        3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                            Las Vegas, Nevada  89169-5996
Houston, Texas 77010                              (702) 949-8320 (telephone)
(713) 333-5100 (telephone)                        (702) 949-8321 (facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                          *Counsel for USACM Liquidating Trust*

---

[1] FED.R. BANKR. P. 2004(b).

3