**Entered on Docket
May 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | **ORDER APPROVING AND GRANTING THE STIPULATION AND JOINT EX PARTE MOTION TO EXTEND THE DEADLINE FOR CERTAIN PARTIES TO OBJECT TO PROFESSIONALS' FEE APPLICATIONS** |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | |
| Affects:<br> ☒ All Debtors<br> ☐ USA Commercial Mortgage Company<br> ☐ USA Securities, LLC<br> ☐ USA Capital Realty Advisors, LLC<br> ☐ USA Capital Diversified Trust Deed Fund, LLC<br> ☐ USA First Trust Deed Fund, LLC | |

1

THE COURT, having considered the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications (the "Stipulation"), and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. The deadline for the parties to the Stipulation to file objections to Fee Applications (as defined in the Stipulation) is extended until June 5, 2007 (except as to the Fee Application of Shea & Carlyon, Ltd.), and no objections to Fee Applications will be filed by the parties to the Stipulation prior to June 5, 2007 (except as to the Fee Application of Shea & Carlyon, Ltd.).

2. All other objections (i.e., those objections that may be filed by any persons other than the parties to the Stipulation) to Fee Applications remain due by no later than May 29, 2007.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Lenard Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for Debtors*

Approved by:
ORRICK, HERRINGTON & SUTCLIFFE, LLP and BECKLEY SINGLETON CHTD.

By: /s/ Marc Levinson
   MARC A. LEVINSON, ESQ.
   ANNE M. LORADITCH, ESQ.
   *Attorneys for the Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: /s/ Eve Karasik
   EVE KARASIK, ESQ.
   ANDREW PARLEN, ESQ.
   CANDACE C. CARLYON, ESQ.
   *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

OFFICE OF THE U.S. TRUSTEE

By: /s/ Augie Landis
   AUGUST B. LANDIS, ESQ.
   SCOTT A. FARROW, ESQ.

LEWIS AND ROCA LLP

By: /s/ Rob Charles
   SUSAN M. FREEMAN, ESQ.
   ROB CHARLES, ESQ.
   *Attorneys for the USACM Liquidating Trust*

GORDON & SILVER, LTD.

By: /s/  Greg Garman
    GERALD M. GORDON
    GREGORY E. GARMAN
*Attorneys for the Official Committee of Executory Contract Rights Through USA Commercial Mortgage*

###