Entered on Docket
May 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1834609.1

## ORDER SUSTAINING TWENTY-SIXTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Sixth Omnibus Objection to Claims Asserting Secured Status [DE 3184] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Twenty-Sixth Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
         Susan M. Freeman
         Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  - ☐ approved the form of this order;
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1834609.1

**26th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Richard A. Nielsen Inc.<br>1305 Bonnie Cove Ave<br>Glendora, CA 91740 | 10725-00680 | 10/23/2006 | $100,000.00 | S |
| 2 | Richard A. Nielsen Inc. Psp<br>1305 Bonnie Cove Ave<br>Glendora, CA 91740 | 10725-00679 | 10/23/2006 | $100,000.00 | S |
| 3 | Richard A. Nielsen Inc., A California Corporation<br>1305 Bonnie Cove Ave<br>Glendora, CA 91740 | 10725-00678 | 10/23/2006 | $100,000.00 | S |
| 4 | Richard N Anderson Separate Property Tr<br>Richard N Anderson Ttee<br>7417 Oak Grove<br>Las Vegas, NV 89117 | 10728-00131 | 11/17/2006 | $200,000.00 | S |
| 5 | Rieger Ira, Larry L<br>2615 Glen Eagles Dr<br>Reno, Nv 89523 | 10725-02208 | 1/12/2007 | $182,580.00 | S,U |
| 6 | Rieger Ira, Patsy R<br>2615 Glen Eagles Dr<br>Reno, Nv 89523 | 10725-02209 | 1/12/2007 | $50,716.67 | S, U |
| 7 | Riordan, Cecil E & Barbara<br>2370 Overlook Ct<br>Reno, NV 89509 | 10725-01913 | 1/10/2007 | $57,069.30 | S, P |
| 8 | Rizzo, William<br>146 Triberg Ct<br>Henderson, NV 89047-2498 | 10725-00334 | 9/28/2006 | $27,473.40 | S |
| 9 | Rnr Living Trust Dtd 10/1/04<br>C/O Robert & Renee Levy Trustees<br>2115 Bensley St<br>Henderson, NV 89044-0155 | 10725-00494 | 10/9/2006 | $200,000.00 | S |
| 10 | Robert G Fuller IRA/First Savings Bk Custodian<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 10725-02166 | 1/12/2007 | $108,272.33 | S, U |
| 11 | Robert L Ogren Trust Dtd 6/30/92<br>C/O Robert L Ogren Trustee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120-2647 | 10725-01543 | 12/4/2006 | $121,334.20 | S, P |
| 12 | Robert R Lange Family Trust<br>Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, Nv 89129 | 10725-01476 | 11/14/2006 | $150,000.00 | S |

918181  26th Objection to Claims Asserting Secured Claim Status                **EXHIBIT A**                1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 13 | Robert R Lange Family Trust<br>Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, NV 89129 | 10725-01476 | 11/14/2006 | $150,000.00 | S |
| 14 | Robert R Rodriguez Revocable Trust Dtd 1/31/06<br>C/O Robert R Rodriguez Trustee<br>2809 Easy St<br>Placerville, CA 95667-3906 | 10725-02070 | 1/11/2007 | $152,297.26 | S |
| 15 | Robert W & Joan H Scott Trust<br>Robert W & Joan H Scott Ttees<br>Po Box 33014<br>Las Vegas, NV 89133-3014 | 10725-01244 | 11/10/2006 | $51,591.00 | S |
| 16 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys, Ga 31558 | 10725-01083 | 11/7/2006 | $48,000.00 | U<br>S - contingent |
| 17 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys, Ga 31558 | 10725-01148 | 11/9/2006 | Unknown | S, P, U |
| 18 | Roberts, George<br>1272 Castlecombe Ln<br>Monument, CO 80132 | 10725-00483 | 10/6/2006 | $400,000.00 | S |
| 19 | Rochelle Hornsby Trust Dtd 1/92<br>Rochelle Hornsby Tte<br>3959 Pembridge Ct<br>Las Vegas, NV 89121 | 10725-00045 | 5/11/2006 | $50,000.00 | S |
| 20 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, Nv 89509 | 10725-01748 | 12/26/2006 | $500,000.00 | S |
| 21 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01749 | 12/26/2006 | $150,000.00 | S |
| 22 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01750 | 12/26/2006 | $800,000.00 | S |
| 23 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 10725-01751 | 12/26/2006 | $200,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01752 | 12/26/2006 | $1,000,000.00 | S |
| 25 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01753 | 12/26/2006 | $110,000.00 | S |
| 26 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01754 | 12/26/2006 | $225,000.00 | S |
| 27 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01755 | 12/26/2006 | $270,000.00 | S |
| 28 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01756 | 12/26/2006 | $350,000.00 | S |
| 29 | Rocklin/Redding Llc<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01757 | 12/26/2006 | $800,000.00 | S |
| 30 | Rodriguez, Robert R<br>2809 Easy St<br>Placerville, CA  95667-3906 | 10725-02071 | 1/11/2007 | $329,977.39 | S |
| 31 | Rogers, James William<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02220 | 1/12/2007 | $306,520.06 | S, U |
| 32 | Roisentul Family Trust<br>Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | 10725-02281 | 1/12/2007 | $420,268.16 | S, U |
| 33 | Romonoski, Maury<br>4429 Peaceful Morning Ln<br>Las Vegas, Nv  89129 | 10725-02331 | 1/13/2007 | $125,000.00 | S, U |
| 34 | Ronald & Marilyn Johnson<br>1010 Larue Ave.<br>Reno, NV  89509 | 10725-00640 | 10/19/2006 | $36,548.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 35 | Ronald Abrams Enterprises Inc Employee Retirement<br>Ronald & Claire Abrams Ttees<br>2894 Woodwardia Dr<br>Los Angeles, Ca 90077-2123 | 10725-01796 | 12/15/2006 | $50,000.00 | S<br>U - unknown |
| 36 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00663 | 10/23/2006 | $50,000.00 | S |
| 37 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00664 | 10/23/2006 | $150,000.00 | S |
| 38 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00665 | 10/23/2006 | $200,000.00 | S |
| 39 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00666 | 10/23/2006 | $50,000.00 | S |
| 40 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00667 | 10/23/2006 | $50,000.00 | S |
| 41 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00668 | 10/23/2006 | $100,000.00 | S |
| 42 | Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 10725-00675 | 10/23/2006 | $50,000.00 | S |
| 43 | Ronald Kiel<br>700 Marker Ln.<br>Lovelock, NV 89419 | 10725-00605 | 10/16/2006 | $50,000.00 | S |
| 44 | Ronald Kiel<br>700 Marker Ln.<br>Lovelock, NV 89419 | 10725-00606 | 10/16/2006 | $50,000.00 | S |
| 45 | Rosanthal, Arnold<br>6059 Woodman Ave<br>Van Nuys, CA 91401-2925 | 10728-00093 | 10/3/2006 | $500.00 | S |
| 46 | Rosenthal, Arnold<br>6059 Woodman Ave<br>Van Nuys, Ca 91401 | 10725-00414 | 10/3/2006 | $51,095.00 | S |
| 47 | Rotola, Louis<br>5569 N Country Rd 29<br>Loveland, CO 80538 | 10725-01209 | 11/10/2006 | $75,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 48 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01247 | 11/10/2006 | $57,833.00 | S, U |
| 49 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01249 | 11/10/2006 | $50,000.00 | S |
| 50 | Routsis, Thalia<br>Po Box 4311<br>Incline Village, NV  89450 | 10725-01253 | 11/10/2006 | $65,275.00 | S, U |