Entered on Docket
May 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| | ) | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Date: April 26, 2007 |
| | ) | Time: 9:30 a.m |
| USA SECURITIES, LLC, | ) | **Affecting:** |
| Debtors. | ) | ☐ All Cases |
| | ) | **or Only:** |
| | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |

1834607.1

## ORDER SUSTAINING TWENTY-FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Fifth Omnibus Objection to Claims Asserting Secured Status [DE 3183] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Fifth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

　　☐ approved the form of this order;

　　☐ waived the right to review the order;

　　☐ failed to file and serve papers in accordance with LR 9021(c); and/or

　　☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
　　Susan M. Freeman
　　Rob Charles
*Attorneys for USACM Liquidating Trust*

1834607.1

**25th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Priscilla M Guptail & Priscilla K Addy<br>Po Box 9550<br>Bend, OR 97708-9550 | 10725-02238 | 1/12/2007 | $50,000.00 | S |
| 2 | Quinn, Edward & Darlene<br>660 Nw Brookhaven Dr<br>Lee`s Summit, MO 64081 | 10725-00076 | 7/10/2006 | $156,388.48 | S<br>U - Unknown |
| 3 | Quinn, Edward & Darlene<br>660 Nw Brookhaven Dr<br>Lee's Summit, Mo 64081 | 10725-00080 | 7/12/2006 | $156,388.48 | S<br>U - unknown |
| 4 | Quinn, Sydney<br>PO Box 340<br>Big Pine, CA 93513-0340 | 10725-01624 | 12/8/2006 | $4,673.80 | S |
| 5 | R & S Roloff Trust Dtd 9/20/03<br>Rodney L & Sharyn A Roloff Ttees<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA 94583 | 10725-00144 | 8/15/2006 | $171,250.00 | S |
| 6 | R E Schneider & P I Pratt Revocable Trust<br>3424 Herring Gull Ln<br>North Las Vegas, NV 89084-2424 | 10725-00835 | 10/30/2006 | $80,000.00 | S |
| 7 | R L Allgeier Family Trust<br>Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | 10725-02176 | 1/12/2007 | $430,473.09 | S |
| 8 | R&D Filkin Trust Dated 9/26/90<br>C/O Roy Filkin & Dianna L. Filkin, Ttees<br>2340 Watt St.<br>Reno, NV 89509-4248 | 10725-00681 | 10/20/2006 | $100,000.00 | S |
| 9 | Raggi, Dennis<br>Po Box 10475<br>Zephyr Cove, Nv 89448 | 10725-02226 | 1/12/2007 | $2,442,034.35 | S,U |
| 10 | Raggi, Dennis<br>PO Box 10475<br>Zephyr Cove, NV 89448-2475 | 10725-01881 | 1/8/2007 | $124,900.62 | S, U |
| 11 | Raichbart, Michael<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA 94583 | 10725-00138 | 8/15/2006 | $150,000.00 | S |
| 12 | Rains Properties Lp<br>Donna M Osborn Esq<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 10725-00711 | 11/7/2006 | $350,000.00 | S |

918176  25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00705 | 11/7/2006 | $250,000.00 | S |
| 14 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00706 | 11/7/2006 | $250,000.00 | S |
| 15 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00708 | 11/7/2006 | $300,000.00 | S |
| 16 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00709 | 11/7/2006 | $350,000.00 | S |
| 17 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00712 | 11/7/2006 | $200,000.00 | S |
| 18 | Rains Properties Lp<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00713 | 11/7/2006 | $150,000.00 | S |
| 19 | Raker Ttee Of The Richard M Raker Living Trust, Richard M<br>982 Shoreline Dr<br>San Mateo, CA  94404 | 10725-02188 | 1/12/2007 | $262,420.15 | S, U |
| 20 | Ramsey, Aaron & Lara<br>7713 N 41St St<br>Niwot, CO  80503 | 10725-01132 | 11/9/2006 | $37,005.78 | S |
| 21 | Ramsey, Aaron S & Lara<br>7713 N 41St St<br>Niwot, Co  80503 | 10725-01133 | 11/9/2006 | $37,005.78 | S |
| 22 | Ramsey, Aaron S & Lara<br>7713 N 41St St<br>Niwot, CO  80503 | 10725-02152 | 1/12/2007 | $38,259.00 | S, U |
| 23 | Raoch, Blair E & Barbara K<br>PO Box 1238<br>Zephyr Cove, NV  89448-1238 | 10725-02294 | 1/12/07 | $100,000.00 | S, P |
| 24 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV  89134-5245 | 10725-01230 | 11/10/2006 | $91,467.00 | S |

