**Entered on Docket**
**May 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007<br>Time: 9:30 a.m |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1834605.1

## ORDER SUSTAINING TWENTY-THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Third Omnibus Objection to Claims Asserting Secured Status [DE 3180] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Third Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
 Susan M. Freeman
 Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1834605.1

**23rd  Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01069 | 11/7/2006 | $22,849.49 | S |
| 2 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01070 | 11/7/2006 | $30,000.00 | S |
| 3 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01071 | 11/7/2006 | $25,000.00 | S |
| 4 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01072 | 11/7/2006 | $65,000.00 | S |
| 5 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01073 | 11/7/2006 | $50,000.00 | S |
| 6 | O`Sullivan, Patrick Edward & Soon Young<br>7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 10725-01102 | 11/7/2006 | $20,087.20 | S |
| 7 | Ogren Ttee For The Benefit Of, Robert L<br>The Robert L Ogren Trust<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 10725-02000 | 1/10/2007 | $913,741.57 | S, U |
| 8 | Ogren Ttee Of The Robert L Ogren Trust, Robert L<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 10725-02001 | 1/10/2007 | $162,245.56 | S, U |
| 9 | Ogren, William W & Betty R<br>22102 Shannon Dell Dr<br>Audubon, PA  19403 | 10725-02161 | 1/12/2007 | $101,463.19 | S, U |
| 10 | Ohms, Sandra & Paul<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00147 | 8/15/2006 | $30,250.00 | S |
| 11 | Olga O`Buch Trust Dtd 5/28/98<br>C/O Olga O Buch Trustee<br>140 Gazelle Rd<br>Reno, NV  89511-6642 | 10725-01736 | 12/11/2006 | $241,667.00 | S |

918174 23rd Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 12 | Olga O`Buch Ttee/Olga O`Buch Trust, Olga<br>140 Gazelle Rd<br>Reno, NV 89511 | 10725-02121 | 1/11/2007 | $253,701.76 | S, U |
| 13 | Olsen, Donald<br>8728 Castle View Ave<br>Las Vegas, NV 89129 | 10725-01187 | 11/7/2006 | $8,242.00 | S |
| 14 | Olson, Dean<br>6760 Chesterfield Ln<br>Reno, NV 89523 | 10725-01578 | 12/1/2006 | $100,000.00 | S |
| 15 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, Ca 92571 | 10725-01254 | 11/9/2006 | $100,000.00 | S<br>P, U - unknown |
| 16 | Oosthuizen, Adrian J R<br>5860 Lausanne Dr<br>Reno, Nv 89511 | 10725-01718 | 12/11/2006 | $1,398,344.58 | S |
| 17 | Oosthuizen, Adrian Jr<br>5860 Lausanne Dr<br>Reno, NV 89511 | 10725-01865 | 1/10/2007 | $1,355,647.65 | S, U |
| 18 | Osherow Trust<br>Aaron Osherow Trustee<br>200 S Brentwood Blvd #92<br>St Louis, MO 63105 | 10725-01959 | 1/10/2007 | $544,233.01 | S, U |
| 19 | Oster, Paul<br>PO Box 2618<br>Mammoth Lakes, CA 93546 | 10725-02082 | 1/11/2007 | $154,082.00 | S, U |
| 20 | Ovca Associates Inc Defined Pension Plan<br>C/O William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA 92649-3020 | 10725-00957 | 11/1/2006 | $275,000.00 | S |
| 21 | Owens, Milton<br>1094 7Th St<br>San Pedro, Ca 90731 | 10725-00570 | 10/12/2006 | $26,129.00 | S, P |
| 22 | Oxx, Lori E<br>6501 Dume Dr<br>Malibu, CA 90265-4274 | 10725-01100 | 11/8/2006 | $13,195.78 | S |
| 23 | Paepae Estate Trust Dtd 05/01/00<br>C/O Kimberly Havins Trustee<br>3125 Shadowleaf Ct<br>Las Vegas, NV 89117-3256 | 10725-00563 | 10/12/2006 | $280,000.00 | S |
| 24 | Page, Patti<br>1225 Triumph Ct<br>Las Vegas, Nv 89117 | 10725-00550 | 10/11/2006 | $200,000.00 | S |

