Entered on Docket
May 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
|---|---|

1834601.1

**ORDER SUSTAINING SIXTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Sixteenth Omnibus Objection to Claims Asserting Secured Status [DE 3163] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Sixteenth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1834601.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
*Attorneys for USACM Liquidating Trust*

1834601.1

**16th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00893 | 10/31/2006 | $853,678.82 | S, U |
| 2 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00894 | 10/31/2006 | $50,419.73 | S |
| 3 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00895 | 10/31/2006 | $33,561.49 | S |
| 4 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00897 | 10/31/2006 | $84,914.53 | S |
| 5 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00899 | 10/31/2006 | $51,238.60 | S |
| 6 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00902 | 10/31/2006 | $52,915.20 | S, U |
| 7 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00905 | 10/31/2006 | $105,750.50 | S |
| 8 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00906 | 10/31/2006 | $134,114.58 | S |
| 9 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00907 | 10/31/2006 | $101,981.98 | S |
| 10 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00909 | 10/31/2006 | $53,791.67 | S |

918099   16th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 11 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00910 | 10/31/2006 | $53,645.83 | S |
| 12 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00911 | 10/31/2006 | $50,865.81 | S |
| 13 | Joyce E Smith Trust<br>C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00912 | 10/31/2006 | $80,478.95 | S |
| 14 | Joyce, David<br>7465 Silver King Dr<br>Sparks, NV 89436 | 10725-00503 | 10/9/2006 | $125,000.00 | S |
| 15 | Virga, Julie A<br>2567 Harkness St<br>Sacramento, CA 95818-2325 | 10725-01696 | 12/11/2006 | $150,287.00 | S, U |
| 16 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV 89052-5320 | 10725-00164 | 8/28/2006 | $101,493.06 | S |
| 17 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV 89052-5320 | 10725-00192 | 9/8/2006 | $101,493.06 | S |
| 18 | Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV 89074-5320 | 10725-00815 | 10/30/2006 | $108,506.96 | S |
| 19 | Kantor Family Trust Dated 5/6/82<br>Ronald A & Ruth E Kantor Ttees<br>1921 N Beverly Dr<br>Beverly Hills, CA 90210-1612 | 10725-00593 | 10/16/2006 | $369.00 | S |
| 20 | Karen L Pidgeon 2006 Living Trust<br>Dated 2/27/06<br>C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA 95841-1619 | 10725-01477 | 11/15/2006 | $538,643.00 | S |
| 21 | Karen L Pidgeon 2006 Living Trust<br>Dated 2/27/06<br>C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA 95841-1619 | 10725-01477 | 11/15/2006 | $538,643.00 | S |
| 22 | Karen Petersen Tyndall Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10725-00795 | 11/9/2006 | $1,115,915.59 | S |

918099  16th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 23 | Karen Petersen Tyndall Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | 10725-01183 | 11/10/2006 | $1,115,915.59 | S |
| 24 | Karlin Trust<br>C/O Francis J Karlin Trustee<br>4009 Cutting Horse Ave<br>N Las Vegas, NV  89032-2674 | 10725-00949 | 11/2/2006 | $94,296.97 | S, U |
| 25 | Karren, Thomas<br>20483 Powder Mountain Ct<br>Bend, OR  97702 | 10725-00521 | 10/10/2006 | $50,000.00 | S |
| 26 | Kassel 1988 Trust<br>C/O William J Kassel Trustee<br>4533 Pony Express St<br>North Las Vegas, NV  89031-0114 | 10725-00338 | 9/28/2006 | $50,000.00 | S |
| 27 | Kassel, William<br>4533 Pony Express St<br>N Las Vegas, NV  89031 | 10725-00337 | 9/28/2006 | $50,000.00 | S, U |
| 28 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, FL  32176-3518 | 10725-01556 | 12/6/2006 | $30,000.00 | S |
| 29 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, FL  32176-3518 | 10725-01557 | 12/6/2006 | $32,000.00 | S |
| 30 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01558 | 12/6/2006 | $25,000.00 | S |
| 31 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01559 | 12/6/2006 | $25,000.00 | S |
| 32 | Kathy John & Tina Eden Jt Wros<br>57 Pointsettia Dr<br>Ormond Beach, Fl  32176-3518 | 10725-01560 | 12/6/2006 | $50,000.00 | S |
| 33 | Katzman Family Trust Dtd 4/3/87<br>C/O Harold Katzman Trustee<br>5 Torrey Pine Dr<br>Newport Coast, CA  92657-1539 | 10725-00361 | 10/2/2006 | $50,000.00 | S |
| 34 | Kay M Cantrell & Donald L Hess Jt Ten<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02094 | 1/11/2007 | $49,551.70 | S, U |
| 35 | Kay M Cantrell & Kay J Hart Jt Ten<br>455 Magnolia Ave<br>Fairhope, AL  36532 | 10725-02050 | 1/11/2007 | $77,415.06 | S, U |

918099   16th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 36 | Kearns Trustee Of The Km Trust, Aimee E<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01997 | 1/10/2007 | $767,540.46 | S, U |
| 37 | Kearns Trustee Of The Murray Trust, Aimee E<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01998 | 1/10/2007 | $364,717.94 | S, U |
| 38 | Kefalas Trust Dtd 7/3/97<br>C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, Nv 89052-4055 | 10725-01868 | 1/5/2007 | $510,000.00 | S |
| 39 | Kefalas, Chris & Kathy<br>2050 S Robb Way<br>Lakewood, CO 80227-1963 | 10725-01867 | 1/5/2007 | $50,000.00 | S |
| 40 | Keller, Peter<br>640 Valencia Dr<br>Boulder City, NV 89005 | 10725-00827 | 10/30/2006 | $50,000.00 | S |
| 41 | Kelley Family Trust Uad 10/10/91<br>C/O David G & Ana W Kelley Ttees<br>633 Haverkamp Dr<br>Glendale, CA 91206-3118 | 10725-01529 | 11/30/2006 | $2,702.18 | S |
| 42 | Ken Wyatt Enterprises Inc<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01823 | 12/28/2006 | $63,866.73 | S |
| 43 | Kennedy, Valda<br>Po Box 2845<br>Reno, NV 89505 | 10725-00457 | 10/5/2006 | $50,000.00 | S |
| 44 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U |
| 45 | Kenneth Addes IRA<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 10725-01623 | 12/8/2006 | $380,878.66 | S, U |