E-Filed on 05/29/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION AND JOINT EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO QUASH**<br><br>[No hearing required] |

The USACM Liquidating Trust (the "Trust") hereby moves this Court for an order extending the deadline to respond to the "Motion of Kreg Rowe et. al, to Quash Subpoenas" that was filed on May 11, 2007.

115139.1

On May 11, 2007, several individuals and entities moved to quash subpoenas directed to Wells Fargo Bank, N.A., Wells Fargo Bank of Nevada, Nevada State Bank, JP Morgan Chase, Bank of the West, Oppenheimer Funds, Bank of America, City Bank, Kreg Rowe, and Brett Seabert. The Trust's response to the Motion to Quash is due on May 29, 2007.

Counsel for the Movants on the Motion to Quash and counsel for the Trust have been actively discussing ways to resolve this matter without court intervention. Therefore, in order to allow the negotiations to continue, the parties have agreed to allow an extension of time *until June 1, 2007* for the Trust to respond to the Motion to Quash. Counsel anticipate that they will be able to reach an agreement on the matter by that date.

WHEREFORE, the parties jointly request an extension of time allowing the Trust until June 1, 2007 to file a response to the Motion to Quash.

Dated: May 29, 2007.

| DIAMOND MCCARTHY LLP | LEWIS AND ROCA LLP |
|---|---|
| By: */s/ Eric D. Madden* <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> William T. Reid, IV, TX 00788817 (pro hac vice) <br> Eric D. Madden, TX 24013079 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) <br><br> *Special Litigation Counsel for* <br> *USACM Liquidating Trust* | By: */s/ Rob Charles* <br> Susan M. Freeman, AZ 4199 (pro hac vice) <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8320 (telephone) <br> (702) 949-8321 (facsimile) <br><br><br> *Counsel for USACM Liquidating Trust* |

**McDONALD CARANO WILSON, LLP**

By: ___/s/ Kaaran Thomas___
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas, Nevada 89102
(702) 873-4100 (telephone)
(702) 873-9966 (facsimile)

*Counsel for Movants on Motion to Quash*