**Entered on Docket**
**May 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.: (212) 504-6666

Peter C. Bernhard (Nevada Bar No. 0734)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass USA SPE, LLC
and Compass Financial Partners, LLC**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS, LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: May 31, 2007<br>Time: 2:30 PM |

– 1 –

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT upon an Ex Parte Application for Order Shortening Time to Hear Emergency Motion of Compass Financial Partners, LLC For Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED THAT the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on _____May 31, 2007_____, at the hour of __2:30 PM.

A copy of the filed Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the office of Compass Financial Partners, LLC's Nevada counsel, Bullivant Houser Bailey PC, telephone: (702) 650-6565 or fax (702) 650-2995.

Submitted by:

CADWALADER, WICKERSHAM & TAFT
-and-
BULLIVANT HOUSER BAILEY, PC

By:   /s/ Georganne W. Bradley
      Georganne W. Bradley, Esq.
      3980 Howard Hughes Pkwy., Ste. 550
      Las Vegas, Nevada 89169
*Attorneys for Compass USA SPE, LLC
and Compass Financial Partners, LLC*