

**Entered on Docket**
**May 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                  Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**ORDER REQUIRING RIO
GRANDE TITLE COMPANY, INC.
TO PRODUCE DOCUMENTS AND
ONE OR MORE
REPRESENTATIVES FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

    The USACM Liquidating Trust (the "Trust") having filed a Motion for Order

Requiring Rio Grande Title Company, Inc. to Produce Documents and One or More

115128.1

Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Rio Grande Title Company, Inc. produce documents and one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the office of Bean & Associates Court Reporters, 500 Marquette Avenue NW, Suite 280, Albuquerque, New Mexico 87102, on a business day no earlier than ten (10) days after the filing of the Motion and no later than July 15, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

By: ___ */s/ Eric D. Madden* _____        By: ___ */s/ Rob Charles* _____
Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)     3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                         Las Vegas, Nevada 89169-5996
Houston, Texas 77010                           (702) 949-8320 (telephone)
(713) 333-5100 (telephone)                     (702) 949-8321 (facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                      *Counsel for USACM Liquidating Trust*

###

2