George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.: (212) 504-6666

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.(702) 650-6565
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-Mail: georganne.bradley@bullivant.com

**Counsel for Compass USA SPE, LLC
and Compass Financial Partners LLC**

E-FILED on May 29, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>Debtor. | SUPPLEMENT TO EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS (ADDITIONAL EXHIBITS) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: May 31, 2007<br>Time: 2:30 p.m. |

Compass USA SPE LLC, together with its servicer, Compass Financial Partners LLC (together, "Compass"), by and through their counsel, submit this Supplement to the Emergency

Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Motion").

On May 25, 2007, Compass filed the Motion and two exhibits: Exhibit "A", which is the Declaration of David Blatt, and Exhibit "B", which is the Declaration of Boris Piskun. On the same day, Compass filed Exhibits "A" and "B" to the Blatt Declaration, and Exhibits "A" through "E" to the Piskun Declaration. Attached to this Supplement are the following exhibits to the Blatt Declaration that were inadvertently not filed on May 25: <u>Exhibit "C"</u> to the Blatt Declaration, <u>Exhibit "D"</u> to the Blatt Declaration, <u>Exhibit "E"</u> to the Blatt Declaration, and "<u>Exhibit "F"</u> to the Blatt Declaration.

DATED this 29th day of May, 2007.

CADWALADER, WICKERSHAM & TAFT, LLP

-and-

BULLIVANT HOUSER BAILEY PC

By: *Georganne Bradley*
Peter C. Bernhard, Esq. (NV Bar 734)
Georganne W. Bradley, Esq. (NV Bar 1105)
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

*Attorneys for Compass USA SPE, LLC and Compass Financial Partners, LLC*