# EXHIBIT C

May 18, 2007

**_VIA FEDERAL EXPRESS OVERNIGHT DELIVERY_**

Compass Partners
333 Seventh Avenue
Third Floor
New York, New York 10001
Tel: (212) 494-9094

Mr. Tyson Lomazow, Esq. (w/encls.)
Weil, Gotchal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Tel:   (212) 310-8000

Re:   **Termination of Loan Servicing Agreement**

Dear Gentlemen:

Please be advised that the undersigned, representing in excess of 51% of the outstanding beneficial interests in the loan commonly known as the Binford Loan (the "Loan"), hereby terminate all rights that Compass Partners may have to service the Loan, including all rights allegedly derived from any Loan Servicing Agreement transferred to Compass Partners, or a related entity (collectively "Compass"), by USA Commercial Mortgage Company. In this regard, enclosed herewith are copies of executed election forms executed by more than 51% of the outstanding beneficial interests in the Loan, pursuant to which such interests have elected to immediately terminate Compass.

This termination is based upon Nevada Administrative Code 645B.073, as well as various actions and inactions of Compass Partners, and Compass Partners alone. This termination is specifically **not** pursuant to any "Surviving Section 3 Right" as defined in the _Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization_, entered by the United States Bankruptcy Court, District of Nevada, on January 8, 2007.

This termination is effective immediately.

Binford Lenders, LLC

By: _____
Donna Cangelosi, Manager of FDH
Management Company, LLC, Manager of
Binford Lenders, LLC

Enclosures