## PARTIAL RELEASE

2007012600302 Bk:26509 Pg:397
01/26/2007 13:16:00 PRL Pg 1/2

USA Commercial Mortgage Company, a Nevada Corporation with principal offices at 4484 South Pecos Road, Las Vegas, Nevada 89121 ("USA Commercial"), Lender's ("USA Capital"), said USA Capital being the present holder of a Construction Mortgage and Security Agreement ("Mortgage") from Amesburyport Corporation, a Massachusetts corporation with principal offices at Dammonmill Square, 9 Pond Lane, Concord, MA 01742 ("Amesburyport"), said Mortgage having been given to USA Capital, dated December 16, 2002 and recorded with Essex South District Registry of Deeds in Book 19843, Page 2, for consideration paid, release to the said Amesburyport Corporation, its successors and assigns, all interest acquired under said Mortgage in the following described portion of the mortgaged premises:

The Condominium Unit known as Unit 618 ("The Unit") in the Hatter's Point Condominium, A Community For Persons Fifty-Five Years of Age Or Older (the "Condominium"), located at 60 Merrimac Street, Amesbury, Essex County, Massachusetts, which Condominium was created pursuant to M.G.L. Chapter 183A by a certain Master Deed dated April 29, 2002 registered with the Land Registration Office for the Essex County, Southern District Registry of Deeds as Document No. 402235, as amended by an Amended and Restated Master Deed dated July 15, 2002 and recorded with the Essex South District Registry of Deeds in Book 18960, Page 180, and as further amended of record (the "Master Deed") and all interest in and to Parking Space(s) referenced in and all appurtenances to the Unit as set froth in the Unit Deed thereof.

USA Capital also releases to Amesburyport, as to the aforesaid Unit 618, all interest acquired under a certain Collateral Assignment of Leases and Rents dated December 16, 2002 and recorded with said Deeds in Book 19843, Page 29.

This release shall not affect or impair the right of USA Capital to hold under the above Mortgage and as security for the sum remaining due on the Note secured thereby, or to sell under the power of sale contained in said Mortgage, all the remainder of the premises therein conveyed and not hereby released.

IN WITNESS WHEREOF, the said USA Commercial Mortgage Company, Lender's Representative as aforesaid, has caused this partial release to be signed in its name and behalf by Mark L. Olson its Chief Operating Officer, hereunto duly authorized this 21 day of December, 2006.

USA Commercial Mortgage Company

By: Mark L Olson
hereunto duly authorized

EXHIBIT "B"

STATE OF NEVADA
County of Clark

On this 21 day of December, 2006, personally appeared before me the above-named Mark L Olson, Chief Operating Officer as aforesaid and acknowledged the foregoing to be the free act and deed of USA Commercial Mortgage Company, Lender's Representative as aforesaid.

Amanda H
Notary Public
My commission expires: 1-16-06



AMANDA STEVENS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 01-16-2010
Certificate No: 02-72837-1



## PARTIAL RELEASE

USA Commercial Mortgage Company, a Nevada Corporation with principal offices at 4484 South Pecos Road, Las Vegas, Nevada 89121 ("USA Commercial"), Lender's ("USA Capital"), said USA Capital being the present holder of a Construction Mortgage and Security Agreement ("Mortgage") from Amesburyport Corporation, a Massachusetts corporation with principal offices at Dammonmill Square, 9 Pond Lane, Concord, MA 01742 ("Amesburyport"), said Mortgage having been given to USA Capital, dated December 16, 2002 and recorded with Essex South District Registry of Deeds in Book 19843, Page2, for consideration paid, release to the said Amesburyport Corporation, its successors and assigns, all interest acquired under said Mortgage in the following described portion of the mortgaged premises:

The Condominium Unit known as Unit 616 ("The Unit") in the Hatter's Point Condominium, A Community For Persons Fifty-Five Years of Age Or Older (the "Condominium"), located at 60 Merrimac Street, Amesbury, Essex County, Massachusetts, which Condominium was created pursuant to M.G.L. Chapter 183A by a certain Master Deed dated April 29, 2002 registered with the Land Registration Office for the Essex County, Southern District Registry of Deeds as Document No. 402235, as amended by an Amended and Restated Master Deed dated July 15, 2002 and recorded with the Essex South District Registry of Deeds in Book 18960, Page 180, and as further amended of record (the "Master Deed") and all interest in and to Parking Space(s) referenced in and all appurtenances to the Unit as set froth in the Unit Deed thereof.

