LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**E-Filed on May 29, 2007**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                             Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR MAY 31, 2007 HEARINGS**<br><br>Date of Hearing:  May 31, 2007<br>Time of Hearing:  9:30 a.m.<br>                               1:30 p.m.<br>                               2:30 p.m. |

**9:30 a.m.**

     1.    **Adv. 06-01247**, Kehl et al v. USA Commercial Mortgage Company, Status Conference re **Complaint** Filed by Robert J. Kehl, Ruth Ann Kehl, Robert A. Kehl, Christina "Tina" M. Kehl, Krystina L. Kehl, Daniel J. Kehl, Kevin A. Kehl, Susan L. Kehl, Christina M. Kehl, Patrick J. Anglin, Cynthia A. Winter, Kehl Development

LEWIS AND ROCA LLP LAWYERS

Corporation, Judy A. Bonnet, Kevin A. McKee, Pamela J. McKee, Warren Hoffman Family Investments, LP, Andrew R. Kehl vs. USA COMMERCIAL MORTGAGE COMPANY, A NEVADA CORPORATION, JOSEPH MILANOWSKI, THOMAS A HANTGES Fee Amount $250. (14 (Recovery of money/property - other) [DE 1]

| | |
|---|---|
| **Related Filings:** 3/15/2007 | **Virtual Minute Entry in reference to hearing On: 03/15/2007** [DE 7] |
| **Status:** | Counsel for the USACM Liquidating Trust and the Kehls have agreed that this hearing be continued to October 15, 2007. See #7 below. |

    2.    **Adv. 06-01245**, Walch et al v. USA Commercial Mortgage Company, Virtual Minute Entry in reference to hearing On: 03/01/2007
Subject: **STATUS CONFERENCE RE: COMPLAINT** [DE 13]

**Status:** Counsel for the USACM Liquidating Trust and Mr. Walch are working on a settlement.

    3.    **Objection to Claim 1099 of DEL AND ERNESTINE BUNCH in the amount of $11,358,661.28** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY. [DE 2023]

| | |
|---|---|
| **Related Filings:** 3/27/2007 | **Virtual Minute Entry in reference to hearing On: 03/27/2007** [DE 2923] |
| **Status:** | |

    4.    **Adv. 06-01146**, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A. et al, **STATUS HEARING RE:AMENDED COMPLAINT FOR INTERPLEADER (CONSOLIDATED W/ 06-1167)** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants (HUSTON, DAVID) Modified on 10/27/2006 to add "with certificate of service" to verbiage [DE 54]

| | |
|---|---|
| **Related Filings:** 3/27/2007 | **Virtual Minute Entry in reference to hearing On: 03/27/2007** [DE 120] |
| **Status:** | See #15 below. |

LEWIS AND ROCA LLP
LAWYERS

5.  **Adv. 06-01146**, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A. et al, **Motion to Reconsider** *or Alternatively to Modify the Order Granting Motion to Discharge USA Commercial Mortgage Company ("USACMC") from Liability for Interpled Funds and Awarding USACMC Compensation (Fees and Costs) for Bringing the Interpleader Action* Filed by ROBERT C. LEPOME on behalf of BETTY KOLSTRUP, CAROL N. HUBBARD, HOWARD CONNELL, LORENE CONNELL, CRAIG MEDOFF, CROSBIE RONNING, GARETH A.R. CRANER, GEORGE HUBBARD, GRABLE B. RONNING, MARGARET A. GRAF, PAUL GRAF, ROBERT L. OGREN, RONALD G. GARDNER, THE WILD WATER LP (Related document(s) [96] Order,.) (Attachments: # (1) Exhibit) [DE 101]

| | |
|---|---|
| **Related Filings:** 3/27/2007 | **Virtual Minute Entry in reference to hearing On: 03/27/2007** [DE 121] |
| **Status:** | See #15 below. |

