**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/30/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC**<br><br>Date of Hearings: April 26, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: June 15, 2007<br>Time of Hearings: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"). by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, hereby stipulate:

1. The USACM Trust filed two objections to Claim No. 1366 of Los Valles [DE 3076 and 3168] (the "Objections").

1

1825609.1

LEWIS AND ROCA LLP
LAWYERS

2. The Objections are set for status hearing on June 15, 2007 at 9:30 a.m.

3. Counsel for the USACM Liquidating Trust requests additional time to investigate the claim and negotiate with the Claimant's counsel over investigation and prosecution of the Claims and the Objections.

4. In order to facilitate that negotiation, the parties agree:

- The deadline for Los Valles to file a response to the Objections be extended to June 29, 2007;
- the reply to the response shall be filed and served by July 13, 2007; and
- the hearing on the Objections filed by the USACM Trust to Claim No. 1366 of Los Valles be continued to July 27, 2007 at 9:30 a.m.

5. The parties submit a stipulated order for the Court's convenience.

DATED: May 25, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
   *Counsel for USACM Liquidating Trust*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Drake D. Foster
   Drake D. Foster
   2029 Century Park E, Suite 2400
   Los Angeles, CA 90067
   Tel: 310-552-6450
   Email: dfoster@akingump.com
   *Attorneys for Los Valles Land & Golf LLC.*

1825609.1