E-filed on 5/30/07

DAVID ROGER
District Attorney
**CIVIL DIVISION**
State Bar No. 002781
By: **KIMBERLY A. PHILLIPS**
Deputy District Attorney
State Bar No. 008609
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
e-mail: DA-Bankr@co.clark.nv.us
Attorneys for Clark County Assessor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                                              )
                                                   )   BK-S-06-10725-LBR
USA COMMERCIAL MORTGAGE           )   Chapter 11
COMPANY                                      )
                                                   )
         Debtor.                                )
_____)

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

YOU ARE HEREBY NOTIFIED that DAVID ROGER, Clark County District Attorney, by KIMBERLY A. PHILLIPS, Deputy District Attorney, attorneys, for the Clark County Assessor, hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and further, hereby request special notice of any and all hearings, actions, contested matters and adversary proceedings in this case, together with copies of notices, pleadings, motions and other related materials that are issued or filed in connection with these proceedings.

////

////

1    Copies of said notices and documents shall be addressed and sent to the following:

2    KIMBERLY A. PHILLIPS
Deputy District Attorney
3    500 South Grand Central Pkwy.
P.O. Box 552215 Las Vegas, Nevada 89155-2215
4    DA-Bankr@co.clark.nv.us
Attorneys for Clark County Assessor

5    DATED this 29th day of May, 2007.

6

7                                           DAVID ROGER
                                            DISTRICT ATTORNEY
8
                                            By /s/ Kimberly A. Phillips
9                                           KIMBERLY A. PHILLIPS
                                            Deputy District Attorney
10                                          State Bar No. 008609
                                            500 South Grand Central Pkwy.
11                                          P. O. Box 552215
                                            Las Vegas, Nevada  89155-2215
12                                          Attorney for Clark County Assessor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF MAILING

I hereby certify that on the 30th day of May, 2007, I deposited in the United States Mail, postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing **Notice of Appearance and Request for Special Notice** addressed as follows:

ANNETTE W JARVIS
P.O. BOX 45385
SALT LAKE CITY, UT 84145
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

JEANETTE E. MCPHERSON
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

LENARD E. SCHWARTZER
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

WADE B. GOCHNOUR
1117 S. RANCHO DR.
LAS VEGAS, NV 89102
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067
*Creditor Committee*

/s/ Margot Crook
An Employee of the Clark County District Attorney's Office – Civil Division