FILED
ELECTRONICALLY
5/30/06

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:        fmerola@stutman.com
              ekarasik@stutman.com
              aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:        jshea@sheacarlyon.com
              ccarlyon@sheacarlyon.com
              ssherman@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **DATE: June 15, 2007**<br>**TIME: 9:30 A.M.** |

### STIPULATION FOR WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 123, 124 AND 125 FILED RESPECTIVELY BY KANTOR NEPHROLOGY CONSULTANTS, LTD 401(K) PSP; DR. GARY KANTOR; AND LYNN M. KANTOR (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC )

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"), hereby stipulates with Kantor Nephrology Consultants,

415802v3

1  Ltd. 401(k) PSP, Dr. Gary Kantor, and Lynn M. Kantor (collectively, the "Claimants") as
2  follows:

3          A.     On April 13, 2006, USA Capital First Trust Deed Fund, LLC (the
4  "FTDF"), along with the four above-captioned debtors, filed voluntary petitions for relief under
5  title 11 of Chapter of the United States Code.

6          B.     On November 13, 2006, Kantor Nephrology Consultants, Ltd. 401(k) PSP
7  filed claim number 123 in the FTDF case, Dr. Gary Kantor filed claim number 124 in the FTDF
8  case and Lynn M. Kantor filed claim number 125 in the FTDF case (collectively, the "Kantor
9  FTDF Claims"). The Kantor FTDF Claims were filed as unliquidated, general unsecured claims
10  in the FTDF bankruptcy case.

11          C.     The Claimants have also filed additional proofs of claim (the "Additional
12  Kantor Claims") against  USA Commercial Mortgage Company, USA Securities, LLC and USA
13  Capital Realty Advisors, LLC (collectively, the "Non-FTDF Debtors"), in the Non-FTDF
14  Debtors' bankruptcy cases. Additionally, the Claimants assert that one or more of the Claimants
15  hold equity interests in and have filed proofs of interest in the USA Capital Diversified Fund,
16  LLC ("DTDF") bankruptcy case (the "Kantor DTDF Interests"). Lynn Kantor also owns an
17  interest in FTDF (the "Lynn Kantor IRA FTDF Interest") through an individual retirement
18  account.

19          D.     On December 27, 2006, the FTDF Committee filed its "Omnibus
20  Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed
21  Fund, LLC to Claims Superseded by Compromise Contained in Debtors' Third Amended Joint
22  Chapter 11 Plan of Reorganization (As Modified)," which included objections to the Kantor
23  FTDF Claims (the "Kantor FTDF Claims Objection"). The Kantor FTDF Claims Objection was
24  set for hearing on January 31, 2007, and was continued several times to May 9, 2007.

25          E.     The Claimants filed a Response to the Kantor FTDF Claims Objection on
26  February 20, 2007, and the FTDF Committee filed its Reply on March 7, 2007. The Bankruptcy
27  Court permitted the Claimants to file a Sur-Reply, which was filed on March 29, 2007.

28          F.     The Bankruptcy Court held a hearing on the Kantor FTDF Claims

1   Objection on May 9, 2007. At the May 9, 2007 hearing, the Bankruptcy Court granted the

2   Claimants until May 29, 2007 to amend the Kantor FTDF Claims. The Bankruptcy Court also

3   set June 6, 2007 as the deadline for the FTDF Committee to file any applicable supplemental

4   pleadings to dismiss or otherwise disallow the Kantor FTDF Claims, including any amendments

5   thereto, and June 13, 2007 as the deadline for the Claimants to file their response to such

6   pleadings (the "Supplemental Pleadings"). The Bankruptcy Court scheduled a continued hearing

7   on the Kantor FTDF Claims Objection and the Supplemental Pleadings for June 15, 2007 at 9:30

8   a.m.

