Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON MAY 30, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>Date: N/A<br>Time: N/A |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING AND GRANTING THE STIPULATION AND JOINT EX PARTE MOTION TO EXTEND THE DEADLINE FOR CERTAIN PARTIES TO OBJECT TO PROVESSIONALS' FEE APPLICATIONS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT an Order Approving and Granting the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications was entered on May 29, 2007, a copy of which is attached hereto.

Dated: this 30th day of May, 2007.

/s/    Lenard E. Schwartzer, Esq
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

**CERTIFICATE OF SERVICE**

1. On May 30, 2007, I served the following document(s):

    a. Notice of Entry of Order Approving and Granting the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

| | |
|---|---|
| 1 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 2 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 3 | KEVIN B. CHRISTENSEN    kb!chrislaw@aol.com |
| 4 | JANET L. CHUBB    tbw@jonesvargas.com |
| 5 | EDWARD S. COLEMAN    mail@coleman4law.com |
| 6 | |
| 7 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 8 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com |
| 9 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 10 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| 11 | |
| 12 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 13 | ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM |
| 14 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 15 | GREGORY E! GARMAN    bankruptcynotices@gordonsilver.com |
| 16 | |
| 17 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM |
| 18 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 19 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov |
| 20 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 21 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 22 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 23 | |
| 24 | JAMES D. GREENE    bknotice@bhfs.com |
| 25 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 26 | PETER W. GUYON    pguyon@yahoo.com |
| 27 | JEFFREY R. HALL    jhall@shea!carlyon.com, |
| 28 | |

1  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

2  XANNA R. HARDMAN     xanna.hardman@gmail.com

3  STEPHEN R HARRIS     noticesbh&p@renolaw.biz

4
5  JEFFREY L HARTMAN     notices@bankruptcyreno.com, dle@bankruptcyreno.com

6  BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

7  RICHARD F. HOLLEY     rholley@nevadafirm.com,
8  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

9  RANDOLPH L. HOWARD     rhoward@klnevada.com,
10  ckishi@klnevada.com;bankruptcy@klnevada.com

11  DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

12  CHRISTOPHER D JAIME!     cjaime@waltherkey.com, kbernhar@waltherkey.com

13  EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

14  ANNETTE W JARVIS     ajarvis@rqn.com

15
16  ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

17  TY E. KEHOE     TyKehoeLaw@aol.com

18  ROBERT R. KINAS     rkinas@swlaw.com,
19  jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

20  DEAN T. KIRBY     dkirby@kirbymac.com,
21  jhebert@kirbymac.com;lackerman@kirbymac.com

22  ZACHARIAH LARSON     ecf@lslawnv.com

23  JOHN J. LAXAGUE     jlaxague@caneclark.com

24  GEORGE C LAZ! AR     glazar@foxjohns.com, gclazar@sbcglobal.! net
25  < BR>NILE LEATHAM     nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com

26
27  ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 2 | |
| 3 | ERIC D MADDEN     emadden@diamondmccarthy.com |
| 4 | PATRICIA A. MARR     lvlaw03@yahoo.com |
| 5 | JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 6 | REGINA M. MCCONNELL     rmcconnell@kssattorneys.com |
| 7 | WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com |
| 8 | |
| 9 | RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;! cburke@lawlasvegas.com |
| 10 | JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com |
| 11 | JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com |
| 12 | |
| 13 | SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com |
| 14 | |
| 15 | DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 16 | |
| 17 | JOHN F MURTHA     jmurtha@woodburnandwedge.com |
| 18 | ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com |
| 19 | VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 20 | |
| 21 | BOB L. OLSON     ! ecffili ngs@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 22 | |
| 23 | DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 24 | |
| 25 | CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com |
| 26 | ANDREW M. PARLEN     aparlen@stutman.com |
| 27 | DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 28 | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. PAUL C RAY    info@johnpeterlee.com
2. CHRISTINE A ROBERTS    bankruptcy@rocgd.com
3. STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com
4. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
5. 
6. LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
7. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com
8. 
9. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
10. 
11. AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
12. JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
13. ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
14. 
15. ADAM M. STARR    starra@gtlaw.com
16. DAVID A. STEPHENS    dstephens@lvcm.com
17. PETER SUSI    c! heryl@ms mlaw.com, msm@msmlaw.com
18. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
19. KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
20. ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
21. AMY N. TIRRE    , lmccarron@kkbrf.com
22. AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
23. 
24. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
25. GREGORY J. WALCH    GWalch@Nevadafirm.com
26. RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com
27. 
28. 

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE     bk@wildelaw.com

WILLIAM J. WRAY     rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐     b.     **By United States mail, postage fully prepaid**:

☐     c.     **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:       May 30, 2007

SARAH ARNOLD                                    /s/       SARAH ARNOLD
(Name of Declarant)                                 (Signature of Declarant)