

**Entered on Docket
May 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER APPROVING AND GRANTING THE STIPULATION AND JOINT EX PARTE MOTION TO EXTEND THE DEADLINE FOR CERTAIN PARTIES TO OBJECT TO PROFESSIONALS' FEE APPLICATIONS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

1  THE COURT, having considered the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications (the "Stipulation"), and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. The deadline for the parties to the Stipulation to file objections to Fee Applications (as defined in the Stipulation) is extended until June 5, 2007 (except as to the Fee Application of Shea & Carlyon, Ltd.), and no objections to Fee Applications will be filed by the parties to the Stipulation prior to June 5, 2007 (except as to the Fee Application of Shea & Carlyon, Ltd.).

2. All other objections (i.e., those objections that may be filed by any persons other than the parties to the Stipulation) to Fee Applications remain due by no later than May 29, 2007.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _/s/ Lenard Schwartzer_
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for Debtors*

Approved by:
ORRICK, HERRINGTON & SUTCLIFFE, LLP and BECKLEY SINGLETON CHTD.

By: _/s/ Marc Levinson_
   MARC A. LEVINSON, ESQ.
   ANNE M. LORADITCH, ESQ.
   *Attorneys for the Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: _/s/ Eve Karasik_
   EVE KARASIK, ESQ.
   ANDREW PARLEN, ESQ.
   CANDACE C. CARLYON, ESQ.
   *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

OFFICE OF THE U.S. TRUSTEE

By: _/s/ Augie Landis_
   AUGUST B. LANDIS, ESQ.
   SCOTT A. FARROW, ESQ.

LEWIS AND ROCA LLP

By: _/s/ Rob Charles_
   SUSAN M. FREEMAN, ESQ.
   ROB CHARLES, ESQ.
   *Attorneys for the USACM Liquidating Trust*

1  GORDON & SILVER, LTD.

3  By: /s/ Greg Garman
       GERALD M. GORDON
4      GREGORY E. GARMAN
   *Attorneys for the Official Committee of*
5  *Executory Contract Rights Through USA*
   *Commercial Mortgage*

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122