CATHERINE CORTEZ MASTO
Attorney General
RICHARD I. DREITZER
Deputy Attorney General
555 E. Washington Avenue, Rm. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3165
Facsimile: (702) 486-3416
E-mail: ridreitz@ag.state.nv.us
Attorneys for State of Nevada,
Department of Business and Industry,
Mortgage Lending Division

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | |
| In re:<br><br>USA SECURITIES, LLC.,<br>        Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:    THE CLERK OF THE BANKRUPTCY COURT, and

TO:    THE DEBTOR AND ALL INTERESTED PARTIES:

CATHERINE CORTEZ MASTO, Attorney General for the State of Nevada and RICHARD I. DREITZER, Deputy Attorney General, of the State of Nevada Attorney General's Office, attorneys for the State of Nevada Department of Business and Industry, Mortgage Lending Division (hereinafter, "MLD"), hereby enter their appearance on the record on the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, Trustee, or other parties in interest, including copies of all plans of reorganization and disclosure. All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy 2002, should be directed to:

> RICHARD I. DREITZER
> Deputy Attorney General
> State of Nevada
> Attorney General's Office
> 555 E. Washington Avenue, Suite 3900
> Las Vegas, Nevada 89101
> ridreitz@ag.state.nv.us

Neither this paper nor any subsequent appearance, pleadings, claim, proof of claim, documents, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on MLD, or the State of Nevada itself, or (ii) constitute a waiver of any of the following rights of MLD:

(a)   Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b)   Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core

proceedings" pursuant to 28 U.S.C.§157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    (c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

    (d)    Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto MLD without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 30th day of May, 2007.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Richard I. Dreitzer
RICHARD I. DREITZER, #6626
Deputy Attorney General
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
Attorneys for State of Nevada,
Department of Business and Industry,
Mortgage Lending Division