AMY N. TIRRE, ESQ.  
Nevada Bar No. 6523  
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO  
5585 Kietzke Lane  
Reno, Nevada  89511  
Telephone:  (775) 852-3900  
Facsimile:   (775) 852-3982  
E-Mail:       atirre@kkbrf.com  

Electronically Filed on May 30, 2007

Attorneys for SPCP Group, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　Debtor,<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　Debtor,<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　Debtor,<br><br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　Debtor,<br><br>In re:<br><br>USA SECURITIES, LLC,<br><br>　　　　　Debtor. | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

KUMMER KAEMPFER  
BONNER & RENSHAW  
5585 Kietzke Lane  
Reno, Nevada  89511  

349108_1.DOC [14158.1]

Page 1 of 7

Affects:
X All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

Hearing Date:  N/A
Hearing Time:  N/A
Est. Time:     N/A

TO:    ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that KRIS PICKERING, ESQ. of the law firm of Morris Pickering & Peterson hereby associates with Kummer Kaempfer Bonner Renshaw & Ferrario as counsel for SPCP Group, LLC in this matter.

DATED this 30th day of May, 2007.

      KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

BY:   /s/ Amy N. Tirre
   AMY N. TIRRE
   Nevada Bar No. 6523
   5585 Kietzke Lane
   Reno, Nevada  89511

DATED this 30th day of May, 2007.

      MORRIS PICKERING & PETERSON

BY:   /s/ Rosa Solis-Rainey
   KRIS PICKERING, ESQ.
   Nevada Bar No. 0992
   ROSA SOLIS-RAINEY, ESQ.
   Nevada Bar No. 7921
   300 South Fourth Street
   Las Vegas, Nevada  89101

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada  89511

349108_1.DOC [14158.1]

Page 2 of 7

# CERTIFICATE OF MAILING

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kummer Kaempfer Bonner Renshaw & Ferrario; that I am over the age of 18 and not a party to the above-referenced case, and that on this date I caused to be served a true and correct copy of **NOTICE OF ASSOCIATION OF COUNSEL** as indicated:

___X___   **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com

**KUMMER KAEMPFER**
**BONNER & RENSHAW**
5585 Kietzke Lane
Reno, Nevada 89511

349108_1.DOC [14158.1]

Page 3 of 7

- KEVIN B. CHRISTENSEN     kbchrislaw@aol.com
- JANET L. CHUBB     tbw@jonesvargas.com
- EDWARD S. COLEMAN     mail@coleman4law.com
- WILLIAM D COPE     cope_guerra@yahoo.com
- LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com
- J CRAIG DEMETRAS     JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM
- ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN     bankruptcynotices@gordonsilver.com
- DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM
- WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov
- GERALD M GORDON     bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY     vgourley@lvcm.com
- TALITHA B. GRAY     bankruptcynotices@gordonsilver.com
- JAMES D. GREENE     bknotice@bhfs.com
- MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- PETER W. GUYON     pguyon@yahoo.com
- JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN     xanna.hardman@gmail.com
- STEPHEN R HARRIS     noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN     notices@bankruptcyreno.com, dle@bankruptcyreno.com
- BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com
- RICHARD F. HOLLEY     rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- TYSON M. LOMAZOW    tyson.lomazow@weil.com
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- ERIC D MADDEN    emadden@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

- SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
- DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA     jmurtha@woodburnandwedge.com
- ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN     aparlen@stutman.com
- KIMBERLY PHILLIPS     DA-Bankr@co.clark.nv.us
- DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY     info@johnpeterlee.com
- CHRISTINE A ROBERTS     bankruptcy@rocgd.com
- STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com
- SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER     bkfilings@s-mlaw.com
- JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com
- SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
- AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com
- JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- ADAM M. STARR     starra@gtlaw.com

1    • DAVID A. STEPHENS     dstephens@lvcm.com

2    • PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

3    • JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

4    • KAARAN E. THOMAS     kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

5    • ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov

6    • AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com

7    • U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

8    • GREGORY J. WALCH     GWalch@Nevadafirm.com

9    • RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

10   • WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

12   • GREGORY L. WILDE     bk@wildelaw.com

13   • WILLIAM J. WRAY     rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

14   • MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

15   • ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

\_\_\_\_\_    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

\_\_\_\_\_    **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

DATED this 30th day of May, 2007.

/s/ Amy N. Tirre_____
AMY N. TIRRE

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

349108_1.DOC [14158.1]

Page 7 of 7