Exhibit "I"

NOTC
Peter C. Bernhard, Nevada Bar No. 734
Email: peter.bernhard@bullivant.com
Joseph P. Hardy, Nevada Bar No. 7370
Email: joe.hardy@bullivant.com
Timothy J. Geswein, Nevada Bar No. 10049
Email: tim.geswein@bullivant.com
BULLIVANT HOUSER BAILEY, P.C.
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.650.6565
Facsimile: 702.650.2995

Attorneys for Plaintiffs

**FILED**

MAY 23   3 49 PM '07

CLERK OF THE COURT

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| COMPASS PARTNERS LLC, a Delaware limited liability company; and COMPASS USA SPE LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DONNA CANGELOSI, a Nevada citizen; DOES 1 through 100, and ROE ENTITIES 1 through 100, inclusive,<br><br>Defendants. | Case No. A541428<br><br>Dept. No. 16<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

EXHIBIT "I"

TO: All Defendants

Pursuant to NRCP 41(a), no answer nor motion for summary judgment having been served by any adverse party and no filing fees having been incurred by Defendants, the above-entitled matter is hereby dismissed without prejudice.

DATED: May 23, 2007.

BULLIVANT HOUSER BAILEY PC

By _____
Peter C. Bernhard, Nevada Bar No. 734
Joseph P. Hardy, Nevada Bar No. 7370
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

Attorneys for Plaintiffs

## AFFIRMATION

The undersigned does hereby affirm that the preceding Notice of Dismissal Without Prejudice filed in District Court Case No. A541428 does not contain the social security number of any person.

DATED May 23, 2007.

BULLIVANT HOUSER BAILEY, P.C.

*/s/ Joe Hardy/*

Peter C. Bernhard, Nevada Bar No. 734
Joseph P. Hardy, Nevada Bar No. 7370
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

Attorneys for Plaintiffs

7026089.1

*****

```
NOTC
Peter C. Bernhard, Nevada Bar No. 734
Email: peter.bernhard@bullivant.com
Joseph P. Hardy, Nevada Bar No. 7370
Email: joe.hardy@bullivant.com
Timothy J. Geswein, Nevada Bar No. 10049
Email: tim.geswein@bullivant.com
BULLIVANT HOUSER BAILEY, P.C.
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.650.6565
Facsimile:  702.650.2995

Attorneys for Plaintiffs
```

FILED

May 23  3 49 PM '07

CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| COMPASS PARTNERS LLC, a Delaware limited liability company, and COMPASS USA SPE LLC, a Delaware limited liability company, | Case No. A540604 |
| Plaintiffs, | Dept. No. 16 |
| v. | |
| TERRY MARKWELL, a Nevada citizen; CHARLES MARADEN, a Nevada citizen; WILLIAM DENNY, a California citizen, STEVE KOWALSKI, a California citizen, RONALD McLEMORE, a Texas citizen, EDWARD SCHOONOVER, an Arizona citizen, DOES 1 through 100, and ROE ENTITIES 1 through 100, inclusive, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

1  TO:   All Defendants

2      Pursuant to NRCP 41(a), no answer nor motion for summary judgment having been served by any adverse party and no filing fees having been incurred by Defendants, the above-entitled matter is hereby dismissed without prejudice.

    DATED: May 23, 2007.

BULLIVANT HOUSER BAILEY PC

By /s/ Joe Hardy
Peter C. Bernhard, Nevada Bar No. 734
Joseph P. Hardy, Nevada Bar No. 7370
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

Attorneys for Plaintiffs

## AFFIRMATION

The undersigned does hereby affirm that the preceding Notice of Dismissal Without Prejudice filed in District Court Case No. A540604 does not contain the social security number of any person.

DATED May 23, 2007.

BULLIVANT HOUSER BAILEY, P.C.

/s/ Joe Hardy

Peter C. Bernhard, Nevada Bar No. 734
Joseph P. Hardy, Nevada Bar No. 7370
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

Attorneys for Plaintiffs

7026086.1

*****