|   |   |
|---|---|
| 1 | ALAN R. SMITH, ESQ. |
|   | Nevada Bar No. 1449 |
| 2 | KEVIN A. DARBY, ESQ. |
|   | Nevada Bar No. 7670 |
| 3 | Law Offices of Alan R. Smith |
|   | 505 Ridge Street |
| 4 | Reno, Nevada 89501 |
|   | Telephone (775) 786-4579 |
| 5 | Facsimile (775) 786-3066 |
|   | Email: mail@asmithlaw.com |
| 6 |   |
|   | Attorney for Lenders Protection Group and |
| 7 | Donna Cangelosi |

*ELECTRONICALLY FILED -5/30/07*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| In Re: | Case Nos.: |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | BK-S-06-10725-LBR |
|  | BK-S-06-10726-LBR |
| Debtor. | BK-S-06-10727-LBR |
| _____/ | BK-S-06-10728-LBR |
| In Re: | BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | JOINTLY ADMINISTERED |
| Debtor. | Chapter 11 |
| _____/ |  |
| In Re: |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **DECLARATION OF ROBERT BENDER IN SUPPORT OF OPPOSITION TO EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 USC §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS** |
| Debtor. |  |
| _____/ |  |
| In re: |  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, |  |
| Debtor. |  |
| _____/ |  |
| In re: | Hearing Date:    May 31, 2007 |
| USA SECURITIES, LLC, | Hearing Time:    2:30 p.m. |
| Debtor. |  |
| _____/ |  |

Affects:
☐    All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\LPG\Decl Bender 053007.wpd

I, ROBERT BENDER, being first duly sworn, do depose and say under the penalty of perjury:

1. I am an investor in certain loans brokered by USA Commercial Mortgage Company, including the loan commonly known as the Standard Property Loan. I have a $250,000 principal investment in the Standard Property Loan, which at all times relevant hereto had a total outstanding principal balance of $9,640,000.

2. I have knowledge of and am competent to testify to the matters stated herein, except for those matters stated on information and belief and as to those matters I believe them to be true.

3. I am informed and believe that prior to Compass Partners talking over as loan servicer, Spencer Judd, attorney for direct lenders in the Standard Property Loan, was in negotiations with the Standard Property borrower for repayment of the Standard Property Loan. In this regard, I was informed by Mr. Judd that Standard Property was willing to offer to pay direct lenders 100% of their principal investment (i.e. $9,640,000) in full satisfaction of the Loan.

4. Thereafter, but prior to Compass taking over as servicer, I contacted Mr. George Venturela, the borrower on the Standard Property Loan, who informed me that he was negotiating with Compass, not USACM, regarding an offer to payoff the loan.

5. On or about February 2, 2007, Compass sent a letter to direct lenders, which sought investors' approval to accept 90% of their principal investment in full satisfaction of the Standard Property Loan, a copy of which is attached as Exhibit A. This letter greatly concerned me because I knew the borrower was willing to pay 100% of principal based upon information provided by our counsel.

6. In response to the February 2, 2007, letter from Compass, I and other direct lenders rejected the 90% payoff communicated by Compass. In this regard, I am informed and believe that Counsel for direct lenders in the Standard Property Loan sent a letter to Compass demanding that Compass accept the payoff of 100% and waive all other accrued interest and fees. In addition, I am informed and believed that letter informed Compass that they would be terminated if such an offer was not accepted.

7. Thereafter, on or about March 7, 2007, Compass sent a letter to all direct lenders in

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\LPG\Decl Bender 053007.wpd

- 2 -

1  the Standard Property Loan, a copy of which is attached as Exhibit B. In this letter, Compass sought
2  the approval of 100% of the direct lenders in the Standard Property Loan of an agreement Compass
3  reached with Standard Property to pay off the Standard Property Loan. According to that letter, the
4  terms of the payoff were:

      i.    The Direct Lenders in the loan receive 100% of their unpaid Standard Property Principal Balance; and

      ii.    The Direct Lenders do not receive any accrued interest.

8.    In reliance on the representations of Compass, I and other direct lenders constituting 100% of the beneficial interest in the Standard Property Loan approved the payoff in accordance with the specific terms of the March 7, 2007.

9.    I am informed and believed that on or about March 13, 2007, Compass issued a Payoff Statement to Standard Property (the "Standard Property Payoff Statement"), a copy of which is attached as Exhibit C. The Standard Property Payoff Statement directs Standard Property to make a payoff, as of March 15, 2007, in the amount of $10,499,068 with a per diem interest accrual of $2,205.74 for every day after March 15, 2007. The $10,499,068.15 payoff consisted of:

      i.    Standard Property Principal Balance:    $9,640,000.00
      ii.    Late Fees:    $   47,694.43
      iii.    Other Fees:    $  267,164.11
      iv.    Default Interest    $  544,509.60

10.    The Standard Property Payoff Statement revealed that the borrower had agreed to pay significantly more than just 100% of the $9,640,000 principal loan balance. It revealed Compass had a secret agreement with Standard Property, undisclosed to the Standard Property Loan Direct Lenders, whereby Compass received Late Fees, Other Fees and Default Interest from Standard Property, without collecting accrued contractual interest owed to the Direct Lenders.

///
///
///
///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\LPG\Decl Bender 053007.wpd

- 3 -

1    11.    On or about March 15, 2007, Standard Property paid off the Standard Property Loan pursuant to the terms of the Standard Property Payoff Statement. At the time the Standard Loan was paid off, Compass did not pay the Standard Property Loan direct lenders any of the accrued interest they were owed. I have since been informed that Compass took the available funds to pay themselves default interest, late fees and other fees totaling $859,368.14.

I hereby swear under penalty of perjury that the assertions of this Declaration are true.

DATED: May 30, 2007

                /s/ Robert Bender
                Robert Bender

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\LPG\Decl Bender 053007.wpd    - 4 -