E-Filed on 05/31/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION AND JOINT EX PARTE MOTION TO REMOVE HEARING ON MOTION TO QUASH FROM THE DOCKET**<br><br>[No hearing required] |

The USACM Liquidating Trust (the "Trust"), by agreement with Kaaran Thomas, counsel for Kreg Rowe, et. al, hereby moves this Court to remove the June 15, 2007 hearing on the "Motion of Kreg Rowe et. al, to Quash Subpoenas" from the Court's docket.

115139.1

On May 11, 2007, several individuals and entities moved to quash subpoenas directed to Wells Fargo Bank, N.A., Wells Fargo Bank of Nevada, Nevada State Bank, JP Morgan Chase, Bank of the West, Oppenheimer Funds, Bank of America, City Bank, Kreg Rowe, and Brett Seabert. Counsel for the Movants on the Motion to Quash and counsel for the Trust have reached tentative agreements on the resolution of the Motion to Quash. Therefore, the Trust and the Movants jointly request that the June 15, 2007 hearing on the Motion to Quash be removed from the docket while the parties attempt to finalize their agreement.

If necessary, the hearing will be reset by agreement of the parties.

WHEREFORE, the parties jointly request that the hearing on Motion to Quash set for June 15, 2007 be removed from the docket.

Dated: May 31, 2007.

| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By: _/s/ Eric D. Madden_<br>Allan B. Diamond, TX 05801800 (pro hac vice)<br>William T. Reid, IV, TX 00788817 (pro hac vice)<br>Eric D. Madden, TX 24013079 (pro hac vice)<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5199 (facsimile)<br><br>*Special Litigation Counsel for*<br>*USACM Liquidating Trust* | By: _/s/ Rob Charles_<br>Susan M. Freeman, AZ 4199 (pro hac vice)<br>Rob Charles, NV 6593<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8320 (telephone)<br>(702) 949-8321 (facsimile)<br><br><br>*Counsel for USACM Liquidating Trust* |

1
2  **McDONALD CARANO WILSON, LLP**
3
4  By:  */s/ Kaaran Thomas*
   2300 West Sahara Avenue
5  No. 10, Suite 1000
   Las Vegas, Nevada 89102
6  (702) 873-4100 (telephone)
   (702) 873-9966 (facsimile)
7
8  *Counsel for Movants on Motion to Quash*