EXHIBIT 1




**Entered on Docket**
**May 29, 2007**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

Debtors.

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

Date: April 26, 2007
Time: 9:30 a.m

**Affecting:**
☐ All Cases
**or Only:**
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Third Omnibus Objection to Claims Asserting Secured Status [DE 3137] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Third Omnibus Objection to Claims Asserting Secured Status;
- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

- ☐ approved the form of this order;
- ☐ waived the right to review the order;
- ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
- ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*



1834594.1

Case: 06-10725-lbr Doc #: 3809 Filed: 05/29/2007 Page: 4 of 7

## 3rd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Benjamin, Philip & Maureen<br>Po Box 376<br>Indian Springs, NV 89018-0376 | 10725-01956 | 1/12/2007 | $55,381.90 | S |
| 2 | Benjamin, Philip & Maureen<br>Po Box 376<br>Indian Springs, NV 89018-0376 | 10725-02320 | 1/13/2007 | $55,381.90 | S |
| 3 | Bennett, Alan<br>14225 S Wisperwood Dr<br>Reno, NV 89511 | 10725-00932 | 11/2/2006 | $50,000.00 | S |
| 4 | Bennett, Alan<br>14225 S Wisperwood Dr<br>Reno, NV 89511 | 10725-00933 | 11/2/2006 | $60,000.00 | S |
| 5 | Benz Ttees For The Benz Family Trust,<br>Bernard & Margaret<br>1265 Old Foothill Rd<br>Gardnerville, NV 89460 | 10725-02167 | 1/12/2007 | $40,683.22 | S, U |
| 6 | Berkowitz, David M<br>827 Union Pacific Blvd<br>Pmb 71-404<br>Laredo, TX 78045 | 10725-01797 | 12/18/2006 | $37,353.00 | S |
| 7 | Berlin, Marjorie Y<br>3422 Homestead Ave<br>Wantagh, NY 11793-2600 | 10725-01957 | 1/10/2007 | $50,000.00 | S |
| 8 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA 91602-3067 | 10725-01360 | 11/13/2006 | $200,000.00 | S |
| 9 | Berry, William<br>11136 Acama St #312<br>Studio City, CA 91602 | 10725-01358 | 11/13/2006 | $200,000.00 | S |
| 10 | Beryl Winer Family Trust<br>C/O Beryl Winer Trustee<br>776 Birdbay Way<br>Venice, FL 34285-6142 | 10725-00540 | 10/10/2006 | $50,000.00 | S |
| 11 | Beryl Winer Family Trust<br>C/O Beryl Winer<br>776 Birdbay Way<br>Venice, FL 34285 | 10725-00541 | 10/10/2006 | $60,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Bevan, Donald G & Bette Coleen<br>1553 Springwater Dr<br>Orem, UT 84058-5868 | 10725-00962 | 11/1/2006 | $43,000.00 | S |
| 13 | Bevan, Donald G & Bette Coleen<br>1553 Springwater Dr<br>Orem, UT 84058-5868 | 10725-00963 | 11/1/2006 | $57,000.00 | S |
| 14 | Beverly Stiles Revocable Trust<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv 89120 | 10725-00856 | 11/13/2006 | $12,500.00 | S |
| 15 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV 89052 | 10725-00156 | 8/28/06 | $101,493.06 | S |
| 16 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV 89052 | 10725-00171 | 8/28/2006 | $101,791.67 | S |
| 17 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, NV 89052 | 10725-00191 | 9/8/2006 | $101,493.06 | S |
| 18 | Billy Shope Jr Family Lp<br>2833 Maryland Hills Dr<br>Henderson, Nv 89052 | 10725-00213 | 9/25/2006 | $101,791.67 | S |
| 19 | Bishop, Valon<br>Po Box 50041<br>Reno, NV 89513 | 10725-01671 | 12/11/2006 | $50,000.00 | S |
| 20 | Bishop, Valon<br>Po Box 50041<br>Reno, NV 89513 | 10725-01745 | 12/11/2006 | $50,000.00 | S |
| 21 | Boerio, Charles J & Patricia N<br>1717 Damon Rd<br>Carson City, Nv 89701-4875 | 10725-01356 | 11/13/2006 | $2,702.18 | S |
| 22 | Boerio, Charles<br>1717 Damon Rd<br>Carson City, NV 89701 | 10725-01357 | 11/13/2006 | $50,000.00 | S |
| 23 | Boggs Ttee Of The Charles S Boggs<br>Living Tr, Charles S<br>406 Pearl St<br>Boulder, CO 80302-4931 | 10725-02109 | 1/11/2007 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 10725-01241 | 11/9/2006 | $50,466.67 | S |
| 25 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 10725-01250 | 11/8/2006 | $50,466.67 | S |
| 26 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 10725-01251 | 11/9/2006 | $50,505.56 | S |
| 27 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, Nv 89104 | 10725-01275 | 11/9/2006 | $48,047.32 | S |
| 28 | Bolino Family Revocable Trust<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv 89120 | 10725-00857 | 11/13/2006 | $100,000.00 | S |
| 29 | Bonfiglio & Associates Ltd Pension Planship<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01860 | 1/4/2007 | $75,000.00 | S |
| 30 | Bonnema, Chris<br>Po Box 877<br>Templeton, CA 93465 | 10725-00763 | 10/23/2006 | $86,608.00 | S, U |
| 31 | Bonnema, Gary<br>Po Box 8649<br>Horseshoe Bay, TX 78657 | 10725-01474 | 11/16/2006 | $50,516.67 | S |
| 32 | Boyce 1989 Trust<br>C/O Kathleen A Boyce Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02323 | 1/13/2007 | $304,300.00 | S, P, U |
| 33 | Boyce II, William<br>3448 Monte Carlo Dr<br>Las Vegas, NV 89121 | 10725-01439 | 11/14/2006 | $18,315.59 | S, P |
| 34 | Brant Trust Dated 12/22/92, Raymond F & Ann L<br>C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 10725-02065 | 1/11/2007 | $51,562.49 | S, U |
| 35 | Brauer Ira, Nancy<br>2222 Albion St<br>Denver, CO 80207-3708 | 10725-01155 | 11/9/2006 | $90,998.45 | S |

Case: 06-10725-lbr Doc #: 3809 Filed: 05/29/2007 Page: 7 of 7

| | | | | | |
|---|---|---|---|---|---|
| **36** | Brauer, Nancy<br>2222 Albion St<br>Denver, CO 80207 | 10725-01227 | 11/9/2006 | $75,000.00 | S |
| **37** | Brehmer, Hannah<br>188 Beacon Hill Dr<br>Ashland, OR 97520 | 10725-01445 | 11/14/2006 | $298,569.00 | S |
| **38** | Brennan, Gary<br>3496 Pueblo Way<br>Las Vegas, NV 89109 | 10725-00804 | 10/30/2006 | $250,000.00 | S |
| **39** | Brennan, Gary<br>3496 Pueblo Way<br>Las Vegas, NV 89109-3337 | 10725-00803 | 10/30/2006 | $234,000.00 | S |
| **40** | Brines Revocable Family Trust U/A Dtd 11/5/94, Michael R & Cindy G<br>C/O Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 10725-01918 | 1/10/2007 | $385,559.79 | S, U |
| **41** | Brines, Michael R & Cindy G<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 10725-02431 | 1/11/2007 | $385,559.79 | S |