ELECTRONICALLY FILED
MAY 31, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com
ekarasik@stutman.com
aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 123, 124 AND 125 FILED RESPECTIVELY BY KANTOR NEPHROLOGY CONSULTANTS, LTD 401(K) PSP; DR. GARY KANTOR; AND LYNN M. KANTOR (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE THAT an Order Approving Stipulation for Withdrawal of Proofs of Claim Numbers 123, 124 and 125 Filed Resptectively by Kantor Nephrology

1 Consultants, Ltd. 401(k) Psp; Dr. Gary Kantor; and Lynn M. Kantor (Affects Debtors USA
2 Capital First Trust Deed Fund, LLC) was entered on the 31st day May, 2007, a true and correct
3 copy of which is attached hereto.

4     DATED this 31st day of May, 2007.

SHEA & CARLYON, LTD.

*/s/ SKC*

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

416006v2

2

**Entered on Docket**
**May 31, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK, | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

416006v2

## ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 123, 124 AND 125 FILED RESPECTIVELY BY KANTOR NEPHROLOGY CONSULTANTS, LTD 401(K) PSP; DR. GARY KANTOR; AND LYNN M. KANTOR (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC)

The Court having considered the "Stipulation For Withdrawal Of Proofs Of Claim Numbers 123, 124 And 125 Filed Respectively By Kantor Nephrology Consultants, Ltd 401(K) PSP; Dr. Gary Kantor; And Lynn M. Kantor" (the "Stipulation") entered into by and between, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"), on the on hand, by and through its undersigned counsel, and Kantor Nephrology Consultants, Ltd 401(K) PSP; Dr. Gary Kantor; And Lynn M. Kantor, on the other hand, by and through their undersigned counsel and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT the Kantor FTDF Claims,[1] and only the Kantor FTDF Claims, are hereby withdrawn from the FTDF bankruptcy case. Claimants' withdrawal of the Kantor FTDF Claims shall in no way impact upon or prejudice any of the Additional Kantor Claims filed against any of the Non-FTDF Debtors in their respective bankruptcy cases or the Kantor DTDF Interests or the Lynn Kantor IRA FTDF Interest, all of which claims and interests are specifically preserved.

IT IS FURTHER ORDERED THAT based on the covenant provided in Paragraph 1 of the Stipulation, the Claimants shall not seek to re-file the Kantor FTDF Claims, or any claims based on the same facts and circumstances as the Kantor FTDF Claims, in the FTDF bankruptcy case and any such claims that are filed shall be deemed disallowed by this Order.

IT IS FURTHER ORDERED THAT the Stipulation shall not alter, affect or prejudice the Claimants' claims against other debtors in this jointly-administered proceeding.

IT IS FURTHER ORDERED THAT the deadlines to amend the Kantor FTDF Claims (May 29, 2007), and to file the Supplemental Pleadings (June 6, 2007 and June 13, 2007) are hereby vacated.

---

[1] Defined terms used and not defined herein have the meanings set forth in the Stipulation.

416006v2                                                        2

1       IT IS FURTHER ORDERED THAT the hearing on the Kantor FTDF Claims
2  Objections and the Supplemental Pleadings set for June 15, 2007 at 9:30 a.m. is hereby vacated.
3       IT IS FURTHER ORDERED THAT the Reserve Motion and the Interim Reserve
4  Stipulation are now moot
5       IT IS FURTHER ORDERED THAT the hearing on the Reserve Motion and the
6  Interim Reserve Stipulation set for June 15, 2007 at 9:30 a.m. is hereby vacated.

| SUBMITTED BY: | APPROVED/DISAPPROVED |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | RAY QUINNEY & NEBEKER P.C. |
| /s/ Eve H. Karasik<br>EVE H. KARASIK<br>ANDREW M. PARLEN<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br><br>and<br><br>SHEA & CARLYON, LTD.<br>CANDACE A. CARLYON<br>SHLOMO S. SHERMAN<br>233 South Fourth Street<br>Las Vegas, NV 89101<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed, Fund, LLC* | /s/ Steven C. Strong<br>ANNETTE W. JARVIS<br>STEVEN C. STRONG<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br><br>and<br><br>SCHWARTZER & MCPHERSON LAW FIRM<br>LENARD E. SCHWARTZER<br>JEANETTE E. McPHERSON<br><br>*Counsel for USA Capital First Trust Deed Fund, LLC* |
| APPROVED/DISAPPROVED | REVIEWED |
| McGUIREWOODS LLP | OFFICE OF THE UNITED STATES TRUSTEE |
| /s/ Michael M. Schmahl<br>MICHAEL M. SCHMAHL<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br><br>*Counsel for the Kantor Claimants* | /s/ August B. Landis<br>AUGUST B. LANDIS<br>300 Las Vegas Blvd. S., #4300<br>Las Vegas, NV 89101<br><br>*Counsel for the Office of the United States Trustee* |

###