# EXHIBIT 1

1491622.1



**Entered on Docket
May 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                      Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
|---|---|

1834595.1

**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Fourth Omnibus Objection to Claims Asserting Secured Status [DE 3139] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Fourth Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1834595.1

|   |   |
|---|---|
| 1 | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: |
| 3 | ☐  The Court waived the requirements of LR 9021. |
| 4 | ☐  I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has: |
| 5 |  |
| 6 | ☐  approved the form of this order; |
| 7 | ☐  waived the right to review the order; |
| 8 | ☐  failed to file and serve papers in accordance with LR 9021(c); and/or |
| 9 | ☐  failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b). |
| 10 | ☐  I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order. |
| 11 |  |
| 12 |  |
| 13 | ☒  No opposition was filed and no other party or counsel appeared at the hearing. |
| 14 |  |
| 15 | **LEWIS AND ROCA LLP** |
| 16 |  |
| 17 |  |
| 18 | By: /s/ RC (#0006593)<br>   Susan M. Freeman<br>   Rob Charles |
| 19 | *Attorneys for USACM Liquidating Trust* |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |

1834595.1

## 4th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave Pmb 220<br>Las Vegas, NV 89117 | 10725-01848 | 1/4/2007 | $100,000.00 | S |
| 2 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01849 | 1/4/2007 | $100,000.00 | S |
| 3 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01850 | 1/4/2007 | $75,464.72 | S |
| 4 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01851 | 1/4/2007 | $50,000.00 | S |
| 5 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01852 | 1/4/2007 | $100,000.00 | S |
| 6 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01853 | 1/4/2007 | $100,000.00 | S |
| 7 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01854 | 1/4/2007 | $100,000.00 | S |
| 8 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01855 | 1/4/2007 | $100,000.00 | S |
| 9 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01856 | 1/4/2007 | $100,000.00 | S |
| 10 | Broadwalk Investments Limited Partnership<br>Attn James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV 89117 | 10725-01857 | 1/4/2007 | $2,056.93 | S |

916787 4th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 11 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01858 | 1/4/2007 | $100,000.00 | S |
| 12 | Broadwalk Investments Limited Partnership<br>Attn  James R Bonfiglio<br>8635 West Sahara Ave<br>Pmb 220<br>Las Vegas, NV  89117 | 10725-01859 | 1/4/2007 | $100,000.00 | S |
| 13 | Brock Family Trust Dated 5/25/95<br>C/O Penny L Brock Trustee<br>355 Mugo Pine Cir<br>Reno, NV  89511-8799 | 10725-02072 | 1/11/2007 | $40,705.07 | S, U |
| 14 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV  89511 | 10725-02075 | 1/11/2007 | $50,000.00 | S |
| 15 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV  89511 | 10725-02076 | 1/11/2007 | $50,000.00 | S |
| 16 | Brock, Penny<br>355 Mugo Pine Cir<br>Reno, NV  89511 | 10725-02077 | 1/11/2007 | $62,010.00 | S, U |
| 17 | Brooks Living Trust Dtd 6/30/97<br>C/O Howard D & Doreen C Brooks Ttees<br>1894 Us Highway 50 E<br>Ste 4-344<br>Carson City, Nv  89701-3202 | 10725-01050 | 11/6/2006 | $300,000.00 | S |
| 18 | Brooks, Robert E<br>1405 14Th Ave Sw<br>Minot, ND 58701-5781 | 10725-00549 | 10/11/2006 | $148,104.63 | S |
| 19 | Brouwers Family Trust<br>8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 10725-00169 | 8/28/2006 | $50,746.53 | S |
| 20 | Brouwers Family Trust<br>8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 10725-00187 | 9/5/2006 | $50,895.83 | S |
| 21 | Brouwers Family Trust Trustee<br>8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 10725-00195 | 9/8/2006 | $50,746.53 | S |
| 22 | Brown, Jaceck<br>2391 Nw Irving St<br>Portland, OR  97210 | 10725-00358 | 10/2/2006 | $13,510.92 | S |
| 23 | Bruce Living Trust<br>C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV  89703-8375 | 10725-01343 | 11/13/2006 | $25,381.95 | S, P |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Bruggemans, Paul<br>385 W Tahquitz Canyon Way<br>Palm Springs, CA 92262-5647 | 10725-02101 | 1/11/2007 | $100,000.00 | S |
| 25 | Bruggemans, Paul<br>385 W Tahquitz Canyon Way<br>Palm Springs, CA 92262-5647 | 10725-02102 | 1/11/2007 | $200,000.00 | S |
| 26 | Bruggemans, Paul<br>385 West Tahquitz Canyon Way<br>Palm Springs, CA 92262 | 10725-02100 | 1/11/2007 | $200,000.00 | S |
| 27 | Buckwald Revocable Trust Dtd 2/11/92<br>C/O Neil G Buckwald Trustee<br>5000 N Valadez St<br>Las Vegas, NV 89149-5247 | 10728-00052 | 9/29/2006 | $807.00 | S |
| 28 | Buckwald, Neil<br>5000 North Valdez St<br>Las Vegas, NV 89149 | 10725-00298 | 9/29/2006 | $50,806.00 | S |
| 29 | Bunn, Frank<br>8279 Palmada<br>Las Vegas, Nv 89123 | 10725-01263 | 11/10/2006 | $31,591.69 | S |
| 30 | Burdige, Cynthia<br>100 Nw 82 Ave<br>Ste 305<br>Platation, Fl 33324 | 10725-00938 | 11/2/2006 | $427,692.00 | S |
| 31 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv 89503-5605 | 10725-00027 | 6/14/2006 | $50,000.00 | S |
| 32 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, NV 89503-5605 | 10725-00028 | 6/14/2006 | $50,000.00 | S |
| 33 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv 89503-5605 | 10725-00029 | 6/14/2006 | $64,440.40 | S |
| 34 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, Nv 89503-5605 | 10725-00030 | 6/14/2006 | $50,000.00 | S |
| 35 | Burrus, Timothy F & Joann Ortiz-Burrus<br>Del Hardy Esq<br>Hardy Law Group<br>96-98 Winter St<br>Reno, NV 89503-5605 | 10725-00031 | 6/14/2006 | $50,000.00 | S |

