**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 6/1/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING ELEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** | |
| ¨  All Debtors | |
| ×  USA Commercial Mortgage Company | |
| ¨  USA Capital Realty Advisors, LLC | |
| ¨  USA Capital Diversified Trust Deed Fund, LLC | |
| ¨  USA Capital First Trust Deed Fund, LLC | |
| ¨  USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Eleventh Omnibus Objection of The USACM Liquidating Trust to Claims Asserting Secured Status [DE 3807] was entered on the 29th day of May 2007, a true and correct copy of which is attached hereto as Exhibit 1.

1838125.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED June 1, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
   Susan M. Freeman
   Rob Charles
   *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on June 1, 2007 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1838125.1