# EXHIBIT 1

1491622.1

**Entered on Docket
May 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1834597.1

## ORDER SUSTAINING ELEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Eleventh Omnibus Objection to Claims Asserting Secured Status [DE 3153] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Eleventh Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:
**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1834597.1

1         CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2 In accordance with Local Rule 9021, the undersigned certifies:

3 ☐     The Court waived the requirements of LR 9021.

4 ☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

6         ☐     approved the form of this order;

7         ☐     waived the right to review the order;

8         ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

9         ☐     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

10 ☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

13 ☒     No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1834597.1

**11th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Freda Newman Trust Dtd 7/26/84<br>Freda Newman Trustee<br>C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ 86336 | 10725-02031 | 1/11/2007 | $233,504.72 | S, U |
| 2 | Freeda Cohen Trust<br>C/O Rosalind L Stark<br>10905 Clarion Ln<br>Las Vegas, NV 89134 | 10725-01995 | 1/10/2007 | $50,716.38 | S, U |
| 3 | Freedom Properties Inc<br>1820 Star Pine Ct<br>Reno, NV 89523-4807 | 10725-00801 | 10/30/2006 | $450,000.00 | S |
| 4 | Freedus, Michael<br>2535 Lake Rd<br>Delanson, NY 12053 | 10725-02143 | 1/11/2007 | $355,812.10 | S, U |
| 5 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10725-00011 | 5/23/2006 | $51,033.34 | S |
| 6 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10725-00014 | 5/23/2006 | $51,076.38 | S |
| 7 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, Nv 89102-2020 | 10725-00012 | 5/23/2006 | $35,583.34 | S |
| 8 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, Nv 89102-2020 | 10725-00013 | 5/23/2006 | $17,538.18 | S |
| 9 | Fuchs, Stephen J<br>117 29Th Ave N<br>Saint Cloud, MN 56303-4253 | 10725-00740 | 10/26/2006 | $50,000.00 | S |
| 10 | Fuller Ttee Of The Rgf Revocable Trust, Robert G<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 10725-02097 | 1/11/2007 | $243,523.62 | S, U |
| 11 | Fuller, David & Monica<br>955 Mullen<br>Henderson, NV 89044 | 10725-01231 | 11/9/2006 | $215,404.36 | S, P |

918054 11th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 12 | G&L Nelson Limited Partnership<br>Attn C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV 89520 | 10725-00284 | 10/3/2006 | $309,259.00 | S |
| 13 | G&L Nelson Limited Partnership<br>Attn C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV 89520 | 10725-00285 | 10/3/2006 | $514,624.00 | S |
| 14 | Gail Hodes Living Trust Dtd 9/10/03<br>C/O Gail R Hodes Trustee<br>16872 Baruna Ln<br>Huntington Beach, Ca 92649 | 10725-01573 | 12/7/2006 | UNKNOWN | S, U |
| 15 | Gail Hodes Living Trust<br>C/O Gail R Hodes Trustee<br>16872 Baruna Ln<br>Huntington Beach, Ca 92649-3020 | 10725-00901 | 11/1/2006 | UNKNOWN | S, U |
| 16 | Galloway, Ellyson J<br>7440 S Blackhawk St<br>#12208<br>Englewood, Co 80112-4355 | 10725-02310 | 1/13/2007 | $91,948.00 | S, U |
| 17 | Gary A. Thibault & Sandra C. Thibault<br>4525 Dawn Peak St.<br>Las Vegas, NV 89129-3235 | 10725-00623 | 10/17/2006 | Unknown | S |
| 18 | Gary Bonnema<br>P.O. Box 8649<br>Horseshoe Bay, TX 78657 | 10725-00694 | 10/20/2006 | $50,516.67 | S |
| 19 | Gary D. Ward Ira<br>26077 Charing Cross Rd.<br>Valencia, CA 91355-2029 | 10725-00685 | 10/20/2006 | $75,000.00 | S |
| 20 | Gary Hogan Ira H01Bd<br>9900 Wilbur May Pkwy<br>Apt 1604<br>Reno, NV 89521-4016 | 10725-00426 | 10/4/2006 | $50,000.00 | S |
| 21 | Gary L & Virginia L Mcdaniel 1991 Living Trust<br>Dtd 5/1/91<br>C/O Gary L & Virginia L Mcdaniel Trustees<br>2101 Lookout Point Circle<br>Las Vegas, NV 89117-5805 | 10725-00294 | 9/29/2006 | $100,000.00 | S |
| 22 | Gasparro, Kelley N & Nicolas S<br>8919 Challis Hill Ln<br>Charlotte, NC 28226-2687 | 10725-01681 | 12/11/2006 | $57,423.52 | S |

