LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/1/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>     Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING FIFTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS** |

**Affects:**
¨   All Debtors
×  USA Commercial Mortgage Company
¨   USA Capital Realty Advisors, LLC
¨   USA Capital Diversified Trust Deed Fund, LLC
¨   USA Capital First Trust Deed Fund, LLC
¨   USA Securities, LLC

     **PLEASE TAKE NOTICE** that an Order Sustaining Fifteenth Omnibus Objection of The USACM Liquidating Trust to Claims Asserting Secured Status [DE 3806] was entered on the 29th day of May 2007, a true and correct copy of which is attached hereto as Exhibit 1.

1838129.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

RESPECTFULLY SUBMITTED June 1, 2007.

2

**LEWIS AND ROCA LLP**

3

4

By   /s/ RC (#006593)

5

Susan M. Freeman
Rob Charles

6

*Attorneys for USACM Liquidating Trust*

7

8

PROOF OF SERVICE

9

Copy of the foregoing mailed by First

10

Class, US Mail, postage prepaid, on June
1, 2007 to the parties listed on Exhibit A

11

to the attached order.

12

13

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

14

15

16

17

18

19

20

21

22

23

24

25

26

1838129.1