# EXHIBIT 1

1491622.1

Entered on Docket
May 29, 2007

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Date: April 26, 2007<br>Time: 9:30 a.m |
| USA SECURITIES, LLC,      Debtors. | ) | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1835002.1

**ORDER SUSTAINING FIFTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Fifteenth Omnibus Objection to Claims Asserting Secured Status [DE 3161] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. John and Barbara Gay filed a withdrawal of Claim No. 10725-725. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Fifteenth Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

| | |
|---|---|
| 1 | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: |
| 3 | ☐ The Court waived the requirements of LR 9021. |
| 4-5 | ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has: |
| 6 | ☐ approved the form of this order; |
| 7 | ☐ waived the right to review the order; |
| 8 | ☐ failed to file and serve papers in accordance with LR 9021(c); and/or |
| 9 | ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b). |
| 10-12 | ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order. |
| 13 | ☒ No opposition was filed and no other party or counsel appeared at the hearing. |

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1835002.1

## 15th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Janus, Jeffrey<br>C/O Lincoln Trust Company Ttee<br>8013 Glendale Dr<br>Frederick, MD 21702-2919 | 10725-02168 | 1/12/2007 | $36,631.20 | S |
| 2 | Jason Kefalas Trust<br>C/O Francis Howard Trustee<br>7 Commerce Center Dr<br>Henderson, NV 89014 | 10725-01871 | 1/5/2007 | $50,000.00 | S |
| 3 | Jay E Henman Retirement Plan<br>C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 10725-01212 | 11/10/2006 | $747,243.00 | S |
| 4 | Jayem Family Lp Jacques Massa Gp<br>7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 10725-02298 | 1/12/2007 | $936,807.81 | S |
| 5 | Jean H Murray Separate Property Tr Dtd 9/12/02<br>C/O Jean H Murray Trustee<br>865 Coloma Dr<br>Carson City, NV 80705-7204 | 10725-02034 | 1/11/2007 | $100,008.13 | S, U |
| 6 | Jeannine M Gahring Revocable Trust Dtd 6/27/97<br>C/O Jeanniene M Gahring Ttee<br>17282 Candleberry<br>Irvine, CA 92612-2310 | 10725-00233 | 9/26/2006 | $75,000.00 | S |
| 7 | Jelf, James W & Karene K<br>550 N Mccarran Blvd<br>#303<br>Sparks, NV 89431-5278 | 10725-00595 | 10/16/2006 | $50,000.00 | S |
| 8 | Jillian Campbell & Patsy Rieer Jt Ten<br>2024 Douglas Rd<br>Stockton, CA 95207 | 10725-02212 | 1/12/2007 | $39,296.06 | S, U |
| 9 | Joan B Gassiot Trust 1987 Dtd 8/7/87<br>Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 10725-00154 | 8/14/2006 | $152,000.00 | S |
| 10 | Jocelyn Melzer & Eddie Mayo Jt Ten<br>115 South Deer Run Rd<br>Carson City, NV 89701 | 10725-02231 | 1/12/2007 | $16,771.13 | S, U |
| 11 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 10725-00344 | 9/28/2006 | $150,000.00 | S |
| 12 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 10725-00345 | 9/28/2006 | $100,000.00 | S |

918084  15th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00346 | 9/28/2006 | $153,846.15 | S |
| 14 | John & Janet Mrasz Trust Dtd 12/2/04<br>C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00355 | 9/28/2006 | $46,095.47 | S |
| 15 | John & Priscilla Jaeger Family Trust<br>John B & Priscilla J Jaeger<br>2256 Hot Oak Ridge St<br>Las Vegas, NV  89134-5520 | 10725-01305 | 11/13/2006 | $123,525.00 | S, U |
| 16 | John L Wade Trust<br>C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, Nv  89451-9042 | 10725-02327 | 1/13/2007 | $750,000.00 | S, U |
| 17 | John P & Nancy K Manter Living Trust<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01976 | 1/10/2007 | $25,000.00 | S |
| 18 | John P & Nancy K Manter Living Trust<br>John P & Nancy K Manter Ttees<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01977 | 1/10/2007 | $1,027.00 | S |
| 19 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00347 | 9/28/2006 | $200,000.00 | S |
| 20 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00348 | 9/28/2006 | $100,000.00 | S |
| 21 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00349 | 9/28/2006 | $150,000.00 | S |
| 22 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00350 | 9/28/2006 | $100,000.00 | S |
| 23 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00351 | 9/28/2006 | $24,483.61 | S |
| 24 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 10725-00352 | 9/28/2006 | $100,000.00 | S |

