# EXHIBIT 1



Entered on Docket
May 29, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Date: April 26, 2007 |
| | ) | Time: 9:30 a.m |
| USA SECURITIES, LLC, | ) | **Affecting:** |
| Debtors. | ) | ☐ All Cases |
| | ) | **or Only:** |
| | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |

1834602.1

## ORDER SUSTAINING TWENTY-SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Second Omnibus Objection to Claims Asserting Secured Status [DE 3176] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Second Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1834602.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1834602.1

## 22nd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Moore, Patrick<br>C/O Muks Realty LLC<br>77-251 Iroquois Dr<br>Indian Wells, CA 92210 | 10725-02153 | 1/12/2007 | $304,258.34 | S, U |
| 2 | Morgan IRA, Rosalie A<br>6869 Eagle Wing Dr<br>Sparks, NV 89436-8496 | 10725-01512 | 11/29/2006 | $126,910.00 | S, P, U |
| 3 | Morton Ira, Nadine<br>First Savings Bank Custodian<br>2708 La Solana Way<br>Las Vegas, Nv 89102 | 10725-00557 | 10/12/2006 | $10,712.58 | S |
| 4 | Morton, Nadine<br>2708 La Solana Way<br>Las Vegas, NV 89102 | 10725-00556 | 10/12/2006 | $50,000.00 | S |
| 5 | Motto, George J<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv 89120 | 10725-00854 | 11/13/2006 | $550,000.00 | S |
| 6 | Mulkey, Laura<br>2860 Augusta Dr<br>Las Vegas, NV 89109 | 10725-01048 | 11/6/2006 | $175,000.00 | S |
| 7 | Mullin, Elaine<br>3115 Merrill Dr #37<br>Torrance, Ca 90503 | 10725-00221 | 9/25/2006 | $220,000.00 | S |
| 8 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Maupin Cox & Legoy<br>Po Box 30000<br>Reno, NV 89520 | 10725-00099 | 8/15/2006 | $122,753.00 | S |
| 9 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Maupin Cox & Legoy<br>Po Box 30000<br>Reno, NV 89520 | 10725-00471 | 10/6/2006 | $122,753.00 | S |
| 10 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00100 | 8/15/2006 | $75,699.00 | S |
| 11 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00101 | 8/15/2006 | $75,717.00 | S |

918169 22nd Objection to Claims
Asserting Secured Claim Status                    **EXHIBIT A**                                    1

| | | | | | |
|---|---|---|---|---|---|
| 12 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00469 | 10/6/2006 | $75,717.00 | S |
| 13 | Murphy Family Trust<br>Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 10725-00470 | 10/6/2006 | $75,699.00 | S |
| 14 | Murphy, Elizabeth R<br>320 Hidden Trails Rd<br>Escondido, Ca 92027 | 10725-02041 | 1/11/2007 | $25,098.63 | S, U |
| 15 | Murray, Gordon & Shirley<br>8100 Sunset Cove Dr<br>Las Vegas, NV 89128-7714 | 10725-00232 | 9/25/2006 | $100,000.00 | S |
| 16 | Mw Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 10725-00200 | 9/20/2006 | $100,000.00 | S |
| 17 | Mw Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 10725-00201 | 9/20/2006 | $100,000.00 | S |
| 18 | Nadine Morton Ira<br>First Savings Bank, Custodian<br>2708 La Solana Wy.<br>Las Vegas, Nv 89102 | 10725-00558 | 10/12/2006 | $16,882.42 | S |
| 19 | Nadine Morton<br>2708 La Solana Wy.<br>Las Vegas, NV 89102 | 10725-00625 | 10/17/2006 | $50,000.00 | S |
| 20 | Nakashima, Vicky<br>1681 Fairburn Ave<br>Los Angeles, CA 90024 | 10725-01018 | 10/26/2006 | $155,000.00 | S |
| 21 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02424 | 1/12/2007 | $32,824.37 | S |
| 22 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02425 | 1/12/2007 | $64,406.10 | S |
| 23 | Nancy C. Serino IRA<br>177 Rainbow Drive #7730<br>Livingston, TX 77399-0001 | 10725-02426 | 1/12/2007 | $53,123.49 | S |
| 24 | Nancy Guyer & Todd Barrett<br>455 Enterprise Ct<br>Boulder City, NV 89005-1508 | 10725-02194 | 1/12/2007 | $54,000.00 | S |

