**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/1/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                 Debtors.<br><br>**Affects:**<br>× All Debtors<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**POST EFFECTIVE OFFICIAL SERVICE LIST FOR LIMITED NOTICE NO. 2 DATED JUNE 1, 2007** |

**LEWIS AND ROCA LLP LAWYERS**

| Address | Role |
|---|---|
| **Richard I. Dreitzer**<br>**Deputy Attorney General**<br>**State of Nevada Attorney General's Office**<br>**555 E Washington Avenue, Suite 3900**<br>**Las Vegas, NV 89101**<br>**ridreitz@ag.state.nv.us** | **Attorney General's Office** |
| Anne M. Loraditch<br>BECKLEY SINGLETON CHTD<br>530 Las Vegas Blvd South<br>Las Vegas, NV 89101<br>aloraditch@beckleylaw.com | Attorneys for Equity Security Holders of Diversified |
| George A. Davis<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>george.davis@cwt.com | Attorney for Compass Partners LLC |
| Susan Williams Scann<br>DEANER, DEANER, SCANN, MALAN & LARSEN<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>sscann@deanerlaw.com | Attorneys for Binford Medical Developers, LLC |
| Berman, Geoffrey L.<br>DEVELOPMENT SPECIALISTS, INC.<br>333 S. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1544<br>gberman@dsi.biz | Trustee for USA Commercial Mortgage Company |
| Allan B. Diamond<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Eric Madden<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>emadden@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |

1820514.1

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Michael Tucker<br>FTI CONSULTING<br>One Renaissance Square<br>Two N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-2322<br>michael.tucker@fticonsulting.com | USA Capital Diversified Trust Deed Fund Administrator |
| **Robert P. Goe**<br>**GOE & FORSYTHE**<br>**660 Newport Center Drive, Suite 320**<br>**Newport Beach, CA 92660**<br>**rgoe@goeforlaw.com** | **Attorneys for SCC Acquisition Corp** |
| Janet L. Chubb, Esq.<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>POB 281<br>Reno, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com | Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Keven Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Khel; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc. |
| **Dean T. Kirby, Jr.**<br>**John Hebert**<br>**KIRBY & McGUINN, A.P.C.**<br>**600 B Street, Suite 1950**<br>**San Diego, CA 92101**<br>**dkirby@kirbymac.com**<br>**jhebert@kirbymac.com** | **Attorneys for Debt Acquisition Company of America V** |
| Susan M. Freeman<br>Rob Charles<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>SFreeman@LRLaw.com<br>RCharles@LRLaw.com | Attorneys for USACM Liquidating Trust |
| **Michelle Abrams**<br>**MICHELLE L. ABRAMS, LTD.**<br>**3085 S Jones Blvd., Suite C**<br>**Las Vegas, NV 89146**<br>**mabrams@mabramslaw.com** | **Attorney for Debt Acquisition Company of America V** |

1820514.1

**LEWIS AND ROCA LLP LAWYERS**

| Address | Role |
|---|---|
| **Richard W. Esterkin**<br>**Asa S. Hami**<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>**300 S Grand Avenue, 22nd Floor**<br>**Los Angeles, CA 90071-3132**<br>**resterkin@morganlewis.com**<br>**ahami@morganlewis.com** | **Attorneys for SCC Acquisition Corp** |
| August B. Landis<br>OFFICE OF THE U.S. TRUSTEE<br>300 Las Vegas Blvd., S. Suite 4300<br>Las Vegas, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov | Office of U.S. Trustee |
| Jeffrey D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>jhermann@orrick.com | Attorneys For Committee Of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC |
| Marc A. Levinson<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>malevinson@orrick.com | Attorneys For Committee Of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC |
| **William J. Ovca, Jr., Trustee**<br>**Defined Pension Plan**<br>**OVCA ASSOCIATES, INC.**<br>**16872 Baruna Lane**<br>**Huntington Beach, CA 92649**<br>**N1GL@aol.com**<br>**Facsimile: 714-840-6672** | **Direct Lender** |
| **Andrew Parlen**<br>**Eve H. Karasik**<br>**STUTMAN, TREISTER & GLATT, P.C.**<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>**aparlen@stutman.com**<br>**ekarasik@stutman.com** | **Attorneys for Equity Security Holders of USA Capital First Trust Deed** |

1820514.1

LEWIS AND ROCA LLP
LAWYERS

Respectfully Submitted: June 1, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
Counsel for USACM Liquidating Trust

1820514.1