**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 6/1/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE MANTAS GROUP'S OPPOSITION TO OBJECTIONS TO PROOFS OF CLAIM** |

On March 20, 2007, the USACM Liquidating Trust filed 33 omnibus objections to secured proofs of claim. The objections requested that the Court reclassify the claims as general unsecured claim (albeit subject to possible additional objections). Included in these objections were the following claims filed collectively by "The Mantas Group".

1

1834932.1

LEWIS
AND
ROCA
LLP
LAWYERS

| Name of Claimant | Proof of Claim No. | Amount | Date Claim Filed | Omnibus Objection | Docket Entry |
|---|---|---|---|---|---|
| Nancy N. LaFleur Transfer on Death to Stephen & James R. LaFleur | 10725-02302 | $115,000.00 | 1/13/2007 | 17 | 3165 |
| DG Menchetti Ltd. Pension Plan, c/o DG Menchetti, Trustee | 10725-02307 | $140,000.00 | 1/13/2007 | 7 | 3145 |
| Menchetti, DG | 10725-02306 | $900,000.00 | 1/13/2007 | 21 | 3174 |
| Mantas, Leo | 10725-02308 | $164,558.00 | 1/13/2007 | 19 | 3170 |
| World Links Group, LLC c/o Leo G. Mantas | 10725-02309 | $198,000.00 | 1/13/2007 | 33 | 3192 |
| Anderson Family Trust DTD 8/21/92, Gary B. & Barbara L. Anderson, Trustees | 10725-02301 | $500,000.00 | 1/13/2007 | 2 | 3135 |
| Erven J. & Frankie J. Nelson Trust | 10725-02305 | $450,000.00 | 1/13/2007 | 9 | 3149 |
| Erven J. Nelson Ltd PSP dated 10/31/72 | 10725-02304 | $250,000.00 | 1/13/2007 | 9 | 3149 |
| Zawacki, A California LLC | 10725-02299 | $1,500,000.00 | 1/13/2007 | 33 | 3192 |
| L. Earle Romak IRA | 10725-02326 | $1,000,000.00 | 1/13/2007 | 10 | 3151 |

The Mantas Group filed an Opposition to Objection to Proofs of Claim [DE 3507] that acknowledged that the loans are secured by property owned by the various borrowers, and not the USACM Liquidating Trust.

Therefore, the Mantas Group, by and through their attorney, Erven T. Nelson of the law firm Bolick & Boyer, and the USACM Liquidating Trust, by and through their undersigned counsel, hereby stipulate and agree that the claims identified above be reclassified as general unsecured claims subject to further objection.

1834932.1

LEWIS AND ROCA
LAWYERS

Dated: June 1, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

-and-

Dated: May 25, 2007

**BOLICK & BOYER**

By: /s/ ETN (#2332)
Erven T. Nelson, NV 2332
6060 W Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone (702) 870-6060
Facsimile (702) 870-6090
erv@rlbolick.com
*Attorneys for Mantas Group*

3

1834932.1