CATHERINE CORTEZ MASTO
Attorney General
RICHARD I. DREITZER
Deputy Attorney General
555 E. Washington Avenue, Rm. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3165
Facsimile: (702) 486-3416
E-mail: ridreitz@ag.state.nv.us
Attorneys for State of Nevada,
Department of Business and Industry,
Mortgage Lending Division,
Party-In-Interest

E-filed on: 6/1/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                     Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                     Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                     Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                     Debtor. | |
| In re:<br><br>USA SECURITIES, LLC.,<br>                     Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on the 4th day of June, 2007, I served a copy of the **State of Nevada Department of Business and Industry, Mortgage Lending Division's Notice to Court of Regulatory Developments,** by placing the document listed above in a sealed envelope with potage thereon fully paid in the United States Mail at Las Vegas, Nevada and addressed same as set forth in the attached mailing list.

/s/ Richard Dreitzer
An employee of the Office of the Attorney General