# EXHIBIT 1

**Entered on Docket
May 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1834612.1

# ORDER SUSTAINING TWENTY-EIGHTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Eighth Omnibus Objection to Claims Asserting Secured Status [DE 3186] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. No responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Twenty-Eighth Omnibus Objection to Claims Asserting Secured Status;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1834612.1

|   |   |
|---|---|
| 1 | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: |
| 3 | ☐ The Court waived the requirements of LR 9021. |
| 4-5 | ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has: |
| 6 | ☐ approved the form of this order; |
| 7 | ☐ waived the right to review the order; |
| 8 | ☐ failed to file and serve papers in accordance with LR 9021(c); and/or |
| 9 | ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b). |
| 10-12 | ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order. |
| 13 | ☒ No opposition was filed and no other party or counsel appeared at the hearing. |

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1834612.1

## 28th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Schulte, James L & Cynthia L<br>162 Obed Point<br>Crossville, TN 38571 | 10725-01131 | 11/8/2006 | $50,000.00 | S |
| 2 | Schulte, James<br>162 Obed Point<br>Crossville, TN 38571 | 10725-01129 | 11/8/2006 | $50,000.00 | S |
| 3 | Schumann, Kenneth<br>10 Town Plz #99<br>Durango, Co 81301 | 10725-00884 | 10/31/2006 | $125,000.00 | S |
| 4 | Schwab, Ardath<br>73 Smokestone Ct<br>Las Vegas, NV 89110 | 10725-01160 | 11/9/2006 | $42,866.66 | S |
| 5 | Schwartz & Earp Joint Venture<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01795 | 12/15/2006 | $1,164.97 | S |
| 6 | Secure Retirement Trust B<br>C/O Leona Apigian Trustee<br>172 Woodland Rd<br>Goldendale, WA 98620-2613 | 10725-01961 | 1/10/2007 | $50,746.52 | S, U |
| 7 | Sedlak, Alvina<br>7840 E Camelback Rd #203<br>Scottsdale, AZ 85251 | 10725-01302 | 11/13/2006 | $50,000.00 | S |
| 8 | Sexton, Thomas<br>450 Waycliffe Ave N<br>Wayzata, MN 55391 | 10725-00386 | 10/2/2006 | $271,000.00 | S |
| 9 | Sharp Ira, Marion C<br>20 Leroy Ter<br>New Haven, Ct 06512-3114 | 10725-02328 | 1/13/2007 | $225,000.00 | S, U |
| 10 | Sharp Jt Ten, Chris & Terri<br>29276 Whitegate Ln<br>Highland, Ca 92346 | 10725-02303 | 1/13/2007 | $100,000.00 | S, U |
| 11 | Sheldon & Marion G Portman Trust Dtd 11/1/85<br>Sheldon & Marion G Portman Ttees<br>9505 City Hill Ct<br>Las Vegas, NV 89134-1171 | 10725-01912 | 1/10/2007 | $1,360,849.64 | S, U |
| 12 | Shirley J Sutton Trust<br>C/O Shirley J Sutton Trustee<br>1477 Bear Creek Dr<br>Bishop, CA 93514-1947 | 10725-00250 | 9/26/2006 | $75,000.00 | S |

918185 28th Objection to Claims Asserting Secured Claim Status         **EXHIBIT A**         1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Shuler, Michael<br>C/O Jay R Eaton<br>Eaton & O'Leary, Pllc<br>Po Box 18<br>Fairbury, IL 61739 | 10725-00548 | 10/10/2006 | $239,932.00 | S |
| 14 | Sierra West Inc<br>PO Box 8346<br>Incline Village, NV 89452-8346 | 10725-01036 | 11/6/2006 | $425,583.32 | S, U |
| 15 | Sierra, Debra<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, Ca 94583 | 10725-00145 | 8/15/2006 | $51,822.91 | S |
| 16 | Silvestri, Silvio & Kathryn<br>13621 Wolf Rd<br>Grass Valley, CA 95949-8187 | 10725-00456 | 10/5/2006 | $74,340.00 | S, P |
| 17 | Simmons Jt Ten, Alan R & Judith<br>PO Box 13296<br>South Lake Tahoe, CA 96151-3296 | 10725-02175 | 1/12/2007 | $593,144.11 | S, U |
| 18 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA 94117 | 10725-00044 | 5/11/2006 | $50,000.00 | S |
| 19 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA 94117 | 10725-00047 | 5/11/2006 | $50,000.00 | S |
| 20 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA 94117 | 10725-00048 | 5/11/2006 | $50,000.00 | S |
| 21 | Simmtex Inc A Nevada Corp<br>Jed Barish<br>2011 Oak St<br>San Francisco, CA 94117 | 10725-00049 | 5/11/2006 | $50,000.00 | S |
| 22 | Simon Family Trust<br>Trustee Of The Simon Family Trust<br>15517 Oakstand Ct<br>Poway, CA 92064 | 10725-00170 | 8/28/2006 | $507,465.28 | S |
| 23 | Simon Family Trust<br>Trustee Of The Simon Family Trust<br>15517 Oakstand Ct<br>Poway, Ca 92064 | 10725-00194 | 9/8/2006 | $507,465.28 | S |
| 24 | Simon Ttees Of The Simon Family Tr 2000, Alan & Carol<br>1800 Waldman Ave<br>Las Vegas, NV 89102-2437 | 10725-01909 | 1/10/2007 | $101,433.34 | S, U |

