Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; jhermann@orrick.com

E-filed on June 4, 2007

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SUPPLEMENT TO ORRICK, HERRINGTON & SUTCLIFFE LLP'S FINAL FEE APPLICATION (JUNE 1, 2006 – MARCH 12, 2007)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

1. Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("DTDF Committee" for "DTDF"), filed its final fee application on April 26, 2007 ("Application"). In the Application, Orrick sought an order of this Court: (1) allowing its professional fees in the amount of $2,228,780.60 and expenses incurred in the amount of $42,914.58 for the period of June 1, 2006 through March 12, 2007; and (2) authorizing revested debtor USA Capital Diversified Trust

{00399234;}OHS West:260220362.2

1. Deed Fund, LLC to pay such amounts upon entry of an order approving the Application. The fees sought represent over 4,250 hours of service rendered by Orrick professionals.

2. As represented in the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications, filed on May 25, 2007 [Docket No. 3771], and approved by the Court on May 29, 2007 [Docket No. 3797], the parties to the stipulation sought an extension of time to object to certain fee applications in order to afford them time to discuss and resolve possible objections rather than to file objections and then litigate them.

3. Based on discussions with counsel for the DTDF debtor-in-possession concerning potential objections to the Application, and without agreeing that any objection would be well founded, Orrick agrees to reduce its fee request by 2%. Thus, the $2,271,695.18 of fees requested in the Application is voluntarily reduced by $44,575.60 to $2,184,204.90. Coupled with the voluntary and unilateral fee reductions of approximately $93,600 described in paragraph 18 of the Application, the amount of reductions by Orrick exceeds $138,000. The request for reimbursement of $42,914.58 of costs is not being reduced.

4. In light of the foregoing, Orrick prays that the Court award fees in the sum of $2,184,204.90, and the reimbursement of costs in the sum of $42,914.58, for a total award of $2,227,119.48.

Dated: June 4, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC