Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:   (702) 385-3373
Facsimile:    (702) 385-5024
Email:         bolson@beckleylaw.com
                  aloraditch@beckleylaw.com

Electronically filed on June 4, 2007

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | **SUPPLEMENT TO BECKLEY SINGLETON, CHARTERED'S FINAL FEE APPLICATION (JUNE 9, 2006 – MARCH 12, 2007)** |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date:    June 22, 2007<br>Hearing Time:    9:30 a.m.<br>Place:                Courtroom #1 |

1.  Beckley Singleton, Chartered ("Beckley"), Nevada counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("DTDF Committee" for "DTDF"), filed its final fee application on April 26, 2007 (the "Application"). In the Application, Beckley sought an order of this Court: (1) allowing its professional fees in the amount of $458,344.87 and expenses incurred in the amount of $65,469.83 for the period of June 9, 2006 through March 12, 2007; and (2) authorizing revested

{00399228;}OHS West:260220362.2

debtor USA Capital Diversified Trust Deed Fund, LLC to pay such amounts upon entry of an order approving the Application. The fees sought represent over 1,675 hours of service rendered by Beckley professionals.

2. As represented in the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications, filed on May 25, 2007 [Docket No. 3771], and approved by the Court on May 29, 2007 [Docket No. 3797], the parties to the stipulation sought an extension of time to object to certain fee applications in order to afford them time to discuss and resolve possible objections rather than to file objections and then litigate them.

3. Based on discussions with counsel for the chapter 11 debtor, Diversified, concerning potential objections to the Application, and without agreeing that any objection would be well founded, Beckley agrees to reduce its fee request by 2%. Thus, the $458,344.87 in fees requested in the Application is voluntarily reduced by $9,166.90 to $449,177.97. The request for reimbursement of $65,469.83 of costs is not being reduced.

4. In light of the foregoing, Beckley respectfully requests that the Court award fees in the sum of $449,177.97, and the reimbursement of costs in the sum of $65,469.83, for a total award of $514,647.80.

DATED this 4th day of June 2007.

BECKLEY SINGLETON, CHARTERED

By: _____
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:    (702) 385-3373

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC