Electronically filed on June 4, 2007

1  Michael A. Tucker
2  Chas E. Harvick
   FTI CONSULTING, INC.
3  Two North Central Avenue, Suite 1200
   Phoenix, AZ  85004
4  Telephone: (602) 744.7100
   Facsimile: (602) 744.7110
5  Email:    michael.tucker@fticonsulting.com;
           chas.harvick@fticonsulting.com
6
7  Financial Advisors for the Official USA Diversified Committee
   of Equity Security Holders of USA Capital Diversified Trust
8  Deed Fund, LLC

9
                    UNITED STATES BANKRUPTCY COURT
10
                         DISTRICT OF NEVADA
11

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>**SUPPLEMENT TO FTI** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CONSULTING, INC. FIRST AND FINAL FEE APPLICATION (June 9, 2006-March 12, 2007)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

{00399308;}US_WEST:260031111.1                    - 1 -

1.  FTI Consulting, Inc. ("FTI"), as financial advisor to The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "USA Diversified Committee"), filed its first and final fee application on April 26, 2007 ("Application"). In the Application, FTI sought an order of this Court: (1) allowing its professional fees in the amount of $1,613,380.50 and expenses incurred in the amount of $30,951.02 for the period of June 9, 2006 through March 12, 2007; and (2) authorizing revested debtor USA Capital Diversified Trust Deed Fund, LLC to pay such amounts upon entry of an order approving the Application. The fees sought represent over 4,033 hours of service rendered by FTI professionals.

2.  As represented in the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications filed on May 25, 2007 (Docket No. 3771), the parties to the stipulation sought an extension of time to object to certain fee applications in order to afford them time to discuss and resolve possible objections rather than to file objections and then litigate them.

3.  Based on discussions with counsel for the chapter 11 debtor, USA Diversified, concerning potential objections to the Application, and without agreeing that any objection would be well founded, FTI agrees to reduce its fee request by 2%. Thus, the $1,613,380.50 of fees requested in the Application is voluntarily reduced by $32,267.61 to $1,581,112.89. The request for reimbursement of $30,951.02 of costs is not being reduced.

///

///

///

4. In light of the foregoing, FTI prays that the Court award fees in the sum of $1,581,112.89, and the reimbursement of costs in the sum of $30,951.02, for a total award of $1,612,063.91.

Respectfully submitted this 4th day of June 2007.

/s/Michael Tucker
Michael A. Tucker
FTI CONSULTING, INC.
Two North Central Avenue, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 744-7100