

Entered on Docket
June 04, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** 06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: April 26, 2007<br>Time: 9:30 a.m<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | |
| **USA Securities, LLC** 06-10729 **Debtors.** | |

**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

1835690.1

1  The USACM Liquidating Trust (the "USACM Trust") filed its Second Omnibus
2  Objection to Claims Asserting Secured Status [DE 3135] (the "Objection") on March 20,
3  2007. Appropriate notice of the Objection was given. Responses to the Objection were
4  filed with this Court as follows:

5  - Reply to Objection to Proof of Claim filed by Erven T. Nelson, Bolick & Boyer
6    on behalf of Anderson Family Trust DTD 8/21/92, Gary B. & Barbara L.
7    Anderson, Trustees, Claim No. 10725-2301. The Stipulation is being prepared
8    to resolve the objection filed by Mr. Nelson.
9  - Objection filed by Guy Archer [DE 3515] as to Claim Nos. 10725-00831 and
10   10725-00832. Counsel is preparing a motion for summary judgment as to these
11   claims.

12 No other responses were filed with this Court. The Objection came before the
13 Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is
14 ORDERED:

15 - Sustaining the USACM Trust's Second Omnibus Objection to Claims
16 Asserting Secured Status listed on Exhibit A attached;

17 - Reclassifying the Proofs of Claim listed on Exhibit A attached as general
18 unsecured claims; and

19 - Reserving the right of any party in interest, including the USACM Trust, to
20 further object to any and all claims listed on Exhibit A attached as unsecured claims or
21 otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:
**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

1835690.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/~~DISAPPROVED~~

*[signature]*

Erven T. Nelson
Bolick & Boyer, Attorneys for
Anderson Family Trust DTD 8/21/92, Gary B. & Barbara L. Anderson, Trustees

APPROVED/DISAPPROVED

_____
Guy Archer

1835690.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order;

  ☐ waived the right to review the order;

  ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

  ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/DISAPPROVED

_____
Erven T. Nelson
Bolick & Boyer, Attorneys for
Anderson Family Trust DTD 8/21/92, Gary B. &
Barbara L. Anderson, Trustees

APPROVED/DISAPPROVED

*/s/ Guy Archer/*
Guy Archer

**LEWIS AND ROCA LLP**

By: __/s/ RC (#0006593)__
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1835690.1

# EXHIBIT A

1491622.1

## 2nd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Number | Date Filed | Amount | Classification | Certification Status |
|---|---|---|---|---|---|---|
| 1 | Anderson IRA, Larry<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00133 | 8/11/2006 | $300,000.00 | S<br>U - Unknown amount | |
| 2 | Anderson Trustee, Larry<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00131 | 8/11/2006 | $50,000.00 | S<br>U - Unknown | |
| 3 | ~~Anderson Ttee Of The Anderson Fmly Trust, Gary B & Barbara L~~<br>~~Po Box 699~~<br>~~Carnelian Bay, Ca 96104~~ | ~~10725-02301~~ | 1/13/2007 | $500,000.00 | ~~S, U~~ | |
| 4 | Anderson, Larry & Nancy<br>13250 Mahogany Dr<br>Reno, NV 89511 | 10725-00132 | 8/11/2006 | $125,000.00 | S<br>U - Unknown amount | |
| 5 | Andrade, Albert Daniel<br>Po Box 2122<br>Oakdale, CA 95361-5122 | 10725-01189 | 11/10/2006 | $100,912.00 | S | |
| 6 | Andrade, Albert Daniel<br>PO Box 2122<br>Oakdale, CA 95361-5122 | 10725-01399 | 11/3/2006 | $100,912.00 | S | |
| 7 | Andrade, Albert Daniel<br>Po Box 2122<br>Oakdale, CA 95361-5122 | 10725-01399 | 11/13/2006 | $100,912.00 | S | |
| 8 | Andrea T Mancuso Family Limited Partnership<br>Andrea Mancuso General Partner<br>Po Box 981840<br>Park City, UT 84098-1840 | 10725-00533 | 10/10/2006 | $250,000.00 | S | |
| 9 | Angeli, Emilio J & Christine E<br>9675 Irvine Bay Ct<br>Las Vegas, NV 89147-8365 | 10725-00304 | 9/29/2006 | $23,574.24 | S, U | |
| 10 | Anita Watson Living Trust<br>Anita Watson<br>5309 Parsonage Ct<br>Virginia Beach, VA 23455-7101 | 10725-01311 | 11/13/2006 | $50,000.00 | S | |

