UNITED STATES BANKRUPTCY COURT
District of Nevada

In re:

**USA COMMERCIAL MORTGAGE COMPANY**

Debtor(s)

Chapter 11
Case No. 06-10725

RECEIVED AND FILED

JUN 4  11 PM '07

CLERK

## NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Hain Capital Group, LLC, party-in-interest in the above-referenced proceeding. The undersigned hereby requests to be removed from electronic notice.

Respectfully Submitted,

*Robert Koltai*

Hain Capital Group, LLC
Meadows Office Complex
301 Route 17
6th Floor
Rutherford, NJ  07070
(201)896-6100 (Telephone)
(201)643-6401 (Facsimile)

By: Robert Koltai
5/30/07