**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

E-Filed on 6/5/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                   Debtors.<br><br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**SUPPLEMENT TO LEWIS AND ROCA LLP'S FINAL FEE APPLICATION (June 19, 2006 – March 12, 2007)**<br><br>Hearing: June 22, 2007<br>Time:     9:30 a.m. |

Lewis and Roca LLP ("Lewis and Roca"), counsel to the Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "USA Committee"), filed its final fee application on April 26, 2007 ("Application") [Docket 3614]. On May 23, 2007 Lewis

1839416.1

LEWIS AND ROCA LLP
LAWYERS

and Roca filed a Supplement to the Second and Final Application (the "Supplemental Application") [Docket 3764] for period March 13, 2007 through April 30, 2007 for services relating to the monthly fee statement, and applications for compensation. In the Application and Supplemental Application (collectively the "Applications"), Lewis and Roca sought an order of this Court: (1) allowing its professional fees in the amount of $1,211,494.25 and expenses incurred in the amount of $121,909.15 for the period of June 19, 2006 through April 30, 2007, and (2) authorizing revested debtor USA Commercial Mortgage Company ("USACM") to pay the balance owed upon entry of an order approving the Applications. The fees sought represent over 3,639 hours of service rendered by Lewis and Roca professionals.

August Landis of the Office of the United States Trustee asked the undersigned whether professionals in these jointly administered cases had considered a voluntary, unilateral fee reduction in light of the complexity of the applications, the work involved in the cases, and the uncertain anticipated recoveries for creditors in these cases. Lewis and Roca immediately offered and does hereby reduce its fee request by 2%.[1] No objections have been posed to the Applications, and Lewis and Roca is not aware of any objection, although we recognize that the Court has and takes seriously its independent obligation to review professional fees for reasonableness. This reduction is not offered in compromise of any objection, question or concern.

Accordingly, the $1,211,494.25 of fees requested in the Applications is voluntarily reduced by $24,229.89 to $1,187,264.36. Coupled with the voluntary and unilateral fee reductions of approximately $14,563.50 on page 14 of the First Application and page 19 of the Second Application, the amount of reductions by Lewis and Roca from original billing records is about $38,790.00. We finally note that on a monthly basis the Office of the

---

[1] The request for reimbursement of $121,909.15 of costs is not being reduced.

LEWIS AND ROCA LLP
LAWYERS

United States Trustee had reviewed Lewis and Roca's fee and expense statement. When the UST had concerns, we addressed them.

In light of the foregoing, Lewis and Roca asks that the Court award fees in the sum of $1,187,264.36 and direct the reimbursement of expenses in the sum of $121,909.15, for a total award of $1,309,173.51.

RESPECTFULLY SUBMITTED June 5, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

PROOF OF SERVICE

Copy of the foregoing e-mailed on June 5, 2007 to all parties listed on the Post Effective Official Service List for Limited Notice No. 2 dated June 1, 2007 on file with this Court.

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1839416.1