Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 5, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | **SUPPLEMENT TO SECOND AND FINAL APPLICATION OF RAY QUINNEY & NEBEKER P.C. FOR COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. § 330 FOR THE PERIOD APRIL 13, 2006 THROUGH MARCH 12, 2007** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: June 22, 2007<br>Hearing Time: 9:30 a.m. |

Ray Quinney & Nebeker P.C. ("RQN"), counsel to USA Commercial Mortgage Company ("USACM"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors"), hereby files this Supplement to Second and Final Application of Ray Quinney & Nebeker P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. § 330 for the Period April 13, 2006 through March 12, 2007 (the "Supplement").

1. On April 26, 2007, RQN filed its Second and Final Application of Ray Quinney & Nebeker P.C. for Compensation and Reimbursement Pursuant to 11 U.S.C. § 330 for the Period April 13, 2006 through March 12, 2007 (the "Final Application").

2. The Final Application sought compensation for services and reimbursement for actual and necessary expenses RQN provided on behalf of each of the Debtors in the following amounts:

| Debtor | Fees | Expenses | Total |
| --- | --- | --- | --- |
| USA Commercial Mortgage Company | $2,657,744.77 | $169,965.34 | $2,827,710.11 |
| USA Capital First Trust Deed Fund, LLC | $547,752.61 | $34,757.47 | $582,510.08 |
| USA Capital Diversified Trust Deed Fund, LLC | $469,131.71 | $29,836.96 | $498,968.97 |
| USA Capital Realty Advisors, LLC | $2,629.07 | $172.96 | $2,802.03 |
| USA Capital Securities, LLC | $1,944.36 | $129.96 | $2,074.31 |
| **TOTAL** | **$3,679,202.52** | **$234,862.68** | **$3,914,065.20** |

3. RQN has not received any objections to the Final Application. However, RQN did receive from the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("the FTDF Committee") letters detailing discrete allocation objections to RQN's February 2007 monthly invoices and its March 2007 monthly invoices.

4. In evaluating the issues raised in the letter objections from FTDF to RQN's February 1 through March 12 invoices, RQN believes it is appropriate to reallocate $8,915.50 from FTDF to USACM. Although RQN believes that on an overall basis its allocation of fees to FTDF was appropriate, RQN is willing to make this allocation adjustment in order to resolve the issues raised by the FTDF Committee. RQN believes it is appropriate to reallocate these fees to

1  USACM because they relate to work performed for USACM's benefit (the majority of these fees
2  are derived from work related to the Placer Vineyards loan servicing matter ($5,549.00); the Del
3  Bunch Appeal ($1,751.75) and the post-closing transition of various loans to Compass Partners,
4  LLC ($1,187.50)).

5      5.    Furthermore, although no objections to RQN's fees have been raised by any of the
6  other official committees in these cases, RQN has discussed with Mr. Landis, Assistant United
7  States Trustee, a voluntary 2% reduction of fees to account for certain technical issues the United
8  States Trustee may have with the RQN Final Application that are inherent in the large fee
9  applications of all professionals filed in the Debtors' cases.

10      6.    Accordingly, as requested by the United States Trustee, RQN has agreed to
11  voluntarily reduce its requested compensation by $73,584.05 (2% of RQN's fees to each of the
12  Debtors).

13      7.    This voluntary reduction is made in addition to the voluntary fee reductions
14  previously made by RQN in the amount of $183,837.38 and the 50% voluntary reduction given
15  the Debtors for fees incurred by RQN in the preparation of RQN's Monthly Statements and the
16  interim fee application and the Final Application (an estimated $90,000.00 reduction) as described
17  in the Final Application..

18      8.    Furthermore, RQN has already implicitly provided the Debtors with a significant
19  reduction by billing at hourly rates significantly lower than the other attorneys employed in this
20  case. For example, the blended hourly rate for RQN attorneys in this case was $253.52. The next
21  lowest blended hourly rate for attorneys was $291.84 by Beckley Singleton, Chtd.

22      9.    By billing at this significantly lower rate, while at the same time providing
23  exceptional legal services in a very difficult and contentious case (as explained in detail in the
24  Final Application and its attachments), RQN has implicitly provided an additional benefit to the
25  estates of at least $528,465.75 (comparing RQN's blended hourly rate with the next lowest rate).

26      10.    Additionally, RQN has agreed not to pursue its request for a fee enhancement.
27  RQN requested the fee enhancement largely in part because of the implicit reduction RQN was
28  already taking on its low hourly rates and wanted to reserve its rights to seek an enhancement if

3

the requested time reductions were too large. However, given the agreement reached with the United States Trustee on the 2% reduction, and the lack of any other formal objection to the Final Application, RQN is withdrawing any enhancement request.

11. Accordingly, RQN respectfully requests that the Court approve and award final compensation and expense reimbursement to RQN, adjusted as follows:

| Debtor | Fees | Expenses | Total |
|---|---|---|---|
| USA Commercial Mortgage Company | $2,613,327.07 | $169,965.33 | $2,783,292.40 |
| USA Capital First Trust Deed Fund, LLC | $528,060.36 | $34,757.47 | $562,817.83 |
| USA Capital Diversified Trust Deed Fund, LLC | $459,749.08 | $29,836.96 | $489,586.04 |
| USA Capital Realty Advisors, LLC | $2,576.49 | $172.96 | $2,749.45 |
| USA Capital Securities, LLC | $1,905.47 | $129.96 | $2,035.43 |
| **TOTAL** | **$3,605,618.47** | **$234,862.68** | **$3,840,481.15** |

Respectfully submitted this 5th day of June, 2007.

_____
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

4