E-Filed on 6/5/07

**EDWARD BURR**
**Sierra Consulting Group, LLC**
Two North Central Avenue, Suite 700
Phoenix, AZ 85004
Telephone: 602-424-7001
Fax: 602-424-7002
tburr@sierracgllc.com

Financial Advisor
For the Official Unsecured Creditors' Committee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                Debtors.<br><br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Supplement To Sierra Consulting Group LLC's Final Fee Application (July 14, 2006 – March 12, 2007)**<br><br>Hearing:  June 22, 2007<br>Time:      9:30 a.m. |

     Sierra Consulting Group, LLC ("Sierra Consulting"), financial advisor to the

Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "USA

Committee"), filed its final fee application on April 19, 2007 ("Application") [Docket

1839817.1

1    3511].  In the Application, Sierra Consulting sought an order of this Court: (1) allowing its

2    professional fees in the amount of $367,984.50 and expenses incurred in the amount of

3    $8,241.05 for the period of July 14, 2006 through March 12, 2007, and (2) authorizing

4    revested debtor USA Commercial Mortgage Company ("USACM") to pay the balance

5    owed upon entry of an order approving the Application.  The fees sought represent over

6    1,345.8 hours of service rendered by Sierra Consulting professionals.

7         August Landis of the Office of the United States Trustee asked Lewis and Roca

8    LLP, counsel for the USA Committee, whether professionals in these jointly administered

9    cases had considered a voluntary, unilateral fee reduction in light of the complexity of the

10    Application, the work involved in the cases, and the uncertain anticipated recoveries for

11    creditors in these cases.  Sierra Consulting noted that it already had the lowest hourly rates

12    of any of the other professionals in the case and had the lowest fee application of all the

13    major professionals. As an example, one of the other financial adviser firms' lowest staff

14    person charged higher rates than Sierra Consulting's highest professional.  Sierra

15    Consulting already voluntarily reduced its fees by not charging any travel time, not

16    charging time to prepare monthly bills (the Mesirow Interim Financial Management

17    monthly cost to do this was more than Sierra Consulting's entire bill), if more than one

18    person was at a meeting or on a call Sierra Consulting did not bill for the second person,

19    Sierra Consulting did not bill for all of its travel and out of town expenses, and Sierra

20    Consulting did not pass along any annual rate increase.

21         However, Sierra does hereby voluntarily reduce its fee request by 2%.  No

22    objections have been posed to the Application, and Sierra Consulting is not aware of any

23    objection, although it recognizes that the Court has and takes seriously its independent

24    obligation to review professional fees for reasonableness.  This reduction is not offered in

25    compromise of any objection, question or concern.

26

1839817.1

1    Accordingly, the $367,984.50 of fees requested in the Application is voluntarily

2    reduced by $7,359.69 to $360,624.81.

3    In light of the foregoing, Sierra Consulting asks that the Court award fees in the

4    sum of $360,624.81 and direct the reimbursement of expenses in the sum of $8,241.05, for

5    a total award of $368,865.86.

6    RESPECTFULLY SUBMITTED June 5, 2007.

7

8    SIERRA CONSULTING GROUP, LLC.

9

10    By  /s/ Edward Burr

11    Edward Burr
     *Sierra Consulting Group, LLC*

12    Two North Central Avenue,
     Suite 700

13    Phoenix, AZ 85004

14

15

16    PROOF OF SERVICE

17    Copy of the foregoing e-mailed on June 5,

18    2007 to all parties listed on the Post
     Effective Official Service List for Limited

19    Notice No. 2 dated June 1, 2007 on file

20    with this Court.

21     /s/ Christine E. Laurel

22    Christine E. Laurel
     Lewis and Roca

23

24

25

26

1839817.1