AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Ext. 235
Facsimile:  (702) 388-6658

Attorneys for the Acting United States Trustee
        SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**USA Commercial Mortgage Company**
        **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
        06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
        06-10727

**USA Capital First Trust Deed Fund, LLC**
        06-10728

**USA Securities, LLC**
        06-10729                    Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date:  N/A
Time:  N/A
Place:  N/A

**Affecting:**
☐ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

## THE UNITED STATES TRUSTEE'S RESPONSE TO THE SECOND AND FINAL APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS FOR THE PERIOD OF AUGUST 1, 2006 THROUGH MARCH 12, 2007 [DE #3554]

**TO THE HONORABLE LINDA B. RIEGLE, BANKRUPTCY JUDGE:**

        In response to the Second and Final Application of the Official Committee of

Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement

of Expenses of Committee Members for the Period of August 1, 2006 through March 12, 2007 [DE #3554], the United States Trustee states:

1.    The Application requests final approval and reimbursement of certain expenses incurred by committee members Mary Ellen Moro ($2,322.14) and Richard G. Woudstra Revocable Trust ($684.38), for a total reimbursement request of $3,006.52.

2.    Statutory grounds exist for the requested reimbursement, and the Application provides sufficient detail to analyze the expenses for which reimbursement is sought. *See* 11 U.S.C. §§ 1102 and 503(b)(3)(F), and FED. R. BANKR. P. 2016(a).

3.    The United States Trustee is satisfied that the expenses for which reimbursement is sought in the Application were incurred by the identified committee members in the performance of their duties as members of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC.

After review of the Application, the United States Trustee does not oppose reimbursement of the expenses detailed in the Application.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
August B. Landis, Assistant United States Trustee
United States Department of Justice

Page -2-