1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
           SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>    **06-10725 -- Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729                    Debtors | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:  N/A<br>Time:  N/A<br>Place: N/A<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**THE UNITED STATES TRUSTEE'S RESPONSE TO THE SECOND AND FINAL APPLICATION OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS [DE #3562]**

**TO THE HONORABLE LINDA B. RIEGLE, BANKRUPTCY JUDGE:**

In response to the Second and Final Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company for

Reimbursement of Expenses of Committee Members [DE #3562], the United States Trustee states:

1. The Application requests final approval and reimbursement of certain expenses incurred by committee members Jim McCollum ($607.99), Arthur Polacheck ($1,386.62) and Ned Homfeld ($496.77), for a total reimbursement request of $2,491.38.

2. Statutory grounds exist for the requested reimbursement, and the Application provides sufficient detail to analyze the expenses for which reimbursement is sought. *See* 11 U.S.C. §§ 1102 and 503(b)(3)(F), and FED. R. BANKR. P. 2016(a).

3. The United States Trustee is satisfied that the expenses for which reimbursement is sought in the Application were incurred by the identified committee members in the performance of their duties as members of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company.

After review of the Application, the United States Trustee does not oppose reimbursement of the expenses detailed in the Application.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
August B. Landis, Assistant United States Trustee
United States Department of Justice