ELECTRONICALLY FILED
June 6, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN |
| (CA State Bar No. 230429), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br>     Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>     Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>     Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br>     Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | **Hearing** <br> Date: June 22, 2007 <br> Time: 9:30 a.m. <br> Place: Courtroom #1 |

**SUPPLEMENT TO FINAL APPLICATION OF STUTMAN, TREISTER & GLATT P.C., AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 10, 2006 THROUGH MARCH 12, 2007 (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

416444v1

1. Stutman, Treister & Glatt, P.C. ("ST&G"), counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") filed its final fee application on April 26, 2007 (the "Application") [Docket No. 3574]. In the Application, ST&G sought an order of this Court: (1) awarding final allowance of ST&G's professional fees in the amount of $2,159,529.95 and ST&G's expenses incurred in the amount of $92,573.35 for the period of May 10, 2006 through March 12, 2007; and (2) authorizing USA Capital First Trust Deed Fund, LLC ("FTDF") to pay such amounts not yet paid upon entry of an order approving the Application. The fees sought represent over 5,000 hours of service rendered by ST&G professionals.

2. As represented in the Stipulation and Joint Ex Parte Motion to Extend the Deadline for Certain Parties to Object to Professionals' Fee Applications, filed on May 25, 2007 [Docket No. 3771], and approved by the Court on May 29, 2007 [Docket No. 3797], the parties to the stipulation sought an extension of time to object to certain fee applications in order to afford them time to discuss and resolve possible objections rather than to file objections and then engage in litigation regarding the fee applications.

3. Based on discussions with the Office of the United States Trustee concerning potential objections to the Application, and without agreeing that any objection would be well founded, ST&G agrees to reduce its fee request by 2%. Thus, the $2,159,529.95 of fees requested in the Application is voluntarily reduced by $43,190.60 to $2,116,339.35. Coupled with the voluntary and unilateral fee reductions of $266,911.55 described in paragraph 140 of the Application, the amount of reductions by ST&G is $310,102.15. The request for reimbursement of $92,573.35 of costs is not being reduced.

4. In light of the foregoing, ST&G prays that the Court award final allowance of fees in the sum of $2,116,339.35 and the reimbursement of costs in the sum of $92,573.35, for a total award of $2,209,092.70.

///

///

///

416444v1

1 | Respectfully submitted this 6th day of June, 2007.

3 | /s/ *Andrew M. Parlen*

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC