Entered on Docket
June 07, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007 Time: 9:30 a.m |
| USA SECURITIES, LLC, Debtors. | **Affecting:** ☐ All Cases **or Only:** ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC |

1837333.1

# ORDER SUSTAINING THIRTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its thirteenth Omnibus Objection to Claims Asserting Secured Status [DE 3157] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A Responses to the Objection were filed with this Court as follows:

- Reply filed by Jane Hendler regarding Claim Nos. 10725-00446 and 10725-00447 [DE 3412]. A stipulation allowing the claim as an unsecured claim is being circulated.

- Objection filed by Jack Hoggard regarding Claim No. 10725-00244 [DE 3431]. A motion for summary judgment will be prepared as to this claim.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirteenth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

1837333.1

1  PREPARED AND SUBMITTED:

2  **LEWIS AND ROCA LLP**

3

4  By:  /s/ RC (#0006593)
      Susan M. Freeman
5     Rob Charles
   *Attorneys for USACM Liquidating Trust*
6

7
        CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021
8
   In accordance with Local Rule 9021, the undersigned certifies:
9
   ☐   The Court waived the requirements of LR 9021.
10
   ☒   I have delivered a copy of this proposed order to all attorneys and unrepresented
11      parties who have appeared at the hearing regarding this matter and/or who filed
       a written objection and each has:
12
       ☒   approved the form of this order;
13
       ☐   waived the right to review the order;
14
       ☐   failed to file and serve papers in accordance with LR 9021(c); and/or
15
       ☐   failed to sign and return this proposed order within five (5) business days
16         in accordance with LR 9021(b).

17 ☐   I have delivered a copy of this proposed order to all attorneys and unrepresented
      parties who appeared at the hearing regarding this matter and/or who filed a
18    written objection and all have either approved the form of this order, waived the
      right to review the order, failed to file and serve papers in accordance with LR
19    9021(c) and the following have disapproved the form of the order:

20 ☐   No opposition was filed to the motion and no other party or counsel appeared at
      the hearing (none required).
21

22

23 (APPROVED)/DISAPPROVED                    APPROVED/DISAPPROVED

24
   _____           _____
25  Jane Hendler                              Jack Hoggard

26

3

1837333.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  - ☒ approved the form of this order;
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

_____        _____
Jane Hendler                                            Jack Hoggard

3

1837333.1

1  LEWIS AND ROCA LLP
2
3
   By:  /s/ RC (#0006593)
4        Susan M. Freeman
         Rob Charles
5  *Attorneys for USACM Liquidating Trust*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

1837333.1

**13th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00612 | 10/16/2006 | $50,000.00 | S |
| 2 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00613 | 10/16/2006 | $50,000.00 | S |
| 3 | Harkins 2001 Revocable Trust Dated 8/23/01<br>C/O Leslie & Linda Harkins, Ttees<br>2050 Longley Ln., Apt. 2008<br>Reno, NV  89502 | 10725-00614 | 10/16/2006 | $25,000.00 | S |
| 4 | Harkins 2001 Revocable Trust Dtd 8/23/01<br>Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 10725-00484 | 10/6/2006 | $50,000.00 | S |
| 5 | Harkins 2001 Revocable Trust Dtd 8/23/01<br>Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 10725-00486 | 10/6/2006 | $25,000.00 | S |
| 6 | Harkins Of The Harkins 2001 Revoc-<br>Leslie & Linda Able Tr<br>2050 Longley Ln Apt 2008<br>Reno. NV  89502 | 10725-00481 | 10/6/2006 | $50,000.00 | S |
| 7 | Harms, Kurt & Sandra<br>5513 Indian Hills Ave<br>Las Vegas, NV  89130-2073 | 10725-00409 | 10/2/2006 | $56,766.70 | S, U |
| 8 | Harold & Beverly Willard 1980 Trust Dtd 12/18/80<br>Harold & Beverly Willard Ttees<br>400 Bavarian Dr<br>Carson City, NV  89705-7008 | 10725-00280 | 9/27/2006 | $50,000.00 | S |
| 9 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave Apt 703<br>San Mateo, Ca  94402-7117 | 10725-00237 | 9/26/2006 | $50,000.00 | S |
| 10 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave Apt 703<br>San Mateo, Ca  94402-7117 | 10725-00238 | 9/26/2006 | $50,000.00 | S |

