Entered on Docket
June 07, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1835695.1

# ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Fifth Omnibus Objection to Claims Asserting Secured Status [DE 3141] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed by the following party:

Celso Acosta filed three Oppositions[DE 3415, 3416, 3417] in response to the Objection to Proofs of Claim Nos. 10725-00609, 10725-00610, and 10725-00611. A Motion for Summary Judgment will be filed in regard to these responses.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Fifth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1835695.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  - ☒ approved the form of this order;
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**APPROVED**/DISAPPROVED

_/s/ Celso Acosta_    5/31/07
Celso Acosta

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1835695.1

**5th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Carlton Jt Ten, Michael W & Helen I<br>416 N 10Th St<br>Biythe, CA  92225-1835 | 10725-01991 | 1/10/2007 | $7,397.51 | S |
| 2 | Carlton, Daniel & Zora N<br>390 Corvair Dr<br>Lake Havasu City, AZ  86406-7074 | 10725-00487 | 10/6/2006 | $3,672.54 | S |
| 3 | Carlton, Daniel<br>390 Corvair Dr<br>Lake Havasu City, Az  86406 | 10725-01990 | 1/10/2007 | $3,698.75 | S |
| 4 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01983 | 1/10/2007 | $17,260.85 | S |
| 5 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01985 | 1/10/2007 | $75,000.00 | S |
| 6 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01987 | 1/10/2007 | $55,000.00 | S |
| 7 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01988 | 1/10/2007 | $55,000.00 | S |
| 8 | Carlton, Daniel<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277 | 10725-01989 | 1/10/2007 | $50,000.00 | S |
| 9 | Carlton, Michael W & Helen I<br>416 N 10Th St<br>Blythe, CA  92225-1835 | 10728-00067 | 10/10/2006 | Blank | S |
| 10 | Carol A Eller IRA<br>First Saving Bank C/F<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02078 | 1/11/2007 | $17,170.00 | S, U |
| 11 | Carol Edward Associates<br>Po Box 8543<br>Incline Village, Nv  89452-8543 | 10725-00482 | 10/6/2006 | Blank | S |
| 12 | Carol Mortensen Family Trust<br>4847 Damon Cir<br>Salt Lake City, Ut  84117 | 10725-02051 | 1/11/2007 | $172,875.49 | S,U |

916779   5th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Carol Mortensen Family Trust<br>C/O Carol Mortensen Trustee<br>4847 Damon Cir<br>Salt Lake City, UT  84117-5854 | 10725-02052 | 1/11/2007 | $28,932.58 | S, U |
| 14 | Caroline Gerwin Family Trust Dtd 11/2/95<br>C/O Caroline M Gerwin Trustee<br>4775 Summit Ridge Dr<br>Apt 1101<br>Reno, NV  89523-7917 | 10725-00389 | 10/2/2006 | $330,000.00 | S |
| 15 | Carollo Jt Ten, Robert  Beverly Carollo<br>Morse & Mowbray<br>300 South Fourth St, Ste 1400<br>Las Vegas, NV  89101 | 10725-00098 | 8/15/2006 | $100,000.00 | S |
| 16 | Carpenter, Michael R & Anne M<br>687 W Ella Dr<br>Corrales, NM  87048-7248 | 10725-01090 | 11/7/2006 | $126,121.77 | S |
| 17 | Carrier Family Trust Dated 8/9/91<br>Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00127 | 8/11/2006 | $50,000.00 | S<br>U - Unknown amount |
| 18 | Carrier Family Trust Dtd 8/9/91<br>Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00207 | 8/15/2006 | $50,000.00 | S<br>U - Unknown amount |
| 19 | Carrier Ttee Of The Carrier Family Trust,<br>Don F & Sara L<br>3175 Greensburg Cir<br>Reno, NV  89509 | 10725-00205 | 8/11/2006 | $50,000.00 | S<br>U - Unknown |
| 20 | Carson, Douglas<br>Hc 34  Box 34153<br>Ely, NV  89301 | 10725-01095 | 11/7/2006 | $100,000.00 | S |
| 21 | Carson, Linda<br>Po Box 8927<br>Aspen, CO  81612 | 10725-00461 | 10/5/2006 | $100,000.00 | S |
| 22 | Carter Family Trust<br>Jerry W & Nancy L Carter Ttees<br>4543 Northwind Ct<br>Sparks, NV  89436-4657 | 10725-01094 | 11/8/2006 | $75,000.00 | S |
| 23 | Carter Trustee, William Daniel<br>8710 54Th Ave East<br>Bradenton, FL  34211 | 10725-01104 | 11/7/2006 | $107,998.21 | S |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Casebolt Ttee Of The Casebolt Revocable Tr, Josephine<br>201 Ada Ave<br>Apt 46<br>Mountain View, CA  94043-4943 | 10725-02146 | 1/11/2007 | $126,094.38 | S, U |
| 25 | Casey, Richard<br>Sterling Trust Company Custodian Fbo<br>Po Box 2526<br>Waco, TX  76702-2526 | 10725-01473 | 11/15/2006 | $50,000.00 | S |
| 26 | Castillo, Tito<br>13390 Parkside Ter<br>Cooper City, Fl  33330 | 10725-01555 | 12/6/2006 | $423,845.13 | S<br>P<br>U -unknown |
| 27 | Catherine B. Stretmater Revocable Trust Dated 6/5/89<br>C/O Catherine B. Stretmate, Trustee<br>12000 N. 90Th St., Unit 2006<br>Scottsdale, AZ 85260-8631 | 10725-00619 | 10/17/2006 | $100,000.00 | S |
| 28 | ~~Celso Acosta~~<br>~~9061 Black Elk Ave.~~<br>~~Las Vegas, NV 89143-1180~~ | ~~10725-00609~~ | 10/16/2006 | $51,661.05 | ~~S~~<br>Motion for Summary Judgment to be filed |
| 29 | ~~Celso Acosta~~<br>~~9061 Black Elk Ave.~~<br>~~Las Vegas, NV 89143-1180~~ | ~~10725-00610~~ | 10/16/2006 | $26,554.58 | ~~S~~<br>Motion for Summary Judgment to be filed |
| 30 | ~~Celso Acosta~~<br>~~9061 Black Elk Ave.~~<br>~~Las Vegas, NV 89143-1180~~ | ~~10725-00611~~ | 10/16/2006 | $52,906.93 | ~~S~~<br>Motion for Summary Judgment to be filed |
| 31 | Center State Beverage Inc<br>Po Box 877<br>Templeton, CA  93465-0877 | 10728-00079 | 10/23/2006 | $80,000.00 | S |
| 32 | Cesari Piazza Ira<br>First Savings Bank, Custodian<br>1401 Monterey Drive<br>Boulder City, NV 89005 | 10725-00659 | 10/23/2006 | $138,000.58 | S |
| 33 | Chai 18 Trust The<br>C/O Sam & Simha Barashy Ttees<br>7447 Tamarid Ave<br>Las Vegas, NV  89147-4380 | 10725-00980 | 11/3/2006 | $101,041.67 | S |
| 34 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00984 | 11/8/2006 | $78,000.00 | S |
| 35 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00985 | 11/3/2006 | $357,291.66 | S |

