LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 6/7/07 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
¨   All Debtors
☓   USA Commercial Mortgage Company
¨   USA Capital Realty Advisors, LLC
¨   USA Capital Diversified Trust Deed Fund, LLC
¨   USA Capital First Trust Deed Fund, LLC
¨   USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of The USACM Liquidating Trust to Claims Asserting Secured Status [DE 3886] was entered on the 4th day of June 2007, a true and correct copy of which is attached hereto as Exhibit 1.

1840010.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1   RESPECTFULLY SUBMITTED June 7, 2007.

2   **LEWIS AND ROCA LLP**

3

4   By   /s/ RC (#006593)

5   Susan M. Freeman
    Rob Charles

6   *Attorneys for USACM Liquidating Trust*

7

8   PROOF OF SERVICE

9   Copy of the foregoing mailed by First
10  Class, US Mail, postage prepaid, on June
    7, 2007 to the parties listed on Exhibit A
11  to the attached order.

12

13   /s/ Christine E. Laurel
    Christine E. Laurel
14  Lewis and Roca

15

16

17

18

19

20

21

22

23

24

25

26

2

1840010.1