1  Annette W. Jarvis, Utah Bar No. 1649
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
11
12 Attorneys for Debtors

13            **UNITED STATES BANKRUPTCY COURT**

14               **DISTRICT OF NEVADA**

E-FILED ON JUNE __, 2007

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 15  In re: | Case No. BK-S-06-10725 LBR |
| 16  USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
|      Debtor. | Case No. BK-S-06-10727 LBR |
| 17  In re: | Case No. BK-S-06-10728 LBR |
|     USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
| 18      Debtor. | Chapter 11 |
| 19  In re: | Jointly Administered Under |
|     USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| 20      Debtor. | |
| 21  In re: | |
|     USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| 22      Debtor. | **DEBTORS' REPORT REGARDING** |
| 23  In re: | **REVIEW OF THE FEE APPLICATIONS** |
|     USA SECURITIES, LLC, | **OF THE PROFESSIONALS FOR THE** |
|         Debtor. | **FOUR OFFICIAL COMMITTEES** |
| 24  Affects: | |
| 25    ☒ All Debtors | Hearing Date:  June 22, 2007 |
|       ☐ USA Commercial Mortgage Company | Hearing Time:  9:30 a.m. |
| 26    ☐ USA Securities, LLC | |
|       ☐ USA Capital Realty Advisors, LLC | |
| 27    ☐ USA Capital Diversified Trust Deed Fund, LLC | |
|       ☐ USA Capital First Trust Deed Fund, LLC | |
| 28 | |

1

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty

2   Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust

3   Deed Fund (collectively the "Debtors"), by and through their pre-effective-date counsel, hereby

4   submit this report regarding the Debtors' review of the fee applications filed by the professionals

5   for the four official committees in these jointly-administered cases, and in support hereof states as

6   follows:

7        1.    On April 13, 2006 ("Petition Date"), the Debtors filed voluntary petitions for relief

8   under chapter 11 of the Bankruptcy Code.

9        2.    On May 10, 2006, the Office of the United States Trustee filed notices indicating

10   that four separate official committees (the "Committees") had been formed in these cases.

11        3.    On January 8, 2007, this Court entered its Order Confirming the Debtors' Third

12   Amended Joint Chapter 11 Plan of Reorganization.  (Docket No. 2376).  The Effective Date of the

13   Plan was March 12, 2007.

14        4.    Pursuant to the Plan, all final fee applications were due to be filed by April 26,

15   2007.

16        5.    In accordance with the Plan, the following professionals for the Committees

17   submitted final fee applications for approval by the Court:

18        a.   Orrick, Herrington & Sutcliffe, LLC ("Orrick"), which was appointed as primary

19             counsel for the Official Committee of Equity Security Holders of USA Capital

20             Diversified Trust Deed Fund (the "DTDFC"), filed its final fee application seeking

21             allowance of a total of  $2,228,780.60 in fees and $42,914.58 in expenses.

22        b.   Beckley Singleton, CHTD ("Beckley"), which was appointed as local counsel for

23             the DTDFC, filed its final fee application seeking allowance of a total of

24             $458,344.87 in fees and $65,469.83 in expenses.

25        c.   FTI Consulting, Inc. ("FTI"), which was appointed as the financial advisor to the

26             DTDFC, filed its final fee application seeking allowance of a total of $1,613,380.50

27             in fees and $30,951.02 in expenses.

28

2

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    d.  Stutman, Treister & Glatt, P.C. ("Stutman"), which was appointed as primary

2        counsel for the Official Committee of Equity Security Holders of USA Capital First

3        Trust Deed Fund (the "FTDFC"), filed its final fee application seeking allowance

4        of a total of $2,159,529.95 in fees and $92,573.35 in expenses.

5    e.  Shea & Carlyon, LTD ("Shea"), which was appointed as local counsel for the

6        FTDFC, filed its final fee application seeking allowance of a total of $762,221.75

7        in fees and $19,603.31 in expenses.

8    f.  Alvarez & Marsal, LLC ("Alvarez"), which was appointed as the financial advisor

9        to the FTDFC, filed its final fee application seeking allowance of a total of

10       $645,012.51 in fees and $15,779.80 in expenses.

