Electronically filed June 7, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
              jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
              aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor. | **NOTICE OF HEARING ON OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS FILED BY JAMES W. SHAW, FIRST TRUST COMPANY OF ONAGA, CUSTODIAN FOR CHARLES CUNNINGHAM, SR., IRA, DOROTHEA K. OVERLEESE REVOCABLE TRUST, HALSETH FAMILY TRUST, KATRINE MIRZAIAN, ERNEST J. MOORE, DARLENE TURNER, DONALD AND BEVERLY SWEZEY 2001 TRUST, AND DAVID B. KRYNZEL** |
| In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Hearing Date:    July 27, 2007<br>Hearing Time:    9:30 a.m.<br><br>Courtroom:           1 |

{00402995;}

OHS West:260095880.3

Page - 1 - of 5

**TO: THIS HONORABLE COURT, JAMES W. SHAW, FIRST TRUST COMPANY OF ONAGA, CUSTODIAN FOR CHARLES CUNNINGHAM, SR., IRA, DOROTHEA K. OVERLEESE REVOCABLE TRUST, HALSETH FAMILY TRUST, KATRINE MIRZAIAN, ERNEST J. MOORE, DARLENE TURNER, DONALD AND BEVERLY SWEZEY 2001 TRUST, DAVID B. KRYNZEL, UNITED STATES TRUSTEE, ALL PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN** that on June 7, 2007, Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), by and through its counsel noted above, filed its Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Claims Filed by James W. Shaw; First Trust Company of Onaga, Custodian For Charles Cunningham, Sr., IRA; Dorothea K. Overleese Revocable Trust; Halseth Family Trust; Katrine Mirzaian; Ernest J. Moore; Darlene Turner; Swezey 2001 Trust; And David B. Krynzel (the "Objection"). The Objection is based upon the grounds that the claims described on Exhibit 1, attached hereto and made a part hereof, are (i) claims filed after the November 13, 2006, for filing such claims, (ii) claims seeking recovery based upon claimants' equity security interests in Diversified that have been erroneously filed as creditor claims against Diversified, or (iii) claims filed by claimants who have no connection to Diversified; and that, accordingly, Diversified has no liability on account of such claims. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any response to the Objection must be filed pursuant to Rule 3007 of the Local Rules of Bankruptcy Procedure:

> (b) <u>Responses to objection to claims</u>. If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

LR 3007(b) (emphasis in original).

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

**IF ANY CLAIMANT SHOULD DISAGREE WITH DIVERSIFIED'S OBJECTION NOTED ABOVE, SUCH CLAIMANT MUST FILE A RESPONSE TO THE OBJECTION AND SERVE IT UPON DIVERSIFIED'S COUNSEL NO LATER THAN JULY 20, 2007.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **JULY 27, 2007** at the hour of **9:30 a.m.**

DATED this 7th day of June 2007.

        **BECKLEY SINGLETON, CHTD.**

        By: /s/ Anne M. Loraditch
        Bob L. Olson (Nevada Bar No. 3783)
        Anne M. Loraditch (Nevada Bar No. 8164)
        530 Las Vegas Boulevard South
        Las Vegas, Nevada 89101

        *Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# EXHIBIT 1

## Proofs of Claim Subject to Objection

| Claim No. / Filing Date | Claimant | Claim Amount | Basis for Objection | Proposed Disposition |
|---|---|---|---|---|
| 138 / Filed 12/6/06 | James W. Shaw | $26,432.00 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |
| 139 / Filed 12/6/06 | First Trust Company of Onaga, Custodian for Charles Cunningham, Sr., IRA | $72,070.98 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |
| 140 / Filed 10/24/06 | Dorothea K. Overleese Revocable Trust | $100,000.00 | Claim based on equity interest in Diversified. | Disallow in its entirety |
| 141 / Filed 1/7/07 | Daniel R. Halseth & Sandra K. Halseth, TTEES of the Halseth Family Trust Totally Restated 4/21/00 | $Unknown | Claim late-filed after the Bar Date. Claimant is not a Diversified Member nor otherwise connected to Diversified.  Claim appears to be based on investments made as a Direct Lender. | Disallow in its entirety |
| 142 / Filed 1/9/07 | Katrine Mirzaian | $344,011.56 | Claim late-filed after the Bar Date. Claimant is not a Diversified Member nor otherwise connected to Diversified.  Claim appears to be based on investments made as a Direct Lender. | Disallow in its entirety |
| 143 / Filed 1/10/07 | Ernest J. Moore | $48,047.32 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |
| 144 / Filed 1/9/07 | Darlene Turner | $24,023.66 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |

| | | | | |
|---|---|---|---|---|
| 145 / Filed 1/09/07 | Donald Swezey and Beverly W. Swezey 2001 Trust | $48,465.59 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |
| 146 / Filed 12/20/06 | David B. Krynzel | $147,081.54 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |
| 147 / Filed 12/20/06 | David B. Krynzel | $147,081.54 | Claim late-filed after the Bar Date. Claim based on equity interest in Diversified. | Disallow in its entirety |

{00402995;}

OHS West:260095880.3