ELECTRONICALLY FILED
JUNE 8, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger Ave., Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:    fmerola@stutman.com | E-mail:    jshea@sheacarlyon.com |
|            ekarasik@stutman.com |            ccarlyon@sheacarlyon.com |
|            aparlen@stutman.com |            ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

**SUPPLEMENT TO SECOND AND FINAL APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The law firm of Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel to the Official

Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), hereby supplements its Second and Final Application for Payment of Fees and Reimbursement of Expenses (the "Application").

In the Application, SC sought an order from this Court: (1) awarding final allowance SC's requested compensation in the total amount of $781,825.06, consisting of fees in the amount of $762,221.75 and expenses in the amount of $19,603.31; and (3) authorizing USA Capital First Trust Deed Fund, LLC ("FTDF") to pay such amounts not yet paid upon entry of an order of this Court approving the Application. As reflected in the Application, the compensation requested reflects over 2,700 hours of service rendered by SC throughout the USA bankruptcy cases.

Based upon discussions with the Office of the United States Trustee subsequent to the filing of the Application regarding potential objections to the Application; and without acknowledging the merit of any such objection; SC has agreed to reduce its fee request by 2%. Thus, the $762,221.75 in fees requested in the Application is voluntarily reduced by $15,244.44 to $746,977.31. This reduction is in addition to numerous voluntary reductions made by SC throughout the period represented by the Application, as reflected in the exhibits attached thereto.

SC is not reducing its request in the Application for the reimbursement of its expenses.

SC has also requested that similar reductions for professionals engaged by the Debtors apply pro rata to fees charged to the FTDF estate.

In light of the foregoing, SC respectfully requests that the Court enter an order: (1) awarding final allowance of its fees, in the amount of $746,977.31, and its expenses, in the amount of $19,603.31, for a total award of $766,580.62; and (2) authorizing FTDF to pay

1 such amounts not yet paid upon the entry of such order.

2 DATED this 8th day of June, 2007.

SHEA & CARLYON, LTD.

*/s/ James Patrick Shea*

JAMES PATRICK SHEA
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
701 Bridger Ave., Suite 850
Las Vegas, NV 89101