**ELECTRONICALLY FILED**
**JUNE 8, 2007**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA, ESQ. (CA Bar No. 136934)<br>EVE H. KARASIK, ESQ. (CA Bar No. 155356)<br>CHRISTINE M. PAJAK, ESQ. (CA Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:     fmerola@stutman.com<br>               ekarasik@stutman.com<br>               cpajak@stutman.com<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | LEWIS AND ROCA, LLP<br>ROB CHARLES, ESQ. (NV Bar No. 6593)<br>SUSAN M. FREEMAN, ESQ. (AZ Bar No. 004199)<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, NV 89109<br>Telephone: (702) 949-8321<br>Facsimile: (702) 949-8320<br>E-mail:    rcharles@lrlaw.com<br>              sfreeman@lrlaw.com<br>*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>            Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

I HEREBY CERTIFY that on the 8th day of June, 2007 I served the following document:

1. Supplement to Second and Final Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Payment of Fees and Reimbursement of Expenses (Affects USA Capital First Trust Deed Fund, LLC)

I served the above named document(s) by the following means to the persons as listed below:

☒ a. **ECF System.** (See attached Notice of Electronic Filing)

☐ b. **United States mail, postage full prepaid to the following: See Attached.**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

☐ f. **By messenger.**

2

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

3

4

I declare under penalty of perjury that the foregoing is true and correct.

5

DATED this 8th day of June, 2007.

6

7

*Melode L. Leavitt*

8

Melode L. Leavitt, an employee of SHEA & CARLYON, LTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

## USA Commercial
## Service List

| | | |
|---|---|---|
| Richard I. Dreitzer<br>Deputy Attorney General<br>State of Nevada Atty. Gen. Office<br>555 E. Washington Ave., #3900<br>Las Vegas, Nevada 89101 | Anne M. Loraditch<br>Beckley Singleton, Chtd.<br>530 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | George A. Davis<br>Cadwalader, Wickersham, et al.<br>One World Financial Center<br>New York, NY 10281 |
| Susan Williams Scann<br>Deaner, Deaner, et al.<br>720 S. Fourth Street, Suite 300<br>Las Vegas, Nevada 89101 | Geoffrey L. Berman<br>Development Specialists, Inc.<br>333 S. Grand Avenue, Suite 4070<br>Los Angeles, CA 90071-1544 | Allan B. Diamond<br>Diamond McCarthy, et al.<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010 |
| Eric Madden<br>Diamond McCarthy, et al.<br>1201 Elm Street, Suite 3400<br>Dallas, Texas 75270 | Michael Tucker<br>FTI Consulting<br>One Renaissance Square<br>Two N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-2322 | Robert P. Goe<br>Goe & Forsythe<br>660 Newport Center Drive, #320<br>Newport Beach, CA 92660 |
| Janet L. Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>POB 281<br>Reno, Nevada 89504-0281 | Dean T. Kirby, Jr.<br>John Hebert<br>Kirby & McGuinn, A.P.C.<br>600 B. Street, Suite 1950<br>San Diego, CA 92101 | Susan M. Freeman/Rob Charles<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169-5996 |
| Michelle Abrams<br>Michelle L. Abrams, Ltd.<br>3085 S. Jones Blvd., Suite C<br>Las Vegas, Nevada 89146 | Richard W. Esterkin<br>Asa S. Hami<br>Morgan, Lewis & Bockius, LLP<br>300 S. Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 | August B. Landis<br>Office of the U.S. Trustee<br>300 Las Vegas Blvd., S. #4300<br>Las Vegas, Nevada 89101 |
| Jeffrey D. Hermann<br>Orrick, Herrington, et al.<br>777 S. Figueroa St., Suite 3200<br>Los Angeles, CA 90017-5855 | Marc A. Levinson<br>Orrick, Herrington, et al.<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814 | William J. Ovca, Jr., Trustee<br>Defined Pension Plan<br>Ovca Associates, Inc.<br>16872 Burana Lane<br>Huntington Beach, CA 92649 |

SHEA & CARLYON, LTD.<br>233 S. Fourth Street, 2nd Floor<br>Las Vegas, Nevada 89101<br>(702) 471-7432

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from CARLYON, CANDACE C entered on 6/8/2007 at 8:45 AM PDT and filed on 6/8/2007
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 3916

**Docket Text:**
Supplement to Second and Final Application of Shea & Carlyon, Ltd., Specal (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for payment of Fees and Reimbursement of Expenses (Affects USA Capital First Trust Deed Fund, LLC) Filed by CANDACE C CARLYON on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Supp to 2nd and final app.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/8/2007] [FileNumber=8200487-0]
[9f6947697fdbcfbc16ca8089a8e2ca88fbcb9c56749e3e59ba865c15211b494730d57
0b75dbb45ce712f037f9db5cb996a4499b7c84aad66daefae397d46dfeb]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

https://ecf.nvb.uscourts.gov/cgi-bin/Dispatch.pl?6946016708551?0

GEORGANNE W. BRADLEY  georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN  kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK  tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY  abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA  lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER  mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON  ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES  rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN  yvette@ccfirm.com

KEVIN B. CHRISTENSEN  kbchrislaw@aol.com

JANET L. CHUBB  tbw@jonesvargas.com

EDWARD S. COLEMAN  mail@coleman4law.com

WILLIAM D COPE  cope_guerra@yahoo.com

LAUREL E. DAVIS  ldavis@fclaw.com, mhurtado@fclaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)  tfette@daca4.com

J CRAIG DEMETRAS  JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER  rdreitzer@yahoo.com

THOMAS H. FELL  BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY  TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING  sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN  bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD  DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR  wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ  carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tyson.lomazow@weil.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, omartinez@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

KIMBERLY PHILLIPS    DA-Bankr@co.clark.nv.us

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

https://ecf.nvb.uscourts.gov/

GREGORY L. WILDE    bk@wildelaw.com

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

EVAN BEAVERS