# EXHIBIT 1

1491622.1



**Entered on Docket
June 07, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST | ) | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | ) | 10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED | ) | Date: April 26, 2007 |
| FUND, LLC, | ) | Time: 9:30 a.m |
| | ) | |
| USA SECURITIES, LLC, | ) | **Affecting:** |
| Debtors. | ) | ☐ All Cases |
| | ) | **or Only:** |
| | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |

1837309.1

### ORDER SUSTAINING TWELFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Twelfth Omnibus Objection to Claims Asserting Secured Status [DE 3155] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A Responses to the Objection were filed with this Court as follows:

- Opposition filed by Joanne M. Grundman regarding Claim No. 10725-01542 [DE 3480]. Counsel is preparing a motion for summary judgment as to this claim.

- Opposition filed by Erna D. Grundman for Joanne M. Grundman regarding Claim Nos. 10725-01542 and 10725-01544 [DE 3481]. Counsel is preparing a motion for summary judgment as to these claims.

- Objection filed by Lorraine Gunderson and Wynn A. Gunderson regarding Claim Nos. 10725-02321 and 10725-02322 [DE 3514]. A motion for summary judgment will be filed as to these claims.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twelfth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

1837309.1

1  PREPARED AND SUBMITTED:
2  **LEWIS AND ROCA LLP**
3
4  By: /s/ RC (#0006593)
5      Susan M. Freeman
      Rob Charles
6  *Attorneys for USACM Liquidating Trust*
7
         CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021
8
   In accordance with Local Rule 9021, the undersigned certifies:
9
10     ☐   The Court waived the requirements of LR 9021.

11     ☒   I have delivered a copy of this proposed order to all attorneys and unrepresented
           parties who have appeared at the hearing regarding this matter and/or who filed
12         a written objection and each has:

13         ☒   approved the form of this order;

14         ☐   waived the right to review the order;

15         ☐   failed to file and serve papers in accordance with LR 9021(c); and/or

16         ☐   failed to sign and return this proposed order within five (5) business days
               in accordance with LR 9021(b).

17     ☐   I have delivered a copy of this proposed order to all attorneys and unrepresented
           parties who appeared at the hearing regarding this matter and/or who filed a
18         written objection and all have either approved the form of this order, waived the
           right to review the order, failed to file and serve papers in accordance with LR
19         9021(c) and the following have disapproved the form of the order:

20     ☐   No opposition was filed to the motion and no other party or counsel appeared at
           the hearing (none required).
21
22
23  APPROVED/DISAPPROVED                        APPROVED/DISAPPROVED
24
25  /s/ Joanne M. Grundman                      _____
    Joanne M. Grundman                          Erna D. Grundman
26

3

1837309.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*


CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐    approved the form of this order;

    ☐    waived the right to review the order;

    ☐    failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐    failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐    No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).


APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____    _____
Joanne M. Grundman                     Erna D. Grundman

