Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 8, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STIPULATION CONCERNING THE WITHDRAWAL OF THE CLAIMS FILED BY THE KANTOR CLAIMANTS AGAINST USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **(AFFECTS USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC)** |

1

1   USA Securities LLC ("USA Securities") and USA Capital Realty Advisors, LLC ("USA Realty"), by and through their counsel, and Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor, and Lynn M. Kantor (collectively the "Kantor Claimants"), by and through their counsel, hereby stipulate as follows:

1.  On April 13, 2006 ("Petition Date"), USA Securities and USA Realty, along with USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF") (collectively the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.  On November 13, 2006, Kantor Nephrology Consultants, Ltd. 401(k) PSP filed claim number 38 in the USA Securities bankruptcy case, Dr. Gary Kantor filed claim number 39 in the USA Securities bankruptcy case, and Lynn M. Kantor filed claim number 40 in the USA Securities bankruptcy case (collectively the "Kantor USA Securities Claims"). The Kantor USA Securities Claims were filed as unliquidated, general unsecured claims.

3.  That same day, Kantor Nephrology Consultants, Ltd. 401(k) PSP filed claim number 60 in the USA Realty bankruptcy case, Dr. Gary Kantor filed claim number 61 in the USA Realty bankruptcy case, and Lynn M. Kantor filed claim number 63 in the USA Realty bankruptcy case (collectively the "Kantor USA Realty Claims"). The Kantor USA Realty Claims were also filed as unliquidated, general unsecured claims.

4.  The Kantor Claimants also filed claims against FTDF and USACM. The claims filed against FTDF have been withdrawn (Docket No. 3856) while the claims against USACM remain outstanding and are not affected by this stipulation.

5.  On March 8, 2007, USA Securities filed its Omnibus Objection to Certain Claims, which included objections to the Kantor USA Securities Claims (Docket No. 3021). That same day, USA Realty filed its Omnibus Objection to Certain Claims, which included objections to the Kantor USA Realty Claims (Docket No. 3017).

6.  A status hearing on the objections to the Kantor USA Securities Claims and Kantor USA Realty Claims was set for April 26, 2007. The parties, however, agreed by stipulation to continue the hearing until June 15, 2007, in order to continue negotiations regarding the resolution

of the claims (Docket No. 3491). The Court approved the stipulation and continued the hearing by order dated April 23, 2007 (Docket No. 3520).

7. As a result of these continued negotiations, the Kantor Claimants have elected to withdraw their claims against USA Securities and USA Realty. Therefore, USA Securities, USA Realty, and the Kantor Claimants hereby agree and stipulate as follows:

   a. The Kantor USA Securities Claims are hereby withdrawn from the USA Securities bankruptcy case.

   b. The Kantor USA Realty Claims are hereby withdrawn from the USA Realty bankruptcy case.

   c. The withdrawal of these claims shall not impact upon or prejudice in any way the claims filed by the Kantor Claimants against USACM, which claims are specifically reserved.

   d. The Kantor Claimants covenant and agree not to seek to re-file the Kantor USA Securities Claims or Kantor USA Realty Claims.

   e. The status hearing on the objections to the claims scheduled for June 15, 2007, at 9:30 a.m. may be vacated.

8. The parties submit a stipulated order herewith for the Court's convenience.

Dated: June 8, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By:     /s/ Steven C. Strong
STEVEN C. STRONG
LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
*Attorneys for USA Securities, LLC and USA Capital Realty Advisors, LLC*

AND

McGUIREWOODS LLP

By:     /s/ Michael M. Schmahl
MICHAEL M. SCHMAHL
*Counsel for the Kantor Claimants*