Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 8, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CERTAIN SCHEDULED CLAIMS**<br>**AND**<br>**NOTICE OF HEARING ON USA CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CERTAIN SCHEDULED CLAIMS**<br>**(Affects USA Capital Realty Advisors, LLC)**<br><br>Date: July 27, 2007<br>Time: 9:30 a.m. |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1. On March 9, 2007 I served the following document(s):

    a.    USA Capital Realty Advisors Objection to Certain Scheduled Claims

    b.    Notice of Hearing on USA Capital Realty Advisors Objection to Certain Scheduled Claims

2. I served the above-named document(s) by the following means to the persons as listed below:

☐    a.    **By ECF System**:

☒    b.    **By United States mail, postage fully prepaid**:

Beadle McBride Evans & Reeves LLP
2285 Renaissance Dr
Las Vegas, Nevada 89119

Santoro Driggs Walch Kearney Johnson & Thompson
c/o Anthony Zmaila, Esq.
400 South Fourth St. 3rd Floor
Las Vegas, Nevada 89101

Kummer Kaempfer Bonner Renshaw & Ferrario
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, NV 89109

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed

Claims Objection USA Realty Litigation and Duplicate Claims

below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐      f.      **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:      June 8, 2007

LIA DORSEY                                                    /s/      LIA DORSEY
(Name of Declarant)                                      (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3
Claims Objection USA Realty Litigation and Duplicate Claims