| | |
|---|---|

E-Filed on 06/08/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN
THIS CASE ONLY BY ATTORNEY
NOT ADMITTED TO THE BAR OF
THIS COURT**

[No hearing required]

Stephen T. Loden, Petitioner, respectfully represents to the Court:

1.    That Petitioner resides at 1139 Candlelight Lane, Houston, Texas 77018.

2.    That Petitioner is an attorney at law and a member of the law firm of Diamond McCarthy, LLP, with offices at 909 Fannin Street, Suite 1500, Houston, TX (713) 333-5100; 1201 Elm Street, 34th Floor, Dallas, TX 75270, (214) 389-5300; and 6504 Bridgepoint Parkway, Suite 400, Austin, TX 78730, (512) 617-5200.

116370.1

3.    That Petitioner has been retained personally or as a member of the law firm by the USACM Liquidating Trust ("USACM Trust") to serve as special litigation counsel to the USACM Trust.

4.    That since November 15, 1997, Petitioner has been and presently is a member in good standing of the bar of the highest court of the State of Texas where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| Southern District of Texas | 1998 |
| Northern District of Texas | 2005 |
| Fifth Circuit Court of Appeals | 1998 |
| District of Colorado | 2001 |
| Southern District of New York | 2006 |
| Tenth Circuit Court of Appeals | 2001 |
| Eleventh Circuit Court of Appeals | 2004 |
| New York State Courts | 2006 |

6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:  None.

7.    That Petitioner has never been denied admission to the State Bar of Nevada.

8.    That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas
State Bar Of New York

Houston Bar Association

American Bar Association

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Allan B. Diamond (02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Arley D. Finley, III (02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Eric D. Madden (02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Erin E. Jones (02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Michael Yoder (02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Eric D. Madden (12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/29/05) |
| James D. McCarthy (12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/21/05) |
| Allan B. Diamond (12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/21/05) |

| | | | |
|---|---|---|---|
| Walter J. Scott (12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (01/11/06) |

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 6/8/07

Stephen T. Loden, *Petitioner*

4

1

**VERIFICATION**

2

3    STATE OF TEXAS              )
                                 )
4    COUNTY OF HARRIS            )

5

6         Stephen T. Loden, Petitioner, being first duly sworn, deposes and says:

7         That the foregoing statements are true.

8

9

10                                            Stephen T. Loden, *Petitioner*

11    (SEAL)

12

13    Subscribed and sworn to before me this

14    ___ day of _____, 2007.

15

16                                            KYMBERLI SPEEDY
                                             Notary Public, State of Texas
17              Notary public                 My Commission Expires 09-29-2010

18

19

20

21

22

23

24

25

26