**Entered on Docket
June 08, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | **ORDER APPROVING THE STIPULATION CONCERNING THE WITHDRAWAL OF THE CLAIMS FILED BY THE KANTOR CLAIMANTS AGAINST USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC**<br><br>**(AFFECTS USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☒  USA Securities, LLC<br>☒  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

1

1  THE COURT, having considered the Stipulation Concerning the Withdrawal of the Claims Filed by the Kantor Claimants Against USA Securities, LLC and USA Capital Realty Advisors, LLC, and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. Proofs of Claim 10729-00038, 10729-00039, and 10729-00040 filed against USA Securities, LLC ("USA Securities") by the Kantor Claimants are hereby withdrawn from the USA Securities bankruptcy case.

2. Proofs of Claim 10726-00060, 10726-00061, and 10726-00063 filed against USA Capital Realty Advisors, LLC ("USA Realty") by the Kantor Claimants are hereby withdrawn from the USA Realty bankruptcy case.

3. The withdrawal of these claims shall not alter, affect or prejudice the claims that the Kantor Claimants have filed against USA Commercial Mortgage Company, which claims are specifically reserved by the Kantor Claimants.

4. The Kantor Claimants shall not seek to re-file their claims against either USA Securities or USA Realty.

5. The status hearing on the objections of USA Securities and USA Realty to the claims filed by the Kantor Claimants currently scheduled for June 15, 2007, at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By:  /s/ Steven C. Strong
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC and USA Capital Realty Advisors, LLC*

Approved by:
McGUIREWOODS LLP

By:  /s/ Michael M. Schmahl

MICHAEL M. SCHMAHL
*Counsel for the Kantor Claimants*

# # #

2