Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

E-FILED ON JUNE 8, 2007

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                      Debtor. | **STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE**<br><br>**(AFFECTS USA CAPITAL REALTY ADVISORS, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                      Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

USA Capital Realty Advisors, LLC ("USA Realty"), by and through its counsel, and the United States of America, on behalf of its agency, the Internal Revenue Services (the "Service") hereby stipulate as follows:

1. The Service filed proof of claim 10726-00045 against USA Realty asserting a general unsecured claim and seeking $1,000.00 based on a penalty for failure to timely file Form 1065 (the "Service's Claim").

2. USA Realty filed an objection to the Service's Claim asserting that it was not aware of any basis for liability to the Service and requesting that it be disallowed in its entirety (the "Objection") (Docket No. 3421).

3. The Service filed a response to the Objection on May 10, 2007 (the "Response"), which explained further the basis for the Service's Claim (Docket No. 3705).

4. Based on the Response and the explanation provided therein, USA Realty and the Service hereby agree and stipulate as follows:

    a. The Objection to the Service's Claim is hereby withdrawn.

    b. The Service's Claim is hereby allowed a general unsecured claim against USA Realty in the amount of $1,000.00.

5. The parties submit a stipulated order herewith for the Court's convenience.

Dated: June 8, 2007.

        RAY QUINNEY & NEBEKER P.C. and
        SCHWARTZER & McPHERSON LAW FIRM

By:    /s/ Steven C. Strong
      STEVEN C. STRONG
      LENARD E. SCHWARTZER
      JEANETTE E. MCPHERSON
      *Attorneys for Debtors*

AND

UNITED STATES OF AMERICA

By: _____
      ROLLIN G. THORLEY
      Special Assistant
      United States Attorney

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  USA Capital Realty Advisors, LLC ("USA Realty"), by and through its counsel, and the
2  United States of America, on behalf of its agency, the Internal Revenue Services (the "Service")
3  hereby stipulate as follows:

4  1.  The Service filed proof of claim 10726-00045 against USA Realty asserting a
5  general unsecured claim and seeking $1,000.00 based on a penalty for failure to timely file Form
6  1065 (the "Service's Claim").

7  2.  USA Realty filed an objection to the Service's Claim asserting that it was not aware
8  of any basis for liability to the Service and requesting that it be disallowed in its entirety (the
9  "Objection") (Docket No. 3421).

10 3.  The Service filed a response to the Objection on May 10, 2007 (the "Response"),
11 which explained further the basis for the Service's Claim (Docket No. 3705).

12 4.  Based on the Response and the explanation provided therein, USA Realty and the
13 Service hereby agree and stipulate as follows:

   a.  The Objection to the Service's Claim is hereby withdrawn.
   b.  The Service's Claim is hereby allowed a general unsecured claim against USA
       Realty in the amount of $1,000.00.

17 5.  The parties submit a stipulated order herewith for the Court's convenience.

Dated: June 7, 2007.

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: _____
STEVEN C. STRONG
LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
*Attorneys for Debtors*

AND

UNITED STATES OF AMERICA

By: _____
ROLLIN G. THORLEY
Special Assistant
United States Attorney

2