Electronically filed June 8, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; jhermann@orrick.com | Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                               Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                               Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                               Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                               Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                               Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF HEARING ON OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date:   July 27, 2007<br>Hearing Time:   9:30 a.m.<br><br>Courtroom:   1 |

TO: THIS HONORABLE COURT, BRIAN M. ADAMS, PHILIP BENJAMIN, RAMONA BIGELOW, JOHNNY CLARK, JOSEPH DEUERLING, ALLAN EBBIN, GEORGE D. FRAME, COURTNEY FUHRIMAN, GARY MICHELSEN, BRIAN HERMAN & ANTHONY G. ADAMS, PRESCIA INVESTMENTS, JOHN E. MICHELSEN, REX MCBRIDE, BRUCE MCGIMSEY, MARGARET MCGIMSEY, SHARON MCGIMSEY, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that on June 8, 2007, Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), by and through its counsel noted above, filed its Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Proofs of Interest Filed by Brian M. Adams, Philip Benjamin, Ramona Bigelow, Johnny Clark, Joseph Deuerling, Allan Ebbin, George D. Frame, Courtney Fuhrman, Gary Michelsen, Brian Herman & Anthony G. Adams, Prescia Investments, John E. Michelsen, Rex McBride, Bruce McGimsey, Margaret McGimsey, Sharon McGimsey (the "Objection"). The Objection is based upon the grounds that the proofs of interest described in the Objection and in Exhibit 1 attached hereto (the "Subject Interests") (i) do not assert the correct amount of the equity interests held in Diversified as of April 13, 2006, by the parties who filed the Subject Interests (the "Parties"), or (ii) are duplicates of proofs of interest already filed.

By the Objection, Diversified requests that the Subject Interests be disallowed (i) to the extent they assert amounts that are different from each respective Party's equity interest in Diversified as of the Petition Date as reflected in Diversified's books and records and allowed in the amount of each Party's equity interest in Diversified as of the Petition Date per Diversified's books and records, or (ii) in their entirety to the extent they are duplicative of proofs of interest already on file in the Diversified case. By the Objection, Diversified does not seek to prejudice the rights of any holder of an equity interest in Diversified who filed a Subject Interest to recover from Diversified on account of his or her membership interest in Diversified. A detailed list of the Subject Interests and the relief sought with respect to each Subject Interest is set forth on Exhibit 1 attached hereto. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any response to the Objection must be filed pursuant to Rule 3007 of the Local Rules of Bankruptcy Procedure:

> (b) <u>Responses to objection to claims</u>. If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that

the documentation will be provided at any evidentiary hearing or trial on the matter.

LR 3007(b) (emphasis in original).

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

**IF ANY CLAIMANT SHOULD DISAGREE WITH DIVERSIFIED'S OBJECTION NOTED ABOVE, SUCH CLAIMANT MUST FILE A RESPONSE TO THE OBJECTION AND SERVE IT UPON DIVERSIFIED'S COUNSEL NO LATER THAN <u>JULY 20, 2007</u>.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd.

///
///
///
///
///
///
///
///
///

{00403207;}

OHS West:260095880.3

1  South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **JULY 27, 2007** at
2  the hour of **9:30 a.m.**
3      DATED this 8th day of June 2007.

                       **BECKLEY SINGLETON, CHTD.**

                       By:  /s/ Anne M. Loraditch
                           Bob L. Olson (Nevada Bar No. 3783)
                           Anne M. Loraditch (Nevada Bar No. 8164)
                           530 Las Vegas Boulevard South
                           Las Vegas, Nevada 89101

                       *Attorneys for Post-Effective Date USA Capital*
                       *Diversified Trust Deed Fund, LLC*

{00403207;}

OHS West:260095880.3

# EXHIBIT 1

## Proofs of Interest Subject to Objection

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 128 | Brian M. Adams | 13571 | 11/10/06 | $325,000 | $312,307.60 | Disallow interest to the extent it exceeds $312,307.60, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 194 | Philip Benjamin | 10038 | 01/13/07 | $29,632.19 | $29,632.19 | Disallow interest in its entirety as duplicative of interest no. 193 already filed in the Diversified case. |
| 035 | Ramona Bigelow | 16949 | 09/28/06 | $26,240.83 | $26,240.83 | Disallow interest in its entirety as duplicative of interest no. 16 already filed in the Diversified case. |
| 149 | Johnny Clark | 3190 | 11/13/06 | $99,467.90 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 166 | Johnny Clark | 9590 | 11/13/06 | $99,467.90 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 067 | Joseph Deuerling | 6953 | 10/20/06 | $240,236.61 | $240,236.61 | Disallow interest in its entirety as duplicative of interest no. 47 already filed in the Diversified case. |
| 185 | Allan Ebbin | 14505 | 11/10/06 | $159,582.17 | $159,582.17 | Disallow interest in its entirety as duplicative of interest no. 182 already filed in the Diversified case. |
| 181 | George D. Frame | 16149 | 11/09/06 | $51,920.28 | $51,920.28 | Disallow interest in its entirety as duplicative of interest no. 82 already filed in the Diversified case. |
| 081 | Courtney Fuhriman | 3990 | 11/09/06 | $48,047.32 | $48,047.32 | Disallow interest in its entirety as duplicative of interest no. 61 already filed in the Diversified case. |

{00403207;}
OHS West:260095880.3

Page - 6 - of 9

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 129 | Gary Michelsen | 11005 | 11/10/06 | $58,667.14 | $58,667.14 | Disallow interest in its entirety as duplicative of interest no. 113 already filed in the Diversified case. |
| 161 | Gary Michelsen | 11005 | 11/10/06 | $58,667.14 | $58,667.14 | Disallow interest in its entirety as duplicative of interest no. 113 already filed in the Diversified case. |
| 121 | Brian Herman & Anthony G. Adams | 4349 | 11/08/06 | $3,625,000 | $3,483,430.96 | Disallow interest to the extent it exceeds $141,569.04, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 195 | Prescia Investments | 18705 | 01/16/07 | $379,924.09 | $379,924.09 | Disallow interest in its entirety as duplicative of interest no. 13 already filed in the Diversified case. |
| 151 | John E. Michelsen | 12005 | 11/13/06 | $444,137.48 | $444,137.48 | Disallow interest in its entirety as duplicative of interest no. 131 already filed in the Diversified case. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 077 | Rex McBride | 3616 | 10/12/06 | $50,000.00 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 165 | Bruce McGimsey | 9316 | 11/13/06 | $86,171.22 | $86,171.22 | Disallow interest in its entirety as duplicative of interest no. 144 already filed in the Diversified case. |
| 145 | Margaret McGimsey | 5584 | 11/13/06 | $96,094.75 | $96,094.75 | Disallow interest in its entirety as duplicative of interest no. 117 already filed in the Diversified case. |
| 168 | Margaret McGimsey | 5584 | 11/13/06 | $96,094.75 | $96,094.75 | Disallow interest in its entirety as duplicative of interest no. 117 already filed in the Diversified case. |
| 148 | Sharon McGimsey | 8362 | 11/13/06 | $311,091.58 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00403207;}

OHS West:260095880.3

Page - 8 - of 9

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 167 | Sharon McGimsey | 8362 | 11/13/06 | $311,091.58 | $48,047.32 | Disallow interest in its entirety as duplicative of interest no. 148 already filed in the Diversified case. |