Electronically filed June 8, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON SECOND OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: July 27, 2007<br>Hearing Time: 9:30 a.m.<br>Courtroom: 1 |

TO: THIS HONORABLE COURT, ANNE NOUNNA, OLYMPIA CAPITOL MANAGEMENT, ROBERT J. SCOTT, CAROL TURNER, JOHN WEAVER, RAUL WOOD, 1994 DUESING TRUST, BANK OF AMERICA TTEE, IRA HERBERT HANSEN, BENJAMIN BARNICA, JEAN BERTHELOT, TEARNAN BLAKE, DOUGLAS CARSON, LAURIE CARSON, VINCENT DANELIAN, DEBRA WILLIAMS, ALBERT H. DOWNING, DAVID JOYCE, FREDERICK W. KEWELL, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST

{00403227;}

OHS West:260095880.3

Page - 1 - of 9

1   **NOTICE IS HEREBY GIVEN** that on June 8, 2007, Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), by and through its counsel noted above, filed its Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Proofs of Interest Filed by Anne Nounna, Olympia Capitol Management, Registrant, Robert J. Scott, Carol Turner, John Weaver, Raul Wood, 1994 Duesing Trust, Bank of America Trustee, IRA Herbert Hansen, Benjamin Barnica, Jean Berthelot, Tearnan Blake, Douglas Carson, Laurie Carson, Vincent Danelian, Debra Williams, Albert H. Downing, David Joyce, and Frederick W. Kewell (the "Objection"). The Objection is based upon the grounds that the proofs of interest described in the Objection and in Exhibit 1 attached hereto (the "Subject Interests") (i) do not assert the correct amount of the equity interests held in Diversified as of April 13, 2006, by the parties who filed the Subject Interests (the "Parties"), or (ii) are duplicates of proofs of interest already filed.

By the Objection, Diversified requests that the Subject Interests be disallowed (i) to the extent they assert amounts that are different from each respective Party's equity interest in Diversified as of the Petition Date as reflected in Diversified's books and records and allowed in the amount of each Party's equity interest in Diversified as of the Petition Date per Diversified's books and records, or (ii) in their entirety to the extent they are duplicative of proofs of interest already on file in the Diversified case. By the Objection, Diversified does not seek to prejudice the rights of any holder of an equity interest in Diversified who filed a Subject Interest to recover from Diversified on account of his or her membership interest in Diversified. A detailed list of the Subject Interests and the relief sought with respect to each Subject Interest is set forth on Exhibit 1 attached hereto. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any response to the Objection must be filed pursuant to Rule 3007 of the Local Rules of Bankruptcy Procedure:

> (b) <u>Responses to objection to claims</u>. If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is

{00403227;}

OHS West:260095880.3

Page - 2 - of 9

> deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

LR 3007(b) (emphasis in original).

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

**IF ANY CLAIMANT SHOULD DISAGREE WITH DIVERSIFIED'S OBJECTION NOTED ABOVE, SUCH CLAIMANT MUST FILE A RESPONSE TO THE OBJECTION AND SERVE IT UPON DIVERSIFIED'S COUNSEL NO LATER THAN JULY 20, 2007.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd.

///
///
///
///
///
///
///
///

{00403227;}

OHS West:260095880.3

1  South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **JULY 27, 2007** at
2  the hour of **9:30 a.m.**
3      DATED this 8th day of June 2007.

                                                   **BECKLEY SINGLETON, CHTD.**

                                        By:      /s/ Anne M. Loraditch
                                                  Bob L. Olson (Nevada Bar No. 3783)
                                                  Anne M. Loraditch (Nevada Bar No. 8164)
                                                  530 Las Vegas Boulevard South
                                                  Las Vegas, Nevada 89101

                                        *Attorneys for Post-Effective Date USA Capital*
                                        *Diversified Trust Deed Fund, LLC*

# EXHIBIT 1

## Proofs of Interest Subject to Objection

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 175 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Disallow interest in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 176 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Disallow interest in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 127 | Olympia Capitol Mgmt, Registrant | 15238 | 11/10/06 | $100,000 | $96,094.65 | Disallow interest to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 024 | Robert J. Scott | 10827 | 10/02/06 | $77,423.96 | $72,070.98 | Disallow interest to the extent it exceeds $72,070.98, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 099 | Carol Turner | 3012 | 11/02/06 | $98,054.36 | $96,094.65 | Disallow interest to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 090 | John Weaver | 9838 | 11/01/06 | $59,548.51 | $59,548.51 | Disallow interest in its entirety as duplicative of interest no. 23 already filed in the Diversified case. |
| 088 | Raul Wood | 9784 | 10/31/06 | $33,564.91 | $33,564.91 | Disallow interest in its entirety as duplicative of interest no. 86 already filed in the Diversified case. |
| 089 | Raul Wood | 10384 | 10/31/06 | $31,439.12 | $31,439.12 | Disallow interest in its entirety as duplicative of interest no. 85 already filed in the Diversified case. |
| 039 | 1994 Duesing Trust | 5827 | 10/10/06 | $200,000 | $192,189.29 | Disallow interest to the extent it exceeds $192,189.29, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 030 | Bank of America Trustee, IRA Herbert Hansen | 2067 | 10/02/06 | $49,287.32 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 158 | Benjamin Barnica | 7149 | 11/14/06 | $25,000 | $24,023.66 | Disallow interest to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 110 | Jean Berthelot | 17505 | 11/09/06 | $33,965.51 | $24,023.66 | Disallow interest to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 065 | Tearnan Blake | 12053 | 10/16/06 | $59,058.88 | $58,958.88 | Disallow interest to the extent it exceeds $58,958.88, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 095 | Douglas Carson | 354 | 11/07/06 | $150,000.00 | $144,141.97 | Disallow interest to the extent it exceeds $144,141.97, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 093 | Laurie Carson | 378 | 11/07/06 | $25,000.00 | $24,023.66 | Disallow interest to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 173 | Vincent Danelian | 467 | 11/15/06 | $49,047.32 | $48,047.92 | Disallow interest to the extent it exceeds $48,047.92, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 071 | Debra Williams | 11553 | 10/20/06 | $30,533.48 | $29,923.24 | Disallow interest to the extent it exceeds $29,923.24, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Proposed Disposition |
|---|---|---|---|---|---|---|
| 040 | Albert H. Downing | 16816 | 10/10/06 | $50,000.00 | $48,047.32 | Disallow interest to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 049 | David Joyce | 15527 | 10/11/06 | $96,594.65 | $96,094.65 | Disallow interest to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 187 | Frederick W. Kewell | 17527 | 11/16/06 | $50,000.00 | $52,439.42 | Disallow interest to the extent it exceeds $52,439.42, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00403227;}

OHS West:260095880.3