Electronically filed June 8, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA  95814-4497 | Las Vegas, NV 89101 |
| Telephone:  (916) 447-9200 | Telephone:  (702) 385-3373 |
| Facsimile:  (916) 329-4900 | Facsimile:  (702) 385-5024 |
| Email:    malevinson@orrick.com; | Email:    bolson@beckleylaw.com; |
|               jhermann@orrick.com |              aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | **NOTICE OF HEARING ON SECOND OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO (1) CLAIM FILED BY BEADLE MCBRIDE & REEVES, LLP, AND (2) SCHEDULED CLAIM OF GMAC COMMERCIAL HOLDING CAPITAL CORPORATION** |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Hearing Date:         July 27, 2007<br>Hearing Time:         9:30 a.m.<br>Hearing Place:         Courtroom 1 |

**TO:    THIS HONORABLE COURT, BEADLE MCBRIDE & REEVES, LLP, GMAC COMMERCIAL HOLDING CAPITAL CORP., UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST**

{00403234;}

Page - 1 - of 3

OHS West:260095880.3

1   **NOTICE IS HEREBY GIVEN** that on June 8, 2007, Post-Effective Date USA Capital
2   Diversified Trust Deed Fund, LLC ("Diversified"), by and through its counsel noted above, filed
3   its Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed
4   Fund, LLC To (1) Claim Filed By Beadle McBride & Reeves, LLP, and (2) Scheduled Claim of
5   GMAC Commercial Holding Capital Corporation (the "Objection"). The Objection is based
6   upon the grounds that the claims described herein are not valid and Diversified has no liability
7   on account of such claims.

8   A copy of the Objection may be obtained at the bankruptcy court's website at
9   http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

10  Any response to the Objection must be filed pursuant to Rule 3007 of the Local Rules of
11  Bankruptcy Procedure:

12  > (b) <u>Responses to objection to claims</u>. If an objection to a claim is
13  > opposed, a written response must be filed and served on the objecting
14  > party at least 5 business days before the scheduled hearing. A response is
15  > deemed sufficient if it states that written documentation in support of the
    > proof of claim has already been provided to the objecting party and that
    > the documentation will be provided at any evidentiary hearing or trial on
    > the matter.

16  LR 3007(b) (emphasis in original).

17  Please carefully review the Omnibus Objection included with this Notice concerning
18  your claim(s).

19  **IF ANY CLAIMANT SHOULD DISAGREE WITH DIVERSIFIED'S**
20  **OBJECTION NOTED ABOVE, SUCH CLAIMANT MUST FILE A RESPONSE TO**
21  **THE OBJECTION AND SERVE IT UPON DIVERSIFIED'S COUNSEL NO LATER**
22  **THAN <u>JULY 20, 2007</u>.**

23  If you object to the relief requested, you *must* file a **WRITTEN** response to this
24  pleading with the court. You *must* also serve your written response on the person who sent you
25  this notice.

26  If you do not file a written response with the court, or if you do not serve your written
27  response on the person who sent you this notice, then:

28  - The court may *refuse to allow you to speak* at the scheduled hearing; and

1  - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **JULY 27, 2007** at the hour of **9:30 a.m.**

DATED this 8th day of June 2007.

**BECKLEY SINGLETON, CHTD.**

By: /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*