**Entered on Docket**
**June 11, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| | ) | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Date: May 31, 2007 |
| | ) | Time: 9:30 a.m |
| USA SECURITIES, LLC, | ) | **Affecting:** |
|                                    Debtors. | ) | ☐ All Cases |
| | ) | **or Only:** |
| | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |

1839724.1

# ORDER RE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO ALLOWANCE OF CLAIMS AND NOTICE OF CONTINUED HEARING

The Motion to Extend Deadline to File Objections to Allowance of Claims [DE 3675] (the "Motion"), was filed by the USACM Liquidating Trust on May 8, 2007. Notice of the Motion and Notice of Hearing on the Motion [DE 3677] was given to the Post Effective Date Service list on May 8, 2007. The Motion came before the Court for consideration at the hearing held on May 31, 2007. The Court having considered the Motion, it is

ORDERED:

1. Directing counsel for the USACM Liquidating Trust to post on the website the:

- Motion to Extend Deadline to File Objections to Allowance of Claims [DE 3675]; and this
- Order Re Motion to Extend Deadline to File Objections to Allowance of Claims and Notice of Continued Hearing;

2. Continuing the hearing on this Motion to **June 22, 2007 at 9:30 a.m.**; and

3. Extending the deadline for filing objections to allowance of claims, and in particular unsecured claims, for ten days after the continued hearing, i.e. July 2, 2007.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1839724.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:
    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(e); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(e) and the following have disapproved the form of the order:
- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*


APPROVED/DISAPPROVED

By: [signature]
August Landis, Office of the U.S. Trustee

3