**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/11/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>¨ All Debtors<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION**<br><br>Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

      USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Pension Benefit Guaranty Corporation ("PBGC"). by and through its counsel, hereby stipulate:

1826581.2

1. USA Commercial Mortgage Company filed an objection to Claim Nos. 791, 793, and 794 of PBGC in Case No. 06-10725 [DE 2978]. The USACM Liquidating Trust is the successor to USACM with respect to this objection.

2. The objection is set for status hearing on June 15, 2007 at 9:30 a.m.

3. On April 23 and April 25, 2007, PBGC filed amended Proofs of Claim.

4. The undersigned counsel agree that:

- The parties will endeavor to agree on deadlines of objections to the amended proofs of claim;

- The PBGC is not required to file a response to the objections to the initial PBGC proofs of claim, and the parties will endeavor to agree on deadlines for responses to any objections to the amended Claims;

- The status hearing on PBGC Claims, and on any objections to amended proofs of claim then filed or to be filed by USACM Trust scheduled for June 15, 2007 shall be continued to October 15, 2007 at 9:30 a.m.

DATED: June 11, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

1826581.2

LEWIS AND ROCA LLP
LAWYERS

**PENSION BENEFIT GUARANTY CORPORATION**

By: /s/ *Erika E. Barnes*
    James Eggeman Assistant Chief Counsel
    Frank A. Anderson, DC 478234 (*pro hac vice*)
    Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov