**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/11/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**SECOND STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 1279 OF LERIN HILLS**<br><br>Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Lerin Hills Ltd. by and through its counsel, Kehoe & Associates, hereby stipulate:

1

1840908.1

1. The USACM Trust filed an objection to Claim No. 1279 of Lerin Hills Ltd. filed in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62.

2. The matter was originally set for status hearing on April 26, 2007 at 9:30 a.m. Pursuant to a stipulation [DE 3392] and order [DE 3393] the hearing was continued to June 15, 2007 at 9:30 a.m.

3. Counsel for the USACM Liquidating Trust requests additional time to negotiate with the Claimants' counsel over investigation and prosecution of the Claims and the objections.

4. In order to facilitate that negotiation, the parties agree that the hearing on the objection filed by the USACM Trust to Claim No. 1279 of Lerin Hills Ltd. in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62 be continued to **October 15, 2007 at 9:30 a.m.**

5. The parties submit a stipulated order for the Court's convenience.

DATED: June 11, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

**KEHOE & ASSOCIATES**

By: /s/ TEK (# 6011)
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

1840908.1