**Entered on Docket
June 12, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11
Jointly Administered Under
Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

1   THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045 filed by the Internal Revenue Service, and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

1. Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against USA Capital Realty Advisors, LLC in the amount of $1,000.00

2. The hearing on the objection to Proof of Claim 10729-00045 currently scheduled for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By:    /s/ Steven C. Strong
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*


Approved by:

UNITED STATES OF AMERICA

By: _____
   ROLLIN G. THORLEY
   Special Assistant
   United States Attorney




###

1   THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045
2   filed by the Internal Revenue Service, and having determined that good and sufficient cause exists,
3   HEREBY ORDERS THAT:
4       1.    Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against
5   USA Capital Realty Advisors, LLC in the amount of $1,000.00
6       2.    The hearing on the objection to Proof of Claim 10729-00045 currently scheduled
7   for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

Approved by:

UNITED STATES OF AMERICA

By: _____
ROLLIN G. THORLEY
Special Assistant
United States Attorney

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122