**Entered on Docket**
**June 12, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

415848v2

# ORDER APPROVING STIPULATION BETWEEN USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC )

The Court having considered the "Stipulation Between USACM Liquidating Trust And USA Capital First Trust Deed Fund, LLC On Overbid Allocation And Plan Compromise" (the "Stipulation") entered into by and between, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee"), on the on hand, by and through its undersigned counsel, and USACM Liquidating Trust (the "Trust"), on the other hand, by and through its undersigned counsel and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT the allocation of the Net Overbid Proceeds[1] shall be 60% for the USACM Trust ($5,700,000) (the "USACM Overbid Allocation") and 40% for FTDF ($3,800,000); however, the USACM Overbid Allocation shall include the Compass Escrow described in Paragraph 2 of the Stipulation and in the immediately following paragraph of this Order.

IT IS FURTHER ORDERED THAT the USACM Trust shall assume all responsibility for the litigation or settlement of the Compass Escrow Dispute and FTDF shall have no responsibility therefore. The Compass Escrow shall be applied solely to the USACM Overbid Allocation such that FTDF shall receive, in cash, the full 40% of the Net Overbid Proceeds. Further, if funds are released from the Compass Escrow and are not paid over to Compass pursuant to settlement or order of the Bankruptcy Court, such funds shall belong solely to the USACM Trust.

IT IS FURTHER ORDERED THAT the Plan Compromises shall apply through the Plan Effective Date, except as provided in Paragraph 4 of the Stipulation and in the immediately following paragraph of this Order with respect to the Professional Fee Cap.

IT IS FURTHER ORDERED THAT the Professional Fee Cap shall apply

---

[1] Defined terms used but not defined herein have the meanings set forth in the Stipulation.

415848v2

2

regardless of the amounts allowed by the Bankruptcy Court as final fees and costs for the Debtors' Professionals in these cases, except that FTDF shall be obligated for 50% of the allowed amount of the Debtors' Professionals fees and costs allocated to FTDF in excess of the Professional Fee Cap for February 1, 2007 through the Plan Effective Date. The parties have agreed that FTDF shall be obligated for a total of $226,678.12 for February 1, 2007 through the Plan Effective Date. The FTDF Committee's rights are reserved to object to any of the Debtors' Professionals requested final fees and costs in these cases.

IT IS FURTHER ORDERED THAT FTDF shall pay $43,577.24 to BMC for the services provided by BMC to FTDF for the period of January 1, 2007 through the Plan Effective Date. FTDF shall pay $250,629.56 to the Trust for FTDF's allocated share of BMC expenses for the period of the Petition Date through December 31, 2006. All post-Effective Date BMC invoices to FTDF shall be copied to counsel for the FTDF Committee. No BMC invoices to FTDF may be paid absent written consent of FTDF and the FTDF Committee or an order of the Court. To the extent there is a dispute between BMC and either FTDF or the FTDF Committee regarding invoices from BMC for services provided and costs incurred after the Plan Effective Date and the dispute cannot be resolved by the parties, such dispute shall be resolved by the Bankruptcy Court.

IT IS FURTHER ORDERED THAT the FTDF Unsecured Claim shall be allowed in the amount of $7.0 million as a allowed general unsecured claim and beneficial interest in the USACM Trust.

IT IS FURTHER ORDERED THAT on the 11th day after entry of this Order, all payments due to the USACM Trust and FTDF under this Stipulation, and the $43,577.24 to be paid to BMC by FTDF for the BMC services provided for the period of January 1, 2007 through the Plan Effective Date shall be made to those entities, including the allocated amounts of the Net Overbid Proceeds as set forth in Paragraph 1 of the Stipulation.

IT IS FURTHER ORDERED THAT this order is intended to address only the allocation of allowed fees and expenses among the FTDF estate and the USACM estate for February 2007 and March 1 through 12, 2007, and does not affect the allowance or payment of

1 | such fees.

2 | **SUBMITTED BY:**

3 | STUTMAN, TREISTER & GLATT, P.C.

4 |

5 |    /s/ *Eve H. Karasik*
EVE H. KARASIK

6 | ANDREW M. PARLEN
1901 Avenue of the Stars, 12th Floor

7 | Los Angeles, CA 90067

8 | and

9 |
SHEA & CARLYON, LTD.

10 | CANDACE A. CARLYON
SHLOMO S. SHERMAN

11 | 233 South Fourth Street
Las Vegas, NV 89101

12 |

13 | Attorneys for the Official Committee of Equity
Security Holders of USA Capital First Trust Deed,

14 | Fund, LLC

15 |

16 | **APPROVED**

17 | LEWIS AND ROCA LLP

18 |

19 |    /s/ *Rob Charles*
ROB CHARLES

20 | SUSAN M. FREEMAN
3993 Howard Hughes Parkway, 6th Floor

21 | Las Vegas, NV 89169

22 | Counsel for the USCAM Liquidating Trust

23 |

24 | **APPROVED**

25 | RAY QUINNEY & NEBEKER P.C.

26 |

27 |    /s/ *Steven C. Strong*
ANNETTE W. JARVIS

28 | STEVEN C. STRONG
36 South State Street, Suite 1400
P.O. Box 45385

415848v2                                       4

Salt Lake City, Utah 84145-0385

And

SCHWARTZER & MCPHERSON LAW FIRM
LENARD E. SCHWARTZER
JEANETTE E. McPHERSON

Attorneys for USA Capital First Trust Deed Fund, LLC

**APPROVED**

BMC GROUP

_/s/ Alan Dalsass_
ALAN DALSASS
875 Third Avenue, 5th Floor
New York, New York 10022

BMC Group

**REVIEWED**

OFFICE OF THE UNITED STATES TRUSTEE

_____
AUGUST B. LANDIS
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

Counsel for the Office of the United States Trustee

415848v2                                5

1  Salt Lake City, Utah 84145-0385

2  And

3  SCHWARTZER & MCPHERSON LAW FIRM
4  LENARD E. SCHWARTZER
   JEANETTE E. McPHERSON
5
6  Attorneys for USA Capital First Trust
   Deed Fund, LLC

7  **APPROVED/DISAPPROVED**

8  BMC GROUP

9
10
11 ALAN DALSASS
   875 Third Avenue, 5th Floor
12 New York, New York 10022

13 BMC Group

14

15 REVIEWED
16

17 OFFICE OF THE UNITED STATES TRUSTEE

18
19 _____ AUST
   AUGUST B. LANDIS
20 300 Las Vegas Blvd. S., #4300
   Las Vegas, NV 89101
21
22 Counsel for the Office of the United States Trustee

23
24
25
26
27
28

415848v2                             5