E-Filed on June 12, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile  (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor. | **NOTICE OF FILING PROOFS OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination on Mary P. Thomas (Assistant Vice President) for Stewart Title Company (Exhibit A Attached);**

116603-1

**Proof of Service of Subpoena for Rule 2004 Examination on Michael M. Kaluger, Jr., Person Authorized to Accept for Orange Coast Title Company (Exhibit B Attached);**

**Proof of Service of Subpoena for Rule 2004 Examination on Laurie Grushen (Vice-President), Authorized to Accept for First American Title Insurance Company (Exhibit C Attached);**

**Proof of Service of Subpoena for Rule 2004 Examination on Marcie Abendroth, Authorized to Accept Service for Registered Agent for Amerititle, Inc. (Exhibit D Attached); and**

**Proof of Service of Subpoena for Rule 2004 Examination on Dawn Schulz, Process Specialist Authorized to Accept for Registered Agent for Chicago Title Insurance Company (Exhibit E Attached);**

DATED: June 12, 2007

| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By: /s/ Eric D. Madden | By: /s/ Rob Charles |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| 909 Fannin, Suite 1500 | Las Vegas, Nevada 89169-5996 |
| Houston, Texas 77010 | (702) 949-8320 (telephone) |
| (713) 333-5100 (telephone) | (702) 949-8321 (facsimile) |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

116603-1

## PROOF OF SERVICE

DATE: 6/6/07    PLACE: 1980 Post Oak Blvd., suite 800
Houston, TX 77056

SERVED:

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Stewart Title Co. in care of Mary P. Thomas | Personal Service |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/6/07          _Marty J. Kerry_   sch: 2529
            Date                    Signature of Server

X _Mary P. Thomas (Asst V.P.)_   Address of Server   MACH 5 Couriers, Inc.
1201 Louisiana, Suite 210
Houston, TX 77002

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any persons who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance.
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{00365037;}



EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP<br>1201 ELM ST., 34TH FLOOR<br>DALLAS, TX 75270 | (214) 389-5300 | |
| ATTORNEY FOR *(NAME)* | Ref. No. or File No.:<br>0SP12850-01 | |

Insert name of court, judicial district or branch court.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

SHORT TITLE OF CASE
USA COMMERCIAL MORTGAGE

| PROOF OF SERVICE | DATE:<br>07/13/07 | TIME:<br>10:00 am | DEPT/DIV: | CASE NUMBER:<br>BK-S-06-10725-LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents):*
   SUBPOENA FOR RULE 2004 EXAMINATION

2. a. Party Served: *(specify name of party as shown on the documents served):*
      ORANGE COAST TITLE COMPANY
   b. Person Served: MICHAEL M. KALUGER, JR.
      PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS
   c. Address: 640 N. TUSTIN AVENUE, SUITE 106
      SANTA ANA, CA 92705                                          **(Business)**

3. I served the party named in item 2
   a. By personally delivering the copies.
      (1) on: *(date):* June 6, 2007
      (2) at: *(time):* 03:35 pm

   Witness fees and mileage both ways were paid. Amount:    55.00

5. **Person serving** *(name, address, and telephone No.):*   a. **Fee** for service: $   165.00    [CCP 1033.5(a)(4)(B)]

Arturo Chayra, Jr.
888 West Santa Ana Boulevard, Suite 170
Santa Ana, CA 92701
Phone: (714) 558-7901 or (323) 873-4909
Registration No.: 67

(1) Employee or Independent contractor.
(2) Registration No.: 3587
(3) County: Los Angeles

*Personal ATTORNEY SERVICE, INC.*

**EXHIBIT B**

6. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 7, 2007

▶ *(SIGNATURE)*

Form Adopted by Rule 982
Judicial Council of California
982(a)(23)[New July 1, 1987]

PROOF OF SERVICE

Code Civ. Proc., § 417.10(f)

31A/0SP12850-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP<br>1201 ELM ST., 34TH FLOOR<br>DALLAS, TX  75270 | (214) 389-5300 | |
| | Ref. No. or File No.:<br>0SP12851-01 | |
| ATTORNEY FOR *(NAME)* | | |

Insert name of court, judicial district or branch court.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

