E-Filed on June 12, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| 909 Fannin, Suite 1500 | 3993 Howard Hughes Parkway, Suite 600 |
| Houston, Texas 77010 | Las Vegas, NV 89169-5996 |
| Telephone (713) 333-5100 | Telephone (702) 949-8320 |
| Facsimile (713) 333-5199 | Facsimile (702) 949-8321 |
| | |
| Allan B. Diamond, TX State Bar No. 05801800 | Susan M. Freeman, AZ State Bar No. 004199 |
| Email: adiamond@diamondmccarthy.com | Email: sfreeman@lrlaw.com |
| Eric D. Madden, TX State Bar No. 24013079 | Rob Charles, NV State Bar No. 006593 |
| Email: emadden@diamondmccarthy.com | Email: rcharles@lrlaw.com |
| | |
| Special Litigation Counsel for USACM Liquidating Trust | Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF FILING PROOFS OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

> **Proof of Service of Subpoena for Rule 2004 Examination on Donald R. Kirkland, Registered Agent for Pacific Northwest Title Company of Washington, Inc. (Exhibit A Attached); and**

116622-1

**Proof of Service of Subpoena for Rule 2004 Examination on Douglas Stuart, Executive Vice-President and General Counsel, for Rio Grande Title Company, Inc. (Exhibit B Attached).**

DATED: June 12, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: /s/ Eric D. Madden | By: /s/ Rob Charles |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| 909 Fannin, Suite 1500 | Las Vegas, Nevada 89169-5996 |
| Houston, Texas 77010 | (702) 949-8320 (telephone) |
| (713) 333-5100 (telephone) | (702) 949-8321 (facsimile) |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

116622-1

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br>USA SECURITIES, LLC,<br>DEBTORS.<br>　　　　　　　　　　　　　Plaintiff/Petitioner<br><br>AFFECTS: ALL DEBTORS<br>　　　　　　　　　　　　　Defendant/Respondent | Cause #:  BK-S-06-10725 LBR<br>　　　　　　  BK-S-06-10726 LBR<br>　　　　　　  BK-S-06-10727 LBR<br>　　　　　　  BK-S-06-10728 LBR<br>　　　　　　  BK-S-06-10729 LBR<br><br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-S-0610725-LBR<br>IN THE DISTRICT OF NEVADA<br><br>Declaration of Service of:<br><br>SUBPOENA FOR RULE 2004 EXAMINATION;<br>WITNESS FEE CHECK<br><br>Hearing Date:   JUL 12 2007 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 6 2007 3:05PM at the address of 215 COLUMBIA ST SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon PACIFIC NORTHWEST TITLE COMPANY OF WASHINGTON, INC. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DONALD R. KIRKLAND, REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 9, 2007 at Seattle, WA

by _____
　　　　　J. Bradford

Ramona L Holmes NOTARY PUBLIC
in and for the State of Washington,
residing at Seattle Comm Exp. 11-18-07

Service Fee Total: $ 85.00



ABC Legal Services, Inc.
206 521-9000
Tracking #: 4802773

ORIGINAL
PROOF OF SERVICE

DIAMOND MCCARTHY LLP
1201 ELM ST, 34TH FLOOR
DALLAS, TX 75270
214 389-5300

## PROOF OF SERVICE

DATE:    PLACE:

SERVED: 6-7-07    Rio Grande Title 6400 Indian School Ave

SERVED ON (PRINT NAME): Douglas Stuart ExEc VP / GC

MANNER OF SERVICE: Personal

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6-7-07          Robyn acuit
              Date              Signature of Server

PO Box 93325  Alb. NM  87199
Address of Server

---

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any persons who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance.
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.


EXHIBIT B

{00365037;}