Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 12, 2007

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION FURTHER CONTINUING THE HEARING ON OBJECTIONS TO THE PENSION BENEFIT GUARANTY CORPORATION'S CLAIMS FILED AGAINST USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC**<br><br>**(Affects USA Capital Realty Advisors, LLC and USA Securities, LLC)**<br><br>Date of Hearing:  June 15, 2007<br>Time of Hearing:  9:30 a.m.<br><br>New Date of Hearing:  July 27, 2007<br>Time of Hearing:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1  USA Capital Realty Advisors, LLC ("USA Realty"), and USA Securities, LLC ("USA
2  Securities") jointly, by and through their counsel, and the Pension Benefit Guaranty Corporation
3  (the "PBGC") hereby stipulate as follows:

4  1.  USA Realty filed objections to Claim No. 37 in the amount of $884,389, Claim No.
5  38 in the amount of $1,068,233, and Claim No. 39 in an unliquidated amount filed against it by
6  the PBGC.  USA Securities filed objections to Claim No. 24 in an unliquidated amount, Claim No.
7  25 in the amount of $884,389, and Claim No. 26 in the amount of $1,068,233 filed against it by
8  the PBGC.

9  2.  These objections were set for a status hearing on April 26, 2007, at 9:30 a.m. but
10 the parties stipulated to continue the hearing until June 15, 2007 (Docket No. 3486).  The Court
11 approved the stipulation by order dated April 23, 2007 (Docket No 3521).

12 3.  The PBGC has since filed amended proofs of claim against both USA Realty and
13 USA Securities.

14 4.  Counsel for the parties request additional time to negotiate concerning the amended
15 claims and objections.

16 5.  In order to facilitate these continued negotiations, the parties have agreed that the
17 status hearing on the objections filed by USA Securities and USA Realty to the PBGC's claims be
18 continued to July 27, 2007, at 9:30 a.m.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

6. The parties submit a stipulated order herewith for the Court's convenience.

Respectfully submitted this 12th day of June, 2007.

        RAY QUINNEY & NEBEKER P.C. and
        SCHWARTZER & McPHERSON LAW FIRM

By:   /s/ Steven C. Strong
      STEVEN C. STRONG
      LENARD E. SCHWARTZER
      JEANETTE E. MCPHERSON
      *Attorneys for Debtors*

AND

PENSION BENEFIT GUARANTY CORPORATION

By:   /s/ Erika E. Barnes
      JAMES L. EGGEMAN
      ERIKA E. BARNES
      *Attorneys for Pension Benefit Guaranty Corporation*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122