Entered on Docket
June 12, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR<br><br>Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

1840576.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION

**IT IS HEREBY ORDERED:** approving the Stipulation by and between USACM Liquidating Trust, and Pension Benefit Guaranty Corporation ("PBGC") [DE 3944],

**IT IS FURTHER ORDERED:**

- The PBGC is not required to file a response to the objections to the initial PBGC proofs of claim; and
- The status hearing on the PBGC amended proofs of claim, and objections filed or to be filed by the USACM Liquidating Trust scheduled for June 15, 2007 is continued to **October 15, 2007 at 9:30 a.m.**

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**PENSION BENEFIT GUARANTY CORPORATION**

By: /s/ *Erika E. Barnes*
    James Eggeman Assistant Chief Counsel
    Frank A. Anderson, DC 478234 (*pro hac vice*)
    Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov

1840576.1