

Entered on Docket
June 12, 2007

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Parsons, Behle & Latimer
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-171
Nevada Bar #1980
rlepome@cox.net
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) | |

1

|                                              |                        |
|----------------------------------------------|------------------------|
|       Debtor      ) | |

In re:                                                )           BK-S-06-10728-LBR
                                                      )           Chapter 11
USA CAPITAL FIRST TRUST DEED FUND,                    )
LLC,                                                  )
              Debtor                )

In re:                                                )           BK-S-06-10729-LBR
                                                      )           Chapter 11
USA SECURITIES, LLC,                                  )
              Debtor                )
Affects:                                              )
    ☐ All Debtors                            )
    ■ USA Commercial Mortgage Co.            )
    ☐ USA Securities, LLC                    )
    ☐ USA Capital Realty Advisors, LLC       )           DATE: 5-31-07
    ☐ USA Capital Diversified Trust Deed     )           TIME: 9:30 AM
    ☐ USA First Trust Deed Fund, LLC         )
                                                      )

## ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion of Robert C. LePome, Esq., Attorney for Direct Lenders, to Withdraw as Counsel filed April 11, 2007, and good cause appearing therefore

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel in the above-entitled case is granted and all further correspondence can be directed to Direct Lenders at the following addresses:

Clark and Jean Bartkowski  
P.O. Box 1180  
Darby, MT 59829  

Church of Movement  
of Spiritual Inner Awareness  
P.O. Box 513935  
Los Angeles, CA 90051  

Howard and Lorene Connell  
1001 Jennis Silver St.  
Las Vegas, NV 89145  

Gareth AR Craner  
P.O. Box 1284  
Minden, NV 89423  

Patrick and Susan Davis  
6816 Citrine Drive  
Carlsbad, CA 92009

Norma Deull
140 Riverside Drive #8A
New York, NY 10024

Martin Leaf
71 Pierce Road
P.O. Box 142
Windsor, MA 01270

David and Sally Olds
25 N. Washington St.
Port Washington, NY 11050

Jerome and Charma Block
201 S. 18th St Apt. 2119
Philadelphia, PA 19103

Charles E. Huff
3426 Pino Circle
Las Vegas, NV 89121

Nancy Golden
5524 Rainier St.
Ventura, CA 93003

Robin Graham
1460 Twinridge Road
Santa Barbara, CA 93111

George and Carol Hubbard
6340 N. Calle Tregua Serena
Tucson, AZ 85750

Pamela Marton
2652 ½ Lake View Terrace E.
Los Angeles, CA 90039

Jeff and Phyllis Karr
825 Cooper Basin Rd.
Prescott, AZ 86303

Betty Kolstrup
1830 Balboa Drive
Reno, NV 89503

Sharon Juno
27139 Stratford Glen Dr.
Daphne, AL 36526

Jayem Family, LP
7 Paradise Valley Court
Henderson, NV 89052

Stuart Madsen
5843 Valle Vista Court
Granite Bay, CA 95746

Craig Medoff
3110 Larkwood Creek
Fallbrook, CA 92028

Matthew and Marilyn Molitch
2251 N. Rampart Blvd. #185
Las Vegas, NV 89128

Daniel D. Newman
Daniel D. Newman Trust
125 Elysian Drive
Sedona, AZ 86336

Hans Prakelt
1299 Kingsbury Grade
Gardnerville, NV 89460

Dr. Carole Talan
1299 Kingsbury Grade
Gardnerville, NV 89460

Louis & Norman Teeter
Robert Teeter
Rudolf & Carmel Winkler
4201 Via Marina, Suite 300
Marina del Rey, CA 90292

Wolf Voss
14 Via Ambra
Newport Coast, CA 92657

Ronald Gardner
430 Bavarian Drive
Carson City, NV 89705

| Submitted by: | Reviewed and Approved: |
|---|---|
| /s/ Robert C. LePome, Esq. | /s/ August B. Landis |
| Robert C. LePome, Esq. | U.S. Trustee |
| 10120 S. Eastern Ave. #200 | 330 S. Las Vegas Blvd. #4500 |
| Henderson, NV 89052 | Las Vegas, NV 89101 |
| (702)492-1271 | |
| Nevada Bar #1980 | |