**Entered on Docket**
**June 13, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                   Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                                   Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>                                                   Debtor. | **ORDER APPROVING STIPULATION TO FURTHER CONTINUE THE HEARING ON OBJECTIONS TO THE PENSION BENEFIT GUARANTY CORPORATION'S CLAIMS AGAINST USA SECURITIES, LLC AND USA CAPITAL REALTY ADVISORS, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>                                                   Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:  June 15, 2007<br>Time of Hearing:  9:30 a.m.<br><br>New Date of Hearing:  July 27, 2007<br>Time of Hearing:  9:30 a.m. |

1

**IT IS HEREBY ORDERED:** the stipulation by and among USA Securities, LLC, USA Capital Realty Advisors, LLC, and the Pension Benefit Guaranty Corporation (the "PBGC") is hereby approved and the status hearings on the objections to the PBGC's claims against USA Securities and USA Realty scheduled for June 15, 2007, are continued to **July 27, 2007, at 9:30 a.m.**

PREPARED AND SUBMITTED:

By:    /s/ Steven C. Strong
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

        and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors*

Approved:

By:    /s/ Erika E. Barnes
James L. Eggeman
Erika E. Barnes
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
*Attorneys for the Pension Benefit Guaranty Corporation*

###