**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on June 13, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STATUS AND AGENDA FOR JUNE 15, 2007 HEARINGS** |
| USA SECURITIES, LLC,          Debtors. | Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m. |
| **Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**9:30 a.m.**

1. **Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,000 ;Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2021]

1

1841949.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| **Response Filed:** 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2394] |
| 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2398] |
| 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (FLEMING, SCOTT) Modified on 1/12/2007 to add "amended" verbiage [DE 2404] |
| 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2406] |
| **Stipulation Filed:** 1/12/2007 | Stipulation By SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL and Between Debtors *Continuing Hearing from January 17, 2007 to January 31, 2007* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 2425] |
| 1/17/2007 | Stipulation to Continue Hearing on ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC's Proofs of Claim (Related document(s)[2425] Stipulation, filed by Creditor ROLLAND P. WEDDELL, Creditor SPECTRUM FINANCIAL GROUP.) [DE 2437] |
| 2/20/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY's Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P. WEDDELL. Hearing scheduled 3/1/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2838] |

1841949.1

LEWIS
AND
ROCA
LLP
LAWYERS

| | | |
|---|---|---|
| 1 2 3 4 | 3/02/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY'S Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2975] |
| 5 6 7 8 | 3/26/2007 | Stipulation By USACM LIQUIDATING TRUST and Between SPECTRUM FINANCIAL and ROLLAND P. WEDDELL Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3277] |
| 9 10 11 12 | 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Spectrum Financial and Rolland P. Weddell *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3538] |
| 13 14 15 16 | **Related Filings:** 1/10/2007 | Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2394] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, 4 & 5) [DE 2396] |
| 17 18 19 20 | 1/10/2007 | Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2398] Response filed by Creditor ROLLAND P. WEDDELL) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, 4 & 5) [DE 2399] |
| 21 22 23 24 | 1/11/2007 | Amended Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2404] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibits 4 & 5) [DE 2405] |
| 25 26 | 1/11/2007 | Amended Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2406] Response filed by Creditor ROLLAND P. WEDDELL) (Attachments: # (1) |

3

1841949.1

LEWIS
AND
ROCA
LLP
LAWYERS

| | | |
|---|---|---|
| | | Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibit 4 & 5) [DE 2407] |
| | 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s)[3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) (Lakas, WM) Modified on 3/26/2007 to Reflect Docket Entry Change - Incorrect Image Attached - See #3281 [DE 3278] |
| | 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s)[3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3281] |
| | 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081.000 (Related document(s)[3538] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3542] |
| | **Status:** | USACM and Spectrum Financial Group and Rolland P. Weddell have agreed to stipulate continue the status conference to July 27, 2007 to allow them additional time to work towards a settlement; a stipulation and proposed form of order are being filed with the Court |

2. **Objection to Claim 791, 793, and 794 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY. [DE 2978]

4

1841949.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Related Filings:** 4/18/2007 | | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY)   [DE 3486] |
| 4/23/2007 | | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION (Related document(s)[3486] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3521] |
| **Status:** | | A stipulation to continue the hearing until October 15, 2007 was filed [3944]. |

3. **Objection to Claim 37, 38, and 39 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC  [DE 2980]

| | | |
|---|---|---|
| **Related Filings:** 4/18/2007 | | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY)   [DE 3486] |
| 4/23/2007 | | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION (Related document(s)[3486] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3521 |

1841949.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Status:** | | A stipulation was entered into to continue the hearing [DE 3961] to July 27, 2007. The order has not been signed.. |

4.  **Objection to Claim 24, 25, and 26 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA SECURITIES, LLC  [DE 2982]

| | | |
|---|---|---|
| **Related Filings:** 4/18/2007 | | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY)   [DE 3486] |
| 4/23/2007 | | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION (Related document(s)[3486] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3521] |
| **Status:** | | A stipulation to continue the hearing [DE 3961] to July 27, 2007 was filed with the Court. The order has not been signed . |

