**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/13/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION RE PROOFS OF CLAIM FILED BY SERGIO DEL CANIZO dba S & J ENTERPRISE**

The USACM Liquidating Trust, though undersigned counsel, and Sergio Del Canizo, and Justine F. Del Canizo, ("Del Canizo"), husband and wife, agree and stipulate as follows:

1

1839079.1

LEWIS
AND
ROCA LLP
LAWYERS

1. Tanamara Corporate Center, LLC ("Tanamara"), leased office space to USACM pursuant to a lease dated March 16, 2005. Del Canizo purchased the property from Tanamara thereafter.

2. Sergio Del Canizo, dba S & J Enterprise Investments Inc., filed proof of claim No. 10725-00061 on July 14, 2006 in the unsecured non-priority amount of $66,668.00, which was amended by claim no. 10726-00061-2 filed on November 2, 2006 in the amount of $66,668.00 as an unsecured non-priority claim for unpaid rent and other expenses owed on the property leased by USACM and formerly owned by Tanamara.

3. Pursuant to Stipulation and Order Regarding Rejection of Lease with S & J Enterprise Investments, Inc. [DE 1058] entered by this Court on August 1, 2006, the property was vacated by USACM and the lease rejected by USACM as of May 15, 2006.

4. Believing that Del Canizo was filing a claim on behalf of Tanamera Corporate Center LLC, the USACM Liquidating Trust filed a Motion to Classify Claims Filed by Tanamera Corporate Center LLC in Plan Class A-7 and Reservation of Counterclaim and Objections [DE 3075] (the "Motion") on March 13, 2007. The Motion requested that the claim be reclassified as Class A-7, Subordinated Claim.

5. Notice of the Objection and status hearing regarding USACM Liquidating Trust's Motion [DE 3075] was properly given.

6. Del Canizo responded to the objection. He advised Counsel for the USACM Liquidating Trust that he is not affiliated with Tanamara. He purchased the property that was leased to USACM from Tanamara. Del Canizo supplied documents to establish that he did business as S & J Enterprise Investments Inc., the amount and legitimacy of the claim.

7. Upon review of the documents and information supplied, the USACM Liquidating Trust offered to stipulate to a general unsecured claim in the amount of $45,777.16 and Del Canizo agreed.

1839079.1

**LEWIS AND ROCA LLP**
LAWYERS

The parties hereby stipulate and agree:

- The "Motion to Classify Claims filed by Tanamara Corporate Center, LLC, [sic] in Class A-7" as it relates to the proofs of claim filed by Del Canizo be denied.

- Claim No. 10725-00061-1 filed by Canizo be disallowed in its entirety on the ground that it is amended by Claim No. 10725-00061-2 filed by Del Canizo.

- Claim No. 10725-00061-2 filed by Canizo may be allowed as a General Unsecured Claim in the amount of $45,777.16 in full and complete satisfaction of any and all filed proofs of claims, scheduled claims or administrative claims.

- The continued hearing scheduled for June 15, 2007 may be vacated.

Dated: June 13, 2007.

                                                  **LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
     Susan M. Freeman, AZ 4199 (*pro hac vice*)
     Rob Charles, NV 6593
     3993 Howard Hughes Parkway, Suite 600
     Las Vegas, Nevada 89169-5996
     Telephone (702) 949-8320
     Facsimile (702) 949-8321
     *Counsel for USACM Liquidating Trust*
     -and-

Dated: June 6, 2007

_____
Sergio Del Canizo

_____
Justine F. Del Canizo

_____
Sergio Del Canizo,
Sole Proprietor, S & J Enterprises

1839079.1

**LEWIS AND ROCA**
LAWYERS

The parties hereby stipulate and agree:

- The "Motion to Classify Claims filed by Tanamara Corporate Center, LLC, [sic] in Class A-7" as it relates to the proofs of claim filed by Del Canizo be denied.

- Claim No. 10725-00061-1 filed by Canizo be disallowed in its entirety on the ground that it is amended by Claim No. 10725-00061-2 filed by Del Canizo.

- Claim No. 10725-00061-2 filed by Canizo may be allowed as a General Unsecured Claim in the amount of $45,777.16 in full and complete satisfaction of any and all filed proofs of claims, scheduled claims or administrative claims.

- The continued hearing scheduled for June 15, 2007 may be vacated.

Dated: June 6, 2007.

LEWIS AND ROCA LLP

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*
-and-

Dated: _____, 2007

/s/ Sergio Del Canizo

/s/ Justine F. Del Canizo

/s/ Sergio Del Canizo,
Sole Proprietor, S & J Enterprises

3

1839079.1