E-Filed on June 13, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF FILING PROOFS OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination on Margaret Wilson, person authorized to accept service of process for C.T. Corporation, Registered Agent for**

116707-1

service for Fidelity National Title Company (Exhibit A Attached);

**Proof of Service of Subpoena for Rule 2004 Examination on Brein Pidgeon, Resident Agent for service for Lawyers Title Insurance Company (Exhibit B Attached);**

**Proof of Service of Subpoena for Rule 2004 Examination on Marquis & Aurbach, Resident Agent for service for Old Republic Title Company of Nevada (Exhibit C Attached); and**

**Proof of Service of Subpoena for Rule 2004 Examination on Nik Skrinjaric, Resident Agent for Service for Nevada Title Company (Exhibit D Attached).**

DATED: June 13, 2007

| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By: /s/ Eric D. Madden <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> William T. Reid, IV, TX 00788817 (pro hac vice) <br> Eric D. Madden, TX 24013079 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) <br><br> *Special Litigation Counsel for* <br> *USACM Liquidating Trust* | By: /s/ Rob Charles <br> Susan M. Freeman, AZ 4199 (pro hac vice) <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8320 (telephone) <br> (702) 949-8321 (facsimile) <br><br> *Counsel for USACM Liquidating Trust* |

116707-1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP<br>1201 ELM ST., 34TH FLOOR<br>DALLAS, TX 75270 | (214) 389-5300 | |
| | Ref. No. or File No.<br>0SP12853-01 | |
| ATTORNEY FOR *(NAME)* | | |
| Insert name of court, judicial district or branch court.<br>UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT<br>CENTRAL DISTRICT CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE<br>RE: USA COMMERCIAL | | |

| **PROOF OF SERVICE** | DATE:<br>07/13/07 | TIME:<br>10:00 am | DEPT/DIV: | CASE NUMBER:<br>BKS0610725LBR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
   SUBPOENA FOR RULE 2004 EXAMINATION

2. a.  Party Served: *(specify name of party as shown on the documents served)*:
       FIDELITY NATIONAL TITLE COMPANY
   b.  Person Served: MARGARET WILSON
       PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS FOR
       C.T. CORPORATION, REGISTERED AGENT FOR SERVICE
   c.  Address: 818 W. 7TH STREET
                LOS ANGELES, CA 90017                                **(Business)**

3. I served the party named in item 2
   a.  By personally delivering the copies.
       (1) on: *(date)*: June 6, 2007
       (2) at: *(time)*: 02:20 pm

   Witness fees and mileage both ways were paid. Amount:     45.00

**EXHIBIT A**

5. **Person serving** *(name, address, and telephone No.)*:   a. **Fee** for service: $   110.00     [CCP 1033.5(a)(4)(B)]

MARIO LOPEZ                                    (1) Employee or Independent contractor.
15759 Strathern Street                         (2) Registration No.: 5143
Van Nuys, CA 91406                             (3) County: LOS ANGELES
Phone: (818) 787-0422 or (323) 873-4909        (4) Expiration *(date)*: 12/06/2008
Registration No.: 67

*Personal ATTORNEY SERVICE, INC.*

6. [X] I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 8, 2007                              ▶ *(signature)*

Form Adopted by Rule 982                       **PROOF OF SERVICE**                     Code Civ. Proc., § 417.10(f)
Judicial Council of California
2(a)(23)[New July 1, 1987]

31A/0SP12853-01

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CLARK )

MARIE A SCHEIB, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday June 06 2007; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING LAWYERS TITLE INSURANCE CORPORATION TO PRODUCE DOCUMENTS AND ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND $43.00 WITNESS FEE CHECK**

I served the same on Wednesday June 06 2007 at 02:01PM by:

**Serving the Witness, LAWYERS TITLE INSURANCE COMPANY BY AND THROUGH ITS RESIDENT AGENT, BREIN PIDGEON**

Substituted Service, by leaving the copies with or in the presence of: RICHARD COMPTON, MANAGER ON BEHALF OF LAWYERS TITLE INSURANCE COMPANY BY AND THROUGH ITS RESIDENT AGENT PURSUANT TO NRS 14.020 AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE ADDRESS OF THE RESIDENT AGENT AS SHOWN ON THE CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE. Authorized Agent. at the Witness's Business located at 1210 S. VALLEY VIEW BLVD 1ST FLOOR, Las Vegas, NV 89102.

EXHIBIT B

SUBSCRIBED AND SWORN to before me on this
Wednesday June 06 2007

NOTARY PUBLIC
E.J. KIELTY
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEBRUARY 26, 2008
No: 92-0722-1

Notary Public

Affiant: MARIE A SCHEIB
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

none.3895300.166704

# AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

MARIO ROBINSON, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday June 06 2007; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING OLD REPUBLIC TITLE COMPANY OF NEVADA TO PRODUCE DOCUMENTS AND ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND $56.00 WITNESS FEE CHECK**

**I served the same on Wednesday June 06 2007 at 02:46PM by:**

**Serving the Witness, OLD REPUBLIC TITLE COMPANY OF NEVADA BY AND THROUGH ITS RESIDENT AGENT, MARQUIS & AURBACH**

Substituted Service, by leaving the copies with or in the presence of: SUSIE MUNGARAY ON BEHALF OF OLD REPUBLIC TITLE COMPANY, RESIDENT AGENT PURSUANT TO NRS 14.020, AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE ADDRESS OF THE RESIDENT AGENT AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Authorized Agent. at the Witness's Business located at 10001 PARK RUN DRIVE, LAS VEGAS, NV 89145.

EXHIBIT C

SUBSCRIBED AND SWORN to before me on this
Thursday June 07 2007

_E.J. Kielty_
Notary Public

NOTARY PUBLIC
E.J. KIELTY
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEBRUARY 26, 2008
No: 92-0722-1

Affiant: MARIO ROBINSON
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

none.3895300.166702

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CLARK )

MARIO ROBINSON, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday June 06 2007; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING NEVADA TITLE COMPANY TO PRODUCE DOCUMENTS AND ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND $56.00 WITNESS FEE CHECK**

I served the same on Wednesday June 06 2007 at 02:12PM by:

**Serving the Witness, NEVADA TITLE COMPANY BY AND THROUGH ITS RESIDENT AGENT, NIK SKRINJARIC**

Substituted Service, by leaving the copies with or in the presence of: MICHAEL R. MCNERNY Authorized Agent. at the Witness's Business located at 2500 N. BUFFALO DRIVE SUITE 250, Las Vegas, NV 89128.

EXHIBIT D

SUBSCRIBED AND SWORN to before me on this
Thursday June 07 2007

Notary Public

NOTARY PUBLIC
E.J. KIELTY
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEBRUARY 26, 2008
No: 92-0722-1

Affiant: MARIO ROBINSON
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

none.3895300.166708