# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by STEPHEN T. LODEN and the appointment of ROB CHARLES as designated Nevada Counsel in this case is approved.

Dated: 6/14/07                                                       BY THE COURT

                                                                              Patricia Gray
                                                                              Clerk of the Bankruptcy Court