ELECTRONICALLY FILED
JUNE 14, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK,
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                  Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                  Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                  Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>                  Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 123, 124 AND 125 FILED RESPECTIVELY BY KANTOR NEPHROLOGY CONSULTANTS, LTD 401(K) PSP; DR. GARY KANTOR; AND LYNN M. KANTOR (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

1.    On May 31, 2007, I served the following documents:

Notice of Entry of Order Approving Stipulation for Withdrawal of Proofs of Claim Numbers 123, 124 And 125 Filed Respectively by Kantor Nephrology Consultants, Ltd 401(K) Psp; Dr. Gary Kantor; and Lynn M. Kantor (Affects Debtors USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

☒ **a.** **ECF System.** See attached Notice of Electronic Filing.

☐ **b.** **United States mail, postage full prepaid to the following:**

☐ **c.** **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 14th day of June, 2007.

Lissa Treadway, ACP, an employee of SHEA & CARLYON, LTD.

3

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 5/31/2007 at 9:08 PM PDT and filed on 5/31/2007
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 3865

**Docket Text:**
Notice of Entry of Order Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[3856] Order Approving Stipulation, ) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Lissa Treadway\My Documents\Shea & Carlyon\us mortgage\noe kantor stip 5-31-07.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/31/2007] [FileNumber=8171170-0]
[115b97a1ef5d8378f0e1c07647679ca1250e934bdb02a865b27f1d5e2093ccc2f533
c130ddff06d78b48ddc27b10aebb9b9372be7f8d0e53d3a814fe2182d82e]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA   lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN   yvette@ccfirm.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com

JANET L. CHUBB   tbw@jonesvargas.com

EDWARD S. COLEMAN   mail@coleman4law.com

WILLIAM D COPE   cope_guerra@yahoo.com

LAUREL E. DAVIS   ldavis@fclaw.com, mhurtado@fclaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

J CRAIG DEMETRAS   JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER   rdreitzer@yahoo.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY   TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD   DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

JAMES D. GREENE   bknotice@bhfs.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON   pguyon@yahoo.com

JEFFREY R. HALL   jhall@sheacarlyon.com,

bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tyson.lomazow@weil.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN     aparlen@stutman.com

KIMBERLY PHILLIPS     DA-Bankr@co.clark.nv.us

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

CHRISTINE A ROBERTS     bankruptcy@rocgd.com

STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.co

AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR     starra@gtlaw.com

DAVID A. STEPHENS   dstephens@lvcm.com

PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com

KAARAN E. THOMAS   kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY   rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE   , lmccarron@kkbrf.com

AMY N. TIRRE   atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH   GWalch@Nevadafirm.com

RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE   bk@wildelaw.com

WILLIAM J. WRAY   rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA   azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA

,

THOMAS J. ALLISON

,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC

,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701