ELECTRONICALLY FILED
JUNE 14, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK, | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 123, 124 AND 125 FILED RESPECTIVELY BY KANTOR NEPHROLOGY CONSULTANTS, LTD 401(K) PSP; DR. GARY KANTOR; AND LYNN M. KANTOR (AFFECTS DEBTORS USA CAPITAL FIRST TRUST DEED FUND, LLC)

1. On June 14, 2007, I served the following documents:

Notice of Entry of Order Approving Stipulation for Withdrawal of Proofs of Claim Numbers 123, 124 And 125 Filed Respectively by Kantor Nephrology Consultants, Ltd 401(K) Psp; Dr. Gary Kantor; and Lynn M. Kantor (Affects Debtors USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

☐    a.    **ECF System.** See attached Notice of Electronic Filing.

☒    b.    **United States mail, postage full prepaid to the following:**

Michael M. Schmahl, Esq.
McGUIRE WOODS, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818

☐    c.    **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

2

☐     **f.**     **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of June, 2007.

*/s/ Lissa Treadway*
Lissa Treadway, ACP, an employee
of SHEA & CARLYON, LTD.

3