GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
ERIC J. VAN, ESQ.
Nevada Bar No. 10259
E-mail: evan@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

E-Filed On 6-14-07

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **SUPPLEMENT TO FINAL FEE APPLICATION OF GORDON & SILVER, LTD., SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | Date: June 22, 2007<br>Time: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/483404.doc

Gordon & Silver, Ltd. ("G&S"), counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company, hereby submits this <u>Supplement to Final Fee Application of Gordon & Silver, Ltd., Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses</u>.

1. G&S filed its final fee application on April 26, 2007 (the "Application"). <u>See</u> Docket No. 3601. In the Application, G&S sought an order of the Court, among other things: 1) granting G&S final approval for the approximately 10-month period from the employment of G&S on May 24, 2006 through the effective date of March 12, 2007 (the "Application Period") in the amount of $1,028,068.75 and reimbursement of actual and necessary expenses in the amount of $14,637.62, and 2) authorizing USA Commercial Mortgage Company to pay to G&S all unpaid fees and expenses for the Application Period.

2. The Office of the United States Trustee has asked G&S whether professionals in these jointly-administered cases would consider a voluntary, unilateral fee reduction in light of the complexity of the individual Applications. Based on these discussions with the Office of the United States Trustee concerning potential objections to the Application, G&S agrees to reduce its fee request by 2%.

3. Accordingly, the $1,028,068.75 in fees requested in the Application is voluntarily reduced by $20,561.37 to $1,007,507.38. The request for reimbursement of $14,637.62 of actual and necessary expenses is not being reduced.

4. In light of the foregoing, G&S respectfully requests that the Court award final allowance of fees in the sum of $1,007,507.38 and the reimbursement of actual and necessary

. . .

. . .

. . .

Gordon & Silver, Ltd.
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

100933-001/483404.doc

2

expenses in the amount of $14,637.62, for a total sum of $1,022,145.00.

DATED this 14 day of June, 2007.

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
ERIC J. VAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/483404.doc

3