# M. W. SCHOFIELD
## Clark County Assessor

(702) 455-3891 • Fax: (702) 455-5553
accessclarkcounty.com/assessor

RECEIVED AND FILED
2007 JUN 13  AM 10: 58



**MEMBER**
International Association
of Assessing Officers

Rocky A. Steele, Assistant Director of Assessment Services    Michele W. Shafe, Assistant Director of Assessment Services

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

June 11, 2007

U. S. Bankruptcy Court
District of Southern Nevada
300 S. Las Vegas Blvd.
Las Vegas, NV 89101

Dear Sir or Madam:

Please file this as indication that the Clark County Assessor is withdrawing the

**ADMINISTRATIVE CLAIM**

filed in this case on 5/23/2007 in the amount of $    $0.00

USA COMMERCIAL MORTGAGE COMPANY
NV-S-06-10725-LBR
052925-99

Sincerely,

*Tina Poff*

Tina Poff
Manager

cc: LENARD E SCHWARTZER ESQ



Clark County Government Center • 500 S. Grand Central Parkway • PO Box 551401 • Las Vegas NV 89155-1401