```
 1  HARRY W. JESSUP
    HELEN B. JESSUP
 2  2009 West Lund
    Las Vegas, NV 89102
 3  (702) 876-5144
    In Proper Person
 4
 5
 6              UNITED STATES BANKRUPTCY COURT
 7
                     DISTRICT OF NEVADA
 8
```



RECEIVED AND FILED
JUN 12 2007
U.S. BANKRUPTCY COURT
PATRICIA J. GRAY, CLERK

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | **Chapter 11**<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br>    Debtor. | **JESSUPS' MOTION TO DISCLOSE INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AND RELEASE OF FUNDS TO JESSUPS** |
| In re:<br>USA SECURITIES, LLC.,<br>    Debtor. | |
| Affects:<br>ALL DEBTORS | **(ALL DEBTORS)**<br>Date: 7-5-07<br>Time: 9:30 |

COMES NOW, HARRY JESSUP and HELEN JESSUP, in Proper Person, and files this Motion, requesting as follows:

1. That the court order the release of information under the Freedom of Information Act.

2. That the court order the release of the IRA funds of the JESSUPS.

///

///

///

3. That the court make a finding that USA CAPITAL received funds under false pretenses and under fraud, and as such ALL funds should be reimbursed.

Dated this 12 day of June, 2007.

_____
HARRY JESSUP

_____
HELEN JESSUP

## FACTS/HISTORY

HARRY JESSUP and HELEN JESSUP (hereinafter, "the JESSUPS"), are retirees, and senior citizens. They invested their IRAs, together with their savings, with the USA CAPITAL, beginning in 2003, and investment of the IRAs in 2005. Thus, they invested all the monies they had saved over their lifetime.

They were informed that the monies would be invested in first deeds of trust, which have a certain level of security. Of course, at this time, it has been determined that USA CAPITAL and affiliated entities have committed fraud. In fact, since USA CAPITAL was committing fraud when they accepted monies invested by the JESSUPS, they clearly were taking money under false pretenses. As such, the JESSUPS should be made whole, rather than the court allowing them to make percentage payments.

The JESSUPS have been informed that through bankruptcy proceedings their IRA funds were sold to COMPASS. The investors were to receive some of the benefit of their funds. After numerous court hearings and legal manuevers, the JESSUPS still have not received any monies whatsoever for their investments, including the IRAs. The JESSUPS have a right to receive more information on this transaction.

Exhibit "1" is a newspaper article which indicates that some funds ($60 million, plus a possible additional $9 million) would be distributed. More than fourteen months have passed, and there has still been no funds provided to the JESSUPS.

To date, none of this money has reached the JESSUPS, retirees who invested their IRAs, and live on a fixed income: the very class that was to receive some benefit of this money.

The JESSUPS desire to know details of the transactions and the status of their investments. They filed a request under the FREEDOM OF INFORMATION ACT (FOIA), but received no genuine response. Exhibit "2" is the only page of information received, and this fails to disclose the information the JESSUPS requested. The JESSUPS are entitled to the information requested under Federal Law.

Therefore, the JESSUPS file this motion requesting information relating to the distribution of funds as set forth in the Review Journal article, attached; and disclosure of information relating to this matter under the Freedom of Information Act.

From the disclosure of information already presented to this court, it is clear that USA CAPITAL was committing fraud long before the JESSUPS invested funds. Therefore, they received money under false pretenses. The JESSUPS request the court make a finding that monies were so received, and as such, investors such as the JESSUPS are entitled to full refunds of investments, not promises of partial payments which have never come.

