
ORIGINAL

HARRY W. JESSUP
HELEN B. JESSUP
2009 West Lund
Las Vegas, NV 89102
(702) 876-5144
In Proper Person


RECEIVED AND FILED
JUN 12 2007
U.S. BANKRUPTCY COURT
PATRICIA J. GRAY
CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>     Debtor. | ) Case No. BK-S-06-10725 LBR <br> ) Case No. BK-S-06-10726 LBR <br> ) Case No. BK-S-06-10727 LBR <br> ) Case No. BK-S-06-10728 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor. | ) Case No. BK-S-06-10729 LBR <br> ) **Chapter 11** <br> ) <br> ) Jointly Administered Under |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, <br>     Debtor. | ) Case No. BK-S-06-10725 LBR <br> ) <br> ) <br> ) **NOTICE OF MOTION FOR:** |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC., <br>     Debtor. | ) **JESSUPS' MOTION** <br> ) **TO DISCLOSE** <br> ) **INFORMATION UNDER** <br> ) **THE FREEDOM OF** |
| In re: <br> USA SECURITIES, LLC., <br>     Debtor. | ) **INFORMATION ACT** <br> ) **AND RELEASE OF** <br> ) **FUNDS TO JESSUPS** <br> ) |
| Affects: <br> ALL DEBTORS | )(ALL DEBTORS) <br> ) <br> ) |

Date: 7-5-07
Time: 9:30 AM.

TO: ALL DEBTORS:

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the undersigned will bring this MOTION on for hearing before the Federal Bankruptcy Court Dept. 1 on the 5th day of July, 2007, at 9:30 o'clock a.m./p.m. of said day.

The JESSUPS are seeking information relating to financial matters; and disclosure of where the distribution of assets has gone.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, the:
 1. The court may *refuse to allow you* to speak at the scheduled hearing; and
 2. The court may *rule against you* without formally calling the matter at the hearing.

DATED this 12 day of June, 2007.

HARRY JESSUP
In Proper Person