**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/14/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM OF COPPER SAGE COMMERCIAL CENTER LLC (CLAIM N0. 792)**<br><br>Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Copper Sage Commercial Center LLC ("Copper Sage") by and through its counsel, Susan Williams Scann of Deaner, Deaner, Scann, Malan & Larsen stipulate:

221524.1

LEWIS AND ROCA LLP
LAWYERS

1. USA Commercial Mortgage Company filed an objection to Claim No. 792 of Copper Sage [DE 3077] (the "Objection").

2. The Objection is set for status hearing on June 15, 2007 at 9:30 a.m.

3. Copper Sage is currently in litigation in Nevada state court with the direct lenders. Copper Sage will not be in a position to value its claim until that litigation is concluded either at trial or through a settlement.

4. Accordingly, the parties agree to continue the status hearing on the Objection to October 15, 2007 at 9:30 a.m. to allow time for Copper Sage to work towards a resolution in the state court action.

5. The parties submit a stipulated order for the Court's convenience.

RESPECTFULLY SUBMITTED June 14, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

-and-

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By: [signature]
Susan Williams Scann (NV 000776)
720 S Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-382-6911
E-Mail: sscann@deanerlaw.com
*Attorneys for Copper Sage Commercial Center LLC*

221524.1