

Entered on Docket
June 18, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: June 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: July 27, 2007<br>Time of Hearing: 9:30 a.m. |

221522.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 819 OF SPECTRUM FINANCIAL IN THE AMOUNT OF $49,581,000; CLAIM 821 OF ROLLAND P. WEDDELL IN THE AMOUNT OF $13,081,000

**IT IS HEREBY ORDERED:**

- The Stipulation Continuing the Hearing on Objection to Claim 819 of Spectrum Financial in the Amount of $49,581,000; Claim 821 of Rolland P. Weddell in the Amount of $13,081,000 by and between USACM Liquidating Trust, Spectrum Financial and Rolland P. Weddell is hereby granted;

- The hearing is continued to July 27, 2007 at 9:30 a.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
  John Hinderaker
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**Hale Lane Peek Dennison & Howard**

By: _____
  Matthew J. Kreutzer
  Elissa Cadish
*Counsel for Spectrum Financial and Rolland P. Weddell*

221522.1