Entered on Docket
June 18, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| USA Commercial Mortgage Company<br>06-10725 – Lead Case | Chapter 11 Cases |
| USA Capital Realty Advisors, LLC<br>06-10726 | Judge Linda B. Riegle Presiding<br>Date of Hearing: June 15, 2007<br>Time:  9:30 a.m. |
| USA Capital Diversified Trust Deed Fund, LLC<br>06-10727 | **Affecting:**<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| USA Capital First Trust Deed Fund, LLC<br>06-10728 | |
| USA Securities, LLC<br>06-10729<br>Debtors. | |

**ORDER APPROVING STIPULATION RE PROOFS OF CLAIM FILED BY SERGIO DEL CANIZO dba S & J ENTERPRISE INVESTMENTS INC.**

1839077.1

The Stipulation re Proofs of Claim Filed by Sergio Del Canizo dba S & J Enterprise Investments Inc. [DE  ] (the "Stipulation") came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS HEREBY ORDERED:

- The Pending Motion to Classify Claims filed by Tanamera Corporate Center LLC in Plan Class A-7 and Reservation of Counterclaim and Objection [DE 3075] is DENIED as it pertains to the claims filed by Sergio Del Canizo, who purchased the subject property from Tanamera and not to claims by Tanamera.

- Claim No. 10725-00061-1 filed by Sergio Del Canizo is disallowed in its entirety on the ground that it is amended by Claim No. 10725-00061-2.

- Claim No. 10725-00061-2 filed by Sergio Del Canizo is allowed as a General Unsecured Claim in the amount of $45,777.16 in full and complete satisfaction of any and all proofs of claim, scheduled claims or administrative claims.

- The continued hearing scheduled for June 15, 2007 may be vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:___/s/ RC (#6593)_____
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

| | |
|---|---|
| 1 | |
| 2 | **APPROVED AS TO FORM AND CONTENT:** |
| 3 | |
| 4 | _/s/ Sergio Del Canizo_ |
| 5 | Sergio Del Canizo |
| 6 | |
| 7 | |
| 8 | _/s/ Justine F. Del Canizo_ |
| 9 | Justine F. Del Canizo |
| 10 | |
| 11 | _/s/ Sergio Del Canizo_ |
| 12 | Sergio Del Canizo, Sole Proprietor, S & J Enterprises |

3

1839077.1