1  Annette W. Jarvis, Utah Bar No. 1649

2  Steven C. Strong, Utah Bar No. 6340
   RAY QUINNEY & NEBEKER P.C.

3  36 South State Street, Suite 1400
   P.O. Box 45385

4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500

5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com

6

7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423

8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1

9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590

10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com

11

12 Attorneys for Debtors

13                    **UNITED STATES BANKRUPTCY COURT**

14                            **DISTRICT OF NEVADA**

**E-FILED ON JUNE 18, 2007**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | **NOTICE OF ENTRY OF ORDER<br>SUSTAINING THE OMNIBUS<br>OBJECTION OF USA CAPITAL<br>REALTY ADVISORS, LLC TO** |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | **MISFILED CLAIMS AND<br>CERTIFICATE OF SERVICE** |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☒  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC | Hearing Date:  April 26, 2007<br>Hearing Time: 9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    NOTICE IS HEREBY GIVEN that an Order Sustaining the Omnibus Objection of USA

2    Capital Realty Advisors, LLC to Misfiled Claims was entered on the 15th day of May, 2007, a

3    copy of which is attached hereto.

4    Dated: this 30th day of May, 2007.

6                          /s/    Lenard E. Schwartzer, Esq

Lenard E. Schwartzer, Nevada Bar No. 0399

7    Jeanette E. McPherson, Nevada Bar No. 5423

SCHWARTZER & MCPHERSON LAW FIRM

8    2850 South Jones Boulevard, Suite 1

Las Vegas, Nevada 89146

10    and

11    Annette W. Jarvis, Utah Bar No. 1649

RAY QUINNEY & NEBEKER P.C.

12    36 South State Street, Suite 1400

P.O. Box 45385

13    Salt Lake City, Utah 84145-0385

15    1.  On June 18, 2007 I served the following document(s):

16        a.    Notice of Entry of Order Sustaining the Omnibus Objection of USA Capital Realty

17    Advisors, LLC to Misfiled Claims

18        2.     I served the above-named document(s) by the following means to the persons as

19    listed below:

20    ☐  a.    **By ECF System**:

21    ☒  b.    **By United States mail, postage fully prepaid**:

22    SEE ATTACHED MAILING LIST

23    ☐  c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

24        ☐    For a party represented by an attorney, delivery was made by handing the

25    document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place

26    in the office.

        ☐    For a party, delivery was made by handing the document(s) to the party or by

27    leaving the document(s) at the person's dwelling house or usual place of abode with someone of

suitable age and discretion residing there.

28

Claims Objection USA Realty Misfiled Claims

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

☐    d.    **By direct email (as opposed to through the ECF System)**
        Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
        Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
        I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:    June 18, 2007

SARAH ARNOLD                                      /s/    *SARAH ARNOLD*
(Name of Declarant)                              (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Claims Objection USA Realty Misfiled Claims

Adams, Brian M
525 S 6Th St
Las Vegas, NV 89101

Adams, Herman M  Brian M & Anthony G
1341 Cashman Dr
Las Vegas, NV 89102

Allergy Consultants Medical Group Inc
C/O Dionisio Fernandes Trustee
401K Profit Sharing Plan
4001 Oak Manor Ct
Hayward, CA 94542-1445

Baginski, Michael
12881 Knott St #205
Garden Grove, CA 92841

Berry, William Chad
11136 Acama St
Apt 312
Studio City, CA 91602-3067

Debra A Gant-Hickel & Russell J
Hickel
4725 Goodwin Rd
Sparks, NV 89436

Deller, Ross
1469 Harmony Hill
Henderson, NV 89014

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA 92807-2319

Fernandes, Dionisio A & Fiola
4001 Oak Manor Ct
Hayward, CA 94542-1445

Fernandes, Jason D & Fiola
4001 Oak Manor Ct
Hayward, CA 94542-1445

Fernandes, Melissa A & Dionisio
4001 Oak Manor Ct
Hayward, CA 94542-1445

Frieda Moon & Sharon C Van Ert Joint
2504 Callita Ct
Las Vegas, NV 89102-2094

Frieda Moon Fbo Sharon C. Van Ert
2504 Callita Ct
Las Vegas, NV 89102-2020

Karen Petersen Tyndall Trust Dtd 3/9/94
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV 89145-8659

