Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 18, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CERTAIN CLAIMS AND CERTIFICATE OF SERVICE**<br><br>Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

Claims Objection USA Realty Certain Claims

NOTICE IS HEREBY GIVEN that an Order Sustaining in Part the Omnibus Objection of USA Capital Realty Advisors, LLC to Certain Claims was entered on the 15th day of May, 2007, a copy of which is attached hereto.

Dated: this 30th day of May, 2007.

/s/    Lenard E. Schwartzer, Esq
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

1. On June 18, 2007 I served the following document(s):

   a.    Notice of Entry of Order Sustaining in Part the Omnibus Objection of USA Capital Realty Advisors, LLC to Certain Claims

2. I served the above-named document(s) by the following means to the persons as listed below:

☐    a.    **By ECF System**:

☒    b.    **By United States mail, postage fully prepaid**:

SEE ATTACHED MAILING LIST

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

Claims Objection USA Realty Certain Claims

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:     June 18, 2007

SARAH ARNOLD                    /s/     SARAH ARNOLD
(Name of Declarant)               (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Clark, Johnny  
C/O William L Crimes Esq  
601 E Charleston Blvd  
Las Vegas, NV  89104  

Margaret B McGimsey Trust  
C/O William L McGimsey Esq  
601 E Charleston Blvd  
Las Vegas, NV  89104  

Moon, Frieda  
Trustee Of The Decedent`s Trust Of The  
Restated Moon Irrevocable Trust  
2504 Callita Ct  
Las Vegas, NV  89102  

Halseth, Daniel R & Sandra K  
Ttees Of The Halseth Family Tr  
23 Molas Dr  
Durango, CO  81301  

Kantor, Lynn M  
C/O Michael M Schmahl  
McGuireWoods LLP  
77 W Wacker Dr #4100  
Chicago, IL  60601  

McGimsey, Sharon Or Jerry  
C/O William L McGimsey Esq  
601 East Charleston Blvd  
Las Vegas, NV  89104  

Falvai, Brenda  
252 N Paseo De Juan  
Anaheim, CA  92807-2319  

McGimsey, Bruce  
C/O William L McGimsey Esq  
601 E Charleston Blvd  
Las Vegas, NV  89104  

Quinn, Edward & Darlene  
660 NW Brookhaven Dr  
Lee's Summit, MO  64081  

Kantor Dr, Gary  
C/O Michael M Schmahl  
McGuireWoods LLP  
77 W Wacker Dr #4100  
Chicago, IL  60601  

Margaret B McGimsey Trust  
C/O William L McGimsey Esq  
601 East Charieston Blvd  
Las Vegas, NV  89104  

Karen Petersen Tyndall Trust Dated 3/9/94  
C/O Karen Petersen Tyndall Ttee  
1012 Greystoke Acres St  
Las Vegas, NV  89145-8659  

McGimsey, Sharon Or Jerry  
C/O William L McGimsey Esq  
601 E Charleston Blvd  
Las Vegas, NV  89104  

Clark, Johnny  
C/O William L McGimsey Esq  
601 E Charleston Blvd  
Las Vegas, NV  89104  

Kantor Nephrology Consultants Ltd  
C/O Michael M Schmahl  
McGuireWoods LLP  
77 W Wacker Dr #4100  
Chicago, IL  60601  

McGimsey, Bruce  
C/O William L McGimsey Esq  
601 East Charleston Blvd  
Las Vegas, NV  89104

Case: 06-10725-lbr    Doc #: 3733    Filed: 05/15/2007    Page: 1 of 4

**Entered on Docket**
**May 15, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Realty Advisors, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA CAPITAL REALTY ADVISORS, LLC TO CERTAIN CLAIMS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |

1

Case: 06-10725-lbr    Doc #: 3733    Filed: 05/15/2007    Page: 2 of 4

The Omnibus Objection of USA Capital Realty Advisors, LLC ("USA Realty") to Certain Claims (the "Objection") (Docket No. 3017) came before this Court on proper notice at the hearing held April 26, 2007, at 9:30 a.m. Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf of USA Realty, William L. McGimsey appeared on behalf of the Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark (collectively, the "McGimsey Claimants"), and other appearances were noted on the record.

A response to the Objection was filed by the McGimsey Claimants (Docket No. 3487). No other responses were filed. Based on a prior stipulated order (Docket No. 3520) (the "Kantor Continuance Order"), the claims of Dr. Gary Kantor, Kantor Nephrology Consultants Ltd., and Lynn M. Kantor against USA Realty (the "Kantor Claims") addressed in the Objection were continued for a status hearing on June 15, 2007 at 9:30 a.m.

THE COURT, having considered the Objection and the response thereto, and having determined that good and sufficient cause exists for sustaining the Objection to the extent set forth below, HEREBY ORDERS THAT:

1. The following claim listed on Exhibit A to the Objection is disallowed in its entirety:

| Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|
| Halseth, Daniel R. & Sandra K Ttees Of The Halseth Family Tr. 23 Molas Dr Durango, CO 81301 | 10725-00085 | 1/9/2007 | Unknown |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

2. The following claims listed on Exhibit B to the Objection are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Faivai, Brenda<br>262 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10725-00011 | 6/2/2006 | 50,933.34 |
| 2 | Faivai, Brenda<br>262 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10725-00014 | 6/2/2006 | 50,933.34 |
| 3 | Karen Petersen Tyndall Trust Dated 3/6/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10725-00047 | 11/10/2006 | 1,116,915.69 |
| 4 | Moon, Frieda<br>Trustee Of The Decedent's Trust<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10725-00003 | 5/22/2006 | 51,033.34 |
| 5 | Quinn, Edward & Darlene<br>860 NW Brookhaven Dr<br>Lee's Summit, MO 64081 | 10725-00026 | 7/12/2006 | 156,388.48 |

3. As to the remaining claims listed on Exhibit A or Exhibit B of the Objection, namely the Kantor Claims and the claims of the McGimsey Claimants against USA Realty, the hearing on the Kantor Claims is continued for a status hearing on June 15, 2007 at 9:30 a.m., as provided in the Kantor Continuance Order, and the hearing on the claims of the McGimsey Claimants against USA Realty is also continued for a status hearing on June 15, 2007 at 9:30 a.m.;

4. The claims that are disallowed pursuant to this Order are disallowed in their entirety and for all purposes as claims against USA Realty and are not allowed as claims against any of the other Debtors in these jointly-administered bankruptcy cases.

3

| | |
|---|---|
| Submitted by:<br>SCHWARTZER & MCPHERSON LAW FIRM<br>and RAY QUINNEY & NEBEKER P.C.<br><br>By: /s/ Lenard E. Schwartzer<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>ANNETTE W. JARVIS, ESQ.<br>STEVEN C. STRONG, ESQ.<br>*Attorneys for USA Capital Realty Advisors, LLC* | APPROVED BY:<br><br>By: /s/ William L. McGimsey<br>William L. McGimsey, Nevada Bar No. 546<br>WILLIAM L. McGIMSEY,<br>A Professional Corp.<br>601 E. Charleston Blvd.<br>Las Vegas, NV 89104<br>*Attorney for Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey, and Johnny Clark* |

Approved By:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.

###

4