Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JUNE 18, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | **NOTICE OF ENTRY OF SUPPLEMENTAL ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA SECURITIES, LLC TO CERTAIN CLAIMS AND CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: April 26, 2007<br>Hearing Time: 9:30 a.m. |

1

Claims Objection USA Securities Claims

NOTICE IS HEREBY GIVEN that a Supplemental Order Sustaining in Part the Omnibus Objection of USA Securities, LLC to Certain Claims was entered on the 30th day of May, 2007, a copy of which is attached hereto.

Dated: this 30th day of May, 2007.

/s/ *Lenard E. Schwartzer, Esq*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

1. On June 18, 2007 I served the following document(s):

    a.  Notice of Entry of Supplemental Order Sustaining in Part the Omnibus Objection of USA Securities, LLC to Certain Claims

2. I served the above-named document(s) by the following means to the persons as listed below:

☐ a. **By ECF System:**

☒ b. **By United States mail, postage fully prepaid:**

| Brenda Falvai<br>252 N. Paseo De Juan<br>Anaheim CA 92807-2319 | KPT Irrevocable Trust Dated 7/16/99<br>c/o Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St.<br>Las Vegas NV 89145-8659 |
|---|---|
| Karen Petersen Tyndall Trust Dated 3/9/94<br>c/o Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St.<br>Las Vegas NV 89145-8659 | Quinn, Edward & Darlene<br>660 NW Brookhaven Dr.<br>Lee's Summit, MO 64081 |

☐ c. **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

1  ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:    June 18, 2007

SARAH ARNOLD                              /s/    SARAH ARNOLD
(Name of Declarant)                       (Signature of Declarant)

Claims Objection USA Securities Claims

3

Case: 06-10725-lbr    Doc #: 3844    Filed: 05/30/2007    Page: 1 of 4

Entered on Docket
May 30, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SUPPLEMENTAL ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA SECURITIES, LLC TO CERTAIN CLAIMS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date of Hearing: April 26, 2007<br>Time of Hearing: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

The Omnibus Objection of USA Securities, LLC to Certain Claims (the "Objection") (Docket No. 3021) came before this Court on proper notice at the hearing held April 26, 2007, at 9:30 a.m. Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf of USA Securities, LLC, Eve Karasik of Stutman, Treister & Glatt, P.C. appeared on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), and other appearances were noted on the record.

On May 15, 2007, the Court entered an order sustaining in part the Objection (Docket No. 3732) (the "May 15th Order"). The four claims listed on Exhibit D of the Objection were inadvertently omitted from the May 15th Order. The Court, however, had sustained the objections to these four claims at the hearing in addition to the objections to the claims listed in the May 15th Order.

THE COURT, therefore, having considered the Objection and responses thereto, and having determined that good and sufficient cause exists for sustaining the Objection to the extent set forth below and in the May 15th Order, HEREBY ORDERS THAT:

1. All of the claims listed on Exhibit D to the Objection, as set forth in the following table, are disallowed in their entirety:

|   | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10729-00012 | 6/2/2006 | 50,933.34 |
| 2 | Karen Petersen Tyndall Trust Dated 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00031 | 11/10/2006 | 1,115,915.59 |
| 3 | KPT Irrevocable Trust Dated 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00032 | 11/10/2006 | 202,866.38 |
| 4 | Quinn, Edward & Darlene<br>660 NW Brookhaven Dr<br>Lee's Summit, MO 64081 | 10729-00020 | 7/12/2006 | 156,388.48 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2. The claims that are disallowed pursuant to this Supplemental Order are disallowed in their entirety and for all purposes as claims against USA Securities LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases. The disallowance of the claims pursuant to this Supplemental Order is in addition to the disallowance of those claims subject to the May 15th Order.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*


Approved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Andrew Parlen
EVE KARASIK, ESQ.
ANDREW PARLEN, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.

###

2. The claims that are disallowed pursuant to this Supplemental Order are disallowed in their entirety and for all purposes as claims against USA Securities LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases. The disallowance of the claims pursuant to this Supplemental Order is in addition to the disallowance of those claims subject to the May 15th Order.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*

Approved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
EVE KARASIK, ESQ.
ANDREW PARLEN, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved By:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.