Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON JUNE 18, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><div align="right">Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **NOTICE OF ENTRY OF ORDER SUSTAINING IN PART THE OMNIBUS OBJECTION OF USA SECURITIES, LLC TO CERTAIN CLAIMS AND CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☒  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC | Hearing Date:  April 26, 2007<br>Hearing Time: 9:30 a.m. |

Claims Objection USA Securities Claims

1    NOTICE IS HEREBY GIVEN that an Order Sustaining in Part the Omnibus Objection of

2    USA Securities, LLC to Certain Claims was entered on the 15th day of May, 2007, a copy of

3    which is attached hereto.

4        Dated: this 30th day of May, 2007.

5

6                                          /s/    Lenard E. Schwartzer, Esq
                                          Lenard E. Schwartzer, Nevada Bar No. 0399
7                                          Jeanette E. McPherson, Nevada Bar No. 5423
                                          SCHWARTZER & MCPHERSON LAW FIRM
8                                          2850 South Jones Boulevard, Suite 1
                                          Las Vegas, Nevada  89146
9

10                                         and

11                                         Annette W. Jarvis, Utah Bar No. 1649
                                          RAY QUINNEY & NEBEKER P.C.
12                                         36 South State Street, Suite 1400
                                          P.O. Box 45385
13                                         Salt Lake City, Utah 84145-0385

14

15    1.   On June 18, 2007 I served the following document(s):

16        a.    Notice of Entry of Supplemental Order Sustaining in Part the Omnibus Objection

17    of USA Securities, LLC to Certain Claims

18        2.    I served the above-named document(s) by the following means to the persons as

19    listed below:

20    ☐    a.    **By ECF System**:

21    ☒    b.    **By United States mail, postage fully prepaid**:

22        SEE ATTACHED MAILING MATRIX

23    ☐    c.    **By Personal Service**
                I personally delivered the document(s) to the persons at these addresses:
24        ☐    For a party represented by an attorney, delivery was made by handing the
       document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
25    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
       in the office.
26        ☐    For a party, delivery was made by handing the document(s) to the party or by
27    leaving the document(s) at the person's dwelling house or usual place of abode with someone of
       suitable age and discretion residing there.
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:    June 18, 2007

SARAH ARNOLD                                /s/    *SARAH ARNOLD*
(Name of Declarant)                          (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA  92807-2319

Karen Petersen Tyndall Trust
Dated 3/9/94
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV 89145-8659

KPT Irrevocable Trust Dated 7/16/99
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV 89145-8659

Quinn, Edward & Darlene
660 Nw Brookhaven Dr
Lee's Summit, MO  64081

Dr Gary Kantor
C/O Michael M Schmahl Attorney
McGuireWoods LLP
77 W Wacker Dr #4100
Chicago, IL  60601

Kantor Nephrology Consultants Ltd
C/O Michael M Schmahl Attorney
McGuireWoods LLP
77  W Wacker Dr #4100
Chicago, IL 60601

Kantor, Lynn M
C/O Michael M Schmahl Attorney
McguireWoods LLP
77 W Wacker Dr #4100
Chicago, IL  60601

CT Corporation Systems
CT, a Wolters Kluwer Business
PO Box 4349
Carol Stream, IL 60197-4349

Hagmaier, Robert L.
15254 Candlewood Ct.
Lake Oswego, OR 97035

Mollo, Michael P.
316 S. Broadway #B
Redondo Beach, CA 90277-3709

Adams, Brian M
525 S 6Th St
Las Vegas, NV  89101

Adams, Herman M & Brian M
& Anthony G
1341 Cashman Dr
Las Vegas, NV  89102

Baginski, Michael
12881 Knott St #205
Garden Grove, CA  92841

Berry, William Chad
11136 Acama St
Apt 312
Studio City, CA  91602-3067

Deller, Ross
1469 Harmony Hill
Henderson, NV  89014

Deller, Ross
1469 Harmony Hill
Henderson, NV  89014

Deller, Ross
1469 Harmony Hill
Henderson, NV  89014

Deller, Ross
1469 Harmony Hill
Henderson, NV  89014

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA  92807-2319

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA  92807-2319

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA  92807-2319

Falvai, Brenda
252 N Paseo De Juan
Anaheim, CA  92807-2319

Frieda Moon & Sharon C Van Ert Joint
2504 Callita Ct
Las Vegas, NV  89102-2094

Frieda Moon & Sharon C Van Ert Joint
2504 Callita Ct
Las Vegas, NV  89102-2094

Frieda Moon Fbo Sharon C. Van Ert
2504 Callita Ct
Las Vegas, NV  89102-2020

Frieda Moon Fbo Sharon C. Van Ert
2504 Callita Ct
Las Vegas, NV  89102-2020

Halseth Family Trust Totally Restated
4/21/00, Daniel R. and Sandra K. Ttees
23 Molas Dr.
Durango, CO  81301

