**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**E-Filed on June 20, 2007**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                           Debtors.<br><br>**Affects:**<br>× All Debtors<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JUNE 22, 2007 HEARINGS**<br><br>Date of Hearing:  June 22, 2007<br>Time of Hearing:  9:30 a.m. |

**9:30 a.m.**

    1.    **First and Final Application of the Official Unsecured Creditors Committee of USA Commercial Mortgage Company for Reimbursement of Expenses of Committee Members for DONALD WALKER, Fees: $0.00, Expenses: $268.60, for LARRY RIEGER, Fees: $0.00, Expenses: $60.00.** Filed by ROB CHARLES (Attachments: # (1) Exhibit A) [DE 3408]

1

1838164.1

**LEWIS AND ROCA LLP**
LAWYERS

| | |
|---|---|
| **Response Filed:** 6/05/2007 | Response *to the First and Final Application of the Official Unsecured Creditors Committee of USA Commercial Mortgage Company for Reimbursement of Expenses of Committee Members* Filed by U.S. TRUSTEE - LV - 11 (Related document(s)[3408] Application for Compensation) [DE 3897] |
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601] …. |

**Status:**

    2.    **Final Application for Compensation** *Of Professional Fees For The Period Through March 12, 2007* **for KPMG, LLP, Fees: $94,374.00, Expenses: $0.** Filed by JEANETTE E. MCPHERSON [DE3550]

| | |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601] …. |

**Status:**

    3.    **Final Application for Compensation** *Of Attorneys' Fees And Reimbursement As Ordinary Course Business Counsel For The Period December 1, 2006 Through February 28, 2007* **for KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, Fees: $22,283.00, Expenses: $247.69.** Filed by JEANETTE E. MCPHERSON   [DE 3551]

| | |
|---|---|
| **Opposition Filed:** 6/05/2007 | Opposition *to the Final Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP for Allowance of Attorneys' Fees and Reimbursement as Ordinary Course Business Counsel for the Period December 1, 2006 Through February 28, 2007* Filed by U.S. TRUSTEE - LV - 11 (Related document(s)[3551] Application for Compensation) [DE 3898] |
| **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |

1838164.1

**LEWIS AND ROCA LLP LAWYERS**

**Status:**

4.      **Final Application for Compensation** *and Expenses of Debtors' Crisis Managers and Chief Restructuring Officers* **for MESIROW FINANCIAL INTERIM MANAGEMENT, LLC, Fees: $13,889,203.0, Expenses: $1,117,168.74.** Filed by MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Attachments: # (1) Exhibit A# (2) Exhibit B (Part 1)# (3) Exhibit B (Part 2)# (4) Exhibit B (Part 3)# (5) Exhibit C# (6) Exhibit D# (7) Appendix E1 (Part 1)# (8) Exhibit E1 (Part 2)# (9) Exhibit E1 (Part 3)# (10) Exhibit E1 (Part 4)# (11) Exhibit E2# (12) Exhibit E3# (13) Exhibit E4# (14) Exhibit E5# (15) Exhibit E6 (Part 1)# (16) Exhibit E6 (Part 2)# (17) Exhibit E6 (Part 3)# (18) Exhibit E6 (Part 4)# (19) Exhibit E7# (20) Exhibit E8# (21) Exhibit E9# (22) Exhibit E10# (23) Exhibit E11# (24) Exhibit E12# (25) Exhibit E13# (26) Exhibit E14# (27) Exhibit E15# (28) Exhibit E16# (29) Exhibit E17# (30) Exhibit E18# (31) Exhibit E19# (32) Exhibit E20# (33) Exhibit E21# (34) Exhibit E22# (35) Exhibit E23# (36) Exhibit E24# (37) Exhibit E25# (38) Exhibit E26# (39) Exhibit E27# (40) Exhibit E28# (41) Exhibit E29# (42) Exhibit E30# (43) Exhibit E31# (44) Exhibit F (Part 1)# (45) Exhibit F2# (46) Exhibit F3# (47) Exhibit F4# (48) Exhibit F5# (49) Exhibit G (Part 1)# (50) Exhibit G (Part 2)# (51) Exhibit G (Part 3)# (52) Exhibit H (Part 1)# (53) Exhibit H (Part 2)# (54) Exhibit H (part 3)# (55) Exhibit H (Part 4)# (56) Exhibit H (Part 5)# (57) Exhibit H (Part 6)# (58) Exhibit H (Part 7)# (59) Exhibit H (Part 8)# (60) Exhibit I# (61) Exhibit J# (62) Exhibit K)  [DE 3552]

