LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/20/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF AMENDED ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIM ASSERTING SECURED STATUS [DE 3133]** |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
¨  All Debtors
✕  USA Commercial Mortgage Company
¨  USA Capital Realty Advisors, LLC
¨  USA Capital Diversified Trust Deed Fund, LLC
¨  USA Capital First Trust Deed Fund, LLC
¨  USA Securities, LLC

        **PLEASE TAKE NOTICE** that an Amended Order Sustaining First Omnibus

Objection of The USACM Liquidating Trust to Claim Asserting Secured Status [DE 4013]

was entered on the 18th day of June 2007, a true and correct copy of which is attached

hereto as Exhibit 1.

1831925.1

LEWIS
AND

ROCA
LLP

L A W Y E R S

1   RESPECTFULLY SUBMITTED June 20, 2007.

2                                    **LEWIS AND ROCA LLP**

3

4

5                                    By  /s/ RC (#006593)
                                         Susan M. Freeman
                                         Rob Charles
6                                        *Attorneys for USACM Liquidating Trust*

7

8   PROOF OF SERVICE

9   Copy of the foregoing mailed by First
    Class, US Mail, postage prepaid, on June
10  20, 2007 to the parties listed on Exhibit A
    attached to the enclosed order.
11

12

    /s/ Christine E. Laurel
13  Christine E. Laurel
    Lewis and Roca

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1831925.1