

**Entered on Docket
June 18, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Jointly Administered |
| **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** <br> **06-10726** | |
| **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10727** | Date: April 26, 2007 <br> Time: 9:30 a.m <br> **Affecting:** <br> ☐ All Cases <br> **or Only:** <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC |
| **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** | |
| **USA Securities, LLC** <br> **06-10729** | |
| **Debtors.** | |

### AMENDED ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS
**(Amended to Include Final Page of Exhibit Inadvertently Omitted)**

1835920.1

The USACM Liquidating Trust (the "USACM Trust") filed its First Omnibus Objection to Claims Asserting Secured Status [DE 3133] (the "Objection") on March 20, 2007. Appropriate notice of the Objection having been given; no responses having been filed with this Court; the Objection having come before the Court for hearing on April 26, 2007 at 9:30 a.m.; and good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's First Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached; as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1835920.1

Case 06-10725-gwz Doc 4013 Entered 06/20/07 11:51:44 Page 3 of 8
Case: 06-10725-lbr Doc #: 4013 Filed: 06/18/2007 Page: 3 of 8

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9012(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b)

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1835920.1

## 1st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | 1989 Duesing Family Trust Dated 1/31/89<br>Steven & Deborah Duesing Ttees<br>1701 Golden Oak Dr<br>Las Vegas, NV  89117-1453 | 10725-01460 | 11/16/2006 | $175,719.00 | S, U |
| 2 | 1996 Knobel Trust Dtd 9/5/96<br>C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 10725-01682 | 12/11/2006 | $348,006.20 | S |
| 3 | 1st Savings Bank Custodian For<br>Marguerite F Harrison IRA<br>930 Dorcey Dr<br>Incline Village, NV  89451 | 10725-02004 | 1/10/2007 | $50,166.00 | S, U |
| 4 | 42145 Trust<br>C/O Richard C Macdonald Trustee<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01079 | 11/7/2006 | $250,000.00 | S |
| 5 | 92173 Family Trust<br>C/O Richard C & Clair Macdonald<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01080 | 11/7/2006 | $250,000.00 | S |
| 6 | A-1 Security<br>917 South First<br>Las Vegas, NV  89101 | 10725-00096 | 7/25/2006 | $3,997.77 | S |
| 7 | Acres Corporation Psp<br>A Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01765 | 12/13/2006 | $78,000.00 | S |
| 8 | Acres Corporation Psp<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01764 | 12/13/2006 | $50,000.00 | S |
| 9 | Acres Corporation Psp<br>Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01768 | 12/13/2006 | $50,000.00 | S |
| 10 | Acres Corporation Psp<br>Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV  89450 | 10725-01766 | 12/13/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Acres Corporation Psp<br>Annemarie Rehberger<br>PO Box 3651<br>Incline Village, NV 89450 | 10725-01767 | 12/13/2006 | $50,000.00 | S |
| 12 | Acres Profit Sharing Plan<br>C/O Annemarie Rehberger Ttee<br>Po Box 3651<br>Incline Village, NV 89450-3651 | 10725-00360 | 10/2/2006 | $22,113.00 | S |
| 13 | Acs Nevada Inc<br>7990 Castle Pines Ave<br>Las Vegas, NV 89113-1207 | 10725-01373 | 11/13/2006 | $15,000.00 | S |
| 14 | Acs Properties<br>Peter Merrifield<br>4417 48Th Ave S<br>St Petersburg, FL 33701 | 10725-00209 | 8/28/2006 | $406,019.44 | S |
| 15 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV 89703-4215 | 10725-00420 | 10/3/2006 | $150,000.00 | S |
| 16 | Action Sports Alliance Usa Inc<br>311 W Third St<br>Ste C<br>Carson City, NV 89703-4215 | 10725-00424 | 10/3/2006 | $150,000.00 | S |
| 17 | Adams, Brian M<br>525 So 6Th St<br>Las Vegas, Nv 89101 | 10725-01202 | 11/8/2006 | $325,000.00 | S<br>P, U -unknown |
