Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

Matthew T. Gensburg
Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: gensburgm@gtlaw.com
       petermann@gtlaw.com

Attorneys for Mesirow Financial Interim Management, LLC,
the Debtors' Chief Restructuring Officer and Crisis Managers

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY**<br><br>(No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

732420.1

-1-

1
2  Matthew T. Gensburg, Petitioner, respectfully represents to the Court:
3      That Petitioner is not a member of the Bar of this Court;
4      That Petitioner resides at 32W480 Derby Road Box 77 (home address), Wayne, IL 60184
5  (city, state, zip).
6      That Petitioner is an attorney at law and a member of the law firm of Greenberg Traurig,
7  LLP with offices at 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601;
8      That Petitioner has been retained personally or as a member of the above law firm by
9  Mesirow Financial Interim Management, LLC, to provide legal representation to them in
10 connection with the above-entitled case now pending before this Court;
11     That, since November 1983, Petitioner has been and presently is a member in good
12 standing of the bar of the higher Court of the State of Illinois where Petitioner regularly practices
13 law;
14     That Petitioner was admitted to practice before the following United States District
15 Courts, United States Circuit Courts of Appeal, The Supreme Court of the United States, and
16 Courts of other states on the dates indicated below for each, and that Petitioner is presently a
17 member in good standing of the bars of said Courts:

| (Court) | (Date Admitted) |
|---|---|
| State of Illinois | November 7, 1983 |
| U.S. District Court of Northern Illinois | August 9, 1994 |
| U.S. District Court of Michigan, Eastern District | February 7, 2003 |
| U.S. District Court of Illinois, Central District | April 4, 2004 |
| U.S. District Court of Wisconsin, Eastern District | August 31, 2004 |

732420.1

2

1     That no disbarment proceedings are presently pending nor have disbarment proceedings ever been instituted against Petitioner; nor has any certificate or privilege to appear and practice before any regulatory administrative body ever been suspended or revoked; that neither through resignation, withdrawal, or otherwise, has Petitioner terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative disciplinary or disbarment proceedings.

    That Petitioner is a member in good standing of the following Bar Associations:

Illinois Bar Association (ARDC)

    Attached hereto is a listing of all Greenberg Traurig LLP attorneys that have filed applications and/or been associated to appear as counsel (which includes the date of application, the cause, the title of the court or administration body, and the date the application was granted or denied) under Local Rule IA 10-2 during the past three (3) years.

    That Petitioner respectfully prays that he be admitted to practice before this Court **FOR PURPOSES OF THIS CASE ONLY.**

DATED: 5/22/07

*/s/ Matthew Clemente*
PETITIONER

**VERIFICATION**

STATE OF Illinois      )
                       ) ss.
COUNTY OF Cook         )

Matthew T. Gensburg, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Matthew Neal_
PETITIONER

SUBSCRIBED AND SWORN to before me this 23rd day of May, 2007.

_Kerry Carlson_
NOTARY PUBLIC

"OFFICIAL SEAL"
Kerry Carlson
Notary Public, State of Illinois
My Commission Exp. 06/21/2010

**ORDER**

The Verified Petition of Matthew T. Gensburg _____ to practice in this case only is approved.

DATED:_____

PATRICIA GRAY, CLERK
UNITED STATES BANKRUPTCY COURT

By: _____
        Deputy Clerk

732420.1

4