# ATTACHMENT TO VERIFIED PETITION
# FOR PERMISSION TO PRACTICE IN THIS CASE ONLY
# BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT
# PURSUANT TO LOCAL RULE IA 10-2:  ADMISSION TO PRACTICE
# IN A PARTICULAR CASE

Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Jesus Cuza of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Linda M. Reck of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Juan M. Marcelino of Boston, Massachusetts | 7/12/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| John A. Sten of Boston, Massachusetts | 7/26/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| John A. Boudet of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Boudet of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Kevin Finger of Chicago, Illinois | 1/26/06 | *C. Alan Bentley, Chapter 11 Trustee v. Ross Mangano, et al.*, 05-05059-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2006 |

732420.1

-1-

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Victoria Counihan of Wilmington, Delaware | 4/8/04 | MJ Research, Incorporated, 04-50861-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2004 |
| Hilarie Bass, of Miami, Florida | 3/13/06 | Scott, et al. v Related CCD, LLC, 2:06-cv-00082-JCM-PAL | United States District Court, District of Nevada (Las Vegas) | Granted 3/13/06 |
| John F. Triggs, of New York, New York | 3/13/06 | Gibson Guitar Corp. v Ed Roman Enterprises, Inc., DBA Ed Roman Guitars and Ed Roman, 02:06-cv-308 | United States District Court, District of Nevada (Las Vegas) | Granted 3/16/06 |
| John C. Kirkland of Los Angeles, CA | 3/21/06 | Plush Lounge Las Vegas, LLC v Hotspur Resorts Nevada, Inc., 2:06-CV-00335 | United States District Court, District of Nevada (Las Vegas) | Granted 4/14/06 |
| Nancy A. Peterman of Chicago, Illinois | 9/27/06 | USA Commercial Mortgage Company, BK-S-06-10725-LBR | United States Bankruptcy Court for Nevada (Las Vegas) | Granted 9/29/06 |
| Keriann M. Atencio, of Phoenix, Arizona | 10/6/06 | USA Commercial Mortgage Company, BK-S-10725-LBR | United States Bankruptcy Court for Nevada (Las Vegas) | Granted 10/13/06 |

CHI 56689462v1 5/21/2007

732420.1

2