ELECTRONICALLY FILED
June 21, 2007

1  STUTMAN, TREISTER & GLATT, P.C.      SHEA & CARLYON, LTD.
   FRANK A. MEROLA                      JAMES PATRICK SHEA
2  (CA State Bar No. 136934             (Nevada State Bar No. 000405)
   EVE H. KARASIK                       CANDACE C. CARLYON
3  (CA State Bar No. 155356)            Nevada State Bar No. 002666)
   CHRISTINE M. PAJAK                   SHLOMO S. SHERMAN
4  (CA State Bar No. 217173), Members of (Nevada State Bar No. 009688
   Stutman, Treister & Glatt P.C.       701 Bridger Avenue, Suite 850
5  1901 Avenue of the Stars, 12th Floor    Las Vegas, Nevada  89101
   Los Angeles, California 90067        Telephone: (702) 471-7432
6  Telephone: (310) 228-5600            Facsimile: (702) 471-7435
   Facsimile: (310) 228-5788
7  Email:     fmerola@stutman.com       Email:     jshea@sheacarlyon.com
              ekarasik@stutman.com                 ccarlyon@sheacarlyon.com
8             cpajak@stutman.com                   ssherman@sheacarlyon.com
   Counsel for the Official Committee Of
9  Equity Security Holders Of USA Capital First Trust
   Deed Fund, LLC
10

11              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**

12                                              )    BK-S-06-10725-LBR
   In re:                                       )    Chapter 11
13 USA COMMERCIAL MORTGAGE COMPANY,             )
            Debtor.                             )
14                                             )
   In re:                                       )    BK-S-06-10726-LBR
15 USA CAPITAL REALTY ADVISORS, LLC,            )    Chapter 11
            Debtor.                             )
16                                             )
   In re:                                       )    BK-S-06-10727-LBR
17 USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,)    Chapter 11
            Debtor.                             )
18                                             )
   In re:                                       )    BK-S-06-10728-LBR
19 USA CAPITAL FIRST TRUST DEED FUND, LLC,      )    Chapter 11
            Debtor.                             )
20                                             )
   In re:                                       )    BK-S-06-10729-LBR
21 USA SECURITIES, LLC,                         )    Chapter 11
            Debtor.                             )
22 Affects                                      )    Date:  May 31, 2007
                                                )    Time:  9:30 a.m.
23 ☐ All Debtors                                )
   ☒ USA Commercial Mortgage Co.               )
24 ☐ USA Securities, LLC                        )
   ☐ USA Capital Realty Advisors, LLC          )
25 ☐ USA Capital Diversified Trust Deed        )
   ☒ USA First Trust Deed Fund, LLC            )
26

27 **SUPPLEMENTAL CERTIFICATE OF SERVICE RE:  NOTICE OF ENTRY OF ORDER APPROVING
   STIPULATION BETWEEN THE USAC LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST
   DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE**
28 **(AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND
   USA CAPITAL FIRST TRUST DEED FUND, LLC)**

416867v1

I HEREBY CERTIFY that on the 20th of June, 2007, I served the following document:

**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION BETWEEN THE USAC LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION AND PLAN COMPROMISE (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ **a.  ECF System.**

☒ **b.  United States mail, postage full prepaid to the following:    See Attached Rider**

☐ **c.  Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email to:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

416867v1                                    2

☐ **e.  By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21th day of June, 2007.

_____
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

416867v1                                          3

## Service List

Richard I. Dreitzer
Deputy Attorney General
State of Nevada Atty Gen. Off.
555 E Washington Ave., Suite 3900
Las Vegas, NV 89101

Susan Williams Scann
DEANER, DEANER, et al.
720 S Fourth Street, Suite 300
Las Vegas, NV 89101

Eric Madden
DIAMOND MCCARTHY, et al.
1201 Elm Street, Suite 3400
Dallas, TX 75270

Janet L. Chubb, Esq.
JONES VARGAS
100 W. Liberty St, 12th Floor
POB 281
Reno, NV 89504-0281

Michelle Abrams
MICHELLE L. ABRAMS, LTD.
3085 S Jones Blvd., Suite C
Las Vegas, NV 89146

Jeffrey D. Hermann
ORRICK, HERRINGTON, et al.
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Anne M. Loraditch
BECKLEY SINGLETON CHTD
530 Las Vegas Blvd South
Las Vegas, NV 89101

Berman, Geoffrey L.
DEVELOPMENT SPECIALISTS, INC.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI CONSULTING
One Renaissance Square
Two N Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Dean T. Kirby, Jr.
John Hebert
KIRBY & McGUINN, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Marc A. Levinson
ORRICK, HERRINGTON, et al.
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

George A. Davis
CADWALADER, WICKERSHAM et al.
One World Financial Center
New York, NY 10281

Allan B. Diamond
DIAMOND MCCARTHY, et al.
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

Susan M. Freeman/Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169-5996

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, INC.
16872 Baruna Lane
Huntington Beach, CA 92649