918176  25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, Nv 89134 | 10725-00378 | 10/2/2006 | $49,212.02 | S |
| 26 | Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01228 | 11/10/2006 | $44,812.00 | S |
| 27 | Rausch, Lawrence<br>2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 10725-01223 | 11/10/2006 | $50,599.83 | S |
| 28 | Rbr Partnership<br>Po Box 376<br>Indian Springs, NV 89018-0376 | 10725-01954 | 1/12/2007 | $55,381.90 | S |
| 29 | Rbr Partnership<br>Po Box 376<br>Indian Springs, NV 89018-0376 | 10725-02319 | 1/13/2007 | $55,381.90 | S |
| 30 | RDJ Investments<br>Richard Anderson Manager<br>7417 Oak Grove<br>Las Vegas, NV 89117 | 10728-00130 | 11/17/2006 | $200,000.00 | S |
| 31 | Reardon IRA, James E<br>120 S Main St<br>Mansfield, MA 02048-2529 | 10725-00395 | 10/2/2006 | $22,894.00 | S |
| 32 | Rebecca A Rogers Trust Dtd 9/18/96<br>Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 10725-01910 | 1/10/2007 | $274,442.59 | S, U |
| 33 | Reber Family Trust<br>C/O John J Reber Trustee<br>Po Box 570032<br>Las Vegas, Nv 89157-0032 | 10725-00571 | 10/12/2006 | $2,702.18 | S |
| 34 | Reber, John<br>Po Box 570032<br>Las Vegas, NV 89157 | 10725-00568 | 10/12/2006 | $50,000.00 | S |
| 35 | Redmon, Donald<br>51 Sanlo Ln<br>Mountain Home, AR 72635 | 10725-00472 | 10/6/2006 | $50,824.65 | S |
| 36 | Reed IRA, Linda S<br>259 Overlook Dr<br>Cadiz, KY 42211-8185 | 10725-01668 | 12/11/2006 | $77,000.00 | S |
| 37 | Reed IRA, Michael<br>259 Overlook Dr<br>Cadiz, KY 42211-8185 | 10725-01692 | 12/11/2006 | $50,000.00 | S |
| 38 | Rehberger Family Trust Dtd 6/17/92<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV 89450 | 10725-01778 | 12/13/2006 | $50,000.00 | S |

918176  25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 39 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450-3651 | 10725-01781 | 12/13/2006 | $50,000.00 | S |
| 40 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01779 | 12/13/2006 | $50,000.00 | S |
| 41 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01780 | 12/13/2006 | $50,000.00 | S |
| 42 | Rehberger Family Trust Dtd 6/17/92<br>C/O Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01782 | 12/13/2006 | $50,000.00 | S |
| 43 | Rehn Ira, Thomas<br>15405 W Robertson Dr<br>Sun City West, Az  85375-3038 | 10725-01337 | 11/13/2006 | $136,645.00 | S |
| 44 | Rehn, Thomas<br>2605 E Flamingo Rd<br>Las Vegas, Nv  89121 | 10725-01338 | 11/13/2006 | $136,645.00 | S |
| 45 | Reiner Roth IRA, Robert J<br>4643 Cordoba Way<br>Oceanside, CA  92056-5105 | 10725-00435 | 10/4/2006 | $29,961.29 | S |
| 46 | Reno Aeronautical Corp Defined Benefit Plan<br>C/O Richard R Tracy Trustee<br>Po Box 1404<br>Carson City, NV  89702-1404 | 10725-02283 | 1/12/2007 | $228,361.12 | S, U |
| 47 | Rhoades Passive Investments Llc<br>3385 Meridian Ln<br>Reno, NV  89509-3841 | 10725-00216 | 9/25/2006 | $110,199.98 | S |
| 48 | Rhoda Dybvig Schaefer Revocable Living<br>C/O Rhonda Dybvig Schaefer Ttee<br>678 Skyline Rd<br>Henderson, NV  89002 | 10725-01091 | 11/7/2006 | $51,742.42 | S |

918176   25th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4