918174 23rd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Panagiotis Dovanidis & Aikaterini Giannopoulous<br>14 Mikinon St<br>Glyfada  Athens Hellas 16674<br>Greece | 10725-01500 | 11/29/2006 | $50,000.00 | S |
| 26 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01502 | 11/29/2006 | $50,000.00 | S |
| 27 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01503 | 11/29/2006 | $50,000.00 | S |
| 28 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01504 | 11/29/2006 | $50,000.00 | S |
| 29 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01505 | 11/29/2006 | $50,000.00 | S |
| 30 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16674<br>Greece | 10725-01506 | 11/29/2006 | $50,000.00 | S |
| 31 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01507 | 11/29/2006 | $30,000.00 | S |
| 32 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01508 | 11/29/2006 | $30,000.00 | S |
| 33 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01509 | 11/29/2006 | $50,000.00 | S |
| 34 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada  Athens  16675<br>Greece | 10725-01510 | 11/29/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 35 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens Hellas 16674<br>Greece | 10725-01501 | 11/29/2006 | $30,000.00 | S |
| 36 | Panek, William<br>106 Mango Ct<br>Henderson, Nv 89015 | 10725-00368 | 10/2/2006 | $48,047.32 | S |
| 37 | Park, Young Jin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 10725-01814 | 12/21/2006 | $15,823.13 | S |
| 38 | Park, Youngjin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 10725-01812 | 12/21/2006 | $50,000.00 | S |
| 39 | Park, Youngjin & Sejin<br>4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 10725-01813 | 12/21/2006 | $50,000.00 | S |
| 40 | Parker, Charles & Mary<br>14470 Emerald Path<br>Apple Valley, MN 55124 | 10725-01901 | 1/9/2007 | $236,840.31 | S |
| 41 | Parker, Lexey S<br>4005 Plateau Rd<br>Reno, NV 89509-7957 | 10725-00279 | 9/27/2006 | $101,000.00 | S |
| 42 | Partch, Tim & Kathleen<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA 94583 | 10725-00137 | 8/15/2006 | $100,000.00 | S |
| 43 | Pasquale C Mauro Family Trust Dated 4/19/95<br>C/O Pasquale C Mauro Trustee<br>7768 Painted Sunset Dr<br>Las Vegas, NV 89149-6453 | 10725-01467 | 11/17/2006 | $85,000.00 | S |
| 44 | Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV 89134-6215 | 10725-00913 | 11/3/2006 | $150,000.00 | S |
| 45 | Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV 89134-6215 | 10725-01388 | 11/3/2006 | $150,000.00 | S |
| 46 | Patricia Lee Tiede<br>5225 Pooks Hill Road<br>1520 North<br>Bethesda, Md 20814 | 10725-01136 | 11/9/2006 | $50,000.00 | S |
| 47 | Patterson-Rogers Family 2001 Trust<br>Robert C & Joyce Patterson-Rogers Trustees<br>Po Box 60175<br>Las Vegas, NV 89160 | 10725-00046 | 5/11/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 48 | Paul Bloch Living Trust Dated 10/29/02<br>Trustee Of Paul Bloch Living Trust<br>2111 Strada Mia<br>Las Vegas, NV  89117-1980 | 10725-00166 | 8/28/2006 | $253,732.64 | S |
| 49 | Paul Bloch Living Trust Dtd 10/29/02<br>Paul Bloch Ttee<br>2111 Strada Mia<br>Las Vegas, NV  89117 | 10725-00181 | 9/1/2006 | $152,687.50 | S |
| 50 | Paul Bloch Living Trust Dtd 10/29/02<br>Trustee<br>2111 Strada Mia<br>Las Vegas, NV  89117-1980 | 10725-00197 | 9/8/2006 | $253,732.64 | S |