USA Capital also releases to Amesburyport, as to the aforesaid Unit 616, all interest acquired under a certain Collateral Assignment of Leases and Rents dated December 16, 2002 and recorded with said Deeds in Book 19843, Page 29.

This release shall not affect or impair the right of USA Capital to hold under the above Mortgage and as security for the sum remaining due on the Note secured thereby, or to sell under the power of sale contained in said Mortgage, all the remainder of the premises therein conveyed and not hereby released.

IN WITNESS WHEREOF, the said USA Commercial Mortgage Company, Lender's Representative as aforesaid, has caused this partial release to be signed in its name and behalf by Joseph D. Milanowski, its President, hereunto duly authorized this day of August, 2006.

USA Commercial Mortgage Company

By: Mark L Olson, COO
hereunto duly authorized

STATE OF NEVADA
County of Clark

On this 4 day of August, personally appeared before me the above-named Mark L Olson as aforesaid and acknowledged the foregoing to be the free act and deed of USA Commercial Mortgage Company, Lender's Representative as aforesaid.



Notary Public
My commission expires: 1-16-10




## PARTIAL RELEASE

USA Commercial Mortgage Company, a Nevada Corporation with principal offices at 4484 South Pecos Road, Las Vegas, Nevada 89121 ("USA Commercial"), Lender's ("USA Capital"), said USA Capital being the present holder of a Construction Mortgage and Security Agreement ("Mortgage") from Amesburyport Corporation, a Massachusetts corporation with principal offices at Dammonmill Square, 9 Pond Lane, Concord, MA 01742 ("Amesburyport"), said Mortgage having been given to USA Capital, dated December 16, 2002 and recorded with Essex South District Registry of Deeds in Book 19843, Page2, for consideration paid, release to the said Amesburyport Corporation, its successors and assigns, all interest acquired under said Mortgage in the following described portion of the mortgaged premises:

The Condominium Unit known as Unit 614 ("The Unit") in the Hatter's Point Condominium, A Community For Persons Fifty-Five Years of Age Or Older (the "Condominium"), located at 60 Merrimac Street, Amesbury, Essex County, Massachusetts, which Condominium was created pursuant to M.G.L. Chapter 183A by a certain Master Deed dated April 29, 2002 registered with the Land Registration Office for the Essex County, Southern District Registry of Deeds as Document No. 402235, as amended by an Amended and Restated Master Deed dated July 15, 2002 and recorded with the Essex South District Registry of Deeds in Book 18960, Page 180, and as further amended of record (the "Master Deed") and all interest in and to Parking Space(s) referenced in and all appurtenances to the Unit as set froth in the Unit Deed thereof.

USA Capital also releases to Amesburyport, as to the aforesaid Unit 614, all interest acquired under a certain Collateral Assignment of Leases and Rents dated December 16, 2002 and recorded with said Deeds in Book 19843, Page 29.

This release shall not affect or impair the right of USA Capital to hold under the above Mortgage and as security for the sum remaining due on the Note secured thereby, or to sell under the power of sale contained in said Mortgage, all the remainder of the premises therein conveyed and not hereby released.

IN WITNESS WHEREOF, the said USA Commercial Mortgage Company, Lender's Representative as aforesaid, has caused this partial release to be signed in its name and behalf by Joseph D. Milanowski, its President, hereunto duly authorized this day of August, 2006.