6.  **Adv. 06-01167**, USA Commercial Mortgage Company v. Robert J. Kehl et al, **Motion to Enforce Order Approving Settlement and Application for Compensation for ROBERT C. LEPOME , or Alternatively, Motion for Contempt upon USACMC** Filed by EDWIN ARNOLD , MW GORTS & COMPANY (Attachments: # (1) Exhibit A - F# (2) Exhibit G - N) [DE 258]

| | |
|---|---|
| **Opposition Filed:** 2/15/2007 | Opposition *to Motion to Enforce Order Approving Settlement and for Reasonable Attorney Fees or Alternatively for an Order of Contempt upon USACMC* Filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s) [258] Motion to Enforce, Application for Compensation, Motion for Contempt, filed by Cross-Claimant MW GORTS & COMPANY, Defendant MW GORTS & COMPANY, Cross-Claimant EDWIN ARNOLD, Defendant EDWIN ARNOLD.)  [DE 269] |
| **Reply Filed:** 2/23/2007 | Reply with Certificate of Service Filed by ROBERT C. LEPOME on behalf of EDWIN ARNOLD, M.W. GORTS AND COMPANY (Related document(s) [269] Opposition, filed by Counter-Defendant USA COMMERCIAL MORTGAGE COMPANY, Plaintiff USA COMMERCIAL MORTGAGE COMPANY.) (Attachments: # (1) Exhibit Exhibits) [DE 273] |

1830714.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| **Joinder Filed:** 2/23/2007 | Joinder with Certificate of Service *in Debtors' Opposition to Motion to Enforce Order Approving Settlement and for Reasonable Attorney Fees or Alternatively for an Order of Contempt upon USACMC* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s) [269] Opposition, filed by Counter-Defendant USA COMMERCIAL MORTGAGE COMPANY, Plaintiff USA COMMERCIAL MORTGAGE COMPANY) [DE 274] |
| **Related Filings:** 12/11/2006 | Order Approving Stipulation (Related document(s) [237] Stipulation filed by Counter-Defendant USA COMMERCIAL MORTGAGE COMPANY, Plaintiff USA COMMERCIAL MORTGAGE COMPANY.) [DE 246] |
| **Status:** | The remaining dispute appears to be Movants' request for an attorneys' fee payment by FTDF. |

7. **Objection to Claim 1660 of Robert J. Kehl & Ruth Ann Kehl in the amount of $12,841,580.13 +/-** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY. [DE 2139]

| | |
|---|---|
| **Related Filings:** 3/27/2007 | **Virtual Minute Entry in reference to hearing On: 03/27/2007** [DE 3298] |
| **Status:** | Counsel for the USACM Liquidating Trust and the Kehls have agreed that this hearing be continued to a date convenient on the Court's calendar, in perhaps July. See #1 below. |

8. **Motion to Withdraw as Attorney of Record *With Certificate Of Service*** Filed by ROBERT C. LEPOME on behalf of CLARK BARTKOWSKI, JEAN BARTKOWSKI, CHARMA BLOCK, JEROME BLOCK, MARK R CAMPBELL, CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS, HOWARD CONNELL, LORENE CONNELL, GARETH AR CRANER, PATRICK DAVIS, SUSAN DAVIS, JAMES DICKINSON, FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA, NANCY GOLDEN, CELIA ALLEN GRAHAM, ROBIN B GRAHAM, GRAHAM FAMILY TRUST DATED 10/26/78, CHARLES HUFF, JAYEM FAMILY LTD PARTNERSHIP, SHARON JUNO, JEFF KARR, PHYLLIS KARR, BETTY KOLSTRUP, MARTIN LEAF, STUART MADSEN, PAMELA MARTON, CRAIG MEDOFF, MARILY MOLITCH, MOLITCH 97 TRUST, MATTHEW MOLTICH, DANIEL D NEWMAN, MARK OLDS, SALLY OLDS, FRANCES PHILLIPS,

1830714.1

STEPHEN PHILLIPS, PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989, HANS J. PRAKELT, CAROLE TALAN, LOUISE TEETER, NORMAN TEETER, ROBERT G TEETER, CLAUDIA VOSS, WOLF VOSS, VOSS FAMILY TRUST, RICHARD WILLIAMS, CARMEL WINKLER, RUDOLF WINKLER (LEPOME, ROBERT) Modified on 4/12/2007 to add "with certificate of service" verbiage  [DE 3409]