9         G.     On February 2, 2007, the FTDF Committee filed its "Motion by the

10   Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to

11   Estimate an Adequate Reserve for Unliquidated and Disputed Claims in Order to Permit Further

12   Distributions to FTDF Members" (the "Reserve Motion").

13         H.     On February 14, 2007, as a temporary resolution of the Reserve Motion,

14   the Claimants and the FTDF Committee stipulated to a reserve of $1.00 for the Kantor FTDF

15   Claims so long as no proceeds of the sale to Compass Partners LLC (the "Compass Sale") were

16   distributed to FTDF Members. The Bankruptcy Court entered its order approving this initial

17   reserve stipulation between the Claimants and the FTDF Committee on 15, 2007.

18         I.     On May 3, 2007, the Bankruptcy Court entered its order approving a

19   further reserve stipulation between the FTDF Committee and the Claimants providing for an

20   interim reserve of $6 million so that the majority of the proceeds of the Compass Sale could be

21   distributed to the FTDF members (the "Interim Reserve Stipulation"). The reserve provided for

22   in the Interim Reserve Stipulation was subject to the Bankruptcy Court ruling on the Kantor

23   Claims Objection at the May 9, 2007 hearing.

24         J.     At the May 9, 2007 hearing, the Court continued the hearing on the

25   Reserve Motion to June 15, 2007 at 9:30 a.m. and provided that the Interim Reserve Stipulation

26   would control until the Court ruled at the June 15, 2007 hearing.

27         K.     The Claimants have elected to withdraw the Kantor FTDF Claims. Upon

28   the withdrawal of the Kantor FTDF Claims, the Reserve Motion and the Interim Reserve

1 | Stipulation will be moot.

2 |       **NOW, THEREFORE,** the Parties hereby agree as follows:

3 |       1.    The Kantor FTDF Claims, and only the Kantor FTDF Claims, are hereby

4 | withdrawn from the FTDF bankruptcy case. Claimants' withdrawal of the Kantor FTDF Claims

5 | shall in no way impact upon or prejudice any of the Additional Kantor Claims filed against any

6 | of the Non-FTDF Debtors in their respective bankruptcy cases or the Kantor DTDF Interests or

7 | the Lynn Kantor IRA FTDF Interest, all of which claims and interests are specifically reserved.

8 | The Claimants covenant and agree not to seek to re-file the Kantor FTDF Clams, or any claims

9 | based on the same facts and circumstances as the Kantor FTDF Claims, in the FTDF bankruptcy

10 | case.

11 |       2.    The deadlines to amend the Kantor FTDF Claims (May 29, 2007), and to

12 | file the Supplemental Pleadings (June 6, 2007 and June 13, 2007) are hereby vacated.

13 |       3.    The hearing on the Kantor Claims Objections and the Supplemental

14 | Pleadings set for June 15, 2007 at 9:30 a.m. is hereby vacated.

15 |       4.    The Reserve Motion and the Interim Reserve Stipulation are now moot.

16 |       5.    The hearing on the Reserve Motion and the Interim Reserve Stipulation

17 | set for June 15, 2007 at 9:30 a.m. is hereby vacated.

18 |

19 |     Dated this 30th of May, 2007

20 |           STUTMAN, TREISTER & GLATT, P.C. and

          SHEA & CARLYON, LTD.

21 |

22 |           By:      */s/ Eve H. Karasik*

23 |               EVE H. KARASIK

              CANDACE C. CARLYON

24 |               ANDREW M. PARLEN

25 |

26 |           *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

27 |

28 |

1

2      Dated this 30th of May 2007

3                                               McGUIREWOODS LLP

4

5                                   By:        /s/ Michael M. Schmahl

6                                              MICHAEL M. SCHMAHL

7                                              *Counsel for the Kantor Claimants*

8
       Approved:
9
       RAY QUINNEY & NEBEKER P.C. and
10     SCHWARTZER & MCPHERSON LAW FIRM

11     By:        /s/ Steven C. Strong

12                ANNETTE W. JARVIS
                  STEVEN C. STRONG
13                LENARD E. SCHWARTZER
                  JEANETTE E. McPHERSON
14
                  *Counsel for USA Capital First Trust Deed*
15                *Fund, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

415802v3                              5