| | | | | |
|---|---|---|---|---|
| 36 | Burt Family Trust #1 & 2<br>Donald Burt & Connie Cejrner<br>Po Box 2018<br>Quartzite, AZ 85345 | 10725-01674 | 12/11/2006 | $213,338.00 | S |
| 37 | C Zrudsky Inc<br>106 E Victorian Ave<br>Spc 35<br>Sparks, NV 89431-5408 | 10725-00292 | 9/29/2006 | $54,355.00 | S |
| 38 | Cale Family Trust Dtd 11/16/88<br>C/O Keith J Cale Ttee<br>6070 Ingleston Dr<br>Unit 1111<br>Sparks, NV 89436-7082 | 10725-00325 | 9/28/2006 | $103,204.00 | S |
| 39 | Calhoun, Anita J<br>2026 Bel Air Ave<br>San Jose, CA 95128-1409 | 10725-01021 | 11/6/2006 | $50,000.00 | S |
| 40 | Calhoun, Orvin<br>2026 Bel Air Ave<br>San Jose, CA 95128 | 10725-01022 | 11/6/2006 | $104,946.77 | S |
| 41 | Callahan & Maradon Jt Tenents, Valerie & Charles<br>12585 Creek Crest Dr<br>Reno, NV 89511 | 10725-02061 | 1/11/2007 | $294,869.42 | S, U |
| 42 | Cangelosi Trustee, Margaret M<br>614 Hillside Crossing<br>Pompton Plains, NJ 07444 | 10725-01930 | 1/11/2007 | $111,767.12 | S, U |
| 43 | Cangelosi, Brandon Arner & Donna M<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 10725-01717 | 12/11/2006 | $110,000.00 | S |
| 44 | Cangelosi, John R & Margaret M<br>614 Hilside Crossing<br>Pompton Plains, NJ 07444 | 10725-01866 | 1/10/2007 | $141,979.18 | S, U |
| 45 | Carano, Marie K<br>2780 Lakeside Dr<br>Reno, NV 89509-4218 | 10725-01098 | 11/8/2006 | $100,000.00 | S |
| 46 | Cardwell Charitable Trust C/O James B Cardwell Tr<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 10725-01407 | 11/13/2006 | $1,549,493.61 | S, U |
| 47 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 10725-01396 | 11/13/2006 | $3,229,496.02 | S, U |
| 48 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 10725-01397 | 11/13/2006 | $3,331,718.07 | S, U |

916787  4th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

| 49 | Cardwell Family Trust C/O James B Cardwell & Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 10725-01401 | 11/13/2006 | $3,226,795.82 | S, U |
| --- | --- | --- | --- | --- | --- |
| 50 | Cardwell, Reba Jo<br>C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 10725-01402 | 11/13/2006 | $100,010.00 | S, U |