918054 11th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 23 | Gassiot IRA, Joan B<br>C/O American Pension Services<br>11027 S State St<br>Sandy, UT 84070 | 10725-00151 | 8/14/2006 | $56,000.00 | S |
| 24 | Gates Family Trust Dtd 6/16/00<br>Elwyn G & Mildred Ann Gates Ttees<br>387 1/2 Ocean View Ave<br>Encinitas, CA 92024-2625 | 10725-00336 | 9/28/2006 | $52,500.00 | S |
| 25 | Gazella Teague Living<br>Gazella Teague Ttee<br>R Scott Palmer<br>Watkinson Laird Rubenstein Baldwin & Burgess<br>101 E Broadway, Ste 200<br>Eugene, OR 97401 | 10725-00199 | 9/20/2006 | $105,787.67 | S |
| 26 | Geiger, Robert & Ruth<br>1352 Mount Hood St<br>Las Vegas, NV 89110-1916 | 10725-00329 | 9/28/2006 | $75,000.00 | S |
| 27 | Geller, Robert<br>1849 Cherry Knolls St<br>Henderson, Nv 89052 | 10725-00300 | 9/29/2006 | Unknown | S |
| 28 | Gene Smith & Emily Smith Patricia Gunn<br>419 Shipley Dr<br>Yerington, NV 89447-2632 | 10725-00584 | 10/13/2006 | $53,715.25 | S |
| 29 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL 60611 | 10725-00022 | 5/25/2006 | $132.80 | S |
| 30 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL 60611 | 10725-00023 | 5/25/2006 | $35,570.30 | S |
| 31 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL 60611 | 10725-00024 | 5/25/2006 | $37,963.77 | S |
| 32 | General Electric Capital Corporation<br>DLA Piper Rudnick Gray Cary US LLP<br>ATTN Alex Terras Esq.<br>203 N LaSalle St, Ste 1900<br>Chicago, IL 60611 | 10725-00025 | 5/25/2006 | $17,682.47 | S |

| | | | | | |
|---|---|---|---|---|---|
| 33 | Gentle Bay 1997 Trust<br>C/O Jacques M Massa Ttee<br>7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 10725-02297 | 1/12/2007 | $250,000.00 | S |
| 34 | George S & Natalie H Cohan Family Trust Dtd 4/3/03<br>C/O George S Cohan Trustee<br>2048 Foxfire Ct<br>Henderson, NV 89012-2190 | 10725-00530 | 10/10/2006 | $200,000.00 | S |
| 35 | Georges 1987 Trust<br>Leonard J & Jean Georges Ttees<br>701 Rancho Cir<br>Las Vegas, NV 89107-4619 | 10725-00998 | 11/6/2006 | $100,000.00 | S |
| 36 | Georges 1987 Trust<br>Leonard J & Jean Georges Ttees<br>701 Rancho Cir<br>Las Vegas, NV 89107-4619 | 10725-00999 | 11/6/2006 | $200,000.00 | S |
| 37 | Gerwin, Caroline<br>4775 Summit Ridge Dr<br>Apt 1101<br>Reno, Nv 89523-7917 | 10725-00390 | 10/2/2006 | $25,000.00 | S |
| 38 | Ggrm Pension Profit Sharing Plan<br>C/O Gabriel A Martinez Ttee<br>601 S 9Th St<br>Las Vegas, NV 89101-7012 | 10725-01186 | 11/10/2006 | $142,000.00 | S |
| 39 | Giannetti, Ricardo<br>5295 Via Andalusia<br>Yorba Linda, CA 92886 | 10725-01489 | 11/27/2006 | $45,788.99 | S |
| 40 | Gilbert Jr, Elmer Eugene<br>81590 Chenel Rd<br>Folsom, LA 70437 | 10725-01994 | 1/10/2007 | $227,620.28 | S, U |
| 41 | Gilbert Manuel Living Trust Dtd 1/3/92<br>C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 10725-01914 | 1/10/2007 | $243,374.30 | S, U |
| 42 | Gilbert, Lauren J & Erin M<br>C/O Michele Gilbert Custodian<br>3331 S Park St<br>Las Vegas, NV 89117-6722 | 10728-00062 | 10/6/2006 | $ 50,000.00 | S |
| 43 | Gilbert, Lauren J<br>C/O Michele Gilbert Custodian<br>3331 S Park St<br>Las Vegas, NV 89117-6722 | 10728-00063 | 10/6/2006 | $ 25,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Gish Family Trust Dtd 6/25/89<br>George J & Deanna K Gish Ttees<br>2104 Red Dawn Sky St<br>Las Vegas, NV  89134-5538 | 10725-00387 | 10/2/2006 | $54,500.00 | S, P, U |
| 45 | Gladstone-Katz Revocable Trust, Gale<br>Gale Gladstone-Katz Trustee<br>1320 North St<br>#29<br>Santa Rosa, CA  95404 | 10725-02277 | 1/12/2007 | $677,059.05 | S, U |
| 46 | Glen & Carrie Donahue Living Trust Dtd 4/30/94<br>Glenn M & Carrie Donahue Ttee<br>39 Bridgeport Rd<br>Newport Beach, CA  92657-1015 | 10725-00220 | 9/25/2006 | $1,908.08 | S |
| 47 | Gloy, Tom<br>Po Box 4497<br>Incline Village, NV  89450 | 10725-00066 | 11/2/2006 | $200,000.00 | S |
| 48 | Godgrey, John A<br>Pinnacle Entertainment Inc<br>3800 Howard Hughes Pkwy<br>Ste 1800<br>Las Vegas, NV  89109-5921 | 10725-01034 | 11/6/2006 | $50,000.00 | S |
| 49 | Goetsch, David<br>1616 Jones St<br>Minden, Nv  89423 | 10725-01097 | 11/8/2006 | Blank | S |
| 50 | Goforth, Phillip Darin & Francesca M<br>13301 Silver Peak Pl New<br>Albuquerque, Nm  87111-8264 | 10728-00054 | 10/2/2006 | $50,000.00 | S |