918084   15th Objection to Claims
Asserting Secured Claim Status                     **EXHIBIT A**                                              2

| | | | | | |
|---|---|---|---|---|---|
| 25 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 10725-00353 | 9/28/2006 | $200,000.00 | S |
| 26 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86<br>C/O John T & Janet Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 10725-00354 | 9/28/2006 | $66,136.58 | S |
| 27 | ~~John W & Barbara S Gay Trust Dated 10/17/89~~<br>~~C/O John W & Barbara S Gay Ttees~~<br>~~Po Box 974~~<br>~~54 Hoff Rd~~<br>~~Kenwood, CA 95452-0974~~ | ~~10725-00725~~ | 10/26/2006 | $50,466.00 | ~~S, U~~<br>Claim Withdrawn |
| 28 | John W Brouwers Md Sep Ira<br>2333 Dolphin Ct<br>Henderson, NV 89074-5320 | 10725-00806 | 10/30/2006 | $163,611.11 | S, P |
| 29 | Johnson Jt Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, FL 32137 | 10725-02118 | 1/11/2007 | $101,552.77 | S, U |
| 30 | Johnson Jt Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, Fl 32137-1453 | 10725-01632 | 12/8/2006 | Unliquidated | S |
| 31 | Johnson Ttee Of Cibb Inc Pension Plan, Ronald A<br>50 Snider Way<br>Sparks, NV 89431 | 10725-02129 | 1/11/2007 | $202,800.00 | S, U |
| 32 | Johnson Ttee Of Cibb Inc Pension Plan, Ronald A<br>C/O Ronald M Johnson<br>50 Snider Way<br>Sparks, NV 89431 | 10725-02261 | 1/12/2007 | $202,800.00 | S, U |
| 33 | Johnson Ttee Of The Burgarello Inc Profit, Ronald A<br>50 Snider Way<br>Sparks, NV 89431-6308 | 10725-02128 | 1/11/2007 | $202,800.00 | S, U |
| 34 | Johnson Ttee Of The Burgarello Inc Profit, Ronald A<br>C/O Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431-6308 | 10725-02263 | 1/12/2007 | $202,800.00 | S, U |
| 35 | Johnson Ttees Of The Janet P Johnson Living Tr, Janet P & Charles E<br>17 Front St<br>Palm Coast, FL 32137 | 10725-02117 | 1/11/2007 | $468,301.91 | S, U |
| 36 | Johnson, Phillis<br>C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 10725-02127 | 1/11/2007 | $101,400.00 | S, U |

918084   15th Objection to Claims
Asserting Secured Claim Status                    **EXHIBIT A**                                3

| | | | | | |
|---|---|---|---|---|---|
| 37 | Johnson, Phyllis<br>C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 10725-02262 | 1/12/2007 | $101,400.00 | S, U |
| 38 | Johnson, Ronald A & Marilyn<br>50 Snider Way<br>Sparks, NV 89431-6308 | 10725-02126 | 1/11/2007 | $152,100.00 | S, U |
| 39 | Jonathan M Eller Inc<br>PO Box 1614<br>Mammoth Lakes, CA 93546 | 10725-02081 | 1/11/2007 | $111,576.00 | S, U |
| 40 | Jonathan M Eller IRA<br>First Savings Bank C/F Jonathan M Eller IRA<br>PO Box 1614<br>Mammoth Lakes, CA 93546 | 10725-02079 | 1/11/2007 | $50,000.00 | S, U |
| 41 | Joseph J Machetta Trust Dtd 8/25/04<br>C/O Joseph J Macetta Trustee<br>Po Box 187<br>Brush, Co 80723-0187 | 10725-00376 | 10/2/2006 | Blank | S |
| 42 | Joy Investment Inc A Nevada Corporation<br>8080 Harborview Rd<br>Blaine, WA 98230 | 10725-02124 | 1/11/2007 | $909,470.00 | S, U |
| 43 | Joy Merlene Jackson Living Trust<br>827 Union Pacific Blvd<br>Pmb 71-175<br>Laredo, TX 78045 | 10725-00070 | 6/1/2006 | $2,913.59 | S |
| 44 | Joyce Bombard 2000 Trust<br>C/O Joyce Bombard Trustee<br>8122 Dark Hollow Pl<br>Las Vegas, NV 89117-7618 | 10725-00787 | 10/27/2006 | $100,000.00 | S |

918084   15th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4