918169 22nd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Nancy R Davis Defined Benefit Plan<br>Nancy R Davis Ttee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 10725-02085 | 1/11/2007 | $139,531.75 | S, U |
| 26 | Nancy R Gilmour IRA<br>C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 10725-01925 | 1/11/2007 | $203,004.11 | S, U |
| 27 | Naylon, Dominique<br>Po Box 2<br>Topaz, Ca 96133 | 10725-01697 | 12/11/2006 | $692,466.54 | S |
| 28 | Naylon, Dominique<br>PO Box 2<br>Topaz, CA 96133 | 10725-02044 | 1/11/2007 | $584,148.81 | S, U |
| 29 | Neal, Ronald Douglas<br>22853 Boxwood Ln<br>Santa Clarita, CA 91390-4155 | 10725-02170 | 1/12/2007 | $141,138.69 | S, U |
| 30 | Nevada Freedom Corp<br>Ftbo Debra L Deverill<br>Duane U Deverill Trustee<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00401 | 10/2/2006 | $228,186.82 | S |
| 31 | Nevada Freedom Corp<br>Ftbo Debra L Deverill<br>Duane U Deverill Trustee<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00402 | 10/2/2006 | $354,947.94 | S |
| 32 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00403 | 10/2/2006 | $1,052,069.31 | S |
| 33 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00404 | 10/2/2006 | $304,594.52 | S |
| 34 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00406 | 10/2/2006 | $101,472.60 | S |
| 35 | Nevada Freedom Corp<br>Ftbo Duane U Deverill<br>774 Mays Blvd<br>Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00407 | 10/2/2006 | $820,466.12 | S |
| 36 | Nevins Jt Ten, Richard & Michele<br>1547 Bob Goalby Ln<br>El Paso, TX 79935 | 10725-02026 | 1/11/2007 | $1,399,379.81 | S, U |

918169 22nd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 37 | Newman Ttees Of The Newman Family Trust, Larry J & Elsie D<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 10725-02150 | 1/12/2007 | $500,119.23 | S, U |
| 38 | Nichols, Charles O & Flora A<br>2561 Seascape Dr<br>Las Vegas, Nv 89128-6834 | 10725-00479 | 10/6/2006 | $864,851.83 | S |
| 39 | Nichols, Suzanne<br>2561 Seascape Dr<br>Las Vegas, NV 89123 | 10725-00478 | 10/6/2006 | $12,820.91 | S |
| 40 | Nielson Family Trust Dtd 3/9/78<br>C/O Dell R & Penny Nielson Ttees<br>Po Box 281145<br>Dysart Rnch<br>Lamoille, NV 89828-1145 | 10725-00748 | 10/26/2006 | $48,835.02 | S |
| 41 | Nix, John & Lisa M<br>836 Temple Rock Ct<br>Boulder City, Nv 89005 | 10725-00178 | 9/1/2006 | $101,791.67 | S |
| 42 | Norman & Charlene Prins Revoc Living Trust<br>Dtd 10/29/03<br>Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN 55438-2114 | 10725-01480 | 11/27/2006 | $118,827.74 | S |
| 43 | Novak, Lee<br>503 Kiel St<br>Henderson, NV 89015 | 10725-00536 | 10/10/2006 | $100,000.00 | S |
| 44 | Noxon Family Trust The<br>C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 10725-00970 | 11/3/2006 | $9,157.80 | S |
| 45 | Noxon Family Trust The<br>Arthur & Joan Noxon Trustees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 10725-00971 | 11/3/2006 | $50,000.00 | S |
| 46 | Noxon Family Trust The<br>C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 10725-00972 | 11/3/2006 | $35,426.83 | P, S |
| 47 | O`Neill, Charles & Lois C<br>2340 Armstrong Ln<br>Reno, NV 89509 | 10725-01731 | 12/11/2006 | $75,311.86 | S |
| 48 | O`Neill, Charles E & Lois<br>2340 Armstrong Ln<br>Reno, NV 89509-3861 | 10725-01730 | 12/11/2006 | $75,311.86 | S |
| 49 | O`Riordan, John E & Sonhild A<br>2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 10725-01923 | 1/10/2007 | $1,738,252.26 | S, U |