918185 28th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Simon, Ruby & Evie<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01191 | 11/7/2006 | $10,989.00 | S |
| 26 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01182 | 11/7/2006 | $65,936.00 | S |
| 27 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01185 | 11/7/2006 | $9,124.00 | S |
| 28 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01193 | 11/10/2006 | $184,000.00 | S |
| 29 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01198 | 11/10/2006 | $37,553.69 | S |
| 30 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01199 | 11/7/2006 | $411,143.47 | S |
| 31 | Simon, Ruby<br>8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 10725-01200 | 11/7/2006 | $56,000.00 | S |
| 32 | Sinett, Sheldon & Annette<br>239 Harbor View Dr<br>Port Washington, Nv  11050-4706 | 10725-01361 | 11/13/2006 | $100,000.00 | S |
| 33 | Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY  11050 | 10725-01331 | 11/13/2006 | $100,000.00 | S |
| 34 | Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY  11050 | 10725-01367 | 11/13/2006 | $100,000.00 | S |
| 35 | Sinett, Todd & Wendy<br>11 Cedar Ln<br>Sands Point, Nv  11050-1334 | 10725-01386 | 11/13/2006 | $100,000.00 | S |
| 36 | Sinett, Todd<br>11 Cedar Ln<br>Sands Point, NY  11050 | 10725-01354 | 11/13/2006 | $100,000.00 | S |
| 37 | Sklar, Barbara<br>2429 Bryan Ave<br>Venice Beach, Ca  90291 | 10725-00774 | 10/27/2006 | $200,000.00 | S |
| 38 | Small Family Trust<br>Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ  86314 | 10725-01955 | 1/10/2007 | $351,567.00 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 39 | Small Ttee Of The, Charels H<br>Charles Small Revocable Living Trust<br>12754 Joleane Ave<br>Yuma, AZ  85367-6490 | 10725-01973 | 1/10/2007 | $136,448.02 | S, U |
| 40 | Smith, Gene & Emily<br>419 Shipley Dr<br>Yerington, NV  89447-2632 | 10725-00586 | 10/13/2006 | $26,857.60 | S |
| 41 | Snopko Ttee Of The Charlotte Snopko Ma, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01759 | 12/26/2006 | $250,000.00 | S |
| 42 | Snopko Ttee Of The Charlotte Snopko Mar, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01746 | 12/26/2006 | $35,000.00 | S |
| 43 | Snopko Ttee Of The Charlotte Snopko Mar, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01758 | 12/26/2006 | $175,000.00 | S |
| 44 | Snopko Ttee Of The Charlotte Snopko Resi, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01747 | 12/26/2006 | $15,000.00 | S |
| 45 | Snopko Ttee Of The Charlotte Snopko Resi, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01760 | 12/26/2006 | $15,000.00 | s |
| 46 | Snopko Ttee Of The Snopko 1981 Trust, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01761 | 12/26/2006 | $250,000.00 | S |
| 47 | Snopko Ttee Of The Snopko 1981 Trust, Frank<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01762 | 12/26/2006 | $250,000.00 | S |
| 48 | Sobesky, Stephen F<br>1118 Olmo Way<br>Boulder City, NV  89005-3116 | 10725-00423 | 10/2/2006 | $70,000.00 | S |

918185  28th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 49 | Sobesky, Stephen<br>1118 Olmo<br>Boulder City, NV 89005 | 10725-00382 | 10/2/2006 | $70,000.00 | S |
| 50 | Sobesky, Stephen<br>1118 Olmo<br>Boulder City, Nv 89005 | 10725-00413 | 10/2/2006 | $70,000.00 | S |

918185 28th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

5