1

1836840.1

| | | | | | |
|---|---|---|---|---|---|
| 11 | Ann E Brant Survivors Trust Dtd 5/22/87<br>C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 10725-02066 | 1/11/2007 | $101,443.08 | S, U |
| 12 | Anthony & Alicia Pasqualotto 1997 Trust<br>Anthony & Alicia Pasqualotto Tr<br>5775 Duneville St<br>Las Vegas, NV 89118-2726 | 10725-01398 | 11/13/2006 | $296,359.65 | S, U |
| 13 | Apg Trust Dated 7/5/00<br>C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 10725-00153 | 8/14/2006 | $250,260.00 | S |
| 14 | Apg Trust Dtd 7/5/00<br>C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 10725-00204 | 8/17/2006 | $350,260.00 | S |
| 15 | Apigian Jt Ten, Larry & Leona<br>172 Woodland Rd<br>Goldendale, WA 98620 | 10725-01962 | 1/10/2007 | $178,150.36 | S, U |
| 16 | Arbogast, Suzanne L<br>1005 W Buffinglon St<br>Upland, CA 91784 | 10725-02130 | 1/11/2007 | $229,794.79 | S, U |
| 17 | ~~Archer, Guy~~<br>~~1725 Fairfield Ave~~<br>~~Reno, NV 89509-3221~~ | ~~10725-00831~~ | 10/30/2006 | $37,005.78 | ~~S, U~~ |
| 18 | ~~Archer, Guy~~<br>~~1725 Fairfield Ave~~<br>~~Reno, NV 89509-3221~~ | ~~10725-00832~~ | 10/30/2006 | $29,521.73 | ~~S~~ |
| 19 | Archer, Sherry<br>2944 Pierce St<br>San Francisco, CA 94123 | 10725-01916 | 1/10/2007 | $51,896.51 | S |
| 20 | Arechiga, Albert<br>4800 Marconi Ave #137<br>Carmichael, CA 95608 | 10725-00266 | 9/26/2006 | $75,000.00 | S |

2

| | | | | | |
|---|---|---|---|---|---|
| 21 | Arends Family Trust<br>Joan Arends As Trustee<br>2310 Aqua Hill Rd<br>Fallbrook, CA 92026 | 10725-01278 | 11/10/2006 | $100,000.00 | S |
| 22 | Aronson, Lawrence J &<br>Henrietta<br>21150 Point Pl<br>Apt 606<br>Aventura, FL 33180-4034 | 10728-00050 | 9/27/2006 | $100,000.00 | S |
| 23 | Arthur & Thelma Kebble<br>Family Trust<br>C/O Arthur & Thelma Kebble<br>Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 10725-01177 | 11/10/2006 | $327,563.97 | S, P, U |
| 24 | Audrey M Whightsil Revocable<br>Living Tr<br>Andrey M Whightsil Trustee<br>12754 Joleane Ave<br>Yuma, AZ 85367 | 10725-01974 | 1/10/2007 | $65,751.19 | S, U |
| 25 | Auffert, Eugene & Maria<br>Teresa<br>534 Lambeth Ct<br>Henderson, Nv 89014-3863 | 10725-01611 | 12/8/2006 | $55,000.00 | S |
| 26 | Augustine Tuffanelli Family<br>Trust<br>Augustine Tuffanelli Ttee<br>Thomas R Brooksbank Esq<br>689 Sierra Rose Dr Ste A2<br>Reno, NV 89511 | 10725-00089 | 8/6/2006 | $250,000.00 | S |
| 27 | Aurora Investments Lp<br>2710 Harbor Hills Ln<br>Las Vegas, NV 89117 | 10725-00185 | 9/5/2006 | $1,017,916.67 | S |
| 28 | Averett, George Michael &<br>Claire H<br>760 Little Sweden Rd<br>Heber City, UT 84032-3503 | 10725-01101 | 11/8/2006 | $50,000.00 | S |
| 29 | Ayers, C Donald<br>PO Box 1769<br>Mammoth Lakes, CA 93546 | 10725-02160 | 1/12/2007 | $130,313.62 | S, U |
| 30 | Baginski, Michael<br>12881 Knott St<br># 205<br>Garden Grove, Ca 92841 | 10725-01150 | 11/9/2006 | $288,283.00 | S, P, U |