918063  13th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 11 | Harold Epstein Revocable Living Trust Dtd 2/14/91<br>C/O Harold Epstein Trustee<br>40 W 3Rd Ave<br>Apt 703<br>San Mateo, Ca 94402-7117 | 10725-00239 | 9/26/2006 | $50,000.00 | S |
| 12 | Harouff Jt Ten, Dwight W & Mary Ann<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 10725-01965 | 1/10/2007 | $126,866.20 | S, U |
| 13 | Harouff Ttees Of The Skip & Mary Harouff Trust, Mary Ann & Dwight W<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 10725-01966 | 1/10/2007 | $313,278.39 | S, U |
| 14 | Harouff Ttees Of, Dwight W & Mary Ann The Harouff Charitable Remainder<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 10725-01963 | 1/10/2007 | $284,090.98 | S, U |
| 15 | Harrington, Suze<br>2131 Connor Park Cv<br>Salt Lake City, UT 84109-2468 | 10725-02058 | 1/11/2007 | $304,534.25 | S, U |
| 16 | Harrision Family Trust 7/27/99<br>Thomas & Marguerite Harrison<br>930 Dorcey Dr<br>Incline Village, Nv 89451 | 10725-02005 | 1/10/2007 | $25,281.25 | S,U |
| 17 | Harrison Ttees Of The Harrison Family Tr, Thomas B & Marguerite F<br>930 Dorcey Dr<br>Incline Village, NV 89451 | 10725-02003 | 1/10/2007 | $307,175.18 | S, U |
| 18 | Harry B Mchugh Revocable Trust Dtd 03/12/01<br>C/O Harry B Mchugh Trustee<br>525 Court St<br>Reno, NV 89501-1731 | 10725-00582 | 10/13/2006 | $90,000.00 | S |
| 19 | Harry G & Beverly C Fritz Family Trust Dtd 4/13/95<br>C/O Beverly C Fritz Trustee<br>3242 Brookfield Dr<br>Las Vegas, NV 89120-1939 | 10725-00312 | 9/29/2006 | $2,953.46 | S |
| 20 | Hart, Kay J<br>455 Magnolia Ave<br>Fairhope, AL 36532 | 10725-02049 | 1/11/2007 | $303,105.58 | S, U |
| 21 | Hartwell, Harold<br>3424 E Tonopah Ave<br>N Las Vegas, NV 89030 | 10725-01045 | 11/6/2006 | $150,000.00 | S |
| 22 | Harvey, Alderson<br>2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 10725-01107 | 11/8/2006 | $50,000.00 | S |