| | | | | | |
|---|---|---|---|---|---|
| 36 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00986 | 11/3/2006 | $558,063.48 | S |
| 37 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00987 | 11/3/2006 | $459,407.54 | S |
| 38 | Chai Miller Llc<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00989 | 11/3/2006 | $559,927.00 | S |
| 39 | Charles & Sandra Masters Family Trust Dtd 10/9/92<br>C/O Sandra O Masters Trustee<br>18124 Wedge Pkwy #550<br>Reno, NV  89511-8134 | 10725-00227 | 9/25/2006 | $425,000.00 | S |
| 40 | Charles B Dunn Iv Trust<br>C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA  95949-7161 | 10725-02113 | 1/11/2007 | $345,498.04 | S, U |
| 41 | Charles Bombard Trust<br>C/O Charles Bombard Ttee<br>1076 Mullen Ave<br>Las Vegas, NV  89044-9544 | 10725-00769 | 10/27/2006 | $100,000.00 | S |
| 42 | Charles Duke & April M Cummins<br>David A Colvin Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-00782 | 11/9/2006 | $100,000.00 | S |
| 43 | Charles R & Jean Maraden Family Trust Dtd 12/16/03<br>Charles & Jean Mareden Ttees<br>12585 Creek Crest Dr<br>Reno, NV  89511 | 10725-02060 | 1/11/2007 | $101,311.23 | S, U |
| 44 | Charles Robert & Geneva Cowman Jt Revocable<br>Inter Vivos Trust<br>Robert Alan & Terry Lee Cowman<br>1525 Winterwood Ave<br>Sparks, Nv  89434-6730 | 10725-01724 | 12/11/2006 | $13,451.36 | S |
| 45 | Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA  92694-0924 | 10725-01195 | 11/10/2006 | $50,000.00 | S |
| 46 | Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA  92694-0924 | 10725-02432 | 1/12/2007 | $50,000.00 | S |

916779   5th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

| | | | | | |
|---|---|---|---|---|---|
| 47 | Chegwin 1989 Revocable Trust Dtd 4/18/89<br>C/O Dennis M & Vicki L Chegwin Ttees<br>78530 Arapahoe<br>Indian Wells, CA  92210-9151 | 10725-01907 | 1/9/2007 | $52,500.00 | S, U |
| 48 | Chelew, Paul<br>2855 Telegraph Ave<br>Ste 601<br>Berkeley, CA  94705 | 10725-01225 | 11/10/2006 | $120,000.00 | S |
| 49 | Chiappe Family Trust Dtd 1/22/96<br>Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 10725-01443 | 11/14/2006 | $50,000.00 | S |
| 50 | Chiappe Family Trust Dtd 1/22/96<br>Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 10725-01444 | 11/14/2006 | $100,000.00 | S |