11   g.  Lewis and Roca, LLP ("L&R"), which was appointed as primary counsel for the

12       Official Committee of Unsecured Creditors for USA Commercial Mortgage

13       Company (the "UCC"), filed its final fee application seeking allowance of a total of

14       $1,205,492.75 in fees and $121,226.73 in expenses.

15   h.  Sierra Consulting Group, LLC ("Sierra"), which was appointed as the financial

16       advisor to the UCC, filed its final fee application seeking allowance of a total of

17       $367,984.50 in fees and $8,241.05 in expenses.

18   i.  Gordon & Silver, LTD ("G&S"), which was appointed as primary counsel for the

19       Official Committee of Executory Contract Holders of USA Commercial Mortgage

20       Company, filed its final fee application seeking allowance of a total of

21       $1,028,068.75 in fees and $14,637.62 in expenses.

22   The foregoing entities shall be collectively referred to as the "Committee Professionals."

23       6.  The Debtors conducted a thorough review of all of the Committee Professionals' final fee

24   applications and considered, among other things, the following factors during that review:  (a) was

25   the work performed necessary; (b) was the work adequately described and documented; (c) were

26   the fees and costs billed reasonable in comparison to what the other Committee Professionals

27   billed and the size of the Debtors' estates; (d) was there duplication of effort; and (e) was travel

28   time billed at one-half of the normal billing rates.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

7.    During the review process, the Debtors identified some relatively minor issues in the fee applications of L&R, G&S, Beckley, Alvarez and Sierra.  However, the Debtors determined that the issues were minor enough that they did not merit the filing of objections, and in fact, determined that it probably would not be cost-effective for the respective estates to draft and litigate objections to these applications.  However, due in large part to the efforts of the United States Trustee, the Debtors have been informed that all of these Committee Professionals will be filing supplements to their final fee applications indicating they will voluntarily agree to a two percent reduction in the total amount of their fees in this case.

8.    During the review process, the Debtors also identified some more significant issues in the fee applications of Orrick, Stutman, Shea and FTI.  Based on these issues, the Debtors prepared draft objections to each of these Committee Professionals' final fee applications, and contacted representatives of Orrick, Stutman, Shea and FTI to discuss these issues and request a voluntary fee reduction from each firm.  Based on these conversations, as well as conversations initiated by the United States Trustee, Orrick, FTI, Stutman and Shea[1] have agreed to reduce their fees by two percent (2%).  Such reductions address the issues the Debtors identified in their review of the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Debtors' understood that Shea would agree to reduce its fees by 2% as long as Mesirow and Ray Quinney & Nebeker agreed to at least a 2% reduction in their fees.  Ray Quinney & Nebeker had agreed with the United States Trustee to reduce its fees by 2% and has filed a supplement to its fee application in which it has voluntarily agreed to a 2% reduction of its fees.  The Schwartzer & McPherson Law Firm has agreed to voluntarily reduce its pre-Effective Date fees by 2% on condition that all other professionals employed by the Debtors or the Committees did, at least, the same.  Mesirow has also voluntarily agreed to a greater than 2% reduction of its fees.  Shea has yet to supplement its fee application to reflect the 2% reduction, apparently because it is still working through some issues with one of the other Committee Professionals.  However, the Debtors' anticipate that once those issues are resolved, Shea will supplement its fee application accordingly.

1  Committee Professionals' fee applications, and as such, the Debtors have no objection to the

2  Committee Professionals' fee applications.

3  Dated:  June 7, 2007

4  　　　　　　　　　　　　　　　　　　　　/s/　　Jeanette E. McPherson

 　Lenard E. Schwartzer, Nevada Bar No. 0399

5  Jeanette E. McPherson, Nevada Bar No. 5423

 SCHWARTZER & MCPHERSON LAW FIRM

6  2850 South Jones Boulevard, Suite 1

 Las Vegas, Nevada  89146

7

8  and

9  Annette W. Jarvis, Utah Bar No. 1649

 Steven C. Strong, Utah Bar No. 6340

10 RAY QUINNEY & NEBEKER P.C.

 36 South State Street, Suite 1400

11 P.O. Box 45385

 Salt Lake City, Utah 84145-0385

12 Attorneys for Debtors

13 930142.07

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122