3

1837309.1

APPROVED/DISAPPROVED

*Lorraine Gunderson* (signature)
Lorraine Gunderson

APPROVED/DISAPPROVED

*Wynn A. Gunderson* (signature)
Wynn A. Gunderson

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1837309.1

**12th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Gold Plated LLC<br>Dwight W & Mary Ann Harouff<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 10725-01964 | 1/10/2007 | $752,859.27 | S, U |
| 2 | Golden, Joseph<br>144 Dawn Ct<br>Old Bridge, Nj 08857 | 10725-00365 | 10/2/2006 | $25,000.00 | S |
| 3 | Goldstein, Marilyn<br>37 Linwood Rd South<br>Port Washington, NY 11050 | 10725-00450 | 10/5/2006 | $50,542.70 | S |
| 4 | Goode IRA, James Paul<br>C/O First Savings Bank Custodian<br>401 Puuhale Rd<br>Honolulu, HI 96819 | 10725-01972 | 1/10/2007 | $173,334.75 | S, U |
| 5 | Goode, James Paul<br>401 Puuhale Rd<br>Honolulu, HI 96819 | 10725-01971 | 1/10/2007 | $708,761.49 | S, U |
| 6 | Goodness Living Trust Dtd 6/28/00<br>C/O Rachelle A Gooodness Ttee<br>3985 Lake Placid Dr<br>Reno, Nv 89511-6780 | 10725-01743 | 12/7/2006 | $100,000.00 | S |
| 7 | Goodwin, Michael John<br>555 Yellow Pine Rd<br>Reno, Nv 89511 | 10725-02162 | 1/12/2007 | $505,538.20 | S,U |
| 8 | Goodwin, Michael<br>555 Yellow Pine Rd<br>Reno, Nv 89511 | 10725-01677 | 12/11/2006 | $454,405.00 | S |
| 9 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca 94116-2613 | 10725-01834 | 1/2/2007 | $62,875.03 | S, U |
| 10 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca 94116-2613 | 10725-01835 | 1/2/2007 | $62,875.03 | S, U |
| 11 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca 94116-2613 | 10725-01836 | 1/2/2007 | $62,875.03 | S, U |
| 12 | Graf, Paul D & Margaret A<br>2530 Great Hwy<br>San Francisco, Ca 94116-2613 | 10725-01837 | 1/2/2007 | $19,897.62 | S, U |

918061  12th Obejction to claims
Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Graham, Douglas S & Valerie L<br>Po Box 276<br>Cambria, CA 93428-0276 | 10725-01164 | 11/9/2006 | $53,500.00 | S |
| 14 | Graham, Nanci<br>240 Upper Ter #3<br>San Francisco, CA 94117-4516 | 10725-02183 | 1/12/2007 | $15,823.13 | S |
| 15 | Graham, William<br>3124 Queensgate Ln<br>Modesto, Ca 95355 | 10725-00228 | 9/25/2006 | $50,000.00 | S |
| 16 | Gray Ira, Thomas C<br>31672 Scenic Dr<br>Laguna Beach, Ca 92651-8205 | 10725-00222 | 9/25/2006 | $50,000.00 | S |
| 17 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-00993 | 10/27/2006 | $400.19 | S |
| 18 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-00995 | 11/6/2006 | $25,000.00 | S |
| 19 | Gregory D Yonai Family Trust<br>C/O Gregory D Yonai Ttee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01026 | 10/27/2006 | $6,900.00 | S |
| 20 | Gregory D Yonai Family Trust<br>Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01001 | 10/27/2006 | $27,500.00 | S |
| 21 | Gregory D Yonai Family Trust<br>Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01002 | 10/27/2006 | $55,500.00 | S |
| 22 | Gregory J & Shauna M Walch Family Trust<br>C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV 89012-2704 | 10725-00868 | 10/31/2006 | $500,000.00 | S |
| 23 | Gross, Mary Margaret<br>717 Merialdo Ln<br>Las Vegas, NV 89145 | 10725-00393 | 10/2/2006 | $50,780.00 | S |
| 24 | ~~Grundman, Erna~~<br>~~1608 Brown St~~<br>~~Carson City, NV 89701~~ | ~~10725-01542~~ | ~~12/6/2006~~ | ~~$17,911.11~~ | ~~S, P~~ |