SHORT TITLE OF CASE
USA COMMERCIAL MORTGAGE

| **PROOF OF SERVICE** | DATE:<br>07/13/07 | TIME:<br>10:00 am | DEPT/DIV: | CASE NUMBER:<br>BKS0610725LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
   SUBPOENA FOR RULE 2004 EXAMINATION

2. a. Party Served: *(specify name of party as shown on the documents served)*:
      FIRST AMERICAN TITLE INSURANCE COMPANY
   b. Person Served: LAURIE GRUSHEN, VICE-PRESIDENT
      PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS
   c. Address: 1 FIRST AMERICAN WAY
      SANTA ANA, CA 92707                                    **(Business)**

3. I served the party named in item 2
   a. By personally delivering the copies.
      (1) on: *(date)*: June 6, 2007
      (2) at: *(time)*: 03:55 pm

   Witness fees and mileage both ways were paid. Amount:    68.00

5. **Person serving** *(name, address, and telephone No.)*:    a. **Fee** for service: $    178.00        [CCP 1033.5(a)(4)(B)

   Arturo Chayra, Jr.                              (1) Employee or Independent contractor.
   888 West Santa Ana Boulevard, Suite 170         (2) Registration No.: 3587
   Santa Ana, CA 92701                             (3) County: Los Angeles
   Phone: (714) 558-7901 or (323) 873-4909
   Registration No.: 67

   *Personal Attorney Service, Inc.*

   EXHIBIT C

6. [X] I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 7, 2007                                           ▶ _____
                                                                        (SIGNATURE)

| Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(23)[New July 1, 1987] | **PROOF OF SERVICE** | Code Civ. Proc., § 417.10(f) |
|---|---|---|

# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

Case Number: BK-S-06-10725-LBR

In Regard to:
**USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL REALTY ADVISORS, LLC, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC and USA SECURITIES, LLC, Debtors**

Received by MALSTROM'S PROCESS SERVING CO. to be served on **Amertitle, Inc. c/o CT Corporation Systems, Registered Agent, 388 State Street, Suite 420, Salem, OR 97301**.

I, Rebecca L. Lundin, being duly sworn, depose and say that on the **7th day of June, 2007** at **11:35 am,** I:

SERVED the named corporation a **Subpoena and witness fee check for $45.00** by personal service upon **Marcie Abendroth,** the clerk on duty in the office of the Registered Agent.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served by me is the same entity named in the action.

Rebecca L. Lundin
Process Server

Subscribed and Sworn to before me on the 7th day of June, 2007 by the affiant who is personally known to me.

Patricia L. Bustamante
NOTARY PUBLIC-OREGON

MALSTROM'S PROCESS SERVING CO.
167 High Street S.E.
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234
Our Job Serial Number: 2007004504

OFFICIAL SEAL
PATRICIA L BUSTAMANTE
NOTARY PUBLIC - OREGON
COMMISSION NO. 386452
MY COMMISSION EXPIRES JAN. 10, 2009

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

EXHIBIT D

## IN THE CIRCUIT COURT OF

                                Plaintiff(s)     |     Court No.: BK S 06 10725 LBR

VS.

Chicago Title Insurance Company

                                Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

__DAN CAIN__, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Subpoena

Defendant to be served: Chicago Title Insurance Company by and through its Registered Agent

(SERVED)/NON-SERVED the within named defendant on: 6/7/07 @ 9:16 (AM)/PM

ADDRESS WHERE ATTEMPTED OR SERVED: CT Corporation Systems 208 So LaSalle St, Suite 814
Chicago, Illinois 60604

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 35  Gender M/(F)  Race C  Height 5'6  Weight 140  Hair BR  Glasses Y/(N)

____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on
_____

_X_ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with __Dawn Schulz__,
(Title) __Access Specialist__, a person authorized to accept service and informed that person of the contents thereof.

____ **POSTED**

____ **NON-SERVICE** for the reason that after diligent investigation found
_____
_____
_____
_____

Additional Comments
_____
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this __8th__ day of
__June__, 2007                          Signature of Process Server

OFFICIAL SEAL
CATHY BLAYLOCK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/02/10

**EXHIBIT E**

Job ID: 244141