5.  **Objection to Claim of CERTAIN CLAIMS** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC (SCHWARTZER, LENARD) Modified on 3/9/2007 to Remove in the amount of Verbiage  [DE 3017]

| | | |
|---|---|---|
| **Response Filed:** 4/19/2007 | | Response Filed by WILLIAM L. MCGIMSEY on behalf of JOHNNY CLARK, MARGARET B. MCGIMSEY TRUST, BRUCE MCGIMSEY, JERRY MCGIMSEY, SHARON MCGIMSEY (Related document(s)[3017] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC.) (Attachments: # (1) Exhibit A-C) [DE 3487] |
| **Stipulation Filed**: | | Stipulation By USA CAPITAL REALTY ADVISORS, LLC, |

6

1841949.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | 4/19/2007 | USA SECURITIES, LLC and Between KANTOR CLAIMANTS *Continuing Hearing on Objections to the Kantor Claimants' Claims* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC (Related document(s)[3017] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC) [DE 3491] |
| **Related Filing:** | 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objections to the KANTOR Claimants' Claims Against USA SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC (Related document(s)[3491] Stipulation, filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) [DE 3520] |
| | 5/15/2007 | Order Sustaining in Part the Omnibus Objection of USA CAPITAL REALTY ADVISORS, LLC to Certain Claims (Related document(s)[3017] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC.) [DE 3733] |
| **Status:** | | On June 8, 2007, an order [DE 3929] was signed by this Court approving the withdrawal of the Kantor claims. Settlement discussions are ongoing with the McGimsey Family. |

6. **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3078]

| | | |
|---|---|---|
| **Stipulation Filed:** | 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3485] |
| **Related Filings:** | 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILLS (Related document(s)[3485] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3519] |
| | 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM* |

7

1841949.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | *Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3082] |
| | **Status:** | USACM and Moutain West Mortgage Co./Lerin Hills have agreed to stipulate to continue the status conferece to July 27, 2007 to allow them additional time to work towards a settlement; a stipulation and proposed form of order are being filed with the Court |

7. **Objection to Claim 1279 of Lerin Hills Ltd in the amount of with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| | |
|---|---|
| **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and Between LERIN HILLS LTD *Continuing Hearing On Objection to Claim 1279* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) (Espinoza, LM) Modified on 4/11/2007 to Relate to #3080 in Place of #3168  [DE 3392] |
| **Related Filings:** 4/10/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD, in the Amount of $1,257,233.40 as an Unsecured Non-Priority Claim and as a Priority Claim of $797,175.62 (Related document(s)[3392] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.)    [DE 3393] |
| 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM |

1841949.1

LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3082]

**Status:** Stipulation to continue hearing to October 15, 2007 was filed [DE 3947]

8. Adv. 06-1212 BINFORD MEDICAL DEVELOPERS, LLC et al v. FIDELITY NATIONAL TITLE, **Partial Motion for Summary Judgment** *On Counterclaim For Declaratory Relief* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 22]

**Status:** Compass Partners, LLC has assumed responsibility for this matter.

9. **Objection to Claim 784 of Binford Medical Developers** filed by Lenard E. Schwartzer on behalf of USA Commercial Mortgage Company [DE 2033]

**Opposition Filed:** Binford Medical Developers LLC [DE 2295]
12/29/2006

**Status:** This hearing will be continued pending resolution of the dispute over loan payment between the borrower and Compass Partners, LLC.

10. **Motion to Classify Claim** *USACM Liquidating Trust's Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership in Plan of Class A-7, and Reservation of Counterclaims and Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3081].

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| **Opposition Filed:** 4/19/2007 | Opposition Filed by JEFFREY R. SYLVESTER on behalf of PECOS PROFESSIONAL PARK, LLC (Related document(s) [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST.) (Attachments: # (1) Exhibit A) [3494] |
| **Related Filings:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3082] |
| **Status:** | This hearing will be continued in light of the appointment of interim trustees for the estates of Joseph Milanowski and Thomas Hantges in order to determine who makes decisions for the creditor. |

11. **Objection to Claim 736-2 of Haspinov, LLC in the amount of $404,261.60** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3079].

| | |
|---|---|
| **Related Filings:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] |

1841949.1

LEWIS AND ROCA LLP
LAWYERS

Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3082]

**Status:** This hearing will be continued to allow Lisa Poulin, trustee for USA Investment Partners, LLC, to address the objection.