## FREEDOM OF INFORMATION
## (5 U.S.C. § 552)

§ 552. Public information; agency rules, opinions, orders, records, and proceedings

1. (a) Each agency shall make available to the public information as follows:

  (1) Each agency shall separately state and currently publish in the Federal Register for the guidance of the public--

    (A) descriptions of its central and field organization and the established places at which, the employees (and in the case of a uniformed service, the members) from whom, and the methods whereby, the public may obtain information, make submittals or requests, or obtain decisions;

    (B) statements of the general course and method by which its functions are channeled and determined, including the nature and requirements of all formal and informal procedures available;

    (C) rules of procedure, descriptions of forms available or the places at which forms may be obtained, and instructions as to the scope and contents of all papers, reports, or examinations;

    (D) substantive rules of general applicability adopted as authorized by law, and statements of general policy or interpretations of general applicability formulated and adopted by the agency; and

    (E) each amendment, revision, or repeal of the foregoing.

Except to the extent that a person has actual and timely notice of the terms thereof, a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published. For the purpose of this paragraph, matter reasonably available to the class of persons affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register.

    (2) Each agency, in accordance with published rules, shall make available for public inspection and copying--

    (A) final opinions, including concurring and dissenting opinions, as well as orders, made in the adjudication of cases;

    (B) those statements of policy and interpretations which have been adopted by the agency and are not published in the Federal Register; ~~and~~

    (C) administrative staff manuals and instructions to staff that affect a member of the public;

    (D) copies of all records, regardless of form or format, which have been released to any person under paragraph (3) and which, because of the nature of their subject matter, the agency determines have become or are likely to become the subject of subsequent requests for substantially the same records...

    In fact, further fraud was committed because the investors were informed the monies would be invested in First Trust Deeds, which have a certain level of security. However, the funds were not properly invested, but diverted to special interests of the managers.

    The Freedom of Information Act was enacted by Congress to supply information to the person who requested the information. TWICE the JESSUPS have provided a request to release information to USA CAPITAL.

## CONCLUSION

Based upon the facts herein, the JESSUPS request (1) status of the proceeds to be disbursed; and (2) release of information requested through the Freedom of Information Act.

*Harry W. Jessup*
HARRY JESSUP

*Helen Jessup*
HELEN JESSUP

Sworn and subscribed to before me this 12 day of June, 2007.

NOTARY PUBLIC

EMILY R. STEVENS
Notary Public, State of Nevada
Appointment No. 00-62114-1
My Appt. Expires Jan 13, 2008

# Judge approves initial payment of $60 million

**By JOHN G. EDWARDS**
REVIEW-JOURNAL

Bankruptcy Judge Linda Riegle on Friday authorized the interim managers of failed USA Capital, a private lender that controls $962 million in assets, to make an initial payment of about $60 million to some investors.

The $60 million represents about 6 percent of the money invested with USA Capital, but the interim management team hopes to obtain approval at an Aug. 31 hearing to make regular monthly payments.

"It's a lot of money, but there's a lot more money to be distributed in the future," said Annette Jarvis, an attorney representing USA Capital and

**SEE PAYMENT PAGE 3D**
*Some $9 million to be weighed later*

▶ **PAYMENT:** *Judge will consider another $9 million later*

CONTINUED FROM PAGE 1D

its interim managers.

USA Capital solicited investments from individuals interested in earning double-digit interest rates on loans secured by real estate. USA Capital had about 6,500 investors around the country when it filed for bankruptcy April 13.

The initial distribution will provide relief to retired investors who relied on USA Capital for virtually all of their income. Many of these investors are struggling to pay their home loans or rent, medical bills and other ongoing expenses.

Some investors bought fractional interests directly in short-term mortgage loans also known as trust deeds. Others invested in two trust deed funds managed by USA Capital.

The so-called direct lenders who own fractional interests in trust deeds will receive interest and principle payments that were received after the company filed for bankruptcy.

Also, about $1.6 million will be mailed to investors in the USA Capital First Trust Deed Fund, a mortgage loan pool regulated by the Securities and Exchange Commission.

However, individuals who put money in USA Capital Diversified Trust Fund, a separate fund partly regulated by Nevada will receive none of the initial distribution.

The Diversified fund held about $150 million in assets, but most of its loans are non-performing or not paying interest. Diversified is owed $108 million.