KPT Irrevocable Trust Dated 7/16/99
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV 89145-8659

Law Offices Of James J Lee
7674 W Lake Mead Blvd #108
Las Vegas, NV 89128

Layne Family Trust
Bruce & Sherry Layne
C/O Lawrence D Rouse Esq
523 S 8Th St
Las Vegas, NV 89101

Mirzaian, Katrine
708 Prospect Dr
Glendale, CA 91205

Moon, Frieda
Trustee Of The Decedent's Trust Of The
Restated Moon Irrevocable Trust
2504 Callita Ct
Las Vegas, NV 89102

Olympia Capital Management
C/O Geraldine Houghton
2871 Pinta
Perris, CA 92571

Quinn, Edward & Darlene
660 New Brookhaven Dr
Lee's Summit, MO 64081

Saunders, John H & Anita
3665 Brighton Way
Reno, NV 89509

Silver Saver Mart Inc
Po Box 124
Silver Springs, NV 89429

Cronk, Arlene
C/O Michael Lehners Esq
429 Marsh Ave
Reno, NV 89509

Doucet, D. Joseph
Ttee Of Doucet Trust
3301 Skyline Blvd
Reno, NV 89509-6604

Jung, Margarita
1405 Vegas Valley
#317
Las Vegas, NV 89109

Sturza, Harold
2705 Orchid Valley Dr
Las Vegas, NV 89134-7327

Case: 06-10725-lbr    Doc #: 3734    Filed: 05/15/2007    Page: 1 of 6

**Entered on Docket**
**May 15, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Capital Realty Advisors, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER SUSTAINING THE OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO MISFILED CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

1     The Omnibus Objection of USA Capital Realty Advisors, LLC to Misfiled Claims

2 (the "Objection") (Docket No. 3019) came before this Court on proper notice at the hearing held

3 April 26, 2007, at 9:30 a.m.  Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf

4 of USA Capital Realty Advisors, LLC; Eve Karasik of Stutman, Treister & Glatt, P.C. appeared

5 on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed

6 Fund, LLC (the "FTDF Committee"), and other appearances were noted on the record.

7     A limited response to the Objection was filed by the FTDF Committee (Docket No. 3482).

8 No other responses were filed.

9     THE COURT, having considered the Objection and the limited response thereto, and

10 having determined that good and sufficient cause exists for sustaining the Objection to the extent

11 set forth below, HEREBY ORDERS THAT:

12     1.    All of the claims listed on Exhibit A to the Objection, as set forth in the following

13 table, are disallowed in their entirety:

| Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|
| 1 Adams, Brian M 525 S 6Th St Las Vegas, NV 89101 | 10726-00048 | 11/8/2006 | 325,000.00 |
| 2 Adams, Herman M·Brian M.& Anthony G 1341 Cashman Dr Las Vegas, NV 89102 | 10726-00050 | 11/8/2006 | 3,625,000.00 |
| 3 Allergy Consultants Medical Group Inc C/O Dionisio Fernandes Trustee 401K Profit Sharing Plan 4001 Oak Manor Ct Hayward, CA 94542-1445 | 10726-00035 | 10/10/2006 | 58,071.84 |
| 4 Baginski, Michael 12881 Knott St #205 Garden Grove, CA 92841 | 10726-00049 | 11/10/2006 | 288,263.00 |
| 5 Berry, William Chad 11138 Adams St Apt 312 Studio City, CA 91602-3067 | 10726-00058 | 11/13/2006 | 200,000.00 |
| 6 Debra A Gant-Hickel & Russell J Hickel 4726 Goodwin Rd Sparks, NV 89436 | 10726-00029 | 8/16/2006 | 33,245.88 |