Houghton Dental Corp PSP
Fbo Geraldine Pearl Houghton
2871 Pinta
Perris, CA  92571

Karen Petersen Tyndall Trust Dtd 3/9/94
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV  89145-8659

KPT Irrevocable Trust Dtd 7/16/99
C/O Karen Petersen Tyndall Ttee
1012 Greystoke Acres St
Las Vegas, NV  89145-8659

Law Offices Of James J Lee
7674 W Lake Mead # 108
Las Vegas, NV  89128

Mirzaian, Katrine
708 Prospect Dr.
Glendale, CA  91205

Moon Trustee Of The Decedent's Trust,
Frieda
Of The Restated Moon Irrevocable Trust
2504 Callita Ct
Las Vegas, NV  89102

Quinn, Edward & Darlene
660 NW Brookhaven Dr
Lee's Summit, MO  64081

Layne Family Trust
Bruce & Sherry Layne
C/O Lawrence D Rouse Esq
523 S 8Th St
Las Vegas, NV  89101

Moon Trustee Of The Decedent's Trust,
Frieda Of The Restated Moon Irrevocable
Trust
2504 Callita Ct
Las Vegas, NV  89102

Moon Trustee Of The Decedent's
Trust, Frieda Of The Restated Moon
Irrevocable Trust
2504 Callita Ct
Las Vegas, NV  89102

Lee Esq, James J
7674 W Lake Mead #108
Las Vegas, NV  89128

Moon Trustee Of The
Decedent's Trust, Frieda Of The
Restated Moon Irrevocable Trust
2504 Callita Ct
Las Vegas, NV  89102

Olympia Capital Management
C/O Geraldine Houghton
2871 Pinta
Perris, CA  92571

Case: 06-10725-lbr    Doc #: 3732    Filed: 05/15/2007    Page: 1 of 6

1
2
3    **Entered on Docket**
     **May 15, 2007**
4
                                                    Hon. Linda B. Riegle
                                                    United States Bankruptcy Judge
5

6    Annette W. Jarvis, Utah Bar No. 1649          Lenard E. Schwartzer, Nevada Bar No. 0399
7    Steven C. Strong, Utah Bar No. 6340           Jeanette E. McPherson, Nevada Bar No. 5423
     RAY QUINNEY & NEBEKER P.C.                    SCHWARTZER & MCPHERSON LAW FIRM
8    36 South State Street, Suite 1400             2850 South Jones Boulevard, Suite 1
     P.O. Box 45385                                Las Vegas, Nevada 89146-5308
9    Salt Lake City, Utah 84145-0385               Telephone: (702) 228-7590
     Telephone: (801) 532-1500                     Facsimile: (702) 892-0122
10   Facsimile: (801) 532-7543                     E-Mail: bkfilings@s-mlaw.com
     Email: ajarvis@rqn.com
11

12   Attorneys for USA Securities, LLC

13                    UNITED STATES BANKRUPTCY COURT

14                         DISTRICT OF NEVADA

15   In re: USA COMMERCIAL MORTGAGE                 Case No. BK-S-06-10725 LBR
     COMPANY, Debtor.                               Case No. BK-S-06-10726 LBR
16                                                  Case No. BK-S-06-10727 LBR
     In re: USA CAPITAL REALTY ADVISORS, LLC,       Case No. BK-S-06-10728 LBR
17   Debtor.                                        Case No. BK-S-06-10729 LBR
18
     In re: USA CAPITAL DIVERSIFIED TRUST DEED      Chapter 11
19   FUND, LLC, Debtor.
                                                    Jointly Administered Under
20   In re: USA CAPITAL FIRST TRUST DEED FUND,      Case No. BK-S-06-10725 LBR
     LLC, Debtor.
21                                                  ORDER SUSTAINING IN PART THE
                                                    OMNIBUS OBJECTION OF USA
22   In re: USA SECURITIES, LLC, Debtor.            SECURITIES, LLC TO CERTAIN
                                                    CLAIMS
23   Affects:
        ☐ All Debtors                               Date of Hearing: April 26, 2007
24      ☐ USA Commercial Mortgage Company           Time of Hearing: 9:30 a.m.
        ☒ USA Securities, LLC
25      ☐ USA Capital Realty Advisors, LLC
        ☐ USA Capital Diversified Trust Deed Fund, LLC
26      ☐ USA First Trust Deed Fund, LLC
27