| | |
|---|---|
| **Supplement Filed:** 6/06/2007 | Supplement *to Application for Entry of Order (I) Finally Allowing and Approving all Compensation and Expenses Incurred by Mesirow Financial Interim Management, LLC in Its Capacity as Debtor' Crisis Managers and Chief Restructuring Officers for the Period April 13, 2006 through March 12, 2007; (II) Allowing and Approving a Success Fee (III) Authorizing Application of the Retainer Against the Allowed Fees and Expenses; and (IV) Authorizing Payment of the Balance Due* Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3902] |
| **Opposition Filed:** 5/29/2007 | Opposition *TO APPLICATION FOR ENTRY OF ORDER ALLOWING AND APPROVING COMPENSATION, EXPENSES AND SUCCESS FEES TO MESIROW FINANCIAL INTERIM MANAGEMENT, LLC* Filed by ALAN R SMITH on behalf of LENDERS PROTECTION GROUP (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW |

1838164.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | FINANCIAL INTERIM MANAGEMENT, LLC.) (Attachments: # (1) Part 2) [DE 3834] |
| | 5/30/2007 | Amended Opposition *to Application For Entry Of Order Allowing And Approving Compensation, Expenses and Success Fee To Mesirow Financial Interim Management, LLC* Filed by ALAN R SMITH on behalf of LENDERS PROTECTION GROUP (Related document(s)[3552] [3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)) (Attachments: # (1) Part 2) (SMITH, ALAN) Modified on 5/31/2007 to relate to #3552 in place of #3834 [DE 3843] |
| | 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| | **Reply Filed:** 6/11/2007 | Omnibus Reply *to Objections to Final Fee Application and Motion to Strike Document* Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3893] Joinder, filed by Creditor RUTH ANN KEHL, Creditor ROBERT A. KEHL, Creditor CHRISTINA "TINA" M KEHL, Creditor KRYSTINA L. KEHL, Creditor DANIEL J. KEHL, Creditor CHRISTINA M. KEHL, Creditor PATRICK J. ANGLIN, Creditor CYNTHIA A. WINTER, Creditor KEHL DEVELOPMENT CORPORATION, Creditor JUDY A. BONNET, Creditor KEVIN A. MCKEE, Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP, Creditor CHARLES B. ANDERSON TRUST, Creditor RITA P. ANDERSON TRUST, Creditor ROBERT J. KEHL, Creditor KEVIN A. KEHL, Creditor KEVIN KEHL ITF SUSAN L. KEHL, Creditor KEVIN KEHL ITF ANDREW KEHL, Creditor BALTES COMPANY, Creditor MOJAVE CANYON INC., [3763] Objection filed by Creditor WALLS FAMILY TRUST DTD 12/10/97, [3834] Opposition by Creditor LENDERS PROTECTION GROUP, [3843] Opposition, filed by Creditor LENDERS PROTECTION GROUP, [3840] Opposition, filed by Creditor HARRY JESSUP, Creditor HELEN B. JESSUP.) (Attachments: # (1) Exhibit A) (STARR, ADAM) Modified on 6/12/2007 to relate to #3834 [DE 3951] |
| | 6/05/2007 | Joinder with Certificate of Service Filed by LOUIS M. BUBALA 111 on behalf of PATRICK J. ANGLIN, BALTES COMPANY, JUDY A. BONNET, CHARLES B. ANDERSON TRUST, |