| 18 | Adams, Herman & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01274 | 11/8/2006 | $2,088,250.00 | S<br>P<br>U -- unknown |
| 19 | Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102-2001 | 10725-01220 | 11/8/2006 | $4,543.39 | S<br>U- Unknown |
| 20 | Adams, Herman M Brian M Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01226 | 11/8/2006 | $3,625,000.00 | S<br>U, P - unknown |
| 21 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603 | 10725-01076 | 11/7/2006 | $53,900.08 | S, P |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA  90603-2251 | 10725-01075 | 11/7/2006 | $53,900.08 | S, P |
| 23 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00879 | 10/31/2006 | $50,000.00 | S |
| 24 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV  89523 | 10725-00881 | 10/31/2006 | $100,675.82 | S, U |
| 25 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01623 | 12/8/2006 | $380,878.66 | S, U |
| 26 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U |
| 27 | Addes Trust  Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 28 | Addes Trust  Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 29 | Addes Trust Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U |
| 30 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway<br>Apt 7V<br>Long Beach, Ny  11561-4019 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U |
| 31 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |
| 32 | Addes, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Ny  11561 | 10725-01619 | 12/8/2006 | $394,523.01 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 33 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02234 | 1/12/2007 | $50,000.00 | S<br>U - Unknown |
| 34 | Addy, Ronald M & Priscilla K<br>Po Box 9550<br>Bend, OR  97708 | 10725-02235 | 1/12/2007 | $50,000.00 | S |
| 35 | Aig Limited A Nevada Limited Partnership<br>9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 10725-01903 | 1/9/2007 | $406,648.76 | S, U |
| 36 | Alan G & Patty J Dondero 1992 Revocable Trust<br>Alan & Patty Dondero Ttees<br>10120 W Flamingo Rd<br>Ste 4-252<br>Las Vegas, NV  89147-8394 | 10725-01471 | 11/27/2006 | $130,800.00 | S |
| 37 | Albright Persing & Assoc Profit Sharing<br>Deane Albright & Casey Persing Ttees<br>1025 Ridgeview Dr #300<br>Reno, NV  89519 | 10725-01149 | 11/9/2006 | $100,000.00 | S |
| 38 | Alderson IRA, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01110 | 11/8/2006 | $30,000.00 | S |
| 39 | Alderson, Harvey<br>4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 10725-01109 | 11/8/2006 | $29,522.36 | S |
| 40 | Aldrich IRA, Georgette<br>2117 Las Flores St<br>Las Vegas, NV  89102-3813 | 10725-01490 | 11/27/2006 | $54,441.06 | S, U |
| 41 | Alice Humphry & Valerie Jaeger<br>3825 Champagne Wood Dr<br>North Las Vegas, NV  89031-2056 | 10725-00587 | 10/13/2006 | $84,726.00 | S |
| 42 | Allergy Consultants Medical Group Inc<br>C/O Dionisio Fernandes Trustee<br>401 K Profit Sharing Plan<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00527 | 10/10/2006 | $58,071.84 | S |
| 43 | Allison, Karen R<br>2656 Sea Shore Dr<br>Las Vegas, NV  89128 | 10725-02171 | 1/12/2007 | $91,393.00 | S, U |
| 44 | Alta Bates Summit Foundation Ttee Paul G<br>Chelew Charitable Remainder<br>Berkeley, CA  94705 | 10725-01217 | 11/10/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Alta Bates Summit Foundation Ttee<br>Paul G Chelew Charitable<br>2855 Telegraph Ave Ste 601<br>Berkeley, CA 94705-1161 | 10725-01224 | 11/10/2006 | $130,000.00 | S |
| 46 | Alves Family Trust Dtd 10/27/89<br>Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 10725-01904 | 1/9/2007 | $151,808.31 | S, U |
| 47 | Alvina Agatha Sedlak Living Trust<br>Alvina Agatha Sedlak Trustee<br>7840 E Camelback Rd Unit 203<br>Scottsdale, AZ 85251-2250 | 10725-01303 | 11/13/2006 | $54,166.72 | S |
| 48 | Amberway Equities Llc<br>14400 Morning Mountain Way<br>Alpharetta, GA 30004-4521 | 10725-00594 | 10/16/2006 | $100,000.00 | S |