USA Commercial Mortgage Company

By: Mark L. Olson, COO
hereunto duly authorized

STATE OF NEVADA
County of Clark.

    On this 4 day of August, personally appeared before me the above-named Mark L Olson, COO as aforesaid and acknowledged the foregoing to be the free act and deed of USA Commercial Mortgage Company, Lender's Representative as aforesaid.

*Amanda S*
Notary Public
My commission expires: 1-16-10

AMANDA STEVENS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 01-16-2010
Certificate No: 02-72887-1

# Exhibit "C"

## USA Commercial Mortgage Company - Collections Account
### Attachment A
### May 1, 2006 - May 31, 2006

| Borrowers | Receipts |
|---|---:|
| 3685 San Fernando Road Partners | $ 85,750.00 |
| 5055 Collwood, LLC | 114,248.54 |
| 5252 Orange, LLC | 11,211.00 |
| 60th Street Venture, LLC | 9,785.09 |
| Amesbury/Hatters Point | 966,251.08 |
| Binford Medical Developers | 81,412.50 |
| Brookmere/Matteson $27,050,000 | 34,552.61 |
| Cabernet | 76,250.00 |
| Cloudbreak LV | 39,583.33 |
| ComVest Capital | 44,687.50 |
| Copper Sage Commerce Center, LLC | 6,036.53 |
| Cottonwood Hills, LLC | 46,666.67 |
| Del Valle - Livingston | 195,888.07 |
| Del Valle Isleton | 6,603,604.23 |
| Fiesta/Beaumont $2.4m | 25,000.00 |
| Fiesta Murrieta | 70,416.67 |
| Fiesta Development $6.6 | 71,500.00 |
| Franklin - Stratford Investments, LLC | 73,446.18 |
| Glendale Tower Partners | 75,833.33 |
| Gramercy Court Condos | 263,709.38 |
| Hasley Canyon | 75,000.00 |
| HFA- Riviera 2nd | 10,698,080.00 |
| HFA- North Yonkers | 28,168,402.75 |
| Margarita Annex | 255,666.56 |
| Marlton Square | 639,166.66 |
| Marlton Square 2nd | 121,333.34 |
| Meadow Creek Partners, LLC | 78,108.33 |
| Oak Shores II | 265,109.71 |
| Palm Harbor One | 114,000.00 |
| Preserve at Galleria, LLC | 111,785.94 |
| Riviera - Homes for America Holdings, L.L.C. | 5,767,361.09 |
| SVRB $4,500,000 | 5,260.99 |
| SVRB 2nd $2,325,000 | 31,000.00 |
| Urban Housing Alliance | 193,336.11 |
| **Total Receipts** | **$ 55,419,444.19** |

EXHIBIT "C"