**Status:**  Unopposed.

       9.       **Status Conference:  Omnibus Objection to Claim of Claimants on Exhibit A** *(Commission Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3255]

| | |
|---|---|
| **Response Filed:** 4/19/2007 | Response *to Objection to Claims Nos 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3492] |
| 4/19/2007 | Response */Declaration of Tom Stewart to Objection to Claim No. 10725-00779 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3493] |
| 4/19/2007 | Response */Declaration of Howard Justus in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904, Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3495] |
| 4/19/2007 | Response */Declaration of Pompeo Lombardi to Objection to Claim No. 10725-00780 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3496] |

**LEWIS AND ROCA LLP**
LAWYERS

| | |
|---|---|
| 4/19/2007 | Response */Declaration of Oliver Puhr to Objection to Claim No. 10725-00783 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3497] |
| **Opposition Filed:** 4/04/2007 | Michael P. Mollo (Claim Nos. 10725-366, 10725-371) [DE 3337] |
| **Related Filings:** 4/26/2007 | **Virtual Minute Entry in reference to hearing On: 04/26/2007** [DE 3578] |
| **Status:** | Scheduling conference required. |

10. **Objection to Claim of Claimants, Howard and Lorene Connell, Claim #1577 on Exhibit A** *(First Omnibus Objection to Claims Asserting Priority Status)*  filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3257].

| | |
|---|---|
| **Objection Filed:** 4/20/2007 | Objection with Certificate of Service Filed by LORENE CONNELL, HOWARD CONNELL (Related document(s) [3257] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3516] |
| **Status:** | The USACM Liquidating Trust will stipulate to a $249.87 priority claim for Lorene and Howard Connell to replace the check they returned to USACM post-petition. |

11.    Omnibus **Objection to Claim of Claimant Daniel Oberlander, Claim #762 on Exhibit A** *(Third Omnibus Objection to Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(  [DE 3261].

| | |
|---|---|
| **Response Filed:** 4/16/2007 | Response Filed by KELLY J. BRINKMAN on behalf of DANIEL J. OBERLANDER (Related document(s) [3261] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) (BRINKMAN, KELLY) Modified on 4/17/2007 to Remove Amended from Verbiage  [DE 3453] |
| **Stipulation Filed:** 5/01/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Stipulation By USACM LIQUIDATING TRUST and Between |

1830714.1

LEWIS AND ROCA LLP
LAWYERS

|  |  |
|---|---|
|  | Daniel Oberlander *re Priority Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) 3261 Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, 3453 Response, filed by Creditor DANIEL J. OBERLANDER) [DE 3632] |
| 5/02/2007 | Order Approving Stipulation re Priority Claim of DANIEL OBERLANDER (Related document(s) 3632 Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3635] |
| **Status:** | The stipulation and order above resolve this issue. |

    12.    **Motion to Approve Compromise under Rule 9019** */Stipulation Between the USACM LIQUIDATING TRUST and USA CAPITAL FIRST TRUST DEED FUND, LLC on Overbid Allocation and Plan Compromise* Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC  [DE 3652]

|  |  |
|---|---|
| **Response Filed:** 5/22/2007 | *RESPONSE AND LIMITED OBJECTION OF BMC GROUP, INC. TO MOTION FOR ORDER APPROVING STIPULATION BETWEEN THE USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)* Filed by BMC GROUP, INC. (Related document(s) [3652] Motion to Approve Compromise under Rule 9019, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC) (BMC GROUP, INC., ) [DE 3757] |
| **Related Filings:** 5/07/2007 | Declaration Of: MATTHEW KVARDA Filed by ANDREW M. PARLEN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s) [3652] Motion to Approve Compromise under Rule 9019, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC) [DE 3661] |
| 5/15/2007 | Notice *of Filing Declaration of Geoffrey L. Berman in Support of Motion for Order Approving Stipulation between the USACM* |