3

1836840.1

| | | | | | |
|---|---|---|---|---|---|
| 31 | Bakas-Halliday, Iona<br>Po Box 39147<br>Ft Lauderdale, FL 33339 | 10725-00453 | 10/5/2006 | $50,000.00 | S |
| 32 | Baker, Leonard & Barbara<br>C/O Leonard & Barbara Baker<br>8520 Bayland Dr<br>Las Vegas, NV 89134-8641 | 10725-01178 | 11/3/2006 | $140,000.00 | S |
| 33 | Baker, Sigfried<br>8057 Lands End<br>Las Vegas, NV 89117 | 10725-01628 | 12/6/2006 | $50,000.00 | S |
| 34 | Baker, Sigfried<br>8057 Lands End<br>Las Vegas, NV 89117 | 10725-01629 | 12/8/2006 | $50,000.00 | S |
| 35 | Barashy, Nimrod<br>2868 Redwood St<br>Las Vegas, NV 89146 | 10725-00979 | 11/3/2006 | $101,041.67 | S |
| 36 | Barbara J Kewell Trust Dated 7/18/89<br>Frederick W Kewell Ttee<br>5426 Hidden Valley Ct<br>Reno, NV 89502-9571 | 10725-01452 | 11/16/2006 | $50,439.42 | S |
| 37 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV 89521 | 10725-00770 | 10/27/2006 | $13,961.00 | S |
| 38 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV 89521 | 10725-02207 | 1/5/2007 | $225,000.00 | S, U |
| 39 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV 89521 | 10725-02207 | 1/5/2007 | $225,000.00 | S, U |
| 40 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146 | 10725-00316 | 10/4/2006 | Blank | S |
| 41 | Bartholomew Family Trust<br>Larry & Karen Bartholomew Ttees<br>Po Box 521 | 10725-00599 | 10/16/2006 | $83,333.33 | S |

4

1836840.1

American Fork, UT 84003-0521

| | | | | | |
|---|---|---|---|---|---|
| 42 | Bartholomew Family Trust<br>Larry B & Karen S Bartholomew<br>Po Box 521<br>American Fork, UT 84003-0521 | 10725-00579 | 10/13/2006 | $83,333.33 | S |
| 43 | Barzan Family Trust<br>John C & Rosemarie A Barzan<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 10725-02228 | 1/12/2007 | $126,821.52 | S, U |
| 44 | Barzan, Richard D & Lelia J<br>7231 Langworth Rd<br>Oakdale, CA 95361 | 10725-02227 | 1/12/2007 | $662,814.89 | S, U |
| 45 | Bauer IRA, John<br>40808 N River Bend Rd<br>Anthem, AZ 85086-2946 | 10725-01243 | 11/9/2006 | $500,000.00 | S, U |
| 46 | Bauer, Timothy & Angela<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 10725-00585 | 10/23/2006 | $60,000.00 | S |
| 47 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 10725-00704 | 10/24/2006 | $50,000.00 | S |
| 48 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 10725-00707 | 10/24/2006 | $100,000.00 | S |
| 49 | Benjamin & Aleath Nicosia Family Trust<br>Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 10725-00710 | 10/24/2006 | $150,000.00 | S |

5

1836840.1