918063 13th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 23 | Harvey, Roderick J Sr & Pauline W Trustees Of Harvey Family Trust, Dtd 4/13/97<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00214 | 9/29/2006 | $50,000.00 | S |
| 24 | Harvey, Roderick J Sr & Pauline W Trustees Of Harvey Family Trust, Dtd 4/13/97<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00215 | 9/29/2006 | $50,000.00 | S |
| 25 | Hasen, Terry<br>Po Box 458<br>Sparks, NV  89432 | 10725-01105 | 11/6/2006 | $105,000.00 | S |
| 26 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L<br>C/O  Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 10725-01915 | 1/10/2007 | $243,374.30 | S, U |
| 27 | Havins, Kimberly<br>3125 Shadowleaf Ct<br>Las Vegas, Nv  89117 | 10725-00564 | 10/12/2006 | $280,000.00 | S |
| 28 | Hedlund, Michael & Carol<br>Albright Stoddard Warnick & Albright<br>801 S Rancho Dr  #D-4<br>Las Vegas, NV  89106 | 10725-00063 | 7/17/2006 | $262,241.81 | S |
| 29 | Hees Jt Ten, Christina L & Donald L<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02091 | 1/11/2007 | $25,098.63 | S, U |
| 30 | Heinbaugh, Judith<br>Po Box 8537<br>Incline Village, NV  89452 | 10725-00442 | 10/5/2006 | $175,000.00 | S |
| 31 | Heller Trust<br>Robert E & Edna W Heller Ttees<br>152 Ave De La Bleu De Clair<br>Sparks, NV  89434-9558 | 10725-01038 | 11/6/2006 | $53,457.30 | S |
| 32 | Helmberger, Richard A<br>2300 Rock Springs Dr<br>Apt 2044<br>Las Vegas, Nv  89128-3150 | 10725-00498 | 10/9/2006 | $1,351.00 | S |
| 33 | Helmberger, Richard A<br>39080 Santa Rosa Ct<br>Murrietta, CA  92563 | 10725-00497 | 10/9/2006 | $183,155.95 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 34 | Helms Homes LLC<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 10725-02292 | 1/12/2007 | $6,348,967.22 | S, U |
| 35 | Helzer, Jocelyne<br>115 South Deer Run Rd<br>Carson City, NV  89701 | 10725-02232 | 1/12/2007 | $24,606.50 | S, U |
| 36 | ~~Hendler, Jane~~<br>~~4154 Saint Clair Ave~~<br>~~Studio City, CA  91604-1607~~ | ~~10725-00446~~ | ~~10/5/2006~~ | ~~$71,160.43~~ | ~~S~~<br>Stipulation to be filed |
| 37 | ~~Hendler, Jane~~<br>~~4154 St Clair Ave~~<br>~~Studio City, CA  91604~~ | ~~10725-00447~~ | ~~10/5/2006~~ | ~~$71,160.43~~ | ~~S, U~~<br>Stipulation to be filed |
| 38 | Herd Family Trust Dtd 4/23/99<br>C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA  95222-9768 | 10725-02042 | 1/11/2007 | $303,044.51 | S, U |
| 39 | Hermaine & Seymour Hinden Living Trust Dtd 2/22/00<br>C/O Hermaine & Seymour Hinden Ttees<br>2721 Orchid Valley Dr<br>Las Vegas, Nv  89134-7327 | 10725-00953 | 11/2/2006 | $40,000.00 | S |
| 40 | Hess, Donald L<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02092 | 1/11/2007 | $50,736.30 | S, U |
| 41 | Hewlett Packard Financial Services Co.<br>Peter Ashcroft Esquire<br>Bernstein Law Firm PC<br>2200 Gulf Tower<br>707 Grant St.<br>Pittsburgh, PA  15219 | 10725-00105 | 8/10/2006 | $34,063.78 | S |
| 42 | Heyboer, Judy<br>1150 Hidden Oaks Dr<br>Menlo Park, CA  94025 | 10725-00330 | 9/28/2006 | $75,000.00 | S |
| 43 | HFAH Asylum LLC<br>Homes for America Holdings Inc.<br>86 Main St<br>Second Fl<br>Yonkers, NY  10701-2738 | 10725-01318 | 11/13/2006 | $6,685,850.00 | S |
| 44 | Higgins, Diane H<br>571 Alden<br>Incline Village, NV  89451-8333 | 10725-00755 | 10/30/2006 | $100,000.00 | S |
| 45 | Higgins, Larry D<br>571 Alden<br>Incline Village, NV  89451-8333 | 10725-00959 | 11/1/2006 | $112,633.31 | S |

918063  13th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 46 | High, Edward O<br>1413 Pelican Bay Trail<br>Winter Park, FL  32792 | 10725-02048 | 1/11/2007 | $201,997.38 | S, U |
| 47 | Hill, Robert W<br>4900 San Timoteo Ave Nw<br>Albuquerque, NM  87114-3813 | 10725-00356 | 10/2/2006 | $800.39 | S, P |
| 48 | Hogan, Gary M<br>9900 Wilbur May Pkwy<br>Apt 1604<br>Reno, NV  89521-4016 | 10725-00427 | 10/4/2006 | $50,000.00 | S |
| 49 | ~~Hoggard, Jack~~<br>~~7022 Rushwood Dr~~<br>~~El Dorado Hills, Ca  95762~~ | ~~10725-00244~~ | ~~9/26/2006~~ | ~~$15,000.00~~ | ~~S~~ |