918061 12th Obejction to claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | ~~Grundman, Joanne~~<br>~~1608 Brown St~~<br>~~Carson City, NV 89701~~ | ~~10725-01544~~ | ~~12/6/2006~~ | ~~$54,818.09~~ | ~~S, P~~ |
| 26 | ~~Gunderson, Wynn A & Lorraine J~~<br>~~33941 N 67Th St~~<br>~~Scottsdale, AZ 85262-7250~~ | ~~10725-02321~~ | ~~1/13/2007~~ | ~~$100,000.00~~ | ~~S~~ |
| 27 | ~~Gunderson, Wynn~~<br>~~33941 N 67Th St~~<br>~~Scottsdale, AZ 85262~~ | ~~10725-02322~~ | ~~1/13/2007~~ | ~~$100,000.00~~ | ~~S~~ |
| 28 | Gunning, Toby A<br>7245 Brockway Ct<br>Reno, NV 89523-3247 | 10725-01608 | 12/8/2006 | $138,320.55 | S, U |
| 29 | Gunning, Toby<br>7245 Brockway Ct<br>Reno, NV 89523 | 10725-02155 | 1/12/2007 | $145,599.93 | S, U |
| 30 | Gunther, Barbara L<br>PO Box 614<br>Verdi, NV 89439 | 10725-02172 | 1/12/2007 | $25,392.88 | S, U |
| 31 | Guptail, Priscilla M<br>Po Box 9550<br>Bend, OR 97708 | 10725-02237 | 1/12/2007 | $25,000.00 | S |
| 32 | Guyer, Nancy<br>455 Enterprise Ct<br>Boulder City, NV 89005 | 10725-02195 | 1/12/2007 | $54,000.00 | S |
| 33 | Hains, Kelley M & Jamie K<br>5349 Mira Loma Dr<br>Reno, NV 89502 | 10725-02156 | 1/12/2007 | $60,000.00 | S, U |
| 34 | Halseth Family Trust Totally Restarted 4/21/00<br>Daniel R & Sandrak Ttees<br>23 Molas Dr<br>Durango, Co 81301 | 10725-01936 | 1/9/2007 | Blank | S, U |
| 35 | Hammond Ttee Of The Dar Living Trust, Darlene<br>308 LA Rue Ct<br>Las Vegas, NV 89145 | 10725-02045 | 1/11/2007 | $164,688.50 | S, U |
| 36 | Handal, John A M<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 10725-02286 | 1/12/2007 | $711,472.73 | S, U |
| 37 | Handal, John A<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 10725-00955 | 11/2/2006 | $289,167.00 | S |

918061 12th Obejction to claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 38 | Handelman Charitable Remainder Unitrust Dtd 5/3/97<br>C/O Gloria W Handelman Ttee<br>2324 Caserta Ct<br>Henderson, NV  89074-5316 | 10725-01464 | 11/14/2006 | $501,255.08 | S |
| 39 | Handelman, Gloria & Jim<br>2324 Caserta Ct<br>Henderson, NV  89074 | 10725-01468 | 11/14/2006 | $813,000.00 | S |
| 40 | Handelman, Gloria W & Jim<br>2324 Caserta Ct<br>Henderson, NV  89074-5316 | 10725-01466 | 11/14/2006 | $507,812.49 | S |
| 41 | Handlin Family Trust 4/16/04<br>C/O Shirley M Handlin Trustee<br>8855 Leroy St<br>Reno, Nv  89523-9777 | 10725-00651 | 10/23/2006 | $22,425.00 | S |
| 42 | Hansen, Edwin C & Rachel M<br>2549 Shettler Rd<br>Muskegon, Mi  49444-4356 | 10728-00078 | 10/23/2006 | $130,000.00 | S |
| 43 | Hanslik, Waldemar<br>10420 Marymont Pl<br>Las Vegas, NV  89134 | 10725-00333 | 9/28/2006 | $70,000.00 | S |
| 44 | Harding, Nemo & Erin<br>419A Atkinson Dr  Apt 504<br>Honolulu, HI  96814-4711 | 10725-00935 | 11/2/2006 | $21,792.24 | S |
| 45 | Harding, Nemo & Erin<br>419A Atkinson Dr<br>Apt 504<br>Honolulu, HI  96814-4711 | 10725-00936 | 11/2/2006 | $12,951.80 | S |

918061  12th Obejction to claims
Asserting Secured Claim Status

**EXHIBIT A**

4