12. **Motion to Classify Claim** *USACM Liquidating Trust's Motion to Classify Claims filed by Tanamera Corporate Center LLC in Plan Class A-7, and Reservation of Counterclaims and Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3) [DE 3075].

**Opposition:** Correspondence from Sergio Del Canizo re Informal Opposition
4/05/2007

**Status:** The parties have reached a settlement in this matter. They are filing a stipulation and proposed form of order seeking approval for the agreement they have reached on the claim amount.

13. **Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3077]

**Opposition Filed:** Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE CENTER (Related document(s)[3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) (Attachments: # (1) Exhibit Loan Agreement# (2) Exhibit Construction Loan Agmt) [DE 3502]
4/19/2007

**Stipulation Filed:** Stipulation By USACM LIQUIDATING TRUST and Between Copper Sage Commercial Center LLC *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3537]
4/24/2007

**Related Filings:** Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of COPPER SAGE COMMERCIAL CENTER LLC (Related document(s)[3537] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3543]
4/24/2007

1841949.1

LEWIS AND ROCA LLP
LAWYERS

|   |   |
|---|---|
| 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3076] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3081] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3079] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3077] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3080] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [3075] Motion to Classify Claim, filed by Interested Party USACM LIQUIDATING TRUST, [3078] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) [DE 3082] |
| **Status:** | USACM and Copper Center Commercial Center, LLC have agreed to stipulate to continue the status conference to July 27, 2007 to allow the parties additional time to work towards a settlement; a stipulation and proposed form of order are being filed with the Court |

*14.* **Status Hearing re: Omnibus Objection to Claim 1395 of Claimant John Dutkin, Trustee on Exhibit** *(Eighth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # 1 Exhibit A) [DE 3147*]*

|   |   |
|---|---|
| **Response Filed:** 4/19/07 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN (Related document(s) [3147] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [de 3512] |
| **Status:** | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

*15.* **Status Hearing re: Omnibus Objection to Claim of Claimants Grundman #1542 & 1544; Rieger #1739 on Exhibit A of** *(Second Omnibus Objection to Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3259].

1841949.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| **Objection Filed:** 4/18/2007 | | Objection Filed by PATSY R. RIEGER, LARRY L. RIEGER (Related document(s) [3259] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3489] |
| 4/18/2007 | | Joanne & Erna Grundman (Claim No. 10725-1542, 1544) [DE 3480, 3481] |
| **Status:** | | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

16. **Status Hearing re: Omnibus Objection to Claim of Claimants Rieger #2208 & #2209 on Exhibit A of** *(Twenty-Sixth Omnibus Objection to Claims Asserting Priority Status)* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3184]**

| | | |
|---|---|---|
| **Opposition Filed:** | | Objection Filed by PATSY R. RIEGER, LARRY L. RIEGER (Related document(s) [33184] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3489] |
| **Status:** | | The USACM Liquidating Trust will file a motion for summary judgment for a proposed order disallowing the claims as <u>secured</u> claims without prejudice to their consideration as <u>unsecured</u> claims, subject to possible objection. |

17. **Objection to Claim 10726-000045 of INTERNAL REVENUE SERVICE in the amount of $1,000.00** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC (SCHWARTZER, LENARD) Modified on 4/12/2007 to reflect amount of claim of $1,000.00  [DE 3421]

| | | |
|---|---|---|
| **Response Filed:** 5/10/2007 | | Response with Certificate of Service Filed by ROLLIN G. THORLEY on behalf of IRS (Related document(s)[3421] Objection to Claim, filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC.) [DE 3705] |
| **Status:** | | The parties have stipulated to allow the IRS a $1,000 general unsecured claim  The order approving the stipulation [DE 3957] was signed on June 12, 2007 and the hearing vacated. |

13

1841949.1

LEWIS AND ROCA LLP
LAWYERS

DATED: June 13, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

Copy of the foregoing served this 13th day of June, 2007 on the Post Effective Date Official Service List on file with the Court.

s/ Marilyn Schoenike
    Marilyn Schoenike

1841949.1