The loans were unsecured although the interim managers have obtained collateral in the form of partnership interests for some of the loans in the Diversified fund.

"Why is it our fund was looted, and the others weren't looted?" asked Marc Levinson, an attorney representing the committee for Diversified fund investors. "We ought not be the sole victim of the street crime."

Levinson said USA Capital was a "Ponzi-like scheme" at least as far back as 2001. In a Ponzi scheme, money fund from new investors is used to pay earlier investors.

He mentioned the 2001 foreclosure of a Sheraton hotel near a Salt Lake City airport, which the Diversified fund financed. USA Capital later sold the hotel, but only some of the sales proceeds were returned to the Diversified fund.

USA Capital's interim managers plan to start mailing checks to investors in about two weeks. "We can only distribute money that came in on loans that are now paying," Riegle said.

At a hearing on Aug. 16, the judge will consider whether to release another $9 million that was held in a Capital collection account when it filed for bankruptcy.

The bankrupt private lender retains about $25 million in cash that may be kept or paid out later to investors with disputed claims.

The disputes arise out of the monthly payments that USA Capital was mailing to investors monthly before the bankruptcy filing although many of the loans were past-due. Riegle later will decide whether to deduct overpayment sums from distributions made to these investors.

The alternative is to pay investors who were overpaid by USA Capital and then allow those who were shortchanged to sue other investors.

"The argument is that you would have to sue. That is incredibly expensive, frustrating and, I think, an unnecessary legal position," Riegle said.

---

*Handwritten annotations:*

NOTE: (A) USA uses my money to pay other investors. (MOB)
(B) Pays me interest from my own orig<sup>n</sup> 200,000.
(C) Convinces the court that my payments were on non-performing loans. (i.e. we owe them.)
(D) Violation of FOIA rule. Fraud, reporting false earnings, etc. etc. Should give Judge to re-consider & make Harry & Helen Jessup whole.


Ex 1"

Dear Mr. Jessup,

We appreciate your patience while we addressed your concern regarding your investment in the loans with USA Capital. After further research and analysis we have determined the following:

### USA Capital Diversified Trust Deed Fund, LLC ("DTDF")

The DTDF was placed into bankruptcy on April 13, 2006. Since that time, a team of accountants has worked diligently to review the books and records and determine the correct accounting for the Fund. We regret to inform you that your prior statements did not reflect the continuing decline in the investments of the DTDF. The decline in the Fund did not happen in six months, but over the course of several years. As a Fund member, you own a portion of the Fund and your investment value increases or decreases based on the value of the Fund. Unfortunately, in this case, the value has declined.

While we have spent time and effort in determining the value at the filing date, we do not have accurate records to show you the changes in the Fund value over time. These records are being reconstructed, but as the process is a long and expensive one, it may be quite some time before additional information is available. We are working to rectify issues created by former management as well as attempting to collect enough money from former management your investment.

### USA First Trust Deed Fund, LLC ("FTDF")

The August 4th Motion to Distribute Funds was approved. USACM distributed funds to FTDF shareholders on August 31, 2006. This distribution to FTDF shareholders, of approximately $1.2 million, will be treated as a return of original investment as most of the funds received were from the payoff of loans. Please refer to our website which has additional information pertaining to this distribution and is updated regularly on general information about the Bankruptcy process.

The FTDF loans should be collected or set to be sold and investors should recover a substantial portion of their monies.

We thank you for your inquiry regarding your investment and again appreciate your patience as we are working diligently to respond to investor questions in the order received. Please refer to our website www.usacapitalcorp.com for additional information and updates as well as to submit any future inquiries via our USACM Account Statement Feedback Form. Thank you.

Sincerely,

Investor Relations
USA Commercial Mortgage Company

---

4484 South Pecos Road · Los Vegas, Nevada 89121
Phone: 702-734-2400  Fax: 702-734-0163 · Toll Free: 888-921-8001 · www.TDInvestments.com

Ex "2"