SCHWARTZER & MCPHERSON LAW FIRM

2

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

| | | | | | |
|---|---|---|---|---|---|
| 1 2 | 7 | Deller, Ross
1469 Harmony Hill
Henderson, NV 89014 | 10726-00018 | 5/8/2006 | 50,000.00 |
| 3 4 | 8 | Deller, Ross
1469 Harmony Hill
Henderson, NV 89014 | 10726-00019 | 5/8/2006 | 100,000.00 |
| 5 | 9 | Deller, Ross
1469 Harmony Hill
Henderson, NV 89014 | 10726-00020 | 5/8/2006 | 120,000.00 |
| 6 7 | 10 | Deller, Ross
1469 Harmony Hill
Henderson, NV 89014 | 10726-00021 | 5/8/2006 | 50,000.00 |
| 8 9 | 11 | Deller, Ross
1469 Harmony Hill
Henderson, NV 89014 | 10726-00022 | 6/5/2006 | 100,000.00 |
| 10 | 12 | Faivai, Brenda
252 N Paseo De Juan
Anaheim, CA 92807-2319 | 10726-00012 | 6/2/2006 | 50,933.34 |
| 11 12 | 13 | Faivai, Brenda
252 N Paseo De Juan
Anaheim, CA 92807-2319 | 10726-00013 | 6/2/2006 | 50,972.22 |
| 13 14 | 14 | Faivai, Brenda
252 N Paseo De Juan
Anaheim, CA 92807-2319 | 10726-00015 | 6/2/2006 | 50,933.34 |
| 15 | 15 | Faivai, Brenda
252 N Paseo De Juan
Anaheim, CA 92807-2319 | 10726-00016 | 6/2/2006 | 37,860.24 |
| 16 17 | 16 | Fernandes, Dionisio A & Fiola
4001 Oak Manor Ct
Hayward, CA 94542-1445 | 10726-00034 | 10/10/2006 | 244,646.92 |
| 18 19 | 17 | Fernandes, Jason D & Fiola
4001 Oak Manor Ct
Hayward, CA 94542-1445 | 10726-00032 | 10/10/2006 | 151,359.38 |
| 20 | 18 | Fernandes, Melissa A & Dionisio
4001 Oak Manor Ct
Hayward, CA 94542-1445 | 10726-00033 | 10/10/2006 | 116,143.68 |
| 21 22 | 19 | Frieda Moon & Sharon C Van Ert Joint
2504 Califia Ct
Las Vegas, NV 89102-2094 | 10726-00004 | 5/23/2006 | 51,033.34 |
| 23 24 | 20 | Frieda Moon & Sharon C Van Ert Joint
2504 Califia Ct
Las Vegas, NV 89102-2094 | 10726-00007 | 5/23/2006 | 51,076.38 |
| 25 | 21 | Frieda Moon Fbo Sharon C. Van Ert
2504 Califia Ct
Las Vegas, NV 89102-2020 | 10726-00005 | 5/23/2006 | 35,583.34 |
| 26 27 | 22 | Frieda Moon Fbo Sharon C. Van Ert
2504 Califia Ct
Las Vegas, NV 89102-2020 | 10726-00006 | 5/23/2006 | 17,536.18 |
| 28 | | | | | |