28

                                    1

1     The Omnibus Objection of USA Securities, LLC to Certain Claims (the "Objection")

2 (Docket No. 3021) came before this Court on proper notice at the hearing held April 26, 2007, at

3 9:30 a.m. Steven C. Strong of Ray Quinney & Nebeker P.C. appeared on behalf of USA

4 Securities, LLC, Eve Karasik of Statman, Treister & Glatt, P.C. appeared on behalf of the Official

5 Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF

6 Committee"), and other appearances were noted on the record.

7     Responses to the Objection were filed by Micheal P. Mollo (Docket No. 3177) and the

8 FTDF Committee (Docket No. 3483). A separate response (Docket No. 3337) filed by Michael P.

9 Mollo was also docketed as if it related to the Objection, but that response does not relate to any

10 claim addressed in the Objection and was actually directed to a different omnibus objection filed

11 by the USACM Liquidating Trust. No other responses were filed to the Objection. Based on a

12 prior stipulated order (Docket No. 3520) (the "Kantor Continuance Order"), the claims of Dr.

13 Gary Kantor, Kantor Nephrology Consultants Ltd., and Lynn M. Kantor (the "Kantor Claims")

14 addressed in the Objection were continued for a status hearing on June 15, 2007 at 9:30 a.m. The

15 claim of Houghton Dental Corp. PSP f/b/o Geraldine Pearl Houghton addressed in the Objection

16 was withdrawn with prejudice by stipulation (Docket No. 3465).

17     THE COURT, having considered the Objection and responses thereto, and having

18 determined that good and sufficient cause exists for sustaining the Objection to the extent set forth

19 below, HEREBY ORDERS THAT:

20     1.     The Objection is sustained in part as described below;

21     2.     All of the claims listed on Exhibit A to the Objection, as set forth in the following

22 table, are disallowed in their entirety:

23

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Adams, Brian M<br>525 S 6Th St<br>Las Vegas, NV 89101 | 10729-00030 | 11/8/2006 | 325,000.00 |
| 2 | Adams, Herman M & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10729-00033 | 11/10/2006 | 3,825,000.00 |

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | | | |
|---|---|---|---|---|---|
| 3 | Baginski, Michael<br>12861 Knott St #205<br>Garden Grove, CA 92841 | 10729-00029 | 11/10/2006 | 288,263.00 |
| 4 | Berry, William Chad<br>11136 Acama St<br>Apt 312<br>Studio City, CA 91602-3067 | 10729-00041 | 11/13/2006 | 200,000.00 |
| 5 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10729-00015 | 5/8/2006 | 50,000.00 |
| 6 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10729-00016 | 5/8/2006 | 120,000.00 |
| 7 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10729-00017 | 5/8/2006 | 100,000.00 |
| 8 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10729-00018 | 5/8/2006 | 50,000.00 |
| 9 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10729-00009 | 6/2/2006 | 50,933.34 |
| 10 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10729-00010 | 6/2/2006 | 50,972.22 |
| 11 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10729-00011 | 6/2/2006 | 50,933.34 |
| 12 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA 92807-2319 | 10729-00013 | 6/2/2006 | 37,860.24 |
| 13 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10729-00003 | 5/23/2006 | 51,033.34 |
| 14 | Frieda Moon & Sharon C Van Ert Joint<br>2504 Callita Ct<br>Las Vegas, NV 89102-2094 | 10729-00008 | 5/23/2006 | 51,076.38 |
| 15 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV 89102-2020 | 10729-00004 | 5/23/2006 | 35,583.34 |
| 16 | Frieda Moon Fbo Sharon C. Van Ert<br>2504 Callita Ct<br>Las Vegas, NV 89102-2020 | 10729-00005 | 5/23/2006 | 17,538.18 |
| 17 | Halseth Family Trust Totally Restated 4/21/00,<br>Daniel R. and Sandra K. Trees<br>23 Molas Dr.<br>Durango, CO 81301 | 10729-00044 | 1/9/2007 | Blank |