1838164.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| 1 | | CHRISTINA M. KEHL, CHRISTINA "TINA" M KEHL, DANIEL J. KEHL, KEVIN A. KEHL, KRYSTINA L. KEHL, ROBERT A. KEHL, ROBERT J. KEHL, RUTH ANN KEHL, KEHL DEVELOPMENT CORPORATION, KEVIN KEHL ITF ANDREW KEHL, KEVIN KEHL ITF SUSAN L. KEHL, KEVIN A. MCKEE, MOJAVE CANYON INC., RITA P. ANDERSON TRUST, WARREN HOFFMAN FAMILY INVESTMENTS, LP, CYNTHIA A. WINTER (Related document(s)[3843] Opposition, filed by Creditor LENDERS PROTECTION GROUP.) (BUBALA, LOUIS) Modified on 6/6/2007 to add with certificate of service (Johnson, DK). Modified on 6/6/2007 to remove duplicate service verbiage [DE 3893] |
| | **Related Filings:** 5/04/2007 | Declaration Of: Susan Smith Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)  [DE 3643] |
| | 5/04/2007 | Declaration Of: Nancy A. Peterman Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3644] |
| | 5/04/2007 | Declaration Of: Robert E. Koe Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)  [DE 3645] |
| | 5/04/2007 | Declaration Of: Monty Kehl Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)  [DE 3646] |
| | 5/04/2007 | Declaration Of: William J. Fasel Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)  [DE 3647] |
| | 5/04/2007 | Declaration Of: James C. Atkinson Filed by ADAM M. STARR |

1838164.1

LEWIS AND ROCA LLP
LAWYERS

|   |   |   |
|---|---|---|
|   |   | on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3648] |
|   | 5/04/2007 | Declaration Of: Thomas J. Allison Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3649] |
|   | 5/14/2007 | Exhibit *H (Corrected)* Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)[3552] Application for Compensation, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) (Attachments: # (1) Exhibit H Part 2# (2) Exhibit H Part 3# (3) Exhibit H Part 4# (4) Exhibit H Part 5# (5) Exhibit H Part 6# (6) Exhibit H Part 7# (7) Exhibit H Part 8) [DE 3730] |
|   | **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
|   | *Status:* | *To be continued to [date TBA]* |

5.     **Final Application for Compensation** *(and Declaration of MATTHEW E. KVARDA)* **for ALVAREZ & MARSAL, LLC, Fees: $645,012.51, Expenses: $15,779.80.** Filed by ANDREW M. PARLEN (Attachments: # (1) Exhibit A - D# (2) Exhibit E (part 1) # (3) Exhibit E (part 2) - G) [DE 3553]

|   |   |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Related Filings:** 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY |

1838164.1

ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601]….

**Status:**

6. **Second Application for Compensation Fees: $0, Expenses: $3847.53 *(Final)* of the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.** Filed by SHLOMO S. SHERMAN (SHERMAN, SHLOMO) Modified on 4/27/2007 to reflect expenses amount. [DE 3554]

| | |
|---|---|
| **Supplement Filed:** 6/08/2007 | Supplement *to Second and Final Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for payment of Fees and Reimbursement of Expenses (Affects USA Capital First Trust Deed Fund, LLC)* Filed by CANDACE C CARLYON on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related Document(s) [3554] Application for Compensation filed by SHLOMO S. SHERMAN)(CARLYON, CANDACE) Modified on 6/11/2007 to relate to #3554 [DE 3916] |
| **Response Filed:** 6/05/2007 | Response *to the Second and Final Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members for the Period of August 1, 2006 through March 12, 2007* Filed by U.S. TRUSTEE - LV - 11 (Related document(s)[3554] Application for Compensation, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.) [DE 3895] |
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Related Filings:** 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related |

7

1838164.1

document(s)[3601]….