## September Receipts Summary

| Loan Name | 9/2/06 to 9/8/06 | 9/9/06 to 9/15/06 | 9/16/06 to 9/22/06 | 9/23/06 to 9/30/06 | Cumulative Month 9/06 |
|---|---|---|---|---|---|
| 3685 San Fernando Road Partners | | | | | 0.00 |
| 5055 Collwood, LLC | 18,103.09 | | | | 18,103.09 |
| 60th Street Venture, LLC | | | | | 0.00 |
| 6425 Gess, LTD | | | | | 0.00 |
| Amesbury/Hatters Point | 442,880.82 | | | | 442,880.82 |
| Anchor B, LLC | | | | | 0.00 |
| Ashby Financial $7,200,000 | | | | | 0.00 |
| B & J Investments | | | | | 0.00 |
| BarUSA/$15,300,000 | | 1,482,120.51 | 343,053.09 | | 1,825,173.60 |
| Bay Pompano Beach | | | | | 0.00 |
| Binford Medical Developers | | | | | 0.00 |
| Boise/Gowen 93 [Repaid] | 41,877.72 | | | | 41,877.72 |
| Brookmere/Matteson $27,050,000 | | | | 5,000.00 | 5,000.00 |
| Bundy Canyon $1,050,000 | | | | | 0.00 |
| Bundy Canyon $2,500,000 | | | | | 0.00 |
| Bundy Canyon $5,000,000 | | | | | 0.00 |
| Bundy Canyon $5,725,000 | | | | | 0.00 |
| Bundy Canyon $7,500,000 | | | | | 0.00 |
| BySynergy, LLC $4,434,446 | | | | | 0.00 |
| Cabernet | 38,750.00 | | | 37,500.00 | 76,250.00 |
| Castaic Partners II, LLC | | | | | 0.00 |
| Castaic Partners III, LLC | | | | | 0.00 |
| Charlevoix Homes, LLC | 46,844.45 | | | | 46,844.45 |
| Clear Creek Plantation | | | | | 0.00 |
| Cloudbreak LV | 40,902.78 | | | | 40,902.78 |
| Colt DIV added #1 | | | | | 0.00 |
| Colt DIV added #2 | | | | | 0.00 |
| Colt Gateway | | | | | 0.00 |
| Colt Second TD | | | | | 0.00 |
| Columbia Managing Partners | 24,739.72 | | | | 24,739.72 |
| ComVest Capital | | | | | 0.00 |
| Copper Sage Commerce Center Phase II | | | | | 0.00 |
| Cornman Toltec 160, LLC | 65,875.00 | | | | 65,875.00 |
| Cottonwood Hills, LLC | 48,222.22 | | | | 48,222.22 |
| CREC Building Colt | | | | | 0.00 |
| Del Valle -Livingston | | | | | 0.00 |
| Eagle Meadows Development | | | | | 0.00 |
| Elizabeth May Real Estate | | | | | 0.00 |

# USA Commercial Mortgage Company
## Investor History Report

**Vesting:** Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91
**Loan:** Amesbury/Hatters Point
**Client ID:** 3147
**Account ID:** 2658
**Loan Interest Rate:** 13.50%
**Original Service Fee:** 0.50%
**Current Service Fee[1]:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/2005 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $19,408.72 | $4,869.53 | ($19,342.54) |
| 09/30/2005 | Interest and Service Fee (9/1 - 9/30) | $434,995.39 | | | $0.01 | | $4,893.70 | $181.25 | | $24,121.17 | | ($19,342.54) |
| 10/05/2005 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $24,121.17 | $4,712.45 | ($24,054.99) |
| 10/11/2005 | Interest Paid By Borrower | $434,995.39 | | | $0.01 | | | | $12,308.46 | $11,812.71 | | ($11,746.53) |
| 10/31/2005 | Interest and Service Fee (10/1 - 10/3 | $434,995.39 | | | $0.01 | | $5,056.82 | $333.26 | | $16,536.27 | | ($11,746.53) |
| 11/07/2005 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $16,536.27 | $4,869.53 | ($16,616.06) |
| 11/30/2005 | Interest and Service Fee (11/1 - 11/3 | $434,995.39 | | | $0.01 | | $4,893.70 | $362.50 | | $21,067.47 | | ($16,616.06) |
| 12/07/2005 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $21,067.47 | $4,712.45 | ($21,328.51) |
| 12/31/2005 | Interest and Service Fee (12/1 - 12/3 | $434,995.39 | | | $0.01 | | $5,056.82 | $362.50 | | $25,761.80 | | ($21,328.51) |
| 01/09/2006 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $25,761.80 | $4,869.53 | ($26,198.04) |
| 01/31/2006 | Interest and Service Fee (1/1 - 1/31) | $434,995.39 | | | $0.01 | | $5,056.82 | $362.50 | | $30,456.12 | | ($26,198.04) |
| 02/07/2006 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $30,456.12 | $4,869.53 | ($31,067.57) |
| 02/28/2006 | Interest and Service Fee (2/1 - 2/28) | $434,995.39 | | | $0.01 | | $4,567.45 | $362.50 | | $34,661.08 | | ($31,067.57) |
| 03/06/2006 | Interest Paid By Borrower | $434,995.39 | | | $0.01 | | | | $12,591.91 | $22,069.17 | | ($18,475.67) |
| 03/10/2006 | Interest Paid to Investor | $434,995.39 | | | $0.01 | | | | | $22,069.17 | $4,398.29 | ($22,873.96) |
| 03/31/2006 | Interest and Service Fee (3/1 - 3/31) | $434,995.39 | | | $0.01 | | $5,056.82 | $362.50 | | $26,763.50 | | ($22,873.96) |
| 04/30/2006 | Interest and Service Fee (4/1 - 4/30) | $434,995.39 | | | $0.01 | | $5,087.15 | $362.50 | | $31,488.15 | | ($22,873.96) |
| 05/30/2006 | Interest Paid By Borrower | $434,995.39 | | | $0.01 | | | | $10,050.73 | $21,437.42 | | ($12,823.22) |
| 05/31/2006 | Interest and Service Fee (5/1 - 5/31) | $434,995.39 | | | $0.01 | | $5,195.20 | $362.50 | | $26,270.12 | | ($12,823.22) |
| 05/31/2006 | Interest Paid By Borrower | $434,995.39 | | | $0.01 | | | | $10,383.25 | $15,886.86 | | ($2,439.97) |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