1830714.1

LEWIS AND ROCA LLP
LAWYERS

|  |  |
|---|---|
|  | *Liquidating Trust and USA Capital First Trust Deed Fund, LLC on Overbid Allocation and Plan Compromise Pursuant to F.R.B.P. 9019(a)* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [3652] Motion to Approve Compromise under Rule 9019, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC) (Attachments: # (1) Exhibit A) [DE 3736] |
| **Reply:** | USACM Trust's reply was filed on May 26, 2007 [DE 3796] |
| **Status:** | BMC's objection was limited. |

13. **Motion to Extend Deadline to File Objection to Allowance of Claims** Filed by ROB CHARLES on behalf of THE USACM LIQUIDATING TRUST [DE 3675]

| | |
|---|---|
| **Related Filings:** 5/07/2007 | Declaration Of: Edward M. Burr in Support of Motion to Extend Deadline to Object to Allowance of Claims and Equity Interest [DE 3676] |
| **Status:** | Unopposed. |

14. **Adv. 06-01256 USA Commercial Mortgage Company, et al. v. HMA Sales, LLC, Salvatore Reale, Motion for Protective Order** Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, PAUL BRUGGEMANS, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO [DE 270][1]

| | |
|---|---|
| **Opposition filed 5/23/2007** | Opposition to Motion of Great White Defendants for Protective Order filed by USA Capital Diversified Trust Deed Fund, [DE 328] |
| **Related Filing**: 5/23/2007 | Declaration Of: Cynthia J. Larsen |

---

[1] The USACM Liquidating Trust is not a party to this motion and its brethren on the Court's calendar.

1830714.1

**LEWIS AND ROCA LLP**
LAWYERS

**Status:**

15.  **Adv. 06-01146**, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A. et al, **Motion to Approve Stipulated Judgment and/or Order** *Re: Interest on Claims, Awarding Fees and Costs for Bringing the Interpleader Action (related docket No. 127 – Stipulation)* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA [DE 128]

**Status:** Unopposed

16.  **Adv. 06-01256 USA Commercial Mortgage Company, et al. v. HMA Sales, LLC - Motion for Protective Order** Filed by CRAIG ORROCK (Hooks, SL) Additional attachment(s) added on 5/23/2007 (Miller, GR). Modified on 5/23/2007 to attach corrected PDF image. File date on 1st page corrected from 2008 to 2007 (Miller, GR). (Entered: 05/07/2007) [DE 256][2]

| | |
|---|---|
| **Opposition filed 5/20/2007** | Opposition filed by USA Capital Diversified Trust Deed Fund, [DE 317] |

**Status:**

**11:00 a.m.**    **(TREE MOSS PARTNERS)**

1.  **06-13758-lbr, Tree Moss Partners, Motion to Allow Claims or Interests Emergency Motion to Allow Claim for Voting Purposes under Bankruptcy Code Section 702 Pursuant to Federal Rule of Bankruptcy Procedure 2003** Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 132]

**Status:** No response has been filed. This motion may be moot.

**1:30 p.m.**

1.  **Application for Administrative Expenses** *and Request for Payment Thereof* Filed by MICHELLE L. ABRAMS on behalf of SIERRA LIQUIDITY FUND, L.L.C. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C) [DE 3088]

---

[2] The USACM Liquidating Trust is not a party to this motion.

LEWIS AND ROCA LLP
L A W Y E R S

| | | |
|---|---|---|
| **Objection**: 4/1/2007 | Objection to Claim of Sierra Liquidity Fund, LLC in the amount of filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 3309] | |
| **Joinder:** 4/22/2007 | Joinder with Certificate of Service Joinder and Supplement to Objection to Administrative Expense Claim of Sierra Liquidity Fund Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3330] | |
| **Related Filing:** 3/14/2007 | Affidavit Of: James S. Riley in Support of Administrative Expense Claim of Sierra Liquidity Fund, LLC and Request for Payment Thereof [DE 3090] | |
| **Related Filing:** 3/27/2007 | Substitution of Attorney adding GREGORY L. WILDE on behalf of SIERRA LIQUIDITY FUND, LLC Filed by GREGORY L. WILDE on behalf of SIERRA LIQUIDITY FUND, LLC [DE 3301] | |
| **Response to Objection:** | Response with Certificate of Service Filed by GREGORY L. WILDE on behalf of SIERRA LIQUIDITY FUND, LLC [DE 3743, 3741] | |
| **Reply:** | Reply In Support of the Objection of USA COMMERCIAL MORTGAGE COMPANY to the Administrative Expense Claim of SIERRA LIQUIDITY FUND, LLC Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 3765] | |
| **Reply:** | Reply in Support of Joinder and Supplement to Objection to Administrative Expense Claim of Sierra Liquidity Fund [DE 3778] | |
| **Status:** | This objection is not resolved. | |