3

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | | | |
|---|---|---|---|---|---|
| 23 | Karen Petersen Tyndall Trust Dtd 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10726-00040 | 11/9/2006 | 1,115,915.59 |
| 24 | KPT Irrevocable Trust Dated 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10726-00048 | 11/10/2006 | 202,866.38 |
| 25 | Law Offices Of James J Lee<br>7674 W Lake Mead Blvd #105<br>Las Vegas, NV 89128 | 10726-00052 | 11/13/2006 | 200,000.00 |
| 26 | Layne Family Trust<br>Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10726-00035 | 11/9/2006 | 240,000.00 |
| 27 | Lee, James J<br>7674 W Lake Mead Blvd #105<br>Las Vegas, NV 89128 | 10726-00053 | 11/13/2006 | 200,000.00 |
| 28 | Mirzaian, Katrine<br>706 Prospect Dr<br>Glendale, CA 91205 | 10726-00056 | 1/10/2007 | 344,011.56 |
| 29 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00001 | 5/22/2006 | 37,860.24 |
| 30 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00002 | 5/22/2006 | 51,033.34 |
| 31 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00008 | 5/23/2006 | 51,076.38 |
| 32 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10726-00009 | 5/23/2006 | 25,538.20 |
| 33 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10726-00051 | 11/9/2006 | 100,000.00 |
| 34 | Quinn, Edward & Darlene<br>860 New Brookhaven Dr<br>Lee's Summit, MO 64081 | 10726-00025 | 7/10/2006 | 156,389.48 |

4

| 35 | Saunders, John H & Anita<br>3665 Brighton Way<br>Reno, NV 89509 | 10725-00064 | 11/27/2006 | 50,000.00 |
| 36 | Silver Saver Mart Inc<br>Po Box 124<br>Silver Springs, NV 89429 | 10725-00026 | 8/14/2006 | 36,386.45 |

3.    All of the claims listed on Exhibit B to the Objection, as set forth in the following table, are disallowed in their entirety:

| Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|
| 1 | Cronk, Arlene<br>C/O Michael Lehners Esq<br>429 Marsh Ave<br>Reno, NV 89509 | 10725-00010 | 5/30/2006 | 272,206.96 |
| 2 | Doucet, D. Joseph<br>Ttee Of Doucet Trust<br>3301 Skyline Blvd<br>Reno, NV 89509-6604 | 10725-00067 | 1/12/2007 | 502,335.71 |
| 3 | Jung, Margerite<br>1406 Vegas Valley #317<br>Las Vegas, NV 89109 | 10725-00027 | 7/28/2006 | 91,534.04 |
| 4 | Sturza, Harold<br>2705 Orchid Valley Dr<br>Las Vegas, NV 89134-7327 | 10725-00031 | 9/29/2006 | Blank |

4.    The claims listed in the table in paragraph 3 above are deemed to be timely filed general unsecured claims asserted against USA Commercial Mortgage Company ("USACM"), but are subject to any objections that may be interposed by the USACM Liquidating Trust or any other party entitled to object to claims; and

5.    The claims that are disallowed pursuant to this Order are disallowed in their entirety and for all purposes as claims against USA Realty Advisors, LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases, except as provided in paragraph 4 above.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5

1  Submitted by:
   SCHWARTZER & MCPHERSON LAW FIRM
2  and RAY QUINNEY & NEBEKER P.C.

3  By: /s/ Lenard E. Schwartzer
   ———————————————————————
4  LENARD E. SCHWARTZER, ESQ.
   JEANETTE E. MCPHERSON, ESQ.
5  ANNETTE W. JARVIS, ESQ.
   STEVEN C. STRONG, ESQ.
6  *Attorneys for USA Securities, LLC*

7

8

9  Approved by:                              Approved by:
10 STUTMAN TREISTER & GLATT, P.C. and        LEWIS AND ROCA, LLP
   SHEA & CARLYON, LTD.
11
   By: /s/ Andrew Parlen                     By: /s/ Rob Charles
12 ———————————————————————                  ———————————————————————
   EVE KARASIK, ESQ.                          SUSAN M. FREEMAN, ESQ.
13 CANDACE C. CARLYON, ESQ.                   ROB CHARLES, ESQ.
   *Counsel for the Official Committee of*
14 *Equity Security Holders of USA Capital*
   *First Trust Deed Fund, LLC*
15
   Approved by:
16 OFFICE OF THE US TRUSTEE

17 By: _____
18 AUGUST B. LANDIS, ESQ.
   SCOTT A. FARROW, ESQ.
19

20

21                                    ###

22

23

24

25

26

27

28

                                    6