SCHWARTZER & McPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Tel: (702) 228-7590 · Fax: (702) 892-0122

3

| | | | | | |
|---|---|---|---|---|---|
| 18 | Houghton Dental Corp PSP<br>Fbo Geraldine Pearl Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10729-00034 | 11/9/2006 | 100,000.00 |
| 19 | Karen Petersen Tyndall Trust Dtd 3/9/94<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00027 | 11/9/2006 | 1,115,915.59 |
| 20 | KPT Irrevocable Trust Dtd 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 10729-00026 | 11/9/2006 | 202,866.36 |
| 21 | Law Offices Of James J Lee<br>7674 W Lake Mead # 106<br>Las Vegas, NV 89128 | 10729-00037 | 11/13/2006 | 200,000.00 |
| 22 | Layne Family Trust<br>Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10729-00023 | 11/9/2006 | 240,000.00 |
| 23 | Lee Esq, James J.<br>7674 W Lake Mead #108<br>Las Vegas, NV 89128 | 10729-00036 | 11/13/2006 | 200,000.00 |
| 24 | Mirzaian, Katrine<br>708 Prospect Dr.<br>Glendale, CA 91205 | 10729-00045 | 1/10/2007 | 344,011.56 |
| 25 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00001 | 5/22/2006 | 37,860.24 |
| 26 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00002 | 5/22/2006 | 51,033.34 |
| 27 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00007 | 5/23/2006 | 51,076.38 |
| 28 | Moon Trustee Of The Decedent's Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10729-00008 | 5/23/2006 | 25,538.20 |
| 29 | Olympia Capital Management<br>C/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 10729-00035 | 11/9/2006 | 100,000.00 |
| 30 | Quinn, Edward & Darlene<br>860 NW Brookhaven Dr<br>Lee's Summit, MO 64081 | 10729-00019 | 7/10/2006 | 156,388.48 |

4

3.    Two of the three claims listed on Exhibit B to the Objection, as set forth in the following table, are disallowed in their entirety:

| | Claimant | Proof of Claim No. | Date Claim Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | CT Corporation Systems CT, a Wolters Kluwer Business PO Box 4349 Carol Stream, IL 60197-4349 | 10729-00043 | 12/8/2006 | 480.00 |
| 2 | Hegmaier, Robert L. 15254 Candlewood Ct. Lake Oswego, OR 97035 | 10729-00021 | 10/6/2006 | 200.00 |

4.    As to the third claim listed on Exhibit B to the Objection, the claim of Michael P. Mollo, Proof of Claim No. 10729-00022 filed October 6, 2006 in the amount of $106.63, the hearing on the Objection to that claim is continued for a status hearing on June 15, 2007 at 9:30 a.m.;

5.    The hearing on the three claims listed on Exhibit C to the Objection, which are the Kantor Claims, is continued for a status hearing on June 15, 2007 at 9:30 a.m., as provided in the Kantor Continuance Order; and

6.    The claims that are disallowed pursuant to this Order are disallowed in their entirety and for all purposes as claims against USA Securities LLC and are not allowed as claims against USA Capital First Trust Deed Fund, LLC or against any of the other Debtors in these jointly-administered bankruptcy cases.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
Attorneys for USA Securities, LLC

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 - Fax: (702) 892-0122

1

2

3

4    Approved by:
     STUTMAN TREISTER & GLATT, P.C. and
5    SHEA & CARLYON, LTD.

6    By: /s/ Andrew Parlen
     EVE KARASIK, ESQ.
7    CANDACE C. CARLYON, ESQ.
     Counsel for the Official Committee of
8    Equity Security Holders of USA Capital
     First Trust Deed Fund LLC
9

10   Approved by:
     OFFICE OF THE U.S. TRUSTEE
11
     By: _____
12   AUGUST B. LANDIS, ESQ.
     SCOTT A. FARROW, ESQ.
13

14

15                                    ###

16

17

18

19

20

21

22

23

24

25

26

27

28

6

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122