**Status:**

7. **Application for Compensation for RAY, QUINNEY & NEBEKER P.C., Fees: $3,679,202.52, Expenses: $234,862.68.** Filed by JEANETTE E. MCPHERSON [DE 3555]

| | |
|---|---|
| **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 6/05/2007 | Supplement Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3555] Application for Compensation filed by Attorney RAY, QUINNEY & NEBEKER P.C.)  [DE 3892] |
| **Related Filings:** 4/26/2007 | Declaration Of: Annette W. Jarvis Filed by JEANETTE E. MCPHERSON on behalf of RAY, QUINNEY & NEBEKER P.C. (Related document(s) [3555] Application for Compensation filed by Attorney RAY, QUINNEY & NEBEKER P.C.) [DE 3606] |
| **Status:** | *To be continued [date TBA]* |

8. **Second Application for Compensation *(Final)* for SHEA & CARLYON, LTD., Fees: $587,908.00, Expenses: $12,595.80.** Filed by SHLOMO S. SHERMAN (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4 Part 1# (5) Exhibit 4 Part 2# (6) Exhibit 4 Part 3# (7) Exhibit 4 Part 4# (8) Exhibit 4 Part 5# (9) Exhibit 4 Part 6# (10) Exhibit 4 Part 7# (11) Exhibit 4 Part 8# (12) Appendix 5# (13) Exhibit 6# (14) Exhibit 7)(SHERMAN, SHLOMO) Modified on 4/27/2007 to Reflect Fees: $762221.75, Expenses: $19603.31 in Place of Fees: $587,908.00, Expenses: $12,595.80 (Lakas, WM). Modified on 4/30/2007 to correct amounts   [DE 3561]

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601].... |
| **Related Filings:** 4/26/2007 | Declaration Of: SHLOMO S. SHERMAN, ESQ. Filed by SHLOMO S. SHERMAN on behalf of SHEA & CARLYON, LTD. (Related document(s)[3561] Application for Compensation, filed by Attorney SHEA & CARLYON, LTD., Special Counsel SHEA & CARLYON, LTD.) [DE 3598] |
| 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601].... |

**Status:**

9. **Second Application for Compensation** *and Final Application for Compensation of Committee Members* **for OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO, Fees: $2,491.38, Expenses: $0.0.** Filed by OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO [DE 3562]

| | |
|---|---|
| **Response Filed:** 6/05/2007 | Response *to the Second and Final Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company for Reimbursement of Expenses of Committee Members* Filed by U.S. TRUSTEE - LV - 11 (Related document(s)[3562] Application for Compensation, filed by Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO.) [DE 3896] |
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601].... |
| **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST |

1838164.1

LEWIS
AND
ROCA
LLP
LAWYERS

|  |  |
|---|---|
|  | (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
| **Related Filings:** 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601]…. |
| **Status:** |  |

    10.    **Final Application for Compensation** *(June 9, 2006 - March 12, 2007)* **for BECKLEY SINGLETON, CHTD., Fees: $458,344.87, Expenses: $65,469.83.** Filed by BECKLEY SINGLETON, CHTD. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D) [DE 3564]

|  |  |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 6/04/2007 | Supplement *to Beckley Singleton, Chartered's Final Fee Application* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[3564] Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) [DE 3883] |
| **Related Filings:** 4/26/2007 | Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)[3564] Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) [DE 3566] |
| 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY |

1838164.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601].... |
| | 4/26/2007 | Declaration Of: Anne M. Loraditch Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)[3564] Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) (Attachments: # (1) Exhibit 1, June/July 2006# (2) Exhibit 2, August 2006# (3) Exhibit 3, September 2006# (4) Exhibit 4, October 2006# (5) Exhibit 5, November 2006# (6) Exhibit 6, December 2006# (7) Exhibit 7, January 2007# (8) Exhibit 8, February 2007# (9) Exhibit 9, March 2007) [DE 3570] |
| | 4/26/2007 | Amended Exhibit *8, February 2007* Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)[3570] Declaration, filed by Special Counsel BECKLEY SINGLETON, CHTD.) [DE 3610] |
| | **Status:** | *To be continued [Date TBA]* |