# USA Commercial Mortgage Company
## Investor History Report

Vesting: Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91
Loan: Amesbury/Hatters Point
Client ID: 3147
Account ID: 2658
Loan Interest Rate: 13.50%
Original Service Fee: 0.50%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2006 | Interest and Service Fee (6/1 - 6/30) | $434,995.39 | | | $0.01 | | $5,086.05 | $362.50 | | $20,610.42 | | ($2,439.97) |
| 07/31/2006 | Interest and Service Fee (7/1 - 7/31) | $434,995.39 | | | $0.01 | | $5,314.71 | $362.50 | | $25,562.64 | | ($2,439.97) |
| 08/31/2006 | Interest and Service Fee (8/1 - 8/31) | $434,995.39 | | | $0.01 | | $5,376.50 | $362.50 | | $30,576.64 | | ($2,439.97) |
| 09/07/2006 | Interest Paid By Borrower | $434,995.39 | | | $0.01 | | | | $9,288.69 | $21,287.95 | | $6,848.72 |
| 09/30/2006 | Interest and Service Fee (9/1 - 9/30) | $434,995.39 | | | $0.01 | | $5,150.91 | $362.50 | | $26,076.37 | | $6,848.72 |
| 10/20/2006 | Principal Paid to Investor | $434,995.39 | | $0.01 | | | | | | $26,076.37 | | $6,848.72 |
| **TOTALS:** | | **$434,995.39** | **$40,004.61** | **$40,004.61** | **$0.00** | **$0.00** | **$198,163.01** | **$9,328.06** | **$162,758.58** | **$26,076.37** | **$155,909.86** | **$6,848.72** |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY THROUGH SEPTEMBER 30, 2006

Page - 6

# Exhibit "D"

**Office of Beverly B. Kaufman, County Clerk, Harris County, Texas**
*Real Property Inquiry System*

```
File No:20060072981 Grantor:USA COMMERCIAL MORTGAGE COMPANY ETAL                Gr
    FC:RP029340710 Date:20060926 Type:PT REL Desc:GRAMERCY PARK CONDOMINIUMS    Section
File No:20060072982 Grantor:USA COMMERCIAL MORTGAGE COMPANY ETAL                Gr
    FC:RP029340712 Date:20060926 Type:PT REL Desc:GRAMERCY PARK CONDOMINIUMS    Section
File No:20060072983 Grantor:USA COMMERCIAL MORTGAGE COMPANY ETAL                Gr
    FC:RP029340714 Date:20060926 Type:PT REL Desc:GRAMERCY PARK CONDOMINUM      Section
File No:20060072984 Grantor:USA COMMERCIAL MORTGAGE COMPANY ETAL                Gr
    FC:RP029340716 Date:20060926 Type:PT REL Desc:GRAMERCY PARK CONDOMINIUMS    Section
```
**Total lines retrieved = 4 Lines displayed = 4**