2.  **Objection to Claim of Sierra Liquidity Fund, LLC** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 3309]

| | |
|---|---|
| **Joinder Filed:** 4/02/2007 | Joinder with Certificate of Service *Joinder and Supplement to Objection to Administrative Expense Claim of Sierra Liquidity Fund* Filed by ROB CHARLES on behalf of USACM |

1830714.1

LEWIS AND ROCA LLP LAWYERS

|   |   |   |
|---|---|---|
|   |   | LIQUIDATING TRUST (Related document(s) [3309] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) (CHARLES, ROB) Modified on 4/3/2007 to Relate to #3309 in Place of #3088 [DE 3330] |
|   | **Response Filed:** 5/18/2007 | Response by Sierra Liquidity Fund, LLC to the Objections of USA Commercial Mortgage Company and USACM Liquidating Trust to the Administrative Expense Claim of Sierra Liquidity Fund, LLC, with Certificate of Service Filed by GREGORY L. WILDE on behalf of SIERRA LIQUIDITY FUND, LLC (Related document(s)3309 Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 3743] |
|   | **Stipulation Filed:** 4/23/2007 | Stipulation to Continue Response Date and Hearing Date for Objection to the Administrative Expense Claim of SIERRA LIQUIDITY FUND, LLC; ORDER THEREON. Hearing scheduled 5/31/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s) [3309] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 3523] |
|   | **Reply Filed:** 5/24/ 2007 | Reply in support of the Objection of USA Commercial Mortgage Company to the Administrative Expense Claim of Sierra Liquidity Fund, LLC, filed by Schwartzer & McPherson [DE 3765] |
|   | 5/25/2007 | Reply with Certificate of Service *in Support of Joinder and Supplement to Objection to Administrative Expense Claim of Sierra Liquidity Fund* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [3743] Response filed by Creditor SIERRA LIQUIDITY FUND, LLC.) [DE 3778] |
|   | **Status:** | See #1 immediately above |

    3.    **Motion for Protective Order** Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc.  [DE 2446]

|   |   |   |
|---|---|---|
|   | **Related Filings:** 1/11/2007 | Affidavit *of CRAIG P ORROCK in Support of Motion for Protective Order* Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc. (Related document(s) [2446] Motion for Protective Order filed by Interested Party Great White Investments NV, Inc.) [DE 2447]. |
|   | 1/11/2007 | Ex Parte Motion for Leave to File Motion Under Seal Filed by |

1830714.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | JASON G LANDESS on behalf of Great White Investments NV, Inc. (Related document(s) [2447] Affidavit, filed by Interested Party Great White Investments NV, Inc., [2446] Motion for Protective Order filed by Interested Party Great White Investments NV, Inc.[DE 2448] |
| | 1/11/1007 | Motion for Leave to File in Paper Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc. (Related document(s) [2447] Affidavit, filed by Interested Party Great White Investments NV, Inc., [2446] Motion for Protective Order filed by Interested Party Great White Investments NV, Inc.) [DE 2449] |
| | 1/19/2007 | Order Granting Leave to File Paper [DE 2501] |
| | 1/19/2007 | Order Denying Ex Parte Motion for Leave to File Motion Under Seal [DE 2502] |

**Status:**

**2:00 p.m.**

    1.    **06-13925-lbr USA INVESTORS VI, LLC, Motion to Consolidate 06-13925 with Lead Case 07-12377** Filed by TALITHA B. GRAY on behalf of USA INVESTORS VI, LLC [DE 72]