11. **Final Application for Compensation for STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION, Fees: $2,159,529.95, Expenses: $92,573.35.** Filed by ANDREW M. PARLEN  [DE 3574]

| | |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601].... |
| **Supplement Filed:** 6/06/2007 | Supplement *to Final Fee Application of Stutman, Treister & Glatt P.C.* Filed by ANDREW M. PARLEN on behalf of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION (Related document(s)[3574] Application for Compensation filed by Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION) [DE 3903] |
| **Related Filing:** 4/26/2006 | Declaration Of: ANDREW M. PARLEN Filed by ANDREW M. PARLEN on behalf of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION (Related document(s)[3574] Application for Compensation filed by Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION) (Attachments: # (1) Exhibit 1 (part 1)# (2) Exhibit 1 (part 2)# (3) Exhibit 1 (part 3)# (4) Exhibit 1 (part 4)# (5) Exhibit 1 (part 5)# (6) Exhibit 1 (part 6)# (7) Exhibit 1 (part 7)# (8) Exhibit 1 (part |

1838164.1

LEWIS
AND
ROCA
LLP
LAWYERS

| | |
|---|---|
| | 8)# (9) Exhibit 1 (part 9)# (10) Exhibit 1 (part 10)# (11) Exhibit 2 - 4) [DE 3587] |
| 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601].… |

**Status:**

12. **Final Application for Compensation** *of SCHWARTZER & MCPHERSON LAW FIRM For Allowance of Attorneys' Fees And Reimbursement of Expenses For The Period April 14, 2006 Through March 12, 2007* **for LENARD E. SCHWARTZER, Fees: $1,054,411.00, Expenses: $30,833.94.** Filed by LENARD E. SCHWARTZER (Attachments: # (1) Exhibit A1 - A11# (2) Exhibit A12 - A16# (3) Exhibit B1# (4) Exhibit B2 - B3# (5) Exhibit B4# (6) Exhibit B5# (7) Exhibit B6# (8) Exhibit B7 part 1# (9) Exhibit B7 pt 2# (10) Exhibit C part 1# (11) Exhibit C part 2# (12) Exhibit C part 3# (13) Exhibit C part 4# (14) Exhibit C part 5# (15) Exhibit C part 6# (16) Exhibit C part 7# (17) Exhibit D)  [DE 3576].

| | |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601].… |
| **Supplement Filed:** 6/07/2007 | Supplement *and*, Errata *To Second and Final Application of Schwartzer & McPherson Law Firm For Allowance of Attorneys' Fees and Reimbursement of Expenses For The Period April 14, 2006 Through March 12, 2007 (Affects All Debtors)* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3576] Application for Compensation, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST |

12

1838164.1

LEWIS AND ROCA LLP LAWYERS

|   |   |
|---|---|
|   | DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC) (Attachments: # (1) Exhibit A - E# (2) Exhibit F - J# (3) Exhibit K - P# (4) Exhibit Q - X# (5) Exhibit Y - GG# (6) Exhibit HH - KK# (7) Exhibit LL - OO# (8) Exhibit PP - SS# (9) Exhibit TT - VV) [DE 3913] |
| **Opposition Filed:** 4/26/2007 | Declaration Of: Jeanette E. McPherson Filed by JEANETTE E. MCPHERSON on behalf of SCHWARTZER & MCPHERSON LAW FIRM (Related document(s)[3576] Application for Compensation, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC  [DE 3595] |
| **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
| **Status:** | *To be continued [date TBA]* |