Gramercy Cash collections @ 10/20/06 = $490,442.08

EXHIBIT "D"

# Exhibit "E"

## USA Commercial Mortgage Company, et al.
### Post petition Weekly Collection Report

| | Total Collections Week of 10 16 06 to 10 20 06 | Cumulative Post petition Collections as of 10 20 2006 |
|---|---:|---:|
| EPIC Resorts | - | $ - |
| Fiesta Development $6.6 | - | $ 510,033.33 |
| Fiesta Development McNaughton | - | $ - |
| Fiesta Murrieta | - | $ 502,304.67 |
| Fiesta Oak Valley | - | $ - |
| Fiesta USA/Stoneridge | - | $ - |
| Fiesta/Beaumont $2.4m | - | $ 2,519,166.59 |
| Foxhill 216, LLC | - | $ 364,875.04 |
| Franklin - Stratford Investments, LLC | - | $ 577,071.67 |
| Freeway 101 | - | $ - |
| Gateway Stone | - | $ 139,932.08 |
| Gilroy | - | $ 5,444,247.79 |
| Glendale Tower Partners | - | $ 6,942,774.51 |
| Golden State Investments II | - | $ 3,023,041.84 |
| Goss Road | - | $ 97,738.75 |
| Gramercy Court Condos | - | $ 490,442.08 |
| Harbor Georgetown | - | $ - |
| Hasley Canyon | - | $ 225,000.00 |
| Hesperia II | - | $ 390,912.21 |
| HFA- Clear Lake | - | $ - |
| HFA- North Yonkers | - | $ 28,168,402.75 |
| HFA- Riviera 2nd | - | $ 10,698,080.00 |
| HFA- Windham | - | $ - |
| HFA-Clear Lake 2nd | - | $ - |
| HFAH/Monaco | - | $ - |
| Huntsville | - | $ 360,777.18 |
| I-40 Gateway West | - | $ 2,279,788.46 |
| I-40 Gateway West, LLC 2nd | - | $ 84,537.62 |
| Interstate Commerce Center | - | $ 1,662,232.52 |
| Interstate Commerce Center Phase II | - | $ 454,417.72 |
| J. Jireh's Corporation | - | $ 9,410,599.50 |
| La Hacienda Estate, LLC | - | $ 440,434.01 |
| Lake Helen Partners | - | $ - |
| Lerin Hills | - | $ 392,448.40 |
| Margarita Annex | - | $ 255,666.56 |
| Marlton Square | - | $ 1,912,137.66 |
| Marlton Square 2nd | - | $ 250,266.74 |
| Marquis Hotel | - | $ - |
| Meadow Creek Partners, LLC | - | $ 206,808.33 |
| Midvale Marketplace, LLC | - | $ 4,441,232.33 |
| Mountain House Business Park | - | $ 749,985.88 |
| Oak Shores II | - | $ 472,432.75 |
| Ocean Atlantic | - | $ 172,136.71 |
| Ocean Atlantic $9,425,000 | - | $ 92,276.30 |

Prepared by MFIM, LLC       Preliminary Numbers - Subject to Revision       Page 2 of



EXHIBIT "E"