**Status**: Unopposed

    2.    **07-12377-lbr USA INVESTORS VI, LLC, Motion to Consolidate 06-13925-LBR with Lead Case 07-12377-LBR** Filed by TALITHA B. GRAY on behalf of USA INVESTORS VI, LLC (GRAY, TALITHA) [DE 6]

**Status:** Unopposed

    3.    **07-12377-lbr USA INVESTORS VI, LLC, Motion to Pay Claim** *(Certain Priority Gap Claims)* Filed by TALITHA B. GRAY on behalf of USA INVESTORS VI, LLC [DE 40]

| | |
|---|---|
| **Related Filings:** 5/21/2007 | Declaration Of: LISA M. POULIN Filed by TALITHA B. GRAY on behalf of USA INVESTORS VI, LLC (Related document(s) [40] Motion to Pay Claim filed by Debtor USA INVESTORS VI, LLC) [41] |

1830714.1

LEWIS
AND
ROCA
LLP
LAWYERS

| | | |
|---|---|---|
| 5/21/2007 | | Motion for Order Shortening Time Filed by TALITHA B. GRAY on behalf of USA INVESTORS VI, LLC (Related document(s) [40] Motion to Pay Claim filed by Debtor USA INVESTORS VI, LLC) [DE 42] |
| **Status:** | | Unopposed |

**2:30 p.m.**

    1.    **Adv. 06-01256 USA Commercial Mortgage Company, et al. v. HMA Sales, LLC, Salvatore Reale, ORDER SHORTENING TIME RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY AMANDA STEVENS** FILED BY BOB L. OLSON ON BEHALF OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC. [DE 280][3]

| | |
|---|---|
| **Related Filings:** 5/02/2007 | Motion to Compel *Production of Documents by Amanda Stevens* Filed by BOB L. OLSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 243]. |
| **Status:** | |

    2.    **Adv. 06-01256 USA Commercial Mortgage Company, et al. v. HMA Sales, LLC, Salvatore Reale, Motion to Strike** *Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 274][4]

| | |
|---|---|
| **Opposition Filed:** 5/22/2007 | Opposition of Great White Defendants *TO PLAINTIFF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION TO STRIKE JURY DEMAND* Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. |

---

[3] The USACM Liquidating Trust is not a party to this motion.

[4] The USACM Liquidating Trust is not a party to this motion.

1830714.1

|   |   |   |
|---|---|---|
|   |   | LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE 323] |
| **Joinder Filed:** 5/22/2007 |   | Joinder of Craig Orrock Defendant in Opposition of Great White Defendants to Plaintiff USA Capital Diversified Trust Fund, LLC's Motion to Strike Jury Demand *[DE ???]* |
| **Related Filings:** 5/10/2007 |   | Ex Parte Motion for Order Shortening Time *for Motion to Strike Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) (LORADITCH, ANNE) Modified on 5/11/2007 to Add Ex Parte [DE 275]. |
|   |   | USA Commercial Mortgage Company, et al. v. HMA Sales, LLC, Salvatore Reale, AMENDED ORDERS FOR PRELIMINARY INJUNCTION AND WRIT OF ATTACHMENT. [DE 281] |
| 5/15/2007 |   | Order Granting Ex Parte Application for Order Shortening Time for Hearing on Motion to Strike Jury Demand (Related document(s) [275]). Hearing scheduled 5/31/2007 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE 290] |
| 5/29/2007 |   | Reply in Support of Motion to Strike Jury Demand Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 341] |

**Status:**

1830714.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

    3.    Emergency Motion of COMPASS FINANCIAL PARTNERS, LLC for Order Pursuant to 11 U.S.C. 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions [DE 3773]

5/29/2007    Order Shortening Time to Hear Emergency Motion of COMPASS FINANCIAL PARTNERS, LLC for Order Pursuant to 11 U.S.C. 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions [DE 3812]

**Status:**

DATED: May 29, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
Counsel for USACM Liquidating Trust