   13.   **Application for Compensation** *(June 1, 2006 - March 12, 2007)* **for ORRICK, HERRINGTON & SUTCLIFFE, LLP, Fees: $2,228,780.60, Expenses: $42,914.58.** Filed by ORRICK, HERRINGTON & SUTCLIFFE, LLP (Attachments: # (1) Exhibit A - E) [DE 3577].

|   |   |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 6/04/2007 | Supplement *to Orrick, Herrington & Sutcliffe LLP's Final Fee Application* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[3577] Application for Compensation, filed by Attorney ORRICK, HERRINGTON & SUTCLIFFE, LLP) [DE 3882] |
| **Related Filings:** | Declaration Of: Robert G. Worthern Filed by ANNE M. |

Case 06-10725-gwz    Doc 4030    Entered 06/20/07 11:45:11    Page 14 of 19

| | | |
|---|---|---|
| | 4/26/2007 | LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP (Related document(s)[3577] Application for Compensation, filed by Attorney ORRICK, HERRINGTON & SUTCLIFFE, LLP)  [DE 3580] |
| | 4/26/2007 | Declaration Of: Marc A. Levinson Filed by ANNE M. LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP (Related document(s)[3577] Application for Compensation, filed by Attorney ORRICK, HERRINGTON & SUTCLIFFE, LLP) (Attachments: # (1) Exhibit A, June 06 Part I# (2) Exhibit A cont'd, June 06 Part II# (3) Exhibit B, July 06 Part I# (4) Exhibit B cont'd, July Part II)   [DE 3597] |
| | 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601]…. |
| | **Status:** | *To be continued [date TBA]* |

14. **Final Application for Compensation *FOR GORDON & SILVER, LTD. for GREGORY E GARMAN, Fees: $1,028,068.75, Expenses: $14,637.62.*** Filed by GREGORY E GARMAN (Attachments: # (1) Attachment 1# (2) Attachment 2) [DE 3601].

| | |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 6/14/2007 | Supplement *to Final Fee Application* Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s)[3601] Application for Compensation filed by Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO) [DE 3987] |
| **Related Filings:** 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by |

14

1838164.1

LEWIS AND ROCA LLP LAWYERS

|   |   |   |
|---|---|---|
|   |   | JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601]…. |
|   | **Response Filed:** 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s) [4018] Response with Certificate of Service of the USACM Liquidating Trust to Pending Fee Applications Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
|   | **Status:** |   |

     15.   **Application for Compensation** *(June 9, 2006 - March 12, 2007)* **for FTI CONSULTING, INC., Fees: $1,613,380.50, Expenses: $30,951.02.** Filed by FTI CONSULTING, INC. (Attachments: # (1) Appendix A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D)  [DE 3607].

|   |   |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 6/04/2007 | Supplement *to FTI Consulting, Inc's First and Final Fee Application* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[3607] Application for Compensation, filed by Financial Advisor FTI CONSULTING, INC.)  [DE 3885] |
| **Related Filings:** 4/26/2007 | Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of FTI CONSULTING, INC. (Related document(s)[3607] Application for Compensation, filed by Financial Advisor FTI CONSULTING, INC.) [DE 3609] |
| 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE |

1838164.1

**LEWIS AND ROCA LLP**
LAWYERS

|   |   |
|---|---|
|   | COMPANY, USA SECURITIES, LLC (Related document(s)[3601]…. |

**Status:**

16. **Second and Final Application of LEWIS AND ROCA LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY , Fees: $977591.50, Expenses: $80326.22.** Filed by ROB CHARLES (Attachments: # (1) Appendix Schedule A# (2) Exhibit 1-a# (3) Exhibit 1-b# (4) Exhibit 1-c# (5) Exhibit 2)  [DE 3614]