**USA Commercial Mortgage Company**
**Investor History Report**

Vesting: First Savings Bank Custodian For Patsy R. Rieger IRA
Loan: Gramercy Court Condos
Client ID: 4820
Account ID: 4080
Loan Interest Rate: 12.00%
Original Service Fee: 0.00%
Current Service Fee: 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/2006 | Interest Paid to Investor | $50,000.00 | | | | | | | | $529.78 | $466.67 | ($579.56) |
| 03/31/2006 | Interest and Service Fee (3/1 - 3/31) | $50,000.00 | | | | | $516.67 | $41.67 | $288.52 | $1,004.78 | | ($579.56) |
| 04/19/2006 | Interest Paid By Borrower | $50,000.00 | | | | | | | | $716.26 | | ($291.04) |
| 04/30/2006 | Interest and Service Fee (4/1 - 4/30) | $50,000.00 | | | | | $504.61 | $41.67 | | $1,179.20 | | ($291.04) |
| 05/10/2006 | Interest Paid By Borrower | $50,000.00 | | | | | | | $352.59 | $826.61 | | $61.54 |
| 05/31/2006 | Interest and Service Fee (5/1 - 5/31) | $50,000.00 | | | | | $525.92 | $41.67 | | $1,310.86 | | $61.54 |
| 06/30/2006 | Interest and Service Fee (6/1 - 6/30) | $50,000.00 | | | | | $513.88 | $41.67 | | $1,783.07 | | $61.54 |
| 06/30/2006 | Interest Paid By Borrower | $50,000.00 | | | | | | | $31.19 | $1,751.88 | | $92.73 |
| 07/31/2006 | Interest and Service Fee (7/1 - 7/31) | $50,000.00 | | | | | $536.32 | $41.67 | | $2,246.53 | | $92.73 |
| 08/03/2006 | Interest Paid By Borrower | $50,000.00 | | | | | | | $0.04 | $2,246.49 | | $92.78 |
| 08/31/2006 | Interest and Service Fee (8/1 - 8/31) | $50,000.00 | | | | | $541.86 | $41.67 | | $2,746.68 | | $92.78 |
| 09/30/2006 | Interest and Service Fee (9/1 - 9/30) | $50,000.00 | | | | | $529.80 | $41.67 | | $3,234.81 | | $92.78 |
| 10/20/2006 | Interest Paid to Investor | $50,000.00 | | | | | | | | $3,234.81 | $92.78 | $0.00 |
| **TOTALS:** | | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,302.38 | $341.40 | $12,726.17 | $3,234.81 | $12,726.17 | $0.00 |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY THROUGH SEPTEMBER 30, 2006

Page - 5

# USA Commercial Mortgage Company
## Investor History Report

**Vesting:** First Savings Bank Custodian For Patsy R. Rieger IRA
**Loan:** Gramercy Court Condos
**Client ID:** 4820
**Account ID:** 4080
**Loan Interest Rate:** 12.00%
**Original Service Fee:** 0.00%
**Current Service Fee[1]:** 1.00%

| Date | Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Unsecured / Diverted Principal | F Interest Earned | G Loan Service Fee Retained by USACM | H Interest Paid by Borrower Net of Service Fee | I = F - G - H Cumulative Amount Due from Borrower, Net of Service Fee | J Interest Paid to Investor | K = H - J Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2006 | -PRIOR MONTH ENDING BALANCES- | $50,000.00 | | | | | $16,302.38 | $341.40 | $12,726.17 | $3,234.81 | $12,726.17 | $0.00 |
| 10/31/2006 | Interest and Service Fee (10/1 - 10/31) | $50,000.00 | | | | | $552.93 | $41.67 | | $3,746.08 | | |
| **TOTALS:** | | **$50,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$16,855.31** | **$383.06** | **$12,726.17** | **$3,746.08** | **$12,726.17** | **$0.00** |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 10/1/2006 TO 10/31/2006