| | |
|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP (Related document(s)[3601]…. |
| **Supplement Filed:** 5/23/2007 | NONCONFORMING ENTRY) Supplement Filed by ROB CHARLES on behalf of LEWIS AND ROCA LLP (Related document(s)[3614] Application for Compensation, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY) (Attachments: # (1) Appendix Summary# (2) Exhibit 1# (3) Exhibit 2) (Lakas, WM) Modified on 5/25/2007 to reflect docketed in error [DE 3764] |
| 6/05/2007 | Supplement *to Lewis and Roca LLP's Final Fee Application (June 19, 2006 -- March 12, 2007)* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[3764] Supplement, filed by Attorney LEWIS AND ROCA LLP, [3614] Application for Compensation, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY)   [DE 3891] |
| **Related Filings:** 4/26/2007 | Declaration Of: Rob Charles *in Support of Lewis and Roca's Second and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[3614] Application for Compensation, filed by |

1838164.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY) (CHARLES, ROB) Modified on 4/27/2007 to relate to #3614 in place of #3589. [DE 3592]. |
| | 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC (Related document(s)[3601].… |

**Status:**

17.    Adv. 06-01146, *USA Commercial Mortgage Company v. Ronald J. Witco, et al.*, **Final Application for Compensation for DAVID W. HUSTON, Former Special Counsel for USA COMMERCIAL MORTGAGE COMPANY, with Certificate of Service, Fees: $71580.00, Expenses: $4581.87.** Filed by DAVID W. HUSTON (Attachments: # (1) Exhibit Invoices)  [DE 123]

| | |
|---|---|
| **Opposition Filed:** 6/07/2007 | Opposition *to Former Special Counsel for USA Commercial Mortgage Company David W. Huston's Final Application for Attorney Fees and for Reimbursement of Costs* Filed by US Trustee (Related document(s)[123] Application for Compensation) (LANDIS, AUGUST) Modified on 6/8/2007 - PDF image reflects incorrect Adversary number (Miller, GR). Modified on 6/11/2007 to Correct Typographical Error    [DE 132] |
| **Reply Filed:** 6/08/2007 | Reply with Certificate of Service *TO UNITED STATES TRUSTEE'S OPPOSITION TO FORMER SPECIAL COUNSEL FOR USA COMMERCIAL MORTGAGE COMPANY DAVID W. HUSTON'S FINAL APPLICATION FOR ATTORNEY FEES AND FOR REIMBURSEMENT OF COSTS (FINAL FEE APPLICATION) AND SUPPLEMENT TO THE FINAL FEE APPLICATION* Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[132] Opposition, filed by U.S. Trustee US TRUSTEE - LAS VEGAS.) (Attachments: # (1) Exhibit 1# (2) Exhibit 2) [DE 133]. |

1838164.1

LEWIS AND ROCA LLP
L A W Y E R S

**Status:**

    18.    **Motion to Extend Time to Object** *to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3675]

| **Related Filings:** | |
|---|---|
| 5/08/2007 | Declaration Of: Edward M. Burr *in Support of Motion to Extend Deadline to Object to Allowance of Claims and Equity Interest* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[3675] Motion to Extend Time to Object filed by Interested Party USACM LIQUIDATING TRUST). [DE 3676]. |
| 6/11/2007 | Order Re Motion to Extend Deadline to File Objections to Allowance of Claims and Notice of Continued Hearing (Related document(s) [3675])  [DE 3943] |

    19.    **First** *and Final Application for Award of Professional Fees and Reimbursement of Expenses of Sierra Consulting Group LLC as Financial Advisor to the Official Unsecured Creditors Committee for USA Commercial Mortgage Company for the Period of July 14, 2006 through March 12, 2007* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C)  [DE 3511]

| **Related Filing:** | |
|---|---|
| 6/05/2007 | Supplement *to Sierra Consulting Group LLC's Final Fee Application (July 14, 2006 -- March 12, 2007)I With Certificate Of Service* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[3511] Document, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY) (CHARLES, ROB) Modified on 6/6/2007 to add with certificate of service  [DE 3894] |

**Status:**

1838164.1

**LEWIS AND ROCA LLP**
LAWYERS

DATED: June 20, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ Rob Charles (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

1838164.1