# Exhibit "F"

USA CAPITAL
LOAN SUMMARY
AS OF JULY 31, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 7/31/06 | Interest Outstanding at 7/31/06 | Interest Prepaid to Direct Lenders[5] | Interest | Principal | Service Fee | Due to Direct Lenders | DIV Fund | First Trust | Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | ComVest Capital (ComVest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 87,042 | - | 139,511 | - | 10,507 | 129,004 | - | 22,986 | 106,018 | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II[2] (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 103,520 | - | 84,490 | - | 6,637 | 77,853 | - | - | 76,428 | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | - | - | - | 22,704 | 1,136,538 | 958 | 1,158,283 | - | - | 1,158,283 | 28 |
| Performing | Corman Toltec 160, LLC | 6/24/05 | 6,375,000 | 85,875 | - | 254,592 | - | 20,871 | 233,721 | - | - | 233,538 | 96 |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 48,222 | - | 189,778 | - | 13,333 | 176,444 | - | 44,111 | 132,333 | 21 |
| Non-Performing | Del Valle - Livingston[2] (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 409,880 | - | 614,955 | - | 48,127 | 566,828 | - | 3,798 | 583,029 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 | - | - | - | 193,521 | 6,580,000 | 14,952 | 6,758,569 | - | 195,901 | 6,562,669 | 76 |
| Non-Performing | Eagle Meadows Development[3,8] | 10/19/05 | 31,050,000 | 1,474,020 | 285,545 | 667,818 | - | 50,301 | 321,772 | - | 37,846 | 283,927 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 390,744 | - | 127,833 | - | 10,374 | 117,459 | - | 1,402 | 116,057 | 147 |
| Special Situation | EPIC Resorts[1] | Undetermined | TBD | - | TBD | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 73,933 | - | 290,767 | - | 22,000 | 268,767 | - | 268,767 | - | 1 |
| Non-Performing | Fiesta Development McNaughton[1] (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,338,507 | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 72,764 | - | 286,360 | - | 21,667 | 264,694 | - | - | 260,823 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 4,660,843 | 3,388,283 | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 3,027,277 | 2,368,514 | - | - | - | - | - | - | - | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | - | (0) | - | 119,167 | 2,400,000 | 9,290 | 2,509,876 | - | - | 2,509,876 | 38 |
| Non-Performing | Foxhill 216, LLC[3,8] | 2/23/06 | 25,980,000 | 1,140,359 | - | 364,741 | - | 26,302 | 338,440 | - | 326 | 338,114 | 300 |
| Repaid | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 168,950 | 7,235 | 116,564 | - | 9,176 | 100,153 | 19,360 | 80,793 | - | 2 |
| Repaid | Freeway 101[4] | 8/9/04 | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC)[3] | 11/18/05 | 13,185,000 | 586,817 | - | 139,932 | - | 10,835 | 129,097 | - | 979 | 128,118 | 161 |
| Non-Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 235,460 | - | 154,194 | - | 10,833 | 143,361 | - | - | 141,464 | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | - | - | 50,796 | 173,042 | 2,850,000 | 11,866 | 2,960,380 | - | 259,682 | 2,700,698 | 37 |
| Performing | Goss Road[2] (Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,917 | - | 50,833 | - | 3,333 | 47,500 | - | - | 47,381 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 1,702,318 | 364,872 | 490,410 | - | - | - | - | - | - | - |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 666,294 | 146,803 | - | - | 42,293 | 83,245 | - | 10,907 | 72,338 | 332 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC) | 3/3/04 | 11,700,000 | 2,198,753 | 1,270,041 | 225,000 | - | 12,097 | - | - | - | - | 103 |
| Performing | Hesperia II[2] (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 62,215 | - | 242,675 | - | 14,043 | 228,632 | - | - | 228,632 | 114 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | 6/24/05 | - | - | 547,709 | 767,361 | 5,000,000 | 44,550 | 5,175,102 | - | - | 5,175,102 | 65 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 3,082,395 | 2,140,552 | - | - | - | - | - | - | - | 90 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | - | - | 3,313,671 | 4,168,403 | 24,000,000 | 326,332 | 24,528,400 | - | 909,585 | 23,618,805 | 207 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | - | - | 2,354,180 | 2,698,080 | 8,000,000 | 147,914 | 8,195,986 | - | - | 8,195,986 | 298 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | 99 |

Preliminary Numbers Subject to Revision

Prepare by MFIM, LLC

Page 2 of 4

EXHIBIT "F"